**GEORGIA MOTOR VEHICLE CRASH REPORT**

| Agency Case Number | Agency NCIC No. | | County | Date Rec. by DOT |
|---|---|---|---|---|
| 22043932 | 0330200 | | COBB | 6/6/2022 |

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Vehicles | Injuries | Fatalities | |
| 6/4/2022 | 21:00 | 6/4/2022 | 21:05 | 6/4/2022 | 21:29 | 2 | 0 | 0 | |

**Road of Occurence** I 285 EXPY   **At Its Intersection With** S COBB DR

☐ Suppl. To Original?

**Not At Its Intersection But**  ☐ Miles ☐ North ☐ East  ☐ Feet ☐ South ☐ West  **Of**

☐ Private Property?

☐ Hit And Run?

**Latitude (Y)** 33.832430   (Format) 00.00000
**Longitude (X)** -84.486130   (Format) -00.00000

| Unit # | | LAST NAME | FIRST | MIDDLE | Unit # | | LAST NAME | FIRST | MIDDLE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ☑ Driver ☐ Ped ☐ Bike | DENISON | RONALD | DEAN | 2 | ☑ Driver ☐ Ped ☐ Bike | WILLIAMS | SANEATHA | N |

Unit 1 — **Address** 4075 HOLT RD 208   ☑ Susp At Fault
Unit 2 — **Address** 2328 CAMPBELLTON RD SW U3   ☑ Susp At Fault

| | City | State | Zip | DOB | | City | State | Zip | DOB |
|---|---|---|---|---|---|---|---|---|---|
| Unit 1 | MARIETTA | MI | 48842 | | Unit 2 | ATLANTA | GA | 30311463 | |

| | Driver's License No | Class | State | Country | | Driver's License No | Class | State | Country |
|---|---|---|---|---|---|---|---|---|---|
| Unit 1 | D525744139977 | CLASS A | MI | US | Unit 2 | 051919107 | CLASS C | GA | US |

| | Insurance Co. | Policy No. | Telephone No. | | Insurance Co. | Policy No. | Telephone No. |
|---|---|---|---|---|---|---|---|
| Unit 1 | FALLS LAKE NATIONAL | FLTRK00000065601 | | Unit 2 | ROOT INSURANCE | W8DF49 | |

| | Year | Make | Model | | Year | Make | Model |
|---|---|---|---|---|---|---|---|
| Unit 1 | 1997 | FREIGHTLINER CORP | FLD120 | Unit 2 | 2013 | JEEP | COMPASS |

| | VIN | Vehicle Color | | VIN | Vehicle Color |
|---|---|---|---|---|---|
| Unit 1 | 1FUPCSZB8VP712219 | Silver | Unit 2 | 1C4NJCBA9DD169247 | Unknown |

| | Tag # | State | County | Year | | Tag # | State | County | Year |
|---|---|---|---|---|---|---|---|---|---|
| Unit 1 | RB54059 | MI | | 2022 | Unit 2 | TCX8032 | GA | FULTON | 2023 |

| | Trailer Tag # | State | County | Year | | Trailer Tag # | State | County | Year |
|---|---|---|---|---|---|---|---|---|---|
| Unit 1 | | | | | Unit 2 | | | | |

| | Same as Driver | Owner's Last Name | First | Middle | | Same as Driver | Owner's Last Name | First | Middle |
|---|---|---|---|---|---|---|---|---|---|
| Unit 1 | ☐ | | | | Unit 2 | ☑ | WILLIAMS | SANEATHA | N |

Unit 1 — **Address**
Unit 2 — **Address** 2328 CAMPBELLTON RD SW U3

| | City | State | Zip | | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Unit 1 | | | | Unit 2 | ATLANTA | GA | 303114630 |

| | Removed By: | | Request | List | | Removed By: | | Request | List |
|---|---|---|---|---|---|---|---|---|---|
| Unit 1 | DRIVER | | ☐ | ☐ | Unit 2 | DRIVER | | ☐ | ☐ |

| | Alcohol Test: | Type: | Results: | Drug Test: | Type: | Results: | | Alcohol Test: | Type: | Results: | Drug Test: | Type: | Results: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit 1 | No | Not Tested | None Given | No | | | Unit 2 | No | Not Tested | None Given | No | | |

| | First Harmful Event: | Most Harmful Event: | Operator/Ped Cond: |
|---|---|---|---|
| Unit 1 | Motor Vehicle In Motion | Motor Vehicle In Motion | Not Drinking |
| Unit 2 | Motor Vehicle In Motion | Motor Vehicle In Motion | Not Drinking |

| | Operator Factors: | | |
|---|---|---|---|
| Unit 1 | Failed to Yield | | |
| Unit 2 | No Contributing Factors | | |

| | Vehicle Factors: | Roadway Factors: |
|---|---|---|
| Unit 1 | No Contributing Factors | Traffic Congestion |
| Unit 2 | No Contributing Factors | Traffic Congestion |

| | Direction of Travel: | Vehicle Maneuver: | Non-Motor Maneuver: |
|---|---|---|---|
| Unit 1 | North | Changing Lanes | |
| Unit 2 | North | Straight | |

| | Vehicle Class: | Vehicle Type: | Vision Obscured: |
|---|---|---|---|
| Unit 1 | Commercial Motor Vehicle (CMV) | Tractor/Trailer | Not Obscured |
| Unit 2 | Privately Owned | Sports Utility Vehicle (SUV) | Not Obscured |

| | Number of Occupants: | Area of Initial Contact: | Damage to Vehicle: |
|---|---|---|---|
| Unit 1 | 1 | Left Side-Center | Minor Damage |
| Unit 2 | 1 | Right Side-Center | Functional Damage |

| | Traffic Way Flow: | Road Composition: | Road Character: |
|---|---|---|---|
| Unit 1 | Two-Way Trafficway with a physical barrier | Black Top | Straight and Level |
| Unit 2 | Two-Way Trafficway with a physical barrier | Black Top | Straight and Level |

| | Number of Lanes: | Posted Speed: | Work Zone: |
|---|---|---|---|
| Unit 1 | 4 | 60 | None |
| Unit 2 | 4 | 60 | None |

| | Traffic Control: | Device Inoperative: | Yes | No |
|---|---|---|---|---|
| Unit 1 | Lanes | | ☐ | ☑ |
| Unit 2 | Lanes | | ☐ | ☑ |

**Citation Information:**

| | Citation # | | O.C.G.A. § |
|---|---|---|---|
| Unit 1 | 3927602 | | 40-6-48 |
| Unit 1 | Citation # | | O.C.G.A. § |
| Unit 1 | Citation # | | O.C.G.A. § |
| Unit 2 | Citation # | | O.C.G.A. § |
| Unit 2 | Citation # | | O.C.G.A. § |
| Unit 2 | Citation # | | O.C.G.A. § |

**COMMERCIAL MOTOR VEHICLES ONLY**

| | Carrier Name | | | | Carrier Name | | | |
|---|---|---|---|---|---|---|---|---|
| Unit 1 | ALR TRUCKING | | | Unit 2 | | | | |

| | Address | City | State | Zip | | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| Unit 1 | 1994 CARLAND RD | OWOSSO | | | Unit 2 | | | | |

| | U.S. D.O.T. # | No. of Axles | G.V.W.R | | U.S. D.O.T. # | No. of Axles | G.V.W.R |
|---|---|---|---|---|---|---|---|
| Unit 1 | 1861665 | 6 | 26001 or Greater | Unit 2 | | | |

| | Cargo Body Type | Vehicle Config. | Interstate | Fed. Reportable | | Cargo Body Type | Vehicle Config. | Interstate | Fed. Reportable |
|---|---|---|---|---|---|---|---|---|---|
| Unit 1 | Van Enclosed-Box | Tractor Trailer | ☑ Interstate ☐ Intrastate | ☑ Yes ☐ No | Unit 2 | | | ☐ Interstate ☐ Intrastate | ☐ Yes ☐ No |

| | C.D.L. ? | C.D.L. Suspended? | | C.D.L. ? | C.D.L. Suspended? |
|---|---|---|---|---|---|
| Unit 1 | ☐ Yes ☑ No | ☐ Yes ☑ No | Unit 2 | ☐ Yes ☐ No | ☐ Yes ☐ No |

| | Vehicle Placarded? | Hazardous Materials? | | Vehicle Placarded? | Hazardous Materials? |
|---|---|---|---|---|---|
| Unit 1 | ☐ Yes ☑ No | ☐ Yes ☑ No | Unit 2 | ☐ Yes ☐ No | ☐ Yes ☐ No |

| | Hazmat Released? | | Hazmat Released? |
|---|---|---|---|
| Unit 1 | ☐ Yes ☑ No | Unit 2 | ☐ Yes ☐ No |

**If YES:  Name or 4 Digit Number from Diamond or Box:**
**One Digit Number from Bottom of Diamond:**

| | ☐ Ran Off Road | ☐ Down Hill Runaway | ☐ Cargo Loss or Shift | ☐ Separation of Units | | ☐ Ran Off Road | ☐ Down Hill Runaway | ☐ Cargo Loss or Shift | ☐ Separation of Units |
|---|---|---|---|---|---|---|---|---|---|

GDOT-523 (07/17)

**EXHIBIT D**

**EXHIBIT D**

**COLLISION FIELDS**

| Manner of Collision: Sideswipe-Same Direction | Location at Area of Impact: On Roadway - Non-Intersection | Weather: Clear | Surface Condition: Dry | Light Condition: Dark-Not Lighted |

**NARRATIVE**

Added :Jun  5 2022 12:41AM
Vehicle 2 was traveling north on I 285 north bound in the number 3 lane. Vehicle 1 was traveling north on I 285 north bound in the number 4 lane beside vehicle 2. Vehicle 1 attempted a lane change into the number 3 lane when the left side of vehicle 1 struck the right side of vehicle2.
Driver 1 stated he did not see vehicle 2. Driver 1 stated no injuries.Driver 2 stated that there was a vehicle to the left of her and she did not have anywhere to go. Driver 2 stated no injuries.The witness stated she was in the number 2 lane beside vehicle 2 when vehicle 1 attempted a lane change from the number 4 lane to the number 3 lane.I observed significant damage to the right of vehicle 2. I observed several scratches to the left of vehicle 1. Due to the testimonial evidence of the drivers and witness along with the physical evidence I observed, I concluded the primary contributing factor of the collision to be driver 1 changing lanes improperly. Driver 1 was cited with "improper lane change" (citation# 3927602)Driver 1 phone#: 517-719-2182
Driver 2 phone#: 404-482-5830

**DIAGRAM**



Indicate North

I285 EXPY

Drawing Not To Scale.

**PROPERTY DAMAGE INFORMATION**

Damage Other Than Vehicle:                                    Owner:

**WITNESS INFORMATION**

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|
| HARVIN, ERIN | 2921 MEADE CIR | MARIETTA | Georgia | 30067 | 4043536167 |

**EXHIBIT D**

## OCCUPANT INFORMATION

### 1

| Name (Last, First): DENISON, RONALD | | | | Address: 4075 HOLT RD 208 MARIETTA, MI 48842 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: ■ | Sex: Male | Unit # 1 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 2

| Name (Last, First): WILLIAMS, SANEATHA | | | | Address: 2328 CAMPBELLTON RD SW U3 ATLANTA, GA 303114630 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: ■ | Sex: Female | Unit # 2 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 3

| Name (Last, First): | | | | Address: | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit # | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 4

| Name (Last, First): | | | | Address: | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit # | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

## ADMINISTRATIVE

Photos Taken: ☐ Yes ☑ No     By:

*Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963.*

| Report By: | Agency: | Report Date: | Checked By: | Date Checked: |
|---|---|---|---|---|
| Sungard, Cobb Co PD Trans () | Cobb County Police Department | 06/06/2022 00:01 | DENSON, | 6/5/2022 |

GDOT-523 (07/17)     [Printed: 6/6/2022 | 8561859]     *MAIL TO: Georgia Department of Transportation, CRASH REPORTING UNIT, 935 United Ave, SE, Atlanta, GA 30316-2590*

EXHIBIT D