EXHIBIT F

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| SANEATHA WILLIAMS<br><br>Plaintiff,<br><br>v.<br><br>RONALD DEAN DENISON<br><br>Defendant. | Civil Action No. _____ |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Defendant Ronald Dean Denison, by through his undersigned counsel of record, and, pursuant to Fed. R. Civ. P. 7.1 and to Local Rule 3.3, hereby discloses the following subsidiary corporations of Defendant Ronald Dean Denison

Response: N/A

EXHIBIT F

EXHIBIT F

2.

The undersigned counsel of record for a party or proposed intervenor to this action certified that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

Response: N/A

3.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

Response: Defendant identifies the following corporations as having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: ALR Trucking LLC, 5171 West Centerline Road, Saint Johns, Michigan 48879; and Falls Lake National Insurance Company, 52 East Gay Street, Columbus, Ohio 43215.

2

4.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the party in this proceeding:

Response: W. Jason Pettus (GA Bar No. 140852); Post Office Box 57365 270 Peachtree Street, NW, Suite 1800 (30303), Atlanta, Georgia 30343 Phone: (678) 510-1687.

5.

The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

Defendant Ronald Dean Denison is a Citizen of the State of Michigan.

This the 17th day of July, 2023.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ W. Jason Pettus*
W. JASON PETTUS (GA Bar No. 140852)
Jason.Pettus@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 510-1687
Attorney for Defendant

3

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendant hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This the 17th day of June, 2023.

                        MCANGUS GOUDELOCK & COURIE, LLC

                        */s/ W. Jason Pettus*
                        W. JASON PETTUS (GA Bar No. 140852)
                        Jason.Pettus@mgclaw.com
                        Post Office Box 57365
                        270 Peachtree Street, NW, Suite 1800 (30303)
                        Atlanta, Georgia 30343
                        (678) 510-1687
                        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

Brian W. Craig<br>
Wood Craig Miller, LLC<br>
3520 Piedmont Rd NE, Suite 280<br>
Atlanta, GA 30305<br>
Attorney for Saneatha Williams

This the 17th day of June, 2023.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ W. Jason Pettus*
W. JASON PETTUS (GA Bar No. 140852)
Jason.Pettus@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 510-1687
Attorney for Defendant

5