# AFFIDAVIT OF SERVICE

**State of Georgia**         **County of Dekalb**        **State Court**

Case Number: 23A02666

Plaintiff:
Selinda Brown
vs
Defendant
Target Corporation

For:
T. Blair
Castro Law PC

Received by Perma Investigations on the 15th day of June 2023 to be served on **Target Corporation c/o CT Corporation System RA 289 S. Culver Street Lawrenceville, GA 30046.**

I, Marc Perlson, being duly sworn, depose and say, that on the 16th day June 2023 at 12:10 PM, I

Served **Target Corporation c/o CT Corporation System, RA** by delivering a true copy of the **Summons, Complaint, s First Request for Interrogatories to Defendant Target Corporation, , First Request for Production of Documents, to Defendant Target Corporation, First Request for Admissions to Defendant Target Corporation,** to: CT Corporation System as **Registered Agent BY LEAVING THE SAME WITH** Linda Banks as **Process Specialist** at the address of **289 S. Culver Street Lawrenceville, GA 30046.**

I am an agent of Perma Investigations and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and have been appointed by this Court to serve process.

Subscribed and Sworn to before me on the 20th day of June 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

Marc Perlson
Process Server

Perma Investigations
PO Box 1742
Roswell, GA 30077

**Exhibit B**

137342H0001

6020230628021293

6-28-2023