IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SELINDA BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | |
| TARGET CORPORATION; ) | |
| and JOHN DOE, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT TARGET CORPORATION'S
CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE-PARTY DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, defendant Target Corporation ("Target") files its certificate of interested persons and corporate disclosure statement as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation, that owns 10% or more of the stock of a party:

    a. **Defendant Target Corporation.**

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    a. **Timothy Blair;**

    b. **Yulia Perez-Caballero; and**

    c. **Castro Law, PC.**

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a. **Timothy Blair and Yulia Perez-Caballero (Castro Law, PC) for Plaintiff Selinda Brown; and**

    b. **Brian K. Mathis and Christopher A. Brookhart (Huff, Powell & Bailey, LLC) for Defendant Target Corporation.**

This 17th day of July, 2023.

                                                   HUFF, POWELL & BAILEY, LLC

                                                   */s/ Brian K. Mathis*
                                                   BRIAN K. MATHIS
                                                   Georgia Bar No. 477026

/s/ *Christopher A. Brookhart*
CHRISTOPHER A. BROOKHART
Georgia Bar No.: 654466

*Counsel for Defendant
Target Corporation*

999 Peachtree Street, NE,
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
bmathis@huffpowellbailey.com
cbrookhart@huffpowellbailey.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

                          HUFF, POWELL & BAILEY, LLC

                          */s/ Brian K. Mathis*
                          BRIAN K. MATHIS
                          Georgia Bar No. 477026

                          */s/ Christopher A. Brookhart*
                          CHRISTOPHER A. BROOKHART
                          Georgia Bar No.: 654466

                          *Counsel for Defendant*
                          *Target Corporation*

999 Peachtree Street, NE,
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
bmathis@huffpowellbailey.com
cbrookhart@huffpowellbailey.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy the DEFENDANT TARGET CORPORATION'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE-PARTY DISCLOSURE STATEMENT upon all parties or their counsel of record via CM/ECF's Electronic Case Filing System and by Statutory Electronic Service, addressed as follows to assure delivery to:

Timothy L. Blair
Yulia Perez-Caballero
CASTRO LAW, PC
5 Concourse Parkway
Suite 2225
Atlanta, Georgia 30328
tim@castrolaw.com
yulia@castrolaw.com

This 17th day of July, 2023.

HUFF, POWELL & BAILEY, LLC

/s/ *Brian K. Mathis*
BRIAN K. MATHIS
Georgia Bar No. 477026

/s/ *Christopher A. Brookhart*
CHRISTOPHER A. BROOKHART
Georgia Bar No.: 654466

*Counsel for Defendant*
*Target Corporation*

999 Peachtree Street, NE, Suite 950
Atlanta, Georgia 30309
(404) 892-4022
bmathis@huffpowellbailey.com
cbrookhart@huffpowellbailey.com