# Exhibit A

*DMCA Takedown Notice to Automattic, Inc. d/b/a WordPress.com*

*Dated June 22, 2023*



|  |  |
|---|---|
|  | **Michael Shambaugh** |
| 1275 Shiloh Road NW #3130 | Chief Technology Officer |
| Kennesaw, GA 30144 | (770) 792-8304 |
| https://www.nucleusmedicalmedia.com/ | compliance@nucleusmedicalmedia.com |

BY EMAIL                                                                                                                                          June 22nd, 2023

## Notice of Copyright Violation under Digital Millennium Copyright Act ("DMCA") and Request to Remove Infringing Content - wordpress.com

Dear Sir or Madam:

I am a duly appointed representative of Nucleus Medical Media, Inc. ("Nucleus"), a United States corporation and the exclusive owner of all rights, including copyrights, in 1 works used a total of 8 times on the website at the domain wordpress.com without authorization from Nucleus. Please direct all further communications concerning this matter to my attention. My contact information appears above.

This letter constitutes official notification under Section 512(c) of the Digital Millennium Copyright Act ("DMCA") and demands immediate removal of all infringing material from your servers. Specifically, Nucleus' copyrighted works and the location of the infringing material on your servers are all identified in the attached addenda.

In addition to removing the infringing works from your servers and websites, please provide and preserve all information you have concerning this matter including, but not limited to:

- The identity of all individuals possessing the ability to edit the site at wordpress.com;
- The identification of any other individuals or entities participating in the infringement identified herein;
- Documents sufficient to show all data concerning web traffic, site visits, or other metrics concerning the infringing works;

As a representative of Nucleus, I hereby state that I have good faith belief that the use of Nucleus' copyrighted material on the servers hosting wordpress.com is not authorized by the copyright owner (Nucleus), its agent, or the law. I further state that the information in this notification is accurate, and under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights identified herein that are being infringed.

Within seven (7) days of this notice, please confirm in writing your receipt of this notice and that all infringing material identified in this notice has been removed from your servers. Within 28 days of this notice, please provide the information requested above.

Sincerely,

Michael Shambaugh
Chief Technology Officer
Nucleus Medical Media, Inc.



|  |  |
|---|---|
| 1275 Shiloh Road NW #3130 | **Michael Shambaugh** |
| Kennesaw, GA 30144 | Chief Technology Officer |
| https://www.nucleusmedicalmedia.com/ | (770) 792-8304 |
|  | compliance@nucleusmedicalmedia.com |

BY EMAIL                                                                                                                        June 22nd, 2023

## Addendum: Locations of Infringing Content on wordpress.com and Nucleus Original Content

**Infringements on wordpress.com:**

1. https://thejoyofthis.files.wordpress.com/2013/03/stations-of-presentation.jpg as displayed on https://thejoyofthis.com/page/2/
2. https://thejoyofthis.files.wordpress.com/2013/03/stations-of-presentation.jpg as displayed on http://thejoyofthis.com/2013/03/15/birth-sensations-and-protecting-the-perineum-through-it-all/
3. https://thejoyofthis.files.wordpress.com/2013/03/stations-of-presentation.jpg as displayed on http://thejoyofthis.com/tag/childbirth-education/
4. https://thejoyofthis.files.wordpress.com/2013/03/stations-of-presentation.jpg as displayed on http://thejoyofthis.com/category/tutorials-tips-advice/
5. https://thejoyofthis.files.wordpress.com/2013/03/stations-of-presentation.jpg as displayed on http://thejoyofthis.com/tag/episiotomies/
6. https://thejoyofthis.files.wordpress.com/2013/03/stations-of-presentation.jpg as displayed on http://thejoyofthis.com/category/doula-lcce/
7. https://thejoyofthis.files.wordpress.com/2013/03/stations-of-presentation.jpg as displayed on http://thejoyofthis.com/tag/perineum/
8. https://thejoyofthis.files.wordpress.com/2013/03/stations-of-presentation.jpg as displayed on http://thejoyofthis.com/category/pregnancy-childbirth/

**Nucleus' Original Content:**

1. https://nmal.nucleusmedicalmedia.com/view-item?ItemID=7756
2. https://nmal.nucleusmedicalmedia.com/view-item?ItemID=7756
3. https://nmal.nucleusmedicalmedia.com/view-item?ItemID=7756
4. https://nmal.nucleusmedicalmedia.com/view-item?ItemID=7756
5. https://nmal.nucleusmedicalmedia.com/view-item?ItemID=7756
6. https://nmal.nucleusmedicalmedia.com/view-item?ItemID=7756
7. https://nmal.nucleusmedicalmedia.com/view-item?ItemID=7756
8. https://nmal.nucleusmedicalmedia.com/view-item?ItemID=7756