IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

In re DMCA Subpoena to Automattic, Inc.
d/b/a WordPress.com

## DECLARATION OF DANIEL A. KENT

I, Daniel A. Kent, Esq., declare under penalty of perjury as follows:

1.      I am over the age of 18 and am competent to testify to the matters contained herein.  I have personal knowledge of the matters contained in this Declaration.

2.      I am a partner with the law firm of Kent & Risley, LLC.  I represent Nucleus Medical Media, Inc. ("Nucleus").

3.      I am authorized to act on behalf of Nucleus on matters involving the infringement of certain copyrighted works as detailed herein.  This declaration is made in support of the accompanying subpoena, pursuant to 17 U.S.C. § 512(h)(2)(C).

4.      The purpose of the accompanying subpoena is to obtain the identity of the alleged copyright infringer(s) who have infringed upon Nucleus's copyrights at the URLs listed on Exhibit A to the subpoena.  The information obtained will be

used only for the purpose of protecting the rights granted to Nucleus, under Title 17 of the United States Code.

     5.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This 17th day of July 2023.

*/s/Daniel A. Kent* _____
Daniel A. Kent
Attorney for Nucleus Medical Media, Inc.