## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **CHARLES FIGUEROA RIVERA** | **) JURY TRIAL DEMANDED** |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No.** |
| | ) |
| **JEFFERSON CAPITAL SYSTEMS, LLC** | ) |
| **Defendant,** | ) |
| | ) |
| | ) |

## COMPLAINT

## I.      INTRODUCTION

1.     This is an action for actual and statutory damages brought by Plaintiff Charles Figueroa Rivera an individual consumer, against Defendant, Jefferson Capital Systems, LLC, for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II.      JURISDICTION AND VENUE

2.     Jurisdiction of this court arises under 15 U.S.C § 1692k(d) and 28 U.S.C 1331. Venue in this District is proper in that the Defendant transacts business in McDonough, Georgia and the conduct complained of occurred in McDonough, Georgia.

### III.    PARTIES

3.    Plaintiff Charles Figueroa Rivera (hereinafter "Plaintiff") is a natural person residing in McDonough, GA. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4.    Plaintiff alleged "debt" as defined by the FDCPA, 15 U.S.C 1692a(5) this alleged debt at issue arose from a transaction entered into primarily for personal use.

5.    Upon information and belief, Jefferson Capital Systems, LLC is a Minnesota corporation with its principal place of business located at 16 McLeland Rd, St Cloud, MN 56303.

6.    Defendant is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempts to collect consumers' debts alleged to be due to another.

### IV. FACTS OF THE COMPLAINT

7.    Defendant Jefferson Capital Systems, LLC, (hereinafter referred to as "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

8.    On or about May 30, 2023, Plaintiff reviewed his credit report on Experian.com.

9.    On the credit report, Plaintiff observed a trade line from Debt Collector.

10.     Debt Collector reported furnished a trade line of $666.00, allegedly owed to Verizon
        Wireless.

11.     On May 30, 2023, Plaintiff made a dispute via telephone.

12.     Plaintiff re-checked his consumer report on July 13, 2023, and the debt collector
        information was not marked disputed. See **Exhibit A**. Defendant has had subsequent
        communication with the consumer reporting agencies and failed to communicate
        Plaintiff's dispute.

13.     Debt Collector's publishing of such inaccurate and incomplete information has
        severely damaged the personal and credit reputation of Plaintiff and caused severe
        humiliation, emotional distress, mental anguish, and damage to his FICO scores.

14.     Jefferson Capital Systems, LLC violated 15 U.S. Code § 1692e(8) for not
        communicating that the Plaintiff disputed the debt.

### V. FIRST CLAIM FOR RELIEF
**(Jefferson Capital Systems, LLC)**
**15 U.S.C 1692e(8)**

15.     Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out
        herein.

16.     The Debt Collector violated the FDCPA.

17.     The Debt Collector's violations include, but are not limited to, the following:

(a)   The Debt Collector violated 15 U.S.C § 1692e(8) of the FDCPA by failing to disclose to the consumer reporting agencies that the alleged debt was disputed by Plaintiff.

18.   Because Plaintiff disputed the debt, Jefferson Capital Systems, LLC, when choosing to contact the consumer reporting agencies, was obligated to inform them of the disputed status of the account. See Dixon v. RJM Acquisitions, L.L.C., 640 Fed. Appx. 793 (10th Cir. 2016) (Reversed summary judgment to the collection agency on the consumer's § 1692e(8) claim that after she had disputed a debt, the agency had nevertheless reported the debt without disclosing the disputed. The consumer created a genuine fact issue given that she said during the recorded conversation: "I feel that all I owe is $20." A reasonable fact finder could treat the statement as a dispute of the alleged $102.99 debt.); Sanchez v. Pinnacle Credit Servs., L.L.C., 195 F. Supp. 3d 1184 (D. Colo. 2016) (consumer's statements during telephone call that she owed much less than was claimed on phone bill was sufficient); Llewellyn v. Allstate Home Loans, Inc., 711 F.3d 1173 (10th Cir. 2013) ("We agree with the Eighth Circuit's interpretation of § 1692e(8) that a debt collector does not have an affirmative duty to notify [credit reporting agencies] that a consumer disputes the debt unless the debt collector knows of the dispute and elects to report to a CRA.")

19.   As a result of the above violations of the FDCPA, Debt Collector is liable to Plaintiff for actual damages, statutory damages, and costs.

## VI.   <u>JURY DEMAND AND PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff Charles Figueroa Rivera respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A.  Judgment for the violations occurred for violating the FDCPA;

B.  Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C.  Statutory damages pursuant to 15 U.S.C 1692k(2);

D.  Cost and reasonable attorney's fees pursuant to 15 U.S.C 1692k(3);

E.  For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

By: /s/ Naja I. Hawk
**NAJA I. HAWK**
Pleadings@thehawklegal.com

**THE HAWK LEGAL COLLECTIVE**
The Hawk Legal Collective
730 Peachtree Street NE, #570
Atlanta, GA 30308

Phone: (404) 439-9310

***Counsel for Plaintiff***

**EXHIBIT A**



Prepared For **CHARLES T. RIVERA**    Date generated: Jul 13, 2023

## Collection accounts

● **JEFFERSON CAPITAL SYST**                                                    **$666**

Original creditor: **VERIZON WIRELESS**                                         Closed

### 🗎 Account info

| | | | |
|---|---|---|---|
| Account name | **JEFFERSON CAPITAL SYST** | Balance | **$666** |
| Account number | **365400XXXX** | Balance updated | **Jun 24, 2023** |
| Original creditor | **VERIZON WIRELESS** | Original balance | **$666** |
| Company sold | - | Monthly payment | - |
| Account type | **Debt Buyer** | Past due amount | **$666** |
| Date opened | **Aug 24, 2022** | Terms | **1 Month** |
| Status | **Collection account. $666 past due as of Jun 2023.** | Responsibility | **Individual** |
| Status updated | **Aug 2022** | Your statement | - |

### 💲 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | C | C | C | C | C | C | – | – | – | – | – | – |
| 2022 | – | – | – | – | – | – | – | – | – | – | – | C |

C Collection                    — Data Unavailable

### ✉ Contact info

| | |
|---|---|
| Address | **16 MCLELAND RD SAINT CLOUD, MN 56303** |
| Phone number | **(888) 718-0048** |

### 🗎 Comments

-