

**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

|   |   |
|---|---|
| Publix Super Markets, Inc.<br>Merriann Metz General Counsel & Secretary<br>Publix Super Markets Inc.<br>3300 Publix Corporate Parkway<br>Lakeland FL 33811 | 05/11/2023 |

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Item: 2023-4345

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| 1. | **Entity Served:** | Publix Super Markets, Inc. |
|---|---|---|
| 2. | **Title of Action:** | Tesharrie Swift vs. Publix Super Market Inc. |
| 3. | **Document(s) Served:** | Sheriff's Entry of Service<br>Summons<br>Complaint<br>Plaintiff's First Interrogatories and Requests for Production of Documents |
| 4. | **Court/Agency:** | Cobb County State Court |
| 5. | **State Served:** | Georgia |
| 6. | **Case Number:** | 23-A01778 |
| 7. | **Case Type:** | Negligence/Premises Liability |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Wednesday 05/10/2023 |
| 10. | **Date to Client:** | Thursday 05/11/2023 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 30<br>Friday 06/09/2023 | <span style="color:red">**CAUTION:**</span> Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Utrophia D. Robinson<br>Morrow, GA<br>404-400-1831 |
| 13. | **Shipped To Client By:** | Regular Mail and Email with PDF Link |
| 14. | **Tracking Number:** |  |
| 15. | **Handled By:** | 111 |
| 16. | **Notes:** | None |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

# SHERIFF'S ENTRY OF SERVICE

SERVE

| | | |
|---|---|---|
| Superior Court ☐ | Magistrate Court ☐ | |
| State Court ☒ | Probate Court ☐ | |
| Juvenile Court ☐ | | |

Civil Action No. __23-A-1778__

Date Filed _____

Georgia, __COBB__ COUNTY

Attorney's Address  **Robinson, Utrophia**
**Trophy Law Firm, LLC**
**7171 Jonesboro Rd**
**Morrow, GEORGIA 30260-**

Swift, Tesharrie
_____
_____ Plaintiff

VS.
Publix Super Market INC., DBA Publix

Name and Address of Party to be Served.
**Publix Super Market INC.**

**2985 Gordy Parkway, 1st Floor**

**Marietta, GEORGIA 30066**

_____ Defendant

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant_____personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant_____by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of_____described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**
☒ Served the defendant _Publix Super Market_____ a corporation by leaving a copy of the within action and summons with _Pamely Jordun_____ in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant_____ not to be found in the jurisdiction of this court.

This _____ day of __5-10-23__, 20 _____

McPhee 16038
Deputy

ID# E-5XY3MW5W-K4C
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**General Civil and Domestic Relations Case Filing Information Form**

☐ Superior or ☑ State Court of _Cobb_____ County

**23-A-1778**

APR 27, 2023 04:42 PM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

**For Clerk Use Only**

Date Filed _04-27-2023_   Case Number _23-A-1778_
MM-DD-YYYY

| Plaintiff(s) | | | | | Defendant(s) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Swift, | Tesharrie | | | | Publix Super Market INC. | | | | |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** _Robinson, Utrophia_   **Bar Number** _838455_   **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

| **General Civil Cases** | **Domestic Relations Cases** |
|---|---|
| ☐ Automobile Tort | ☐ Adoption |
| ☐ Civil Appeal | ☐ Contempt |
| ☐ Contract | ☐ Non-payment of child support, medical support, or alimony |
| ☐ Contempt/Modification/Other Post-Judgment | ☐ Dissolution/Divorce/Separate Maintenance/Alimony |
| ☐ Garnishment | ☐ Family Violence Petition |
| ☑ General Tort | ☐ Modification |
| ☐ Habeas Corpus | ☐ Custody/Parenting Time/Visitation |
| ☐ Injunction/Mandamus/Other Writ | ☐ Paternity/Legitimation |
| ☐ Landlord/Tenant | ☐ Support – IV-D |
| ☐ Medical Malpractice Tort | ☐ Support – Private (non-IV-D) |
| ☐ Product Liability Tort | ☐ Other Domestic Relations |
| ☐ Real Property | |
| ☐ Restraining Petition | |
| ☐ Other General Civil | |

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
Case Number                Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

Version 1.1.20



# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

ID# E-5XY3MW5W-D2D
**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**23-A-1778**

APR 27, 2023 04:42 PM


Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

CIVIL ACTION NUMBER  23-A-1778

$198.00 COST PAID

Swift, Tesharrie

**PLAINTIFF**

VS.

Publix Super Market INC., DBA Publix

**DEFENDANT**

## SUMMONS

TO: PUBLIX SUPER MARKET INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

>   **Utrophia Robinson**
>   **Trophy Law Firm, LLC**
>   **7171 Jonesboro Rd**
>   **Morrow, Georgia 30260**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 28th day of April, 2023.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1



ID# E-5XY3MW5W-G4C
**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-1778**

APR 27, 2023 04:42 PM


Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| TESHARRIE SWIFT, | )  |
| Plaintiff, | )  |
| | ) CIVIL ACTION |
| vs. | ) FILE NO: |
| | ) |
| PUBLIX SUPER MARKET INC., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

## COMPLAINT

**COMES NOW** Tesharrie Swift, Plaintiff, and makes and files this complaint against defendants Publix Super Market Inc. as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff is a resident in the state of Georgia.

2.

Publix Super Market Inc. is a foreign corporation existing under the laws of Georgia with its principal place of business in Florida and may be served through its registered agent Corporate Creations Network Inc. at 2985 Gordy Parkway, 1st Floor, Marietta, Georgia 30066, and is subject to the jurisdiction of this court. Defendant may be served with summons and process at this address. Service of process may be perfected by delivering a copy of the Summons and Complaint to Defendants registered agent. Jurisdiction and venue are proper in Cobb County.

### CAUSE OF ACTION

Plaintiff re-alleges and incorporates by reference all those facts and allegations paragraphs one (1) through two (2) above and further alleges:

3.

On May 5, 2021, Plaintiff was shopping on behalf of a patron as an invitee at Publix Super Market located at 3605 Sandy Plains Rd., Suite 200 in Marietta, Georgia.

4.

While shopping, Plaintiff slipped and fell on an unknown liquid substance on the floor of an isle inside the store.

5.

At all relevant times, there were no cones or other warnings in the area of the foreign substance at the time of the fall, and Plaintiff did not have the opportunity to observe the substance prior to falling.

6.

Defendant Publix had exclusive ownership, possession and control over the premises at all times relevant to this litigation. Defendant had, or should have had, superior knowledge of the presence of the foreign substance prior to Plaintiff's fall.

7.

As a result of Plaintiff's fall, she suffered physical injuries to her knee and leg which resulted in pain and suffering.

## COUNT 1
## PREMISES LIABILITY

Plaintiff realleges and incorporates herein the allegations contained in paragraphs one (1) through seven (7) above as if fully restated and further alleges:

8.

At all relevant times to this Complaint, Plaintiff was an invitee on the premises at the time of the fall.

9.

Defendant owed a nondelegable duty of reasonable care in keeping the premises safe for invitees such as Plaintiff.

10.

Defendant was negligent in failing to properly inspect the area where the fall occurred, in failing to remove the hazard from the floor, in failing to take adequate measures to protect invitees from substances in the floor and in failing to keep the premises safe for invitees.

11.

Defendant's negligence was the proximate cause of Plaintiff's injuries.

## COUNT 2
## VICARIOUS LIABILITY

Plaintiff realleges and incorporates herein the allegations contained in paragraphs one (1) through eleven (11) above as if fully restated and further alleges:

12.

At all times relevant to this action, the individuals responsible for inspecting, cleaning and maintaining the area where Plaintiff fell were employed by Defendant and were acting within the scope of their employment.

13.

Defendant is responsible for the conduct of these individuals under the doctrine of *respondeat superior,* agency or apparent agency.

## COUNT 3
## NEGLIGENT TRAINING AND SUPERVISION

Plaintiff realleges and incorporates herein the allegations contained in paragraphs one (1) through thirteen (13) above as if fully restated and further alleges:

14.

Defendant was negligent in failing to adopt appropriate policies and procedures to make sure that appropriate inspections, cleaning and maintenance were performed on the premises and in failing to train its employees concerning safety procedures for inspecting, cleaning and maintaining the premises.

15.

Defendant was negligent in training and supervising its staff.

16.

As a result of Defendant's negligence in training and supervising its employees, Plaintiff was injured on the premises.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays that she have a trial on all issues and judgment against Defendant as follows:

a. That Plaintiff recover the full value of past and future medical expenses and past and future lost wages in an amount to be proven at trial;

b. That Plaintiff recover for mental and physical pain and suffering and emotional distress in an amount to be determined by the enlightened conscience of the jury;

c. That Plaintiff recover all special and general damages;

d. That Plaintiff recover reasonable costs as allowed by law;

e. That Plaintiff recover such other and further relief as is just and proper; and

f. That all issues be tried before a jury of twelve persons

This 27th day of April, 2023.

Respectfully submitted,

/s/ _____
Utrophia D. Robinson
Georgia Bar No. 838455

**Trophy Law Firm, INC**
7171 Jonesboro Road
Suite 102
Morrow, GA  30260
Telephone:   (404) 400-1831
Facsimile:    (404) 393-6988
info@trophylawfirm.com