ID# E-5XY3MW5W-LBH
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-1778**

APR 27, 2023 04:42 PM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| TESHARRIE SWIFT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | FILE NO: |
| ) | |
| PUBLIX SUPER MARKET INC., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT

COMES NOW, Plaintiff Tesharrie Swift, by and through her counsel of record, and submits the following written Interrogatories and Request for Production of Documents to Defendant, Publix Super Market Inc, pursuant to O.C.G.A. §9-11-33 and 9-11-34, and the Georgia Civil Practice Act, for answer as provided by law.

### DEFINITIONS

As used herein, the terms listed below are defined as follows:

1. The term "**Document**" as used herein shall be given a very broad definition to include every type of paper, writing, data, record, graphic, drawing, photograph, audio recording and video recording. The term includes material in all forms, including printed, written, recorded, or other. The term includes all files, records and data contained in any computer system, computer component and/or computer storage (e.g., hard drive, disc, magnetic tape, backup system, etc.). This term includes, but is not limited to, correspondence, reports, meeting minutes,



memoranda, stenographic or handwritten notes, diaries, notebooks, account books, orders, invoices, statements, bills, checks, vouchers, purchase orders, studies, surveys, charts, maps, analyses, publications, books, pamphlets, periodicals, catalogues, brochures, schedules, circulars, bulletins, notices, instructions, manuals, journals, e-mails, e-mail attachments, data sheets, work sheets, statistical compilations, data processing cards, microfilms, computer records (including printouts, disks or other magnetic storage media), tapes, photographs (positive or negative prints), drawings, films, videotapes, hard drive recordings, pictures, and voice recordings. Plaintiff expressly intends for the term "Document" to include every copy of such writing, etc. when such copy contains any commentary or notation whatsoever that does not appear on the original and any attachments or exhibits to the requested document or any other documents referred to in the requested document or incorporated by reference.

2. **"Person"** means any natural person, corporation, partnership, proprietorship, association, organization, group of persons, or any governmental body or subdivision thereof.

3. (a) **"Identify"** with respect to any **"person"** or any reference to stating the **"identity"** of any **"person"** means to provide the name, home address, telephone number, business name, business address, and business telephone number of such person, and a description of each such person's connection with the events in question.

(b) **"Identify"** with respect to any **"document"** or any reference to stating the **"identification"** of any **"document"** means to provide the title and date of each such document, the name and address of the party or parties responsible for the preparation of each such document, the name and address of the party who requested or required the preparation of the document or on whose behalf it was prepared, the name and address of the recipient or recipients of each such

document, and the names and addresses of any and all persons who have custody or control of each such document, or copies thereof.

4. "**You**," "**Your**," or "**Publix**" means Defendant Publix Super Market Inc.

5. "**Plaintiff**" means the Plaintiff herein, namely Tesharrie Swift.

6. "**Similar**" shall have the meaning given in the American Heritage Dictionary, which is "showing some resemblance; related in appearance or nature; alike but not identical." As used here, the word "similar" shall not be limited as if modified by the word "substantially" and shall not mean "the same". If you limit the information provided because you use another interpretation of the word "similar," please state the interpretation you are using and reveal the nature of the information withheld.

7. The terms "**and**" as well as "**or**" shall be each construed conjunctively and disjunctively as necessary to bring within the scope of each interrogatory and request for documents all information and documents that might otherwise be construed to be outside its scope. The term "**and/or**" shall be construed likewise.

8. Whenever necessary to bring within the scope of an interrogatory or request for production of documents any information or document that might otherwise be construed to be outside its scope: (i) the use of a verb in any tense shall be construed as the use of the verb in all other tenses; (ii) the use of the singular shall be construed as the use of the plural and vice versa; and (iii) "**any**" includes "all," and "**all**" includes "any."

9. With regard to any term used herein that is deemed by the responding party as being ambiguous or vague, a term shall be construed in its broadest sense to encompass all reasonable definitions of that term.

1.

State the name and address of any person, including any party, who, to your knowledge, information or belief:

      (a)     Was an eyewitness to the incident complained of in this action;

      (b)     Has some knowledge of any fact or circumstance upon which your defense is based;

      (c)     Has conducted any investigation relating to the incident complained of or the

background, employment, medical history or activities of the plaintiff.

2.

To your knowledge, information or belief, has any person identified in answering the preceding interrogatory given any statement or report in connection with this action? If so, describe such statement or report and give the name and address of the person having custody and control thereof.

3.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, all such statements or reports. In lieu thereof, you may attach copies to your answers to these interrogatories.

4.

Please identify any entity or person with any financial interest, lease or ownership interest in the premises where the incident occurred on the date of the incident.

5.

To your knowledge, information or belief, are there any videotapes, photographs, plats or drawings of the scene of the incident referred to in the complaint? If so, please describe such videotapes, photographs, plats or drawings and give the name and address of the person having custody and control thereof.

6.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA

30260, all such videotapes, photographs, plats or drawings. In lieu thereof, you may attach copies to your answers to these interrogatories.

7.

Have there been any incidents involving falls at the store or approaches to the store for the five-year period preceding this incident and the one-year period subsequent to this incident? If so, please state:

    (a)    Date of incident;

    (b)    Name, address and telephone number of injured person;

    (c)    Description of incident.

8.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any incident report, memoranda, handwritten note, or other documents or materials concerning, referencing or describing any incident referenced in the response to the preceding paragraph. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

9.

Please state the identity of each person working on the premises with any duties for the area where this incident occurred on the date of this incident.

10.

Has any entity issued a policy of liability insurance to the defendant? If so, state the names of all insurers providing liability insurance and give the limits of coverage of each such policy.

11.

Has any insurer referred to above denied coverage or reserved its right to later deny coverage under any such policy of liability insurance? If so, please explain.

12.

Do you contend that the plaintiff caused or contributed to the incident in question? If so, state with particularity each and every contention made in this regard.

13.

If you intend to call any expert or technician as a witness at the trial of this action, state the subject matter on which he/she is expected to testify and state in detail the opinions held by each such expert or technician and give a complete summary of the grounds for each opinion held.

14.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any videotape, photograph, report, data, memoranda, handwritten notes, or other document reviewed by or generated by an individual identified in response to the preceding interrogatory. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

15.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any documents obtained through a request for production of documents or subpoena. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

16.

Please state in detail any policies and procedures concerning the inspection, cleaning or maintenance of the area where this incident occurred.

17.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any and all guidelines, manuals, memoranda or other documents evidencing any policy or procedure identified in response to the preceding interrogatory. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

18.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any and all policy and procedure manuals given to the defendant's employees. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

19.

In regard to any document that has not been produced on grounds of privilege, please state the following:

    (a) The date each document was generated;

    (b) The person generating each document;

    (c) The present custodian of each document;

(d) A description of each document.

20.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any videotapes, photographs, correspondence, memoranda, records, files, or other documents or tangible evidence concerning, referencing or depicting the plaintiff or the incident in question. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

21.

Please identify each and every person working for the defendant on the premises where this incident occurred on the day of the incident described in the complaint, including the person's name, current address, current employer and telephone number.

22.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, the payroll records for the defendant's employees on the premises for the day of the incident and the one-week period prior to and subsequent to the incident.

23.

Have their ever been any complaints made about the area where this incident occurred? If so, please state:

    (a)    The date(s) of each complaint;

    (b)    The person(s) making each complaint;

    (c)    The nature of each complaint;

    (d)    Any action taken as a result of each complaint.

24.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any correspondence, memoranda, report, record, or other documents concerning, referencing or depicting any complaints identified in response to the preceding interrogatory. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

25.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any incident report or other report concerning the incident described in the complaint. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

26.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any maps, schematics, diagrams, drawings or other similar documents showing the layout of the area where this incident occurred. In lieu thereof, you may attach copies to your answers to these interrogatories.

27.

Were there any contracts or agreements with other individuals or entities regarding the maintenance, inspection or security of the property where the plaintiff fell as described in the complaint? If so, state:

    (a)    The identity of the contracting parties;

    (b)    The address and telephone number of the contracting parties;

    (c)    The duties of the contracting parties.

28.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any and all leases or contracts with outside contractors or agencies for performance of maintenance services in the area where the plaintiff fell. In lieu thereof, you may attach copies to your answers to these interrogatories.

29.

Please identify each and every witness or employee in the vicinity of the area where the plaintiff fell at the time of the incident. In regard to each employee, please state:

    (a)    The name of each person;

    (b)    The address of each person;

    (c)    The telephone number of each person;

    (d)    The shift worked by each person if an employee;

    (e)    The job duties and responsibilities of each person if an employee.

30.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any e-mail, interoffice correspondence, memoranda, report, telephone log, message or other documents concerning the plaintiff. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

31.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any invoices, records, proposals, work orders, maintenance records or other documents for work performed in the area where this incident occurred in the last five years. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

32.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any changes made to policies, procedures, protocols, rules, regulations and guidelines since this incident. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

33.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any surveillance videos taken on the day of the incident. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

34.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any maintenance records, work orders or other documents concerning the area where this incident occurred for the past five years. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

35.

Please describe any inspection procedures utilized in regard to the area where this incident occurred.

36.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any daily, weekly, monthly or annual inspection reports or audits or any other inspection reports for the area where this incident occurred for the past five years. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

37.

Have there been any audits, inspections or evaluations of the area where the plaintiff fell for the past five years?

38.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any invoices, receipts, change orders, work orders, spreadsheets, computer documents or other records concerning any audits, evaluations, maintenance, cleaning or inspections of the area where the plaintiff fell for the past five years. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**These Interrogatories and Request for Production have been served with Plaintiff's Complaint.**

This 27th day of April, 2023.

Respectfully submitted,

/s/ *[signature]*
Utrophia D. Robinson
Georgia Bar No. 838455

**Trophy Law Firm, INC**
7171 Jonesboro Road

Suite 102
Morrow, GA  30260
Telephone:   (404) 400-1831
Facsimile:   (404) 393-6988
info@trophylawfirm.com

MAY 1 0 2023