Case 1:23-mi-99999-UNA   Document 2268-3   Filed 07/18/23   Page 1 of 6

ID# ECMCSPMAB-AYK
**E-FILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-1778**

**JUN 09, 2023 04:09 PM**


Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

TESHARRIE SWIFT,

    Plaintiff,

v.

PUBLIX SUPER MARKET INC.,

    Defendant.

_____/

CASE NO. 23-A-1778

### DEFENDANT PUBLIX SUPER MARKETS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW Defendant Publix Super Markets, Inc. (hereinafter "Publix"), by and through undersigned counsel, and files its Answer and Affirmative Defenses to Plaintiff's Complaint, and Demand for Jury Trial, and states as follows:

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Publix states that the Plaintiff was guilty of negligence and the Plaintiff's negligence was the sole, proximate cause or contributing cause of the damages complained of and the recovery, if any, should be barred or reduced proportionately pursuant to the doctrine of contributory and/or comparative negligence.

### THIRD AFFIRMATIVE DEFENSE

No act or omission on the part of Publix caused or contributed to the injuries or damages claimed by the Plaintiff.

### **FOURTH AFFIRMATIVE DEFENSE**

If there was any negligence that caused or contributed to the Plaintiff's alleged injuries, it was solely the result of negligence on the part of third-parties who were not under the care, custody, control or supervision of Publix, and therefore, the Plaintiff cannot recover against Publix.

### **FIFTH AFFIRMATIVE DEFENSE**

Publix specifically claims any credit or set-off to which Publix may be entitled for any and all payments paid or payable to the Plaintiff for any damages alleged in the Complaint from any collateral source whatsoever.

### **SIXTH AFFIRMATIVE DEFENSE**

Publix submits that the Plaintiff has failed to mitigate damages as required under Georgia law and any such recovery should be proportionally reduced because of this failure.

### **SEVENTH AFFIRMATIVE DEFENSE**

The negligence on the part of the Plaintiff exceeded any negligence on the part of Publix, and, therefore, Plaintiff is barred from recovery.

### **EIGHTH AFFIRMATIVE DEFENSE**

Publix had no actual or constructive notice of any condition on the floor prior to Plaintiff's alleged fall, and therefore, Plaintiff is precluded from recovery.

### **NINTH AFFIRMATIVE DEFENSE**

To the extent they may be shown through discovery, Publix raises all affirmative defenses in O.C.G.A. § 9-11-8(c) and none of those defenses is waived.

### **TENTH AFFIRMATIVE DEFENSE**

Plaintiff's alleged injuries were the result of Plaintiff's failure to appreciate an open and obvious condition.

### ELEVENTH AFFIRMATIVE DEFENSE

Publix raises all affirmative defenses in O.C.G.A. § 9-11-12(b) and none of those defenses is waived.

### TWELFTH AFFIRMATIVE DEFENSE

Publix asserts that its full and correct legal name is "Publix Super Markets, Inc."

Subject to the forgoing defenses, Publix hereby responds to the Plaintiff's Complaint as follows:

### PARTIES AND JURISDICTION

1. Without sufficient knowledge; therefore, denied.

2. Denied as phrased.

### CAUSE OF ACTION

Publix reasserts its responses to paragraphs 1 – 2 above as if fully set forth herein.

3. Without sufficient knowledge; therefore, denied.

4. Without sufficient knowledge; therefore, denied.

5. Without sufficient knowledge; therefore, denied.

6. Admitted that Publix operated and controlled the inside of the Publix super market located at 3605 Sandy Plains Rd., Suite 200, Marietta, GA 30066. Otherwise, denied.

7. Without sufficient knowledge; therefore, denied.

### COUNT I: PREMISES LIABILITY

Publix reasserts its responses to paragraphs 1 – 7 above as if fully set forth herein.

8. Without sufficient knowledge; therefore, denied.

9. Admitted that Publix owed a duty consistent with Georgia law. Otherwise, denied.

10. Denied.

11. Denied.

## COUNT II: VICARIOUS LIABILITY

Publix reasserts its responses to paragraphs 1 – 11 above as if fully set forth herein.

12. Without sufficient knowledge; therefore, denied.

13. Without sufficient knowledge; therefore, denied.

## COUNT III: NEGLIGENT TRAINING AND SUPERVISION

Publix reasserts its responses to paragraphs 1 – 13 above as if fully set forth herein.

14. Denied.

15. Denied.

16. Denied.

## PRAYER FOR RELIEF

Publix denies that Plaintiff is entitled to the relief prayed for in subparts a – f and demands strict proof thereof.

## RESERVATION OF RIGHTS

Publix reserves the right to respond to any and all amendments to the Complaint not here and after asserted by the Plaintiff.

## DEMAND FOR JURY TRIAL

Publix requests a trial by a twelve (12) person jury.

Dated this **9th** day of June, 2023.

>  */s/ Asher W. Lipsett*
> Joseph P. Menello, Esquire
> Georgia Bar No. 752378
> Asher W. Lipsett, Esquire
> Georgia Bar No. 951994
> *Attorneys for Publix Super Markets, Inc.*

- 5 -

**WICKER SMITH O'HARA MCCOY & FORD, PA**
3414 Peachtree Road NE, Suite 960
Atlanta, Georgia 30326
Phone: (407) 843-3939
Fax: (404) 467-1771
jmenello@wickersmith.com
alipsett@wickersmith.com
AtlCrtPleadings@wickersmith.com

THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

TESHARRIE SWIFT,

    Plaintiff,

v.

PUBLIX SUPER MARKET INC.,

    Defendant.
_____/

CASE NO. 23-A-1778

**CERTIFICATE OF SERVICE**

This is to certify I have served a copy of *Defendant, Publix Super Market Inc.'s Answer to Complaint and Demand for Jury Trial* upon all counsel of record through the Court's electronic filing system and by Statutory Electronic Service addressed as follows:

Utrophia D. Robinson, Esquire
Trophy Law Firm, Inc
7171 Jonesboro Road, Suite 102
Morrow, GA 30260
utrophia@trophylawfirm.com

Respectfully submitted this **9th** day of June, 2023.

    */s/ Asher W. Lipsett*
    Joseph P. Menello, Esquire
    Georgia Bar No. 752378
    Asher W. Lipsett, Esquire
    Georgia Bar No. 951994
    *Attorneys for Publix Super Markets, Inc.*

**WICKER SMITH O'HARA MCCOY & FORD, PA**
3414 Peachtree Road NE, Suite 960
Atlanta, Georgia 30326
Phone: (407) 843-3939
Fax: (404) 467-1771
jmenello@wickersmith.com
alipsett@wickersmith.com
AtlCrtPleadings@wickersmith.com