ID# N-VFAQZHDP-3-ZBL
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

23-A-1778

JUN 21, 2023 02:42 PM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

**Attn: All Judges, Clerks and Opposing Counsel of Record:**

<u>**NOTICE OF MEDICAL LEAVE OF ABSENCE**</u>

      **COMES NOW** Utrophia Robinson, pursuant to Georgia Uniform Court Rule 16.2, and respectfully applies for a leave of absence for the following reasons:

- **July 1, 2023 through October 1, 2023**

      Counsel respectfully notifies all judges before whom she has cases pending, all affected clerks of court, and all opposing counsel and shows that she will be away from the practice of law during this time period. All judges and opposing counsel shall have ten (10) days from the date of this notice to file an objection. If no objections are filed, the leave shall be granted.

      I hereby certify that I have this date served a copy of the foregoing Notice of Leave of Absence upon all judges, clerks, opposing counsel and clients listed on the above-referenced case by depositing the same in the U.S. mail with adequate postage affixed thereto.

      This 21st day of June, 2023.

                         Respectfully submitted,

/s _____
             Utrophia D. R. Robinson
             Georgia Bar No. 838455
             *Attorney for Plaintiff*

**Trophy Law Firm, Inc.**
11758 Hastings Bridge Road
Hampton, GA  30228
Telephone:    (404) 400-1831
Facsimile:    (404) 393-6988
info@trophylawfirm.com

