IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

TESHARRIE SWIFT,

                                           CASE NO. 23-A-1778

       Plaintiff

v.

PUBLIX SUPER MARKETS, INC.,

       Defendant.

_____/

**DEFENDANT PUBLIX SUPER MARKETS, INC.'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

Defendant PUBLIX SUPER MARKETS, INC. objects and responds to Plaintiff's First Interrogatories and Requests for Production of Documents as follows:

1.

State the name and address of any person, including any party, who, to your knowledge, information or belief:

(a)        Was an eyewitness to the incident complained of in this action;

(b)        Has some knowledge of any fact or circumstance upon which your defense is based;

(c)        Has conducted any investigation relating to the incident complained of or the background, employment, medical history or activities of the plaintiff.

**REPONSE: Publix Super Markets, Inc., objects to this Interrogatory as overly broad and not reasonably calculated to lead to the discovery of admissible evidence. Further, Publix Super Market, Inc. objects to this Interrogatory, as it seeks information that is protected by way of the work-product doctrine and/or attorney-client privilege. Subject to and without waiving said objections, Assistant Store Manager Kevin Shipman and Assistant Meat Manager Kannon Yurillo may have knowledge of the subject incident. Any attempts to**

contact **Publix Super Markets, Inc.'s** current or former employees should be coordinated through defense counsel.  Discovery is ongoing regarding identity of any additional associates who may have knowledge of the incident, and **Publix Super Markets, Inc.** reserves the right to supplement this Response at a later date.

2.

To your knowledge, information or belief, has any person identified in answering the preceding interrogatory given any statement or report in connection with this action? If so, describe such statement or report and give the name and address of the person having custody and control thereof.

**REPONSE: Publix Super Markets, Inc. objects to this Interrogatory as remote, as it contains no limits and/or timeframes; vague as to "statements" and overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. This Interrogatory also seeks information that was prepared in anticipation of litigation; as such, it is protected from discovery by the work-product privilege. Subject to and without waiving said objections, Publix Super Markets, Inc. provides the following privilege log:**

| Date | Description | Privilege |
|---|---|---|
| **May 5, 2021** | **Customer Incident Report prepared by Assistant Store Manager Kevin Shipman** | **Work product; prepared in anticipation of litigation** |

3.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow.

GA 30260, all such statements or reports. In lieu thereof, you may attach copies to your answers to these interrogatories.

**REPONSE: Please see Response to No. 3 above.**

4.

Please identify any entity or person with any financial interest, lease or ownership interest in the premises where the incident occurred on the date of the incident.

**REPONSE: Publix Super Markets, Inc. objects to this Interrogatory as overly broad and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving said objections, Publix Super Markets, Inc. maintained and controlled the subject store interior on the premises located at 3605 Sandy Plains Rd., Suite 200, Marietta, GA 30066 on the date of the alleged incident.**

5.

To your knowledge, information or belief, are there any videotapes, photographs, plats or drawings of the scene of the incident referred to in the complaint? If so, please describe such videotapes, photographs, plats or drawings and give the name and address of the person having custody and control thereof.

**REPONSE: No photographs for the subject incident are known to exist. Defense counsel is in possession of the store camera video preserved for the subject incident and requests the court exercise its discretion to control the time of discovery and require the production of the store camera video after Plaintiff's deposition. Discovery is ongoing. The remaining portion of this Interrogatory is objected to as it is vague, overly broad, unduly burdensome, not reasonably limited in time and/or scope, and not reasonably calculated to lead to the**

**discovery of admissible evidence. Further, it seeks information that is privileged and protected by way of the work product doctrine and attorney-client privilege.**

6.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, all such videotapes, photographs, plats or drawings. In lieu thereof, you may attach copies to your answers to these interrogatories.

**REPONSE: Please see Response to No. 5 above.**

7.

Have there been any incidents involving falls at the store or approaches to the store for the five-year period preceding this incident and the one-year period subsequent to this incident? If so, please state:

(a)     Date of incident;

(b)     Name, address and telephone number of injured person;

(c)     Description of incident.

**REPONSE: Publix Super Markets, Inc. objects to this Interrogatory as vague, overly broad, not reasonably limited in time or scope, and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving said objections, Publix Super Markets, Inc. is unaware of any prior substantially similar incidents occurring in the area where Plaintiff claims to have fallen within the 3 years prior to this subject incident.**

8.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow,

GA 30260, any incident report, memoranda, handwritten note, or other documents or materials concerning, referencing or describing any incident referenced in the response to the preceding paragraph. In lieu of this,) you may attach copies thereof to your answers to these interrogatories.

**REPONSE: Please see Response to No. 7 above.**

9.

Please state the identity of each person working on the premises with any duties for the area where this incident occurred on the date of this incident.

**REPONSE: All Publix Super Markets, Inc. Associates are engaged in an ongoing effort to provide customers with a clean, safe, pleasant shopping environment and routinely monitor, sweep, clean, and inspect premises; however, does not generally maintain documentation of these actions. Otherwise, this Interrogatory is objectionable as vague, overbroad, harassing, unduly burdensome, not reasonably limited in time or scope, and not reasonably calculated to lead to discovery of admissible evidence.**

10.

Has any entity issued a policy of liability insurance to the defendant? If so, state the names of all insurers providing liability insurance and give the limits of coverage of each such policy.

**REPONSE: Publix Super Markets, Inc. is self-insured up to $2,000,000 followed by excess liability coverage of $3,000,000 combined single limit provided by The Hartford. See attached applicable declarations page. The remaining portion of this request is objected to as it is overly broad and not reasonably calculated to lead admissible evidence.**

11.

Has any insurer referred to above denied coverage or reserved its right to later deny coverage under any such policy of liability insurance? If so, please explain.

- 5 -

**REPONSE: Not applicable.**

12.

Do you contend that the plaintiff caused or contributed to the incident in question? If so, state with particularity each and every contention made in this regard.

**REPONSE: Publix Super Markets, Inc. contends that Plaintiff may have failed to take reasonable steps for her own safety causing her to fall. Otherwise, discovery is still ongoing, and Publix Super Markets, Inc. reserves the right to supplement this Answer at a later date.**

13.

If you intend to call any expert or technician as a witness at the trial of this action, state the subject matter on which he/she is expected to testify and state in detail the opinions held by each such expert or technician and give a complete summary of the grounds for each opinion held.

**REPONSE: Publix Super Markets, Inc. objects to this Interrogatory in that it requests information that will not be known until after additional discovery is completed. The interrogatory also seeks attorney work-product in violation of the Georgia Civil Practice Act. Publix Super Markets, Inc. has not decided on which, if any, expert witnesses may be called at trial; insofar as this Interrogatory seeks to ascertain the identity, writings, and opinions of experts who have been retained or utilized to date solely as an advisor or consultant, it is violative of the work-product privilege. Publix Super Markets, Inc. reserves the right to supplement this response.**

14.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow,

- 6 -

GA 30260, any videotape, photograph, report, data, memoranda, handwritten notes, or other document reviewed by or generated by an individual identified in response to the preceding interrogatory. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**REPONSE: Please see Response to No. 13 above.**

15.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any documents obtained through a request for production of documents or subpoena. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**REPONSE: Publix Super Markets, Inc. agrees to provide electronic copies of non-privileged documents received through any non-party request for production of documents.**

16.

Please state in detail any policies and procedures concerning the inspection, cleaning or maintenance of the area where this incident occurred.

**REPONSE: Publix Super Markets, Inc. objects to this Interrogatory as overbroad, not limited in time or scope, vague, and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving said objections, Publix Super Markets, Inc. Associates are engaged in an ongoing effort to provide customers with a clean, safe, pleasant shopping environment and routinely monitor, sweep, clean, and inspect premises; however, does not generally maintain documentation of these actions. Further, Publix Super Markets, Inc. considers its written materials, manuals, and policies privileged under O.C.G.A. § 10-1-761**.

17.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow. GA 30260, any and all guidelines, manuals, memoranda or other documents evidencing any policy or procedure identified in response to the preceding interrogatory. In lieu of this, you may attach copies thereof to your answers to these interrogatories

**REPONSE: Publix Super Markets, Inc. objects to this Interrogatory as overbroad, not limited in time or scope, vague, and not reasonably calculated to lead to the discovery of admissible evidence. Publix Super Markets, Inc. considers its written materials, manuals, policies and training materials to be proprietary and trade secrets. Relevant materials will be provided upon receipt of a signed Confidentiality Agreement.**

18.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any and all policy and procedure manuals given to the defendant's employees. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**REPONSE: Please see Response to No. 17 above.**

19.

In regard to any document that has not been produced on grounds of privilege, please state the following:

(a)     The date each document was generated;

(b)     The person generating each document;

(c)     The present custodian of each document;

(d)      A description of each document.

**REPONSE: Publix Super Markets, Inc. provides the following privilege log:**

| Date | Description | Privilege |
|------|-------------|-----------|
| **May 5, 2021** | **Customer Incident Report prepared by Assistant Store Manager Kevin Shipman** | **Work product; prepared in anticipation of litigation** |

20.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any videotapes, photographs, correspondence, memoranda, records, files, or other documents or tangible evidence concerning, referencing or depicting the plaintiff or the incident in question. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**REPONSE: Please see Response to No. 5 above.**

21.

Please identify each and every person working for the defendant on the premises where this incident occurred on the day of the incident described in the complaint, including the person's name, current address, current employer and telephone number.

**REPONSE: Publix Super Markets, Inc., objects to this Interrogatory as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.**

22.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow,

GA 30260, the payroll records for the defendant's employees on the premises for the day of the incident and the one-week period prior to and subsequent to the incident.

**REPONSE: Please see Response to No. 21 above.**

23.

Have their ever been any complaints made about the area where this incident occurred? If so, please state:

(a)      The date(s) of each complaint;

(b)      The person(s) making each complaint;

(c)      The nature of each complaint;

(d)      Any action taken as a result of each complaint.

**REPONSE: Publix Super Markets, Inc. objects to this Interrogatory as remote, as it contains no limits and/or timeframes; vague as to "complaints" and overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. This Interrogatory also seeks information that was prepared in anticipation of litigation; as such, it is protected from discovery by the work-product privilege. Subject to and without waiving said objections, Publix Super Markets, Inc. is unaware of any prior substantially similar incidents occurring in the area where Plaintiff claims to have fallen within the 3 years prior to this subject incident.**

24.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any correspondence, memoranda, report, record, or other documents concerning,

referencing or depicting any complaints identified in response to the preceding interrogatory. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**REPONSE: Please see Response to No. 23 above.**

25.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any incident report or other report concerning the incident described in the complaint. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**REPONSE: Publix Super Markets, Inc. objects to this Request as vague, overly broad, not reasonably limited in time or scope, not reasonably calculated to lead to the discovery of admissible evidence, and as seeking information that was prepared in anticipation of litigation protected from discovery by the work-product privilege. Subject to and without waiving said objections, Publix Super Markets, Inc. provides the following privilege log:**

| Date | Description | Privilege |
|---|---|---|
| **May 5, 2021** | **Customer Incident Report prepared by Assistant Store Manager Kevin Shipman** | **Work product; prepared in anticipation of litigation** |

26.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any maps, schematics, diagrams, drawings or other similar documents showing the layout of the area where this incident occurred. In lieu thereof, you may attach copies to your answers to these interrogatories.

**REPONSE: Publix Super Markets, Inc. objects to this Request as not reasonably calculated to lead to the discovery of admissible evidence. Further, Publix Super Markets, Inc. considers its written materials, manuals, and policies to be proprietary and trade secrets. Relevant materials will be provided upon receipt of a signed Confidentiality Agreement.**

27.

Were there any contracts or agreements with other individuals or entities regarding the maintenance, inspection or security of the property where the plaintiff fell as described in the complaint? If so, state:

(a)     The identity of the contracting parties;

(b)     The address and telephone number of the contracting parties;

(c)     The duties of the contracting parties.

**REPONSE: Publix Super Markets, Inc., objects to this Interrogatory as overly broad and not reasonably calculated to lead to the discovery of admissible evidence.**

28.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any and all leases or contracts with outside contractors or agencies for performance of maintenance services in the area where the plaintiff fell. In lieu thereof, you may attach copies to your answers to these interrogatories.

**REPONSE: Please see Response to No. 27 above.**

29.

Please identify each and every witness or employee in the vicinity of the area where the plaintiff fell at the time of the incident. In regard to each employee, please state:

- 12 -

(a)     The name of each person;

(b)     The address of each person;

(c)     The telephone number of each person;

(d)     The shift worked by each person if an employee;

(e)     The job duties and responsibilities of each person if an employee.

**REPONSE: Publix Super Markets, Inc., objects to this Interrogatory as overly broad and not reasonably calculated to lead to the discovery of admissible evidence. Further, Publix Super Market, Inc. objects to this Interrogatory, as it seeks information that is protected by way of the work-product doctrine and/or attorney-client privilege. Subject to and without waiving said objections, Assistant Store Manager Kevin Shipman and Assistant Meat Manager Kannon Yurillo may have knowledge of the subject incident. Any attempts to contact Publix Super Markets, Inc.'s current or former employees should be coordinated through defense counsel.  Discovery is ongoing regarding identity of any additional associates who may have knowledge of the incident, and Publix Super Markets, Inc. reserves the right to supplement this Response at a later date.**

30.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any e-mail, interoffice correspondence, memoranda, report, telephone log, message or other documents concerning the plaintiff. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**REPONSE: Publix Super Markets, Inc., objects to this Interrogatory as overly broad and not reasonably calculated to lead to the discovery of admissible evidence. Further, Publix**

**Super Market, Inc. objects to this Interrogatory, as it seeks information that is protected by way of the work-product doctrine and/or attorney-client privilege.**

31.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any invoices, records, proposals, work orders, maintenance records or other documents for work performed in the area where this incident occurred in the last five years. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**REPONSE: All Publix Super Markets, Inc. Associates are engaged in an ongoing effort to provide customers with a clean, safe, pleasant shopping environment and routinely monitor, sweep, clean, and inspect premises; however, does not generally maintain documentation of these actions. Otherwise, this Request is objectionable as vague, overbroad, harassing, unduly burdensome, not reasonably limited in time or scope, and not reasonably calculated to lead to discovery of admissible evidence.**

32.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any changes made to policies, procedures, protocols, rules, regulations and guidelines since this incident. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**REPONSE: Publix Super Markets, Inc. objects to this Interrogatory as overbroad, not limited in time or scope, vague, and not reasonably calculated to lead to the discovery of admissible evidence. Publix Super Markets, Inc. further objects to on the grounds that this Interrogatory is violative of O.C.G.A. § 24-4-407 regarding evidence of subsequent remedial**

**measures. Further, Publix Super Markets, Inc. considers its written materials, manuals, and policies privileged under O.C.G.A. § 10-1-761. Subject to and without waiving said objections, Publix Super Markets, Inc. Associates continue to engage in an ongoing effort to provide customers with a clean, safe, pleasant shopping environment and routinely monitor, sweep, clean, and inspect premises**

33.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any surveillance videos taken on the day of the incident. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**REPONSE: Defense counsel is in possession of the store camera video preserved for the subject incident and requests the court exercise its discretion to control the time of discovery and require the production of the store camera video after Plaintiff's deposition. Discovery is ongoing. The remaining portion of this Interrogatory is objected to as it is vague, overly broad, unduly burdensome, immaterial, not reasonably limited in time and/or scope, and not reasonably calculated to lead to the discovery of admissible evidence. Further, it seeks information that is privileged and protected by way of the work product doctrine and attorney-client privilege.**

34.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any maintenance records, work orders or other documents concerning the area where this

incident occurred for the past five years. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**REPONSE: Publix Super Markets, Inc. objects to this Interrogatory as overbroad, not limited in time or scope, vague, and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving said objections, Publix Super Markets, Inc. Associates are engaged in an ongoing effort to provide customers with a clean, safe, pleasant shopping environment and routinely monitor, sweep, clean, and inspect premises; however, does not generally maintain documentation of these actions. Further, Publix Super Markets, Inc. considers its written materials, manuals, and policies proprietary and trade secrets.**

35.

Please describe any inspection procedures utilized in regard to the area where this incident occurred.

**REPONSE: Publix Super Markets, Inc. objects to this Interrogatory as overbroad, not limited in time or scope, vague, and not reasonably calculated to lead to the discovery of admissible evidence. Publix Super Markets, Inc. considers its written materials, manuals, policies and training materials to be proprietary and trade secrets. Relevant materials will be provided upon receipt of a signed Confidentiality Agreement.**

36.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any daily, weekly, monthly or annual inspection reports or audits or any other inspection

reports for the area where this incident occurred for the past five years. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**REPONSE: All Publix Super Markets, Inc. Associates are engaged in an ongoing effort to provide customers with a clean, safe, pleasant shopping environment and routinely monitor, sweep, clean, and inspect premises; however, does not generally maintain documentation of these actions. Otherwise, this Request is objectionable as vague, overbroad, harassing, unduly burdensome, not reasonably limited in time or scope, and not reasonably calculated to lead to discovery of admissible evidence.**

37.

Have there been any audits, inspections or evaluations of the area where the plaintiff fell for the past five years?

**REPONSE: Please see Response to No. 36 above.**

38.

Thirty days after service hereof, you are requested to produce for inspection and copying by the plaintiff at the offices of Trophy Law Firm Inc. at 7171 Jonesboro Road Ste 102, Morrow, GA 30260, any invoices, receipts, change orders, work orders, spreadsheets, computer documents or other records concerning any audits, evaluations, maintenance, cleaning or inspections of the area where the plaintiff fell for the past five years. In lieu of this, you may attach copies thereof to your answers to these interrogatories.

**REPONSE: Please see Response to No. 36 above.**

Dated this 13<u>th</u> day of July, 2023.

*/s/ Joseph P. Menello*
Joseph P. Menello, Esquire
Georgia Bar No. 752378

- 17 -

Asher W. Lipsett, Esquire
Georgia Bar No. 951994
Attorneys for *Publix Super Markets, Inc.*

**WICKER SMITH O'HARA MCCOY & FORD, PA**
3414 Peachtree Road NE, Suite 960
Atlanta, Georgia 30326
Phone: (407) 843-3939
Fax: (404) 467-1771
jmenello@wickersmith.com
alipsett@wickersmith.com
AtlCrtPleadings@wickersmith.com

ID# 2PRAFAYB-H3F
**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-1778**

**JUL 13, 2023 03:41 PM**

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

TESHARRIE SWIFT,

     Plaintiff,

CASE NO. 23-A-1778

v.

PUBLIX SUPER MARKET INC.,

     Defendants.

_____/

## <u>RULE 5.2 CERTIFICATE OF SERVING DISCOVERY</u>

This is to certify that, pursuant to Uniform Court Rule 5.2, the undersigned has served upon

all parties in the foregoing matter with a copy of the following discovery:

1. Defendant Publix Super Markets, Inc.'s Responses to Plaintiff's First Interrogatories

    and Request for Production of Documents.

Dated this <u>13th</u> day of July, 2023.

*/s/ Joseph P. Menello*
Joseph P. Menello, Esquire
Georgia Bar No. 752378
Asher W. Lipsett, Esquire
Georgia Bar No. 951994
Attorneys for *Publix Super Markets, Inc.*

**WICKER SMITH O'HARA MCCOY & FORD, PA**
3414 Peachtree Road NE, Suite 960
Atlanta, Georgia 30326
Phone: (407) 843-3939
Fax: (404) 467-1771
jmenello@wickersmith.com
alipsett@wickersmith.com
AtlCrtPleadings@wickersmith.com