THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

TESHARRIE SWIFT,

    Plaintiff,

v.

PUBLIX SUPER MARKET INC.,

    Defendant.
_____/

CASE NO. 23-A-1778

### JOINT STIPULATION REGARDING CONFIDENTIALITY OF MATERIALS PRODUCED BY PUBLIX SUPER MARKETS, INC.

Plaintiff Tesharrie Swift and Defendant Publix Super Markets, Inc. (hereinafter "Publix") hereby stipulate and agree as follows:

1. This Joint Stipulation shall govern the designation and handling of certain materials produced by Publix Super Markets, Inc. in response to discovery.

2. This Joint Stipulation shall govern the handling of all information contained in such documents or other written discovery. However, nothing in this Joint Stipulation shall govern the use of documents or other written discovery, or information contained in such documents or discovery, at any Court hearing or trial.

3. All materials produced under this Joint Stipulation shall be designated **"confidential"** and shall be used for the purposes of this litigation only, and shall not be used or disclosed for any purposes whatsoever without the written authorization of the attorney for Publix. The documents designated as confidential are listed below but may be supplemented as discovery progresses:

    a. Policies and procedures

    b. Training material and manuals

CASE NO. 23-A-1778

      c.      Store Floor Plan

      d.      In-Store Surveillance Video

4. No duplication of such materials, designated as **"confidential"** shall be allowed other than to make available copies to counsel for the parties, and their employees, agents, and experts. Each party shall agree to maintain such records in accordance with the provisions of this agreement, and protect the confidentiality of such agreements by not disseminating designated information other than as provided by Paragraph 6.

5. Any party or person filing with the Court this confidential material, shall file said materials in a sealed envelope or other container, marked on the outside with the caption of this action and the following statement:

> **CONFIDENTIAL - THIS MATERIAL IS SUBJECT TO A JOINT STIPULATION REGARDING CONFIDENTIALITY. THIS ENVELOPE MAY NOT BE OPENED WITHOUT COURT ORDER EXCEPT BY COUNSEL OF RECORD OR THE COURT.**

If any person fails to file protected documents or information under seal, the producing party or any party claiming confidentiality for the documents or information may request that the Court place the filing under seal.

6. Except as set forth hereinafter, or in any order of the Court, no information deemed or designated **"confidential"** shall be revealed, delivered, exhibited, or disclosed to any person other than (1) counsel for the parties, including paralegal, secretarial, and clerical employees, (2) the officers and employees of any of the parties, or in the case of the Plaintiff, the named Plaintiff, for use in the preparation, prosecution, defense or settlement of this litigation, and (3) the Court and any court personnel.

CASE NO. 23-A-1778

7. In addition, information designated **"confidential"** may be revealed, delivered, exhibited, or disclosed to the following persons:

   a. Any court reporter employed for purposes of deposition in this litigation, including persons operating video recording equipment at video depositions;

   b. Any expert or consultant engaged or utilized by counsel to assist in the preparation of this case or to testify at trial or any other proceeding; and

   c. Any witness at the deposition of that witness or in the preparation of that witness.

8. The parties' counsel shall require all persons, except any deposition witness, court reporter or videographer employed for purposes of deposition in this litigation, before given access to information deemed or designated confidential, to read and agree and to be bound by this stipulation by endorsing the following certification on a copy of this Agreement, which shall be retained by counsel:

> **I certify that I have received and read a copy of the Joint Stipulation regarding Confidentiality of Materials Produced by Publix Super Markets, Inc. I agree to be bound by it, and I understand that I may be subject to contempt proceedings if I violate it. I further understand that information designated as "confidential" in this case, and any notes, memoranda, or other form of information derived from it may not be used, copied, or disclosed by me to anyone else except in strict accordance with the joint stipulation regarding confidentiality, and then only for the prosecution and defense of this litigation.**

Such certifications shall be deemed attorney's work product.

9. Confidentiality hereunder is to be maintained both during and after the disposition of this case. At the conclusion of this case, the parties agree to destroy all discovery handled pursuant to this Joint Stipulation.

CASE NO. 23-A-1778

SO AGREED TO ON THIS 18th day of July, 2023.

| | |
|---|---|
| WICKER SMITH O'HARA MCCOY & FORD, P.A.<br>3414 Peachtree Road NE, Suite 960<br>Atlanta, GA 30326<br>Phone: (407) 843-3939<br>Fax: (404) 467-1771 | TROPHY LAW FIRM, INC.<br>7171 Jonesboro Rd., Suite 102<br>Phone: (404) 400-1831<br>Fax: (404) 393-6988 |
| By: */s/ Joseph P. Menello*<br>      Joseph P. Menello, Esq.<br>      Georgia Bar No. 752378 | By: */s/ Utrophia D. Robinson*<br>      Utrophia D. Robinson, Esq.<br>      Georgia Bar No. 838455 |