# EXHIBIT A



**GEORGIA CORPORATIONS DIVISION**

GEORGIA SECRETARY OF STATE
**BRAD RAFFENSPERGER**

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **BURLINGTON COAT FACTORY WAREHOUSE CORPORATION** |
| Business Type: | **Foreign Profit Corporation** |
| Business Purpose: | **NONE** |
| Principal Office Address: | **1830 ROUTE 130 NORTH, LEGAL DEPT, Burlington, NJ, 08016, USA** |
| Jurisdiction: | **Florida** |
| Control Number: | **06100402** |
| Business Status: | **Active/Compliance** |
| Date of Formation / Registration Date: | **11/22/2006** |
| Last Annual Registration Year: | **2023** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **C T Corporation System** |
| Physical Address: | **289 S Culver St, Lawrenceville, GA, 30046-4805, USA** |
| County: | **Gwinnett** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| KAREN LEU | Secretary | 1830 ROUTE 130 NORTH, BURLINGTON, NJ, 08016, USA |
| KRISTIN WOLFE | CFO | 1830 ROUTE 130 NORTH, BURLINTON, NJ, 08016, USA |
| MICHAEL O'SULLIVAN | CEO | 1830 ROUTE 130 NORTH, BURLINGTON, NJ, 08016, USA |

Back    Filing History    Name History

Return to Business Search

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 02/23/2023 15:14:05

## BUSINESS INFORMATION

| | |
|---|---|
| **BUSINESS NAME** | : BURLINGTON COAT FACTORY WAREHOUSE CORPORATION |
| **CONTROL NUMBER** | : 06100402 |
| **BUSINESS TYPE** | : Foreign Profit Corporation |
| **JURISDICTION** | : Florida |
| **ANNUAL REGISTRATION PERIOD** | : 2023 |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 1830 NORTH ROUTE 130 NORTH, LEGAL DEPT, Burlington, NJ, 08016, USA |
| **REGISTERED AGENT NAME** | : C T Corporation System |
| **REGISTERED OFFICE ADDRESS** | : 289 S Culver St, Lawrenceville, GA, 30046-4805, USA |
| **REGISTERED OFFICE COUNTY** | : Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| JOHN CRIMMINS | CFO | 1830 NORTH ROUTE 130 NORTH, Burlington, NJ, 08016, USA |
| KAREN LEU | Secretary | 1830 NORTH ROUTE 130 NORTH, Burlington, NJ, 08016, USA |
| MICHAEL O'SULLIVAN | CEO | 1830 NORTH ROUTE 130 NORTH, Burlington, NJ, 08016, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 1830 ROUTE 130 NORTH, LEGAL DEPT, Burlington, NJ, 08016, USA |
| **REGISTERED AGENT NAME** | : C T Corporation System |
| **REGISTERED OFFICE ADDRESS** | : 289 S Culver St, Lawrenceville, GA, 30046-4805, USA |
| **REGISTERED OFFICE COUNTY** | : Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| MICHAEL O'SULLIVAN | CEO | 1830 ROUTE 130 NORTH, BURLINGTON, NJ, 08016, USA |
| KRISTIN WOLFE | CFO | 1830 ROUTE 130 NORTH, BURLINTON, NJ, 08016, USA |
| KAREN LEU | Secretary | 1830 ROUTE 130 NORTH, BURLINGTON, NJ, 08016, USA |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | : CHRISTOPHER SCHAUB |
| **AUTHORIZER TITLE** | : Officer |

Control No. **06100402**

# STATE OF GEORGIA

## Secretary of State
**Corporations Division**
315 West Tower
#2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

# CERTIFICATE OF AUTHORITY

I, **Cathy Cox**, the Secretary of State and the Corporations Commissioner of the State of Georgia, hereby certify under the seal of my office that

## BURLINGTON COAT FACTORY WAREHOUSE CORPORATION
a Foreign Profit Corporation

has been duly formed under the laws of Delaware and has filed an application meeting the requirements of Georgia law to transact business as a foreign Profit Corporation in this state.

WHEREFORE, by the authority vested in me as Secretary of State, the above Profit Corporation is hereby granted, on **11/22/2006**, a certificate of authority to transact business in the State of Georgia as provided by Title 14 of the Official Code of Georgia Annotated. Attached hereto is a true and correct copy of said application.

WITNESS my hand and official seal of the City of Atlanta and the State of Georgia on November 22, 2006

Cathy Cox
Secretary of State



# Delaware

### The First State

PAGE 1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "BURLINGTON COAT FACTORY WAREHOUSE CORPORATION" IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTIETH DAY OF NOVEMBER, A.D. 2006.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

2007098  8300

061065118

AUTHENTICATION: 5211444

DATE: 11-20-06