# EXHIBIT A



# EXHIBIT B



# Invoice

| Date | Invoice # |
|---|---|
| 11/14/2022 | 1562 |

**Sparkling Bins Business**
**8511 NW 56 Street**
**Unit C**
**Doral, FL 33166**

**Sold To:**
**Stan Abiri**

**Ship To:**

www.sparklingbinsbusiness.com

| P.O. No. | Serial# |
|---|---|
| 22-73 | SBISUI221643 |

| Description | Qty | Amount |
|---|---|---|
| SB4-PTO Dual Bin Flatbed | | 85,495.00T |
| Dual Bin System-625 gallons clean water tank - hopper 575 gallons holding tank | | |
| Universal dual grabber | | |
| Aluminum side panels with doors 12ft x 5ft with open door alert sensor system | | |
| Dual 8 GPM 3500 PSI water pump – powered by hydraulic pump via PTO | | |
| Dual hot water burner | | |
| Spring loaded 25ft hose reel with 18" trigger gun and 25ft hose for exterior cleaning of bins | | |
| Stainless steel hose reel with 100ft hose trigger gun – 48" lance for pressure washing | | |
| Extreme stainless steel Hi temp @ 3,000PSI cleaning heads (2) | | |

**\*\*THERE IS A 30% RESTOCKING FEE IF ORDER IS CANCELLED AFTER DEPOSIT IS RECEIVED\*\***

Subtotal

Sales Tax (6.0%)

**Total**

Page 1



# Invoice

| Date | Invoice # |
|---|---|
| 11/14/2022 | 1562 |

**Sparkling Bins Business**
**8511 NW 56 Street**
**Unit C**
**Doral, FL 33166**

Ship To:

Sold To:

Stan Abiri

www.sparklingbinsbusiness.com

| P.O. No. | Serial# |
|---|---|
| 22-73 | SBISUI221643 |

| Description | Qty | Amount |
|---|---|---|
| Winterizing system<br><br>High resolution back up camera 7"screen -back up beeper -2 front/2 rear commercial strobe lights<br><br>Master kill switch<br><br>Commercial dumpster waste water recovery system<br><br>Spare parts package<br><br>Design your brand, company logo, graphic design & full truck wrap<br><br>Website (hosting fees $85/month) SBB will absorb the hosting fees for the 1st 12 months<br><br>Up to a $1,500 credit towards transportation<br><br>Financing is available • 50% deposit is required on all cash deals • Sales Tax may be applicable • Prices can change without notice 305.382.BINS • www.sparklingbinsbusiness.com | | |

**\*\*THERE IS A 30% RESTOCKING FEE IF ORDER IS CANCELLED AFTER DEPOSIT IS RECEIVED\*\***

Subtotal

Sales Tax (6.0%)

Total

Page 2



# Invoice

| Date | Invoice # |
|---|---|
| 11/14/2022 | 1562 |

**Sparkling Bins Business**
**8511 NW 56 Street**
**Unit C**
**Doral, FL 33166**
**Sold To:**
**Stan Abiri**

**Ship To:**

www.sparklingbinsbusiness.com

| P.O. No. | Serial# |
|---|---|
| 22-73 | SBISUI221643 |

| Description | Qty | Amount |
|---|---|---|
| Aluminum Diamond Plate Flatbed / Bulkhead 16x8 | | 7,500.00T |
| Multi Truck Discount Contingent on Buying 2 Trucks | | -5,000.00 |
| | | |
| Deposit rec'd via cashier's check # 10 0800284470 11.14.22 | | -92,853.35 |

**\*\*THERE IS A 30% RESTOCKING FEE IF ORDER IS CANCELLED AFTER DEPOSIT IS RECEIVED\*\***

| | |
|---|---|
| Subtotal | -$4,858.35 |
| Sales Tax (6.0%) | $5,279.70 |
| Total | $421.35 |

Page 3

# EXHIBIT C

| POLK FREIGHTLINER | ORLANDO FREIGHTLINER | OCALA FREIGHTLINER |
|---|---|---|
| 35399 HIGHWAY 27 N | 2455 S. ORANGE BLOSSOM TRAIL | 3950 W HWY 326 |
| HAINES CITY, FL 33844 | APOPKA, FL 32703 | OCALA, FL 34482 |
| (863) 547-9000 | (407) 295-3846 | (352) 840-0070 |


of Ocala

## VEHICLE PURCHASE                                         INVOICE #

| | |
|---|---|
| PURCHASER: Spotless Bins, LLC | TEL. NO.: 678-427-8715 |
| STREET ADDRESS: 3905 Johnscreek Ct Suite 250A | |
| CITY: Suwanne    ST: GA    ZIP: 30024 | COUNTY: |
| SALESPERSON: Anthony DeMarco | DATE: 01/04/23 |
| CUSTOMER'S E-MAIL: stan@spotlessbinz.com | |

### PURCHASE VEHICLE

| YEAR | MAKE | MODEL | SERIAL # | COLOR | STOCK # | CAT | NEW/USED | MILEAGE |
|---|---|---|---|---|---|---|---|---|
| 2023 | ISUZU | NRR | JALE5W166P7301580 | White | 301580 | | NEW | 17 |

### TRADE-IN VEHICLE

| YEAR | MAKE | MODEL | SERIAL # | COLOR | STOCK # | NEW/USED | MILEAGE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Lender:                               Balance: *        Good till:

* Buyer assumes responsibility for any difference in payoff in excess of amount shown above, and will pay difference in cash.

| | | | | |
|---|---|---|---|---|
| | | Gross Sales Price | $ | 70,104.00 |
| Vehicle Sales Price | $ 69,900.00 | Trade Allowance | | |
| Manufacturer's Extended Warranty | $ | Net Sales Price | | 70,104.00 |
| Tire Waste Fee   6  @ $1.00 | $ 6.00 | State Sales Tax | 6% | Georgia |
| Battery Waste Fee   2  @ $1.50 | $ 3.00 | Discretionary Tax | | |
| Service and Handling Fee | $ 195.00 | Payoff Amount | | - |
| | $ | Federal Excise Tax | 12% | |
| | $ | Title & Registration Fee (Est.)*** | | |
| | $ - | **Total Amount Due** | | 70,104.00 |
| | | Amount to Finance** | | |
| Gross Sales Price $ | 70,104.00 | Down Payment | | |
| | | Deposit | | |
| | | Cash Due at Delivery | $ | 70,104.00 |

** This amount does not include documentary stamps, fees assessed by the financial institution where financing is obtained, or the purchase of additional products not disclosed on this purchase order.

*** Any fees due to Dealer must be paid on delivery of Transfer and receiving of registeration/plate. Failure to pay dealership will result in placing a stop on the registration until such fees are paid. Refer to DHSMV Procedures Manual Page RS-50-06…Section F.

I have read the matter printed on the back hereof and agree to it as part of this agreement, the same as if it were printed above my signature. The front and back of this order comprises the entire agreement pertaining to this purchase, and no other agreement of any kind, verbal understanding or promise, will be recognized. Any warranties on the products sold are those made by the manufacturer. The seller expressly disclaims all warranties, either expressed or implied, including any implied warranty or merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

Purchaser acknowledges they have read, signed and received a copy of our **Privacy Notice**.

I,(we) acknowledge that this vehicle is for commerical use and purchase will be treated as a commerical transaction.

| | |
|---|---|
| PURCHASER'S SIGNATURE | ACCEPTED BY SELLER: *Anthony DeMarco* |
| CO-PURCHASER'S SIGNATURE | DATE: 01/04/23 |

*"Customer's Copy"*

All sales of Merchandise to Purchaser by Dealer are subject to the following terms and conditions, this Order being intended by Dealer and Purchaser, to be the final,

# EXHIBIT D

# Stanley Abiri

| | |
|---|---|
| **From:** | John Conway <john@sparklingbins.com> |
| **Sent:** | Thursday, April 6, 2023 8:32 AM |
| **To:** | Stanley Abiri |
| **Cc:** | Victoria Conway; Maria Conway |
| **Subject:** | Re: Please Confirm Truck Delivery Date |
| **Attachments:** | IMG_1563.jpeg |

Stanley, I hope you are feeling better since our last conversation. After further discussions with my attorney, I am not allowed to provide you with ZIP Codes that were given to me by Spiffy Bin as that is confidential information.

A few things I want to reiterate, based on a conversation of last Friday was that you had given us the following ZIP Codes that you were going to be servicing before coming in to visit with me. Those zip codes are as follows: (per your text to Victoria prior to our meeting in November 2022)

30067 Marietta – NOT PROTECTED FOR ANY SB CLIENTS
30087 S one Mountain - NOT PROTECTED FOR ANY SB CLIENTS
30054 Oxford - NOT PROTECTED FOR ANY SB CLIENTS
30092 Peachtree - NOT PROTECTED FOR ANY SB CLIENTS

Then to find out you shifted your service areas to Mike Walker's territory. Furthermore, the towns/cities you have on your truck are all areas that Mike is covering with 3 trucks. Why would you give us zip codes that we confirmed were open then to shift to another area? Had I known that you wanted to be in Mike's territory, I would have been upfront and told you I would not be able to sell you a truck. To further complicate things, you actually live in the same city as Mike in which you indicated you will be parking you truck at. Based on these circumstances, I will not be able to release the truck based on the areas you want to cover. If you want to service the 4 original Zip Codes, I would have no problem with that. Additionally, the towns/Cities of Alpharetta, Buford, Cumming, Johns Creek, Sugar Hill and Suwanee would have to be removed from the wrap of your truck. Please let me know how you want to proceed. Thank you.

I have 2 client trainings today so I will be out of pocket until late afternoon and then heading to the airport. If you'd like to discuss, Let me know and I will reach out to you during one of my breaks.

Regards,

John



Sent from my iPhone

> On Apr 5, 2023, at 9:51 PM, Stanley Abiri <stan.abiri@spotlessbinss.com> wrote:
>
> Hi Victoria and John,
> I hope you're both doing well.
> John, I am following up on our conversation last week Friday. As discussed and agreed, you will provide the zip codes that you are protecting for Spiffy Bin. I have not received those yet. Please can you provide those to me by cob tomorrow. That will help me plan my routes around Spiffy Bins.

# EXHIBIT E

# Stanley Abiri

| | |
|---|---|
| **From:** | Stanley Abiri |
| **Sent:** | Wednesday, June 21, 2023 11:50 AM |
| **To:** | matt@pbmlegal.net |
| **Subject:** | FW: Please Confirm Truck Delivery Date |

Mr. Matthew,

Be advised that I never agreed to receive the product from John Conway and Sparkling Bins, as I communicated this to Ms. Baby.  See email thread below. I take it that she never communicated my decision to you. All I want is my money back in full payment as agreed.  Ms. Baby is no longer representing me.

Thanks,

*Stanley Abiri*

President and CEO
Spotless Bins Georgia LLC
Tel. 770 674 5217 – Office
       770 880 0516 - Mobile
Email: stan.abiri@spotlessbinss.com
Website: www.spotlessbinsgeorgia.com



This email communication, including any attached files, may contain material that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. This communication is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the person responsible for delivering this communication to the intended recipient, you are prohibited from retaining, using, disseminating, forwarding, printing or copying this communication. If you have received this communication in error, please immediately notify the sender via return email or telephone.



# EXHIBIT F

GEORGIA MVD - RECEIPT (COPY)

**STATE OF GEORGIA**
**MOTOR VEHICLE REGISTRATION**

SPOTLESS BINS, LLC
3905 JOHNS CREEK CT STE 250A
SUWANEE GA 30024-1226
2023 ISU TK

Purchase Date: 06-Jan-2023
Application Date: 31-Jan-2023

| Fee | Amount |
|---|---|
| Title Fee | $18.00 |
| Title Ad Valorem Tax | $4,626.86 |
| | $4,644.86 |

JALE5W166P7301580 - 2023 ISU NRR          TK
Tag Number:                         Expires:
Title Number:    770145226251079    Tag Fee: 0.00
County:                             Fuel:    Diesel
District:
Farm Veh?                           GVW:     0
Equip No:                           Color:   WHITE
Classification:
Insurance Status: N/A
Customer 1 No:   100777757696       Customer 2 No:
Authentic
Historical Plate:

SPOTLESS BINS, LLC
3905 JOHNS CREEK CT STE 250A
SUWANEE GA 30024-1226

Signature: _____

---

MATTHEW C. LEDBETTER
Forsyth County Tax Commissioner
1092 TRIBBLE GAP RD
CUMMING GA 30040-2236
(770) 781-2112

SPOTLESS BINS, LLC
770145226251079

Purchase Date: 06-Jan-2023
Application Date: 31-Jan-2023

| Fee | Amount |
|---|---|
| Title Fee | $18.00 |
| Title Ad Valorem Tax | $4,626.86 |
| | $4,644.86 |

**CHECK**

**THIS IS NOT A BILL**
**THIS IS YOUR RECEIPT**
**\*\*\* RETAIN FOR TAX PURPOSES**

**STATE OF GEORGIA**
**MOTOR VEHICLE REGISTRATION**

JALE5W166P7301580 - 2023 ISU NRR          TK
Tag Number:                         Expires:
Title Number:    770145226251079    Tag Fee: 0.00
County:                             Fuel:    Diesel
District:
Farm Veh?                           GVW:     0
Equip No:                           Color:   WHITE
Classification:
Insurance Status: N/A
Customer 1 No:   100777757696       Customer 2 No:
Authentic
Historical Plate:

SPOTLESS BINS, LLC
3905 JOHNS CREEK CT STE 250A
SUWANEE GA 30024-1226

Signature: _____