UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br><br>Ms. Kerry M Thomsen<br>PLAINTIFF<br><br>V<br><br>Teva Pharmaceuticals USA, Inc.<br>Teva Women's Health, LLC<br>Teva Branded Pharmaceutical Products<br>R & D, Inc.; The Cooper Companies, Inc.<br>CooperSurgical, Inc.<br>DEFENDANTS | MDL DOCKET NO. 2974<br><br>I:20-md-02974-LMM<br><br>Civil Action No: |

## SHORT FORM COMPLAINT

Come(s) now the Plaintiff(s) named below, and for her/their Complaint against the Defendant(s) named below, incorporate(s) the Second Amended Master Personal Injury Complaint (Doc. No. 79), in MDL No. 2974 by reference. Plaintiff(s) further plead(s) as follows:

1. Name of Plaintiff placed with Paragard:

   Ms. Kerry M Thomsen

2. Name of Plaintiffs Spouse (if a party to the case):

   N/A

3. If case is brought in a representative capacity, Name of Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

<u>N/A</u>

4. State of Residence of each Plaintiff (including any Plaintiff in a representative capacity) at time of filing of Plaintiff's original complaint:

   <u>New Jersey</u>

5. State of Residence of each Plaintiff at the time of Paragard placement:

   <u>New Jersey</u>

6. State of Residence of each Plaintiff at the time of Paragard removal:

   <u>New Jersey</u>

7. District Court and Division in which personal jurisdiction and venue would be proper:

   <u>USDC District Court of New Jersey, Camden Vicinage</u>

8. Defendants. (Check one or more of the following five (5) Defendants against whom Plaintiff's Complaint is made. The following five (5) Defendants are the only defendants against whom a Short Form Complaint may be filed. No other entity may be added as a defendant in a Short Form Complaint.):

   ☒ A. Teva Pharmaceuticals USA, Inc.
   ☒ B. Teva Women's Health, LLC
   ☒ C. Teva Branded Pharmaceutical Products R&D, Inc.
   ☒ D. The Cooper Companies, Inc.
   ☒ E. CooperSurgical, Inc.

9. Basis of Jurisdiction

   ☒ Diversity of Citizenship (28 U.S.C. § 1332(a))

☐ Other (if Other, identify below): _____

10.

| Date(s) Plaintiff had Paragard placed (DD/MM/YYYY) | Placing Physician(s) or other Health Care Provider (include City and State) | Date Plaintiffs Paragard was Removed (DD/MM/YYYY)* *If multiple removal(s) or attempted removal procedures, list date of each separately. | Removal Physician(s) or other Health Care Provider (include City and State)** **If multiple removal(s) or attempted removal procedures, list information separately. |
|---|---|---|---|
| Plaintiff believes it was 2007 | Unknown | 2015 – original removal (attempt) | Karen Norton Elmer NJ 08318 |
| | | 09/17/2021 – unsuccessful extraction attempt (hysteroscopy) | Anna Hanson, MD. Inspira Health Center Mullica Hill, NJ |
| | | 03/07/2022 – cystoscopy, total laparoscopic hysterectomy, bilateral salpingectomy | Peter J Chen, MD. Cooper University Hospital, Camden, NJ |

11. Plaintiff alleges breakage (other than thread or string breakage) of her Paragard upon removal.

☒ Yes

☐ No

12. Brief statement of injury(ies) Plaintiff is claiming:

    <u>Economic and non-economic damages (including pain and suffering) as a result of the breakage of Plaintiff's Paragard IUD and subsequent surgical procedures required to remove said Paragard IUD from Plaintiff's body.</u> Plaintiff reserves her right to allege additional injuries and complications specific to her.

13. Product Identification:

    a. Lot Number of Paragard placed in Plaintiff (if now known):

       <u>N/A</u>

    b. Did you obtain your Paragard from anyone other than the HealthCare Provider who placed your Paragard:

       ☐ Yes
       ☒ No

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I – Strict Liability / Design Defect
    ☒ Count II – Strict Liability / Failure to Warn
    ☒ Count III – Strict Liability / Manufacturing Defect
    ☒ Count IV – Negligence
    ☒ Count V – Negligence / Design and Manufacturing Defect
    ☒ Count VI – Negligence / Failure to Warn
    ☒ Count IX – Negligent Misrepresentation
    ☐ Count X – Breach of Express Warranty
    ☐ Count XI – Breach of Implied Warranty
    ☒ Count XII – Violation of Consumer Protection Laws
    ☒ Count XIII – Gross Negligence
    ☐ Count XIV – Unjust Enrichment
    ☒ Count XV – Punitive Damages
    ☐ Count XVI – Loss of Consortium

☐ Other Count(s) (Please state factual and legal basis for other claims not included in the Master Complaint below):

_____

15. Tolling/Fraudulent Concealment" allegations:

   a. Is Plaintiff alleging "Tolling/Fraudulent Concealment"
      ☒ Yes
      ☐ No

   b. If Plaintiff is alleging "tolling/fraudulent concealment" beyond the facts alleged in the Master Complaint, please state the facts and legal basis applicable to the Plaintiff in support of those allegations below

   _____

16. Count VII (Fraud & Deceit) and Count VIII (Fraud by Omission) allegations:

   a. Is Plaintiff is bringing a claim under Count VII (Fraud & Deceit), Count VIII (Fraud by Omission), and/or any other claim for fraud or misrepresentation?

      ☐ Yes
      ☒ No

   b. If Yes, the following information must be provided (in accordance with Federal Rule of Civil Procedure 8 and/or 9, and/or with pleading requirements applicable to Plaintiff's state law claims):

      i. The alleged statement(s) of material fact that Plaintiff alleges was false:

         _____

    ii.    Who allegedly made the statement:

                _____

    iii.    To whom the statement was allegedly made:

                _____

    iv.    The date(s) on which the statement was allegedly made

                _____

17. If Plaintiff is bringing any claim for manufacturing defect and alleging facts beyond those contained in the Master Complaint, the following information must be provided:

   a. What does Plaintiff allege is the manufacturing defect in her Paragard? Plaintiff's demand for the relief sought if different than what is alleged in the Master Complaint:

   _____

18. Jury Demand:
    ☒ Jury Trial is demanded as to all counts
    ☐ Jury Trial is NOT demanded as to any count

                                                  **s/ C. Andrew Childers**
                                                           Attorney(s) for Plaintiff

Address, phone number, email address and Bar information:

1932 North Druid Hills Road, Suite 100
Atlanta, GA 30319
404-419-9500
GA Bar No. 124398