UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SARA SURI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CIVIL ACTION FILE |
| | ) | NO. _____ |
| DELTA AIR LINES INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Plaintiff Sara Suri, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3 of this Court's Local Rules, provides the *Certificate of Interested Persons and Corporate Disclosure Statement* by showing as follows:

(1)  The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

**Plaintiff is an individual so (1) does not apply to her.**

1

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**Horst Shewmaker LLC and Wilson Kehoe & Winingham, LLC**

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

**Counsel for Plaintiff are as follows:**

**Michael W. Horst of Horst Shewmaker, LLC**

**Christopher G. Stevenson of Wilson Kehoe & Winingham, LLC\***

**\*Application for *pro hac vice* motion to be filed**

(4)   The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**Not applicable – This case's jurisdiction is not based on diversity under 28 U.S.C. § 1332(a).**

*[signature line on following page]*

Respectfully submitted,

HORST SHEWMAKER, LLC

_____
MICHAEL W. HORST
Georgia Bar No. 367837
*Counsel for Plaintiff*

10745 Westside Way, Suite 165
Alpharetta, Georgia 30009
T: (404) 400-1175
F: (404) 400-1176
E:  michael@horstshewmaker.com

WILSON KEHOE & WININGHAM, LLC

CHRISTOPHER G. STEVENSON
Indiana Bar No.  24689-49
*To apply for admission pro hac vice*

2859 North Meridian Street
Indianapolis, Indiana 46206-1317
T: (317) 920-6400
F: (317) 920-6405
E: cstevenson@wkw.com