# EXHIBIT B



**Morris, Manning & Martin, LLP**

Lisa Wolgast
404-504-7748
lwolgast@mmmlaw.com
www.mmmlaw.com

May 19, 2023

**VIA FEDEX**
**TRACKING NO.: 7721-9727-6910**
Workout Anytime Franchising Systems, LLC
Attn: Steven C. Strickland
4514 Chamblee Dunwoody Road
Suite 428
Dunwoody, Georgia 30338

**VIA FEDEX**
**TRACKING NO.:  7721-9732-6881**
Workout Anytime Franchising Systems, LLC
Attn: Steven C. Strickland
2325 Lakeview Parkway
Suite 200
Alpharetta, Georgia 30009

**VIA FEDEX**
**TRACKING NO.: 7721-9736-5455**
Commercial Fitness Products, Inc.
Attn: John Carsillo
10360 Timberstone Road
Alpharetta, Georgia 30022

RE: Those certain Franchise Agreements by and between Workout Anytime Franchising Systems, LLC ("Franchisor") and WOA Athens AL, LLC, WOA Athens TN, LLC, WOA Dayton, LLC, WOA East Ridge TN, LLC, WOA Lafayette GA, LLC, WOA Northshore, LLC and WOA Sumter Fitness, LLC (collectively, "Franchisees")

Ladies and Gentlemen:

This firm represents Franchisees with respect to the above-referenced Franchise Agreements.

The Franchise Agreements provide that "Equipment orders will be placed through [Franchisor's] affiliate, Commercial Fitness Products, Inc. ("CFP") with [Franchisor's] assistance and guidance." (Franchise Agreements, § 7.3(A).) The Franchise Agreements also provide that Franchisor "will make commercially reasonable efforts to negotiate favorable prices and terms with major suppliers and allow you to utilize such centralized purchasing system." (*Id*., § 7.3(J).) The Franchise Agreements further provide that Franchisor will provide "a service number and the Workout Anytime email platform available for your ongoing inquiries and consultations with Workout Anytime representatives." (*Id*., § 7.3(G).) Additionally, Franchisees are required to use vendors approved by Franchisor in connection with the construction of new Club. (*Id*., § 8.4)

Morris, Manning & Martin, LLP

Workout Anytime Franchising Systems, LLC
Commercial Fitness Products, Inc.
May 19, 2023
Page 2

---

The Franchise Agreements provide that Franchisees may terminate the Franchise Agreements if "Franchisor materially breaches this Agreement and fails to cure the breach within sixty (60) days after a written notice of the breach delivered to Franchisor by [Franchisee]…." (*Id.*, § 17.1.) Franchisor is hereby notified that Franchisor materially breached the Franchise Agreements because, among other things, some or all of the equipment ordered by Franchisees through CFP was not at a favorable or commercially reasonable price consistent with market terms. For example, upon information and belief, the price paid by Franchisees for Matrix equipment ordered and purchased by Franchisees from CFP is between 14% and 33% over Matrix's market price charged to third parties other than Franchisees and other franchisees of Franchisor. These breaches caused Franchisees to pay thousands of dollars over what would otherwise constitute a commercially reasonable price and price that is consistent with market terms, while simultaneously unjustly enriching Franchisor's affiliate, CFP, which is wholly owned by Franchisor's CEO.

Franchisor further materially breached the agreement by requiring the use of a construction vendor that failed to properly construct Franchisees' Clubs. Thereafter, Franchisees were required to pay thousands of dollars to correct issues created by the contractor Franchisor required Franchisees to use. For example, tile was not properly sealed and had to be replaced because mold developed behind the unsealed tile. Additionally, showers were installed without a base, so water pooled and soaked through the drywall. Despite paying the contractor Franchisor required Franchisees to use for the construction, Franchisee incurred significant damages to hire a new contractor to fix problems caused by Franchisor's contractor. All the while, Franchisor communicated its dissatisfaction with the quality of the construction completed by its required contractor.

Franchisor also materially breached the Franchise Agreements by failing to respond to inquiries regarding Franchisee's ongoing operations. The Franchise Agreements require Franchisees to seek Franchisor's consent for various matters. Franchisees regularly requested such consent, as well as other information from Franchisor, only to have Franchisees' emails go ignored and unanswered. These breaches have caused harm to Franchisees, including but not limited to significant delays developing and opening new locations and lost members at existing Clubs due to Franchisees' inability to make needed improvements in response to increased market competition.

Accordingly, Franchisor is hereby notified that it has sixty (60) days from the date that this letter is delivered to Franchisor to cure the foregoing-mentioned breaches. Please be advised that, if Franchisor does not timely cure the foregoing-mentioned breaches, Franchisees will exercise the rights and remedies available to them as provided in the Franchise Agreement and/or applicable law, including without limitation, terminating the Franchise Agreements and filing suit against Franchisor.

MORRIS, MANNING & MARTIN, LLP

Workout Anytime Franchising Systems, LLC
Commercial Fitness Products, Inc.
May 19, 2023
Page 3

_____

We hope that this matter can be resolved without having to resort to formal legal action, but should Franchisor and Franchisees not be able to resolve this matter expeditiously, Franchisees reserve the right to file suit against Franchisor and CFP.

Nothing in this letter shall be construed as an admission of liability of any kind by Franchisees. This letter is sent without prejudice to any rights or remedies that Franchisees have or may have against Franchisor, CFP or any other person or entity.

Govern yourself accordingly.

Sincerely,

Lisa Wolgast

cc: **VIA U.S. MAIL AND EMAIL** Andrew.Beilfuss@quarles.com
Andrew Beilfuss, Esq.
Quarles & Brady LLP
411 East Wisconsin Avenue
Suite 2400
Milwaukee, Wisconsin 53202-4426

**VIA U.S. MAIL AND EMAIL** jgottlieb@spgattorneys.com
Joseph J. Gottlieb, Esq.
Shires Peake & Gottlieb, LLC
284 North Main Street
Alpharetta, Georgia 30009