# EXHIBIT C

**Cc:** Janssen, Daniel M. (MKE x1733) <Daniel.Janssen@quarles.com>; Beilfuss, Andrew P. (MKE x1111) <Andrew.Beilfuss@quarles.com>; Talia Wagner <twagner@mmmlaw.com>
**Subject:** RE: WOA Athens, Dayton, East Ridge, Lafayette, Northshore and Sumter [QBLLP-ACTIVE.FID43120271]

Jonathan,

Please see the attached.

Lisa



[mmmlaw.com]
mmmlaw.com [mmmlaw.com]
[twitter.com] [instagram.com] [facebook.com]

**Lisa Wolgast**
Partner

Direct: 404-504-7748
lwolgast@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326

This email message and its attachments are for the sole use of the designated recipient(s). They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not a designated recipient of this message, please do not read, copy, use or disclose this message or its attachments, notify the sender by replying to this message and delete or destroy all copies of this message and attachments in all media. Thank you.

**From:** Labukas, Jonathan P. <Jonathan.Labukas@quarles.com>
**Sent:** Friday, June 2, 2023 7:43 PM
**To:** Lisa Wolgast <lwolgast@mmmlaw.com>
**Cc:** Janssen, Daniel M. <Daniel.Janssen@quarles.com>; Beilfuss, Andrew P. <Andrew.Beilfuss@quarles.com>
**Subject:** RE: WOA Athens, Dayton, East Ridge, Lafayette, Northshore and Sumter [QBLLP-ACTIVE.FID43120271]

**CAUTION:** External email, exercise caution.

Lisa,

We have been retained by and represent Workout Anytime Franchising Systems, LLC ("WOA"). This message is a preliminary response to your letter dated May 19, 2023 (the "Letter") relating to the Greff Family Holdings Workout Anytime franchises (the "Franchised Business(es)" or the "Greffs").

Your Letter does not comply with Section 17.1 of the parties' Franchise Agreements (the "Agreements").

First, because the Letter does not provide sufficient detail to evaluate whether your clients'

contentions are accurate.  The Letter constitutes largely legal conclusions without identifying the factual basis for the purported breaches with reasonable specificity.  For example, you contend that the Agreements were breached as a result of WOA having required the selection of a construction vendor that, in hindsight, was unacceptable to the Greffs.  Our investigation reveals no such communications between WOA and the Greffs that support the assertion.  Your clients sought several different bids for the project, but selected, themselves, the cheapest one, despite WOA advising of the risks and short-sightedness of the same.

Second, and staying with the same example, because your Letter provides no direction with respect to sufficient cure.  Assuming the construction work has been completed, there is no action left that would permit an efficient or effective cure by WOA.  The time to raise those concerns would have been prior to the time that the Greffs allegedly hired a new contractor to repair problems arising from the work of the first contractor they chose.

Based on these readily-apparent deficiencies, it appears that the Letter was put together haphazardly and on less than a full set of facts, all in an effort to start a sixty day cure period.  For these and other reasons, your Letter does not constitute a notice of breach that would trigger the sixty day cure period in Section 17.1 of the Agreements.  WOA demands that you rescind the same.

If the Greffs continue to allege any breach of the Agreements, please send a compliant notice that, at a minimum, identifies the following:

- Each of the specific Franchised Businesses affected;

- For each of the specified Franchised Businesses, on an individual basis, the reasonably detailed facts that purportedly constitute a material breach of the respective Agreements; and

- For each specific material breach alleged by each Franchised Business, the actions reasonably requested constituting cure of the same.

We remain available to discuss at your convenience.

Regards,
Jon



**Jonathan Labukas | Partner**
Jonathan.Labukas@quarles.com | D. 202-372-9514 | M. 571-212-7180
Quarles & Brady LLP
2020 K Street, NW, Suite 400, Washington, DC 20006-1806
BIO | vCard | quarles.com | LinkedIn
Assistant:  Charlene Mwaura, 202-372-9517

**From:** Lisa Wolgast <lwolgast@mmmlaw.com>
**Sent:** Friday, May 19, 2023 12:15 PM
**To:** Beilfuss, Andrew P. (MKE x1111) <Andrew.Beilfuss@quarles.com>; jgottlieb@spgattorneys.com
**Subject:** WOA Athens, Dayton, East Ridge, Lafayette, Northshore and Sumter

Please see the attached letter sent on behalf of Franchisees. Please let me know if you would like to discuss.



**mmmlaw.com [mmmlaw.com]**

**Lisa Wolgast**
Partner

Direct: 404-504-7748
lwolgast@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326



[twitter.com]  [instagram.com]  [facebook.com]

This email message and its attachments are for the sole use of the designated recipient(s). They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not a designated recipient of this message, please do not read, copy, use or disclose this message or its attachments, notify the sender by replying to this message and delete or destroy all copies of this message and attachments in all media. Thank you.

**CONFIDENTIALITY NOTICE:** This electronic mail transmission and any attachments are confidential and may be privileged. They should be read or retained only by the intended recipient. If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system. This communication is not intended to constitute an electronic signature unless expressly stated otherwise.