# EXHIBIT E

| | |
|---|---|
| **From:** | Labukas, Jonathan P. (WDC x5514) |
| **To:** | "Lisa Wolgast" |
| **Cc:** | Janssen, Daniel M. (MKE x1733); Beilfuss, Andrew P. (MKE x1111); Talia Wagner |
| **Subject:** | RE: WOA Athens, Dayton, East Ridge, Lafayette, Northshore and Sumter [QBLLP-ACTIVE.FID43120271] |
| **Date:** | Friday, June 23, 2023 5:48:05 PM |
| **Attachments:** | image006.png |
| | ProdSignaturelogo160x38_0e221f31-43e9-45d6-ae24-fca9fde99c3d.png |

Dear Lisa,

I write in response to your June 14, 2023 correspondence (the "Letter"), regarding the Franchise Agreements (the "Franchise Agreements") entered into by Workout Anytime Franchising Systems, LLC ("WOA") and WOA Athens AL, LLC, WOA Athens TN, LLC, WOA Dayton, LLC, WOA East Ridge TN, LLC, WOA Lafayette GA, LLC, WOA Northshore, LLC, and WOA Sumter Fitness, LLC (collectively, "Franchisees").

The Letter does little to shed additional light on the alleged breaches through specific examples covering each of the Franchise Agreements at issue.  It remains unclear how, and on what basis, *each* (or any) of the seven Franchise Agreements at issue was purportedly breached.

Nevertheless, WOA has evaluated the matters alleged in the Letter to the extent possible and confirmed that it is not in breach of any obligation to Franchisees under the terms of any of the Franchise Agreements.  As such, there is nothing to be "cured."  To be sure, and by way of example, the suggestion that WOA East Ridge TN, LLC was "required" by WOA to use *any* particular contractor for remodeling is patently false.  First, there is nothing in the Franchise Agreement that *requires* the Franchisee to use any particular contractor for the build out of the location.  Section 8.6 puts the onus (and responsibility) on WOA East Ridge TN, LLC to ensure all applicable requirements, restrictions, and qualifications are met.  WOA East Ridge TN, LLC hired CKM & Associates because that was apparently its top choice.  Second, as early as October 2020, WOA East Ridge TN, LLC was presented with multiple licensed contractors in Tennessee for the build out of the location. Mr. Greff received *multiple* bids for the same.  Nevertheless, Mr. Greff, a self-described "Scrooge" (*see* https://1851franchise.com/how-to-succeed-as-a-multi-unit-franchisee-john-greff-workout-anytime-2716004#stories), decided to proceed with the lowest-priced bid for the work.

In sum, WOA will continue to operate in full compliance with its obligations under the Franchise Agreements.  Accordingly, WOA demands, once again, that Franchisees retract the Letter.  Should Franchisees refuse, WOA will take all appropriate steps to pursue its rights and remedies under the Franchise Agreements or otherwise.

Please advise your clients to govern themselves accordingly.

Regards,
Jon

**From:** Lisa Wolgast <lwolgast@mmmlaw.com>
**Sent:** Wednesday, June 14, 2023 2:31 PM
**To:** Labukas, Jonathan P. (WDC x5514) <Jonathan.Labukas@quarles.com>