# EXHIBIT C



GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
**BRAD RAFFENSPERGER**

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **ZIMPEL GRANITE & MARBLE INC** | Control Number: | **14002037** |
| Business Type: | **Domestic Profit Corporation** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **7322 Pepperdam avenue, North Charleston, SC, 29418, USA** | Date of Formation / Registration Date: | **1/7/2014** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2023** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Ivani Tellez** |
| Physical Address: | **5595 Karingway Ct, Kennesaw, GA, 30152, USA** |
| County: | **Cobb** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Airton Zimpel | CEO | 214 Roanoke Hill Ct, Summerville, SC, 29483, USA |
| Indira Zimpel | CFO | 214 Roanoke Hill Ct, Summerville, SC, 29483, USA |
| Ronaldo Zimpel | Secretary | 214 Roanoke Hill Ct, Summerville, SC, 29483, USA |

Back                             Filing History       Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/

© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19                    Report a Problem?

# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 1/31/2022 12:28:02 PM

## BUSINESS INFORMATION

| | |
|---|---|
| **CONTROL NUMBER** | 14002037 |
| **BUSINESS NAME** | ZIMPEL GRANITE & MARBLE INC |
| **BUSINESS TYPE** | Domestic Profit Corporation |
| **EFFECTIVE DATE** | 01/31/2022 |
| **ANNUAL REGISTRATION PERIOD** | 2022, 2023 |

## PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **ADDRESS** | 7322 Pepperdam avenue, North Charleston, SC, 29418, USA |

## REGISTERED AGENT

| NAME | ADDRESS | COUNTY |
|---|---|---|
| Ivani Tellez | 5595 Karingway Ct, Kennesaw, GA, 30152, USA | Cobb |

## OFFICERS INFORMATION

| NAME | TITLE | ADDRESS |
|---|---|---|
| Airton Zimpel | CEO | 214 Roanoke Hill Ct, Summerville, SC, 29483, USA |
| Indira Zimpel | CFO | 214 Roanoke Hill Ct, Summerville, SC, 29483, USA |
| Ronaldo Zimpel | SECRETARY | 214 Roanoke Hill Ct, Summerville, SC, 29483, USA |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | Airton Zimpel |
| **AUTHORIZER TITLE** | Officer |