UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CASE NO.:

In re Application of

Travessia Securitizadora de Créditos
Financeiros X S.A.,

　　　　　　　　Applicant,

Pursuant to 28 U.S.C. § 1782 for Judicial
Assistance in Obtaining Evidence for Use
in Foreign and International Proceedings
Pending in the Federative Republic of
Brazil.
_____/

**[PROPOSED] ORDER GRANTING
TRAVESSIA SECURITIZADORA DE CRÉDITOS FINANCEIROS X S.A.'S
*EX PARTE* PETITION FOR JUDICIAL ASSISTANCE IN AID OF
FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. §1782**

THIS CAUSE came before the Court the *Ex Parte* Petition for Judicial

Assistance in Aid of Foreign Proceedings pursuant to 28 U.S.C. §1782 (the

"Petition") of Travessia Securitizadora de Créditos Financeiros X S.A. ("TSCF").

The Court has considered the Petition, the Declaration of Fabio Alem in support of

the Petition, and other supporting materials. The Court finds as follows:

A.　　TSCF has met the requirements set forth by 28 U.S.C. §1782 to obtain

the requested judicial assistance sought in the Petition, and the discretionary factors

identified by the *United States Supreme Court in Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Petition.

B.      TSCF seeks documentary and testimonial evidence from a discovery target that resides or is found in this District, for use in its prosecution of thirteen foreign proceedings taking place before the civil courts of the City of Sinop (the "Brazilian Courts").

C.      The discovery target is Zimpel Granite & Marble Inc. ("Zimpel Granite" or the "Discovery Target").

D.      As plaintiff in the foreign proceedings, TSCF is an interested person within the meaning of 28 U.S.C. §1782.

E.      TSCF intends to use the discovery obtained by way of this Petition to support its prosecution in the foreign proceedings.

F.      The Discovery Target is not expected to become party or participant in the foreign proceedings and is outside the jurisdiction of the Brazilian Courts.

G.      Furthermore, there is no indication that the Brazilian Courts would not be receptive to the assistance by this Court to obtain the requested discovery, nor does the Petition present any circumvention of the Brazilian Courts' proof-gathering restrictions. Finally, the discovery sought is not unduly intrusive or burdensome.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1.      TSCF's Petition is **GRANTED**.

2.      Any discovery taken pursuant to this Order, and any related motion practice, shall be governed by the Federal Rules of Civil Procedure.

3.      TSCF is hereby authorized to issue and serve a subpoena on the Discovery Target that is substantially similar in form to the subpoena attached to the Petition. TSCF is further authorized to serve additional follow-up subpoenas on the Discovery Target or any person, corporate entity, or financial institution found residing in this District as may be necessary to obtain the testimonial and/or documentary evidence described in the Petition.

4.      The Discovery Target may seek appropriate relief from the Court, including relief related to the Petition, the subpoena, and this Order.

5.      The Discovery Target is ordered to preserve all relevant and potentially relevant evidence in their possession, custody or control until further order of this Court.

6.      Nothing in this Order shall be construed to prevent TSCF from seeking modification of this Order.

IT IS SO ORDERED, this _____ day of July 2023.

_____
UNITED STATES DISTRICT COURT JUDGE