# MORGAN & MORGAN

July 17, 2023

**CERTIFIED MAIL-RETURNS RECEIPT REQUESTED**
9589071052700161899847

Robyn Roth
Fain, Major, & Brennan, P.C.
5605 Glenridge Drive
Suite 900
Atlanta, GA 30342

    Re:    *Ronald Wright v. Sanchez Arredondo & Cobra Carrier, LLC*
               Clayton County Superior Court; Civil Action No: 2023CV00526

Ms. Roth,

     No prior offers of settlement and compromise currently exist because they have either expired, been rejected, or been withdrawn; nevertheless, if you contend that any offers of compromise remain outstanding, all prior offers are hereby rejected and/or withdrawn. This letter is written to establish a claim for prejudgment interest pursuant to the Georgia Unliquidated Damages Interest Act, O.C.G.A. § 51-12-14. We hereby demand payment of One Million Dollars ($1,000,000.00) in compromise of the above-referenced case. In exchange for $1,000,000.00, Ronald Wright will dismiss the above-referenced case with prejudice. Pursuant to the provisions of O.C.G.A. § 51-12-14, if you do not pay this amount within thirty (30) days following the date of the mailing of this notice, Ronald Wright will be entitled to receive interest on the sum claimed if, upon the trial of this case, she receives a judgment in an amount not less than the sum demanded. Interest will be computed at a rate of prime plus 3% per annum and will begin to accrue from the 30th day following the date of the mailing of this notice. **This offer of settlement will remain open until 5:00 p.m., August 16, 2023.**

     Pursuant to the requirements of O.C.G.A. § 51-12-14, we have sent this demand directly to you, as the attorney for Sanchez Arredondo and Cobra Carrier, LLC. If you object to receiving this notice and demand on behalf of your client, please let me know immediately so that I may send this notice and demand directly to your client.

     We have previously supplied you with information necessary to evaluate this demand for compromise; however, should you have any questions regarding this demand for compromise, please do not hesitate to contact me at (770) 576-7634.

---

**MORGAN & MORGAN**

Of course, this letter is written in furtherance of settlement and compromise, and nothing contained herein shall be deemed admissible except to enforce a claim for prejudgment interest. **I have included our verdict magazine to share with your client.**

**FUTURE MEDICAL TREATMENT:**

Given the nature of his injuries and the amount of pain that he continues to suffer, it is medically certain that Ronald Wright will require additional medical treatment in the future to mitigate his injuries. United Neurology has opined within a **reasonable degree of medical probability and/or certainty** that Ronald Wright's TBI is directly related to the crash of 01/30/2023. See enclosed **medical records and procedure estimates for your review**.

As previously mentioned, Ronald Wright suffered from a concussion. Not only was Mr. Wright subject to headaches, nausea, depression, anxiety, fatigue and blurry vision, studies show that being diagnosed with post-concussive syndrome can lead to problems later on in life such as Alzheimer's Disease, Parkinson Disease, chronic traumatic encephalopathy (CTE) and motor neuron disease.[1] One study found that "**brain injury without loss of consciousness was associated with more than a 2-fold increase in the risk of dementia diagnosis, even after adjusting for medical and psychiatric comorbidities**."[2] Further, it has been established that even well-recovered individuals who have suffered such trauma continued to demonstrate relevant sequelae more than a decade later. This injury has significant, long-term implications for Mr. Wright everyday social and professional life. Due to the negligence of the hit and run driver, Matthew Fraser no longer enjoys a normal, pain free life. Therefore, Ronald Wright is pursuing both economic and non-economic damages.

**ECONOMIC DAMAGES:**

| Provider | Amount |
|---|---|
| Atlanta Spine Institute | $5,951.60 |
| American Health Imaging | $4,595.00 |
| Benchmark | $3,514.00 |
| TBI Diagnostic Centers of GA | $3,237.47 |
| United Neurology | $21,012.00 |
| Future Medicals | $TBD |

**Total: $39,410.00**

---

[1] Daneshvar, Daniel H et al. "Long-term consequences: effects on normal development profile after concussion." *Physical medicine and rehabilitation clinics of North America* vol. 22,4 (2011): 683-700, ix. doi:10.1016/j.pmr.2011.08.009

[2] Barnes, Deborah E. et. al." Association of Mild Traumatic Brain Injury with and without Loss of Consciousness with Dementia in US Military Veterans" *JAMA Neurol.* 2018;75(9):1055-1061. doi:10.1001/jamaneurol.2018.0815

**MORGAN & MORGAN**

                                              Sincerely,

                                              *Edward J. Hardrick*

                                              Edward J. Hardrick, Esq.
                                              *Attorney for Plaintiff*
                                              *ehardrick@forthepeople.com*

Verdict Magazine Link:
https://www.dropbox.com/s/t5t1xfz0zeky4gf/Verdict%20Magazine_web%20%281%29.pdf?dl=0


EJH/lr/aj
Enclosure