Case 1:23-mi-99999-UNA Document 2282-8 Filed 07/19/23 Page 1 of 9

e-Filed 5/18/2023 9:01 AM

Tiki Brown
Clerk of State Court
Clayton County, Georgia
Latasha Currie

2023CV00526

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| RONALD WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: 2023CV00526 |
| v. | ) | |
| | ) | |
| EUSEBIO SANCHEZ and COBRA CARRIER, LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |

**ANSWER AND AFFIRMATIVE DEFENSES
OF DEFENDANT SANCHEZ ARREDONDO**

COMES NOW, Defendant, EUSEBIO SANCHEZ, by counsel and for his Answer to Plaintiff's First Amended Complaint, state as follows:

FIRST DEFENSE

The Complaint fails to state a claim or cause of action against this Defendant for which relief may be granted and therefore this Amended Complaint should be dismissed.

SECOND DEFENSE

Plaintiff is barred from seeking special damages, which are not specifically plead, pursuant to O.C.G.A. § 9-11-9(g).

THIRD DEFENSE

No act or omission on the part of this defendant constitutes negligence and no act or omission was the proximate cause of any alleged injury to the plaintiff.

FOURTH DEFENSE

Plaintiff's injuries and damages, as alleged in Amended Complaint, were not proximately caused by any act or omission of the Defendant.

FIFTH DEFENSE

The occurrence complained of was caused, produced, and brought about directly and proximately by the negligence of some other person or persons for whom this Defendant was not responsible and, on account thereof, Plaintiff is not entitled to recover any sum of this Defendant.

SIXTH DEFENSE

The damages incurred by the Plaintiff, if any, were caused by the comparative and contributory negligence and actions of the Plaintiff and/or the comparative negligence and actions of other non-parties.

SEVENTH DEFENSE

Plaintiff's recovery is barred and/or reduced by reason of the Plaintiff's contributory and/or comparative negligence in the matter set forth in the Plaintiff's Amended Complaint in that the Plaintiff failed to exercise ordinary care at all times and at the time and place of the incident herein complained of the Plaintiff did fail to exercise ordinary care and did proximately cause or contribute to the occurrence of the incident or injuries or damages, if any. The negligent acts of the Plaintiff were the sole and proximate cause of the incident in question and, accordingly, the Plaintiff should be barred from recovery or recovery should be reduced proportionate to the Plaintiff's own negligence.

EIGHTH DEFENSE

No act or omission of this Defendant either proximately caused or contributed to all damages claimed by the Plaintiff, and on account thereof, Plaintiff is not entitled to recover all sums demanded of this defendant.

NINTH DEFENSE

Defendant responds to each enumerated allegation in Plaintiff's Amended Complaint as follows:

**PARTIES AND JURISDICTION**

1.

Defendant is without sufficient knowledge to admit or deny the allegations.

2.

Defendant admits that he is a resident of the State of Texas. Defense counsel has accepted service on behalf of this Defendant with express permission.

3.

Defendant is without sufficient knowledge to admit or deny the allegations.

4.

Defendant objects to the allegation as it calls for a legal conclusion. To the extent Defendant can respond, Defendant is without sufficient knowledge to admit or deny the allegation.

5.

Defendant objects to the allegation as it calls for a legal conclusion. To the extent Defendant can respond, Defendant is without sufficient knowledge to admit or deny the allegation.

## BACKGROUND

6.

Responding to Paragraph 6 of Plaintiff's Amended Complaint, Defendant reiterates and adopts defenses, responses and contentions contained in Paragraphs 1 through 5 of Defendant's Answer to Plaintiff's Complaint.

7.

Defendant is without sufficient knowledge to admit or deny the allegations.

8.

Defendant admits to driving a 2000 Peterbilt 379 tractor-trailer in the far-left lane preparing to turn left on to Georgia Hwy 331 and turning left. Defendant admits that Plaintiff's and Defendant's vehicles made contact. All other remaining allegations Defendant denies.

9.

Defendant is without sufficient knowledge to admit or deny the allegations.

## COUNT I – NEGLIGENCE OF DEFENDANT SANCHEZ ARREDONDO

10.

Responding to Paragraph 10 of Plaintiff's Amended Complaint, Defendant reiterates and adopts defenses, responses and contentions contained in Paragraphs 1 through 9 of Defendant's Answer to Plaintiff's Amended Complaint.

11.

Defendant admits the allegations.

12.

Defendant denies the allegations.

13.

Defendant is without sufficient knowledge to admit or deny the allegations.

## COUNT II – NEGLIGENCE ENTRUSTMENT OF DEFENDANT COBRA CARRIER, LLC

14.

Responding to Paragraph 14 of Plaintiff's Amended Complaint, Defendant reiterates and adopts defenses, responses and contentions contained in Paragraphs 1 through 13 of Defendant's Answer to Plaintiff's Amended Complaint.

15.

Defendant denies the allegations.

16.

Defendant objects to the allegation as it calls for a legal conclusion. To the extent Defendant can respond, Defendant denies the allegations.

## COUNT III – IMPUTED LIABILITY OF DEFENDANT COBRA CARRIER, LLC

17.

Responding to Paragraph 17 of Plaintiff's Amended Complaint, Defendant reiterates and adopts defenses, responses and contentions contained in Paragraphs 1 through 16 of Defendant's Answer to Plaintiff's Amended Complaint.

18.

Defendant at the time of the incident was under dispatch for Cobra Carrier, LLC. All other matters are denied.

19.

Defendant admits the allegations.

20.

Defendant denies the allegations as Defendant is not an employee of Cobra Carrier, LLC but an independent contractor. Defendant was acting within the scope of his engagement.

21.

Defendant objects to the allegation as it calls for a legal conclusion and does not require a response.

22.

Defendant denies the allegations.

### COUNT IV – NEGLIGENT HIRING, TRAINING, AND SUPERVISION OF DEFENDANT COBRA COARRIER, LLC

23.

Responding to Paragraph 23 of Plaintiff's Amended Complaint, Defendant reiterates and adopts defenses, responses and contentions contained in Paragraphs 1 through 22 of Defendant's Answer to Plaintiff's Amended Complaint.

24.

Defendant denies the allegations.

25.

Defendant denies the allegations.

26.

Defendant denies the allegations.

27.

Defendant denies the allegations.

28.

Defendant objects to the allegation as it calls for a legal conclusion. To the extent that Defendant can respond Defendant denies the allegations.

**COUNT VI – ATTORNEYS' FEES AND EXPENSES OF LITIGATION**

29.

Responding to Paragraph 29 of Plaintiff's Amended Complaint, Defendant reiterates and adopts defenses, responses and contentions contained in Paragraphs 1 through 28 of Defendant's Answer to Plaintiff's Amended Complaint.

30.

Defendant denies the allegations.

31.

Defendant denies the allegations.

**COUNT VII – PUNITIVE DAMAGES**

32.

Responding to Paragraph 32 of Plaintiff's Amended Complaint, Defendant reiterates and adopts defenses, responses and contentions contained in Paragraphs 1 through 31 of Defendant's Answer to Plaintiff's Amended Complaint.

33.

Defendant denies the allegations.

TENTH DEFENSE

All allegations not heretofore responded to are hereby expressly denied.

While Plaintiff's prayer requires no response, Defendant denies that Plaintiff is entitled to any recovery.

WHEREFORE, having fully answered, Defendant requests that this Amended Complaint be dismissed and that all cost be taxed upon the Plaintiff.

Respectfully submitted, this 18th day of May, 2023.

                  **FAIN, MAJOR & BRENNAN, P.C.**

                  */s/ Robyn M. Roth*
                  ROBYN M. ROTH
One Premier Plaza          Georgia Bar No. 153025
5605 Glenridge Drive NE, Suite 900  *Counsel for Defendants Sanchez Arredondo and*
Atlanta, GA 30342        *Cobra Carrier, LLC*
(404) 688-6633
rroth@fainmajor.com

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| RONALD WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: 2023CV00526 |
| v. | ) | |
| | ) | |
| EUSEBIO SANCHEZ and COBRA CARRIER, LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing ***Answer and Affirmative Defenses of Defendant Eusebio Sanchez to Plaintiff's First Amended Complaint*** with the Clerk of Court using *Odyssey eFileGA* which will automatically send e-mail notification of such filing to all parties of record and/or by depositing a copy of same with the United States Postal Service, with first class postage prepaid, as follows:

Edward Hardrick, Esq.
Morgan & Morgan, PLLC
178 S. Main Street, Unit 300
Alpharetta, GA 30009
ehardrick@forthepeople.com

Respectfully submitted, this 18th day of May, 2023.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Robyn M. Roth*
ROBYN M. ROTH
Georgia Bar No. 153025
*Counsel for Defendants Sanchez Arredondo and Cobra Carrier, LLC*

One Premier Plaza
5605 Glenridge Drive NE, Suite 900
Atlanta, GA 30342
(404) 688-6633
rroth@fainmajor.com