Case 1:23-mi-99999-UNA Document 2282-10 Filed 07/19/23 Page 1 of 2

2023CV00526  e-Filed 4/24/2023 3:13 PM

*Tiki Brown*
**Tiki Brown
Clerk of State Court
Clayton County, Georgia
Hannah Lowery**

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **RONALD WRIGHT,**<br><br>        **Plaintiff,**<br>v.<br><br>**EUSEBIO SANCHEZ and COBRA CARRIER, LLC,**<br><br>        **Defendants.** | **CIVIL ACTION FILE NO:**<br>**2023CV00526** |

## DEFENDANTS EUSEBIO SANCHEZ AND COBRA CARRIER, LLC'S ACKNOWLEDGEMENT OF SERVICE

    I, Vera Starks, am the attorney for Defendants Eusebio Sanchez and Cobra Carrier, LLC and am authorized to accept service of process on behalf of Eusebio Sanchez and Cobra Carrier, LLC in the above-styled action. I hereby acknowledge personal service of the Summons, Complaint, Plaintiff's First Interrogatories, Plaintiff's First Request for Production of Documents, and Plaintiff's Request for Admissions on behalf of Eusebio Sanchez and Cobra Carrier, LLC this 24th day of April 2023. No further or other service of process is required or necessary with regard to Eusebio Sanchez and Cobra Carrier, LLC.

    This 24th day of April 2023.

                                    */s/Vera Starks*
                                    Vera Starks, Ga Bar No.
                                    with express permission
                                    Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2023 a copy of the ***Defendants Eusebio Sanchez and Cobra Carrier, LLC's Acknowledgement of Service*** was served upon all parties by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon to ensure delivery to:

Vera Starks<br>
Fain, Major, & Brennan, P.C.<br>
One Premier Plaza<br>
5605 Glenridge Drive, NE<br>
Suite 900<br>
Atlanta, GA 30342

                Respectfully submitted,

                /s/Edward J. Hardrick
                Edward J. Hardrick
                Georgia Bar No. 606792
                Attorney for Plaintiff

178 S. Main Street, Unit 300
Alpharetta, GA  30009
Telephone: (770)576-7634
ehardrick@forthepeople.com