IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

**RONALD WRIGHT**

Plaintiff/Petitioner

vs.

**SANCHEZ ARREDONDO, ET AL.**

Defendant/Respondent

Case No.: 2023CV00526

**AFFIDAVIT OF SERVICE OF
SUMMONS; COMPLAINT; PLAINTIFF'S FIRST
INTERROGATORIES AND REQUEST FOR
PRODUCTION OF DOCUMENTS TO DEFENDANTS;
PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO
DEFENDANTS; RULE 5.2 CERTIFICATE OF SERVICE
OF DISCOVERY MATERIALS; CASE FILING
INFORMATION FORM**

Received by **Angelica Vasquez**, on the **7th day of March, 2023 at 9:35 PM** to be served upon **Cobra Carrier, LLC** at **1012 North 10th Street, Alamo, Hidalgo County, TX 78516.**
On the **9th day of March, 2023 at 2:07 PM**, I, **Angelica Vasquez**, SERVED Cobra Carrier, LLC at **1012 North 10th Street, Alamo, Hidalgo County, TX 78516** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Alondra Arredondo**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Alondra Arredondo who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 18-25 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**

Service Fee Total: **$85.00**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Angelica Vasquez_    PSC-16716    _3/29/2023_
Angelica Vasquez            Server ID #           Date

Notary Public: Subscribed and sworn before me on this 29th day of March in the year of 2023
Personally known to me _____ or ✓ identified by the following document: Texas Driver License



_____
Notary Public (Legal Signature)

SONIA MARIA PERALES
Notary ID #131824695
My Commission Expires
December 12, 2026



REF: **REF-12166782**

Tracking #: **0102524345**