Case 1:23-mi-99999-UNA Document 2282-12 Filed 07/19/23 Page 1 of 2

2023CV00526    e-Filed 5/18/2023 9:01 AM

*Tiki Brown*
**Tiki Brown
Clerk of State Court
Clayton County, Georgia
Latasha Currie**

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| RONALD WRIGHT, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE NO.: 2023CV00526 |
| v. | ) |
| | ) |
| SANCHEZ ARREDONDO and | ) |
| COBRA CARRIER, LLC, | ) |
| | ) |
| Defendants. | ) |

## DEMAND FOR TWELVE-PERSON JURY

COMES NOW, Defendants, Sanchez Arredondo and Cobra Carrier, LLC, and hereby demands a trial by jury of 12 persons as to all issues raised in the pleadings pursuant to O.C.G.A. § 15-12-122.

Respectfully submitted, this 18th day of May, 2023.

                                                                                                                                                **FAIN, MAJOR & BRENNAN, P.C.**

                                                                                                                                                */s/ Robyn M. Roth*

One Premier Plaza                                                   ROBYN M. ROTH
5605 Glenridge Drive NE, Suite 900       Georgia Bar No. 153025
Atlanta, GA  30342                               *Counsel for Defendants Sanchez Arredondo and*
(404) 688-6633                                          *Cobra Carrier, LLC*
rroth@fainmajor.com

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| RONALD WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.:  2023CV00526 |
| v. | ) | |
| | ) | |
| SANCHEZ ARREDONDO and | ) | |
| COBRA CARRIER, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing ***Demand for Twelve Person Jury*** with the Clerk of Court using *Odyssey eFileGA* which will automatically send e-mail notification of such filing to all parties of record and/or by depositing a copy of same with the United States Postal Service, with first class postage prepaid, as follows:

Edward Hardrick, Esq.
Morgan & Morgan, PLLC
178 S. Main Street, Unit 300
Alpharetta, GA 30009
ehardrick@forthepeople.com

Respectfully submitted, this 18th day of May, 2023.

**F**AIN**, M**AJOR **& B**RENNAN**, P.C.**

*/s/ Robyn M. Roth*
ROBYN M. ROTH
Georgia Bar No. 153025
*Counsel for Defendants Sanchez Arredondo and Cobra Carrier, LLC*

One Premier Plaza
5605 Glenridge Drive NE, Suite 900
Atlanta, GA  30342
(404) 688-6633
rroth@fainmajor.com