Case 1:23-mi-99999-UNA   Document 2282-13   Filed 07/19/23   Page 1 of 3

2023CV00526

e-Filed 5/30/2023 8:44 AM

*Tiki Brown*
**Tiki Brown
Clerk of State Court
Clayton County, Georgia**
Latasha Currie

TO:        All Judges, Clerks of Court and Counsel of Record

FROM:   Robyn M. Roth

RE:        Notice of Leave of Absence

DATE:    May 30, 2023

COMES NOW, Robyn M. Roth, and respectfully notifies all Judges before whom she has cases pending, all affected Clerks of Court, and all opposing counsel that she will be on leave pursuant to Georgia Uniform Court Rule 16.

1.    The periods of leave during which time Applicant will be away from the practice of law are as follows:

- **SEPTEMBER 8, 2023;**
- **SEPTEMBER 22, 2023;**
- **SEPTEMBER 25, 2023;**
- **OCTOBER 6, 2023;**
- **NOVEMBER 20-22, 2023;**
- **DECEMBER 18-22, 2023; AND**
- **DECEMBER 26-29, 2023.**

The purpose of these leaves is to spend personal time with family, attend legal seminars and observe religious holidays.

2.    All affected Judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Robyn M. Roth*

---

One Premier Plaza
5605 Glenridge Drive NE
Suite 900
Atlanta, GA  30342
(404) 688-6633
rroth@fainmajor.com

ROBYN M. ROTH
Georgia Bar No. 153025
*Counsel for Defendants Sanchez Arredondo and Cobra Carrier, LLC*

# EXHIBIT A

| CASE STYLE | PRESIDING JUDGE | OPPOSING COUNSEL |
|---|---|---|
| ***Ronald Wright v. Sanchez Arredondo and Cobra Carrier, LLC***<br>State Court of Clayton County<br>Civil Action No.: 2023CV00526<br>Our File No.: 07120.22133 | Honorable Michael Garrett<br><br>State Court of Clayton County | Edward Hardrick, Esq.<br>Morgan & Morgan, PLLC<br>178 S. Main Street<br>Unit 300<br>Alpharetta, GA 30009<br>ehardrick@forthepeople.com |

**IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA**

| | |
|---|---|
| RONALD WRIGHT, ) | |
| ) | |
|     Plaintiff, ) | CIVIL ACTION FILE NO.: 2023CV00526 |
| v. ) | |
| ) | |
| EUSEBIO SANCHEZ and COBRA ) | |
| CARRIER, LLC, ) | |
| ) | |
|     Defendants. ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon counsel for the opposing parties, the Clerks of Court and all presiding Judges in the foregoing matter a copy of the ***Notice of Leave of Absence*** via e-file and/or by placing same in the United States Mail, postage prepaid.

This 30th day of May, 2023.

                                                  **FAIN, MAJOR & BRENNAN, P.C.**

                                                */s/ Robyn M. Roth*

| | |
|---|---|
| One Premier Plaza | ROBYN M. ROTH |
| 5605 Glenridge Drive NE | Georgia Bar No. 153025 |
| Suite 900 | *Counsel for Defendants Sanchez Arredondo* |
| Atlanta, GA 30342 | *and Cobra Carrier, LLC* |
| (404) 688-6633 | |
| rroth@fainmajor.com | |