2023CV00526

e-Filed 5/18/2023 9:01 AM

*Tiki Brown*

**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
Latasha Currie

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| RONALD WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.:  2023CV00526 |
| v. | ) | |
| | ) | |
| SANCHEZ ARREDONDO and | ) | |
| COBRA CARRIER, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### RULE 5.2 CERTIFICATE OF SERVICE

This is to certify that pursuant to Uniform Superior Court Rule 5.2, I have this day served counsel for all parties in the above-referenced matter with a copy of ***Defendants Sanchez Arredondo and Cobra Carrier, LLC's Response to Plaintiff's First Request for Admissions*** using *Odyssey eFileGA* which will automatically send e-mail notification of such filing to all parties of record and/or by depositing a copy of same with the United States Postal Service, with first class postage prepaid, as follows:

Edward Hardrick, Esq.
Morgan & Morgan, PLLC
178 S. Main Street, Unit 300
Alpharetta, GA 30009
ehardrick@forthepeople.com

Respectfully submitted, this 18th day of May, 2023.

FAIN, MAJOR & BRENNAN, P.C.

/s/ Robyn M. Roth
ROBYN M. ROTH
Georgia Bar No. 153025
*Counsel for Defendants Sanchez Arredondo and Cobra Carrier, LLC*

One Premier Plaza
5605 Glenridge Drive NE, Suite 900
Atlanta, GA  30342
(404) 688-6633
rroth@fainmajor.com

**IN THE STATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| RONALD WRIGHT, | ) | |
| | ) | |
|        Plaintiff, | ) | CIVIL ACTION FILE NO.:  2023CV00526 |
| v. | ) | |
| | ) | |
| SANCHEZ ARREDONDO and | ) | |
| COBRA CARRIER, LLC, | ) | |
| | ) | |
|        Defendants. | ) | |

**DEFENDANTS SANCHEZ ARREDONDO'S AND COBRA CARRIER, LLC'S**
**RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS**

COMES NOW, Defendant, Sanchez Arredondo and Cobra Carrier, LLC, by counsel and for their Answer to Plaintiff's First Requests for Admission, state as follows:

1.

Please admit that this action brought against the Defendants properly and correctly name the parties to be sued in this case.

**RESPONSE:  Defendants admit that the Amended Complaint is correct.  All other matters are denied.**

2.

Please admit that jurisdiction for the Complaint filed by Plaintiff is properly brought before this Court in Clayton County, Georgia.

**RESPONSE:  Defendants are without sufficient knowledge to admit or deny and therefore it is denied.**

3.

Please admit that the service of process against the Defendants was proper.

**RESPONSE:  Defendants admit that express permission was provided to Defense Counsel to accept and acknowledge service.  All other matters are denied.**

4.

Please admit that Defendant SANCHEZ ARREDONDO, who operated the tractor-trailer vehicle had permission to operate the tractor trailer from and/or was operating the tractor-trailer on behalf of Defendant Cobra Carrier, LLC at the time of the subject collision.

**RESPONSE:  Defendants admit that Eusebio Sanchez operated the tractor-trailer vehicle with permission and on behalf of Defendant Cobra Carrier, LLC at the time of the subject incident.  All other matters are denied.**

5.

Please admit that Defendant SANCHEZ ARREDONDO was negligent in the operation of a tractor trailer which resulted in the subject collision with Plaintiff's vehicle.

**RESPONSE:  Defendants deny the request.**

6.

Admit that Defendant SANCHEZ ARREDONDO pled guilty to, paid the fine for, or knowingly forfeited the bond to charges stemming from a citation in connection with the collision.

**RESPONSE:  Defendants admit that Defendant Eusebio Sanchez received a citation and paid the citation.  All other matters are denied.**

7.

Please admit that Plaintiff was injured in the subject collision.

**RESPONSE:  Defendants deny the request.**

8.

Please admit that the Plaintiff's actions did not cause or contribute to the subject collision.

**RESPONSE:  Defendants deny the request.**

9.

Please admit that Plaintiff incurred medical expenses for treatment of injuries resulting from the subject collision.

**RESPONSE:  Defendants are without sufficient knowledge to admit or deny the request, therefore, it is denied.**

10.

Please admit that Plaintiff's medical expenses were reasonable and necessary for the care and treatment of the injuries sustained in the subject collision.

**RESPONSE:  Defendants are without sufficient knowledge to admit or deny the request, therefore, it is denied.**

11.

Please admit that there are no other individuals besides Plaintiff and Defendant SANCHEZ ARREDONDO who caused or contributed to the subject collision.

**RESPONSE:  Defendants admit that the parties are the only known individuals who could have cause or contributed to the subject incident.  All other matters are denied.**

12.

Please admit that there are no other individuals besides Defendant SANCHEZ ARREDONDO who caused or contributed to the subject collision.

**RESPONSE:  Defendants deny the request.**

13.

Please admit that you have not seen Plaintiff since the day of the accident.

**RESPONSE:  Defendants admit the request.**

14.

Please admit that you had not seen Plaintiff at any point in time prior to the day of the accident.

**RESPONSE:  Defendants admit the request.**

*This Request for Admissions is served upon you together with Plaintiff's Complaint.*

Respectfully submitted, this 18th day of May, 2023.

FAIN, MAJOR & BRENNAN, P.C.

*/s/ Robyn M. Roth*

ROBYN M. ROTH

Georgia Bar No. 153025

*Counsel for Defendants Sanchez Arredondo and Cobra Carrier, LLC*

One Premier Plaza
5605 Glenridge Drive NE, Suite 900
Atlanta, GA  30342
(404) 688-6633
rroth@fainmajor.com

**IN THE STATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| RONALD WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.:  2023CV00526 |
| v. | ) | |
| | ) | |
| SANCHEZ ARREDONDO and | ) | |
| COBRA CARRIER, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing ***Defendants Sanchez Arredondo and Cobra Carrier, LLC's Response to Plaintiff's First Request for Admissions*** with the Clerk of Court using *Odyssey eFileGA* which will automatically send e-mail notification of such filing to all parties of record and/or by depositing a copy of same with the United States Postal Service, with first class postage prepaid, as follows:

Edward Hardrick, Esq.
Morgan & Morgan, PLLC
178 S. Main Street, Unit 300
Alpharetta, GA 30009
ehardrick@forthepeople.com

Respectfully submitted, this 18th day of May, 2023.

**FAIN, MAJOR & BRENNAN, P.C.**

/s/ Robyn M. Roth
ROBYN M. ROTH
One Premier Plaza                               Georgia Bar No. 153025
5605 Glenridge Drive NE, Suite 900    *Counsel for Defendants Sanchez Arredondo*
Atlanta, GA  30342                             *and Cobra Carrier, LLC*
(404) 688-6633
rroth@fainmajor.com