2023CV00526
e-Filed 5/18/2023 9:01 AM
Tiki Brown
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Latasha Currie

**IN THE STATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| RONALD WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: 2023CV00526 |
| v. | ) | |
| | ) | |
| SANCHEZ ARREDONDO and COBRA CARRIER, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**RULE 5.2 CERTIFICATE OF SERVICE**

This is to certify that pursuant to Uniform Superior Court Rule 5.2, I have this day served counsel for all parties in the above-referenced matter with a copy of ***Defendants Sanchez Arredondo and Cobra Carrier, LLC First Continuing Interrogatories to Plaintiff Ronald Wright*** and ***Defendants Sanchez Arredondo and Cobra Carrier, LLC First Request for Production of Documents to Plaintiff Ronald Wright*** using *Odyssey eFileGA* which will automatically send e-mail notification of such filing to all parties of record and/or by depositing a copy of same with the United States Postal Service, with first class postage prepaid, as follows:

Edward Hardrick, Esq.
Morgan & Morgan, PLLC
178 S. Main Street, Unit 300
Alpharetta, GA 30009
ehardrick@forthepeople.com

Respectfully submitted, this 18th day of May, 2023.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Robyn M. Roth*
ROBYN M. ROTH
Georgia Bar No. 153025
*Counsel for Defendants Sanchez Arredondo and Cobra Carrier, LLC*

One Premier Plaza
5605 Glenridge Drive NE, Suite 900
Atlanta, GA 30342
(404) 688-6633
rroth@fainmajor.com

2023CV00526
e-Filed 5/18/2023 9:01 AM

Tiki Brown
Clerk of State Court
Clayton County, Georgia
<<Name>>

**IN THE STATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

RONALD WRIGHT,

Plaintiff,

v.

SANCHEZ ARREDONDO and
COBRA CARRIER, LLC,

Defendants.

CIVIL ACTION FILE NO.: 2023CV00526

**DEFENDANTS SANCHEZ ARREDONDO AND COBRA CARRIER, LLC'S FIRST CONTINUING INTERROGATORIES TO PLAINTIFF RONALD WRIGHT**

TO: Ronald Wright
c/o Edward Hardrick, Esq.
Morgan & Morgan, PLLC
178 S. Main Street, Unit 300
Alpharetta, GA 30009

COMES NOW Sanchez Arredondo and Cobra Carrier, LLC designated as defendants in the above-captioned case, and hereby requires that plaintiff Ronald Wright answer under oath and in writing the following interrogatories within 30 days from the date of service as provided by O.C.G.A. §9-11-33 and that a copy of the answers be furnished to defendant's attorney, Robyn M. Roth, Esq., of Fain, Major & Brennan, P.C., located One Premier Plaza, 5605 Glenridge Drive, NE, Suite 900, Atlanta, Georgia 30342.

NOTE A: When used in these interrogatories, the term "plaintiff" or any synonym thereof is intended to and shall embrace and include, in addition to the said plaintiff, all agents, servants, representatives, private investigators, and others who are in a position to obtain or may have obtained information for or on behalf of the plaintiff.

NOTE B: These interrogatories shall be deemed continuing to the extent required by law. You are requested to (1) seasonably supplement any response directed to the identity and

location of the persons having knowledge of discoverable matters, as well as the identity of each person expected to be called as an expert witness at trial, the subject matter of which he is expected to testify, and the substance of his testimony; and (2) amend any prior response if you subsequently learn that the original response was incorrect or if you learn that although correctly made, the original response is no longer true and the circumstances are such that a failure to amend the response is, in substance, a knowing concealment.

INTERROGATORY NO. 1

Please state your full name, marital status (and spouse's full name), your social security number, date of birth, cell phone number and present street address.

INTERROGATORY NO. 2

Please state the names, addresses, and telephone numbers of any relatives that you have who live in Clayton County, Georgia.

INTERROGATORY NO. 3

What are the names, addresses, home telephone numbers, places of employment, and present whereabouts of all witnesses known to you who saw or claim they saw all or any part of the occurrence complained of in this action?

INTERROGATORY NO. 4

What are the names, addresses, home telephone numbers, places of employment, and present whereabouts of all witnesses known to you who arrived at the scene of the occurrence complained of in this action immediately or shortly after its occurrence?

INTERROGATORY NO. 5

What are the names, addresses, home telephone numbers, places of employment, and present whereabouts of all persons known to you who have knowledge of relevant information, facts, or circumstances in this case?

INTERROGATORY NO. 6

With respect to each physician or other practitioner of the healing arts, if any, whom you have seen or been treated by in reference to the injuries you claim you sustained in your complaint, please state as to each:

(a) The name and address of said physician;
(b) On what date or dates you were seen by said physician;
(c) The name of the treatment you received; and
(d) The charge made for such treatment.

INTERROGATORY NO. 7

If you were hospitalized as a result of the injuries alleged in your complaint; please state in relation to such hospitalization:

(a) The name and location of said hospital;
(b) The date or dates of such hospitalization;
(c) The nature of the treatment rendered during the period of hospitalization;
(d) The itemized charges incurred as a result of said hospitalization; and
(e) If any hospital liens have been filed, please identify and state whether or not they have been satisfied.

INTERROGATORY NO. 8

On the date of the incident complained of in the complaint, please describe your occupational and/or employment status, including but not limited to, the nature of your occupation(s), your earnings in such occupation(s), and the respective dates that you had such occupation(s) and such employer(s) with such duties and such earnings.

2023CV00520

INTERROGATORY NO. 9

If there has been any change in your occupation(s), employer(s), duties or earnings from the time referred to in the preceding interrogatory to the time of answering these interrogatories; please describe with specificity each such change.

INTERROGATORY NO. 10

If your alleged injuries have prevented you from working at any time since the date of the incident complained of:

(a) State the date or dates that you were unable to work because of your injuries;
(b) State what earnings, if any, you lost by reason of each such date of not working;
(c) State whether you have received any payment (workers' compensation, sick leave pay, disability insurance, income protection insurance, or other) on account of any such loss of time from work or loss of earnings; and
(d) If your answer to subparagraph (c) above is affirmative, please state the amount and source of each such payment and explain each such payment.

INTERROGATORY NO. 11

What period of time do you claim you were disabled as a result of the injuries you allege that you sustained on the date of the occurrence complained of in this action?

INTERROGATORY NO. 12

What permanent disability, if any, do you claim as a result of the injuries you claim to have sustained on the date of the occurrence complained of in this action?

INTERROGATORY NO. 13

With respect to the last date of treatment you received by any physician or other practitioner of the healing arts as a result of the injuries alleged in your complaint, please state the date and name and address of said physician and the nature of such treatment.

2023CV00520

INTERROGATORY NO. 14

If you have ever been in a prior or subsequent accident of any type where property damage or personal injury was sustained, please describe each such occurrence, including but not limited to, the type of accident, the date, the people involved and location thereof, and the type of damage or injury.

INTERROGATORY NO. 15

If you have ever been arrested, state the date, place, and charges made in each such arrest and, if convicted, the date thereof and the court in which such charges were brought.

INTERROGATORY NO. 16

Other than as fully shown in your answers to preceding interrogatories, if you ever underwent any surgery *before* the date of the incident complained of, please describe each such surgery with specificity, including but not limited to, the date, the place where the surgery was performed, the nature of the surgery, and the attending surgeon and other physicians.

INTERROGATORY NO. 17

Other than as fully shown in your answers to the preceding interrogatories, please state what medical, psychiatric, chiropractic, or therapeutic care or treatment you received *before* the date of the incident complained of and the date of each such care or treatment.

INTERROGATORY NO. 18

To your knowledge, information, or belief, if any of the hospitals or any of the physicians, surgeons, or chiropractors (*or other practitioners of any healing art*) made any report, statement, or bill concerning your examination or treatment, please describe each such report, statement, or bill with specificity, including but not limited to the date, the person making the report, etc., the form of the report, etc. (*whether oral or written*), the subject, the substance

2023CV00528

and contents of the report, etc., and the location of the report, etc., and the name of the person having custody, possession, or control.

INTERROGATORY NO. 19

Will you voluntarily produce each such report, etc., and permit its inspection and copying by this defendant?

INTERROGATORY NO. 20

If you have suffered any injury to your body (other than the injuries that you claim to have suffered in this action), describe each such injury, giving the nature, extent, cause, and date thereof.

INTERROGATORY NO. 21

If you have made any claim for personal injury, uninsured motorist protection, property damage, hospitalization, medical expense, or disability (other than the claims made in this action), please describe each such claim giving the basis for each such claim, the date of each such claim, the amount so claimed, and the person, partnership, or corporation against whom each such claim was made.

INTERROGATORY NO. 22

If you have been a party to *any* action (other than this action), please describe each such action, giving the date of each such action, the court in which it was brought, and the names of other parties to each such action.

INTERROGATORY NO. 23

Since the date of the incident complained of, if you have been given any physical examination (*whether in connection with employment or application for insurance or entrance to any school or the armed forces or otherwise*) which you have not referred to in your answers to

these interrogatories, please describe each such examination with specificity, including but not limited to, the date, the place, the person making the examination, and the purpose of the examination.

INTERROGATORY NO. 24

To your knowledge, information, or belief, are there any photographs or drawings of the scene of the incident complained of, any vehicle or other physical object involved in the incident, or any person (including any party) involved in the incident?

INTERROGATORY NO. 25

If so, please describe each individual photograph or drawing with specificity, including, but not limited to, the date made, by whom it was made, the form (whether photographic prints, transparency, diagram, plat, etc.), the subject represented, all facts represented or shown, and the present location and the name of the person having possession, custody or control.

INTERROGATORY NO. 26

Will you voluntarily produce each such photograph or diagram and permit its inspection or copying by this defendant?

INTERROGATORY NO. 27

To your knowledge, information, or belief, if there has been any judicial hearing (*whether the trial of traffic charges, a commitment hearing, inquest, previous trial, or otherwise*) concerning the incident complained of, please describe each such hearing with specificity, including but not limited to, the date, the place, the persons present, the nature of the hearing, the statement for testimony of each person making any statement or testifying, a description of any documentary evidence offered or received, the name and address of any person reporting and/or

2023CV00520

transcribing the hearing, the present location of such transcript or copies thereof, and the name of the person or persons having possession, custody or control of such transcript or copies thereof.

INTERROGATORY NO. 28

Please itemize all special damages that you claim for medical expenses. If you have any medical payments coverage, please identify what expenses have been paid by your own medical payments coverage carrier. If none have been paid, please state why not.

INTERROGATORY NO. 29

Pursuant to the provisions of O.C.G.A. §9-11-26 (b)(4)(A)(i), plaintiff is requested to identify each person whom plaintiff expects to call as an expert witness at trial, state the subject matter on which such expert is expected to testify, and state the substance of the facts and opinions to which the expert is expected to testify and the summary of the grounds of each opinion.

INTERROGATORY NO. 30

If you have retained or employed an expert in anticipation of litigation or preparation for trial who is not expected to be called as a witness at trial, please identify and state specifically the name and address of each such expert.

INTERROGATORY NO. 31

Please identify all sources of compensation, indemnity, insurance (other than life insurance), wage loss replacement, income replacement, or disability benefits or payments available to you from any and all governmental or private sources which have been received by you or which have been paid or will be payable to you or on your behalf for the damages or injuries sustained in the incident which forms the subject of your complaint. As to each such

source, state the amount of payment received by you or to be received by you, or which has been paid on your behalf or which is payable on your behalf.

INTERROGATORY NO. 32

Please provide your email address, the account/username for each and every social media account you had from the date of the incident to the present time, including but not limited to, Facebook, Twitter, Instagram, Snapchat, YouTube, Google, LinkedIn, TikTok, etc.

INTERROGATORY NO. 33

Please produce your Facebook profile. (In order to create the zip file that contains the profile, please sign on to your Facebook account and click on the "account" button at the top right side of your Facebook page. Click on "account settings" on the toolbar that opens up. On this newly opened screen, click on the "learn more" button by the "download your information" section. Click on the download button. Facebook will then compile the zip file and e-mail a notification to you with a link in the e-mail that will allow you to download the Facebook file. This process takes between 30-90 minutes, depending on the size of the profile. Please save this profile to CD, DVD, or USB drive and provide it as your response.)

INTERROGATORY NO. 34

Please provide the tagged photographs on your profile (you must open each picture individually, right click on the picture, and save it on the same media referenced above). For any tagged photographs that are not produced, please create a privilege log describing said photographs and the basis of the asserted privilege.

INTERROGATORY NO. 35

Please provide your Twitter archive. (To get your archive, go to the Settings area and look for the "Your Twitter archive" feature. A link will be emailed to you that leads to a page

2023CV00526

within Twitter where you can complete the download. After clicking download, a zip file will be downloaded. When you open that file, you will see a "readme" file with instructions. Please provide this zip file.)

INTERROGATORY NO. 36

Please produce a copy of your Instagram profile, including any and all photographs and comments posted thereto.

INTERROGATORY NO. 37

Please describe the accident in detail.

INTERROGATORY NO. 38

Please list all injuries you are claiming as a result of the accident.

INTERROGATORY NO. 39

Please state all health insurance coverage providing coverage for you presently and for the past 5 years.

INTERROGATORY NO. 40

Did you have a cell phone in your possession at the time of the accident? If so, please provide the cell phone number, service provider and the name of the account holder.

INTERROGATORY NO. 41

Please provide the following information about yourself;

(a) Date of birth;
(b) Social Security Number or your health insurance claim number ("HICN");
(c) Gender.

This information and the information outlined in interrogatory #42 and 43 are necessary so that the defendant or any insurer of the defendant can comply with the Medicare regulations. See

42 U.S.C. 1395(y)(b)(8) otherwise known as Medicare, Medicaid and S-CHIP Extension Act of 2007 ("MMSEA"), Section 111.

INTERROGATORY NO. 42

Are you currently a Medicare beneficiary? If so, Please identify any and all amounts that have been paid by Medicare in satisfaction of medical expenses from any healthcare provider involved in the treatment of your injuries you are claiming in this lawsuit. Please outline any communications that you have had with Medicare and specifically any Medicare secondary payor contractor regarding their lien.

INTERROGATORY NO. 43

If you are not currently a Medicare beneficiary, do you anticipate becoming one during the pendency of this litigation? To the extent you become a Medicare beneficiary during the pendency of this litigation, please be sure to supplement your discovery responses accordingly so that the defendant can comply with the above Medicare regulations.

Respectfully submitted, this 18th day of May, 2023.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Robyn M. Roth*
ROBYN M. ROTH
Georgia Bar No. 153025
*Counsel for Defendants Sanchez Arredondo and Cobra Carrier, LLC*

One Premier Plaza
5605 Glenridge Drive NE, Suite 900
Atlanta, GA 30342
(404) 688-6633
rroth@fainmajor.com

2023CV00526

**IN THE STATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| RONALD WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: 2023CV00526 |
| v. | ) | |
| | ) | |
| SANCHEZ ARREDONDO and COBRA CARRIER, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing ***Defendants Sanchez Arredondo and Cobra Carrier, LLC's First Continuing Interrogatories to Plaintiff Ronald Wright*** with the Clerk of Court using *Odyssey eFileGA* which will automatically send e-mail notification of such filing to all parties of record and/or by depositing a copy of same with the United States Postal Service, with first class postage prepaid, as follows:

Edward Hardrick, Esq.
Morgan & Morgan, PLLC
178 S. Main Street, Unit 300
Alpharetta, GA 30009
ehardrick@forthepeople.com

Respectfully submitted, this 18th day of May, 2023.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Robyn M. Roth*
ROBYN M. ROTH
Georgia Bar No. 153025
*Counsel for Defendants Sanchez Arredondo and Cobra Carrier, LLC*

One Premier Plaza
5605 Glenridge Drive NE, Suite 900
Atlanta, GA 30342
(404) 688-6633
rroth@fainmajor.com

2023CV00526
e-Filed 5/18/2023 9:01 AM
Tiki Brown
Tiki Brown
Clerk of State Court
Clayton County, Georgia
<<Name>>

**IN THE STATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| RONALD WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: 2023CV00526 |
| v. | ) | |
| | ) | |
| SANCHEZ ARREDONDO and COBRA CARRIER, LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS SANCHEZ ARREDONDO AND COBRA CARRIER, LLC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF RONALD WRIGHT**

TO: Ronald Wright
c/o Edward Hardrick, Esq.
Morgan & Morgan, PLLC
178 S. Main Street, Unit 300
Alpharetta, GA 30009

COMES NOW Defendants, Sanchez Arredondo and Cobra Carrier, LLC, through the undersigned counsel, and serves this Request for Production of Documents upon Plaintiff pursuant to O.C.G.A. § 9-11-34. Plaintiff is requested to produce to the undersigned counsel, within thirty-three days of service of these Request for Production of Documents, the documentary evidence requested hereinafter. Said documentary evidence is alleged to be in Plaintiff's possession, custody and control and is pertinent to the issues in said case.

1.

All written statements or reports of any kind prepared by all persons, firms or corporations who, to your knowledge, have investigated any aspect of or physical object involved in this case.

2023CV00526

2.

All statements, whether written or recorded, which have been obtained by you or someone acting on your behalf, from any person listed in any responses to Defendant's First Continuing Interrogatories to Plaintiff.

3.

Please produce all charts, reports, medical records, psychological records, statements, bills or other documents concerning any medical or psychological examination, treatment or counseling received by you as a result of the occurrence in question.

4.

If you contend that you have lost any wages as a result of the incident, which is the subject matter of the instant action, please produce any and all documentation evidencing that time you claim to have lost from your work and any wages you might have lost as a result thereof.

5.

Please produce any and all estimates of repair, repair bills or expenses incurred by you or on your behalf for damages done to your motor vehicle or the vehicle in which you were riding and all salvage bids which were submitted on that vehicle after the occurrence in question.

6.

Please produce each and every photograph, drawing or graphic representation of any person, place or thing relating to the occurrence in question, including but not limited to, photographs of any property damage to Plaintiff's vehicle.

7.

All proofs of loss, Med-Pay applications or claim forms, subrogation agreement, assignments or any other related insurance documents which you have executed in connection with any payment made to you by an insurer or other person in connection with the occurrence which forms the basis of the pending action.

8.

Please produce all documents reflecting payment to you or on your behalf by any person, insurance company or other entity, other than this Defendant, for expenses, lost wages or damages arising from the incident referenced in your Complaint.

9.

Please produce each and every document, letter or other tangible item which you contend evidences any fact or circumstance relating to your claim against Defendant, including, but not limited to, those documents you plan to produce at trial and specifically identify such documents.

10.

If you contend that you have lost any wages as a result of the accident which is the subject matter of the instant action, please produce copies of your tax returns for the last five years preceding your response to this Request and, if such documents are not available to you, complete the attached Request for Copy of Tax Form, Form 4506.

11.

Please produce each and every document not previously requested which is referenced in response to Defendant's First Continuing Interrogatories to Plaintiff.

2023CV00526

12.

Please produce all diaries, memoranda, notes or other documents, which were kept or prepared by you concerning your physical and/or mental condition after the incident that is the subject matter of your Complaint.

13.

Please supply a **color** copy front and back of your driver's license and/or identification card.

14.

Please produce a copy of the front and back of your health insurance card.

15.

Please produce copies of any and all medical expenses or bills that you are claiming in this case with an outline of the specific amounts that have been paid by Medicare. Please also produce any conditional payment summary that you have been provided through Medicare or the Medicare secondary payor contractor. If you do not have this document, please make a request from the Medicare secondary payor contractor to provide this document and produce as soon as possible.

Respectfully submitted, this 18th day of May, 2023.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Robyn M. Roth*
ROBYN M. ROTH
Georgia Bar No. 153025
*Counsel for Defendants Sanchez Arredondo and Cobra Carrier, LLC*

One Premier Plaza
5605 Glenridge Drive NE, Suite 900
Atlanta, GA 30342
(404) 688-6633
rroth@fainmajor.com

2023CV00526

**IN THE STATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| RONALD WRIGHT,<br><br>Plaintiff,<br>v.<br><br>SANCHEZ ARREDONDO and<br>COBRA CARRIER, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE NO.: 2023CV00526 |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing ***Defendants Sanchez Arredondo and Cobra Carrier, LLC's First Request for Production of Documents to Plaintiff Ronald Wright*** with the Clerk of Court using *Odyssey eFileGA* which will automatically send e-mail notification of such filing to all parties of record and/or by depositing a copy of same with the United States Postal Service, with first class postage prepaid, as follows:

Edward Hardrick, Esq.
Morgan & Morgan, PLLC
178 S. Main Street, Unit 300
Alpharetta, GA 30009
ehardrick@forthepeople.com

Respectfully submitted, this 18th day of May, 2023.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Robyn M. Roth*
ROBYN M. ROTH
Georgia Bar No. 153025
*Counsel for Defendants Sanchez Arredondo and Cobra Carrier, LLC*

One Premier Plaza
5605 Glenridge Drive NE, Suite 900
Atlanta, GA 30342
(404) 688-6633
rroth@fainmajor.com