IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KARMEISHA FREEMAN, | ) Civil Action No. |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DK AUTO LLC, AND HILL & ASSOCIATES OF GEORGIA, INC., | ) ) |
| | ) |
| Defendants. | ) |

## **CERTIFICATE OF INTERESTED PERSONS**

To the best of Plaintiff's knowledge the only persons subject to disclosure are Plaintiff and Defendants. Upon information and belief, Defendants are not publicly held companies.

Dated: July 19, 2023

                                              Respectfully submitted,

                                              s/Marques J. Carter
                                              Marques J. Carter
                                              Georgia Bar No. 105133
                                              Law Office of Marques J. Carter, LLC
                                              3400 Chapel Hill Road, Suite 100
                                              Douglasville GA 30135
                                              (888) 332-7252
                                              (866) 842-3303 (fax)
                                              MCarter@ThompsonConsumerLaw.com
                                              Attorney for Plaintiff

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

                                        Respectfully submitted,

                                        <u>s/Marques J. Carter</u>
                                        Marques J. Carter
                                        Georgia Bar No. 105133
                                        Law Office of Marques J. Carter, LLC
                                        3400 Chapel Hill Road, Suite 100
                                        Douglasville GA 30135
                                        (888) 332-7252
                                        (866) 842-3303 (fax)
                                        mcarter@ThompsonConsumerLaw.com
                                        Attorney for Plaintiff