# EXHIBIT A



JONATHAN D. GRUNBERG

Direct: 404.445.8363
jgrunberg@wgwlawfirm.com

April 21, 2023

**VIA ELECTRONIC MAIL**

Nicholas Walker
c/o Alexander Kaufman
akaufman@chalmersadams.com

   RE: Your Revenge Porn

Mr. Walker:

   I represent Lindsay Mortimer to seek legal redress for your posting revenge porn.  The relevant facts are not in dispute. On January 15, 2020, you posted a video to Pornhub.com depicting you and Ms. Mortimer having sex, which you titled, "EX BBW WHORE" (the "Video"). You did this without her consent. You then texted a link of the video to her along with a screencap. (*See* Ex. A.)  The Video was viewed repeatedly on Pornhub by third parties. (*See, e.g.*, Ex. B.) You then threatened to disclose the video to Ms. Mortimer's school: "It's all good, [sic] what happens if your schools [sic] get this."

   The Video and accompanying title "EX BBW WHORE" ("Accusations") communicated false and defamatory statements about Ms. Mortimer. The false and defamatory meanings of the Accusations include the following:

1. Ms. Mortimer is an illegal sex worker.
2. Ms. Mortimer is an individual who exchanges sex for money.
3. Ms. Mortimer consented to the Video being posted to PornHub.com.
4. Ms. Mortimer is the type of woman who consents to being in pornographic videos that are distributed to third parties on Pornhub.com.

   On behalf of Ms. Mortimer, we hereby demand that you retract the Video, the statement "EX BBW WHORE," and the above listed false and defamatory meanings within seven (7) days of receiving this letter. We further demand that the retraction not contain Ms. Mortimer's name or image but instead references the video by title and date of its posting, January 15, 2020.

   Please provide us with confirmation of the retraction once posted. This letter does not constitute an exhaustive statement of Ms. Mortimer's claims, contentions, rights, and/or remedies, all of which are hereby expressly reserved.

               Sincerely,

               Jonathan D. Grunberg

 Nicholas Walker
April 21, 2023
Page 2 of 2

Enclosures

cc: Client

EXHIBIT A



EXHIBIT

B

