

# THE YORK FIRM

404.990.3388 p.
470.357.6011 f.
jonathan@theyorkfirm.com

1776 Briarcliff Road NE | Suite 200
Atlanta, Georgia 30306

www.theyorkfirm.com

February 24, 2022

Via certified mail with return receipt

Mr. Mark Smith
701 Atlanta Student Movement Blvd.
Atlanta, GA 30314

Re:   My client:        Aravind Ramchandran
      Your insured:     Mark Smith (DOB: 4.24.1988)
      Date of crash:    October 08, 2021

### TIME-LIMITED DEMAND PURSUANT TO O.C.G.A. § 9-11-67.1 AND O.C.G.A. § 15-12-14

Dear Mr. Smith:

    We represent Aravind Ramchandran, who suffered severe injuries as the result of a collision caused by Mark Smith on October 8, 2021 in Atlanta, Georgia ("the Crash"). On behalf of Mr. Ramchandran, this is a one-time, time-limited demand to resolve all claims against Mr. Smith resulting from the incident described above in exchange for payment of the full amount of insurance coverage available, as more fully described below.

    Under Georgia law O.C.G.A. § 33-3-28, you are required to provide us with this information. Since you have not responded with details about the applicable insurance, we are unable to demand a specific amount and, instead, we are demanding you pay Aravind the full amount of insurance coverage available. Enclosed with this demand at Exhibit 1 are all medical records and bills in our possession as well as the Georgia Motor Vehicle Crash Report.

    This is a time-limited policy limits demand served pursuant to O.C.G.A. § 9-11-67.1 and O.C.G.A. § 15-12-14. Aravind Ramchandran will settle his claim against Mark Smith under the following terms:

1. On or before 5:00 p.m. Eastern time on the 31st day after you receive this demand, acceptance of must be received in writing via email to jonathan@theyorkfirm.com; via letter to 1776 Briarcliff Road NE, Atlanta, GA 30306; or via facsimile to 470-357-6011. That acceptance must:

    a. Agree in writing that the attached Release is acceptable with no changes;

    b. Agree in writing that payment of the full amount of insurance coverage available will be made within 41 days of your receipt of this demand;

   c. Include an original executed and notarized copy of the Affidavit of Mark Smith, attached to this demand as Exhibit 2; and

   d. Include an original executed and notarized copy of the Affidavit of an insurance company representative, attached to this demand as Exhibit 3.

2. Within 41 days of your receipt of this demand, payment of the full amount of insurance coverage available must be received as follows:

   a. If paid via wire transfer, electronic funds transfer, or other method of electronic payment, no later than 5:00 p.m. Eastern on the 41st day after you receive this demand; and

   b. If paid via check, payment must be made to "The York Firm, LLC in trust for Aravind Ramchandran" and received via hand delivery or certified or express mail to 1776 Briarcliff Road NE, Atlanta, GA 30306.

3. Upon receipt of payment, Aravind Ramchandran will execute the Release attached to this demand as Exhibit 4.

   a. As detailed in the Release attached as Exhibit 4, if this demand is accepted, the parties that Mr. Ramchandran will release are Mark Smith and his heirs, executors, administrators, successors and assigns.

   b. As detailed in the Release attached as Exhibit 4, the claims to be released include all claims arising from the Crash, including personal or bodily injury; emotional and physical pain and suffering; lost wages; lost capacity to earn; medical malpractice or medical negligence; compensatory damages; punitive damages; and all other claims or categories of damages of any kind caused by the Crash

   c. As detailed in the Release attached as Exhibit 4, the release is limited and, by its terms, itemizes exactly what Mr. Ramchandram will provide to each releasee.

Please note that this demand is also being made pursuant to Georgia's Unliquidated Damages Act, set forth in O.C.G.A. § 51-12-14. On behalf of Aravind Ramchandran, I look forward to your timely response to this demand. Please contact me directly with any questions.

Sincerely,

*[signature]*

Arthur York
Attorney at law

*[signature]*

Jonathan D. Flack
Attorney at law

Enclosures

# Exhibit 1

# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC No. | | County | Date Rec. by DOT |
|---|---|---|---|---|
| 212810154 | APD0000 | | FULTON | 10/8/2021 |

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Vehicles | Injuries | Fatalities | Atlanta |
| 10/8/2021 | 01:42 | 10/8/2021 | 01:46 | 10/8/2021 | 01:50 | 3 | 2 | 0 | |

**Road of Occurrence:** STATE RTE 400 North
**Not At Its Intersection But:** ☐ Miles ☐ North ☐ East ☐ Feet ☐ South ☐ West
**At Its Intersection With:** Of

☐ Suppl. To Original?
☐ Private Property?
☐ Hit And Run?

**Latitude (Y):** 33.839447
**Longitude (X):** -84.359493

---

## Unit #1
☑ Driver ☐ Ped ☐ Bike
☑ Susp At Fault

- **LAST NAME:** SMITH
- **FIRST:** MARK
- **MIDDLE:**
- **Address:** 701 Atlanta Student Movement
- **City:** ATLANTA (FULTON)
- **State:** GA
- **Zip:** 30314
- **DOB:** 4/24/1988
- **Driver's License No:** 057771723
- **Class:** C
- **State:** GA
- **Country:** United States
- **Insurance Co.:** FLEET INSURANCE
- **Policy No.:** FLEET INSURANCE
- **Telephone No.:** 4045280445
- **Year:** 2019
- **Make:** JEEP
- **Model:** CHEROKEE
- **VIN:** 1C4PJLLB2KD202473
- **Vehicle Color:** Gray
- **Tag #:** LPMW22
- **State:** FL
- **County:**
- **Year:** 2022
- **Trailer Tag #:**
- **Owner's Last Name:** Ameridrive LLC
- **Address:** PO BOX 814853
- **City:** HOLLYWOOD
- **State:** FL
- **Zip:** 33081
- **Removed By:** FUTOS ☑ Request ☑ List
- **Alcohol Test:** No
- **Drug Test:** No
- **First Harmful Event:** Motor Vehicle in Motion
- **Most Harmful Event:** Motor Vehicle in Motion
- **Operator/Ped Cond:** Suspected Fatigued or Asleep
- **Operator Factors:** Wrong Side of Road
- **Vehicle Factors:** No Contributing Factors
- **Roadway Factors:** No Contributing Factors
- **Direction of Travel:** South
- **Vehicle Maneuver:** Straight
- **Non-Motor Maneuver:**
- **Vehicle Class:** Privately Owned
- **Vehicle Type:** Sports Utility Vehicle (SUV)
- **Vision Obscured:** Not Obscured
- **Number of Occupants:** 1
- **Area of Initial Contact:** Front End
- **Damage to Vehicle:** Disabling Damage
- **Traffic Way Flow:** Two-Way Trafficway with a physical barrier
- **Road Composition:** Black Top
- **Road Character:** Curve and Level
- **Number of Lanes:** 4
- **Posted Speed:** 55
- **Work Zone:** None
- **Traffic Control:** Lanes
- **Device Inoperative:** ☑ No

## Unit #2
☑ Driver ☐ Ped ☐ Bike
☐ Susp At Fault

- **LAST NAME:** RAMACHANDRAN
- **FIRST:** ARAVIND
- **MIDDLE:**
- **Address:** 1200 TIMBERLINE PL
- **City:** ALPHARETTA (FULTON)
- **State:** GA
- **Zip:** 30005
- **DOB:** 9/15/1994
- **Driver's License No:** 057139644
- **Class:** C
- **State:** GA
- **Country:** United States
- **Insurance Co.:** PROGRESSIVE
- **Policy No.:** 926191698
- **Telephone No.:** 7706961743
- **Year:** 2018
- **Make:** HONDA
- **Model:** CIVIC
- **VIN:** JHMFC1F37JX011349
- **Vehicle Color:** Gray
- **Tag #:** CJT6933
- **State:** GA
- **County:** FULTON
- **Year:** 2022
- **Trailer Tag #:**
- **Owner's Last Name:** RAMACHANDRAN
- **First:** ARAVIND
- **Address:** 1200 TIMBERLINE PL
- **City:** ALPHARETTA (FULTON)
- **State:** GA
- **Zip:** 30005
- **Removed By:** FUTOS ☑ Request ☑ List
- **Alcohol Test:** No
- **Drug Test:** No
- **First Harmful Event:** Motor Vehicle in Motion
- **Most Harmful Event:** Motor Vehicle in Motion
- **Operator/Ped Cond:** Not Drinking
- **Operator Factors:** No Contributing Factors
- **Vehicle Factors:** No Contributing Factors
- **Roadway Factors:** No Contributing Factors
- **Direction of Travel:** North
- **Vehicle Maneuver:** Straight
- **Non-Motor Maneuver:**
- **Vehicle Class:** Privately Owned
- **Vehicle Type:** Passenger Car
- **Vision Obscured:** Not Obscured
- **Number of Occupants:** 1
- **Area of Initial Contact:** Front End
- **Damage to Vehicle:** Disabling Damage
- **Traffic Way Flow:** Two-Way Trafficway with a physical barrier
- **Road Composition:** Black Top
- **Road Character:** Curve and Level
- **Number of Lanes:** 4
- **Posted Speed:** 55
- **Work Zone:** None
- **Traffic Control:** Lanes
- **Device Inoperative:** ☑ No

### Citation Information (Unit 1):
- Citation # — O.C.G.A. §
- Citation # — O.C.G.A. §
- Citation # — O.C.G.A. §

### Citation Information (Unit 2):
- Citation # — O.C.G.A. §
- Citation # — O.C.G.A. §
- Citation # — O.C.G.A. §

---

## COMMERCIAL MOTOR VEHICLES ONLY

| | Unit 1 | Unit 2 |
|---|---|---|
| Carrier Name | | |
| Address / City / State / Zip | | |
| U.S. D.O.T. # | | |
| No. of Axles | | |
| G.V.W.R | | |
| Cargo Body Type | | |
| Vehicle Config. | | |
| Interstate / Intrastate | ☐ / ☐ | ☐ / ☐ |
| Fed. Reportable | ☐ Yes ☐ No | ☐ Yes ☐ No |
| C.D.L. ? | ☐ Yes ☐ No | ☐ Yes ☐ No |
| C.D.L. Suspended? | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Vehicle Placarded? | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Hazardous Materials? | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Hazmat Released? | ☐ Yes ☐ No | ☐ Yes ☐ No |

If YES: Name or 4 Digit Number from Diamond or Box:
One Digit Number from Bottom of Diamond:

☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units | ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

| Unit # 3 | ☑ Driver ☐ Ped ☐ Bike ☐ Susp At Fault | LAST NAME CLEMENTS | | FIRST CHLOE | | MIDDLE |
|---|---|---|---|---|---|---|
| | | Address 2938 PARKMOOR DR | | | | |

| City CONYERS (ROCKDALE) | State GA | Zip 30094 | DOB 4/2/1992 |
|---|---|---|---|

| Driver's License No 054725822 | Class C | State GA | Country United States |
|---|---|---|---|

| Insurance Co. ASSURANCEAMERICA INSURANCE | Policy No. PGA1474974 | Telephone No. 4047590836 |
|---|---|---|

| Year 2014 | Make HYUNDAI | Model SONATA |
|---|---|---|

| VIN 5NPEC4AC2EH849831 | Vehicle Color Black |
|---|---|

| Tag # CFH7148 | State GA | County ROCKDALE | Year 2022 |
|---|---|---|---|

| Trailer Tag # | State | County | Year |
|---|---|---|---|

| ☐ Same as Driver | Owner's Last Name CLEMENTS | First CHLOE | Middle |
|---|---|---|---|

Address
2938 PARKMOOR DR

| City CONYERS (ROCKDALE) | State GA | Zip 30094 |
|---|---|---|

Removed By: FUTOS    ☐ Request   ☐ List

| Alcohol Test: No | Type: | Results: | Drug Test: No | Type: | Results: |
|---|---|---|---|---|---|

| First Harmful Event: Motor Vehicle in Motion | Most Harmful Event: Motor Vehicle in Motion | Operator/Ped Cond: Not Drinking |
|---|---|---|

| Operator Factors: No Contributing Factors | | |
|---|---|---|
| Vehicle Factors: No Contributing Factors | | Roadway Factors: No Contributing Factors |

| Direction of Travel: North | Vehicle Maneuver: Straight | Non-Motor Maneuver: |
|---|---|---|

| Vehicle Class: Privately Owned | Vehicle Type: Passenger Car | Vision Obscured: Not Obscured |
|---|---|---|

| Number of Occupants: 1 | Area of Initial Contact: Left Side-Far Front | Damage to Vehicle: Disabling Damage |
|---|---|---|

| Traffic Way Flow: Two-Way Trafficway with a physical barrier | Road Composition: Black Top | Road Character: Curve and Level |
|---|---|---|

| Number of Lanes: 4 | Posted Speed: 55 | Work Zone: None |
|---|---|---|

| Traffic Control: Lanes | Device Inoperative: ☐ Yes ☑ No |
|---|---|

Citation Information:
Citation #     O.C.G.A. §
Citation #     O.C.G.A. §
Citation #     O.C.G.A. §

**COMMERCIAL MOTOR VEHICLES ONLY**

| Carrier Name | | | |
|---|---|---|---|
| Address | City | State | Zip |
| U.S. D.O.T. # | No. of Axles | G.V.W.R | |
| Cargo Body Type | Vehicle Config. | ☐ Interstate ☐ Intrastate | Fed. Reportable ☐ Yes ☐ No |
| C.D.L.? | ☐ Yes ☐ No | C.D.L. Suspended? | ☐ Yes ☐ No |
| Vehicle Placarded? | ☐ Yes ☐ No | Hazardous Materials? | ☐ Yes ☐ No |
| Hazmat Released? | ☐ Yes ☐ No | | |

If YES: Name or 4 Digit Number from Diamond or Box:
   One Digit Number from Bottom of Diamond:

☐ Ran Off Road  ☐ Down Hill Runaway  ☐ Cargo Loss or Shift  ☐ Separation of Units

| COLLISION INFO | | | | |
|---|---|---|---|---|
| Manner of Collision: Head On | Location at Area of Impact: On Roadway - Non-Intersection | Weather: Cloudy | Surface Condition: Wet | Light Condition: Dark-Lighted |

### NARRATIVE

A gray Jeep Latitude FL Tag LPMW22 was being driven by Mark Smith DOB 04/24/1988. He was traveling southbound in the northbound lanes of GA 400. He struck a gray Honda Civic GA Tag CJT6933, being driven by Aravind Ramachandran. A black Hyundai Sonata GA Tag CFH7146, being driven by Chloe Clements was also struck. Mr. Ramachandran was taken to Grady with extensive injuries. Ms. Clements was transported to AMC with minor injuries.

### DIAGRAM

*Not To Scale*

GA 400 NB

Unit 2
Unit 1
Unit 3

Lenox Rd

### PROPERTY DAMAGE INFORMATION

| Damage Other Than Vehicle: | Owner: |
|---|---|

### WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|

GDOT C-523 (07-17)

Page 4 of 4

## OCCUPANT INFORMATION

| # | Name (Last, First) | Age | Sex | Unit # | Position | Safety Eq | Ejected | Extricated | Air Bag | Injury | Taken for Treatment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SMITH, MARK | 33 | Male | 1 | Front Seat-Left Side | Lap and Shoulder Belt Used | Not Ejected | No | Deployed Air Bag | No Apparent Injury (O) | No |
| | Address: 701 Atlanta Student Movement ATLANTA (FULTON), GA 30314 | | | | | | | | | | |
| | Injured Taken To: | By: | | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time: | | | | | |
| 2 | RAMACHANDRAN, ARAVIND | 27 | Male | 2 | Front Seat-Left Side | Lap and Shoulder Belt Used | Not Ejected | No | Deployed Air Bag | Suspected Serious Injury (A) | Yes |
| | Address: 1200 TIMBERLINE PL ALPHARETTA (FULTON), GA 30005 | | | | | | | | | | |
| | Injured Taken To: Grady Hospital | By: Grady EMS | | EMS Notified Time: 10/06/2021 01:50 | EMS Arrival Time: 10/06/2021 01:58 | Hospital Arrival Time: 10/06/2021 02:32 | | | | | |
| 3 | CLEMENTS, CHLOE | 29 | Female | 3 | Front Seat-Left Side | Lap and Shoulder Belt Used | Not Ejected | No | Deployed Air Bag | Possible Injury or Complaint (C) | Yes |
| | Address: 2938 PARKMOOR DR CONYERS (ROCKDALE), GA 30094 | | | | | | | | | | |
| | Injured Taken To: AMC | By: Grady EMS | | EMS Notified Time: 10/06/2021 01:50 | EMS Arrival Time: 10/06/2021 01:58 | Hospital Arrival Time: 10/06/2021 02:32 | | | | | |
| 4 | | | | | | | | | | | |

## ADMINISTRATIVE

Photos Taken: ☑ Yes ☐ No   By: ATLANTA CRIME SCENE

*Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963.*

| Report By: | Agency: | Report Date: | Checked By: | Date Checked |
|---|---|---|---|---|
| Polke, Brian (6209) | Atlanta Police Department | 10/06/2021 07:14 | Wright, Adam | 10/11/2021 |

GDOT-523 (07/17)   [Printed: 10/11/2021 | 8256854]   MAIL TO: Georgia Department of Transportation, CRASH REPORTING UNIT, 935 East Confederate Ave., Atlanta, GA 30316-2590

66

5-19-2022   C166075949000301   6020220519010283

Anthem Blue Cross and Blue Shield
PO BOX 105187
ATLANTA, GA 30348-5187

X

# Anthem

*Don't worry, this is not a bill.*

Hi Aravind - Here's your
## Health Care Summary
December 18, 2021.

Also called an Explanation of Benefits (EOB), it shows you the care you received and wh— paid for it. Your EOB also includes information about saving money on health care and tips for staying healthy.

Need help in a different language? Call u
¿Necesita ayuda en español? Llámenos.
**1-866-832-1229**



********************ALL FOR AADC 300
24887 1 AB 0.461                        79
ARAVIND RAMACHANDRAN
2351 MEDLOCK LN
DECATUR GA 30033-5200

## Helpful resources

 Use **Sydney Health**, *the Anthem member mobile app,* or **anthem.com** to check on claims, review your benefits and find care.

Text Sydney to 268436 to download the Sydney Health app

 Call
1-866-832-1229 TTY/TDD: 711

## Claims summary

| | |
|---|---:|
| Doctor/facility charges: | $3,483.10 |
| Your discounts: | -0.00 |
| Due to your doctor/facility (max allowed): | $3,483.10 |
| Anthem paid: | -3,483.10 |

**What you pay:   $0.00**

## Preventive care reminders

It looks like you're up to date on your well visits and preventive care. Go to anthem.com/preventive-care to learn more about what's recommended for you.

* Your checklist is based on age and gender guidelines from the Centers for Disease Control and Prevention. If you have been to the doctor recently, it may not reflect your most recent services.

## Tips and tools

**COVID 19 Resource Center**
Your health plan is here for you. Go to **anthem.com/coronavirus** for information on testing, care, and extra support.

**Urgent care without the urgent cost**
If it's not an emergency, try an urgent care instead of the ER. It could save you an average of $500. Use the **Sydney Health** mobile app or **anthem.com** to find an urgent care close by.

---

Medical necessity reviews are done by Anthem UM Services Inc. a separate company.
Anthem Blue Cross and Blue Shield is the trade name of Anthem Insurance Companies, Inc. Independent licensee of the Blue Cross and Blue Shield Association. Anthem Blue Cross and Blue Shield administrative claims payment services only and does not assume any financial risk or obligation with respect to claims.

Anthem Blue Cross and Blue Shield
PO BOX 105187
ATLANTA, GA 30348-5187

**Anthem**

Don't worry, this is not a bill

Hi Aravind – Here's your
## Health Care Summary
December 18, 2021.

Also called an Explanation of Benefits (EOB), it shows you the care you received and what paid for it. Your EOB also includes information about saving money on health care and tips for staying healthy.

Need help in a different language? Call
¿Necesita ayuda en español? Llámenos.
**1-866-832-1229**

```
****************ALL FOR AADC 300
5094 3 AB 0-461                          21
ARAVIND RAMACHANDRAN
2351 MEDLOCK LN
DECATUR GA 30033-5200
```

### Helpful resources


Use Sydney Health, the Anthem member mobile app, or anthem.com to check on claims, review your benefits and find care.

Text Sydney to 268436 to download the Sydney Health app.


Call
1-866-832-1229 TTY/TDD: 711

### Claims summary

| | |
|---|---:|
| Doctor/facility charges: | $11,525.00 |
| Your discounts: | -6,393.55 |
| Due to your doctor/facility (max allowed): | $5,131.45 |
| Anthem paid: | -4,781.45 |


What you pay:    $350.00

### Preventive care reminders

It looks like you're up to date on your well visits and preventive care. Go to anthem.com/preventive-care to learn more about what's recommended for you.

\* Your checklist is based on age and gender guidelines from the Centers for Disease Control and Prevention. If you have been to the doctor recently, it may not reflect your most recent services.

### Tips and tools

**COVID-19 Resource Center**
Your health plan is here for you. Go to anthem.com/coronavirus for information on testing, care, and extra support.

**Urgent care without the urgent cost**
If it's not an emergency, try an urgent care instead of the ER. It could save you an average of $500. Use the Sydney Health mobile app or anthem.com to find an urgent care close by.

Medical necessity reviews are done by Anthem UM Services Inc. a separate company.
Anthem Blue Cross and Blue Shield is the trade name of Anthem Insurance Companies, Inc. Independent licensee of the Blue Cross and Blue Shield Association. Anthem Blue Cross and Blue Shield administrative claims payment services only and does not assume any financial risk or obligation with respect to claims.

65789MUMENMUB 5/20

Anthem Blue Cross and Blue Shield
PO BOX 105187
ATLANTA, GA 30348-5187

S

# Anthem

**Don't worry, this is not a bill.**

ARAVIND RAMACHANDRAN
2351 MEDLOCK LN
DECATUR GA 30033

21

Hi Aravind – Here's your
## Health Care Summary
December 18, 2021.

Also called an Explanation of Benefits (EOB) it shows you the care you received and who paid for it. Your EOB also includes information about saving money on health care and tips for staying healthy.

Need help in a different language? Call u
¿Necesita ayuda en español? Llámenos.
**1-866-832-1229**

### Helpful resources



Use **Sydney Health**, the Anthem member mobile app, or anthem.com to check on claims, review your benefits and find care.

Text Sydney to 268436 to download the Sydney Health app.

**Call**
1-866-832-1229 TTY/TDD: 711

 Look for a saving opportunity inside!

### Claims summary

| | |
|---|---|
| Doctor/facility charges: | $14,786.00 |
| Your discounts: | -8,278.68 |
| Due to your doctor/facility (max allowed): | $6,507.32 |
| Anthem paid: | -6,507.32 |
| **What you pay:** | **$0.00** |

### Preventive care reminders

It looks like you're up to date on your well visits and preventive care. Go to anthem.com/preventive-care to learn more about what's recommended for you.

* Your checklist is based on age and gender guidelines from the Centers for Disease Control and Prevention. If you have been to the doctor recently, it may not reflect your most recent services.

### Tips and tools

**COVID-19 Resource Center**
Your health plan is here for you. Go to anthem.com/coronavirus for information on testing, care, and extra support.

**Urgent care without the urgent cost**
If it's not an emergency, try an urgent care instead of the ER. It could save you an average of $500. Use the **Sydney Health** mobile app or anthem.com to find an urgent care close by.

Medical necessity reviews are done by Anthem UM Services Inc. a separate company.
Anthem Blue Cross and Blue Shield is the trade name of Anthem Insurance Companies, Inc. Independent licensee of the Blue Cross and Blue Shield Association. Anthem Blue Cross and Blue Shield administrative claims payment services only and does not assume any financial risk or obligation with respect to claims.

55789MUMENMUB 5/20

Anthem Blue Cross and Blue Shield
PO BOX 105187
ATLANTA, GA 30348-5187

X

# Anthem

Don't worry, this is not a bill.

Hi Aravind - Here's your
## Health Care Summary
December 03, 2021.

Also called an Explanation of Benefits (EOB). It shows you the care you received and who paid for it. Your EOB also includes information about saving money on health care and tips for staying healthy.

**Need help in a different language? Call us**
¿Necesita ayuda en español? Llámenos.
**1-866-832-1229**



```
**********************ALL FOR AADC 300
10253 2 AB 0.461                        41
ARAVIND RAMACHANDRAN
2351 MEDLOCK LN
DECATUR GA 30033-5200
```

## Helpful resources

 Use **Sydney Health**, the Anthem member mobile app, or anthem.com to check on claims, review your benefits and find care.

Text Sydney to 268436 to download the Sydney Health app.

 **Call**
1-866-832-1229 TTY/TDD: 711

 Look for a saving opportunity inside!

## Claims summary

| | |
|---|---:|
| Doctor/facility charges: | $1,442,883.39 |
| Your discounts: | -1,442,224.18 |
| Due to your doctor/facility (max allowed): | $659.21 |
| Anthem paid: | -484.21 |


What you pay    $175.00

## Preventive care reminders

It looks like you're up to date on your well visits and preventive care. Go to anthem.com/preventive-care to learn more about what's recommended for you.

* Your checklist is based on age and gender guidelines from the Centers for Disease Control and Prevention. If you have been to the doctor recently, it may not reflect your most recent services.

## Tips and tools

**COVID-19 Resource Center**
Your health plan is here for you. Go to anthem.com/coronavirus for information on testing, care, and extra support.

**Urgent care without the urgent cost**
If it's not an emergency, try an urgent care instead of the ER. It could save you an average of $500. Use the **Sydney Health** mobile app or anthem.com to find an urgent care close by.

Medical necessity reviews are done by Anthem UM Services Inc, a separate company.
Anthem Blue Cross and Blue Shield is the trade name of Anthem Insurance Companies, Inc. Independent licensee of the Blue Cross and Blue Shield Association. Anthem Blue Cross and Blue Shield administrative claims payment services only and does not assume any financial risk or obligation with respect to claims.

Anthem Blue Cross and Blue Shield
PO BOX 105187
ATLANTA, GA 30348-5187

X

# Anthem

**Don't worry, this is not a bill.**

Hi Aravind - Here's your
## Health Care Summary
**November 15, 2021.**

Also called an Explanation of Benefits (EOB). It shows you the care you received and who paid for it. Your EOB also includes information about saving money on health care and tips for staying healthy.

Need help in a different language? Call us
¿Necesita ayuda en español? Llámenos.
**1-866-832-1229**

ARAVIND RAMACHANDRAN
2351 MEDLOCK LN
DECATUR GA 30033

46

## Helpful resources

 Use **Sydney Health**, *the Anthem member mobile app,* or anthem.com to check on claims, review your benefits and find care.

Text Sydney to 268436 to download the Sydney Health app

 **Call**
1-866-832-1229 TTY/TDD: 711

## Claims summary

| | |
|---|---:|
| Doctor/facility charges: | $8,739.00 |
| Your discounts: | -1,384.23 |
| Due to your doctor/facility (max allowed): | $7,354.77 |
| Anthem paid: | -5,352.36 |


**What you pay: $2,062.41**

## Preventive care reminders

It looks like you're up to date on your well visits and preventive care. Go to anthem.com/preventive-care to learn more about what's recommended for you.

* Your checklist is based on age and gender guidelines from the Centers for Disease Control and Prevention. If you have been to the doctor recently, it may not reflect your most recent services.

## Tips and tools

**COVID-19 Resource Center**
Your health plan is here for you. Go to anthem.com/coronavirus for information on testing, care, and extra support.

**Urgent care without the urgent cost**
If it's not an emergency, try an urgent care instead of the ER. It could save you an average of $500. Use the **Sydney Health** mobile app or **anthem.com** to find an urgent care close by.

Medical necessity reviews are done by Anthem UM Services Inc. a separate company.
Anthem Blue Cross and Blue Shield is the trade name of Anthem Insurance Companies Inc. Independent licensee of the Blue Cross and Blue Shield Association. Anthem Blue Cross and Blue Shield administrative claims payment services only and does not assume any financial risk or obligation with respect to claims.

# Exhibit 2

## AFFIDAVIT OF MARK SMITH

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, Shevaun Lewis, who, having first been duly sworn, deposes and states under oath the following:

1.

My name is Mark Smith. I am over 18 years old and am competent to give this Affidavit.

2.

I have made a diligent review of all my insurance records and spoken with my insurance agent(s) and I have disclosed to The York Firm all liability and casualty insurance that provides coverage or may provide coverage for this claim.

This _____ day of _____, 2022.

_____
Mark Smith

Sworn to and subscribed before me
this _____ day of _____, 2022.

_____
Notary Public

# Exhibit 3

## AFFIDAVIT

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, _____ (print name), who, having first been duly sworn, deposes and states under oath the following:

**1.**

My name is _____ (print name). I am employed as a _____ (insert job title) with _____ (insert company). I am over 18 years old and am competent to give this Affidavit.

**2.**

On October 8, 2021, Mark Smith had an active insurance policy with _____ (insert insurance company name).

**3.**

I have made a diligent review of all records and can locate no other policies of insurance or sources of insurance coverage for this loss other than insurance policy described above.

This _____ day of _____, 2022.

_____
*Affiant's signature here*

Sworn to and subscribed before me
this _____ day of _____, 2022.

_____
Notary Public

75

5-19-2022    C166075949000301    6020220519010283

# Exhibit 4

## LIMITED RELEASE AGREEMENT

For and in consideration of the sum of _____, the receipt and sufficiency of which is hereby acknowledged, the undersigned hereby on his behalf and on behalf of their heirs, executors, administrators, successors and assigns ("Releasor") acquits, remises, releases, and forever discharges Mark Smith and her heirs, executors, administrators, successors and assigns (collectively, "Releasees"), from any and all claims, demands, rights, and causes of action arising out of or resulting from a car crash on October 08, 2021 on highway Georgia 400 in Atlanta, Georgia near Lenox Road ("the Incident"), except to the extent additional insurance coverage is available from other sources to compensate Releasor for his injuries from the Incident.

This release shall operate as a full and final release of all Releasees from liability for all injuries or damages to Releasor, whether such injuries or damages are presently known or unknown, arising out of the Incident described above. The claims and damages released hereby expressly include, but are not limited to: personal or bodily injury; emotional and physical pain and suffering; lost wages; lost capacity to earn; medical malpractice or medical negligence; compensatory damages; punitive damages; and all other claims or categories of damages of any kind caused by the Incident.

The Parties agree and stipulate that nothing in this Release shall be construed to prevent, limit or impede Releasor's right to pursue damages under any insurance policy other than the policy under which Releasee. This specifically includes but is not limited to the right to pursue damages under Releasor's own underinsured or uninsured motorist insurance policy, or under other policy or policies covering Mark Smith (including but not

==limited to commercial liability policies, fleet policies, rideshare policies, homeowner's policies, and/or umbrella or excess policies).==

The Parties further agree and stipulate that while Releasor hereby releases all claims of any nature against Releasees arising from the Incident, this settlement is intended to compensate Releasor for medical expenses and pain and suffering only, and does not make Releasor whole as that term is understood and defined by Georgia law. Payment is for sickness and injury under the Internal Revenue Code.

Releasor agrees to satisfy, and to indemnify and hold harmless Releasees for, any and all enforceable liens and/or rights of subrogation related to the Incident, including liens asserted by medical providers for treatment of Releasor that was related to the Incident, with the indemnification of such alleged rights not to exceed the amount of this settlement, less attorney's fees and expenses.

It is expressly understood and agreed that this release is a settlement of claims for which Releasees deny all liability and that by this release, Releasees intend merely to buy their peace. This release in no way prejudices the rights of any released party to deny liability in any action based upon the incident described above.

Pursuant to O.C.G.A. § 33-7-12, the Parties understand and agree this settlement is entered into by Insurer for its insureds' benefit, and that Releasees admit no liability to the undersigned or to any other by virtue of this settlement. Releasees shall not be estopped or barred from asserting any claim or cause of action said Releasee may have against Releasor.

All agreements and understandings between the parties hereto are embodied and expressed herein, and the terms of this release are contractual and not mere recitals.

It is understood and agreed that Releasor has read and understands the language and terms of this release. The Parties agree that this release shall be governed by the laws of the State of Georgia, now and in any subsequent dispute arising out of this Release.

Releasor further declares and represents that no promise, inducement, or agreement not herein expressed has been made to Releasor and that this release contains the entire agreement between the Parties.

All the foregoing representations are made in order for Releasees to rely upon them in effecting this Release Agreement.

This _____ day of _____, 2022.

_____
Aravind Ramchandran

Sworn to and subscribed before me
this _____ day of _____, 2022.

_____
Notary Public

79

5-19-2022    C166075949000301    6020220519010283