

| | |
|---|---:|
| 404.990.3388 p. | 1776 Briarcliff Road NE \| Suite 200 |
| 470.357.6011 f. | Atlanta, Georgia 30306 |
| jonathan@theyorkfirm.com | www.theyorkfirm.com |

April 28, 2022

Via certified mail with return receipt
Article No. 7019 1120 0001 3089 8468, 7019 1120 0001 3089 8475

| | |
|---|---|
| Mr. Mark Smith | Mr. Mark Smith |
| 2602 Peachtree Park Dr. NE | 6460 Ashdale Dr. |
| Atlanta, GA 30309 | Atlanta, GA 30349 |

Re:    My client:       Aravind Ramchandran
       Your insured:   Mark Smith (DOB: 4.24.1988)
       Date of crash:  October 08, 2021

### **TIME-LIMITED DEMAND PURSUANT TO O.C.G.A. § 9-11-67.1 AND O.C.G.A. § 15-12-14**

Dear Mr. Smith:

      We represent Aravind Ramchandran, who suffered severe injuries as the result of a collision caused by Mark Smith on October 8, 2021 in Atlanta, Georgia ("the Crash"). On behalf of Mr. Ramchandran, this is a one-time, time-limited demand to resolve all claims against Mr. Smith resulting from the incident described above in exchange for payment of the full amount of insurance coverage available, as more fully described below.

      Under Georgia law O.C.G.A. § 33-3-28, you are required to provide us with this information. Since you have not responded with details about the applicable insurance, we are unable to demand a specific amount and, instead, we are demanding you pay Aravind the full amount of insurance coverage available. Enclosed with this demand at Exhibit 1 are all medical records and bills in our possession as well as the Georgia Motor Vehicle Crash Report.

      This is a time-limited policy limits demand served pursuant to O.CG.A. § 9-11-67.1 and O.C.G.A. § 15-12-14. Aravind Ramchandran will settle his claim against Mark Smith under the following terms:

1. On or before 5:00 p.m. Eastern time on the 31st day after you receive this demand, acceptance of must be received in writing via email to jonathan@theyorkfirm.com; via letter to 1776 Briarcliff Road NE, Atlanta, GA 30306; or via facsimile to 470-357-6011. That acceptance must:

    a. Agree in writing that the attached Release is acceptable with no changes;

    b. Agree in writing that payment of the full amount of insurance coverage available will be made within 41 days of your receipt of this demand;

80

    c. Include an original executed and notarized copy of the Affidavit of Mark Smith, attached to this demand as Exhibit 2; and

    d. Include an original executed and notarized copy of the Affidavit of an insurance company representative, attached to this demand as Exhibit 3.

2. Within 41 days of your receipt of this demand, payment of the full amount of insurance coverage available must be received as follows:

    a. If paid via wire transfer, electronic funds transfer, or other method of electronic payment, no later than 5:00 p.m. Eastern on the 41st day after you receive this demand; and

    b. If paid via check, payment must be made to "The York Firm, LLC in trust for Aravind Ramchandran" and received via hand delivery or certified or express mail to 1776 Briarcliff Road NE, Atlanta, GA 30306.

3. Upon receipt of payment, Aravind Ramchandran will execute the Release attached to this demand as Exhibit 4.

    a. As detailed in the Release attached as Exhibit 4, if this demand is accepted, the parties that Mr. Ramchandran will release are Mark Smith and his heirs, executors, administrators, successors and assigns.

    b. As detailed in the Release attached as Exhibit 4, the claims to be released include all claims arising from the Crash, including personal or bodily injury; emotional and physical pain and suffering; lost wages; lost capacity to earn; medical malpractice or medical negligence; compensatory damages; punitive damages; and all other claims or categories of damages of any kind caused by the Crash

    c. As detailed in the Release attached as Exhibit 4, the release is limited and, by its terms, itemizes exactly what Mr. Ramchandram will provide to each releasee.

Please note that this demand is also being made pursuant to Georgia's Unliquidated Damages Act, set forth in O.C.G.A. § 51-12-14. On behalf of Aravind Ramchandran, I look forward to your timely response to this demand. Please contact me directly with any questions.

Sincerely,

*[signature]*

Arthur York
Attorney at law

*[signature]*

Jonathan D. Flack
Attorney at law

Enclosures

82

# Exhibit 1

# Exhibit 2

## **AFFIDAVIT OF MARK SMITH**

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, Shevaun Lewis, who, having first been duly sworn, deposes and states under oath the following:

1.

My name is Mark Smith. I am over 18 years old and am competent to give this Affidavit.

2.

I have made a diligent review of all my insurance records and spoken with my insurance agent(s) and I have disclosed to The York Firm all liability and casualty insurance that provides coverage or may provide coverage for this claim.

    This _____ day of _____, 2022.

_____
Mark Smith

Sworn to and subscribed before me
this \_\_\_\_\_ day of _____, 2022.

_____
Notary Public

# Exhibit 3

# **AFFIDAVIT**

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, _____ (print name), who, having first been duly sworn, deposes and states under oath the following:

1.

My name is _____ (print name). I am employed as a _____ (insert job title) with _____ (insert company). I am over 18 years old and am competent to give this Affidavit.

2.

On October 8, 2021, Mark Smith had an active insurance policy with _____ (insert insurance company name).

3.

I have made a diligent review of all records and can locate no other policies of insurance or sources of insurance coverage for this loss other than insurance policy described above.

    This _____ day of _____, 2022.


                                                        _____
                                                        *Affiant's signature here*

Sworn to and subscribed before me
this _____ day of _____, 2022.


_____
Notary Public

86

# Exhibit 4

**LIMITED RELEASE AGREEMENT**

For and in consideration of the sum of _____, the receipt and sufficiency of which is hereby acknowledged, the undersigned hereby on his behalf and on behalf of their heirs, executors, administrators, successors and assigns ("Releasor") acquits, remises, releases, and forever discharges Mark Smith and her heirs, executors, administrators, successors and assigns (collectively, "Releasees"), from any and all claims, demands, rights, and causes of action arising out of or resulting from a car crash on October 08, 2021 on highway Georgia 400 in Atlanta, Georgia near Lenox Road ("the Incident"), except to the extent additional insurance coverage is available from other sources to compensate Releasor for his injuries from the Incident.

This release shall operate as a full and final release of all Releasees from liability for all injuries or damages to Releasor, whether such injuries or damages are presently known or unknown, arising out of the Incident described above. The claims and damages released hereby expressly include, but are not limited to: personal or bodily injury; emotional and physical pain and suffering; lost wages; lost capacity to earn; medical malpractice or medical negligence; compensatory damages; punitive damages; and all other claims or categories of damages of any kind caused by the Incident.

The Parties agree and stipulate that nothing in this Release shall be construed to prevent, limit or impede Releasor's right to pursue damages under any insurance policy other than the policy under which Releasee. This specifically includes but is not limited to the right to pursue damages under Releasor's own underinsured or uninsured motorist insurance policy, or under other policy or policies covering Mark Smith (including but not

88

==limited to commercial liability policies, fleet policies, rideshare policies, homeowner's policies, and/or umbrella or excess policies).==

The Parties further agree and stipulate that while Releasor hereby releases all claims of any nature against Releasees arising from the Incident, this settlement is intended to compensate Releasor for medical expenses and pain and suffering only, and does not make Releasor whole as that term is understood and defined by Georgia law. Payment is for sickness and injury under the Internal Revenue Code.

Releasor agrees to satisfy, and to indemnify and hold harmless Releasees for, any and all enforceable liens and/or rights of subrogation related to the Incident, including liens asserted by medical providers for treatment of Releasor that was related to the Incident, with the indemnification of such alleged rights not to exceed the amount of this settlement, less attorney's fees and expenses.

It is expressly understood and agreed that this release is a settlement of claims for which Releasees deny all liability and that by this release, Releasees intend merely to buy their peace. This release in no way prejudices the rights of any released party to deny liability in any action based upon the incident described above.

Pursuant to O.C.G.A. § 33-7-12, the Parties understand and agree this settlement is entered into by Insurer for its insureds' benefit, and that Releasees admit no liability to the undersigned or to any other by virtue of this settlement. Releasees shall not be estopped or barred from asserting any claim or cause of action said Releasee may have against Releasor.

All agreements and understandings between the parties hereto are embodied and expressed herein, and the terms of this release are contractual and not mere recitals.

It is understood and agreed that Releasor has read and understands the language and terms of this release. The Parties agree that this release shall be governed by the laws of the State of Georgia, now and in any subsequent dispute arising out of this Release.

Releasor further declares and represents that no promise, inducement, or agreement not herein expressed has been made to Releasor and that this release contains the entire agreement between the Parties.

All the foregoing representations are made in order for Releasees to rely upon them in effecting this Release Agreement.

This _____ day of _____, 2022.

_____
Aravind Ramchandran

Sworn to and subscribed before me
this _____ day of _____, 2022.

_____
Notary Public