RYAN FELLMAN
RFELLMAN@GRSM.COM
DIRECT DIAL: (214) 231-4736

Admitted In:  Texas
              Georgia



ATTORNEYS AT LAW
2200 ROSS AVENUE, SUITE 3700
DALLAS, TX 75201
UNITED STATES OF AMERICA
WWW.GRSM.COM

April 7, 2023

**VIA EMAIL:** arthur@theyorkfirm.com
Arthur York
The York Firm
1776 Briarcliff Road NE, Suite 200
Atlanta, Georgia 30306

    Re:    *Ramachandran v. Smith*, Case No. 22EV003604, Fulton County State Court

Dear Mr. York:

    As you know, I am counsel for Mr. Mark Smith for the claims asserted by your client Aravind Ramachandran ("Ramachandran") arising from an October 8, 2021 automobile accident with Mr. Smith in Atlanta, Georgia (the "Accident"). On behalf of Mr. Smith and with the consent and direction of the carrier Reliable Lloyds Insurance Company ("Reliable Lloyds"), this letter accepts your time limited policy limits demand dated April 28, 2022.

    That demand by its terms remain open until 31 days after "you receive this demand." As the demand was directed to Mr. Smith, I understand the April 28, 2022 demand remains open until 31 days after his receipt. The two addresses listed in the demand (2602 Peachtree Park Drive and NE and 6460 Ashdale Drive, Atlanta) are prior addresses of Mr. Smith that are several years old. Mr. Smith's residence, both at the time of the Accident and at all times through today, is at 701 Atlanta Student Movement Boulevard, Unit 110, Atlanta, Georgia 30314. As such, Mr. Smith did not receive the April 28, 2022 demand in April 2022, or any other time in 2022.

    Instead, Mr. Smith received this demand on March 27, 2023, when produced with your client's *Response to Mr. Smith's First Request for Production of Documents*. Therefore, 31 days from receipt is April 27, 2023. A**ccordingly, Mr. Smith and Reliable Lloyds hereby accept this demand for the full $25,000 in policy limits available to Mr. Smith**.

    Reliable Lloyds has advised me that it issued Policy No. FAR3381010 to HyreCar, Inc. ("HyreCar") as the named insured for the period May 15, 2021, to January 1, 2023 (the "Policy"). The Policy affords coverage to "HyreCar Drivers" under defined circumstances. I also note that Mr. Smith produced the declarations page for the Policy on March 22, 2023.

    Reliable Lloyds advises that the Policy's liability coverage provides separate bodily injury and property damage liability limits in accordance with the minimum limits required by the

April 7, 2023
Page 2

jurisdiction where an alleged loss takes place.  In Georgia, the Policy provides liability limits of $25,000 per person and $50,000 per accident of bodily injury liability coverage.

     Enclosed are the requested affidavits.  We agree in writing that the Release attached to the demand is acceptable with no changes.  Payment of the full amount of insurance coverage available will be made within 41 days of Mr. Smith's receipt of this demand.

                             Best regards,

                             GORDON REES SCULLY MANSUKHANI, LLP

                             Ryan Fellman

BRF
Enclosures

cc:     Dasia Andrade, via email: casemanager@theyorkfirm.com
        Jonathan Flack, via email: jonathan@theyorkfirm.com

## AFFIDAVIT OF MARK SMITH

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, Shevaun Lewis, who, having first been duly sworn, deposes and states under oath the following:

1.

My name is Mark Smith. I am over 18 years old and am competent to give this Affidavit.

2.

I have made a diligent review of all my insurance records and spoken with my insurance agent(s) and I have disclosed to The York Firm all liability and casualty insurance that provides coverage or may provide coverage for this claim.

This __6__ day of __April__, 2023.

_____
Mark Smith

Sworn to and subscribed before me
this __6th__ day of __April__, 2023.

_____
Notary Public

[Notary Seal: TRACY McDUFFIE, NOTARY PUBLIC, COBB COUNTY, GEORGIA, MY COMMISSION EXPIRES OCTOBER 2, 2024]

93

**AFFIDAVIT**

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, __Jenna Rios__ (print name), who, having first been duly sworn, deposes and states under oath the following:

1.

My name is __Jenna Rios__ (print name). I am employed as a __Director, Product Development__ (insert job title) with __Assurant underwriting companies__ (insert company). I am over 18 years old and am competent to give this Affidavit.

2.

On October 8, 2021, ~~Mark Smith~~ __HyreCar, Inc.__ had an active insurance policy with __Reliable Lloyds Insurance Co.__ (insert insurance company name); which includes "HyreCar Drivers" (as defined in the policy) as an Insured, which I am informed and believe includes Mark Smith in this case, subject to terms and conditions noted there

3.

I have made a diligent review of all records and can locate no other policies of insurance or sources of insurance coverage for Mark Smith relative to ✓ this loss other than insurance policy described above.

This __7th__ day of __April__, ~~2022~~ __2023__.

                                                                                                             _____
                                                                                                             *Affiant's signature here*

State of Florida
County of Highlands
Sworn to and subscribed before me
this __7th__ day of __April__, ~~XXXX~~ __2023__

*angel L. Butdorf*
Notary Public
Angel L Butdorf-Remote Online Notary Public

ANGEL L. BUTDORF
Notary Public - State of Florida
Commission # HH 258712
My Comm. Expires Apr 28, 2026

Signer(s), produced FL DL, as identification, along with multi-factor KBA authentication and was notarized online using audio/video recording.

94