

| | |
|---|---:|
| 404.990.3388 p. | 1776 Briarcliff Road NE \| Suite 200 |
| 470.357.6011 f. | Atlanta, Georgia 30306 |
| arthur@theyorkfirm.com | www.theyorkfirm.com |

May 17, 2023

*Via email to* rfellman@grsm.com

>Mark Smith
>c/o B. Ryan Fellman, Esq.
>Gordon & Rees LLP
>2200 Ross Avenue
>Suite 3700
>Dallas, TX 75201

Re:  *Aravind Ramchandran v. Mark Smith*
State Court of Fulton County, Georgia, case no. 22EV003604

Dear Mr. Smith and Mr. Fellman,

Our client Aravind Ramachandran hereby proposes an agreement with Mark Smith to release and hold him harmless from all claims related to the Crash in exchange for entry of a consent judgment against Mark Smith in the amount of $11,500,000.00, and assignment of any and all of Smith's extracontractual claims related to the Crash.

**Terms**

Aravind Ramachandran will release his claims against Mark Smith under the following non-negotiable terms, more clearly set forth in the *Assignment and Limited Settlement Agreement* attached hereto as Exhibit "1":

1. Aravind Ramachandran will release his claims against Mark Smith.

2. In exchange, Mark Smith will:

    a. Enter into the Consent Judgment attached as Exhibit "2"; and

    b. Assign to Aravind Ramchandran any and all claims for extracontractual damages related to the Crash.

3. **This offer expires forever at 5:00 p.m. Eastern on Wednesday, May 24, 2023.** Any effort to change the terms or the amount of either the agreement or the consent judgment will be treated as a rejection and we will withdraw this offer and proceed to trial.

In less than a month a jury will see photos of the destroyed vehicles and Aravind's voluminous medical records and bills. They will hear first-hand from Aravind, his doctors, and his family about the horrific ordeal he has suffered through for the past two years. Mark Smith, who has no defenses because he is in default, will be powerless to stop a Fulton County jury from awarding full compensation to Aravind for the devastating Crash Smith caused.

The decision whether Mark Smith should enter into this agreement is a very easy one. It is also solely Mark Smith's.

Reliable Lloyd's, HyreCar, and Sedgwick have already refused to settle the extremely serious claims against Mark Smith. If they or some other entity now interferes and tries to prevent him from acting in his best interests by convincing him not to accept this lifeline, those entities will be making their situations even worse in the subsequent actions against them. Mr. Smith's attorney, of course, is legally, professionally, and ethically bound to advise him accordingly.

This sum represents $1,500,000.00 in past medical expenses and $10,000,000 for past and future pain and suffering. Given the default, the venue, the visual evidence, and the magnitude of our client's damages we are confident you will agree it is a reasonable figure.

Please be sure to share this offer with Mark Smith. What he chooses to do next will be a crucial turning point in his life.

On behalf of Aravind and his family, we look forward to your timely response.

Sincerely,

*Arthur York*

Arthur R. York
The York Firm LLC

# Exhibit 1

## ASSIGNMENT AND LIMITED SETTLEMENT AGREEMENT

### I. Factual recitals.

As support and justification for this Assignment and Limited Settlement Agreement, the Parties show as follows:

1. On October 8, 2021, Mark A. Smith and Aravind Ramachandran were involved in a serious head-on car crash when Smith drove the wrong way on Georgia Highway 400 in Atlanta, Georgia and crashed his car into Ramachandran's ("the Crash").

2. Ramachandran, 27 years old at the time, suffered extensive injuries, including numerous fractures, a dislocated neck, and internal injuries, for which he was hospitalized in intensive care for several weeks and has undergone numerous surgeries.

3. To date, Ramachandran has accumulated more than $1.5 Million in medical treatment bills because of the Crash. He continues to deal with a multitude of permanent physical injuries and mental suffering.

4. Ramachandran filed a lawsuit for the Crash, *Ramachandran v. Smith*, currently pending in the State Court of Fulton County, Georgia, case no. 22EV003604. Smith is in default and the Court has conclusively established liability through the entry of an Order of Default.

5. The case is one of four cases set for jury trial on the Court's June 5, 2023 trial calendar. The trial will be solely on the value of Ramachandran's damages.

### II. Release of claims against Mark A. Smith.

For and in consideration of the sum of Eleven Million Five Hundred Thousand dollars ($11,500,000.00), the sufficiency of which is hereby acknowledged, Aravind Ramachandran hereby on his behalf and on behalf of his heirs, executors, administrators, and successors (collectively, "Releasor" / "Assignee") acquits, remises, releases, and forever discharges Mark A. Smith and his heirs, executors, administrators, and successors (collectively, "Releasee" / "Assignor"), from any and all claims, demands, rights, and causes of action arising out of or resulting from injuries from a car crash on October 8, 2021 on Georgia Highway 400 in Atlanta, Georgia ("the Crash").

This Assignment and Limited Settlement Agreement shall operate as a full and final release of Releasee, and Releasee only, from liability for all injuries or damages to Releasor, whether such injuries or damages are presently known or unknown, arising out of the Crash. The claims and damages released hereby expressly include but are not limited to: personal or bodily injury; emotional and physical pain and suffering; lost wages; lost capacity to earn; medical malpractice or medical negligence; compensatory damages; punitive damages; and all other claims or categories of damages of any kind caused by the Crash.

An express term and purpose of this Assignment and Limited Settlement Agreement is to preserve Releasor's rights in their entirety to enforce the judgment against any source other than Releasee. The Parties expressly state and intend that nothing herein shall be construed to release or limit in any way whatsoever Releasor's right to collect all or part of the Consent Judgment from any and all sources other than Releasee, specifically including, but not limited to, Reliable Lloyd's Insurance Company; HyreCar, Inc.; and Sedgwick Claims Management Services.

The Parties further agree and stipulate that while Releasor hereby releases all claims of any nature against Releasee arising from the Incident, this settlement is intended to compensate Releasor for medical expenses and pain and suffering only, and does not make Releasor whole as that term is understood and defined by Georgia law. This settlement sum is for sickness and injury under the Internal Revenue Code.

### III. Consent Judgment against Mark A. Smith.

As a term of this Assignment and Limited Settlement Agreement, Releasor agrees not to enforce or pursue any action, whether through the courts, administrative agencies, or

99

collections processes, formal, informal, or otherwise, to collect any portion of the settlement sum from Releasee personally or against Releasee's assets or finances. In exchange for those promises, Releasee agrees to enter into, through his attorney of record B. Ryan Fellman, a Consent Judgment for the full sum of the settlement. The Parties agree to jointly submit to the Court for entry into the record the Consent Judgment provided to Releasee's attorney contemporaneously with this settlement offer (the "Consent Judgment") for the full amount of this settlement.

### IV. Assignment of claims from Mark A. Smith to Aravind Ramachandran

As an additional and necessary term of this Assignment and Limited Settlement Agreement, Releasee hereby assigns and transfers to Releasor any and all claims he has or may have against any and all parties responsible or potentially responsible for adjusting, evaluating, settling, negotiating, or defending or indemnifying him from claims resulting from the Crash. The claims assigned hereunder include, but are not limited to, negligent failure to settle; bad faith; failure to take reasonable action to investigate a claim; failure to indemnify; breach of contract; breach of fiduciary duty; and breach of the duty to defend. Releasee / Assignor expressly understands and acknowledges there may be additional related claims that come to light in subsequent proceedings depending on the evidence discovered, and he consciously and voluntarily assigns each and all of them to Releasor / Assignee to the fullest extent allowed by law.

### V. Miscellaneous

The terms set forth herein are all material to the entire agreement and are not severable. All agreements and understandings between the Parties hereto are embodied and

100

expressed herein, and the terms are contractual and not mere recitals unless specifically noted.

It is understood and agreed that the Parties have read and understand the language and terms of this Assignment and Limited Settlement Agreement and have conferred with their attorneys if they felt necessary. The Parties agree that this Assignment and Limited Settlement Agreement shall be governed by the laws of the State of Georgia, now and in any subsequent dispute arising out of it.

The Parties further declare and represent that no promise, inducement, or agreement not herein expressed has been made to them, and that this Assignment and Limited Settlement Agreement contains the entire agreement between the Parties.

All the foregoing representations are made in order for the Parties to rely upon them in effecting this Agreement.

Signed by the Parties and binding on them each as follows:

_____       _____
Mark A. Smith                        Aravind Ramachandran
(Releasee / Assignee)                (Releasor / Assignor)

Date: _____        Date: _____

# Exhibit 2

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **Aravind Ramachandran,**<br><br>          Plaintiff,<br><br>v.<br><br>**Mark A. Smith,**<br><br>          Defendant. | Case No. 22EV003604<br><br><br>**Consent Judgment** |

   Plaintiff Aravind Ramachandran and Defendant Mark A. Smith, by and through their respective counsel of record, hereby enter into this Consent Judgment in the amount of Eleven Million Five Hundred thousand dollars ($11,500,000.00) in favor of Plaintiff and against Defendant.

   SO ORDERED this _____ day of _____, 2023.

_____
Hon. John R. Mather
State Court of Fulton County

CONSENTED TO BY:

_____          _____
Arthur R. York                                                       B. Ryan Fellman
Georgia Bar No. 204065                                     Georgia Bar No. 140804
The York Firm, LLC                                           Gordon & Rees LLP
1776 Briarcliff Road NE, Suite 200                 2200 Ross Avenue, Suite 3700
Atlanta, Georgia 30306                                    Dallas, TX 75201
arthur@theyorkfirm.com                                 rfellman@gordonrees.com
**Attorney for Plaintiff**                                    **Attorney for Defendants**

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **Aravind Ramachandran,**<br><br>         Plaintiff,<br><br>v.<br><br>**Mark A. Smith,**<br><br>         Defendant. | Case No. 22EV003604<br><br><br>**Certificate of Service** |

I certify that on this day, I served the following counsel of record with the foregoing document via statutory electronic service pursuant to O.C.G.A. § 9-11-5:

B. Ryan Fellman
Gordon & Rees LLP
2200 Ross Avenue
Suite 3700
Dallas, TX 75201
rfellman@gordonrees.com

         Respectfully submitted on May 17, 2023, by:

                                                                                  /s/ Arthur York

**The York Firm LLC**                              Arthur R. York
1776 Briarcliff Rd. NE                              Georgia Bar No. 204065
Suite 200
Atlanta, GA 30306                                  **Attorney for Plaintiff**
404.990.3388
470.357.6011 fax
arthur@theyorkfirm.com

104