AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| ANIL DAMANI and 27TH INVESTMENTS, LLC, <br><br> *Plaintiff(s)* <br> v. <br> JEEVAN SATHI, LLC and SURINDER KALRA, <br><br> *Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Jeeven Sathi, LLC
c/o Surinder Kalra, Registered Agent
1305 Remington Rd Ste V
Schaumburg, Il 60173-4820


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joyce Gist Lewis, Kana A. Caplan
Krevolin & Horst, LLC
1201 West Peachtree St., NW., Suite 3250
Atlanta, Georgia  30309

Attorneys for Plaintiffs

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____          _____
*Signature of Clerk or Deputy Clerk*