UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANIL DAMANI and 27TH INVESTMENTS, LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. _____ |
| JEEVAN SATHI, LLC and SURINDER KALRA, | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs Anil Damani ("Mr. Damani") and 27th Investments, LLC, through the undersigned attorneys, hereby submits the following statement of its corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, NDGa.

**(1) The undersigned Counsel of Record for Plaintiff certifies that the following is a full and complete list of all parties to this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

- Anil Damani (Plaintiff),

- 27th Investments LLC (Plaintiff), which has no parent corporation, nor does a publicly-held company own any interest in it;

- Jeevan Sathi, LLC (Defendant) and

- Surinder Kalra (Individual Defendant).

**(2)  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

- None known.

**(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

Plaintiffs

- Joyce Gist Lewis of Krevolin and Horst, LLC  and

- Kana A. Caplan of Krevolin and Horst, LLC

Defendants

- Lee F. DeWald of DeWald Law Group and

- Kevin K. McCormick of DeWald Law Group

Dated: July 20, 2023                    Respectfully submitted,

                                      **Kana A. Caplan**
                                      Joyce Gist Lewis
                                      Georgia Bar No. 296261
                                      Kana A. Caplan
                                      Georgia Bar No. 621805
                                      KREVOLIN & HORST, LLC
                                      1201 West Peachtree Street, NW
                                      3250 One Atlantic Center
                                      Atlanta, GA 30309
                                      (404) 888-9700
                                      (404) 888-9577
                                      jlewis@khlawfirm.com
                                      caplan@khlawfirm.com

                                      *Attorneys for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing Plaintiffs' Certificate of Interested Persons and Corporate Disclosure Statement has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: July 20, 2023                                          **Kana A. Caplan**
                                                                                *Counsel for Plaintiff*