Exhibit "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-022-996**

**Effective Date of Registration:**
November 02, 2016

---

## Title

**Title of Work:** Group Registration Photos, National Park Planner, published February 7, 2014 to December 6, 2014, 2538 photos

**Content Title:** Russell-Cave-01 to Russell-Cave-07, February 7, 2014; Russell-Cave-09 to Russell-Cave-18, February 7, 2014; Russell-Cave-20, February 7, 2014; Russell-Cave-22 to Russell-Cave-23, February 7, 2014

Matanzas-01 to Matanzas-21, February 11, 2014

Marcos-01 to Marcos-24, February 12, 2014

Kennesaw-001 to Kennesaw-028, February 14, 2014; Kennesaw-030 to Kennesaw-035, February 14, 2014; Kennesaw-037 to Kennesaw-064, February 14, 2014

Ninety-Six-01 to Ninety-Six-09, February 20, 2014; Ninety-Six-11 to Ninety-Six-20, February 20, 2014; Ninety-Six-22, February 20, 2014; Ninety-Six-23, February 20, 2014; Ninety-Six-26 to Ninety-Six-44, February 20, 2014

Chickamauga-Auto-001 to Chickamauga-Auto-031, February 23, 2014

Chickamauga-Bike-01 to Chickamauga-Bike-04, February 23, 2014

Chickamauga-Bragg-01 to Chickamauga-Bragg-12, February 23, 2014; Chickamauga-Bragg-14 to Chickamauga-Bragg-21, February 23, 2014; Chickamauga-Bragg-23, February 23, 2014

Chickamauga-Cemetery-01 to Chickamauga-Cemetery-14, February 23, 2014

Chickamauga-Confederate-01 to Chickamauga-Confederate-07, February 23, 2014; Chickamauga-Confederate-09 to Chickamauga-Confederate-20, February 23, 2014; Chickamauga-Confederate-23, February 23, 2014; Chickamauga-Confederate-27 to Chickamauga-Confederate-32, February 23, 2014

Chickamauga-Hybrid-01 to Chickamauga-Hybrid-14, February 23, 2014; Chickamauga-Hybrid-16, February 23, 2014; Chickamauga-Hybrid-18 to Chickamauga-Hybrid-20, February 23, 2014; Chickamauga-Hybrid-25 to Chickamauga-Hybrid-40, February 23, 2014; Chickamauga-Hybrid-42, February 23, 2014; Chickamauga-Hybrid-43, February 23, 2014; Chickamauga-Hybrid-45 to Chickamauga-Hybrid-51, February 23, 2014

Chickamauga-VC-001 to Chickamauga-VC-013, February 23, 2014

Chickamauga-Picnic-01 to Chickamauga-Picnic-04, February 23, 2014

Chattanooga-001 to Chattanooga-007, February 23, 2014; Chattanooga-009 to Chattanooga-042, February 23, 2014; Chattanooga-044, February 23, 2014; Chattanooga-046 to Chattanooga-054, February 23, 2014; Chattanooga-056 to Chattanooga-106, February 23, 2014; Chattanooga-109 to Chattanooga-111, February 23, 2014; Chattanooga-113, February 23, 2014; Chattanooga-114, February 23, 2014; Chattanooga-118 to Chattanooga-142, February 23, 2014; Chattanooga-144 to Chattanooga-155, February 23, 2014

Lookout Mountain Panorama, February 23, 2014

Monuments-52 to Monuments-70, February, 23, 2014

Ocmulgee-01 to Ocmulgee-45, February 26, 2014; Ocmulgee-49, February 26, 2014; Ocmulgee-50, February 26, 2014

Ocmulgee-51 to Ocmulgee-60, March 8, 2014

Little_River-001 to Little_River-020, March 3, 2014; Little_River-022 to Little_River-025, March 3, 2014; Little_River-027 to Little_River-030, March 3, 2014; Little_River-032 to Little_River-077, March 3, 2014; Little_River-079 to Little_River-118, March 3, 2014

Billy Beer, March 5, 2014

Carter-01 to Carter-39, March 5, 2014; Carter-41 to Carter-45, March 5, 2014; Carter-47, March 5, 2014

Colonel_Scott-02 to Colonel_Scott-05, March 5, 2014

Me-and-Jimmy, March 5, 2014

Me-and-JimmyBanner, March 5, 2014

Andersonville-01 to Andersonville-58, March 13, 2014

Chattahoochee-001 to Chattahoochee-016, May 6, 2014; Chattahoochee-018 to Chattahoochee-069, May 6, 2014; Chattahoochee-071 to Chattahoochee-078, May 6, 2014; Chattahoochee-080 to Chattahoochee-092, May 6, 2014; Chattahoochee-094 to Chattahoochee-100, May 6, 2014; Chattahoochee-102 to Chattahoochee-174, May 6, 2014; Chattahoochee-176 to Chattahoochee-194, May 6, 2014; Chattahoochee-196 to Chattahoochee-209, May 6, 2014; Chattahoochee-211 to Chattahoochee-266, May 6, 2014; Chattahoochee-269 to Chattahoochee-357, May 6, 2014

Settles Bridge fishing, May 6, 2014

Settles Bridge, May 6, 2014

Fort-Sumter-01 to Fort-Sumter-38, May 27, 2014; Fort-Sumter-41 to Fort-Sumter-50, May 27, 2014; Fort-Sumter-53, May 27, 2014; Fort-Sumter-54, May 27, 2014

Guilford-01 to Guilford-21, June 7, 2014; Guilford-23 to Guilford-63, June 7, 2014

Pinckney-01 to Pinckney-04, June 11, 2014; Pinckney-06 to Pinckney-10, June 11, 2014; Pinckney-12 to Pinckney-17, June 11, 2014

Kings-Mountain-01 to Kings-Mountain-07, June 18, 2014; Kings-Mountain-09



"0000VA00020229960402"

A-2-022

to Kings-Mountain-20, June 18, 2014; Kings-Mountain-22 to Kings-Mountain-31, June 18, 2014

Cowpens-01 to Cowpens-17, June 19, 2014; Cowpens-19 to Cowpens-25, June 19, 2014; Cowpens-27 to Cowpens-33, June 19, 2014

Overmountain-001 to Overmountain-038, July 3, 2014; Overmountain-040, July 3, 2014; Overmountain-042 to Overmountain-076, July 3, 2014; Overmountain-078 to Overmountain-095, July 3, 2014; Overmountain-097 to Overmountain-129, July 3, 2014

Sandburg-01 to Sandburg-43, July 6, 2014

Wright-Bros-01 to Wright-Bros-08, July 7, 2014; Wright-Bros-10 to Wright-Bros-42, July 7, 2014; Wright-Bros-42 to Wright-Bros-46 July 7, 2014

Fort Raliegh-01 to Fort Raliegh-05, July 10, 2014; Fort Raliegh-07 to Fort Raliegh-13, July 10, 2014; Fort Raliegh-15, July 10, 2014; Fort Raliegh-17 to Fort Raliegh-19, July 10, 2014; Fort Raliegh-21, July 10, 2014; Fort Raliegh-22, July 10, 2014

Moores-Creek-01 to Moores-Creek-28, July 13, 2014; Moores-Creek-30 to Moores-Creek-34, July 13, 2014

Hatteras-001 to Hatteras-013, July 22, 2014; Hatteras-015 to Hatteras-167, July 22, 2014

Tuskegee-Institute-01 to Tuskegee-Institute-41, August 7, 2014

Tuskegee-Airmen-01 to Tuskegee-Airmen-04, August 9, 2014; Tuskegee-Airmen-06, August 9, 2014; Tuskegee-Airmen-08 to Tuskegee-Airmen-21, August 9, 2014; Tuskegee-Airmen-23, August 9, 2014; Tuskegee-Airmen-27, August 9, 2014; Tuskegee-Airmen-30 to Tuskegee-Airmen-37, August 9, 2014

Selma-01 to Selma-04, August 10, 2014; Selma-06, August 10, 2014; Selma-08 to Selma-29, August 10, 2014; Selma-31 to Selma-35, August 10, 2014; Selma-38 to Selma-40, August 10, 2014

Horseshoe-Bend-01 to Horseshoe-Bend-23, August 12, 2014; Horseshoe-Bend-25 to Horseshoe-Bend-30, August 12, 2014

Cape-Lookout-001 to Cape-Lookout-011, September 10, 2014; Cape-Lookout-013 to Cape-Lookout-050, September 10, 2014; Cape-Lookout-054, September 10, 2014; Cape-Lookout-055, September 10, 2014; Cape-Lookout-057 to Cape-Lookout-061, September 10, 2014; Cape-Lookout-063 to Cape-Lookout-105, September 10, 2014; Cape-Lookout-107 to Cape-Lookout-178, September 10, 2014

Fort-Monroe-01 to Fort-Monroe-07, September 15, 2014; Fort-Monroe-09 to Fort-Monroe-15, September 15, 2014; Fort-Monroe-17 to Fort-Monroe-46, September 15, 2014; Fort-Monroe-40 (1), September 15, 2014

Assateague-001 to Assateague-013, September 23, 2014; Assateague-015 to Assateague-112, September 23, 2014

Allegheny-Portage-RR-01 to Allegheny-Portage-RR-05, October 5, 2014; Allegheny-Portage-RR-07 to Allegheny-Portage-RR-12, October 5, 2014; Allegheny-Portage-RR-14 to Allegheny-Portage-RR-69, October 5, 2014; Allegheny-Portage-RR-72, October 5, 2014

Johnstown-Flood-03 to Johnstown-Flood-07, October 14, 2014; Johnstown-Flood-09 to Johnstown-Flood-14, October 14, 2014; Johnstown-Flood-16 to Johnstown-Flood-24, October 14, 2014; Johnstown-Flood-26 to Johnstown-Flood-37, October 14, 2014

Flight-93-01, November 2, 2014; Flight-93-02, November 2, 2014; Flight-93-04 to Flight-93-15, November 2, 2014

Natchez-Historical-Park-01 to Natchez-Historical-Park-30, November 7, 2014

Vicksburg-001 to Vicksburg-048, November 25, 2014; Vicksburg-050 to Vicksburg-065, November 25, 2014; Vicksburg-067 to Vicksburg-081, November 25, 2014; Vicksburg-083 to Vicksburg-130, November 25, 2014; Vicksburg-132 to Vicksburg-144, November 25, 2014

Tupelo-01 to Tupelo-05, November 28, 2014; Tupelo-07, November 28, 2014; Tupelo-08, November 28, 2014

Brices-Crossroads-01, December 6, 2014; Brices-Crossroads-02, December 6, 2014; Brices-Crossroads-04, December 6, 2014; Brices-Crossroads-06 to Brices-Crossroads-17, December 6, 2014;  Brices-Crossroads-19 to Brices-Crossroads-21, December 6, 2014; Brices-Crossroads-23 to Brices-Crossroads-27, December 6, 2014

Church_Ruin01 to Church-Ruin03, March 3, 2014

Lincoln-Highway-1 to Lincoln-Highway-4, September 23, 2014

SCPA-Altoona, September 18, 2014

SCPA, September 18, 2014

SDE, September 18, 2014

Selma-01 to Selma-04, August 7, 2014

Wallace-NC-01, September 1, 2014;
Wallace-NC-02, September 1, 2014

Spann_Cemetery-01 to Spann_Cemetery-10, February 8, 2014

Tombstones-00 to Tombstones-03, February 8, 2014

AT-GA-01 to AT-GA-10, February 10, 2014

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | February 07, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Steven LaMont Markos |
| **Author Created:** | photograph |
| **Work made for hire:** | No |

|  |  |
|---|---|
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1964 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Steven LaMont Markos |
| | 2606 Waters Edge Trail, Roswell, GA, 30075, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Steven Markos |
| **Email:** | info@npplan.com |
| **Telephone:** | (404)652-0532 |
| **Address:** | 2606 Waters Edge Trail |
| | Roswell, GA 30075 United States |

## Certification

| | |
|---|---|
| **Name:** | Steven LaMont Markos |
| **Date:** | November 02, 2016 |