Exhibit "B"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-159-978**

**Effective Date of Registration:**
June 26, 2019

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   April 08, 2019 to June 23, 2019

### Title 

**Title of Group:** National Park Planner 2Q
**Number of Photographs in Group:** 146

- **Individual Photographs:** Fort-Frederica-044, Fort-Frederica-045, Fort-Frederica-046, Fort-Frederica-047, Fort-Frederica-048, Fort-Frederica-049, Fort-Frederica-050, Fort-Frederica-051, Fort-Frederica-052, Fort-Frederica-053, Fort-Frederica-054, Fort-Frederica-055, Fort-Frederica-056, Fort-Frederica-057, Fort-Frederica-058, Fort-Frederica-059, Fort-Frederica-060, Fort-Frederica-061, Fort-Frederica-062, Fort-Frederica-063, Fort-Frederica-064, Fort-Frederica-065, Fort-Frederica-066, Fort-Frederica-067, Fort-Frederica-068, Fort-Frederica-069, Fort-Frederica-070, Fort-Frederica-071, Fort-Frederica-072, Fort-Frederica-074, Fort-Frederica-075, Fort-Frederica-076, Fort-Frederica-077, Fort-Frederica-078,
  **Published:** April 2019

- **Individual Photographs:** Fort-Pulaski-091, Fort-Pulaski-092, Fort-Pulaski-093, Fort-Pulaski-094, Fort-Pulaski-095, Fort-Pulaski-096, Fort-Pulaski-097, Fort-Pulaski-098, Fort-Pulaski-099, Fort-Pulaski-100, Fort-Pulaski-101, Fort-Pulaski-102, Fort-Pulaski-103, Fort-Pulaski-104, Fort-Pulaski-105, Fort-Pulaski-106, Fort-Pulaski-107, Fort-Pulaski-108, Fort-Pulaski-109, Fort-Pulaski-110, Fort-Pulaski-111, Fort-Pulaski-112, Fort-Pulaski-113, Fort-Pulaski-114, Fort-Pulaski-115, Fort-Pulaski-116, Fort-Pulaski-117, Fort-Pulaski-118, Fort-Pulaski-119, Fort-Pulaski-120, Fort-Pulaski-121, Fort-Pulaski-122, Fort-Pulaski-123, Fort-Pulaski-124, Fort-Pulaski-125, Fort-Pulaski-126, Fort-Pulaski-127, Fort-Pulaski-128, Fort-Pulaski-129, Fort-Pulaski-130, Fort-Pulaski-131, Fort-Pulaski-132, Fort-Pulaski-133, Fort-Pulaski-134, Fort-Pulaski-135, Fort-Pulaski-136, Fort-Pulaski-137, Fort-Pulaski-138, Fort-Pulaski-139, Fort-Pulaski-140, Fort-Pulaski-141, Fort-Pulaski-142, Fort-Pulaski-143, Fort-Pulaski-144, Fort-Pulaski-145, Fort-Pulaski-146, Fort-Pulaski-147, Fort-Pulaski-148, Fort-Pulaski-149, Fort-Pulaski-150, Fort-Pulaski-151, Fort-Pulaski-152, Fort-Pulaski-153, Fort-Pulaski-154, Fort-Pulaski-155, Fort-Pulaski-156, Fort-Pulaski-157,
  **Published:** April 2019

- **Individual Photographs:** MLK-001, MLK-002, MLK-003, MLK-004, MLK-005, MLK-006, MLK-007, MLK-008, MLK-009, MLK-010, MLK-011, MLK-012, MLK-013, MLK-014, MLK-015, MLK-016, MLK-017, MLK-018, MLK-019, MLK-020, MLK-021, MLK-022, MLK-023, MLK-024, MLK-025, MLK-026, MLK-027, MLK-028,

          MLK-029, MLK-030, MLK-031, MLK-032, MLK-033, MLK-034, MLK-035,
          MLK-036, MLK-037, MLK-038, MLK-039, MLK-040, MLK-041, MLK-042,
          MLK-043, MLK-044, MLK-045
       **Published:** June 2019

## Completion/Publication

       **Year of Completion:** 2019
   **Earliest Publication Date in Group:** April 08, 2019
    **Latest Publication Date in Group:** June 23, 2019
     **Nation of First Publication:** United States

## Author

         • **Author:** Steven LaMont Markos
       **Author Created:** photographs
      **Work made for hire:** No
        **Citizen of:** United States
       **Domiciled in:** United States
        **Year Born:** 1964

## Copyright Claimant

     **Copyright Claimant:** Steven LaMont Markos
          2606 Waters Edge Trail, Roswell, GA, 30075, United States

## Rights and Permissions

          **Name:** Steven LaMont Markos
          **Email:** info@npplan.com
         **Telephone:** (404)652-0532
          **Address:** 2606 Waters Edge Trail
             Roswell, GA 30075 United States

## Certification

          **Name:** Steven LaMont Markos
          **Date:** June 26, 2019

---

   **Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that
          correspond to the individual photographs included in this group.

          Regarding group registration: A group of published photographs may be
          registered on one application with one filing fee only under limited
          circumstances. ALL of the following are required: 1. All photographs (a) were
          created by the same author AND (b) are owned by the same copyright claimant
          AND (c) were published in the same calendar year AND 2. The group contains
          750 photographs or less AND 3. A sequentially numbered list of photographs