Exhibit "C"



Page 1
Around Town – colletonplantation
https://colletonplantation.com/?page_id=681

Home   Pool   Events   Schools   Around Town and Utilities   Contact Us

# CHECK OUR THESE FREE SUMMER CONCERTS AT THE MARIETTA SQUARE AND DOWNTOWN WOODSTOCK!

Captured by FireShot Pro: 16 August 2022, 14:28:29
https://getfireshot.com

Page 2
Around Town – colletonplantation
https://colletonplantation.com/?page_id=681



**Upcoming Events**

**Marshall Charloff & Purple Xperience**
May 14 @ 7:30 pm
Northside Hospital-Cherokee Amphitheater

**Sister Hazel**
June 11 @ 7:30 pm
Northside Hospital-Cherokee Amphitheater

**Drew Holcomb and the Neighbors**
July 9 @ 7:30 pm
Northside Hospital-Cherokee Amphitheater

**The Black Jacket Symphony | Eagles – "Hotel California"**
August 13 @ 7:30 pm
Northside Hospital-Cherokee Amphitheater

**Scotty McCreery**
September 10 @ 7:30 pm
Northside Hospital-Cherokee Amphitheater

The Woodstock Summer Concerts are **FREE**. No tickets needed!

**CLICK ON THE IMAGE FOR AWESOME FALL FESTIVALS IN NORTH**

**CLICK ON THE IMAGE FOR THE BEST FALL FOLIAGE IN COBB COUNTY**

Page 3
Around Town – colletonplantation
https://colletonplantation.com/?page_id=681

# GA.




## Parks, Parks and More Parks!!
(click on any image to see a map of all parks in this area)




## JUST A FEW OF THE THINGS AROUND YOU CAN DO WITH THE FAMILY

[MARIETTA SQUARE](#)     [KENNESAW MOUNTAIN](#)     [SOPE CREEK TRAILS](#)

Page 4
Around Town – colletonplantation
https://colletonplantation.com/?page_id=681





**THE KING CENTER**   **CHATTAHOOCHEE RIVER**   **ATLANTA CENTENNIAL PARK**





Click HERE for a look at some of the amazing restaurants in our area!






Captured by FireShot Pro: 16 August 2022, 14:28:29
https://getfireshot.com

Page 5
Around Town – colletonplantation
https://colletonplantation.com/?page_id=681



2805 Colleton Drive, Marietta Ga. 30066 | Email: colletonplantation@gmail.com

Created by colletonplantation2022

Captured by FireShot Pro: 16 August 2022, 14:28:29
https://getfireshot.com