https://researchga.tylerhost.net/CourtRecordsSearch/ViewCasePrint/e70baf20053d5d3cb1e913aae35d8562

## Case Information

### HAWKINS VS GEORGIA UNITED CREDIT UNION
23-A-02268-9

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Gwinnett - Superior Court | Civil | Other General Civil* | 3/20/2023 |

| Judge | Case Status | | |
|---|---|---|---|
| Mason, Tracey D | Open (Pending) | | |

## Parties [2]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | BRITTANY HAWKINS | | Pro Se |
| Defendant | GEORGIA UNITED CREDIT UNION | | Pro Se |

## Hearings [2]

| Date/Time | Hearing Type | Judge | Location | Result |
|---|---|---|---|---|
| 6/8/2023 09:30 AM | No Service Calendar | Mason, Tracey D | 202 | *Canceled - Per Judge* |
| 7/6/2023 09:30 AM | No Service Calendar | Mason, Tracey D | 202 | *Canceled - Other* |

## Events [8]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 3/20/2023 | Filing | Summons | | Summons.tif |
| 3/20/2023 | Filing | Order to Proceed in Forma Pauperis | | Order to Proceed in Forma Pauperis.tif |
| 3/20/2023 | Filing | Petition | | Petition Filed.tif |
| 3/21/2023 | Filing | Request to Proceed As Pauper | | Petition Filed.tif |
| 5/26/2023 | Filing | AMENDED COMPLAINT/PETITION | 1 | bh1.pdf |
| 6/8/2023 | Hearing | No Service Calendar | - | - |
| 6/30/2023 | Filing | Sheriff/Marshall's Service | | Sheriffs Entry of Service.tif |
| 7/6/2023 | Hearing | No Service Calendar | - | - |

© 2023 Tyler Technologies, Inc. | All Rights Reserved
Version: 2023.6.0.46



In the Superior Court of Gwinnett County

State of Georgia

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA
2023 MAR 20 AM 10:57
TIANA P. GARNER, CLERK

Case #: 23A 02268-9

Plaintiff: Brittany Hawkins

vs.

Defendant: Georgia United Credit Union

Title of Document ~~Title of Document~~ Civil Petition

What you want the Court/Judge to know

Hi,                                                                (mskep)

My name is Brittany Hawkins and I work for GUCU↑ for a little over 5yr, and recently have been on FMLA intermintt. ~~During~~ Throughout my employment I have encountered bullying from other Team member and management + upper management. For the past two yrs. ~~I hav~~ while under FMLA for disability I have been harassed on and off work premise, ongoing, stalking my personal use/activity on my phone to that I have not been able to make call private. Any transaction or activity use of my phone, I later would

pg. 1

conti...

get calls from members about or information that is being discussed on personal phone calls; I would get mbr that would call in asking about or personal questions that has nothing to do with financial help or their accounts. IT HAS CAUSE GREAT EMOTIONAL DISTRESS AND STRESS to my health where I have been unable to work. ~~Secondly~~

Secondly, I have made police reports of these incidents, but it has continued. I ~~am~~ have been unable to seek legal help (attorneys) due to any company; law firm I call regarding my situation, ~~the~~ GNCU knows about ~~it~~ from phone use/activities that I am AUTOMACTICALLY <u>Decline</u> to assist me, with No Reason giving.
I Need HELP, due to I am fearful of my safety + my child's safety. They have also had other move into my apartment building and the situation; occurrence continue to get worse.!!!

Brittany Hawkins
P.O. Box 1532 Pine Lake, GA 30072
(404) 468-4358
bhawkins00003@gmail.com

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

_Brittany Hawkins_
_____  )
             Plaintiff,        )
_____  )
                               )
v.                             )
_Georgia United Credit_        )
_Union_                        )
_____  )
             Defendant(s).     )
                               )

FILED IN OFFICE 3/17/2023 CSP
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2023 MAR 20 AM 10:56

TIANA P. GARNER, CLERK

CIVIL ACTION
FILE NO. 23A02268-9

### AFFIDAVIT OF ELIGIBILITY TO PROCEED IN FORMA PAUPERIS

I, _Brittany Hawkins_, do hereby swear or affirm that I am the [ ✓ ] Plaintiff [ ] Defendant in the above styled case and that because of my indigent status, I am unable to pay the costs of this proceeding.

*I declare under penalty of perjury that the responses I have made to all questions set forth in this Affidavit, specifically relating to my ability to pay the costs of this proceeding, are true and correct.*

This _17_ day of _March_, 20_23_.

_____
Signature

Print name: _Brittany Hawkins_

Sworn to and subscribed before me

this____day of_____,20__

_____
Notary Public

Sworn to and subscribed before me

this____day of_____,20__

_____
Deputy Clerk of Superior Court

**AFFIDAVIT, Page 2**

A. **IDENTIFYING INFORMATION**

1. Name: _Hawkins_____ _Brittany_____ _J._____
   Last           First           Middle

2. Current Address: _P.O. Box 1532_____
   Street Address & Apt. No., if applicable
   _Pine Lake_____ _GA_____ _30072_____
   City           State       Zip Code

3. Best Telephone Number to Reach You: _(404) 468-4358_

4. Email Address: _bhawkins00003@gmail.com_

B. **DEPENDENTS/DEPENDENCY**

1. Marital Status: [ ] Married [✓] Single [ ] Divorced/Separated.

2. Is there any other person (spouse) or people (parents) who currently support you financially?   [ ] Yes [✓] No.

   If yes, explain: _____

2. How many people, not including yourself, do you currently support? _1_

   List Below: _Daughter_

   | Name | Age | Relationship | Support Totally? |
   |------|-----|--------------|------------------|
   | Haelee Hawkins | 3 | Daughter | [✓] Yes [ ] No |
   |  |  |  | [ ] Yes [ ] No |
   |  |  |  | [ ] Yes [ ] No |
   |  |  |  | [ ] Yes [ ] No |
   |  |  |  | [ ] Yes [ ] No |

C. **PUBLIC ASSISTANCE**

Do you currently receive any of the following? _No_

**Aid to Families of Dependent Children (AFDC)**     [ ] Yes [✓] No

   Amount Received per Month: $_____

**Social Security Income (SSI)**     [ ] Yes [✓] No

   Amount Received per Month: $_____

**AFFIDAVIT, Page 3**

    **Social Security Disability Income (SSDI)**      [ ] Yes [✓] No

        Amount Received per Month:    $_____

    **Temporary Assistance to Needy Families (TANF)**      [ ] Yes [✓] No

        Amount Received per Month:    $_____

    **Supplemental Nutrition Assistance Program (SNAP)**      [ ] Yes [✓] No

        Amount Received per Month:    $_____

    **Unemployment Benefits**      [ ] Yes [✓] No

        Amount Received per Month:    $_____

    **Medicaid**      [ ] Yes [✓] No

        Amount Received per Month:    $_____

    **Public Housing Assistance**      [ ] Yes [✓] No

        Amount Received per Month:    $_____

*Do you receive any other kind of public assistance?*      [ ] Yes [✓] No

        Amount Received per Month:    $_____

**TOTAL AMOUNT OF PUBLIC ASSISTANCE RECEIVED PER MONTH, IF ANY:**

         $ 0

**D.  MONTHLY INCOME**

1. Are you currently employed?      [✓] Yes [ ] No

    If yes, please list name(s) and phone number(s) of your employer(s), as well as monthly income/wages.

    | Employer Name | Phone | Amount Paid per Month |
    |---|---|---|
    | GHCU | (770) 476-6400 | $2200 + incentives sometimes |

    TOTAL AMOUNT OF INCOME RECEIVED PER MONTH, IF ANY: $_____

2. Do you receive any income from *any other source*?      [ ] Yes [✓] No

    If yes, please list all other income sources on the following page.

**AFFIDAVIT, Page 4**

    **Workers Compensation Benefits**            [ ] Yes [✓] No

         Amount Received per Month:    $_____

    **Insurance Benefits/Proceeds**             [ ] Yes [✓] No

         Amount Received per Month:    $_____

    **Pension/Retirement Income**             [ ] Yes [✓] No

         Amount Received per Month:    $_____

    **Child Support Payments**             [ ] Yes [✓] No

         Amount Received per Month:    $_____

    **Alimony Payments**             [ ] Yes [✓] No

         Amount Received per Month:    $_____

**TOTAL AMOUNT OF INCOME FROM OTHER SOURCES RECEIVED PER MONTH, IF ANY:**    $_____

**E.    ASSETS**

1. Do you have a checking account?       [✓] Yes [ ] No

     If so, at what financial institution: _WF_

     What is the current balance in your account: $ _under $200_

2. Do you have a savings account?       [✓] Yes [ ] No

     If so, at what financial institution: _NFCU_

     What is the current balance in your account: $ _10.00_

3. Do you own any car(s), truck(s), van(s) or other vehicle(s)?    [ ] Yes [✓] No

     Make: _____ Model: _____ Year: _____

     What is the approximate value of the vehicle: $_____

     Make: _____ Model: _____ Year: _____

     What is the approximate value of the vehicle: $_____

4. Do you own a home or other real estate?      [ ] Yes [✓] No

     Address: _____
             Street           City        State      Zip Code

     What is the approximate value of the property: $_____

     How much do you owe on the property (mortgage balance): $_____

**AFFIDAVIT, Page 5**

5. Do you own any valuable items of personal property, such as TV sets, stereos, stocks or bonds, jewelry, furs, or other items?  (Do not include clothing, furniture, or household appliances such as stoves or refrigerators.)  [X] Yes [ ] No

    If yes, please describe below:

    | Description | Value |
    |---|---|
    | TV | $ ? |
    |  | $ |
    |  | $ |
    |  | $ |

    Total: $ _____

F. **LIABILITIES**

1. List all debts owed over $100 and all payments which you must make on a regular basis.

    Include house payments, rent, child support or alimony payments, charge account payments, loan payments and any other payment which you must make on a regular basis.

    Do *not* include ordinary expenses such as food, clothing, utility bills and similar items.

    | Source of Debt | Total Amount Owed | Monthly Payment |
    |---|---|---|
    | Rent | $900+ | $383 - 1015/wk |
    | Utilities | $300 | min pmt |
    | Phone bills | $200 | min pmt |
    | Credit card debt | $10k+ | min pmt |

    Total: $ 2100+

2. Do you have any unusual or extraordinary expenses or circumstances such as large medical bills which are not listed above?  [X] Yes [ ] No

    If yes, please describe below:

    | Source of Debt | Total Amount Owed | Monthly Payment |
    |---|---|---|
    | Medical bill | $8k+ | unpaid |

Total: $_____

**AFFIDAVIT, Page 6**

3. Are there any other circumstances which render you unable to pay the costs of this action and are not fully explained above: (e.g. disability, illness, etc.)

   [✓] Yes [ ] No

   If yes, use the space below to explain your circumstances.

   Include any facts which will help the Court determine whether you can afford to pay the required fee(s).

I am currently diagnosed w/ multiple stenosis to my neck and lower spine and make it difficulty to work comfortably and single parent w/ no assistance w/ food / care. Any additional funds after bill goes toward food + personal items for my child.

Thanks in Advance,

| | |
|---|---|
| Brittany Hawkins<br>Plaintiff(s)<br>v.<br>Georgia United Credit Union<br>Defendant(s) | **GWINNETT SUPERIOR COURT**<br>**STATE OF GEORGIA**<br>FILED IN OFFICE<br>CLERK SUPERIOR COURT<br>GWINNETT COUNTY, GA<br>ORDER TO PROCEED IN FORMA PAUPERIS<br>CIVIL ACTION FILE NO: 2023 MAR 20 AM 10: 56<br>TIANA P. GARNER, CLERK<br>23A 02268-9 |

## ORDER UPON AFFIDAVIT OF ELIGIBILITY
## TO PROCEED IN FORMA PAUPERIS

Before the Court is Plaintiff's Affidavit of Eligibility to Proceed *in Forma Pauperis.* Pursuant to the requirements of O.C.G.A. § 9-15-2, and in consideration of Plaintiff's Affidavit, the documents relative to the financial situation of the Plaintiff (if any), as well as all other initial pleadings, including the Statement of Claim, Affiant's request to proceed *in forma pauperis* is:

[X] **HEREBY GRANTED.** After considering the Poverty Guidelines established by the U.S. Department of Health and Human Services at 125% or less of the poverty level, and based upon the size of the family unit, it appears to the Court that the Affiant is unable to pay the filing fees associated with this action. Therefore, the Affiant's pleadings shall be filed, and the Affiant shall be relieved from paying the filing fee, Sheriff's service fee, and, if a judgment is awarded to the Plaintiff, any fees associated with the issuance of a fi fa and post judgment interrogatories.

[ ] **HEREBY DENIED BASED ON FINANCIAL GUIDELINES.** Following a hearing during which the Court took sworn testimony from the Plaintiff regarding the contents of his/her Affidavit of Indigence, the Court finds that the Affiant has *not* demonstrated that he/she is unable to pay the filing fee and associated costs of this action based upon the Poverty Guidelines established by the U.S. Department of Health and Human Services at 125% or less of the poverty level, considering the size of the family unit; therefore, the Affiant shall not be relieved from paying the filing fee, Sheriff's service fee, or other required Court costs.

*The hearing took place in Courtroom ____ of the Gwinnett County Justice and Administration Center on: [ ] the date of the Order; or [ ] the ____ day of _____, 20____.

[ ] **HEREBY DENIED BASED ON A COMPLETE ABSENCE OF ANY JUSTICIABLE ISSUE OF LAW OR FACT.** Pursuant to O.C.G.A. § 9-15-2(d), the Court finds that the pleading filed by the Affiant shows in its face such a complete absence of any justiciable issue of law and/or fact that it cannot reasonably believed that the Court could grant any relief against any party named in the pleading.

A copy of this Order shall be served on the opposing party(ies) along with the Complaint. Pursuant to O.C.G.A. §9-15-2(b), any other party at interest may contest the truth of the affidavit of indigency by verifying under oath that the same is untrue. In the event any interested party files a traverse challenging this Order, the Court shall schedule a hearing to determine whether Plaintiff shall be required to pay costs.

This ____ day of March, 20____.

_____
Judge
Gwinnett Superior Court

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

*Brittany Hawkins*

**PLAINTIFF**

VS.

*Georgia United Credit Union*

**DEFENDANT**

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2023 MAR 20 AM 10: 56

TIANA P. GARNER, CLERK

CIVIL ACTION NUMBER: 23A 02268-9

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This __20__ day of __March__, 20__23__.

Tiana P. Garner
Clerk of Superior Court

By _____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

Case 1:23-mi-99999-UNA   Document 2308-2   Filed 07/20/23   Page 12 of 16

E-FILED IN OFFICE - CE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
23-A-02268-9
5/26/2023 11:00 AM
TIANA P. GARNER, CLERK

In the Superior Court of Gwinnett County

State of Georgia

23-A-02268-9

Case #: 23-A-02268-9

Plaintiff: Brittany Hawkins

vs.

Defendant: Georgia United Credit Union

+ ~~Addend:~~  + Amended

Civil Petition
~~Title of Document~~

What you want the Court/Judge to know

Hi;                                                         (MSKEP)

My name is Brittany Hawkins and I work for GUCU↑ for a little over 5yr, and recently have been on FMLA intermintt. ~~During~~ Throughout my employment I have encountered bullying from other team member and management + upper management. For the past two yrs. ~~I have~~ while under FMLA for disability I have been harassed on and off work premise, ongoing, stalking my personal use/activity on my phone to that I have NOT been able to make call private, no transactions or activity use of my phone, I later would

Pg. 1

conti:...

get calls from members about or information that is being discussed on personal phone calls; I would get mbr that would call in asking about or personal questions that has nothing to do with financial help or their accounts. IT HAS CAUSE GREAT EMOTIONAL DISTRESS AND STRESS to my health where I have been unable to work. ~~Secondly~~

Secondly, I have made police reports of these incidents, but it has continued. I ~~am~~ have been unable to seek legal help (attorneys) due to any company; law firm I call regarding my situation, ~~the~~ GNCU knows about ~~it~~ from phone use/activities that I am AUTOMACTICALLY <u>Decline</u> to assist me, with No Reason giving.
I Need HELP, due to I am fearful of my safety + my child's safety. They have also had other move into my apartment building and the situation; occurrence continue to get worse,!!!

Brittany Hawkins
P.O. Box 1532 Pine Lake, GA 30072
(404) 468-4358
bhawkins00003@gmail.com

Conti...

Also, suit is for pain and suffering damages and any legal fee for Attorney and court.

Suing amount asking for damage is $20,000 - $30,000

* Also, have filed with EEOC and Letter of Rights.

~~for~~

Brittany Hawkins
P.O. Box 1532
Pine Lake, GA 30072
(404) 468-1435
bhawkins00003@gmail.com

Civil Action No. 23-A-02268-9

Date Filed 03/10/2023

Magistrate Court ☐
Superior Court ☐
State Court ☐
Georgia, Gwinnett County

Brittany Hawkins
_____
Plaintiff

VS.

Georgia United Credit Union
_____
Defendant

_____
Garnishee

Attorney's Address

Brittany Hawkins
P.O. Box 1532 Pine Lake, GA 30072

Name and Address of party to be served.

Georgia United Credit Union
6705 Sugarloaf Pkwy
Duluth, GA 30097

## Sheriff's Entry Of Service

**Personal ☐** I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious ☐** I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County. Delivered same into hands of _____ described as follows age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches; domiciled at the residence of defendant.

**Corporation ☒** Served the defendant Georgia United Credit Union a corporation by leaving a copy of the within action and summons with Heather Jenkins Senior Deposit Services Spec. in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail ☐** I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est ☐** Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 20 day of June 20 23.
1:20 P.M.

Sgt. Collins 0500
Deputy

Sheriff Docket _____ Page _____

Gwinnett County, Georgia

WHITE: Clerk    CANARY: Plaintiff / Attorney    PINK: Defendant

SC-2 Rev.3.13

# Gwinnett County Sheriff's Office
## Cover Sheet



**Sheriff #:** 23016744

**Person Served:** GEORGIA UNITED CREDIT UNION
6705 SUGARLOAF PARKWAY
DULUTH GA 30097
PHONE:

## Process Information:

| | | | |
|---|---|---|---|
| Date Received: | 05/30/2023 | | |
| Assigned Zone: | 30097 | Court Case #: | 23-A-02268-9 |
| Expiration Date: | | Hearing Date: | |
| Paper Types: | COMPLAINT | | |
| Notes/Alerts: | | | |

**Notes:**