# IN THE SUPERIOR COURT OF GWINNETT COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| BRITTANY HAWKINS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. |
| | )    23-A-02268-9 |
| GEORGIA UNITED CREDIT UNION, | ) |
| | ) |
|    Defendant. | ) |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

TO:   Brittany Hawkins
P.O. Box 1532
Pine Lake, Georgia 30072
Bhawkins00003@gmail.com

PLEASE TAKE NOTICE that Defendant in the above-styled action have on this date filed its Notice of Removal in the office of the Clerk of the United States District Court for the Northern District of Georgia, a copy of which is attached hereto as Exhibit "A".

This 20th day of July, 2023.

                                                         **JACKSON LEWIS P.C.**

                                                         */s/ Dion Y. Kohler*
                                                         Dion Y. Kohler
                                                         Georgia Bar No. 427715
                                                         Timothy M. Boughey
                                                         Georgia Bar No. 832112
                                                         171 17th Street, N.W.
                                                         Suite 1200

Atlanta, Georgia 30363
T: (404) 525-8200
Dion.Kohler@jacksonlewis.com
Timothy.Boughey@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing **NOTICE OF FILING OF NOTICE OF REMOVAL** with the Clerk of Court using the *Odyssey e-File* system, which will send notification of such filing to the following attorneys of record. I also mailed a copy to the following:

Brittany Hawkins
P.O. Box 1532
Pine Lake, Georgia 30072
Bhawkins00003@gmail.com

This 20th day of July, 2023.

                **JACKSON LEWIS P.C.**

                */s/ Dion Y. Kohler*
                Dion Y. Kohler
                Georgia Bar No. 427715
                Timothy M. Boughey
                Georgia Bar No. 832112
                171 17th Street, N.W.
                Suite 1200
                Atlanta, Georgia 30363
                T: (404) 525-8200
                Dion.Kohler@jacksonlewis.com
                Timothy.Boughey@jacksonlewis.com