# IN THE SUPERIOR COURT OF GWINNETT COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| BRITTANY HAWKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGIA UNITED CREDIT UNION, )<br>)<br>Defendant. ) | Civil Action No.<br>23-A-02268-9 |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO: Tina P. Gardner
Clerk of Gwinnett County Superior Court
75 Langley Drive
Lawrenceville, GA 3004

PLEASE TAKE NOTICE that the Defendants in the above-styled action have on this date filed its Notice of Removal in the office of the Clerk of the United States District Court for the Northern District of Georgia, a copy of which is attached hereto as Exhibit "A".

This 20th day of July, 2023.

**JACKSON LEWIS P.C.**

*/s/ Dion Y. Kohler*
Dion Y. Kohler
Georgia Bar No. 427715
Timothy M. Boughey
Georgia Bar No. 832112
171 17th Street, N.W.
Suite 1200
Atlanta, Georgia 30363

                                        T: (404) 525-8200
                                        Dion.Kohler@jacksonlewis.com
                                        Timothy.Boughey@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing **NOTICE OF FILING OF NOTICE OF REMOVAL** with the Clerk of Court using the *Odyssey e-File* system, which will send notification of such filing to the following attorneys of record. I also mailed a copy to the following:

> Brittany Hawkins
> P.O. Box 1532
> Pine Lake, Georgia 30072
> Bhawkins00003@gmail.com

This 20th day of July, 2023.

**JACKSON LEWIS P.C.**

*/s/ Dion Y. Kohler*
Dion Y. Kohler
Georgia Bar No. 427715
Timothy M. Boughey
Georgia Bar No. 832112
171 17th Street, N.W.
Suite 1200
Atlanta, Georgia 30363
T: (404) 525-8200
Dion.Kohler@jacksonlewis.com
Timothy.Boughey@jacksonlewis.com