# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

NATIONSTAR MORTGAGE, LLC,   )
　　　　　　　　　　　　　　　 )
　　　　　　Plaintiff,　　　　　)
　　　　　　　　　　　　　　　 )
v.　　　　　　　　　　　　　　 )　　CASE NO. _____
　　　　　　　　　　　　　　　 )
CITIMORTGAGE, INC.　　　　　 )
　　　　　　　　　　　　　　　 )
　　　　　　Defendant.　　　　 )
　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　 )

## <u>DEFENDANT CITIMORTGAGE, INC.'S NOTICE OF REMOVAL</u>

Defendant CitiMortgage, Inc. ("CitiMortgage"), hereby removes the above-captioned action from the Superior Court of Gwinnett County, Georgia (the "State Court Action") to the United States District Court for the Northern District of Georgia, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. The grounds for removal are as follows:

1.　　CitiMortgage is a foreign corporation incorporated and existing under the laws of the State of New York, with a principal place of business located in O'Fallon, Missouri.

2.　　Plaintiff Nationstar Mortgage, LLC ("Nationstar") is a limited liability

1

company organized under the laws of the State of Delaware, with a principal place of business in Dallas, Texas.

3.     Upon information and belief, Nationstar is directly and wholly owned by its two members, Nationstar Sub1 LLC and Nationstar Sub 2 LLC. Nationstar Sub1 LLC and Nationstar Sub 2 LLC are Delaware limited liability companies, which are both wholly owned by Nationstar Mortgage Holdings, Inc. ("NSM Holdings").

4.     NSM Holdings, in turn, is a foreign corporation incorporated and existing under the laws of the State of Delaware, with its principal place of business located in Texas.

5.     Nationstar is thus a citizen of Delaware and Texas for purposes of diversity of citizenship jurisdiction, and complete diversity of citizenship exists among the parties to this action.

6.     On or about June 15, 2023, Nationstar filed suit against CitiMortgage in the Superior Court of Gwinnett County, Georgia, which is currently pending as Civil Action File No. 23-A-05230-11.

7.     Nationstar served the Summons and Complaint on CitiMortgage on June 20, 2023.

8.     In its Complaint, Nationstar alleges that CitiMortgage wrongfully foreclosed on certain real property located at 2808 Elkhorn Drive, Decatur, DeKalb County,

Georgia 30084, for which Nationstar alleges it held a superior lien interest. (*Compl.*

¶¶ 2, 14). Nationstar also alleges a breach of contract against CitiMortgage. (*Compl.*

¶¶ 30 -35). [1]

9.  Through its Complaint, Nationstar seeks monetary damages from CitiMortgage in the amount of $78,770.32, plus punitive damages, exclusive of costs and interests. (*Compl.* at 8, Prayer for Relief, subsections (a) and (b)).

10.  Removal is proper because complete diversity exists between Nationstar and CitiMortgage, as they are citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interests and costs.  *See* 28 U.S.C. § 1332.

11.  This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because it is being filed within thirty (30) days of CitiMortgage's receipt of the Summons and Complaint.

12.  The United States District Court for the Northern District of Georgia, Atlanta Division embraces both Gwinnett County (where the action was filed), and DeKalb County (where the real property at issue is located), thus, removal to this Court is proper.

---

[1]  More specifically, Plaintiff's Complaint consists of three counts: (1) "Wrongful Foreclosure;" (2) "Breach of Contract;" and (3) "Punitive Damages."

13.    A copy of this Notice of Removal shall be provided to Nationstar and to the Clerk of the Superior Court for Gwinnett County, Georgia, as required by 28 U.S.C. § 1446(d).

14.    Furthermore, copies of "all process, pleadings, and orders served upon" CitiMortgage in the State Court Action are submitted herewith and attached hereto as "**Composite Exhibit A**."

**CONCLUSION**

THEREFORE, CitiMortgage hereby removes this civil action from the Superior Court for Gwinnett County, Georgia, and pursuant to 28 U.S.C. § 1332, brings it to this United States District Court for the Northern District of Georgia, to the exclusion of any further proceedings in the Georgia Superior Court.

Respectfully submitted this 20th day of July 2023.

*/s/ Kevin Arocha*
Kevin Arocha, Esq.
Georgia Bar No. 872410
**BRYAN CAVE LEIGHTON PAISNER LLP**
1201 W. Peachtree St. NW,
One Atlantic Center, 14th Floor
Atlanta, Georgia 30319
Tele: (404) 572-6737
E-Mail: kevin.arocha@bclplaw.com

*Attorney for CitiMortgage, Inc.*

4

## LOCAL RULE 7.1(D)
## CERTIFICATION OF COMPLIANCE

I hereby certify this 20th day of July 2023 that the foregoing document has been prepared with Times New Roman font, 14 point, one of the font and point selections approved by the Court in L.R. 5.1, N.D. Ga.

Respectfully submitted,

*/s/ Kevin Arocha*
Kevin Arocha, Esq.
Georgia Bar No. 872410

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July 2023, a true and correct copy of the foregoing document was served on counsel for Plaintiff Nationstar Mortgage LLC by email to mft@tottenfirm.com and via U.S. Mail to the following address:

**Matthew F. Totten**
**2090 Dunwoody Club Dr.,**
**Suite 106-33**
**Atlanta, Georgia 30350**

Respectfully submitted,

*/s/ Kevin Arocha*
Kevin Arocha, Esq.
Georgia Bar No. 872410