IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | CASE NO. _____
| CITIMORTGAGE, INC. | ) ) ) |
| Defendant. | ) ) ) ) |

**DEFENDANT CITIMORTGAGE, INC.'S
CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant CitiMortgage, Inc. ("CitiMortgage"), by and through undersigned counsel, hereby submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

*(1)   The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10 percent or more of the stock of a party:*

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant CitiMortgage, Inc. discloses that its shares are owned by Citibank, N.A. (70%) and Citi Retail Services

1

LLC (30%); that Citi Retail Services LLC's shares are owned by Citicorp USA, Inc. (80%) and Citibank, N.A. (20%); that Citicorp USA, Inc. is a wholly-owned subsidiary of Citibank, N.A.; that Citibank, N.A. is a wholly-owned subsidiary of Citicorp LLC; that Citicorp LLC is a wholly-owned subsidiary of Citigroup, Inc.; that Citigroup, Inc. is a publically traded corporation; and that no publicly traded company holds more than 10% of Citigroup, Inc.'s stock.

The full and complete list of all parties in this action – including any parent corporation – is therefore as follows:

<u>Plaintiff</u>:

- Nationstar Mortgage, LLC [1]

<u>Defendant</u>:

- CitiMortgage, Inc.
- Citi Retail Services LLC
- Citicorp USA, Inc.
- Citibank, N.A.
- Citicorp LLC
- Citigroup, Inc.

---

[1] Upon information and belief, Defendant Nationstar Mortgage, LLC is directly and wholly owned by its two members, Nationstar Sub1 LLC and Nationstar Sub 2 LLC; Nationstar Sub1 LLC and Nationstar Sub 2 LLC are Delaware limited liability companies, which are both wholly owned by Nationstar Mortgage Holdings, Inc.; and Nationstar Mortgage Holdings is a foreign corporation incorporated and existing under the laws of the State of Delaware, with its principal place of business located in Texas.

2

(2) *The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations (including parent corporations) having either (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:*

- Citi Retail Services LLC
- Citicorp USA, Inc.
- Citibank, N.A.
- Citicorp LLC
- Citigroup, Inc.

(3) *The undersigned further certifies that the following is a full and complete list of all persons identified as attorneys in this proceeding:*

| For Plaintiff: | For Defendant: |
|---|---|
| • Matthew F. Totten, Esq. (Georgia Bar No. 798589) | • Kevin Arocha, Esq. (Georgia Bar No. 872410) |
| *Of The Totten Firm, LLC* | *Of Bryan Cave Leighton Paisner LLP* |

(4) *The undersigned certifies that the following is the citizenship of every individual or entity whose citizenship is attributed to Defendant CitiMortgage, Inc.:*

- CitiMortgage, Inc., is a foreign corporation incorporated and existing under the laws of the State of New York, with its principal place of business located in O'Fallon, Missouri.

- CitiMortgage, Inc., is therefore a citizen of New York and Missouri for purposes of diversity of citizenship jurisdiction.

Respectfully submitted this 20th day of July 2023.

*/s/ Kevin Arocha*
Kevin Arocha, Esq.
Georgia Bar No. 872410
**BRYAN CAVE LEIGHTON PAISNER LLP**
1201 W. Peachtree St. NW,
One Atlantic Center, 14th Floor
Atlanta, Georgia 30319
Tele: (404) 572-6737
E-Mail: kevin.arocha@bclplaw.com

*Attorney for CitiMortgage, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July 2023, a true and correct copy of the foregoing document was filed using the Court's electronic filing system and served on counsel for Plaintiff Nationstar Mortgage LLC by email to mft@tottenfirm.com and via U.S. Mail to the following address:

**Matthew F. Totten**
**2090 Dunwoody Club Dr.,**
**Suite 106-33**
**Atlanta, Georgia 30350**

Respectfully submitted,

*/s/ Kevin Arocha*
Kevin Arocha, Esq.
Georgia Bar No. 872410