# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SCARLET MOORE individually and as administrator of estate over DONNA HOWARD, <br><br> Plaintiff, <br><br> v. <br><br> JAMES DONALD BURRIS, PENSKE TRUCK LEASING CO., L.P., OLD REPUBLIC INSURANCE CO., JOHN DOE & XYZ CORPORATION, <br><br> Defendants. | CIVIL ACTION FILE NO.: |

## NOTICE OF REMOVAL

**TO:** Judges of the United States District Court
Northern District of Georgia, Atlanta Division

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendants Penske Truck Leasing Co., L.P., and Old Republic Insurance Co (hereinafter "these Defendants") hereby remove the civil action captioned *Scarlet Moore individually and as administrator of estate over Donna Howard v. James Donald Burris, Penske Truck Leasing Co., L.P., Old Republic Insurance Co., John Doe & XYZ Corporation,* Superior Court of Clayton County, Civil Action File No. 2023CV01832-14 from the Superior Court of Clayton County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.  Removal is based upon the following:

**Removal Based on Diversity Jurisdiction**

1. This Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1332 and this matter may be removed to this Court under 28 U.S.C. §§ 1441 and 1446.

**Description of the Action**

2. On June 6, 2023, Plaintiff filed a Complaint against these Defendants alleging negligence related to a motor vehicle accident that occurred on or about November 12, 2021, in Clayton County, Georgia. *See generally,* Plaintiff's Complaint, attached as Exhibit "A".

**Consent for Removal**

3. The procedure for removing a case to Federal Court is codified in 28 U.S.C. § 1446 and requires that "all defendants who have been properly joined and served" consent to the removal. 28 U.S.C. § 1446(b)(2)(A) (emphasis added); *Cook v. Randolph County, Ga.*, 573 F.3d 1143, 1150 (11th Cir. 2009); *Tri-Cities Newspaper, Inc. v. Tri-Cities Printing Pressmen and Assistants' Local 349*, 427 F.2d 325, 326-27 (5th Cir. 1970).

4. Defendants, as the only defendants properly joined and served, consent to the removal of this Action through undersigned counsel.

5. Defendants, which are the only defendants properly joined and served within the meaning of 28 U.S.C. § 1446, file the Notice of Removal of this Action.

## The Amount in Controversy Requirement

6. In diversity cases, 28 U.S.C. § 1332(a) requires that the matter in controversy exceed the sum or value of $75,000.

7. In Plaintiff's Complaint, they seek to recover damages for personal injury, general damages, and unspecified special damages. *See generally* Plaintiff's Complaint.

9. Prior to filing their Complaint, Plaintiff Scarlet Moore made a demand to the Defendants to settle her claims on March 22, 2023, for $275,000.00. *See* Excerpt from March 22, 2023, Demand Letter, attached as Exhibit "B".

10. Prior to filing their Complaint, Plaintiff Donna Howard made a demand to the Defendants to settle her claims on March 22, 2023, for $150,000.00. *See* Excerpt from March 22, 2023, Demand Letter, attached as Exhibit "B".

10. Thus, the amount in controversy has been established by a preponderance of the evidence pursuant to 28 U.S.C. § 1446(c)(2)(A)-(B) as shown by Plaintiff's Settlement Demand.

## The Diversity of Citizenship Requirement

11. For diversity jurisdiction under 28 U.S.C. § 1332(a)(1), the parties must be citizens of different states.

12. Plaintiff is a resident and citizen of the State of Georgia and is entirely diverse from these Defendants. *See* Complaint, ¶¶ 1-3. According to the police

report, Plaintiff is a resident of Moreland, Georgia. *See* Motor Vehicle Crash Report, attached as Exhibit "C". These Defendants have no information indicating Plaintiff is a citizens of any state other than Georgia.

13. Defendant Penske Truck Leasing Co., L.P. is a foreign corporation existing under the laws of State of Pennsylvania and is, therefore, a citizen of Pennsylvania. Plaintiff's Complaint ¶ 2; Defendants' Answer ¶ 2. Defendant Penske Truck Leasing Co., L.P. is entirely diverse from Plaintiff.

14. Defendant Old Republic Insurance Company is a foreign corporation with its state of incorporation and principal place of business being the State of Pennsylvania and is, therefore, a citizen of Pennsylvania. Plaintiff's Complaint ¶ 3; Defendants' Answer ¶ 3. Defendant Old Republic Insurance Company is entirely diverse from Plaintiff.

15. Defendant James Donald Burris is a resident of the State of Florida. *See* Complaint, ¶ 1. James Donald Burris is entirely diverse from Plaintiff.

## Compliance with Deadline for Removal

16. Pursuant to 28 U.S.C. §1446(b)(2)(B), "Each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons described in paragraph (1) to file the notice of removal."

17. Defendant Penske Truck Leasing Co., L.P. was served on June 20, 2023. *See* Affidavit of Service (Penske).

18. Defendant Old Republic Insurance Company was served on June 20, 2023. *See* Affidavit of Service (Old Republic).

19. Upon information and belief, Defendant James Donald Burris was served on July 12, 2023.

19. Defendants have initiated removal within 30 days of receipt by or service on that defendant of the initial pleading or summons. Based on 28 U.S.C. §1446(b)(2)(B) this Notice of Removal is timely filed.

## The State Court Proceeding

20. The state court proceeding is identified as follows: *Scarlet Moore individually and as administrator of estate over Donna Howard v. James Donald Burris, Penske Truck Leasing Co., L.P., Old Republic Insurance Co., John Doe & XYZ Corporation,* Superior Court of Clayton County, Civil Action File No. 2023CV01832-14. A Notice of this Removal will be filed with the Superior Court of Clayton County upon filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

## All State-Court Documents

22. Pursuant to 28 U.S.C. § 1446(a), the following state-court filings are attached hereto: Plaintiff's Complaint (Exhibit "A"); Summons to Defendant Penske Truck Leasing Co., L.P. (Exhibit "D"); Summons to Defendant Old Republic Insurance Company (Exhibit "E"); Summons to Defendant James Donald Burris

(Exhibit "F"); Summons to Defendant XYZ Corporation (Exhibit "G"); Summons to Defendant John Doe (Exhibit "H"); Affidavit of Service of Process on Defendant Penske Truck Leasing Co., L.P. (Exhibit "I"); Affidavit of Service of Process on Defendant Old Republic Insurance Company (Exhibit "J"); Defendants' Answer to Plaintiff's Complaint (Exhibit "K"); Written discovery requests served by Plaintiff and Defendants have not been attached for the sake of brevity.

**WHEREFORE**, Defendants exercise their right under the provisions of 28 U.S.C. § 1441, *et seq.* to remove this action from the Superior Court of Clayton County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 20th day of July, 2023.

        **NALL & MILLER, LLP**

        By:   **/s/ Michael D. Hostetter**
               **MICHAEL D. HOSTETTER**
               Georgia Bar No. 368420
               **SARA D. E. KELLY**
               Georgia Bar No. 357586

        *Attorneys for Defendants*

235 Peachtree Street NE,
North Tower, Suite 1500
Atlanta, Georgia 30303
Telephone: 404-522-2200
Facsimile:  404-522-2208
mhostetter@nallmiller.com
skelly@nallmiller.com

**<u>CERTIFICATE OF COMPLIANCE WITH N.D. GA. LOCAL RULE 5.1B</u>**

This is to certify that this pleading was created in Times New Roman 14-point font in accordance with Northern District of Georgia Local Rule 5.1B.

This 20th day of July, 2023.

        **NALL & MILLER, LLP**

      By: **/s/ Michael D. Hostetter**
        **MICHAEL D. HOSTETTER**
        Georgia Bar No. 368420
        **SARA D. E. KELLY**
        Georgia Bar No. 357586

      *Attorneys for Defendants*

235 Peachtree Street NE,
North Tower, Suite 1500
Atlanta, Georgia 30303
Telephone: 404-522-2200
Facsimile:  404-522-2208
mhostetter@nallmiller.com
skelly@nallmiller.com

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **NOTICE OF REMOVAL (Federal)** with the Clerk of Court in this matter and served a true copy of same by First Class U.S. Mail, proper postage prepaid, to counsel of record listed below.

>Johnny G. Phillips
>Christopher N. Reilly
>LAW OFFICE OF JOHNNY PHILLIPS, PC
>12 Jackson Street
>Newnan, Georgia 30263
>Telephone: 404-487-0184
>Fax: 404-439-1190
>Email: johnny@johnnyphillipslaw.com

This 20th day of July, 2023.

>**NALL & MILLER, LLP**
>
>By:  **/s/ Michael D. Hostetter**
>**MICHAEL D. HOSTETTER**
>Georgia Bar No. 368420
>**SARA D. E. KELLY**
>Georgia Bar No. 357586
>
>*Attorneys for Defendants*

235 Peachtree Street NE,
North Tower, Suite 1500
Atlanta, Georgia 30303
Telephone: 404-522-2200
Facsimile:  404-522-2208
mhostetter@nallmiller.com
skelly@nallmiller.com