# EXHIBIT B

3379 Peachtree Road, N.E.  
Suite 555  
Atlanta, Georgia 30326



**LAW OFFICE OF**  
**JOHNNY PHILLIPS, P.C.**

Main Office  
12 Jackson Street  
Newnan, Georgia 30263

Phone: 404-487-0184  
Fax: 404-439-1190

March 22, 2023

**VIA CERTIFIED MAIL**  
Old Republic Insurance Company  
P.O. Box 563  
Reading, PA 19603

        RE: Client Name: Scarlet Moore and Donna Howard  
           Claim No.: 4823002221  
           Incident Date: 11/12/2021  
           Your Insured: Donald James, Penske LLC

### I. INADMISSIBILITY OF OFFER OF COMPROMISE

   Pursuant to O.C.G.A. §24-3-37, statements made with a view toward compromise are inadmissible at trial. This Georgia law was enacted to encourage the settlement of controversies by permitting parties to discuss their cases candidly with the assurance that admissions and proposals for compromise made in the course of their good-faith settlement negotiations may not be used against them in any subsequent lawsuit. Benn v. McBride, 140 Ga. App. 698 (1976). This entire letter and all of the attachments are submitted with a view toward compromise of this claim. If you do not agree that everything that follows is inadmissible during the litigation of this matter, please stop reading and immediately destroy this letter and its attachments and immediately notify us of your refusal to review our attempt to compromise this claim.

### II. LIABILITY AND DESCRIPTION OF INCIDENT

   On November 12, 2021, our clients, Scarlet Moore and Donna Howard, were traveling eastbound on I-285. At the same point in time, Defendant Donald James failed to maintain his lane striking the front end of our client's vehicle.

   In short, this a clear liability incident, in which Defendant Donald James, is at fault for the collision as he **improperly changed lanes without regard to the safety of others in violation of O.C.G.A. § 40-6-48; failed to exercise due care in violation of O.C.G.A. § 40-6-241 and failed to maintain a proper lookout**.

### III. LEGAL DAMAGES- SCARLET MOORE

   Ms. Scarlet Moore sought treatment at Grady Health System. The attending ER physician performed a thorough examination and patient history assessing that client suffered **cervicalgia,**

5

**thoracic pain, and lumbago.** The attending ER physician prescribed medications, x-rays and to follow up if pain persisted.

As a result of Donald James negligence, Ms. Scarlet Moore has suffered injuries and has incurred past medical expenses totaling **$53,082.94** itemized as follows:

| Provider: | Dates of Service: | Amount: |
|---|---|---|
| 1. Clayton Country Fire & Emergency | 11/12/2021 | $1,830.00 |
| 2. Grady Health System | 11/12/2021 | $36,726.56 |
| 3. GA Spine & Ortho | 12/10/2021-2/2/2023 | $4,737.13 |
| 4. Elite Radiology of GA | 1/19/2022 | $5,850.00 |
| 5. Drayer Physical Therapy | 4/15/2022-5/26/2022 | $3,939.25 |

### IV.   SETTLEMENT PROPOSAL

Based upon the negligence of Donald James, and the nature and extent of Ms. Scarlet Moore's injuries, and due to the effect, this wreck and injuries have tolled upon them, our clients have authorized a settlement of this claim for $275,000.00 as a full and final resolution of this matter.

### V.   LEGAL DAMAGES- DONNA HOWARD

Ms. Donna Howard sought treatment at Grady Health System. The attending ER physician performed a thorough examination and patient history assessing that client suffered **lower back pain.** The attending ER physician prescribed medications, x-rays and to follow up if pain persisted.

As a result of Donald James negligence, Ms. Donna Howard has suffered injuries and has incurred past medical expenses totaling **$31,365.56** itemized as follows:

| Provider: | Dates of Service: | Amount: |
|---|---|---|
| 1. Clayton EMS | 11/12/2021 | $1,340.00 |
| 2. Grady Health System | 1/12/2021 | $30,025.56 |

### VI.   SETTLEMENT PROPOSAL

Based upon the negligence of Donald James, and the nature and extent of Ms. Donna Howard's injuries, and due to the effect, this wreck and injuries have tolled upon them, our clients have authorized a settlement of this claim for $150,000.00 as a full and final resolution of this matter.

6

We have supplied you with information to evaluate this demand. This letter related to settlement discussions, and nothing contained herein shall be deemed admissible.

Sincerely,

**/s/ Johnny G. Phillips**

Johnny G. Phillips, Esq.

JGP:mars

7