# EXHIBIT C

# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC No. | County | Date Rec. by DOT |
|---|---|---|---|
| 21064037 | 0310100 | CLAYTON | 11/13/2021 |

| Estimated Crash Date | Time | Dispatch Date | Time | Arrival Date | Time | Vehicles | Injuries | Fatalities | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| 11/12/2021 | 15:41 | 11/12/2021 | 15:43 | 11/12/2021 | 15:49 | 4 | 2 | 0 | Unincorporated |

**Road of Occurence:** I 285 East OR RP
**At Its Intersection With:** SR 139 East TO I285 OR
**Not At Its Intersection But:** ☐ Miles ☐ North ☐ East  ☐ Feet ☐ South ☐ West **Of:**
**Latitude (Y):** 33.617201
**Longitude (X):** -84.436524

☐ Suppl. To Original?
☐ Private Property?
☐ Hit And Run?

---

**Unit # 1** — ✓ Driver ☐ Ped ☐ Bike — ✓ Susp At Fault
- LAST NAME: MOORE
- FIRST: SCARLET
- MIDDLE:
- Address: 279 BEXTON RD
- City: MORELAND (COWETA)    State: GA    Zip: 30259    DOB: 2/26/1986
- Driver's License No: 052409500    Class: CLASS C    State: GA    Country: USA
- Insurance Co.: GEICO    Policy No.: 6042433984    Telephone No.: 6785523462
- Year: 2016    Make: TOYOTA    Model: COROLLA
- VIN: 5YFBURHE7GP547705    Vehicle Color: Black
- Tag #: REJ0476    State: GA    County: COWETA    Year: 2022
- Trailer Tag #:    State:    County:    Year:
- ✓ Same as Driver    Owner's Last Name: MOORE    First: SCARLET    Middle:
- Address: 279 BEXTON RD
- City: MORELAND (COWETA)    State: GA    Zip: 30259
- Removed By: NEW IMAGE TOWING    ✓ Request    ✓ List
- Alcohol Test: No    Type:    Results:    Drug Test: No    Type:    Results:
- First Harmful Event: Motor Vehicle In Motion
- Most Harmful Event: Motor Vehicle In Motion
- Operator/Ped Cond: Not Drinking
- Operator Factors: Changed Lanes Improperly
- Vehicle Factors: No Contributing Factors
- Roadway Factors: Traffic Congestion
- Direction of Travel: East
- Vehicle Maneuver: Changing Lanes
- Non-Motor Maneuver:
- Vehicle Class: Privately Owned
- Vehicle Type: Passenger Car
- Vision Obscured: Not Obscured
- Number of Occupants: 2
- Area of Initial Contact: Right Side-Near Rear
- Damage to Vehicle: Disabling Damage
- Traffic Way Flow: Two-Way Trafficway with a physical separation
- Road Composition: Black Top
- Road Character: Straight and Level
- Number of Lanes: 8    Posted Speed: 65    Work Zone: Unknown Type
- Traffic Control: Lanes    Device Inoperative: ☐ Yes ✓ No
- Citation Information:
  - Citation # IMPROPER/ERRATIC LANE    O.C.G.A. § 40-6-48
  - Citation #    O.C.G.A. §
  - Citation #    O.C.G.A. §

**Unit # 2** — ✓ Driver ☐ Ped ☐ Bike — ☐ Susp At Fault
- LAST NAME: JAMES
- FIRST: DONALD
- MIDDLE:
- Address: 2030 NW 29TH CT
- City: OCALA    State: FL    Zip: 34475    DOB: 8/19/1946
- Driver's License No: B620444462990    Class: CLASS A    State: FL    Country: USA
- Insurance Co.: OLD REPUBLIC INSURANCE    Policy No.: MWTB311325    Telephone No.: 3525725991
- Year: 2016    Make: FREIGHTLINER    Model: CASCADE
- VIN: 1FUJGLD51GLGS3946    Vehicle Color: White
- Tag #: 3174068    State: IN    County:    Year: 2022
- Trailer Tag #:    State:    County:    Year:
- ☐ Same as Driver    Owner's Last Name: LLC    First: PENSKE    Middle:
- Address: 2675 MORGANTOWN RD
- City: READING    State: PA    Zip: 19607
- Removed By:    ☐ Request ☐ List
- Alcohol Test: No    Type:    Results:    Drug Test: No    Type:    Results:
- First Harmful Event: Motor Vehicle In Motion
- Most Harmful Event: Motor Vehicle In Motion
- Operator/Ped Cond: Not Drinking
- Operator Factors: No Contributing Factors
- Vehicle Factors: No Contributing Factors
- Roadway Factors: Traffic Congestion
- Direction of Travel: East
- Vehicle Maneuver: Straight
- Non-Motor Maneuver:
- Vehicle Class: Commercial Motor Vehicle (CMV)
- Vehicle Type: Tractor/Trailer
- Vision Obscured: Not Obscured
- Number of Occupants: 1
- Area of Initial Contact: Left Side-Far Front
- Damage to Vehicle: Functional Damage
- Traffic Way Flow: Two-Way Trafficway with a physical separation
- Road Composition: Black Top
- Road Character: Straight and Level
- Number of Lanes: 8    Posted Speed: 65    Work Zone: None
- Traffic Control: Lanes    Device Inoperative: ☐ Yes ✓ No
- Citation Information:
  - Citation #    O.C.G.A. §
  - Citation #    O.C.G.A. §
  - Citation #    O.C.G.A. §

---

## COMMERCIAL MOTOR VEHICLES ONLY

**Unit 1:**
- Carrier Name:
- Address:    City:    State:    Zip:
- U.S. D.O.T. #:    No. of Axles:    G.V.W.R:
- Cargo Body Type:    Vehicle Config.: ☐ Interstate ☐ Intrastate    Fed. Reportable: ☐ Yes ☐ No
- C.D.L.?: ☐ Yes ☐ No    C.D.L. Suspended?: ☐ Yes ☐ No
- Vehicle Placarded?: ☐ Yes ☐ No    Hazardous Materials?: ☐ Yes ☐ No
- Hazmat Released?: ☐ Yes ☐ No
- If YES: Name or 4 Digit Number from Diamond or Box:
- One Digit Number from Bottom of Diamond:
- ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

**Unit 2:**
- Carrier Name: PENSKE CORPORTAIONS
- Address: 2675 MORGANTOWN RD    City: READING    State: Pennsylvania    Zip: 19607
- U.S. D.O.T. #: 268015    No. of Axles: 6    G.V.W.R: 26001 or Greater
- Cargo Body Type: Van Enclosed-Box    Vehicle Config.: Tractor Trailer    ☐ Interstate ✓ Intrastate    Fed. Reportable: ☐ Yes ✓ No
- C.D.L.?: ✓ Yes ☐ No    C.D.L. Suspended?: ☐ Yes ✓ No
- Vehicle Placarded?: ☐ Yes ✓ No    Hazardous Materials?: ☐ Yes ☐ No
- Hazmat Released?: ☐ Yes ✓ No
- If YES: Name or 4 Digit Number from Diamond or Box:
- One Digit Number from Bottom of Diamond:
- ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

| | Unit # 3 | ☑ Driver<br>☐ Ped<br>☐ Bike<br>☐ Susp At Fault | LAST NAME<br>JACKSON | FIRST<br>JEREMY | MIDDLE | Unit # 4 | ☑ Driver<br>☐ Ped<br>☐ Bike<br>☐ Susp At Fault | LAST NAME<br>WRIGHT | FIRST<br>ANTHONY | MIDDLE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Address 1501 CHASE VILLAGE DR APT 1507 | | | | | Address 108 CARRIAGE TRCE | | |

| City | State | Zip | DOB | City | State | Zip | DOB |
|---|---|---|---|---|---|---|---|
| JONESBORO (CLAYTON) | GA | 30236 | 12/16/1992 | GRIFFIN (SPALDING) | GA | 30224 | 4/4/1982 |

| Driver's License No | Class | State | Country | Driver's License No | Class | State | Country |
|---|---|---|---|---|---|---|---|
| 055650463 | CLASS C | GA | USA | 062189448 | CLASS A | GA | USA |

| Insurance Co. | Policy No. | Telephone No. | Insurance Co. | Policy No. | Telephone No. |
|---|---|---|---|---|---|
| GEICO | 6081569300 | 4705609051 | BERKLEY NATIONAL INSURANCE | QHIE426010065200 | 6782259711 |

| Year | Make | Model | Year | Make | Model |
|---|---|---|---|---|---|
| 1999 | ACURA | 3.2 TL | 2013 | VOLVO | VN |

| VIN | Vehicle Color | VIN | Vehicle Color |
|---|---|---|---|
| 19UUA5650XA024772 | Green | 4V4NC9EH4DN141683 | White |

| Tag # | State | County | Year | Tag # | State | County | Year |
|---|---|---|---|---|---|---|---|
| YAR810 | GA | CLAYTON | 2022 | C1720C | GA | DEKALB | 2022 |

| Trailer Tag # | State | County | Year | Trailer Tag # | State | County | Year |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ☐ Same as Driver | Owner's Last Name<br>SHEPHERD | First<br>JQUANDA | Middle | ☐ Same as Driver | Owner's Last Name<br>LLC | First<br>JEFFEREY | Middle |
|---|---|---|---|---|---|---|---|

| Address | Address |
|---|---|
| 9748 DIXON INDUSTRIAL BLVD | 1642 WHISPERWOOD TRL |

| City | State | Zip | City | State | Zip |
|---|---|---|---|---|---|
| JONESBORO (CLAYTON) | GA | 30236 | STONE MOUNTAIN (DEKALB) | GA | 30088 |

| Removed By: | ☐ Request | ☐ List | Removed By: | ☐ Request | ☐ List |
|---|---|---|---|---|---|

| Alcohol Test: No | Type: | Results: | Drug Test: No | Type: | Results: | Alcohol Test: No | Type: | Results: | Drug Test: No | Type: | Results: |
|---|---|---|---|---|---|---|---|---|---|---|---|

| First Harmful Event: Motor Vehicle In Motion | Most Harmful Event: Motor Vehicle In Motion | Operator/Ped Cond: Not Drinking | First Harmful Event: Motor Vehicle In Motion | Most Harmful Event: Motor Vehicle In Motion | Operator/Ped Cond: Not Drinking |
|---|---|---|---|---|---|

| Operator Factors: No Contributing Factors | Operator Factors: No Contributing Factors |
|---|---|
| Vehicle Factors: No Contributing Factors    Roadway Factors: Traffic Congestion | Vehicle Factors: No Contributing Factors    Roadway Factors: No Contributing Factors |

| Direction of Travel: East | Vehicle Maneuver: Straight | Non-Motor Maneuver: | Direction of Travel: East | Vehicle Maneuver: Straight | Non-Motor Maneuver: |
|---|---|---|---|---|---|

| Vehicle Class: Privately Owned | Vehicle Type: Passenger Car | Vision Obscured: Not Obscured | Vehicle Class: Commercial Motor Vehicle (CMV) | Vehicle Type: Tractor/Trailer | Vision Obscured: Not Obscured |
|---|---|---|---|---|---|

| Number of Occupants: 1 | Area of Initial Contact: Right Side-Center | Damage to Vehicle: Functional Damage | Number of Occupants: 1 | Area of Initial Contact: Rear End | Damage to Vehicle: Functional Damage |
|---|---|---|---|---|---|

| Traffic Way Flow: Two-Way Trafficway with a physical separation | Road Composition: Black Top | Road Character: Straight and Level | Traffic Way Flow: Two-Way Trafficway with a physical barrier | Road Composition: Black Top | Road Character: Straight and Level |
|---|---|---|---|---|---|

| Number of Lanes: 8 | Posted Speed: 65 | Work Zone: None | Number of Lanes: 8 | Posted Speed: 65 | Work Zone: None |
|---|---|---|---|---|---|

| Traffic Control: Lanes | Device Inoperative: ☐ Yes ☑ No | Traffic Control: Lanes | Device Inoperative: ☐ Yes ☑ No |
|---|---|---|---|

| Citation Information: | Citation Information: |
|---|---|
| Citation #     O.C.G.A. § | Citation #     O.C.G.A. § |
| Citation #     O.C.G.A. § | Citation #     O.C.G.A. § |
| Citation #     O.C.G.A. § | Citation #     O.C.G.A. § |

**COMMERCIAL MOTOR VEHICLES ONLY**

| Carrier Name | Carrier Name JEFFEREY ASHLEY LLC |
|---|---|

| Address | City | State | Zip | Address 1642 WHISPERWOOD TRL | City Stone Mountain (DEKALB) | State Georgia | Zip 30088 |
|---|---|---|---|---|---|---|---|

| U.S. D.O.T. # | No. of Axles | G.V.W.R. | U.S. D.O.T. # 02305785 | No. of Axles 6 | G.V.W.R. 10001 To 26000 |
|---|---|---|---|---|---|

| Cargo Body Type | Vehicle Config. | ☐ Interstate<br>☐ Intrastate | Fed. Reportable<br>☐ Yes ☐ No | Cargo Body Type Van Enclosed-Box | Vehicle Config. Tractor Trailer | ☑ Interstate<br>☐ Intrastate | Fed. Reportable<br>☐ Yes ☑ No |
|---|---|---|---|---|---|---|---|

| C.D.L. ? | ☐ Yes ☐ No | C.D.L. Suspended? ☐ Yes ☐ No | C.D.L. ? | ☑ Yes ☐ No | C.D.L. Suspended? ☐ Yes ☑ No |
|---|---|---|---|---|---|
| Vehicle Placarded? | ☐ Yes ☐ No | Hazardous Materials? ☐ Yes ☐ No | Vehicle Placarded? | ☐ Yes ☐ No | Hazardous Materials? ☐ Yes ☐ No |
| Hazmat Released? | ☐ Yes ☐ No | | Hazmat Released? | ☐ Yes ☐ No | |

If YES: Name or 4 Digit Number from Diamond or Box:
   One Digit Number from Bottom of Diamond:

| ☐ Ran Off Road | ☐ Down Hill Runaway | ☐ Cargo Loss or Shift | ☐ Separation of Units | ☐ Ran Off Road | ☐ Down Hill Runaway | ☐ Cargo Loss or Shift | ☐ Separation of Units |
|---|---|---|---|---|---|---|---|

GDOT-523 (07/17)

88

| COLLISION FIELDS | | | | |
|---|---|---|---|---|
| **Manner of Collision:** Angle | **Location at Area of Impact:** On Roadway - Non-Intersection | **Weather:** Clear | **Surface Condition:** Dry | **Light Condition:** Daylight |

### NARRATIVE

On November 12, 2021, I was dispatched to the incident location in reference to an accident with injuries and possible person pinned. Upon arrival I notice vehicle one was flipped on its roof, so I ran to ensure that no one was in the vehicle when I noticed that there were two females in the vehicle. Myself and Ofc. Jackson were able to secure the passenger out of the vehicle but we were unable to get Driver 1 out of the vehicle. Upon Med Unit 1's arrival they were able to secure Driver 1 out of the vehicle. Driver 1 and her passenger were both transported to Grady Memorial Hospital for their injuries.

Upon speaking with Driver 2 who advised that he was traveling eastbound when vehicle 1 hit the front driver side of his cab causing functional damage. Driver 2 did not complain of any injuries.

Driver 3 advised that he was traveling eastbound when he began to come to a stop due to traffic congestion.

### DIAGRAM

[Diagram showing vehicles V1, V2, V3, V4 with points of impact P.O.I.1, P.O.I.2, P.O.I.3 on I-285E. Not To Scale]

### PROPERTY DAMAGE INFORMATION

**Damage Other Than Vehicle:**    **Owner:**

### WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|

## OCCUPANT INFORMATION

**1.**
- Name (Last, First): MOORE, SCARLET
- Address: 279 BEXTON RD MORELAND (COWETA), GA 30259
- Age: 35
- Sex: Female
- Unit #: 1
- Position: Front Seat-Left Side
- Safety Eq: Lap and Shoulder Belt Used
- Ejected: Not Ejected
- Extricated: Yes
- Air Bag: Deployed Air Bag
- Injury: Suspected Serious
- Taken for Treatment: Yes
- Injured Taken To: Grady Memorial Hosptial
- By: CCFES Med unit
- EMS Notified Time:
- EMS Arrival Time:
- Hospital Arrival Time:

**2.**
- Name (Last, First): HOWARD, DONNA
- Address: 1125 BEXTON RD MORELAND (COWETA), GA 30259
- Age: 64
- Sex: Female
- Unit #: 1
- Position: Front Seat-Right Side
- Safety Eq: Lap and Shoulder Belt Used
- Ejected: Not Ejected
- Extricated: Yes
- Air Bag: Deployed Air Bag
- Injury: Suspected Serious
- Taken for Treatment: Yes

**3.**
- Name (Last, First): JAMES, DONALD
- Address: 2030 NW 29TH CT OCALA, FL 34475
- Age: 75
- Sex: Male
- Unit #: 2
- Position: Front Seat-Left Side
- Safety Eq: Lap and Shoulder Belt Used
- Ejected: Not Ejected
- Extricated: No
- Air Bag: Non-Deployed Air
- Injury: No Apparent Injury
- Taken for Treatment: No

**4.**
- Name (Last, First): JACKSON, JEREMY
- Address: 1501 CHASE VILLAGE DR APT 1507 JONESBORO (CLAYTON), GA 30236
- Age: 28
- Sex: Male
- Unit #: 3
- Position: Front Seat-Left Side
- Safety Eq: Lap and Shoulder Belt Used
- Ejected: Not Ejected
- Extricated: No
- Air Bag: Non-Deployed Air
- Injury: No Apparent Injury
- Taken for Treatment: No

**5.**
- Name (Last, First): WRIGHT, ANTHONY
- Address: 108 CARRIAGE TRCE GRIFFIN (SPALDING), GA 30224
- Age: 39
- Sex: Male
- Unit #: 4
- Position: Front Seat-Left Side
- Safety Eq: Lap and Shoulder Belt Used
- Ejected: Not Ejected
- Extricated: No
- Air Bag: Non-Deployed Air
- Injury: No Apparent Injury
- Taken for Treatment: No

## ADMINISTRATIVE

Photos Taken: ☐ Yes ☑ No   By:

*Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963.*

| Report By: | Agency: | Report Date: | Checked By: | Date Checked: |
|---|---|---|---|---|
| BROWN, PTL. D. (28035) | Clayton Co Police Department | 11/13/2021 21:39 | Biggers, Sgt. W. | 11/24/2021 |

GDOT-523 (07/17)   |Printed: 11/24/2021 | 8308255|   MAIL TO: Georgia Department of Transportation, CRASH REPORTING UNIT, 935 East Confederate Ave., Atlanta, GA 30316-2590

90