# EXHIBIT H

# SUPERIOR COURT OF CLAYTON COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  <u>2023CV01832-14</u>

Moore, Scarlet
Howard, Donna , AKA SCARLET MOORE
individually and as adminstrator of estate over
DONNA HOWARD

_____

**PLAINTIFF**

**VS.**

Penske Truck Leasing CO., L.P.
Old Republic Insurance Co.
XYZ Corporation
Donald Buriss, James
Doe, John

_____

**DEFENDANTS**

**SUMMONS**

TO: DOE, JOHN

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

>  **Johnny Phillips**
>  **Law Office of Johnny Phillips**
>  **12 Jackson ST**
>  **NEWNAN, Georgia 30263**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 6th day of June, 2023.**

Clerk of Superior Court

_____
Chanae Clemons, Clerk
Clayton County, Georgia

Page 1 of 1