# EXHIBIT J

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
CLAYTON COUNTY, GEORGIA

**2023CV01832-14**
Jewel Scott
JUN 21, 2023 09:27 AM

Chanae Clemons, Clerk
Clayton County, Georgia

IN THE SUPERIOR COURT OF CLAYTON COUNTY
STATE OF GEORGIA

SCARLET MOORE INDIVIDUALLY AND AS ADMINISTRATOR
OF ESTATE OVER DONNA HOWARD
Plaintiff,

VS.

CIVIL ACTION FILE NO. 2023CV01832-14

JAMES DONALD BURRIS, PENSKE TRUCK LEASING CO., L.P.,
OLD REPUBLIC INSURANCE CO., JOHN DOE & XYZ
CORPORATION
Defendants.

## AFFIDAVIT OF SERVICE UPON OLD REPUBLIC INSURANCE CO.

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of FRANK L. SWINDLE - PROCESS SERVER, who after first being duly sworn, and states:

1. My name is FRANK L. SWINDLE - PROCESS SERVER, and I am competent in all respects to testify regarding the matter set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of the above action and I am not related to any of the parties.

2. I am a resident of the State of Georgia and a citizen of the United States of America and am over age twenty-one (21). I have been appointed as Process Server in the SUPERIOR COURT OF CLAYTON COUNTY and I have been assigned in the above-styled case to perfect service of process of the pending Summons and Complaint upon OLD REPUBLIC INSURANCE CO.

3. On Jun 20, 2023 at approx. 9:34 am at the 2 SUN CT SUITE 400, PEACHTREE CORNERS, GA 30092 address, I served the pending SUMMONS AND COMPLAINT FOR DAMAGES (JURY TRIAL REQUESTED), GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM, PLAINTIFFS'S FIRST INTERROGATORIES TO OLD REPUBLIC INSURANCE CO., PLAINTIFFS'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO OLD REPUBLIC INSURANCE CO., PLAINTIFFS'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT OLD REPUBLIC INSURANCE CO. upon OLD REPUBLIC INSURANCE CO., by leaving said service documents with Alicia Smith, an Employee at Thompson/O'Brian, who is a designated representative of THE PRENTICE-HALL CORPORATION SYSTEM, the Registered Agent for OLD REPUBLIC INSURANCE CO., and who is authorized to accept service of process on behalf of OLD REPUBLIC INSURANCE CO.

This 20th of June, 2023.

FRANK L. SWINDLE - PROCESS SERVER

Sworn to and subscribe before me
This 20th of June, 2023

Notary Public,
My commission expires on ___OCT. 22, 2026___