# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| On behalf of himself and all ) | |
| Others similarly situated, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| VGW MALTA LTD. and ) | |
| VGW LUCKYLAND, INC. ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF MICHAEL THUNDER

I, Michael Thunder, declare and state as follows:

1.  I am the General Counsel and Company Secretary of VGW Holdings Ltd. ("VGW"). I am over 18 years of age and am competent to make this declaration. I make this declaration based on personal knowledge, the books and records of VGW, and information reported to me in the ordinary course of business by individuals with a business duty to accurately report that information.

2.  VGW is a foreign company incorporated and headquartered in Australia. VGW subsidiaries located in a variety of jurisdictions, including VGW Luckyland, Inc. ("VGW Luckyland") and VGW Malta Ltd. ("VGW Malta"), specialize in the development and publication of casino-themed social games for

1

play on mobile apps and traditional internet browsers. VGW, VGW Luckyland, and VGW Malta are collectively referred to as the "VGW Group."

3. VGW Luckyland is a Delaware company with its principal place of business in Delaware. VGW Luckyland operates the *Luckyland Slots* games.

4. VGW Malta is a Maltese company headquartered in Malta. VGW Malta operates the *Chumba Casino* games.

5. VGW Malta has yet to be served with the summons and complaint in this action, which I understand was filed in the Superior Court of Fulton County, Georgia on or about June 13, 2023.

6. VGW Group maintains electronic financial reporting systems that contain the total amount of purchases by users of VGW Group casino-themed social games, which are maintained in the ordinary course of business and the purchase data is captured at or near the time the purchases are made.

7. I have reviewed information pulled from the relevant financial reporting systems.

8. According to this information, the total amount of purchases by Georgia users of VGW Group casino-themed social games from June 13, 2019, to June 13, 2023, exceeds $5,000,000.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 20th day of July 2023, at Perth WA, Australia.

DocuSigned by:

*Michael Thunder*

F70F4B75834B464...

MICHAEL THUNDER