IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| YOLANDA DIAZ, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | [Removed from |
| | ) | The Superior Court of |
| JAMES HARDY and WAL-MART | ) | Henry County; |
| STORES EAST, LP, d/b/a | ) | Civil Action File No. |
| WALMART | ) |  SUCV2023001473] |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF REMOVAL</u>**

Defendants JAMES HARDY and WAL-MART STORES EAST, LP, by and through counsel, within the time prescribed by law, and without waiving any defenses, file this Notice of Removal, respectfully showing this Honorable Court, as follows:

**1.**

Plaintiff Yolanda Diaz filed a negligence suit against Defendants Wal-Mart Stores East, LP d/b/a Walmart and James Hardy in the Superior Court of Henry County, Georgia styled as above and numbered as Civil Action File No.

1

SUCV2023001473 on May 31, 2023. Henry County is in the Atlanta Division of this Court. 28 U.S.C. § 90 (a)(2).

**2.**

Plaintiff first filed suit in the Superior Court of Henry County, Georgia, on November 29, 2022– hereinafter referred to as the "Initial Suit". Plaintiff named Wal-Mart Stores East, LP d/b/a Walmart as the sole Defendant and pled special damages of at least $102,580.77 in the Initial Suit. (See Complaint at ¶ 15, attached hereto as pp. 3-10 of Exhibit "A.") On January 13, 2023, Defendant Wal-Mart Stores East, LP filed a timely Notice of Removal of the Initial Suit to the United States District Court Northern District of Georgia – Atlanta Division. That action was assigned to Honorable Steve C. Jones and assigned Case No. 1:23-cv-00192-SCJ. On April 27, 2023, plaintiff voluntarily dismissed the removed Initial Suit without prejudice. On May 31, 2023, plaintiff filed a renewal suit in the Superior Court of Henry County, Georgia naming Wal-Mart Stores East, LP d/b/a Walmart and James Hardy as defendants. (Ex. A, Compl.)  On June 20, 2023, a Sheriff's Entry of Service was filed indicating the party to be served as James Hardy and method of service was by leaving a copy of the action and summons with a "George Bilonts" on June 13, 2023. (See Sheriff's Entry of Service, attached hereto as p. 12 of Exhibit "A.") Accordingly, Defendant James Hardy has not been

served with suit papers in the renewal action to date. Defendant Wal-Mart Stores East, LP was served with the renewal suit on July 12, 2023. (See Service of Process Notification, attached hereto as Exhibit "C.") No affidavit of service upon Wal-Mart Stores East, LP has been filed in the renewal action to date.  Defendants Wal-Mart Stores East, LP and James Hardy file this Notice of Removal within thirty (30) days of their first receipt of the file-stamped renewal Summons and Complaint in Henry County Superior Court.

**3.**

Upon information and belief, Plaintiff is a citizen of the State of Georgia. (Ex. A, Compl., p. 4 ¶ 15)

**4.**

Defendant Wal-Mart Stores East, LP is a Delaware limited partnership, of which WSE Management, LLC is the sole general partner and WSE Investment, LLC is the sole limited partner. Both WSE Management, LLC and WSE Investment, LLC are Delaware limited liability companies with principal places of business in Arkansas.  The sole member of both WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC.  Wal-Mart Stores East, LLC is an Arkansas limited liability company with its principal place of business in Arkansas. The sole member of Wal-Mart Stores East, LLC is Walmart

Inc. Walmart Inc. is a Delaware corporation with its principal place of business in Bentonville, Arkansas. As such, Wal-Mart Stores East, LP and none of its partners are or were citizens of the State of Georgia at the time of, or immediately prior to, the filing and service of this lawsuit, or at any time thereafter.

**5.**

Plaintiff's renewal Complaint also names Defendant James Hardy, who is alleged to be a resident of Georgia, and is further alleged to have been employed by Wal-Mart Stores East, LP at its store located in Stockbridge, Georgia.

**6.**

The citizenship of James Hardy should be disregarded for purposes of determining jurisdiction under 28 U.S.C. § 1441 because Plaintiff has no possibility of recovery against him and, therefore, he has been fraudulently joined solely for the purpose of defeating federal diversity jurisdiction. See, e.g., Illinois Cent R.R. v. Sheegog, 215 U.S. 308 (1909); Tapscott v. MS Dealer Services Corp., 77 F.3d 1353 (11th Cir. 1996).

**7.**

Defendants further show that Defendant James Hardy was not an owner or occupier of the subject premises within the meaning of O.C.G.A. § 51-3-1, and did not undertake sole and complete control and management of the subject premises.

Plaintiff was not an invitee, licensee or trespasser of Defendant James Hardy. Defendant James Hardy did not owe or breach any independent duty to Plaintiff. Moreover, plaintiff has failed to serve Defendant James Hardy within the applicable two (2) year statute of limitations period.

**8.**

Removal is appropriate because Plaintiff has no "real intention to get a joint judgment, and … there [is] no colorable ground for so claiming." <u>AIDS Counseling and Testing Centers v. Group W. Television</u>, 903 F.2d 1000, 1003 (4th Cir. 1990). It is evident no viable claim for relief can be stated against the non-diverse Defendant, and his joinder is a sham which should be disregarded.

**9.**

Pursuant to the foregoing, complete diversity of citizenship exists between Plaintiff, a citizen of the State of Georgia, and Defendant Wal-Mart Stores East, LP, a Delaware Limited Partnership.

**10.**

In her Complaint, Plaintiff claims to have suffered personal injuries as a result of a slip-and-fall incident at a Wal-Mart store in Stockbridge, Georgia on May 23, 2023. Plaintiff's Complaint alleges that her medical expenses are in excess of

$102,580.77. (Ex. A, Compl., p. 4 ¶ 15)

**11.**

Accordingly the amount in controversy in the subject suit exceeds the jurisdictional threshold of $75,000 as required by 28 U.S.C. § 1332.

**12.**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§1332(a) and 1441 because, as demonstrated in the foregoing, complete diversity exists between the only proper parties to this suit and the amount in controversy exceeds $75,000.00.

**13.**

Defendant has timely removed this case pursuant to 28 U.S.C. §1446(b)(1) which provides that the "notice of removal of a civil action or proceeding shall be filed within thirty (30) days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based …." This Notice of Removal is filed within thirty days of the service of Plaintiff's Complaint upon Defendant Wal-Mart Stores East, LP on July 12, 2023. (*See* Exhibit "C.")

**14.**

Pursuant to the provisions of 28 U.S.C. §1446, Defendant has attached (as

Exhibit "A") copies of all process, pleadings and Orders that were served on and/or provided to Defendant, including copies of all pleadings that have been filed to date in the renewal action Civil Action File Number SUCV2023001473 in the Superior Court of Henry County, Georgia for the above-styled case.

**15.**

Pursuant to 28 U.S.C. §1446, Defendant is not required to file a removal bond.

**16.**

A true and correct copy of this Notice of Removal shall be filed with the Clerk of the Superior Court of Henry County, as required by 28 U.S.C. §1446.

**17.**

Written notice of the filing of this Notice of Removal shall be given to all Parties, through their counsel of records, as required by 28 U.S.C. §1446, per the attached Certificate of Service.

[CONTINUED ON FOLLOWING PAGE]

WHEREFORE, Defendants pray that the above-captioned lawsuit would be removed to and proceed in the United States District Court for the Northern District of Georgia, Atlanta Division; that no further proceedings would be held in the case originally filed in the Superior Court of Henry County, State of Georgia; and that this Honorable Court would take cognizance of and jurisdiction over this suit as removed, pursuant to 28 U.S.C. §1332.

Respectfully submitted on this the 20th day of July, 2023.

>WALDON ADELMAN CASTILLA
>HIESTAND & PROUT
>
>_____
>TRAVIS J. MEYER
>Georgia Bar No. 309781
>MORGAN A. McGEE
>Georgia Bar No. 467466
>*Attorneys for Defendants*

900 Circle 75 Parkway, Suite 1040
Atlanta, Georgia   30339
Telephone: (770) 953-1710
Facsimile:   (770) 933-9162
tmeyer@wachp.com
mmcgee@wachp.com

## CERTIFICATE OF COMPLIANCE

On this the 20th day of July, 2023, the undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court pursuant to Local Rule 5.1B. The foregoing pleading has been prepared in 14-point Times New Roman font.

WALDON ADELMAN CASTILLA
HIESTAND & PROUT

_____
MORGAN A. McGEE
Georgia State Bar No. 467466
*Attorney for Defendants*

900 Circle 75 Parkway, Suite 1040
Atlanta, Georgia  30339
Telephone: (770) 953-1710
Facsimile:  (770) 933-9162
tmeyer@wachp.com
mmcgee@wachp.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NADINE VIRUET, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | [Removed from |
| | ) | The State Court of |
| WAL-MART STORES EAST, LP, | ) | Gwinnett County; |
| | ) | Civil Action File No. 22-C-|
| | ) | 02513-S3] |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this the *20th* day of July, 2023, I electronically filed the foregoing *Notice of Filing of Notice of Removal to Federal Court* with the Clerk of this Court using the CM/ECF system which will automatically provide notice of such filing via electronic mail to the following attorney(s) of record:

**Jessica L. Eisenhower**
**The Barionnette & Eisenhower Law Firm, LLC**
**P.O. Box 88550**
**Dunwoody, GA 30356**
***Attorney for Plaintiff***

[SIGNATURE ON FOLLOWING PAGE]

10

                    WALDON ADELMAN CASTILLA
                    HIESTAND & PROUT

                    _____
                    MORGAN A. McGEE
                    Georgia Bar No. 467466
                    *Attorney for Defendants*

900 Circle 75 Parkway, Suite 1040
Atlanta, Georgia   30339
Telephone: (770) 953-1710
mmcgee@wachp.com