# SUPERIOR COURT OF HENRY COUNTY
# STATE OF GEORGIA

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
HENRY COUNTY, GEORGIA
**SUCV2023001473**
PP
MAY 31, 2023 12:55 PM

Sabriya Hill, Clerk
Henry County, Georgia

CIVIL ACTION NUMBER   SUCV2023001473

Diaz, Yolanda

---

**PLAINTIFF**

VS.

Wal-Mart Stores East, LP, DBA Walmart
Hardy, James

---

**DEFENDANTS**

## SUMMONS

TO: HARDY, JAMES

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> Jessica Eisenhower
> The Law Office of J.L. Eisenhower, LLC
> P.O. Box 88550
> Dunwoody, Georgia 30356

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 31st day of May, 2023.**

Clerk of Superior Court

Sabriya Hill, Clerk
Henry County, Georgia

## SUPERIOR COURT OF HENRY COUNTY
## STATE OF GEORGIA

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
HENRY COUNTY, GEORGIA
**SUCV2023001473**
PP
MAY 31, 2023 12:55 PM

Sabriya Hill, Clerk
Henry County, Georgia

CIVIL ACTION NUMBER  SUCV2023001473

Diaz, Yolanda

**PLAINTIFF**

VS.

Wal-Mart Stores East, LP, DBA Walmart
Hardy, James

**DEFENDANTS**

### SUMMONS

TO: WAL-MART STORES EAST, LP

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> Jessica Eisenhower
> The Law Office of J.L. Eisenhower, LLC
> P.O. Box 88550
> Dunwoody, Georgia 30356

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 31st day of May, 2023.**

Clerk of Superior Court

Sabriya Hill, Clerk
Henry County, Georgia

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
HENRY COUNTY, GEORGIA
**SUCV2023001473**
PP
MAY 31, 2023 12:55 PM

Sabriya Hill, Clerk
Henry County, Georgia

IN THE SUPERIOR COURT OF HENRY COUNTY
STATE OF GEORGIA

| | |
|---|---|
| YOLANDA DIAZ, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CIVIL ACTION FILE NO.: |
| JAMES HARDY & WAL-MART STORES EAST, LP d/b/a WALMART, | ) |
| Defendants. | ) |

**COMPLAINT FOR DAMAGES**

COMES NOW, Yolanda Diaz, Plaintiff in the above-styled case, by and through counsel of record, and states all claims against Defendants.

**I. JURISDICTION AND VENUE**

1.

This action is brought pursuant to O.C.G.A. § 51-1-1 *et seq.* to redress the deprivation of rights secured by Georgia law. As such, this Court has jurisdiction pursuant to the Constitution of the State of Georgia.

2.

All of the actions, omissions, and events complained of herein took place in Henry County, State of Georgia. Defendants operate a business in Henry County, State of Georgia, accordingly venue properly lies in this Court pursuant to sect. II, para. VII, of the Georgia Constitution and O.C.G.A. § 14-2-510(4).

3.

At all times relevant to this Complaint, Defendants owned, managed, maintained,

1

and/or operated the premises, located at 1400 Hudson Bridge Road, Stockbridge, GA 30261, which is a Walmart Supercenter, Store Number 3402 (the "Premises"). The general public was specifically invited to enter the Premises for the purpose of purchasing various goods therein.

## II. PARTIES

4.

Plaintiff is a resident of Clayton County, Georgia and has been a resident of the State of Georgia for six months prior to the filing of this Complaint.

5.

Defendant Wal-Mart Stores East, LP d/b/a Walmart is a foreign company that conducts business in Henry County, Georgia, and its registered agent is in Forsyth County. Defendant Wal-Mart Stores East, LP d/b/a Walmart is subject to service via its registered agent The Corporation Company (FL), at 106 Colony Park Drive, Suite 800-B, Cumming, GA 30040-2794.

6.

Defendant James Hardy manages the Premises located at 1400 Hudson Bridge Road, Stockbridge, GA 30261 and is subject to service at said Premises.

## III. FACTUAL ALLEGATIONS

7.

Plaintiff realleges paragraphs 1 through 6, above as if they were set forth herein, verbatim.

8.

Plaintiff entered the Premises as a customer for the purpose of purchasing goods therein. Therefore, Plaintiff occupied the status of a business invitee upon entering said

Premises.

9.

As Plaintiff was shopping inside the Premises, she sat on a swing that had been placed on display by the Defendants. Suddenly and without warning, slipped and violently fell to the surface of the floor with great force, causing serious injury to her person.

10.

Suddenly, and without warning, the swing broke causing Plaintiff to fall to the floor with great force, causing serious injury to her person.

11.

Plaintiff was exercising due care for her own safety at the time that she fell, but unbeknownst to Plaintiff, prior to her fall, the swing on display had not been properly assembled.

12.

At the time of the event, there were no signs in place indicating that the swing was not intended for customer use, nor were there any other markers, signs, or warnings that the swing was currently a hazard.

### IV. DAMAGES

13.

Plaintiff realleges and reaffirms the allegations contained in paragraphs 1 through 12 above, as if fully set forth herein, and states as follows:

14.

As a direct and proximate result of the negligence of the Defendants, Plaintiff incurred serious injuries, including, but not limited to, injuries to her head, neck, back, and left elbow.

15.

Plaintiff further shows that she has been required to receive medical treatment as a result of the injuries she sustained as a result of the fall and may be required to receive further medical attention and treatment in the future. Plaintiff shows that she has incurred medical expenses from the following providers:

- Henry County EMS in the amount of $457.80
- Piedmont Henry Hospital in the amount of $13,597.29
- Inphynet Primary Care Physicians in the amount of $2,466.00
- Summit Radiology Services in the amount of $288.00
- Barbour Orthopaedics & Sports Medicine in the amount of $12,607.60
- Benchmark Physical Therapy in the amount of $7,127.75
- Neuro Spine in the amount of $11,200.00
- Hope Neurological in the amount of $47,751.33
- Clear Imaging in the amount of $2,250.00
- Safeway Psychological Services in the amount of $240.00
- American Health Imaging in the amount of $4,595.00

Plaintiff is entitled to recover from Defendant damages for past and future medical expenses, the exact amount to be proven at trial.

16.

As a direct and proximate result of the negligence of the Defendants, Plaintiff sustained serious injuries including pain and suffering injuries. Plaintiff's pain and suffering injuries include, but are not limited to, past and future, actual pain and suffering, mental anguish, the extent to which Plaintiff must limit activities, fear of extent of the injury, shock of impact, interference with normal living, interference with

enjoyment of life, and impairment of bodily health and vigor.

17.

Plaintiff is further entitled to recover any and all other general damages proximately caused by Defendants' negligence.

18.

Plaintiff is also entitled to recover other necessary expenses against Defendant resulting from the negligence of the Defendant.

**V. CLAIMS FOR RELIEF**

Count I – Negligence

19.

Plaintiff realleges paragraphs 1 through 18, above as if they were set forth herein, verbatim.

20.

The existence of this negligently assembled swing on the sales floor of Defendants' Premises created a dangerous and hazardous condition.

21.

Defendant James Hardy, individually and by and through his employees, had actual knowledge of the existence of the dangerous and hazardous condition which caused Plaintiff to fall and resulted in serious bodily injuries. Even though Defendant James Hardy possessed such knowledge, he, by and through his employees, took no steps or actions to either warn his customers and patrons of the existence of such a condition, or to timely remove or repair it.

22.

Defendant Walmart Stores East, LP d/b/a Walmart, by and through its employees, had actual knowledge of the existence of the dangerous and hazardous condition which

caused Plaintiff to fall and resulted in serious bodily injuries. Even though Defendant Walmart Stores East, LP d/b/a Walmart possessed such knowledge, it, by and through its employees, took no steps or actions to either warn its customers and patrons of the existence of such a condition, or to timely remove or repair it.

23.

Defendant James Hardy, individually and by and through his employees, had constructive notice and knowledge of the presence of the dangerous and hazardous condition by virtue of attendant facts and circumstances which existed at the time of the occurrence complained of herein.

24.

Defendant Walmart Stores East, LP d/b/a Walmart, by and through its employees, had constructive notice and knowledge of the presence of the dangerous and hazardous condition by virtue of attendant facts and circumstances which existed at the time of the occurrence complained of herein.

25.

Defendants were negligent in failing to maintain the premises in a safe manner including, but not limited to failing to inspect for and/or remove the dangerous condition which caused Plaintiff to fall.

26.

Defendants were negligent in failing to inspect the Premises.

27.

Defendants failed to warn Plaintiff of the dangerous condition.

28.

Defendants have a non-delegable duty to keep their Premises safe.

29.

Defendants failed to exercise ordinary care in keeping the premises and approaches safe pursuant to O.C.G.A. § 51-3-1.

30.

At all times material hereto, Plaintiff was unaware of the dangerous condition.

31.

Defendants were otherwise negligent.

32.

The sole and proximate cause of the accident was the negligence of Defendants, unmixed with any negligence on the part of Plaintiff.

## VII.   TRIAL BY JURY

33.

Plaintiff re-alleges and reaffirms the allegations contained in paragraphs 1 through 32 above, as if fully set forth herein, and states as follows:

34.

Plaintiff demands a trial by jury of twelve (12) persons for all issues so triable.

**PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff prays:

A.   For Summons and Process to issue according to law;

B.   For a Trial by Jury of Twelve (12) as to all issues so triable;

C.   For a Judgment against Defendants in such an amount as will compensate Plaintiff's losses for past and future medical bills;

D.   For a Judgment against Defendants in such an amount as will compensate

    Plaintiff's losses for past and future pain and suffering damages in an amount to be determined by the enlightened conscience of the jury;

E. For reasonable attorney's fees, pre and post judgment interest, and all costs and expenses of this action; and

F. For such other and additional relief as this Court deems just and proper.

Respectfully submitted this 24th day of May, 2023.

*/s/ Jessica Eisenhower*
Jessica L. Eisenhower
Georgia Bar No. 936283
Attorney for Plaintiff
jessica@be-lawfirm.com

THE BARIONNETTE &
EISENHOWER LAW FIRM, LLC
P.O. Box 88550
Dunwoody, GA 30356
Tel: 404-491-9295
Fax: 678-305-0908

**General Civil and Domestic Relations Case Filing Information Form**

☑ Superior or ☐ State Court of  Henry  County

🖶 EFILED IN OFFICE
CLERK OF SUPERIOR COURT
HENRY COUNTY, GEORGIA
**SUCV2023001473**
PP
MAY 31, 2023 12:55 PM

*Sabriya Hill, Clerk*
*Henry County, Georgia*

| For Clerk Use Only | |
|---|---|
| Date Filed 05-31-2023 MM-DD-YYYY | Case Number SUCV2023001473 |

**Plaintiff(s)**
Diaz, Yolanda
Last      First      Middle I.      Suffix      Prefix

Last      First      Middle I.      Suffix      Prefix

Last      First      Middle I.      Suffix      Prefix

Last      First      Middle I.      Suffix      Prefix

**Defendant(s)**
Wal-Mart Stores East, LP
Last      First      Middle I.      Suffix      Prefix
Hardy, James
Last      First      Middle I.      Suffix      Prefix

Last      First      Middle I.      Suffix      Prefix

Last      First      Middle I.      Suffix      Prefix

**Plaintiff's Attorney** Eisenhower, Jessica       **Bar Number** 936283       **Self-Represented** ☐

Check one case type and, if applicable, one sub-type in one box.

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☑ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

SUCV2022003016
**Case Number**                                  **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

Version 1.1.20

# SHERIFF'S ENTRY OF SERVICE

| | |
|---|---|
| Civil Action No. SUCV2023001473 | Superior Court ☒  Magistrate Court ☐ |
| Date Filed 05/31/23 12:55 PM | State Court ☐  Probate Court ☐ |
| | Juvenile Court ☐ |

Georgia, __HENRY__ COUNTY

Attorney's Address
Eisenhower, Jessica
The Law Office of J.L. Eisenhower, LLC
P.O. Box 88550
Dunwoody, GEORGIA 30356-

Diaz, Yolanda

_____
Plaintiff

VS.

Name and Address of Party to be Served.
Hardy, James

1400 Hudson Bridge Road

Stockbridge, GEORGIA 30261

Wal-Mart Stores East, LP, DB_____, James

FILED IN OFFICE
HENRY COUNTY
SUPERIOR COURT

_____
Defendant

JUN 20 2023

_____Garnishee
CLERK OF SUPERIOR COURT

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**
☒ Served the defendant __Walmart__ a corporation
by leaving a copy of the within action and summons with __George Bilonts__
in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This __13__ day of __June__, 20 __23__

_____Benson 7425_____
Deputy