```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION

ELIZABETH KENNON,                  *
                                   *
        Plaintiff,                 *
                                   *
                                   *   Civil Action No.: _____
                                   *
STATE FARM MUTUAL AUTOMOBILE       *
INSURANCE COMPANY,                 *
                                   *
        Defendant.                 *
```

## NOTICE OF REMOVAL

COMES NOW State Farm Mutual Automobile Company (hereinafter referred to as "State Farm"), defendant in the above-styled action, and hereby files this notice of removal of the action herein referred to from the Superior Court of Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division, respectfully showing to the Court as follows:

1.

State Farm is a defendant in a civil action brought against it in the Superior Court of Gwinnett County, Georgia in an action entitled:

```
ELIZABETH KENNON,                    *
                                     *
        Plaintiff,                   *
                                     *
                                     *   Civil Action No.: 23-A-05273-3
                                     *
STATE FARM MUTUAL AUTOMOBILE         *
INSURANCE COMPANY,                   *
                                     *
        Defendant.                   *
```

2.

Copies of all process, orders, and pleadings filed in said action to date are attached hereto as Exhibit "A".

3.

Said action was commenced by the filing of the complaint against the defendant on June 16, 2023.

4.

State Farm was served with the summons and complaint on June 23, 2023.

5.

The controversy between plaintiff and defendant is a controversy between of citizens of different states.

6.

At the commencement of said action and at all times thereafter:

    a.    Plaintiff was a citizen of the United States who is domiciled in the state of Georgia; therefore, plaintiff

    is a citizen of the state of Georgia.

 b. State Farm is an Illinois corporation with its principal place of business located in Bloomington, Illinois; therefore, State Firm is a corporate citizen of the state of Illinois.

7.

Based upon the allegations in plaintiff's complaint, the matter in controversy exceeds the sum of $75,000.00, exclusive of interests and costs, and is a civil action brought in a state court over which the United States District Court has original jurisdiction based upon diversity of citizenship between the parties, pursuant to 28 U.S.C. § 1332.

8.

Said action is one which may be removed to this Court, and this notice of removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446.

9.

State Farm has filed this notice of removal within thirty (30) days after service of the summons and complaint upon it.

10.

Written notice of the filing of this notice of removal and of the removal of the above-styled action is being delivered to all parties, through their counsel.  A copy of this notice of

removal will be filed promptly with the Superior Court of Gwinnett County, Georgia.

11.

The undersigned has read this notice of removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, it is well grounded in fact, is warranted by existing law, and is not interposed for any improper purpose, such as to harass or cause unnecessary delay or needless increase in the costs of litigation.

WHEREFORE, State Farm prays that this notice of removal be filed, that said action designated as Civil Action Number 23-A-05273-3 in the Superior Court of Gwinnett County, Georgia be removed to and proceed in this Court, and that no further proceedings be had in said case in the Superior Court of Gwinnett County, Georgia.

This 21st day of July, 2023.

**YOUNG, THAGARD, HOFFMAN, LLP**

Address of Counsel:

By: /s/ J. Holder Smith, Jr.

P.O. Box 3007  
Valdosta, GA 31604  
229-242-2520  
229-242-5040 fax  
jaysmith@youngthagard.com

J. Holder Smith, Jr.  
State Bar No.: 661105  
Attorney for Defendant  
State Farm Mutual Automobile Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing **NOTICE OF REMOVAL** upon the following using the CM/ECF system which will send notification of such filing to the following and also by electronic service by email:

> Mr. Brendan C. Flanagan
> Ms. Morgan Lyndall
> Flanagan Law, P.C.
> 5855 Sandy Springs Circle
> Suite 300
> Atlanta, GA 30328
> Email: BF@bflanlaw.com
> Email: ML@bflanlaw.com

This 21st day of July, 2023.

**YOUNG, THAGARD, HOFFMAN, LLP**

Address of Counsel:

|  |  |
|---|---|
| P.O. Box 3007 | By: /s/ J. Holder Smith, Jr. |
| Valdosta, GA 31604 | J. Holder Smith, Jr. |
| 229-242-2520 | State Bar No.: 661105 |
| 229-242-5040 fax | Attorney for Defendant |
| jaysmith@youngthagard.com | State Farm Mutual Automobile Insurance Company |