# EXHIBIT A

THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

CAROLYN COLEMAN,

        Plaintiff,

    v.

WELLS FARGO BANK, N.A.,

        Defendant.

Civil Action File
No. 23-C-04107-S1

## NOTICE OF FILING NOTICE OF REMOVAL

COMES NOW Defendant Wells Fargo Bank, National Association ("Wells Fargo"), appearing without waiving any defenses available under state and/or federal law, including Wells Fargo's right to demand arbitration pursuant to the parties' contractual agreement and the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.*, and respectfully notifies the Court that Wells Fargo has filed a Notice of Removal with the Clerk for the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, removing this action from the State Court of Gwinnett County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, on July 21, 2023.

A copy of Wells Fargo's Notice of Removal is attached hereto as Exhibit A.

Respectfully submitted this 21st day of July, 2023.

**BURR & FORMAN LLP**

*/s/ Grace B. Callanan*
Tala Amirfazli
Georgia Bar No. 523890
tamirfazli@burr.com
Grace B. Callanan
Georgia Bar No. 909597
gcallanan@burr.com
COUNSEL FOR WELLS FARGO BANK, NATIONAL ASSOCIATION

171 17th Street NW
Suite 1100
Atlanta, Georgia 30363
Telephone:    (404) 815-3000
Facsimile:    (404) 817-3244

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF FILING NOTICE

OF REMOVAL was served by U.S. Mail, postage prepaid, on the following:

Cliff R. Dorsen
James M. Feagle
SKAAR & FEAGLE, LLP
2374 Main Street, Suite B
Tucker, Georgia 30084

Kris Skaar
Justin T. Holcombe
133 Mirramont Lake Drive
Woodstock, Georgia 30189

This 21st day of July, 2023.

                                        **BURR & FORMAN LLP**

                                        /s/ Grace B. Callanan
                                        Tala Amirfazli
                                        Georgia Bar No. 523890
171 17th Street NW                      tamirfazli@burr.com
Suite 1100                              Grace B. Callanan
Atlanta, Georgia 30363                  Georgia Bar No. 909597
Telephone:     (404) 815-3000          gcallanan@burr.com
Facsimile:     (404) 817-3244          COUNSEL FOR WELLS FARGO BANK,
                                        NATIONAL ASSOCIATION