**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV003346**
**6/6/2023 9:46 AM**
**Donald Talley, Clerk**
**Civil Division**

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| DEBORAH KOSTELNIK, KYLE KOSTELNIK, BRYANA RUEGE, and DOUGLAS McCABE, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION FILE NO. _____ |
| GFM MAINTENANCE, LLC, DBI SERVICES, LLC, and DANIELA POBLETE, ) ) ) | |
| Defendants. ) ) ) | |

### PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS TO DEFENDANT DBI SERVICES, LLC

COMES NOW Plaintiffs Deborah Kostelnik, Kyle Kostelnik, Bryana Ruege, and Douglas McCabe (hereinafter collectively "Plaintiffs") and serve these Requests for Admissions upon the Defendant DBI Services, LLC and request that they be fully admitted in writing and under oath within forty-five (45) days of the date of service. These requests for admissions are served pursuant to the Georgia Civil Practice Act and are served pursuant to O.C.G.A. §§ 9-11-26 and 9-11-36.

EACH MATTER OF WHICH AN ADMISSION IS REQUIRED SHALL BE DEEMED ADMITTED UNLESS, WITHIN THE TIME ALLOWED BY LAW AFTER SERVICE OF THESE REQUESTS, YOU SERVE PLAINTIFFS WITH A WRITTEN ANSWER OR OBJECTION TO SUCH MATTER.

You are cautioned that should you fail to admit the genuineness of any document, or the truth of any matter requested herein pursuant to the Georgia Civil Practice Act, and should Plaintiffs thereafter prove the genuineness of such document or truth of such matter, Plaintiffs will apply to the Court for an order requiring you to pay Plaintiffs the reasonable expenses incurred by

Plaintiffs in making that proof, including reasonable attorney fees. The Court must make such order unless it finds that the request was objectionable pursuant to the Georgia Civil Practice Act, or that the admission sought was of no substantial importance, or that you had reasonable grounds to believe that you might prevail on the matter, or that there was some other good reason for failure to admit the matter.

The matters requested to be admitted are the following:

1.

You have been correctly named in this action insofar as the legal designation of names is concerned.

2.

You have been properly served as a party defendant.

3.

Process is sufficient with regard to you in this case.

4.

Service of process is sufficient with regard to you in this case.

5.

This Court has jurisdiction over the subject matter of this case.

6.

This Court has personal jurisdiction over you as a party defendant in this case.

7.

Venue is proper in this court.

8.

Plaintiffs state a claim upon which relief can be granted.

9.

Plaintiffs have not failed to join a party under O.C.G.A. § 9-11-19.

10.

Plaintiffs suffered serious personal injuries because of an automobile collision caused by Defendant Poblete on June 24, 2021, on I-95 in Camden County, Georgia.

11.

At all times relevant to this action, Defendant DBI Services, LLC ("DBI Services") was acting as a general contractor pursuant to a contract with the Georgia Department of Transportation ("GDOT") relating to "District 5 Comprehensive Maintenance Services, Contract No. 48400-410-48400-DOT0001333-001." ("the GDOT contract").

12.

At all times relevant to this action, Defendant DBI Services was acting as a general contractor pursuant to the GDOT contract relating to "District 5 Comprehensive Maintenance Services." The scope of Maintenance Services under the contract included mowing and roadside litter removal on the section of I-95 in Camden County, Georgia, where the subject collision occurred.

13.

At all times relevant to this action, DBI Services maintained an office located at 4078 Whitlock Street, Brunswick, Glynn County, Georgia.

14.

In 2019, DBI Services contracted with GFM Maintenance to perform a portion of the maintenance services that DBI Services had contracted with GDOT to provide. Specifically,

DBI Services contracted with GFM Maintenance to provide mowing and litter removal work described in the GOT contract, including the portion of I-95 where the collision occurred.

Respectfully submitted,

**SHIVER HAMILTON CAMPBELL, LLC**

/s/ Alan J. Hamilton
Alan J. Hamilton
Georgia Bar No. 320698
Darrell W. Hinson
Georgia Bar No. 356879
*Attorneys for Plaintiffs*

**SHIVER HAMILTON CAMPBELL, LLC**
70 Gruber Lane, Suite 253
St. Simons Island, Georgia 31522

3490 Piedmont Road, Suite 640
Atlanta, Georgia 3035
(404) 593-0020
alan@shiverhamilton.com
darrell@shiverhamilton.com

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV003346**
**6/6/2023 9:46 AM**
**Donald Talley, Clerk**
**Civil Division**

### IN THE STATE COURT OF FULTON COUNTY
### STATE OF GEORGIA

| | | |
|---|---|---|
| DEBORAH KOSTELNIK, KYLE KOSTELNIK, BRYANA RUEGE, and DOUGLAS McCABE, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. _____ |
| GFM MAINTENANCE, LLC, DBi SERVICES, LLC, and DANIELA POBLETE, | ) ) ) | |
| Defendants. | ) ) ) | |

### PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS TO DEFENDANTS GFM MAINTENANCE, LLC AND DANIELA POBLETE

COMES NOW Plaintiffs Deborah Kostelnik, Kyle Kostelnik, Bryana Ruege, and Douglas McCabe (hereinafter collectively "Plaintiffs") and serve these Requests for Admissions upon the Defendants GFM Maintenance, LLC and Daniela Poblete and request that they be fully admitted in writing and under oath within forty-five (45) days of the date of service. These requests for admissions are served pursuant to the Georgia Civil Practice Act and are served pursuant to O.C.G.A. §§ 9-11-26 and 9-11-36.

EACH MATTER OF WHICH AN ADMISSION IS REQUIRED SHALL BE DEEMED ADMITTED UNLESS, WITHIN THE TIME ALLOWED BY LAW AFTER SERVICE OF THESE REQUESTS, YOU SERVE PLAINTIFFS WITH A WRITTEN ANSWER OR OBJECTION TO SUCH MATTER.

You are cautioned that should you fail to admit the genuineness of any document, or the truth of any matter requested herein pursuant to the Georgia Civil Practice Act, and should Plaintiffs thereafter prove the genuineness of such document or truth of such matter, Plaintiffs will apply to the Court for an order requiring you to pay Plaintiffs the reasonable expenses incurred by

Plaintiffs in making that proof, including reasonable attorney fees. The Court must make such order unless it finds that the request was objectionable pursuant to the Georgia Civil Practice Act, or that the admission sought was of no substantial importance, or that you had reasonable grounds to believe that you might prevail on the matter, or that there was some other good reason for failure to admit the matter.

The matters requested to be admitted are the following:

1.

You have been correctly named in the present cause insofar as the legal designation of names is concerned.

2.

You have been properly served as a party defendant.

3.

Process is sufficient with regard to you in this case.

4.

Service of process is sufficient with regard to you in this case.

5.

This Court has jurisdiction over the subject matter of this case.

6.

This Court has personal jurisdiction over you as a party defendant in this case.

7.

Venue is proper in this court.

8.

Plaintiffs state a claim upon which relief can be granted.

- 2 -

9.

Plaintiffs have not failed to join a party under O.C.G.A. § 9-11-19.

10.

On June 24, 2021, Defendant GFM Maintenance, LLC (hereinafter, "GFM") leased the motor vehicle Defendant Daniela Poblete ("Poblete") was driving.

11.

Defendant Poblete was operating the truck at issue with the permission of GFM on June 24, 2021, at the time of the collision involved in this lawsuit.

12.

Defendant Poblete was in the course and scope of her employment with Defendant GFM at the time of the collision at issue in this case.

13.

Defendant GFM is vicariously liable for any negligence of Defendant Poblete that is proved to have proximately caused Plaintiffs' alleged damages.

14.

Defendant GFM operates a business for profit.

15.

Defendant Poblete was negligent.

16.

Plaintiffs had the right of way at the time of the collision.

17.

Defendant Poblete failed to yield.

18.

Defendant Poblete failed to maintain her vehicle under proper control.

19.

Defendant Poblete failed to keep a proper lookout.

20.

You are liable for Plaintiffs' damages proximately caused by this collision.

21.

Plaintiffs were injured.

22.

Plaintiffs were not contributorily negligent in the incident.

23.

Plaintiffs suffered serious personal injuries because of an automobile collision caused by Defendant Poblete on June 24, 2021, on I-95 in Camden County, Georgia.

24.

In 2019, DBI Services, LLC ("DBI Services") contracted with GFM Maintenance to perform a portion of the maintenance services that DBI Services had contracted with GDOT to provide relating to "District 5 Comprehensive Maintenance Services, Contract No. 48400-410-48400-DOT0001333-001." ("the GDOT contract").

25.

DBI Services contracted with GFM Maintenance to provide mowing and litter removal work described in the GOT contract, including the portion of I-95 where the collision occurred.

26.

Under the DBI Services and GFM Maintenance subcontractor agreement, GFM Maintenance agreed that work would be performed in strict compliance with the subcontractor agreement and the GDOT contract, including the GDOT "Prescribed Maintenance Highway Mowing Scope of Work."

27.

On June 24, 2021, Defendant DBI Services controlled the time, manner, and method in which Defendant GFM Maintenance executed the mowing and litter removal work, through the subcontractor agreement, Defendant DBI Services' procedures, and Defendant DBI Services' conduct.

28.

In April 2021, GFM Maintenance hired Defendant Daniela Poblete to do the job of litter pickup.

29.

Defendant Poblete's job with GFM Maintenance was to drive a litter disposal truck on the interstate highway.

30.

On June 24, 2021, at approximately 1:07 p.m., Defendant Poblete drove the truck from the outside shoulder and across southbound travel lanes of I-95 for the purpose of picking up trash bags on the left (inside) shoulder of the southbound travel lanes of I-95.

31.

On June 24, 2021, the 2011 Ford F-250 operated by Defendant Poblete and the 2017 Honda automobile occupied by Plaintiffs collided in the southbound lanes of travel on I-95.

32.

The impact of the collision between the truck operated by Defendant Poblete and the Honda automobile caused Plaintiffs to sustain serious, permanent injuries.

33.

The collision between the truck operated by Defendant Poblete and the Honda automobile caused Ms. Charlotte Brass to sustain serious, permanent injuries. Ms. Brass died from injuries caused by the June 24, 2021, collision on June 25, 2021.

34.

On June 24, 2021, Defendant Poblete failed to operate the Ford F-250 truck with the due care exercised by individuals in like or similar circumstances and operated the vehicle in a manner showing a disregard for the safety of others, including Plaintiffs.

35.

At all times relevant hereto, Defendant Poblete was operating Defendant GFM Maintenance's truck in a negligent fashion, which resulted in the above-described collision and proximately caused serious and permanent injuries to Plaintiffs.

36.

At all relevant times, Plaintiff Douglas McCabe acted with reasonable care under the conditions and circumstances then existing.

Respectfully submitted,

**SHIVER HAMILTON CAMPBELL, LLC**

/s/ Alan J. Hamilton
Alan J. Hamilton
Georgia Bar No. 320698
Darrell W. Hinson
Georgia Bar No. 356879
***Attorneys for Plaintiffs***

**SHIVER HAMILTON CAMPBELL, LLC**
70 Gruber Lane, Suite 253
St. Simons Island, Georgia 31522

3490 Piedmont Road, Suite 640
Atlanta, Georgia 3035
(404) 593-0020
alan@shiverhamilton.com
darrell@shiverhamilton.com

- 7 -