# IN THE STATE COURT OF FULTON COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| DEBORAH KOSTELNIK, KYLE KOSTELNIK, BRYANA RUEGE, and DOUGLAS MCCABE, )))) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | FILE NO. 23EV003346 |
| v. )) | |
| GFM MAINTENANCE, LLC, DBI SERVICES, LLC, and DANIELA POBLETE, )))) | |
| Defendants. )) | |

TO: Clerk of Courts
185 Central Avenue SW
Atlanta, GA 30303

PLEASE TAKE NOTICE that Defendants GFM Maintenance, LLC, DBI Services, LLC, and Daniela Poblete have on this the 21st day of July, 2023, filed a Notice of Removal in the United States District Court for the Northern District of Georgia, under 28 U.S.C. §§ 1331, 1441, and 1446(b), to remove Civil Action No. 23EV003346 from the State Court of Fulton County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division.

A copy of the Notice of Removal is attached hereto as Exhibit A and served herewith.

Respectfully submitted,

900 Brookstone Centre Parkway
Suite 201
Columbus, GA 31904
Tel: 866-995-8663
bmerchant@lsfslaw.com
jblair@lsfslaw.com

**LEVY, SIBLEY, FOREMAN & SPEIR, LLC**

/s/ *William R. Merchant*
WILLIAM R. MERCHANT
Georgia Bar No. 330974
JOHN D. BLAIR
Georgia Bar No. 061226
*Attorneys for Defendants GFM Maintenance, LLC, and Daniela Poblete*

| | |
|---|---|
| 191 Peachtree Street, N.E.<br>Suite 2900<br>Atlanta, GA 30303<br>Tel: 404-954-5000<br>Fax: 404-954-5020 | **HALL BOOTH SMITH, P.C.**<br><br>/s/ *Justin M. Kerenyi*<br>*(by Bill Merchant with express permission)*<br>JUSTIN M. KERENYI<br>Georgia Bar No. 416623<br>WILLIAM S. MANN |
| 3528 Darien Highway, Suite 300<br>Brunswick, GA 31525<br>Telephone: 912-554-0093 | Georgia Bar No. 964223<br>M. CHRISTOPHER FREEMAN, JR.<br>Georgia Bar No. 436411 |
| jkerenyi@hallboothsmith.com<br>wmann@hallboothsmith.com<br>cfreeman@hallboothsmith.com | *Attorneys for Defendant DBI Services, LLC* |
| Six PPG Place<br>Suite 1300<br>Pittsburgh, Pennsylvania 15222<br>T (412) 288-5884<br>Robyn.Eisen@Dinsmore.com | **DINSMORE & SHOHL, LLP**<br><br>/s/ *Robyn B. Eisen*<br>*(by Bill Merchant with express permission)*<br>ROBYN B. EISEN<br>Pennsylvania Bar No. 313391<br><br>*Attorneys for Defendant DBI Services, LLC*<br>*Pro Hac Vice Motion Forthcoming* |

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of July, 2023, a true and correct copy of the foregoing was served via regular U.S. mail to the following:

Alan J. Hamilton, Esquire
Shiver Hamilton Campbell LLC
70 Gruber Lane, Suite 253
St. Simons Island, GA 31522
alan@shiverhamilton.com
*Attorneys for Plaintiffs*

Darrell W. Hinson, Esquire
Shiver Hamilton Campbell LLC
3490 Piedmont Road, Suite 640
Atlanta, GA 30305
darrell@shiverhamilton.com
*Attorneys for Plaintiffs*

|  |  |
|---|---|
| 900 Brookstone Centre Parkway<br>Suite 201<br>Columbus, GA 31904<br>Tel: 866-995-8663<br>Email: bmerchant@lsfslaw.com | **LEVY, SIBLEY, FOREMAN & SPEIR, LLC**<br><br>/s/ *William R. Merchant*<br>WILLIAM R. MERCHANT<br>Georgia Bar No. 330974<br>JOHN D. BLAIR<br>Georgia Bar No. 061226 |