**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| *In re Subpoenas to* <br><br> VANTIVA USA LLC, <br><br>   *Respondent,* <br><br>   *v.* <br><br> ENTROPIC COMMUNICATIONS, LLC <br><br>   *Movant.* | MISCELLANEOUS ACTION NO. 1:23-mi-_____ |
| ENTROPIC COMMUNICATIONS, LLC, <br><br>   *Plaintiff*, <br><br>   *v.* <br><br> CHARTER COMMUNICATIONS, INC., SPECTRUM ADVANCED SERVICES, LLC; AND SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, <br><br>   *Defendants.* | CIVIL ACTION NO. 2:22-cv-00125-JRG (Eastern District of Texas) |

**PETITIONER ENTROPIC COMMUNICATIONS, LLC'S
MOTION TO COMPEL COMPLIANCE WITH A SUBPOENA *DUCES TECUM* AND
SUBPOENA *AD TESTIFICANDUM* TO NON-PARTY VANTIVA USA, LLC**

Petitioner, Entropic Communications, LLC ("Entropic"), pursuant to Rule 45 of the Federal Rules of Civil Procedure and LR. 37.1, moves for: (1) an order compelling Vantiva USA LLC ("Vantiva") to produce non-privileged documents and information responsive to Entropic's document subpoena;(2) an order compelling the deposition of Vantiva; (3) an order directing Vantiva to pay Entropic's reasonable expenses and attorneys' fees in bringing this motion; and (3) for any other and further relief as the Court deems just and proper. Counsel for both Entropic and Vantiva and met and conferred telephonically and in writing, and have been unable to resolve this issue.

In support of this motion, Entropic will rely on the accompanying Memorandum of Law, additional supporting documents which are attached as exhibits to the Memorandum of Law, any oral argument that may be heard, and such other and further matters as the Court may properly consider.

Date: July 21, 2023

Respectfully submitted,

        /s/ John L. Lyon
        Ketajh Brown
        (to be admitted *pro hac vice*)

        **K&L GATES LLP**
        70 W. Madison Street
        Suite 3300
        Chicago, IL 60202
        Phone: (312) 372-1121
        ketajh.brown@klgates.com

        John L. Lyon
        (Ga Bar No. 833001)

        **THOMAS | HORSTEMEYER LLP**
        3200 Windy Hill Road SE Suite 1600E
        Atlanta, GA 30339
        Phone: (770) 933-9500
        Fax: (770) 951-0933
        j.lyon@thip.law

        *Attorneys for Movant*
        *Entropic Communications, LLC*

## CERTIFICATION OF CONFERENCE

Pursuant to LR 37.1, the undersigned hereby certifies that counsel for both Entropic Communications, LLC and Vantiva USA LLC have met and conferred, telephonically and in writing on July 7, 2023 and July 11, 2023, in good faith, for the purpose of attempting to resolve the disputed issued raised by this motion without the intervention of the Court, and have been unsuccessful in resolving the disputed issues giving rise to this motion.

        /s/ Ketajh Brown
        *Attorney for Movant*
        *Entropic Communications, LLC*