# EXHIBIT A

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:22-cv-00125-JRG |
| | ) | |
| CHARTER COMMUNICATIONS, INC. | ) | |
| *Defendant* | ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Vantiva USA LLC
c/o Registered Agent: Registered Agent Solutions, Inc., 838 Walker road, Suite 21-2, Dover, DE 19904

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A

| Place: Attn: James Shimota, Esq.<br>Veritext Legal Solutions, 20 Mansell Court, Suite 300,<br>Roswell, GA 30076 | Date and Time:<br><br>05/09/2023 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/17/2023

CLERK OF COURT

OR

_____          /s/ James Shimota
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Entropic Communications, LLC                          , who issues or requests this subpoena, are:

James Shimota, K&L Gates, LLP, 70 W. Madison St., Suite 3100, Chicago, IL 60602, jim.shimota@klgates.com
(312) 807-4299

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00125-JRG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __VINTIVA USA LLC__
on *(date)* __04/19/2023__ .

☒ I served the subpoena by delivering a copy to the named person as follows: __VINTIVA USA LLC__
__C/O REGISTERED AGENT SOLUTIONS, INC., 838 WALKER RD., STE 21-2, DOVER, DE 19904; ACCEPTED BY:__
__JUSTIN WOODS (MANAGING AGENT) AT 2:00 PM__ on *(date)* __04/19/2023__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __04/19/2023__

_____
Server's signature

__GRANVILLE MORRIS__            __PROCESS SERVER__
_____
Printed name and title

__1080441__
_____
Server's address

Additional information regarding attempted service, etc.:

SERVED SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION WITH ATTACHMENT A;

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Entropic Communications, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:22-cv-00125-JRG |
| Charter Communications, Inc. | ) | |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Vantiva USA LLC
c/o Registered Agent: Registered Agent Solutions, Inc., 838 Walker Rd., Suite 21-2 Dover, DE 19904
*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:  See Attachment A

| Place: Veritext Legal Solutions<br>20 Mansell Court, Suite 300<br>Roswell, GA 30076 | Date and Time:<br>05/16/2023 9:00 am |
|---|---|

The deposition will be recorded by this method:  stenographer and videographer

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  04/17/2023

                    CLERK OF COURT
                                            OR
_____        /s/ James A. Shimota
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Entropic Communications, LLC , who issues or requests this subpoena, are:
James A. Shimota, K&L Gates LLP, 70 W. Madison Street, Suite 3100, Chicago, IL 60602; james.shimota@klgates.com (312) 372-1121

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00125-JRG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* VANTIVA USA LLC
on *(date)* 04/19/2023 .

☒ I served the subpoena by delivering a copy to the named individual as follows: VANTIVA USA LLC C/O REGISTERED AGENT SOLUTIONS, INC., 838 WALKER RD., STE 21-2, DOVER, DE 19904; ACCEPTED BY: JUSTIN WOODS (MANAGING AGENT) AT 2:00 PM    on *(date)* 04/19/2023   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ 40.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/19/2023

*Server's signature*

GRANVILLE MORRIS                    PROCESS SERVER
*Printed name and title*

1080441
*Server's address*

Additional information regarding attempted service, etc.:

SERVED SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION