# EXHIBIT 1

## Case Information

### MORRIS VS TRUIST FINANCIAL CORPORATION et al
23-A-05126-10

🔄 Refresh | 📁🔒 | 👁🔒 | 🖨 | 🔗 | File Into

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Gwinnett - Superior Court ⇄ | Civil | Other General Civil* | 6/13/2023 |

| Judge | Case Status |
|---|---|
| Davis, Warren ▾ | Open (Pending) |

## Parties ⊡

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | ANNETTE MORRIS ▾ | | COURTNEY B NEWMAN ▾ |
| Defendant | TRUIST FINANCIAL CORPORATION ▾ | | Pro Se |
| Defendant | EXPERIAN INFORMATION SOLUTIONS INC ▾ | | Pro Se |

## Hearings ⊡

No hearings found.

## Events ⊡

Oldest | Search events | 🔍 | ❓

\+ All | — All

### General Civil/Dom Relations Case Filing Form
General Civil/Dom Relations Case Filing Form

File Date
6/13/2023

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| FLAT - Complete Civil Dispo Form - Annette Morris.pdf | | Public | 2 | $1.00 | Owned |

### Complaint with Jury Demand
Complaint

File Date
6/13/2023

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| FLAT - Complete Annette Morris GA Complaint w Exhibits.pdf | | Public | 22 | $11.00 | Owned |

### General Civil/Dom Relations Case Filing Form
Gwinnett County Case Information Sheet

File Date
6/13/2023

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| General Civil/Dom Relations Case Filing Form.pdf | | Public | 1 | $0.50 | Owned |

### Summons
Summons

File Date
6/13/2023

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| FLAT - Gwinnett Summons-Efile-Civil-Form Annette Morris.pdf | | Public | 1 | $0.50 | Owned |

### Affidavit of Service
Affidavit of Service - Experian

File Date
6/20/2023

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| SIGNED Affidavit of Service - Experian.pdf | | Public | 1 | $0.50 | Owned |

### Motion of Appointment of Special Process Server

File Date
6/20/2023

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| SIGNED Mtn to Appt Process Server 23-A-05126-10 Gwinnett Superior.pdf | | Public | 2 | $1.00 | Owned |

### Affidavit

File Date
6/20/2023

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| SIGNED Exh A - Mtn to Appt Process Server 23-A-05126-10 Gwinnett Superior.pdf | | Public | 1 | $0.50 | Owned |

### ORDER
ORDER

File Date
6/21/2023

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| 23-A-5126 PROCESS SERVER.pdf | | Public | 1 | $0.50 | Owned |

### Affidavit of Service

File Date
6/26/2023

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| SIGNED Affidavit of Service 23-A-05126-10 Gwinnett Superior.pdf | | Public | 1 | $0.50 | Owned |

E-FILED IN OFFICE - SP
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
23-A-05126-10
6/13/2023 5:35 PM
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☒ **Superior** or ☐ **State Court of** Gwinnett _____ **County**

| **For Clerk Use Only** | |
|---|---|
| **Date Filed** _____ | **Case Number** _____ |
| **MM-DD-YYYY** | 23-A-05126-10 |

**Plaintiff(s)**

Morris        Annette

**Last**       **First**       **Middle I.**   **Suffix**   **Prefix**

**Last**       **First**       **Middle I.**   **Suffix**   **Prefix**

**Last**       **First**       **Middle I.**   **Suffix**   **Prefix**

**Last**       **First**       **Middle I.**   **Suffix**   **Prefix**

**Defendant(s)**

Truist Financial Corporation

**Last**       **First**       **Middle I.**   **Suffix**   **Prefix**

Experian Information Solutions, In

**Last**       **First**       **Middle I.**   **Suffix**   **Prefix**

**Last**       **First**       **Middle I.**   **Suffix**   **Prefix**

**Last**       **First**       **Middle I.**   **Suffix**   **Prefix**

**Plaintiff's Attorney** Courtney B. Newman        **State Bar Number** 776255        **Self-Represented** ☐

### Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**

- ☐ **Automobile Tort**
- ☐ **Civil Appeal**
- ☐ **Contempt/Modification/Other Post-Judgment**
- ☐ **Contract**
- ☐ **Garnishment**
- ☐ **General Tort**
- ☐ **Habeas Corpus**
- ☐ **Injunction/Mandamus/Other Writ**
- ☐ **Landlord/Tenant**
- ☐ **Medical Malpractice Tort**
- ☐ **Product Liability Tort**
- ☐ **Real Property**
- ☐ **Restraining Petition**
- ☑ **Other General Civil**

**Domestic Relations Cases**

- ☐ **Adoption**
- ☐ **Contempt**
  - ☐ **Non-payment of child support, medical support, or alimony**
- ☐ **Dissolution/Divorce/Separate Maintenance/Alimony**
- ☐ **Family Violence Petition**
- ☐ **Modification**
  - ☐ **Custody/Parenting Time/Visitation**
- ☐ **Paternity/Legitimation**
- ☐ **Support – IV-D**
- ☐ **Support – Private (non-IV-D)**
- ☐ **Other Domestic Relations**

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____        _____
**Case Number**          **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

**Addendum to General Civil and Domestic Filing Disposition Form**

<u>Defendants</u>:

Truist Financial Corporation

Experian Information Solutions, Inc.

E-FILED IN OFFICE - SP
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**23-A-05126-10**

**6/13/2023 5:35 PM**
TIANA P. GARNER, CLERK

# IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| ANNETTE MORRIS,<br><br><div align="center">Plaintiff,</div><br>v.<br><br>TRUIST FINANCIAL<br>CORPORATION and EXPERIAN<br>INFORMATION SOLUTIONS, INC.,<br><br><div align="center">Defendants.</div> | CIVIL ACTION NO.<br><br><div align="center">23-A-05126-10</div> |

## COMPLAINT

Plaintiff, Annette Morris (hereinafter "Plaintiff"), by and through the undersigned counsel, the Law Offices of Robert S. Gitmeid & Associates, PLLC, by way of Complaint against Defendants, Truist Financial Corporation ("Truist") and Experian Information Solutions, Inc. ("Experian") alleges as follows:

## INTRODUCTION

### 1.

This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq.

(the "FCRA") and other claims related to unlawful credit reporting practices.  The FCRA prohibits furnishers of credit information from falsely and inaccurately reporting consumers' credit information to credit reporting agencies.

## PARTIES

2.

Plaintiff, Annette Morris, is an adult citizen of Georgia.

3.

Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

4.

Defendant Truist is a state-chartered bank, organized and existing under the laws of North Carolina, that furnishes consumer credit information to consumer reporting agencies.

5.

Defendant Experian is a limited liability company, headquartered in Costa Mesa, California, that engages in the business of maintaining and reporting consumer credit information.

## JURISDICTION AND VENUE

6.

The Court holds jurisdiction over defendant Truist under O.C.G.A. § 9-10-91 because (1) Truist transacted business with Experian in relation to the acts and omissions at issue; (2) Truist 's acts and omissions at issue were committed in Georgia by way of Truist 's interactions with Experian; and (3) Plaintiff's injury in this case occurred in Georgia by way Experian's inaccurate credit reporting.

7.

The Court holds jurisdiction over defendant Experian under O.C.G.A. § 9-10-91 because (1) Experian transacted business with Truist in relation to the acts and omissions at issue; (2) Experian's acts and omissions at issue were committed in Georgia by way of Experian 's interactions with Truist; and (3) Plaintiff's injury in this case occurred in Georgia by way Experian's inaccurate credit reporting.

8.

Venue is proper in Gwinnett County because the acts and omissions at issue occurred in Gwinnett County, Georgia, where Plaintiff resides.

## **FACTUAL ALLEGATIONS**

9.

Defendant Truist issued account ending in 1298 to Plaintiff.  The account was routinely reported on Plaintiff's consumer credit report.

10.

The consumer report at issue is a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or for the purpose of serving as a factor in establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1) of the FCRA.

11.

On or about March 29, 2022, Plaintiff and Truist entered into a settlement agreement for the above referenced account. A recording of the settlement agreement is available upon request.

12.

Pursuant to the terms of the settlement, Plaintiff was required to make one lump sum payment totaling $556.00 to settle and close her Truist credit account.

13.

Plaintiff, via her debt-settlement representative, timely made the requisite settlement payment. Proof of this Payment is attached hereto as Exhibit A.

14.

However, over a year later, Plaintiff's Truist account continued to be negatively reported.

15.

In particular, on a requested credit report dated February 16, 2023, Plaintiff's Truist account was reported with a status of "CHARGE OFF," a balance of $832.00 and a past due balance of $556.00. The relevant portion of Plaintiff's credit report is attached hereto as Exhibit B.

16.

This trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled for less than full balance and must be reported as settled with a balance of $0.00.

17.

On or about April 19, 2023, Plaintiff, through counsel, notified Experian directly of a dispute with completeness and accuracy of the reporting of Plaintiff's Truist account. A redacted copy of this letter is attached hereto as Exhibit C.

18.

Therefore, Plaintiff disputed the accuracy of the derogatory information reported by Truist to Experian via certified mail in accordance with 15 U.S.C. § 1681i of the FCRA.

19.

In June of 2023, Plaintiff requested an updated credit report for review. The tradeline for Plaintiff's Truist account remained inaccurate, as Defendants failed to correct the inaccuracy. The relevant portion of the June 2023 credit report is attached hereto as Exhibit D.

20.

Experian did not notify Truist of the dispute by Plaintiff in accordance with the FCRA; or alternatively Experian did notify Truist, and the Defendants failed to properly investigate and delete the tradeline or properly update the tradeline on Plaintiff's credit reports.

21.

If the Defendants had performed a reasonable investigation of Plaintiff's disputes, Plaintiff's Truist account would have been updated to reflect a "settled" status with a balance of $0.00.

22.

Although Truist has promised through its subscriber agreements or contracts to accurately update accounts, Truist has nonetheless willfully, recklessly, or negligently failed to follow this requirement, as well as the requirements set forth under the FCRA.  This has resulted in the intended consequences of this information remaining on Plaintiff's credit reports.

23.

Defendants failed to properly maintain and follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and Plaintiff's credit report, concerning the account in question, thus violating the FCRA.  These violations occurred before, during, and after the dispute process began with Experian.

24.

At all times pertinent hereto, Defendants were acting by and through their agents, servants and employees, who were acting within the scope and course of their employment, and under the direct supervision and control of the Defendants herein.

25.

At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants and employees, was intentional, willful, reckless, or negligent and in wanton disregard for federal law and the rights of the Plaintiff herein.

## **CLAIM FOR RELIEF**

26.

Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

27.

Experian is a "consumer reporting agency," as codified at 15 U.S.C. § 1681a(f).

28.

Truist is an entity who, regularly and in the course of business, furnishes information to one or more consumer reporting agencies about its transactions or experiences with any consumer and therefore constitutes a "furnisher," as codified at 15 U.S.C. § 1681s-2.

29.

Truist is reporting inaccurate credit information concerning Plaintiff to one or more credit bureaus as defined by 15 U.S.C. § 1681a of the FCRA.

30.

Plaintiff notified Defendants directly of a dispute on the account's completeness and accuracy, as reported.

31.

Truist failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff and the credit bureaus within the 30-day statutory period as required by 15 U.S.C. § 1681s-2(b).

32.

Truist failed to promptly modify the inaccurate information on Plaintiff's credit report in violation of 15 U.S.C. § 1681s-2(b).

33.

Experian failed to delete information found to be inaccurate, reinserted the information without following the FCRA, or failed to properly investigate Plaintiff's disputes.

34.

Experian failed to properly maintain and follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit report, concerning the account in question, violating 15 U.S.C. § 1681e(b).

35.

As a result of the above violations of the FCRA, Plaintiff suffered actual damages in one or more of the following categories: lower credit score, denial of credit, embarrassment and emotional distress caused by the inability to obtain financing for everyday expenses, rejection of credit card application, higher interest rates on loan offers that would otherwise be affordable, and other damages that may be ascertained at a later date.

36.

As a result of the above violations of the FCRA, Defendants are liable to Plaintiff for actual damages, punitive damages, statutory damages, attorney's fees and costs.

**WHEREFORE**, Plaintiff demands that judgment be entered against Defendants as follows:

(a)   That judgment be entered against Defendants for actual damages pursuant to 15 U.S.C. § 1681n or alternatively, 15 U.S.C. § 1681o;

(b)   That judgment be entered against Defendants for statutory damages pursuant to 15 U.S.C. § 1681n;

(c)   That judgment be entered against Defendants for punitive damages pursuant to 15 U.S.C. § 1681n;

(d)   That the Court award costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n or alternatively, 15 U.S.C. § 1681o; and

(a)   That the Court grant such other and further relief as may be just and proper.

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff demands trial by jury in this action of all issues so triable.


Respectfully Submitted,

**Law Offices of Robert S. Gitmeid &
Associates, PLLC**


*/s/ Courtney B. Newman*
Courtney B. Newman, Esq.
Georgia Bar No. 776255
Courtney.N@gitmeidlaw.com
30 Wall Street, 8th Floor #741
New York, NY 10005
Tel: (770) 874-2445
Fax: (770) 299-2111
*Counsel for Plaintiff*

# EXHIBIT A

## ACH Confirmation

## Item Information

Originator ABA: ███ 0112
Receiver ABA: ███ 2288
Individual Name: annettemorris
Individual ID No: ███ 9671
Trace Number: ████████ 3294

Account Number: ████████ 0728
Transaction Code: 27
Amount: $556.00
Description:

## Batch Information

Company Name: BB&T RECOVERY
Service Class: 200
SEC Code: TEL
Company Entry Description: PHONEPYMNT

Batch Number: 644
Company ID: ████████ 1121
Effective Entry Date: 03/30/2022
Settlement Date: 03/31/2022

# EXHIBIT B

| FILE # | 4939854 | **FNMA #** | | **DATE COMPLETED** | 2/16/2023 | **RQD' BY** | |
|---|---|---|---|---|---|---|---|
| **SEND TO** | LAW OFFICES OF ROBERT GITMEID | | | **DATE ORDERED** | 2/16/2023 | | |
| | CUST. # CA214 | | | **REPOSITORIES** | TU | **PRPD' BY** | |
| | 11 BROADWAY STE 960 | | | **PRICE** | | **LOAN TYPE** | |
| | NEW YORK, NY 10004 | | | **REF. #** | | | |

**PROPERTY ADDRESS**

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| **APPLICANT** | MORRIS, ANNETTE | **CO-APPLICANT** | |
| **SOC SEC #** | **DOB** | **SOC SEC #** | **DOB** |
| **MARITAL STATUS** | | **DEPENDENTS** | |

### COLLECTION ACCOUNTS

| E C O A | W H O S E | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |
| B | B | TRUIST | 04/22 | 01/16 | $1000 | $832 | $556 | 00 | - | - | - | CHARGE OFF |
| | | ████████1255 | | 03/22 | REV | - | | | | | | TU |
| | | PROFIT AND LOSS WRITEOFF | | | | | | | | | | |

# EXHIBIT C



# Law Offices Of
# ROBERT S. GITMEID & ASSOC., PLLC

February 20, 2023

**VIA CERTIFIED MAIL**

Transunion Consumer Solutions          Equifax Information Services, LLC
P.O. Box 2000                          P.O. Box 105139
Chester, PA 19016                      Atlanta, GA 30348

Experian
P.O. Box 4500
Allen, TX 75013

Re:             Annette Morris
Creditor:       Truist Bank
Account No.:    Ending in 1298

████████████████████████████████████████

Dear Sir and/or Madam,

Please be advised that the office was retained to represent Annette Morris with respect to her claims for violations under the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

On or about March 29, 2022, Ms. Morris, and Truist Bank ("Truist") entered into a settlement agreement for the above referenced account. A recording of the settlement agreement is available upon request. Pursuant to the terms of the settlement, Ms. Morris was required to make one lump sum payment totaling $556.00 to settle and close her Truist account. Ms. Morris, via her debt settlement representative, timely made the requisite settlement payment.

However, over a half year later, Ms. Morris's account continues to be negatively reported. In particular, on a requested credit report dated February 16, 2023, Ms. Morris's account was reported with a status of "CHARGE OFF", a balance of $832.00, and a past due balance of $556.00. The relevant portion of Ms. Morris's credit report is attached herein for your review. The trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled in full and has a balance of $0.00.

Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

Thank you for your prompt attention to the important matter.

Very truly yours,

Allayah Chirinos
Paralegal
Law Offices of Robert S. Gitmeid
& Associates, PLLC.
Allayah.c@gitmeidlaw.com
(866) 249 1137

| FILE # | 4939854   **FNMA #** | DATE COMPLETED | 2/16/2023 | RQD' BY | |
|---|---|---|---|---|---|
| **SEND TO** | LAW OFFICES OF ROBERT GITMEID | **DATE ORDERED** | 2/16/2023 | | |
| | CUST. # CA214 | **REPOSITORIES** | TU | **PRPD' BY** | |
| | 11 BROADWAY STE 960 | **PRICE** | | **LOAN TYPE** | |
| | NEW YORK, NY 10004 | **REF. #** | | | |

**PROPERTY ADDRESS**

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| **APPLICANT** | MORRIS, ANNETTE | **CO-APPLICANT** | |
| **SOC SEC #** | **DOB** | **SOC SEC #** | **DOB** |
| **MARITAL STATUS** | | **DEPENDENTS** | |

## COLLECTION ACCOUNTS

| E C O A | W H O S E | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |
| B | B | TRUIST | 04/22 | 01/16 | $1000 | $832 | $556 | 00 | - | - | - | CHARGE OFF |
| | | 1255 | | 03/22 | REV | - | | | | | | TU |
| | | PROFIT AND LOSS WRITEOFF | | | | | | | | | | |

# EXHIBIT D

## Credit report

Provided by experian



Report date: Jun 1, 2023

## Personal info

| Reported names | **Annette Morris** | Addresses | Date reported |



DOB

SSN

Employment info

## Account summary



## Accounts



**Credit Cards**





**TRUIST BANK**
Reported: May 12, 2022

$832.00
Closed

**Overview**

You're currently using 83% of your account's limit.

Balance: $832.00                    Credit limit: $1,000.00

**Account details**

| Account Number | 552393XXXXXXXXXX |
|---|---|
| Account Status | Charge Off |



Current Payment Status                    **Collection/Charge-off**

Amount Past Due

E-FILED IN OFFICE - SP
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

23-A-05126-10
6/13/2023 5:35 PM
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☒ **Superior or** ☐ **State Court of** <u>Gwinnett Superior Court</u> **County**

| For Clerk Use Only | |
|---|---|
| **Date Filed** _____ | **Case Number** 23-A-05126-10 |
| **MM-DD-YYYY** | _____ |

**Plaintiff(s)**
Morris, Annette

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**
Truist Financial Corporation

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

Experian Information Solutions, Inc.

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** Courtney Bishop Newman   **State Bar Number** 776255   **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☒ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

<u>N/A</u>
**Case Number**

<u>N/A</u>
**Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

E-FILED IN OFFICE - SP
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

23-A-05126-10

6/13/2023 5:35 PM
TIANA P. GARNER, CLERK

# IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

_____

_____

_____

**PLAINTIFF**

VS.

_____

_____

_____

**DEFENDANT**

CIVIL ACTION  23-A-05126-10
NUMBER:_____

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

   You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____,  20_____.

14th day of June, 2023

Tiana P. Garner
**Clerk of Superior Court**

By_____
**Deputy Clerk**

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

**SC-1 Rev. 2011**

E-FILED IN OFFICE - JT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

23-A-05126-10

6/20/2023 1:39 PM

TIANA P. GARNER, CLERK

# IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

Annette Morris,

        Plaintiff,

  vs.

Truist Financial Corporation and Experian
Information Solutions, Inc.,

        Defendants.

C.A. No.: 23-A-05126-10

STATE OF DELAWARE      )
                         SS.:
COUNTY OF NEW CASTLE  )

### AFFIDAVIT OF SERVICE

    I, Brian Schofield, being duly sworn and deposed says that I am not a party to this action, am over eighteen (18) years old, and reside in Delaware.  That on June 16, 2023 at 9:21 a.m., I personally served true copies of a Summons and Complaint with Exhibits upon, **Experian Information Solutions, Inc.**, by serving the registered agent, The Corporation Trust Company at 1209 Orange Street, Wilmington, DE 19801.

Service was accepted by Chimere Brooks, Intake Specialist, authorized to accept service.  Ms. Brooks is an African-American female, 42 years old, 200 lbs., 5'6" with black hair.

                                     Brian Schofield – Process Server
                                     800 King Street, Suite 102
Sworn to me this 19th day of June, 2023.        Wilmington, DE 19801

_____Notary Public

GEORGE C BARTOL
MY COMMISSION
EXPIRES
APRIL 5, 2024
NOTARY PUBLIC
STATE OF DELAWARE

E-FILED IN OFFICE - JT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
23-A-05126-10
6/20/2023 5:56 PM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

|  |  |
|---|---|
| ANNETTE MORRIS, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. |
| TRUIST FINANCIAL CORPORATION and EXPERIAN INFORMATION SOLUTIONS, INC., | 23-A-05126-10 |
| Defendants. | |

## <u>MOTION TO APPOINT PRIVATE PROCESS SERVER</u>

Plaintiff., by and through undersigned Counsel, hereby moves this Court to appoint

Kimberly Greenway to perfect service of process of Plaintiff's Summons and Complaint as

required by O.C.G.A. § 9-11-4 for Defendant Truist Financial Corporation, showing the Court as

follows:

1.

Plaintiff reasonably believes that service by the Sheriff's Department will be difficult to

perfect service because Defendant Truist Financial Corporation is a corporate entity.

2.

Kimberly Greenway, who is an experienced process server, may be able to locate and

properly personally serve Defendant Truist Financial Corporation if authorized to do so by the

Court.

Page 1 of 2

3.

The above-named process sever is not a party to this action, is not related to Plaintiff by blood or marriage, and is not Plaintiff's employee nor that of Plaintiff's Counsel's law firm.

4.

The above-named process server is a citizen of the United States of America, and is above the age of eighteen.

5.

Plaintiff submits Kimberly Greenway's *Affidavit of Proposed Process Server* which is attached hereto as **EXHIBIT A**.


WHEREFORE, Plaintiff respectfully moves the Court to appoint Kimberly Greenway as private process server in this case to perfect service of process of Plaintiff's Summons and Complaint upon Defendant Truist Financial Corporation as required by law.


Respectfully Submitted,

**Law Offices of Robert S. Gitmeid & Associates, PLLC**


*/s/ Courtney B. Newman*
Courtney B. Newman, Esq.
Georgia Bar No. 776255
Courtney.N@gitmeidlaw.com
30 Wall Street, 8th Floor #741
New York, NY 10005
Tel: (770) 874-2445
Fax: (770) 299-2111
*Counsel for Plaintiff*

Page 2 of 2

**E-FILED IN OFFICE - JT**
**CLERK OF SUPERIOR COURT**
**GWINNETT COUNTY, GEORGIA**
**23-A-05126-10**
**6/20/2023 5:56 PM**
**TIANA P. GARNER, CLERK**

**EXHIBIT 3**

SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| ANNETTE MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION   FILE |
| VS. | ) | |
| | ) | NO.  23-A-05126-10 |
| TRUIST FINANCIAL CORPORATION and | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC, | ) | |
| | | |
| Defendant. | | |

## AFFIDAVIT OF PROPOSED PROCESS SERVER

The undersigned swears to the following:

1.    I am a citizen of the United States.

2.    I am not a party and I am not younger than 18 years of age.

3.    I am not related by blood or marriage to any party in this action.

4.    I have never been convicted of a felony.

5.    I have no personal interest in the outcome of this litigation and I am wholly disinterested in the litigation.

6.    I am willing and able to serve the DEFENDANTS  with a copy of the Summons and Complaint.

This _16_ day of _JUNE_ , 2023.

Sworn to and subscribed before me this

_16_ day of _JUNE_ , 2023

_____
NOTARY PUBLIC

Kimberly Greenway
Kimberly Greenway Services, LLC
505 Lakeland Plaza, Suite 308
Cumming, GA  30040

RICHARD BENITO
NOTARY
GEORGIA
EXPIRES
09-14-2025
PUBLIC
DAWSON COUNTY

E-FILED IN OFFICE - JT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**23-A-05126-10**

**6/21/2023 9:30 AM**
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

ANNETTE MORRIS,

        Plaintiff,

v.

TRUIST FINANCIAL CORPORATION and
EXPERIAN INFORMATION SOLUTIONS,
INC.,

        Defendants.

CIVIL ACTION NO.
23-A-05126-10

## <u>ORDER APPOINTING PRIVATE PROCESS SERVER</u>

Plaintiff's Motion to Appoint Private Process Server having been read and considered, and it appearing to the Court that sufficient grounds exist for the granting thereof, it is  HEREBY ORDERED that the Plaintiff is authorized to perfect service by Kimberly Greenway, a private process server, who is hereby directed to personally serve a copy of Plaintiff's Summons and Complaint upon Defendant Truist Financial Corporation and to make and file proof of service as required by law.

SO ORDERED, this 21st day of June, 2023.

_____
Judge WARREN DAVIS
Gwinnett County Superior Court

PREPARED AND PRESENTED BY:

Courtney B. Newman, Esq., Ga Bar No. 776255
Law Offices of Robert S. Gitmeid & Associates, PLLC
30 Wall Street, 8th Floor #741, New York, NY 10005
Tel: (770) 874-2445
courtney.n@gitmeidlaw.com
*Counsel for Plaintiff*

AFFIDAVIT OF SERVICE SHALL LIST ALL DOCUMENTS SERVED

E-FILED IN OFFICE - JT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**23-A-05126-10**

**6/26/2023 12:24 PM**
TIANA P. GARNER, CLERK

## AFFIDAVIT OF SERVICE

State of Georgia                      County of Gwinnett                      Superior Court

Case Number: 23-A-05126-10

Plaintiff:
**ANNETTE MORRIS**

vs.

Defendant:
**TRUIST FINANCIAL CORPORATION and
EXPERIAN INFORMATION SOLUTIONS,
INC**

Received by Kimberly Greenway Services, Inc. on the 21st day of June, 2023 at 10:03 am to be served on **Truist Financial Corporation c/o Corporation Service Company, Registered Agent, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092.**

I, Kimberly Greenway, being duly sworn, depose and say that on the **23rd day of June, 2023** at **11:35 am, I:**

served **Truist Financial Corporation c/o Corporation Service Company, Registered Agent** by personally serving **Alisha Smith, Intake specialist** located at **2 Sun Court, Suite 400, Peachtree Corners, GA 30092** with: ORDER APPOINTING PRIVATE PROCESS SERVER; SUMMONS; COMPLAINT; EXHIBITS.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: Black, Height: 5'9", Weight: 130, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

Subscribed and Sworn to before me on the 23rd day of
June, 2023 by the affiant who is personally known to
me.

NOTARY PUBLIC

Kimberly Greenway
GCPS #206

**Kimberly Greenway Services, Inc.**
**505 Lakeland Plaza**
**Suite 308**
**Cumming, GA 30040**
**(404) 487-6085**

Our Job Serial Number: KGS-2023006181

RICHARD BENITO
NOTARY
EXPIRES
GEORGIA
09-14-2025
PUBLIC
DAWSON COUNTY

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r