# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **Annette Morris**, | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION NO.** |
| | ) | |
| vs. | ) | _____ |
| | ) | |
| **Truist Financial Corporation and Experian Information Solutions, Inc.**, | ) ) ) | (Removed from Gwinnett County Superior Court, CAFN 23-A-05126-10) |
| | ) | |
| Defendants. | ) | |

## NOTICE OF CONSENT TO REMOVAL

Without waiving any defenses or other rights, Defendant Experian Information Solutions, Inc. ("Experian"), hereby consents to the removal of this action from the Superior Court of Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia.

DATED: July 24, 2023

Respectfully submitted,

By: /s/ *Harshal Jani*
Harshal Jani
Authorized Representative for Experian Information Solutions, Inc.
475 Anton Blvd
Costa Mesa, California 92626
Harshal.Jani@experian.com

1