# EXHIBIT 3

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| Annette Morris,<br><br>**Plaintiff,**<br><br>v.<br><br>Truist Financial Corporation and Experian Information Solutions, Inc.,<br><br>**Defendants.** | **Civil Action File No.**<br>**23-A-05126-10** |

### NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT

Notice is hereby given that on July 24, 2023, pursuant to the provisions of 28 U.S.C. §§ 1331, *et seq.*, Defendant Truist Bank, improperly identified as Truist Financial Corporation ("Truist"), filed with the United States District Court for the Northern District of Georgia, Atlanta Division, a Notice of Removal of the above-captioned case. A copy of the Notice of Removal is attached hereto as **Exhibit 1**, and notice is being provided to Plaintiff.

Respectfully submitted this 24th day of July, 2023.

                                                  **BRADLEY ARANT BOULT CUMMINGS LLP**

                                                  */s/ Erik J. Badia*
                                                  Nancy H. Baughan
                                                  Georgia Bar No. 042575
                                                  Erik J. Badia
                                                  Georgia Bar No. 327905
                                                  Promenade Tower
                                                  1230 Peachtree Street N.E.
                                                  Atlanta, Georgia 30309
                                                  Telephone: (404) 868-2015
                                                  Email: nbaughan@bradley.com
                                                                 ebadia@bradley.com

                                                  *Counsel for Defendant Truist Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused to be served a copy of the within and foregoing **NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT** upon all parties of record to this matter by filing same with the Clerk of Court using the Court's eFile system which will send email notification to all parties of record in this action, and by sending a copy via electronic mail and first-class U.S. mail, postage prepaid and addressed to the following:

Courtney B. Newman, Esq.
**Law Offices of Robert S. Gitmeid & Associates, PLLC**
30 Wall Street, 8th Floor #741
New York, NY 10005
Courtney.N@gitmeidlaw.com
*Attorney for Plaintiff Annette Morris*

This 24th day of July, 2023.

*/s/ Erik J. Badia*
Erik J. Badia
