IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WANDERLYN CHAPPLE, | ) | |
| | ) | |
|    Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | |
| v. | ) | _____ |
| | ) | |
| DEUTZ CORPORATION, | ) | |
| | ) | |
|    Defendant. | ) | |

## <u>NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT</u>

To:   Wanderlyn Chapple
2997 Cobb Pkwy SE #725306
Atlanta, GA 31139
wanderlynchapple@aol.com

Notice is hereby given that Defendant DEUTZ Corporation has filed removal papers with the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division, regarding the above-styled action.   Attached to and included with this Notice is **Exhibit 1**, a copy of the Notice of Removal to the federal court (with its accompanying exhibits).

Respectfully submitted this 24th day of July 2023.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*/s/ David E. Gevertz*
David E. Gevertz, Esq.
Georgia Bar No. 292430
3414 Peachtree Road, NE, Suite 1500
Atlanta, Georgia 30326-1164
Phone:  404-221-6512
Fax:  678-406-8816
dgevertz@bakerdonelson.com

*Counsel for Defendant*
*DEUTZ Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this date I served a copy of the foregoing *Defendant's Notice of Removal* to Plaintiff via electronic mail and First-Class U.S. Mail, postage prepaid, addressed as follows:

Wanderlyn Chapple
2997 Cobb Pkwy SE #725306
Atlanta, GA 31139
wanderlynchapple@aol.com

Respectfully submitted this 24th day of July 2023.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

*/s/ David E. Gevertz*
David E. Gevertz, Esq.
Georgia Bar No. 292430
dgevertz@bakerdonelson.com

*Counsel for Defendant
DEUTZ Corporation*

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WANDERLYN CHAPPLE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | |
| v. | ) | _____ |
| | ) | |
| DEUTZ CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF REMOVAL**

COMES NOW DEUTZ Corporation and, pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, gives notice of the removal of this civil action from the Magistrate Court of Fulton County, State of Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division and shows the following:

1.

On or about June 22, 2023, Plaintiff Wanderlyn Chapple ("Plaintiff" or "Chapple") filed a Statement of Claim in the Magistrate Court of Fulton County, State of Georgia, Case No. 23MS186065, against Defendant DEUTZ Corporation ("Defendant" or "DEUTZ") alleging a cause of action against Defendant for breach of contract and unpaid wages.

2.

On July 6, 2023, Plaintiff filed a "Supporting Documentation" with the Magistrate Court clarifying that she alleges that Defendant deprived Plaintiff of wages in violation of the Fair Labor Standards Act ("FSLA").  This action is still pending.

3.

DEUTZ was served with the Statement of Claim on June 26, 2023 and the Supporting Documentation on or about July 6, 2023, so this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

4.

Pursuant to 28 U.S.C. § 1446(a), a copy of the Statement of Claim and the Supporting Documentation are attached as **Exhibit A** and constitutes all process, pleadings, and orders served on DEUTZ in the Fulton County Magistrate Court to date.  DEUTZ has not made an appearance in that action as of this filing.

5.

As provided under 28 U.S.C. § 1331, the district courts have removal jurisdiction over "[a]ny civil action of which the district courts of the United States have original jurisdiction under the Constitution, treaties or laws of the United States."

6.

In the instant case, federal question jurisdiction arises from Plaintiff's alleged cause of action against Defendant for violating the Fair Labor Standards Act ("FSLA").   DEUTZ is therefore removing this case pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), which provides this Court with original jurisdiction, as required by 28 U.S.C. § 1441(b).  Plaintiff's breach of contract claim is likewise removable pursuant to 28 U.S.C. § 1367(a), over which this Court has supplemental jurisdiction.

7.

Fulton County, Georgia is one of the counties comprising the Atlanta Division of the Northern District of Georgia. Since this action was originally filed in the Magistrate Court of Fulton County, Georgia, venue is proper in the Atlanta Division of the United States District Court of the Northern District of Georgia, in accordance with 28 U.S.C. § 1446(a).

8.

Contemporaneous to this filing, DEUTZ is sending written notice to Plaintiff, a copy of which is attached as **Exhibit B**, and is filing a Notice of Filing of Notice of Removal with the Magistrate Court of Fulton County, Georgia pursuant to 28 U.S.C. § 1446(d), a copy of which is attached as **Exhibit C**.

Respectfully submitted this **24**th day of July 2023.

> **BAKER, DONELSON, BEARMAN,
> CALDWELL & BERKOWITZ, P.C.**
>
> */s/ David E. Gevertz*
> David E. Gevertz, Esq.
> Georgia Bar No. 292430
> 3414 Peachtree Road, NE, Suite 1500
> Atlanta, Georgia 30326-1164
> Phone:  404-221-6512
> Fax:  678-406-8816
> dgevertz@bakerdonelson.com
>
> *Counsel for Defendant*
> *DEUTZ Corporation*

4

## <u>CERTIFICATE OF COMPLIANCE</u>

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the court in local rule 5.1(C) and 7.1(D).

Respectfully submitted this **24**th day of July 2023.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*/s/ David E. Gevertz*
David E. Gevertz, Esq.
Georgia Bar No. 292430
dgevertz@bakerdonelson.com

*Counsel for Defendant*
*DEUTZ Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day filed a copy of the foregoing *Notice of Removal* with the Clerk of Court using the Court's ECF system which will automatically send notification to all counsel of record.

Additionally, I certify that on this date I served a copy of the foregoing *Notice of Removal* via electronic mail and First-Class U.S. Mail, postage prepaid, addressed as follows:

Wanderlyn Chapple
2997 Cobb Pkwy SE #725306
Atlanta, GA 31139
wanderlynchapple@aol.com

Respectfully submitted this 24th day of July 2023.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*/s/ David E. Gevertz*
David E. Gevertz, Esq.
Georgia Bar No. 292430
dgevertz@bakerdonelson.com

*Counsel for Defendant*
*DEUTZ Corporation*

6

EXHIBIT A

IN THE MAGISTRATE COURT OF FULTON COUNTY

STATE OF GEORGIA

Wanderlyn CHapple

2997 Cobb Pkwy SE #725306

Atlanta, GA 31139

810-610-5545

wanderlynchapple@aol.com

Plaintiff(s) Name, Address, Phone, Email Address vs.

DEUTZ Corporation 3883 Steve Reynolds Blvd., Norcross, GA

30093 770-564-7100 Raluca.Rojneai@deutz.com

Defendant(s) Name, Address, Phone, Email Address

CASE NO. _____ 12489823 _____

**STATEMENT OF CLAIM** Fulton County Magistrate Court
***E-FILED***RC
_____ PRO SE _____ Date: 6/22/2023 11:02 PM
Cathelene Robinson, Clerk
Plaintiff's Attorney, Name, Address, Phone  23MS186065

---

[ ] Suit on Note  [ ] Suit on Account  [X] Contract  [ ] Tort  [ ] Trover  [ ] Personal Injury [ X] Other: Unpaid Wages

1. The Court has jurisdiction over the defendant(s) [ ] the Defendant(s) is a resident of _____ County; [X ] Other (please specify) _The Registered Agent for the Defendant is based in Fulton County.

2. Plaintiff(s) claims the Defendant(s) is indebted to the Plaintiff(s) as follows (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim): **Payment for services provided during the period 6/2 - 6/26/2022 where I was engaged to perform work in advance of planned start/hire date of 6/27/2022.**

3. This claim is in the amount of $ __15000.00_____, principal $ _____ interest, plus _____ costs to date, and all future costs of this suit.

4. **Please select hearing location:** ( ) Downtown Courthouse  ( X) North Annex  ( ) South Annex
5. I am the ( X) Plaintiff ( ) Plaintiff's Attorney and I (X) would or ( ) would not like to receive text message alerts for upcoming hearing dates for this case? (Standard text message rates from your carrier may apply) Cell Phone # __810-610-5545__

---

STATE OF GEORGIA, FULTON COUNTY

WANDERLYN CHAPPLE _____ being duly sworn on oath says the foregoing is a just and true statement the amount owing by defendant(s) to plaintiff(s), exclusive of all set-offs and just grounds of defense.

This electronic notarial act involved a remote online appearance involving the use of communication technology.

Sworn and subscribed before me this

22nd day of June 20 23

*Safid Bakar*

Notary Public/Attesting Official

Safid Bakar
Notary Public - State of New York
No. 01BA6008668
Qualified in Suffolk County
My Commission Expires May 25, 2027

Plaintiff(s) or Agent

(If Agent, Title or Capacity)

810-610-5545 wanderlynchapple@aol.com

Plaintiff's Mobile Phone Number & Email Address

---

**NOTICE AND SUMMONS**

TO: All **Defendant(s)** You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained for the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, *JUDGMENT BY DEFAULT* WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE OR CLERK. Answer & Counterclaim forms are available at the Clerk's office and online (magistratefulton.org). Answers & counterclaims should be electronically filed with the Magistrate Court Clerk, either an oral or written answer at room TG100, 185 Central Ave., S.W. Atlanta, Georgia 30303 between 8:30 A.M. and 5:00 P.M. OR electronically at www.odysseyefilega.com (convenience fee applies). If you choose to file your answer orally, YOU MUST COME TO THE COURT IN PERSON within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at a time scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff(s), you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff(s)'claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are certain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during business hours.

This _____ day of 6/22/2023 11:02 PM , 20___

Magistrate Judge or Deputy Clerk

MAG 10-01 STATEMENT OF CLAIM JANUARY 2019

Case 1:23-mi-99999-UNA    Document 2336-1    Filed 07/24/23    Page 13 of 22

Fulton County Magistrate Court
***E-FILED***RC
23MS186065
Che Alexander, Clerk
23MS186065

**Supporting Documentation: Wanderlyn Chapple v. DEUTZ Corporation, Case #23MS186065)**

**Background:**

On May 19, 2022, I was contacted about by Raluca Rojneai regarding an HR Director opportunity with DEUTZ Corporation. As Raluca was in the process of exiting the company, my primary point of contact became David Mangan.  After completing the interview process, I was extended and accepted an offer of employment on June 13, 2022, for an Exempt HR Director role with a start date of June 27, 2022**.** Offer Letter shown below.



**Supporting Principles & Regulations:**

- **Start/Hire Date**
  - Start date, in its simplest form, is whenever someone starts working. This is the first day an employee can be paid.

- **Fair Labor Standards Act (FLSA)**
  - As long as an exempt **salaried employee works** any **hours** during a **work period**, they are entitled to their full amount of base pay.
  - An individual is considered a 'newly hired employee' on the first day he or she performs wage earning services.
  - 29 CFR 785.11. Thus, if an employer knows or has reason to believe an employee is working, even if the time is unauthorized, the employer must pay the employee for the time worked…By statutory definition the term "employ" includes "to suffer or permit to work." Under the Fair Labor Standards Act (FLSA), exempt employees receive a full salary for any week in which they work regardless of the hours or days worked. If an exempt employee does any work, they must be paid for the full day—there is no minimum.
  - An applicant's time spent "working" may become the basis for a Fair Labor Standards Act (FLSA) claim.

Prepared by: Wanderlyn Chapple
Date Submitted: July 6, 2023

**Work Conducted**

Given the departure of their existing HR Director, the need for immediate assistance, HR vacancies and pending leave, I began receiving work assignments immediately. During the period of 6/2 – 6/26, I was engaged to work on the following:

- **Interview of HR Manager candidate:** This entailed the actual interview along with various emails, texts and calls with David Mangan, Consultant and Janique Spain, HR Manager. Additional evidence available.



- **Performance Management:** I was engaged regarding a Performance Management issue of an HR employee (John Ruby, HR Manager Pendergrass).  I was asked for time for me to be briefed on the performance issues and make the decision on the appropriate course of action. This involved emails, texts, and calls with David Mangan. This began around 6/2.

- **Introductory Session:** I was needed to participate in an introductory session Intro Session to get up to speed on the organization and HR Department existing projects, priorities and urgent items. This involved David Mangan.

- **Benefits Implementation:** On 6/14/2022 I was advised that a new vendor, Mutual of Omaha, had been added as an HR vendor and there were 2 new leave benefits being implemented. I was advised that my presence was needed in a variety of meetings. This work assignment including pre and post meeting activity plus a meeting on 6/24 with the vendor and the benefits broker.



- **HR Strategy Session:** Session was virtual and including Janique Spain on 6/13/2022.



- **Witnesses who can affirm the details of this claim:** Neitra Maddox, David Mangan, Janique Spain, Mutual of Omaha, A2 Benefits, Christian Vorspel-Rueter, Shawntay Mathews
- Additional Evidence and Supporting Documentation available.

## DAMAGES:
- Compensation for work performed 6/2 -6/262003: $15.000.00
  - **@ Consulting Rate**

| Service | Rate | Dates of Service | Engaged By: | Other Resources & Contacts | Support Documentation |
|---|---|---|---|---|---|
| Interview & Onboarding Prep for HR Manager Candidate (N. Maddox) | $ 2,500.00 | 6/2/2022 - 6/26/2022 | D. Mangan, J. Spain | | Email, Phone Records, Calendar Entries |
| Performance Manaagement (J Ruby) | $ 2,500.00 | 6/2/2022 - 6/12/2026 | D. Mangan | | Email, Text, Phone Recrods |
| HR Strategy Session | $ 2,500.00 | 6/9/2022 - 6/15/2022 | J. Spain | | Email, Calendar Entries |
| HR Introduction/Practice Log | $ 2,500.00 | 6/14/2022 - 6/26/2022 | D. Mangan | | Email, Calendar Entries |
| Manager Training | $ 2,500.00 | 6/10/2022 - 6/26/2022 | J. Spain; D. Mangan | D. Brookmire, S. Devine | Email |
| Mutual of Omaha (MoO) Implementation | $ 2,500.00 | 6/14/2022 - 6/26/2022 | MoO, a2 Benefits, J. S | MoO, a2 Benefits, | Email, Calendar Entries |
| TOTAL | $ 15,000.00 | | | | |

  - Based upon $170,000 Annual Salary

| Pay Period | |
|---|---|
| 6/2 - 6/4 | $ 3,269.23 |
| 6/5 - 6/11 | $ 3,269.23 |
| 6/12 - 6/18 | $ 3,269.23 |
| 6/19 - 6/25 | $ 3,269.23 |
| **SUB TOTAL** | **$ 13,076.92** |
| Legal & Filing Fees | $ 180.00 |
| Other | $ 1,743.08 |
| **TOTAL** | **$ 15,000.00** |

Prepared by: Wanderlyn Chapple
Date Submitted: July 6, 2023

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WANDERLYN CHAPPLE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | |
| v. | ) | _____ |
| | ) | |
| DEUTZ CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT</u>

To:   Wanderlyn Chapple
2997 Cobb Pkwy SE #725306
Atlanta, GA 31139
wanderlynchapple@aol.com

Notice is hereby given that Defendant DEUTZ Corporation has filed removal papers with the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division, regarding the above-styled action.   Attached to and included with this Notice is **Exhibit 1**, a copy of the Notice of Removal to the federal court (with its accompanying exhibits).

Respectfully submitted this 24th day of July 2023.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

*/s/ David E. Gevertz*
David E. Gevertz, Esq.
Georgia Bar No. 292430
3414 Peachtree Road, NE, Suite 1500
Atlanta, Georgia 30326-1164
Phone:  404-221-6512
Fax:  678-406-8816
dgevertz@bakerdonelson.com

*Counsel for Defendant
DEUTZ Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this date I served a copy of the foregoing *Defendant's Notice of Removal* to Plaintiff via electronic mail and First-Class U.S. Mail, postage prepaid, addressed as follows:

Wanderlyn Chapple
2997 Cobb Pkwy SE #725306
Atlanta, GA 31139
wanderlynchapple@aol.com

Respectfully submitted this 24th day of July 2023.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

*/s/ David E. Gevertz*
David E. Gevertz, Esq.
Georgia Bar No. 292430
dgevertz@bakerdonelson.com

*Counsel for Defendant
DEUTZ Corporation*

# EXHIBIT C

IN THE MAGISTRATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| WANDERLYN CHAPPLE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 23MS186065 |
| | ) | |
| v. | ) | |
| | ) | |
| DEUTZ CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING TO THE FULTON COUNTY MAGISTRATE COURT OF DEFENDANT'S NOTICE OF REMOVAL

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant DEUTZ Corporation has filed removal papers with the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division, regarding the above-styled action.  A copy of the Notice of Removal (without its accompanying exhibits) is attached hereto as **Exhibit 1**. Defendant respectfully requests that the Magistrate Court of Fulton County proceed no further in this action unless and until such time as the action may be remanded by order of the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 24th day of July 2023.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

*/s/ David E. Gevertz*
David E. Gevertz, Esq.
Georgia Bar No. 292430
3414 Peachtree Road, NE, Suite 1500
Atlanta, Georgia 30326-1164
Phone:  404-221-6512
Fax:  678-406-8816
dgevertz@bakerdonelson.com

*Counsel for Defendant
DEUTZ Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed a copy of the foregoing *Notice of Filing to the Fulton County Magistrate Court of Defendant's Notice of Removal* with the Clerk of Court using the Court's ECF system which will automatically send notification to all counsel of record.

Additionally, I certify that on this date I served a copy of the foregoing *Notice of Removal* via electronic mail and First-Class U.S. Mail, postage prepaid, addressed as follows:

Wanderlyn Chapple
2997 Cobb Pkwy SE #725306
Atlanta, GA 31139
wanderlynchapple@aol.com

Respectfully submitted this 24th day of July 2023.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

*/s/ David E. Gevertz*
David E. Gevertz, Esq.
Georgia Bar No. 292430
dgevertz@bakerdonelson.com

*Counsel for Defendant
DEUTZ Corporation*