UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | : | MDL DOCKET NO. 2974 |
| | : | |
| | : | |
| This document relates to: | : | 1:20-md-02974-LMM |
| | : | |
| | : | |
| Megan Specksgoor | : | |
| | : | |
| | : | Civil Action No.: _____ |
| | : | |
| | : | |
| vs. | : | |
| TEVA PHARMACEUTICALS USA, INC.; TEVA WOMEN'S HEALTH, LLC; TEVA BRANDED PHARMACEUTICALS PRODUCTS R&D INC.; THE COOPER COMPANIES, INC.; AND COOPERSURGICAL, INC. | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## **SHORT FORM COMPLAINT**

Come(s) now the Plaintiff(s) named below, and for her/their Complaint against the Defendant(s) named below, incorporate(s) the Second Amended Master Personal Injury Complaint (Doc. No. 79), in MDL No. 2974 by reference. Plaintiff(s) further plead(s) as follows:

1. Name of Plaintiff placed with Paragard: _Megan Specksgoor_____

   _____

2. Name of Plaintiff's Spouse (if a party to the case): _N/A_____

   _____

3.   If case is brought in a representative capacity, Name of Other Plaintiff
and capacity (i.e., administrator, executor, guardian, conservator):

N/A

_____

_____

4.   State of Residence of each Plaintiff (including any Plaintiff in a
representative capacity) at time of filing of Plaintiff's original
complaint:    New Mexico
_____

_____

5.   State of Residence of each Plaintiff at the time of Paragard placement:

New Mexico
_____

6.   State of Residence of each Plaintiff at the time of Paragard removal:

New Mexico
_____

7.   District Court and Division in which personal jurisdiction and venue
would be proper:

U.S. District Court, District of New Mexico, Northern Division
_____

_____

8.   Defendants. (Check one or more of the following five (5) Defendants
against whom Plaintiff's Complaint is made. The following five (5)
Defendants are the only defendants against whom a Short Form
Complaint may be filed. No other entity may be added as a defendant
in a Short Form Complaint.):

2

☑    A. Teva Pharmaceuticals USA, Inc.

☑    B. Teva Women's Health, LLC

☑    C. Teva Branded Pharmaceutical Products R&D, Inc.

☑    D. The Cooper Companies, Inc.

☑    E. CooperSurgical, Inc.

9.    Basis of Jurisdiction

☑    Diversity of Citizenship (28 U.S.C. § 1332(a))

☐    Other (if Other, identify below):

_____

10.

| Date(s) Plaintiff had Paragard placed (DD/MM/YYYY) | Placing Physician(s) or other Health Care Provider (include City and State) | Date Plaintiff's Paragard was Removed (DD/MM/YYYY)* <br><br> *If multiple removal(s) or attempted removal procedures, list date of each separately. | Removal Physician(s) or other Health Care Provider (include City and State)** <br><br> **If multiple removal(s) or attempted removal procedures, list information separately. |
|---|---|---|---|
| 03/12/2018 | Planned Parenthood Santa Fe (Santa Fe, NM) | 02/25/2021 | Planned Parenthood Santa Fe (Santa Fe, NM) |
| | | 03/11/2021 | Presbyterian Santa Fe Medical Center (Santa Fe, NM) |
| | | | |

11.   Plaintiff alleges breakage (other than thread or string breakage) of her
      Paragard upon removal.

☑   Yes

☐   No

12.   Brief statement of injury(ies) Plaintiff is claiming:

Plaintiff's Paragard broke upon removal and one arm was retained that had
to be removed in a separate procedure.

Plaintiff reserves her right to allege additional injuries and
complications specific to her.

13.   Product Identification:

   a. Lot Number of Paragard placed in Plaintiff (if now known):
      517004

   b. Did you obtain your Paragard from anyone other than the
      HealthCare Provider who placed your Paragard:

   ☐   Yes

   ☑   No

14.   Counts in the Master Complaint brought by Plaintiff(s):

☑   Count I – Strict Liability / Design Defect

☑   Count II – Strict Liability / Failure to Warn

☑   Count III – Strict Liability / Manufacturing Defect

☑   Count IV – Negligence

☑   Count V – Negligence / Design and Manufacturing Defect

☑   Count VI – Negligence / Failure to Warn

4

☑ Count IX – Negligent Misrepresentation

☑ Count X – Breach of Express Warranty

☑ Count XI – Breach of Implied Warranty

☑ Count XII – Violation of Consumer Protection Laws

☑ Count XIII – Gross Negligence

☑ Count XIV – Unjust Enrichment

☑ Count XV – Punitive Damages

☐ Count XVI – Loss of Consortium

☐ Other Count(s) (Please state factual and legal basis for other claims

not included in the Master Complaint below):

_____

_____


15.   "Tolling/Fraudulent Concealment" allegations:

a.   Is Plaintiff alleging "Tolling/Fraudulent Concealment"?

☑ Yes

☐ No

b.   If Plaintiff is alleging "tolling/fraudulent concealment" beyond
the facts alleged in the Master Complaint, please state the facts
and legal basis applicable to the Plaintiff in support of those
allegations below:

_____

_____

5

16.   Count VII (Fraud & Deceit) and Count VIII (Fraud by Omission) allegations:

    a.   Is Plaintiff is bringing a claim under Count VII (Fraud & Deceit), Count VIII (Fraud by Omission), and/or any other claim for fraud or misrepresentation?

    ☑ Yes

    ☐ No

    b.   If Yes, the following information must be provided (in accordance with Federal Rule of Civil Procedure 8 and/or 9, and/or with pleading requirements applicable to Plaintiff's state law claims):

    i.   The alleged statement(s) of material fact that Plaintiff alleges was false: Paragard was safe for use as a means of long-term birth control and was as safe or safer than other products on the market.

    ii.   Who allegedly made the statement: The Defendants.

    iii.   To whom the statement was allegedly made: Plaintiff and her healthcare providers.

    iv.   The date(s) on which the statement was allegedly made: The statements were made on various dates since its approval by the FDA in 1984.

17.   If Plaintiff is bringing any claim for manufacturing defect and alleging facts beyond those contained in the Master Complaint, the following information must be provided:

    a.   What does Plaintiff allege is the manufacturing defect in her Paragard? N/A

18.   Plaintiff's demand for the relief sought if different than what is
      alleged in the Master Complaint: <u>N/A</u>_____

      _____

19.   Jury Demand:

☑   Jury Trial is demanded as to all counts

☐   Jury Trial is NOT demanded as to any count

<u>**s/** R. Andrew Jones; Stephen Hunt, Jr.</u>
                    Attorney(s) for Plaintiff

Address, phone number, email address and Bar information:

2131 Magnolia Ave South, Birmingham, AL 35023
(205) 328-2200
R. Andrew Jones (asb-0096-i11r) ajones@corywatson.com
Stephen Hunt, Jr. (asb-3621-n62h) shunt@corywatson.com