Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| EAC1919450847 | | I918 - APPLICATION FOR U NONIMMIGRANT STATUS |
| **Received Date** | **Priority Date** | **Applicant** |
| 05/28/2019 | | PATEL, DHAVALKUMAR RASIKBHAI |
| **Notice Date** | **Page** | **Beneficiary** |
| 06/05/2019 | 1 of 2 | PATEL, DHAVALKUMAR RASIKBHAI |

DHAVALKUMAR RASIKBHAI PATEL
c/o BHAVYA CHAUDHARY ASSOCIATES
700 HOLCOMB BRIDGE ROAD
NORCROSS  GA  30071

**Notice Type:** Receipt Notice
Fee Waived

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above.** It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**Contacting the Agency**

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the Vermont Service Center. Otherwise, you might not receive notice of your action on this case. If any other changes need to be made you also must contact the Vermont Service Center in writing. Please include what changes need to be made and your signature.

If you are an attorney of record and your client has cases filed with us you can contact the VAWA/T/U Customer Service Hotline: 1-802-527-4888.

Vermont Service Center
U.S. Citizenship & Immigration Services
75 Lower Welden Street
Saint Albans, VT 05479-0001

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the **VAWA Hotline 1-802-527-4888** or visit our website at www.uscis.gov

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

**USCIS Contact Center: www.uscis.gov/contactcenter**



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  04/01/19

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| Receipt Number | | Case Type |
|---|---|---|
| EAC1919450847 | | I918 - APPLICATION FOR U NONIMMIGRANT STATUS |
| **Received Date** 05/28/2019 | **Priority Date** | **Applicant** PATEL, DHAVALKUMAR RASIKBHAI |
| **Notice Date** 06/05/2019 | **Page** 2 of 2 | **Beneficiary** PATEL, DHAVALKUMAR RASIKBHAI |

in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the Immigration and Nationality Act (INA), the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001



USCIS Contact Center: www.uscis.gov/contactcenter

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.        Form I-797C  04/01/19