**THE HARTFORD**

**Final Insurance Bill**

**Bill Date: 03/28/22**

Billing Company:
Hartford Fire Insurance Company

### Pay The Minimum By The Due Date

| Bill Account Number | 14216131 |
|---|---|
| Due Date | 04/19/22 |
| Minimum Due | $156,600.00 |
| Balance | $156,600.00 |

### Your Upcoming Bill Installments

| Due Date | Minimum Due |
|---|---|
| 04/19/22 | $156,600.00 |

### Need Help?

**Visit business.thehartford.com** to pay bills, view policy documents, get certificates, and more.

**Talk to us** online using live chat, or call us at 1-866-467-8730 weekdays from 8:00 AM to 8:00 PM ET.

**Named Insured:** ASK STAFFING (PRIMARY POLICY)
**Agent:** BURNETTE INSURANCE AGENCY INC
**Agent Phone Number:** 1-770-339-8888
For policy changes please contact your agent.

### Important Messages:

- Your bill is past due, and your coverage is no longer active. Please pay the full minimum amount due. It won't reinstate your policy, but it will go toward paying for the coverage we provided through the cancelation effective date. Without a payment, we'll forward your unpaid balance to our collections department.

### Billing Details For Your Policies

| Policy Number | Policy Type | Policy Period | Policy Status | Bill Plan | Balance | Minimum Due |
|---|---|---|---|---|---|---|
| 20WEAR8947 | Workers Compensation | 06/19/19-06/19/20 | Expired | | $66,221.00 | $66,221.00 |
| 20WEAR8947 | Workers Compensation | 06/19/20-06/19/21 | Expired | | $87,011.00 | $87,011.00 |
| 20TP0291123 | Third Party Crime | 06/19/21-06/19/22 | Cancelled 09/12/21 | | $1,597.91 | $1,597.91 |
| 20TP0291124 | Third Party Crime | 06/19/21-06/19/22 | Cancelled 09/12/21 | | $1,705.09 | $1,705.09 |
| | Previously Billed Fees | | | | $65.00 | $65.00 |
| | | | | **TOTALS** | **$156,600.00** | **$156,600.00** |

---

**Pay your bill online at business.thehartford.com.** Make a one-time payment, or sign up for Autopay and never worry about missing a payment.

Please detach here and insert with your payment. Write the account number on the check and make payable to **The Hartford.**

Account Number: **14216131**

Amount Enclosed: _____

| Payment Due Date | 04/19/22 |
|---|---|
| Minimum Due | $156,600.00 |
| Balance | $156,600.00 |

**Mail Payments To:**

The Hartford
P O Box 660916
Dallas, TX 75266-0916

2314
ASK STAFFING (PRIMARY POLICY)
6495 SHILOH ROAD
SUITE 300
ALPHARETTA, GA 30005

20142161318726798200015660000000156600000810009

10454096 03/28/22 10 20 1421613130 NU54

## Transactions And Other Charges Since Your Last Bill

| Transaction Date | Transaction Detail | Policy Number | Policy Type | Payments and Activity | Billing Fees |
|---|---|---|---|---|---|
| | No new activity | | | | |

## Ways To Pay Your Bill

- **Pay online** at business.thehartford.com. Some policies may not be available in our automated system.
- **Set up AutoPay** to make automatic payments from your bank account. Never worry about missing a payment. Enroll at business.thehartford.com.
- **Pay by phone** with a one-time payment from your bank account. Call our automated system at 1-866-467-8730. Some policies may not be available in our automated system.
- **Pay by mail** with the enclosed envelope. Include only your bill stub and payment. Allow atleast 10 days for delivery. If you have other correspondence to send, do not send it with your payment. Mail it separately to: The Hartford, 301 Woods Park Drive, Clinton, NY 13323.
- **To mail Overnight/Express** payments, send payments only to: Deluxe - The Hartford Box #916, 3000 Kellway Drive Suite 120, Carrollton, TX 75006.

## Payment Rules And Bill Definitions

**Payment Application:** We will apply payments received in the following order:
- Past due and audit premium on expired or canceled policies
- Past due premium on active policies
- Past due fees, then
- Current account changes

Alternate payment instructions with your check will not be honored. When you provide a check as payment, you authorize us to either use the information from your check to make a one-time electronic transfer from your bank account or process your payment as a check transaction.

**Audit:** At the start of your policy term, we estimate the premium you'll owe. After audit, the actual amount you owe may be different. This line shows the difference between your estimated premium and your actual premium.
**Installment Fee:** We charge this fee with each installment, except where prohibited by law.
**Late Fee:** You will be charged $0.00 when the minimum amount due isn't paid by the due date.
**New Fees:** The total of all fees assessed on the current bill.
**NSF Fee:** You will be charged $0.00 if your payment fails because of insufficient funds.
**Policy Credits:** Some things, like audit results or endorsement changes, might put a credit back on your account. If your account has a balance, instead of issuing a refund, we use those credits toward your future payments.
**State/Local Surcharges or Fees:** Some states or municipalities require us to collect an extra amount on top of your premium.