**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
(ATLANTA DIVISION)**

| | |
|---|---|
| NECHOL GARTRELL,<br><br>       Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>       Defendant. | **Case No.:**<br><br>**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

 Pursuant to Local Rule 3.3, Plaintiff Nechol Gartrell, hereby submits her Certificate of Interested Parties and Corporate Disclosure Statement:

 1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of the party:

 Nechol Gartrell – Plaintiff

 Equifax Information Services, LLC – Defendant

 2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having

1

either a financial 2 interest in or other interest in which could be substantially affected by the outcome of this particular case:

N/A

3. The undersigned further certifies that the following is a full and complete list of the persons serving as attorneys for the parties in this proceeding.

    Jenna Dakroub, GA #385021
    CONSUMER ATTORNEYS
    260 Peachtree Street NW, Suite 2200
    Atlanta, GA 30303
    T: (602) 807-1525 – F: (718) 715-1750
    E: jdakroub@consumerattorneys.com

RESPECTFULLY SUBMITTED this 24th day of July 2023.

    */s/ Jenna Dakroub*
    Jenna Dakroub, GA #385021
    CONSUMER ATTORNEYS
    260 Peachtree Street NW, Suite 2200
    Atlanta, GA 30303
    T: (602) 807-1525
    F: (718) 715-1750
    E: jdakroub@consumerattorneys.com

    CONSUMER ATTORNEYS
    8245 N. 85th Way
    Scottsdale, AZ 85258

    *Attorneys for Plaintiff,*
    *Nechol Gartrell*