IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PRASHANT KALAVAR and ) <br> SHWETA KALAVAR, ) <br> ) <br>    Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SAFECO INSURANCE COMPANY ) <br> OF INDIANA ) <br> ) <br>    Defendant. ) | CIVIL ACTION FILE NO. <br> _____ |

**DEFENDANT SAFECO INSURANCE COMPANY OF INDIANA'S
CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Comes now, Defendant Safeco Insurance Company of Indiana, by and through its counsel of record, and files this, its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and LR 3.3, NDGa. as follows:

(1) A complete list of the parties and the corporate disclosure statement required by Fed. R. Civ. P. 7.1:

Plaintiffs:

Prashant Kalavar

Shweta Kalavar

1

Defendant:

The undersigned counsel of record for Safeco Insurance Company of Indiana certifies that the following is a complete list of any parent corporation and any publicly held corporation that owns 10% or more of the stock of the Defendant:

Safeco Insurance Company of Indiana

- Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.
- LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc.
- Liberty Mutual Group Inc. owns 100% of the stock of Liberty Mutual Insurance Company.
- Liberty Mutual Insurance Company owns 100% of the stock of Liberty Insurance Holdings, Inc.
- Liberty Insurance Holdings, Inc. owns 100% of the stock of Liberty Mutual Agency Corporation.
- Liberty Mutual Agency Corporation owns 100% of the stock of Safeco Corporation.
- Safeco Corporation owns 100% of the stock of Safeco Insurance

>   Company of America.

- Safeco Insurance Company of America owns 100% of the stock of Safeco Insurance Company of Oregon.

(2)   The undersigned further certifies that the following is a complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

>   Carson L. Jeffries
>   Carter Jeffries LLC
>   47 Perimeter Center East, Suite 530
>   Atlanta, GA  30346
>   **Attorney for Plaintiffs**

(3)   The undersigned further certifies that the following is a complete list of all persons serving as attorneys for the parties in this proceeding:

(a)   Carson L. Jeffries
Carter Jeffries LLC
47 Perimeter Center East, Suite 530
Atlanta, GA  30346
**Attorney for Plaintiffs**

(b)   Hilary W. Hunter
Isenberg & Hewitt, PC
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
**Attorney for Defendant**
**Safeco Insurance Company of Indiana**

Respectfully submitted this 25th day of July 23.

                    ISENBERG & HEWITT, P.C.

                    /s/ Hilary W. Hunter
                    Hilary W. Hunter
                    Georgia Bar No. 742696
                    600 Embassy Row, Suite 150
                    Atlanta, Georgia 30328
                    770-351-4400 - T
                    **Attorney for Defendant**
                    **Safeco Insurance Company of Indiana**

## **LOCAL RULE 7.1 CERTIFICATE**

The undersigned counsel hereby certifies that this pleading was prepared with one of the font and point selections approved by the Court in L.R. 5.1.C. Specifically, Times New Roman was used in 14 point.

/s/ Hilary W. Hunter
Hilary W. Hunter
Georgia Bar No. 742696
Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 - T
**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **PRASHANT KALAVAR** and **SHWETA KALAVAR,** | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **CIVIL ACTION FILE NO.** _____ |
| **SAFECO INSURANCE COMPANY OF INDIANA** | ) ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed **DEFENDANT SAFECO INSURANCE COMPANY OF INDIANA'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court via the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record to this matter as follows:

Carson Jeffries, Esq.
Carter Jeffries LLC
cjeffries@moldfirm.com

This 25th day of July 2023.

                                                ISENBERG & HEWITT, P.C.

                                                /s/ Hilary W. Hunter

-7-

        Hilary W. Hunter
        Georgia Bar No. 742696
        600 Embassy Row, Suite 150
        Atlanta, GA  30328
        (770) 351-4400 (O)
        **Attorney for Defendant**