Case 1:23-mi-99999-UNA   Document 2354-1   Filed 07/25/23   Page 1 of 8

E-FILED IN OFFICE - CB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-04159-S3**
**6/16/2023 11:31 AM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**Stacey Crawford**

PLAINTIFF

CIVIL ACTION NUMBER: _____

23-C-04159-S3

VS.

**Megabus Northwest LLC, d/b/a Megabus**

**289 S. Culver Street**

**Lawrenceville, GA 30046-4805**

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

John E. Alday
Johnson & Alday, LLC
219 Roswell Street, NE
Marietta, GA 30060

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This __**16th**__ day of __**June**__, 20__**23**__.

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - CB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-04159-S3**
6/16/2023 11:31 AM
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| STACEY CRAWFORD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MEGABUS NORTHEAST LLC,<br>d/b/a MEGABUS,<br><br>　　　　　　Defendant. | **JURY TRIAL DEMANDED**<br><br>23-C-04159-S3<br><br>CIVIL ACTION<br>FILE NO. _____ |

### COMPLAINT

COMES NOW Stacey Crawford, "Plaintiff," and makes and files this complaint against Defendant Megabus Northeast LLC, d/b/a Megabus, "Meagbus," respectfuly showing as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff Stacet Crawford submits himself to the jurisdiction of this court.

2.

Defendant Megabus is a foreign corporation, authorized to operate under the laws of the State of Georgia with its principal place of business located at 349 First Street, Elizabeth, NJ 07026-4010, and is authorized to transact business in the State of Georgia, and may be served by delivering a copy of the summons and complaint to its registered agent, CT Corporation System, 289 S Culver St, Lawrenceville, Gwinnett County, GA, 30046-4805, and is subject to the jurisdiction of this court.

3.

Jurisdiction and venue are proper in this court.

## **BACKGROUND**

4.

On or about March 13, 2022, plaintiff was traveling on a bus owned and operated by Megabus.

5.

On or about March 13, 2022, the Megabus plaintiff was traveling from New Orleans, LA to Atlanta, GA.

6.

On or about March 13, 2022, Megabus allowed one of its buses to transport passengers like plaintiff in a negligent, improper, and unsafe manner.

7.

On or about March 13, 2022, while plaintiff was on the bus and the bus was traveling down the highway, the bus caught fire.

8.

The driver of the Megabus plaintiff was aboard on or about March 13, 2022 was an employee, agent, or otherwise working for Megabus.

9.

When the driver pulled the bus over, he or she failed to safely escort passengers off the bus, causing plaintiff to sustain serious injury.

10.

Megabus failed to have appropriate measures in place to protect the safety of its passengers when situations like this arose, and therefore breached its duty of care owed to the passengers.

## COUNT I – NEGLIGENCE WITH THE UNDERLYING VEHICLE

11.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 10 above as if fully restated.

12.

Defendant owed a duty to exercise due care while performing repair, inspection, and maintenance work on the Megabus and to complete that work in a safe and proper manner.

13.

Defendant breached those duties and, therefore, was negligent.

14.

Defendant's negligence is the sole and proximate cause of the bus fire that occurred on March 13, 2022, and Plaintiff's resulting injuries and damages.

## COUNT II – NEGLIGENCE AS TO THE AFTERMATH

15.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 14 above as if fully restated.

16.

On or about March 13, 2022, Defendant either had no policies or procedures for emergency ingress or egress off their vehicles or those policies or procedures were woefully inadequate.

17.

As a result of this lack of proper procedures, plaintiff was pinned down and trampled as passengers fled the bus.

18.

Defendant is responsible for the actions of its driver in regard to the events described in this complaint under the doctrine of respondeat superior and/or agency.

## COUNT III – NEGLIGENT HIRING, TRAINING & SUPERVISION

19.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 18 above as if fully restated.

20.

Defendant was negligent in hiring its driver on this route and entrusting him or her to perform repairs, inspections, and maintenance on motor vehicles as well as any other Megabus personnel entrusted to do this work.

21.

Defendant was negligent in failing to properly train its drivers and other personnel.

22.

Defendant was negligent in failing to properly supervise its drivers and other personnel.

23.

Defendant's negligence in hiring its personnel and entrusting them to perform repairs on motor vehicles, inspection on motor vehicles, maintenance on motor vehicles, and safely conducting passengers off the bus in a situation such as this, and failing to train and supervise him properly was the sole and proximate cause of the incident on March 13, 2022, and Plaintiff's resulting injuries and damages.

## COUNT IV – DAMAGES

24.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 22 above as if fully restated.

25.

As a result of Defendant's negligence, Plaintiff suffered severe injuries that required extensive treatment.

26.

As a result of Defendant's negligence, Plaintiff has incurred past medical expenses of at least $52,343.19.

27.

As a result of Defendant's negligence, Plaintiff incurred lost wages of at least $9,600.

28.

Defendant's negligence is the sole and proximate cause of Plaintiff's injuries and damages.

**WHEREFORE**, Plaintiff prays that se has a trial on all issues and judgment against Defendants as follows:

a. That Plaintiff recover the full value of his past medical expenses and lost wages in an amount to be proven at trial;

b. That Plaintiff recover for physical and mental pain and suffering in an amount to be determined by the enlightened conscience of a jury; and

c. That Plaintiff recover such other and further relief as is just and proper

This __16th__ day of June 2023.

          **JOHNSON & ALDAY, LLC**

          _/s/ John E. Alday_
          John E. Alday
          Georgia State Bar No. 298669
          Robert D. Johnson
          Georgia Bar No. 125305
          Attorneys for Plaintiffs

219 Roswell St, NE
Marietta, GA 30060
(678) 967-4040
(678) 400-2233 (fax)
john@johnsonalday.com
bobby@johnsonalday.com

| | | | |
|---|---|---|---|
| Civil Action No. 23-C-04159-S3 | | Superior Court ☐ | Magistrate Court ☐ |
| | | State Court ☑ | Probate Court ☐ |
| Date Filed June 16, 2023 | | Juvenile Court ☐ | |

Georgia, **Gwinnett** COUNTY

**Stacey Crawford**
_____
Plaintiff

Attorney's Address
Johnson + Alday LLC
219 Roswell Street, NE
Marietta, GA 30060

VS.

Megabus Northeast LLC,
d/b/a Megabus
_____
Defendant

Name and Address of Party to be Served.
CT Corporation System
289 S. Culver Street
Lawrenceville, GA 30046-4805

_____
Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**
☑ Served the defendant **Megabus Northeast LLC** a corporation by leaving a copy of the within action and summons with **Janet Richardson** in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This **26** day of **June**, 20 **23**.

Lt. Higgins SO541
_____
DEPUTY

SHERIFF DOCKET _____ PAGE _____