# EXHIBIT A



GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
**BRAD RAFFENSPERGER**

HOME (/)

# BUSINESS SEARCH

## BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **BURLINGTON COAT FACTORY WAREHOUSE CORPORATION** |
| Business Type: | **Foreign Profit Corporation** |
| Business Purpose: | **NONE** |
| Principal Office Address: | **1830 ROUTE 130 NORTH, LEGAL DEPT, Burlington, NJ, 08016, USA** |
| Jurisdiction: | **Florida** |
| Control Number: | **06100402** |
| Business Status: | **Active/Compliance** |
| Date of Formation / Registration Date: | **11/22/2006** |
| Last Annual Registration Year: | **2023** |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **C T Corporation System** |
| Physical Address: | **289 S Culver St, Lawrenceville, GA, 30046-4805, USA** |
| County: | **Gwinnett** |

## OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| KAREN LEU | Secretary | 1830 ROUTE 130 NORTH, BURLINGTON, NJ, 08016, USA |
| KRISTIN WOLFE | CFO | 1830 ROUTE 130 NORTH, BURLINTON, NJ, 08016, USA |
| MICHAEL O'SULLIVAN | CEO | 1830 ROUTE 130 NORTH, BURLINGTON, NJ, 08016, USA |

Back

Filing History   Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/

© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19

Report a Problem?

# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 02/23/2023 15:14:05

## BUSINESS INFORMATION

| | |
|---|---|
| **BUSINESS NAME** | : BURLINGTON COAT FACTORY WAREHOUSE CORPORATION |
| **CONTROL NUMBER** | : 06100402 |
| **BUSINESS TYPE** | : Foreign Profit Corporation |
| **JURISDICTION** | : Florida |
| **ANNUAL REGISTRATION PERIOD** | : 2023 |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 1830 NORTH ROUTE 130 NORTH, LEGAL DEPT, Burlington, NJ, 08016, USA |
| **REGISTERED AGENT NAME** | : C T Corporation System |
| **REGISTERED OFFICE ADDRESS** | : 289 S Culver St, Lawrenceville, GA, 30046-4805, USA |
| **REGISTERED OFFICE COUNTY** | : Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| JOHN CRIMMINS | CFO | 1830 NORTH ROUTE 130 NORTH, Burlington, NJ, 08016, USA |
| KAREN LEU | Secretary | 1830 NORTH ROUTE 130 NORTH, Burlington, NJ, 08016, USA |
| MICHAEL O'SULLIVAN | CEO | 1830 NORTH ROUTE 130 NORTH, Burlington, NJ, 08016, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 1830 ROUTE 130 NORTH, LEGAL DEPT, Burlington, NJ, 08016, USA |
| **REGISTERED AGENT NAME** | : C T Corporation System |
| **REGISTERED OFFICE ADDRESS** | : 289 S Culver St, Lawrenceville, GA, 30046-4805, USA |
| **REGISTERED OFFICE COUNTY** | : Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| MICHAEL O'SULLIVAN | CEO | 1830 ROUTE 130 NORTH, BURLINGTON, NJ, 08016, USA |
| KRISTIN WOLFE | CFO | 1830 ROUTE 130 NORTH, BURLINTON, NJ, 08016, USA |
| KAREN LEU | Secretary | 1830 ROUTE 130 NORTH, BURLINGTON, NJ, 08016, USA |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | : CHRISTOPHER SCHAUB |
| **AUTHORIZER TITLE** | : Officer |