# EXHIBIT B

Control Number : 06100402

## STATE OF GEORGIA
### Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

### CERTIFICATE OF MERGER

I, Brian P. Kemp, the Secretary of State and the Corporation Commissioner of the State of Georgia, do hereby issue this certificate pursuant to Title 14 of the Official Code of Georgia Annotated certifying that articles or a certificate of merger and fees have been filed regarding the merger of the below entities, effective as of **12/31/2016**. Attached is a true and correct copy of the said filing.

**Surviving Entity:**
BURLINGTON COAT FACTORY WAREHOUSE CORPORATION , a Foreign Profit Corporation

**Nonsurviving Entity/Entities:**
BURLINGTON COAT FACTORY OF GEORGIA, LLC Georgia, a Domestic Limited Liability Company

WITNESS my hand and official seal in the City of
Atlanta and the State of Georgia on 12/23/2016



Brian P. Kemp
Secretary of State

ARTICLES OF MERGER
of
Burlington Coat Factory of Georgia, LLC

Into

Burlington Coat Factory Warehouse Corporation

Pursuant to the provisions of Sec. 14-11-904 of the Georgia Limited Liability Company Act, the undersigned limited liability company hereby executes the following articles of merger and set forth the following:

1. The name and jurisdiction of organization or formation of each constituent that is merging is Burlington Coat Factory of Georgia, LLC; State of Georgia.

2. The name and jurisdiction of organization or formation of the survivor into which each other constituent is merging is Burlington Coat Factory Warehouse Corporation; State of Delaware

3. The effective date and time of the merger is December 31, 2016

4. The executed plan of merger is on file at the principal place of business of the survivor, which is located at 1830 Route 130 North, Burlington, NJ 08016.

5. A copy of the plan of merger will be furnished by the survivor, on request and without cost, to any member of any constituent entity.

6. The plan of merger has been duly authorized and approved by each constituent business entity in accordance with Section 14-11-903 of the Georgia Limited Liability Company Act.

7. The Secretary of State is appointed as agent of Burlington Coat Factory Warehouse Corporation on whom process in Georgia in any action, suit, or proceeding for the enforcement of an obligation of each limited liability company constituent to the merger may be served and the address to which a copy of the process is to be mailed is Corporation Service Company, 40 Technology PKWY South #300, Norcross, GA 30092.

Dated December 19, 2016

Burlington Coat Factory of Georgia, LLC,
a Georgia Limited Liability Company

By: _____
Christopher Schaub, VP & Assistant Secretary of Burlington Coat Factory Warehouse Corporation as Sole Member of Burlington Coat Factory of Georgia, LLC

Burlington Coat Factory Warehouse Corporation

By: _____
Christopher Schaub, VP & Assistant Secretary