# General Civil and Domestic Relations Case Filing Information Form

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
HENRY COUNTY, GEORGIA

**SUCV2023001594**
PP

**JUN 15, 2023 12:08 PM**

Sabniya Hill, Clerk
Henry County, Georgia

☑ **Superior or** ☐ **State Court of** ___Henry___ **County**

| **For Clerk Use Only** | |
|---|---|
| **Date Filed** 06-15-2023 | **Case Number** SUCV2023001594 |
| **MM-DD-YYYY** | |

## Plaintiff(s)

Brown, Kevin Dr.

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

## Defendant(s)

Jefferson, Carltez

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

Ireland, Mike

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

Matthews, Jessica

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

Corley, Matthew

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** Johnson, Jordan     **Bar Number** 673643     **Self-Represented** ☐

## Check one case type and, if applicable, one sub-type in one box.

### General Civil Cases

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

### Domestic Relations Cases

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
**Case Number**                              **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
HENRY COUNTY, GEORGIA

**SUCV2023001594**
PP

**JUN 15, 2023 12:08 PM**

Sabriya Hill, Clerk
Henry County, Georgia

## IN THE SUPERIOR COURT OF HENRY COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| KEVIN BROWN, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | Civil Action File No. |
| | ) | _____ |
| CARLTEZ D. JEFFERSON, | ) | |
| MIKE IRELAND, JESSICA | ) | |
| MATTHEWS, DEPUTY MATTHEW | ) | |
| CORLEY, DEPUTY J. STRINGER, *and* | ) | **JURY TRIAL DEMANDED** |
| STEPHANIE MARSHALL, Each | ) | |
| Individually and in their Official Capacity | ) | |
| as Employees of the Henry County | ) | |
| Police Department and the Henry County | ) | |
| Sheriff's Office, | ) | |
| | ) | |
| *Defendants*. | ) | |

## COMPLAINT FOR DAMAGES DUE TO VIOLATIONS OF 42 U.S.C. § 1983 AND STATE LAW

NOW COMES Plaintiff Dr. **KEVIN BROWN** ("Plaintiff"), and files this

Complaint, showing the Court as follows:

### PART I. JURISDICTION AND VENUE

#### 1.

Plaintiff is subject to the jurisdiction and venue of this Court.

#### 2.

Defendant **CARLTEZ D. JEFFERSON** ("Defendant Jefferson") is one of

the persons who is subject to the jurisdiction and venue of this court and individually harmed Plaintiff in this matter, and may be served at **436 MALACHI BEND, MCDONOUGH, GA 30252**.

3.

Defendant Deputy Chief **MIKE IRELAND** ("Defendant Ireland") is one of the persons who is subject to the jurisdiction and venue of this court and individually harmed Plaintiff in this matter, and may be served at **733 Deerwood Drive, Stockbridge GA 30281.**

4.

Defendant **JESSICA MATTHEWS** ("Defendant Matthews") is one of the persons who is subject to the jurisdiction and venue of this court and individually harmed Plaintiff in this matter, and may be served at **her work at 120 Henry Parkway, McDonough, GA 30253**.

5.

Defendant **DEPUTY MATTHEW CORLEY** ("Defendant Corley") is one of the persons who is subject to the jurisdiction and venue of this court and individually harmed Plaintiff in this matter, and may be served at **116 River Park Circle, McDonough GA, 30253.**.

6.

Defendant **DEPUTY J. STRINGER** ("Defendant Stringer") is one of the persons who is subject to the jurisdiction and venue of this court and individually harmed Plaintiff in this matter, and may be served at his **work at 120 Henry Parkway, McDonough, GA 30253**.

7.

Defendant **STEPHANIE MARSHALL** ("Defendant Marshall") is one of the persons who is subject to the jurisdiction and venue of this court and individually harmed Plaintiff in this matter, and may be served at **1523 Chelsea Downs Dr NE, Conyers, GA 30013 in Rockdale County.**

## PART II. FACTUAL BACKGROUND OF CLAIMS

8.

Plaintiff owned a restaurant in Stockbridge called the Vulgar Vegan at all times relevant herein.

9.

Plaintiff was outspoken regarding his local government, and made multiple complaints against law enforcement officers for their unprofessional behavior at his place of business to the Henry County Sheriff's Office between 2020 and 2023.

10.

Prior to February 11, 2020, Plaintiff was on the sex offender registry arising

from a proceeding in 1997 when he pled guilty to one count of criminal sexual

conduct in the second degree in Kalamazoo, Michigan. Plaintiff complied with his

sex offender registration requirements prior to the Honorable Judge Emily K

Richardson's order issued on February 11, 2020 relieving Plaintiff of his registration

duties.

11.

On or about June 15, 2021, Defendant Ireland made material

misrepresentations to Defendant Matthews regarding Plaintiff, stating to Defendant

Matthews that Plaintiff was an unregistered sex offender and that Defendant Ireland's

officers had made contact with Plaintiff on multiple occasions.

12.

Based on Defendant Ireland's misinformation, Defendant Matthews allegedly

searched the Sex Offender Registration and Tracking (SORT) system and noted that

Plaintiff had not registered as a sex offender in Georgia.

13.

Defendant Matthews discovered through Offender Watch that Plaintiff had

been a registered sex offender in the State of Texas, and that Texas had record of

Plaintiff now living in Georgia.

14.

Defendant Matthews had knowledge that Plaintiff formerly resided in Fulton County, Georgia, and knew or should have known that the GBI had removed Defendant from the sex offender registry.

15.

Defendant Matthews told Defendant Ireland that Plaintiff "was a registered sex offender through the State of Texas and never registered in the State of Georgia," despite Defendant Matthews knowing that Plaintiff previously resided in Fulton County, and that Plaintiff had always complied with his registration requirements until he was relieved of the duty to register pursuant to the 2020 Order.

16.

Defendants Ireland and Jefferson also failed to disclose the 2020 Order relieving Plaintiff of the duty to register in their warrant application, either intentionally, or due to failure inquire into Fulton County's records of registered sex offender history.

17.

Defendant Jefferson, under Defendant Ireland's direction, applied for an arrest warrant against Plaintiff in the Magistrate Court of Henry County for Plaintiff's alleged failure to register as a sex offender, despite knowing that Plaintiff was not breaking any law.

18.

The application for the warrant did not include the Final Order Granting

[Plaintiff's] Release from Sex Offender Registration Requirements in Georgia, which

was issued on February 12, 2020 by Judge Emily K. Richardson of the Superior

Court of Fulton County ("the Order").

19.

Defendant Jefferson intentionally omitted the Order when applying for the

warrant.

20.

On or about June 15, 2021, a judge granted Defendant Jefferson's application

for an arrest warrant against Plaintiff for failure to register as a sex offender.

21.

On or about June 15, 2021 or June 16, 2021, Plaintiff was arrested by Sgt.

Sean Free ("Sgt. Free"), now deceased, Defendant Corley, and Defendant Stringer at

his place of business for failure to register as a sex offender pursuant to the warrant

obtained with Defendant Jefferson's warrant application.

22.

Upon the commencement of executing the arrest warrant, Plaintiff and his

attorney with whom he was on the phone told Sgt. Free that he was released from

registering in Georgia by Fulton County's 2020 Order.

23.

Sgt. Free then advised Defendant Matthews that Plaintiff had been released from registering in Georgia.

24.

Despite being given notice of the release from the duty to register in Georgia, and realizing there was no authority to arrest Plaintiff for this alleged crime pursuant to the 2020 Order, Sgt. Free and Defendants Corley and Stringer arrested Plaintiff anyway.

25.

On or about June 17, 2021, Plaintiff was released from the Henry County jail that is maintained and operated by the Henry County Sheriff's Office.

26.

On or about June 15, 2021, Defendant Jefferson emailed Defendant Ireland to inform him that "[he] did take the warrant out for [Plaintiff] and it has been signed and issued."

27.

Defendant Jefferson's June 15th email also requested that Defendant Ireland also provide Defendant Jefferson with body camera footage for when law

enforcement officers had prior dealings with Plaintiff so that there would be "more proof that [Plaintiff was living in [Henry] [C]ounty without registering [as a sex offender]."

28.

Defendant Ireland conspired with Defendant Jefferson and Defendant Jessica Matthews to have Plaintiff unlawfully arrested for failing to register as a sex offender by directing Defendant Jefferson to apply for the warrant, and using Plaintiff's former complaints against law enforcement officers as evidence to substantiate a baseless charge.

29.

On or about July 13, 2021, Defendant Marshall, while on duty as a Henry County Deputy, wrote a bad review about Plaintiff's business on Yelp, despite nothing in the review being true or accurate.

30.

On or about September 15, 2021, Defendant Marshall was reprimanded for "conduct unbecoming of an officer" for violating the Rules of Conduct of the Henry County Sheriff's Office under Standards of Conduct, 2.3, arising from Defendant Marshall's negative review of Plaintiff's business while on duty, which was not based on truthful facts as set forth in the negative review.

31.

Defendants Ireland and Jefferson further conspired to unlawfully arrest Plaintiff by undergoing a fishing expedition to find a crime to tie Plaintiff to in order to commit an unlawful arrest in hopes of shutting down Plaintiff's exercise of protected speech when he would make complaints against law enforcement officers for their unprofessional conduct.

32.

Defendants Jefferson, Ireland, and Marshall engaged in the above-alleged conduct in retaliation of Plaintiff's exercise of his First Amendment right to complain about the unprofessional conduct of law enforcement officers.

## PART III. FEDERAL § 1983 CLAIMS

### Count 1: Fourth Amendment Claim

33.

Plaintiff incorporates all previous paragraphs.

34.

Plaintiff has a constitutional right to be free from unlawful searches, seizures, and arrest without probable cause.

35.

Defendant Ireland's actions of directing Deputy Jefferson to undergo a

"fishing expedition" to find a crime with which to charge Plaintiff, and ultimately to apply for the warrant to charge Plaintiff with failing to register as a sex offender, without legal justification was unlawful and a violation of Plaintiff's Fourth Amendment Rights.

36.

Defendant Jefferson's actions of assisting Defendant Ireland's "fishing expedition" into Plaintiff to charge Plaintiff with a crime by applying for a warrant to arrest Plaintiff for failing to register as a sex offender, despite the Order stating that Plaintiff was under no obligation to continue registering, was done without legal justification and was unlawful and a violation of Plaintiff's Fourth Amendment Rights.

37.

Assuming *arguendo* that the actions were unintentionally, Defendant Matthews's failure to conduct a basic inquiry with Fulton County that would have revealed that Plaintiff was not required to register as a sex offender, and her failure to convey this information to her codefendants, despite having the duty to do so, was reckless and maliciously disregarding Plaintiff's rights, was done without legal justification and was unlawful and violated Plaintiff's Fourth Amendment Rights.

38.

Sgt. Free's, Defendant Corley's, and Defendant Stringer's failure to cease the attempt to arrest Plaintiff upon receiving notice that there was no legal authority to arrest Plaintiff for failure to register as a sex offender pursuant to the Fulton County 2020 Order was done without legal justification and was unlawful and violated Plaintiff's Fourth Amendment Rights.

## **Count 2: First Amendment Claims**

39.

Plaintiff incorporates all previous paragraphs.

40.

Plaintiff's actions of making complaints against law enforcement officers due to unprofessional conduct is protected speech under the First Amendment.

41.

Defendant Ireland's actions of directing Defendant Jefferson to engage in a "fishing expedition" and to apply for a baseless warrant to unlawfully arrest Plaintiff for failing to register as a sex offender was done in retaliation to Plaintiff's complaints against Henry County law enforcement officers, which was protected speech, and designed to chill future speech and deprive Plaintiff of his First Amendment Right to protest government action and officials.

42.

Defendant Jefferson's actions of conspiring with Defendant Ireland to engage in a "fishing expedition" and to apply for a baseless warrant to unlawfully arrest Plaintiff for failing to register as a sex offender was done in retaliation to Plaintiff's complaints against Henry County law enforcement officers, which was protected speech, and designed to chill future speech and deprive Plaintiff of his First Amendment Right to protest government action and officials.

43.

Defendant Marshall's negative and untruthful review of Plaintiff's business while on duty as a deputy of the Henry County Sheriff's Office was made in retaliation for Plaintiff's speech and designed to induce economic hardships for Plaintiff in order to chill future speech and deprive Plaintiff of his First Amendment Right to protest government action and officials.

## PART IV. STATE LAW CLAIMS

### Count 3. False Imprisonment

44.

Plaintiff incorporates all previous paragraphs.

45.

Defendant Jefferson intentionally and unlawfully restricted the freedom of movement of Plaintiff by applying for a baseless arrest warrant without any legal

justification given the Order releasing Plaintiff from the obligation to register as a sex offender.

46.

Defendant Ireland intentionally and unlawfully restricted the freedom of movement of Plaintiff by directing and conspiring with Defendant Jefferson to apply for a baseless arrest warrant without any legal justification given the Order releasing Plaintiff from the obligation to register as a sex offender.

47.

Defendants Ireland and Jefferson's intentional and unlawful arrest of Plaintiff harmed Plaintiff by depriving him of his freedom for no less than 24 hours.

48.

Defendant Matthews's intentional failure to convey to Defendant Ireland, or at minimum her intentional failure to conduct a basic inquiry with Fulton County, that Plaintiff was not required to register as a sex offender in the State of Georgia furthered the conspiracy between Defendants Ireland and Jefferson to seek an unlawful arrest warrant against Plaintiff, which resulted in Plaintiff's arrest and restriction of freedom for no less than 24 hours.

## **Count 4. Negligence**

48.

Plaintiff incorporates all previous paragraphs.

50.

Defendants each have a statutory duty pursuant to O.C.G.A. § 16-5-41 to protect against false imprisonment.

51.

Defendants Ireland, Jefferson and Matthews each breached their duty to Plaintiff by conspiring to have Plaintiff arrested when going on a fishing expedition to find a crime with which to charge Plaintiff, and ultimately having him arrested for failing to register as a sex offender without legal justification.

52.

Defendants Ireland, Jefferson, and Matthews further breached their duty to Plaintiff by failing to do their due diligence in finding that Plaintiff no longer had a duty to register as a sex offender.

53.

Any criminal charges against Plaintiff arising from this incident have been terminated in each Plaintiff's favor.

54.

There was no lawful cause to arrest, imprison, or prosecute Plaintiff.

55.

Due to Defendants Jefferson's, Ireland's and Matthews's actions in breaching their duties to Plaintiff, Plaintiff was arrested by Sgt. Free and Defendants Stringer and Corley, and suffered significant pain and distress during and after the illegal arrest and incarceration, caused by Defendant Jefferson's and Defendant Ireland's actions.

56.

Defendants Corley and Stringer had a duty to seek clarification of conflicting orders before arresting Plaintiff upon notice that the information contained in the arrest warrant against Plaintiff was based on false information.

57.

Defendants Corley and Stringer breached their duty to Plaintiff by failing to seek clarification on the conflicting court orders before effectuating the arrest warrant that was based on false information.

58.

Plaintiff suffered emotional, mental, reputational, and monetary damages as a result of Defendant Jefferson's and Defendant Ireland's actions of having Plaintiff detained, arrested, and imprisoned, and Plaintiff is entitled to relief for these damages, which caused Plaintiff to suffer significant pain and distress during and after the illegal arrest and incarceration.

59.

Defendant Marshall had a duty to refrain from making false allegations against

Plaintiff concerning his business while on duty as a law enforcement officer.

60.

Defendant Marshall breached her duty by making false allegations regarding

Plaintiff regarding his business while she was on duty as a law enforcement officer.

61.

Plaintiff suffered emotional, mental, reputational, and monetary damages as a

result of Defendant Marshall's actions of attempting to chill Plaintiff's speech to

deter him from continuing to try and hold law enforcement accountable by filing

complaints due to law enforcement officers' unlawful behavior.

## **Count 5. Attorney's Fees**

62.

Plaintiff incorporates all preceding paragraphs.

63.

Plaintiff suffered reputational, and monetary damages as a result of Defendants

Jefferson's and Defendant Ireland's actions of having Plaintiff detained, arrested, and

imprisoned, and therefore Plaintiff is entitled to all attorney's fees and costs of this

action when resolved in Plaintiff's favor.

64.

Plaintiff's claims arise under the 42 U.S.C. §1983 Civil Rights Act, and Plaintiff is therefore entitled to attorney's fees pursuant to 42 U.S.C. § 1988.

## Count 5. Punitive Damages

65.

Plaintiff incorporates all preceding paragraphs.

66.

The actions of each of the Defendants, as set forth above, show intentional and willful misconduct, wantonness, and that entire want of care which raises the presumption of a conscious indifference to the consequences of their actions. Accordingly, Plaintiffs seek punitive damages pursuant to O.C.G.A. § 51-12-5.1 and Federal law.

**WHEREFORE**, Plaintiff prays:

(a)     That Summons issue requiring Defendants to be and appear in this Court within the time provided by law to answer this Complaint;

(b)     That Plaintiff receive a Jury Trial;

(c)     That Plaintiff receive favorable Judgment against Defendants for Compensatory Damages and General Damages as provided by law,

including but not limited to the lost wages and profits tied to his

business for all of the above, the loss of his business, and pain and

suffering caused by this;

(d)     That Plaintiff be awarded Punitive Damages and Attorney's Fees as

provided by law including but not limited to 42 U.S.C. §1988;

(e)     That Plaintiff have such other additional relief as the Court may

consider equitable and/or appropriate, given the circumstances of this

case.

(f)     A Jury Trial of 12.

Respectfully Submitted, this 14th day of June, 2023.

/s/ Jordan Johnson
Jordan Johnson
Georgia State Bar No. 673643

Jessica Burton
Georgia State Bar No. 916253
Attorneys for Plaintiff

Bernard & Johnson, LLC
5 Dunwoody Park
Suite 100
Atlanta, GA  30338
404.477.4755
404.592.9089 (Fax)
Alex@Justice.Law
Jessica@Justice.Law

**SUPERIOR COURT OF HENRY COUNTY**
**STATE OF GEORGIA**

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
HENRY COUNTY, GEORGIA

**SUCV2023001594**
PP
**JUN 15, 2023 12:08 PM**

Sabriya Hill, Clerk
Henry County, Georgia

CIVIL ACTION NUMBER   <u>SUCV2023001594</u>

Brown, Kevin Dr.

_____
**PLAINTIFF**

                                        **VS.**

Jefferson, Carltez
Ireland, Mike
Matthews, Jessica
Corley, Matthew
Stringer, Deputy J.
Marshall, Stephanie

_____
**DEFENDANTS**

**SUMMONS**

TO: JEFFERSON, CARLTEZ

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Jordan Johnson**
> **Bernard & Johnson, LLC**
> **5 Dunwoody Park, Ste 100**
> **Atlanta, Georgia 30338**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 15th day of June, 2023.**

Clerk of Superior Court

_____
Sabriya Hill, Clerk
Henry County, Georgia

# SUPERIOR COURT OF HENRY COUNTY
## STATE OF GEORGIA

⚖ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
HENRY COUNTY, GEORGIA

**SUCV2023001594**
**PP**
**JUN 15, 2023 12:08 PM**

Sabriya Hill, Clerk
Henry County, Georgia

CIVIL ACTION NUMBER   <u>SUCV2023001594</u>

Brown, Kevin Dr.

_____

**PLAINTIFF**

**VS.**

Jefferson, Carltez
Ireland, Mike
Matthews, Jessica
Corley, Matthew
Stringer, Deputy J.
Marshall, Stephanie

_____

**DEFENDANTS**

## SUMMONS

TO: IRELAND, MIKE

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Jordan Johnson**
> **Bernard & Johnson, LLC**
> **5 Dunwoody Park, Ste 100**
> **Atlanta, Georgia 30338**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 15th day of June, 2023.**

Clerk of Superior Court

Sabriya Hill, Clerk
Henry County, Georgia

# SUPERIOR COURT OF HENRY COUNTY
# STATE OF GEORGIA

⊕ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
HENRY COUNTY, GEORGIA

**SUCV2023001594**
PP
**JUN 15, 2023 12:08 PM**

Sabriya Hill, Clerk
Henry County, Georgia

CIVIL ACTION NUMBER  <u>SUCV2023001594</u>

Brown, Kevin Dr.

_____

**PLAINTIFF**

                  **VS.**

Jefferson, Carltez
Ireland, Mike
Matthews, Jessica
Corley, Matthew
Stringer, Deputy J.
Marshall, Stephanie

_____

**DEFENDANTS**

## SUMMONS

TO: MATTHEWS, JESSICA

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

        **Jordan Johnson**
        **Bernard & Johnson, LLC**
        **5 Dunwoody Park, Ste 100**
        **Atlanta, Georgia 30338**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 15th day of June, 2023.**

                  Clerk of Superior Court

                  Sabriya Hill, Clerk
                  Henry County, Georgia

# SUPERIOR COURT OF HENRY COUNTY
## STATE OF GEORGIA

✦ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
HENRY COUNTY, GEORGIA

**SUCV2023001594**
PP
**JUN 15, 2023 12:08 PM**

Sabriya Hill, Clerk
Henry County, Georgia

CIVIL ACTION NUMBER   SUCV2023001594

Brown, Kevin Dr.

_____
**PLAINTIFF**

                                        **VS.**

Jefferson, Carltez
Ireland, Mike
Matthews, Jessica
Corley, Matthew
Stringer, Deputy J.
Marshall, Stephanie

_____
**DEFENDANTS**

## SUMMONS

TO: CORLEY, MATTHEW

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Jordan Johnson**
> **Bernard & Johnson, LLC**
> **5 Dunwoody Park, Ste 100**
> **Atlanta, Georgia 30338**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 15th day of June, 2023.**

                              Clerk of Superior Court


                              _____
                              Sabriya Hill, Clerk
                              Henry County, Georgia

# SUPERIOR COURT OF HENRY COUNTY
# STATE OF GEORGIA

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
HENRY COUNTY, GEORGIA

**SUCV2023001594**
PP
**JUN 15, 2023 12:08 PM**

Sabriya Hill, Clerk
Henry County, Georgia

CIVIL ACTION NUMBER   <u>SUCV2023001594</u>

Brown, Kevin Dr.

_____

**PLAINTIFF**

                                        **VS.**

Jefferson, Carltez
Ireland, Mike
Matthews, Jessica
Corley, Matthew
Stringer, Deputy J.
Marshall, Stephanie

_____

**DEFENDANTS**

## SUMMONS

TO: STRINGER, DEPUTY J.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Jordan Johnson**
> **Bernard & Johnson, LLC**
> **5 Dunwoody Park, Ste 100**
> **Atlanta, Georgia 30338**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 15th day of June, 2023.**

Clerk of Superior Court


Sabriya Hill, Clerk
Henry County, Georgia

Page 1 of 1

# SUPERIOR COURT OF HENRY COUNTY
## STATE OF GEORGIA

⚜ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
HENRY COUNTY, GEORGIA

**SUCV2023001594**
PP
**JUN 15, 2023 12:08 PM**

Sabriya Hill, Clerk
Henry County, Georgia

CIVIL ACTION NUMBER   SUCV2023001594

Brown, Kevin Dr.

_____

**PLAINTIFF**

**VS.**

Jefferson, Carltez
Ireland, Mike
Matthews, Jessica
Corley, Matthew
Stringer, Deputy J.
Marshall, Stephanie

_____

**DEFENDANTS**

### SUMMONS

TO: MARSHALL, STEPHANIE

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Jordan Johnson**
> **Bernard & Johnson, LLC**
> **5 Dunwoody Park, Ste 100**
> **Atlanta, Georgia 30338**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 15th day of June, 2023.**

Clerk of Superior Court

_____

Sabriya Hill, Clerk
Henry County, Georgia

## SHERIFF'S ENTRY OF SERVICE

Civil Action No. _____**SUCV2023001594**_____

Date Filed _____**06/15/23 12:08 PM**_____

Attorney's Address   **Johnson, Jordan**
**Bernard & Johnson, LLC**
**5 Dunwoody Park, Ste 100**
**Atlanta, GEORGIA 30338-**

Name and Address of Party to be Served.
**Jefferson,  Carltez**

**436 Malachi Bend**

**McDonough, GEORGIA 30252**

| Superior Court | ☒ | Magistrate Court | ☐ |
| State Court | ☐ | Probate Court | ☐ |
| Juvenile Court | ☐ | | |

Georgia, _____**HENRY**_____COUNTY

Brown, Kevin Dr.
_____

_____
Plaintiff

VS.

Jefferson, Carltez; Ireland, Mike; Matthews, Jessica; Corley,

Matthew; Stringer, Deputy J.; Marshall, Stephanie
**FILED IN OFFICE**    Defendant
**HENRY COUNTY**
**SUPERIOR COURT**

**JUN 2 7 2023**    Garnishee

SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☒I have this day served the defendant_____*Carltez  Jefferson*_____    CLERK OF SUPERIOR COURT    personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant_____by leaving a
☐ copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of_____described as follows:
age, about _____years; weight _____pounds; height, about _____feet and _____inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant _____a corporation
☐ by leaving a copy of the within action and summons with _____
in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the
door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the
☐ same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said
summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the
place stated in the summons.

**NON EST**
☐ Diligent search made and defendant_____
not to be found in the jurisdiction of this court.

This **2 6** day of _____**June**_____, 20 **2 3**    _____*J. Smith*_____
Deputy

## SHERIFF'S ENTRY OF SERVICE

Civil Action No. _____ SUCV2023001594

Date Filed _____ 06/15/23 12:08 PM

Attorney's Address    Johnson, Jordan
Bernard & Johnson, LLC
5 Dunwoody Park, Ste 100
Atlanta, GEORGIA 30338-

Name and Address of Party to be Served.
Ireland, Mike

733 Deerwood Drive

Stockbridge, GEORGIA 30281

| Superior Court | ☒ | Magistrate Court | ☐ |
|---|---|---|---|
| State Court | ☐ | Probate Court | ☐ |
| Juvenile Court | ☐ | | |

Georgia, _____ HENRY _____ COUNTY

Brown, Kevin Dr.

_____ Plaintiff

VS.

Jefferson, Carltez; Ireland, Mike; Matthews, Jessica; Corley,

Matthew; Stringer, Deputy J.; Marshall, Stephanie

_____ Defendant

**FILED IN OFFICE**
**HENRY COUNTY**
**SUPERIOR COURT**

**JUN 27 2023**

_____ Garnishee

### SHERIFF'S ENTRY OF SERVICE

_____
~~CLERK OF SUPERIOR COURT~~

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant   **Mike  Ireland** _____ by leaving a
copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of   **Joni   Miller - Admin  Cord.** _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
☐ Served the defendant _____ a corporation
by leaving a copy of the within action and summons with _____
in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the
door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the
same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said
summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the
place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____
not to be found in the jurisdiction of this court.

This **26** day of   **June** _____, 20 **23**

_____
**J. Smith**
Deputy

## SHERIFF'S ENTRY OF SERVICE

Civil Action No. _____ **SUCV2023001594**

Date Filed _____ **06/15/23 12:08 PM**

Attorney's Address  **Johnson, Jordan**
**Bernard & Johnson, LLC**
**5 Dunwoody Park, Ste 100**
**Atlanta, GEORGIA 30338-**

Name and Address of Party to be Served.
**Marshall, Stephanie**

**120 Henry Parkway**

**McDonough, GEORGIA 30253**

| Superior Court | ☒ | Magistrate Court | ☐ |
| State Court | ☐ | Probate Court | ☐ |
| Juvenile Court | ☐ | | |

Georgia, ____**HENRY**

Brown, Kevin Dr.

*FILED IN OFFICE*
*HENRY COUNTY*
*SUPERIOR COURT*

*JUN 28 2023*                Plaintiff

*CLERK OF SUPERIOR COURT*

VS.

Jefferson, Carltez; Ireland ... Jessica; Corley,
Matthew; Stringer, Deputy J.; Marshall, Stephan...
                                                          Defendant

                                                          Garnishee

### SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☑ I have this day served the defendant _Stephanie Marshall_ personally with a copy
of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant_____ by leaving a
copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of_____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
☐ Served the defendant _____ a corporation
by leaving a copy of the within action and summons with _____
in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the
door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the
same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said
summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the
place stated in the summons.

**NON EST**
☐ Diligent search made and defendant_____
not to be found in the jurisdiction of this court.

This _28_ day of _June_ , 20 _23_ 

_J. Smith_
                                                          Deputy

# SHERIFF'S ENTRY OF SERVICE

| | |
|---|---|
| Civil Action No. __SUCV2023001594__ | |
| Date Filed __06/15/23 12:08 PM__ | |

| Superior Court | ☒ | Magistrate Court | ☐ |
|---|---|---|---|
| State Court | ☐ | Probate Court | ☐ |
| Juvenile Court | ☐ | | |

Georgia, _____**HENRY**_____COUNTY

Brown, Kevin Dr.

Attorney's Address  **Johnson, Jordan**
**Bernard & Johnson, LLC**
**5 Dunwoody Park, Ste 100**
**Atlanta, GEORGIA 30338-**

_____ Plaintiff

VS.

Jefferson, Carltez; Ireland, Mike; Matthews, Jessica; Corley,

Name and Address of Party to be Served.
**Matthews, Jessica**

Matthew; Stringer, Deputy J.; Marshall, Nyesha Defendant

**120 Henry Parkway**

**McDonough, GEORGIA 30253**

_____ Garnishee

FILED IN OFFICE
HENRY COUNTY
SUPERIOR COURT

JUN 2 9 2023

CLERK OF SUPERIOR COURT

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☑ I have this day served the defendant _Jessica Matthews_ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant_____by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of_____described as follows:
age, about _____years; weight _____pounds; height, about _____feet and _____inches, domiciled at the residence of defendant.

**CORPORATION**
☐ Served the defendant _____a corporation by leaving a copy of the within action and summons with _____
in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant_____
not to be found in the jurisdiction of this court.

This __28__ day of __Jun__ , 20 __23__

_Sergeant B. Ferebee_
_____ Deputy

## SHERIFF'S ENTRY OF SERVICE

Civil Action No. _____ **SUCV2023001594**

Date Filed _____ **06/15/23 12:08 PM**

Attorney's Address  **Johnson, Jordan**
**Bernard & Johnson, LLC**
**5 Dunwoody Park, Ste 100**
**Atlanta, GEORGIA 30338-**

Name and Address of Party to be Served.
**Stringer,  Deputy J.**

**120 Henry Parkway**

**McDonough, GEORGIA 30253**

| Superior Court | ☒ | Magistrate Court | ☐ |
| State Court | ☐ | Probate Court | ☐ |
| Juvenile Court | ☐ | | |

Georgia, _____ **HENRY** _____ COUNTY

Brown, Kevin Dr.

_____ Plaintiff

VS.

Jefferson, Carltez; Ireland, Mike; Matthews, Jessica; Corley,

Matthew; Stringer, Deputy J.; Marshall, Stephanie

**FILED IN OFFICE**
**HENRY COUNTY**
**SUPERIOR COURT**                 Defendant

**JUN 2 6 2023**

_____ Garnishee

SHERIFF'S ENTRY OF SERVICE

CLERK OF SUPERIOR COURT

**PERSONAL**
☐ I have this day served the defendant_____personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant_____by leaving a
copy of the action and summons at his most notorious place of abode in this County.
☐
Delivered same into hands of_____described as follows:
age, about _____years; weight _____pounds; height, about _____feet and _____inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant _____a corporation
☐ by leaving a copy of the within action and summons with_____
in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the
door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the
☐ same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said
summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the
place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _Deputy J. Stringer (no longer Employed)_
not to be found in the jurisdiction of this court.

This _22nd_ day of _June_ , 20 _23_

_Capt. A. Gilmor_
Deputy

## SHERIFF'S ENTRY OF SERVICE

Civil Action No. __SUCV2023001594__

Date Filed __06/15/23 12:08 PM__

Attorney's Address    Johnson, Jordan
Bernard & Johnson, LLC
5 Dunwoody Park, Ste 100
Atlanta, GEORGIA 30338-

Name and Address of Party to be Served.
_Corley, Matthew_

_116 River Park Circle_

_McDonough, GEORGIA 30253_

| Superior Court | ☒ | Magistrate Court | ☐ |
| State Court | ☐ | Probate Court | ☐ |
| Juvenile Court | ☐ | | |

Georgia, ___HENRY___ COUNTY

Brown, Kevin Dr.

_____
Plaintiff

VS.

Jefferson, Carltez; Ireland, Mike; Matthews, Jessica; Corley,

Matthew; Stringer, Deputy J.; Marshall, Stephanie
Defendant

**FILED IN OFFICE**
**HENRY COUNTY**
**SUPERIOR COURT**
Garnishee

SHERIFF'S ENTRY OF SERVICE    JUN 2 6 2023

**PERSONAL**
☐ I have this day served the defendant_____ personally with a copy
of the within action and summons.
CLERK OF SUPERIOR COURT

**NOTORIOUS**
☐ I have this day served the defendant_____by leaving a
copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of_____described as follows:
age, about _____years; weight _____pounds; height, about _____feet and _____inches, domiciled at the residence of
defendant.

**CORPORATION**
☐ Served the defendant _____a corporation
by leaving a copy of the within action and summons with _____
in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the
door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the
same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said
summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the
place stated in the summons.

**NON EST**
☒ Diligent search made and defendant_ _Not At Address_
not to be found in the jurisdiction of this court.

This _26_ day of ___June___, 20 _23_      _J-Smith_
Deputy

⚖ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
HENRY COUNTY, GEORGIA

**SUCV2023001594**
PP
**JUN 29, 2023 01:39 PM**

Sabriya Hill, Clerk
Henry County, Georgia

IN THE SUPERIOR COURT OF HENRY COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| KEVIN BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO.: |
| | ) | SUCV2023001594 |
| CARLTEZ D. JEFFERSON, MIKE IRELAND, | ) | |
| JESSICA MATTHEWS, DEPUTY MATTHEW | ) | |
| CORELY, DEPUTY J. STRINGER, and | ) | |
| STEPHANIE MARSHALL, Each Individually and | ) | |
| in their Official Capacity as Employees of the | ) | |
| Henry County Police Department and the Henry | ) | |
| County Sheriff's Office, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

COME NOW Timothy J. Buckley III, Esq.,  Kelly L. Christopher, Esq., and the law firm

of Buckley Christopher & Hensel, P.C., pursuant to U.S.C.R. 4.2, and hereby notify the Court

and all parties of their representation of Carltez D. Jefferson, Mike Ireland, Jessica Matthews,

Matthew Corley, Deputy J. Stringer, and Stephanie Marshall with regard to this matter.

This 29th day of June, 2023.

Respectfully submitted,

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**

/s/ Timothy J. Buckley III
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
Kelly L. Christopher
Georgia State Bar No. 609879
Attorneys for Defendants

2970 Clairmont Road N.E., Suite 650
Atlanta, Georgia  30329
(404) 633-9230
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com
kchristopher@bchlawpc.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day filed and served the foregoing NOTICE OF APPEARANCE upon all parties to this matter with Peachcourt e-filing addressed to counsel of record as follows:

> Jordan Johnson, Esq.
> Jessica Burton, Esq.
> Bernard & Johnson, LLC
> 5 Dunwoody Park
> Suite 100
> Atlanta, Georgia 30338
> Alex@Justice Law
> Jessica @Justice.Law

This 29th day of June, 2023.

Respectfully submitted,

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**

/s/ Timothy J. Buckley III
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
Kelly L. Christopher
Georgia State Bar No. 609879
Attorneys for Defendants

2970 Clairmont Road N.E.
Suite 650
Atlanta, Georgia  30329
(404) 633-9230
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com
kchristopher@bchlawpc.com

2