| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | April 21, 2022 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-601, Application for Waiver of Grounds of Inadmissibility | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| LIN2290192619 | April 18, 2022 | 1 of 1 |
| | | DATE OF BIRTH |
| | | January 08, 1976 |

BESA MUTHURI
C/O KRISTINA GHAZARYAN MORRISON URENA L C
P.O. BOX 80844
RANCHO SANTA MARGARI, CA  92688

T1 00004532

**PAYMENT INFORMATION:**

| Application/Petition Fee: | $930.00 |
|---|---|
| Total Amount Received: | $930.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
Nebraska Service Center
P.O. Box 82521
Lincoln, NE  68501-2521

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.      Form I-797C  04/01/19