

U.S. Department of State
## THE FOREIGN SERVICE OF THE UNITED STATES OF AMERICA
### REFUSAL WORKSHEET

Date: **13-Oct-2021**
Visa Symbol: **FX1**

**MUTHURI, Besa**
Name *(Last, First, Middle)*

JHN2020727002 01

Dear Visa Applicant:
This office regrets to inform you that your visa application is refused because you have been found ineligible to receive a visa under the following section(s) of the Immigration and Nationality Act. The information contained in the paragraphs marked with "X" pertains to your visa application. Please disregard the unmarked paragraphs.

☐ Section 221(g) which prohibits the issuance of a visa to anyone whose application does not comply with the provisions of the Immigration and Nationality Act or regulations issued pursuant thereto. Please be advised that, for U.S. visa law purposes including ESTA *(see https://esta.cpb.dhs.gov)*, this decision constitutes a denial of a visa. The following remarks apply in your case:

_____

_____

☐ Additional processing is required. We will contact you when this is complete.

☐ You must present the documents listed above and/or the following information:

_____

_____

☐ Section 212(a)(1) health-related grounds.

☐ Section 212(a)(4) which prohibits the issuance of a visa to anyone likely to become a public charge.

☐ Section 212(a)(  )

_____

☒ Other:
  **6C1 Misrepresentation**

☒ Waiver Eligibility
  ☒ You are eligible for waiver of the grounds of ineligibility.
  ☐ No waiver is available for the grounds of ineligibility.

☐ WARNING: If you fail to take the action requested within one year following visa denial under Section 221(g) of the Immigration and Nationality Act then Section 203(g of the Act will require termination of the petition on which your visa application was based.

Sincerely yours,

*[signature]*

American Consular Officer