JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Latesia Allen

**DEFENDANTS**
Walmart Stores East, LP; ABC Corps. #1-3; and John Does #1-3

**(b)** County of Residence of First Listed Plaintiff: Clayton County, GA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Pulaski County, AR
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Toya Perkins, Esq.; Morgan & Morgan Atlanta PLLC
P.O. Box 57007; Atlanta, GA 30343; 844-765-6513

Attorneys *(If Known)*
Matthew J. Hurst, Esq.; Waldon Adelman Castilla Hiestand & Prout; 900 Circle 75 Pkwy; Suite 1040; Atlanta, GA 30339

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 340 Marine | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 345 Marine Product Liability | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | | | |
| [ ] 195 Contract Product Liability | | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [x] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | |
| | | | [ ] 863 DIWC/DIWW (405(g)) | |
| | | | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 446 Amer. w/Disabilities - Other | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1332, 1441

Brief description of cause:
Plaintiff is a citizen of Georgia; Defendant is a business in Arkansas; The amount in controvery exceeds $75,000.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: Michael T. Garrett
DOCKET NUMBER: 2023CV01005-mg

DATE: July 26, 2023

SIGNATURE OF ATTORNEY OF RECORD: /s/ Matthew J. Hurst

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATESIA ALLEN, | CIVIL ACTION FILE |
| Plaintiff, | NO. _____ |
| vs. | On removal from the State Court of Clayton County, Civil Action File No.: 2023CV01005-MG |
| WALMART STORES EAST, LP: ABC CORPS #1-3; AND JOHN DOES #1-3, | JURY TRIAL DEMANDED |
| Defendants. | |

## **NOTICE OF REMOVAL**

COME NOW WAL-MART STORES EAST, LP, incorrectly identified as "Walmart Stores East, LP.," (hereinafter, "Walmart") a named Defendant in the above-captioned matter, by and through its counsel of record, within the time prescribed by law, and files this Notice of Removal, showing the Court as follows:

1.

The above-named Plaintiff commenced this action by filing a Complaint on April 28, 2023, in the State Court of Clayton County, Georgia, which is within the Atlanta Division of this Court. 28 U.S.C.A. § 90 (a)(2). Said lawsuit is styled as above and is numbered as Civil Action File No. 2023CV01005-MG in that Court. (See generally Complaint, a copy of which is included in attached Exhibit "A").

Plaintiff's claims against Walmart include claims of negligence and premise liability. (See generally Complaint).

2.

Plaintiff's Complaint was filed in the State Court of Clayton County on April 28, 2023 - hereinafter referred to as the "Clayton County Suit." (See generally Complaint)

3.

Defendant WAL-MART STORES EAST, LP was served with a copy of the Summons and Complaint in the Clayton County Suit on or about June 7, 2023. (See Service of Process Transmittal Summary, a copy of which is included within Exhibit "A"). Defendant WAL-MART STORES EAST, LP has filed this notice of Removal within thirty (30) days of service in the Clayton County Suit.

4.

Defendant WAL-MART STORES EAST, LP is a Delaware limited partnership, of which WSE Management, LLC is the only general partner, and WSE Investment, LLC is the only limited partner. The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC, and the sole member of Wal-Mart Stores East, LLC is WALMART INC. WALMART INC. is a Delaware corporation with its principal place of business in

the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter. The principal place of business for all entities mentioned in this paragraph is 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201. (See Complaint, ¶ 2; See also Georgia Secretary of State and Delaware Secretary of State documents, a copy of which is attached hereto as Exhibit "B").

5.

Plaintiff Allen has alleged she is a citizen of the State of Georgia. (See Complaint, ¶ 1).

6.

Defendants John Does 1-3 and ABC Corps #1-3 are fictitious Defendants whose citizenships must be disregarded for removal purposes. See 28 U.S.C. § 1441(b)(1); Weiland v. Palm Beach Cty. Sheriff's Office, 792 F.3d 1313, 1318 n.4 (11th Cir. 2015).

6.

Complete diversity of citizenship exists between Plaintiff and Defendants.

7.

Plaintiff claims personal injury from a slip-and-fall incident and seeks general and special damages, including past medical expenses. In Plaintiff's June

28, 2023, Time Limit Demand, she demanded $1,000,000.00 to resolve her claims. (See Plaintiff's June 28, 2023, Time Limit Demand, Attached as Exhibit "C"). Thus, based upon Plaintiff's demand, the amount in controversy exceeds $75,000.00.

9.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based on complete diversity of citizenship between Plaintiff and Defendant.

10.

Pursuant to the provisions of 28 U.S.C. § 1446, Walmart has attached as Exhibit "A" copies of all the pleadings that were provided to and served upon Walmart, including copies of all pleadings that have been filed to date in the Clayton Court Suit.

11.

Pursuant to 28 U.S.C. § 1446, Defendants are not required to file a removal bond.

12.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446.

- 5 -

13.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the State Court of Clayton County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendant WAL-MART STORES EAST, LP, prays that the above- captioned lawsuit be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 25 day of July, 2023.

                WALDON ADELMAN CASTILLA
                HIESTAND & PROUT

                /s/ Matthew J. Hurst
                Matthew J. Hurst
                Georgia Bar No. 480267
                *Attorney for Walmart Stores East, LP.*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
mhurst@wachp.com

## 5.1 CERTIFICATE OF COMPLIANCE

I hereby certify that this document was prepared in Times New Roman font, 14-point and complies with Local Rules 5.1(C), NDGa.

This 25 day of July, 2023.

                                        WALDON ADELMAN CASTILLA
                                      HIESTAND & PROUT

                                      /s/ Matthew J. Hurst
                                      Matthew J. Hurst
                                      Georgia Bar No. 480267
                                      *Attorney for Walmart Stores East, LP.*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
mhurst@wachp.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served electronically filed a ***NOTICE OF REMOVAL*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record and upon all parties to this matter by United States mail, postage prepaid, and properly addressed as follows:

Toya Perkins, Esq.
Morgan & Morgan Atlanta, PLLC
P.O. Box 57007
Atlanta, GA  30343
tperkins@forthepeople.com

This <u>25</u> day of July, 2023.

                                       WALDON ADELMAN CASTILLA
                                       HIESTAND & PROUT

                                       <u>/s/ Matthew J. Hurst</u>
                                       Matthew J. Hurst
                                       Georgia Bar No. 480267
                                       *Attorney for Walmart Stores East, LP.*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
mhurst@wachp.com