Case 1:23-mi-99999-UNA   Document 2361-2   Filed 07/26/23   Page 1 of 2   e-Filed 7/5/2023 2:31 PM
2023CV02005

**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
**Latasha Currie**

GEORGIA SECRETARY OF STATE REGISTRATION INFORMATION:

FOR WAL-MART STORES EAST LP

# Exhibit "B"



GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

HOME (/)

# BUSINESS SEARCH

## BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **WAL-MART STORES EAST, LP (DELAWARE)** | Control Number: | **0150520** |
| Business Type: | **Foreign Limited Partnership** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **702 SW 8th St., Bentonville, AR, 72716, USA** | Date of Formation / Registration Date: | **11/16/2001** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2023** |
| Principal Record Address: | **NONE** | | |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **THE CORPORATION COMPANY (FL)** |
| Physical Address: | **106 Colony Park Drive Ste. 800-B, Cumming, GA, 30040-2794, USA** |
| County: | **Forsyth** |

## GENERAL PARTNER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| WSE MANAGEMENT,, LLC | General Partner | 702 SW 8th Street, Bentonville, AR, 72716, USA |

Back    Filing History    Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta,
Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19

https://ecorp.sos.ga.gov/BusinessSearch/BusinessInformation?businessId=107367&businessType=Foreign Limited Partnership&fr…

DEFENDANT'S EXHIBIT B