## COMPOSITE EXHIBIT C

## COPIES OF NOTICES OF ADMINISTRATIVE PROCEEDING

*Composite Exhibit C*

4890-6812-0946v6


**Department of the Treasury**
**Internal Revenue Service**
**Large Business & International**
333 West Broadway, MS 8885
San Diego, CA 92010

Date:
11/22/2022
Partnership name:
Morgan Seven Islands 247, LLC
Partnership ID number: (last 4 digits):
2017
Tax year ended:
2020 12
Contact person:
Monica Lord
Employee ID number:
0621954
Contact hours:
8:00 a.m. to 3:30p.m. (PST)
Contact telephone number:
619-615-3762
Contact fax number:
855-889-2996
Partnership Representative on file:
Indian Creek Investments, LLC

Morgan Seven Islands 247, LLC
P.O. Box 2249
Cumming, GA 30028

Certified mail number: 7020 2450 0000 3153 4770

### Notice of Administrative Proceeding (NAP) - Partnership

To whom it may concern:

We initiated an administrative proceeding (audit) of your partnership federal tax return, at the partnership level, for the taxable year shown above, under the centralized partnership audit regime enacted in the Bipartisan Budget Act of 2015. This letter is your Notice of Administrative Proceeding as required under Internal Revenue Code (IRC) Section 6231(a)(1). Because we have initiated an administrative proceeding, the partnership can't file an administrative adjustment request for this taxable year (IRC Section 6227(c)).

During the audit, we'll communicate only with the partnership representative. However, we'll send certain notices to the partnership (IRC Section 6231). The partnership representative has the sole authority to act on behalf of the partnership. The partnership and its partners are bound by any actions taken by the Partnership Representative acting for the partnership (IRC Section 6223).

**Your rights as a taxpayer**
You can read Publication 1, Your Rights as a Taxpayer. You can get this publication by visiting our website at www.irs.gov/forms-pubs or by calling 800-TAX-FORM (800-829-3676).

If you have questions, you can write or call the contact person at the top of this letter. If you write, please enclose a copy of this letter and include your telephone number with the best hours to reach you.

Keep a copy of this letter for your records.

Thank you for your cooperation.

Sincerely,

*Monica Lord*

Monica Lord
Revenue Agent

Letter 5893 (Rev. 5-2019)
Catalog Number 69373W



**Department of the Treasury
Internal Revenue Service
Large Business & International**
333 West Broadway, MS 8885
San Diego, CA 92101

Date:
11/22/2022
Partnership name:
Morgan Seven Islands 247, LLC
Partnership ID number: (last 4 digits):
2017
Tax year ended:
2020 12
Contact person:
Monica Lord
Employee ID number:
0621954
Contact hours:
8:00 a.m. to 3:30p.m. (PST)
Contact telephone number:
619-615-3762
Contact fax number:
855-889-2996
Partnership Representative on file:
Indian Creek Investments, LLC

Representative, Designated Individual Eugene Pearson
Morgan Seven Islands 247, LLC
6435 Shiloh Road, Suite A
Alpharetta, GA 30005

Certified mail number: 7020 2450 0000 3153 4787

## Notice of Administrative Proceeding (NAP) – Partnership Representative

Dear Eugene Pearson:

We initiated an administrative proceeding (audit) of the partnership's federal tax return, at the partnership level for the taxable year shown above, under the centralized partnership audit regime enacted in the Bipartisan Budget Act of 2015. This letter is your Notice of Administrative Proceeding, as required under Internal Revenue Code (IRC) Section 6231(a)(1). Because we have initiated an administrative proceeding, the partnership can't file an administrative adjustment request for this taxable year (IRC Section 6227(c)).

During the audit, we'll communicate only with you since you are the partnership representative on file. However, we'll send certain notices to the partnership (IRC Section 6231). As the partnership representative, you have sole authority to act on behalf of the partnership. The partnership and its partners are bound by actions taken by the Partnership Representative acting for the partnership (IRC Section 6223).

**Your rights as a taxpayer**
You can read Publication 1, Your Rights as a Taxpayer. You can get this publication by visiting our website at www.irs.gov/forms-pubs or by calling 800-TAX-FORM (800-829-3676).

If you have questions, you can write or call the contact person at the top of this letter. If you write, please enclose a copy of this letter and include your telephone number with the best hours to reach you.

Keep a copy of this letter for your records.

Thank you for your cooperation.

Sincerely,

*Monica Lord*

Monica Lord
Revenue Agent

Letter 5893-A (Rev. 5-2019)
Catalog Number 69384D