

**Department of the Treasury**
**Internal Revenue Service**
**Large Business and International**
550 Main Street
Cincinnati, Ohio 45202

Date:
09/22/2022

Partnership name:
Morgan Seven Islands 274, LLC

Partnership ID number (last 4 digits):
2017

Tax year:
202012

Person to contact:
Charles Ryder

Employee ID number:
1000203315

Contact hours:
7:30 - 3:45 Eastern

Contact telephone number:
513-975-6576

Contact fax number:
877-276-4934

Response due date:
10/07/2022

Morgan Seven Islands 274, LLC
P. O. Box 2249
Cumming, GA 30028

## Notice of Selection for Examination

To whom it may concern:

We've selected your Form 1065, U.S. Return of Partnership Income, for examination of the tax period above.

**What you must do**
Call me on or before October 7, 2022 at the telephone number above.

We'll discuss the items I'm going to examine, the types of documents you must provide, the examination process, and any concerns or questions you may have. We'll also set the date, time, and agenda for our first meeting.

We realize the challenges of the COVID-19 pandemic may impact your ability to prepare for an examination. We can discuss any concerns or questions you have during our conversation.

**Someone can represent you**
If you want to authorize a third party to represent you during any part of this examination, complete Form 2848, Power of Attorney and Declaration of Representative.

The partnership return is subject to the Bipartisan Budget Act (BBA) of 2015 centralized partnership audit procedures. Therefore we'll send most communications, including document requests and conference notifications, only to the partnership representative. We'll also send certain notices to you, the partnership, as required by Internal Revenue Code Section 6231.

We show your designated partnership representative is:

Indian Creek Invesments, LLC
6435 Shiloh Road, Suite A
Alpharetta GA 30005

The partnership representative or designated individual can be revoked (or you can designate one if no partnership representative designation is in place), by completing Form 8979, Partnership Representative Revocation, Designation, and Resignation. Send the form to the address at the top of this letter within 30 days from the date of this letter. For mailing address updates, you may fax or mail the updated information to the contact shown at the top of this letter.

Letter 2205-D (Rev. 8-2020)
Catalog Number 69386Z

# EXHIBIT B

# AUDIT NOTICE

If you choose to have someone represent you, send the completed Form 2848 by our first appointment. If you won't be present for this appointment, you can mail or fax the form to me, or have your representative give it to me at the appointment.

**Your rights as a taxpayer**
To better understand the examination process, you can download and read Publication 1, Your Rights as a Taxpayer, and Notice 609, Privacy Act Notice. Publication 1 explains what happens before, during, and after an examination. The Taxpayer Bill of Rights included in Publication 1 explains your rights as a taxpayer.

You can get the forms or publications mentioned in this letter by visiting our website at www.irs.gov/forms-pubs or by calling 800-TAX-FORM (800-829-3676).

Thank you for your cooperation. I look forward to hearing from you by October 7, 2022.

Sincerely,

*[signature]*

Charles Ryder
Senior Internal Revenue Agent

Letter 2205-D (Rev. 8-2020)
Catalog Number 69386Z