# EXHIBIT A
## COPY OF SUMMONS

*Exhibit A*

4857-8929-1890v5

INTERNAL REVENUE SERVICE  IRS

## FAX TRANSMISSION
### Cover Sheet

Date: July 13, 2023

**To:** Tyler Cox

Address/Organization: _____

Fax Number: (404) 221-6501            Office Number: _____

**From:** Lord Monica L

Address/Organization: _____

Fax Number: (855) 889-2996            Office Number: _____

Number of pages: | 7 |    *Including cover page*

**Subject:** summons 1

This communication is intended for the sole use of the individual to whom it is addressed and may contain confidential information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited by the provisions of the Internal Revenue code. If you have received this communication in error, please contact the sender immediately by telephone. Thank you.

INTERNAL REVENUE SERVICE




Date: 7/13/23

Number of pages including cover sheet: 5

To:
Tyler Cox

From: IRS
Monica Lord,
Revenue Agent

Phone: 478-765-1820

Fax phone: 404-221-6501

CC:

Phone: 619-615-3762

Fax phone: 855-889-2996

**REMARKS:** ☐ Urgent   ☒ For your review   ☐ Reply ASAP   ☐ Please comment

Hello Mr. Cox,

I agree with the language of the waiver of personal service.

Please also do a waiver for Morgan Seven Islands 274, LLC.

I will be faxing the summons in 5 different faxes. This fax contains Morgan.

Call me with any questions.

Regards,

Monica Lord

This communication is intended for the sole use of the person to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION MAY BE STRICTLY PROHIBITED. If you have received this communication in error, PLEASE NOTIFY THE SENDER IMMEDIATELY.

# Summons

In the matter of Morgan Seven Islands 274, LLC
Internal Revenue Service *(division)* Large Business and International
Industry/Area *(name or number)* Western Compliance Practice Area
Periods December 31, 2020

## The Commissioner of Internal Revenue

To  Morgan Seven Islands 274, LLC

At  6435 Shiloh Road, Suite B Alpharetta, Georgia 30005

You are hereby summoned and required to appear before Monica Lord, Revenue Agent, ID# 1000621954 or designee an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Provide the information contained in the included attachment, ATTACHMENT A TO SUMMONS

Mail the information by July 27, 2023 to:
Internal Revenue Service
Attn: Monica Lord, MS 8885
333 West Broadway, 8th floor
San Diego, CA 92101

This Summons includes an appearance date of August 2, 2023, through Microsoft Teams, as stated in ATTACHMENT A TO SUMMONS. This will satisfy the in person appearance requirement.

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

| Signature of IRS officer serving the summons | Title |
|---|---|
| Monica L. Lord *Digitally signed by Monica L. Lord Date: 2023.07.13 09:19:10 -07'00'* | Revenue Agent |

**Business address and telephone number of IRS officer before whom you are to appear**
333 West Broadway, MS 8885 San Diego, CA 92101 619-615-3762

**Place and time for appearance at** 2300 Lake Park Drive, Ste 450 Smyrna, GA 30080

on the 2 day of August , at 10 o'clock .m.
 *(year)*

**Issued under authority of the Internal Revenue Code this** 13 day of July , 2023
 *(year)*

| Signature of issuing officer | Title |
|---|---|
| Monica L. Lord *Digitally signed by Monica L. Lord Date: 2023.07.13 09:19:30 -07'00'* | Revenue Agent |
| Signature of approving officer *(if applicable)* | Title |
| *Digitally signed by Adam Y. Chong Date: 2023.07.13 09:57:19 -07'00'* | Teams Manager |

Form **2039** (Rev. 3-2020)   Catalog Number 21405J   publish.no.irs.gov   Department of the Treasury - **Internal Revenue Service**
Part A — to be given to person summoned

ATTACHMENT TO SUMMONS ISSUED ON JULY 13, 2023, TO MORGAN SEVEN ISLANDS 274, LLC

I. Summoned Documents

This Summons seeks all of the documents in your possession or control described below.

The term "Transaction" refers to the donation of fee simple property held in Morgan Seven Islands 274, LLC, located in Buckhead Georgia, to The Barn Group Land Trust, Inc. The Real Property consists of two parcels totaling approximately 273.87 acres, more or less, of mostly unimproved land located in Morgan County, State of Georgia.

The term "document" is used in its normal sense and includes documents kept in paper form as well as those only kept electronically. The term includes, but is not limited to, agreements, charts, tables, correspondence, drafts, email, memoranda, notes, presentations, spreadsheets, work papers, faxes, and communications of any nature. A draft or non-identical copy is a separate document within the meaning of this term.

The documents requested to be produced under this summons pertain to the period beginning January 2020 and ending on the date of the filing of the 2020 tax return.

For all documents that are produced in any electronic format, please provide such information on an unencrypted flash drive. Please provide emails in either MSG or PDF format, and not in PST format.

A. Copies of all correspondence: emails, letters, faxes, texts, instant messaging, direct messaging and any other written communication, between you and the following individuals, to include any attached documents:

1. Thomas Spears, Global Valuation & Consulting, Inc
2. John Pearson/Eugene Pearson, Cold River Partners, LLC
3. Eugene Pearson, EvrSource Capital, LLC

and any other individual with the following organizations:

4. Global Valuation & Consulting, Inc
5. Cold River Partners, LLC
6. EvrSource Capital, LLC

and any other individual, company, partnership, or organization that was involved with:

7. The donation of fee simple property held in Morgan Seven Islands 274, LLC, located in Buckhead Georgia, to The Barn Group Land Trust, Inc. The Real Property consists of two parcels totaling approximately 273.87 acres, more or less, of mostly unimproved land located in Morgan County, State of Georgia.
8. Acquisition of real property/membership interests in Morgan Seven Islands 274, LLC.
9. Appraisals of real property described in 7 above.
10. Voting on use of the property described in 7 above, or
11. Contribution of the property described in 7 above or any interest in the property.

B. 1. Provide the pre-liminary draft "qualified appraisal report" prepared by Thomas Spears (Global Valuation & Consulting, Inc), as referenced on Form 8918. (See Attachment B)

II. Summoned Testimony

A. You are to appear, through Microsoft TEAMS meeting invitation, on August 2, 2023, at 10:00 am EST. Exam will provide the TEAMS meeting link. All participants must appear clearly on camera throughout the duration of the interview.

The areas to which you will give testimony include, but is not limited to:

1. Appraisals
2. Purchase of Membership units in Morgan Seven Islands 274, LLC
3. Fee simple vs Conservation Easement donation
4. Voting on use of real property described above
5. Communications with persons with respect to the Transaction. Including, but not limited to, the individuals identified in this Attachment A.

Morgan Seven Islands 274, LLC
EIN: 85-0642017

[Continuation of ITEM 6b]:



| Name | EIN | Address |
|---|---|---|
| Global Valuation & Consulting, Inc. | 47-4356083 | 4080 McGinnis Ferry Road, Suite 1401, Alpharetta, Georgia 30005 |

Thomas G. Spears of Global Valuation & Consulting, Inc. ("Global Valuation") prepared a market analysis to determine the highest and best use of the Property and to identify the key property and market attributes to influence value of the Property, in contemplation of the proposed Development Activities. In addition, Global Valuation prepared a preliminary draft "qualified appraisal report" regarding the valuation of the Property owned by MSI 274. Global Valuation will prepare the final "qualified appraisal

2

4847-5976-8280v2

Morgan Seven Islands 274, LLC
EIN: 85-0642017

report" (as defined in Treasury Regulation § 1.170A-12(c)(3)) and will join with MSI 274 and The Barn Group Land Trust, Inc. (the "Land Trust") in the execution of IRS Form 8283, Noncash Charitable Contributions. Global Valuation received compensation for such valuation services.



4847-5976-8280v2