Exhibit A



Harry M. Daniels Esq.  
daniels@harrymdaniels.com

Tel: 678.664.8529  
Fax: 800.867.5248

September 9, 2021

**VIA CERTIFIED MAIL REQUESTED:**

Honorable Keisha Lance Bottoms Mayor  
City of Atlanta  
55 Trinity Avenue SW  
Atlanta, GA 30303

7014 2870 0000 0166 1160

Honorable Felecia Moore President  
Atlanta City Council  
55 Trinity Avenue SW  
Atlanta, GA 30303

7014 2870 0000 0166 1177

Atlanta City Council Members  
55 Trinity Avenue SW  
Atlanta, GA 30303

7014 2870 0000 0166 1184

RE: **Ante Litem Notice**  
Our Client: **Tymacia Floyd**  
Date of Incident: **July 27, 2021**

To Whom It May Concern:

Within six (6) months of the date described above, this Notice is being sent pursuant to the requirements of O.C.G.A. § 36-33-5 to provide you with a thirty-day opportunity for adjustment of a tort claim against The City of Atlanta as a result of the following incident:

(a) Name of the State, County, and Municipal Government entity involved: **City of Atlanta Police Officer**  
(b) Date/Time: **July 27, 2021 / 21:18**  
(c) **Atlanta, Georgia**  
(d) Nature of Loss Suffered: **Bodily Injury**

(e) Amount of Loss Claimed: **Tymacia Floyd** has claims for past and future medical expenses, both in the current, approximate amount of $250,000.00 (one million dollars), and a claim for her pain and suffering, mental and emotional suffering and any other non-economic damages recoverable under all applicable laws. Please be advised, our client continues to treat for her injuries, which may affect the amount of the claim for medical expenses and all other non-economic damages. Her current injuries include left shoulder and arm, headaches, and neck injuries.

(f) Acts or Omissions which caused the loss: **Ms. Floyd was injured** while at a complete stop on Donald Lee Hollowell Pkwy, waiting for traffic to clear to make a left turn onto Commercial Ave, when Officer Lawrence Holland, who was driving a City of Atlanta police vehicle, negligently failed to brake in time to avoid colliding into the rear of Ms. Floyd's vehicle. The impact of the collision caused Ms. Floyd to suffer bodily injury.

The information supplied herein is provided for the purposes of allowing you to conduct an investigation of the alleged incident and determine if the claim should be settled without litigation. Should you require additional information for that determination, please contact our office.

Very truly yours,

Harry Daniels

233 Peachtree Street, N.E., Suite 1200, Atlanta, Georgia, 30303
Phone 678-664-8529 · Facsimile 1-800-867-5248

# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC No. | County | Date Rec. by DOT |
|---|---|---|---|
| 212081762 | APD0000 | FULTON | 7/27/2021 |

| Estimated Crash Date | Time | Dispatch Date | Time | Arrival Date | Time | Total Vehicles | Injuries | Fatalities | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| 7/27/2021 | 21:18 | 7/27/2021 | 21:18 | 7/27/2021 | 21:25 | 2 | 0 | 0 | Atlanta |

**Road of Occurrence:** BANKHEAD HWY NW
**At Its Intersection With:** COMMERCIAL AVE NW
**Not At Its Intersection But:** ☐ Miles ☐ North ☐ East ☐ Feet ☐ South ☐ West  Of
**Latitude (Y):** 33.775292  **Longitude (X):** -84.471228
☐ Suppl. To Original? ☐ Private Property? ☐ Hit And Run?

## Unit 1
- ☑ Driver ☐ Ped ☐ Bike
- **Last Name:** HOLLAND  **First:** LAWRENCE  **Middle:**
- **Address:** 1125 CASCADE CIRCLE
- ☑ Susp At Fault
- **City:** ATLANTA (FULTON)  **State:** GA  **Zip:** 30311  **DOB:** 7/27/2021
- **Driver's License No:** 060131859  **Class:** C  **State:** GA  **Country:** United States
- **Insurance Co:** EXEMPT  **Policy No:** EXEMPT  **Telephone No:** 4047561903
- **Year:** 2011  **Make:** FORD  **Model:** CROWN VICTORIA
- **VIN:** 2FABP7BV4BX176534  **Vehicle Color:** Blue
- **Tag #:** GV0835C  **State:** GA  **County:** FULTON  **Year:** 2022
- **Trailer Tag #:** ...
- ☐ Same as Driver  **Owner's Last Name:** CITY OF ATLANTA
- **Address:** 23 CLAIRE DRIVE
- **City:** ATLANTA (FULTON)  **State:** GA  **Zip:** 30315
- **Removed By:** S AND W  ☑ Request ☑ List
- **Alcohol Test:** No  **Drug Test:** No
- **First Harmful Event:** Motor Vehicle In Motion
- **Most Harmful Event:** Motor Vehicle In Motion
- **Operator/Ped Cond:** Not Drinking
- **Operator Factors:** Following too Close
- **Vehicle Factors:** No Contributing Factors
- **Roadway Factors:** No Contributing Factors
- **Direction of Travel:** West  **Vehicle Maneuver:** Straight  **Non-Motor Maneuver:**
- **Vehicle Class:** Police  **Vehicle Type:** Passenger Car  **Vision Obscured:** Not Obscured
- **Number of Occupants:** 1  **Area of Initial Contact:** Front End  **Damage to Vehicle:** Disabling Damage
- **Traffic Way Flow:** Two-Way Trafficway with no physical separation
- **Road Composition:** Concrete  **Road Character:** Straight and Level
- **Number of Lanes:** 4  **Posted Speed:** 35  **Work Zone:** None
- **Traffic Control:** Lanes  **Device Inoperative:** ☐ Yes ☑ No
- **Citation Information:** Citation # _____ O.C.G.A. §

## Unit 2
- ☑ Driver ☐ Ped ☐ Bike
- **Last Name:** Floyd  **First:** TYMACIA  **Middle:**
- **Address:** 308 VILLA ROSA WAY
- ☐ Susp At Fault
- **City:** TEMPLE (CARROLL)  **State:** GA  **Zip:** 30179  **DOB:** 10/17/1993
- **Driver's License No:** 056449380  **Class:** C  **State:** GA  **Country:** United States
- **Insurance Co:** GA FARM BUREAU  **Policy No:** PPA42151830  **Telephone No:** 7705621599
- **Year:** 2015  **Make:** TOYOTA  **Model:** COROLLA
- **VIN:** 2T1BURHE7FC474267  **Vehicle Color:** Gray
- **Tag #:** CQZ5795  **State:** GA  **County:** CARROLL  **Year:** 21
- **Trailer Tag #:** ...
- ☑ Same as Driver  **Owner's:** Floyd, TYMACIA
- **Address:** 308 VILLA ROSA WAY
- **City:** TEMPLE (CARROLL)  **State:** GA  **Zip:** 30179
- **Removed By:** S&W TOWING  ☑ Request ☐ List
- **Alcohol Test:** No  **Drug Test:** No
- **First Harmful Event:** Motor Vehicle In Motion
- **Most Harmful Event:** Motor Vehicle In Motion
- **Operator/Ped Cond:** Not Drinking
- **Operator Factors:** No Contributing Factors
- **Vehicle Factors:** No Contributing Factors
- **Roadway Factors:** No Contributing Factors
- **Direction of Travel:** West  **Vehicle Maneuver:** Straight  **Non-Motor Maneuver:**
- **Vehicle Class:** Privately Owned  **Vehicle Type:** Passenger Car  **Vision Obscured:** Not Obscured
- **Number of Occupants:** 1  **Area of Initial Contact:** Rear End  **Damage to Vehicle:** Functional Damage
- **Traffic Way Flow:** Two-Way Trafficway with no physical separation
- **Road Composition:** Black Top  **Road Character:** Straight and Level
- **Number of Lanes:** 4  **Posted Speed:** 35  **Work Zone:** None
- **Traffic Control:** No Control Present  **Device Inoperative:** ☐ Yes ☑ No
- **Citation Information:** Citation # _____ O.C.G.A. §

### COMMERCIAL MOTOR VEHICLES ONLY

**Unit 1:** Carrier Name: _____ Address: _____ City: _____ State: _____ Zip: _____
U.S. D.O.T. #: _____ No. of Axles: _____ G.V.W.R: _____
Cargo Body Type: _____ Vehicle Config: _____ ☐ Interstate ☐ Intrastate  Fed. Reportable: ☐ Yes ☐ No
C.D.L.?: ☐ Yes ☐ No  C.D.L. Suspended?: ☐ Yes ☐ No
Vehicle Placarded?: ☐ Yes ☐ No  Hazardous Materials?: ☐ Yes ☐ No
Hazmat Released?: ☐ Yes ☐ No
If YES: Name or 4 Digit Number from Diamond or Box: _____
One Digit Number from Bottom of Diamond: _____
☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

**Unit 2:** (same blank fields)

GDOT-523 (07/17)

| COLLISION FIELDS | | | | |
|---|---|---|---|---|
| Manner of Collision: Rear End | Location at Area of Impact: On Roadway - Roadway Intersection | Weather: Clear | Surface Condition: Dry | Light Condition: Dark-Lighted |

## NARRATIVE

Driver 1 stated that while traveling west on Donald Lee Hollowell Pkwy, in the far left lane, he struck driver 2's vehicle in the rear as she was waiting to turn onto Commercial Ave. Vehicle 1 sustained extensive damage to the front end of the car and the driver side airbag deployed. Vehicle 1 was towed from the scene by S&W. Driver 1 sustained no injuries and was found at fault in the accident.

Driver 2 stated that she was in the far left lane of Donald Lee Hollowell Pkwy. waiting to turn left on to Commercial Ave when she was struck in the rear by Vehicle 1. Vehicle 2 sustained substantial damage to the rear bumper. Driver 2 was able to remove vehicle 2 from the scene. Driver 2 did not complain of any injuries.

## DIAGRAM

[Diagram showing Commercial Ave intersecting Donald Lee Hollowell Pkwy, with two vehicles in the left lane at the point of impact (P.O.I.). North indicator shown. Not To Scale.]

## PROPERTY DAMAGE INFORMATION

Damage Other Than Vehicle:            Owner:

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|

GDOT-523 (07/17)

## OCCUPANT INFORMATION

| # | Name (Last, First) | | | | | Address | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HOLLAND, LAWRENCE | | | | | 1125 CASCADE CIRCLE  ATLANTA (FULTON), GA 30311 | | | | |
| | Age: | Sex: Male | Unit #: 1 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Applicable | Extricated: No | Air Bag: Deployed Air Bag | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| | Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |
| 2 | Floyd, TYMACIA | | | | | 308 VILLA ROSA WAY  TEMPLE (CARROLL), GA 30179 | | | | |
| | Age: 27 | Sex: Female | Unit #: 2 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air (O) | Injury: No Apparent Injury | Taken for Treatment: No |
| | Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |
| 3 | Name (Last, First): | | | | | Address: | | | | |
| | Age: | Sex: | Unit #: | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| | Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |
| 4 | Name (Last, First): | | | | | Address: | | | | |
| | Age: | Sex: | Unit #: | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| | Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

## ADMINISTRATIVE

Photos Taken: ☑ Yes ☐ No   By: APD ID UNIT 7333

Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963.

| Report By: | Agency: | Report Date: | Checked By: | Date Checked: |
|---|---|---|---|---|
| York, Joseph (4730) | Atlanta Police Department | 07/27/2021 21:44 | Crump, Matthew | 7/31/2021 |