# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC Number | County | Date Rec. by GDOT |
|---|---|---|---|
| C000832260-01 | GAGSP0000 | COBB | |

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Vehicles | Injuries | Fatalities | |
| 04/25/22 | 09:56 | 04/25/22 | 10:05 | 04/25/22 | 10:16 | 2 | 1 | 0 | MARIETTA |

**Road of Occurrence:** I-75 NORTHBOUND  
**At Its Intersection With:** NORTH MARIETTA PARKWAY  
☐ Corrected Report

**Not At Its Intersection But** _____  ☐ Miles / ☐ Feet  ☐ North / ☐ South  ☐ East / ☐ West  **Of** _____  
☐ Sup To Original

**Latitude (Y):** 33.9484386666667 (Format) 00.00000  
**Longitude (X):** -84.5150666666667 (Format) -00.00000  
☐ Hit And Run?

| | Unit # 1 | ☑ Driver / ☐ Ped / ☐ Bike | LAST NAME: LAKE | FIRST: HAROLD | MIDDLE: ARTHUR | Unit # 2 | ☑ Driver / ☐ Ped / ☐ Bike | LAST NAME: TRAYLOR | FIRST: RAYE | MIDDLE: GENEAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ Susp At Fault | | Address: 530 PURDY RD | | | ☐ Susp At Fault | | Address: 14395 MORNING MOUNTAIN WAY | | |

| City | State | Zip | DOB | City | State | Zip | DOB |
|---|---|---|---|---|---|---|---|
| COLBORNE | ON | K0K 1S0 | 09/12/1967 | ALPHARETTA | GA | 30004-3291 | 12/14/1975 |

| Driver's License No. | Class | State | Country | Driver's License No. | Class | State | Country |
|---|---|---|---|---|---|---|---|
| L02143151670912 | A | ON | CANADA | 058647218 | C | GA | UNITED STATES |

| Insurance Co. | Policy No. | Telephone No. | Insurance Co. | Policy No. | Telephone No. |
|---|---|---|---|---|---|
| ZURICH | 9800064 | | GEICO | 6099790476 | |

| Year | Make | Model | Year | Make | Model |
|---|---|---|---|---|---|
| 2017 | INTL | TT | 2015 | MERCEDES BENZ | C300 |

| VIN | Vehicle Color | VIN | Vehicle Color |
|---|---|---|---|
| 3HSDJSNR8HN654577 | WHI | 55SWF4JBXFU084126 | BLK |

| Tag # | State | County | Year | Tag # | State | County | Year |
|---|---|---|---|---|---|---|---|
| 2011PV | ON | OUT OF STATE | 2028 | PNJ8906 | GA | FULTON | 2022 |

| Trailer Tag # | State | County | Year | Trailer Tag # | State | County | Year |
|---|---|---|---|---|---|---|---|
| LE2313E | GA | WHITFIELD | 2023 | | | | |

| | Owner's Last Name | First | Middle | | Owner's Last Name | First | Middle |
|---|---|---|---|---|---|---|---|
| ☐ Same as Driver | ROSEDALE TRANSPORT INC | | | ☑ Same as Driver | TRAYLOR | RAYE | GENEAL |

| Address | Address |
|---|---|
| 1100-1290 CENTRAL PKWY W | 14395 MORNING MOUNTAIN WAY |

| City | State | Zip | City | State | Zip |
|---|---|---|---|---|---|
| MISSISSAUGA | ON | 00000 | ALPHARETTA | GA | 30004-3291 |

| Removed By: DRIVER | ☐ Request List | Removed By: CHILD OF DRIVER | ☐ Request List |
|---|---|---|---|

| Alco Test: 2 | Type: | Results: | Drug Test: 2 | Type: | Results: | Alco Test: 2 | Type: | Results: | Drug Test: 2 | Type: | Results: |
|---|---|---|---|---|---|---|---|---|---|---|---|

| First Harmful Event: 11 | Most Harmful Event: 11 | Operator/Ped Cond: 1 | First Harmful Event: 11 | Most Harmful Event: 11 | Operator/Ped Cond: 1 |
|---|---|---|---|---|---|

| Operator Contributing Factors: 3 | Operator Contributing Factors: 1 |
|---|---|

| Vehicle Contributing Factors: 1 | Roadway Contributing Factors: 1 | Vehicle Contributing Factors: 1 | Roadway Contributing Factors: 1 |
|---|---|---|---|

| Direction of Travel: 1 | Vehicle Maneuver: 5 | Non-Motor Maneuver: | Direction of Travel: 1 | Vehicle Maneuver: 5 | Non-Motor Maneuver: |
|---|---|---|---|---|---|
| Vehicle Class: 7 | Vehicle Type: 4 | Vision Obscured: 1 | Vehicle Class: 1 | Vehicle Type: 1 | Vision Obscured: 1 |
| Number of Occupants: 1 | Area of Initial Contact: 12 | Damage to Veh: 3 | Number of Occupants: 1 | Area of Initial Contact: 6 | Damage to Veh: |
| Traffic-Way Flow: 3 | Road Comp: 2 | Road Character: 2 | Traffic-Way Flow: 3 | Road Comp: 2 | Road Character: 2 |
| Number of Lanes: 5 | Posted Speed: 65 | Work Zone: 0 | Number of Lanes: 5 | Posted Speed: 65 | Work Zone: 0 |

| Traffic Control: 7 | Device Inoperative: ☐ Yes ☑ No | Traffic Control: 7 | Device Inoperative: ☐ Yes ☑ No |
|---|---|---|---|

**Citation Information:**

| Citation # E04265769 | O.C.G.A. § 40-6-49 | Citation # | O.C.G.A. § |
|---|---|---|---|
| Citation # | O.C.G.A. § | Citation # | O.C.G.A. § |
| Citation # | O.C.G.A. § | Citation # | O.C.G.A. § |

## COMMERCIAL MOTOR VEHICLES ONLY

| Carrier Name: ROSEDALE TRANSPORT LIMITED | Carrier Name: |
|---|---|

| Address | City | State | Zip | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 6845 INVADER CRESCENT | MISSISSAUGA | ON | 00000 | | | | |

| U.S. D.O.T. # | No. of Axles | G.V.W.R. | U.S. D.O.T. # | No. of Axles | G.V.W.R. |
|---|---|---|---|---|---|
| 208148 | 5 | 02 | | | |

| Cargo Body Type 1 | Vehicle Config. 4 | ☑ Interstate / ☐ Intrastate | Fed. Reportable ☐ Yes ☑ No | Cargo Body Type | Vehicle Config. | ☐ Interstate / ☐ Intrastate | Fed. Reportable ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| C.D.L.? ☐ Yes ☑ No | C.D.L. Suspended? ☐ Yes ☐ No | C.D.L.? ☐ Yes ☐ No | C.D.L. Suspended? ☐ Yes ☐ No |
|---|---|---|---|

| Vehicle Placarded? ☐ Yes ☑ No | Hazardous Materials? ☐ Yes ☑ No | Vehicle Placarded? ☐ Yes ☐ No | Hazardous Materials? ☐ Yes ☐ No |
|---|---|---|---|

☐ Yes  
**If YES:** Name or four Digit Number from Diamond or Box: _____  
One Digit Number from Bottom of Diamond: _____

☐ Yes  
**If YES:** Name or four Digit Number from Diamond or Box: _____  
One Digit Number from Bottom of Diamond: _____

☐ Ran Off Road  ☐ Down Hill Runaway  ☐ Cargo Loss or Shift  ☐ Separation of Units  
☐ Ran Off Road  ☐ Down Hill Runaway  ☐ Cargo Loss or Shift  ☐ Separation of Units

GDOT-523 (07/17)

## COLLISION FIELDS

| Manner of Collision: | 3 | Location at Area of Impact: | 1 | Weather: | 1 | Surface Condition: | 1 | Light Condition: | 1 |

## NARRATIVE

Vehicles #1 and #2 was traveling on I-75 northbound before North Marietta Parkway in the number 3 lane from the left shoulder. Driver #1 was following vehicle #2 too closely and struck vehicle #2 in the rear with the front of vehicle #1. The area of impact was determined to be in the number 3 lane.

WATCHGUARD 4RE / PERM 7652

## DIAGRAM

INDICATE NORTH

## PROPERTY DAMAGE INFORMATION

| Damage Other Than Vehicle | Owner |
|---|---|
| | |

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|
| | | | | | |

## OCCUPANT INFORMATION

**1**

| Name (Last, First): | LAKE, HAROLD | | | | | Address: | 530 PURDY RD COLBORNE, ON K0K 1S0 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Age: 54 | Sex: M | Unit #: 1 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: 2 |
| Injury Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

**2**

| Name (Last, First): | TRAYLOR, RAYE | | | | | Address: | 14395 MORNING MOUNTAIN WAY ALPHARETTA, GA 30004-3291 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Age: 46 | Sex: F | Unit #: 2 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 4 | Taken for Treatment: 1 |
| Injury Taken To: KENNSTONE | | By: ATLANTA METRO 207 | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

## ADMINISTRATIVE

| Photos Taken: | ☐ Yes  ☑ No | By: | *Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404)635-2963.* |
|---|---|---|---|
| **Report By:** THOMAS, DEMARCUS #0558 | **Agency:** GSPC\POST 9 | **Report Date:** 04/25/22 | **Checked By:** WRIGHT, T. #0814     **Date Checked:** 04/25/22 |

