IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

RENE TRAYLOR,

    Plaintiff,

v.

ROSEDALE TRANSPORT LIMITED, ZURICH AMERICAN INSURANCE COMPANY, and HAROLD ARTHUR LAKE,

    Defendants.

CIVIL ACTION FILE
NO.: 23-A-2434

**AFFIDAVIT OF DAVID LEE CATES**

Before the undersigned officer authorized to administer oaths, personally appeared, David Lee Cates who, after being duly sworn, deposes and says based on her personal knowledge of the facts contained in this Affidavit are true and correct:

1.

My name is David Lee Cates. I am over 21 years of age and am competent to give this affidavit based on my own personal knowledge of facts and information contained herein.

2.

I am an attorney and licensed to practice law in the State of Georgia. I have been admitted to practice law in the State of Georgia since 1981.

3.

I previously served as the designated BOC-3 agent in Georgia for NATIONAL RESIDENT AGENT SERVICES, INC. ("NRAS").

4.

I retired from the active practice of law on July 31, 2022. At that time, I also ceased my position as NRAS's designated BOC-3 agent in Georgia.

1

284734975v.1

5.

I received a copy of the Summons and Complaint in this matter from a process server.

6.

I am not and never have been a registered agent for Rosedale Transport, Limited.

FURTHER AFFIANT SAYETH NOT.

[SIGNATURE AND NOTARIZATION ON FOLLOWING PAGE]

This 14th day of July, 2023.

_____
David Lee Cates

Sworn to and subscribed before me

This 14th day of July, 2023.

_____
Notary Public

[Notary Seal: EUGENE ROBERT YOUNG, NOTARY PUBLIC, ROCKDALE COUNTY, GEORGIA, MY COMMISSION EXPIRES JULY 13, 2024]

284734975v.1

3