IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| RENE TRAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>ROSEDALE TRANSPORT LIMITED, ZURICH AMERICAN INSURANCE COMPANY, and HAROLD ARTHUR LAKE,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO.: 23-A-2434 |

## AFFIDAVIT OF MARGARET HAGAN

Before the undersigned officer authorized to administer oaths, personally appeared, Margaret Hagan who, after being duly sworn, deposes and says based on her personal knowledge of the facts contained in this Affidavit are true and correct:

1.

My name is Margaret Hagan. I am over 21 years of age and am competent to give this affidavit based on my own personal knowledge of facts and information contained herein.

2.

I am the owner and operator of NATIONAL RESIDENT AGENT SERVICES, INC. ("NRAS").

3.

NRAS is in the business of serving as a designated agent for service of process for trucking companies.

4.

1

284688674v.1

In my role at NRAS, I am directly responsible for its day-to-day business and have knowledge of the manner in which NRAS conducts its business and maintains its business records.

5.

Based upon my personal knowledge and review of business records, NRAS previously served as the designated or blanket agent for Rosedale Transport Limited ("Rosedale").

6.

In February 2016, NRAS canceled its relationship with Rosedale. NRAS no longer serves as Rosesdale's blanket or designated agent for service of process in the United States and has not done so since NRAS canceled the relationship.

7.

David L. Cates was previously the designated BOC-3 agent for receipt of process on behalf of NRAS in Georgia.

8.

On or about July 22, 2022, Mr. Cates retired from that role.

9.

NRAS now uses a different local BOC-3 agent in Georgia, to wit: J. Patrick O'Brien, located at 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092.

FURTHER AFFIANT SAYETH NOT.

[SIGNATURE AND NOTARIZATION ON FOLLOWING PAGE]

This 12th day of July, 2023.

_____
Margaret Hagan

Sworn to and subscribed before me

This 12th day of July, 2023.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
ANTWAN MCKOY-HARRIS - Notary Public
Chester County
My Commission Expires June 4, 2027
Commission Number 1352485

3

284688674v.1