UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**SILICON HOLDING B.V.,**

    Plaintiff,

v.

**BRAND INDUSTRIAL SERVICES, INC., BRANDSAFWAY, LLC, and INDUSTRIAL SPECIALISTS, LLC**

    Defendants.

Case No:

| DEMAND FOR JURY TRIAL |

_____/

**PLAINTIFF SILICON HOLDING B.V.'S**
**INDEX OF EXHIBITS TO COMPLAINT**

**Exhibit 1** – U.S. Patent No. 10,190,314 (the "'314 Patent").

**Exhibit 2** – U.S. Patent No. 10,961,712 (the "'712 Patent").

**Exhibit 3** – U.S. Patent No. 11,428,007 (the "'007 Patent").

**Exhibit 4** – U.S. Patent No. D947,009 (the "'009 Design Patent").

**Exhibit 5** – USPTO Recorded Assignment for the '314 Patent.

**Exhibit 6** – USPTO Recorded Assignment for the '009 Design Patent.

**Exhibit 7** – Claim Chart for the '314 Patent.

**Exhibit 8** – Claim Chart for the '712 Patent.

1

**Exhibit 9** – Claim Chart for the '007 Patent.

**Exhibit 10** – Table Comparing '009 Design Patent to Accused Ferrule.

**Exhibit 11** – Declaration of Matthew N. Hewlett including Exhibits A-F:

- **Exhibit A** – September 17, 2021 Email with Eduardo Almeida
- **Exhibit B** – Email Chain with Eduardo Almeida between October 5, 2021 and October 12, 2012
- **Exhibit C** – Invoice
- **Exhibit D** – Relevant Photographs of ferrules with arms
- **Exhibit E** – Relevant Photographs of K-Bar anchors
- **Exhibit F** – Relevant Photographs of Quik-X™ anchors

**Exhibit 12** – March 27, 2019 Letter to Silicon.

**Exhibit 13** – April 30, 2019 Letter to Silicon.

**Exhibit 14** – September 8, 2022 Letter to Silicon.

**Exhibit 15** – Georgia Secretary of State Record for BrandSafway.

**Exhibit 16** – Florida Secretary of State Record for Industrial Specialists, LLC.

**Exhibit 17** – California Secretary of State Record for Industrial Specialists.

**Exhibit 18** – Illinois Secretary of State Record for Industrial Specialists.

**Exhibit 19** – Georgia Secretary of State Record for Industrial Specialists.

**Exhibit 20** – Louisiana Secretary of State Record for Industrial Specialists.

**Exhibit 21** – Texas Secretary of State Record for Industrial Specialists.

**Exhibit 22** – Georgia Secretary of State Record for Brand Industrial.

**Exhibit 23** – Florida 2023 Annual Report for Brand Industrial.

**Exhibit 24** – Florida 2023 Annual Report for BrandSafway.

**Exhibit 25** – Florida 2023 Annual Report for Industrial Specialists.

**Exhibit 26** – SILICON Rapid Arc Welding Brochure.

**Exhibit 27** – SILICON Anchoring Systems Brochure.

**Exhibit 28** – Whitepaper Silicon A Cure for Corrosion for FCC Vessels.

**Exhibit 29** – Quik-X Website Capture.

**Exhibit 30** – Refractory Solutions Brochure.

**Exhibit 31** – Industrial Specialists' Refractory Services Website Capture.

**Exhibit 32** – Industrial Specialists' BrandTech Welding Website Capture.

**Exhibit 33** – Industrial Specialists' BrandTech Sell Sheet.

**Exhibit 34** – Industrial Specialists' Refractory Anchor Catalog.

**Exhibit 35** – Refractory Locations.

**Exhibit 36** – Quik-X and Quik-X Pro Brochure.

**Exhibit 37** – Industrial Specialists' Refractory Brochure.