# EXHIBIT 4

# (12) United States Design Patent
## Garot et al.

(10) Patent No.: **US D947,009 S**
(45) Date of Patent: ✱✱ **Mar. 29, 2022**

(54) **FERRULE**

(71) Applicant: **Silicon Holding B.V.**, Wateringen (NL)

(72) Inventors: **Jerome Michael Garot**, Wateringen (NL); **Danielle Francesca Garot**, Wateringen (NL); **Wouter Garot**, Wateringen (NL)

(73) Assignee: **SILICON HOLDING B.V.**, Wateringen (NL)

(**) Term: **15 Years**

(21) Appl. No.: **29/743,335**

(22) Filed: **Jul. 21, 2020**

### Related U.S. Application Data

(63) Continuation of application No. 16/221,869, filed on Dec. 17, 2018, now Pat. No. 10,961,712, which is a continuation of application No. 14/823,314, filed on Aug. 11, 2015, now Pat. No. 10,190,314.

(30) **Foreign Application Priority Data**

Aug. 13, 2014 (NL) .................................... 2013327
May 18, 2015 (NL) .................................... 2014812

(51) **LOC (13) Cl.** ............................................ 09-06
(52) **U.S. Cl.**
    USPC ............................................... D8/356
(58) **Field of Classification Search**
    USPC ............ D8/349, 354, 367, 356, 382, 396;
                   248/218.3, 303, 466; D22/143, 107;
                   219/99, 98; D14/432
    CPC ..... A47G 25/1471; A47H 13/02; B23K 9/201
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,264,189 A    4/1918   Keator
2,821,618 A    1/1958   Haynes
3,557,339 A *  1/1971   Rondeau .............. B23K 9/201
                                                219/99
3,736,401 A *  5/1973   Shoup ................. B23K 9/202
                                                219/98
3,790,740 A    2/1974   Shoup
(Continued)

FOREIGN PATENT DOCUMENTS

DE    2011506   A1    9/1971
DE    19611532  C1    6/1997
(Continued)

OTHER PUBLICATIONS

Japanese Office Action for JP 2019-096558, dated Jul. 21, 2020 (8 pages.).

*Primary Examiner* — Cynthia R Underwood
(74) *Attorney, Agent, or Firm* — Shumaker, Loop & Kendrick, LLP

(57) **CLAIM**

The ornamental design for a ferrule, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the ferrule of our new design shown in an environment of use engaged with an unclaimed ferrule holder;
FIG. **2** is a front perspective view thereof;
FIG. **3** is a back perspective view thereof;
FIG. **4** is a top view thereof;
FIG. **5** is a bottom view thereof;
FIG. **6** is a left side view thereof, with the right side being a mirror image thereof;
FIG. **7** is a back view thereof; and,
FIG. **8** is front view thereof.
The broken lines depict portions of the structure and a ferrule holder that form no part of the claim.

**1 Claim, 5 Drawing Sheets**



## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D298,645 S * | 11/1988 | Miyata | D22/143 |
| D302,938 S * | 8/1989 | Fujioka | D8/356 |
| 4,954,402 A | 9/1990 | Houston | |
| D323,103 S * | 1/1992 | Hilmersson | D8/356 |
| D357,400 S * | 4/1995 | Sachs | D8/354 |
| 5,704,515 A * | 1/1998 | Martin | B23K 9/202 |
| | | | 221/1 |
| 6,388,224 B1 | 5/2002 | Torvinen | |
| 6,393,789 B1 | 5/2002 | Lanclos | |
| D467,492 S * | 12/2002 | Wieder | D8/356 |
| D483,654 S * | 12/2003 | Taylor | D8/356 |
| 7,296,382 B2 | 11/2007 | Sack | |
| D604,381 S * | 11/2009 | Miller | D22/107 |
| D625,171 S * | 10/2010 | Kiely | D8/356 |
| D632,949 S * | 2/2011 | Rowley | D8/356 |
| 8,132,389 B2 | 3/2012 | Gee | |
| D672,225 S * | 12/2012 | Virnig | D8/373 |
| 8,381,482 B2 | 2/2013 | Lin et al. | |
| 8,555,596 B2 | 10/2013 | Hohmann, Jr. | |
| D700,504 S * | 3/2014 | Blocker | D8/367 |
| D712,487 S * | 9/2014 | Strand | D21/484 |
| 9,010,064 B1 | 4/2015 | Farahmandpour | |
| D741,697 S * | 10/2015 | McGrath | D8/382 |
| 9,151,038 B2 | 10/2015 | Zimmerman et al. | |
| D742,731 S * | 11/2015 | Zedan | D8/394 |
| 9,279,245 B2 | 3/2016 | Garot | |
| D783,392 S * | 4/2017 | Dew | D8/396 |
| D784,704 S * | 4/2017 | Gutow | D4/127 |
| D828,746 S * | 9/2018 | Barnes | D8/382 |
| D828,747 S * | 9/2018 | Barnes | D8/382 |
| D837,039 S * | 1/2019 | Angus | D8/356 |
| 10,190,314 B2 | 1/2019 | Garot et al. | |
| 10,190,315 B2 * | 1/2019 | Moore | B25B 5/08 |
| D870,543 S * | 12/2019 | Peyton | D8/382 |
| D874,912 S * | 2/2020 | Lin | D8/382 |
| D884,704 S * | 5/2020 | Patrick | D14/432 |
| D937,668 S * | 12/2021 | Baez | D8/382 |
| 2006/0016140 A1 | 1/2006 | Smith | |
| 2013/0067849 A1 | 3/2013 | Espinosa | |
| 2018/0116509 A1 * | 5/2018 | Myung | H04M 1/026 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 29813329 U1 | 12/1998 |
| FR | 2175007 A1 | 10/1973 |
| JP | 61-95782 A | 5/1986 |
| JP | 01-122672 A | 5/1989 |
| JP | H0323072 A | 1/1991 |
| JP | 2001150139 A | 6/2001 |
| JP | 2003225766 A | 8/2003 |
| WO | 2010126360 A1 | 11/2010 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8