# EXHIBIT 5

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  EPAS ID: PAT3643952
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
| --- | --- |
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
| --- | --- |
| JEROME MICHAEL GAROT | 08/18/2015 |
| DANIELLE FRANCESCA GAROT | 08/19/2015 |
| WOUTER GAROT | 08/19/2015 |

### RECEIVING PARTY DATA

| Name: | SILICON HOLDING B.V. |
| --- | --- |
| Street Address: | MONSTERSEWEG 2 |
| City: | WATERINGEN |
| State/Country: | NETHERLANDS |
| Postal Code: | 2291 PB |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
| --- | --- |
| Application Number: | 14823314 |

### CORRESPONDENCE DATA

**Fax Number:** (704)372-1197

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*
Phone: 704-375-0057
Email: kpierce@slk-law.com
Correspondent Name: SHUMAKER, LOOP & KENDRICK, LLP
Address Line 1: 101 SOUTH TRYON STREET
Address Line 2: SUITE 2200
Address Line 4: CHARLOTTE, NORTH CAROLINA 28280-0002

| ATTORNEY DOCKET NUMBER: | 3841/63US |
| --- | --- |
| NAME OF SUBMITTER: | JEFFREY S. BERNARD |
| SIGNATURE: | /JEFFREY S. BERNARD/ |
| DATE SIGNED: | 12/04/2015 |

**Total Attachments:** 6
source=3841-63US-Asn#page1.tif
source=3841-63US-Asn#page2.tif
source=3841-63US-Asn#page3.tif

source=3841-63US-Asn#page4.tif
source=3841-63US-Asn#page5.tif
source=3841-63US-Asn#page6.tif

## ASSIGNMENT

We, **Jerome Michael Garot**, a citizen of The Netherlands and residing at c/o Silicon Holding B.V., Monsterseweg 2, 2291 PB, Wateringen, The Netherlands, and **Danielle Francesca Garot**, a citizen of The Netherlands and residing Monsterseweg 2, 2291 PB, Wateringen, The Netherlands and **Wouter Garot**, a citizen of The Netherlands and residing at c/o Silicon Holding B.V., Monsterseweg 2, 2291 PB, Wateringen, The Netherlands, in consideration of the sum of $1.00 (One Dollar), and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, do hereby sell, assign and transfer unto **Silicon Holding B.V.**, a corporation organized under the laws of **The Netherlands** and having an office at Monsterseweg 2, 2291 PB, Wateringen, The Netherlands ("ASSIGNEE"), the entire right, title and interest, together with all rights of priority, in and to our invention for certain improvements entitled AN ANCHORING ASSEMBLY FOR ANCHORING A LINER OF A CURED LINING MATERIAL, A FERRULE SUITABLE FOR USE WITH THE ANCHORING ASSEMBLY, AN ANCHORING MOUNTING ASSEMBLY FURTHER COMPRISING A FERRULE HOLDER AND THE USE OF THE ANCHORING ASSEMBLY, as described in the **Application Serial No. 14/823,314**, filed in the United States Patent and Trademark Office on the 11th day of August, 2015, preparatory to obtaining Letters Patent of the United States therefor and as described and/or claimed in any and all applications for Letters Patent based thereon including divisions, continuations and reissues thereof as well as all foreign counterparts thereof together with all Letters Patent issuing on any of the aforesaid applications for Letters Patent, the

1

same to be held and enjoyed by ASSIGNEE, its successors, assigns or other legal representatives, to the full ends of the terms of all said Letters Patent therefor which may be granted.

AND WE HEREBY AUTHORIZE ASSIGNEE to make applications for and to receive Letters Patent for said invention in any foreign countries in its own name, or in our names, at its election.

AND WE HEREBY COVENANT AND AGREE that we will execute or procure any further necessary assurance of title to said invention and any Letters Patent which may issue therefor and that we will, at any time, upon the request and at the expense of ASSIGNEE deliver any testimony in any legal proceedings and execute all papers that may be necessary or desirable to perfect the title to said invention or any Letters Patent which may be granted therefor in ASSIGNEE, its successors, assigns, or other legal representatives, and that we will, at any time, upon the request and at the expense of ASSIGNEE execute continuations, divisions, reissues, or any other additional applications for Letters Patent for said invention or any part or parts thereof, all of which applications and any Letters Patent issuing thereon are hereby assigned to ASSIGNEE, and will make all rightful oaths, and do all lawful acts requisite for procuring the same therein, without further compensation, but at the expense of ASSIGNEE, its successors, assigns or other legal representatives.

AND WE HEREBY AUTHORIZE AND REQUEST the Commissioner of Patents and Trademarks to issue any and all Letters Patent of the United States for said

**PATENT
REEL: 037213 FRAME: 0909**

invention, resulting from any of the aforesaid applications to said **Silicon Holding B.V.**, as sole ASSIGNEE.

WITNESS OUR hand and seal on the day listed below:

3

**PATENT**
**REEL: 037213 FRAME: 0910**

13-08-2015
Date

_____
Jerome Michael Garot

We, __Carla Entrop__ and __Maelies Evenbly__, the undersigned witnesses hereby declare that we were personally present and did see the signatory, **Jerome Michael Garot** who is personally known to us, duly sign and execute this Assignment.

13-08-2015
Date

_____
Witness 1 Signature

C ENTROP
Witness 1 Printed Name

13-08-2015
Date

_____
Witness 2 Signature

M. Evenbly
Witness 2 Printed Name

4

PATENT
REEL: 037213 FRAME: 0911

19-08-2015
Date

*[signature: DFG]*
**Danielle Francesca Garot**

We, C. Entrop and M Evenbly, the undersigned witnesses hereby declare that we were personally present and did see the signatory, **Danielle Francesca Garot**, who is personally known to us, duly sign and execute this Assignment.

19-08-2015
Date

*[signature]*
Witness 1 Signature

C. Entrop
Witness 1 Printed Name

*[signature]*
Witness 2 Signature

19-08-2015
Date

M. Evenbly
Witness 2 Printed Name

5

**PATENT
REEL: 037213 FRAME: 0912**

19-08-2015
Date

_____
Wouter Garot

We, __C. Entrop__ and __M. Evently__, the undersigned witnesses hereby declare that we were personally present and did see the signatory, **Wouter Garot,** who is personally known to us, duly sign and execute this Assignment.

19-08-2015
Date

_____
Witness 1 Signature

C. Entrop
Witness 1 Printed Name

19-08-2015
Date

_____
Witness 2 Signature

M. Evently
Witness 2 Printed Name

6