# EXHIBIT 6

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1　　　　　　　　　　　　　　　　　　　　　　　EPAS ID: PAT6337342
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| JEROME MICHAEL GAROT | 10/04/2020 |
| DANIELLE FRANCESCA GAROT | 10/05/2020 |
| WOUTER GAROT | 10/05/2020 |

### RECEIVING PARTY DATA

| Name: | SILICON HOLDING B.V. |
|---|---|
| Street Address: | MONSTERSEWEG 2 |
| City: | WATERINGEN |
| State/Country: | NETHERLANDS |
| Postal Code: | 2291 PB |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 29743335 |

### CORRESPONDENCE DATA

| Fax Number: | (704)332-1197 |
|---|---|

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 704-945-2957 |
|---|---|
| Email: | agalo@shumaker.com |
| Correspondent Name: | SHUMAKER, LOOP & KENDRICK, LLP |
| Address Line 1: | 101 SOUTH TRYON STREET |
| Address Line 2: | SUITE 2200 |
| Address Line 4: | CHARLOTTE, NORTH CAROLINA 28280-0002 |

| ATTORNEY DOCKET NUMBER: | 3841/123US |
|---|---|
| NAME OF SUBMITTER: | JASON A. SMITH |
| SIGNATURE: | /Jason A. Smith/ |
| DATE SIGNED: | 10/06/2020 |
| | This document serves as an Oath/Declaration (37 CFR 1.63). |

Total Attachments: 6
source=3841_123US_CombinedDec_Assign_10_06_2020#page1.tif
source=3841_123US_CombinedDec_Assign_10_06_2020#page2.tif

source=3841_123US_CombinedDec_Assign_10_06_2020#page3.tif
source=3841_123US_CombinedDec_Assign_10_06_2020#page4.tif
source=3841_123US_CombinedDec_Assign_10_06_2020#page5.tif
source=3841_123US_CombinedDec_Assign_10_06_2020#page6.tif

Attorney Docket No.: __3841/123US__

| | |
|---|---|
| COMBINED DECLARATION AND ASSIGNMENT<br>FOR UTILITY OR DESIGN APPLICATION ||
| Title of Invention | **FERRULE** |

### DECLARATION

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☒ United States application or PCT international application

Number __29/743,335__ filed on __July 21, 2020__

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

Note to Inventor: 37 C.F.R. § 1.63(c) states: "A person may not execute an oath or declaration for an application unless that person has reviewed and understands the contents of the application, including the claims, and is aware of the duty to disclose to the Office all information known to the person to be material to patentability as defined in § 1.56."

### ASSIGNMENT

In consideration of the sum of One Dollar ($1.00) and other good and valuable consideration paid, I hereby sell and assign to

__Silicon Holding B.V.__
     (Name of Assignee)

of __Monsterseweg 2, 2291 PB, Wateringen (NL)__
     (Address of Assignee)

(hereinafter designated as the Assignee) my entire right, title and interest for the United States as defined in 35 U.S.C. 100, for any invention set forth in the above-identified application.

I agree to execute all papers necessary in connection with this application for patent in the USPTO for the invention, and any continuation, divisional, or reissue applications thereof and also to execute separate assignments in connection with such applications as the Assignee may deem necessary or expedient.

I agree to execute all papers necessary in connection with any post-grant proceeding which may occur in connection with this application or continuation, divisional or reissue thereof and to cooperate with the Assignee in every way possible in obtaining evidence and going forward with such post-grant proceeding.

I agree to execute all papers and documents and perform any act which may be necessary in connection with claims or provisions of the International Convention for Protection of Industrial Property or similar agreements.

I agree to perform all affirmative acts which may be necessary to obtain a grant of a valid United States patent to the Assignee.

I hereby authorize and request the USPTO to issue any and all Letters Patents of the United States resulting from the application or any continuation, divisional or reissue applications thereof to the Assignee, as Assignee of my entire interest, and covenant that I have not executed, and will not execute, any agreement in conflict herewith.

I agree to transfer a like interest upon request of said ASSIGNEE, its successors, assigns, and legal representatives, and without further remuneration, in and to any improvements, and applications for patents based thereon, growing out of or related to the said invention.

I irrevocably appoint the ASSIGNEE or its designee, as ASSIGNOR's attorney-in-fact with authority to execute for ASSIGNOR, and on ASSIGNOR's behalf, any and all assignments, applications, or other instruments and documents required to be executed by ASSIGNOR, if ASSIGNOR is unwilling or unable to execute same for any reason. This appointment shall be deemed to be a power coupled with an interest, and as such, is irrevocable.

Inventor (Legal Name): **Jerome Michael GAROT**

Signature: _[signature]_      Date: 4 Oct, 2020

Note: Use an additional form for each additional inventor.

Attorney Docket No.:  **3841/123US**

| | |
|---|---|
| **COMBINED DECLARATION AND ASSIGNMENT FOR UTILITY OR DESIGN APPLICATION** | |
| Title of Invention | **FERRULE** |

### DECLARATION

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☒ United States application or PCT international application

Number  29/743,335  filed on July 21, 2020

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

Note to Inventor: 37 C.F.R. § 1.63(c) states: "A person may not execute an oath or declaration for an application unless that person has reviewed and understands the contents of the application, including the claims, and is aware of the duty to disclose to the Office all information known to the person to be material to patentability as defined in § 1.56."

### ASSIGNMENT

In consideration of the sum of One Dollar ($1.00) and other good and valuable consideration paid, I hereby sell and assign to

**Silicon Holding B.V.**
        (Name of Assignee)

of  **Monsterseweg 2, 2291 PB, Wateringen (NL)**
        (Address of Assignee)

(hereinafter designated as the Assignee) my entire right, title and interest for the United States as defined in 35 U.S.C. 100, for any invention set forth in the above-identified application.

I agree to execute all papers necessary in connection with this application for patent in the USPTO for the invention, and any continuation, divisional, or reissue applications thereof and also to execute separate assignments in connection with such applications as the Assignee may deem necessary or expedient.

I agree to execute all papers necessary in connection with any post-grant proceeding which may occur in connection with this application or continuation, divisional or reissue thereof and to cooperate with the Assignee in every way possible in obtaining evidence and going forward with such post-grant proceeding.

I agree to execute all papers and documents and perform any act which may be necessary in connection with claims or provisions of the International Convention for Protection of Industrial Property or similar agreements.
I agree to perform all affirmative acts which may be necessary to obtain a grant of a valid United States patent to the Assignee.

I hereby authorize and request the USPTO to issue any and all Letters Patents of the United States resulting from the application or any continuation, divisional or reissue applications thereof to the Assignee, as Assignee of my entire interest, and covenant that I have not executed, and will not execute, any agreement in conflict herewith.

I agree to transfer a like interest upon request of said ASSIGNEE, its successors, assigns, and legal representatives, and without further remuneration, in and to any improvements, and applications for patents based thereon, growing out of or related to the said invention.

I irrevocably appoint the ASSIGNEE or its designee, as ASSIGNOR's attorney-in-fact with authority to execute for ASSIGNOR, and on ASSIGNOR's behalf, any and all assignments, applications, or other instruments and documents required to be executed by ASSIGNOR, if ASSIGNOR is unwilling or unable to execute same for any reason. This appointment shall be deemed to be a power coupled with an interest, and as such, is irrevocable.

Inventor (Legal Name): __Danielle Francesca GAROT__

Signature: _[signature]_        Date: __5 Oct 2020__

Note: Use an additional form for each additional inventor.

Attorney Docket No.:  3841/123US

| COMBINED DECLARATION AND ASSIGNMENT FOR UTILITY OR DESIGN APPLICATION ||
|---|---|
| Title of Invention | **FERRULE** |

## DECLARATION

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☒ United States application or PCT international application

Number  29/743,335             filed on July 21, 2020

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

Note to Inventor: 37 C.F.R. § 1.63(c) states: "A person may not execute an oath or declaration for an application unless that person has reviewed and understands the contents of the application, including the claims, and is aware of the duty to disclose to the Office all information known to the person to be material to patentability as defined in § 1.56."

## ASSIGNMENT

In consideration of the sum of One Dollar ($1.00) and other good and valuable consideration paid, I hereby sell and assign to

<u>Silicon Holding B.V.</u>
        (Name of Assignee)

of  <u>Monsterseweg 2, 2291 PB, Wateringen (NL)</u>
        (Address of Assignee)

(hereinafter designated as the Assignee) my entire right, title and interest for the United States as defined in 35 U.S.C. 100, for any invention set forth in the above-identified application.

I agree to execute all papers necessary in connection with this application for patent in the USPTO for the invention, and any continuation, divisional, or reissue applications thereof and also to execute separate assignments in connection with such applications as the Assignee may deem necessary or expedient.

I agree to execute all papers necessary in connection with any post-grant proceeding which may occur in connection with this application or continuation, divisional or reissue thereof and to cooperate with the Assignee in every way possible in obtaining evidence and going forward with such post-grant proceeding.

I agree to execute all papers and documents and perform any act which may be necessary in connection with claims or provisions of the International Convention for Protection of Industrial Property or similar agreements.
I agree to perform all affirmative acts which may be necessary to obtain a grant of a valid United States patent to the Assignee.

I hereby authorize and request the USPTO to issue any and all Letters Patents of the United States resulting from the application or any continuation, divisional or reissue applications thereof to the Assignee, as Assignee of my entire interest, and covenant that I have not executed, and will not execute, any agreement in conflict herewith.

I agree to transfer a like interest upon request of said ASSIGNEE, its successors, assigns, and legal representatives, and without further remuneration, in and to any improvements, and applications for patents based thereon, growing out of or related to the said invention.

I irrevocably appoint the ASSIGNEE or its designee, as ASSIGNOR's attorney-in-fact with authority to execute for ASSIGNOR, and on ASSIGNOR's behalf, any and all assignments, applications, or other instruments and documents required to be executed by ASSIGNOR, if ASSIGNOR is unwilling or unable to execute same for any reason. This appointment shall be deemed to be a power coupled with an interest, and as such, is irrevocable.

Inventor (Legal Name): **Wouter GAROT**

Signature: _[signature]_    Date: 5·10·2020

Note: Use an additional form for each additional inventor.

RECORDED: 10/06/2020

PATENT
REEL: 053987 FRAME: 0394