# EXHIBIT 7

| '314 Patent, Claim 1 | Elements of Accused Refractory Anchors and/or Accused Ferrule |
|---|---|
| An anchoring assembly comprising an elongated mounting pin and a ferrule provided at a first end of the elongated mounting pin, | The Accused Refractory Anchors in combination with the Accused Ferrule comprise an anchoring assembly comprising an elongated mounting pin and a ferrule provided at a first end of the elongated mounting pin.<br><br>By way of example, each of the Accused Refractory Anchors comprises an elongated mounting pin (red boxes below):<br><br>Exhibit 34, pg. 11<br><br>Exhibit 36 |

| | |
|---|---|
| | Additionally, by way of example, below (left) is an exemplary Accused Ferrule. The second image (below, right) depicts a ferrule being provided at the first end of an elongated mounting pin.<br><br><br><br>Exhibit 11 at Ex. D; Exhibit 36. |
| wherein the elongated mounting pin is arranged to be mounted by a welding process at the first end to a metal object, | The elongated mounting pin of the Accused Refractory Anchors is arranged to be mounted by a welding process at the first end to a metal object (*e.g.*, the inside of a tank).<br><br>By way of example, the image below (right) depicts an elongated mounting pin having been mounted at the first end to a metal object. By way of further example, the image below (left) depicts a welding process for mounting an elongated mounting pin to a metal object.<br><br> <br><br>Exhibit 36; Exhibit 37.<br><br>On information and belief, the elongated mounting pin of the Accused Refractory Anchors is arranged to be mounted to a metal object by a welding process substantially similar to the one depicted above. |

| | |
|---|---|
| the anchoring assembly further comprising a plurality of spaced anchor fins connected to the elongated mounting pin at a second end and extending radially outwardly relative to the elongated mounting pin, | Each of the Accused Refractory Anchors further comprises a plurality of spaced anchor fins connected to the elongated mounting pin at a second end and extending radially outwardly relative to the elongated mounting pin.<br><br>By way of example, the image below, of a representative Accused Refractory Anchor, depicts two such spaced anchor fins:<br><br> |
| wherein the ferrule has an enclosed or partially enclosed cylindrical shape that is configured to contain mounting residue within the ferrule during the welding process | The Accused Ferrule has an has an enclosed or partially enclosed cylindrical shape that is configured to contain mounting residue within the ferrule during the welding process.<br><br>By way of example, below is an image of an exemplary Accused Ferrule, depicting the features described above:<br><br><br><br>Exhibit 11 at Ex. D |

| | |
|---|---|
| the ferrule comprising a radially outwardly extending place holder part having a protrusion arranged thereon that is removably received within a ferrule holder during the welding process of the elongated mounting pin at the first end to the metal object, | The Accused Ferrule comprises a radially outwardly extending place holder part having a protrusion arranged thereon that is removably received within a ferrule holder during the welding process of the elongated mounting pin at the first end to the metal object.<br><br>By way of example:<br><br><br><br>Exhibit 11 at Ex. D |
| the ferrule holder being removable after concluding the welding process. | The ferrule holder (e.g., of a welding gun) is removable from the Accused Ferrule after concluding the welding process. |