# EXHIBIT 8

| '712 Patent, Claim 1 | Elements of Accused Refractory Anchors and/or Accused Ferrule |
|---|---|
| A ferrule configured for containing and/or holding mounting residue during a welding mounting process of an elongated mounting pin, the ferrule comprising: | The Accused Ferrule is configured for containing and/or holding mounting residue during a welding mounting process of an elongated mounting pin. <br><br> By way of example, the exemplary Accused Ferrule below is configured to contain and/or hold mounting residue. <br><br>  <br><br> Exhibit 11 at Ex. D |

| | |
|---|---|
| an **annulus** having an inner and outer diameter and an **arm** having a first end that is directly connected to the outer diameter of the annulus and a second end that is spaced apart from both the first end of the arm and the outer diameter of the annulus, the arm having a **raised rim** extending away from an upper surface of the arm to which a female holder can removably engage for holding the arm, wherein | The Accused Ferrule comprises an annulus having an inner and outer diameter and an arm having a first end that is directly connected to the outer diameter of the annulus and a second end that is spaced apart from both the first end of the arm and the outer diameter of the annulus, the arm having a raised rim extending away from an upper surface of the arm to which a female holder can removably engage for holding the arm.  Exhibit 11 at Ex. D |
| a **first end** of the annulus is configured to circumferentially engage and enclose or partially enclose a portion of the elongated mounted pin to contain and/or hold mounting residue during the welding mounting process therein, and | The first end of the annulus of the Accused Ferrule is configured to circumferentially engage and enclose or partially enclose a portion of the elongated mounted pin to contain and/or hold mounting residue during the welding mounting process therein. By way of example, the first end of the annulus of the exemplary Accused Ferrule, depicted below, circumferentially engages and at least partially encloses at least a portion of the elongated mounting pin of the Accused Refractory Anchors: |



Exhibit 11 at Ex. D

| | |
|---|---|
| the arm is configured as a place holder part **extending radially outwardly away from the outer diameter of the annulus** and arranged to removably receive a ferrule holder part connected to the ferrule holder that stabilizes and secures the ferrule during a welding mounting process and is removable | The arm of the Accused Ferrule is configured as a place holder part extending radially outwardly away from the outer diameter of the annulus and arranged to removably receive a ferrule holder part connected to the ferrule holder that stabilizes and secures the ferrule during a welding mounting process and is removable therefrom upon concluding the welding mounting process. |

therefrom upon concluding the welding mounting process.

 

<u>Exhibit 11</u> at Ex. D

By way of example, on information and belief, Defendants (as well as Defendants' customers and end-users) use a welding gun similar to the one depicted below, which comprises a ferrule holder part connected to the ferrule holder.



*See also* <u>Exhibit 37</u>.