# EXHIBIT 9

| '007 Patent, Claim 1 | Elements of Accused Refractory Anchors and/or Accused Ferrule |
|---|---|
| A ferrule configured for containing and/or holding mounting residue during a welding mounting process of an elongated mounting pin, the ferrule comprising: | The Accused Ferrule is configured for containing and/or holding mounting residue during a welding mounting process of an elongated mounting pin.<br><br>By way of example, the exemplary Accused Ferrule below is configured to contain and/or hold mounting residue.<br><br>![ferrule image]<br><br>Exhibit 11 at Ex. D |

| | |
|---|---|
| an **annulus** having an inner and outer diameter, the annulus is configured to fit around the elongated mounted pin during the welding mounting process; and | The Accused Ferrule comprises an annulus having an inner and outer diameter, the annulus is configured to fit around the elongated mounted pin during the welding mounting process.<br><br><br><br>Exhibit 11 at Ex. D |

| | |
|---|---|
| an **arm** having: | The Accused Ferrule comprises an arm (see above). |
| a **first end** that is directly connected to the outer diameter of the annulus and a **second end** that is spaced apart from and extends away from both the first end of the arm and the outer diameter of the annulus, and | The arm of the Accused Ferrule comprises a first end that is directly connected to the outer diameter of the annulus and a second end that is spaced apart from and extends away from both the first end of the arm and the outer diameter of the annulus.<br><br>[Image of the Accused Ferrule with labels "First end" (red arrow) and "Second end" (blue arrow)]<br><br><u>Exhibit 11</u> at Ex. D |

| | |
|---|---|
| a **raised rim** extending away from an upper surface of the arm to which a ferrule holder can removably engage for holding the arm. | The arm of the Accused Ferrule comprises a raised rim extending away from an upper surface of the arm to which a ferrule holder can removably engage for holding the arm.<br><br><br><br>Exhibit 11 at Ex. D<br><br>By way of example, on information and belief, Defendants (as well as Defendants' customers and end-users) use a welding gun similar to the one depicted below, which comprises a ferrule holder.<br><br><br><br>*See also* Exhibit 37. |