# EXHIBIT 10



| '009 Design Patent | Accused Ferrule |
|---|---|
| Exhibit 4 at Fig. 2 | Exhibit 11 at Ex. D |