# EXHIBIT 11

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

**SILICON HOLDING B.V.,**

     **Plaintiff,**                              **Case No:**

**v.**

**BRAND INDUSTRIAL SERVICES, INC.,**
**BRANDSAFWAY, LLC, and**
**INDUSTRIAL SPECIALISTS, LLC**

     **Defendants.**

_____/

## DECLARATION OF MATTHEW N. HEWLETT IN SUPPORT OF PLAINTIFF SILICON HOLDING B.V.'S COMPLAINT FOR WILLFUL PATENT INFRINGEMENT

I, Matthew N. Hewlett declare as follows:

    1.     I am over the age of 18 and am otherwise competent to make this declaration.

    2.     I am a Senior Investigator at Vaudra, Ltd, d/b/a Vaudra International.

    3.     Among other things, Vaudra offers its clients intellectual property investigation and brand protection services.

    4.     My North Carolina Private Protective Services Board license number is #3614.

    5.     On or around February 16, 2021, Vaudra was engaged in relation to the above-captioned case (the "Lawsuit").

6.    Specifically, for purposes of the instant declaration, Vaudra was tasked with investigating whether one or more of defendants named in the Lawsuit were offering to sell and/or selling certain refractory anchors and ferrules which I understand are alleged to infringe several patents asserted in the Lawsuit.

7.    Using an alias of Nelson Hewlett, I first attempted to make contact with Defendant Industrial Specialists on or around June 10, 2021. On or around June 24, 2021, I was informed by one of Defendant Industrial Specialists' representatives over the phone that I should direct my request to Cameron Garner at cgarner@indspec.com. My subsequent attempts to reach Mr. Garner at that email address and purchase anchors and ferrules were unsuccessful.

8.    Thereafter, I was able to make contact with Mr. Eduardo Almeida on or around August 20, 2021.

9.    During an August 23, 2021 video session, Mr. Almeida indicated that it was possible to purchase certain refractory anchors and ferrules through him.

10.    Over the course of several subsequent email communications with Mr. Almeida, which I directed to Mr. Almeida at ealmeida@brandsafway.com, I negotiated the purchase of certain samples of refractory anchors and ferrules, under the premise that I was interested in placing a much larger order.

11.    Several examples of my email correspondence with Mr. Almeida are attached hereto.

12.    For example, attached hereto as **Exhibit A** to my declaration is an email from Mr. Almeida to me on September 17, 2021, in which Mr. Almeida asks "a few questions" regarding which products I would need, including whether I would also need ferrules (in addition to anchors).

13.     As another example, attached hereto as **Exhibit B** to my declaration is an email chain between myself and Mr. Almedia between the dates of October 5, 2021 and October 12, 2012.

14.     Specifically, in that email chain, on October 7, 2021, in an email to Mr. Almeida, I asked Mr. Almeida to "provide ferrules with extension arms." **Exhibit B**, pg. 3

15.     Mr. Almeida responded that "we have many of those in stock from a previous job that ended up with many leftovers." **Exhibit B**, pg. 2.

16.     On October 11, 2021, in response to my request, Mr. Almeida directed Paulo Manoel De Oliveira Jr. (pdeoliveira@brandsafway.com) to "please send some of those white ferrules with the 'tale' to Nelson." **Exhibit B**, pg. 1.

17.     I requested that all shipments be directed to my attention at the following address:

> EPG-Environmental Protection Group
> M. Nelson Hewlett
> 6595 Rosewell Road
> Suite G-6260
> Atlanta, GA 30328
>
> **Exhibit B**, pg. 2.

18.     The invoice I received for these materials is attached hereto as **Exhibit C**.

19.     On or around October 2021, I received four packages to the aforementioned address in Atlanta, GA: two packages of ferrules (one with arms and one without arms) and two packages of refractory anchors (one K-Bar and one Quik-X™).

20.     The return address on all four packages identified Amrith Thakur at Industrial Specialists as the sender.

21.     Upon receipt, I opened and examined the contents of each package, and took photographs thereof.

22.    Relevant photographs of three of the four packages and their respective contents are attached hereto as **Exhibit D** (ferrules with arms), **Exhibit E** (K-Bar anchors), and **Exhibit F** (Quik-X™ anchors).


I declare under penalty of perjury of the laws of the United States of America that each of the above statements is true and correct, and that this declaration was executed on the ___8___ day of June, 2023 in Huntersville, NC.


_Matthew N. Hewlett_

Matthew N. Hewlett

# EXHIBIT A



**Nelson Hewlett <nhewlettepg@gmail.com>**

---

## RE: [EXTERNAL]: Re: EPG

**Almeida, Eduardo** <ealmeida@brandsafway.com>                    Fri, Sep 17, 2021 at 8:53 AM
To: nhewlett <nhewlett@epggreen.com>

Hi Nelson,

this is great news.

a few questions:

- Do you only want to try the K-bar (24 pieces per Sqft) or do you want to try the Quik-X as well (16 pieces per sqft)?
- How to you plan to weld this to the base plate? Do you consider using our StudWelding equipment to do so?
  - this is important so we know if you need ferrules as well.

The price for the K-bars will be USD 3,75 each and the Quik-X will be USD 4.85 each.

Sincerely,

**Eduardo Almeida | Director of Engineering, Innovation R&D**
Industrial Specialists LLC | 5730 FM 646 East | Dickinson, TX 77539

**BrandTech**
BY BRAND SAFWAY

P: +1 (832) 226 5150 Ext: 5072 | **C: +1 (409) 927 0026**

---

**From:** Nelson Hewlett <nhewlett@epggreen.com>
**Sent:** Monday, September 13, 2021 5:14 PM
[Quoted text hidden]

[Quoted text hidden]

# EXHIBIT B

 **Gmail**                                                    **Nelson Hewlett <nhewlettepg@gmail.com>**

---

## RE: [EXTERNAL]: Re: EPG

**Nelson Hewlett** <nhewlett@epggreen.com>                                 Tue, Oct 12, 2021 at 8:50 AM
To: "Almeida, Eduardo" <ealmeida@brandsafway.com>
Cc: "De Oliveira Jr, Paulo Manoel" <pdeoliveira@brandsafway.com>

Eduardo,

Thank you. I appreciate you sending the additional ferrules.

I will let you know once we receive the first ones you sent.

Regards,

Nelson Hewlett
Environmental Petroleum Group (EPG)
Tel: 404-946-3631
Email: nhewlett@epggreen.com

On Mon, Oct 11, 2021 at 2:59 PM Almeida, Eduardo <ealmeida@brandsafway.com> wrote:

> Nelson,
>
> No worries. I will send you a few. In the meantime, let me know if you have received the ones we sent you.
>
> Paulo,
>
> Would you please send some of those white ferrules with the "tale" to Nelson?
>
> Thank you,
>
> Eduardo Almeida
>
>> **From:** Nelson Hewlett <nhewlett@epggreen.com>
>> **Sent:** Thursday, October 7, 2021 3:40 PM
>> **To:** Almeida, Eduardo <ealmeida@brandsafway.com>
>> **Subject:** Re: [EXTERNAL]: Re: EPG
>>
>> Eduardo,

Thank you for your quick response. I would appreciate it if you could include a few of the leftover ferrules or similar ones in the shipment for our testing purposes.

Regards,

Nelson Hewlett
Environmental Petroleum Group (EPG)
Tel: 404-946-3631
Email: nhewlett@epggreen.com

On Thu, Oct 7, 2021 at 1:05 PM Almeida, Eduardo <ealmeida@brandsafway.com> wrote:

Nelson,

Our inventory person will address this immediately.

With regards to the ferrules. We have many of those in stock from a previous job that ended up with many leftovers. Still, because they have IP protection on them from the original manufacturer, we prefer not to commercialize them, even though we paid for them for a project.

The ferrules we supply do the same, if not a better, job. We have used millions of them with no problems at all.

Thank you,

Eduardo Almeida

**From:** Nelson Hewlett <nhewlett@epggreen.com>
**Sent:** Thursday, October 7, 2021 11:19 AM
**To:** Almeida, Eduardo <ealmeida@brandsafway.com>
**Subject:** Re: [EXTERNAL]: Re: EPG

Eduardo,

I received notification from FedEx of scheduled shipment. I noted the ship to name was misspelled. Please assure the ship to is listed as the following:

EPG-Environmental Protection Group
M. Nelson Hewlett
6595 Rosewell Road
Suite G-6260
Atlanta, GA 30328

Also, can you provide ferrules with extension arms as shown in the attached photos?

Please let me know how to submit payment. Thank you.

Regards,

Nelson Hewlett
Environmental Petroleum Group (EPG)
Tel: 404-946-3631
Email: nhewlett@epggreen.com

On Thu, Oct 7, 2021 at 12:14 PM Nelson Hewlett <nhewlett@epggreen.com> wrote:

Eduardo,

I received notification from FedEx of scheduled shipment. I noted the ship to name was misspelled. Please assure the ship to is listed as the following:

EPG-Environmental Protection Group
M. Nelson Hewlett
6595 Rosewell Road
Suite G-6260
Atlanta, GA 30328

Also, can you provide ferrules with extension arms as shown in the attached photos?

Pleeas

Regards,

Nelson Hewlett
Environmental Petroleum Group (EPG)
Tel: 404-946-3631
Email: nhewlett@epggreen.com

On Tue, Oct 5, 2021 at 10:40 AM Nelson Hewlett <nhewlett@epggreen.com> wrote:

Eduardo,

Please find attached the PO. Please let me know how to submit payment? Also, can you provide me with a picture of the ferrules that will be sent? Thank you.

Regards,

Nelson Hewlett
Environmental Petroleum Group (EPG)
Tel: 404-946-3631
Email: nhewlett@epggreen.com

# EXHIBIT C

# INVOICE

NDUSTRIAL SPECIALISTS, LLC

**INVOICE #ENV220202**

| | |
|---|---|
| Invoice Date: | 2/2/2022 |
| Customer PO: | 20211005056 |
| Contract Number: | |
| Contract Descritption: | MATERIAL SALE |

**Job #**    **378-ENV PRO GRP**
ENVIRONMENTAL PROTECTION GROUP
6595 ROSEWELL ROAD
SUITE G-6260
ATLANTA,  GA        30328
UNITED STATES

**Please Remit to:**
INDUSTRIAL SPECIALIST, LLC
P.O. BOX 91473

ENVIRONMENTAL PROTECTION GROUP
M. NELSON HEWLETT
6595 ROSEWELL ROAD - STE G-6260
ATLANTA, GA        30328
UNITED STATES

CHICAGO, IL 60693
PHONE:            832-226-5150

Comments:

| Terms of Payments: | Due 30 days from Invoice Date |
|---|---|

TO INVOICE FOR SALE OF MATERIAL

| ITEM # | DESCRIPTION | QUANTITY | % COMPLETE | UNIT PRICE | | EXTENDED VALUE |
|---|---|---|---|---|---|---|
| 001 | 1" K-BAR, GRADE 304 | 40 | | $ 3.75 | $ | 150.00 |
| 002 | 1" QUIK-X, GRADE 304 | 30 | | $ 4.85 | $ | 145.50 |

**SUB TOTAL OF ALL ITEMS**                                   $        295.50

| Description | Tax Rate | Taxable Amount | Tax Amount |
|---|---|---|---|
| State | | | - |
| City | | | - |

**TOTAL AMOUNT DUE $**                                              295.50

# EXHIBIT D



# VAUDRA INTERNATIONAL
### Investigations & Brand Protection Solutions

Evidence Photos
Case #: SHM001.21.I
VEC #: 2021/1043
Item Description: (44) Ceramic Footed Ferrules, (11) Broken Ceramic Footed ferrule pieces
Obtained from: Amrith Thakur, Industrial Specialists, LLC, 5730 FM 646 East, Dickinson, TX 77539



1801 Reese Blvd. West, Ste. 350        Huntersville, NC 28078        (t) 704.895.3939        (f) 704.895.3931        www.vaudra.com



10/20/2021 10:32:53
Huntersville, NC 28078
Vaudra International
Inv. M.Hewlett

FROM:                (409) 218-7037
Amrith Thakur
Industrial Specialists, LLC
5730 FM 646 East

Dickinson TX 77539
US

SHIP DATE 11OCT21
ACTWGT 1.00 LB
CAD 9321898/INET4400
DIMMED 4 X 7 X 3 IN

BILL SENDER

TO N
E
6
5
**ATLANTA GA 30328**

                          REF
INV
PO 0499-EPG2                        DEPT

**FedEx.**
Ground

**G**

(US)

TRK#  **7749 3885 3141**

**30328**

9622 0019 0 (000 000 0000) 0 00 7749 3885 3141

























# EXHIBIT E



# VAUDRA INTERNATIONAL
Investigations & Brand Protection Solutions

Evidence Photos
Case #: SHM001.21.I
VEC #: 2021/1040
Item Description: (40) 1" K-Bar Grade 304 Anchor
Obtained from: Amrith Thakur, Industrial Specialists, LLC, 5730 FM 646 East, Dickinson, TX 77539

























# EXHIBIT F



# VAUDRA INTERNATIONAL
Investigations & Brand Protection Solutions

Evidence Photos
Case #: SHM001.21.I
VEC #: 2021/1041
Item Description: (33) 1" Quick-X Grade 304 Anchor
Obtained from: Amrith Thakur, Industrial Specialists, LLC, 5730 FM 646 East, Dickinson, TX 77539





10/20/2021 10:04:26
Huntersville, NC 28078
Vaudra International
Inv. M.Hewlett





















