# EXHIBIT 13



April 30, 2019

Jason Smith  
Shumaker, Loop & Kendrick, LLP  
101 South Tryon Street  
Suite 2200  
Charlotte NC 28280-0002

<u>*VIA EMAIL*</u>  
*jsmith@shumaker.com*

  Re: Silicon and BrandSafway/Industrial Specialists  
    U.S. Patent No. 10,190,314  
    Our File No.: 2B21.7-100  
    Your File NO.: 3841/63US (A15150-173851)

Dear Mr. Smith:

  We received your letter of April 5, 2019, and are writing to provide the additional information requested from Brand Industrial Services, Inc., BrandSafway, LLC, and Industrial Specialists, LLC (collectively, "Brand").

  I can appreciate your responding by requesting more substantive details. We were trying to keep this simple, as Brand believes that Silicon is well aware of the underlying factual background and we'd prefer to keep this as straightforward as possible. Nevertheless, so there is no misunderstanding, Brand personnel involved in the inventing process include Nick Rudebusch and Keith Menard, Silicon personnel involved in the collaboration include Wouter Garot, the invention came out of the parties' joint work on a Phillips 66 project, and the timeframe was the summer of 2014. This should be sufficient for now to show that we're dealing in good faith here.

  With respect to your comment about the second option proposed possibly being legally flawed, I suggest we avoid unnecessary characterizations for now until the parties decide on how best to proceed. We can work out how to legally structure things if and when the main business points are agreed to.

  We reiterate our desire to resolve this matter in win-win manner and to work with you in good faith to reach that goal. I suggest we have a phone call about this so we can candidly discuss this in more detail. If Silicon agrees, please give me a call.

                 Sincerely,

                 John W. Greenwald  
                 For the Firm

JWG/bjm