# **EXHIBIT 15**

# GEORGIA CORPORATIONS DIVISION

## GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

**HOME (/)**

**BUSINESS SEARCH**

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **BrandSafway LLC** | Control Number: | **0547162** |
| Business Type: | **Foreign Limited Liability Company** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **600 Galleria Pkwy SE, 1100, Atlanta, GA, 30339, USA** | Date of Formation / Registration Date: | **7/6/2005** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2023** |
| Principal Record Address: | **NONE** | | |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **C T Corporation System** |
| Physical Address: | **289 S Culver St, Lawrenceville, GA, 30046-4805, USA** |
| County: | **Gwinnett** |

Back       Filing History       Name History

Return to Business Search