# EXHIBIT 16



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Foreign Limited Liability Company
INDUSTRIAL SPECIALISTS, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | M11000001780 |
| **FEI/EIN Number** | 26-1204909 |
| **Date Filed** | 04/08/2011 |
| **State** | DE |
| **Status** | ACTIVE |

**Principal Address**

600 Galleria Pkwy SE
Suite 1100
Atlanta, GA 30339

Changed: 04/27/2023

**Mailing Address**

600 Galleria Pkwy SE
Suite 1100
Atlanta, GA 30339

Changed: 04/27/2023

**Registered Agent Name & Address**

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

**Authorized Person(s) Detail**

**Name & Address**

Title President

Egger, James
600 Galleria Pkwy SE
Suite 1100
Atlanta, GA 30339

Title VP

Heath, Robert D.
600 Galleria Pkwy SE
Suite 1100
Atlanta, GA 30339

Title Member

BrandSafway LLC
600 Galleria Pkwy SE
Suite 1100
Atlanta, GA 30339

Title Secretary, VP

Hayat, Imran
600 Galleria Pkwy SE
Suite 1100
Atlanta, GA 30339

Title VP

Stonestreet, Austin VP
600 Galleria Pkwy SE
Suite 1100
Atlanta, GA 30339

Title Treasurer, VP

Hargrove, Kevin
600 Galleria Pkwy SE
Suite 1100
Atlanta, GA 30339

Title VP

Culling, Nick
600 Galleria Pkwy SE
Suite 1100
Atlanta, GA 30339

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2021 | 03/23/2021 |
| 2022 | 03/18/2022 |
| 2023 | 04/27/2023 |

**Document Images**

| | |
|---|---|
| 04/27/2023 -- ANNUAL REPORT | View image in PDF format |
| 03/18/2022 -- ANNUAL REPORT | View image in PDF format |
| 03/23/2021 -- ANNUAL REPORT | View image in PDF format |

| | |
|---|---|
| 02/24/2020 -- ANNUAL REPORT | View image in PDF format |
| 03/15/2019 -- ANNUAL REPORT | View image in PDF format |
| 03/28/2018 -- ANNUAL REPORT | View image in PDF format |
| 02/24/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/07/2016 -- ANNUAL REPORT | View image in PDF format |
| 01/23/2015 -- ANNUAL REPORT | View image in PDF format |
| 02/27/2014 -- ANNUAL REPORT | View image in PDF format |
| 01/25/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/01/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/08/2011 -- Foreign Limited | View image in PDF format |

Florida Department of State, Division of Corporations