# EXHIBIT 18



Office of the Secretary of State
ilsos.gov

# Corporation/LLC Search/Certificate of Good Standing

## LLC File Detail Report

| File Number | 03525325 |
|---|---|
| Entity Name | INDUSTRIAL SPECIALISTS, LLC |
| Status | ACTIVE |

### Entity Information

**Principal Office**
600 GALLERIA PKWY SE SUITE 1100
ATLANTA, GA 30339

**Entity Type**
LLC

**Type of LLC**
Foreign

**Organization/Admission Date**
Tuesday, 5 April 2011

**Jurisdiction**
DE

**Duration**
PERPETUAL

### Agent Information

| | |
|---|---|
| Name<br>C T CORPORATION SYSTEM | |
| Address<br>208 SO LASALLE ST, SUITE 814<br>CHICAGO , IL 60604 | |
| Change Date<br>Tuesday, 5 April 2011 | |

## Annual Report

| | |
|---|---|
| For Year<br>2023 | |
| Filing Date<br>Thursday, 9 March 2023 | |

## Managers

| | |
|---|---|
| Name<br>Address<br>BRANDSAFWAY LLC<br>600 GALLERIA PKWY SE SUITE 1100<br>ATLANTA, GA 30339 | |

## Series Name

| |
|---|
| NOT AUTHORIZED TO ESTABLISH SERIES |

Return to Search

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.ilsos.gov, the official website of the Illinois Secretary of State's Office.    Mon May 08 2023