# **EXHIBIT 20**



(https://www.sos.la.gov/Pages/default.aspx)

**Search for Louisiana Business Filings**

| Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record |

| Name | Type | City | Status |
|---|---|---|---|
| INDUSTRIAL SPECIALISTS, LLC | Limited Liability Company (Non-Louisiana) | WILMINGTON | Active |

**Previous Names**
  BRAND INDUSTRIAL SOLUTIONS LLC (Changed: 6/4/2010)

| | |
|---|---|
| **Business:** | INDUSTRIAL SPECIALISTS, LLC |
| **Charter Number:** | 36568436Q |
| **Registration Date:** | 10/18/2007 |

**Domicile Address**
  1209 ORANGE STREET
  WILMINGTON, DE 19801

**Mailing Address**
  ATTN: KIM BLANKENSHIP
  1325 COBB INTERNATIONAL DRIVE
  KENNESAW, GA 30152

**Principal Business Office**
  1325 COBB INTERNATIONAL DR., STE. A-1
  KENNESAW, GA 30152

**Registered Office in Louisiana**
  3867 PLAZA TOWER DR.
  BATON ROUGE, LA 70816

**Principal Business Establishment in Louisiana**
  18321 SWAMP ROAD
  PRAIRIEVILLE, LA 70769

**Status**

| | |
|---|---|
| **Status:** | Active |
| **Annual Report Status:** | In Good Standing |
| **Qualified:** | 10/18/2007 |
| **Last Report Filed:** | 10/3/2022 |
| **Type:** | Limited Liability Company (Non-Louisiana) |

**Registered Agent(s)**

| | |
|---|---|
| **Agent:** | C T CORPORATION SYSTEM |
| **Address 1:** | 3867 PLAZA TOWER DR. |
| **City, State, Zip:** | BATON ROUGE, LA 70816 |
| **Appointment Date:** | 10/18/2007 |

| Officer(s) | | Additional Officers: No |
|---|---|---|
| Officer: | BRANDSAFWAY LLC | |
| Title: | Member | |
| Address 1: | 1325 COBB INTERNATIONAL DRIVE | |
| City, State, Zip: | KENNESAW, GA 30152 | |

### Amendments on File (3)

| Description | Date |
|---|---|
| Foreign LLC Statement of Change | 1/29/2008 |
| Name Change | 6/4/2010 |
| Foreign LLC Statement of Change | 10/18/2015 |

[Back to Search Results]  [New Search]  [View Shopping Cart]

© 2023 Louisiana Department of State