# EXHIBIT 21

# TEXAS SECRETARY of STATE
# JANE NELSON

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800886387 | **Entity Type:** | Foreign Limited Liability Company (LLC) |
| **Original Date of Filing:** | October 18, 2007 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 12612049093 | **FEIN:** | 261204909 |
| **Name:** | Industrial Specialists, LLC | | |
| **Address:** | 2505 S. Main Street<br>Kennesaw, GA 30144 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | DE, USA | | |
| **Foreign Formation Date:** | September 27, 2007 | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Name** | | **Address** | | | **Inactive Date** | |
| C T Corporation System | | 1999 Bryan St., Ste. 900<br>Dallas, TX 75201-3136 USA | | | | |

[Order]   [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
## JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800886387 | **Entity Type:** | Foreign Limited Liability Company (LLC) |
| **Original Date of Filing:** | October 18, 2007 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 12612049093 | **FEIN:** | 261204909 |
| **Name:** | Industrial Specialists, LLC | | |
| **Address:** | 2505 S. Main Street<br>Kennesaw, GA 30144 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | DE, USA | | |
| **Foreign Formation Date:** | September 27, 2007 | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| ☒ | 190048600002 | Application for Registration *attached* | October 18, 2007 | October 18, 2007 | No | 3 |
| ☒ | 323080890001 | Public Information Report (PIR) | December 31, 2009 | August 25, 2010 | No | 1 |
| ☒ | 328265390001 | Public Information Report (PIR) | December 31, 2009 | September 17, 2010 | No | 1 |
| ☒ | 290581260002 | Application for Amended Registration *attached* | January 11, 2010 | January 11, 2010 | No | 2 |
| ☒ | 304525713152 | Change of Name or Address by Registered Agent | April 19, 2010 | April 19, 2010 | No | 1 |
| ☒ | 359152380001 | Public Information Report (PIR) | December 31, 2010 | March 14, 2011 | No | 1 |
| ☒ | 456150740001 | Public Information Report (PIR) | December 31, 2012 | December 8, 2012 | No | 2 |
| ☒ | 518876228872 | Change of Name or Address by Registered Agent | December 2, 2013 | December 2, 2013 | No | 1 |
| ☒ | 514320230001 | Public Information Report (PIR) | December 31, 2013 | November 10, 2013 | No | 2 |
| ☒ | 615055320001 | Public Information Report (PIR) | December 31, 2014 | July 11, 2015 | No | 2 |
| ☒ | 572781680001 | Public Information Report (PIR) | December 31, 2014 | October 15, 2014 | No | 2 |
| ☒ | 652627710001 | Public Information Report (PIR) | December 31, 2015 | January 29, 2016 | No | 2 |
| ☒ | 725364150001 | Public Information Report (PIR) | December 31, 2016 | March 29, 2017 | No | 2 |
| ☒ | 788083320001 | Public Information Report (PIR) | December 31, 2017 | January 11, 2018 | No | 2 |
| ☒ | 932765570001 | Public Information Report (PIR) | December 31, 2019 | December 17, 2019 | No | 2 |
| ☒ | 1059070630001 | Public Information Report (PIR) | December 31, 2020 | June 15, 2021 | No | 1 |
| ☒ | 1145995430001 | Public Information Report (PIR) *attached* | December 31, 2021 | May 5, 2022 | No | 2 |

[ Order ]  [ Return to Search ]

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.

| Form 304<br>(Revised 1/06)<br><br>Return in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512/463-5709<br>**Filing Fee: $750** | **Application for Registration of a Foreign Limited Liability Company** | This space reserved for office use.<br>**FILED**<br>In the Office of the<br>Secretary of State of Texas<br><br>OCT 18 2007<br><br>**Corporations Section** |
|---|---|---|

1. The entity is a foreign limited liability company. The name of the entity is:

Brand Industrial Solutions LLC

2A. The name of the entity in its jurisdiction of formation does not contain the word "limited liability company" or "limited company" (or an abbreviation thereof). The name of the entity with the word or abbreviation that it elects to add for use in Texas is:

N/A

2B. The entity name is not available in Texas. The assumed name under which the entity will qualify and transact business in Texas is:

N/A

3. Its federal employer identification number is:  26-1204909

☐ Federal employer identification number information is not available at this time.

4. It is organized under the laws of: (set forth state or foreign country)  Delaware

and the date of its formation in that jurisdiction is:  9/27/07
                                                                *mm/dd/yyyy*

5. As of the date of filing, the undersigned certifies that the foreign limited liability company currently exists as a valid limited liability company under the laws of the jurisdiction of its formation.

6. The purpose or purposes of the limited liability company that it proposes to pursue in the transaction of business in Texas are set forth below. The entity also certifies that it is authorized to pursue such stated purpose or purposes in the state or country under which it is organized.

Any lawful business or activity under the law of this state.

7. The date on which the foreign entity intends to transact business in Texas, or the date on which the: foreign entity first transacted business in Texas is:  11/15/2007
                                                                                              *mm/dd/yyyy*

8. The principal office address of the limited liability company is:

| 2505 S. Main Street, | Kennesaw | GA | USA | 30144 |
|---|---|---|---|---|
| *Address* | *City* | *State* | *Country* | *Zip/Postal Code* |

Form 304                                                   5

RECEIVED
OCT 18 2007
Secretary of State

Complete item 9A or 9B, but not both. Complete item 9C.

☒ 9A. The registered agent is an organization (cannot be entity named above) by the name of:

C T Corporation System

OR

☐ 9B. The registered agent is an individual resident of the state whose name is:

| First Name | M.I. | Last Name | Suffix |

9C. The business address of the registered agent and the registered office address is:

| 350 N. St. Paul Street | Dallas | TX | 75201 |
| Street Address | City | State | Zip Code |

10. The entity hereby appoints the Secretary of State of Texas as its agent for service of process under the circumstances set forth in section 5.251 of the Texas Business Organizations Code.

11. The name and address of each governing person is:

**NAME OF GOVERNING PERSON** (Enter the name of either an individual or an organization, but not both.)

IF INDIVIDUAL

| First Name | M.I. | Last Name | Suffix |

OR

IF ORGANIZATION

Brand Scaffold Builders, LLC

Organization Name

**ADDRESS OF GOVERNING PERSON**

| 2505 S. Main Street | Kennesaw | GA | 30144 | |
| Street or Mailing Address | City | State | Country | Zip Code |

**NAME OF GOVERNING PERSON** (Enter the name of either an individual or an organization, but not both.)

IF INDIVIDUAL

| First Name | M.I. | Last Name | Suffix |

OR

IF ORGANIZATION

Organization Name

**ADDRESS OF GOVERNING PERSON**

| Street or Mailing Address | City | State | Country | Zip Code |

**NAME OF GOVERNING PERSON** (Enter the name of either an individual or an organization, but not both.)

IF INDIVIDUAL

| First Name | M.I. | Last Name | Suffix |

OR

IF ORGANIZATION

Organization Name

**ADDRESS OF GOVERNING PERSON**

| Street or Mailing Address | City | State | Country | Zip Code |

Form 304

6

TX0638OC - 12/09/2005 C T System Online

### Supplemental Provisions/Information

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

### Effectiveness of Filing (Select either A, B, or C.)

A. ☒ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

### Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: 10/*/2007

By James R. Billingsley, Brand Scaffold Builders, LLC - Member

Signature and title of authorized person on behalf of the foreign entity

Form 304                                          7

TX0630OC - 12/09/2005 C T System Online

**Form 406**
(Revised 09/09)

Return in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512/463-5709
**Filing Fee: See instructions**



**Amendment to Registration**

This space reserved for office use.
**FILED**
In the Office of the
**Secretary of State of Texas**

JAN 11 2010

**Corporations Section**

## Entity Information

1. The legal name of the filing entity is:

Brand Industrial Solutions, LLC

*State the name of the entity as currently shown in the records of the secretary of state.*

2. If the entity attained its registration under an assumed name, the qualifying assumed name as shown on the records of the secretary of state is:

3. The registration was issued to the entity on: 10/18/2007
   *mm/dd/yyyy*

The file number issued to the filing entity by the secretary of state is: 800886387

## Amendments to Application

4. The registration is amended to change the legal name of the entity as amended in the entity's jurisdiction of formation. The new name is:

Industrial Specialists, LLC

☐ The entity was registered with the secretary of state before January 1, 2006, and has not elected early adoption of the BOC and in accordance with the law applicable to the entity has attached a certificate from the proper filing office in the jurisdiction of formation evidencing the name change.

☐ The entity was registered with the secretary of state on or after January 1, 2006, or has filed an early adoption statement with the secretary of state and is not required to attach a certificate evidencing the name change in the jurisdiction of formation.

5. The new name of the entity is not available for use in Texas or fails to include an appropriate organizational designation. Or, the entity wishes to amend the qualifying assumed name stated on its application for registration or amended registration. The assumed name the entity elects to adopt for purposes of maintaining its registration is:

Form 406

4

TX043 - 09/02/2009 C T System Online

6. The registration is amended to change the business or activity stated in its application for registration or amended registration. The business or activity that the entity proposes to pursue in this state is:

The entity certifies that it is authorized to pursue the same business or activity under the laws of the entity's jurisdiction of formation.

## Other Changes to the Application for Registration

7. The foreign filing entity desires to amend its application for registration to make changes other than or in addition to those stated above. Statements contained in the original application or any amended application are identified by number or description and changed to read as follows:

## Effectiveness of Filing (Select either A, B, or C.)

A. ☒ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: January 4, 2010

Signature of authorized person (see instructions)

James R. Billingsley
Printed or typed name of authorized person.

Form 406

TX043 - 09/02/2009 C T System Online

5

```
0D5238 2 000
TX2021    05-102
Ver 12 0  (Rev 9-15/33)
```

## Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions

■ Tcode  13296

■ Taxpayer number: 12612049093

■ Report year: 2021

*You have certain rights under Chapter 552 and 559 Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381*

Taxpayer name: Industrial Specialists, LLC

☐ Blacken box if the mailing address has changed

Mailing address: 1325 Cobb Int'l Drive, Suite A-1

City: Kennesaw   State: GA   ZIP code plus 4: 30152

Secretary of State (SOS) file number or Comptroller file number: 0800886387

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C

Principal office:
Principal place of business:

You must report officer, director, member, general partner and manager information as of the date you complete this report

*Please sign below!* This report must be signed to satisfy franchise tax requirements.

1261204909321

### SECTION A  Name, title and mailing address of each officer, director, member, general partner or manager

| Name | Title | Director | Term expiration | mm | dd | yy |
|---|---|---|---|---|---|---|
| Imran Hayat | Secretary | ☐ YES | | | | |
| Mailing address: 1325 Cobb Int'l Drive, Suite A-1 | City: Kennesaw | | State: GA | | ZIP Code: 30152 | |
| Robert L. Hoet | V.P. | ☐ YES | | | | |
| Mailing address: 1325 Cobb Int'l Drive, Suite A-1 | City: Kennesaw | | State: GA | | ZIP Code: 30152 | |
| Alex... (illegible) | V.P. | ☐ YES | | | | |
| Mailing address: 1325 Cobb Int'l Drive, Suite A-1 | City: Kennesaw | | State: GA | | ZIP Code: 30152 | |

### SECTION B  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

### SECTION C  Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file (see instructions if you need to make changes)

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information*

| Agent | | | |
|---|---|---|---|
| Office | City | State | ZIP Code |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

sign here ▶ [signature]   Title: VP   Date: 11/15/2021   Area code and phone number:

— Texas Comptroller Official Use Only —

VE/DE ☐   PIR IND

7002

005238 2 000
TX2021  05-102
Ver 12 0  (Rev 9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions

■ Tcode  13196

| Taxpayer number | Report year | You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1 800-252-1381 |
|---|---|---|
| 12612049093 | 2021 | |

| Taxpayer name | Industrial Specialists, LLC | | | ■ ☐ Blacken box if the mailing address has changed |
|---|---|---|---|---|
| Mailing address | 1325 Cobb Int'l Drive, Suite A-1 | | | Secretary of State (SOS) file number or Comptroller file number |
| City | Kennesaw | State GA | ZIP code plus 4  30152 | CBC08P6387 |

☐ Blacken box if there are currently no changes from previous year, if no information is displayed, complete the applicable information in Sections A, B and C

| Principal office | 1325 Cobb Int'l Drive, Suite A-1 Kennesaw GA 3015 |
|---|---|
| Principal place of business | 1325 Cobb Int'l Drive, Suite A-1 Kennesaw GA 30152 |

You must report officer, director, member, general partner and manager information as of the date you complete this report.

**Please sign below!**   This report must be signed to satisfy franchise tax requirements.

1261204909321

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| Nick Culling | V.P. | ☐ YES | | |
| Mailing address 1325 Cobb Int'l Drive, Suite A-1 | City Kennesaw | | State GA | ZIP Code 30152 |
| James Egger | President | ☐ YES | | |
| Mailing address 1325 Cobb Int'l Drive, Suite A-1 | City Kennesaw | | State GA | ZIP Code 30152 |
| Kevin Hargrove | | ☐ YES | | |
| Mailing address 1325 Cobb Int'l Drive, Suite A-1 | City Kennesaw | | State GA | ZIP Code 30152 |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number if any | Percentage of ownership |
|---|---|---|---|
| Industrial Maintenance Supply Company | T | 0802197121 | 100.00 |
| Specialized Industrial Maintenance, Inc. | LA | 0802071319 | 100.000 |

**SECTION C**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number if any | Percentage of ownership |
|---|---|---|---|
| BrandSafway, LLC | DE | 0802543582 | 1.00000 |

Registered agent and registered office currently on file (see instructions if you need to make changes)   You must make a filing with the Secretary of State to change registered agent, registered office or general partner information

| Agent. | CT CORPORATION | | | |
|---|---|---|---|---|
| Office. | 350 NORTH ST. PAUL ST., STE 2900 | City DALLAS | State TX | ZIP Code 75201 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | [signature] | Title VP Global Tax | Date 11/15/2021 | Area code and phone number |
|---|---|---|---|---|

Texas Comptroller Official Use Only

VE/DE ☐   PIR IND ☐

7002

## TEXAS SECRETARY of STATE
## JANE NELSON

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800886387 | **Entity Type:** | Foreign Limited Liability Company (LLC) |
| **Original Date of Filing:** | October 18, 2007 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 12612049093 | **FEIN:** | 261204909 |
| **Name:** | Industrial Specialists, LLC | | |
| **Address:** | 2505 S. Main Street<br>Kennesaw, GA 30144 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | DE, USA | | |
| **Foreign Formation Date:** | September 27, 2007 | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Name | Name Status | Name Type | Name Inactive Date | Consent Filing # |
|---|---|---|---|---|
| Brand Industrial Solutions LLC | Prior | Legal | January 11, 2010 | 0 |
| Industrial Specialists, LLC | In use | Legal | | 0 |

[Order]   [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
## JANE NELSON

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800886387 | **Entity Type:** | Foreign Limited Liability Company (LLC) |
| **Original Date of Filing:** | October 18, 2007 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 12612049093 | **FEIN:** | 261204909 |

| | |
|---|---|
| **Name:** | Industrial Specialists, LLC |
| **Address:** | 2505 S. Main Street<br>Kennesaw, GA 30144 USA |
| **Fictitious Name:** | N/A |
| **Jurisdiction:** | DE, USA |
| **Foreign Formation Date:** | September 27, 2007 |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| May 5, 2022 | NICK CULLING | VP | 1325 COBB INTIL DRIVE SUITE A-1 KENNESAW, GA 30152 USA |
| May 5, 2022 | JAMES EGGER | PRESIDENT | 1325 COBB INTIL DRIVE SUITE A-1 KENNESAW, GA 30152 USA |
| May 5, 2022 | KEVIN HAIGROVE | VP | 1325 COBB INTIL DRIVE SUITE A-1 KENNESAW, GA 30152 USA |
| May 5, 2022 | IMRAN HAYAT | SECRETARY | 1325 COBB INTIL DRIVE SUITE A-1 KENNESAW, GA 30152 USA |

[Order]  [Return to Search]

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.