# EXHIBIT 22



GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

HOME (/)

# BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **Brand Industrial Services, Inc.** | Control Number: | **14055580** |
| Business Type: | **Foreign Profit Corporation** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **600 Galleria Pkwy SE Suite 1100, Atlanta, GA, 30339, USA** | Date of Formation / Registration Date: | **6/4/2014** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2023** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **CT CORPORATION** |
| Physical Address: | **180 CHEROKEE ST NE, MARIETTA, GA, 30060, USA** |
| County: | **Cobb** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Christian A. Garcia | CFO | 600 Galleria Pkwy SE Suite 1100, Atlanta, GA, 30339, USA |
| Imran Hayat | Secretary | 600 Galleria Pkwy SE Suite 1100, Atlanta, GA, 30339, USA |
| Karl S. Fessenden | CEO | 600 Galleria Pkwy SE Suite 1100, Atlanta, GA, 30339, USA |

Back                    Filing History          Name History
                        Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19          Report a Problem?