# EXHIBIT 23

# 2023 FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# F14000000640

**Entity Name:** BRAND INDUSTRIAL SERVICES, INC.

**FILED**
**Apr 27, 2023**
**Secretary of State**
**7726916546CC**

**Current Principal Place of Business:**

600 GALLERIA PKWY SE
SUITE 1100
ATLANTA, GA 30339

**Current Mailing Address:**

600 GALLERIA PKWY SE
SUITE 1100
ATLANTA, GA 30339 US

**FEI Number:** 46-3725553

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                  Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | PRESIDENT & CEO, DIRECTOR | Title | VP, SECRETARY, DIRECTOR |
| Name | FESSENDEN, KARL S. | Name | HAYAT, IMRAN |
| Address | 600 GALLERIA PKWY SE SUITE 1100 | Address | 600 GALLERIA PKWY SE SUITE 1100 |
| City-State-Zip: | ATLANTA GA 30339 | City-State-Zip: | ATLANTA GA 30339 |
| Title | VP & CFO, DIRECTOR | Title | D. |
| Name | GARCIA, CHRISTIAN A. | Name | HEATH, ROBERT D. |
| Address | 600 GALLERIA PKWY SE SUITE 1100 | Address | 600 GALLERIA PKWY SE, SUITE 1100 SUITE 1100 |
| City-State-Zip: | ATLANTA GA 30339 | City-State-Zip: | ATLANTA GA 30339 |
| Title | VP & TREASURER | Title | VP & CAO |
| Name | HARGROVE, KEVIN | Name | LEE, STEVEN |
| Address | 600 GALLERIA PKWY SE SUITE 1100 | Address | 600 GALLERIA PKWY SE SUITE 1100 |
| City-State-Zip: | ATLANTA GA 30339 | City-State-Zip: | ATLANTA GA 30339 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ROBERT D. HEATH                                    VP                                    04/27/2023

Electronic Signature of Signing Officer/Director Detail                                                                  Date