# EXHIBIT 24

**2023 FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# M05000003834

**Entity Name:** BRANDSAFWAY LLC

**FILED**
**Apr 27, 2023**
**Secretary of State**
**1306664049CC**

**Current Principal  Place of Business:**

600 GALLERIA PKWY SE
 SUITE 1100
ATLANTA, GA  30339

**Current Mailing Address:**

600 GALLERIA PKWY SE
 SUITE 1100
ATLANTA, GA  30339  US

**FEI Number:** 13-3909683

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL  33324  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                                      Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | VP | Title | PRESIDENT, DIRECTOR |
| Name | HEATH, ROBERT D. | Name | MCCABE, GABRIEL |
| Address | 600 GALLERIA PKWY SE SUITE 1100 | Address | 600 GALLERIA PKWY SE SUITE 1100 |
| City-State-Zip: | ATLANTA GA 30339 | City-State-Zip: | ATLANTA GA 30339 |
| Title | VP | Title | VP |
| Name | STONESTREET, AUSTIN | Name | STONESTREET, AUSTIN |
| Address | 600 GALLERIA PKWY SE SUITE 1100 | Address | 600 GALLERIA PKWY SE SUITE 1100 |
| City-State-Zip: | ATLANTA GA 30339 | City-State-Zip: | ATLANTA GA 30339 |
| Title | VP | | |
| Name | CULLING, NICK DIRECTOR, PRESIDENT | | |
| Address | 600 GALLERIA PKWY SE SUITE 1100 | | |
| City-State-Zip: | ATLANTA GA 30339 | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ROBERT D. HEATH                                   VP                              04/27/2023

Electronic Signature of Signing Authorized Person(s) Detail                                          Date