# EXHIBIT 26



*Your partner for all refractory anchoring solutions*



# Rapid Arc Welding Technology

### Reliable technique for fixing refractory anchors
### The safest, fastest and highest quality welding innovation

## RAW Services & Contracting

SILICON and our Rapid Arc Welding technology have made a big, positive impact on a diversity of industries in the past few years. RAW is a relatively new, innovative welding technology. It has solved many problems that conventional hand –and stud welding have had for a long time. It's safe, user-friendly, very fast and it delivers welds of high quality. Due to RAW, we are able to provide the customer with a highly cost-effective alternative to the older, more conventional methods of refractory anchor installation.

In the past, the traditional welding techniques gave inconsistent and poor quality welds. For a more efficient hand welded anchor, welders needed huge expertise and monitor each weld individually, slowing down their operations. In non-standard refractory areas (i.e. corners, ceilings, and confined spaces) hand welding proved to be a difficulty due to the distance safety regulations, the accessibility of the machinery and the health risks associated to the toxic fumes.

The development of the Rapid Arc Welding (RAW) technology has been made possible by understanding these types of problems that existed in the stud and hand welding industry.

In our experience, statistics have shown that a standard hand welding repair project that requires 20.000 anchors can be performed by a team of 20 hand welders in approximately 8 days. However, with our RAW technology and a team of 10 RAW operators, we can complete the said repair in roughly 2 days. This is done in a safe environment thanks to our computerized and electrode-free equipment.

**Silicon can adjust to your needs:**
- Full team of welders and supervisors.
- Supply machines, guns, chucks and other accessories.
- Marking and grinding if needed.
- Rapid Arc Welding quality inspection.
- Metallurgic consultancy service.
- Decrease turnaround downtime by welding at least 10 times faster than hand welding.
- Utilizable in every industry.
- Engineer your anchors into Rapid Arc Weldable versions to weld them faster and better.









### RAW Machines

You will find that SILICON's Rapid Arc Welding machines can do tasks that were considered impossible before. Our Rapid Arc Welding machines use computer technology to guarantee a minimum of irritations, extremely low rejection rates of studs and a maximum of quality, safety and pleasure to work with. The stepper-motor gives a repetitive, accurate control of the studs' movement, position, and velocities during the weld. We have four machines available to suit various types of applications.

### PS12 - Portable Single Gun

This machine has many of your welding needs in a compact package. The development of this small portable 800 Amp machine came about by the demand for a high quality welder, like its heavier brothers, for the lighter products. Capacity up to ø12 mm stud.

### S16 - Single Gun

Our newest Single Gun machine is a hybrid version of our most popular machine D20NG and the PS12. It is lighter to transfer than the double gun machine with more welding capacity than the portable single gun machine. Designed especially for the high demand of our popular moveable anchor system, the SpeedBolt®. Capacity up to ø16 mm stud.

### D20 NG - Dual Gun

The RAW machine that is the preferred welding machine for jobsites. It has the capacity to weld most of the petrochemical and other industries' anchors. Capacity up to ø20 mm studs.

### D24 - Dual Gun

A compact dual gun package with a higher capacity than the D20 NG, perfect for middle-sized fabrication companies who want high welding productivity. Capacity up to ø24 mm studs.

### D36 NG - Dual Gun

Has the power to weld bigger diameter anchors and is considered the ultimate SILICON powerhouse for naval and heavy fabricating companies. Capacity up to ø36 mm studs. Studs bigger than 36 mm only on request. All specific features and technical specifications of each machine can be found on our website: **www.silicon.nu**







## RDCA™
**Remote Data Collection & Analysis**

**We have RDCA™ on all machines:**
- Real-time weld quality logging.
- Optimize welding machine remotely.
- Back up your machine history and welding settings.
- Real-time graphing of welding conditions. Easily troubleshoot welding anomalies.

### RAW Guns & Accessories
SILICON is the inventor (and the only company in the world) that produces RAW machines and equipment. SILICON also engineers its own ferrules, chucks, ferrule plates and other Rapid Arc Welding accessories to facilitate welding for any position and for many applications - in between pipes, on pipes or even in extremely tight spaces.

### RAW Guns PUM25
A small and versatile gun to get into even the tiniest corners.

### PNG50
Our most popular gun is also the most comfortable and durable.

### PH70
For anchors that need more power and a better balance.

### Chucks & Ferrules - Custom Made
Our chucks (stud holders), ferrules and ferrule plates are engineered and custom made for each of your anchors. They are incredibly durable when used correctly and can be used interchangeably on all of our guns.

### Cables - Durable & Resistant
Our extension cables consist of a standard black welding current cable and a yellow computer (control) cable that relays communication between de gun and the machine. We have made our cables extremely durable and weather resistant.

# RAPID ARC WELDING TECHNOLOGY

## APPLICABLE IN MANY INDUSTRIES

### Fast and Reliable
Rapid Arc Welding (RAW) is a relatively new and innovative welding technology. It has been engineered to solve many of the problems that conventional hand welding and stud welding technology have had for many years. With RAW equipment it's finally possible to bridge the gap between efficiency and cost effectiveness. Due to the nature of our technology we can weld studs up to ø36 mm+, in the most diverse areas where fast repairs for shutdowns are required.

### Our Refractory Anchoring Systems
- Brick Linings: Series B
- Concrete Linings: Series C
- Dual Linings: Series D
- Ceramic Fiber Linings: Series F
- Metallic Fibers

We manufacture refractory anchoring systems for the petrochemical, cement, and furnace building industries in our purposely built facilities. We keep large stocks of various high temperature alloys such as alloy 310s, 330, 800, 601 and 625 in wire and plate, so we can confidently offer you short delivery times. Other alloys such as Haynes® are available on request. A detailed technical catalogue is available to help our customers select the correct alloy for their applications.

### Working with SILICON means…
- Metallurgical consultancy;
- In-house refractory anchor design and engineering;
- Fast production and delivery world wide;
- Refractory Anchor installation using our revolutionary Rapid Arc Welding services;
- Highly sustainable products and services;
- Reduced safety risks;
- Reduced turnaround staff;
- Reduced turnaround time;
- High quality welds.

Petrochem

Cement

Power

Incineration

Steel

*« The difference between us and any other company in our branch is innovation, but our success comes from delivering what we promise. »*

- Wouter Garot
*CEO and Founder*



Your partner for all refractory anchoring solutions

### Corporate Vision
To positively impact industries by providing superior anchoring systems and time saving Rapid Arc Welding services.

### Corporate Mission
To provide the technical and metallurgical expertise required to bring Refractory Anchors, and their installations, to the next level.

**SILICON Headquarters**
Monsterseweg 2
2291 PB Wateringen
The Netherlands
T +31 (0) 174-225522
info@silicon.nu

**SILICON Rapid Arc Welding**
**Contracting and Services**
25702 Aldine Westfield Road, Unit 701
Spring, TX 77373, USA
T +1(832) 762 50 66
info@silicon-usa.com

**www.silicon.nu**