# EXHIBIT 27



*Your partner for all refractory anchoring solutions*



# Refractory Anchoring Systems

### Constant innovation & metallurgical consultancy

## Your partner for all
## Refractory Anchoring Systems!

It's hard to make a smart decision in the competitive market of refractory anchor manufacturing. You have every right to be skeptical. Our customers come back to the SILICON professionals because we listen. Our sales and engineering staff work together quickly and effectively. Besides that we own the biggest machine park and tooling collection for refractory anchors in Europe. We make our own tooling which makes us flexible enough to create any anchor.

When we manufacture refractory anchors, they are not just "pieces of steel" to us. They are finely engineered components with your refractory applications in mind. We are here to help. Lets us show you what difference we can make when you work with us.



### Brick Linings: Series B

Several systems are available to retain brick linings; each model is custom made depending on the design and the application. Due to the relatively high temperatures at which these bricks are applied, care must be taken in the selection of the correct alloy. Our staple anchors (B-01 group of anchors) offer great retention of insulating bricks. For denser bricks, heavier staples can also be supplied. To hold refractory anchor bricks in specific positions from a wall or a ceiling our Scissor clips or Brick Claws can be used. Tie back refractory anchors are great for holding back brick anchors in side wall applications. We also create tailor-made consoles for many different applications.



### Concrete Linings: Series C

We supply various anchoring systems for single component linings. All models can be corrugated or specially formed for superior holding power. We can produce the anchors to suit stud welding techniques, hand welding techniques, or the mechanical bolt-on technique of fastening to the vessel.









### Dual Linings: Series D
The increasing emphasis on energy conservation and higher operating temperatures have resulted in many refractory concrete linings, employing multi-component configurations like high-density hot face linings backed by lower density heat conserving materials. We have various refractory anchoring systems available for this.

### Ceramic Fiber Linings: Series F
One of the fastest growing materials for heat conservation is ceramic fiber in blanket, modules, and board form. These high temperature fibers provide fuel savings, operating flexibility and thermal shock resistance in periodic and tunnel kilns, heating, annealing furnaces, and petrochemical process furnaces.

We offer several systems suitable for anchoring ceramic fiber over a range of temperatures. All the ceramic parts provided by us are made with either 60% or 99% Alumina (Al2O3) which provides the greatest strength at the applied temperatures.

### Metallic Fibers: Me-Mix - C-Mix
Metallic fibers serve to reinforce the refractory concretes and aid in the prevention of cracking and spalling of the refractory material when exposed to thermal shock. SILICON offers a straight Melt Extracted (ME-Mix) version and a technically improved design in a corrugated fiber (C-Mix) which does not form a 'ball' during gunning or mixing. This fiber has been tested to be the easiest fiber to disperse within the concrete.











**Metallurgical Consultancy**
***How to choose the right alloy?***
Deciding which alloy to apply for your application may make a difference in the service life time of the high temperature process. Corrosion, creep, design and other metallurgical phenomena that can take place during service should be considered to obtain the most optimum performance. We offer customers extensive knowledge in this field to assist them in determining their appropriate choice of alloy.

We use prime material for our refractory anchors. With years of experience as high temperature alloy specialist we have experienced it all and can give the best advice on the critical matters. We therefore recommend you use prime material over second-choice material alloys. We are always in a position to retrieve a material certificate (chemical and mechanical) from past orders, a claim that not every supplier can boast about. A detailed technical brochure is available to help in selecting the correct alloy for your applications.

*Thinking in solutions with your ideas and our experts*



# SILICON

### Refractory Anchoring Solutions

SILICON was founded in 1982 by Wouter Garot. Years of experience taught us many things and we have found that our global success comes from our passion for quality and ability to service our customers with high quality products, fast delivery times and competitive prices. Our innovations have been made possible by discussions with our customers and by being focused solely in solving their refractory problems. Our experts know what they are talking about when it comes to refractory anchors and Rapid Arc (Stud) Welding Technology. We strive for improved life times, cost effectiveness and reduced turn around times.

### Our Refractory Anchoring Systems

- Brick Linings: Series B
- Concrete Linings: Series C
- Dual Linings: Series D
- Ceramic Fiber Linings: Series F
- Metallic Fibers

### Rapid Arc Welding

*Reliable technique for fixing refractory anchors*

If you have any questions about our refractory anchors or how they could be welded with our Rapid Arc Welding technology, feel free to contact us.

### Working with SILICON means…

- Metallurgical consultancy;
- In-house refractory anchor design and engineering;
- Fast production and delivery world wide;
- Refractory Anchor installation using our revolutionary Rapid Arc Welding services;
- Highly sustainable products and services;
- Reduced safety risks;
- Reduced turnaround staff;
- Reduced turnaround time;
- High quality welds.

« Ce qui nous différencie des autres sociétés du secteur est l'innovation, mais nous devons notre succès au respect de nos engagements.»

- Wouter Garot
*CEO and Founder*



**APPLICABLE IN MANY INDUSTRIES**

Petrochem

Cement

Power

Incineration

Steel



*Your partner for all refractory anchoring solutions*

### Corporate Vision
To positively impact industries by providing superior anchoring systems and time saving Rapid Arc Welding services.

### Corporate Mission
To provide the technical and metallurgical expertise required to bring Refractory Anchors, and their installations, to the next level.

**SILICON Headquarters**
Monsterseweg 2
2291 PB Wateringen
The Netherlands
T +31 (0) 174-225522
info@silicon.nu

**SILICON Rapid Arc Welding Contracting and Services**
25702 Aldine Westfield Road, Unit 701
Spring, TX 77373, USA
T +1(832) 762 50 66
info@silicon-usa.com

**www.silicon.nu**