# EXHIBIT 28



*Your partner for all refractory anchoring solutions*



# A cure for corrosion in FCC vessels: "the answer is staring us in the face"

For decades the FCC industry has been fighting to resolve the issue of corrosion within high temperature processing vessels. Most of these efforts have focused on chemical solutions to this problem. But Wouter Garot, CEO of SILICON and a metallurgist by profession, believes that corrosion issues can be resolved by applying a barrier system that has already been proven to enhance the internal condition of process vessels. If he's right, it could substantially reduce maintenance costs across the industry worldwide.

**Contents**

- A new slant on Hex Metal corrosion problems............... 2
- Corrosion in FFC vessels.................................................. 2
- History.............................................................................. 3
- Performance enhancement........................................... 4
- Causes of corrosion........................................................ 4
- SpeedHex® 3: the corrosion killer................................. 5
- Visual evidence of in-service performance................... 6
- Conclusion...................................................................... 8

## A new slant on Hex Metal corrosion problems

For over 60 years, the FCC industry has used a combination of Hex Metal and refractory material to protect steel vessels against severe abrasion caused by the catalytic process.

The Hex Metal/refractory material combination has been effective in preventing abrasion, but it has introduced another problem: the single-cell Hex Metal system, intended to overcome thermal expansion issues and facilitate installation, is prone to corrosion. If this occurs, gases seeping into the space between the liner and the vessel's steel shell can trigger further corrosion, leading to degradation of the entire unit.

## Corrosion in FFC vessels

My own observations, backed up by reports from inspectors and turnaround managers who routinely see this on project sites, indicate that cracks form between the refractory material and anchor strip, propagating directly to the steel plate. This is the case in the Regenerator as well as the Reactor sections. Gases get into the back of the refractory and eat up any weld metal they can find. This often results in complete sheets of Hex Metal coming off the walls (see Fig.1, Fig.2, Fig.3, Fig.4).

There are well-understood chemical reasons why this corrosion occurs. But in this paper, we are more concerned with finding a straightforward solution that can benefit the entire industry. Rather than looking for a complex mechanism to resolve the chemical issues, we are going to start with some simple facts.

**Fact:** corrosion can only occur if a combination of factors or conditions are present: an electrolyte, an exposed metal surface, metallic stress, an electron acceptor and temperature are some of the main triggers.

**Fact:** Corrosion can be prevented by removing one or more of these conditions.



Figure 1.  A complete separation of the HexMetal from the shell casing.



Figure 3. Corrosion of the weld metal in Reactor section.



Figure 2. Typical strip separation in Hex Metal allowing gases to reach the back casing.



Figure 4.  Severe corrosion of the welds has led to panels coming off the casing.

## History

Back in the 1980s and 1990s, refractory specialists deduced that some sort of single cell system would solve many of the problems then being experienced. Although corrosion was not the issue in those days, Hex Metal welding was. It was time-consuming and difficult to install in small confined spaces. Additionally, the loss of refractory material through the formation of 'biscuits' causes turbulence in the cyclones, leading to operating inefficiencies and catalyst loss (see Fig.5).



*Figure 5. Severe biscuiting in a Regen cyclone resulting in unpredictable lining performance.*

Parallel development was being conducted in the USA and Europe. In Europe additional attention was given to the manual welding of single cells as well as the Hex Metal, causing Chrome 6 to be released. This prompted the team here at SILICON to start researching into other welding methods.

In 1990 we achieved a breakthrough with the launch of Rapid Arc Welding (RAW) technology, a radically different method of installing hexagonal single cells in a safer, faster, more efficient manner. Evolved from traditional stud welding, which was very unpredictable in its performance, RAW allowed welding onto severe corroded and carburised surfaces – and it had the extra benefit that it produced no Chrome 6 emissions.

The main principle at that time was to have a stud that carried a 'wing' to hold the refractory in position better than Hex Metal without interlinking connections. This wing would not come into contact with the base metal; in fact, it was decided that a layer of refractory should be present below the wing, preventing any gases from seeping through to the shell. The idea was to have an impermeable lining that mimicked a homogeneous lining.

The RAW weld would be made by a 10mm (3/8") stud as opposed to a 2mm (14 ga.) strip. These are fully penetrating welds originating from the centre of the stud outwards (see Fig.6).



*Figure 6. A fully penetrating weld making the stud part of the mechanical structure.*

## Performance enhancement

The quest for ever better performance led firstly to the SpeedCell® system which later evolved into the SpeedHex® 3 system. The latter system was first introduced seven years ago when it was used to repair a reactor riser line. The job took one hour whereas the same job with Hex Metal would have taken two days in such a confined space.

The way the SpeedHex® 3 functions is by holding the refractory under a 3-legged wing which in turn is attached to a stud. Both items can be of differing alloys. Each cell acts as an island on its own, holding down what can be viewed as a homogeneous lining. Each anchor is placed in such a configuration as to form a hexagonal pattern with about a 5mm (3/16") spacing between points. The points are directed towards each other such that if cracks were to be created they would be forced to remain in that small confined area and not propagate throughout the lining. The pattern can be seen in Fig. 7.



From a distance it appears like a sheet of HexMetal. Closer view will show the single cells working as a cluster of honeycombs (see Fig. 7).

*Figure 7. Honeycomb structure of SpeedHex® 3. Ceramic ferrules (removed after welding) are used to weld the anchors to the casing.*

## Causes of corrosion

The corrosion encountered in Hex Metal starts at the shell end and eats its way through the welds, ultimately resulting in complete mats detaching themselves from the steel shell. This process of degradation can be attributed to several possible factors, either singly or in combination with one another.

1. Chromium depletion in the Heat Affected Zone (HAZ) in 304 and 304H materials is directly proportional to the carbon content. Six carbon atoms will consume 27 chrome atoms when during the welding process. The more carbon that is present, the higher the rate at which the chrome is depleted, exposing the Hex Metal to a relatively unprotected surface.

2. Not all the Hex Metal is welded in a continuous manner, leaving cracks between the shell and the thin (2mm) sheet of Hex Metal. If aggressive deposits settle in these spaces, it is highly likely that crevice corrosion will occur.

3. When the Hex Metal is welded onto a flat sheet of steel and then rolled into shape, so much internal stress is created that the surface and internal tension (work hardening) of the Hex Metal is raised, making it more susceptible to corrosion and embrittlement. It is possibly a coincidence that corrosion suddenly appeared when these pre-welded Hex Metal cyclones started to come onto the market. Prior to this introduction, it was rarely seen.

## SpeedHex® 3: the corrosion killer

1. The weld time of SpeedHex® 3 via rapid arc welding (RAW) technology is only 0,3 seconds giving almost no chance for the carbon to deplete the chrome.

2. The base diameter of the stud is much thicker (10 mm) compared to the conventional thin sheet. If any corrosion did occur, it would take much more time to eat away the 10 mm than the 2 mm sheet. The design of the SpeedHex® 3 anchor is such that its 'wings' do not touch the steel shell, and the refractory fills the space between the wings and the shell. As a result, it is virtually impossible for any crevice to exist in which corrosion can occur. With this design no gases can reach the shell (see Fig. 8).

3. Some parts are specially annealed to a condition that gives the most stable metallic structure, with very low surface and internal tension, minimising the possibility of any corrosion or embrittlement.

4. The biggest issue with Hex Metal is corrosion from the back, caused by continuous expansion and contraction at the point where two hex sheets are joined together. This is an inherent design weakness. But with SpeedHex® 3 you get a continuous refractory lining with reduced metal content overall and independent points of thermal expansion. Additionally, SpeedHex® 3 anchors are raised from the base, allowing refractory to flow smoothly behind the wings (see fig. 9), which further reduces the possibility of crevices occurring.



*Figure 8. Demo plate showing how compact the refractory is packed into the SpeedHex® 3 system.*



*Figure 9. Packing refractory into the SpeedHex® 3 system with no path for the gases to reach the back.*

🟨 **Visual evidence of in-service performance**

In figs. 10, 11 and 12, a sample of 3 year-old lining was chipped out to find out if gases were forming cokes behind the densely packed refractory. The result was that no changes were seen to the casing compared with the day it was installed. For the reactor section we were able to conclude that gases did not have the slightest chance to penetrate the refractory.



*Figure 10. Chipping out of refractory from 3-year-old SpeedHex® 3 lining to examine the surface and coke forming.*





*Figure 11. Portion chipped out of an outside surface revealing no gas penetration.*

*Figure 12. Reactor cyclone inlet with no signs of damage and still smooth after 3 years. Old-fashioned HexMetal installed next to it at the same time is already spalling in areas.*

In figs. 13 (below) and 14 (page 7), you can see and compare the pictures of a brand new installation of SpeedHex® 3 with how it looked after four years of operation.



*Figure 13. A new installation of SpeedHex® 3 in a Regen cyclone.*



*Figure 14. A four year run of the same installation showing no wear and a surface as smooth as the day it was installed. No cracks were seen at the metal/refractory interfaces.*

The SpeedHex® 3 system is not only suitable for protecting large open surfaces, but can also be deployed in corners and tight round sections to prevent any gases from seeping through (see Fig. 15).



*Figure 15. SpeedTab® installed with the same simplicity offering dense packing to prevent any gases getting to the casing.*

Patents – Protective design

| SpeedCell® 2G + SpeedCell® 3G | SpeedTab® | SpeedHex® 3 and SpeedHex® 3S |
|---|---|---|
| The Netherlands: 1036914 | NL2023012 | EP2985106 - EP19156466.5 - US10,190,314 |
| Europe: 2425192 | Other countries pending | US16/221,869 - AU2015213304 - JP6533121 |
| United States of America: 9,127,890 | | NL2013327 - IN2471/DEL/2015 - CA2900025 |
| Brasil: PI1016125-2 | | |

7

**Conclusion**

Over the years, corrosion has cost the FCC industry a vast amount of money. Attempts to resolve the problem have largely been focused on changing the chemical reactions that trigger corrosion.

At SILICON, we have taken a radically different approach and come up with a very simple solution. Corrosion is caused by gases reaching the casing. The problem can be therefore be avoided simply by ensuring that the liner provides a robust and long-lasting barrier that is impermeable to the dangerous gases.

As described above, our SpeedHex® 3 system fulfils all these criteria. It is a proven system that continues to surprise and impress our customers – and saves them hundreds of thousands of dollars.

**The author**



**Wouter Garot**
CEO SILICON



**SILICON Headquarters**
Monsterseweg 2
2291 PB Wateringen
The Netherlands
T +31 (0) 174-225522
info@silicon.nu

**SILICON Rapid Arc Welding Contracting and Services**
25702 Aldine Westfield Road, Unit 701
Spring, TX 77373, USA
T +1(832) 762 50 66
info@silicon-usa.com