# EXHIBIT 29

| | |
|---|---|
| Document title: | Industrial Refractory Anchors| BrandSafway Industrial |
| Capture URL: | https://brandsafway.com/quik-x-refractory-anchoring-system |
| Page loaded at (UTC): | Tue, 02 May 2023 14:13:48 GMT |
| Capture timestamp (UTC): | Tue, 02 May 2023 14:14:25 GMT |
| Capture tool: | 10.20.28 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | 8eFv7GChpE4ayMFGUkJqQZ |
| User: | slk-amurray |

PDF REFERENCE #:        8HiBHYVLbTakHBdZXNh2Ne

Home → What We Do → Quik-X™ and Quik-X PRO™ Refractory Anchoring Systems

Toll Free (800) 558-4772   Project Profiles   Literature   Locations   English

BRAND SAFWAY

Who We Are   Products & Services   Expertise   Careers   Media   Contact

Get a Quote

# Quik-X™ and Quik-X PRO™ Refractory Anchoring Systems

## Quik-X™ and Quik-X PRO™ Refractory Anchoring Systems

Increase productivity and reinforce refractories against cracking with our innovative anchor systems, which can withstand extreme temperatures and are ideal for use in chemical plants, refineries and more.

Related Videos   Advantages   Value   Literature

The health and safety of our employees and customers is always our foremost priority. Learn how we are responding to COVID-19.   Close

---

Document title: Industrial Refractory Anchors| BrandSafway Industrial
Capture URL: https://brandsafway.com/quik-x-refractory-anchoring-system
Capture timestamp (UTC): Tue, 02 May 2023 14:14:25 GMT
Page 1 of 4



# Advantages

Improve the safety, speed, strength and accuracy of your refractory work. BrandSafway's Quik-X and Quik-X PRO are the best anchoring systems on the market today. Designed with versatility, productivity and durability in mind.

- Faster installation with fewer welds
- Only 16 anchors (welds) per square foot
- Less metal in refractory lining
- Materials sourced in the U.S.

### Improved Strength

- Durable independent cells and welded studs
- Reinforces refractories against cracking
- Improves ultimate unit stress up to 125,000 psi/weld

### Increased Speed

- 70% faster than other hex alternatives
- Up to 10 times faster than traditional hex mesh
- 44% fewer welds than other hex alt anchoring systems

### More Versatility

- Dual metallurgy anchors available — match stud to shell
- Change layout designs with ease

# Quik-X PRO: The NEWEST Evolution

The best anchoring system available now delivers even more flexibility. Quik-X PRO, provides all the advantages of Quik-X with three additional benefits:

- Dual metallurgy anchors available – match anchor stud to shell
- Compatible with various stud lengths and alloy types
- Manufactured in the U.S. for faster delivery

Case 1:23-mi-99999-UNA Document 2379-9 Filed 07/27/23 Page 5 of 6

- Compatible with various stud lengths and alloy types
- Manufactured in the U.S. for faster delivery

## Literature

The product literature on this website is in accordance with US norms, rules and standards.

### Brochures and Selection Guides

**Quik-X™ and Quik-X PRO™ Refractory Anchoring Systems (BSL 3298)**

The health and safety of our employees and customers is always our foremost priority. Learn how we are responding to COVID-19. Close

**Let's do something great on your next project.**

→ Contact Us

BRAND SAFWAY

Global Corporate Headquarters
600 Galleria Parkway SE, Suite 1100
Atlanta, GA 30339
Tel.: (800) 558-4772
Fax: (770) 514-0285

© Brand Industrial Services, Inc.
Website by ITW

The health and safety of our employees and customers is always our foremost priority. Learn how we are responding to COVID-19. Close





