# EXHIBIT 30



# Refractory Solutions

Experienced, Efficient Installation and Maintenance








# Let us help you take the heat!

BrandSafway delivers unmatched refractory solutions. Backed by more than 35 years of experience and patented technology designed to improve productivity, we can plan and execute any job safely and efficiently.

## Services Offered

› Demolition of existing linings

› Surface preparation

› Pneumatic gunited linings

› Vibration cast linings

› Rammed linings

› Fireproofing

› Prefabricated shapes

› Precast shapes

› Ceramic fiber linings (blanket and modules)

› Comprehensive QA/QC program





## Patented Technology



### › Quik-X™ & Quik-X PRO™ Refractory Anchoring System
Patented Quik-X uses 44% fewer welds, cuts installation time by 50%, and is designed for air grids and cyclones in FCCUs (fluid catalytic cracking units). Use Quik-X PRO when matching dissimilar metals and using various stud lengths and alloy types. Manufactured in the U.S. for faster delivery.

### › BrandTech™ Precast Solutions
Cut intricately detailed foam refractory forms in just hours, slashing costly downtime and shortening turnaround schedules by as much as 90%.

### › BrandTech® Precision Welding*
A computer-driven stud-welding technology, BrandTech uses 81% less labor, allowing two welders to do the work of 16 with a 0.5% error rate.

### › BrandTech™ Power Distribution Unit*
Manage power for multiple pieces of equipment on your turnarounds. Reduce cost and improve safety.

### › BrandTech® Precision Layout™
The first and only laser layout system for refractory anchors to reduce layout time by as much as 75%.

  

*BrandTech Precision Welding and the BrandTech Power Distribution Unit meet all UL (Underwriters Laboratories), CSA (Canadian Standards Association), ABSA (Alberta Boilers Safety Association) and CE (European Union) standards.



## Industry Applications
› Reformers
› Fluid catalytic cracking units
› Hydrocrackers
› Crude units
› Thermal reactors
› Sulfur recovery units
› Boiler units

*"A well-designed and flawlessly executed plan for the inspection, installation and repair of refractory linings can reduce shifts during turnaround time. It can bring millions of dollars' worth of daily capacity back online sooner, ensures the refractory linings perform as intended, and provides the comfort of knowing that all workers remain safe every day."*

Industrial Specialists project manager, Hydrocarbon Engineering magazine, May 2018

## Serving North America

### › 35+ Years of Experience
BrandSafway has more than 35 years of experience in all phases of refractory construction, including turnarounds, major revamps, maintenance and new construction projects.

### › Shop Capabilities
We can accommodate numerous large refractory, insulation, painting and fireproofing projects simultaneously in our shop and yard space.

### › 600+ Experts
Our refractory specialists and supervisors offer solutions and deliver results in even the most challenging environments.

### › Certified Quality
Our refractory specialists have an average of 15 years of craft experience and API Standard 936 certification (Refractory Installation Quality Control – Inspection and Testing Monolithic Refractory Linings and Materials).

**Contact us today to learn more about how we can save you time, while increasing quality, on your next refractory project.**



**Canada**
Alberta, British Columbia, Saskatchewan
*info@alliancerefractories.com*



**U.S. Union Offices** | Nationwide capabilities
California, Michigan, New Jersey, Ohio
*info@ersrefractory.com*



**U.S. Merit Offices** | Nationwide capabilities
Florida, Louisiana, Montana, Texas
*refractory@indspec.com*







BrandSafway provides access and industrial service solutions with turnkey installation, engineering support and safety training.

## › Ready to Deliver

**+Safety** 
First and Foremost

**+Expertise** 
Industry-Leading Depth/Range

**+Solutions** 
The Broadest Portfolio

**+Productivity**
Increased at Every Level

**+Local** 
Management and Labor

Brand Industrial Services, Inc.
1325 Cobb International Dr. Ste A-1
Kennesaw, GA USA 30152
Toll free: 800 558 4772

2022 All rights reserved. BSL 1401

**BRAND)SAFWAY**
At Work For You®
For more information, visit www.brandsafway.com