# EXHIBIT 31

PageVault

| | |
|---|---|
| Document title: | Refractory Services \| Unmatched Refractory Solutions |
| Capture URL: | https://indspec.com/products-and-services/refractory-services/ |
| Page loaded at (UTC): | Tue, 02 May 2023 14:14:41 GMT |
| Capture timestamp (UTC): | Tue, 02 May 2023 14:16:05 GMT |
| Capture tool: | 10.20.28 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | waBSRtsQcS3NXGBwHJKMuT |
| User: | slk-amurray |

PDF REFERENCE #:    dZ6Hw3YcaCvfYxZkyzfrjH



Home | Contact Us | Sitemap

Products and Services | Safety | Media | Locations | Recent News | Gallery



# Refractory Services

As a refractory contractor, Industrial Specialists offers unmatched refractory services. Backed by more than 35 years of experience and patented technology designed to improve productivity, we can plan and execute any job safely and efficiently.

- Abrasion-resistant linings
- Gunite shotcrete linings
- Shotcrete linings
- Vibe-cast linings for shop and field projects
- Pump-cast linings
- High-temperature brick linings/insulating fire brick
- Corrosion-resistant linings
- Burner tiles and precast shapes
- Plastic linings
- Ceramic fiber systems
- Fireproofing, including cementitious fireproofing

## Patented Technology

### Quik-X™ Refractory Anchoring System

Our patented anchoring system uses 44% fewer welds, can be installed in half the time, and is designed to work in the air grids and cyclones of FCCUs (fluid catalytic cracking units).

### BrandTech™ Precast Solutions

Cut intricately detailed foam refractory forms within hours, slashing costly downtime and shortening turnaround schedules by as much as 90%.

### BrandTech® Precision Welding*

A computer-driven stud-welding technology, BrandTech uses 81% less labor, allowing two welders to do the work of 16 with a 0.5% error rate.

### BrandTech™ Power Distribution Unit

Increase equipment cost savings by up to 40% and improve safety through simplified installation and maintenance.

- Comprehensive QA/QC management

**CONTACT US**

Name *
First | Last

Company Name

Address

Street Address

Address Line 2

City | State / Province

ZIP / Postal Code | Country

Email *

Phone Number *

Type(s) of Products or Services You Are



| | |
|---|---|
| Home | Contact Us | Sitemap |

**Products and Services**  Safety  Media  Locations  Recent News  Gallery

- Shop fabrication capabilities
- Intricate brick installation
- Thermal protection

[DOWNLOAD OUR BROCHURE]

**Interested In**

☐ Industrial Coatings
☐ Refractory Services
☐ BrandTech® Precision Welding
☐ Turnkey Services

Comments or Questions

[ ] I'm not a robot  reCAPTCHA
Privacy - Terms

Submit

## OUR LOCATIONS

**GONZALES, LA**

**SULPHUR, LA**

**DICKINSON, TX**



Industrial Coatings
Refractory Services
BrandTech® Precision Welding
Turnkey Services
Safety
Media
Locations
Privacy Policy
Terms of Use
Privacy Shield Policy

## RECENT NEWS


**BrandTech® Precision Welding**
August 10, 2021
BrandTech® Precision Welding BrandTech® Precision Welding, our computer-driven stud welding …


**Refractory Services**
August 10, 2021
Refractory Services As a refractory contractor, Industrial Specialists offers unmatched …


**Industrial Coatings Solutions**
August 10, 2021
Industrial Coatings With our trained and experienced craftspeople and cutting-edge …



Home | Contact Us | Sitemap

Products and Services | Safety | Media | Locations | Recent News | Gallery



Submit

## OUR LOCATIONS

**GONZALES, LA**

**SULPHUR, LA**

**DICKINSON, TX**



Industrial Coatings
Refractory Services
BrandTech® Precision Welding
Turnkey Services
Safety
Media
Locations
Privacy Policy
Terms of Use
Privacy Shield Policy

## RECENT NEWS


**BrandTech® Precision Welding**
August 10, 2021
BrandTech® Precision Welding BrandTech® Precision Welding, our computer-driven stud welding ...


**Refractory Services**
August 10, 2021
Refractory Services As a refractory contractor, Industrial Specialists offers unmatched ...


**Industrial Coatings Solutions**
August 10, 2021
Industrial Coatings With our trained and experienced craftspeople and cutting-edge ...

 

Industrial Coatings | Refractory Services | BrandTech® Precision Welding | Turnkey Services | Safety | Media | Locations | Privacy Policy | Terms of Use

Privacy Shield Policy

© 2023 Brand Industrial Services, all rights reserved

Website by APlus Net Solutions