# EXHIBIT 32

| | |
|---|---|
| Document title: | BrandTech® Precision Welding - Automated Welding Solutions |
| Capture URL: | https://indspec.com/products-and-services/brandtech-precision-welding-automated-welding-solutions/ |
| Page loaded at (UTC): | Tue, 02 May 2023 14:16:19 GMT |
| Capture timestamp (UTC): | Tue, 02 May 2023 14:16:45 GMT |
| Capture tool: | 10.20.28 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | wnUtSGKagr5g4CNgYYmUPg |
| User: | slk-amurray |

PDF REFERENCE #:    ocbcQicdfj6KTedDWYBBBp



Home | Contact Us | Sitemap

Products and Services | Safety | Media | Locations | Recent News | Gallery



# BrandTech® Precision Welding

BrandTech® Precision Welding, our computer-driven stud welding technology, can dramatically cut labor costs in refractory, insulation and fireproofing services while improving speed and accuracy.

- Automated welding provides consistent quality
- Better reach into tight and congested areas
- Reduced amounts of hexavalent chromium and exposure risk
- Higher productivity than conventional stick welding and/or current studs
- Wide range of setting controls enable welding on existing thin plate
- Can be used with unusual metals, such as Inconel 601, 1.25 Chromium and 253MA

## Sell Sheets & Catalogs

- BrandTech Sell Sheet (BSL 3300)
- Refractory Anchor Catalog (BSL 3311)

CONTACT US

Name *

First | Last

Company Name

Address

Street Address

Address Line 2

City | State / Province

ZIP / Postal Code | Country

Email *

Phone Number *

Type(s) of Products or Services You Are



| | | | | | | |
|---|---|---|---|---|---|---|
| | Home | Contact Us | Sitemap |

Products and Services    Safety    Media    Locations    Recent News    Gallery

**Interested In**

☐ Industrial Coatings
☐ Refractory Services
☐ BrandTech® Precision Welding
☐ Turnkey Services

Comments or Questions



[ ] I'm not a robot    reCAPTCHA
Privacy - Terms

Submit

## OUR LOCATIONS

**GONZALES, LA**

**SULPHUR, LA**

**DICKINSON, TX**

Industrial Coatings
Refractory Services
BrandTech® Precision Welding
Turnkey Services
Safety
Media
Locations
Privacy Policy
Terms of Use
Privacy Shield Policy

## RECENT NEWS

 **BrandTech® Precision Welding**
August 10, 2021
BrandTech® Precision Welding BrandTech® Precision Welding, our computer-driven stud welding …

 **Refractory Services**
August 10, 2021
Refractory Services As a refractory contractor, Industrial Specialists offers unmatched …

 **Industrial Coatings Solutions**
August 10, 2021
Industrial Coatings With our trained and experienced craftspeople and cutting-edge …



| | | | | | | |
|---|---|---|---|---|---|---|
| | Products and Services | Safety | Media | Locations | Recent News | Gallery |



☐ I'm not a robot    reCAPTCHA
Privacy - Terms

**Submit**

## OUR LOCATIONS

**GONZALES, LA**

**SULPHUR, LA**

**DICKINSON, TX**



Industrial Coatings
Refractory Services
BrandTech® Precision Welding
Turnkey Services
Safety
Media
Locations
Privacy Policy
Terms of Use
Privacy Shield Policy

## RECENT NEWS

  **BrandTech® Precision Welding**
August 10, 2021
BrandTech® Precision Welding BrandTech® Precision Welding, our computer-driven stud welding ...

  **Refractory Services**
August 10, 2021
Refractory Services As a refractory contractor, Industrial Specialists offers unmatched ...

**Industrial Coatings Solutions**
August 10, 2021
Industrial Coatings With our trained and experienced craftspeople and cutting-edge ...

  

Industrial Coatings | Refractory Services | BrandTech® Precision Welding | Turnkey Services | Safety | Media | Locations | Privacy Policy | Terms of Use

Privacy Shield Policy

© 2023 Brand Industrial Services, all rights reserved

Website by APlus Net Solutions