# EXHIBIT 33



# 81% LESS LABOR

## BrandTech® Precision Welding lets two people do the work of 16 stick welders

The data proves it. With BrandTech Precision Welding, our proprietary, computer-driven stud-welding technology, a two-person crew can complete as many welds in a 12-hour shift as a 16-person crew using conventional techniques. That's two people, 2,600 welds per shift and only a 0.5% error rate.

## Advantages

- Easy-to-use touchpad control panel
- Modular design
- Easy to set up, rig and operate
- Fully programmable
- Total control of variables
- Set all welding parameters with ease
- Proven results for shop and field applications
- Gun, computer and software identity parameters met
- Operate one or two welding guns simultaneously
- Two models to choose from: BT-PW 1600 or BT-PW 800
- Manufactured in the United States with USA-made parts
- Most certified welding equipment worldwide





At Work For You™



# Improved Quality

"Increased speed can mean reduced quality and safety, but not with BrandTech. Our precision welder gives operators total control of welding variables, allowing them to weld onto existing thin plates and the ability to reach into tight and congested areas without damaging existing structures."

– Eduardo Almeida, Director of Innovation, R&D for Industrial Specialists by BrandSafway

## Delivering More Value While Reducing Time and Cost

- Consistent quality
- Better reach into tight and congested areas
- Reduced amounts of hexavalent chromium and exposure risk
- Higher productivity than conventional stick welding and/or current studs
- Wide range of setting controls enable welding on existing thin plates
- Weld on, around or behind tubes and other obstructions, reducing risk of damage
- Can be used with difficult-to-weld metals, such as Inconel 601, 1.25 Chromium and 253MA
- Industrial Specialists by BrandSafway is a member of the American Welding Society (AWS)

  

*BrandTech Precision Welding meets all UL (Underwriters Laboratories), CSA (Canadian Standards Association), ABSA (Alberta Boilers Safety Association) and CE (European Union) standards.



### Productivity Comparison

**Average welds per project: 20,000**

**Number of shifts needed:**
2 conventional stick welders - **40**
2 BrandTech® Precision Welding operators - **8**

---

See how BrandTech Precision Welding can dramatically cut your labor costs in refractory, insulation and fireproofing services while improving speed and accuracy. Contact us today at **800 558 4772** or by filling out our contact us form at **www.BrandSafway.com/contacts.**

---

**BrandSafway offers the broadest range of industrial services and proprietary solutions.**

## Ready to Deliver

    

+Safety — First and Foremost   +Expertise — Industry-Leading Depth/Range   +Solutions — The Broadest Portfolio   +Productivity — Increased at Every Level   +Local — Management and Labor

Brand Industrial Services, Inc.
1325 Cobb International Dr. Ste A-1
Kennesaw, GA USA 30152
Toll free: 800 558 4772





2020 All rights reserved.   BSL 3300

For more information, visit www.brandsafway.com