# EXHIBIT 34

# Refractory Anchor Catalog









# TABLE of CONTENTS

## STANDARD CASTABLE ANCHORS

BTCV................................................................1

CV4 ...............................................................2

CVU ..............................................................3

Vous ..............................................................4

Yous ............................................................. 5

Quik-Key System C-Clip.................................. 6

## SPECIALTY ANCHORS

Quik-X™ ..........................................................8

Alternate Variation Quik-X™ ........................... 9

Half Quik-X™ ..................................................10

K-Bar ............................................................11

G-Clip ...........................................................12

## CERAMIC FIBER ANCHORS

Twistlock .....................................................14

Insul-Twist....................................................15

## STUDS

Quik-Key System C-Clip Stud ........................ 17

Full Thread Stud ...........................................18

Partial Thread Stud........................................19

Boiler Stud ...................................................20

# STANDARD CASTABLE ANCHORS



**BTCV**
Page 3

**CV4**
Page 4

**CVU**
Page 5

**Vous**
Page 6

**Yous**
Page 7

**Quik-Key System C-Clip**
Page 8







**Typical Ferrule Design**



## ANCHOR SPECIFICATIONS

| STANDARD DIMENSIONS | | STANDARD MATERIALS | |
|---|---|---|---|
| $D_a$ | 3/16" (5 mm) to 5/16" (8 mm) | - MS | - SS330 |
| H | 3/4" (19 mm) to 4" (102 mm) | - SS304 | - Inconel 601 |
| W | 2" (51 mm) minimum | - SS309 | |
| A | *Varies | - SS310 | |
| | | *Plastic Caps or Dip options available | |

| STANDARD WPS-PQR* | CUSTOMIZE THE BTCV |
|---|---|
| - P1 - P1 | Contact Industrial Specialists to inquire about your own requirements, and we can work together to find you the perfect solution! |
| - P8 - P1 | |
| - P8 - P4 | |
| - P8 - P5b | |
| - P8 - P8 | |

*WPS & PQR's are developed based on client requirements. All WPS & PQRs require a minimum two-week lead time for ABSA registration.

## ANCHOR APPLICATIONS

The BTCV or Stud-Weldable 3D Anchor is best used in thin single-layer linings. Such applications include:

› Additional anchoring for backup linings
› Erosion-resistant areas
› Thin linings on critical components (e.g.. slide valves, dampers)
› Scallop plates between boiler tubes

## TYPICAL ANCHOR LAYOUT



**RECOMMENDED MINIMUM SPACING**
2" - 4" (51 mm - 102 mm) between boiler tubes, alternate pattern.

## REQUIRED ANCHOR

| $D_a$ | A | L | W |
|---|---|---|---|
| | | | |

*Material & Other Requirements*



**CV4**





**Typical Ferrule Design**

## ANCHOR SPECIFICATIONS

### STANDARD DIMENSIONS

| D | 3/16" (5 mm) |
|---|---|
| H | 3/4" (19 mm) to 1 1/2" (38 mm) |
| W | 2" (51 mm) minimum |

### STANDARD MATERIALS

- MS
- SS304
- SS309
- SS310
- SS330
- Inconel 601

*Plastic Caps or Dip options available*

### STANDARD WPS-PQR*

- P1 - P1
- P8 - P1
- P8 - P4
- P8 - P5b
- P8 - P8

### CUSTOMIZE THE CV4

Contact Industrial Specialists to inquire about your own requirements, and we can work together to find you the perfect solution!

*WPS & PQR's are developed based on client requirements. All WPS & PQRs require a minimum two-week lead time for ABSA registration.

## ANCHOR APPLICATIONS

The CV4 or Stud-Weldable Steerhorn V-Anchor is best used in thin single-layer linings. Such applications include erosion resistant areas:

› Critical Components (e.g., slide valves and dampers)
› Burner Pipes

## TYPICAL ANCHOR LAYOUT



**RECOMMENDED MINIMUM SPACING**
Horizontal - 9" (229 mm) O.C.
Vertical - 6" (152 mm) O.C.
Overhead - 4 1/2" (114 mm) O.C.

**RECOMMENDED MINIMUM SPACING**
Horizontal - 9" (229 mm) O.C.
Vertical - 6" (152 mm) O.C.
Overhead - 4 1/2" (114 mm) O.C.

**RECOMMENDED MINIMUM SPACING**
Horizontal - 9" (229 mm) O.C.
Vertical - 6" (152 mm) O.C.
Overhead - 4 1/2" (114 mm) O.C.

## REQUIRED ANCHOR

| D | H | W |
|---|---|---|
|   |   |   |

*Material & Other Requirements*





**Typical Ferrule Design**

## ANCHOR SPECIFICATIONS

### STANDARD DIMENSIONS

| | |
|---|---|
| $D_a$ | 3/16" (5 mm) to 3/8" (10 mm) |
| $H_0$ | 1 3/4" (44 mm) minimum |
| $H1$ | 1" (25 mm) minimum |
| $H2$ | 3/4" (19 mm) minimum |
| $O_f$ | 0 minimum |

### STANDARD MATERIALS

- MS          - 410
- SS304      - 410S
- SS309
- SS310
- SS330
- Inconel 601

*Plastic Caps or Dip options available

### STANDARD WPS-PQR*

- P1 - P1          - P7 - P4
- P8 - P1
- P8 - P4
- P8 - P5b
- P8 - P8

*WPS & PQR's are developed based on client requirements. All WPS & PQRs require a minimum two-week lead time for ABSA registration.

### CUSTOMIZE THE CVU

Contact Industrial Specialists to inquire about your own requirements, and we can work together to find you the perfect solution!

## ANCHOR APPLICATIONS

The CVU or Stud-Weldable Folded Anchor is best used in multilayer and single-layer linings depending on the chosen dimensions. Excellent for most applications and industry.

## TYPICAL ANCHOR LAYOUT

**RECOMMENDED MINIMUM SPACING**
Horizontal - 9" (229 mm) O.C.
Vertical - 6" (152 mm) O.C.
Overhead - 4 1/2" (114 mm) O.C.

**RECOMMENDED MINIMUM SPACING**
Horizontal - 9" (229 mm) O.C.
Vertical - 6" (152 mm) O.C.
Overhead - 4 1/2" (114 mm) O.C.

**RECOMMENDED MINIMUM SPACING**
Horizontal - 9" (229 mm) O.C.
Vertical - 6" (152 mm) O.C.
Overhead - 4 1/2" (114 mm) O.C.

## REQUIRED ANCHOR

| $D_a$ | $H_0$ | $H1$ | $H2$ | $O_f$ |
|---|---|---|---|---|
| | | | | |

*Material & Other Requirements*



# VOUS



**Typical Ferrule Design**

## ANCHOR SPECIFICATIONS

| STANDARD DIMENSIONS | | STANDARD MATERIALS |
|---|---|---|
| $D_s$ | 3/4" (19 mm) | - MS |
| $D_a$ | 1/4" (6 mm) minimum | - SS304 |
| $H_o$ | 2 1/2" (89 mm) minimum | - SS309 |
| $H1$ | 1 3/4" (44 mm) minimum | - SS310 |
| $O_f$ | 0 minimum | - SS330 |
| | | - Inconel 601 |
| | | *Plastic Caps or Dip options available |
| | | *Different stud material compared to anchor material options available |

| STANDARD WPS-PQR* | CUSTOMIZE THE VOUS |
|---|---|
| - P1 - P1<br>- P8 - P1<br>- P8 - P4<br>- P8 - P5b<br>- P8 - P8 | Contact Industrial Specialists to inquire about your own requirements, and we can work together to find you the perfect solution! |

*WPS & PQR's are developed based on client requirements. All WPS & PQRs require a minimum two-week lead time for ABSA registration.

## ANCHOR APPLICATIONS

The VOUS or Stud-Weldable V-Anchor is best used in single layer linings. Excellent for most applications and industries.

## REQUIRED ANCHOR

| $D_s$ | $D_a$ | $H_o$ | $H1$ | $O_f$ |
|---|---|---|---|---|
| | | | | |
| | | | | |

*Material & Other Requirements*

## TYPICAL ANCHOR LAYOUT



**RECOMMENDED MINIMUM SPACING**
**Horizontal - 9" (229 mm) O.C.**
**Vertical - 6" (152 mm) O.C.**
**Overhead - 4 1/2" (114 mm) O.C.**

**RECOMMENDED MINIMUM SPACING**
**Horizontal - 9" (229 mm) O.C.**
**Vertical - 6" (152 mm) O.C.**
**Overhead - 4 1/2" (114 mm) O.C.**

**RECOMMENDED MINIMUM SPACING**
**Horizontal - 9" (229 mm) O.C.**
**Vertical - 6" (152 mm) O.C.**
**Overhead - 4 1/2" (114 mm) O.C.**



# YOUS



**Typical Ferrule Design**

## ANCHOR SPECIFICATIONS

| STANDARD DIMENSIONS | | STANDARD MATERIALS |
|---|---|---|
| $D_s$ | 3/4" (19 mm) | - MS |
| $D_a$ | 1/4" (6 mm) minimum | - SS304 |
| $H_0$ | 4" (121 mm) minimum | - SS309 |
| H1 | 2" (25 mm) minimum | - SS310 |
| H2 | 2" (25 mm) minimum | - SS330 |
| $O_f$ | 0 minimum | - Inconel 601 |
| | | *Plastic Caps or Dip options available |
| | | *Different stud material compared to anchor material options available |

| STANDARD WPS-PQR* | CUSTOMIZE THE YOUS |
|---|---|
| - P1 - P1<br>- P8 - P1<br>- P8 - P4<br>- P8 - P5b<br>- P8 - P8 | Contact Industrial Specialists to inquire about your own requirements, and we can work together to find you the perfect solution! |

*WPS & PQR's are developed based on client requirements. All WPS & PQRs require a minimum two-week lead time for ABSA registration.

## ANCHOR APPLICATIONS

The YOUS or Stud-Weldable Y-Anchor is best used in multilayer and thicker linings. Excellent for most applications and industries.

## TYPICAL ANCHOR LAYOUT

**RECOMMENDED MINIMUM SPACING**
Horizontal - 12" (305 mm) O.C.
Vertical - 9" (229 mm) O.C.
Overhead - 6" (152 mm) O.C.

**RECOMMENDED MINIMUM SPACING**
Horizontal - 12" (305 mm) O.C.
Vertical - 9" (229 mm) O.C.
Overhead - 6" (152 mm) O.C.



**RECOMMENDED MINIMUM SPACING**
Horizontal - 12" (305 mm) O.C.
Vertical - 9" (229 mm) O.C.
Overhead - 6" (152 mm) O.C.

## REQUIRED ANCHOR

| $D_s$ | $D_a$ | H1 | H2 | $H_0$ | $O_f$ |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

*Material & Other Requirements*

## QUIK-KEY SYSTEM
# C-CLIP





**Typical Ferrule Design**

## ANCHOR SPECIFICATIONS

| STANDARD DIMENSIONS | | STANDARD MATERIALS | |
|---|---|---|---|
| D | 3/4" (19 mm) | - SS304 | - 410 |
| H1 | 1" (25 mm) minimum | - SS310 | - 410S |
| H2 | 2 5/8" (67 mm) | **C-CLIP INSTALLATION** | |
| L₀ | 4 3/4" (121 mm) | The C-CLIP design can either be installed with or without a stand-off stud. For all stud welding applications, the QUIK-KEY STUD is required. | |
| Lᵢ | 3 5/8" (92 mm) | | |
| W | 3" (76 mm) | | |
| t | 3/16" (5 mm) to 1/4" (6 mm) | | |
| **STANDARD WPS-PQR*** | | **CUSTOMIZE THE C-CLIP** | |
| - P1 - P1 | | Contact Industrial Specialists to inquire about your own requirements, and we can work together to find you the perfect solution! | |
| - P8 - P1 | | | |
| - P8 - P4 | | | |
| - P8 - P5b | | | |
| - P8 - P8 | | | |

*WPS & PQR's are developed based on client requirements. All WPS & PQRs require a minimum two-week lead time for ABSA registration.

## ANCHOR APPLICATIONS

The C-CLIP is used in high-abrasion thick lining installations. The C-CLIP is designed to hold a Ceramic Anchor Tile which will handle more extreme conditions in thicker lining applications. The anchor tile installation can be used in conjunction with metallic anchors. Applications that these can be used for are:

› Burner Walls
› Reheater Chambers
› Cement Plants
› OSB Plants

## TYPICAL ANCHOR LAYOUT



**RECOMMENDED SPACING** From center of Anchor Tile Face 12" to 16" (305 mm to 406 mm) O.C. depending on service conditions.

## REQUIRED ANCHOR

| D | t | L₀ | Lᵢ | W | H1 | H2 |
|---|---|---|---|---|---|---|
| | | | | | | |

*Material & Other Requirements*

# SPECIALTY ANCHORS



**Quik-X™**
Page 10

**Alternate Variation Quik-X™**
Page 11

**Half Quik-X™**
Page 12

**K-Bar**
Page 13

**G-Clip**
Page 14





**Typical Ferrule Design**

## ANCHOR SPECIFICATIONS

| STANDARD DIMENSIONS | | STANDARD MATERIALS | |
|---|---|---|---|
| D | 1/4" (6 mm) to 1/2" (13 mm) | - CAST MS | - 410 |
| H | 3/4" (19 mm) to 2" (51 mm) | - CAST SS304 | - 410S |
| W | 2" (51 mm) | - CAST SS309 | |
| L | 3 1/4" (82 mm) | - CAST SS310 | |
| | | - CAST SS330 | |
| | | - CAST Inconel 601 | |

| STANDARD WPS-PQR* | | CUSTOMIZE THE QUIK-X |
|---|---|---|
| - P1 - P1 | - P7 - P4 | Contact Industrial Specialists to inquire about your own requirements, and we can work together to find you the perfect solution! |
| - P8 - P1 | | |
| - P8 - P4 | | |
| - P8 - P5b | | |
| - P8 - P8 | | |

*WPS & PQR's are developed based on client requirements. All WPS & PQRs require a minimum two-week lead time for ABSA registration.

*Ulitity patent US 10,508,861
*Design patent US D 872,569
*Patent pending in other countries

## ANCHOR DEVELOPMENT

The QUIK-X was developed to act as a replacement to HEXMESH with a drastically reduced installation time. The QUIK-X has the capability to repair small isolated areas or act as a brand new anchor installation for large scale projects.

## ANCHOR APPLICATIONS

The QUIK-X is a great alternative to all applications where HEXMESH was previously installed. High-abrasion thin linings are typical locations for the QUIK-X installation. Such applications include:
› Cyclone Bodies
› Erosion Wear parts
› Hot Coke and Cold Coke Transfer Lines
› Air Grids

## REQUIRED ANCHOR



| D | H | L | W |
|---|---|---|---|
| | | | |

*Material & Other Requirements*

## TYPICAL ANCHOR LAYOUT



SPECIALTY ANCHORS

## ALTERNATE VARIATION
# QUIK-X™





**Typical Ferrule Design**

## ANCHOR SPECIFICATIONS

| STANDARD DIMENSIONS | | STANDARD MATERIALS | |
|---|---|---|---|
| D | 1/4" (6 mm) to 1/2" (13 mm) | - CAST MS | - 410 |
| H | 3/4" (19 mm) to 2" (51 mm) | - CAST SS304 | - 410S |
| W | 2" (51 mm) | - CAST SS309 | |
| L | 3 1/4" (82 mm) | - CAST SS310 | |
| | | - CAST SS330 | |
| | | - CAST Inconel 601 | |

| STANDARD WPS-PQR* | | CUSTOMIZE THE QUIK-X |
|---|---|---|
| - P1 - P1 | - P7 - P4 | Contact Industrial Specialists to inquire about your own requirements, and we can work together to find you the perfect solution! |
| - P8 - P1 | | |
| - P8 - P4 | | |
| - P8 - P5b | | |
| - P8 - P8 | | |

*WPS & PQR's are developed based on client requirements. All WPS & PQRs require a minimum two-week lead time for ABSA registration.

*Utility patent US 10,508,861
*Design patent US D 872,569
*Patent pending in other countries

## ANCHOR DEVELOPMENT

The QUIK-X was developed to act as a replacement to HEXMESH with a drastically reduced installation time. The QUIK-X has the capability to repair small isolated areas or act as a brand new anchor installation for large scale projects. This variation of the QUIK-X comes even closer to mimicking a HEXMESH installation.

## ANCHOR APPLICATIONS

The QUIK-X is a great alternative to all applications where HEXMESH was previously installed. High-abrasion thin linings are typical locations for the QUIK-X installation. Such applications include:
› Cyclone Bodies
› Erosion Wear parts
› Hot Coke and Cold Coke Transfer Lines
› Air Grids

## REQUIRED ANCHOR

| D | H | L | W |
|---|---|---|---|
| | | | |

*Material & Other Requirements*

## TYPICAL ANCHOR LAYOUT



**The QUIK-X alternate variation closely mimics a HEXMESH installation with the bonus of a more efficient installation time!**



# HALF QUIK-X™





**Typical Ferrule Design**

## ANCHOR SPECIFICATIONS

| STANDARD DIMENSIONS | | STANDARD MATERIALS | |
|---|---|---|---|
| D | 1/4" (6 mm) to 1/2" (13 mm) | - CAST MS | - 410 |
| H | 3/4" (19 mm) to 2" (51 mm) | - CAST SS304 | - 410S |
| W | 1" (25 mm) | - CAST SS309 | |
| L | 3 1/4" (82 mm) | - CAST SS310 | |
| | | - CAST SS330 | |
| | | - CAST Inconel 601 | |

| STANDARD WPS-PQR* | | CUSTOMIZE THE QUIK-X |
|---|---|---|
| - P1 - P1 | - P7 - P4 | Contact Industrial Specialists to inquire about your own requirements, and we can work together to find you the perfect solution! |
| - P8 - P1 | | |
| - P8 - P4 | | |
| - P8 - P5b | | |
| - P8 - P8 | | |

*WPS & PQR's are developed based on client requirements. All WPS & PQRs require a minimum two-week lead time for ABSA registration.

*Utility patent US 10,508,861
*Design patent US D 872,569
*Patent pending in other countries

## ANCHOR DEVELOPMENT

The HALF QUIK-X was developed to complement the QUIK-X. The HALF QUIK-X can be used around the perimeter of a QUIK-X installation to finish the HEXMESH design to eliminate any potential failure areas.

## ANCHOR APPLICATIONS

The QUIK-X is a great alternative to all applications where HEXMESH was previously installed. High-abrasion thin linings are typical locations for the QUIK-X installation. Such applications include:
› Cyclone Bodies
› Erosion Wear parts
› Hot Coke and Cold Coke Transfer Lines
› Air Grids

## REQUIRED ANCHOR

| D | H | L | W |
|---|---|---|---|
| | | | |

**Material & Other Requirements**

## TYPICAL ANCHOR LAYOUT



# K-BAR





## ANCHOR SPECIFICATIONS

### STANDARD DIMENSIONS

| | |
|---|---|
| D | 1/4" (6 mm) to 1/2" (13 mm) |
| H | 3/4" (19 mm) to 2" (51 mm) |
| W | 1" (25 mm) |
| L | 3 1/8" (79 mm) |

### STANDARD MATERIALS

- CAST MS          - 410
- CAST SS304     - 410S
- CAST SS309
- CAST SS310
- CAST SS330
- CAST Inconel 601

### STANDARD WPS-PQR*

| | |
|---|---|
| - P1 - P1 | - P7 - P4 |
| - P8 - P1 | |
| - P8 - P4 | |
| - P8 - P5b | |
| - P8 - P8 | |

### CUSTOMIZE THE K-BAR

Contact Industrial Specialists to inquire about your own requirements, and we can work together to find you the perfect solution!

*WPS & PQR's are developed based on client requirements. All WPS & PQRs require a minimum two-week lead time for ABSA registration.



**Typical Ferrule Design**

## ANCHOR APPLICATIONS

The K-BAR is a great alternative to where HEXMESH-like systems are required or where S-BARs were previously installed. High-abrasion thin linings are typical locations for the K-BAR installation. Such applications include:

› Cyclone Bodies
› Erosion Wear parts
› Hot Coke and Cold Coke Transfer Lines
› Sparging Pipe

## TYPICAL ANCHOR LAYOUT



## REQUIRED ANCHOR

| D | H | L | W |
|---|---|---|---|
| | | | |

*Material & Other Requirements*

# G-CLIP







**Typical Ferrule Design**

## ANCHOR SPECIFICATIONS

| STANDARD DIMENSIONS | | STANDARD MATERIALS |
|---|---|---|
| t | 1/8" (3 mm) | - MS |
| H | 2" (51 mm) minimum | - SS304 |
| W | 5/8" (15 mm) | - SS309 |
| G | 11/16" (17 mm) | - SS310 |
| | | - SS330 |
| | | - Inconel 601 |

| STANDARD WPS-PQR* | CUSTOMIZE THE G-CLIP |
|---|---|
| - P1 - P1 | Contact Industrial Specialists to inquire about your own requirements, and we can work together to find you the perfect solution! |
| - P8 - P1 | |
| - P8 - P4 | |
| - P8 - P5b | |
| - P8 - P8 | |

*WPS & PQR's are developed based on client requirements. All WPS & PQRs require a minimum two-week lead time for ABSA registration.

## ANCHOR APPLICATIONS

The G-CLIP is used to anchor MESH (2" x 2" typ.) installations for erosion-resistant linings. Such applications include:

› Cyclones
› Water Conditioning Tanks
› Erosion-Resistant Ducting
› Kiln ID Fans
› Sulphur Pits

## TYPICAL ANCHOR LAYOUT



**RECOMMENDED SPACING 12" x 12" Square Pattern**

## REQUIRED ANCHOR

*H*

*Material & Other Requirements*

SPECIALTY ANCHORS

# CERAMIC FIBER ANCHORS





**Twistlock**
Page 16

**Insul-Twist**
Page 17

# TWISTLOCK







**Typical Ferrule Design**

## ANCHOR SPECIFICATIONS

| STANDARD DIMENSIONS | | STANDARD MATERIALS |
|---|---|---|
| O | 1/4" x 1/8" (6 mm x 3 mm) | - MS |
| H | 2" (51 mm) minimum | - SS304 |
| W | 1" (25 mm) | - SS309 |
| L | 1 3/8" (35 mm) | - SS310 |
| | | - SS330 |
| | | - Inconel 601 |

| STANDARD WPS-PQR* | CUSTOMIZE THE TWISTLOCK |
|---|---|
| - P1 - P1<br>- P8 - P1<br>- P8 - P4<br>- P8 - P5b<br>- P8 - P8 | Contact Industrial Specialists to inquire about your own requirements, and we can work together to find you the perfect solution! |

*WPS & PQR's are developed based on client requirements. All WPS & PQRs require a minimum two-week lead time for ABSA registration.

## ANCHOR APPLICATIONS

The TWISTLOCK anchor is best used in Ceramic Fiber Blanket linings. Such applications include:

› OTSG's
› Reformers
› Furnace Ducting

## REQUIRED ANCHOR

**H**

**Material & Other Requirements**

## TYPICAL ANCHOR LAYOUT

6"
(152 mm)   9"
(229 mm)   9"
(229 mm)   6"
(152 mm)

10" - 12"
(254 mm - 305 mm)

**RECOMMENDED SPACING**
Layout for butt joint

10"
(254 mm)   10"
(254 mm)   10"
(254 mm)

12"
(305 mm)

**RECOMMENDED SPACING**
Layout for overlapping joints

CERAMIC FIBER ANCHORS

# INSUL-TWIST





**Typical Ferrule Design**

## ANCHOR SPECIFICATIONS

| STANDARD DIMENSIONS | | STANDARD MATERIALS |
|---|---|---|
| D | 3/16" (5 mm) | - MS |
| H | 2" (51 mm) minimum | - SS304 |
| W | 1" (25 mm) | - SS309 |
| L | 1 9/16" (40 mm) | - SS310 |
| | | - SS330 |
| | | - Inconel 601 |

| STANDARD WPS-PQR* | CUSTOMIZE THE INSUL-TWIST |
|---|---|
| - P1 - P1<br>- P8 - P1<br>- P8 - P4<br>- P8 - P5b<br>- P8 - P8 | Contact Industrial Specialists to inquire about your own requirements, and we can work together to find you the perfect solution! |

*WPS & PQR's are developed based on client requirements. All WPS & PQRs require a minimum two-week lead time for ABSA registration.

## ANCHOR APPLICATIONS

The INSUL-TWIST anchor is best used in Ceramic Fiber Blanket linings. Such applications include:

› OTSG's
› Reformers
› Furnace Ducting

## REQUIRED ANCHOR

*H*

*Material & Other Requirements*

## TYPICAL ANCHOR LAYOUT

6"
(152 mm)   9"
(229 mm)   9"
(229 mm)   6"
(152 mm)

10" - 12"
(254 mm - 305 mm)

**RECOMMENDED SPACING**
**Layout for butt joint**

10"
(254 mm)   10"
(254 mm)   10"
(254 mm)

12"
(305 mm)

**RECOMMENDED SPACING**
**Layout for overlapping joints**

# STUDS



**Quik-Key System C-Clip Stud**
Page 19

**Full Thread Stud**
Page 20

**Partial Thread Stud**
Page 21



**Boiler Stud**
Page 22

## QUIK-KEY SYSTEM
# C-CLIP STUD





**Typical Ferrule Design**



## ANCHOR SPECIFICATIONS

| STANDARD DIMENSIONS | | STANDARD MATERIALS |
|---|---|---|
| D1 | 3/4" (19 mm) | - MS |
| D2 | 3/8" (10 mm) | - SS304 |
| H₀ | 2-3/8" (60 mm) | - SS309 |
| H1 | 1 3/4" (44 mm) | - SS310 |
| H2 | 5/8" (16 mm) | - SS330 |
| T | 1" (25 mm) | - Inconel 601 |

| STANDARD WPS-PQR* | CUSTOMIZE THE STUD |
|---|---|
| - P1 - P1<br>- P8 - P1<br>- P8 - P4<br>- P8 - P5b<br>- P8 - P8 | Contact Industrial Specialists to inquire about your own requirements, and we can work together to find you the perfect solution! |

*WPS & PQR's are developed based on client requirements. All WPS & PQRs require a minimum two-week lead time for ABSA registration.

## ANCHOR APPLICATIONS

The QUIK-KEY STUD can be used in a variety of applications. This stud is mainly used to attached the QUIK-KEY C-CLIP or to attach other anchor designs to suit the anchor installation. Typical areas where the QUIK-KEY STUD and C-CLIP are used:

› Cement
› Incinerators
› OSB and GTS units

## TYPICAL ANCHOR LAYOUT

**RECOMMENDED SPACING**
From center of Anchor Tile Face 12" to 16" (305 mm to 406 mm) O.C. depending on service conditions.

## REQUIRED ANCHOR

| D1 | D2 | H₀ | H1 | H2 | T |
|---|---|---|---|---|---|
| | | | | | |

*Material & Other Requirements*



## FULL THREAD
# STUD



**H**

**D**

### ANCHOR SPECIFICATIONS

| STANDARD DIMENSIONS | | STANDARD MATERIALS |
|---|---|---|
| D | 3/16" (10 mm) to 1" (25 mm) | - MS            - 410 |
| H | 3/4" (19 mm) minimum | - SS304       - 410S |
| | | - SS309 |
| | | - SS310 |
| | | - SS330 |
| | | - Inconel 601 |

| STANDARD WPS-PQR* | | CUSTOMIZE THE STUD |
|---|---|---|
| - P1 - P1     - P7 - P4 | | Contact Industrial Specialists to inquire about your own requirements, and we can work together to find you the perfect solution! |
| - P8 - P1 | | |
| - P8 - P4 | | |
| - P8 - P5b | | |
| - P8 - P8 | | |

*WPS & PQR's are developed based on client requirements. All WPS & PQRs require a minimum two-week lead time for ABSA registration.

 

**Typical Ferrule Design**

### ANCHOR APPLICATIONS

The FULL THREAD STUD is used for Ceramic Fiber Module installations. Typical applications for this stud are:

› Reformers
› Incinerators
› OTSGs
› Ducting

### REQUIRED ANCHOR

| D | H |
|---|---|
| | |

*Material & Other Requirements*

### TYPICAL ANCHOR LAYOUT



**11 1/2" (292 mm)**

**13 1/4" (337 mm)**

**RECOMMENDED SPACING**
**For proper 12" x 12" module compression**
(w/ batten strip included and depending on batten strip thickness)



PARTIAL THREAD
# STUD





**Typical Ferrule Design**

## ANCHOR SPECIFICATIONS

| STANDARD DIMENSIONS | | STANDARD MATERIALS | |
|---|---|---|---|
| D | 3/16" (10 mm) to 1" (25 mm) | - MS | - 410 |
| H | 3/4" (19 mm) minimum | - SS304 | - 410S |
| T | 0 minimum | - SS309 | |
| | | - SS310 | |
| | | - SS330 | |
| | | - Inconel 601 | |

| STANDARD WPS-PQR* | | CUSTOMIZE THE STUD |
|---|---|---|
| - P1 - P1 | - P7 - P4 | Contact Industrial Specialists to inquire about your own requirements, and we can work together to find you the perfect solution! |
| - P8 - P1 | | |
| - P8 - P4 | | |
| - P8 - P5b | | |
| - P8 - P8 | | |

*WPS & PQR's are developed based on client requirements. All WPS & PQRs require a minimum two-week lead time for ABSA registration.

## ANCHOR APPLICATIONS

The PARTIAL THREAD STUD is used for Ceramic Fiber Module installations. Typical applications for this stud are:

› Reformers
› Incinerators
› OTSGs
› Ducting

## REQUIRED ANCHOR

| D | H | T |
|---|---|---|
| | | |

**Material & Other Requirements**

## TYPICAL ANCHOR LAYOUT



**11 1/2" (292 mm)**

**13 1/4" (337 mm)**

RECOMMENDED SPACING
For proper 12" x 12" module compression
(w/ batten strip included and depending on batten strip thickness)

# BOILER STUD



**Typical Ferrule Design**

## ANCHOR SPECIFICATIONS

| STANDARD DIMENSIONS | | STANDARD MATERIALS | |
|---|---|---|---|
| D | 3/16" (10 mm) to 1" (25 mm) | - MS | - 410 |
| H | 3/4" (19 mm) minimum | - SS304 | - 410S |
| | | - SS309 | |
| | | - SS310 | |
| | | - SS330 | |
| | | - Inconel 601 | |

| STANDARD WPS-PQR* | | CUSTOMIZE THE STUD |
|---|---|---|
| - P1 - P1 | - P7 - P4 | Contact Industrial Specialists to inquire about your own requirements, and we can work together to find you the perfect solution! |
| - P8 - P1 | | |
| - P8 - P4 | | |
| - P8 - P5b | | |
| - P8 - P8 | | |

*WPS & PQR's are developed based on client requirements. All WPS & PQRs require a minimum two-week lead time for ABSA registration.

## ANCHOR APPLICATIONS

The BOILER STUD is usually used for specific applications on boiler tubes to hold refractory in place. However, be sure to let us know the application so that we can provide you with the correct ferrule for welding on a flat surface versus on boiler tubes.

## REQUIRED ANCHOR

| D | H |
|---|---|
| | |

*Material & Other Requirements*

## TYPICAL ANCHOR LAYOUT



# NOTES


BrandSafway offers the broadest range of access and industrial solutions with the greatest depth of expertise.

## › Ready to Deliver

**+Safety**
First and Foremost

**+Expertise**
Industry-Leading Depth/Range

**+Solutions**
The Broadest Portfolio

**+Productivity**
Increased at Every Level

**+Local**
Management and Labor

---

5730 FM 646 East
Dickinson, TX 77539
p. 832 226 5150 ext. 5072

2020 All rights reserved. BSL 3311 v1.2 9.2020







For more information, visit www.brandsafway.com