# EXHIBIT 35

# Refractory Locations

With refractory locations throughout the United States and Canada, we provide unmatched refractory installation combined with industry-leading technology.





**Alliance Refractories by AlumaSafway** *AllianceRefractories.com*
**Serving customers throughout Canada**
**Alberta:** Bonnyville, Calgary, Edmonton, Fort McMurray          **Saskatchewan:** Regina
**British Columbia:** Richmond
**Contact us:** *info@alliancerefractories.com*



**Empire Refractory Services by BrandSafway** *EmpireRefractoryOH.com*
**Serving customers throughout the U.S.**
**California:** Fairfield, Long Beach          **New Jersey:** Sewell
**Michigan:** Taylor          **Ohio:** Toledo
**Contact us:** *info@ersrefractory.com*



**Industrial Specialists by BrandSafway** *IndSpec.com*
**Serving customers throughout the U.S.**
**Florida:** Tampa          **Montana:** Billings
**Louisiana:** Gonzales, Sulphur          **Texas:** Beaumont, Corpus Christi, Dickinson
**Contact us:** *refractory@indspec.com*

          At Work For You®