# EXHIBIT 36

# Quik-X™ & Quik-X PRO™

## Advanced refractory anchoring systems

**BrandSafway's Quik-X & Quik-X PRO Refractory Anchoring Systems require fewer welds and are designed for use in chemical plants, refineries and more. Our innovative anchor systems increase productivity, reinforce refractories against cracking and can withstand extreme temperatures. Ideal for use in the cyclones and air grids of fluid catalytic cracking units (FCCUs).**

Quik-X™   Quik-X PRO™

BRAND SAFWAY®
At Work For You®

# Innovation – At Work for You®
## The next evolution in anchoring systems is here!

Designed with versatility, productivity and durability in mind, BrandSafway's Quik-X™ and Quik-X PRO™ are the best anchoring systems on the market today, improving the safety, speed, strength and accuracy of your refractory work.


Quik-X Layout


Quik-X PRO Transluscent View


**16 WELDS per sq. ft.**
The fewest welds in the industry

## Choose the refractory anchoring system to meet your unique needs

| Advantages | Quik-X | Quik-X Pro |
|---|---|---|
| Safer & more efficient | ✓ | ✓ |
| Fewer welds – 16 welds/sq. ft. | ✓ | ✓ |
| Less metal in refractory lining | ✓ | ✓ |
| **Stronger** | | |
| Durable independent cell technology | ✓ | ✓ |
| Reinforce refractories against cracking | ✓ | ✓ |
| Less than 0.5% failure rate when combined with BrandTech® Precision Welding | ✓ | ✓ |
| Strength per weld/anchor – 125,000 psi | ✓ | ✓ |
| **Faster (70% faster than other hex alternatives)** | | |
| Up to 10x faster than traditional hex mesh | ✓ | ✓ |
| 44% fewer welds than other anchoring systems | ✓ | ✓ |
| **Versatile** | | |
| Single metallurgy | ✓ | |
| Dual metallurgy – match anchor stud to shell | | ✓ |
| Change layout designs with ease | ✓ | ✓ |
| Fixed stud length | ✓ | |
| Custom stud length | | ✓ |

*Quik-X is patented and Quik-X PRO is patent-pending.*

For more information contact us at
**BrandTech@BrandSafway.com.**



2023 All rights reserved. BSL 3298

For more information, visit www.brandsafway.com