# EXHIBIT 37



# Refractory Solutions

**Experienced, Efficient Installation and Maintenance**



INDUSTRIAL SPECIALISTS
BY BRAND SAFWAY



# Let us help you take the heat!

**Industrial Specialists, a BrandSafway company, offers unmatched refractory solutions. Backed by more than 35 years of experience and patented technology designed to improve productivity, we can plan and execute any job safely and efficiently.**

## Services Offered

- Abrasion-Resistant Linings
- Gunite Linings
- Shotcrete Linings
- Vibe-Cast Linings for Shop & Field Projects
- Pump-Cast Linings
- High-Temperature Brick Linings
- Corrosion-Resistant Linings
- Burner Tiles & Precast Shapes
- Plastic Linings
- Ceramic Fiber Systems
- Fireproofing
- Comprehensive QA/QC Management
- Shop Fabrication Capabilities
- Intricate Brick Installation




## › Patented Technology

### › Quik-X™ Refractory Anchoring System
Our patented anchoring system uses 44% fewer welds, can be installed in half the time, and is specifically designed to work in the air grids and cyclones of FCCUs (fluid catalytic cracking units).

### › BrandTech™ Precast Solutions
Cut intricately detailed foam refractory forms within just hours, slashing costly downtime and shortening turnaround schedules by as much as 90%.

### › BrandTech® Precision Welding*
A computer-driven stud-welding technology, BrandTech uses 81% less labor, allowing two welders to do the work of 16 with a 0.5% error rate.

### › BrandTech™ Power Distribution Unit*
Increase equipment cost savings by up to 40%, and improve safety through simplified installation and maintenance.

  

*BrandTech Precision Welding and the BrandTech Power Distribution Unit meet all UL (Underwriters Laboratories), CSA (Canadian Standards Association), ABSA (Alberta Boilers Safety Association) and CE (European Union) standards.



  



## › Industry Applications
- › Fluid Catalytic Cracking Units
- › Heater & Furnace Reformers
- › Flexicoker & Delayed Coker
- › Sulfur Recovery Units
- › Boilers
- › Thermal Oxidizers
- › Hydrotreater/Hydrocracker
- › Kilns & Calciners

*"A well-designed and flawlessly executed plan for the inspection, installation and repair of refractory linings can reduce shifts during turnaround time. It can bring millions of dollars' worth of daily capacity back online sooner, ensures the refractory linings perform as intended, and provides the comfort of knowing that all workers remain safe every day."*

Industrial Specialists project manager, Hydrocarbon Engineering magazine, May 2018







### ❯ 35+ Years of Experience
Industrial Specialists has more than 35 years of experience in all phases of refractory construction, including turnarounds, major revamps, maintenance and new construction projects.

### ❯ 5+ Acres of Shop and Yard Space
We can accommodate numerous large refractory, insulation, painting and fireproofing projects simultaneously in our shop and yard space.

### ❯ 600+ Experts
Our refractory specialists and supervisors offer solutions and deliver results in even the most challenging environments.

### ❯ Certified Quality
Our refractory specialists have an average of 15 years of craft experience and API Standard 936 certification (Refractory Installation Quality Control – Inspection and Testing Monolithic Refractory Linings and Materials).

---

### ❯ Three locations to serve you.

| 10903 Boyt Road | 5730 FM 646 East | 39376 Babin Road |
| Beaumont, TX 77705 | Dickinson, TX 77539 | Gonzales, LA 70737 |
| 409 527 0374 | 832 226 5150 | 225 644 5971 |

Contact us today to learn more about how we can save you time, while increasing quality, on your next refractory project.

## ❯ Ready to Deliver

**+Safety**  
First and Foremost

**+Expertise**  
Industry-Leading Depth/Range

**+Solutions**  
The Broadest Portfolio

**+Productivity**  
Increased at Every Level

**+Local**  
Management and Labor

---

Brand Industrial Services, Inc.
1325 Cobb International Dr. Ste A-1
Kennesaw, GA USA 30152
Toll free: 800 558 4772

2020 All rights reserved.   BSL 1401 IS


INDUSTRIAL SPECIALISTS
BY BRAND⟩SAFWAY

**BRAND⟩SAFWAY**
At Work For You™

For more information, visit www.brandsafway.com