**EXHIBIT "B"**



June 15, 2023

Anthony and Crystal Imperato
9902 Indian Rill Court
Tomball, TX 77375

**VIA Electronic Mail and Regular Mail**

**Re:      Notice of Default(s)**


Dear Anthony and Crystal:

    This letter is offered as notice that your Franchise Agreement with Floor Coverings International Ltd. is in default for the following reason, <u>but not limited to</u>:

- AR balance of $7,169.39 due to a closed checking account

According to your Franchise Agreement Article III, Section G, "you will at all times during the term of the Agreement, maintain a balance in your bank account sufficient to allow the appropriate amount to be debited from your account for the Payments to FCI." Please cure this default by June 30, 2023 by paying this balance to Franchisor.

Failure to cure this default could lead to the termination of your Franchise Agreement whereby all post termination provisions of the agreement will be enforced.

Please contact Lee Smith to discuss.

                    Sincerely,

                    FLOOR COVERINGS INTERNATIONAL LTD.


                    Ben Pace
                    C.F.O.