AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Georgia

| | |
|---|---|
| ASHLEY HARVEY on behalf of herself and all persons similarly situated,<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>CLUB WAX, LLC., a Georgia Domestic Limited Liability Company, d/b/a, 4375 HOLDINGS, INC., 4375 MANAGERS, 4375 PROPERTIES, LLC., and THOMAS WATERS, JR, in his individual capacity<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. _____ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CLUB WAX, LLC., d/b/a 4375 HOLDINGS, INC., 4375 MANAGERS, 4375 PROPERTIES, LLC c/o Registered Agent - Tom Waters
1033 Stateline Road
Bowdon, GA 30108

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Adeash "A.J. Lakraj, Esq.
THE LEACH FIRM, P.A.
1560 N. Orange Avenue, Suite 600
Winter Park, FL 32789
(770)728-8478

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                          *CLERK OF COURT*

Date:      07/27/2023                       _____

                                           *Signature of Clerk or Deputy Clerk*