**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

> THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice - APPLICANT COPY | APPLICATION/PETITION/REQUEST NUMBER EAC1914350186 - EAC1914350327 | | NOTICE DATE 05/03/2019 |
|---|---|---|---|
| CASE TYPE I918A - I765 | SOCIAL SECURITY NUMBER | USCIS A# A201 878 850 | CODE 2 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER VSC | PAGE 1 of 1 |

HENIL SANJAYKUMAR PATEL
c/o BHAVYA CHAUDHARY AND ASSOC LLC
700 HOLCOMB BRIDGE RD
NORCROSS GA 30071

To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER USCIS COLUMBUS 5466 Westerville Pike - Alum Creek Plaza Westerville OH 43081 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. DATE AND TIME OF APPOINTMENT 05/24/2019 01:00PM |
|---|---|

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.

NOTE: If the USCIS ASC is closed due to inclement weather or for other unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available appointment date and mail you a notice with the new date and time.

**REQUEST FOR RESCHEDULING**

☐ Please reschedule my appointment. Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586.

BIOMETRICS PROCESSING STAMP
ASC SITE CODE _____
BIOMETRICS QA REVIEW BY: _____ ON MAY 21 2019
TENPRINTS QA REVIEW BY: _____ ON _____

APPLICATION NUMBER
I918A - EAC1914350186

APPLICATION NUMBER 2
I765 - EAC1914350327

If you have any questions regarding this notice, please call 1-800-375-5283.
WARNING: Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 05/07/18