# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ASHLEY BUTLER,<br><br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>        Defendants. | Case No.:<br><br>**CERTIFICATE OF INTERESTED PERSON** |

Pursuant to Local Rule 3.3, Plaintiff Ashley Butler hereby submits her Certificate of interested Parties and Corporate Disclosure statement:

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% of the stock of the party.

   Ashley Butler – Plaintiff

   Experian Information Solutions, Inc. – Defendant

   Trans Union LLC – Defendant

1

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, corporations, having either a financial interest in or other interest in which could be substantially affected by the outcome of this particular case.

   N/A

3. The undersigned further certifies that the following is a full and complete list of persons serving as attorneys for the parties in this proceeding.

   Jenna Dakroub, (SBN: 385021)
   CONSUMER ATTORNEYS
   260 Peachtree Street NW, Suite 2200
   Atlanta, GA 30303

RESPECTFULLY SUBMITTED this 27th day of July 2023.

        **CONSUMER ATTORNEYS**
        By: */s/Jenna Dakroub*
        Jenna Dakroub (SBN: 385021)
        260 Peachtree Street NW, Suite 2200
        Atlanta, GA 30303
        T: (602) 807-1525
        F: (718) 715-1750
        E: jdakroub@consumerattorneys.com

        **CONSUMER ATTORNEYS**
        8245 N. 85th Way
        Scottsdale, AZ 85258

        *Attorneys for Plaintiff*
        *Ashley Butler*