# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Amanda Dry, individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>Accreditation Commission for Education in Nursing, Inc.,<br><br>Defendant. | Case No.:<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.3, Plaintiff files her Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1) The undersigned counsel of record for Plaintiff certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

**Amanda Dry, Plaintiff**

**Accreditation Commission for Education in Nursing, Inc., Defendant**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

>Brian P. Adams
>Georgia Bar No. 142474
>ADAMS LAW FIRM
>598 D.T. Walton Sr. Way
>Macon, GA 31201
>Phone: (478) 238-0231
>brian@brianadamslaw.com

>*Applicants for Admission Pro Hac Vice:*
>William B. Federman
>FEDERMAN & SHERWOOD
>10205 N. Pennsylvania Ave.
>Oklahoma City, OK 73120
>Phone: (405) 235-1560
>*wbf@federmanlaw.com*

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

>**Attorneys for Plaintiff:**    Brian P. Adams
>Georgia Bar No. 142474
>Mary Beth Hand
>Georgia Bar No. 322836
>ADAMS LAW FIRM
>598 D.T. Walton Sr. Way
>Macon, GA 31201
>Phone: (478) 238-0231
>brian@brianadamslaw.com
>mbhand@brianadamslaw.com

*Applicants for Admission Pro Hac Vice:*
**William B. Federman**
**FEDERMAN & SHERWOOD**
**10205 N. Pennsylvania Ave.**
**Oklahoma City, OK 73120**
**Phone: (405) 235-1560**
*wbf@federmanlaw.com*

(4)   The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**Plaintiff is a citizen of South Carolina.**

**Defendant is a citizen of Georgia because it is incorporated in Georgia with its principal place of business in Atlanta, Georgia.**

This 27th day of July, 2023.

*/s/ Brian P. Adams*
Brian P. Adams
Georgia Bar No. 142474
Mary Beth Hand
Georgia Bar No. 322836
**ADAMS LAW FIRM**
598 D.T. Walton Sr. Way
Macon, GA 31201
Phone: (478) 238-0231
brian@brianadamslaw.com
mbhand@brianadamslaw.com

*Applicants for Admission Pro Hac Vice:*
William B. Federman
**FEDERMAN & SHERWOOD**

10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Phone: (405) 235-1560
*wbf@federmanlaw.com*

4

## **LOCAL RULE 7.1D CERTIFICATION**

Pursuant to Local Rule 7.1D, I certify that this pleading has been prepared with Times New Roman 14 point, the font and point selections approved by this Court in Local Rule 5.1B.

                                        */s/ Brian P. Adams*
                                        Brian P. Adams
                                        Georgia Bar No. 142474

**ADAMS LAW FIRM**
598 D.T. Walton Sr. Way
Macon, GA 31201
Phone: (478) 238-231
brian@brianadamslaw.com