**Exhibit A to the Complaint**

**Location:** Atlanta, GA  **IP Address:** 73.237.20.188
**Total Works Infringed:** 73  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: A0871B0EB7C20111BB09F60C27E556080176C97C<br>File Hash:<br>5C5F7C9546858ED9DE74D9EE188D3243A34B83E66B71A73602981903FF037D6A | 07-07-2023 13:07:53 | Tushy | 07-02-2023 | 07-13-2023 | PA0002420348 |
| 2 | Info Hash: 364A5051ABFF0470A23F8C977FD6FF59DC039E0E<br>File Hash:<br>254783EBE5A83E3120D334CB34781F453D98E157F254226692D903F3AFC0E5B8 | 06-23-2023 20:00:04 | Tushy | 06-18-2023 | 07-13-2023 | PA0002420350 |
| 3 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash:<br>E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 06-19-2023 01:55:09 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 4 | Info Hash: 743B3602E3947D7E2E0C0F2C50A1E319355E9209<br>File Hash:<br>DEA04C3638F6A0FDE0AF99820AC7F8170B93F2FFB7C72784E2E70A8A386B3060 | 05-28-2023 02:04:20 | Tushy | 03-19-2023 | 04-07-2023 | PA0002405758 |
| 5 | Info Hash: D5362681782179DB5AA65A162DF1160631738C93<br>File Hash:<br>4B4161A3B342421E3C7567EC23ACFDBCF5F23C5DF28BCD52EA4004E29BB64939 | 05-25-2023 11:29:18 | Tushy | 05-21-2023 | 06-09-2023 | PA0002415379 |
| 6 | Info Hash: 15E9E56B5D2CB66E73AAE195AE2CDB458F882A0D<br>File Hash:<br>8B9D7B482ACCDB7761FFB716C29BAFD614DF8911DF947FC1BF89B3786570ECC6 | 05-18-2023 11:36:18 | Tushy | 05-14-2023 | 06-09-2023 | PA0002415365 |
| 7 | Info Hash: 5921FEA8542666313161B0D6A969C337153A1486<br>File Hash:<br>7B5D5506F30A433FBEDE57DF46EAF0D6160365EDC695346C4CF8A143E14C7CFC | 05-17-2023 23:16:55 | Blacked | 05-13-2023 | 06-09-2023 | PA0002415384 |
| 8 | Info Hash: D440379C6C7E543015741EEFBB8F44BF694EE1D4<br>File Hash:<br>01517CCEABABC607027F610CFE2E7D9F1EC4F6171F1FA0588A9FD6BACA8B3956 | 05-16-2023 00:42:50 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |
| 9 | Info Hash: 711061440560362DE228D9B89300367651333F3A<br>File Hash:<br>D8BA5227FA7EE9E2E952404158A35E10AD553C26D90425F7BDF7776FDD3AA3BA | 05-10-2023 11:12:17 | Tushy | 05-07-2023 | 05-14-2023 | PA0002411294 |
| 10 | Info Hash: 2241F2A87987DA239536954DD0BA61446A67DCBF<br>File Hash:<br>722F6D3F8578FCE3C6B81AC38026BEA54089FC26BEC650B93D7E850E250FE62B | 05-06-2023 00:34:22 | Tushy | 04-30-2023 | 05-14-2023 | PA0002411311 |
| 11 | Info Hash: 732813BB2180BDE9475B1630CCE9364D0C069228<br>File Hash:<br>A0C0E5FF9FB0A72DF42E4CFBF3DCE9FB22CDE152D96D350510E350015045EFFE | 05-03-2023 01:58:07 | Blacked Raw | 04-29-2023 | 05-14-2023 | PA0002411313 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: C66C68567B410A9898F2F6EF8AB001B4C1D3C212<br>File Hash: 281B4A3DEA06D447CEB4A72C07D4655F60123C065059DF7CB9509D58023EEF91 | 04-25-2023 01:30:31 | Vixen | 04-21-2023 | 05-15-2023 | PA0002411310 |
| 13 | Info Hash: 35715998120E4934BEEFD7F4F50AAF323FDE732E<br>File Hash: 255FDF4A2DFC3D182BEA301C297B889372478C7B59B9AC82AEC038D065CE14EF | 04-20-2023 11:13:33 | Tushy | 04-16-2023 | 05-14-2023 | PA0002411274 |
| 14 | Info Hash: 25911261133636DA5E9A2ED2D08B5C41D3077C29<br>File Hash: 15AEA451ADB45F4921FA0C5E6B9EDCFCA1267A16CA238F80FD4D7B0949AB8781 | 04-17-2023 19:56:49 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 15 | Info Hash: 383A4EA90E9A7D6495CC77BEBD1EB12915494309<br>File Hash: E2A478830E64E95BA33CA74BC6762410DB6B910B61013CD04C8C84D95356931E | 04-13-2023 19:47:11 | Tushy | 12-07-2019 | 12-17-2019 | PA0002217666 |
| 16 | Info Hash: 85D33E37973102266D0B7D4205A49292648C776D<br>File Hash: 086C66E3451799FB3311737E48052E24959A67E22D829F127DA52826BB9E7AE4 | 04-11-2023 21:48:25 | Tushy | 04-09-2023 | 05-15-2023 | PA0002411263 |
| 17 | Info Hash: 6A0E4F47E6B770D53A96234596721B9EB309ABC5<br>File Hash: 7C515B5F023A5BB71D35A3A323BAC5736B51C521139A3189D8D070EAF8E0997A | 04-05-2023 12:04:44 | Blacked | 07-25-2020 | 08-11-2020 | PA0002252256 |
| 18 | Info Hash: 0D98C9D64CA30CD2FAEDC1AC36A39D345EA7749D<br>File Hash: 62046B7018EA9D1954194A355755E15ABA702E4E367ED1DDB3A525B0BC8233BD | 04-05-2023 11:53:28 | Tushy | 04-02-2023 | 04-07-2023 | PA0002405755 |
| 19 | Info Hash: 7E55EEE7E3D566F74E389AA6262B0B6F4A551118<br>File Hash: A7F4E0943508A2694A0FE2D61024363964202DBCFFCE54C8D227D584B68FF306 | 03-30-2023 22:05:51 | Tushy | 03-26-2023 | 04-07-2023 | PA0002405762 |
| 20 | Info Hash: F91C59C6E04A926E5C039E40C8D2C693F491E336<br>File Hash: 82B97FF6266964E50AD4C183701854B0215741710DB49486BC7F8A545766CC2E | 03-28-2023 20:04:41 | Blacked Raw | 03-25-2023 | 04-07-2023 | PA0002405729 |
| 21 | Info Hash: 570ADBBB385588D27AC048E1C5E6D9D686A08A39<br>File Hash: A8E31D9E099E252807F9D97CDD655513D1BB72EF0912DB7668048E3E645898F0 | 03-27-2023 13:12:32 | Tushy | 12-05-2021 | 12-09-2021 | PA0002325840 |
| 22 | Info Hash: 60BCCBB0AC4CBFF8FF0BA4FCBD32E5FA3BAADD16<br>File Hash: 345121A9C591335279FF008033711FDFF7C4866946F7AD249AF1061E591BE2E7 | 03-27-2023 11:53:31 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 23 | Info Hash: AD35028FBA3E58D262D727CE869E6D4757C8DF91<br>File Hash: 0D5C4E7A38DFCBCDB5DBF984E8A5D82A8CB9E6F278043C661BDCAFDE1D4D93C1 | 03-20-2023 12:57:08 | Blacked | 03-18-2023 | 04-07-2023 | PA0002405751 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 1126FFDAB039432CE55D786402084CFC474E693A<br>File Hash: 484294E18E4ECD4CFBCF3EB7DC53E14D11C9025DD5368C3AE34798BF6FB40146 | 03-16-2023 11:39:19 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 25 | Info Hash: DBAA02153CB1ACE3D2D3133FD8A00C6766453DA5<br>File Hash: 8F50BCF41DEEA9CB475E77E05BFE90341DA3F03214D1506CC7B08009A850E053 | 03-16-2023 11:36:56 | Blacked Raw | 01-02-2018 | 01-26-2018 | PA0002101761 |
| 26 | Info Hash: 08080DC0A3D2BDB924B4CB8F1B4A83C06E76C82B<br>File Hash: C6DE1CC4F1B55053363FBFF89FE3F8AF6D81B5073097E444AAB0C64695136566 | 03-15-2023 11:24:12 | Tushy | 03-12-2023 | 04-07-2023 | PA0002405752 |
| 27 | Info Hash: A68264E6A4F16004A1448280E6E10238EC3665E6<br>File Hash: 6BF637317EF34464D0F205B001FD9EEF940F210572FB7CDE9CA4A1021DEE2299 | 03-14-2023 21:07:35 | Vixen | 03-10-2023 | 04-09-2023 | PA0002405759 |
| 28 | Info Hash: C2C4E792B69682073D7381B71A74556ECCE03943<br>File Hash: 60EAEBDA05F5829AFD7DE50EA53DC576A9C6DD6347511D6122265BE9FA1F4095 | 03-07-2023 12:18:13 | Tushy | 03-05-2023 | 04-07-2023 | PA0002405753 |
| 29 | Info Hash: D6029FE59BC99E03CB8157A10F5E9F8125199838<br>File Hash: 40CC63F5013CC2C029E88DC2138FA1B6934C57F70963039D892241E9D71394A5 | 03-01-2023 21:19:55 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 30 | Info Hash: C53946C97B226C06BE28B29962D81DD4311C318A<br>File Hash: 84D3DDD0B642C99A94135BF2A3015E727FA42FDAA94E68297E2A6E8363B51464 | 03-01-2023 20:24:41 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 31 | Info Hash: 5B3EEF56046E68152C027B3D595FC6C98889C0DD<br>File Hash: 343D1528287A7B1878532AD9ED95033CECF8265C8BC11C016CC55FD6CD52A67A | 02-27-2023 03:01:26 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 32 | Info Hash: BDD77BD8D64D940C3C113FE65070711EB153013B<br>File Hash: 9AA865FBFC08131F909CB29A254EEA4B6C42B3DED82BF9919A680C7F052D362D | 02-14-2023 12:24:18 | Tushy | 02-12-2023 | 03-07-2023 | PA0002400309 |
| 33 | Info Hash: 780EB03950E307055A06005EDA9C3E648A24DBBA<br>File Hash: DBDB338D4F78FB2695FD41DDA3E6BAEC3DCEFA8D85B677B193AE71D87C73C945 | 02-11-2023 12:24:08 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 34 | Info Hash: 74B8BD53BF12A2073D2A04B37C8826F13B140035<br>File Hash: 265667A7A9870996F1562624DE5604DE7F0088FA131250F48F2C710990CB611F | 02-11-2023 12:22:18 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 35 | Info Hash: 68D3FB33ECD5DAC5D07417DBB60EC5794C4DDB03<br>File Hash: 8444A684F7A41783330945CDF7A1F2F14BD536EDCD240DF33B73767C549A3E95 | 02-08-2023 13:12:23 | Tushy | 02-05-2023 | 03-07-2023 | PA0002400315 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: BD395152D55EA93402A2153A15266E491C70ECD5<br>File Hash:<br>CBDA8630431942386C68F08C0570B6447E53D43FCF229734889E95AC14214E63 | 02-01-2023 20:23:20 | Blacked Raw | 01-29-2023 | 04-13-2023 | PA0002406902 |
| 37 | Info Hash: 07D183ACDE4666D48DFBBFDA039D1220D6923FFC<br>File Hash:<br>1E73D1FD032959A1C730487798EF0AD3ED74284AF34DDA527545678185923601 | 01-22-2023 13:09:53 | Vixen | 01-20-2023 | 01-27-2023 | PA0002393071 |
| 38 | Info Hash: 629DF02CDAC1EC602F343FDCC55EDF3C6307B281<br>File Hash:<br>04F8AED78A39739C543E3B91EBEFC20E9C8DDADCCDFC1570EEB89F305CA88C54 | 01-22-2023 02:12:42 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |
| 39 | Info Hash: 0AC629E1B29686D67279EC8B6EA141C079FD7E7A<br>File Hash:<br>2015A762D99B2737B5E3CB11EBAA755FA4DC2779A31E6786B767D3C1E56393CC | 01-17-2023 12:29:01 | Tushy | 01-15-2023 | 01-27-2023 | PA0002393083 |
| 40 | Info Hash: 51C17C0D7D71353275321376EA757309785CD03A<br>File Hash:<br>15F57588F6DFB9E2F09743A98FE6A12D90597A773866F4EBC843D3FD93B27BCE | 01-16-2023 12:39:27 | Tushy | 09-11-2022 | 10-05-2022 | PA0002373765 |
| 41 | Info Hash: 32C7AB876B137BF74CE7323BFC473222903F16B0<br>File Hash:<br>30D93A3E9AA93AE378052299555214F5AB4812974BE4C8629C25C954678C16AA | 01-16-2023 12:39:13 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 42 | Info Hash: 899AF81AEAE442CFF185F64D75810BA04F8CFCB2<br>File Hash:<br>8D77B00611453148A1A4F389900633F5C31EAD317CA050580B2861F1C59A2FB3 | 01-16-2023 12:31:33 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 43 | Info Hash: C587D7D844493811E67C3945D6E504448A44CB6D<br>File Hash:<br>7B714CAD15B786523D93C122093E98271320F0BCEAB417C3CA9711C2300F1AB3 | 01-11-2023 12:27:50 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 44 | Info Hash: 57C6912A8C0A652DCA85A3C71BF6C3DEAF6ADA9D<br>File Hash:<br>46DE425154E54C1154880B5A5814B542C2485F3870DC77DAA5A6781AC10D4A8D | 01-09-2023 12:30:52 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 45 | Info Hash: 61147700F18BA0D2A3923D049DB3EBA0F7B0C7AF<br>File Hash:<br>3EF231AB1305F9FB3C421A3BDB8E139D879D3D36C8BB818F47A9B406E28FBDC4 | 12-28-2022 12:53:59 | Blacked Raw | 12-25-2022 | 01-09-2023 | PA0002389598 |
| 46 | Info Hash: 040C855A55FDB1891D0D9D6655F11D3DF0EC11F5<br>File Hash:<br>72F566FB4D1BDDF7E3087ADD2C9DF4D8431564B7602681FB07685B0A6086350C | 12-24-2022 19:57:37 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 47 | Info Hash: D70B641B33E30BCED7E47CC2E730012E20C36C06<br>File Hash:<br>5BA409A3CAB83E625CF54404B0792AAE034DCDAE89FF5B310B15797BA71D2631 | 12-06-2022 13:00:41 | Tushy | 12-04-2022 | 01-10-2023 | PA0002389591 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 88CBD73B930777B8AE27120F2AE91AD6BE13EBE1<br>File Hash: 791CDDC23EE571D2F04300CFC175D663F0F503F6F8145459750D4AD0912D74C4 | 11-30-2022 12:36:31 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 49 | Info Hash: 28EDF2C62BADD8B3118351281610A387E51675A4<br>File Hash: 9E0B763F054683E00B053153692896D4087A9C22C2D32CF3E0D45C47940A3A3A | 11-29-2022 12:24:51 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 50 | Info Hash: E6407E0ABEA09EB702CB16B07FE45432F50F7CAF<br>File Hash: 093B1FBCE39A73834E53CA771C4F58B0B28B8C0F1A80001E6D37492B1E8F2ABC | 11-28-2022 20:15:30 | Vixen | 04-22-2022 | 05-20-2022 | PA0002350377 |
| 51 | Info Hash: 3C6F904EBC75852A3BD1F0C2A3DE513FA4B37B73<br>File Hash: 52453AC6D8EDAAED0F20A81E516C328D6909C6C005A435275B69445E7598F3AB | 11-28-2022 20:09:59 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 52 | Info Hash: EC40852D6DAF26790A6256DD34017213CD1756BF<br>File Hash: D7973478B39F77F9FD87444AD83D272C340EFE1590C85CC40F93A503B7B38A61 | 11-28-2022 20:05:49 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 53 | Info Hash: ED3B56B1959F0B233F3A1634827EA46BE58C2270<br>File Hash: 6DBC8300EBF9F88EF8A543F4F5BA53F488520D0D69E504761FF101F72BAF0F77 | 11-28-2022 12:15:40 | Vixen | 11-25-2022 | 12-11-2022 | PA0002384729 |
| 54 | Info Hash: D1246169E8CD7824C43B5B28EAF31201DC715B02<br>File Hash: DDDA5C1FFEB913FE1F1D53D7EB12936F2BEFDFDBFE0C54633ADECE5CEAF678D1 | 11-23-2022 12:29:31 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |
| 55 | Info Hash: 1798C2741436D0EF0A3A44D75E816B3FDC2FC368<br>File Hash: F5CD6B191A1A2DA17E59180FE67B57A65D987F2E8D46ABD9A7CBD0970C2688CF | 11-22-2022 13:06:38 | Tushy | 12-26-2021 | 02-03-2022 | PA0002341847 |
| 56 | Info Hash: 49FEC5980F895C399441AF4A8C506443C455EF32<br>File Hash: 0EEACFDE820263FFC90F3B8F573BBE4BE0BC0E6A6548B184A6ABB2AE97BA8E22 | 11-01-2022 12:27:36 | Tushy | 10-30-2022 | 01-06-2023 | PA0002394017 |
| 57 | Info Hash: 3CC0DA79D3ADEED3996E1BF451BD03CE139AF252<br>File Hash: E10FEDAF4F7AC9AD10B102BBC8AEC0862AE60F1B17EB17809768F783FED2F873 | 10-31-2022 12:14:56 | Blacked | 10-29-2022 | 01-06-2023 | PA0002394016 |
| 58 | Info Hash: 22F31501D5E8D153CF63A20E446951DBA184FC1B<br>File Hash: 236E696F41CB2DD3A640CEFCBF0A98F31EED17CBC3BB6265AE79FC714C59547B | 10-25-2022 13:20:25 | Tushy | 10-23-2022 | 10-31-2022 | PA0002377815 |
| 59 | Info Hash: A226E8E6DE9FA142E62B538BC31C1E913297A4F2<br>File Hash: B028A68CC5FF94995EF12037B648A4F3DEFBB9D10A571805861DE84AC24C43B9 | 10-23-2022 12:27:00 | Vixen | 10-21-2022 | 11-01-2022 | PA0002378075 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 4D93F4FB8CFF6B319778B7AA15FBEE54A4964862<br>File Hash: 1887F620C4288B41827C85A7C226937D98682F28A9DEB01360EA10C0A43C77E7 | 10-23-2022 12:23:59 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |
| 61 | Info Hash: 81F168AE4D617B492ABE43FD31EB38D8A5B5BCA5<br>File Hash: B51FACD2FC56DAE63E9AC46634D88BB4CEE03E6887A99467095C8C6435C3F91C | 10-20-2022 00:49:16 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 62 | Info Hash: 388128E50D34A2E03CCD58ABDF06E8FE7EBE2BD6<br>File Hash: F2202549902BF70E29B42197CC6F0F8FA4F83AB41FCDF2DA060D7D79FF76A6D7 | 10-18-2022 19:16:57 | Tushy | 10-16-2022 | 11-27-2022 | PA0002388606 |
| 63 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash: 5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 10-18-2022 00:40:13 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 64 | Info Hash: 09CCA508E03DDF7761465A3DA9A31FEDDF0121E4<br>File Hash: 8AB17482059F60CACC1844D573721A3F38E3BB9AE7FFAC2E9F5C225926C19BB0 | 10-18-2022 00:39:37 | Vixen | 10-14-2022 | 10-31-2022 | PA0002377830 |
| 65 | Info Hash: BE80A415BC202E76FA9157156AB5E966C74933F7<br>File Hash: AF49BA7E7CB74EE8142C90F0A28D874C3975C1C92742C95ED04F5D1A4C0D38C2 | 10-11-2022 12:10:34 | Tushy | 10-09-2022 | 11-27-2022 | PA0002389321 |
| 66 | Info Hash: F637F27E9BD7EEF5257F63E82C4518764239939F<br>File Hash: 3AFC9D21BD0D9BF109AA4ABDF4A69AC9087CBF4EA0D674E199C60636E7EAB939 | 10-11-2022 11:57:02 | Tushy | 09-04-2022 | 11-27-2022 | PA0002388059 |
| 67 | Info Hash: DE8CBCD7296E751C15C8392D639EAC1BFA02113B<br>File Hash: 35BF493D07BD5974C8A1F563F5E7B1767534F7FAB88C07DB5957012FFC140E67 | 10-10-2022 11:02:22 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 68 | Info Hash: 08BC68EF51C5EB6F56773693E048F280F7B204EC<br>File Hash: B44CD6C499FA5820351EDD055B5670CAB8DFECB3A28C03A5D5EB7552AFAE3659 | 10-09-2022 12:13:15 | Vixen | 10-07-2022 | 11-24-2022 | PA0002389323 |
| 69 | Info Hash: FFFE9C9D589325A8374DF451BD1E5E192F24A65E<br>File Hash: F8BE65077EF499A14FE05A54CB212223879694760FDA640B99FBAE138D0D939D | 10-05-2022 11:35:17 | Tushy | 10-02-2022 | 11-27-2022 | PA0002388605 |
| 70 | Info Hash: 3FCB5EDC4F914B5E7E509A419779B9C41C106BED<br>File Hash: 64D9FA6D56DC2C9786A13DBC667D003150B4FA85671ED892B747B6486C35D61C | 10-03-2022 13:08:27 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 71 | Info Hash: BD6F47936377A54BF93F18AD88372D3D36C3975E<br>File Hash: 41DCDA508BC2B94C561CD2D990D53D744596B6BFD8E3DC91BFEEF6F1EA17A39A | 10-03-2022 12:24:33 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 719C65D6191B5FF637ABE3164005C36EA313EA4D<br>File Hash:<br>716A4CE5DBD8217ABBF5B045B4B9E6A7F5CF8AB3AFEA29D21184478EEB384C25 | 09-29-2022 20:23:56 | Blacked Raw | 09-26-2022 | 10-31-2022 | PA0002377828 |
| 73 | Info Hash: 693F697CBF4431F197EE5A223C18662D6E98B78D<br>File Hash:<br>4AAB5FC3E48AB1A75F859A380C6A1EFD4FFFB955212465901906FD2DD4E14789 | 09-28-2022 19:51:14 | Tushy | 09-25-2022 | 10-05-2022 | PA0002373771 |