**TWELVE CASES FILED CONTEMPORANEOUSLY TODAY THAT SHOULD BE CONSOLIDATED IN CASE 1:23-CV-02096-SDG UNDER RULE 42(a)**

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 73.237.20.188, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 76.20.196.242, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 73.7.71.55, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

STRIKE 3 HOLDINGS, LLC,       )
                              )

          Plaintiff,         )     Civil Case No.
                              )

v.                            )
                              )

JOHN DOE subscriber assigned IP   )
Address 73.43.143.111,            )
                              )

          Defendant.      )
_____)

STRIKE 3 HOLDINGS, LLC,       )
                              )

          Plaintiff,         )     Civil Case No.
                              )

v.                            )
                              )

JOHN DOE subscriber assigned IP   )
Address 71.199.128.113,          )
                              )

          Defendant.      )
_____)

STRIKE 3 HOLDINGS, LLC,       )
                              )

          Plaintiff,         )     Civil Case No.
                              )

v.                            )
                              )

JOHN DOE subscriber assigned IP   )
Address 73.207.188.137,          )
                              )

          Defendant.      )
_____)

STRIKE 3 HOLDINGS, LLC,        )
                                           )
           Plaintiff,        )   Civil Case No.
                                           )
v.                            )
                                         )
JOHN DOE subscriber assigned IP  )
Address 73.207.122.124,       )
                                         )
           Defendant.    )
                                         )

STRIKE 3 HOLDINGS, LLC,        )
                                         )
           Plaintiff,        )   Civil Case No.
                                           )
v.                            )
                                         )
JOHN DOE subscriber assigned IP  )
Address 66.56.25.205,        )
                                         )
           Defendant.    )
                                         )

STRIKE 3 HOLDINGS, LLC,        )
                                         )
           Plaintiff,        )   Civil Case No.
                                           )
v.                            )
                                         )
JOHN DOE subscriber assigned IP  )
Address 73.43.78.192,        )
                                         )
           Defendant.    )
                                         )

STRIKE 3 HOLDINGS, LLC,                      )
                                             )
        Plaintiff,                   )          Civil Case No.
                                             )
v.                                           )
                                             )
JOHN DOE subscriber assigned IP              )
Address 73.207.25.101,                       )
                                             )
        Defendant.                   )
_____)

STRIKE 3 HOLDINGS, LLC,                      )
                                             )
        Plaintiff,                   )          Civil Case No.
                                             )
v.                                           )
                                             )
JOHN DOE subscriber assigned IP              )
Address 50.227.69.228,                       )
                                             )
        Defendant.                   )
_____)

STRIKE 3 HOLDINGS, LLC,                      )
                                             )
        Plaintiff,                   )          Civil Case No.
                                             )
v.                                           )
                                             )
JOHN DOE subscriber assigned IP              )
Address 24.126.175.37,                       )
                                             )
        Defendant.                   )
_____)

Dated: July 27, 2023

Respectfully submitted,

By: /s/ *Richard A. Rice, Jr.*
Richard A. Rice, Jr., Esq.
GA Bar No. 603203

The Rice Law Firm, LLC
3151 Maple Drive, NE
Atlanta, GA 30305
Tel.: (404) 835-0783
Fax: (404) 481-3057
E-mail: richard.rice@trlfirm.com
*Trial Counsel for Plaintiff*