**Exhibit A to the Complaint**

**Location:** Marietta, GA  **IP Address:** 76.20.196.242
**Total Works Infringed:** 74  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 91A4EFE2C634E466B827833D0124F82C6DA6D732<br>File Hash:<br>52D5F331A869CBAC67910086299E363F7EDBABA2D8D8AD0B2347769867A54201 | 06-19-2023<br>18:34:27 | Blacked | 06-17-2023 | 07-13-2023 | PA0002420351 |
| 2 | Info Hash: A684568AFA7D65FDBFF7601CD3BABE577C9965DC<br>File Hash:<br>14F2599019F13B16D39FCEB60BABB5EAD42CD22ABE76AD2B6398D9C5B4C17849 | 06-19-2023<br>02:54:43 | Blacked Raw | 06-18-2023 | 07-13-2023 | PA0002420357 |
| 3 | Info Hash: 7F5B8079599423DCE545B9D78C590397F8B1CEA5<br>File Hash:<br>9C5355233ED2D0719E5DD538B950A3E16E158B24BA47ED5F6573DBEF7C999864 | 06-19-2023<br>02:36:04 | Blacked Raw | 03-14-2022 | 03-29-2022 | PA0002342865 |
| 4 | Info Hash: 1C6F4FA9ACB3B4E5B60430B3909F41BB012F6E95<br>File Hash:<br>00E0F33B2BFB37B93D6505165778A21F7BF380F3C80712678F32632B9425098C | 06-16-2023<br>11:31:14 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |
| 5 | Info Hash: 0A0DF8463036CEC98B72B6F9E9B033AB88883E1B<br>File Hash:<br>9E8B453850957B0129513929AA52F98F20308E7ABDFB432C19C12FD5001D3AA0 | 06-14-2023<br>02:56:07 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 6 | Info Hash: 21E84C79E51C7C548401A17528895573538EEB5A<br>File Hash:<br>FC4090D0313BA9E0E44D9175D9B0BA121002C7DFA01EC8442BE5BA130CBD4DC7 | 05-29-2023<br>19:10:20 | Tushy | 12-19-2021 | 02-03-2022 | PA0002341852 |
| 7 | Info Hash: 9854BD9F9D15E6CAB0E441F29C3A939CECB90B01<br>File Hash:<br>9700672433356F8B1439FE7A6121D986D18E7106E4D26190A296C4EE36932BB0 | 05-28-2023<br>02:28:29 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 8 | Info Hash: DB89B75E9DAD31F15DC983AABCEB9AE720EDB193<br>File Hash:<br>4944D7029732BDEAB22221D7A9735586B69A051A79247640CBDDC1C8D2D2F2DF | 05-28-2023<br>02:18:55 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 9 | Info Hash: 34F1BD82F61B7AECAE65BF2B8BB5E672153A337B<br>File Hash:<br>BC9AB74CD3A013607619CAA80E09F47939A9064E7343B80E6B32CCE0D9D3B328 | 05-28-2023<br>02:00:38 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 10 | Info Hash: FAE4B5D7521AB402BB80CF92802148D900CD4866<br>File Hash:<br>58DB5DA911A6F074DD1DF3D1834FA6800DB112A523C1798F94B0187DC9DBF67A | 05-22-2023<br>14:19:19 | Tushy | 05-21-2023 | 06-09-2023 | PA0002415379 |
| 11 | Info Hash: 735819ADA24E184D8BDBA72736218DB712B594B0<br>File Hash:<br>120692D63A55EFA9702C09891046468B18482696639B3F0C823F1C4E6239A9E7 | 05-17-2023<br>11:40:19 | Tushy | 09-25-2022 | 10-05-2022 | PA0002373771 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: BEA3F713C85F20F62FE90741A87B482944C52E42<br>File Hash: B17411036635ACD34B48C0B51E31AA65430F64DA388803601FDAB9BC5FAAD43F | 05-16-2023 16:20:02 | Tushy | 07-25-2017 | 08-11-2017 | PA0002046870 |
| 13 | Info Hash: 8DC5A34B823B33DC7C7AB4C5A260C6E5C93B028A<br>File Hash: 09C19BDF130B87AF1401AB5C07E92F1DADAC012D659E9F6DC71FBBFC73EC6BD4 | 05-16-2023 16:11:07 | Tushy | 01-26-2018 | 02-20-2018 | PA0002104196 |
| 14 | Info Hash: 88A73AB29C9C90A264F22EE7F59A6066844D6EAD<br>File Hash: 49E37590E3475196F276692F993CBAD1A77E336E73CD79C444A7C590F6F2F3C4 | 05-12-2023 00:53:55 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |
| 15 | Info Hash: 2D7A1E8CA1FCCF1820031D809FAC42C1F7265483<br>File Hash: AF2165086F782EDD09545EF50146ED3F3DEA6CA315F68266FC58A490BF459D71 | 05-07-2023 13:05:00 | Vixen | 05-05-2023 | 05-15-2023 | PA0002411290 |
| 16 | Info Hash: F6258E0BEBA58E3EB038EA41D51919ED7AE101BF<br>File Hash: B2F1872CD8202F3FAF7BDB3FF46F33698315112D32C4C7D83EC78A205C4DABDC | 05-07-2023 06:00:51 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |
| 17 | Info Hash: F1E8E40B9082FAE2F594FF8C66B57DE04CD2C1DB<br>File Hash: A589853FE589838D31AFFDAEA90FDE0BE0A9010F94DA2DA8824EAC909D852127 | 05-07-2023 05:53:40 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 18 | Info Hash: 08B38BE581E833DC9E28280C10CF59A089A02F57<br>File Hash: DDFCE6511EF710FA2DF9498E035871824E1D4BD9A6AFE02D17C2CC5D2D500BF4 | 05-07-2023 05:51:33 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 19 | Info Hash: B0BD8522791507BF21518F763FBAE2D04009166C<br>File Hash: BE9399E4C9B8277D1C6EC110BE1D0AF0F6C50CDBD16E0A00ADD6C46AB999C6FC | 05-02-2023 18:31:15 | Blacked Raw | 09-04-2018 | 11-01-2018 | PA0002143430 |
| 20 | Info Hash: 30301D91EB7B5A90760AA74896B144B14379DD64<br>File Hash: 6BCEB16549DD0A377B08BAEE1ECD57E3BAE36C319AF76E4B89E8DD8D03BFDACB | 04-30-2023 14:57:55 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |
| 21 | Info Hash: 07CAE96A19F099040064ED36BAD1EA65E7072BAE<br>File Hash: 1D73C79064A24DA121394C88C901500BA928C1EFA1C766E5601F39DA91CA2980 | 04-24-2023 14:26:31 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |
| 22 | Info Hash: 0C3FC2C395D484CDE33DEBE68F11C01E6CB01333<br>File Hash: F79A2B17FCC0105C4155D1B138EF10D3F9F12C20E705D25ED304BCD9619863BF | 04-24-2023 14:16:41 | Blacked Raw | 12-18-2017 | 01-23-2018 | PA0002101753 |
| 23 | Info Hash: DB62E40C2955C3F1CA423B86FC0488F726C2335F<br>File Hash: 5E77791CA69E8D411E98B26FAB96CF8505CC66AE74C42FD899695FD22BDB5A12 | 04-23-2023 00:27:45 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: D3476D877FBEF967D1F55CBF7AE390C8F7E2892F<br>File Hash: 818563EC8DA7FB6EA6E894F2E4CFFA965887099B0E30AD7E2DB101ACB7195734 | 04-23-2023 00:08:57 | Vixen | 01-29-2020 | 02-20-2020 | PA0002229058 |
| 25 | Info Hash: 59D30252136542919AAE23F0C7E881632E07F778<br>File Hash: 18028443C534E892FAB03BF5A273EA44B0E46C6BDAE9160F25423FB826C12963 | 04-21-2023 03:00:02 | Blacked | 02-19-2019 | 03-24-2019 | PA0002184061 |
| 26 | Info Hash: 42920509D6F4FE3676865E34D5507154D6A0F712<br>File Hash: 6E078AE96BC972618AF93C7EDFBBC229364F6220253A577C2753112DD8EC7B02 | 04-18-2023 14:41:19 | Tushy | 08-21-2022 | 08-29-2022 | PA0002367745 |
| 27 | Info Hash: 9E5DDD510945C8DD46FF3E459522F0292D605EE0<br>File Hash: 27ACBEAFD3C064094A693AFC0818310C36EDABEFCD4508C74040DFC08488C1D6 | 04-11-2023 18:38:38 | Vixen | 10-06-2019 | 10-21-2019 | PA0002207778 |
| 28 | Info Hash: 8E81D7506E82523E99FC74A4714A1C7092B9EECD<br>File Hash: 87A3560EDE4DAED401179D0B2BC5EF23E741AE1C4B05EECBEFE1B05789D66D14 | 04-06-2023 14:49:43 | Vixen | 03-31-2023 | 04-09-2023 | PA0002405749 |
| 29 | Info Hash: F1A8FDDC7271C19163305AE914356B73F55983C1<br>File Hash: 281B5A2C10E38CA9F60CC2E00D560772079624C9C3143E13F482382076983DBC | 04-05-2023 19:25:17 | Vixen | 05-14-2017 | 06-22-2017 | PA0002039297 |
| 30 | Info Hash: E3A72A492A2E14A9260626FF1A342DA717136519<br>File Hash: C911DD30E086AEB12A5B2525A4557B48FAEB8067A18B929DC750964EB1C8B232 | 04-05-2023 19:19:05 | Vixen | 09-11-2018 | 10-16-2018 | PA0002127780 |
| 31 | Info Hash: 84E80334CBAD79F7C06CADE6D31766FB089692A1<br>File Hash: BD6E4D3A6B557EE8D5D364B39D213852DAD9FD4EF8A97B1D98BFF26B5F430EDD | 03-27-2023 15:31:29 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 32 | Info Hash: 9690CAE86C60C0ACECC13DBF81AA979AD30AC3C1<br>File Hash: 3863C52BE8D450415A7ADEC65F3966BE1FE3C08D05E6A9A72AED1C3A55D20620 | 03-27-2023 15:21:50 | Blacked | 08-03-2019 | 09-10-2019 | PA0002199412 |
| 33 | Info Hash: 7BED574AFA312F6831A1CDD406A5F1291515C568<br>File Hash: 0CDFAC8816AB3B68D45C3743A4C6F8B6BE16DEFDBCD039E1304DC79687B73B93 | 03-27-2023 15:11:38 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 34 | Info Hash: DE4BFD9981AE2FA924ADF2D0ADDA49B0C5C375E3<br>File Hash: E4A369D47950EE33662F9F45B1B821BD525AE5E2EA32DF82EC51289A45FC48FE | 03-27-2023 14:48:12 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 35 | Info Hash: 1A772638DB9B516CE875BD35859BA4D49A1F0F62<br>File Hash: 015C50536595E8BB2C55D25910FA07B161BD2F8766E8256A4487FEB3E84747BE | 03-26-2023 22:02:25 | Blacked Raw | 03-25-2023 | 04-07-2023 | PA0002405729 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 7C048C4002DA410E090A7C4D7B9AFB644589C4ED<br>File Hash:<br>935C57EED3BFA3E3B9FEFC422F0FF603945CBC7B7C9A9CEF7938CC57722B56C2 | 03-23-2023<br>00:38:24 | Vixen | 11-10-2018 | 11-25-2018 | PA0002136725 |
| 37 | Info Hash: 299A950FB6470065F3B13F1FBD89F593C1D9DCEA<br>File Hash:<br>3DAB1BFD1B5950198E3B00A44C216D2B9854253D339909DA56C96A475B62598A | 03-21-2023<br>17:31:24 | Tushy | 02-05-2023 | 03-07-2023 | PA0002400315 |
| 38 | Info Hash: 6DF96D14D583033748F71DBC604AC9E07ACD02B9<br>File Hash:<br>8309AA472A5C7695B4C4F866454BBBBED0D9E1FC45AF2042640756218F1E82CD | 03-21-2023<br>13:51:21 | Tushy | 03-19-2023 | 04-07-2023 | PA0002405758 |
| 39 | Info Hash: 1FDA7CDB777A9CCFD94FD57D7605D32EF81731F4<br>File Hash:<br>87F59D5EFDB94CC9126BA13E3EE06D46454A41FF7638978604B2F4BB947579E6 | 03-20-2023<br>13:45:04 | Tushy | 06-10-2018 | 07-14-2018 | PA0002128387 |
| 40 | Info Hash: 099C4A7667A9B09FBA27D437F9C822BD1DF06DF6<br>File Hash:<br>57358891348E72225F8995C75FC3C012FD6B749721867D43AE0E5D9A9F7666C9 | 03-16-2023<br>20:38:06 | Blacked | 03-11-2023 | 04-09-2023 | PA0002405763 |
| 41 | Info Hash: 1BCA28F670A68A125751AFE39EB75D4DBB40604D<br>File Hash:<br>64ADEC57ABFADD4767708E5CE36548E72858D64704D9DF8E6F0397EA4F0110BB | 03-16-2023<br>17:30:56 | Slayed | 05-10-2022 | 06-09-2022 | PA0002361671 |
| 42 | Info Hash: A44D9E12AF9C892684763C28941B668EF239CC7C<br>File Hash:<br>9829F668C7BCDA17F5848DE3EAF5B82136F0C3E5ADF1D74481A2F84111D1152D | 03-16-2023<br>17:18:25 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 43 | Info Hash: D58CBAAF703BCD1529BB3D3E9757E25FBE79C08E<br>File Hash:<br>9BC063C8C7D60079A96DC9335516348B33DFB84A0DDEB6DF2A6FC7EC8EE9D8E7 | 03-14-2023<br>22:39:08 | Tushy | 05-29-2022 | 07-21-2022 | PA0002368036 |
| 44 | Info Hash: 37C71CA96A9A5DDC57C05C6C84B27B7CA7CC8C97<br>File Hash:<br>F6C0DF6A90BC5B70EE3893FCF63077E686949547F467E0448D001C81B92209D0 | 03-05-2023<br>23:43:20 | Blacked | 05-10-2018 | 05-24-2018 | PA0002101376 |
| 45 | Info Hash: 71D79C9682AA689CB51FF049D3E49C9688D5BFB6<br>File Hash:<br>FD0816DDDF9681B511A2AEFB4BCB8CC531743EDC3DBCEB5C8A233A96393A3A4B | 03-05-2023<br>23:37:10 | Blacked | 09-02-2017 | 09-15-2017 | PA0002052847 |
| 46 | Info Hash: D5C155EE50EC64536373810D1D2B41605132D121<br>File Hash:<br>B0F00154F0F6120DDE1D9C39C0EA8B289F5981D6E701047EB73F4D2ABBB2E874 | 03-05-2023<br>23:22:53 | Blacked | 12-06-2018 | 12-18-2018 | PA0002141921 |
| 47 | Info Hash: AD6A93A1C5E3A28353EA69CC8965A2CB796064D4<br>File Hash:<br>562765D9C233FC228985B825224366C6B722ADBEB310EEF7CBA37B95D8B7EF94 | 03-05-2023<br>00:55:08 | Blacked Raw | 06-21-2019 | 08-27-2019 | PA0002213241 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 3917E23A20D11C20256683DBD92B8601ECAA8554<br>File Hash: 4CDAB90C13E349B2B90D24F9411BE3734327D69571C7FE68C32E272BD72C3AFC | 03-05-2023 00:24:29 | Blacked | 09-27-2019 | 10-07-2019 | PA0002205468 |
| 49 | Info Hash: 653E5CF9438D1E59055925ED8E65066F497CE690<br>File Hash: 72086407190A9E64E09ABAC714F47A893DADE3372C331D4C610695FBD8D08072 | 03-04-2023 23:34:31 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 50 | Info Hash: 6EA3FD7F30929CC42BF2F8291365E3068C11543A<br>File Hash: E3E5933F50B01E489A46C6C89A2A021522D9D321C70E021C3AB88EFEDA6110EC | 02-28-2023 15:30:34 | Tushy | 05-21-2018 | 07-14-2018 | PA0002131769 |
| 51 | Info Hash: 151C9743BA87628908C4B36D5493A14D4A6CF58C<br>File Hash: A450BEC61899EAA3825759CB7D66800A115EEE69B8A73FA93CC1F1296CA24ED8 | 02-28-2023 15:22:54 | Blacked Raw | 12-08-2017 | 01-02-2018 | PA0002097423 |
| 52 | Info Hash: 5B3EEF56046E68152C027B3D595FC6C98889C0DD<br>File Hash: 343D1528287A7B1878532AD9ED95033CECF8265C8BC11C016CC55FD6CD52A67A | 02-28-2023 14:51:41 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 53 | Info Hash: 39977A7EDBD2FC3EB068CBA01C481FDE53F5C04A<br>File Hash: B8383F31BA63517D6A4F1F2FE46B58077502BD6E95CC0523E7FE073079E1AD60 | 02-27-2023 06:12:41 | Blacked Raw | 03-18-2018 | 04-17-2018 | PA0002116068 |
| 54 | Info Hash: 8D49B281B1AF985A5F78C9B954290CAF5CC7DD5F<br>File Hash: 5214FA7AFF80F33C48C96CBFD3F6B856D38AE3486ECDB708138106FD94DD47A8 | 02-27-2023 03:07:42 | Tushy | 01-11-2018 | 01-24-2018 | PA0002101766 |
| 55 | Info Hash: 2B524B6F6E4161A83F548199A67119ECC8EFCF67<br>File Hash: 97EB70F552093092567A108F4051DEAC4E1695D5755720EC521496BD086F3205 | 02-25-2023 21:09:03 | Blacked Raw | 06-01-2020 | 06-25-2020 | PA0002255508 |
| 56 | Info Hash: AE12D3BB43EB1EF4F57EC11A058D67B7371E8C63<br>File Hash: 99DA10C3A6D6CBD801B24C698384CD07295B82EF5A9060EBE05D3B0CDF45D733 | 02-25-2023 21:02:35 | Blacked Raw | 05-27-2019 | 06-13-2019 | PA0002180951 |
| 57 | Info Hash: C54512672AB83C2172E5AA6AA335CF2359A7F73A<br>File Hash: 0D646A9B3E18B1E6E11CE6B043DE5954FBA5D7F9261E23C530E691CC978F3758 | 02-25-2023 20:10:17 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 58 | Info Hash: 7F11217907A933EC654083DD05BC9B8AA47AD26C<br>File Hash: 3870EE3C8FF666FC4EEAF6B2B4B77494660132FED209DAB97C31CE0730681FBC | 02-25-2023 02:33:02 | Blacked | 07-24-2019 | 09-10-2019 | PA0002199414 |
| 59 | Info Hash: 10CDB291CC491B7D3AE629F9FC0B39A2F6240114<br>File Hash: F1B9022EC5907D3AE130E557162F6E1FC5CEABB439AFB36D566E3597AF8C3BAD | 02-25-2023 02:25:35 | Blacked Raw | 03-02-2020 | 04-17-2020 | PA0002246105 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 93E3EBFDCBDB9F8B24F49167AED42356CB6B5797<br>File Hash:<br>5759CF1E96FE88B6319B0B4C5701F96F1C69FDEC2F5412AA7F336D7204658F08 | 02-25-2023<br>02:16:46 | Blacked Raw | 08-30-2019 | 09-17-2019 | PA0002216138 |
| 61 | Info Hash: 2DFD52B630CCF19E7467D102BEE9A00DD9B5FE00<br>File Hash:<br>BB04BEF65F97908459A72857FB6CED65B5629585DBADA45AE827B9220036FF27 | 02-25-2023<br>02:09:11 | Blacked Raw | 10-24-2019 | 11-05-2019 | PA0002210293 |
| 62 | Info Hash: 80DEC4A90EF17BEE0DDEC503FE6A3208CEA0549B<br>File Hash:<br>C04E78A119C9A9EA48F6D5A688017ECECF39EB6762095C59D09D2106BE233261 | 02-17-2023<br>15:49:01 | Blacked Raw | 08-25-2019 | 09-11-2019 | PA0002199991 |
| 63 | Info Hash: A96E15624A7DC7EBC246B11E0E6C448D785EB836<br>File Hash:<br>5A0ADBA8C9A43A01DEC1C9FE51D16254C2448235709D089A01B227A6AF297A1E | 02-17-2023<br>15:40:50 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 64 | Info Hash: AB1479022A1F4AEDC52D48AA2AB45380C18B7FDE<br>File Hash:<br>D199ACE7CD06637DD2D6E8A8679A8DA1AB5A1FB28638536F51C9B42FE8F5A177 | 02-16-2023<br>23:34:12 | Blacked Raw | 07-20-2020 | 08-11-2020 | PA0002252263 |
| 65 | Info Hash: 43484134D4259093B9E6C9DCAECCE5C46E67A30C<br>File Hash:<br>7ABA175EC19F49E502E27A5DE4DB31F4D7810A63E895EB7549EBA33C6B1AECC2 | 02-16-2023<br>16:25:19 | Tushy | 07-20-2017 | 08-11-2017 | PA0002046869 |
| 66 | Info Hash: F32AE88DF4B6CD0EC85CE927346EB3CC02758CA3<br>File Hash:<br>9B1689176C1D52841E588A81B74CE350323F5ADADE276B3577AA74185F1EAAD0 | 02-16-2023<br>16:25:10 | Blacked | 03-21-2018 | 04-12-2018 | PA0002091520 |
| 67 | Info Hash: DA3174A0BF7AA394CD356B51DFB8205EDC6FF33D<br>File Hash:<br>652B00B92CED3C924377EC2B40D6EFE3951787059FCE3F69167083B8E06109F4 | 02-16-2023<br>01:39:00 | Vixen | 12-30-2019 | 01-27-2020 | PA0002223956 |
| 68 | Info Hash: 10D79E06573B7390379B567DBB92AB9A79E90943<br>File Hash:<br>40208A840292C997ED3725A15D4EBBECB53E1EF4ED1F21F7E398BCD2A6A3C443 | 02-15-2023<br>22:32:33 | Tushy | 02-20-2020 | 03-18-2020 | PA0002241623 |
| 69 | Info Hash: 256BAF077E8BB6890FCFBFD0AAEC1F8FC1015E96<br>File Hash:<br>F7CBC964E129F43C96493AABC0E37138F5FFD14C5E6B35DC506E39224493481A | 02-15-2023<br>22:25:37 | Blacked | 01-15-2020 | 02-04-2020 | PA0002225584 |
| 70 | Info Hash: 3BA0D3954BC406710F062C5979ECD9BF8A91237F<br>File Hash:<br>B63705671B499FF06D1B96A11375F61E4779F02BDD1B90F8F602397FB45E1F1E | 02-09-2023<br>23:00:37 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 71 | Info Hash: AE8B289AFFF64C753AA2C717FFA3C83A8218B65D<br>File Hash:<br>ED300EB718FFF1ED54F124FA0DCDB64E6AFD1E470B0269D50872CE6413ADD235 | 02-09-2023<br>22:22:30 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 5E0E7530E89C801BB76472D62743036574BF78F5<br>File Hash: AEC8B380BCBF8439DBC1021B16045307DFC2928984CAAEE76CC150BCBD5A771D | 02-05-2023 14:05:54 | Tushy | 03-11-2020 | 04-15-2020 | PA0002244960 |
| 73 | Info Hash: 5ABD6B7E032F33F63D7C609EDDC5EDD143B1BF8F<br>File Hash: 57B43783291B5A46BF9AA4C12D1FEFCE2B45E514E018BCFAF808601DF58C9F81 | 01-24-2023 16:08:06 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |
| 74 | Info Hash: 61C660920152C521141FBA9AC0D51F3EC79F05DD<br>File Hash: 23834C981F2CCD9878E86E37608033A3B27493E719DEFAF1BC049A9887BE445F | 01-24-2023 15:57:44 | Vixen | 01-20-2023 | 01-27-2023 | PA0002393071 |