**Exhibit A to the Complaint**

**Location:** Stone Mountain, GA  **IP Address:** 73.7.71.55
**Total Works Infringed:** 99  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E8074BDCED91CB918EEECA1E5619401530F758F2<br>File Hash:<br>B12CD9A4EB2E959EFF79C99E44A0598C5823A7AA63A795EDD027E2F91F29042F | 06-11-2023 16:31:39 | Tushy | 06-04-2023 | 06-09-2023 | PA0002415359 |
| 2 | Info Hash: 8D04FED7E85BDBF5BA9BE8F0CA901F165FC70394<br>File Hash:<br>B776A6D3BD5456E54166F680C85B9F594404F142B465AB7E0C6AA7350087ECCC | 06-11-2023 16:20:55 | Blacked | 06-10-2023 | 07-13-2023 | PA0002420362 |
| 3 | Info Hash: A81155D7C16806E32CE51793BDCBB9D86F99F90B<br>File Hash:<br>9790F4BC93FD7398511406D28281B70D6921D21AC04C64B1647701F8C8BA4017 | 06-11-2023 16:19:18 | Blacked Raw | 06-08-2023 | 07-13-2023 | PA0002420361 |
| 4 | Info Hash: 758DA995602F5A88C391EA8B40F677AF77FA17E7<br>File Hash:<br>8F8EB2A9F45B0CB016DCF638192D6AA14423909767C4774E1EFB4FB7D2C34BE4 | 06-04-2023 14:37:37 | Tushy | 05-07-2023 | 05-14-2023 | PA0002411294 |
| 5 | Info Hash: 1E31DEC38077D46F4D65D22B98D645024373B1C9<br>File Hash:<br>F6913045FC10A80AA4C3F2E7A0682387142C12CEF487F84495CEE2CB1E53E433 | 06-04-2023 14:37:31 | Tushy | 05-28-2023 | 06-09-2023 | PA0002415376 |
| 6 | Info Hash: 4CCE0D1EDA4BDC7BB9690D8DA90EC8DBC3589518<br>File Hash:<br>FDC0C8F104F36A6A322986C9C880237B0F68CD16B21CD96483A6A1275D7CACE8 | 06-04-2023 14:34:10 | Vixen | 06-02-2023 | 06-09-2023 | PA0002415362 |
| 7 | Info Hash: 3E1472CE4927D29E0B4F0CA77411FD41701023D9<br>File Hash:<br>4799D5AA929AC6D1B9DF8657611CB181BB0A5B1528288FAC788F536C310761DD | 06-04-2023 14:30:21 | Blacked | 06-03-2023 | 06-09-2023 | PA0002415360 |
| 8 | Info Hash: 95D6896F17F918BE475E91C8119AF61086FC432A<br>File Hash:<br>EAED0212CC719E05161F9B17002F50E509D606AA30F6D9BCAE8E11908D32442F | 06-04-2023 14:29:17 | Blacked Raw | 06-03-2023 | 06-09-2023 | PA0002415371 |
| 9 | Info Hash: F9B913BBF4D244AC10AEF86F479EB91B2E4D7BD4<br>File Hash:<br>7A688DB452EBE9BDD09C6C23F92E130A541EA8E7761BC5B941A70555A68C274E | 05-28-2023 16:07:23 | Blacked Raw | 05-24-2023 | 06-09-2023 | PA0002415389 |
| 10 | Info Hash: 2388A8BAE2D7A66AC8E2823957B738E7F08DD63D<br>File Hash:<br>70135C7904E63EA4F0668F4F63D95BEC1A2EF92598A53768A2C4F2C420C88F8D | 05-28-2023 16:05:49 | Blacked | 05-27-2023 | 06-09-2023 | PA0002415390 |
| 11 | Info Hash: 506AA130150EC159EA9A429DFCE609C9E699DF92<br>File Hash:<br>442E9A99B17BE2C7BE79966D7053CD0A5CDF06D8AFF329AB8FEB251C229C66A2 | 05-20-2023 23:16:23 | Vixen | 05-19-2023 | 06-09-2023 | PA0002415364 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash: 22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 05-20-2023 23:15:20 | Tushy | 05-31-2018 | 07-14-2018 | PA0002131771 |
| 13 | Info Hash: 4CE6EA81D3E8960220D9FCBFE31FFC77667BB3F5<br>File Hash: E5515B14DB042C277687C6F391BB590AAC048759D7ADB51382D21872383EB802 | 05-20-2023 23:12:04 | Blacked Raw | 05-19-2023 | 06-09-2023 | PA0002415367 |
| 14 | Info Hash: B68A4EBD422543674C6EEAA80851B477F7B6C253<br>File Hash: 3DE73F824703D4F784B17451E88ACDC8448C629FEE6F631EC2AD3DE9BC01254D | 05-20-2023 23:11:41 | Blacked | 05-20-2023 | 06-09-2023 | PA0002415379 |
| 15 | Info Hash: 57D6D4D7587F1D30FCD7A307B6BEEE8360063745<br>File Hash: 11FBF632034E66EA5BF569C56C1C58B364389DC971DA190071378080872C6205 | 05-14-2023 15:04:34 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |
| 16 | Info Hash: 2A443A48382D9530E8B2274F061FAB03783C473C<br>File Hash: 9F405748337BA407DB45D72C4DEAC457347C91E1915A91CDA9AC04FB6F6F882D | 05-14-2023 15:03:25 | Blacked | 05-13-2023 | 06-09-2023 | PA0002415384 |
| 17 | Info Hash: 475CB51090C5264C8329B793E7BDA65CDF0A93B5<br>File Hash: 4F916FD8713E2D95B7DA6BE5A80BFC2FF9DE16E8B3FAF7BA6061E5032F1169D7 | 05-13-2023 19:40:08 | Slayed | 11-01-2022 | 11-24-2022 | PA0002388645 |
| 18 | Info Hash: 265A71CB34CC15297F15EE23948D6F0D6CA1E706<br>File Hash: 3A0D9431B37CB711242C6C2BFE9387DFE707C55B658955F146F03C2B2F1D3680 | 05-08-2023 01:24:42 | Vixen | 05-05-2023 | 05-15-2023 | PA0002411290 |
| 19 | Info Hash: 6750EDCA3D8DFB02CC713CA8EA0FDD3DCB82BB0B<br>File Hash: 99B9E94968B1C585CEA007176EC7E84FDF05F2429BA8BCC1BE24148B6BF9521B | 05-08-2023 01:23:26 | Blacked | 05-06-2023 | 05-15-2023 | PA0002411299 |
| 20 | Info Hash: 21631802DAA040229CCC2DE1D5D216DA12CDA353<br>File Hash: 96872EAC149F771891AA191A88A688562065865A387742B71587D9AB58BD4F21 | 02-26-2023 20:56:57 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 21 | Info Hash: 1322869C52C8D5D55382B283DEBBD6C6CFD98AAF<br>File Hash: 95B8ED169DD844C6CF2929D0B399E4472F5AFC24130360B3DDF856620DD48D7D | 02-25-2023 21:11:34 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 22 | Info Hash: 6C8838FC8D9E67B9CEDE5A554638A6CEFFE917CB<br>File Hash: 97333BD8DC54DA715AE592D8451678A45FDA5E953386A1AADC18A463C48E676C | 02-25-2023 21:09:21 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 23 | Info Hash: A9529D5E514B171583C00DA79D5DEF1A31EF66AF<br>File Hash: 902FB516B52EBA213B6552E0FDF3489BD6A87B6D616732BA153A60FDF7337989 | 02-23-2023 04:24:50 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 5AE6BF0D9252C91B9C9D9C12E0B5E2A906C87D2A<br>File Hash: 0A627FF20150E9A965EE5296F3374892D2C2524D35FCE39B53271F662496F9A3 | 02-23-2023 04:21:57 | Vixen | 02-17-2023 | 03-08-2023 | PA0002400563 |
| 25 | Info Hash: E315C9240C9CB55D756C482C0993EAFE8436AC2B<br>File Hash: 4EB31B2A27E8E0FB886E479A8C4FC95E89FA70218985BA8FEA2C0822BC5A3A22 | 02-23-2023 04:21:10 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 26 | Info Hash: 12CB3CAF76D76F88E13556704B1C13FC6902811E<br>File Hash: B1F01BFBFC6B3E923D7F6F8786EB2955B1D0EA2483E0866F5EC52B59A161DACB | 02-11-2023 20:34:55 | Blacked Raw | 02-08-2023 | 03-06-2023 | PA0002399990 |
| 27 | Info Hash: DC7435FF4BA27B1789087150BBF2EF654EECEC3D<br>File Hash: D96EECF477D6379ECD072B901ED356D89CFFB7A4C156EE0DD700C31756A76C49 | 02-11-2023 20:31:58 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 28 | Info Hash: E3B65E4E461243A969B1A5DC64731E76E728FBEA<br>File Hash: 0A076CC6086B9522512595AC4356D0910CEA58AD601BFC0E4C25468A1E96689C | 02-07-2023 00:11:47 | Tushy | 02-05-2023 | 03-07-2023 | PA0002400315 |
| 29 | Info Hash: E39F895D4E58E9EA65935691E4A56CFB734D2130<br>File Hash: 373DA38A6EE57F5FE551626B91C3993D8C1B3FE6537F8F531778AFFFFB969F96 | 02-07-2023 00:10:51 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 30 | Info Hash: 6A3CE0AE77D49868AFADF663CC22584708B74830<br>File Hash: 30AA183A58256F75AB47898487BDA8FB40B5748C0BE629AEC3724316CD2C05F6 | 09-22-2022 03:56:00 | Blacked Raw | 09-21-2022 | 10-05-2022 | PA0002373950 |
| 31 | Info Hash: F24E5D8E7E0FB003E73A8D8166C0D98FE0D1B43E<br>File Hash: 72530576E4A3D5E06B03AE32295796D851EEF1873B88F597FAC2528FD8294783 | 09-22-2022 03:54:56 | Blacked Raw | 09-16-2022 | 10-05-2022 | PA0002373764 |
| 32 | Info Hash: 7D4A7CA1D1D3C53CA13B10A1443E515B9036CB6C<br>File Hash: 76C1663C6E2EB8A19475499777B513D5E8EE3D37B368D27E5D704D753B83D745 | 09-22-2022 03:53:31 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 33 | Info Hash: E1C7277B3B893153064CC9E439E48147D940C64F<br>File Hash: 850AC65387644C9E92B21C6C36EDEA25EFAD700F3DB2E86434AA41123B536A35 | 09-17-2022 21:40:01 | Blacked | 05-20-2019 | 08-02-2019 | PA0002192291 |
| 34 | Info Hash: 3754C381E6B3DCC20647F7F94277B364471F090F<br>File Hash: A720644C52AD3004758AA8D25963DA8527D184F26D7F0F1361D23BDC135457E8 | 09-17-2022 21:39:10 | Blacked | 05-24-2018 | 07-14-2018 | PA0002128376 |
| 35 | Info Hash: 0F4CEEDB8F6D27D7BFE969C594FE95F2BEED79B1<br>File Hash: 45EF60C61C818F4C41D4026EECBB5D2C42B4E3351E52714FE05EA5CEA09F96C9 | 09-14-2022 20:05:53 | Tushy | 05-29-2022 | 07-21-2022 | PA0002368036 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: C20EA351BB316CBF2DC35ADB71846A2E49352ACB<br>File Hash: FD734D04BB084B82492FB2B26BB9EA993DAC49FEC7A01E646428AD8DC060F7B1 | 09-14-2022 20:05:24 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 37 | Info Hash: 9D235020214DB0514159A3552F1CC3D9D67E79E6<br>File Hash: FA72AF1B9BA5A69F37B28624730241B8ABF5B184073D135343AAD942B34C8574 | 09-14-2022 20:05:07 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |
| 38 | Info Hash: 8EEDDA36FDE3F6A7019062845FBCFD9C10DF45C4<br>File Hash: F2EBB1F9F53EF11DE2FE707A0A75A3AE2899E6AFD1FEAFE8293778DD230E8AEB | 09-14-2022 20:04:58 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 39 | Info Hash: 88DEE49E165E812CD294E8008E656412E3CE4605<br>File Hash: 010047D1F2C49A234E525CB4CA67E2A3B80915F8B3108E274CF6C7160FC6339B | 09-14-2022 20:02:40 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |
| 40 | Info Hash: 4F1AB0BA5ED38B29B1DE6F870BD1964E0E3E10BE<br>File Hash: 3AC6FF3CC47DB4D46182CE79AFD92C23123939B66C7BC827A21950660499AC9F | 09-13-2022 23:43:45 | Blacked | 07-09-2018 | 08-07-2018 | PA0002131818 |
| 41 | Info Hash: FEAF72FF0DBB4B5562A43D9E7BFA57BB9C2F9C0E<br>File Hash: 903AE4686FAB274AE6ACC55FE3471FBC32E5B1C4AF55590757DC128D14F92671 | 09-03-2022 18:33:22 | Blacked Raw | 09-01-2022 | 11-24-2022 | PA0002388645 |
| 42 | Info Hash: 99DD8371AB961C2C99F5981EE6A95E45BF0BE7F3<br>File Hash: 22F53AF3873F6476CA9F07344CC0EDA11D7CAB166CBA5A8C15D465287CD8C9AB | 08-28-2022 21:09:37 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 43 | Info Hash: 37A113E7812CE3A6E9AA5DC3E6BAD7604000771C<br>File Hash: FB67C7CD80CEBFE4CEF574F6A19ED8B35FF92DB7458CA42570C7CCD270892191 | 08-27-2022 19:34:23 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 44 | Info Hash: ACBFABFB6E7AA39178ADF012BD9F7B767ABED436<br>File Hash: A66AE61F5DCB9292CAC6C5684D582BC5C9EB2BE63D282CD4629DFDF7BAF31D65 | 08-27-2022 19:33:34 | Tushy | 08-21-2022 | 08-29-2022 | PA0002367745 |
| 45 | Info Hash: 2487C59CB1DDAE570D0005E31DBCFF6387FF435B<br>File Hash: 95E0D54AA2B0F8EF5C3E1F3427CC92C292C960D59D65FC32FCA3C8CFEC8EAC29 | 08-27-2022 19:32:53 | Vixen | 08-26-2022 | 10-05-2022 | PA0002373767 |
| 46 | Info Hash: 46C9393DEBC00D3DF668982BE85EB7C88FF19C6B<br>File Hash: 02457353FCA6ADBBF372F9ACFB7B5EFA41D4DC146B4AAD9913E39E53B4E4EFE3 | 08-27-2022 19:32:32 | Blacked Raw | 08-22-2022 | 08-30-2022 | PA0002367731 |
| 47 | Info Hash: F079D269230D8FC61AFE8E4B75965FD17088D3F3<br>File Hash: 0F0903FFC4AC319A2E31799A78C03C8433FB3CB7FC32B887000803194A7DE328 | 08-27-2022 19:20:23 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 7A5E3408AF26D787EE0E1F03A2F77436F75950D7<br>File Hash: 0545C33026AFC826D0331FB6ABB4723673C0F9D76258F7C5F291D1B1D889A325 | 08-21-2022 04:49:22 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 49 | Info Hash: B2BD02F85748E9B929C507FF7927035B3DB7D9C3<br>File Hash: F5512656E2B6581C621ECB4540F947AD22C4D7282DEBB316F0E72005F6943ADC | 08-02-2022 03:57:25 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |
| 50 | Info Hash: 67AFA0C22392BF43BB0C9F890B0701FE72CF0B78<br>File Hash: B7EA5B6778A1DA271595E5FFBDF5FB5B3BD407EA694BB1BB3F0FB73CF014CA82 | 08-02-2022 03:44:56 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 51 | Info Hash: 59273C2580C92D41695C8A1D890F6F4AB3D63299<br>File Hash: C0F97DC824E118F0CA0225BB2C6B6E04DD9B1E2F68E10D364DD9F6F24E2E081F | 07-29-2022 18:35:33 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 52 | Info Hash: 665AB059BA65DDB82040CEB98A83B8BCED372A4C<br>File Hash: 33426FFA7BACA6169D3C17B75E83C7F65AF84AEE693F1DFF51FDA25B6EE0E659 | 07-29-2022 18:34:06 | Tushy | 07-24-2022 | 08-29-2022 | PA0002367746 |
| 53 | Info Hash: 6C8840564BA8280D6075E8DC86A89E658F4F56F9<br>File Hash: A7423243BD43C5699BE469926FE31C3ED0878C86E5174D7FFB554A06C016AC6A | 07-29-2022 18:33:54 | Tushy | 07-10-2022 | 07-22-2022 | PA0002359469 |
| 54 | Info Hash: 1D44B95259442C3A9B0B9455C8C28A89AD369DE7<br>File Hash: DF7B69C7949959ED563F5993AE5D903F8E7A90693CFE734430395BEB848221E5 | 07-29-2022 18:33:05 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 55 | Info Hash: 5CE4C6692AD15F515DF3FAB30155F5D949705690<br>File Hash: 6F140C2C7C78CEE0121DB05D1A4902A2257BB25DB37777F99ECEE5BFB7E82C6E | 07-27-2022 21:00:38 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 56 | Info Hash: 4AE9A12B8A74565B10A08DE59C6355A2A84A0AC8<br>File Hash: FEC1151720D527D0F329872A3B6ECF2C1F68DF25A326D0293AE33FC1B26627BB | 07-24-2022 16:59:45 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 57 | Info Hash: E909BCC9ABE90A73C1999C3D548EF8DF2692D0C5<br>File Hash: AB514FA2542BBD931C3F61590825BC8E40E36AF1AE2A923FB8D8BD373F801CF1 | 07-24-2022 16:57:00 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 58 | Info Hash: 2050D0595CE5CE49BF58E05FCFC07D94B3518567<br>File Hash: 68A380690E0D86D2B8C273C6DEAD56A98F5A34ED49D5E163E28FEB8F48A16271 | 07-18-2022 21:48:49 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 59 | Info Hash: 5D1578FE2F0C81EF827A82667943F9BF3459AEB1<br>File Hash: CFD551BB414A1FC232E5A77CC6302766506A722D9CD657624E9DFB1049238702 | 07-16-2022 21:22:23 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: CAA1DD05BF6575C8B47341C4E15A88FD3F0FF0DA<br>File Hash: EC51CE82B5229B431FB52886F86419C2CCE3EA3B3F6E44E614350E34C6B0A2A0 | 07-16-2022 21:18:28 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 61 | Info Hash: 1EBC2F20824E705567B4FEB68EA1D690FC5A6F4B<br>File Hash: C32DD0741B507A98C3F6EB1698AA53CF4F01E6B2BEFD059F99C55E2B67451ED9 | 07-02-2022 19:55:25 | Blacked | 07-02-2022 | 07-22-2022 | PA0002359461 |
| 62 | Info Hash: C42EE371002AEEA77C5452EDB31E0132A3D47B6E<br>File Hash: 8F86F2EA5E22176E3351BBF65BE24B9C737E9DF52772F1B0CFF2916A66F40C20 | 06-12-2022 01:09:03 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 63 | Info Hash: 7226757B46D7B4F0CDB9323574DFA7303A311143<br>File Hash: 3F65B49F299B32660A623D4D74D344AE0472C2685F7787B4F2F28FB99C254381 | 06-12-2022 01:08:23 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 64 | Info Hash: 9D665196F0629E2A4387C006AB73216F3364D49F<br>File Hash: 2D755E376BA4638E86ED489FC562CE9B2CF03E6D09C31C592E060FA95CC17665 | 06-12-2022 01:07:11 | Blacked | 06-11-2022 | 06-27-2022 | PA0002355039 |
| 65 | Info Hash: ED1A41C10DF12572CF0495A9812266933098465C<br>File Hash: 5977F2647E7E0F9BF687750CD6E06A3979ABAC4D7341E9D33D37D86BC5EE11E3 | 05-21-2022 21:52:34 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 66 | Info Hash: E5EA15B7345AA3784B86AC90DBF931479525790E<br>File Hash: E187E955BC211670C77B916369B9ECDEF074F86B8F4387C984DF8CBAB6010336 | 05-19-2022 02:59:49 | Blacked Raw | 05-16-2022 | 05-20-2022 | PA0002350378 |
| 67 | Info Hash: E1CBD0E60D49447D64F746CBD5854D37F77473CF<br>File Hash: F00F5EB59156B59C9FF8AF1CD71E528ED45480E251FC7048718FA87C0E93C190 | 05-08-2022 03:20:39 | Blacked | 05-07-2022 | 05-20-2022 | PA0002350371 |
| 68 | Info Hash: 34F54A5FA7A7B73FBBE7AC8C2502DD9CAB334ABA<br>File Hash: 85CD1136215B89FE85060DA735A41FCF95B3255AACE5DA1883E1E79E1CE0E927 | 04-17-2022 05:11:37 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 69 | Info Hash: 5A07948C9A36B874DF1B25B599C1B42C0677F394<br>File Hash: 75FD2013DA0F7DD0C826ECB6335E094B750E0639D59950C263C10DE1A035C00E | 04-07-2022 05:51:30 | Blacked Raw | 03-28-2022 | 04-23-2022 | PA0002346413 |
| 70 | Info Hash: CE3C45A837DB7CE1E272B45E2371EAB8F3F7A7CC<br>File Hash: 76CD2DA618E8FBAFA65E912652D74F4703363BB3F03218F60F955C4806EB5824 | 03-22-2022 03:10:10 | Tushy | 03-20-2022 | 03-29-2022 | PA0002342842 |
| 71 | Info Hash: 99CA02602A2E66B687F9268E8EB1A347D5E3400A<br>File Hash: B5493A9D95EC55F89AD2FC50FF30B82C9CF69CF0A547E3960D95C3E36C4FE904 | 03-22-2022 03:06:14 | Blacked | 03-19-2022 | 03-29-2022 | PA0002342841 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: CBCD2792157D511F104632A294C1F384488E7898<br>File Hash: 099497CD425F9C511FF9463C074FD98858992B7D69E2D6A6589E3771E6081A4E | 03-16-2022 02:59:26 | Blacked | 03-12-2022 | 03-29-2022 | PA0002342846 |
| 73 | Info Hash: 0E913315A3973DF6AD0BE9876D15FAB2DDF9D30E<br>File Hash: 63CD2C0A12F13494CF43FAF9B20A8DEAFF89DEB397B07172243EF45320B35E38 | 03-16-2022 02:58:56 | Vixen | 03-11-2022 | 04-21-2022 | PA0002353783 |
| 74 | Info Hash: 117CA95ECA49CAFAEFB42B0B343C6631B6B37BBD<br>File Hash: 9746EDC3063F53EBE110CFCB65D94D0E48DE56AC10EDD87A90C772E2648142ED | 03-16-2022 02:58:41 | Vixen | 03-04-2022 | 03-29-2022 | PA0002342709 |
| 75 | Info Hash: 91715251BBA1712249DAB7C6494CAA8725A810F1<br>File Hash: 9AD951E60F2F01CF94148BD5E3535BC08829AE4B53E5B9B802D6A9949CC883AF | 03-11-2022 17:49:45 | Slayed | 08-05-2021 | 09-08-2021 | PA0002316094 |
| 76 | Info Hash: 978DAB995093847C5BE3A19B9B64D305D063B756<br>File Hash: A968A4D1C691D1C8F088ADE0D25CB63298D6EC684EF9B1016049564E6682788B | 03-11-2022 17:49:33 | Slayed | 01-04-2022 | 02-03-2022 | PA0002341800 |
| 77 | Info Hash: 9408222E6A579EC45D770CE22C4664CDB67A6120<br>File Hash: 2D5319B78F39D032310069792A235C55A4D4AE4916C47E9D0DEBE64B1DAD58CB | 03-11-2022 17:48:54 | Slayed | 08-19-2021 | 09-08-2021 | PA0002316102 |
| 78 | Info Hash: D6D23B2CE977EEB36DEA56CDC5E75DC35F366570<br>File Hash: DC52E6D34147E0E750C91D649DA30DB83DF04E8B3251EE10DC33D971F7F5B576 | 03-11-2022 17:48:47 | Slayed | 09-02-2021 | 09-30-2021 | PA0002319733 |
| 79 | Info Hash: 3D7690B89943E78EE1B015364D6D983919E05E73<br>File Hash: E919702C0786B00D7E76B14CDB47ADFBA8636C0FB7FD1134F9CA5E95CC1FE9AB | 03-09-2022 03:40:20 | Tushy | 02-06-2022 | 02-14-2022 | PA0002335460 |
| 80 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash: 2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 03-09-2022 03:34:01 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 81 | Info Hash: 120985FBB81C0324573A625A6855C08864DCDDAF<br>File Hash: 4E12EEE8C5910D6734CE13323250377A6F161BDAEBCEFA0F4E98BEC50A9AFE90 | 02-27-2022 21:01:47 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |
| 82 | Info Hash: 262D0F2937C6A8AD4EA097D289CDC737ECF98DA3<br>File Hash: 4C715685B3533D5EFCFA1D12A88C948B4EFF892AECE5FD2485C1A186E475C948 | 02-24-2022 20:20:34 | Blacked Raw | 02-21-2022 | 03-29-2022 | PA0002342850 |
| 83 | Info Hash: 9CE88C0BE16D0BA3242CCE7FD8627A50587A13F2<br>File Hash: B926FB7AE7CDDF0777F3B9741F520D8DEF0746D16596074A75E840DA465C6446 | 02-20-2022 20:33:16 | Blacked Raw | 02-14-2022 | 03-29-2022 | PA0002342705 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 16532C1256F1D8936C056A44AAECF4E274B576EB<br>File Hash: A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 02-20-2022 20:32:31 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 85 | Info Hash: 43E61D45E9E5B6B9B2682900678C8B7AC0EC7F0F<br>File Hash: 28B1CD07F1186F2C2F13FF5C2CEA5E6164DFE9C7EA8F4B540354CB6964AC73F3 | 02-15-2022 00:01:25 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 86 | Info Hash: F07BCC54CA7D41A6B5803A69BA66A0A23C7BD215<br>File Hash: 5D180167A62CDEA46206F33248488625C575DC46954919F513A6812F99D2635C | 02-14-2022 23:51:46 | Tushy | 02-13-2022 | 03-29-2022 | PA0002342838 |
| 87 | Info Hash: 540D644F7CF4DC47791772863E6BA03A72606F6D<br>File Hash: F978C6F42E86569866612143F5CEA150485BFF0DB9B90999F20D4408700E2B1D | 02-14-2022 23:48:36 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 88 | Info Hash: 9AA0E221E346CC07E6E25764B514B9CF341E31F0<br>File Hash: A8E189871634DD1B956AC43678F17E9455627471C2F61E7B841249D7FEA2C334 | 02-04-2022 20:45:45 | Blacked Raw | 01-31-2022 | 02-14-2022 | PA0002335501 |
| 89 | Info Hash: 70ECB51C4FADD0D244D1FE108746EE2264F69820<br>File Hash: 6DA9802200B869DE388100460A735DADC6965B379326EAABC4DAF374BBF33E96 | 01-29-2022 19:42:59 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |
| 90 | Info Hash: A085B82D358EAD8FCE62902BBCF6032CB3D6B494<br>File Hash: 5EAE2433C94B1A694BAC5AC942AEC6F4DB4A3ECDCEEB62AC8631481C2F3AC33E | 01-24-2022 21:05:27 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 91 | Info Hash: 9F12EAF29B4D15DFBA5780C5B1647219AD214978<br>File Hash: FC1221753AF94D3227938438F3B02972D8A0762229589C5B95B3170D3B324C63 | 01-24-2022 20:46:55 | Tushy | 01-23-2022 | 02-14-2022 | PA0002335464 |
| 92 | Info Hash: 4462F15ECCAE3038C0E004C2DB3C7942CBA68F27<br>File Hash: AA7966D1EC58A23D2922019D9593ADAD91E50106211EB64A264A882FA4900E4B | 01-24-2022 20:21:44 | Vixen | 01-14-2022 | 03-04-2022 | PA0002345789 |
| 93 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash: 54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 01-24-2022 20:12:36 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 94 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash: E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 01-24-2022 20:12:20 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 95 | Info Hash: 9F60EBB81F4C2CC20B87E20A0DF8F2F146FAF3DE<br>File Hash: 66C17539B3EB7FD12B6862F331F6C960DB542F9885E0A225FFF373C780097FE1 | 01-24-2022 20:12:19 | Vixen | 12-17-2021 | 01-17-2022 | PA0002330110 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 6902DC672B3C032B826DC579A9CD497D8DC64E25<br>File Hash:<br>753E8924910F86A17C85115140D693CE2FD664EA1FF132F5554CA0CBB66FC0D2 | 01-19-2022<br>17:13:38 | Blacked Raw | 01-10-2022 | 02-14-2022 | PA0002335456 |
| 97 | Info Hash: EF2CDF3A60F1FFA0BAE6B499695A13DC9730AE16<br>File Hash:<br>F27CF6C99194E08DA6CC2C43998FEC7E07D2B9F09E297FB77E5FEBBFFBCC7CD2 | 01-19-2022<br>17:13:05 | Blacked Raw | 01-17-2022 | 03-04-2022 | PA0002345790 |
| 98 | Info Hash: F7BF5D82887FB5D271E7CD68CE295752AA36C66D<br>File Hash:<br>5BBC907C24855209EEC392E5FE45C1CA95B14BF73E775E5DFC8445A1E74B56D2 | 12-29-2021<br>17:00:23 | Blacked Raw | 10-18-2021 | 11-11-2021 | PA0002321314 |
| 99 | Info Hash: 6DB794F3800D2F41FFB1A3D15DA3451606AA1333<br>File Hash:<br>2198F42A5D99519E6C0131F9F29A2512502AFA135B0EC65251A2473093656099 | 12-22-2021<br>15:04:09 | Blacked Raw | 12-20-2021 | 01-17-2022 | PA0002330107 |