**Exhibit A to the Complaint**

**Location:** Douglasville, GA  **IP Address:** 73.43.143.111
**Total Works Infringed:** 86  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E11A1E9101E1B91DE9CE8EFBAE3ADF3B367EF862<br>File Hash:<br>497BACBB40344F2F603F96CB10AA606CA1AD9DEEEC152FF1A8960302C7B18C29 | 06-10-2023<br>11:03:41 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |
| 2 | Info Hash: 25BB736475DB18C804D23B6C8888A5CA4BC9F352<br>File Hash:<br>F1C4DC35C38B94BE633D4031C4310D521F01B681D5C548060BEBEA53B2BB2A40 | 05-09-2023<br>13:18:11 | Vixen | 02-28-2018 | 04-17-2018 | PA0002116071 |
| 3 | Info Hash: 30345D06651108177F2FCFB7EAA6B92BE2D5BD56<br>File Hash:<br>75DF3008F67EF96096A77034803B0EB15A2864CC0C72B01AD35BD427C2A0F035 | 05-09-2023<br>13:17:32 | Vixen | 11-10-2017 | 12-04-2017 | PA0002097978 |
| 4 | Info Hash: 08F5E1679A80DB67D5969A52F2173024451310BA<br>File Hash:<br>ECFDDEEA7018AAD90C9B083E1268FCA9C78A2E4E5EF5C08E018366E68033982C | 09-26-2022<br>05:41:33 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 5 | Info Hash: 6850E86D3E0333B3E3E48BBB6CFCC32B7E0393F1<br>File Hash:<br>E04E855BA1587ED615F7B802AE00F8962D683D12A425C50B61D7712206456F11 | 09-26-2022<br>05:40:56 | Blacked | 11-06-2017 | 11-27-2017 | PA0002097974 |
| 6 | Info Hash: CF126CE07726517AC88C56ECFD31B9796D0ED874<br>File Hash:<br>5D7DF978D25E0D2BED54FA3441BA95705DC94CF3C9854B2EC008762D9E7F2D5D | 09-25-2022<br>03:20:04 | Blacked Raw | 10-24-2019 | 11-05-2019 | PA0002210293 |
| 7 | Info Hash: A1C135B51BA17D17EFC7A4621D589D802D2A70A2<br>File Hash:<br>8714BDB6B58072F962660B3923707B4E5BC68FEDEDD357C81794C1D5105AD2AD | 09-25-2022<br>03:15:23 | Blacked | 07-24-2019 | 09-10-2019 | PA0002199414 |
| 8 | Info Hash: 7B75F10ACF4BAA5B3A8D5265CFCAC24A2F0E0B18<br>File Hash:<br>533DB3DC2826A2465EBAA4692B5DEA36D80A9D178DE8CB1A181959A41230D69B | 09-25-2022<br>00:58:06 | Tushy | 01-26-2019 | 02-22-2019 | PA0002155150 |
| 9 | Info Hash: 7EC81FF45A10217A5BB8F179391B7426D0460D5C<br>File Hash:<br>98972659601A4C5D7D5EF686AA1C0D84BFE042D66745238864169DB7171806E3 | 09-18-2022<br>03:08:26 | Blacked | 05-20-2019 | 08-02-2019 | PA0002192291 |
| 10 | Info Hash: 73F33BDDD94B5889A8E8758E88B3D09B30F3525E<br>File Hash:<br>8856D5B47B9E13F4AC1D4A19073A027727F8EDB060128D3A34AFE7C5C64E9B7D | 09-01-2022<br>04:00:37 | Blacked Raw | 05-07-2018 | 06-19-2018 | PA0002126670 |
| 11 | Info Hash: 1FB01C62464C1A31AECE85754CFE67E51306FA3E<br>File Hash:<br>4C70BCAA2DD6D7173E0703BB67659B4D822F37A64ECB54332FB82D3451A7656C | 09-01-2022<br>03:59:47 | Tushy | 12-12-2018 | 01-22-2019 | PA0002147902 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: B684D912DED0DB67DC0600B0A0C2B2320218C5DB<br>File Hash: E27F873E99C5DDABB1173F1DA79D05D33ED02DAF04BCDD97ED6996D9D33915D8 | 08-25-2022 01:54:25 | Tushy | 06-19-2022 | 08-10-2022 | PA0002370907 |
| 13 | Info Hash: 35FC391D7869DA183CB119D3D676978EC11ADDB9<br>File Hash: BE7FA0E9046E5052989B028E082C94C5A4FB9F7076FEEE4A70FB899BE57B1707 | 08-21-2022 07:34:54 | Blacked Raw | 12-13-2017 | 01-02-2018 | PA0002097434 |
| 14 | Info Hash: 165E202ADF0499A337589C5BA8F17827EEF41ED7<br>File Hash: D284F6D1D630564AE50DEFFCBEE9F6DC51C1303EAF011C7775660C66AA67A098 | 08-21-2022 07:34:38 | Tushy | 06-10-2017 | 07-07-2017 | PA0002074096 |
| 15 | Info Hash: F4695C8F59FD86DCDB069CEB3A1866FDD5E3BE43<br>File Hash: CDFFB7F3BE90953602038C71009A204B72D47B1345941FB049F43195C66FBD9E | 08-07-2022 21:51:48 | Vixen | 02-03-2020 | 03-15-2020 | PA0002240554 |
| 16 | Info Hash: 6224B03F4F05E4E513435061AB1BBAB52CE93B5B<br>File Hash: 86A0D3AF33018880E63E10DCB1E95079B9951A8B2B0350554F6F1D45FAF35B73 | 08-07-2022 21:33:25 | Vixen | 06-03-2019 | 07-17-2019 | PA0002188305 |
| 17 | Info Hash: EE2CF90BCF1DCB15939DEC05742A41DC03B966FF<br>File Hash: B1035C95DFA3195E061DB932A659C132B33B11913C4105FCF7CFF6FEF7D92D97 | 06-30-2022 00:41:13 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 18 | Info Hash: 7C5664503A6507504F1DD34CF346C34C843E29E1<br>File Hash: B4C3341D97F538C2E474C49482AE121A378BAB847204DD5013AD20E9BC5CBA8A | 06-28-2022 08:06:03 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 19 | Info Hash: B3E42C84C48B8BEBEAC209531FF7F9AD54593F7F<br>File Hash: 673065A1DFFD464A5047C0181D534DC453ECF0026CC047D8DF60DD5354DF7DED | 06-16-2022 03:30:22 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 20 | Info Hash: 0831C39B96141D03108035C68634D07B7FEC17E3<br>File Hash: B6D592F0421214748037AF3DCFA10DBED97C2FE123404C518753AD67B5914948 | 06-16-2022 02:41:38 | Blacked Raw | 02-22-2021 | 03-08-2021 | PA0002280371 |
| 21 | Info Hash: 3E44BF38DAD68A203033A91E3170C005C3B5AE91<br>File Hash: 06638F711E34A607A3A91F98BEF3D2617BA5A238283A6F26AF7E2751588C0950 | 06-16-2022 02:40:05 | Tushy | 01-24-2021 | 02-26-2021 | PA0002283696 |
| 22 | Info Hash: 025477E817FDAD26E20E85603DCEC00D1BD5DA68<br>File Hash: 211F5C323C06C8C41A64998676FDCC2C3172142328F132032DFA9CC295E47786 | 06-16-2022 02:39:52 | Blacked | 09-02-2018 | 11-01-2018 | PA0002143413 |
| 23 | Info Hash: 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96<br>File Hash: 52865408104AC768530DEA3C59663B162044009E55011D199911AD3138B2005F | 06-16-2022 02:35:35 | Vixen | 10-26-2018 | 12-10-2018 | PA0002145824 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash: E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 05-26-2022 03:46:56 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 25 | Info Hash: 79590811D6F7F9A1459ABEC2FA998EA44F3FF4D2<br>File Hash: 0A3A52E540EBBBD8436FCDADDF58D5FB3F4451155896B817323E4709FD09EA51 | 05-26-2022 01:15:38 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 26 | Info Hash: 71B373239AA21E0A2A1291498B72DC7BB0F06687<br>File Hash: 24688D83D2C2F0B22615DCA435E39CD808D05F274EB2804456F6E77AEFDCED83 | 05-26-2022 01:15:13 | Blacked Raw | 05-16-2022 | 05-20-2022 | PA0002350378 |
| 27 | Info Hash: 208BB6D56560EDAF3A5C7848334674A1AD9AA863<br>File Hash: 709F917B6AB0830D516BC53D398199094C91660CA114C938B8D06B6027F7967D | 04-20-2022 02:48:06 | Vixen | 06-12-2020 | 06-25-2020 | PA0002256359 |
| 28 | Info Hash: 1DBCF8D2F535B0F1D3C3A6A6180B09F4364BCF1A<br>File Hash: 34D44A4521F3167D8C9003DF0C17C20F8BD8995FE1422B46112BAD35C06EB660 | 04-20-2022 02:21:38 | Vixen | 01-15-2021 | 02-02-2021 | PA0002280500 |
| 29 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash: 22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 04-11-2022 03:37:24 | Tushy | 05-31-2018 | 07-14-2018 | PA0002131771 |
| 30 | Info Hash: 5DC2FDD94F0BEA0D820D57FE5F07334D76DE35BB<br>File Hash: 7AFC811A17D0B351422F3044B7887AB7B344719DB2065EAFBA4C5005D3D9FD45 | 03-30-2022 03:23:43 | Blacked Raw | 03-02-2020 | 04-17-2020 | PA0002246105 |
| 31 | Info Hash: 8AFE3E6F75E69A31CB5DB806DABC569DDA4167CF<br>File Hash: 4530C31BE0BE1751BAC6A743A3DA86C6445B510404BAD828D470B7243C319815 | 03-30-2022 03:23:08 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 32 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash: D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 02-13-2022 00:15:26 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 33 | Info Hash: 7B0141CC18B7BE313B886A7975B0D2F98228F880<br>File Hash: E633708D8DE8BA629A30ED6E172640F642FDB2726240D6EAF492AE913A090769 | 01-06-2022 02:12:55 | Blacked | 06-19-2017 | 07-07-2017 | PA0002070823 |
| 34 | Info Hash: 63E8C3E37CCD9B8D64EFF3749A46CF55D174AF77<br>File Hash: 9B3E1A96CD2FAACEE8822AB11046E0A85F64BCD5DAB63B0FB6BD1E3EF8810C6F | 11-30-2021 05:27:34 | Tushy | 10-03-2019 | 10-21-2019 | PA0002207743 |
| 35 | Info Hash: 594B1EC594576B1294B0757C21ADF7A928EB5F09<br>File Hash: 06257E6840E83AEEC08AEF690243152B3A076D274C00D69F63C7D37CEF2D5963 | 11-11-2021 05:40:39 | Blacked Raw | 11-08-2021 | 01-07-2022 | PA0002337933 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: D71FA8300D660A26679A2C53720C9F8C05F9CF79<br>File Hash:<br>276A5217C257ACCBF40A5B293E747E78107C17950B6AAFC100B1F51C4B1819C7 | 11-11-2021 02:20:16 | Tushy | 07-15-2019 | 08-02-2019 | PA0002192300 |
| 37 | Info Hash: 49E920F163B2C9EF2C175D4BDFA8E00D957F0478<br>File Hash:<br>EC0A7B41FAC1631FA099BE682C6FD8A4C367B0A6C18AE62A24E272827DF7BA5D | 08-02-2021 06:29:24 | Blacked | 04-25-2019 | 05-28-2019 | PA0002200766 |
| 38 | Info Hash: 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB<br>File Hash:<br>8F74612BA49DD11453B67916E736AD80C4332F81DD3BEC3B3F8DF020DC2F0612 | 08-02-2021 06:28:57 | Blacked | 11-21-2017 | 01-04-2018 | PA0002069353 |
| 39 | Info Hash: 2F73A144B780B7D386C021B9DFCA2C674931DEE8<br>File Hash:<br>F85AE75227D8B66E7A0DEAC0477536890D8F9ECE99E4FA681CC88AAEC3688FDF | 08-02-2021 06:28:56 | Blacked | 03-21-2018 | 04-12-2018 | PA0002091520 |
| 40 | Info Hash: 0616906E5B0D445A8FB469D45908C91D24F6CD2F<br>File Hash:<br>9AC3BBF9185D5F2498389B013DAD21FC070F127E17E3B94B23F09A5C26518E53 | 08-02-2021 06:28:49 | Blacked | 09-27-2018 | 11-01-2018 | PA0002143428 |
| 41 | Info Hash: 6BF27EB20DF3D1314583CFFC4C2EDAF57456DA3F<br>File Hash:<br>B33C85A41CE7B8B0145A635645D039974B7A8552D267B9421DF9743946831473 | 08-02-2021 06:28:46 | Blacked | 07-29-2019 | 09-11-2019 | PA0002214887 |
| 42 | Info Hash: D2B4C2613F8E4D42CDA01E8D2703FBBDE0C97200<br>File Hash:<br>E405FE35A132796271E2ADBEA8A8C4C82459515753C2BB36CE694B726C3CF3A3 | 08-02-2021 06:28:42 | Blacked | 03-21-2019 | 04-17-2019 | PA0002186999 |
| 43 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash:<br>D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 08-02-2021 06:28:34 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 44 | Info Hash: AA4E7F1D2EB7E81F78A5DA7811E1A2AE67EF4C6D<br>File Hash:<br>A53AE027BFF6811943135C73BA9D92C172E7625C5C40075D1FB5C2E3E81F8F38 | 08-02-2021 06:28:16 | Blacked | 03-26-2019 | 04-16-2019 | PA0002187002 |
| 45 | Info Hash: 80494AFA4036C921B131676C3D1A61F5DE378231<br>File Hash:<br>85424ED7263189BB726B267E8436C95A6813BF8FA9C33CFAB19E35095E7FBBC4 | 08-02-2021 06:28:10 | Blacked | 04-10-2019 | 05-11-2019 | PA0002173883 |
| 46 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash:<br>953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 08-02-2021 06:28:05 | Blacked | 11-16-2018 | 11-25-2018 | PA0002136637 |
| 47 | Info Hash: 7C93D49BCF6C18EEE5D98DF9770C81E1F2D40F9E<br>File Hash:<br>B54FEBE5357160BFAC26D82CD37BD4A69F3044507B45790BFFBFDB51D5376B9C | 08-02-2021 05:23:28 | Blacked | 04-24-2021 | 04-27-2021 | PA0002288981 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 5F686E0618BE3E4B271B6D69151098DC11B29F45<br>File Hash: CE89D3CAB34C7A0CE0E491E0F63EE4A94CD12EB47768D364C0CF318BC5C29499 | 08-02-2021 05:23:12 | Blacked | 02-20-2021 | 03-08-2021 | PA0002280369 |
| 49 | Info Hash: EE4D29BA667E69950AA31279F7FA846BF696BF9D<br>File Hash: CBBA895BE4865BD867EC9F1DE3100FCB5C172459C4E0F59EDC51E5818599B405 | 08-02-2021 05:22:59 | Blacked | 08-03-2018 | 09-01-2018 | PA0002119596 |
| 50 | Info Hash: B72D3C77D269B4C27197B79F5D0E68B4E1A7E096<br>File Hash: 68DBA67F87A3288D3A5A6A51EC1D0960433A5BCC83951225689821A459169942 | 08-02-2021 05:22:36 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |
| 51 | Info Hash: 1F373E5240DFAE68609CB028CD106C5FA37FF090<br>File Hash: D4A58C997898603E58DFB6138667C0B3F05A0E3646DC7857CE55A3E8C403AE92 | 08-02-2021 05:19:35 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 52 | Info Hash: 1018A676073B24EB9A7384E7BF56686079E27B27<br>File Hash: 14933E0910B60AF2E3929652EA75A2557D35397916823CC0D76B623CECFEAD2B | 07-30-2021 08:44:00 | Tushy | 07-20-2018 | 09-05-2018 | PA0002134598 |
| 53 | Info Hash: 3AE6DC9DEC514352B218937506C2CC49489B66AC<br>File Hash: 80389DD58C2A0EF8455DE7085F761D3D88CFBEE72DE85C6DE4BA4E1C6C44EB80 | 07-30-2021 08:42:50 | Blacked | 02-29-2020 | 04-15-2020 | PA0002246058 |
| 54 | Info Hash: A502765EE8927BE551DDB6D0A52CDB57F1048934<br>File Hash: 36E4BB9A35891935F9225C04376E5EB63F648997444FD278004D04A6708901C9 | 06-17-2021 06:27:10 | Vixen | 04-10-2020 | 05-05-2020 | PA0002249031 |
| 55 | Info Hash: 7079959F4E84F3E319CCBB0A0C63E906626FB8FF<br>File Hash: F85FA20EA3D5DCE116E2BACDD4D186DACBDD85D3AB44C27B658DBBC0819C4B71 | 06-17-2021 06:09:30 | Vixen | 10-11-2019 | 10-21-2019 | PA0002207779 |
| 56 | Info Hash: 7AA7C3174036AFF009D853809B34A80AD514712B<br>File Hash: 4D5EA0D5B01CACCEBF166A44D4A257DF51402865F074343A7356E1160C37E125 | 06-05-2021 02:00:02 | Blacked | 04-10-2021 | 06-09-2021 | PA0002295605 |
| 57 | Info Hash: 9A235A3B173EBC1924784B571FA2EE9C3E96B4CF<br>File Hash: 44FFB5B48EEC7B77914F5565089A5C9650E0698BE8DF1E4EE2D3E885B18B6764 | 06-05-2021 01:59:27 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 58 | Info Hash: 36DA7FCCE78EB7E0849DDB47D6756F16E4B04F41<br>File Hash: 4A36B6F95EEFA0C0CD62A7E15035DFD57354A29C633509044D64B6DF03341013 | 06-05-2021 01:51:06 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 59 | Info Hash: 4E94ED79494685938C1A0B5F42BCD1C30F137C0D<br>File Hash: 4A44419A681C9E6241CCB8B2699BED33A47675D5848ED22EE581BD39525AD13C | 06-05-2021 01:50:55 | Blacked | 01-20-2020 | 02-04-2020 | PA0002225586 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash: E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 06-05-2021 01:48:23 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 61 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash: EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 04-13-2021 16:50:00 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 62 | Info Hash: 592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash: 23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 04-13-2021 16:47:12 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 63 | Info Hash: AC0D6DB5C1BFA1C878C0CB39E540711FD9D0329B<br>File Hash: 7FBF72A8572F656BD3105990E36D3952FEA247E0D5743D1213B53B9186420259 | 04-13-2021 16:43:55 | Tushy | 11-17-2019 | 11-27-2019 | PA0002213996 |
| 64 | Info Hash: 42F4FC72BFE526D9442ABCD62F01232B062FAF12<br>File Hash: 70D50A2F962E9E69D64450F1255A37496A84DC51CBC070FC62FD9604E9F44960 | 04-13-2021 16:43:20 | Blacked | 12-12-2020 | 01-04-2021 | PA0002277035 |
| 65 | Info Hash: 6FB44F108F880FEBB9AD61EE0B455688DA340AC1<br>File Hash: 24FFFBCC065C36F02A425FF5A8FCC164FF5792E35BBEBB12B98E2D35219C25F4 | 04-13-2021 15:37:57 | Blacked | 07-19-2019 | 09-10-2019 | PA0002199415 |
| 66 | Info Hash: 7625B77166EDE28E8265E368E93FE18A92A73B39<br>File Hash: BE70F44E12C12DCBF75E876364FD8ECA3CC1D6C97347B375868989AF907617C2 | 04-13-2021 09:11:04 | Blacked | 07-11-2020 | 07-20-2020 | PA0002248959 |
| 67 | Info Hash: E26CBC5FCF1404C17A1BD92E6623910B3B9698CE<br>File Hash: C1D5AF8F08151AA7770F92133FAB9592B7C4844AD296FCFEFA49DDFB3F1D9EF4 | 04-13-2021 09:10:53 | Vixen | 06-26-2020 | 08-03-2020 | PA0002259094 |
| 68 | Info Hash: 7E8FD1C11395443FB2541763CEC399DEE1972BF9<br>File Hash: 84FC126DAD5EA17B4FFC7E1ED4581EE7A4D555B33323D9BEAB6035119AAECEC4 | 04-13-2021 09:10:07 | Blacked | 07-18-2020 | 08-11-2020 | PA0002252258 |
| 69 | Info Hash: BCC18BD6272372F3CFC59A1BE674F61C4788F0CB<br>File Hash: 8A56C37DE8CCCDAA7BBD3EDFA4DC0F49439A4A4CCE0BED2C6768E4FC69BA25C0 | 04-13-2021 09:10:00 | Blacked | 02-24-2020 | 03-18-2020 | PA0002241627 |
| 70 | Info Hash: EC432D8D71F5AB0CE83147F50B0873710BD1EC03<br>File Hash: D8B650B961312931C2DB40CEFBC8476D837B1DB948A7F9FDC5AD63147B42E960 | 04-13-2021 09:08:43 | Blacked Raw | 09-09-2019 | 10-01-2019 | PA0002217358 |
| 71 | Info Hash: 28B8B31C792F1CA34A908834F37BBD4399E80A0C<br>File Hash: FF460F609C0680B6B4BD70DC2BE94C1ADA2A5BF2DF66C005BAEE0A1C35D407AD | 04-13-2021 09:08:34 | Blacked Raw | 04-06-2020 | 04-17-2020 | PA0002237306 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 9D0E21B1D1C9024F4EF0D3735144C55F30ED31D0<br>File Hash:<br>9DFCEE7F0D7B68230FA013942CE356F37B792EFF1C7A6C435ED842955671C8DC | 04-13-2021<br>09:01:11 | Vixen | 08-27-2019 | 09-17-2019 | PA0002216129 |
| 73 | Info Hash: 11E38A8BEAC9988915C16FE2E4C1B5B5133FFF00<br>File Hash:<br>299F00EDC38A52ED8F057E19292454772B00C3EBE876ADA5A65FCF766870A8E4 | 04-13-2021<br>08:54:16 | Blacked | 02-09-2019 | 03-11-2019 | PA0002158599 |
| 74 | Info Hash: A7F1171CFACE35002A796CC7428B8304B4D2F335<br>File Hash:<br>997739CDCA49570ACD6F62ED8DA696908D68B6C43D24AF15EE3A11422344A509 | 04-13-2021<br>08:38:27 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 75 | Info Hash: 3C0443FF390767BA5B427401087ADB1B626BCE22<br>File Hash:<br>E520AAE48CD901AFC55DC2F91A93F95D694D5474712E3610243878B86B759E13 | 04-13-2021<br>08:35:12 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 76 | Info Hash: CD697A3549A0F9C1A1B30D3FE01F50E6F82FA365<br>File Hash:<br>17D90F1C56E98B64B6E4CBBF8B8D48A6EC3E9722DC3BE20DF98D20AE75C8F86B | 04-05-2021<br>05:48:31 | Blacked | 04-15-2018 | 05-23-2018 | PA0002101306 |
| 77 | Info Hash: 75A353D79EC4B06347D0AD1935D3F3D242B8A70C<br>File Hash:<br>6F67DB138AEA067313D743B5DE624E3218F0C0A3BA98F12C6FA44D04FF31F9BA | 04-05-2021<br>05:47:26 | Vixen | 12-25-2019 | 01-03-2020 | PA0002219640 |
| 78 | Info Hash: 5FAD5594FE08DB19A522B5FE69ACEC5092BCE70E<br>File Hash:<br>6539C265D26F77A3A6B181568F0521172A9CAF10874D69E6F2F846992747DCF2 | 03-15-2021<br>17:24:35 | Vixen | 04-17-2020 | 04-22-2020 | PA0002237694 |
| 79 | Info Hash: 1B02C5FD0BD43D66CA7F1862752B7D33093B13BA<br>File Hash:<br>8633705E63B8E74B37A5E3E4D917CB9038CB87429F9687CD7E5A0D0887E468B4 | 03-15-2021<br>17:24:28 | Blacked | 12-31-2019 | 01-27-2020 | PA0002223957 |
| 80 | Info Hash: 089A334E08FB9D7BF03350D63AD8D401B6C48EEC<br>File Hash:<br>3053112F46CFC5C06D9720DDBE693A0923BAEBB472ADF3E1B4BB91BCFE098C4D | 03-10-2021<br>15:03:51 | Blacked | 04-04-2020 | 04-17-2020 | PA0002237304 |
| 81 | Info Hash: 66349A709F8863561BAB6DACD648456B0B55BF25<br>File Hash:<br>60E87939C977C66C07DD5FDA435CFC43B92F7FB2C73AE9DF288A5885156E4A39 | 03-10-2021<br>07:35:40 | Tushy | 03-01-2020 | 04-15-2020 | PA0002244962 |
| 82 | Info Hash: 9EF1697DACB071381C0A2D332FA66FA85F359C74<br>File Hash:<br>66F290059B0AF3622E0841D66009807CC8CCA6EE29AF736E370C18BABC4C4885 | 03-10-2021<br>07:33:59 | Blacked Raw | 07-27-2020 | 08-11-2020 | PA0002252262 |
| 83 | Info Hash: F679391ED7AA38CC22B99756D9BFE6FE26F96FCA<br>File Hash:<br>DE23DF0A9184536BE1DF80F16F1F7F5123A83D34A41DD48A2CD8A5C218E82D94 | 01-17-2021<br>12:13:33 | Blacked Raw | 04-27-2018 | 05-24-2018 | PA0002101367 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 3981818C672261E5A1A0D5B561F7A7FEF98A7805<br>File Hash:<br>35C429C3F1AF53B7D00E899665896B85A9252E0DFB8DF5CEF31D564AF0FBA1F0 | 01-17-2021 12:13:25 | Blacked | 09-22-2018 | 11-01-2018 | PA0002143419 |
| 85 | Info Hash: 74AEEF550371F9D107ADF0042CC362918DDF1D7C<br>File Hash:<br>05C6927CDB7B010D6344FC7DD0F944E9478B52E08BAB5C162A9843CCDBB7A6D6 | 01-17-2021 11:48:00 | Blacked | 01-10-2018 | 01-15-2018 | PA0002070942 |
| 86 | Info Hash: 7BC93FDBC3C55FFDB4F5CDE408571CD9CDCA07D2<br>File Hash:<br>D9601F7996DD00D3FE56AC2C69B0B3B6D417C1333FCD9018AF784FF50CE83343 | 01-11-2021 06:44:36 | Blacked | 05-24-2018 | 07-14-2018 | PA0002128376 |