## Exhibit A to the Complaint

**Location:** Atlanta, GA  **IP Address:** 71.199.128.113
**Total Works Infringed:** 102  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: EDD1B21D844A9DB1ED0121E1B973745EF56F2D68<br>File Hash:<br>97A0AA5A74F1732066E45C52C6DCF66E6BC05A972643201D4C3D107DAC02615D | 06-04-2023 13:19:23 | Tushy | 05-21-2019 | 06-17-2019 | PA0002181294 |
| 2 | Info Hash: CAB03B323CA38547B9EF4166773C81978999DA89<br>File Hash:<br>9ED49DD9EB2181F123028E6DF203A31788F846578570C432BA5F0B6A1AF47BFB | 06-02-2023 15:05:00 | Tushy | 09-03-2019 | 09-13-2019 | PA0002200699 |
| 3 | Info Hash: E0EABE86D73ABC9BF3231DAE3D4E1FEC4793445B<br>File Hash:<br>20B4DBFF626C9A94C2D81F68816959253D7EF1EA034FB3733440C03A14A69728 | 06-01-2023 08:33:25 | Blacked Raw | 09-29-2018 | 11-01-2018 | PA0002143425 |
| 4 | Info Hash: ED8FFF68BC66458476475739AB007AE9A3F59C12<br>File Hash:<br>2DC1DB015B8429D183B878C11D1B5059ADE95046230CD35FEC5C3427070CB2D8 | 05-24-2023 17:04:16 | Tushy | 04-09-2023 | 05-15-2023 | PA0002411263 |
| 5 | Info Hash: 1707554DFCC0484455F93D6AC6CDB83CB36F52BB<br>File Hash:<br>70ADBE8FE0F11AE9DCA9FE635E848B26ECCC4FCF6E191DCB39DF7EA7646B8ACD | 05-23-2023 05:12:21 | Blacked | 05-13-2023 | 06-09-2023 | PA0002415384 |
| 6 | Info Hash: 7439F6C3D8B4655E9B53F9D31F567932DF4ED637<br>File Hash:<br>8B34A9E14931BBDDCD25E30FBF9B5DE23BD296788138AC9D03C05C1E62091DC4 | 05-14-2023 17:00:58 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |
| 7 | Info Hash: CDC48C29FE5F5F55B43566A07BF09F86546AFDA1<br>File Hash:<br>C3D1E4FD56C65AC57C5B4BF4EDEE6DF863BED54D0E35E8F95E603BD4AC147C97 | 05-14-2023 05:10:45 | Tushy | 08-14-2019 | 09-17-2019 | PA0002216214 |
| 8 | Info Hash: C6B85578F10E9FA595EDCD45402FBBEC745B6DD8<br>File Hash:<br>3C5C822A7847420497A7A7CA77E1830E674F223B1F564EF87684FE7408DDF33F | 05-14-2023 05:01:33 | Blacked | 09-22-2019 | 10-07-2019 | PA0002205469 |
| 9 | Info Hash: 858E3DEA85EB18D5C627D295C9863730915C1184<br>File Hash:<br>B2B8F9FB9AE3E35B7CDC5C7CF9EE55B19D760DCAF518DF8C1E40F4411CF31778 | 05-14-2023 04:51:44 | Blacked Raw | 05-17-2019 | 07-05-2019 | PA0002206002 |
| 10 | Info Hash: 57D6D4D7587F1D30FCD7A307B6BEEE8360063745<br>File Hash:<br>11FBF632034E66EA5BF569C56C1C58B364389DC971DA190071378080872C6205 | 05-10-2023 16:53:58 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |
| 11 | Info Hash: 6ED38D738D7584B6A6DDE3498B50C2883D680458<br>File Hash:<br>38B1E812773D3E0FCEDFAC6038AF0A4D29A051DBFE54A4E37589413B2E2B4DEC | 05-10-2023 16:48:24 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: E65C945224BB6B1B15FFE8414552B5D4DB9092B4<br>File Hash: FFE22A02F1DBD0DBC8086B12C653F69457A2BF1C7F4801060BC62210A49EF137 | 05-10-2023 16:47:51 | Blacked | 05-06-2023 | 05-15-2023 | PA0002411299 |
| 13 | Info Hash: 979CD4F798E6D0277F211C43B2DEAD821781AAB7<br>File Hash: E4EF4298821183831E08081314D570BF54150A02DA0ADFFD61F03A99A9653C34 | 05-04-2023 16:42:25 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 14 | Info Hash: 80D6173BD1625EE21DF3A4F238AD2588B2D42294<br>File Hash: C0EEE674D5364FC0E15B648596549BEFAE1BD573DC5FF852351AE504420B7507 | 04-29-2023 08:48:03 | Blacked Raw | 04-09-2023 | 05-14-2023 | PA0002411278 |
| 15 | Info Hash: 25911261133636DA5E9A2ED2D08B5C41D3077C29<br>File Hash: 15AEA451ADB45F4921FA0C5E6B9EDCFCA1267A16CA238F80FD4D7B0949AB8781 | 04-29-2023 08:33:53 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 16 | Info Hash: 0DBF25B7D2F0F81C72BE1B7419AD7F72BC27BFC1<br>File Hash: EE2171AFEF9CCACB672C580C5E6B64ABF837EB6811EDC93432D9F28620FFD7FB | 04-29-2023 07:04:45 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 17 | Info Hash: 55CBF5E46F479BA55644B62C16E145D03A1F6C14<br>File Hash: E76C874877C93E535BDD79A9955CDFAD08C1B10B6B8A2ADD7CB434C520CA4B87 | 04-28-2023 06:29:42 | Blacked Raw | 03-22-2021 | 04-14-2021 | PA0002286722 |
| 18 | Info Hash: 48602926BFD95B81D209185755FFB40CA982FCC1<br>File Hash: B49675114B4D9C7CF43D7AF33F33929FCC06BED6A080998B40F34EB6A37A7472 | 04-28-2023 06:10:36 | Tushy | 08-30-2020 | 09-05-2020 | PA0002255477 |
| 19 | Info Hash: 3537B4247DB06A8D91ADC0AEFB596DC5D59B4BBC<br>File Hash: 83C008AF4813D9AF8399FE11592B7FB9F28D177EEB52EFBD6B70CAF316A9E201 | 04-28-2023 06:09:46 | Blacked Raw | 12-25-2022 | 01-09-2023 | PA0002389598 |
| 20 | Info Hash: DDD2B1604C70AD3DA7C202C04003CF9E281209D4<br>File Hash: FD97F090DCD882B33765F8934BD67B3A2A5A13DAC68920051B426DDEE0650978 | 03-25-2023 09:13:20 | Blacked | 03-26-2017 | 06-05-2017 | PA0002052857 |
| 21 | Info Hash: CAD2388E786E437EEE834DDA1CD00334D0493455<br>File Hash: 07773246F915A5C952F61A22B1C3EDE55CDD96DEAE60F15D77DD45666429EE3A | 03-25-2023 06:00:32 | Blacked Raw | 04-05-2021 | 04-14-2021 | PA0002286708 |
| 22 | Info Hash: AC9A5EE29CBCB4F6D3A3B62BDCA7AFD84BCE5EB0<br>File Hash: 443494229C1D0F6C2875311264A7375F811AD1566D902ADF049736CB85269E5C | 03-25-2023 05:51:38 | Blacked Raw | 11-23-2020 | 12-09-2020 | PA0002274806 |
| 23 | Info Hash: 3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash: 4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 03-25-2023 05:45:24 | Blacked | 05-30-2020 | 06-22-2020 | PA0002245635 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: FA37740D9E7044B7F207B74D25434C7D3F937905<br>File Hash: 832AAAB63729BB4B8594F2B6EAF8C9C3EEE6703A0AACDC8E6EB24C13BE3FE5D9 | 03-25-2023 05:44:08 | Blacked | 10-16-2021 | 10-19-2021 | PA0002317055 |
| 25 | Info Hash: EA4EE8F561A9778CF9AF88D522DFA42BC8B55FFF<br>File Hash: 1A4D1B9795468D6A9D973A8355DBEA3F8B6409CA507D3F3382AA9BB70F30B946 | 03-23-2023 17:16:00 | Blacked Raw | 11-28-2017 | 01-04-2018 | PA0002097446 |
| 26 | Info Hash: 07B81AB10D2FBF5167F8BB0E4A33930DC1ADCF47<br>File Hash: FE1411E9037347A3FE8D7659BD29D5CA30FA794FE9F2B985A7AF3A091FCF8FA8 | 03-22-2023 05:15:54 | Blacked Raw | 10-26-2020 | 11-18-2020 | PA0002272624 |
| 27 | Info Hash: 8FF68BF286B745BBD7C5A16C3C2FF22F609821A6<br>File Hash: 91E772999E32C2DAC35ED31677B9E82471C4DD0A655A91815690EBDDC2FEE17A | 03-20-2023 03:40:54 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 28 | Info Hash: EC06D0BA313E94EEEE860D477D2B9C3C898A6D98<br>File Hash: EE7394822E03FE16815D45B6AC04ACA56D1BAC4DF38976A1CB3ADEF1C5244D22 | 03-15-2023 04:50:10 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 29 | Info Hash: CF344B3042DCAD24E21B955C9206EB79216612B1<br>File Hash: 3A0EEF200C8434AE7CFEF3AFD8948F4098A564D26947A116BB874717C5F636F9 | 03-15-2023 04:47:09 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 30 | Info Hash: 1126FFDAB039432CE55D786402084CFC474E693A<br>File Hash: 484294E18E4ECD4CFBCF3EB7DC53E14D11C9025DD5368C3AE34798BF6FB40146 | 03-14-2023 19:31:19 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 31 | Info Hash: FDF2C8AE50747F233C8E1FAA401D78348A23859C<br>File Hash: 48E442C8FA37BF89F5E8CDB35711F41AB038DEC68E2CBDF7E1F50BFF6228F8AF | 03-08-2023 05:35:47 | Tushy | 05-11-2018 | 05-24-2018 | PA0002101379 |
| 32 | Info Hash: C3FD1404F06A5D4775D9037094A67E356175EB09<br>File Hash: D6EBBF93FF486BCBECE8A4455EBE3485050F7EFE61F755A8AF2D2D9921608A44 | 02-28-2023 18:09:06 | Blacked | 05-20-2017 | 06-22-2017 | PA0002039289 |
| 33 | Info Hash: A57F84BCA523A30B3790F3CA026F0B1A42C41877<br>File Hash: 86210DD8767D4693BDF054DC471322B79D41DB7074BFF10E5CB00F54119C199E | 02-22-2023 06:52:33 | Blacked | 03-21-2017 | 06-05-2017 | PA0002052855 |
| 34 | Info Hash: 13CF4D7DEA556EEB7D06BEC1F4CDD68D9120FD60<br>File Hash: 6E197A2A144C50D89DF75945AD1DB96E5AF4ADA6878DC8A89DDD35F77BEAEE83 | 02-18-2023 04:16:03 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |
| 35 | Info Hash: 5BA2DA08C36A2FA2409D662E9FA861EF6F8BF8E0<br>File Hash: 8A1A323D6C4C043B7BCD347E9251972CDCB448681EACFF6CB828C5935E3EC390 | 02-18-2023 04:12:27 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 5B3077C160BA3582630AD259484DFC305BDEB60B<br>File Hash: 18B36582A648ED0D8A39159D76E215F6850D2FF07F887938E4471CDA8D3098DD | 02-18-2023 04:12:05 | Vixen | 01-06-2023 | 01-27-2023 | PA0002393080 |
| 37 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 02-16-2023 17:03:57 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 38 | Info Hash: 2ADE8763346FFA11FC1395267FDA45ACC89C677C<br>File Hash: CAC816B88E76CA37F722E7F92736C38A9916269EB659FEA2E78918D83D06D7D8 | 02-16-2023 17:03:30 | Blacked Raw | 11-03-2018 | 12-10-2018 | PA0002145823 |
| 39 | Info Hash: 7EF3BA31062D3CC2075A81AC75AA4FFD725F5BCA<br>File Hash: 68D7EDF195C4997889CC815CF649B6771A30990DDA5737AD254730FDC8D471A8 | 01-18-2023 18:37:36 | Tushy | 11-13-2022 | 12-11-2022 | PA0002384758 |
| 40 | Info Hash: 7F344797FE7DA07DEB82CC2B088D48D1A454B0FC<br>File Hash: C1AEF420CA9A04AF1F4093FD59945CAEC6E878C06D001B1D20BA3BD8D7C92CC9 | 01-18-2023 18:37:13 | Tushy | 12-12-2019 | 01-03-2020 | PA0002219634 |
| 41 | Info Hash: 00C56C20D92364F6582DFFD455CBECFB42580CEB<br>File Hash: 98FCFFFAD004377A839F752D05E1B458CD0CE36DB3BD98D65545D27F32C477EE | 01-12-2023 18:12:22 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 42 | Info Hash: 5185106CA66587111FB0177135DA5DC71FDF90D5<br>File Hash: AE1C62B285E3369E825651167854A3C504ADE56B66AE602CFB6D433593D5A87F | 12-27-2022 23:01:55 | Blacked Raw | 10-18-2021 | 11-11-2021 | PA0002321314 |
| 43 | Info Hash: 57EED88DDAD1BD29ADAB82ECC53B0A5D76258110<br>File Hash: D128070E6D62DEEEEBF6E00DB61C0450EA0916986A96AAA1B67BCBE533BF42BB | 12-26-2022 21:25:20 | Blacked Raw | 11-29-2021 | 02-03-2022 | PA0002341803 |
| 44 | Info Hash: DD701587F84C83A98A63659BA6D5AA6AD091FCEB<br>File Hash: E4211F88F7907D3FAE144FDC186FD5C0159E173F09D8D47C008F22CD1FC36137 | 12-26-2022 21:01:52 | Blacked Raw | 06-22-2020 | 07-16-2020 | PA0002248579 |
| 45 | Info Hash: 8C38935E19DE8FB862DA5530928434028029D94E<br>File Hash: 3FAE614FC6ABA9A85E1264BA01148D8BFAA110B0A89FFC3C90BE9CE84356B02F | 12-26-2022 20:48:18 | Tushy | 03-27-2022 | 04-23-2022 | PA0002346427 |
| 46 | Info Hash: 4F0ACC48A6A9999617CE2C1932ADD6BAC2012868<br>File Hash: 16ADA8C3D3F68243CE0C8D9B19007F99B5822F86490E9ED77DA1228C00986DBB | 12-26-2022 20:32:08 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 47 | Info Hash: 65AE22A1EAAA2A80353EE02BDB7D66F72EE58914<br>File Hash: 9874817CCD34961FF2649608FA9E3FA5A8FCF009C044602FAE1913A586BB1D3B | 12-19-2022 04:48:04 | Tushy | 03-28-2021 | 04-27-2021 | PA0002288947 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 9BA1269B45787FD02E20AA98D7647EF13B0E999D<br>File Hash: B1AB2B8FBFC38E832F6DF27B8C68863878B07133233E6E7376B5EBB65BD36D83 | 12-18-2022 22:24:59 | Blacked Raw | 04-18-2022 | 04-23-2022 | PA0002346421 |
| 49 | Info Hash: 3F2C77EEEB7E60E00F08C6B2372C0DF949F27870<br>File Hash: 49DBD6B87DCE0411C7014A67AE306E2420507B0811F56E367420F42814BE2FA2 | 12-18-2022 21:19:04 | Blacked Raw | 10-29-2019 | 11-15-2019 | PA0002211918 |
| 50 | Info Hash: D9CB1C2EBE8303087079AF643E4A0EBE32807DAC<br>File Hash: CBE95E297E01C5B597239341A4EF6B7000AA78061E3E7E587CC00547FB2CD05B | 12-18-2022 18:01:19 | Tushy | 10-09-2022 | 11-27-2022 | PA0002389321 |
| 51 | Info Hash: CCB9E55E86A2B9DCA817559173CE152D89FEE149<br>File Hash: 4E474BFF18A07AB53426EF3C92839F50B199C4A94F789FCB7CC7611C2DA7C3D9 | 12-18-2022 17:56:57 | Blacked | 12-18-2021 | 01-17-2022 | PA0002330124 |
| 52 | Info Hash: 92EB5D7EDE376D128AFC8878A7325334E2534FDA<br>File Hash: 7C61F266EF8B00566680AE94CEFE28426A98C93D2CF49719663D5EC3BB2C2AC3 | 12-15-2022 20:12:01 | Blacked | 04-25-2020 | 05-05-2020 | PA0002249013 |
| 53 | Info Hash: 37A113E7812CE3A6E9AA5DC3E6BAD7604000771C<br>File Hash: FB67C7CD80CEBFE4CEF574F6A19ED8B35FF92DB7458CA42570C7CCD270892191 | 12-15-2022 05:40:52 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 54 | Info Hash: 2A3C64074B1D96F03BE7B7FA23AD03C029B283E8<br>File Hash: 8C9127337D18278BA9ECA1760E75ED24932DAD66C2D83F6650F46625B75B37F8 | 12-15-2022 05:36:27 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 55 | Info Hash: 03B6BB24DA9C4E80EA798BFC2896AF206AD038C5<br>File Hash: 7677CE41C30DA090BB1E8AA6B71C9C9171E5A8A7E333B829865B315804350A16 | 12-15-2022 05:35:27 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 56 | Info Hash: 309F240E81331B164D00D430992E7297B762B759<br>File Hash: F3142C0C225CEC7741C4A69BC724F1DF9A1CD1D8B6ACEFA76DCD8ED3A10894F0 | 12-15-2022 05:31:34 | Vixen | 12-09-2022 | 02-21-2023 | PA0002401000 |
| 57 | Info Hash: 17E6FB64236BEE33BB1E33553743E250574E7E5C<br>File Hash: FE182778D03B4B2B58E8C158873FA4509E3502314C759A201755FCBD1943A764 | 12-12-2022 06:04:19 | Blacked Raw | 12-28-2020 | 01-05-2021 | PA0002269956 |
| 58 | Info Hash: B674390272370CF8323F32351DA4856AEBE3380B<br>File Hash: 94A0E7F4D8DC7E70A58FE992E42E7EBCE0AB414227D780F76B56D7FD06E9C0D9 | 12-05-2022 22:55:10 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |
| 59 | Info Hash: 2775DE102301D97227CE509011E8EE8C9352FC80<br>File Hash: 2493CF5F3AA64C9E0042A0D31EED3F6EDC9E23307B67E4AAC431659A24DBB640 | 11-28-2022 19:24:15 | Tushy | 09-13-2019 | 10-07-2019 | PA0002205470 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 9B2D7FF24D25691FBFA67A7F19276AFE62D75467<br>File Hash: 743F0514EE583C16D839D66F135C80AD6B68A59E4C572E24310AF5362B24EE1C | 11-28-2022 19:20:39 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |
| 61 | Info Hash: 18B454A9C4B392D3B36B10F5307E46926A367695<br>File Hash: EB6023B1657E210E86575F931569CCF8B2FBE7EA18E20EA36311A311C0FE0414 | 11-28-2022 19:20:18 | Tushy | 04-21-2019 | 06-03-2019 | PA0002178776 |
| 62 | Info Hash: 07E7AE0C70026BD3B8536165701301638E4360A5<br>File Hash: 71AD2D0C7A73F9B640A0D36F3DD3DD491D9962B06C3B5C1B0A8F1147F5F75354 | 11-28-2022 19:20:07 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |
| 63 | Info Hash: 6AECD64092F17E9085560DDF13411F5C617EA4B6<br>File Hash: 610911B0A03EFBB6F914E6246EC1B563648E7485563C7EF78A4D2655F2D0B9DE | 11-28-2022 19:18:43 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 64 | Info Hash: B3CF1BC90895F4A5C53C9B30A7EB76F20B525656<br>File Hash: A92FCFF6E4F800D2DC258FF1F12F6581EDDC834A3A47873F8CAC6636C8636108 | 11-28-2022 19:16:09 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 65 | Info Hash: 1A8DCF0C152304F2BB246BDB17F0F9BF1AF0A33F<br>File Hash: 87E07A405D15190CACF4C8AFA342BFB1677B86EBD7E48AF6A36013DE4CB7A190 | 11-28-2022 19:16:08 | Tushy | 11-22-2020 | 11-30-2020 | PA0002266355 |
| 66 | Info Hash: 48FC851FEDE158FA68466F2C2EC15D57A24CE18A<br>File Hash: 12B63C03986585E66F366B94BF78B3EFB37104EF78E6543F97EC1F35C586A1AD | 11-28-2022 19:16:01 | Blacked Raw | 06-21-2018 | 07-26-2018 | PA0002112156 |
| 67 | Info Hash: FBBFEBB1C68DF7C5B90CCA1A5638DF9C4C6BFC7A<br>File Hash: 43782B257EF4AE91D30B598250B878F3E857AD38F052A179CAC0C40903C101C2 | 11-28-2022 19:14:55 | Blacked Raw | 09-04-2019 | 09-13-2019 | PA0002200700 |
| 68 | Info Hash: 245E7595EAF9BD032DBBCC7121C46D91F6011AA6<br>File Hash: E17E601B8258A8F7991ADA885BCBB266011A675682891A8EAA4F6C844B0E217D | 11-28-2022 19:10:12 | Tushy | 06-05-2018 | 07-14-2018 | PA0002128384 |
| 69 | Info Hash: ECF44D7A564CCA8ACAA69424C62ABFA9F9551D78<br>File Hash: 56A1D36C956F20188364ECBF62883AFA7E7BC809323AA575F9D02D3BB6973246 | 11-18-2022 18:11:43 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 70 | Info Hash: 7F5421A1DFD0A85A6703EE140BFC1FB3BCEC7573<br>File Hash: 3E17496015D296C2893556FF97230AADD8FE444E9B6F1AB3A0C1A1FD5A8DDCF3 | 11-18-2022 18:09:17 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 71 | Info Hash: EC8DE7D16DC6DCE30B1754E7B156FBCE3BEB6B27<br>File Hash: EE62776EA1CEE2A3601A6A431817ADD69D0849EBA79CDBAFC31268ACF52387BB | 11-18-2022 18:04:20 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 2FE3DB21DF0D396DD681E23816AA6AA15F59E6B6<br>File Hash: A760C42F362D9B2CBE12463BF6D84ACB9ABA030CC0A976BB24915B39D0F79D04 | 11-18-2022 18:04:02 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 73 | Info Hash: 3AF342FFAE34E88BB4EDFE585C8B5917F5C64C5E<br>File Hash: B8FF037D08567BCE9CDCD7F453A121721F9EAE87AD7B0DB0BABC133C84C2F3D7 | 11-18-2022 18:03:59 | Blacked Raw | 03-23-2019 | 04-08-2019 | PA0002164877 |
| 74 | Info Hash: 901D0D8A90F8257E9DA467449807DEA9D71D68E1<br>File Hash: 4DF69A216C5F16C55023C1D591F7DB2AA2AFAEB1960728EC6B75C9CD50E8FA51 | 11-18-2022 18:02:36 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 75 | Info Hash: A66737A2C0C052A322F7121CB249A59EEBB0E177<br>File Hash: 558DA8F10F05218293F987B318E413D73681888BC53AF9C5FF679D509FF7AF83 | 11-17-2022 08:36:04 | Blacked | 05-30-2017 | 06-22-2017 | PA0002039295 |
| 76 | Info Hash: 13BBD89CD055E67E4C040A6FBF892E1F5675A9C8<br>File Hash: 6783111EC89CB9C43E8A7B0CC73015E720BC591D807CCC36BAD693C3EFC82642 | 11-17-2022 05:33:25 | Tushy | 12-22-2017 | 01-23-2018 | PA0002101752 |
| 77 | Info Hash: A0827A76038ADBCA262079E7141C2F1DA890468D<br>File Hash: 8057638209897A8D97A5DB52B48A4AEB05D2C5E6A938A419B3EB73EB0C3EE9B5 | 11-13-2022 17:35:42 | Blacked Raw | 11-10-2022 | 01-27-2023 | PA0002393082 |
| 78 | Info Hash: 536ABC94E6CDF73726BABE11B761EF2FE1FBCDF2<br>File Hash: 1A4AB873A4D067DEDDFA89D43DE68DE095AE8A34C247496C16B2E84F3C6C80EF | 11-13-2022 17:25:38 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 79 | Info Hash: 28762847C82A90E772417F42C59CE0C39BBEE165<br>File Hash: 4F5E9E0E11E4C06166F581F7E6719DD1E9D3DB561F994F8BD047F9AD7B9D4BED | 11-08-2022 05:31:10 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |
| 80 | Info Hash: 15703C64531B7F3820339C06473B13AB5FC50979<br>File Hash: D4CCC3F901BCC7E6E808078BDD2C1A5A072F48CB12874A84763DB3794B0A7FDD | 11-08-2022 05:25:44 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 81 | Info Hash: 436CB65507C74895A9CFE24CD30195A7E56FE15B<br>File Hash: 8FE3C8C73F7D38078A284C38D79C4C71B30CBF7C518E882158C2ECDB27E99746 | 10-31-2022 15:42:46 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 82 | Info Hash: 60912FB5E6ED2D944BC2B12CDB3C578461CB7A92<br>File Hash: 84BFA90EFD3942111D357DEF50858EBDD20DC494E07AE8EA35E2557C0139EECD | 10-27-2022 16:16:57 | Blacked | 06-27-2020 | 07-17-2020 | PA0002248593 |
| 83 | Info Hash: 8F45D583B36DC71140A38B289CE0AC68E193AF62<br>File Hash: 6DC4660CCABA32776470F1C7621A4FA83AA6F282968245CF653CA5D40FFB44EE | 10-24-2022 21:01:06 | Tushy | 01-01-2020 | 01-27-2020 | PA0002223953 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: D4414E1E954985552282EC01BA093EFC905FC4BC<br>File Hash: 77324052D00723989E8C099AC2AA8D3154464B79F15BA040862E8E9C49101D5B | 10-20-2022 04:11:34 | Tushy | 09-18-2022 | 10-05-2022 | PA0002373759 |
| 85 | Info Hash: BF1F34C819D7E0714CE2E5492C134DCBC620E219<br>File Hash: 37735602FBA02E9FAEA44AE82406075534B87A67C0A70F15FF087C8433371317 | 10-15-2022 07:56:47 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 86 | Info Hash: 6203A621E55A717AF17E658545D50FFC96E97502<br>File Hash: 47A69408421768E2560FD748948543F24B816D8EC264239EC62C94B9148A609D | 10-15-2022 07:56:44 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 87 | Info Hash: 2792CFE99C40641407BFC00440005D0FBAC48D6F<br>File Hash: B2B70AF825DA3A42749A3F89B4FEB1063147F96E183103F31834AF78A4FC5780 | 10-15-2022 04:55:36 | Tushy | 07-25-2018 | 09-05-2018 | PA0002134601 |
| 88 | Info Hash: 42F4FC72BFE526D9442ABCD62F01232B062FAF12<br>File Hash: 70D50A2F962E9E69D64450F1255A37496A84DC51CBC070FC62FD9604E9F44960 | 09-26-2022 22:23:32 | Blacked | 12-12-2020 | 01-04-2021 | PA0002277035 |
| 89 | Info Hash: 2633CD97981B90290A6B07878DB24E95843051FD<br>File Hash: 12BFDB30AB4F19B7B4077D5B64A15D8A0C2A2F8AB5C3A0E5D9212F62656E8838 | 09-26-2022 22:23:29 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 90 | Info Hash: E83E97990D3D6301121D85BCC16D9FC8C74DA51F<br>File Hash: 4CB770877D978B81FD85E5221FDD1CF26A465666C8389FCD9C9789C707914BC1 | 09-09-2022 17:01:01 | Blacked | 09-03-2022 | 11-01-2022 | PA0002378069 |
| 91 | Info Hash: 1018A676073B24EB9A7384E7BF56686079E27B27<br>File Hash: 14933E0910B60AF2E3929652EA75A2557D35397916823CC0D76B623CECFEAD2B | 09-04-2022 17:03:51 | Tushy | 07-20-2018 | 09-05-2018 | PA0002134598 |
| 92 | Info Hash: 633C61C8C943824C1FF5E8E3107FBA4396A8E399<br>File Hash: 5A31EAC85A367E7A384C7E6E14BE4BD021E487171F4A91616E348962A2353AE1 | 08-31-2022 06:27:42 | Blacked Raw | 07-13-2020 | 07-20-2020 | PA0002248963 |
| 93 | Info Hash: D8CC6A6F0DF7DE99DDC5578221F7EC1AD4AC5EEF<br>File Hash: 65AE39881C3A823068E1F574C4C80C562AEB52A9CF86F284D76BD8B8B2B19C5A | 08-31-2022 06:16:37 | Tushy | 05-17-2020 | 06-16-2020 | PA0002253264 |
| 94 | Info Hash: 2B89F3F355B3B9EDE25E64725FF5C41506EADD0E<br>File Hash: E1C5124A3362A65EA4E6743B7370E88026559B04E4B4CFA6C4819D11CF89A2A8 | 08-23-2022 04:56:17 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 95 | Info Hash: 973A870D555049DC68BB9A3D667902BFC69FBD3D<br>File Hash: F291E9A5D2284337B5F9CE58EF735849D834C5ACF9618C0F86C2564FA7B7F1B2 | 08-23-2022 04:48:30 | Blacked Raw | 08-25-2019 | 09-11-2019 | PA0002199991 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 97146430EFF51ED7985DD7486A206D7EEC915975<br>File Hash: B65B8F85C0DB527CC504E2840B199B1C630FF6A79B09EDFE29D9396A16E34425 | 08-23-2022 04:44:42 | Tushy | 05-29-2022 | 07-21-2022 | PA0002368036 |
| 97 | Info Hash: 07F16EECB4F9690913640BA349109E2CE25CEE98<br>File Hash: C23FF6F6B49AAC6A113B697956ABB72526EE63EA63D15B6ECBB1AB3CEAA5E792 | 08-17-2022 06:40:13 | Tushy | 04-24-2022 | 05-20-2022 | PA0002350374 |
| 98 | Info Hash: 18F37A18FE1AC5E6CEFE5CA0F702EDAF5E3130C4<br>File Hash: 3B4B2AF11D93CA07CD38FD8D08E0C77EBA6208A33E4B5A5D8973EA94748DF061 | 08-12-2022 05:24:45 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 99 | Info Hash: BC30F1B940C860C515254D4371D12BD08BD2A8D6<br>File Hash: B393F84E59A4F3F90F419B8D07E0BEA42E469E7FC26599D2E4FE83C81ED4351D | 08-02-2022 23:15:10 | Tushy | 07-25-2019 | 08-22-2019 | PA0002195515 |
| 100 | Info Hash: 1B02C5FD0BD43D66CA7F1862752B7D33093B13BA<br>File Hash: 8633705E63B8E74B37A5E3E4D917CB9038CB87429F9687CD7E5A0D0887E468B4 | 08-02-2022 23:14:56 | Blacked | 12-31-2019 | 01-27-2020 | PA0002223957 |
| 101 | Info Hash: 0B3211C8AA683053AD9C2205D34C75107F839A20<br>File Hash: B31A11000A19FCB59304064245993EEE63E01F14BF15B7D0776CE1173C608E7F | 07-19-2022 07:00:14 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 102 | Info Hash: 9E14776DB60232E61C4AEB879EC568054BB6476F<br>File Hash: 25F7E9FF313011BB71DD178E9DDB22BAB0F2C61A626F760C84A31E3020196B3F | 07-17-2022 06:06:17 | Tushy | 12-26-2021 | 02-03-2022 | PA0002341847 |