**Exhibit A to the Complaint**

**Location:** Atlanta, GA  
**Total Works Infringed:** 126  
**IP Address:** 73.207.188.137  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 46029F2CCB0B656612D8F10DBCB95EEA3B307EC4<br>File Hash:<br>19E7D50DFCEFF485A321F69AFDB586C40CA2AE94189BB53477C86E5696DED303 | 07-08-2023 18:34:07 | Blacked Raw | 06-28-2023 | 07-13-2023 | PA0002420343 |
| 2 | Info Hash: 005FA38E32203B04218CCE843491F089D51C371D<br>File Hash:<br>E12B17918DD55A5D51AC43833EABD1AAF03C727C29591B514C524EFD9753280F | 07-08-2023 16:30:11 | Tushy | 06-25-2023 | 07-13-2023 | PA0002420342 |
| 3 | Info Hash: CD97C49C82F38B935420C8A4D7747AF3A2CB4AC8<br>File Hash:<br>A2E4EBB114F4A521E5C4FC3DC4BF1FF9D29166CAF638D09DD7C018AD5FE3419A | 07-08-2023 16:23:59 | Slayed | 01-24-2023 | 02-21-2023 | PA0002401001 |
| 4 | Info Hash: 075834291230A07C584F091E7DDDDFE1502907A1<br>File Hash:<br>ED1178831B77D10F09F6F15F87926FB11E90886F6969F354CF85E3553B8355C1 | 07-08-2023 15:30:52 | Slayed | 01-31-2023 | 04-13-2023 | PA0002407764 |
| 5 | Info Hash: 1C9DE0F772ADC9DC8366EEB31979E12B14583E50<br>File Hash:<br>DDB11A2D93D5E2102623310969DAB1352B63A27B0169367870C9F48EA2EDB308 | 07-08-2023 14:42:56 | Blacked | 07-01-2023 | 07-13-2023 | PA0002420349 |
| 6 | Info Hash: 04B153D81B0306AEA6092F0B1E37306F2FD5D3DD<br>File Hash:<br>DD9E4ACCE9AB589D9004FF23E17CBD79FEC4B79A47F73F98250614DBC9FD96B5 | 06-29-2023 05:47:32 | Blacked | 06-24-2023 | 07-13-2023 | PA0002420341 |
| 7 | Info Hash: 4129CC7B05FC680A0453938E114ADB5A0FCAC990<br>File Hash:<br>7E097A5958EEEDEC326D9C323893A0DA78BB486E3954E2B0395A2E04293A7C7D | 06-27-2023 16:20:37 | Blacked Raw | 06-23-2023 | 07-13-2023 | PA0002420356 |
| 8 | Info Hash: 320E6FEE0A241B0818F36904006372C2A597769B<br>File Hash:<br>0B1EC11883B82BF6A8E6FBD5A2D9ED10A7B52FFFA1204FC674F52D0BC5DC7222 | 06-27-2023 03:02:26 | Slayed | 01-17-2023 | 02-21-2023 | PA0002400995 |
| 9 | Info Hash: 6B3AD40C87E6BA1096B9D89D023BB8B545BFCB49<br>File Hash:<br>3B16C3E5117AFFA97703A5CA0B8C719E56C8B5D9D07943058F7DCCF217363B82 | 06-26-2023 04:17:05 | Slayed | 01-10-2023 | 02-21-2023 | PA0002400996 |
| 10 | Info Hash: 6E15216DA73217D72ADB6E3D629385E1ADAF570D<br>File Hash:<br>FD1B1D5C02BF45EB89F205EE6C1F8C10A7454BD6F513B08D2F2383FFEE3952B0 | 06-26-2023 03:07:48 | Slayed | 01-03-2023 | 02-21-2023 | PA0002400998 |
| 11 | Info Hash: 8F83E54E53B4057B725077EE7A30E27F977B6A0E<br>File Hash:<br>C6D405B758606CCC0FDBD444AAA20416438DA8E6C09E24CF1783D58E3E9B400E | 06-23-2023 04:30:48 | Tushy | 06-18-2023 | 07-13-2023 | PA0002420350 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: A51EE88C93B04112DED05A9A227DF31572542944<br>File Hash: D520F62078DACDC817C99D923760AB2D79C6FDBA255BD2ACDD04355E5C32F205 | 06-22-2023 05:13:33 | Blacked | 06-17-2023 | 07-13-2023 | PA0002420351 |
| 13 | Info Hash: 87B318292B16327F64998E2B11D8AA8E8F1D9001<br>File Hash: 4CD0DCF59DA70450B04C08756ACBF2AE77DE301084DD0645862997228C5E6E77 | 06-22-2023 04:08:32 | Vixen | 06-16-2023 | 07-13-2023 | PA0002420352 |
| 14 | Info Hash: 16216A0721869F7393B66987D0EEFAC6213B02FC<br>File Hash: A25A0333FE2409A40F19EFD7B64001AA13139F8A58FE136B359AB42B119CBC63 | 06-22-2023 03:57:07 | Slayed | 12-27-2022 | 01-06-2023 | PA0002393661 |
| 15 | Info Hash: 42ACBB06470F92BCA0CF58A18DA5C98E244A4A52<br>File Hash: 15B7BF4BDDA3F287B8A04C59EA82E686EB5A84544D7ABF2EDCCE62D520A5ACA2 | 06-22-2023 03:25:40 | TushyRaw | 06-14-2023 | 07-13-2023 | PA0002420358 |
| 16 | Info Hash: 8BC26686D57410BA63DC1A9724996C61274970C8<br>File Hash: 2FE5E5A6CEB773E33C964E63E9AF0F266DDBD3E9E19379D7EB069FFA772A6C19 | 06-22-2023 02:47:50 | Slayed | 12-20-2022 | 01-05-2023 | PA0002394011 |
| 17 | Info Hash: 566225D6E9FC2F8009A226AA9018CE67984022DD<br>File Hash: C6670E22C246DA3924483CDEAC0C3FFBEF98D4B2EE9154E88DF832F222FCA719 | 06-19-2023 23:12:03 | Tushy | 06-11-2023 | 07-13-2023 | PA0002420360 |
| 18 | Info Hash: 443681B5D8342B7735D10346531895088E99A4C0<br>File Hash: E96BD047927C5BF7C179F0D2B4FBE6A24483495CBB068032BFA75D56D35511DE | 06-15-2023 06:08:39 | Slayed | 12-13-2022 | 01-05-2023 | PA0002393959 |
| 19 | Info Hash: 2309159CD1993A31DABF6AC9AF2EBD57B11980F9<br>File Hash: 211E1E3DC086056108BCB6D948D731777D01C34CC95D1BCE5C4A5F25D4BFC520 | 06-13-2023 20:29:39 | Blacked | 12-01-2018 | 01-22-2019 | PA0002149844 |
| 20 | Info Hash: E32E6091BEC7A4EC0F7B3790091D4DD6D4368844<br>File Hash: 4F90CE55D757C603F9900A86135ED4ED2F36C2412729CD6633A1A08FC4086314 | 06-13-2023 04:44:23 | Blacked Raw | 06-08-2023 | 07-13-2023 | PA0002420361 |
| 21 | Info Hash: 32F3F44C9C4593B5CBFDB09791B4E955871E4DC7<br>File Hash: DC254DBE264C03B131548FD48788A975D96ED61BBF3A885E7CD20C0D918624E0 | 06-10-2023 16:23:28 | Tushy | 06-04-2023 | 06-09-2023 | PA0002415359 |
| 22 | Info Hash: 15088963C7A65B0731C8A1D3478E2DA3B0824D14<br>File Hash: 49A0D57F5EAEA61EDE963B035C4D0378840392E668253C24D1D01FA2A9C8F226 | 06-09-2023 22:12:27 | Slayed | 12-06-2022 | 01-05-2023 | PA0002393656 |
| 23 | Info Hash: C1BC663A0CF587D4DB4973C49B0D0E4706A0FB5C<br>File Hash: B4FBAA74D55D9FC14929AD35EA31FB23B592069F330FBBEC9FCE7CC130F958F7 | 06-09-2023 01:31:55 | Blacked | 06-03-2023 | 06-09-2023 | PA0002415360 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 371BB8D0BA83B399046FA802C65E393EDE4CF3D4<br>File Hash:<br>E6C2CB247F7F6A46340724BECDF0FFBCB69FDA78AE3193C9535596C7C17C2197 | 06-09-2023 01:25:12 | Blacked Raw | 06-03-2023 | 06-09-2023 | PA0002415371 |
| 25 | Info Hash: A5ECD8B35F9167953C33D84BB6099655C0AC83E5<br>File Hash:<br>2684946A0D5CBE16B1ED2B41C55D70E817D6CD527481E1182FD2D69EB6DFB032 | 05-30-2023 23:46:54 | Vixen | 05-26-2023 | 06-09-2023 | PA0002415392 |
| 26 | Info Hash: 6349F5E18CB10729D3E4A2B027C2ECD45BFD9068<br>File Hash:<br>6DAEB3C4C97B7103529BF4710B97598DB6D3D92A3FF5E91CCFB735DB3498615E | 05-30-2023 22:39:52 | Slayed | 11-29-2022 | 01-05-2023 | PA0002394013 |
| 27 | Info Hash: A6EA7322227167BB958372EA0FF00D8E41D18E19<br>File Hash:<br>AA26482D229D74AD1E385E34673390A2FEC721A9EF9F38C2EA74C0156CE5BDF1 | 05-26-2023 06:28:43 | Blacked Raw | 05-24-2023 | 06-09-2023 | PA0002415389 |
| 28 | Info Hash: E8ABFD1C4627B563399146DDE001C4323F5DF648<br>File Hash:<br>062FF3EE2505D386DA6A182FEED8DA873A09F6EEF8AF99CE3B29295F4BEC41D0 | 05-25-2023 05:45:12 | Blacked | 05-20-2023 | 06-09-2023 | PA0002415379 |
| 29 | Info Hash: 5E0E752DA71A79D5DF23B90E6C50CAAF193DFA45<br>File Hash:<br>3B3FC8198FCCDFA72CBEC918979F913EA072D55561D34DDAE06225073D260BF6 | 05-23-2023 05:53:12 | Blacked Raw | 05-19-2023 | 06-09-2023 | PA0002415367 |
| 30 | Info Hash: 3658D8008479A4D8908A15B8C4FF207266C7E304<br>File Hash:<br>B06B1588D52DF11A9C38BED7FDAE4C9402C9D714FE1D454DB2D768C99EAD8C14 | 05-22-2023 14:49:44 | Vixen | 05-19-2023 | 06-09-2023 | PA0002415364 |
| 31 | Info Hash: 27A5887FDE9BFEC9C832BAA2AAD5A9FD6502EE14<br>File Hash:<br>6D5703472B90F0698B7C83490750B06627805503C4200BF48667C1CFC46F9857 | 05-19-2023 07:39:43 | Slayed | 11-22-2022 | 01-06-2023 | PA0002393658 |
| 32 | Info Hash: 15E9E56B5D2CB66E73AAE195AE2CDB458F882A0D<br>File Hash:<br>8B9D7B482ACCDB7761FFB716C29BAFD614DF8911DF947FC1BF89B3786570ECC6 | 05-18-2023 15:42:18 | Tushy | 05-14-2023 | 06-09-2023 | PA0002415365 |
| 33 | Info Hash: 3FD934424B28B5BD8B23C1B69ABBA61109FA67CF<br>File Hash:<br>F15DD0F6FAC922F2FCAF422BFAAE2CE56F17A128FBFDA15E922A3A29D87575B9 | 05-18-2023 15:21:06 | Blacked Raw | 05-14-2023 | 06-09-2023 | PA0002415357 |
| 34 | Info Hash: 893932E9AF5006B530FA71C8A4646E3CDC474CAA<br>File Hash:<br>DC371AAF346BA03418D1621ACF8B5994B51984574BD22B2113CF6D23AFD7D79E | 05-17-2023 03:03:43 | Blacked | 05-13-2023 | 06-09-2023 | PA0002415384 |
| 35 | Info Hash: CFA75A24B84A2616FCFFB6C021018A2CBD810625<br>File Hash:<br>E66FFF6C6FDFF2A69BB993DAB1FDD5F17A77176FC647F8F3D8CCE1D9DC9F0414 | 05-15-2023 07:09:32 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: FACC67D20AE4892CCFE21A913D7537FFA3B7E206<br>File Hash:<br>E3113E13E55A7D0ECC10A12B5B8F6BE9693CF90879DC2A4EECCF8C59E08065F1 | 05-14-2023<br>14:21:33 | Slayed | 11-15-2022 | 01-06-2023 | PA0002393655 |
| 37 | Info Hash: 7932F8CAAF83D11E57435AF512DAE5E16A1C5397<br>File Hash:<br>82D7D17125D9FA326008553B94240EE9051EAB563F7E3219B3CB3AF94AB0DB85 | 05-14-2023<br>03:36:20 | Slayed | 11-08-2022 | 11-24-2022 | PA0002389330 |
| 38 | Info Hash: C83EF20E1013A6AB938ACC23C498F145ACB28795<br>File Hash:<br>C5C14A43507207DB518B53BF7C10C7D83250E02533C5197754542C27E5E4C634 | 05-13-2023<br>16:56:55 | Blacked | 05-06-2023 | 05-15-2023 | PA0002411299 |
| 39 | Info Hash: 205FBB24B91AB34F3028E4AD441903C837B22D24<br>File Hash:<br>B443A96160306BB2A63650140949F142B6000EBE345D7621593FE62529EFEDE1 | 05-13-2023<br>16:33:43 | Slayed | 11-01-2022 | 11-24-2022 | PA0002388645 |
| 40 | Info Hash: 2D7A1E8CA1FCCF1820031D809FAC42C1F7265483<br>File Hash:<br>AF2165086F782EDD09545EF50146ED3F3DEA6CA315F68266FC58A490BF459D71 | 05-13-2023<br>16:00:50 | Vixen | 05-05-2023 | 05-15-2023 | PA0002411290 |
| 41 | Info Hash: A0ED9C253EF5920698BBC6371BBFA77DB244C27B<br>File Hash:<br>18DC1340E4589EF24B7A19CD576DD2F10258BF5A12BB38DBC26A6E14FD936D05 | 05-05-2023<br>03:13:01 | Tushy | 04-30-2023 | 05-14-2023 | PA0002411311 |
| 42 | Info Hash: FBDEB77E92B3BCDE078B2EE02A0456A45443A1EC<br>File Hash:<br>73AE747B42AB732EF3C89E91DC7F3655D0E3D7E670B3BDCED9641A8591B722DD | 05-03-2023<br>06:40:46 | Blacked Raw | 04-29-2023 | 05-14-2023 | PA0002411313 |
| 43 | Info Hash: 0DC6379EAF03383945C8F9D7565E5C30DA862ED0<br>File Hash:<br>9F4F798AE7FEBE735343151BD9AEDFA7ADC2A0718181AABA44B1F9F5B9D28409 | 05-02-2023<br>01:15:51 | Blacked | 04-29-2023 | 05-17-2023 | PA0002412011 |
| 44 | Info Hash: 568BE84F7CBA01584007DBA8E686B980543165BB<br>File Hash:<br>8C29FEE93DC97C733133B9219C2A17012F83BB5A4BEF2B6003137C9497A81F0D | 04-30-2023<br>17:26:42 | Vixen | 04-28-2023 | 05-15-2023 | PA0002411258 |
| 45 | Info Hash: 1D1695665E956F1A119187017F0C40F9F58DC7AB<br>File Hash:<br>A6DFC8DE958A72B3E787C772444A310604C4AE6642DF342A33D0289BEEB38C1E | 04-26-2023<br>22:57:40 | Tushy | 04-23-2023 | 05-14-2023 | PA0002411314 |
| 46 | Info Hash: 722F66484C566568F10FB5F56E908BBEE9405D93<br>File Hash:<br>052A6BAD1812AFFACF2087780EC66F47E61FFA08FD62D432CB2E7DEC7C012B26 | 04-25-2023<br>15:25:46 | Blacked | 04-22-2023 | 05-15-2023 | PA0002411285 |
| 47 | Info Hash: 318D74504949E1B3024EA3FEA85B2B8E67AAC944<br>File Hash:<br>A497ED83C7A145CEFD3CA0C79FEC48253779DC5916EE08779F7A02F5A143EEF9 | 04-25-2023<br>03:37:38 | Vixen | 04-21-2023 | 05-15-2023 | PA0002411310 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 65C96C9B29CA86AFDC7700127473D74E2231ED47<br>File Hash:<br>789D388B32450DD7765516215B4AE6E80EADDD364F306CD24092B293E915B7C6 | 04-23-2023 00:53:49 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 49 | Info Hash: 6BEF993248BC531C6DA8F1F51278CB8C79C26F96<br>File Hash:<br>B02C5D7A32980E65E7A94C4131AE0DF5D5F87885D7AF2671F8E12439C8FFC946 | 04-20-2023 06:27:46 | Tushy | 04-16-2023 | 05-14-2023 | PA0002411274 |
| 50 | Info Hash: CB8114253C6E3EC4A03F14D28052ED035F72B0CE<br>File Hash:<br>50AE995B762C1A2AC9FDC04D48B70A2CE3545D5B1C7E68C4892185EE4BCBF6EF | 04-20-2023 06:01:34 | Slayed | 10-25-2022 | 11-24-2022 | PA0002389329 |
| 51 | Info Hash: 161B9B606AB5C8C0472E9A966A7704A63941B235<br>File Hash:<br>5FE40D3ACE878D048EF1470A44C17FF947D3CC84E202603797F25758688B268F | 04-18-2023 23:24:09 | Blacked | 04-15-2023 | 05-15-2023 | PA0002411295 |
| 52 | Info Hash: A23DDB08BCB27AB3E50C75001DC17906FB68C0B7<br>File Hash:<br>473322693FC111D18F11BADA6E1EC05BAC63CAFDBE646E695ABB7AE0FDCBA7A2 | 04-18-2023 22:48:50 | Vixen | 04-14-2023 | 05-15-2023 | PA0002411265 |
| 53 | Info Hash: CF908D8BA58ED5AD647C500172BF9D2D523E429E<br>File Hash:<br>AF9F1602B97C23C054D8C37312CA084505123BE0169F4F4FCEE360018B62DD24 | 04-18-2023 22:02:09 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 54 | Info Hash: 16346000E4A519F8B6AA8CE045A0A74111BE686D<br>File Hash:<br>58654F708C86813D8A64B0D667485412E1BC4332CF2E3704C0E1FD2C71AA8A3D | 04-13-2023 01:55:10 | Blacked Raw | 04-09-2023 | 05-14-2023 | PA0002411278 |
| 55 | Info Hash: 577EB8EC50575CD5AB3A8932A5C2CC3A5FA7D164<br>File Hash:<br>4EBC8B97465533D79200552252E48FA7A79A0AA0AB3E0E7B0567CF4CAC5B23C5 | 04-12-2023 02:50:57 | Tushy | 04-09-2023 | 05-15-2023 | PA0002411263 |
| 56 | Info Hash: 6D912033BC0CD8056DAB1EC51A81A039C7AF76B6<br>File Hash:<br>FF141E9DD6237F036573E3848CFB53647759F9C1A616973B436AB4FC19057EA2 | 04-08-2023 22:40:00 | Slayed | 10-18-2022 | 11-24-2022 | PA0002388551 |
| 57 | Info Hash: D5B601E3297BF181A2C55EE1A41B03F1CC238275<br>File Hash:<br>30C5952BEDB2CDE9CCFC0199AB3C2E144AC49C61D63385FEA2A49237659D8346 | 04-06-2023 07:00:11 | Blacked Raw | 04-04-2023 | 04-07-2023 | PA0002405732 |
| 58 | Info Hash: 8C83A1CC5B94635CF9ABFA1B8622ED608DF0B771<br>File Hash:<br>7280E61A720BB1224831AB0E112D7CF1D16BCACF312D16072A06E0C8E5C68316 | 04-05-2023 06:11:52 | Tushy | 04-02-2023 | 04-07-2023 | PA0002405755 |
| 59 | Info Hash: 59504FF1982D99519C1405CBC573C0F5DE782B63<br>File Hash:<br>BCAB7C1C3FBDD1E13EE8ABFEEF136036F359879588E705B3425C46FFFCF641D4 | 04-04-2023 15:19:50 | Blacked | 04-01-2023 | 04-07-2023 | PA0002405761 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: F3D816318CF31DE7C799B3D8EDCAB1EDCE0B8E91<br>File Hash: DCBBC7C798C9B537ACE8CFE0FF4BBABCAF96F11F1B8A72A4922BC8F8AB73F9FA | 04-04-2023 01:41:27 | Slayed | 10-11-2022 | 11-24-2022 | PA0002388301 |
| 61 | Info Hash: 3826BEB9EB760259F3302CA66215F65B70208FB6<br>File Hash: 9847A9A6CEE0759EC7BEBF127F8AFD05597F27152EE55DEED7FA6ED1EF5F3A67 | 03-30-2023 13:48:01 | Tushy | 03-26-2023 | 04-07-2023 | PA0002405762 |
| 62 | Info Hash: 7AE8134085E50AC4D2F877ADF5004A44CE65BCFE<br>File Hash: 14CE4C502F90353FF781403F7F69DB6D7B242C69A1206B88946A13BEFDB86C61 | 03-29-2023 02:31:23 | Blacked Raw | 03-25-2023 | 04-07-2023 | PA0002405729 |
| 63 | Info Hash: 0F36B0ECBCDFE8D635C612B41A2D2691DA117200<br>File Hash: 168EAF9892C4B55751BEB98893A6D7A05D5663C5ED3DCFC3AEBF7681352DE760 | 03-28-2023 01:03:03 | Blacked | 03-25-2023 | 04-07-2023 | PA0002405756 |
| 64 | Info Hash: EB4A9DF936FDE36CD9D8E2947C44B32F735F7A76<br>File Hash: F251819BD9ED6875E59A282628E5585C935471AF568355DE9EEC390A3A8889AF | 03-27-2023 00:59:11 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 65 | Info Hash: A58A1F7DCFDC07680F0A1D896EEEFC041EF00B42<br>File Hash: 1C265285335D6DC658A22CB9D0A789458889004CB7D044A69404BB2B4DBDAAC1 | 03-22-2023 14:52:53 | Blacked Raw | 03-20-2023 | 04-07-2023 | PA0002405757 |
| 66 | Info Hash: 91ABE265B87828D4AB8248B6604817DE7D61CFAA<br>File Hash: E31DA38E6F32436BFA1F9BA3470DF0B8C31CE9DA830EB70ED382024A4BC1A5ED | 03-19-2023 22:04:58 | Vixen | 03-17-2023 | 04-10-2023 | PA0002405944 |
| 67 | Info Hash: AE6FF119CF720A3271FB0DD93F405C53C6E55A0F<br>File Hash: EFB492DBEBF845031AF3A3EC7664516979EC39A02CE64CBA3D0F76627C43E72A | 03-18-2023 02:08:21 | Blacked Raw | 03-15-2023 | 04-07-2023 | PA0002405750 |
| 68 | Info Hash: C20779E6B6C08FB5125BC6BB25E544D894FF798D<br>File Hash: B01CB0642FB5402F96553CF8CE816BCBEFE8953231080FD8E505533B50C500FD | 03-17-2023 02:19:44 | Slayed | 09-27-2022 | 11-27-2022 | PA0002388300 |
| 69 | Info Hash: CCC7EDD22D7238230478C0BF0D063AF60D247CC3<br>File Hash: 7DE6FC953D92A8F612FA44B230D3CEF4EF150B6206B43CA74FE5AAC6044ED5C6 | 03-15-2023 14:54:09 | Tushy | 03-12-2023 | 04-07-2023 | PA0002405752 |
| 70 | Info Hash: 099C4A7667A9B09FBA27D437F9C822BD1DF06DF6<br>File Hash: 57358891348E72225F8995C75FC3C012FD6B749721867D43AE0E5D9A9F7666C9 | 03-14-2023 07:31:30 | Blacked | 03-11-2023 | 04-09-2023 | PA0002405763 |
| 71 | Info Hash: C15FBB5938E152114DD4A8B2885DF95D3E4A2348<br>File Hash: FC0060491B5BA33DEB7BCC4A4C5AD9993F7A7D9DC48246BCAE9C239F213A79FC | 03-13-2023 14:33:08 | Vixen | 03-10-2023 | 04-09-2023 | PA0002405759 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 94B3ECEA7C2F08CCBC66225584E6CBB82C5ECCD7<br>File Hash: 97DACE343D48FCF5F6BB9A9B0C5ADB2348F636783BB9A2CCB7B28D0F550BC00F | 03-13-2023 00:20:35 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 73 | Info Hash: 8B2FBC68FDA8B9DC6EB56316B6177A81B951C9FE<br>File Hash: C0B00827D25BB4E2EF26F69D89E1C8FFE607CC1092CA6A6F12A3A06359DC214B | 03-09-2023 08:52:01 | Slayed | 09-20-2022 | 11-27-2022 | PA0002388098 |
| 74 | Info Hash: 6408AC30915EBB5D088C812A9102CF90D28B0BBB<br>File Hash: C876715ACC4419649BA1FCB7529C0BEDAD1C5E9EB995D6BF717EF1247238CC41 | 03-08-2023 07:43:23 | Blacked Raw | 03-05-2023 | 04-07-2023 | PA0002405735 |
| 75 | Info Hash: 3D36E057CBBC836D07733B8B3BBBDFD16E537006<br>File Hash: 97C3B49845BE2642408A05BF77CABD7D9B2002027CC94A36F12F043722203C22 | 03-07-2023 21:35:59 | Tushy | 03-05-2023 | 04-07-2023 | PA0002405753 |
| 76 | Info Hash: A117040D9525C1C72653A916746A386DB3D37130<br>File Hash: E89AE637B3419055D9A517872D3068B1B628C4901856FC1E5A198F82A37D657C | 03-07-2023 03:05:55 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 77 | Info Hash: B1D2CE1C12DD299D4C4746CA986BB4AB65FFD52D<br>File Hash: 08D68414DB8CE56E0E2B9DD81A16A3F1C07FCD452EE42EADAB5229E0F0D4391C | 03-05-2023 08:46:32 | Vixen | 03-03-2023 | 04-10-2023 | PA0002405936 |
| 78 | Info Hash: 3F115FBD5B285840FB8CE02BAE35731CAF49FCD6<br>File Hash: 892E2B17809B18E233FA27C161F012E8F9E2CA19E0970E4ABEB5BBADB31DEC06 | 03-04-2023 13:53:42 | Slayed | 09-13-2022 | 11-27-2022 | PA0002388612 |
| 79 | Info Hash: 5934CAF7E62BD17FF2B6CEF24482B13A9B4A3BD0<br>File Hash: 8CDB3681EAE8E4D7005F5759D3873A0EA4F631F1C6547F7C66C73E474366A784 | 03-03-2023 08:28:25 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 80 | Info Hash: 653E5CF9438D1E59055925ED8E65066F497CE690<br>File Hash: 72086407190A9E64E09ABAC714F47A893DADE3372C331D4C610695FBD8D08072 | 03-02-2023 04:22:07 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 81 | Info Hash: 45EAD6B0B3012697687F5F070DD326B822B71C15<br>File Hash: 74DDF25EF431EA6DEB7960975BDBCB50883D73E0E2D842434E56A9018DC40C92 | 02-28-2023 16:36:06 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 82 | Info Hash: 7A9A2E1E2DCBB3A64583B95F042C029A715D4743<br>File Hash: FA1CA01F93BBC637BFED6161ED631234D467FDB502BF67C0BE5F618E1FCE3818 | 02-27-2023 18:41:00 | Vixen | 02-24-2023 | 03-07-2023 | PA0002400307 |
| 83 | Info Hash: 5B3EEF56046E68152C027B3D595FC6C98889C0DD<br>File Hash: 343D1528287A7B1878532AD9ED95033CECF8265C8BC11C016CC55FD6CD52A67A | 02-27-2023 00:41:32 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: F399FA3E54D67D6328C274E602EBA168782B10F8<br>File Hash: CF1A612D60A58BB7B5D90F4CF13093F924F7C91914721FF5F24345C6F6829A52 | 02-25-2023 03:20:03 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 85 | Info Hash: 9DCAA506FCD18CBC43374B59DCF295D275F78689<br>File Hash: 41CF2342AC870E5B1224E13FEBF21489DABF19588367A5E809C47AADC4FD17FE | 02-21-2023 15:41:34 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 86 | Info Hash: 4E8A6F53301141CCD9FF05FDB3BDE1B81B343863<br>File Hash: C2F9924C4E647C4D97CEE555ADD3EB04C8B60C657E747D4E7E332AE832EF06CA | 02-21-2023 07:38:00 | Blacked | 02-18-2023 | 04-13-2023 | PA0002407766 |
| 87 | Info Hash: BA96E0B5B972B5E2BF1B8CA350B5E650FE4A28ED<br>File Hash: 5C3E98369E4A663C67579CEE0B6618B6539F9F38CA8B717196FD2AFA56F731C2 | 02-21-2023 07:12:56 | Vixen | 02-17-2023 | 03-08-2023 | PA0002400563 |
| 88 | Info Hash: BCD97F765AD72CFA9BC42CB26F1DB49D6C7387A4<br>File Hash: 2F77A13D57A1B50E73B38E30A8B4C14B47F1ECF9FB39E38B971BEF4E0A4FECF1 | 02-17-2023 08:17:20 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 89 | Info Hash: 1A92B9EDC1C4D931D7B0C9C7AD5FD4C2833A05C1<br>File Hash: 567F41D1E4F2B2A85D3D7A8014ACD2CDC5EFF115578303BCE06673819973F560 | 02-17-2023 07:47:21 | Tushy | 02-12-2023 | 03-07-2023 | PA0002400309 |
| 90 | Info Hash: BD1CB71F94751AE32A319F7E528342E6D44DC505<br>File Hash: 6567C5909B2B9294458201071F878EF1AFC9D479E5FFD69445480855CBF81C75 | 02-14-2023 00:29:49 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 91 | Info Hash: 73842FA95F10B6EFAD61DB107A731D1E9EF38A13<br>File Hash: E7284236B734287E464C7A267A0071B39B2D1C6ABC30DFE10F67E126B75CB849 | 02-13-2023 20:01:11 | Vixen | 02-10-2023 | 03-08-2023 | PA0002400313 |
| 92 | Info Hash: C8FF847908D130C6C3E87A97BEDD88F0CA1ED59D<br>File Hash: F246A8043D601F8511839CDA882002B70D86CB56F39A4159E15C6752C7B8F558 | 02-09-2023 17:08:50 | Slayed | 08-30-2022 | 09-22-2022 | PA0002378449 |
| 93 | Info Hash: 299A950FB6470065F3B13F1FBD89F593C1D9DCEA<br>File Hash: 3DAB1BFD1B5950198E3B00A44C216D2B9854253D339909DA56C96A475B62598A | 02-08-2023 20:20:39 | Tushy | 02-05-2023 | 03-07-2023 | PA0002400315 |
| 94 | Info Hash: C3753FE9F6D3007F6B5A492A5D6E043BA93C83BF<br>File Hash: 5FCFCD2F384024B612985F75F57F986A87141B609D42015E30BB5C50D055E96C | 02-08-2023 20:06:22 | Blacked | 02-04-2023 | 03-07-2023 | PA0002400314 |
| 95 | Info Hash: E54618D0F31D450D08F63E9C3CA1FD302DB64881<br>File Hash: 94050C50FE687E1D842C2C6B8C57767607BB4D360F3675B5D10636BBB406FF34 | 02-07-2023 06:41:52 | Blacked | 06-24-2017 | 07-07-2017 | PA0002070822 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: A9DAC0038960EADE95843F02B56036175A03CC79<br>File Hash:<br>0664B771B097A6EA9315E7DCE4630DD76107E324E76038F20602EADB9A227CDB | 02-07-2023 06:33:10 | Blacked | 10-17-2018 | 10-28-2018 | PA0002130456 |
| 97 | Info Hash: 9A3064B3C7D25FC761A9AFCF5099B09AD70501D2<br>File Hash:<br>20DC3276F1F4E04D78F119CCF202BF16E6C05C38D7962C7365985924B05D9965 | 02-07-2023 06:18:40 | Blacked Raw | 09-24-2019 | 10-07-2019 | PA0002205464 |
| 98 | Info Hash: 743B436198D58868EE90DB21DD73E45156E91E69<br>File Hash:<br>68CAF48F7FAE60974122CFFA222A37ABFC4F3254649FB4BEB1FB67B8C19A452F | 02-07-2023 04:26:56 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 99 | Info Hash: 4197846EE65A17BF75633B3B07DB631C578DC87D<br>File Hash:<br>C3399894A15A3E66141A950F8B3440534742C93C37640A7941FD7ACA0B5D4C5D | 02-04-2023 11:52:08 | Slayed | 08-23-2022 | 09-22-2022 | PA0002378513 |
| 100 | Info Hash: 8495CA7F88A7D3B433509B5B20C42D1B4A750713<br>File Hash:<br>2EF646EFA4B5DC146BD0B0C25C3C2507F03BA0BFC58BFEB3851126EF0F2B296A | 01-31-2023 18:24:33 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 101 | Info Hash: 1E098BFD1E70D59242134EEA731CD2397EEA2DBE<br>File Hash:<br>EF30700ECCCB3617D9A68E2948B72012052401663B228B25829C63CA2EF1E2CA | 01-28-2023 05:19:01 | Slayed | 08-16-2022 | 09-22-2022 | PA0002378429 |
| 102 | Info Hash: 40D0A0F8DE498BA30734E52BB4A8E3B909CA8748<br>File Hash:<br>C8278FE811B629B54A3046CAA645164E4059FDBA3820EF6D38BFF72C9C8A6C65 | 01-27-2023 16:53:25 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 103 | Info Hash: F67C043ED593FDD68E69F58022C98A5E78C5FA96<br>File Hash:<br>AF177397DD6F57FB7620E61597589FD11591F5E714D0CBC78655555338A2D021 | 01-26-2023 03:45:32 | Tushy | 01-22-2023 | 01-27-2023 | PA0002393076 |
| 104 | Info Hash: 81F4FC9F3D6F0EA957C012DD01339B53AD36D08C<br>File Hash:<br>631EA1B32E387702C99B6CD7B8EFA9FC888CA06A6BEB8936E165B6D2FA47E571 | 01-24-2023 21:08:47 | Slayed | 08-09-2022 | 10-05-2022 | PA0002378461 |
| 105 | Info Hash: 2362121C828A6C1A2C07C982C8E6131D380878C6<br>File Hash:<br>462F1D4473F39DE9A698228C8C0F9263E7173DF9782E435BD0B7A8C78A03E9A7 | 01-23-2023 08:37:12 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 106 | Info Hash: 61C660920152C521141FBA9AC0D51F3EC79F05DD<br>File Hash:<br>23834C981F2CCD9878E86E37608033A3B27493E719DEFAF1BC049A9887BE445F | 01-22-2023 18:31:12 | Vixen | 01-20-2023 | 01-27-2023 | PA0002393071 |
| 107 | Info Hash: 5ABD6B7E032F33F63D7C609EDDC5EDD143B1BF8F<br>File Hash:<br>57B43783291B5A46BF9AA4C12D1FEFCE2B45E514E018BCFAF808601DF58C9F81 | 01-21-2023 08:19:50 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: AD610BB3D9224DA2F0ED779AE584009BE6CBF0CD<br>File Hash: DFBC184A2A0B858D3D00E7A025EEDF6FBD5C7321A9038A4799BB8AD64040E23B | 01-18-2023 07:46:41 | Slayed | 07-26-2022 | 08-10-2022 | PA0002370904 |
| 109 | Info Hash: BF1D7ED8245EDB0F1F8ED2BA78EF971A334F0EB8<br>File Hash: 87E3E67CC26E950C80635B5F1522BDA0B7D7CF4D7B1FC5A2F4CCC880483B78EB | 01-16-2023 15:47:23 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 110 | Info Hash: F227C3686AB1F60BAC9E2224292BB90729887F51<br>File Hash: 95DC7C8FE42A88771B3ABA3919AF2CC741B54481AA881498B96B3E08CCEF10BE | 01-13-2023 09:03:15 | Slayed | 07-19-2022 | 08-10-2022 | PA0002370906 |
| 111 | Info Hash: AD6175D24714049B246E2C2976BED4EA9FEC2F8A<br>File Hash: E8240E3BC4A81A43B5E6928F8CDF864FD0B5F64395C5BCCE88FD9E70B53215B0 | 01-12-2023 00:46:44 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 112 | Info Hash: 21E212CA2738BBAC40B37DD6A175495A6C6F49C3<br>File Hash: 2808CECE7508F6BED35A98444B7B848E83AC0FAE596C000D698F779AA1566738 | 01-11-2023 23:23:07 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 113 | Info Hash: 0C51C206846DE2EF125EA6F0705D73404A20CE4D<br>File Hash: 0E0EA4B5AC1AAB775883BAA5C42064DD349362D3C989AA6D9AE87B6A3BF432EE | 01-10-2023 02:18:05 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 114 | Info Hash: E407BFA23902A499603D293C26E77E3BF35B846F<br>File Hash: 0C2245E5C4B2FDAB2B8E897650DA01FCF80E1E7B3074B43E479FC32F07302E91 | 01-06-2023 02:53:40 | Slayed | 07-12-2022 | 08-10-2022 | PA0002370897 |
| 115 | Info Hash: AE257D4A3CDE9D8FF36BE1AAE46B51BCE08F13F8<br>File Hash: 8854DBD8FC6501108CFD939FD068C4B2EDF8582D4CCFDA8839034056CC5BE3C4 | 01-04-2023 02:59:37 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 116 | Info Hash: 3974193BE216E1983FA45555400BED7123CE9E20<br>File Hash: C632AE85045A09A74C9C4D73D685EF74296B0C531000D8BF808626D5A16E2942 | 01-03-2023 02:50:48 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 117 | Info Hash: 5CA30A8B94D291D021016265765056AAA3ED2B50<br>File Hash: B84A12FFAD6E8EA64D283FB2077BFA66902B54CDF70DEA84744126447FFFAB0B | 01-01-2023 19:10:47 | Vixen | 12-30-2022 | 01-10-2023 | PA0002389585 |
| 118 | Info Hash: 978F02B3211A09F06F3B32AF90AAC8DCAA0B8552<br>File Hash: 3BFDF62D7AA88096A2A563100C318BE1EB5EE3668F705B04A7D26CF04DAC8182 | 12-29-2022 18:02:10 | Slayed | 07-05-2022 | 07-21-2022 | PA0002367492 |
| 119 | Info Hash: CB824E8C8C2E955B1913A116A11A448FF74ADC80<br>File Hash: BA3525EF7022D26044B192EBAA815DB0C698E500BABC616A3D36FEB4A57476DC | 12-29-2022 06:59:57 | Blacked Raw | 12-25-2022 | 01-09-2023 | PA0002389598 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: C0EE52C628BBB3CB1DDEA783D867A9675A1BAFF1<br>File Hash: 33953DA72149AA36B404F352CA118B089BF49A70175C700A253B568816683F35 | 12-27-2022 15:24:09 | Tushy | 12-25-2022 | 01-10-2023 | PA0002389583 |
| 121 | Info Hash: E0CDE42BEB15AD73597EAB8097EE4A7E0010F954<br>File Hash: A0F2DF5B142210568CAEABDD39207E691EF85D9B250DD39B9C7D3A7DBADCC5EE | 12-27-2022 03:22:06 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |
| 122 | Info Hash: 8C3A6A2CAA0CFD1AF183F9B99B817EC686F280C3<br>File Hash: 229CA471369DA34169A80354CBEE3FD26FE617730935D06E6778AA906AC2280C | 12-25-2022 15:16:59 | Vixen | 12-23-2022 | 01-10-2023 | PA0002389606 |
| 123 | Info Hash: 9E823BE29A822EE14697A7434DBD4D2769A27C02<br>File Hash: 6685691171B23A1E56F0E2A948A679EC1FAF4B206F3C69447895FF4652F535A2 | 12-23-2022 19:39:58 | Blacked Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |
| 124 | Info Hash: 7FCAEB64C30D312D0368A0EE2B96DDD7DA8C5323<br>File Hash: 4A5C45BE11FB5C74ECE3BECC42D46EBECB9DC303828B7ADFA1687339E4E148AA | 12-20-2022 06:40:09 | Slayed | 06-28-2022 | 07-21-2022 | PA0002367493 |
| 125 | Info Hash: B4872849CA199ABA718FA1760215E33895C853E5<br>File Hash: ABD6283E55070462A895BEC1BB4AF7DB8EDF70D1DA197CF76BF91B5558365471 | 12-19-2022 00:55:38 | Vixen | 12-16-2022 | 01-10-2023 | PA0002389621 |
| 126 | Info Hash: 86895CC03EC0D7BD387C3EE4C768B7E41385236A<br>File Hash: F1D77EECD8E1B756CF0297F9B9829C99770B358ECE874C860DA36E8A4106B384 | 12-18-2022 23:53:25 | Blacked Raw | 12-15-2022 | 02-21-2023 | PA0002400999 |