Exhibit A to the Complaint

**Location:** Atlanta, GA  
**Total Works Infringed:** 91

**IP Address:** 73.207.122.124  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 0DA52CD859D8BFB4CE9AEFB0241F8897218FC9BF<br>File Hash:<br>3106FD3607D7FDFB170BF5EB5D3C039FAF5AB57C47C0133C5154E2B5AF1D8B62 | 05-17-2023 00:25:37 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 2 | Info Hash: 4BA313390DE8B8F5CDDCE0F6D2132545ABC65A4B<br>File Hash:<br>09BA34BE40D90C07C69205C1C2FEF8AA41FB0DD3BE90FCAAEB0E25E4C034B90A | 05-04-2023 19:57:34 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |
| 3 | Info Hash: A44D9E12AF9C892684763C28941B668EF239CC7C<br>File Hash:<br>9829F668C7BCDA17F5848DE3EAF5B82136F0C3E5ADF1D74481A2F84111D1152D | 05-04-2023 19:19:39 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 4 | Info Hash: 40926070A8063DA47ACC550050B316C90BACBF83<br>File Hash:<br>22B8ABF72350CAE58C0D59AAC0F6F96DF65218948431BED071AF314046372DE3 | 04-28-2023 05:17:43 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 5 | Info Hash: 5934CAF7E62BD17FF2B6CEF24482B13A9B4A3BD0<br>File Hash:<br>8CDB3681EAE8E4D7005F5759D3873A0EA4F631F1C6547F7C66C73E474366A784 | 04-26-2023 10:44:11 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 6 | Info Hash: D069089AB13A3673C776D2962192177EB5955C98<br>File Hash:<br>9DAE9DBA4914D748F9D85C021A44147300AF952B2222B8768B41953A2B41041A | 03-27-2023 06:44:23 | Blacked | 03-25-2023 | 04-07-2023 | PA0002405756 |
| 7 | Info Hash: D8BDF81D1E3F08C2FD1FDBF17F7D0AA0314425E0<br>File Hash:<br>21710A2AE416B0FE4B81172DEC5626456A18D3DBC76835BCA2BECB6F49728C42 | 02-13-2023 07:10:16 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 8 | Info Hash: F46DB0DE9C9F81A72AC87B1EDCA6A37B1C05F0B1<br>File Hash:<br>1229E2C78A5A8DD79F546B00E2509BA389BBD0C55EB209BD803D0E1F2C9FFADA | 02-06-2023 09:00:00 | Blacked Raw | 02-03-2023 | 03-08-2023 | PA0002400564 |
| 9 | Info Hash: 98637BC929C57772C85F3F1EFDF1AB3B6D91489A<br>File Hash:<br>65D701372E05609BDB1A44C216DF869336C4B724B51ABF3575FFA5DF4F072370 | 01-30-2023 18:11:35 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 10 | Info Hash: 32C7AB876B137BF74CE7323BFC473222903F16B0<br>File Hash:<br>30D93A3E9AA93AE378052299555214F5AB4812974BE4C8629C25C954678C16AA | 01-16-2023 21:13:21 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 11 | Info Hash: B22A7C436E58C0FFA78DF7DFF1FC7CB5B00AAEBB<br>File Hash:<br>B22858E0F5E12664E5B713F908BA3A2F90D228F6795CB87A93F54407DD7158E2 | 01-03-2023 19:50:32 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 13CF4D7DEA556EEB7D06BEC1F4CDD68D9120FD60<br>File Hash: 6E197A2A144C50D89DF75945AD1DB96E5AF4ADA6878DC8A89DDD35F77BEAEE83 | 12-13-2022 17:41:19 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |
| 13 | Info Hash: 5B898718B15B70CA4FEB83925EBE4524B6E042B0<br>File Hash: B6FEC8244B4400064D5C81DEE5EA5078C9DAB6C34333E46D0F40B2985EDBA2F2 | 12-12-2022 19:57:49 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 14 | Info Hash: 77E8A79154E7862B4B0C5C209D895080F1EA88BA<br>File Hash: 203BB239CDF2E23A160F5562DC01FC58A2D29774E84B0D2C8031A7BAF18E8C3C | 12-04-2022 01:59:47 | Blacked Raw | 11-30-2022 | 01-10-2023 | PA0002389625 |
| 15 | Info Hash: 809B162C22ABD37CD07C346DAA103D0C42B20F6E<br>File Hash: 0D4CB5EDAEC9B40F128E11CB047013FC8D3770060726FE0BD6D2723141B74580 | 10-24-2022 18:19:56 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 16 | Info Hash: 4D93F4FB8CFF6B319778B7AA15FBEE54A4964862<br>File Hash: 1887F620C4288B41827C85A7C226937D98682F28A9DEB01360EA10C0A43C77E7 | 10-23-2022 18:20:23 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |
| 17 | Info Hash: 3BF3ADAC91C6D77B00C2CC8A8D139736E0EDFF2E<br>File Hash: 3DABFABBDB3329FBD09030E10362A5A9B74D73B71562199A65B0F48D4C516F35 | 10-18-2022 03:32:55 | Blacked Raw | 08-30-2019 | 09-17-2019 | PA0002216138 |
| 18 | Info Hash: 69B33C06738B6034FDFBDE7FAFF41DFADEF5AF9F<br>File Hash: 119DFA9ABACCD056D19450F73E5098A67254A73FB149B219006AE17A5090F006 | 10-17-2022 14:07:46 | Blacked Raw | 03-02-2020 | 04-17-2020 | PA0002246105 |
| 19 | Info Hash: 4B1F57447FE830921EA68558205337FB35DE6700<br>File Hash: 79F8467976E46ED3C3CBAC5E1230132C1858E94F8905FE628C2D09C8F40367D7 | 10-17-2022 14:07:42 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 20 | Info Hash: A8B34BDF0B4F4F5C5CB30CF03619A74895624923<br>File Hash: 4A3EF5654987639E91322D5A4F6C805289BFCAFB0C4DB753445F22B271A049E5 | 10-08-2022 08:03:43 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 21 | Info Hash: BD6F47936377A54BF93F18AD88372D3D36C3975E<br>File Hash: 41DCDA508BC2B94C561CD2D990D53D744596B6BFD8E3DC91BFEEF6F1EA17A39A | 10-03-2022 07:21:53 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 22 | Info Hash: 7A5B23D006D7D73F6F7E62457F522B3B5EB8E168<br>File Hash: B698E2FB5DA2FE5AEFE625CC3367B0A1053DBED35BE71015D61370F105FE5A99 | 10-03-2022 07:09:48 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 23 | Info Hash: 719C65D6191B5FF637ABE3164005C36EA313EA4D<br>File Hash: 716A4CE5DBD8217ABBF5B045B4B9E6A7F5CF8AB3AFEA29D21184478EEB384C25 | 09-29-2022 18:22:01 | Blacked Raw | 09-26-2022 | 10-31-2022 | PA0002377828 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 82D36C62B6F416DEFB93C99F98160847CE529C8C<br>File Hash: 2F1944FBA57E18873CDD755DA7B887CA84A2BFBB961111413BA72215EEF9FE18 | 09-23-2022 09:24:51 | Blacked Raw | 09-21-2022 | 10-05-2022 | PA0002373950 |
| 25 | Info Hash: AE387A2D8AB71715A10150CCB9B59C1224E884D1<br>File Hash: E0DB68EE874472ADD7F1FCC02D747B705B47321C34476CAC34DCAC066C4DA80E | 09-18-2022 17:58:28 | Vixen | 09-16-2022 | 10-05-2022 | PA0002373762 |
| 26 | Info Hash: 995EDCB1EB9346A9201A7D7D983C451A99226581<br>File Hash: 33E2DEF2AAC1F6DFE6DD74894160F8807285A81BB574338E1A11CB5705EF4C47 | 09-09-2022 07:35:13 | Blacked Raw | 09-06-2022 | 10-05-2022 | PA0002373770 |
| 27 | Info Hash: F637F27E9BD7EEF5257F63E82C4518764239939F<br>File Hash: 3AFC9D21BD0D9BF109AA4ABDF4A69AC9087CBF4EA0D674E199C60636E7EAB939 | 09-07-2022 15:01:22 | Tushy | 09-04-2022 | 11-27-2022 | PA0002388059 |
| 28 | Info Hash: FF479F0B9AA4192F65996AD401E0C01D907EB2A8<br>File Hash: E3D74E170C07AFFCC18B051FE7F5E2F6C0E1053CB9609C08E550D1652F992792 | 08-15-2022 12:29:08 | Blacked | 08-13-2022 | 08-30-2022 | PA0002367729 |
| 29 | Info Hash: 1B3B3BC2BB18B4C7ADEC515B6732016840D3D0CD<br>File Hash: CACF18E2DC378BAD06F585BB8F0610154FD622FC400AC394A433538169BB31F8 | 08-09-2022 06:57:41 | Tushy | 08-07-2022 | 08-29-2022 | PA0002367740 |
| 30 | Info Hash: CE0574284C25386C77B384EB6939152423272CD6<br>File Hash: C9159469AB766A0B2FFA6E5E74A53C9CB56740473550A62C834A74388D8B7E7B | 07-22-2022 02:04:02 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 31 | Info Hash: 2050D0595CE5CE49BF58E05FCFC07D94B3518567<br>File Hash: 68A380690E0D86D2B8C273C6DEAD56A98F5A34ED49D5E163E28FEB8F48A16271 | 07-19-2022 01:07:38 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 32 | Info Hash: AE7859A84B38AA3012FC54F8083DC7BB98EEA9CB<br>File Hash: A8144653928B76356ECFE207ACB692A2DF407F16908E1A7C3BDC87A3E8829DE5 | 07-11-2022 14:57:49 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 33 | Info Hash: F32615CF72189CDD69E6151E4903AC651D3A7063<br>File Hash: 6891E3B37E52096A272BBC88EDD1A35D8021ED2711AB1A0858FAA335BDE45B8A | 07-08-2022 03:03:24 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 34 | Info Hash: 72DAF55819D6563D2481C326541366375187C5FC<br>File Hash: 48B2E2DC38332CEA3BDB4CF74F72F12B40B44FB2A885D5392D56F2242EAA1895 | 07-04-2022 13:42:26 | Blacked | 07-02-2022 | 07-22-2022 | PA0002359461 |
| 35 | Info Hash: EBA4661983A4F2B1A9ADE564FE0123921F6BA68C<br>File Hash: 42D8E9DBE0FCA43313268BBBA36EB61AFF69F2D430EA7C6A85499179D7FF1490 | 06-29-2022 07:28:11 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: BDC478B3399A146077FBE08EF9A6B73E770BCED9<br>File Hash: A324B0DEA377CBC655B19BC9E32457684F1E0477064899BA8036545191AAE735 | 06-29-2022 01:37:05 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |
| 37 | Info Hash: 8B8121EFC83C05C064E4AFE61514F97F1604B993<br>File Hash: C6A8635515B6718F3700916B7E6206D733C91000AEB4A967E4205BAFBCF09549 | 06-22-2022 12:07:10 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |
| 38 | Info Hash: 7C5664503A6507504F1DD34CF346C34C843E29E1<br>File Hash: B4C3341D97F538C2E474C49482AE121A378BAB847204DD5013AD20E9BC5CBA8A | 06-20-2022 15:57:10 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 39 | Info Hash: 59273C2580C92D41695C8A1D890F6F4AB3D63299<br>File Hash: C0F97DC824E118F0CA0225BB2C6B6E04DD9B1E2F68E10D364DD9F6F24E2E081F | 06-19-2022 17:42:28 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 40 | Info Hash: DFC8BD304F9C774902F9E41F470D5FEFDA243931<br>File Hash: E7579D0E2BB006B32A54844FAE6165D050C6629193092DEA4E0BBBDE05B6A9DE | 06-15-2022 19:46:00 | Blacked Raw | 06-13-2022 | 06-27-2022 | PA0002354983 |
| 41 | Info Hash: 7226757B46D7B4F0CDB9323574DFA7303A311143<br>File Hash: 3F65B49F299B32660A623D4D74D344AE0472C2685F7787B4F2F28FB99C254381 | 06-15-2022 17:52:43 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 42 | Info Hash: E946AC27F9A70B3A0BE5EA90303BB336A3D07767<br>File Hash: 3C0804AB6C1362F67D269B58D91FB7A4841C2576A0331E5FEE32235A60EBB186 | 06-13-2022 08:07:38 | Blacked | 06-11-2022 | 06-27-2022 | PA0002355039 |
| 43 | Info Hash: A8EC61CFDDDE3AD8A8898F05ACE3418B5DFF3014<br>File Hash: 634F33148B5E71A11DBA1AFEACA11D1BDA59B891FC5523A2D39B5057867B7EE3 | 05-30-2022 08:18:30 | Blacked | 05-28-2022 | 06-27-2022 | PA0002355034 |
| 44 | Info Hash: F9D323E92C1B52C4B9C7B3BE636999A90C5C456C<br>File Hash: EC42FA5058FEB8ACF76554CA12F5AFD7D92B46D28BAEE7B91C18824B6A9BA05B | 05-23-2022 06:23:52 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 45 | Info Hash: 8054B078D9FB01258F6AA4A747E84033E16E12D8<br>File Hash: D3C006BD33A441FF2B7BA5DB45F08D0C7D8BCF8855353FB4D999A190DE49D607 | 05-23-2022 06:03:44 | Blacked Raw | 03-28-2022 | 04-23-2022 | PA0002346413 |
| 46 | Info Hash: 83E9EF24FC9AD406EA2C7A86288848332835BE9E<br>File Hash: AB12D7E9DCAADA8A85C66CED075437DB02AD110A77398552114A144EE4BF68C4 | 05-04-2022 08:22:10 | Blacked Raw | 05-02-2022 | 05-20-2022 | PA0002350372 |
| 47 | Info Hash: C1DF4FE92C6BD8498821193D2A43A0ECEB7DB424<br>File Hash: 865D6EDAA08FF4E83C2E26766D8C686CCF68D32A68DF950C84520AC7B1FAFF9C | 05-02-2022 11:37:06 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 07E67BE388D71A80E890C9AED73D6B93FBB7EC82<br>File Hash: 3CC6461BB4E2CED5A2BAF587DE350F4FFD65C241D6797C506E7A673D2A35069D | 04-21-2022 20:03:41 | Blacked Raw | 04-18-2022 | 04-23-2022 | PA0002346421 |
| 49 | Info Hash: 56A4EC37A57D365FFAB95B35B56675B31FA062FB<br>File Hash: 5CE529EF136E2553A49BD0DD8F2E34213EFB951789809D061DDD9AD3EB155FE9 | 04-18-2022 07:14:39 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 50 | Info Hash: 41B9096615FF294EFEDFF42BCC3ECCDAA0995D65<br>File Hash: 2EE66FF9981F894019BCF2A2479BEE32ABA6C2E16B91BB51B415750A635A5F42 | 04-06-2022 17:16:52 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 51 | Info Hash: 6C097F8E2DD268506A3D928774099F16FCF1D7F0<br>File Hash: A599AD9EEF71FABC77029F80B0572DB18357A57D435FB6F5D32DC2362CACFFDC | 04-04-2022 18:10:24 | Blacked | 04-02-2022 | 04-23-2022 | PA0002346422 |
| 52 | Info Hash: C970BAC9928A055CBF71319C401E593FA719C402<br>File Hash: 1A4F2D3E87259FE472EEDD838BE09E76565A7CE1D1D4C839D844CF6F8E6D5A26 | 03-14-2022 16:41:51 | Blacked | 03-12-2022 | 03-29-2022 | PA0002342846 |
| 53 | Info Hash: 2F4DE5F88D8A38C8BB59F7EE529F06785F16075F<br>File Hash: 8DD7D8C54AC4EE3D44FC0980EE8C9F09807488544160A1BC20BC725E0EDC2FBA | 02-08-2022 18:20:27 | Blacked Raw | 01-17-2022 | 03-04-2022 | PA0002345790 |
| 54 | Info Hash: AE90C86D911A70368335FF0532A2BF66B9E7FC46<br>File Hash: 03B4DBB838FBDADC0EDCC7B7834A86C080469CCDF9136BD723E32D716EF91FBE | 02-07-2022 08:57:04 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 55 | Info Hash: A2B5718BB1CAA00D0D665075430789678C3137E5<br>File Hash: C4491F8620011D39D4264B032B31E1E5B138812B6DFB79F78022EDB6FBDB50F9 | 01-04-2022 16:26:05 | Blacked Raw | 01-03-2022 | 01-17-2022 | PA0002330091 |
| 56 | Info Hash: E79EC4D3FEB92367693E14BB727D49796B3C6C6F<br>File Hash: 51FC290F5DE0285E7040A7FD84A7DF71182816A326C1B56160787D513A7C0DD1 | 12-28-2021 16:03:42 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 57 | Info Hash: 0F418C2587F7D077CCC6FC87A5409B86A485DE45<br>File Hash: 00C5804B802F083DC27EA9AAF2AA1BC20ACD3D75682C3A5CAF8BE57BEE2CCA1F | 12-28-2021 15:44:53 | Blacked Raw | 06-26-2019 | 08-27-2019 | PA0002213245 |
| 58 | Info Hash: A2A0AD0C224CBBAC523FF79D4979411534884F5C<br>File Hash: 39BECC6D07EE75CDDCBBD9482329321574EFB45E528B507D60060F283E61397A | 12-27-2021 22:22:47 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 59 | Info Hash: 10D2B21CF636D937EA6A3FDE766667287A95DE88<br>File Hash: E75D8390F1A83D10410673656E11DFC1ED5FD9D89259694BA7F7E132FBE4F021 | 12-27-2021 21:14:12 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: C74BD503F3ADE8221D9A01391A1AA9B2B360BB6D<br>File Hash: B0E01A1430CBD1FC5C30A29886D28E648C14C622BB6649166FB1CFE23602A3C2 | 12-14-2021 17:30:20 | Tushy | 12-12-2021 | 02-03-2022 | PA0002341808 |
| 61 | Info Hash: 3E9768CECEFE74C19E577A5392B5CC85ADE4138E<br>File Hash: 7B7688102D59385E4185DD3D2FBCCE65B6CFE5A001B4E33A7FF83B20D84F5978 | 12-09-2021 20:05:55 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 62 | Info Hash: 449356B03EA74050731D7332F99FADAD3B47B49E<br>File Hash: 8984E23AB3904446CDABA23750ED4ACD96C86468801870000768B9391B85C1F5 | 11-24-2021 07:23:14 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 63 | Info Hash: CF3E9CA103806038AE6E53BF5F80CFD5035EA0E7<br>File Hash: BA76A7FB4DD3D4C5FCFD8BD539AC282712CB8B14F8D9EB1E85C1D41DBA256E4F | 11-08-2021 21:11:31 | Vixen | 11-05-2021 | 11-11-2021 | PA0002321282 |
| 64 | Info Hash: 32EAB20A9B2E50DC4BF56C17FE55379EAC2D35A4<br>File Hash: 332F47B8AE1F4C7DDDC90D81EDD3A996200C8249BC701F239B99D44E85F89892 | 10-06-2021 20:32:15 | Blacked Raw | 06-14-2021 | 08-02-2021 | PA0002305094 |
| 65 | Info Hash: 17DB9CC59357CD3E0F19FA647CC6A85192597A98<br>File Hash: 3FED83155B7F1B820CA4FB2BAD7C075725E0DAB840879FF3F9D01A0002B7E529 | 09-27-2021 06:47:06 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 66 | Info Hash: B4D0B97697D81B77AF5C415F0FBD3CB27BB6CA03<br>File Hash: 685811A7F6C3A6F69A48B696E34E82381019290C19CFE6B5910C24C1D8B5C097 | 09-10-2021 07:27:50 | Vixen | 06-04-2021 | 06-24-2021 | PA0002303620 |
| 67 | Info Hash: 81FF0AB7D250E5C592D08BFA29983585426C5F0B<br>File Hash: E55963C558E229DFB329EF484C56CCC10B115F325ABC4CF75EDCAB3B51D862E3 | 08-22-2021 06:45:25 | Blacked | 08-19-2021 | 09-30-2021 | PA0002319753 |
| 68 | Info Hash: D4636DE0A6D69AB781A2F0298F4530DAFBDED7BC<br>File Hash: 34ADEEBA48F7F19ED5B5E942338C06F4EF2E8EC5759EF0307B237E489B7D1671 | 07-25-2021 14:09:44 | Blacked | 07-24-2021 | 09-21-2021 | PA0002312682 |
| 69 | Info Hash: CE4F21F1480C3EE433F5DAE2295B7D98547DE187<br>File Hash: DB354A9E1FE7F686133540E5D76137F2B15651EB9C21B46A072E14025D355C56 | 07-06-2021 03:39:27 | Tushy | 06-20-2021 | 08-20-2021 | PA0002312019 |
| 70 | Info Hash: 82081328BAE0753CF6E9D1ACCC15E1337F74C084<br>File Hash: C3652F73BD16160358E5AAF919BD5DC3B56BA9E0FE2CB8AE877F4BAB6B9FBFFC | 06-02-2021 19:52:00 | Blacked Raw | 05-17-2021 | 06-03-2021 | PA0002299687 |
| 71 | Info Hash: 87DF0F9A561AFF3A7B6D6B0B2B11B358D45D2954<br>File Hash: FD798F7331D4F46240EEA44B493BF777F171D5B21592FC4C4521B0DA9F1B630D | 05-31-2021 16:30:38 | Tushy | 05-30-2021 | 06-24-2021 | PA0002303168 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 32E09D6A5978F499397CCFFAB8C889951CF3BF94<br>File Hash: EADF62816A0B33E9DCC505156847A93771275B747B14A6DBC5154D2ED41A2C04 | 05-18-2021 18:15:04 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 73 | Info Hash: 9E21FC2DFC347C12309343DD80771D9486458A76<br>File Hash: 55868F6478D3621FBA64627E2E3C915DF55FDA10C3AC50722FDDCBB954721528 | 05-03-2021 00:16:38 | Blacked Raw | 04-06-2020 | 04-17-2020 | PA0002237306 |
| 74 | Info Hash: 0B34AE833735B2EE268AC29C0C1D31F401E06A66<br>File Hash: B7653B0E479A4ED3FA44571EF4DC125217B10B7DF31AC1B8C845D1ED4280544A | 04-13-2021 16:06:20 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 75 | Info Hash: E1344BDE861063ECAE5858B0740E0A23B8BD99D5<br>File Hash: CD1180DE5A307FB8CA30F38F2F46F2A18F4C6B15BB0864118FAF6BEA2A87E115 | 04-12-2021 18:16:38 | Vixen | 04-09-2021 | 06-03-2021 | PA0002299683 |
| 76 | Info Hash: 90A1D7CB8B1164A9B39FF031F7F327E10DAF2221<br>File Hash: 4F5E9E0E11E4C06166F581F7E6719DD1E9D3DB561F994F8BD047F9AD7B9D4BED | 04-08-2021 18:24:55 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |
| 77 | Info Hash: 7E520F0FF306B70E30C032BB97069A7BF4760249<br>File Hash: E84CC988EE173619F620A6000E21CCDC1E4F168E9B5FD40B0168CB6F566D76F8 | 03-22-2021 08:29:12 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 78 | Info Hash: EA3BFEA5DF74FBE89E2AD79CD38A32EF4210BB4F<br>File Hash: 3088FB2726C52B5325B89F21E46D62070F10301B2B6CA4ECB5EF86D0CA89F650 | 03-02-2021 19:23:59 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 79 | Info Hash: 7B364338CD90FC951B3F536B186EBA30DE4246FC<br>File Hash: 47D5D91B9FC9B159E2197591B985D3FA522768EB287C61D168901FCE02CB921D | 02-28-2021 15:37:07 | Blacked Raw | 11-28-2018 | 01-22-2019 | PA0002149836 |
| 80 | Info Hash: C365EDC953D797CA01D422202C581C63038E85E6<br>File Hash: 5F6E1DB1A34359A4F2BFE52EAE2A41C32A97E315F2FC36631D0136951F9CCC28 | 02-07-2021 20:05:51 | Blacked Raw | 06-01-2020 | 06-25-2020 | PA0002255508 |
| 81 | Info Hash: 7E854DC9E0308BFD80CE69D348F5F28B02F0A1B6<br>File Hash: D745012FAA32C9C2D80E94B24D6C98E0579B94DDB27723E79EB1C66A0C1DCB03 | 02-02-2021 21:41:54 | Blacked Raw | 02-01-2021 | 02-09-2021 | PA0002276143 |
| 82 | Info Hash: F3D94264828DAF861CC58077F311AD19F1300F2E<br>File Hash: 7AD03B1D891897878863AEBB1EC319A83B228DFAE9DA317A510CF1BCAA8DA0E3 | 02-02-2021 11:01:26 | Blacked | 12-26-2020 | 01-05-2021 | PA0002269952 |
| 83 | Info Hash: B426DA516B5F87C97B1C1D5732F040BC16B1F5A4<br>File Hash: 8D6DDB62698A011D6F8AEDECA858410D559FE50CDD8DF33B7527D8CBC1F54D77 | 01-28-2021 20:11:38 | Blacked | 07-24-2019 | 09-10-2019 | PA0002199414 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 2E42E22642B04FAB5D5BA12AFEE1563DE47938A4<br>File Hash:<br>44D9CDD1D22C344EEA9F5C0F533F80204553E5CCAE9653419687736794FDE8E6 | 01-26-2021<br>20:19:48 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 85 | Info Hash: 9B9D7E00CC99CD989FC724665EB3616F242AFF30<br>File Hash:<br>49150BD648C5B0D7472C2EBFE84D7554E527576BE3BEEF9007E10E783CCC9CB9 | 01-06-2021<br>09:13:11 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 86 | Info Hash: CBEFB23CF626714EEB2C38F3E9B9FE9A555AADF5<br>File Hash:<br>60D144E19571F4589EBE8C14EDE4DD59A9A14C1635001D2A80DEC40D74D158D8 | 12-29-2020<br>07:54:30 | Blacked Raw | 12-28-2020 | 01-05-2021 | PA0002269956 |
| 87 | Info Hash: 3D45AEC328BE4F172B02D0C9CA35580351E71E79<br>File Hash:<br>32D754A06F0677934DDCA34E6F67E42417BA5D34815D06915A7EFAB04045D6CA | 12-14-2020<br>18:33:53 | Blacked Raw | 08-25-2019 | 09-11-2019 | PA0002199991 |
| 88 | Info Hash: F3070DD7C505D877A14386DB840FC031F27F638E<br>File Hash:<br>6BF8FFC9C9CACF56E9504FFAAF703C296EC20939E9360D51F564352CAD6E96EF | 12-14-2020<br>09:12:21 | Tushy | 12-13-2020 | 12-28-2020 | PA0002269085 |
| 89 | Info Hash: CC0670117EED393331189C7A20827A38100500C1<br>File Hash:<br>383E51858C750FC59438D12D2BA3B6A76C0C54662248072FBCBC5F6E8B6FB067 | 12-10-2020<br>09:04:33 | Blacked Raw | 09-29-2019 | 10-21-2019 | PA0002207777 |
| 90 | Info Hash: 3F31920A34DA2F0CA746F80BF7B721D16EF85592<br>File Hash:<br>86BD5FCB6681EF451BFAF1B9D62C160AF11102A50E07367E5702D00426271542 | 12-10-2020<br>08:37:11 | Blacked | 03-11-2019 | 03-31-2019 | PA0002163979 |
| 91 | Info Hash: 1C191FB85AECA476FD21C9D17B44909B1A0D0513<br>File Hash:<br>6D8F28B6897356FB8F127C57432BCB0094117CA11BB5EABDA1879D9FEDDCA303 | 12-08-2020<br>23:07:09 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |