**Exhibit A to the Complaint**

**Location:** Douglasville, GA  
**Total Works Infringed:** 102

**IP Address:** 66.56.25.205  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 836FE24E7D85016E8755A2E5873D99417396BCBC<br>File Hash:<br>BD56B072D1F4294CFA5D777597B5B144E6C757E084026D75F72ABE07DC9DEFAD | 07-18-2023<br>12:27:28 | Blacked | 04-15-2018 | 05-23-2018 | PA0002101306 |
| 2 | Info Hash: 371BB8D0BA83B399046FA802C65E393EDE4CF3D4<br>File Hash:<br>E6C2CB247F7F6A46340724BECDF0FFBCB69FDA78AE3193C9535596C7C17C2197 | 07-13-2023<br>01:41:06 | Blacked Raw | 06-03-2023 | 06-09-2023 | PA0002415371 |
| 3 | Info Hash: A3C555CB1496520891D481CAAE64E45EFDABF76B<br>File Hash:<br>69B803C64773DE7970164C471BE9E66A254B29C452AD335FE26DD3BFA27F39CD | 07-11-2023<br>00:47:02 | Blacked | 05-23-2020 | 06-22-2020 | PA0002245638 |
| 4 | Info Hash: 9C10F635E98B9FE1A4E3AB94B0DCEC378DBE6E3E<br>File Hash:<br>0D8C705E9925211649A45E60B6493DEF7FF050FD5981BE57DDB3F2A13D1F2EDB | 07-05-2023<br>08:23:26 | Blacked | 03-26-2017 | 06-05-2017 | PA0002052857 |
| 5 | Info Hash: DD90BFB7AF634F7D67B2A115F55585006659391C<br>File Hash:<br>19E609E0A97A32662C4147357515F8C7887D683AAAE0D341D9E6CD2EB8850224 | 07-01-2023<br>22:11:23 | Blacked | 09-17-2017 | 10-10-2017 | PA0002086174 |
| 6 | Info Hash: B5E86403BBD9E107A768218EF9FE8AFE1B8B4A3A<br>File Hash:<br>7220A39C4EFA628C1BC1BA6AE75442C7BD96E2600BE0E95FEF45BB0D5898F565 | 07-01-2023<br>22:05:47 | Blacked | 12-01-2019 | 12-17-2019 | PA0002217663 |
| 7 | Info Hash: BB0165C2EDF9C8815101F84E4663ECF7CC7CCFF1<br>File Hash:<br>F55FFE9C6F4A1FE641B436F5F673D4F5C4247481B72D02A4094FD19777234D88 | 07-01-2023<br>22:01:52 | Blacked | 11-01-2018 | 11-25-2018 | PA0002136644 |
| 8 | Info Hash: 595A0B339DD306967D5662E71CF4F790F14A85DA<br>File Hash:<br>EDFFE1A2A671744FF1D0A2FA54A9096D478FDCA8924791D2E581DCA18A3DEE51 | 07-01-2023<br>21:57:04 | Blacked | 08-03-2019 | 09-10-2019 | PA0002199412 |
| 9 | Info Hash: 0C522DBAA371FD95B7ECDD5CF6807F3D3AE21E24<br>File Hash:<br>74AFE0E69FBE6D38810155642C8EC497B2856660FE0FFEEA786CFB603C4E238B | 07-01-2023<br>21:06:02 | Blacked | 01-10-2018 | 01-15-2018 | PA0002070942 |
| 10 | Info Hash: 3E84C456294CFA78F5F16CB742E479AD68C079B3<br>File Hash:<br>C838180A71A35F71294DF75C91A86C1AC45E691E2A109FA9547BE78F83BB2D84 | 07-01-2023<br>21:04:54 | Blacked | 05-30-2018 | 07-14-2018 | PA0002131762 |
| 11 | Info Hash: 958ECF53E1E1FF7894A772BF75AD14655879E8E3<br>File Hash:<br>A9B21A0F526F37BAD9DE7420560226D5A79EBBBEDE74B2B824DCF106B742B16C | 06-30-2023<br>23:27:35 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 2E3D2B8B3A338ADEECBBEC7837FD9AEC016D4CA1<br>File Hash:<br>B5A87122E0781EC7708AE5554185460497AAB213DCB856A35968E05460B15041 | 06-30-2023 23:27:11 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 13 | Info Hash: 5F3A48CE5FDA61EE7EF1C43AF332338F02DBBFD7<br>File Hash:<br>8C758CFDE5451507AE932D33C9653D552FE0CB7153B801DB1F731B04DC90F481 | 06-30-2023 23:27:10 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 14 | Info Hash: ED5214933C9161FC5F82C21CC412A5A4872D8A13<br>File Hash:<br>55201047A6F1DBCFB62B55B037645B94BB99CB98355AB7757178E4CB9279F561 | 06-30-2023 23:27:08 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |
| 15 | Info Hash: 676486D98D44AA7C446A4974C9600DC8F2931C92<br>File Hash:<br>45E721262567CAD4EE1BFCAC2B77C60D6A5C74F91065CD5DCD025327C9F41425 | 06-30-2023 23:26:32 | Blacked | 10-27-2017 | 11-27-2017 | PA0002098016 |
| 16 | Info Hash: 55D8706262C25493F7732E8BB13C18CE5579202B<br>File Hash:<br>DD47A5323EA85CA414386457AF4F6E50A9AF1C8823ADC9C81C4EAE4125C9BEC2 | 06-30-2023 23:26:15 | Blacked | 12-06-2018 | 12-18-2018 | PA0002141921 |
| 17 | Info Hash: B086138C76CB712CA0F077059259456CCFF87E81<br>File Hash:<br>9C22438D023292DAD2F7D5DB8C904A8B938CD657A68A9FCB9468321EBF3C1942 | 06-30-2023 23:25:00 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 18 | Info Hash: 971C62A1ED7841F66BDB6D72E19CDBD5B5B6B5C7<br>File Hash:<br>08B1F7BB1C38EDAB53ACEDFF8C33345D7C18AF5816615383EAC1E7AFF8CB521B | 06-30-2023 23:25:00 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 19 | Info Hash: FF39C93178939DE1E8735D75AC8F7CB04F04F684<br>File Hash:<br>215A7191D452638F0AFF6B9C3CE8A0EDC1C4904595F6A5EA772BFBB777A86D34 | 06-30-2023 23:24:58 | Blacked | 12-31-2018 | 01-22-2019 | PA0002147686 |
| 20 | Info Hash: 6A3ECEBE78BF7F672C2BE2B09625886EB8FAEC19<br>File Hash:<br>FB72278C5D5147EAD5F514397207DB4D8503BB87A38D7B2D1F3FA196F6B9BE5C | 06-30-2023 23:24:43 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |
| 21 | Info Hash: BCE69CBDE77C96FA437F43CF3F083FB771C07F41<br>File Hash:<br>1F4CDEDEE3AFBBA9090D227587E82FBA6B0559283EF730B4CD6B79CF7E987FE0 | 06-30-2023 23:24:28 | Blacked | 03-11-2023 | 04-09-2023 | PA0002405763 |
| 22 | Info Hash: 6F44AB9B7355D75874028C5D11341B81A5FE85B9<br>File Hash:<br>133EC229D03D6A8B2BFC2BDACA15C472AFAF2B97ECF6B00ADA46E2EA80C40A26 | 06-30-2023 23:24:23 | Blacked | 11-06-2018 | 11-25-2018 | PA0002136603 |
| 23 | Info Hash: 1DCD1231EC6F42D53CD75D1C90F7D86637B6CFCD<br>File Hash:<br>0DCC61B7D3FD041FD11245B88F93942242A2D24208ACA8F5F0FC6263C3BB1741 | 06-24-2023 19:05:45 | Blacked | 07-14-2018 | 08-07-2018 | PA0002131895 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 4E972464BC9BF0A5D42DC79EFEA47EC204D14485<br>File Hash:<br>30EB7F75C5CFF51EF2E17F443EE8603A58E741CA113F7B1F035473F19305ECE7 | 06-24-2023<br>11:39:35 | Blacked Raw | 12-18-2017 | 01-23-2018 | PA0002101753 |
| 25 | Info Hash: C06166F868A6FC8E278BCA5F2198160E370F040E<br>File Hash:<br>9AA9FCC5AFB0CE05399FCC7102E03AEAA9EF43F741A7E1510B6A96D31057A530 | 06-24-2023<br>00:00:09 | Blacked | 09-07-2017 | 09-15-2017 | PA0002052840 |
| 26 | Info Hash: 4A800E24DA1F682F4055A21FA09B6119AE64951E<br>File Hash:<br>46F906B4A2F055F0636B1E6B05E1B2CB49F28328FC51B6D067B867ECA9E15D7B | 06-23-2023<br>23:58:26 | Blacked | 05-25-2017 | 06-22-2017 | PA0002039290 |
| 27 | Info Hash: B32300EA62D48A876650EC02D0A7C3386619582E<br>File Hash:<br>FC499647DC85D9A1A04687FB60A7EA468CACE7DD9561F71905B66C0E75642E41 | 06-23-2023<br>23:58:14 | Blacked | 11-26-2018 | 12-18-2018 | PA0002141922 |
| 28 | Info Hash: 4CEFFEFEC6950E46469F545A4C52A963953D78E9<br>File Hash:<br>1583D85FE5CBF161094DE680C371DA3382BEEDA601F3C31AF3008A6A4745C64E | 06-23-2023<br>20:54:16 | Blacked | 06-24-2018 | 07-26-2018 | PA0002112154 |
| 29 | Info Hash: 5F1B82701BD68B1CD72083E5F0D1A66FAC3E2B84<br>File Hash:<br>A075746B6EA31D3D8B8003E153D47CB6FB8CB08936CE30E088AE0BA8A8D07B4E | 06-23-2023<br>20:53:35 | Blacked | 10-27-2019 | 11-15-2019 | PA0002211841 |
| 30 | Info Hash: 8F6C9F7881D4AEBFCB44E61D19A8FC5A368504A0<br>File Hash:<br>7EA7BFE51E438055E8E742D623897ECB5EE7FBEFC21E965EF365F9B4ED9D03CB | 06-23-2023<br>20:49:57 | Blacked | 12-16-2017 | 01-24-2018 | PA0002101762 |
| 31 | Info Hash: D2443456614EE63F654B0EDA01DAAA7730FA624B<br>File Hash:<br>C80E9FE2D02A60DE56E0F52EA2E4CA5ADED911B0C8BDB6290A36F9606E9223D4 | 06-23-2023<br>11:40:49 | Blacked | 09-02-2018 | 11-01-2018 | PA0002143413 |
| 32 | Info Hash: 4C95200B6C590EA66AB6BFD390AFA0704CD2CA09<br>File Hash:<br>7B11FD6C048622AAD4FDDD3D81EB78B26F596C69A948196FB44FDB7EC71D5B72 | 06-23-2023<br>08:39:19 | Blacked | 12-16-2018 | 02-02-2019 | PA0002154976 |
| 33 | Info Hash: 8B3ABD8A40AF0B0690FB048B53524CB310CCDC84<br>File Hash:<br>06D867108BF24ED87CBC4440F69F9E3B77EE8CDF2EDB32E4DD0137A6A4354030 | 06-23-2023<br>03:41:15 | Blacked | 06-04-2018 | 07-09-2018 | PA0002109329 |
| 34 | Info Hash: C3CA6630C8DE36E527DD3BEF5F270B162C6E16F2<br>File Hash:<br>3A223E9B8CE79EFAF708DE7A95FC0EA4E205D3C3B3D7C2FDA77E765F250F7815 | 06-23-2023<br>03:40:50 | Blacked | 04-10-2018 | 05-23-2018 | PA0002101304 |
| 35 | Info Hash: 7BD5C23796D521CF9AC71B23DD502759DE59BC42<br>File Hash:<br>BDEF6F05BF54CFEC891F6A9FAF06223D743242ED6E2EB12A0516012C12AAA225 | 06-23-2023<br>03:40:27 | Blacked | 09-07-2018 | 10-16-2018 | PA0002127772 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 05A6931E9044BA7F3C643F698C5CFD742071A83E<br>File Hash: 009B8E5F74858C3059EEBDCF39E519AB6C36919257790A85F128DB6C9CD68B17 | 06-23-2023 03:39:17 | Blacked | 09-03-2022 | 11-01-2022 | PA0002378069 |
| 37 | Info Hash: 5A10B4B387F67F19E3B21027A4E72F82001F796F<br>File Hash: C14703C2EB8C6D6336FE640A4701E1EFD1D47B4E8E55B4730ED6BC34CC9DDE0A | 06-23-2023 03:38:17 | Blacked | 11-16-2018 | 11-25-2018 | PA0002136637 |
| 38 | Info Hash: 33F74AD2682F16F697EF0C2B1DB2D8454C461710<br>File Hash: 4F97B08E925FE13A92C11A9DFF2E8D9B913E06FE9739D6FED2C0774EE175F604 | 06-23-2023 03:38:08 | Blacked | 05-20-2019 | 08-02-2019 | PA0002192291 |
| 39 | Info Hash: 3686A7DACD91AD65EA1FE01F6818B096CE493BB7<br>File Hash: 92E18C1E32D03122DE9890F2449FDB74FE2B91D7C843BC1737BA0205566143CC | 06-23-2023 03:37:49 | Blacked | 12-21-2017 | 01-15-2018 | PA0002070941 |
| 40 | Info Hash: 5C41147F4C253F602DE8A0B9E24AC739139DE7E1<br>File Hash: 44ACA84AD127766A3FD50784B34027DAEB742B7A1DA164A179D74B274BB261DA | 06-23-2023 00:35:37 | Blacked | 12-01-2018 | 01-22-2019 | PA0002149844 |
| 41 | Info Hash: 7B625C93133B5B8DD3872A722CF8B0833C9D13C7<br>File Hash: 5D8F612B4054838868FD5D92942F25A2F7315107BB3AF70DC7E661A01EF24388 | 06-23-2023 00:33:06 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 42 | Info Hash: FAD8152B6272D283274B6AB828C6E4CBE6CCB0E3<br>File Hash: 8E8E6CEE9D5D84EE79241F178D8FEF77562BC0D7F311A0197797CB0AADC6FB83 | 06-22-2023 09:52:47 | Blacked | 05-15-2018 | 06-19-2018 | PA0002126654 |
| 43 | Info Hash: 0372D6E54792F4736613633345AF5FE0AFAE10BC<br>File Hash: 6004086CA76676E5DC08A8CC53D5F34C7CF2F8A65B8493BEFC140960369275D3 | 06-22-2023 09:37:37 | Blacked Raw | 06-11-2018 | 07-09-2018 | PA0002109330 |
| 44 | Info Hash: 407261E0650B3E1F633FA5FE9BE05A8E1008ABF1<br>File Hash: 9A291E3C2A0B3197A49E3508CD563482FA8B116EDC770D49A38989F50CA4EB29 | 06-22-2023 09:37:11 | Blacked Raw | 05-25-2020 | 06-22-2020 | PA0002245633 |
| 45 | Info Hash: A5C198DE377DA37753134876DB8FFA94DAFEC292<br>File Hash: 7143C9AB311761FCDB0472858A828CB35C32BEF7DF6AEFE6CC8DFEB0D6570F1A | 06-22-2023 09:37:05 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 46 | Info Hash: C5DB7207F7487D7B1235962DC9DAD5B576D7B0DB<br>File Hash: 0DC99F3D82B6E44E901F3257B30E0F96E1BA5E043E055A534A5147DCD4C5C6C5 | 06-22-2023 02:51:04 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 47 | Info Hash: CE767DC719370296D80504FBB84FDA88D2F7B100<br>File Hash: 566E211FC928C8380A3FB5A7EE0793E57FDCA1E2897DF44ADBE1D97D1F088821 | 06-22-2023 02:49:02 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 161AF2255F8E5B3E0E00B5D84585E7A3CC09BD60<br>File Hash:<br>9047DB2429AED33228BB923F29A7891DA62D3852713426FE937F9F71FE9F624F | 06-22-2023 02:48:38 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 49 | Info Hash: 3CFF39D8F64A2F518B120469D3FDC7C267D21F5B<br>File Hash:<br>895708F2C3655C255DC2C6000AA3028DAE267B478EAF393D03ADBE34204046CA | 06-22-2023 02:48:14 | Blacked Raw | 05-24-2023 | 06-09-2023 | PA0002415389 |
| 50 | Info Hash: CFC3B1A901EC19A0CD5390426E4AE773EB486A67<br>File Hash:<br>7D2F8E31C2C6A3EC39D9A5FD3C1785D6A4AD35D50BB9A84BE61BD594721FDD22 | 06-22-2023 02:48:08 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |
| 51 | Info Hash: AD3BB0F2FEF82D1C9850EE82CEE25D26B2BEB4B2<br>File Hash:<br>8DFA2B3D63BD1EDA6ECB9008854EE36CB17382CD22E52626D21CE00D2CAE76A1 | 06-22-2023 02:48:07 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 52 | Info Hash: 46161EE4AD53F51B827C0DE61AE49F60447F3371<br>File Hash:<br>CB83E5895BA73B6405E8D5B5878AADAE8E6D69449AF11F68D60EF54B7F1B9B5D | 06-22-2023 02:47:50 | Blacked Raw | 11-08-2017 | 12-04-2017 | PA0002097993 |
| 53 | Info Hash: 78E8094D944928B8EE1ACC5A1C33D34BCAEE77A4<br>File Hash:<br>B2B8F9FB9AE3E35B7CDC5C7CF9EE55B19D760DCAF518DF8C1E40F4411CF31778 | 06-22-2023 02:47:27 | Blacked Raw | 05-17-2019 | 07-05-2019 | PA0002206002 |
| 54 | Info Hash: DA8EDC0CF2E3DF7907E6AF57CF383F9D43D204E6<br>File Hash:<br>5267D99E3C154B367AD91989C0B523165CE17EFCC6DFDD4EFF0FAFCD686D9721 | 06-22-2023 02:47:26 | Blacked Raw | 06-21-2019 | 08-27-2019 | PA0002213241 |
| 55 | Info Hash: 24E1F2DB2D84DBC4DBE99E14127D16AF2660AA12<br>File Hash:<br>FA579265EFD451EA7CFFE45FE832B68A0DDF77B993295791015B09764DCA3D3D | 06-22-2023 02:47:25 | Blacked Raw | 05-02-2019 | 05-28-2019 | PA0002200769 |
| 56 | Info Hash: E98888B968832E58BCCA5D62724E7C46E3B4397D<br>File Hash:<br>6E1B5D6E016D2E83F63DE9696CAF40A5F587F241CE2BAC76390E5A33F2107951 | 06-21-2023 23:41:26 | Blacked Raw | 04-22-2018 | 05-24-2018 | PA0002101381 |
| 57 | Info Hash: 5D3AD71BC83D2E9B08FB16873F4537BEBF0FBBB3<br>File Hash:<br>052301A65244F9F24543D2E0C007BF6098847BC6372EDCED2CF2439FA967A278 | 06-21-2023 23:35:23 | Blacked Raw | 11-15-2021 | 12-09-2021 | PA0002325813 |
| 58 | Info Hash: 0C47D5129BC6CCEEF6B4A00E05EE7279488C76F8<br>File Hash:<br>817918BA901B5813974EFA9485D02E80C9CA9A3CE5552420D296CD89B0E7EDC4 | 06-21-2023 23:31:50 | Blacked Raw | 02-28-2022 | 03-29-2022 | PA0002342857 |
| 59 | Info Hash: 0DF938D695B42D58E1EFBF811354881B4E991E72<br>File Hash:<br>CF17809C4D8646D0B36CA46D47913455E2E9E9B1A184C27488528DC92DEABE48 | 06-21-2023 23:28:06 | Blacked | 12-11-2017 | 01-04-2018 | PA0002097429 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: E2EAC27979CAE885745EDF76AA7CE6E0EA5D73E8<br>File Hash:<br>88E45EDF4770BEA591F4385CE1351485DD13F9A8AB3243BA56BF9E1FD0AA7D35 | 06-20-2023 21:41:28 | Blacked | 01-30-2021 | 02-26-2021 | PA0002283695 |
| 61 | Info Hash: D475A92E97D78FE8EA64B962A849BA047688E177<br>File Hash:<br>D4B547E070D683AB1EC15D9D7410941D92626B5F56C91663578DD79088BB5D5D | 06-20-2023 08:38:01 | Blacked | 07-04-2018 | 08-07-2018 | PA0002131913 |
| 62 | Info Hash: E477E549697A0BD6A11164FAD2851FC3E3A615AC<br>File Hash:<br>870F72524DF3CDAACE07F77673052E4595CF6A5B8C76708424429FA3DC579548 | 06-20-2023 00:07:45 | Blacked | 06-20-2020 | 07-17-2020 | PA0002248594 |
| 63 | Info Hash: 418313B7CC0E45E7364425BBCE0ED2C177B7F95E<br>File Hash:<br>33E1D840721B5A39C483C67FB09BC4DA01AED0C78101DDA40F49287706E4E76B | 06-20-2023 00:06:30 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 64 | Info Hash: DC8504659653D361A72EC186D0D2DDC7A3B1560D<br>File Hash:<br>6CBEEBFB892329DEAE2B086F497E318CE1F802AD8E6CB8965FE187E8EE6EAED9 | 06-20-2023 00:06:28 | Blacked | 12-20-2018 | 02-02-2019 | PA0002154970 |
| 65 | Info Hash: CB32F10C37923019986C615476ACA0283DB60907<br>File Hash:<br>0FF408028A8D9440D1DBC983A92CDC8C208ED5C4A6FA908319A17B3FB8E83D15 | 06-20-2023 00:06:10 | Blacked | 02-19-2019 | 03-24-2019 | PA0002184061 |
| 66 | Info Hash: F665EA16A1AB5D30C6E87C073E93C0A04BC3FA85<br>File Hash:<br>515A8219216CDC2D785D7429CEB77BF44D1D4642A5FD3B5D5A6515BAF0F0BF3E | 06-20-2023 00:05:37 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 67 | Info Hash: DD6CFFB54ED403DEF8B7C84CA303A48F6DD4E185<br>File Hash:<br>964466B3B278ACD333BB146B96EC66EB75636A99F0EB13E90C9F5B00131E63E1 | 06-20-2023 00:05:26 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 68 | Info Hash: 487A7DCFDC8AC169320BF27DA723F697415BDF77<br>File Hash:<br>584D75112AF6E446E08C24FA907F6B6045A06A72F9901EC35310ADC5F840F40D | 06-20-2023 00:04:46 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 69 | Info Hash: 82BED703989601472ED074989E65249FF83EFA2C<br>File Hash:<br>E5A387807981896A5BF05AEE17015F7DB7638322C943E04BA02D40EE1B14DD24 | 06-20-2023 00:04:23 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 70 | Info Hash: BB297D8716D39AD4A8E082DD774C59B08BB6AFE2<br>File Hash:<br>7D54AB19ADADAA96E409E2DC4D270B50839B04EBDD639682D0F285054BD0CEAC | 06-20-2023 00:04:10 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 71 | Info Hash: 732C4B6936366549CE8BDCE77924AB450473D48D<br>File Hash:<br>7087502987154B6076CB3B5EFE46D66D4BEF6184688C251E15C542ACDD1DC93D | 06-20-2023 00:04:03 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: A88C43D9445ECF211254237676BF7B307936E59F<br>File Hash: CDC3DBBC2EF9502A248137AC8CC5775DBAE075924FE76BE3E50F2EDBE8A25365 | 06-19-2023 20:48:22 | Blacked | 04-10-2017 | 06-15-2017 | PA0002037582 |
| 73 | Info Hash: 4945079A276E3B2269C764D6451BD5236D7942B3<br>File Hash: 6D8F28B6897356FB8F127C57432BCB0094117CA11BB5EABDA1879D9FEDDCA303 | 06-18-2023 21:48:29 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 74 | Info Hash: FD5E373399EF472BD00ED045C4D244E369622FF6<br>File Hash: 9EB075C285CE99D344A86006173F55E8A3864EF21DD1B23C8BD8FEBD944DC12A | 06-18-2023 00:33:45 | Blacked | 05-30-2017 | 06-22-2017 | PA0002039295 |
| 75 | Info Hash: 568CAD039761518DFBEB124973313CBB8ACFAD69<br>File Hash: 19E341501A92A590B1EFD604F1A23249F8BB25FD52C5A3A062A8C6BA58F3AD3E | 06-17-2023 17:31:32 | Blacked | 06-19-2018 | 07-14-2018 | PA0002130450 |
| 76 | Info Hash: FD3974E93DFDF33E8DEAA18311B9CF47E1FE34B6<br>File Hash: 37FDD0963527899A5C34CA8173DA9D4C4B3EE8FFD560F6FF40A205E0CE6F3E9D | 06-17-2023 14:15:40 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |
| 77 | Info Hash: F64BEC282193D5AF8C4B525CD3183F7FB7E73D14<br>File Hash: DF56D20B560B85ADC8F4DBB95F2B755951A78F22B4646B8203CDA0509B62FE5B | 06-17-2023 11:12:25 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |
| 78 | Info Hash: CE3D211E16559B8356A1306181381D8A1E7F98F3<br>File Hash: 1FABFF876BBC139646ABC80626AE18126C70D81BC0A10FF6FF25EF535BF51F1D | 06-17-2023 11:11:41 | Blacked | 11-11-2017 | 11-27-2017 | PA0002098000 |
| 79 | Info Hash: 8E1846AD8B68A183329A8EBB02FDB36C903D2AD9<br>File Hash: C4373A4547334E3CAC7DE5246EBCE0726D4AE947C0EB19126181CB6BA10D9EFD | 06-17-2023 11:10:12 | Blacked | 06-29-2017 | 07-07-2017 | PA0002070821 |
| 80 | Info Hash: E53213F3B6C88D12A2CF1B88D9197B7ECC7AD203<br>File Hash: 1CE30EDE3F31BD23D5913B5EF8D5538004B38B793935142FFD8E2122C3305EFA | 06-17-2023 11:07:52 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |
| 81 | Info Hash: 1D9C9DDEC4132F1C9D6D0CA93E1B4CC83D9E42CE<br>File Hash: C72548ECEA4535718EDEF372A5FDC20C48E07382BC52331C2277303A80C3D5F3 | 06-17-2023 11:07:21 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |
| 82 | Info Hash: BFCF3D77DE012E769FBAF60C8B8408969E1E9909<br>File Hash: 9E457BE56EDD7EFCA51CA374BC07862B62BEA9FEA2BB7A13924160945C6A16FD | 06-17-2023 11:07:10 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 83 | Info Hash: 86C416437739601232A30F49445D5CD0A63139BC<br>File Hash: FA187D202881DD882EC9C67D9DE58DDEE2A46FE4415C3D163F55B7C77C43FE7F | 06-17-2023 11:07:05 | Blacked | 09-22-2018 | 11-01-2018 | PA0002143419 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 8AF8E56CABA989242324C135A2EB06BC73A798FF<br>File Hash: 34B81D56B1887A312406F17FBD8B744A8FC7E45B70258ABF485C65069A6D7E26 | 06-17-2023 11:05:11 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 85 | Info Hash: 090E1D2EE65B19B63EB2AD34A657CCA5FB084989<br>File Hash: FFDC486887EECE74B909ECA32C3782C23E5D566121A784D3692AE1BE3B5EE78A | 06-17-2023 11:03:27 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |
| 86 | Info Hash: 5A029B90C07C180961C2A696EADA976E929E3359<br>File Hash: AD396942689A6BDF7C442871D92D3BEEEA7F1329BF923F0F03925E8CB77BECB3 | 06-17-2023 11:02:48 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 87 | Info Hash: 40F9099BF210FFD00392BA9F181D8729D70BCEE0<br>File Hash: 4948AA372E0C0050FC3BF4A2F246FB91992F512A1E130357462BCB94075F572F | 06-17-2023 11:02:41 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 88 | Info Hash: 3B58AC3058126891063C5D48C204B93ADF743C16<br>File Hash: 676A3A32AC112D7A024182630D5EF9ABF24D77685371AB211CBF74D8DCB0F89B | 06-17-2023 11:02:13 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 89 | Info Hash: D7361910644763219F9E08A47A95CADF4E2B23B7<br>File Hash: 482CA5EE8E35F940BA08941BA479F852B64EA45F8C7B07A127F9B66FAE740EDD | 06-17-2023 10:59:35 | Blacked | 08-03-2018 | 09-01-2018 | PA0002119596 |
| 90 | Info Hash: 2AAEFEE902E1FC5E7474A71F81E8ED6141E137A9<br>File Hash: 8EA65E99E88075C60FE85A6FCE4715B4E162B9746DCB667472280B68FB0836B5 | 06-16-2023 23:58:18 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 91 | Info Hash: C09AE20AF57ECFEA5B9DCA0E24AD3B42D8EF024C<br>File Hash: 5370C5430308806127F943DBBFF09F1EDE55FDDEE805538951E37B67640DC422 | 06-16-2023 23:58:14 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |
| 92 | Info Hash: B5C7A67DC70498132C39BBF7E09962DFAC647C5B<br>File Hash: 1C928947024EB28CFDAA70B22A1BB0280FE9B3253397850259AA69FCA7E0CFA0 | 06-16-2023 23:57:39 | Blacked | 01-30-2018 | 03-01-2018 | PA0002079186 |
| 93 | Info Hash: 767CA7FB5AE79ED860649FC20FAE33E0D58921F3<br>File Hash: 24C35FCF86EA6E1350D61732148BCC66215DEC3B86F9F861CE2BFB0779A450A3 | 06-14-2023 23:02:59 | Blacked | 04-20-2017 | 06-15-2017 | PA0002037578 |
| 94 | Info Hash: D5F5450D7FFD380B3063AE6DD178547797FDD1F7<br>File Hash: 1E3D1C3203871719FBEEABF6870BEA89944F421BCD7845D6E6FAD37E9E06840E | 06-14-2023 22:59:45 | Blacked | 03-21-2017 | 06-05-2017 | PA0002052855 |
| 95 | Info Hash: 1B4EA87503BDDC52D2F3F78714030FB7E91071A2<br>File Hash: 90FEF826867D32C704D62DA2155D0C5D83DD279DD5A46936D78A65FD58DD1A93 | 06-14-2023 22:58:53 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 66BF4EE8BF4EE50EB65A4738234CE4ADD0A8D189<br>File Hash: CAF99CEC7B282F4F980A7B2F5FAE3B693717D452BCA311A7C6CCF2840504A621 | 06-13-2023 21:10:47 | Blacked | 01-05-2018 | 01-15-2018 | PA0002099696 |
| 97 | Info Hash: 652A1FE0334C49992234BBAA7379B0A75C9B1D8B<br>File Hash: B2C23209F2E8A13D005B20C17B4ED271D9D36638B90C51486CD5D8ED63003D46 | 06-13-2023 08:45:11 | Blacked | 06-24-2017 | 07-07-2017 | PA0002070822 |
| 98 | Info Hash: 7C805125B9931DC9B881E6AA9A14003D9ADD72FB<br>File Hash: C92F531F420CA4C3D2F37137720823E4C4F393E2199BEAEB86E88D16F74BCD03 | 05-29-2023 04:19:09 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 99 | Info Hash: 16346000E4A519F8B6AA8CE045A0A74111BE686D<br>File Hash: 58654F708C86813D8A64B0D667485412E1BC4332CF2E3704C0E1FD2C71AA8A3D | 05-21-2023 08:05:51 | Blacked Raw | 04-09-2023 | 05-14-2023 | PA0002411278 |
| 100 | Info Hash: 893932E9AF5006B530FA71C8A4646E3CDC474CAA<br>File Hash: DC371AAF346BA03418D1621ACF8B5994B51984574BD22B2113CF6D23AFD7D79E | 05-21-2023 08:04:22 | Blacked | 05-13-2023 | 06-09-2023 | PA0002415384 |
| 101 | Info Hash: 5EBAA857DB4CB94E7B579561C0FBE666094E0A10<br>File Hash: 1FC7F6CAF9BCD0764A89E8ABD1F6E4A77DC4710FA7FAE67E76670DF36E184092 | 05-17-2023 08:34:44 | Blacked Raw | 06-16-2018 | 07-14-2018 | PA0002128317 |
| 102 | Info Hash: 8F06F2F6B9533779DD3A36713ADFA46413BEC156<br>File Hash: 1B881C898538761551E7C998C11A7BF86CFB2B15A11340DBA208D146BF0E6B61 | 05-17-2023 08:05:56 | Blacked | 10-27-2018 | 12-10-2018 | PA0002145828 |