**Exhibit A to the Complaint**

**Location:** Atlanta, GA

**Total Works Infringed:** 101

**IP Address:** 73.43.78.192

**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash:<br>E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 06-14-2023<br>07:49:10 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |
| 2 | Info Hash: C3574EDBE712F48169B9EEF3F7A441321315F545<br>File Hash:<br>025763497F133F7AD002DF63A534E94585CCC43956152F59FFE6CE5EB7B75F04 | 06-14-2023<br>06:58:11 | Blacked Raw | 06-13-2023 | 07-13-2023 | PA0002420359 |
| 3 | Info Hash: A6EA7322227167BB958372EA0FF00D8E41D18E19<br>File Hash:<br>AA26482D229D74AD1E385E34673390A2FEC721A9EF9F38C2EA74C0156CE5BDF1 | 05-26-2023<br>06:16:51 | Blacked Raw | 05-24-2023 | 06-09-2023 | PA0002415389 |
| 4 | Info Hash: 5E0E752DA71A79D5DF23B90E6C50CAAF193DFA45<br>File Hash:<br>3B3FC8198FCCDFA72CBEC918979F913EA072D55561D34DDAE06225073D260BF6 | 05-26-2023<br>06:10:58 | Blacked Raw | 05-19-2023 | 06-09-2023 | PA0002415367 |
| 5 | Info Hash: 3FD934424B28B5BD8B23C1B69ABBA61109FA67CF<br>File Hash:<br>F15DD0F6FAC922F2FCAF422BFAAE2CE56F17A128FBFDA15E922A3A29D87575B9 | 05-17-2023<br>10:54:22 | Blacked Raw | 05-14-2023 | 06-09-2023 | PA0002415357 |
| 6 | Info Hash: 3F1775C42C684FB5ED6F59544723BAF7F1738B43<br>File Hash:<br>693C113203BC1DBFDE6EAF8C89F16454B7E4358A80DFCDAC5C565DED17BE5136 | 05-17-2023<br>10:43:50 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |
| 7 | Info Hash: 161B9B606AB5C8C0472E9A966A7704A63941B235<br>File Hash:<br>5FE40D3ACE878D048EF1470A44C17FF947D3CC84E202603797F25758688B268F | 04-19-2023<br>06:23:16 | Blacked | 04-15-2023 | 05-15-2023 | PA0002411295 |
| 8 | Info Hash: 16346000E4A519F8B6AA8CE045A0A74111BE686D<br>File Hash:<br>58654F708C86813D8A64B0D667485412E1BC4332CF2E3704C0E1FD2C71AA8A3D | 04-12-2023<br>21:58:31 | Blacked Raw | 04-09-2023 | 05-14-2023 | PA0002411278 |
| 9 | Info Hash: 94B3ECEA7C2F08CCBC66225584E6CBB82C5ECCD7<br>File Hash:<br>97DACE343D48FCF5F6BB9A9B0C5ADB2348F636783BB9A2CCB7B28D0F550BC00F | 03-12-2023<br>11:35:09 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 10 | Info Hash: 6408AC30915EBB5D088C812A9102CF90D28B0BBB<br>File Hash:<br>C876715ACC4419649BA1FCB7529C0BEDAD1C5E9EB995D6BF717EF1247238CC41 | 03-11-2023<br>15:18:44 | Blacked Raw | 03-05-2023 | 04-07-2023 | PA0002405735 |
| 11 | Info Hash: 5B3EEF56046E68152C027B3D595FC6C98889C0DD<br>File Hash:<br>343D1528287A7B1878532AD9ED95033CECF8265C8BC11C016CC55FD6CD52A67A | 03-01-2023<br>03:02:18 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 12 | Info Hash: BCD97F765AD72CFA9BC42CB26F1DB49D6C7387A4<br>File Hash:<br>2F77A13D57A1B50E73B38E30A8B4C14B47F1ECF9FB39E38B971BEF4E0A4FECF1 | 03-01-2023 03:01:11 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 13 | Info Hash: 9DCAA506FCD18CBC43374B59DCF295D275F78689<br>File Hash:<br>41CF2342AC870E5B1224E13FEBF21489DABF19588367A5E809C47AADC4FD17FE | 03-01-2023 03:00:53 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 14 | Info Hash: 4E8A6F53301141CCD9FF05FDB3BDE1B81B343863<br>File Hash:<br>C2F9924C4E647C4D97CEE555ADD3EB04C8B60C657E747D4E7E332AE832EF06CA | 03-01-2023 03:00:48 | Blacked | 02-18-2023 | 04-13-2023 | PA0002407766 |
| 15 | Info Hash: CBB8EFA690BAF1D17507540D286327403A2431BA<br>File Hash:<br>1BDD3F34007D48ADBD65B0379BD4125B1E87E95FCA65A6185CB5B0C765E4740C | 03-01-2023 02:59:11 | Blacked Raw | 02-08-2023 | 03-06-2023 | PA0002399990 |
| 16 | Info Hash: 17CD54EEA48C6A552071459696C47C2EFBF473D6<br>File Hash:<br>6609883C329B060FE39E7A685371F8BD0D01CE0060C6228DF52B99FA4D7B26A3 | 03-01-2023 02:41:37 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 17 | Info Hash: AB6EBAFD49EADD71F2316803BF55B6FB26B81EFA<br>File Hash:<br>22615C4D20273E938E3CC616950F1799A09B612D67EDC9E5CEBB1131A780617F | 02-14-2023 11:40:16 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 18 | Info Hash: C3753FE9F6D3007F6B5A492A5D6E043BA93C83BF<br>File Hash:<br>5FCFCD2F384024B612985F75F57F986A87141B609D42015E30BB5C50D055E96C | 02-08-2023 01:04:59 | Blacked | 02-04-2023 | 03-07-2023 | PA0002400314 |
| 19 | Info Hash: 5ABD6B7E032F33F63D7C609EDDC5EDD143B1BF8F<br>File Hash:<br>57B43783291B5A46BF9AA4C12D1FEFCE2B45E514E018BCFAF808601DF58C9F81 | 02-08-2023 00:55:20 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |
| 20 | Info Hash: 2B3BBE704C1C00FE9356FAAA19048818A9E69AB3<br>File Hash:<br>F8B6DB141ED6C6093B3FE27A826A015A4F741E0D1A3D3C3F11FCFA3191BEE266 | 02-08-2023 00:20:58 | Blacked Raw | 01-29-2023 | 04-13-2023 | PA0002406902 |
| 21 | Info Hash: 40D0A0F8DE498BA30734E52BB4A8E3B909CA8748<br>File Hash:<br>C8278FE811B629B54A3046CAA645164E4059FDBA3820EF6D38BFF72C9C8A6C65 | 02-08-2023 00:20:57 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 22 | Info Hash: 8495CA7F88A7D3B433509B5B20C42D1B4A750713<br>File Hash:<br>2EF646EFA4B5DC146BD0B0C25C3C2507F03BA0BFC58BFEB3851126EF0F2B296A | 02-08-2023 00:11:32 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 23 | Info Hash: 34F1BD82F61B7AECAE65BF2B8BB5E672153A337B<br>File Hash:<br>BC9AB74CD3A013607619CAA80E09F47939A9064E7343B80E6B32CCE0D9D3B328 | 01-18-2023 10:01:26 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: CF71FD09F546DDB700BCF81E73AA77A94960EE83<br>File Hash:<br>E0C974376E1F33771240B0161352067F18E953F9222066391F34E692E7F0D5E6 | 01-18-2023<br>09:59:07 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 25 | Info Hash: AD6175D24714049B246E2C2976BED4EA9FEC2F8A<br>File Hash:<br>E8240E3BC4A81A43B5E6928F8CDF864FD0B5F64395C5BCCE88FD9E70B53215B0 | 01-18-2023<br>09:58:29 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 26 | Info Hash: 0C51C206846DE2EF125EA6F0705D73404A20CE4D<br>File Hash:<br>0E0EA4B5AC1AAB775883BAA5C42064DD349362D3C989AA6D9AE87B6A3BF432EE | 01-18-2023<br>09:58:23 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 27 | Info Hash: AE257D4A3CDE9D8FF36BE1AAE46B51BCE08F13F8<br>File Hash:<br>8854DBD8FC6501108CFD939FD068C4B2EDF8582D4CCFDA8839034056CC5BE3C4 | 01-18-2023<br>09:57:53 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 28 | Info Hash: E0CDE42BEB15AD73597EAB8097EE4A7E0010F954<br>File Hash:<br>A0F2DF5B142210568CAEABDD39207E691EF85D9B250DD39B9C7D3A7DBADCC5EE | 01-18-2023<br>09:21:46 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |
| 29 | Info Hash: BF1D7ED8245EDB0F1F8ED2BA78EF971A334F0EB8<br>File Hash:<br>87E3E67CC26E950C80635B5F1522BDA0B7D7CF4D7B1FC5A2F4CCC880483B78EB | 01-18-2023<br>09:16:57 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 30 | Info Hash: 3974193BE216E1983FA45555400BED7123CE9E20<br>File Hash:<br>C632AE85045A09A74C9C4D73D685EF74296B0C531000D8BF808626D5A16E2942 | 01-09-2023<br>13:18:21 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 31 | Info Hash: 9E823BE29A822EE14697A7434DBD4D2769A27C02<br>File Hash:<br>6685691171B23A1E56F0E2A948A679EC1FAF4B206F3C69447895FF4652F535A2 | 01-09-2023<br>13:17:10 | Blacked Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |
| 32 | Info Hash: CB824E8C8C2E955B1913A116A11A448FF74ADC80<br>File Hash:<br>BA3525EF7022D26044B192EBAA815DB0C698E500BABC616A3D36FEB4A57476DC | 01-09-2023<br>13:16:58 | Blacked Raw | 12-25-2022 | 01-09-2023 | PA0002389598 |
| 33 | Info Hash: 86895CC03EC0D7BD387C3EE4C768B7E41385236A<br>File Hash:<br>F1D77EECD8E1B756CF0297F9B9829C99770B358ECE874C860DA36E8A4106B384 | 12-20-2022<br>08:52:40 | Blacked Raw | 12-15-2022 | 02-21-2023 | PA0002400999 |
| 34 | Info Hash: DE4BFD9981AE2FA924ADF2D0ADDA49B0C5C375E3<br>File Hash:<br>E4A369D47950EE33662F9F45B1B821BD525AE5E2EA32DF82EC51289A45FC48FE | 12-20-2022<br>08:52:02 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 35 | Info Hash: 3D46FAEADF791918AC2A93212D3718829DA75199<br>File Hash:<br>5BDE7B26D36920362ED85DF09E14320ADB11C91B3BD45C8AE255457731D3D8D0 | 12-14-2022<br>06:55:13 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: A9529D5E514B171583C00DA79D5DEF1A31EF66AF<br>File Hash:<br>902FB516B52EBA213B6552E0FDF3489BD6A87B6D616732BA153A60FDF7337989 | 12-12-2022<br>17:08:18 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 37 | Info Hash: 0947F99AAFE2292BE44C6990E744B53E6FCEF2C4<br>File Hash:<br>EB3B2C3949E88D80F70957B40CD176A502F472BB0C0A3F118F40AD66D87BDA8B | 12-11-2022<br>17:04:34 | Blacked | 02-06-2021 | 03-08-2021 | PA0002280372 |
| 38 | Info Hash: 642DDF62B3A5E46DF06C02CFACBC7171C8FC193E<br>File Hash:<br>71115689CA6F87CAC19BEE09A97896F66F7996093BE57552692E60075A06B020 | 12-06-2022<br>19:33:29 | Blacked | 03-31-2018 | 04-12-2018 | PA0002091516 |
| 39 | Info Hash: 15D01C763A1112FC85815EE1063A42666D23A421<br>File Hash:<br>0CDA0069E9F9644C2BA13F2A6D05D11B3901D2EB71A8F3EA563CD124B92D9082 | 12-01-2022<br>13:39:14 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 40 | Info Hash: DD6582F97DEDFA074D227FD4169F9ABFF71C9F9B<br>File Hash:<br>3498792D84F9BC2B5CD08B4AEED92B6443D04C6BFA67050613EA9F2F11C2FE64 | 11-15-2022<br>08:10:28 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 41 | Info Hash: 7DFD7054EC044D7382229CAC29482FF09B4A78B4<br>File Hash:<br>BCDD15907FDBD565AE5238658FBD2C07E950E8AEA04D6FB530B337FD59252F27 | 11-03-2022<br>05:29:37 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 42 | Info Hash: 15A55EBB3FD06FE9F9067812A0D0168440813B70<br>File Hash:<br>4AAF11148C0E2CDFA98BABEEC2740D453CACED2CE62079EAE8D18A0C5E2E4BD7 | 10-24-2022<br>13:20:05 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |
| 43 | Info Hash: DA9611E9C7E846C569D5C06970789091CF2B3B44<br>File Hash:<br>D150538D71C52F360C335808651D9C366B117C599BC5659BCF12E09496EEA6CD | 10-18-2022<br>05:58:44 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 44 | Info Hash: F06DB06CB174A838EB8C8898F07BFC13917D892D<br>File Hash:<br>522AC6CFBB1B852C3DCF7433D96C346398F3539766E681A14030C2C9B3E5DF27 | 10-18-2022<br>05:46:40 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |
| 45 | Info Hash: 74B8BD53BF12A2073D2A04B37C8826F13B140035<br>File Hash:<br>265667A7A9870996F1562624DE5604DE7F0088FA131250F48F2C710990CB611F | 10-18-2022<br>05:42:15 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 46 | Info Hash: A5666F4387EA230860DCF165EE699E79CC86445C<br>File Hash:<br>F8E19A55EC11C47B8F3144AC4F2EA1C8E8B0EE5C5CEA7BC3AA8AD264D83615FD | 10-18-2022<br>05:42:03 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 47 | Info Hash: 7A5B23D006D7D73F6F7E62457F522B3B5EB8E168<br>File Hash:<br>B698E2FB5DA2FE5AEFE625CC3367B0A1053DBED35BE71015D61370F105FE5A99 | 10-03-2022<br>13:48:04 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 48 | Info Hash: 905E4F7C416218B8230D0E3F77FEE0E5409D7995<br>File Hash:<br>54E302936EF99A29636EBC9A82783F3C3976B37E467AD2E3F39B60877283F542 | 09-20-2022<br>09:06:55 | Blacked Raw | 09-16-2022 | 10-05-2022 | PA0002373764 |
| 49 | Info Hash: A41CA9CDF5E1265E4080B8FF535153BA1F52B6D8<br>File Hash:<br>7478F71FA1C2D7B4A26A5E56E65830F689ECB424908F2FF87FE29C837262EBB7 | 09-12-2022<br>12:11:51 | Blacked | 07-09-2018 | 08-07-2018 | PA0002131818 |
| 50 | Info Hash: 486C17ADFB8696EE12AA59B6213B64B4239E1FC2<br>File Hash:<br>9494958EE7DF6195DAC64545B57D3F1505F144BC4971D601DE12BAC3522C2CBE | 09-12-2022<br>12:10:22 | Blacked | 09-10-2022 | 10-05-2022 | PA0002373949 |
| 51 | Info Hash: 18F37A18FE1AC5E6CEFE5CA0F702EDAF5E3130C4<br>File Hash:<br>3B4B2AF11D93CA07CD38FD8D08E0C77EBA6208A33E4B5A5D8973EA94748DF061 | 08-11-2022<br>07:14:57 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 52 | Info Hash: 1D44B95259442C3A9B0B9455C8C28A89AD369DE7<br>File Hash:<br>DF7B69C7949959ED563F5993AE5D903F8E7A90693CFE734430395BEB848221E5 | 08-01-2022<br>21:50:53 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 53 | Info Hash: D73D84EA314E0FF698536A45595592C277D8F6C5<br>File Hash:<br>A8E5C067293F41DEA80AB05236733C455D1AC72FC8F4A66F7C7E20570AC3D873 | 07-21-2022<br>11:50:13 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 54 | Info Hash: 40926070A8063DA47ACC550050B316C90BACBF83<br>File Hash:<br>22B8ABF72350CAE58C0D59AAC0F6F96DF65218948431BED071AF314046372DE3 | 07-13-2022<br>12:11:26 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 55 | Info Hash: AE7859A84B38AA3012FC54F8083DC7BB98EEA9CB<br>File Hash:<br>A8144653928B76356ECFE207ACB692A2DF407F16908E1A7C3BDC87A3E8829DE5 | 07-13-2022<br>11:34:57 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 56 | Info Hash: EBA4661983A4F2B1A9ADE564FE0123921F6BA68C<br>File Hash:<br>42D8E9DBE0FCA43313268BBBA36EB61AFF69F2D430EA7C6A85499179D7FF1490 | 06-29-2022<br>11:14:34 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 57 | Info Hash: D80963110ABABE1454C1834BE5A9796BEA1556D0<br>File Hash:<br>3F29281EB1D3CDAA22733A8A713A8AF85CBD0CD5D6C55CA0B4A04EC3AE06744C | 06-24-2022<br>00:14:22 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |
| 58 | Info Hash: A8EC61CFDDDE3AD8A8898F05ACE3418B5DFF3014<br>File Hash:<br>634F33148B5E71A11DBA1AFEACA11D1BDA59B891FC5523A2D39B5057867B7EE3 | 05-31-2022<br>09:47:19 | Blacked | 05-28-2022 | 06-27-2022 | PA0002355034 |
| 59 | Info Hash: 565347F653FD68A49CA99EF8F935C90C6D89F73F<br>File Hash:<br>71A21BB55022E5899568ABCCB462522BB285FB827DC9DFCF551628A79C44DC5A | 05-26-2022<br>08:57:25 | Blacked Raw | 03-28-2022 | 04-23-2022 | PA0002346413 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 60 | Info Hash: 040C6A44B15971177FC68A2FF4942BBBEA46A026<br>File Hash:<br>893E5D81B824D11812E9A46382CE40AD962FD5B0E10277FCDD83212707CF002B | 05-26-2022 08:56:24 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 61 | Info Hash: 0B74246F5507942FE41BB9B8E6175E94FEE2C06A<br>File Hash:<br>D54C0F79F19BDA5059D654FD088C62844684712E3808B8DEFDF2CBB762FDCA59 | 05-26-2022 08:56:24 | Blacked Raw | 05-09-2022 | 05-20-2022 | PA0002350381 |
| 62 | Info Hash: 71B373239AA21E0A2A1291498B72DC7BB0F06687<br>File Hash:<br>24688D83D2C2F0B22615DCA435E39CD808D05F274EB2804456F6E77AEFDCED83 | 05-26-2022 08:55:08 | Blacked Raw | 05-16-2022 | 05-20-2022 | PA0002350378 |
| 63 | Info Hash: F9D323E92C1B52C4B9C7B3BE636999A90C5C456C<br>File Hash:<br>EC42FA5058FEB8ACF76554CA12F5AFD7D92B46D28BAEE7B91C18824B6A9BA05B | 05-23-2022 13:39:27 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 64 | Info Hash: EE12BCC87B83A77998F3B3C521D43D108352A266<br>File Hash:<br>E46E99A0F34BB9F203E4FC9CCB3DCB96AC565C1231E093ED9DC9E3D6453397E1 | 05-06-2022 05:06:11 | Blacked Raw | 04-18-2022 | 04-23-2022 | PA0002346421 |
| 65 | Info Hash: 39B3D57E0FB4BB6A79DA794635525E794F4DA1D3<br>File Hash:<br>26191AF672E6797E5CE43E79D9A9385CA96C0DB145423E53D84A2C28CB1B7884 | 05-06-2022 05:05:33 | Blacked Raw | 04-25-2022 | 05-20-2022 | PA0002350387 |
| 66 | Info Hash: 0DF51F6B291610F2ADCE5A7F5081ECC91831A82F<br>File Hash:<br>60CD2FF95A68BB7A0D3D6595F78672F4F4A61D1CF830F5BF4D24C1DE02B6F6DD | 05-06-2022 05:05:21 | Blacked Raw | 05-02-2022 | 05-20-2022 | PA0002350372 |
| 67 | Info Hash: C6D89A14439B65845B858939EABB7075820E2B1D<br>File Hash:<br>34B237A6542B8BC5C3F37D109D74B20FCA2D704596C79193FF3BB53A62EB7F4B | 04-19-2022 09:37:37 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 68 | Info Hash: 6C097F8E2DD268506A3D928774099F16FCF1D7F0<br>File Hash:<br>A599AD9EEF71FABC77029F80B0572DB18357A57D435FB6F5D32DC2362CACFFDC | 04-05-2022 08:41:54 | Blacked | 04-02-2022 | 04-23-2022 | PA0002346422 |
| 69 | Info Hash: 92D5BC7B567BCE82314A5D480DC48BD3645F29D9<br>File Hash:<br>57A71876B9677D9A3FFEF1396D8C4B9093C9AAB5CFAD32EB8F93E4BB471C85F2 | 03-03-2022 07:41:47 | Blacked Raw | 02-28-2022 | 03-29-2022 | PA0002342857 |
| 70 | Info Hash: EF2CDF3A60F1FFA0BAE6B499695A13DC9730AE16<br>File Hash:<br>F27CF6C99194E08DA6CC2C43998FEC7E07D2B9F09E297FB77E5FEBBFFBCC7CD2 | 01-22-2022 08:32:09 | Blacked Raw | 01-17-2022 | 03-04-2022 | PA0002345790 |
| 71 | Info Hash: ACD5866E4689EEAA725C36A93B1640560BAB0750<br>File Hash:<br>EFF6053E86D6B492C52D58EFB0357986F5994750EA2634832BF38611965CAA2A | 01-12-2022 09:51:45 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 72 | Info Hash: 3B4EA9DAAA3B1FC2F3D187FD1021BC9E4511C74A<br>File Hash:<br>E1679995451088F985398F3E2F3CBDEF368CB39F12EDA01031CDA26AA4202C00 | 11-25-2021<br>13:49:24 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 73 | Info Hash: 9CD7CFD962DE7804CF2507733B747EEB28B25D1E<br>File Hash:<br>CC3818D230E86A51A6697869E4F66F58703FCE9CA81ECB5782A8A652486993F1 | 11-25-2021<br>13:49:05 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 74 | Info Hash: F1584FAF400BC09FABE20E779B802AFC7FE8A611<br>File Hash:<br>24C378B8BACF28DAC8B8B20B69A1BD1ECEDFE895E79BB51DB21C6A2B80B5D914 | 11-25-2021<br>13:48:50 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 75 | Info Hash: CB54A80CA46C7E15031F95C90A4E207C1759D031<br>File Hash:<br>E6DA8AEE619E2D4D08AAF5BFED4CE6336AA4A9F8283D933CC4AD47480D0B16A9 | 11-25-2021<br>13:48:49 | Blacked Raw | 08-09-2021 | 08-23-2021 | PA0002308396 |
| 76 | Info Hash: 8105FC847C99F1CC597D518F5DF457320A9CFF3A<br>File Hash:<br>BBDE0C5FF5084401AC67AE7B077D4B9A999D59E0E65C0C4A37043038FABA5D64 | 11-25-2021<br>13:48:33 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 77 | Info Hash: 856E12C24229D92CB46E097F4CA0B479F572EC53<br>File Hash:<br>8D6CBDC2812A73B37EE9D2EC29EDC583C7D4EE351A82B76AED1267FDE0202E09 | 11-25-2021<br>13:48:24 | Blacked Raw | 09-06-2021 | 09-21-2021 | PA0002312674 |
| 78 | Info Hash: 18A7AD8610833AE3508F27F4E34C065D796FEAEB<br>File Hash:<br>23A420F6C79F32A04A12C2BE7A97437DF9614FB3A4EDBC89C745B97FA2EB5BE5 | 11-25-2021<br>10:45:05 | Blacked Raw | 06-21-2021 | 07-08-2021 | PA0002300661 |
| 79 | Info Hash: 6AF4F17AD9DC19F64DE641CBE672D9C7CD699D8E<br>File Hash:<br>985A44BBBDDAAF38195EA059D5BA0757A510E4231200FF28BD37B8EAAEF53EF4 | 11-25-2021<br>10:43:57 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 80 | Info Hash: 25661E257F217723274693FDB3D057D3C690DCE7<br>File Hash:<br>523AB93AFA0D51401A770F61E4B7345AF387F905AB5E999322D9F56856E89599 | 11-25-2021<br>10:43:47 | Blacked Raw | 07-26-2021 | 09-21-2021 | PA0002312675 |
| 81 | Info Hash: ED7876C01554DC0240AEC5A97EC30C00050D406F<br>File Hash:<br>4516D9BAA03BE3C57E19ACC0A54C047E0FB91F2E2D968B4F274661933EEEB154 | 11-25-2021<br>10:43:32 | Blacked Raw | 05-24-2021 | 06-24-2021 | PA0002303153 |
| 82 | Info Hash: 32EAB20A9B2E50DC4BF56C17FE55379EAC2D35A4<br>File Hash:<br>332F47B8AE1F4C7DDDC90D81EDD3A996200C8249BC701F239B99D44E85F89892 | 11-25-2021<br>10:43:25 | Blacked Raw | 06-14-2021 | 08-02-2021 | PA0002305094 |
| 83 | Info Hash: CA0B6A354CA008A43791F71E41EF820C7B24C003<br>File Hash:<br>4E3C98E692A7F114288C2BCA5C5DDFE903F02876CDF81EC7178AF0990257667C | 11-25-2021<br>10:43:23 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 1494CEA8CDC75CDADDB2BEE7269D14B83E029F06<br>File Hash:<br>06B7084D1E8EC9E59CF7AB8EF9E2AA97A89A7C4E67457BEFB3EEA34302ADD306 | 11-25-2021 10:43:20 | Blacked Raw | 11-01-2021 | 11-11-2021 | PA0002321320 |
| 85 | Info Hash: 41A572496B878FFAE77C7A757CBAE1ED0EB9D57E<br>File Hash:<br>FF125D9A09EA9469F302C188E821F889073D4286F770D8D1FA88C6E3E13AC817 | 11-25-2021 10:43:09 | Blacked Raw | 08-30-2021 | 09-30-2021 | PA0002319882 |
| 86 | Info Hash: 9EA31AFE28590EEB8AB3516AE38669AFDD224576<br>File Hash:<br>CBA22494F1E2EF699314BEA06731F872EA22C2AD33EBBC5C491266EBEE51531D | 11-25-2021 10:43:07 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 87 | Info Hash: DADDC020188225733D70B4BD7BC3C7A1C5E6DF7F<br>File Hash:<br>66817E5F5203B5D23FD9F101FF93ACEAFCE88D34598DFA5D6CDE4E930490CDFB | 11-25-2021 10:42:55 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 88 | Info Hash: E82AD2ED432AA307E1613132DCF9205438004BFD<br>File Hash:<br>91BDB3668CC21EC56D5CD6B12FEA3CAACB01D234429E3C0705C6014871D3D1D3 | 11-25-2021 10:42:52 | Blacked Raw | 11-08-2021 | 01-07-2022 | PA0002337933 |
| 89 | Info Hash: 0C99F8A71BF3376DDC06D8CB4DC38C08A1595DF4<br>File Hash:<br>78E4D6E44A9C6C3A1728B0AF9723F074B4EB688785FCAC0E4D0170ACB32C915A | 11-25-2021 10:42:42 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 90 | Info Hash: 5185106CA66587111FB0177135DA5DC71FDF90D5<br>File Hash:<br>AE1C62B285E3369E825651167854A3C504ADE56B66AE602CFB6D433593D5A87F | 11-25-2021 10:42:38 | Blacked Raw | 10-18-2021 | 11-11-2021 | PA0002321314 |
| 91 | Info Hash: 815221A9038E449E44DF773A5E20B0787600FE48<br>File Hash:<br>12D5DC22D527E069A7F081060B804D0E5B7858303156C691C1BDFBC107D9DC83 | 11-25-2021 10:42:36 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |
| 92 | Info Hash: 6C5F19A71ECCA0A465857AB73C180A5A676F3606<br>File Hash:<br>059EC8D696D691383580FC7C82ABBAC3CC0679DAF75C978A0E4D5644A675D819 | 11-25-2021 10:42:20 | Blacked Raw | 09-27-2021 | 10-19-2021 | PA0002317054 |
| 93 | Info Hash: 479FDBBC359D15C3CBD97EB355B7D1CF0A410CC0<br>File Hash:<br>F5218A278FFE7AF54DDE34F81D2896EB9FAF358DCB6BDC8741F8D913FFC1BE27 | 11-25-2021 10:42:18 | Blacked Raw | 08-23-2021 | 09-21-2021 | PA0002312669 |
| 94 | Info Hash: A5C198DE377DA37753134876DB8FFA94DAFEC292<br>File Hash:<br>7143C9AB311761FCDB0472858A828CB35C32BEF7DF6AEFE6CC8DFEB0D6570F1A | 11-25-2021 10:42:17 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 95 | Info Hash: 5C3A965875F108BEE2A866383BD26C69AD6C21CB<br>File Hash:<br>D7056D7BE3FBF436D48BA737F5E542DE27560117338E5C93846AA4CB5976F400 | 11-25-2021 10:42:17 | Blacked Raw | 09-20-2021 | 11-11-2021 | PA0002321298 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 96 | Info Hash: 609925695807CF8D58C61A83C0667EBFACA3059B<br>File Hash:<br>AA82A2D655EFAE26069B693C159D006EA3D308A84159E1F920E2BB80F6B5A1B8 | 10-13-2021 04:45:50 | Blacked Raw | 11-25-2019 | 12-09-2019 | PA0002216263 |
| 97 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash:<br>13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 10-13-2021 04:42:42 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |
| 98 | Info Hash: 53115092326FFAC693EC8DF35F7B913BFB316E73<br>File Hash:<br>8BE02C4F01263EA20AECD08608CD4E80226C3E940766E930747627F82FFE05D7 | 10-13-2021 04:41:13 | Blacked Raw | 07-12-2021 | 09-21-2021 | PA0002312676 |
| 99 | Info Hash: B3CF1BC90895F4A5C53C9B30A7EB76F20B525656<br>File Hash:<br>A92FCFF6E4F800D2DC258FF1F12F6581EDDC834A3A47873F8CAC6636C8636108 | 10-04-2021 04:57:10 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 100 | Info Hash: 95CE8FC9995512C1376E50826F5B4E44B0E5D8AD<br>File Hash:<br>31DF0005E5E991AE9D3F6056712C424E8D3AC8BC44E29DA31AC3C255F2F7E712 | 09-17-2021 21:24:45 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 101 | Info Hash: 5CE4C6692AD15F515DF3FAB30155F5D949705690<br>File Hash:<br>6F140C2C7C78CEE0121DB05D1A4902A2257BB25DB37777F99ECEE5BFB7E82C6E | 08-03-2021 04:47:40 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |