## Exhibit A to the Complaint

**Location:** Conyers, GA  
**Total Works Infringed:** 124

**IP Address:** 73.207.25.101  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: FF7A248CB1917FE0B640DF3BAF9478EE988C020E<br>File Hash:<br>63738DCB991394F33CAE976CF9E706725031BEB6577331314D6D38993309080C | 07-12-2023 21:30:27 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 2 | Info Hash: CBCD2792157D511F104632A294C1F384488E7898<br>File Hash:<br>099497CD425F9C511FF9463C074FD98858992B7D69E2D6A6589E3771E6081A4E | 07-12-2023 02:27:00 | Blacked | 03-12-2022 | 03-29-2022 | PA0002342846 |
| 3 | Info Hash: AE1E63C738F0395E80CE586DB9CF5726707324B7<br>File Hash:<br>4813C4272BC4E97B0C572A9ACCCCAAA8A0DF79113B71EECA9E128E7F1BF14F40 | 07-11-2023 00:47:10 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 4 | Info Hash: 14460C9C14FBE2AF72199CDE5A44701F0B6EB02B<br>File Hash:<br>9779F131A783314DD287D6DA26F1C5BFA145EBB837E040E4AB3D404A2925AA0F | 07-10-2023 06:17:48 | Blacked | 06-11-2022 | 06-27-2022 | PA0002355039 |
| 5 | Info Hash: 9A235A3B173EBC1924784B571FA2EE9C3E96B4CF<br>File Hash:<br>44FFB5B48EEC7B77914F5565089A5C9650E0698BE8DF1E4EE2D3E885B18B6764 | 07-10-2023 00:51:55 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 6 | Info Hash: 0FFB0F410BBEF345F0A6D0C21F7245EF83162E9C<br>File Hash:<br>C17D3B1AA6AFF175042CC65F9474EB194D120ECC79400261B4F6E8A3AB625E1C | 07-09-2023 22:24:17 | Blacked | 10-10-2020 | 10-22-2020 | PA0002261812 |
| 7 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash:<br>DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7850CB200CF1E443CB | 07-09-2023 14:16:50 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 8 | Info Hash: 66E841DDD72A50FF74298079B63B8046D69081CA<br>File Hash:<br>64783253670BAC42DF82F0CC9608EDB50306F7A4E72DE0A5C15320491B71A48A | 07-08-2023 00:10:57 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 9 | Info Hash: AF62F71E24B618A821444B2911E913228FAD9EB2<br>File Hash:<br>26C8F4089D991B2A75A1A9D68156149B8D954F6763248715D38A60DD54E4684A | 07-07-2023 20:53:20 | Blacked | 03-25-2023 | 04-07-2023 | PA0002405756 |
| 10 | Info Hash: 59154555AF2E443B03E387EDD0E34F1BAF703A45<br>File Hash:<br>CB9112CB07BAF880B77458D88729F588795B7810DF571C7442A04A4BE49F5EB3 | 07-07-2023 13:45:58 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |
| 11 | Info Hash: B5914DE7FC076F4B70CA7EC8D44009E18051C2FB<br>File Hash:<br>9E66B61434C8922F9832D50F9C49AB1E49F11C80E79615285C9C1216EAFACA90 | 07-07-2023 04:26:34 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: CF928504FB6DFD9993E0E54672AD4709210235FD<br>File Hash:<br>B6D16A6B7C7DB2526D31178EBB888511AEE231B475E9F04BEE78F7698374B6ED | 07-07-2023<br>00:19:55 | Blacked Raw | 03-14-2022 | 03-29-2022 | PA0002342865 |
| 13 | Info Hash: 0672640B6F205B14C546FDD1D362F3BC310EEEFA<br>File Hash:<br>DC6148F265A95BF87AC809D45C2FABFC04F56C9EF26307328749108FDDFC184D | 07-06-2023<br>17:12:40 | Blacked | 04-29-2023 | 05-17-2023 | PA0002412011 |
| 14 | Info Hash: 3E1472CE4927D29E0B4F0CA77411FD41701023D9<br>File Hash:<br>4799D5AA929AC6D1B9DF8657611CB181BB0A5B1528288FAC788F536C310761DD | 07-05-2023<br>18:13:53 | Blacked | 06-03-2023 | 06-09-2023 | PA0002415360 |
| 15 | Info Hash: 2388A8BAE2D7A66AC8E2823957B738E7F08DD63D<br>File Hash:<br>70135C7904E63EA4F0668F4F63D95BEC1A2EF92598A53768A2C4F2C420C88F8D | 07-05-2023<br>14:33:22 | Blacked | 05-27-2023 | 06-09-2023 | PA0002415390 |
| 16 | Info Hash: 4275774E7AC6841246779BB0CF9054E881B6F417<br>File Hash:<br>CD22763EE0843E6B9497D0966E1C52B8D5F1B7FCB0E9C542DFEDFC95AC3A61D2 | 07-05-2023<br>04:59:56 | Blacked | 03-05-2022 | 03-29-2022 | PA0002342848 |
| 17 | Info Hash: C535ECFAC3E2D5E02CBEF9BE4ABB94677793055C<br>File Hash:<br>07E8A4E31AE2DA69DE9C0930EC62485DF37C2C55BB833EF64675FCE169D7DEEC | 07-05-2023<br>03:54:19 | Blacked Raw | 07-03-2023 | 07-13-2023 | PA0002420355 |
| 18 | Info Hash: A4D5FCDC717553C34E367F4A58A599B445A0578F<br>File Hash:<br>3E4BA902DE25C86DB9AF82BBA1C075A7CCB96D035317206E58D26087F3312E81 | 07-05-2023<br>02:20:15 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 19 | Info Hash: 4C2E361C7EB1502FC517771F15232E485570AA48<br>File Hash:<br>9C9E9FB49B703201F014D1B01225A7F9D8B323A20F63CEC7380230E7C3D69CE7 | 07-04-2023<br>23:44:22 | Blacked Raw | 05-14-2023 | 06-09-2023 | PA0002415357 |
| 20 | Info Hash: 5DAC4AD0ACDE6DE76F2ECB3D6B40F615984D1643<br>File Hash:<br>3C36AED1205981717F56BEDC1871A31D650DCB9E3DD3824CDE9852D18350235D | 07-04-2023<br>07:40:27 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 21 | Info Hash: 5868129A7C59FF27730E9E1C4C3C8B13F3354F21<br>File Hash:<br>E39AB01B5889CF2F92651AD3328806701AE4D663E185745ABF0269A01B50B299 | 07-03-2023<br>21:44:11 | Blacked | 07-01-2023 | 07-13-2023 | PA0002420349 |
| 22 | Info Hash: 0DCAD5CD34D983D041D5DFFFCBE84AB849B55877<br>File Hash:<br>5CA26B5703389C3C514505A8D2191E29676BA81E777D3F071585FB71B5D6FDDE | 07-01-2023<br>22:50:11 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 23 | Info Hash: 2862FA0426C54DF5E65C7A671C2FAC7887418C6F<br>File Hash:<br>33323486571753E5D76822CDCC102A957F57DE62E5AF27D8C951EB06958D0989 | 07-01-2023<br>21:53:53 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 01CA99FB6C0F82C781EDF1F3C85A16BA272591E2<br>File Hash: 352B7BD6B445657FF119CF8AE50738B5898F6F4208344C6B79038BF4F0D9660E | 07-01-2023 19:00:40 | Blacked | 12-18-2021 | 01-17-2022 | PA0002330124 |
| 25 | Info Hash: 1D44B95259442C3A9B0B9455C8C28A89AD369DE7<br>File Hash: DF7B69C7949959ED563F5993AE5D903F8E7A90693CFE734430395BEB848221E5 | 07-01-2023 11:59:54 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 26 | Info Hash: 10C91184EF279775EAD44F654BDD1466DEF80FF6<br>File Hash: 889C75786835EAFDB35672E2E8F6950C938E03AC610088DF4E9CA6F94C243FE8 | 07-01-2023 10:14:01 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 27 | Info Hash: 919A88F63D482611220967EEFE99B6669317742C<br>File Hash: 4AC9421AB70BE5053E3D148D03BA2DF013A5B609B4D8ADB325A3121CC03DA16B | 06-30-2023 05:00:25 | Blacked Raw | 06-28-2023 | 07-13-2023 | PA0002420343 |
| 28 | Info Hash: F39CDCE049E278257484520676EDCC5D87D72135<br>File Hash: 51E98FA3244F9A33A20F0538DCE247B34292BA8D099ADEADD95AC2DDC7C09E03 | 06-30-2023 04:55:32 | Blacked Raw | 06-23-2023 | 07-13-2023 | PA0002420356 |
| 29 | Info Hash: C882591D32CFF20D0F5A23E51AE447E3417B61A9<br>File Hash: 1E0FC63F691B7DAB30229C07EC5FCABC7AFA9225BE69FF35627F92B0D257DACD | 06-30-2023 04:52:18 | Blacked Raw | 06-18-2023 | 07-13-2023 | PA0002420357 |
| 30 | Info Hash: 0F61E6587DD239C75A26F7F17E8F3C9523DFA62D<br>File Hash: B728F190BDC937B49FBDAB40D7C1D0151BC35F58FC6B83F6464B94FAA0F79773 | 06-28-2023 03:01:57 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 31 | Info Hash: 09BEFF88BFA6C03790189DB6616808DDF8A8A751<br>File Hash: DD3B798C8D8E9900AA8661B5435EABDAAD9A2D99BC4CA139153417B954AF5BCB | 06-23-2023 04:36:21 | Blacked Raw | 11-30-2020 | 01-04-2021 | PA0002277037 |
| 32 | Info Hash: 979CD4F798E6D0277F211C43B2DEAD821781AAB7<br>File Hash: E4EF4298821183831E08081314D570BF54150A02DA0ADFFD61F03A99A9653C34 | 06-21-2023 04:16:15 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 33 | Info Hash: EB9649DDA2323288F92ED22A89ACEC80BE7FB8C9<br>File Hash: B1FDD4D0D94D03816A948DAD236518FB29C3D0CCD12460AFC8C008B79DB0F948 | 06-19-2023 21:29:59 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 34 | Info Hash: 6D1A75568F5FD969F309E9D3B4962D54EE537DBE<br>File Hash: 8819078D096F48944410216299128FB551BC6F20DB984F5D6559FD8D3553BAB9 | 06-18-2023 14:01:06 | Blacked Raw | 02-01-2021 | 02-09-2021 | PA0002276143 |
| 35 | Info Hash: 9E44731E8EC3B6FD476E0A33695303251A58C476<br>File Hash: 6E310240066A7148AF3E41F974E2DF798485CC20CD9169B21ACB3B29F1F08140 | 06-18-2023 06:40:55 | Blacked | 05-23-2020 | 06-22-2020 | PA0002245638 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: A985E7AC9C0F50A326C777C6E8DAC1A92A268746<br>File Hash: F2E40788FEA4B9AE0E54288F770BB334B94EF717C56D9ADFCE5BF5D67D87F891 | 06-17-2023 12:19:43 | Blacked Raw | 03-22-2021 | 04-14-2021 | PA0002286722 |
| 37 | Info Hash: 5AF8BDB7BB936BEB5C251399D8B1C5BC9E64235C<br>File Hash: F307B51605F9F545AA17537F8AA95577C275804D38C1A037578DCCAA567EB268 | 06-16-2023 11:02:22 | Blacked Raw | 08-23-2021 | 09-21-2021 | PA0002312669 |
| 38 | Info Hash: B6AB371E8975D0F0E93BB0B6CFB1A51B09F639FE<br>File Hash: 55CCFCCB97FF68646EE1B96022FDDE6D1CD6078D4780DD2C59D67E96D0BCD47B | 06-16-2023 04:12:24 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 39 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash: E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 06-16-2023 04:12:23 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 40 | Info Hash: 21145D933526DDF53F5C53FA97B8A06291AFD97E<br>File Hash: 743F0514EE583C16D839D66F135C80AD6B68A59E4C572E24310AF5362B24EE1C | 06-15-2023 05:59:03 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |
| 41 | Info Hash: E3F0FF78EAEEB2558ADCB68ACF778838B342BE38<br>File Hash: A1304922349D3DDEA59E77534DE42265DEDF7BB981BA11030BA35B0BF04A3BF9 | 06-14-2023 11:22:49 | Blacked | 02-19-2022 | 03-29-2022 | PA0002342851 |
| 42 | Info Hash: 000CF780EE8D09A7354FE754FB92439DCC22DD01<br>File Hash: AD1EA91DF88124AFEF4D1764EAF491C2C2F38FBF1BB7D9222A8336351EC93687 | 06-14-2023 04:38:49 | Blacked Raw | 06-21-2021 | 07-08-2021 | PA0002300661 |
| 43 | Info Hash: 35AEBAECFCED7C25D04E824299BC714F3E936A9A<br>File Hash: 5D2DAD9A14000D612345BB094E15232CC8388DAFE6C575E52D3AD80688DEC6A1 | 06-14-2023 04:38:39 | Blacked Raw | 05-16-2022 | 05-20-2022 | PA0002350378 |
| 44 | Info Hash: 2BE97DFA49EF767D94E4040239C494349D409C46<br>File Hash: EBECDE01923BC5F8B50C0700F6BD81D8A5DCE5C823A61C812B675ED1D9613424 | 06-14-2023 04:20:44 | Blacked | 01-30-2021 | 02-26-2021 | PA0002283695 |
| 45 | Info Hash: 36236DF80E3789C32873A3E74D3DCB69631784C2<br>File Hash: 708063990182E56298A47B688B4698CA2EE25DB127EAC494D09B1B5008E0E7AC | 06-14-2023 04:16:03 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 46 | Info Hash: 56AA379C5CB38388B9AA1F1B047C28809BD6E124<br>File Hash: 5F30DC3B16A66A31D4B031B781C69C4D5D9F1AFD0674164DD4ED5F10B7428EFB | 06-14-2023 04:09:52 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 47 | Info Hash: A614BF1BE073B43635C9B8EA773F1E790E5D855F<br>File Hash: 4FF8D0E9D0B7A251667A33247FC03A4E2DEF45A12F70315D8149EF5A51D1A2CA | 06-14-2023 04:08:16 | Blacked Raw | 02-14-2022 | 03-29-2022 | PA0002342705 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: F03C19E73FD73E2C5CCBB54751B3325D9C91F2E7<br>File Hash: AFF28110969937078B94F56371672B60C79C98F9F2B4BB51F76157DEB7F03C9C | 06-14-2023 04:07:02 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 49 | Info Hash: 4FFEF2F34E795900B524ADB3A5D89A4870CCAE8C<br>File Hash: 1254A343029B99DBBD44743FFDE118A8C3B0EEA55980D1E9B75886A0AC5B2653 | 06-14-2023 04:06:41 | Blacked Raw | 04-11-2022 | 04-23-2022 | PA0002346408 |
| 50 | Info Hash: 5E5380B0F1CC1E711CB7620812863EB56AED978F<br>File Hash: 75170608DF2827225CB99B0980BA5FE61B6C9671AEEDCC47692C46BDD9E508F2 | 06-14-2023 04:05:51 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 51 | Info Hash: D211DF767C106435C1C25BF1A861F9825BDEAFCA<br>File Hash: 23AFFD796F09E1DB83F9344D84A8D56C66BBD3502A39A92C58F662BA640D533A | 06-12-2023 00:29:48 | Blacked Raw | 03-30-2023 | 04-07-2023 | PA0002405733 |
| 52 | Info Hash: 38C2D1BEC49F709E7B06FE04E1D9A1F497BE78D4<br>File Hash: D2AFF20047F2CA26BC215E40D4C4023CDBD04DD2BA5826BFF4CABD36D0A20CEB | 06-11-2023 23:45:45 | Blacked | 04-02-2022 | 04-23-2022 | PA0002346422 |
| 53 | Info Hash: 2D42055181038F36B661B01848EF6CF8A28EAA23<br>File Hash: 045317AD4FD00A7A5645605910781548B559AB18C5861778A3DB0EEC94207C3F | 06-11-2023 23:01:05 | Blacked Raw | 12-05-2022 | 01-10-2023 | PA0002389624 |
| 54 | Info Hash: 4403352121D56924807F7F9DF7A14C44DEA072DF<br>File Hash: FEF9647417291DD6DA1D0E86E29C9FC98054962C129CAD5C2CA376AF27FCA7DF | 06-11-2023 22:47:42 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |
| 55 | Info Hash: EE8EDF379787C592939128CE644E8BEC6DC98A15<br>File Hash: 14765A3249DE041FC16BF820F8F1C243DDC1956ACE1BB5F9C9F544DA024B50CD | 06-11-2023 22:44:27 | Blacked Raw | 11-29-2021 | 02-03-2022 | PA0002341803 |
| 56 | Info Hash: 9A8D0DF2EDFD199D52065950FFB980EAE528B554<br>File Hash: 39E7A5BB99890B1DC8CE6430C1D42239CE19EFD153FF680F973B578FF36E6E21 | 06-11-2023 22:37:54 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 57 | Info Hash: 85889CF2BAD7B76CFAC292BF6A1083DE0BA9A9D7<br>File Hash: D09EABB2903A0B08D3698D2CF1EA940D6699352AF7A5D71D2083FD8B06C7C239 | 06-11-2023 22:14:48 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 58 | Info Hash: 9BA1269B45787FD02E20AA98D7647EF13B0E999D<br>File Hash: B1AB2B8FBFC38E832F6DF27B8C68863878B07133233E6E7376B5EBB65BD36D83 | 06-11-2023 21:56:58 | Blacked Raw | 04-18-2022 | 04-23-2022 | PA0002346421 |
| 59 | Info Hash: 0739ED4ED4585EA4AC5CD74CD4AE6287B6AE8D26<br>File Hash: A24B8FE396EF28AA27CAE4B6D3731651560F805C475FA7798C5D492E85381998 | 06-11-2023 20:25:14 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 5A425FDB7FFB5049E12D808FDDA461C2F7407B34<br>File Hash: DF4B0D288618658DC49EB26217CF1544419BC25A96680CB513E8090162FC6E52 | 06-11-2023 19:01:37 | Blacked Raw | 06-22-2020 | 07-16-2020 | PA0002248579 |
| 61 | Info Hash: E5DF37D5C860370BE63F9ADF29F983225E29522C<br>File Hash: B23E448A9D88494517CE0A2C159F8BE98332800187C6823A8F0866D1C83E5CC9 | 06-11-2023 18:57:37 | Blacked Raw | 11-16-2020 | 11-30-2020 | PA0002266360 |
| 62 | Info Hash: 815221A9038E449E44DF773A5E20B0787600FE48<br>File Hash: 12D5DC22D527E069A7F081060B804D0E5B7858303156C691C1BDFBC107D9DC83 | 06-11-2023 18:10:41 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |
| 63 | Info Hash: 913885D3B87700091A4E253453FB93DDE01B2F73<br>File Hash: AF932BA43279C78B514C0330473D3F436257AC0C8002D9EB9F093303008F4636 | 06-11-2023 17:53:32 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |
| 64 | Info Hash: 4186570DA8894B1B615D133255B42F5084327F9F<br>File Hash: 55FDB36C8248586A05547BDE9FCF602F4CFC22739AD7BE05EE812A29A87951EF | 06-11-2023 17:50:32 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |
| 65 | Info Hash: D679459774182E48935E6FEC4B9248ADF360FE72<br>File Hash: F14BAC506CFCC841DD19F0C60BBC1FDBC7A5009D566306B21618768AC87D2631 | 06-11-2023 16:24:24 | Blacked Raw | 03-28-2022 | 04-23-2022 | PA0002346413 |
| 66 | Info Hash: FB6D45F0A6BD5E28A418EF8AC262EC06C6D4A40B<br>File Hash: EE6802769054BFB182B32EB472AE2616FD92D062D9A3A75A2EB5D4BA1B2F0661 | 06-11-2023 16:12:41 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 67 | Info Hash: B363647575BA54B6B923C05223F4A92289A30083<br>File Hash: 4EC8B4DD67C4ECB63D03456468A0B6538CD12C60BC25054CDDCC3698AEF101CB | 06-11-2023 16:08:08 | Blacked | 09-12-2020 | 09-29-2020 | PA0002258684 |
| 68 | Info Hash: EFA937808F0ED58A57B5B7902F86CC46FFEF4A88<br>File Hash: B1ACA1BB3FF18B56DD4E28B45C13CEF7155C393C134B08F2317639FEF5A59520 | 06-11-2023 16:06:24 | Blacked | 03-10-2020 | 04-15-2020 | PA0002246103 |
| 69 | Info Hash: C452AEE9A62AAAC042D92760381EB93D56CC4624<br>File Hash: A74133F226748B4F84D52A2C60513BCCB93A5309DCB1FDF59DA9EE0A2EFD4356 | 06-11-2023 16:00:18 | Blacked | 04-24-2021 | 04-27-2021 | PA0002288981 |
| 70 | Info Hash: 44879CA5156C6B94FAB93A6D4FD160ABB8689D82<br>File Hash: 8813814E8DF5A47074C41B0A60494F957BB41B4C3FE7226DA5AE46719DE78A69 | 06-11-2023 16:00:08 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 71 | Info Hash: DDB5B87DD389A7D38E36B58177629B40BE7B74EE<br>File Hash: 7A635BC050ED42E52C8B861EABDB6DD010C5CC310A60219E2B59B38D1218DE46 | 06-11-2023 15:57:23 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: A4F82BF3ACF8D31161829022CDFA042724D88246<br>File Hash: 8E9891EFB7628408C6308B20B7935CD16B11A13EE83060B3FB0390A7A3785682 | 06-11-2023 15:57:07 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |
| 73 | Info Hash: 446E18E660D60CB746E915AABCFACF6779CA4AE9<br>File Hash: 04F43D178C083576BDA5AB90282E1D1566773238C66E6F25F49B70913D5082EC | 06-11-2023 15:05:06 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 74 | Info Hash: 3AD0F06F038FCEA6C738A2A93D38C5FB6CCC288C<br>File Hash: 407A453E1507FB5ED0407941EB7B782BBDF76C8794AB5A3E3A6E1E5FEA354EAD | 06-11-2023 15:05:01 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 75 | Info Hash: 8F775239CD77E0BFB11D03FF2B455F377CE070F5<br>File Hash: 1C2622F74F14736557AE3FFA06DF25049A68DB42FED4016ECC0959E29EB85D42 | 06-11-2023 14:09:59 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 76 | Info Hash: 19ED31B69898C515CB045E33FE26AB25E3C83E18<br>File Hash: 8A71B29C57E2BC83A02546A6BA6283AED07CDC7BF2D3553BAB99A8115E84C32B | 06-11-2023 11:48:05 | Vixen | 12-23-2022 | 01-10-2023 | PA0002389606 |
| 77 | Info Hash: E2CA4D4217E8E7EDD519E8CC21101219F0611D8A<br>File Hash: DCBE041407D9045781E5318840AEAEEE2E846C4FDB72FA4FF168C59CEC30F0EA | 06-11-2023 11:45:30 | Blacked | 09-19-2020 | 09-29-2020 | PA0002258681 |
| 78 | Info Hash: 74964D3B38DB0C336AE21C64536CCC10081EBDDF<br>File Hash: 296984FF61F9590FBD6049CF61271D6BFAE9D17CD3D76DAA5B4CAFD611B822C4 | 06-11-2023 11:45:04 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |
| 79 | Info Hash: D513F1B4A7C6B72B1F1CE73FCC38227A6251E4CA<br>File Hash: B1A9B067D965F663167F374E2A324CC6DF97235052305D2DF8D2BFA75A6CE26A | 06-11-2023 09:01:30 | Blacked | 06-24-2017 | 07-07-2017 | PA0002070822 |
| 80 | Info Hash: 0BC27B470E33E6B97166ADC6BC74650A0C72AC6A<br>File Hash: 7CB3D172D6CC0922236F5DB5BA2336D4DCC99A13CCAE90E9A54C3C5B25082AB1 | 06-11-2023 06:34:57 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 81 | Info Hash: ACC005CC5540B73FD43F4D15ABAF01B7245E583F<br>File Hash: 38EA3BEBD5531AA9C70A2F4275A0A9F108E1F1BDA2C9CBB7B347BFEBBC5A2B84 | 06-11-2023 00:02:37 | Blacked | 06-10-2023 | 07-13-2023 | PA0002420362 |
| 82 | Info Hash: 248827AD37AC8AD83352231C002CDE8766178CAD<br>File Hash: FB59C08872311A97CF45DBC98BCD05FAF76EAD9E57AFD17C573AFD466E06D3DD | 06-10-2023 20:44:11 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 83 | Info Hash: AD14FD391877443754B02FB5C33C406D5A73C26C<br>File Hash: 68F852966DC34FFB84507A572F93A5C01B3D2E6E080AC1CE672FC21BD21C676E | 06-10-2023 19:23:09 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 7867AA4C74B69B8F203EF5AF81C9C9B4C6174C87<br>File Hash:<br>9EF5D83A90CDFAA3779F8257C8E90E4295899F64AAFDF313031A64E8AD7DE1E8 | 06-10-2023 18:16:18 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 85 | Info Hash: BC7EB7895A49E227BFC10CF1ACA2C7A4A82BF030<br>File Hash:<br>901C3E8756B93139BEB275455DFF0FCABC118DDBD490E3629F87C0B0F1D47358 | 06-10-2023 17:09:53 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 86 | Info Hash: 2D9075EBB1F26DF17BDDA3A97A44F322D12AFCB4<br>File Hash:<br>D16DF83A00305C34F08B013F7C1AD485D4856A3B0BC2CDD84EBABC859EDB141F | 06-10-2023 16:00:53 | Blacked Raw | 01-12-2018 | 01-23-2018 | PA0002101755 |
| 87 | Info Hash: 4174CF188F635987EA531E9025B3D65154357C60<br>File Hash:<br>A53AE027BFF6811943135C73BA9D92C172E7625C5C40075D1FB5C2E3E81F8F38 | 06-10-2023 08:20:02 | Blacked | 03-26-2019 | 04-16-2019 | PA0002187002 |
| 88 | Info Hash: 75EACE9CA719288B52B64D4D05A349BAA09542B2<br>File Hash:<br>8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 06-10-2023 06:07:29 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 89 | Info Hash: 1DC47E7BD5164FB713E40D2C0FADF03BFF2542A6<br>File Hash:<br>B12A9886096149C73DCA71C724CE937C17EF450000C1436BEBD0B118676CB7CE | 06-10-2023 06:06:29 | Blacked | 03-26-2022 | 04-23-2022 | PA0002346435 |
| 90 | Info Hash: 3459B7FC018D7FA46FE051BF38E32556D06E802D<br>File Hash:<br>3AA8E0B2B7BC186538FD50253C135FC6934DEC2991767B8B456FF1C47BF33346 | 06-10-2023 04:32:24 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 91 | Info Hash: EA7640F815823032DA1DD34C89803B025F58DFC2<br>File Hash:<br>9F76997E48980B17823F73AEE23A703A16A626434B856B2339E465C5C4D1FD5C | 06-10-2023 04:19:58 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |
| 92 | Info Hash: 45F6A060C0966A6ADD2044D7C2A8B8875F11DBD6<br>File Hash:<br>3D77F4D4B13826631C797B1C9D39502DFD64814FE2042C88F00E6F3689EA6FEA | 06-10-2023 04:01:56 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |
| 93 | Info Hash: 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3<br>File Hash:<br>926027C8A4F2458C26CBFD5B8F0F2C5CB249012E5DF79AA4493326F8BDF1A655 | 06-10-2023 03:20:46 | Blacked | 12-06-2017 | 01-04-2018 | PA0002097418 |
| 94 | Info Hash: E12FF3F313842E2F77EC08C5A3D804F608AB1116<br>File Hash:<br>BE61C07B258B1FCEBBDE344FB23D51C8E6A1AB2FDE7926DB25DA716090CE99BD | 06-10-2023 02:40:14 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 95 | Info Hash: FF4AA172EC0D469A97A0693DDBA0DC1A4ECC701C<br>File Hash:<br>3DECF0AAB8057B9C37D101B6C483E9EF52900F7E0F64F19DB44D782FD9354CF9 | 06-10-2023 02:06:29 | Blacked Raw | 12-23-2019 | 01-03-2020 | PA0002219636 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 3ADC06A6C923495B15747095E6D9ED7967551D88<br>File Hash: 19ACB54F165E4750C1C884F2831004F8BBC50AE609EFFE5CF8EA787A474E895F | 06-10-2023 02:00:44 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 97 | Info Hash: A15959F09238709C559D243DA15D56AB1871D3F8<br>File Hash: 347CE4A551CE253B2DADFF2C08D42F385A9050FFB2A2658BB1397FF55FDF0257 | 06-10-2023 01:45:13 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 98 | Info Hash: C87B1B85A9FD7CD6A53CF53010CAAB7DFF4BFB4F<br>File Hash: E22A1A9F0F173D06A8F1638C84FFC7B95D02A1EC28C2E0CA02BDF6FB417AF8C9 | 06-10-2023 01:37:20 | Blacked | 05-07-2022 | 05-20-2022 | PA0002350371 |
| 99 | Info Hash: 47EFF10A48B116CE25A44DCBB64795ADB5789D0D<br>File Hash: E9A2BD560E5A809DABA69192DD5DFA4E31D5620BC4BCFEFBD51A4A967CC8AA72 | 06-09-2023 15:31:07 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 100 | Info Hash: F88C73EDBD5369156CF6618EDE7CCEE2E9362A4A<br>File Hash: 7C6FB1FA98748FBF3EB6975B30203629C5F9DB3D0240D67EBB7A2F68EE1814E4 | 06-09-2023 15:31:00 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |
| 101 | Info Hash: 9690A9C37C9F20B1B609DE0EAD87297A8EF7A438<br>File Hash: 48299B3A1CB9C059B3604DD18800FDD80CCBCC2C1D54CCE849D48F5A5B47ED37 | 06-09-2023 09:16:34 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 102 | Info Hash: E9496BC1B3013589D4AAC0C8EFCDE5692E10F62E<br>File Hash: 5E469E53EAEF0563C2A211A763A0AA5FD3181F9C701827199E0B4BBB8B4A2C86 | 06-09-2023 08:44:33 | Blacked Raw | 09-21-2020 | 09-29-2020 | PA0002258687 |
| 103 | Info Hash: 8D962120491072294A52B3404978E9C04BCB6D1A<br>File Hash: A383470B0BC05816156475C8E296BCB6FBADE3F879BD92FF6B9E5A0BBE4D6049 | 06-09-2023 08:41:28 | Blacked Raw | 03-25-2023 | 04-07-2023 | PA0002405729 |
| 104 | Info Hash: 2665AECC29F2D50DD62093F42A9340F9909569F2<br>File Hash: 029FEAE102E533E666ECBE60343B612A4CC4639500FB7ADEAD141891D0734332 | 06-09-2023 08:37:32 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 105 | Info Hash: 11317BD69D7E2FE51E3BDDC1C53B65643242CB9C<br>File Hash: F63C87FC2DE9AF3AE5B0803EA75F2ECD3EE51ACC21B0A12F11F155DB8E891C77 | 06-09-2023 08:23:16 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 106 | Info Hash: 3C793E25BD6E9E0908125BC83A966F3DC6D628A7<br>File Hash: 8FDF7E80CC120B419212A1F8F06C979256DC90BEF9436C38FD7564C20DFC5A98 | 06-09-2023 08:10:16 | Blacked | 12-05-2020 | 01-04-2021 | PA0002277031 |
| 107 | Info Hash: 045BE64C85ADE7806DEB94A9A9541ED70C955F39<br>File Hash: 2D93B90F44E0E2FCA669314BA08EA8E8DA574D1040C8048221CC853931217200 | 06-09-2023 08:08:02 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 06-09-2023 08:07:01 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 109 | Info Hash: 5C881317A64059A9E93015BC70F3A69F11F22BA8<br>File Hash: 4E90805D744633B302315BBD5BB18E1C8595CA73A73EA26B963AD93304881000 | 06-09-2023 08:07:01 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |
| 110 | Info Hash: C067DBC227DB94E5FB957E6FAE57B192B8561351<br>File Hash: 3E909592198DE6BF9D3DEB7AE4487C211B65DA13FC563501821AAED16352916D | 06-09-2023 08:05:46 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 111 | Info Hash: 7AA7C3174036AFF009D853809B34A80AD514712B<br>File Hash: 4D5EA0D5B01CACCEBF166A44D4A257DF51402865F074343A7356E1160C37E125 | 06-09-2023 08:05:46 | Blacked | 04-10-2021 | 06-09-2021 | PA0002295605 |
| 112 | Info Hash: 93EB9DEAF463F4AF3BD9E2D76BA391F909CCC7F2<br>File Hash: 04CA4329B75F3F75ABC66A751B7820B57C4F956A749EA82616FC05382A887E9A | 06-09-2023 08:05:46 | Blacked | 02-06-2021 | 03-08-2021 | PA0002280372 |
| 113 | Info Hash: FBE49321D58C71912B3CE9DD0A2AA7E4F2205252<br>File Hash: 94D17E7894AD3715882A76F5B0396AAD161FA372C0D1A2DFB0BEDFD6E57951A1 | 06-09-2023 06:27:38 | Blacked Raw | 02-22-2021 | 03-08-2021 | PA0002280371 |
| 114 | Info Hash: A81155D7C16806E32CE51793BDCBB9D86F99F90B<br>File Hash: 9790F4BC93FD7398511406D28281B70D6921D21AC04C64B1647701F8C8BA4017 | 06-09-2023 05:06:56 | Blacked Raw | 06-08-2023 | 07-13-2023 | PA0002420361 |
| 115 | Info Hash: 2731D3BE6ECD9F4EF189644B16EBA424B73EFBFD<br>File Hash: 96FC13D83810C44230AFE045BFAD3603B19F1A98E46ADFE605A0E3798A867F2D | 06-09-2023 05:00:39 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 116 | Info Hash: 34ADE6C84955826107270EAF2D575C24548EF0ED<br>File Hash: 8968ADCD73B367D940CDE0DBA6555B02983C15747B098605A9F81347B6B349F5 | 06-08-2023 19:07:56 | Blacked | 11-13-2021 | 12-09-2021 | PA0002325812 |
| 117 | Info Hash: 57D6D4D7587F1D30FCD7A307B6BEEE8360063745<br>File Hash: 11FBF632034E66EA5BF569C56C1C58B364389DC971DA190071378080872C6205 | 06-08-2023 15:42:58 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |
| 118 | Info Hash: 192472959510175286E0731FB04278020BC47133<br>File Hash: 0D6C6DE0F0C98545FBB3518F4880958D6F4B1877FB60D6AF0F9A11F223EB2BDD | 06-08-2023 15:42:24 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 119 | Info Hash: 6E14A08630CBF298BF6A1084842B7CE1DBB4DC99<br>File Hash: 6FAA5FFB611CE6672B647C4F345DB3C350DF3585CD0E7987CF44133647A94D8E | 06-08-2023 15:30:41 | Blacked | 04-01-2023 | 04-07-2023 | PA0002405761 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: 2A9685F1662867A99A1BF2F75C74D7635925A159<br>File Hash: 997739CDCA49570ACD6F62ED8DA696908D68B6C43D24AF15EE3A11422344A509 | 06-08-2023 15:29:06 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 121 | Info Hash: 05E0AAD63EF5729509BA5EAE149546A8EA721565<br>File Hash: 31DE1917A72BD55F634E20F33DB995AE134F50A0243F8D6F01F23C85CF36E982 | 06-08-2023 15:27:56 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 122 | Info Hash: 0EE23E9A799EAB17B33BEF04F030F5CBD2C72F76<br>File Hash: 3E16B6DAE2EE7AD222835D06E18933C46E346636CA23E8D0DB1EE9C3FA3931BE | 06-08-2023 15:27:43 | Blacked Raw | 04-29-2023 | 05-14-2023 | PA0002411313 |
| 123 | Info Hash: 5A86E04371FFF05DE053070B8B7A84368CCE8435<br>File Hash: E3EBF428FC8353EB16611884DD79582C42C159FD1BEDB67F82176DEB6109B400 | 06-08-2023 15:27:27 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 124 | Info Hash: 36DA7FCCE78EB7E0849DDB47D6756F16E4B04F41<br>File Hash: 4A36B6F95EEFA0C0CD62A7E15035DFD57354A29C633509044D64B6DF03341013 | 06-08-2023 15:27:19 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |