### Exhibit A to the Complaint

**Location:** Norcross, GA  
**Total Works Infringed:** 70

**IP Address:** 50.227.69.228  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 8D68CA2B47D8104C4924CA8600131B3FE3688F53<br>File Hash: C3DF71DA4256A070876209E548F5F1FB45CADB67BF401F3647DF669EB673DE95 | 06-26-2023 00:42:40 | Blacked | 06-24-2023 | 07-13-2023 | PA0002420341 |
| 2 | Info Hash: 91A4EFE2C634E466B827833D0124F82C6DA6D732<br>File Hash: 52D5F331A869CBAC67910086299E363F7EDBABA2D8D8AD0B2347769867A54201 | 06-17-2023 23:20:07 | Blacked | 06-17-2023 | 07-13-2023 | PA0002420351 |
| 3 | Info Hash: 540ED152DD3715A2E9B644E1A32880F02B99281D<br>File Hash: 46003CE73FC9B2A5DE672779ED28F1C8E7BB2A64759D84C412EC9B7B8079764D | 06-11-2023 23:59:16 | Blacked | 06-10-2023 | 07-13-2023 | PA0002420362 |
| 4 | Info Hash: 0672640B6F205B14C546FDD1D362F3BC310EEEFA<br>File Hash: DC6148F265A95BF87AC809D45C2FABFC04F56C9EF26307328749108FDDFC184D | 04-30-2023 01:25:20 | Blacked | 04-29-2023 | 05-17-2023 | PA0002412011 |
| 5 | Info Hash: 5C3D2E9C04E4C097755E46668107EFE82259ED24<br>File Hash: 5B0F365C771B791F327D7E5299C9C67AE27A70F8719EA5E4C033F4BA80D648EA | 04-17-2023 07:59:18 | Blacked | 04-15-2023 | 05-15-2023 | PA0002411295 |
| 6 | Info Hash: D79A5BAE6B5907C5D7AEA83F843AED4519C2B0C0<br>File Hash: E92AF0A76AC72CD848FDB35D71AA6DA117B74A3AC727CA17B2CA9DC704C3D42E | 01-29-2023 20:32:07 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 7 | Info Hash: 00DA17E354B843EC9533512657F68A671E94E99E<br>File Hash: 944290C5800407C02E0951C423D379B4EEDC81FF9E34327380828BA77D94026F | 01-22-2023 21:46:47 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 8 | Info Hash: A76B87D187D8232CFFB45ECDE526703B5DFEAF99<br>File Hash: 2C3C6D6490FD025ED5B255E72F1DA34D741FBB4705A7B3142E17F0D957898D73 | 01-16-2023 02:30:54 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 9 | Info Hash: 023BAE8DF6016F19C9B256FAF99330A3A1140D03<br>File Hash: 7E042FC15D1BDD84DDF4849BFB65F52B572A4153BF6EF28EF0DE99A4A5F8F7BA | 01-09-2023 00:08:45 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 10 | Info Hash: E12FF3F313842E2F77EC08C5A3D804F608AB1116<br>File Hash: BE61C07B258B1FCEBBDE344FB23D51C8E6A1AB2FDE7926DB25DA716090CE99BD | 12-18-2022 08:42:34 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 11 | Info Hash: 36FD4BAA2A32E81A4387CD8F82B2434A0A1BA557<br>File Hash: 38C8E6F99B95493ADD43A052EA09A38B3C08183D696967C39EA1FCBA24EF6D23 | 12-04-2022 22:30:56 | Blacked | 12-03-2022 | 01-10-2023 | PA0002389627 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 3AEAEED448A79D7A5A91F51469B6A7836CA00512<br>File Hash:<br>89B3CC895630009E5A548D9066FB8CEC58A212697326D8283D51CFE9932EE345 | 11-27-2022 21:49:47 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 13 | Info Hash: 33DEBFD16F53996E2A3BD27C4BB5E609F0943E54<br>File Hash:<br>1A5D9A40E8EA252B70883140ECA5844D396D908269D4AE083966CF481D46B7EC | 11-20-2022 21:39:18 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 14 | Info Hash: 836A8B6519AA75CE2703D778F8BB55ADFF2FF5DC<br>File Hash:<br>7F91960D82C517AC31C1420D852659FBE55343087180F8DCC6D5C03D535692B0 | 09-25-2022 20:51:38 | Blacked | 09-24-2022 | 10-05-2022 | PA0002373769 |
| 15 | Info Hash: 913885D3B87700091A4E253453FB93DDE01B2F73<br>File Hash:<br>AF932BA43279C78B514C0330473D3F436257AC0C8002D9EB9F093303008F4636 | 09-11-2022 22:34:53 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |
| 16 | Info Hash: 28F641DD86A31D9DE4BFD2443457D581BBB660A1<br>File Hash:<br>5A27FE917CEC0B20F5E51A87F23515ED22F45719715C331F7E5ADEE1E0E2E837 | 09-11-2022 22:07:20 | Blacked | 09-27-2019 | 10-07-2019 | PA0002205468 |
| 17 | Info Hash: 250231ABF7B1AF266A9ACC8802B0504339782E4A<br>File Hash:<br>E7CC1E033B769E5B5973CE286D2B77BF6792EA6FC76A03974088A7AE3A31B5CA | 09-11-2022 22:05:23 | Blacked | 07-09-2019 | 09-10-2019 | PA0002199416 |
| 18 | Info Hash: 0F35B475E5AA4FFC774BBB038AEDBD8FF112F9E9<br>File Hash:<br>0AABDE31D9B400BB1140583BAA96B69BD8A4BDCB7546497ADBD1DD464CCADC52 | 09-11-2022 22:04:18 | Blacked | 04-15-2017 | 06-15-2017 | PA0002037563 |
| 19 | Info Hash: 65613D2D97674DE680240229EA723605A88DDD13<br>File Hash:<br>4036513009E3F80756146CCC2278A5B10D4427A732689037B1275FDD8995EC8E | 09-11-2022 22:01:52 | Blacked | 08-08-2020 | 08-31-2020 | PA0002265640 |
| 20 | Info Hash: 87894E3FA489B812EA1EDF9CCFE61C6FABBFFFED<br>File Hash:<br>D810473404BD0D53C2994259CECC8FBA471C80C42D1C57EA7E52F98810BBE5A2 | 08-08-2022 01:00:29 | Blacked | 12-01-2017 | 01-04-2018 | PA0002097436 |
| 21 | Info Hash: 5D0B4AD468484FBE8B14C3EDE83C0059A3B500FC<br>File Hash:<br>5D52B81B4CD702783EF137C80FCA97DEFE10239686FCA3DDA9666FA8BE103EBD | 07-12-2022 06:46:00 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 22 | Info Hash: D2B4C2613F8E4D42CDA01E8D2703FBBDE0C97200<br>File Hash:<br>E405FE35A132796271E2ADBEA8A8C4C82459515753C2BB36CE694B726C3CF3A3 | 07-12-2022 06:40:20 | Blacked | 03-21-2019 | 04-17-2019 | PA0002186999 |
| 23 | Info Hash: 9C80B087C925D30BA01F72FC0EAABD8EAADF588A<br>File Hash:<br>6B5DA385F81A777EE12E85036DA75583C5E8E489C435CE37C469E9E0EB289336 | 07-12-2022 00:57:59 | Blacked | 08-18-2017 | 10-10-2017 | PA0002086146 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 5E5380B0F1CC1E711CB7620812863EB56AED978F<br>File Hash:<br>75170608DF2827225CB99B0980BA5FE61B6C9671AEEDCC47692C46BDD9E508F2 | 07-11-2022<br>10:17:30 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 25 | Info Hash: 13F8B657984BB039924814A1A97078E76113ADE6<br>File Hash:<br>44C58188ADA97C1837831630AA62EEEA15953DFB023B4A201BA93CD4033CEDCF | 07-11-2022<br>01:51:01 | Blacked | 02-24-2018 | 03-01-2018 | PA0002079184 |
| 26 | Info Hash: E0805C7C54BD9B9777F151B670B78A4D50290951<br>File Hash:<br>2451AEF8181351CC573FE3F94B27891F2B4BA32C456BEB3E0B757E37AF34F1FE | 07-11-2022<br>00:36:45 | Blacked | 05-10-2018 | 05-24-2018 | PA0002101376 |
| 27 | Info Hash: 554E325A9D7E7E6E67EB4F6AE427E8A6A2D051DC<br>File Hash:<br>A3786D82599BE0B84A40AF5DE0982F53F9BBA050FD3AA5929E3292718C79F801 | 07-10-2022<br>23:57:25 | Blacked | 03-11-2018 | 04-17-2018 | PA0002116091 |
| 28 | Info Hash: CF38C8F975E28B97D557ECAD87A80286BF334D05<br>File Hash:<br>A97729C052424294F9AD65D2D42E28AB9C55785415B7EFD2798FA6532BE2DC40 | 07-10-2022<br>23:57:10 | Blacked | 07-24-2021 | 09-21-2021 | PA0002312682 |
| 29 | Info Hash: FF4B5F800B4A9968A96A3F3480096A6539695563<br>File Hash:<br>8101C29B6B071DC14E36B9C1E02ABD4A117B7F789C6E7A33D814DE50BE47D6B7 | 07-10-2022<br>22:05:11 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 30 | Info Hash: 9FF80B2839A26436102D5F29181B6B608EAAC14F<br>File Hash:<br>4CC7CEC8471ED4699BC9D2BE0179EB88AE58A462F40C69DCE230555967CA6910 | 06-27-2022<br>06:35:15 | Blacked | 07-14-2018 | 08-07-2018 | PA0002131895 |
| 31 | Info Hash: E2AF5212D0CB21D08E0F0499010A5D18FF3B2C44<br>File Hash:<br>555F9DF51CF13CB23920D4C349847E4499EE767ACD319A5613CAB5CB94B1F35C | 06-27-2022<br>06:16:04 | Blacked | 12-11-2021 | 03-04-2022 | PA0002345793 |
| 32 | Info Hash: 400E090F4802B871662C556A82ABFC945392215F<br>File Hash:<br>06CDD274AF3FF035D9BC76B6AC2622D0E84012889163E9A5F44B28F003362EC8 | 06-27-2022<br>06:12:25 | Blacked | 05-15-2018 | 06-19-2018 | PA0002126654 |
| 33 | Info Hash: 7D876817AF91151926A2C4590E9EB0D38F9BB646<br>File Hash:<br>5E27A0458B72C6D803880871DF27DACA94012E7B8B48AE69B798C9AFE26CDD40 | 06-27-2022<br>05:47:05 | Blacked | 08-13-2019 | 08-22-2019 | PA0002195504 |
| 34 | Info Hash: 120985FBB81C0324573A625A6855C08864DCDDAF<br>File Hash:<br>4E12EEE8C5910D6734CE13323250377A6F161BDAEBCEFA0F4E98BEC50A9AFE90 | 06-27-2022<br>05:20:56 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |
| 35 | Info Hash: 33A4F0957F39BD711E336BDA133DB458DE45E91A<br>File Hash:<br>3DAF85B3BD145FB374681902E3C68D3173421FC9206B8BF74BA9B2B8C8CA5ACD | 06-27-2022<br>05:09:22 | Blacked | 06-06-2020 | 06-22-2020 | PA0002245636 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 7625B77166EDE28E8265E368E93FE18A92A73B39<br>File Hash:<br>BE70F44E12C12DCBF75E876364FD8ECA3CC1D6C97347B375868989AF907617C2 | 06-26-2022<br>21:54:14 | Blacked | 07-11-2020 | 07-20-2020 | PA0002248959 |
| 37 | Info Hash: 47EFF10A48B116CE25A44DCBB64795ADB5789D0D<br>File Hash:<br>E9A2BD560E5A809DABA69192DD5DFA4E31D5620BC4BCFEFBD51A4A967CC8AA72 | 06-26-2022<br>21:49:32 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 38 | Info Hash: 155F9C2D065D97AE8B30367E00650A8D9452E6A2<br>File Hash:<br>2458FBF03E1CA2761B208151E25DB463C4FC20B3D305DA40A6198E112484882A | 06-26-2022<br>21:49:05 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 39 | Info Hash: F011B5C1E76C5CD712DADA5DF9CE66184EAA72B2<br>File Hash:<br>9A63B663DD43205E88F862BBC956987D0E51AE9C368621C6C3BEC154DFE58488 | 06-26-2022<br>21:46:25 | Blacked | 10-17-2017 | 11-27-2017 | PA0002097981 |
| 40 | Info Hash: 43E61D45E9E5B6B9B2682900678C8B7AC0EC7F0F<br>File Hash:<br>28B1CD07F1186F2C2F13FF5C2CEA5E6164DFE9C7EA8F4B540354CB6964AC73F3 | 06-26-2022<br>21:38:11 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 41 | Info Hash: 07EC80C56B473DD0771AB7D4A3E905994A87A408<br>File Hash:<br>E81BFDFF307EBBEFA816D0064F468B2CDB648B0BC1521785B70B40C95251850C | 06-26-2022<br>21:16:26 | Blacked | 07-19-2018 | 09-05-2018 | PA0002135006 |
| 42 | Info Hash: 72555676245CA53C457541455A41821330714A7A<br>File Hash:<br>4FF404477E05C99BDAB75A2082DAD57AF4A52BF2271449F1448891B4CD1A1BC9 | 06-26-2022<br>21:05:48 | Blacked | 03-11-2019 | 03-31-2019 | PA0002163979 |
| 43 | Info Hash: 8DE7C4776944AE40907E75898B99D0EC6B3186CB<br>File Hash:<br>B0BEAD5CFB47D00BA746AFCB65E581AA8A28D6A99283C9CB8E3776828F2D22BD | 06-26-2022<br>21:05:16 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 44 | Info Hash: 91B29BF3F683996DF7397B4AA694BA747D373B34<br>File Hash:<br>06DA322EA1A0666FCE8D75171829A5B00CE802DB07C7D47B1CAB9AF52461A7B8 | 06-26-2022<br>20:55:14 | Blacked | 11-13-2021 | 12-09-2021 | PA0002325812 |
| 45 | Info Hash: BCC18BD6272372F3CFC59A1BE674F61C4788F0CB<br>File Hash:<br>8A56C37DE8CCCDAA7BBD3EDFA4DC0F49439A4A4CCE0BED2C6768E4FC69BA25C0 | 06-26-2022<br>16:56:44 | Blacked | 02-24-2020 | 03-18-2020 | PA0002241627 |
| 46 | Info Hash: 83E5CC90978D29577233ED709F7716D44CA1DC25<br>File Hash:<br>EEB6E66B6C3FFE1EE2426F50B0E190BA3ECEDAC333AA633C9797D352A0D0ADF7 | 06-26-2022<br>16:54:11 | Blacked | 04-10-2018 | 05-23-2018 | PA0002101304 |
| 47 | Info Hash: 3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash:<br>4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 06-26-2022<br>15:17:56 | Blacked | 05-30-2020 | 06-22-2020 | PA0002245635 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 143ED56E751B662F727B52D79C441FBCC16BB177<br>File Hash:<br>6E468AF507E2B8CA74CF0E8AB4CC91C10A7F4D5FFA43B66EE393ED88FB48F9FD | 06-26-2022<br>14:49:42 | Blacked | 12-20-2018 | 02-02-2019 | PA0002154970 |
| 49 | Info Hash: E3F0FF78EAEEB2558ADCB68ACF778838B342BE38<br>File Hash:<br>A1304922349D3DDEA59E77534DE42265DEDF7BB981BA11030BA35B0BF04A3BF9 | 06-26-2022<br>13:11:14 | Blacked | 02-19-2022 | 03-29-2022 | PA0002342851 |
| 50 | Info Hash: 2DEBFB2D58D17A4DD87260D8761C937E2D3FB6C8<br>File Hash:<br>5227155C139879FEABC60A356F3B8984A10F9875ED1A40A93B1D8FFA063C9DF3 | 06-26-2022<br>11:41:41 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 51 | Info Hash: 80494AFA4036C921B131676C3D1A61F5DE378231<br>File Hash:<br>85424ED7263189BB726B267E8436C95A6813BF8FA9C33CFAB19E35095E7FBBC4 | 06-26-2022<br>11:41:40 | Blacked | 04-10-2019 | 05-11-2019 | PA0002173883 |
| 52 | Info Hash: 9B2D7FF24D25691FBFA67A7F19276AFE62D75467<br>File Hash:<br>743F0514EE583C16D839D66F135C80AD6B68A59E4C572E24310AF5362B24EE1C | 06-26-2022<br>11:31:55 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |
| 53 | Info Hash: 979CD4F798E6D0277F211C43B2DEAD821781AAB7<br>File Hash:<br>E4EF4298821183831E08081314D570BF54150A02DA0ADFFD61F03A99A9653C34 | 06-26-2022<br>07:56:22 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 54 | Info Hash: 5CE4C6692AD15F515DF3FAB30155F5D949705690<br>File Hash:<br>6F140C2C7C78CEE0121DB05D1A4902A2257BB25DB37777F99ECEE5BFB7E82C6E | 06-26-2022<br>04:43:07 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 55 | Info Hash: 26F269F82BF4AF38796C34064B2D737E30E457D3<br>File Hash:<br>E1896FBFC5152E1C2CFC9AA8D19C66FE0AE7A5DE961DBA58DCDA0D27E7F88D49 | 06-26-2022<br>04:42:00 | Blacked | 08-07-2021 | 08-23-2021 | PA0002308431 |
| 56 | Info Hash: F6288D8843D03BB11986B571B5B482AA50E750AF<br>File Hash:<br>785782EC1A5F128DF0AF9451AEABAC837FCDD2BF381AD1AC9FFAFE26748D563C | 06-26-2022<br>04:32:31 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |
| 57 | Info Hash: 10C91184EF279775EAD44F654BDD1466DEF80FF6<br>File Hash:<br>889C75786835EAFDB35672E2E8F6950C938E03AC610088DF4E9CA6F94C243FE8 | 06-26-2022<br>04:29:15 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 58 | Info Hash: AA4E7F1D2EB7E81F78A5DA7811E1A2AE67EF4C6D<br>File Hash:<br>A53AE027BFF6811943135C73BA9D92C172E7625C5C40075D1FB5C2E3E81F8F38 | 06-26-2022<br>03:16:05 | Blacked | 03-26-2019 | 04-16-2019 | PA0002187002 |
| 59 | Info Hash: 67D95FCED9B00C108A63588568A4B4CC34737EE5<br>File Hash:<br>2F08A480A39A433B92CB7BE753ED72122DDC6A8669D61337B266203F90B0E8D4 | 06-26-2022<br>02:51:20 | Blacked | 07-09-2018 | 08-07-2018 | PA0002131818 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: FB6D45F0A6BD5E28A418EF8AC262EC06C6D4A40B<br>File Hash: EE6802769054BFB182B32EB472AE2616FD92D062D9A3A75A2EB5D4BA1B2F0661 | 06-26-2022 02:41:45 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 61 | Info Hash: 99CA02602A2E66B687F9268E8EB1A347D5E3400A<br>File Hash: B5493A9D95EC55F89AD2FC50FF30B82C9CF69CF0A547E3960D95C3E36C4FE904 | 06-26-2022 01:52:06 | Blacked | 03-19-2022 | 03-29-2022 | PA0002342841 |
| 62 | Info Hash: FF7A248CB1917FE0B640DF3BAF9478EE988C020E<br>File Hash: 63738DCB991394F33CAE976CF9E706725031BEB6577331314D6D38993309080C | 06-26-2022 01:44:12 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 63 | Info Hash: 1B02C5FD0BD43D66CA7F1862752B7D33093B13BA<br>File Hash: 8633705E63B8E74B37A5E3E4D917CB9038CB87429F9687CD7E5A0D0887E468B4 | 06-26-2022 01:02:02 | Blacked | 12-31-2019 | 01-27-2020 | PA0002223957 |
| 64 | Info Hash: 44EE8007D31DF8D2883B228679B50BB1595A5667<br>File Hash: 55FC2F77E81859E8B87D1F9CF22A955FF16C16FB4A9B88F167E504FEC23C6B40 | 06-26-2022 00:32:33 | Blacked | 07-24-2018 | 09-01-2018 | PA0002119589 |
| 65 | Info Hash: B3E42C84C48B8BEBEAC209531FF7F9AD54593F7F<br>File Hash: 673065A1DFFD464A5047C0181D534DC453ECF0026CC047D8DF60DD5354DF7DED | 06-26-2022 00:22:43 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 66 | Info Hash: 86C5F87BA9C2618D57F79C76608F5D883C5439CF<br>File Hash: 58FBE5F562F65118013731FFA138E1D677C1589287C02171C3829034C0E6DAED | 06-26-2022 00:18:12 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 67 | Info Hash: 56DCEECF670433E528CAF870134FB35521993324<br>File Hash: 49478B9A5A0DE609D68FCF73946C83E36F6A895193143EF44BF6C2F82582A5C3 | 06-25-2022 21:34:00 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |
| 68 | Info Hash: 3818467D5DC9DDB317735107C4146CBB3C456751<br>File Hash: 76CC20D3E9FC939ED897DF2598478477E80E3E647195FEC6250C8664D38F8A3E | 06-25-2022 21:33:07 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |
| 69 | Info Hash: 639F7366853B85815E75CEBDB046E48402E59ACD<br>File Hash: 837885507F3F58246EDBA7D8357B446F958E62FBDB06477F17E6ADD87F91C2D3 | 06-25-2022 21:29:16 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |
| 70 | Info Hash: D7849F96160CA679A287B837FEFE40DDEA87571B<br>File Hash: 0A445E74466B1700F1F7402E2C9F03169006656C8BA6A80CD36958EF9C0589E1 | 06-25-2022 21:28:43 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |