# TWELVE CASES FILED CONTEMPORANEOUSLY TODAY THAT SHOULD BE CONSOLIDATED IN CASE 1:23-CV-02096-SDG UNDER RULE 42(a)

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 73.237.20.188, | ) ) | |
| | ) | |
| Defendant. | ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 76.20.196.242, | ) ) | |
| | ) | |
| Defendant. | ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 73.7.71.55, | ) ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,           )<br>                                              )<br>           Plaintiff,                   )<br>                                              )<br>v.                                            )<br>                                              )<br>JOHN DOE subscriber assigned IP  )<br>Address 73.43.143.111,             )<br>                                              )<br>           Defendant.                 )<br>_____) | Civil Case No. |
| STRIKE 3 HOLDINGS, LLC,           )<br>                                              )<br>           Plaintiff,                   )<br>                                              )<br>v.                                            )<br>                                              )<br>JOHN DOE subscriber assigned IP  )<br>Address 71.199.128.113,           )<br>                                              )<br>           Defendant.                 )<br>_____) | Civil Case No. |
| STRIKE 3 HOLDINGS, LLC,           )<br>                                              )<br>           Plaintiff,                   )<br>                                              )<br>v.                                            )<br>                                              )<br>JOHN DOE subscriber assigned IP  )<br>Address 73.207.188.137,           )<br>                                              )<br>           Defendant.                 )<br>_____) | Civil Case No. |

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 73.207.122.124, | ) ) | |
| | ) | |
| Defendant. | ) ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 66.56.25.205, | ) ) | |
| | ) | |
| Defendant. | ) ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 73.43.78.192, | ) ) | |
| | ) | |
| Defendant. | ) ) |

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 73.207.25.101, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 50.227.69.228, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 24.126.175.37, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Dated: July 27, 2023

                                          Respectfully submitted,

                                          By: /s/ *Richard A. Rice, Jr.*
                                          Richard A. Rice, Jr., Esq.
                                          GA Bar No. 603203

                                          The Rice Law Firm, LLC
                                          3151 Maple Drive, NE
                                          Atlanta, GA 30305
                                          Tel.: (404) 835-0783
                                          Fax: (404) 481-3057
                                          E-mail: richard.rice@trlfirm.com
                                          *Trial Counsel for Plaintiff*