**Exhibit A to the Complaint**

**Location:** Alpharetta, GA  
**Total Works Infringed:** 73

**IP Address:** 24.126.175.37  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 30E07E2124EB9681F8D0DABF9E2121927302FD72<br>File Hash:<br>96A7A9222CD845946BB1F902ABD4BB1A3ACF0AB353C3A5AAA0C1C1F1C046C9CC | 06-29-2023 19:35:58 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |
| 2 | Info Hash: 6A83878A0CB2F92E0CA157564B6559F28253D8DD<br>File Hash:<br>4F993B6A694F036EBF8153F0AF828022489CC23DC0B3295A73269925F3C11754 | 06-29-2023 01:00:31 | Blacked | 05-27-2023 | 06-09-2023 | PA0002415390 |
| 3 | Info Hash: 03084844DBF24E1040F9E2A666DC6E2A8031E58F<br>File Hash:<br>654D056CED9C3F041D848BFF36FF7EE17E2BF4D6232F9DE941C9D057E36FE022 | 06-29-2023 00:58:20 | Blacked | 05-20-2023 | 06-09-2023 | PA0002415379 |
| 4 | Info Hash: E2977553BF2795BAD540782A9EA1B5E180EE6EEE<br>File Hash:<br>3275D5AB1048CD02CB54DE52FA6E35813EE55911FAC3F87A2E0FA9C80A56148A | 06-29-2023 00:57:00 | Blacked | 04-22-2023 | 05-15-2023 | PA0002411285 |
| 5 | Info Hash: 0DBF25B7D2F0F81C72BE1B7419AD7F72BC27BFC1<br>File Hash:<br>EE2171AFEF9CCACB672C580C5E6B64ABF837EB6811EDC93432D9F28620FFD7FB | 05-04-2023 19:05:40 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 6 | Info Hash: 04834BBE521736079F5E89822B5C95434F4C982D<br>File Hash:<br>28A044A5C6A1964DADE6D7C178D5B98CD74EDC6D90DEF4DB8BE40B475CE02B20 | 04-23-2023 00:36:47 | Blacked Raw | 04-20-2020 | 05-19-2020 | PA0002241477 |
| 7 | Info Hash: 45E6D74963C18BF60B8A529AA23A409FE53E37B4<br>File Hash:<br>BE684BC9C4A7C8B78AAD19E736ECB287799E535F2EC01A1E8DC53EAFF2B79681 | 04-21-2023 02:19:19 | Blacked | 03-11-2023 | 04-09-2023 | PA0002405763 |
| 8 | Info Hash: AABEA16B56023B1F5709AEE6BEA33BB7EAB779E5<br>File Hash:<br>9BDB422CD15FF86B3FF7C84A205348DB8543406B805B5581EAF35C775F3C0F16 | 04-21-2023 02:18:59 | Blacked Raw | 03-05-2023 | 04-07-2023 | PA0002405735 |
| 9 | Info Hash: 2D43246E337D836FBDA1D3C9D1B574B067658953<br>File Hash:<br>982099D4D8CBB068D78FEE4FF47B9E350092FA563CED821BDC86E6B2D8A893CC | 04-21-2023 02:17:53 | Blacked | 04-15-2023 | 05-15-2023 | PA0002411295 |
| 10 | Info Hash: AD35028FBA3E58D262D727CE869E6D4757C8DF91<br>File Hash:<br>0D5C4E7A38DFCBCDB5DBF984E8A5D82A8CB9E6F278043C661BDCAFDE1D4D93C1 | 04-21-2023 02:16:16 | Blacked | 03-18-2023 | 04-07-2023 | PA0002405751 |
| 11 | Info Hash: EF594B74C2AABCDECD370925D345C24AF632DDF3<br>File Hash:<br>F627E6763002FE8DFDC5D97D64B436BF155E8DF3437FC7ED728D3B1FD9F02181 | 04-03-2023 00:22:30 | Vixen | 02-24-2023 | 03-07-2023 | PA0002400307 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: D54AA0900EF67CFEEA274727BD1234A04A851773<br>File Hash: 9E03E8F2EAC1127ABBE3600BBFD0799C99F41910D75F365CA4859CA4C9F337FB | 03-20-2023 16:03:16 | Vixen | 02-17-2023 | 03-08-2023 | PA0002400563 |
| 13 | Info Hash: BF504F5D65B1ABA34CBDB26DF9139869DD20041E<br>File Hash: ECD2ECBE7728B5E763750C0BF7B1F180C8D2A55661DB70C2E44FEDE96571D5F4 | 03-20-2023 16:03:04 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 14 | Info Hash: 17CD54EEA48C6A552071459696C47C2EFBF473D6<br>File Hash: 6609883C329B060FE39E7A685371F8BD0D01CE0060C6228DF52B99FA4D7B26A3 | 03-20-2023 15:57:52 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 15 | Info Hash: 192472959510175286E0731FB04278020BC47133<br>File Hash: 0D6C6DE0F0C98545FBB3518F4880958D6F4B1877FB60D6AF0F9A11F223EB2BDD | 03-20-2023 15:41:25 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 16 | Info Hash: D70D2C95E1758D6D0838C13142400443F66F0E51<br>File Hash: 8D9CBF0567FDCBF4C4762C68C84376A08B27A8D2CB71B3F37D798FBCA86B7570 | 02-15-2023 19:12:04 | Blacked | 09-10-2022 | 10-05-2022 | PA0002373949 |
| 17 | Info Hash: BAB0E5B328DD935698943D7C572BF63BFBB6C886<br>File Hash: C1DFAA775677D4FC02110E93275C748355482A4288E3F02CF19D14693A48FB43 | 02-14-2023 01:03:28 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 18 | Info Hash: 66882F76290D2AB7DD93C95E6BFA4DE73EB4E64F<br>File Hash: 6835C1A6441FBAE9898A2B111A27114883EBE7CBE0E452062F4A71AF10D9029D | 02-02-2023 00:54:39 | Tushy | 06-15-2017 | 07-07-2017 | PA0002070815 |
| 19 | Info Hash: 8B78B77793A4284DD8647508DD3EDB99FC4C7A6E<br>File Hash: 8381CC3932E3A99B26C1665F380DFFF62D13EA20F85A94C2D0B9ED4AE413B9B4 | 02-02-2023 00:54:36 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |
| 20 | Info Hash: 56DCEECF670433E528CAF870134FB35521993324<br>File Hash: 49478B9A5A0DE609D68FCF73946C83E36F6A895193143EF44BF6C2F82582A5C3 | 01-29-2023 00:40:58 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |
| 21 | Info Hash: B3E42C84C48B8BEBEAC209531FF7F9AD54593F7F<br>File Hash: 673065A1DFFD464A5047C0181D534DC453ECF0026CC047D8DF60DD5354DF7DED | 01-26-2023 22:49:03 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 22 | Info Hash: CE2796273FE724E80FECD23B8481E389C96DECF2<br>File Hash: 5AD272BC850A4EA9844A326496216D457855A523E327FCE318848B38D9DDA755 | 01-26-2023 22:48:27 | Blacked Raw | 09-21-2022 | 10-05-2022 | PA0002373950 |
| 23 | Info Hash: 88DEE49E165E812CD294E8008E656412E3CE4605<br>File Hash: 010047D1F2C49A234E525CB4CA67E2A3B80915F8B3108E274CF6C7160FC6339B | 01-25-2023 21:04:34 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 2CB9141F13EA85096BC504ED39E5CBCD25983B19<br>File Hash: A116D3BED05F6DD226D58A71AFCD167970C507F1B10DCD4306EA08F55BFE4621 | 01-16-2023 01:38:23 | Vixen | 07-23-2017 | 08-10-2017 | PA0002046877 |
| 25 | Info Hash: DF53778C7A3AEE59B67DAEB1EECE861118658A5F<br>File Hash: 9F7ABE255300D0E02550A722BCD6E463FE4E743075709D1EC78803DC84F3AE06 | 11-22-2022 03:12:03 | Blacked | 10-29-2022 | 01-06-2023 | PA0002394016 |
| 26 | Info Hash: 564D1E16A10D2D387F28AE28844602EA977A34FF<br>File Hash: 64ABE1717EDECBC6E08AF3A548BE0BD2E4B674FFF93D5C923C37083B1CB9C714 | 11-05-2022 01:11:44 | Vixen | 12-15-2017 | 01-24-2018 | PA0002101764 |
| 27 | Info Hash: C1DF4FE92C6BD8498821193D2A43A0ECEB7DB424<br>File Hash: 865D6EDAA08FF4E83C2E26766D8C686CCF68D32A68DF950C84520AC7B1FAFF9C | 08-10-2022 00:01:10 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |
| 28 | Info Hash: D323B4EC16C8CD83752B6A5E4B65DEED95346FA2<br>File Hash: 32BB57E161FF42FDD49E28DBBB43994CDD455364EEA844B2396E47DDB7E46DA2 | 08-10-2022 00:01:00 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |
| 29 | Info Hash: 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C<br>File Hash: 55A1FA72FC61AD5D1ED91299E2C17F3A780F20014A987675F2E69F86B4468AA7 | 07-27-2022 00:35:55 | Vixen | 07-23-2018 | 09-05-2018 | PA0002135670 |
| 30 | Info Hash: AE7859A84B38AA3012FC54F8083DC7BB98EEA9CB<br>File Hash: A8144653928B76356ECFE207ACB692A2DF407F16908E1A7C3BDC87A3E8829DE5 | 07-16-2022 15:52:44 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 31 | Info Hash: E90115F8B4EDB83CCE5CFD1711E21AAB8BFD0892<br>File Hash: 9CEE06823BBE8F033CAA7203AD4A26D243283B180012CD6182E454F7F89B26B0 | 06-11-2022 17:04:19 | Vixen | 04-08-2022 | 05-20-2022 | PA0002350388 |
| 32 | Info Hash: 209ECA912E21D3F0F678DB0C7D815EE832F304B2<br>File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 05-29-2022 16:27:07 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 33 | Info Hash: 18892C002034C49EED8773A2C0E7D80740E5C40A<br>File Hash: 1DF042457A81F9172D07B03C365219B0DCEA8D41704CACCB43DE16F12BFED5DC | 05-08-2022 21:52:09 | Vixen | 04-01-2022 | 04-23-2022 | PA0002346428 |
| 34 | Info Hash: 69ECE7BD6C605D63E9EBEEFD35082CF1627E2932<br>File Hash: A3628C7AE4DA0E79C6D35487C4FF335DB1B04C0081C7DD4AC946B16F94EBBD1B | 05-01-2022 23:14:25 | Vixen | 03-18-2022 | 04-21-2022 | PA0002353056 |
| 35 | Info Hash: F0B209DFB13F6D5779C5D18C099E826BA8E6A219<br>File Hash: 921EDF25C5C68F8AD39BF87557D287B77193558D402DE0322FD94D4F3D5371E0 | 02-19-2022 02:48:44 | Tushy | 06-20-2019 | 08-27-2019 | PA0002213262 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 639F7366853B85815E75CEBDB046E48402E59ACD<br>File Hash: 837885507F3F58246EDBA7D8357B446F958E62FBDB06477F17E6ADD87F91C2D3 | 01-16-2022 20:56:36 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |
| 37 | Info Hash: D2B4C2613F8E4D42CDA01E8D2703FBBDE0C97200<br>File Hash: E405FE35A132796271E2ADBEA8A8C4C82459515753C2BB36CE694B726C3CF3A3 | 01-16-2022 20:51:46 | Blacked | 03-21-2019 | 04-17-2019 | PA0002186999 |
| 38 | Info Hash: D75C4212C94EACD789D6AA48F9EDD3AEE3170037<br>File Hash: 7D0FCEF817970BFFDC6B8431ED2135D065F87B4338E3B98A3856BB602AE08E19 | 01-16-2022 20:47:36 | Vixen | 10-21-2017 | 11-30-2017 | PA0002098006 |
| 39 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash: DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7850CB200CF1E443CB | 01-05-2022 03:01:18 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 40 | Info Hash: 749E544460520251EC74E0AFE586F6D1FDE01D75<br>File Hash: C0A0080028456E39A794A70FC0E6687158FEC4749B23E0ED395A961777FB6C06 | 01-04-2022 00:55:12 | Vixen | 12-31-2021 | 01-17-2022 | PA0002330094 |
| 41 | Info Hash: CCB9E55E86A2B9DCA817559173CE152D89FEE149<br>File Hash: 4E474BFF18A07AB53426EF3C92839F50B199C4A94F789FCB7CC7611C2DA7C3D9 | 12-28-2021 17:59:48 | Blacked | 12-18-2021 | 01-17-2022 | PA0002330124 |
| 42 | Info Hash: EA3A1459FD63ECD6B26644B90833EB3BD0C7E235<br>File Hash: 9B6D30AB5416FA0F28F38AE7FA2EAC0827AAEF8EB08070BAE6ADCC878CE352CA | 12-09-2021 02:17:40 | Vixen | 06-13-2018 | 07-14-2018 | PA0002128389 |
| 43 | Info Hash: EE164157CC85B1C5589DEDCB523C91D750A75399<br>File Hash: 3C436FD215694282EC63C7412A3D4801978123631FBB513B382C2AB897FD099A | 11-24-2021 14:16:57 | Vixen | 11-19-2021 | 12-09-2021 | PA0002325815 |
| 44 | Info Hash: DC8EBE5A0710690ABCC9E2F8890B2DE95E767539<br>File Hash: 60EC07A4A9AA06DC825CFB212D29AB148410F5AFD43D4323AFA4DA67C9A70EEA | 10-24-2021 23:07:26 | Vixen | 04-03-2020 | 04-17-2020 | PA0002237302 |
| 45 | Info Hash: D35DE91797823D90CFD9EAB5A55CF23E8D37AB3A<br>File Hash: 5357F350DC180E4750FE7271AC4CB372166EC9146B7D55BDECAD6AD041C6872F | 10-24-2021 23:07:25 | Blacked | 12-31-2018 | 01-22-2019 | PA0002147686 |
| 46 | Info Hash: 288EBA072091AF90DF7E22989C4BC66087B2C773<br>File Hash: C33B12F73EDE6B2928DDAADAB8360F08C1F8825C266E5D06A5B8E5F351889D4E | 10-24-2021 23:07:19 | Vixen | 12-20-2018 | 01-22-2019 | PA0002147683 |
| 47 | Info Hash: EF2C669D22E2B42C035E6131AB66D13DD0D82952<br>File Hash: 0F5E8CB6904F97C4C3BCA128BC2BAC1C269851A9CB76985D5B2C6E5B4BDDB11B | 10-24-2021 23:06:56 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 07505D1BF57DF4D79F0E6D0C802F273714F82B69<br>File Hash: 44F977A16AFCEE2BD4C403DBB7510F28AEE06CA03510AAF7793782EF9C9D86CA | 10-19-2021 22:21:14 | Blacked | 04-24-2021 | 04-27-2021 | PA0002288981 |
| 49 | Info Hash: F6288D8843D03BB11986B571B5B482AA50E750AF<br>File Hash: 785782EC1A5F128DF0AF9451AEABAC837FCDD2BF381AD1AC9FFAFE26748D563C | 09-25-2021 21:47:10 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |
| 50 | Info Hash: D2AD73FD04C3CEACFC3B366849546A13094CBF34<br>File Hash: 8730E641DB888136CD4E9A1EA37C129852A6999082620E5C071F489A6055E333 | 07-11-2021 22:59:44 | Blacked | 12-01-2019 | 12-17-2019 | PA0002217663 |
| 51 | Info Hash: 6B99D7888151D0DF63F02064FA56A21363DA8C96<br>File Hash: 82A7BC37315577F4D87CC9E1719E1C30EB0FA435768F3384B48E5F88AED32F20 | 07-11-2021 15:10:28 | Blacked | 06-14-2019 | 07-17-2019 | PA0002188312 |
| 52 | Info Hash: 0279F8114C90ECBC2C775793D7CD9105ED963856<br>File Hash: 3DC45DDEEAF39622E73B28F7587BD6A4688887D83FC0D647EE20E12252B634AB | 07-11-2021 15:09:34 | Blacked | 01-15-2018 | 01-24-2018 | PA0002101768 |
| 53 | Info Hash: EE4D29BA667E69950AA31279F7FA846BF696BF9D<br>File Hash: CBBA895BE4865BD867EC9F1DE3100FCB5C172459C4E0F59EDC51E5818599B405 | 07-11-2021 15:08:56 | Blacked | 08-03-2018 | 09-01-2018 | PA0002119596 |
| 54 | Info Hash: 5954CA36DA9BD29C667D78C6FA6EE9CFB6C65806<br>File Hash: 9BB4B80B2874773C608A5E46747FAC0F93629D1C9636ED6CF313EA61221E810D | 07-04-2021 03:14:45 | Vixen | 07-18-2018 | 09-01-2018 | PA0002119684 |
| 55 | Info Hash: 3EC8B182DD17991627527C1734BE70E73767F71D<br>File Hash: 7B335801F6129413729B5452CD20FAC3A72AC17844DEA6C7666DBB352869FE63 | 07-04-2021 03:14:01 | Vixen | 10-31-2018 | 12-10-2018 | PA0002145830 |
| 56 | Info Hash: AB6F5DDED2290838AD429C5C8048ECD822E37AFC<br>File Hash: E3929017009B2C9EFC94F419309B16346A86AAE8361D5BA626E7E98131473127 | 07-04-2021 03:13:43 | Vixen | 07-08-2019 | 09-10-2019 | PA0002199411 |
| 57 | Info Hash: 9C643ACA38FD9D470613CE49A612A20A07950A43<br>File Hash: 64E50EA88C00946AADFD30510FF5F092E9ABBF74D00329AC26A1D2C1D3FBED82 | 07-04-2021 03:13:29 | Vixen | 04-29-2018 | 06-19-2018 | PA0002126677 |
| 58 | Info Hash: 55C907CA49DB8C7D4C33933D3FD47E9896848AB8<br>File Hash: 57CEB08061E7896D812C3BDAEC0B4FEA63D0AC23E8A342DFA53F1B1EDD7BF73F | 07-04-2021 03:13:19 | Vixen | 05-28-2021 | 08-02-2021 | PA0002305093 |
| 59 | Info Hash: 727178DEDE59549B0F3D19A6AE9F515971FBF3AC<br>File Hash: 9FDA321883F29EEEC3762C56924CB22E57A8F3DAD2A6A2539740A75970060C20 | 07-04-2021 02:58:47 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 0A403C5393AF81473E00CCCA915603AF1658D067<br>File Hash: 8B3DE2365C94F483C7750F01139239B1FE005E0C3D56659AF2A8450DDEBB3AB4 | 07-04-2021 02:58:32 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 61 | Info Hash: 7BF81F64765F29E4422A43F4A24C7785E7FBB612<br>File Hash: 670F9C3A0C7F206BF7AA56F3C977AA5B9E37A6EBED8DCBA9A06ED2BDC1085A27 | 07-04-2021 02:58:28 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 62 | Info Hash: A93D128460BD58723BF227F061B37EDBF17079EE<br>File Hash: 13FF309840B9F89822AF67E8623D9BC2F2DCCC641207CCA9C8A4E1E52CB3F4D3 | 07-04-2021 02:58:17 | Vixen | 08-22-2018 | 09-05-2018 | PA0002135676 |
| 63 | Info Hash: 7DC314B0DD6AE33E792CDD84E3127110CB6ABB15<br>File Hash: 143A618195C5205D31D7394510EF00D3D6F9159C6BBD3C485E0EE586B12F4D27 | 07-04-2021 02:58:09 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 64 | Info Hash: 654CFBA775433926717A3E0D58C90196F0413460<br>File Hash: BE957B752D7675E37648F2D81C3040F9E272C6D4588CBDFAB6E52E785DD954C9 | 07-03-2021 23:56:24 | Vixen | 10-16-2020 | 11-18-2020 | PA0002272621 |
| 65 | Info Hash: AFF0AC9A00C38E6A3B9D78DE51D0ACD3FEE31BAB<br>File Hash: B5B0D350B587EF9E94BF0DEADF903947299E53C8BE2CACCABD93A5032F581470 | 07-03-2021 23:54:47 | Vixen | 04-30-2021 | 06-03-2021 | PA0002299685 |
| 66 | Info Hash: 43E61D45E9E5B6B9B2682900678C8B7AC0EC7F0F<br>File Hash: 28B1CD07F1186F2C2F13FF5C2CEA5E6164DFE9C7EA8F4B540354CB6964AC73F3 | 06-27-2021 12:58:50 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 67 | Info Hash: 1018A676073B24EB9A7384E7BF56686079E27B27<br>File Hash: 14933E0910B60AF2E3929652EA75A2557D35397916823CC0D76B623CECFEAD2B | 06-21-2021 17:02:31 | Tushy | 07-20-2018 | 09-05-2018 | PA0002134598 |
| 68 | Info Hash: C542D326EE13C9860B8EE438E27E0EB12257FB94<br>File Hash: 842DD7F6893D36DBF41DE757F110D74DAE4F036240C7F9E6A3008868F09FC99B | 06-14-2021 00:46:21 | Vixen | 05-14-2019 | 07-05-2019 | PA0002206408 |
| 69 | Info Hash: 92FCEC5F528AB1D27B01FBC0E4D1157C3AC17400<br>File Hash: C82F38BBF86C7553B2028C9457E35287A623F34DCCFD5A55E9C4679D4D7BD2B1 | 06-08-2021 23:28:05 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 70 | Info Hash: 8B14A4AE8ED2D062F6A79471C54236084FD7B64B<br>File Hash: 7302A0492C329BF92DB69A82BB5F0258165D3940FD4DD4AB930E3BD6A9C8AC2C | 06-05-2021 18:50:01 | Blacked | 05-05-2018 | 05-24-2018 | PA0002101366 |
| 71 | Info Hash: 6EF65F603AE570C60061ADE83B55026BDB509156<br>File Hash: A6FFF755678BC4E72AA0530773F7108A38CD3B42F7B324085A7212F41C5B88B6 | 06-05-2021 17:03:40 | Blacked | 04-15-2017 | 06-15-2017 | PA0002037563 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 0F2348656BCA95DEFEDB64CE2ABC032472709F54<br>File Hash:<br>9DDAC032E4C0EAEF286FB2E54C4FE15F44C361508B56DFDDEE903CA16E742956 | 06-05-2021<br>17:03:18 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 73 | Info Hash: DAD0BCE241AB78A3D59AFC39E6D29C638458BC10<br>File Hash:<br>146C7DD956BC174B4FBCFF276F2582CDCEAB1E5DEF4363FC508344C2EE3C610A | 06-05-2021<br>17:03:08 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |