# EXHIBIT 1



$350.00

4801 Glenwood Avenue, Suite 200-2888 Raleigh, NC 27612
Office: (910) 504-9679   Cell: (984) 888-4344   Email: info@sstransportationfleet.com

Driver: Nous

**Bill of Lading**

Work Order Nos.

| | | |
|---|---|---|
| | | |
| | | |

### PICK UP

Name: Mercedes
Address: 6201 East Independence
City: Charlotte   ST: NC
Phone: (704) 4096941
Contact:

### DELIVERY

Name: Chad Rosenberg
Address: 4950 Rebel Trail
City: Atlanta, GA   ST:
Phone: (678) 643-0141
Contact:

### VEHICLES

| | STOCK # | YEAR | MAKE | MODEL | VIN | MILEAGE | PRICE |
|---|---|---|---|---|---|---|---|
| 1 | | 2022 | Mercedes | SL63 | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |

**CONDITION ILLUSTRATED BY LETTER CODE**

A - Broken    D - Dented    G - Gouged    K - Cracked    N - Painted over    R - Punctured    W - Wavy
B - Bent      E - Defective H - Stained   L - Loose      P - Paint defect    S - Scratched    X - Present
C - Chipped   F - Scuffed   J - Cut       M - Missing    O - Hail damage     T - Torn         Z - Other

$ _____   TOTAL
Terms: Net C.O.D.

REMARKS: No major damage. See pics
Damaged in transport. Trunk, LR taillight & bumper
see pics & claim

* NOTE - No claims will be honored unless noted on this Bill of Lading at time of delivery.

PRINTED NAME AND SIGNATURE MUST ACCOMPANY DELIVERY
Shipper's agent at pick up: Sarah Inard   Pick up date: 10/26/22
Shipper's agent at delivery: Octavio Valdivia   Delivery date: 11-1-22

Claim # 22-2886035 Aware of Accident
Progressive Commercial