# EXHIBIT 2









