# EXHIBIT 3



# Allen's Automotive Appraisal

Chris Allen / 404-392-4822 / callenpaci@gmail.com

4545 Talking Rock Rd, Talking Rock, GA 30175

## Diminished Value Report

Chris Allen is an ASE Certified Collision Repair Appraiser and an I-CAR Gold Certified Appraiser. He is also a BOCAA Certified Appraiser, a North Carolina State Licensed Appraiser, and a Ford Motor Company Certified Appraiser. He started his professional career in collision repair in 1980 after eight years of in-depth, hands-on training under a master craftsman.

Chris worked in management positions at numerous successful collision centers that repaired many makes and models including Porsche, Audi, Infiniti, Volvo, Jaguar, Mercedes, Land Rover, GM, Ford, Nissan, and Honda. He was instrumental in securing the appropriate certifications for these centers. During this period, Chris appraised approximately 16,000 vehicles of numerous makes and models.

With over 35 years of experience, he is considered an Expert in the Automotive Industry. Chris is also a Collision Repair Center Consultant to large repair facilities in the Atlanta area. He has rebuilt 17 total loss vehicles and sold them to satisfied customers. Chris has also repaired roughly 1,900 damaged vehicles to factory pre-loss condition. Chris has completed a total of over 4,700 Diminished Value Reports and hundreds of peer checked files, ranging from Actual Cash Value Reports to Diminished Value Reports to Stated Value reports. Chris is also serving as a claim umpire.

**Date:** 01/24/2023

**Vehicle Owner**: Chad Rosenberg          **Phone:** (404)895-9040          **Email:** brandon@stillmanwelch.com

**Vehicle Year:** 2022          **Vehicle Make & Model:** Mercedes-Benz SL-Class

**Vehicle VIN #:** W1KVK8BB4NF008268          **Mileage:** 20

**Insurance Company:** Progressive          **Claim No.:** 22-2886-35

Chad Rosenberg's above referenced 2022 Mercedes-Benz SL-Class was inspected for the purpose of determining Diminished Value following collision damage totaling $8,944.31.

Damage Inflicted on Vehicle & Repairs Necessary:

Rear impact. Over 10.5 hours of structural damage to vehicle. Trunk lid, latch, nameplates, tail lamp and bumper cover replaced. 7 hours repair to rear body panel. 3.5 hours to set-up, 3D measure and pull unitized structure. Safety, SRS, and electrical systems breached. Pre and Post Repair Safety Scans performed. OEM corrosion prevention, flex properties, sealers, adhesives, and substrates replaced with aftermarket products. 5 major panels were refinished for removal of damages.

Diminished Value refers to the loss in value after a vehicle has been damaged and repaired, following any incident that takes it out of Original Equipment status. This is also known as inherent diminished value and stigma damage.

The factors that determine diminished value are pre-accident value, the mileage at the time of the accident, damage severity and type sustained, and the history of the vehicle.

The originality, structural integrity and value of this 2022 Mercedes-Benz SL-Class has been destroyed due to this collision damage. Automotive documenting sources will make this 2022 Mercedes-Benz SL-Class's damage and repair history available to the public. Respectable Mercedes-Benz Dealers would not want to risk their reputation by selling a vehicle with this history without full disclosure. Instead they would likely accept it as a trade-in and then send it to the local dealer auction. Or if sold out right, the average consumer would likely either pass on the purchase or expect a huge discount.

**Methodology:** The Diminished Value is calculated by the MARKET PRE-LOSS value of $197,200 minus the MARKET POST-LOSS value of $165,648, leaving the Diminished Value at $31,552.

| | | |
|---|---|---|
| MARKET PRE-LOSS: | $197,200 | (value prior to loss) |
| MARKET POST-LOSS: | $165,648 | (value after quality repair) |
| NET DIMINISHED VALUE: | $31,552 | |

Note: Damaged vehicle's age, Black Book value, mileage, condition, and damages were considered in this report.

## Conclusion:

In my expert opinion, this vehicle will require a 16% discount, regardless of the type of transaction.

Respectfully,

*Chris Allen*

Chris Allen

# Vehicle Check In and Condition Report

## Customer Information

- **Name:** CHAD ROSENBERG
- **Address:** 3453 Pierce Dr Suite 150
- **City:** Chamblee
- **Prov./State:** GA
- **Postal/Zip:** 30341
- **Email:** brandon@stillmanwelch.co
- **Home#:**
- **Cell#:** (404)895-9040
- **Work#:**
- **License:**
- **Inspector:** Chris Allen
- **Manager:** Manager
- **Date/Time:** 2023-01-09 14:31
- **Stock/Asset#:**
- **Trans#:**
- **Unit#:**
- **P1:**
- **P2:**

## Vehicle Information

**VIN:** W1KVK8BB4NF008268

| Year | Make | Model | Trim | Odo. | Engine |
|---|---|---|---|---|---|
| 2022 | Mercedes-Benz | SL-Class | AMG SL 63 | 20 MILES | 4.0L Twin Turbo V8 577hp 590ft. |

| Fuel Type | Transmission | Drive Type | GVWR | Ext. Color | Int. Color | Seating Cap. |
|---|---|---|---|---|---|---|
| G | 9-Speed Shiftable Automatic | AWD | 5115 Lbs | Off white | Gray | 4 |

| Key(s) | Remote(s) | Vehicle Type | Body Type | Body Sub-Type | F Tire Type | R Tire Type |
|---|---|---|---|---|---|---|
|  |  | Car | Convertible |  | 265/40ZR20 | 295/35ZR20 |

**Vehicle History:** ClaimData

**Report Date:**

## Vehicle Condition

| | | |
|---|---|---|
| PAINT | Like New | $ |
| BODY | Like New | $ |
| GLASS | Like New | $ |
| INTERIOR | Like New | $ |
| TIRES | Like New | $ |
| OTHER | These Conditions Are For The Unwrecked / Undamaged Portion Of The Vehicle | $ |

### Vehicle Options

Exterior Options:
4 Wheel Disc Brakes, Alloy Wheels, All-Wheel Drive

Interior Options:
Air Conditioning, AM-FM Radio, Climate Control, Power Door Locks, Power Windows

Safety & Convenience Options:
Anti-Lock Brakes (ABS), Backup Sensor, Blue Tooth, Curtain Air Bags, Driver Side Airbag, Dual Airbag, Side Impact Airbag

**FMV $** _____   **Total Repairs:** $ 0.00

**Customer Name** _____   **Customer Signature** _____

01/26/2023

# Progressive Southeastern Ins Co

**Estimate ID**
22-2886035-02
Original

**Claim Number**
22-2886035-02

**Owner**
CHAD ROSENBERG

**Claimant**
CHAD ROSENBERG

**Appraiser**
SAMUEL LASKOWSKI
(678) 673-9358 (Work)
a100707@progressive.com

**Underwriter**
Progressive Southeastern Ins Co

## Progressive Southeastern Ins Co

**Claim Number**
22-2886035-02

**Adjuster**
BRANDON BURTON
(440) 459-6366 (Work)
a176697@progressive.com

**Deductible**
1000.00 - Not Waived

**Reported Date**
10/28/2022

**Loss Date**
10/26/2022

**Inspection Site**
UNITECH BODY SHOP
5835 Riverdale Rd
Atlanta, GA 30349
(770) 907-1499 (Mobile)

## 2022 Mercedes-Benz SL63 AMG 2 Door Conv 4.0L 8 Cyl Gas Injected Turbocharged 9 Speed Auto Trans AWD

**Exterior Color**
956 GRAY

**License**
NONE

**VIN**
W1KVK8BB4NF008268

**Drivable**
Yes

**Odometer**
14

**Mitchell Service Code**
911147

**Primary Point of Impact**
Rear (6)

## CHAD ROSENBERG │ 2022 Mercedes-Benz SL63 AMG

**Parts Profile**
AT8ALLPARTTYPES

**Parts Profile Version**
3.0

| Line # | Description | Operation | Type | Total Units | Type | Number | Qty | Total Price | Tax |
|---|---|---|---|---|---|---|---|---|---|
| **Exhaust** | | | | | | | | | |
| 1  100734 | Exhaust System | Remove / Install | Mechanical* | 3.6* | Existing | | | | |
| **Quarter Panel** | | | | | | | | | |
| 2  101113 | R Quarter Panel Outside | Blend | Refinish | 0.9* C | Existing | | | | |

Labor / Part column headers above.

Committed On: 11/3/2022 01:12 PM
Version: Mitchell Estimating 22.3  OEM OCT_22_V
Mitchell Cloud Estimating™
Copyright 1994-2022 Mitchell International, Inc. All Rights Reserved
Printed On: 11/3/2022 01:12 PM
Profile: AT8ALLPARTTYPES
Profile Version: 10.0
Page 1 of 6

4

01/26/2023

| | | | LABOR | | | PART | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Line # | | Description | Operation | Type | Total Units | Type | Number | Qty | Total Price | Tax |
| 3 | 900501 | Blend From Trunk, Rope Included Below for Convertible Top | | | | | | | | |
| 4 | 101116 | L Quarter Panel Outside | Blend | Refinish | 0.9* C | Existing | | | | |
| 5 | 900501 | Blend From Trunk, Rope Included Below for Convertible Top | | | | | | | | |
| 6 | 900500 | Left 1/4 Panel Belt Moulding | Remove / Install | Body* | 0.3* | Existing | | | | |
| 7 | 900500 | Right 1/4 Panel Belt Moulding | Remove / Install | Body* | 0.3* | Existing | | | | |
| **Luggage Lid** | | | | | | | | | | |
| 8 | 100700 | Luggage Lid Outside | Refinish Only | Refinish | 2.5* C | Existing | | | | |
| 9 | 900501 | Full Refinish | | | | | | | | |
| 10 | 100701 | Luggage Lid Underside | Refinish Only | Refinish | 1.0* C | Existing | | | | |
| 11 | 900501 | Full Refinish after Detrim | | | | | | | | |
| 12 | 100479 | Luggage Lid Panel | Remove / Replace | Body | 6.8* | New | 2327501300 | 1 | $1,910.00* | Yes |
| 13 | 900500 | Trunk Info Label | Remove / Replace | Body* | 0.1* | New | 0005845415 | 1 | $52.00* | Yes |
| 14 | 900500 | Insulator | Remove / Install | Body* | INC* | Existing | | | | |
| 15 | 900500 | Luggage Lid Release Handle | Remove / Install | Body* | 0.2* | Existing | | | | |
| 16 | 900500 | Luggage Lid Latch | Remove / Replace | Body* | INC* | New | 2327503600 | 1 | $677.60* | Yes |
| 17 | 900500 | Mercedes Emblem | Remove / Replace | Body* | 0.1* | New | 2328170700 | 1 | $42.00* | Yes |
| 18 | 900500 | AMG Nameplate | Remove / Replace | Body* | 0.1* | Aftermarket New | 3M | 1 | $15.00* | Yes |
| 19 | 935003 | Clean & Retape | Additional Labor | Body | 0.5* | | | | | |
| 20 | 900500 | SL63 Nameplate | Remove / Replace | Body* | 0.1* | New | 3M | 1 | $15.00* | Yes |
| 21 | 935003 | Clean & Retape | Additional Labor | Body | 0.5* | | | | | |
| 22 | 900500 | Emblem Grommets (3 @ $27.20) | Remove / Replace | Body* | INC* | New | 2019972281 | 3 | $81.60* | Yes |
| **Rear Body** | | | | | | | | | | |
| 23 | 101033 | Rear Body Panel | Refinish Only | Refinish | 1.6* C | Existing | | | | |
| 24 | 900501 | Full Refinish | | | | | | | | |
| 25 | 100257 | Add For Inside | Refinish Only | Refinish | 1.0* | Existing | | | | |
| 26 | 900501 | Full Refinish | | | | | | | | |
| 27 | 100293 | Rear Body Panel | Repair | Body | 7.0* | Existing | | | | |
| 28 | 900500 | Rt Upr Body Compartment Trim | Remove / Install | Body* | 0.2* | Existing | | | | |
| 29 | 900500 | Lt Upr Body Compartment Trim | Remove / Install | Body* | 0.2* | Existing | | | | |
| 30 | 900500 | Rt Body Side Trim Panel | Remove / Install | Body* | 0.4* | Existing | | | | |
| 31 | 900500 | Lt Body Side Trim Panel | Remove / Install | Body* | 0.4* | Existing | | | | |

Committed On
11/3/2022
01:12 PM

Version
Mitchell Estimating 22.3
OEM OCT_22_V

Mitchell Cloud Estimating™
Copyright 1994-2022 Mitchell International, Inc.
All Rights Reserved

Printed On
11/3/2022
01:12 PM

Profile
AT8ALLPARTTYPES
Profile Version
10.0

Page 2 of 6

5

01/26/2023

| | | | LABOR | | | PART | | | |
|---|---|---|---|---|---|---|---|---|---|
| Line # | Description | Operation | Type | Total Units | Type | Number | Qty | Total Price | Tax |
| 32  900500 | Rear Trim Panel | Remove / Install | Body* | INC* | Existing | | | | |
| 33  900500 | Weather Stripping | Remove / Install | Body* | INC* | Existing | | | | |
| 34  900500 | Luggage Lid Striker | Remove / Install | Body* | 0.1* | Existing | | | | |
| **Rear Lamps** | | | | | | | | | |
| 35  100406 | R Rear Combination Lamp Lens & Housing | Remove / Install | Body | INC* | Existing | | | | |
| 36  100356 | L Rear Combination Lamp Lens & Housing | Remove / Replace | Body | INC* | New | 2329062703 | 1 | $550.00* | Yes |
| **Rear Bumper** | | | | | | | | | |
| 37  100562 | Rear Bumper Cover | Remove / Replace | Body | 4.0* | New | 23288042019999 | 1 | $1,700.00* | Yes |
| 38  935000 | Rear Bumper Cover | Refinish Labor | Refinish | 3.0* | | | | | |
| 39  935003 | Add for Parking Sensors | Additional Labor | Body | 0.4* | | | | | |
| 40  900500 | Rt Bumper Rail/Bracket | Remove / Install | Body* | INC* | Existing | | | | |
| 41  900500 | Rt Bumper Rail/Bracket | Remove / Install | Body* | INC* | Existing | | | | |
| 42  900500 | Rear Bumper Ctr Support Bracket | Remove / Install | Body* | INC* | Existing | | | | |
| 43  900501 | Inspect for Damage | | | | | | | | |
| 44  900500 | Rear Bumper Impact Bar | Remove / Install | Body* | INC* | Existing | | | | |
| 45  900501 | Inspect for Damage | | | | | | | | |
| 46  900500 | Parking Sensor Unit | Remove / Install | Body* | INC* | Existing | | | | |
| 47  900501 | Inspect for Damage | | | | | | | | |
| **Additional Costs & Materials** | | | | | | | | | |
| 48  936012 | Hazardous Waste Disposal | Additional Cost | | | | | | $5.00* | |
| 49  AUTO | Paint/Materials | Additional Cost | | | | | | $462.40* | Yes |
| **Additional Operations** | | | | | | | | | |
| 50  AUTO | Clear Coat | Additional Operation | Refinish | 2.7* | | | | $0.00 | |
| **Special / Manual Entry** | | | | | | | | | |
| 51  900500 | PRE REPAIR SCAN | Additional Labor | Mechanical* | 1.0* | Sublet | Sublet | 1 | $0.00* | |
| 52  900500 | POST REPAIR SCAN | Additional Labor | Mechanical* | 1.0* | Sublet | Sublet | 1 | $0.00* | |
| 53  900500 | FLEX ADDITIVE | Remove / Replace | Refinish* | 0.0* | Sublet | Sublet | 1 | $10.00* | Yes |
| 54  900500 | COVER CAR FOR OVERSPRAY | Additional Labor | Body* | 0.2* | Sublet | Sublet | 1 | $10.00* | |
| 55  900500 | CORROSION PROTECTION - MAJOR REPAIR | Repair | Body* | 0.3* | Sublet | Sublet | 1 | $15.00* | |
| 56  900500 | TINT TIME | Repair | Body* | 0.5* | Existing | | 1 | | |
| 57  900500 | ROPE MASKING | Repair | Body* | 0.5* | Existing | | 1 | | |
| 58  900500 | SET UP & MEASURE | Repair | Body* | 2.0* | Existing | | 1 | | |
| 59  900500 | UNIBODY / FULL FRAME PULL & SQUARE | Repair | Frame* | 1.5* | Existing | | 1 | | |

Committed On  
11/3/2022  
01:12 PM

Version  
Mitchell Estimating 22.3  
OEM OCT_22_V

Mitchell Cloud Estimating™  
Copyright 1994-2022 Mitchell International, Inc.  
All Rights Reserved

Printed On  
11/3/2022  
01:12 PM

Profile  
AT8ALLPARTTYPES  
Profile Version  
10.0

Page 3 of 6

6

01/26/2023

|  |  | LABOR |  |  | PART |  |  |  |
|---|---|---|---|---|---|---|---|---|
| Line # | Description | Operation | Type | Total Units | Type | Number | Qty | Total Price | Tax |
| 60  900500 | Towing | Remove / Replace | Body* | 0.0* | Sublet |  | 1 | $350.00* |  |

\* Judgment Item  
T Included in Two Tone Calculation  
\# Labor Note Applies  
d Discontinued by Manufacturer  

C Included in Clear Coat Calculation  
A Included in Clear Coat and Two Tone Calculation  
r CEG R&R Time Used for this Labor Operation  
[ ] Verify the part number and price before ordering  

**Disclaimer:** This estimate has been prepared based on the use of aftermarket crash parts supplied by a source other than the manufacturer of your motor vehicle. The aftermarket crash parts used in the preparation of this estimate are warranted by the manufacturer or distributor of such parts rather than the manufacturer of your vehicle.

## Estimate Totals

| Labor | Units | Rate | Sublet Add'l Amount | | Totals |
|---|---|---|---|---|---|
| Body Labor | 25.2 | $50.00 | $25.00 | | $1,285.00 |
| Refinish Labor | 13.6 | $50.00 | | | $680.00 |
| Frame Labor | 1.5 | $65.00 | | | $97.50 |
| Mechanical Labor | 5.6 | $85.00 | $0.00 | | $476.00 |
| **Total Labor** | **45.9** | | | | **$2,538.50** |
| | | | | Taxable | $0.00 |
| | | | | Tax 0.0000% | $0.00 |
| | | | | Non-Taxable | $2,538.50 |
| | | | | **Labor Total** | **$2,538.50** |

| Parts | | Amount | | | |
|---|---|---|---|---|---|
| Taxable Parts | | $5,053.20 | | | $5,053.20 |
| | | | | Parts Adjustments | $0.00 |
| | | | | Tax 8.0000% | $404.26 |
| | | | | Non-Taxable | $350.00 |
| | | | | **Parts Total** | **$5,807.46** |

| Costs | | Amount | | | |
|---|---|---|---|---|---|
| Other Additional Costs | | $5.00 | | | $5.00 |
| Paint Materials | | $462.40 | | | $462.40 |
| | | | | Taxable | $462.40 |
| Paint Materials Rate: $34.00 | | | | Tax 8.0000% | $36.99 |
| Rate Max: 99.9 units | | | | Non-Taxable | $5.00 |
| Additional Rate: $0.00 | | | | **Costs Total** | **$504.39** |

| Gross Totals | | Amount | | | |
|---|---|---|---|---|---|
| Gross Total | | $8,850.35 | | | $8,850.35 |
| | | | | Taxable | $5,515.60 |
| | | | | Tax | $441.25 |
| | | | | Non-Taxable | $2,893.50 |
| | | | | **Gross Total** | **$8,850.35** |

| Adjustments | | Amount | | | |
|---|---|---|---|---|---|
| Deductible | | -$1,000.00 | | | -$1,000.00 |
| **Total Customer Responsibility** | | | | | **-$1,000.00** |
| | | | | **Net Estimate Total** | **$7,850.35** |

Committed On  
11/3/2022  
01:12 PM  

Version  
Mitchell Estimating 22.3  
OEM OCT_22_V  

Mitchell Cloud Estimating™  
Copyright 1994-2022 Mitchell International, Inc.  
All Rights Reserved  

Printed On  
11/3/2022  
01:12 PM  

Profile  
AT8ALLPARTTYPES  
Profile Version  
10.0  

Page 4 of 6  

7  

01/26/2023

Seatbelt and Supplemental Restraint System (SRS) Replacement
"All manufacturers requirements regarding seat belt and supplemental restraint system replacement must be adhered to. If additional parts or operations are necessary to properly accomplish this, please contact the estimating claims rep"
"Refer to manufacturer SRS replacement requirements"

THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF AFTERMARKET CRASH PARTS SUPPLIED BY A SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE. THE AFTERMARKET CRASH PARTS USED IN THE PREPARATION OF THIS ESTIMATE ARE WARRANTED BY THE MANUFACTURER OR DISTRIBUTOR OF SUCH PARTS RATHER THAN THE MANUFACTURER OF YOUR VEHICLE.

This is a preliminary estimate.
Additional changes to the estimate may be required for the actual repair.

THIS IS A DAMAGE ASSESSMENT ONLY - NOT AN AUTHORIZATION TO REPAIR
-BASED ON DAMAGE VISIBLE OR CERTAIN AT THE TIME IT WAS WRITTEN.
IF FRAME OR UNIBODY REPAIR IS INCLUDED ON THIS ESTIMATE, THE AMOUNT SHOWN INCLUDES TIME OR ALLOWANCE FOR MEASURING BEFORE, DURING AND AFTER THOSE REPAIRS.
THE OWNER OF THE VEHICLE MAY SELECT THE REPAIR FACILITY OF HIS/HER CHOICE.
TO ENSURE PROPER AND PROMPT PAYMENT FOR ADDITIONAL DAMAGE DISCOVERED DURING THE COURSE OF REPAIRS, CONTACT PROGRESSIVE FOR SUPPLEMENT HANDLING PROCEDURES.
PROGRESSIVE HONORS THE PREVAILING LABOR MARKET RATE IN YOUR AREA FOR YOUR PROPERTY. IF YOU CHOOSE A SHOP THAT CHARGES IN EXCESS OF PREVAILING LABOR MARKET RATES, YOU WILL BE RESPONSIBLE FOR THE DIFFERENCE.

LIFETIME GUARANTEE FOR SHEET METAL AND PLASTIC BODY PARTS

The replacement parts written on the estimate are intended to return your vehicle to its pre-loss condition with proper installation.
After repair, if any sheet metal or plastic body part included in the estimate fails to return your vehicle to its pre-loss condition (assuming proper installation), in terms of form, fit, finish, durability or functionality, Progressive will arrange and pay for the replacement of the part, to the extent not covered by a manufacturer's or other warranty. This service will be performed at no cost to you (including associated repair and rental car costs). To obtain service under this Guarantee, call Progressive at 1-800-274-4641. This Guarantee applies as long as you own or lease the vehicle. This Guarantee is not transferable and terminates if you sell or otherwise transfer your vehicle.

THIS GUARANTEE DOES NOT COVER NORMAL WEAR AND TEAR OR DAMAGE CAUSED BY IMPROPER MAINTENANCE, NEGLECT, ABUSE OR SUBSEQUENT ACCIDENT. THIS GUARANTEE IS LIMITED TO ARRANGING FOR THE SELECTION OF REPAIR PARTS THAT WILL RETURN YOUR VEHICLE TO ITS PRE-LOSS CONDITION. ACCORDINGLY, PROGRESSIVE WILL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES THAT RESULT FROM THE INSTALLATION OR USE OF THESE PARTS.

Part Type Terms and Abbreviations
NEW and OEM or part number displayed - These refer to a new, original equipment manufacturer part.
NON-OEM and A/M and QUAL REPL - These refer to an after-market part, which is a new, non-original equipment manufacturer part.
USED/RECYCLED and LKQ - These refer to a used OEM part.
REMANUFACTURED and RECOND. and RECORE - These refer to used/recycled OEM parts that have been refurbished.

REPAIR SHOP'S AUTHORIZED REPRESENTATIVE'S SIGNATURE INDICATING AGREEMENT ON COST TO RETURN THE VEHICLE TO PRE-LOSS CONDITION INCLUDING TOW/STORAGE CHARGES:
SHOP SIGNATURE: _____
EST START DATE: _____   EST COMPLETION DATE:_____

ANY PERSON WHO, WITH INTENT TO DEFRAUD OR KNOWING THAT HE/SHE IS FACILITATING A FRAUD AGAINST AN INSURER, SUBMITS AN APPLICATION OR FILES A CLAIM CONTAINING A FALSE OR DECEPTIVE STATEMENT IS GUILTY OF INSURANCE FRAUD.

"Failure to use the insurance proceeds in accordance with a security agreement between you and a lienholder, if any, may be a violation of Code Section 16-8-4 of the O.C.G.A. If you have any questions, contact your lending institution."

Disclaimer: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

## Cycle Time Information

**Due In**   11/3/2022

## Estimate Event Log

| | |
|---|---|
| **Job Created** | 11/2/2022 03:43 PM |
| **Estimate Started** | 11/3/2022 11:41 AM |
| **Estimate Printed** | 11/3/2022 01:12 PM |
| **Estimate Committed** | 11/3/2022 01:12 PM |
| **Estimate Version** | 0 |

Committed On
11/3/2022
01:12 PM

Version
Mitchell Estimating 22.3
OEM OCT_22_V

Mitchell Cloud Estimating™
Copyright 1994-2022 Mitchell International, Inc.
All Rights Reserved

Printed On
11/3/2022
01:12 PM

Profile
AT8ALLPARTTYPES
Profile Version
10.0

Page 6 of 6

9                                                                 01/26/2023

| Contact Information | | 1/9/2023 |
|---|---|---|

| | | | |
|---|---|---|---|
| Company: | Allen Automotive Appraisal | Telephone: | |
| Contact: | Chris Allen | Fax: | |
| E-Mail: | callenpaci@gmail.com | | |

**Notes**

**2022 Mercedes-Benz SL Class SL63 AMG Roadster Black Book values as of 11/1/2022**

| Excellent | Good | Fair | Guide |
|---|---|---|---|
| $179,150 | $179,150 | $179,150 | [PDF] |

**UVC:** 2022560183

# J.D. POWER

1/9/2023

## J.D. POWER Used Cars/Trucks

**ALLEN'S AUTOMOTIVE APP**

4545 Talking Rock Rd
Talking Rock, GA GA 30175
404-392-4822
chrisr.allen@att.net

## Vehicle Information

| | |
|---|---|
| **Vehicle:** | 2022 Mercedes-Benz SL Roadster 2D SL63 AMG AWD 4.0L V8 Turbo |
| **Region:** | Southeastern |
| **Period:** | November 1, 2022 |
| **VIN:** | W1KVK8BB4NF008268 |
| **Mileage:** | 20 |
| **Base MSRP:** | $178,100 |
| **Typically Equipped MSRP:** | $190,400 |
| **Weight:** | 0 |



## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly** | | | | |
| **Trade-In** | | | | |
| Rough | N/A | N/A | N/A | **N/A** |
| Average | N/A | N/A | N/A | **N/A** |
| Clean | N/A | N/A | N/A | **N/A** |
| Clean Loan | N/A | N/A | N/A | **N/A** |
| Clean Retail | N/A | N/A | N/A | **N/A** |
| **Weekly** | | | | |
| **Auction** | | | | |
| Low | N/A | N/A | N/A | **N/A** |
| Average | N/A | N/A | N/A | **N/A** |
| High | N/A | N/A | N/A | **N/A** |
| **Trade-In** | | | | |
| Rough | N/A | N/A | N/A | **N/A** |
| Average | N/A | N/A | N/A | **N/A** |
| Clean | N/A | N/A | N/A | **N/A** |

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D.Power
01/26/2023

**J.D. POWER**

1/9/2023

## J.D. POWER Used Cars/Trucks

|  | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Clean Loan | N/A | N/A | N/A | **N/A** |
| Clean Retail | N/A | N/A | N/A | **N/A** |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

### Selected Options

|  | Trade-In/Loan | Retail |
|---|---|---|
| Heads-Up Display | w/body | w/body |



# 2022 Mercedes-AMG® SL 63 Roadster

PO#: 0271765973
VIN: W1KVK8BB4NF008268

| Standard Features | Suggested Retail Price | $178,100 |
|---|---|---|

**PERFORMANCE/HANDLING**
- Handcrafted AMG 4.0L V8 Biturbo Engine
- 577 Horsepower
- 590 lb-ft Torque
- AMG SPEEDSHIFT® MCT 9-Speed Transmission
- AMG Performance 4MATIC+ All-Wheel Drive
- ECO Start/Stop
- AMG DYNAMIC PLUS Package
- AMG DYNAMIC SELECT with RACE Mode
- Active Rear-Axle Steering
- AMG ACTIVE RIDE CONTROL Suspension
- AMG High-Performance Composite Braking System
- AMG Electronic Limited-Slip Differential
- AMG Performance Exhaust System
- AMG Track Pace MBUX App
- Retractable Rear Spoiler

**COMFORT/CONVENIENCE**
- Dual-Zone Automatic Climate Control
- AMG Door Sills
- AMG Floor Mats
- Mercedes me connect services w/ trial period (subscription required thereafter)
- 12.3" Digital Instrument Cluster
- 11.9" Electrically-Adjustable MBUX Navigation and Infotainment System with Map Updates for First Three Years
- Apple CarPlay™ and Android Auto
- SiriusXM® Radio All-Access with trial period
- Bluetooth® Connectivity
- Power Front Seats w/ Lumbar Support and Memory
- AMG Performance Steering Wheel
- 2+2 Seating Configuration
- Active Ambient Lighting
- KEYLESS GO®
- KEYLESS START
- Burmester® Surround Sound System
- Retractable Soft Top
- Inductive Wireless Charging w/ NFC Pairing
- AIRSCARF®

**SAFETY/SECURITY**
- New Vehicle 4-Year/50,000 Mile Warranty
- 24-Hour Roadside Assistance Program
- Mercedes-Benz Emergency Call Service
- Advanced Air Bag Protection System
- Adaptive Braking Technology
- AMG 3-Stage Electronic Stability Program (ESP®)
- ATTENTION ASSIST®
- PRE-SAFE® Predictive Occupant-Protection System
- Blind Spot Assist
- PARKTRONIC
- LED Headlamps
- Adaptive Highbeam Assist
- LED Taillamps

| | |
|---|---|
| **PAINT, UPHOLSTERY, TRIM** | |
| 956 MANUFAKTUR Alpine Grey | 1,750.00 |
| 835 MANUFAKTUR STYLE Exclusive Macchiato / Titanium Grey Nappa Leather | 1,900.00 |
| H73 AMG Carbon Fiber Trim | 2,850.00 |
| **OPTIONAL EQUIPMENT AND VALUE ADDED PACKAGES** | |
| L6J AMG Performance Steering Wheel in Nappa Leather | N/C |
| P60 AMG Night Package | 750.00 |
| RWG 21" AMG Multi-Spoke Y-Design Wheel, Black | 1,600.00 |
| Y02 Macchiato Beige Seat Belts | N/C |
| 399 Multicontour Front Seats w/ Massage | N/C |
| 401 Heated and Ventilated Front Seats | N/C |
| 65U Macchiato Beige Microfiber Headliner | 1,600.00 |
| 740 Black Soft Top | N/C |
| 811 Burmester® High-End 3D Surround Sound System | 4,500.00 |
| DY2 Performance Line: Front Axle Lift System, Illuminated Doorsills, Hands-Free Access, Heated Steering Wheel, AMG Light Display, AMG DRIVE UNIT Steering Wheel Buttons, Active LED Headlights, Surround View Camera, Head-Up Display, Augmented Video for Navigation | 1,800.00 |
| Gas Guzzler Tax | 1,300.00 |
| Destination and Delivery | 1,050.00 |
| **Total Retail Price** | **$197,200.00** |

**Special Message:**
* Bluetooth is a registered trademark of Bluetooth SIG, Inc. * Prepaid Maintenance Plan available for this vehicle, see dealer for details. * This vehicle is equipped with bumpers that can withstand an impact of 2.5 miles per hour with no damage to the vehicle's body and safety systems, although the bumper and related components may sustain damage. The bumper system on this vehicle conforms to the current federal bumper standard of 2.5 miles per hour.

Date 01/23/2023



From  Chris Allen
      4545 Talking Rock Rd,
      Talking Rock, GA 30175

Invoice For  Chad Rosenberg
             3453 Pierce Dr., Suite 150,
             Chamblee, Georgia 30341

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Diminished Value Report | 1 | 600.00 | 600.00 |
| 2022 Mercedes-Benz SL-Class | | | |
| VIN: W1KVK8BB4NF008268 | | | |
| | | | |
| | | | |
| | | | |

**Subtotal** 600.00

**Discount** (0.25 = 25%)  0%

**Amount Paid**  - 600.00

**Amount Due**  0