# EXHIBIT 2



© 2023 Tyler Technologies, Inc. | All Rights Reserved
Version: 2023.6.0.46

