UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____
CHRISTOPHER WATKINS,            )
                                )
    Plaintiff,                  )
                                )
    v.                          )    CASE NO. _____
                                )
                                )
UBER TECHNOLOGIES, INC.,        )
                                )
                                )
    Defendant.                  )
_____)

**<ins>UBER TECHNOLOGIES, INC.'S</ins>**
**<ins>CERTIFICATE OF INTERESTED PERSONS AND RULE 7.1</ins>**
**<ins>CORPORATE DISCLOSURE STATEMENT</ins>**

    In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and NDGa Local Rule 3.3, Defendant Uber Technologies, Inc., a foreign corporation authorized in Georgia as Uber Technologies (GA), Inc. ("Uber"), by and through undersigned counsel, hereby states as follows:

    1.    The undersigned counsel certifies that the following is a full and complete list of parties to this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Plaintiff:    Christopher Watkins

1

Defendant:    Uber Technologies, Inc.

Uber is a publicly held corporation with no parent company. Based solely on SEC filings regarding beneficial ownership of Uber's stock, Uber is unaware of any shareholder who beneficially owns ten percent or more of Uber's outstanding stock. No registered holder owns more than 10% of Uber.

2. The undersigned counsel also certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

To the best of Uber's knowledge, none.

3. The undersigned counsel finally certifies that the following is a full and complete list of all persons serving as attorneys for Uber in this proceedings:

Joshua L. Becker and Caroline M. Gieser - Shook Hardy & Bacon, LLP.

This 28th day of July 2023.

**SHOOK, HARDY & BACON LLP**

/s/ *Caroline M. Gieser*

Joshua L. Becker
GA Bar #046046
jbecker@shb.com
Caroline M. Gieser
GA Bar #167916
cgieser@shb.com

                                      1230 Peachtree St., Suite 1200
                                      Atlanta, GA 30309
                                      Tel: (470) 867-6000
                                      Fax: (470) 867-6001

*Attorneys for Defendant Uber Technologies, Inc.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER WATKINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> UBER TECHNOLOGIES, INC., ) <br> ) <br> ) <br> Defendant. ) <br> ) | CASE NO. _____ |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties of record with the foregoing by U.S. Mail and provided a courtesy copy via electronic mail:

> Christopher Watkins
> 653 Pinehurst Drive
> Fairburn, GA 30213
> christophermwatkins@yahoo.com
> Plaintiff, *Pro Se*

This 28th day of July, 2023.

/s/ *Caroline M. Gieser*

Caroline M. Gieser
GA Bar #167916

*Attorneys for Uber Technologies, Inc.*

4