# AFFIDAVIT OF SERVICE

| Case:<br>23A02821 | Court:<br>State Court of Dekalb County | County:<br>Dekalb, GA | Job:<br>9101345 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Shelanda Thomas | | **Defendant / Respondent:**<br>U.S. Roadways Enterprises Inc; United Specialty Insurance Company; John Doe Company; and John Doe | |
| **Received by:**<br>CGA Solutions | | **For:**<br>Witherite Law Group, LLC | |
| **To be served upon:**<br>United Specialty Insurance Company c/o CT Corporation System, Registered Agent | | | |

I, Thomas David Gibbs III, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jane RIchardson, CT Corporation System: 289 S Culver St, Lawrenceville, GA 30046
**Manner of Service:** Registered Agent, Jun 28, 2023, 1:30 pm EDT
**Documents:** Summons, Complaint for Damages (Received Jun 27, 2023 at 3:13pm EDT)

**Additional Comments:**
1) Successful Attempt: Jun 28, 2023, 1:30 pm EDT at CT Corporation System: 289 S Culver St, Lawrenceville, GA 30046 received by Jane RIchardson.
,Agent designated by CT Corporation to accept service

_____  7-5-23
Thomas David Gibbs III    Date

CGA Solutions
723 Main Street
Stone Mountain, GA 30083
866-217-8581

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

7-5-23         12-20-24
Date           Commission Expires

IN THE STATE COURT OF DEKALB COUNTY

STATE OF GEORGIA

RE:   Permanent Process Servers

### STANDING ORDER

Pursuant to O.C.G.A. § 9-11-4 (c), this Court provides herein that any person who has completed the application process for appointment as a permanent process server in the Superior Court of DeKalb County in 2023, and has been appointed as a permanent process server in said Court for 2023 shall be deemed to be appointed as a permanent process server in the State Court of DeKalb County. Permanent process servers wishing to rely upon this order shall be required to attach a copy of their Superior Court order of appointment to any affidavit of service that is required to be filed with the Court. All appointments arising pursuant to this order shall be effective until midnight, December 31, 2023.

SO ORDERED, this __13__ day of December 2022.

_____
Wayne M. Purdom, Chief Judge

FILED IN THIS OFFICE
THIS 13 DAY OF Dec. 2022
_____
Clerk, State Court, DeKalb County

FILED 1/6/2023 9:16 AM CLERK OF SUPERIOR COURT DEKALB COUNTY GEORGIA

# IN THE SUPERIOR COURT OF DEKALB COUNTY
## STATE OF GEORGIA

IN RE:

MOTION FOR APPOINTMENT AS
PERMANENT PROCESS SERVER

: CIVIL ACTION FILE NUMBER:
: 23MPR1021
:
:

PURSUANT TO O.C.G.A. §9-11-4(c)

### ORDER APPOINTING PERMANENT PROCESS SERVER
### FOR CALENDAR YEAR 2023

The foregoing motion having been read and considered; it is HEREBY ORDERED that the following individual(s) is/are appointed as a permanent process server pursuant to O.C.G.A. §9-11-4(c):

KAYLA BRIDGES
SHEMIKA BRYANT
ROCHELLE EARTHRISE
THOMAS GIBBS
LYNN ROWE
RONALD SMITH
GERI STEPHENS
CIERRA STOVER
INA SWINGER

This appointment shall be effective until midnight December 31, 2023.

IT IS SO ORDERED this 3rd day of January, 2023.

Honorable LaTisha Dear Jackson
Chief and Administrative Judge
DeKalb County Superior Court
Stone Mountain Judicial Circuit