# AFFIDAVIT OF SERVICE

| Case:<br>23A02821 | Court:<br>State Court of Dekalb County | County:<br>Dekalb, GA | Job:<br>9101345 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Shelanda Thomas | | Defendant / Respondent:<br>U.S. Roadways Enterprises Inc; United Specialty Insurance Company; John Doe Company; and John Doe | |
| Received by:<br>CGA Solutions | | For:<br>Witherite Law Group, LLC | |
| To be served upon:<br>U.S. Roadways Enterprises Inc c/o Truck Process Agents of America Inc, Registered Agent | | | |

I, Thomas David Gibbs III, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Amy Cunningham, Truck Process Agents of America, Inc.: 410 E. Taylor St Suite G, Griffin, GA 30223
**Manner of Service:** Registered Agent, Jun 29, 2023, 4:32 pm EDT
**Documents:** Summons, Complaint for Damages, Plaintiff's First Interrogatories, First Request for Production of Documents, and First Request for Admissions to Defendant U.S. Roadways Enterprises Inc (Received Jun 27, 2023 at 3:13pm EDT)

**Additional Comments:**
1) Successful Attempt: Jun 29, 2023, 4:32 pm EDT at Truck Process Agents of America, Inc.: 410 E. Taylor St Suite G, Griffin, GA 30223 received by Amy Cunningham. Age: 40-45; Ethnicity: Caucasian; Gender: Female; Weight: 400; Height: seated; Hair: Black; ,Agent designated by Truck Process Agents of America to accept service

_____    7-5-23
Thomas David Gibbs III        Date

CGA Solutions
723 Main Street
Stone Mountain, GA 30083
866-217-8581

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

7-5-23                    12-27-24
Date                      Commission Expires

[Notary Seal: AMMY MERAZ, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA]

# IN THE STATE COURT OF DEKALB COUNTY
# STATE OF GEORGIA

RE:   Permanent Process Servers

### STANDING ORDER

Pursuant to O.C.G.A. § 9-11-4 (c), this Court provides herein that any person who has completed the application process for appointment as a permanent process server in the Superior Court of DeKalb County in 2023, and has been appointed as a permanent process server in said Court for 2023 shall be deemed to be appointed as a permanent process server in the State Court of DeKalb County. Permanent process servers wishing to rely upon this order shall be required to attach a copy of their Superior Court order of appointment to any affidavit of service that is required to be filed with the Court. All appointments arising pursuant to this order shall be effective until midnight, December 31, 2023.

SO ORDERED, this _13_ day of December 2022.

_____
Wayne M. Purdom, Chief Judge

FILED IN THIS OFFICE
THIS __ DAY OF Dec 2022
_____
Clerk, State Court, DeKalb County

FILED 1/6/2023 9:16 AM CLERK OF SUPERIOR COURT DEKALB COUNTY GEORGIA

# IN THE SUPERIOR COURT OF DEKALB COUNTY
## STATE OF GEORGIA

IN RE:

| | |
|---|---|
| MOTION FOR APPOINTMENT AS PERMANENT PROCESS SERVER | CIVIL ACTION FILE NUMBER: 23MPR1021 |

PURSUANT TO O.C.G.A. §9-11-4(c)

### ORDER APPOINTING PERMANENT PROCESS SERVER FOR CALENDAR YEAR 2023

The foregoing motion having been read and considered; it is HEREBY ORDERED that the following individual(s) is/are appointed as a permanent process server pursuant to O.C.G.A. §9-11-4(c):

KAYLA BRIDGES
SHEMIKA BRYANT
ROCHELLE EARTHRISE
THOMAS GIBBS
LYNN ROWE
RONALD SMITH
GERI STEPHENS
CIERRA STOVER
INA SWINGER

This appointment shall be effective until midnight December 31, 2023.

IT IS SO ORDERED this 3rd day of January, 2023.

_____
Honorable LaTisha Dear Jackson
Chief and Administrative Judge
DeKalb County Superior Court
Stone Mountain Judicial Circuit