# California
*Secretary of State*

**Business**  UCC

Login

## Home
## Search
## Forms
## Help

# Business Search

The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

**Basic Search**

A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number.

Skip to main content

## U.S. ROADWAYS ENTERPRISES, INC. (3541184)



Request Certificate

| | |
|---|---|
| Initial Filing Date | 03/05/2013 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Stock Corporation - CA - General |
| Principal Address | 9100 9TH ST STE 150 RANCHO CUCAMONGA, CA 91737 |
| Mailing Address | 9100 9TH ST STE 150 RANCHO CUCAMONGA,CA91737 |
| Statement of Info Due Date | 03/31/2024 |
| Agent | Individual AJIT S JOHAL 8300 UTICA AVE STE # 283 RANCHO CUCAMONGA, CA 91730 |

  

View History        Request Access