# GEORGIA CORPORATIONS DIVISION

**GEORGIA SECRETARY OF STATE**
**BRAD RAFFENSPERGER**

HOME (/)

# BUSINESS SEARCH

## BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | United Specialty Insurance Company | Control Number: | 18068975 |
| Business Type: | Foreign Profit Corporation | Business Status: | Active/Compliance |
| NAICS Code: | Finance and Insurance | NAICS Sub Code: | All Other Insurance Related Activities |
| Principal Office Address: | 1900 L. Don Dodson Dr, Bedford, TX, 76021, USA | Date of Formation / Registration Date: | 4/5/2018 |
| Jurisdiction: | Delaware | Last Annual Registration Year: | 2023 |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | C T Corporation System |
| Physical Address: | 289 S. Culver St., Lawrenceville, GA, 30046-4805, USA |
| County: | Gwinnett |

## OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| David M. Cleff | Secretary | 1900 L. Don Dodson Drive, Bedford, TX, 76021, USA |
| Justin Broussard | CFO | 4521 Highwoods Pkwy, Glen Allen, VA, 23060, USA |
| Matthew A. Freeman | CEO | 1900 L. Don Dodson Dr, Bedford, TX, 76021, USA |

Back    Filing History    Name History

Return to Business Search