**EXHIBIT 2:** INFRINGEMENT #1
URL: https://bravaldocapitaladvisors.com/2019/07/2019-first-half-update/

