# Exhibit B



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 08/28/2014 | 201423901372 | CONVERSION WITHIN SOS RECORDS (CVS) | 125.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Receipt
This is not a bill. Please do not remit payment.

DANIEL TODOROVSKI
4804 TUTTLES WOODS DR
DUBLIN, OH 43016

# STATE OF OHIO
## CERTIFICATE

**Ohio Secretary of State, Jon Husted**
2314748

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**TRI STARS LOGISTICS, INC**

and, that said business records show the filing and recording of:

Document(s)  
**CONVERSION WITHIN SOS RECORDS**  
Effective Date: 08/26/2014

Document No(s):  
201423901372

CHANGE TO DOMESTIC FOR PROFIT

United States of America  
State of Ohio  
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 28th day of August, A.D. 2014.

*Jon Husted*  
**Ohio Secretary of State**

DOC ID ----> 201423901372



**Form 700 Prescribed by:**
**JON HUSTED**
**Ohio Secretary of State**

Central Ohio: (614) 466-3910
Toll Free: (877) SOS-FILE (767-3453)
www.OhioSecretaryofState.gov
Busserv@OhioSecretaryofState.gov

Makes checks payable to Ohio Secretary of State

**Mail this form to one of the following:**
Regular Filing (non expedite)
P.O. Box 1329
Columbus, OH 43216

Expedite Filing (**Two-business day processing time requires an additional $100.00**).
P.O. Box 1390
Columbus, OH 43216

# Certificate for Conversion for Entities Converting Within or Off the Records of the Ohio Secretary of State
### Filing Fee: $125

**(CHECK ONLY ONE (1) BOX)**

(1) ☒ Converting **Within** The Records of the Ohio Secretary of State

(2) ☐ Converting **Off** The Records of the Ohio Secretary of State
(187-VXX)

| | |
|---|---|
| Name of the converting entity | TRI STARS LOGISTICS, LLC |
| Jurisdiction of Formation | OHIO |
| Charter/Registration Number | 2314748 |

**The converting entity is a:**
**(Check Only (1) One Box)**

☒ Domestic Corporation (For-Profit or Nonprofit)
☐ Foreign Corporation (For-Profit or Nonprofit)
☐ Domestic Nonprofit Limited Liability Company
☐ Foreign Nonprofit Limited Liability Company
☒ Domestic For-Profit Limited Liability Company
☐ Foreign For-Profit Limited Liability Company

☐ Partnership
☐ Domestic Limited Partnership
☐ Foreign Limited Partnership
☐ Domestic Limited Liability Partnership
☐ Foreign Limited Liability Partnership

The converting entity hereby states that it has complied with all laws in the jurisdiction under which it exists and that those laws permit the conversion.

| | |
|---|---|
| Name of the converted entity | TRI STARS LOGISTICS, INC. |
| Jurisdiction of Formation | Ohio |

The converted entity is a:
(Check Only (1) One Box)

- [x] Domestic Corporation (For-Profit)
- [ ] Foreign Corporation (For-Profit or Nonprofit)
- [ ] Domestic Nonprofit Limited Liability Company
- [ ] Foreign Nonprofit Limited Liability Company
- [x] Domestic For-Profit Limited Liability Company
- [ ] Foreign For-Profit Limited Liability Company
- [ ] Partnership
- [ ] Domestic Limited Partnership
- [ ] Foreign Limited Partnership
- [ ] Domestic Limited Liability Partnership
- [ ] Foreign Limited Liability Partnership

Effective Date (Optional): 08/25/14
(The conversion is effective upon the filing of this certificate or on a later date specified in the certificate)

Name and address of the person or entity that will provide a copy of the declaration of conversion upon written request.

Name: Daniel Todorovski
Mailing Address: 5804 Tuttles Woods Dr
City: Dublin   State: OH   Zip Code: 43016

**Required information that must accompany conversion certificate if box 2 is checked**

If the converting entity is a domestic or foreign entity that will not be licensed in Ohio, provide the name and address of the statutory agent upon whom any process, notice or demand may be served.

Name of Statutory Agent:
Mailing Address:
City:   State: Ohio   Zip Code:

See instructions for additional filing requirements if
(1) the conversion creates a new domestic entity,
(2) the converted entity is a foreign entity that desires to transact business in Ohio; or
(3) if a domestic corporation or foreign corporation licensed in Ohio is the converting entity.

Form 700   Page 2 of 5   Last Revised: 5/14/2014

IN WITNESS WHEREOF, the conversion is authorized on behalf of the converting entity and that each person signing the certificate of conversion is authorized to do so.

**Required**
Must be signed by an authorized representative.

_[signature]_
Signature

By (if applicable)

DANIEL TODOROVSKI
Print Name


Signature


By (if applicable)


Print Name


Signature


By (if applicable)


Print Name



Form 532A Prescribed by:
# Jon Husted
Ohio Secretary of State

Central Ohio: (614) 466-3910
Toll Free: (877) SOS-FILE (767-3453)
www.OhioSecretaryofState.gov
Busserv@OhioSecretaryofState.gov

Mail this form to one of the following:

Regular Filing (non expedite)
P.O. Box 670
Columbus, OH 43216

Expedite Filing (Two-business day processing time requires an additional $100.00).
P.O. Box 1390
Columbus, OH 43216

2014 AUG 26 AM 11:06

# Initial Articles of Incorporation
(For Profit, Domestic Corporation)
Filing Fee: $125
(113 - ARF)

**First:** Name of Corporation  TRI STARS LOGISTICS INC.
(Name must include the following word or abbreviation: company, co., corporation, corp., incorporated, or inc.)

**Second:** Location of Principal office in Ohio
City: DUBLIN    State: Ohio
County: FRANKLIN

**Effective Date (Optional):** 08/25/2014  mm/dd/yyyy
(The legal existence of the corporation begins upon the filing of the articles or on a later date specified that is not more than ninety days after filing)

**Third:** The number of shares which the corporation is authorized to have outstanding. (Please state if shares are common or preferred and their par value, if any.)

Number of Shares: 1    Type: Common Stock    Par Value: 0.00

**Fourth:** If the corporation is to have an initial stated capital, please state the amount of that stated capital
Amount: $0.00

**Note:** ORC Chapter 1701 allows additional provisions to be included in the Articles of Incorporation that are filed with this office. If including any of these additional provisions, please do so by including them in an attachment to this form.**

Form 532A    Page 1 of 3    Last Revised: 5/14/2014

## ORIGINAL APPOINTMENT OF STATUTORY AGENT

The undersigned, being at least a majority of the incorporators of **TRI STARS LOGISTICS, INC** hereby appoint the following to be statutory agent upon whom any process, notice or demand required or permitted by statute to be served upon the corporation may be served. The complete address of the agent is

**Name:** DANIEL TODOROVSKI

**Mailing Address:** 4804 Tuttles Woods Dr.

**City:** Dublin   **State:** Ohio   **Zip Code:** 43016

Must be signed by the Incorporators or a majority of the incorporators

Signature: [signed]

Signature:

Signature:

### ACCEPTANCE OF APPOINTMENT

The Undersigned, **DANIEL TODOROVSKI**, named herein as the
Statutory Agent Name

Statutory agent for **TRI STARS LOGISTICS, INC.**
Corporation Name

hereby acknowledges and accepts the appointment of statutory agent for said corporation.

Statutory Agent Signature: [signed]
Individual Agent's Signature/Signature on Behalf of Business Serving as Agent

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**Required**
Articles and original appointment of agent must be signed by the incorporator(s).

If the incorporator is an individual, then they must sign in the "signature" box and print his/her name in the "Print Name" box.

If the incorporator is a business entity, not an individual, then please print the entity name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print his/her name and title/authority in the "Print Name" box.

Signature: [signed]

By:

Print Name: DANIEL TODOROVSKI

Signature:

By:

Print Name:

Signature:

By:

Print Name:

Form 532A    Page 3 of 3    Last Revised: 5/14/2014



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 11/20/2020 | 202032501938 | SUBSEQUENT AGENT APPOINTMENT (AGS) | 25.00 | | | | 0 |

## Receipt
This is not a bill. Please do not remit payment.

ELI TAX SERVICE, INC.
2900 W IRVING PARK RD
STE C2
CHICAGO, IL, 60618

# STATE OF OHIO
## CERTIFICATE

### Ohio Secretary of State, Frank LaRose
### 2314748

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**TRI STARS LOGISTICS, INC**

and, that said business records show the filing and recording of:

Document(s)                                                                 Document No(s):
**SUBSEQUENT AGENT APPOINTMENT**                                            202032501938
　　　　　　　　　　　　　　Effective Date:   11/20/2020



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 20th day of November, A.D. 2020.

**Ohio Secretary of State**

Form 521 Prescribed by:



Date Electronically Filed: 11/20/2020

Toll Free: 877.767.3453  |  Central Ohio: 614.466.3910

OhioSoS.gov  |  business@OhioSoS.gov

File online or for more information: OhioBusinessCentral.gov

# Statutory Agent Update
## Filing Fee: $25
### Form Must Be Typed

**(CHECK ONLY ONE(1) BOX)**

**(1) Subsequent Appointment of Agent**
- ☉ Corp (165-AGS)
- ☐ LP (165-AGS)
- ☐ LLC (171-LSA)
- ☐ Business Trust (171-LSA)
- ☐ Real Estate Investment Trust (171-LSA)

**(2) Change of Address of an Agent**
- ☐ Corp (145-AGA)
- ☐ LP (145-AGA)
- ☐ LLC (144-LAD)
- ☐ Business Trust (144-LAD)
- ☐ Real Estate Investment Trust (144-LAD)

**(3) Resignation of Agent**
- ☐ Corp (155-AGR)
- ☐ LP (155-AGR)
- ☐ LLC (153-LAG)
- ☐ Partnership (153-LAG)
- ☐ Business Trust (153-LAG)
- ☐ Real Estate Investment Trust (153-LAG)

Name of Entity: **TRI STARS LOGISTICS, INC**

Charter, License or Registration No.: **2314748**

Name of Current Agent: **DANIEL TODOROVSKI**

**Complete the information in this section if box (1) is checked**

Name and Address of New Agent:

**LEONOR MELENDEZ**
Name of Agent

**4862 PLEASANT VALLEY DR**
Mailing Address

**COLUMBUS** | **OH** | **43220**
City | State | ZIP Code

**Complete the information in this section if box (1) is checked and business is an Ohio entity**

ACCEPTANCE OF APPOINTMENT FOR DOMESTIC ENTITY'S AGENT

The Undersigned, LEONOR MELENDEZ , named herein as the
Name of Agent

statutory agent for TRI STARS LOGISTICS, INC , hereby acknowledges
Name of Business Entity

and accepts the appointment of statutory agent for said entity.

Signature: LEONOR MELENDEZ

Individual Agent's Signature/Signature on behalf of Business Serving as Agent

---

**Complete the information in this section if box (2) is checked**

New Address of Agent

Mailing Address

City | State: OH | ZIP Code

---

**Complete the information in this section if box (3) is checked**

The agent of record for the entity identified on page 1 resigns as statutory agent.

Current or last known address of the entity's principal office where a copy of this Resignation of Agent was sent as of the date of filing or prior to the date filed.

Mailing Address

City | State | Zip Code

---

**By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.**

**Required**

Agent update must be signed by an authorized representative (see instructions for specific information).

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

LEONOR MELENDEZ
Signature

By (if applicable)

Print Name

Signature

By (if applicable)

Print Name



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | CERT | COPY |
|---|---|---|---|---|---|---|
| 01/19/2021 | 202101106302 | AMENDMENT TO ARTICLES (AMD) | 50.00 | 0.00 | 0.00 | 0.00 |

## Receipt
This is not a bill. Please do not remit payment.

ELI TAX SERVICE, INC.
2900 W IRVING PARK RD
STE C2
CHICAGO, IL 60618

# STATE OF OHIO
## CERTIFICATE

**Ohio Secretary of State, Frank LaRose**
2314748

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**TRI STARS LOGISTICS, INC**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|---|---|
| **AMENDMENT TO ARTICLES** | 202101106302 |

Effective Date:   01/12/2021



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 19th day of January, A.D. 2021.

**Ohio Secretary of State**

Form 540 Prescribed by:



Toll Free: 877.767.3453  |  Central Ohio: 614.466.3910

OhioSoS.gov  |  business@OhioSoS.gov

File online or for more information: OhioBusinessCentral.gov

# Certificate of Amendment
## (For-Profit, Domestic Corporation)
## Filing Fee: $50
## Form Must Be Typed

**Check appropriate box:**

☒ Amendment to existing Articles of Incorporation (125-AMDS)

☐ Amended and Restated Articles (122-AMAP) - The following articles supersede the existing articles and all amendments thereto.

**Complete the following information:**

Name of Corporation: TRI STARS LOGISTICS, INC

Charter Number: 2314748

**Check one box below and provide information as required:**

☐ The articles are hereby amended by the **Incorporators**. Pursuant to Ohio Revised Code section 1701.70(A), incorporators may adopt an amendment to the articles by a writing signed by them if initial directors are not named in the articles or elected and before subscriptions to shares have been received.

☐ The articles are hereby amended by the **Directors.** Pursuant to Ohio Revised Code section 1701.70(A), directors may adopt amendments if initial directors were named in articles or elected, but subscriptions to shares have not been received. Also, Ohio Revised Code section 1701.70(B) sets forth additional cases in which directors may adopt an amendment to the articles.

The resolution was adopted pursuant to Ohio Revised Code section 1701.70(B) ____
(In this space insert the number 1 through 10 to provide basis for adoption.)

☒ The articles are hereby amended by the **Shareholders** pursuant to Ohio Revised Code section 1701.71.

☐ The articles are hereby amended and restated pursuant to Ohio Revised Code section 1701.72.

Form 540                                    Page 1 of 2                    Last Revised: 06/2019

**If you are amending the total number of shares, please complete this box so the appropriate filing fee is charged.**

Total number of shares previously listed in the Articles or other Amendments with the Ohio Secretary of State:

With the submission of this amendment, NEW total number of shares:

**A copy of the resolution of amendment is attached to this document.**

Note: If amended articles were adopted, they must set forth all provisions required in original articles except that articles amended by directors or shareholders need not contain any statement with respect to initial stated capital. See Ohio Revised Code section 1701.04 for required provisions.

**By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.**

**Required**

Must be signed by all incorporators, if amended by incorporators, or an authorized officer if amended by directors or shareholders, pursuant to Ohio Revised Code section 1701.73(B) and (C).

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

DALIBOR GINOVSKI
Signature

By (if applicable)

DALIBOR GINOVSKI
Print Name

LEONOR MELENDEZ
Signature

By (if applicable)

LEONOR MELENDEZ
Print Name

Form 540 | Page 2 of 2 | Last Revised: 06/2019

Tri Stars Logistics, Inc.
4862 Pleasant Valley Dr
Columbus, OH 43220
EIN: 47-1740246

Columbus, 01/11/2021

Ohio Secretary of State

Re: Resolution of Amend
    Charter Number: **2314748**

Pursuant of Ohio Revised Code section 1701.73 shareholders decided to Amend:

1. Remove: Daniel Todorovski – President, 4862 Pleasant Valley Dr, Columbus, OH 43220
2. Add: Dalibor Ginovski – President, 4862 Pleasant Valley Dr, Columbus, OH 43220
3. Add: Leonor Melendez – Director, 4862 Pleasant Valley Dr, Columbus, OH 43220

Thank you

Dalibor Ginovski

President of Tri Stars Logistics, Inc.

Tri Stars Logistics, Inc.
4862 Pleasant Valley Dr
Columbus, OH 43220
EIN: 47-1740246

Columbus, 01/11/2021

Ohio Secretary of State

Re: Resolution of Amend
    Charter Number: **2314748**

Pursuant of Ohio Revised Code section 1701.73 shareholders decided to Amend:

1. Remove: Daniel Todorovski – President, 4862 Pleasant Valley Dr, Columbus, OH 43220
2. Add: Dalibor Ginovski – President, 4862 Pleasant Valley Dr, Columbus, OH 43220
3. Add: Leonor Melendez – Director, 4862 Pleasant Valley Dr, Columbus, OH 43220

Thank you

Dalibor Ginovski

_____
President of Tri Stars Logistics, Inc.