# Exhibit C



GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

HOME (/)

# BUSINESS SEARCH

## BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **SENTRY SELECT INSURANCE COMPANY** | Control Number: | **J717984** |
| Business Type: | **Foreign Insurance Company** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **1800 NORTH POINT DR, STEVENS POINT, WI, 54481, USA** | Date of Formation / Registration Date: | **3/7/1941** |
| Jurisdiction: | **Wisconsin** | Last Annual Registration Year: | **2023** |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **C T Corporation System** |
| Physical Address: | **289 S Culver St, Lawrenceville, GA, 30046-4805, USA** |
| County: | **Gwinnett** |

## OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Scott A. Miller | CEO | 1800 North Point Drive, Stevens Point, WI, 54481, USA |
| Timothy Kovac | Secretary | 1800 North Point Drive, Stevens Point, WI, 54481, USA |
| Todd M. Schroeder | CFO | 1800 North Point Drive, Stevens Point, WI, 54481, USA |

Back     Filing History     Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/

© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19     Report a Problem?