# Exhibit E

State Court of Fulton County
**E-FILED**
23EV003347
7/28/2023 5:58 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TORRION HOUSTON<br><br>　　　Plaintiff,<br><br>v.<br><br>SENTRY SELECT INSURANCE COMPANY, TRI STARS LOGISTICS, INC., AND PATRICK DORLEAN<br><br>　　　Defendants. | CIVIL ACTION<br>FILE NO.: 23EV003347 |

## NOTICE OF FILING NOTICE OF REMOVAL

COME NOW Defendants SENTRY SELECT INSURANCE COMPANY, TRI STARS LOGISTICS, INC. and PATRICK DORLEAN and hereby files this Notice of Filing of a Notice of Removal of the above-styled civil action to the United States District Court, for the Northern District of Georgia, Atlanta Division. A copy of the Notice of Removal filed with the United States District Court is attached hereto as Exhibit "1". Pursuant to 28 U.S.C. § 1446(d), all future proceedings in this Court are stayed.

Respectfully submitted this 28th day of July 2023.

　　　　　　　　　　　　　　　　　　　　MCMICKLE, KUREY & BRANCH, LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Andrew E. Feske*
　　　　　　　　　　　　　　　　　　　　SCOTT W. MCMICKLE
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 497779
　　　　　　　　　　　　　　　　　　　　ANDREW E. FESKE
217 Roswell Street, Suite 200　　　　　　Georgia Bar No. 103245
Alpharetta, GA 30009　　　　　　　　　　*Attorneys for Defendants*
Telephone: 678-824-7800
Facsimile: 678-824-7801
Emails: SWM@mkblawfirm.com
　　　　AFeske@mkblawfirm.com

M1071491.1 16618

## **CERTIFICATE OF SERVICE**

This is to certify that on this date I have electronically filed the foregoing **NOTICE OF FILING NOTICE OF REMOVAL**, with the Clerk of the Court using the Odyssey e-Filing system, which will automatically send a notification attaching same to:

M. Jared Easter, Esq.
A. Joel Williams, Esq.
Chase Elleby, Esq.
WILLIAMS ELLEBY
3450 Acworth Due West Road, Suite 610
Kennesaw, GA 30144
***Counsel for Plaintiff***

This 28th day of July 2023.

                                                  */s/ Andrew E. Feske*
                                                ANDREW E. FESKE
                                                For the Firm

-3-

# EXHIBIT "1"

**Notice of Removal Filed in Federal Court**

**Superior Court Pleadings Previously Filed
Have been excluded from this Filing**