# EXHIBIT "B"

IN THE SUPERIOR COURT OF DOUGLAS COUNTY
STATE OF GEORGIA

| | |
|---|---|
| CHAPEL HILLS COMMUNITY ASSOCIATION, INC. | ) ) CIVIL ACTION FILE NO.: |
| Plaintiff, | ) ) 23CV00694 |
| vs. | ) ) |
| TERRY EVANS, | ) ) |
| Defendant. | ) ) |

## NOTICE OF FILING NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

TO:   CLERK, SUPERIOR COURT OF DOUGLAS COUNTY

COMES NOW CHAPEL HILLS COMMUNITY ASSOCIATION, INC., plaintiff in the above-styled civil action, and pursuant to 28 U.S.C. § 1446(d), hereby notifies the Clerk of the Superior Court of Douglas County of the filing of a Notice of Removal in this action in the United States District Court for the Northern District of Georgia, Atlanta Division, a copy of which is attached hereto.

Respectfully submitted, this 31st day of July , 2023.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

/s/ *Sunshine R. Nasworthy*
Sunshine R. Nasworthy
Georgia Bar No. 564888
Email: snasworthy@cmlawfirm.com
Direct Dial: 678-684-2136

*/s/ Sean Keenan*
Sean Keenan
Georgia Bar No. 523871
Email:  skeenan@cmlawfirm.com
Direct Dial:  678-684-2154
*(Attorneys for Plaintiff on the counterclaim)*

275 Scientific Drive
Suite 2000
Peachtree Corners, GA 30092

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day filed the within and foregoing **NOTICE OF FILING OF REMOVAL TO THE UNITED STATES DISTRICT COURT** with the Clerk of Court using the PeachCourt file and serve system.

I FURTHER CERTIFY that I have this day served a copy of the above-referenced pleading, via U.S. Mail, upon the following:

>David A. Wilson
>Payum James Hamraie
>THE WILSON FIRM, LLC
>12461 Veterans Memorial Hwy, #580
>Douglasville, GA 30134
>da@wilsonfirmatlanta.com
>james@wilsonfirmatlanta.com
>*(Attorneys for Defendant)*

>Victor J. Harrison
>HARRISON LAW, LLC
>P.O. Box 1495
>Douglasville, GA 30133
>victorharrison@westgalaw.com
>*(Attorney for Plaintiff)*

Respectfully submitted, this 31st day of July, 2023.

>**Cruser, Mitchell, Novitz, Sanchez,
>Gaston & Zimet, LLP**
>
>*/s/ Sunshine R. Nasworthy*
>Sunshine R. Nasworthy
>Georgia Bar No. 564888