# EXHIBIT 3









**jewelryunlimited** • Follow
Jewelry Unlimited

**jewelryunlimited** Which setup you rocking?
Edited · 27w

**billionaireburke** ✔ D!
27w   18 likes   Reply

**roadrunnario** ✔ A & C
27w   1 like   Reply

**fastmoneydevo** A
27w   6 likes   Reply

**smoove.ken** That A is me 100%
27w   1 like   Reply

**swindle1k** A Easy😂
27w   12 likes   Reply

**lilmexicohov** "D"
27w   2 likes   Reply

**totaswrld** D for sure 😍😍
27w   1 like   Reply

**_frozen.paint** C...Prezi Rolex Emerald cut still aint seen a watch like this Junt
27w   1 like   Reply

**choozmoor** D
27w   1 like   Reply

**papitrulo_** Shit all of em 😩
27w   1 like   Reply

3,144 likes
DECEMBER 3, 2022

Add a comment...

