# EXHIBIT 10









552349 Crown Logo