# EXHIBIT 11







6055051 Crown Logo



6055051 SUPERLATIVE CHRONOMETER OFFICIALLY CERTIFIED



6055051 Bezel back