IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ROLEX WATCH U.S.A., INC., <br>    Plaintiff, <br>  v. <br><br> JEWELRY UNLIMITED, INC. and WAFI <br> AMIN LALANI, <br><br>    Defendants. | ) <br> ) <br> )   CIVIL ACTION FILE NO. <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to L.R. 3.3, Plaintiff Rolex Watch U.S.A., Inc. files this Certificate of Interested Persons and Corporate Disclosure Statement and shows as follows:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

Rolex Watch U.S.A., Inc.  Rolex is not a publicly held corporation, and no publicly held corporation owns any of its stock. Rolex Watch U.SA., Inc. is a wholly-owned subsidiary of Rolex Industries, Inc.

Jewelry Unlimited, Inc.

Wafi Amin Lalani

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

Rolex Watch U.S.A., Inc.

Jewelry Unlimited, Inc.

Wafi Amin Lalani

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

*Counsel for Plaintiff Rolex Watch U.S.A., Inc.*

Joel D. Bush, II
Georgia Bar No. 098775
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street N.E., Suite 2800
Atlanta, GA  30309-4528

Brian W. Brokate
*Pro Hac Vice Application to be Filed*
Beth Frenchman
*Pro Hac Vice Application to be Filed*
Jeffrey E. Dupler
*Pro Hac Vice Application to be Filed*
Maja Szumarska
*Pro Hac Vice Application to be Filed*

Gibney, Anthony & Flaherty LLP
650 Fifth Avenue
New York, New York 10019
Telephone: (212) 688-5151

Theodore C. Max
*Pro Hac Vice Application to be Filed*
Tyler E. Baker
*Pro Hac Vice Application to be Filed*
Sheppard Mullin Richter &
Hampton LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700

    (4)    This action is not based on diversity under 28 U.S.C. § 1332(a).

Respectfully submitted, this 31st day of July, 2023.

             s/Joel D. Bush, II_____
             Joel D. Bush, II
             Georgia Bar No. 098775
             KILPATRICK TOWNSEND & STOCKTON
               LLP
             1100 Peachtree Street N.E., Suite 2800
             Atlanta, GA  30309-4528
             Phone:  (404)815-6500
             Fax:    (404)815-6555

             Brian W. Brokate
             *Pro Hac Vice Application to be Filed*
             Beth Frenchman
             *Pro Hac Vice Application to be Filed*
             Jeffrey E. Dupler
             *Pro Hac Vice Application to be Filed*
             Maja Szumarska
             *Pro Hac Vice Application to be Filed*

Gibney, Anthony & Flaherty LLP
650 Fifth Avenue
New York, New York 10019
Telephone: (212) 688-5151

Theodore C. Max
*Pro Hac Vice Application to be Filed*
Tyler E. Baker
*Pro Hac Vice Application to be Filed*
Sheppard Mullin Richter &
Hampton LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700

*Counsel for Plaintiff Rolex Watch U.S.A., Inc.*