

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
365 NORTHRIDGE ROAD, SUITE 230
ATLANTA, GA 30350
P: (770) 650-8737 • F: (770) 650-8797

June 23, 2023

*<u>Via U.S. Mail, Certified Mail, and Facsimile Delivery</u>*
U.S. Auto Sales, Inc.
919 N. Market Street, Suite 225
Wilmington, DE 19801-1120
Attn: Capital Markets
Fax: 770-280-2790

*<u>Via U.S. Mail and Certified Mail</u>*
U.S. Auto Sales, Inc.
Christian Rudolph, CFO
1855 Satellite Blvd
Duluth, GA 30097

**Re:** **<u>Notice of Overdrafts; Demand for Funds to Cover Overdrafts and Other Information</u>**

To Whom It May Concern:

We are counsel to Wells Fargo Bank, N.A. (the "Bank") with respect to deposit accounts at the Bank in the name of U.S. Auto Sales, Inc. (the "Company"), including without limitation the deposit account ending in account number xxxxxx1895 (the "Deposit Account"). Bob Anderson (limited), Colin Bachinsky, Mairaaj Hassan, Timothy Orkins (limited), Matt Reynolds and J Christian Rudolph are the "Authorized Signers" under such Deposit Account. Capitalized terms not otherwise defined herein are given the same meaning as in the Commercial Account Agreement and the Master Agreement for Treasury Management Services governing the Deposit Account.

To date, requests for the withdrawal of funds have caused the Deposit Account to become overdrawn in an amount not less than $1,518,459.68 (collectively, "Overdrafts"). The Bank is not obligated in any way to honor payment of any Overdrafts. This letter is to notify U.S. Auto Sales, Inc., and the Authorized Signer that the Bank is not honoring the payment of any further Overdrafts or any attempted withdrawals or payments from the Deposit Account or any other account that U.S. Auto Sales, Inc. maintains at the Bank. U.S. Auto Sales, Inc. is further advised that the Bank has placed a hold on the Deposit Account and all other accounts that U.S. Auto Sales, Inc. maintains at the Bank pursuant to the Commercial Account Agreement for all purposes other than for receiving incoming deposits. Pursuant to the Commercial Account Agreement, all Overdrafts are **<u>immediately</u>** due and payable by June 30, 2023, to the Bank, and U.S. Auto Sales, Inc. is also responsible for paying the Bank all attorneys' fees and other costs and expenses the Bank has incurred in recovering the Overdrafts.

**The Bank hereby demands that by not later than <u>June 30, 2023</u>, <u>U.S. Auto Sales, Inc.</u> shall deposit sufficient funds, in immediately available cash or cash equivalents (including by wire transfer) to the Deposit Account sufficient to bring the account to a positive balance and to repay all Overdrafts.**

Although Wells Fargo has not yet elected to exercise all its available rights and remedies under the Commercial Account Agreement and the Master Agreement for Treasury Management Services (together, the "Agreements"), Wells Fargo may immediately elect to exercise any or all of its rights and remedies. These remedies may include the commencement of litigation and the exercise of setoff rights. Any delay in the exercise thereof shall not waive, limit or condition the Bank's rights and remedies. Nothing contained herein shall constitute, or be deemed to constitute, a waiver of any breach by acquiescence of the Agreements. The Bank hereby reserves and preserves any and all rights and remedies available to it under the Agreements and applicable law, including with respect to any other defaults that may exist at this time.

        Very truly yours,

   By:   *C. Brent Wardrop*
        C. Brent Wardrop Esq.
        Babatunde Abdulrahman Esq.