April 24, 2023

***VIA FAX & OVERNIGHT DELIVERY***


**DEMAND FOR PAYMENT OF SETTLEMENT ITEMS  - DEPOSIT ACCOUNT CONTROL AGREEMENT (ACCESS RESTRICTED AFTER NOTICE)**

Ladies and Gentlemen:

We refer you to that certain Deposit Account Control Agreement (Access Restricted After Notice) by and among US Auto Sales, Inc. (the "***Company***"), Midcap Financial Trust (the "***Secured Party***") and us dated as of the April 17th, 2019 ("***Agreement***"), a fully executed copy of which is attached hereto.  Capitalized terms used but not defined in this letter shall have the meanings given them in the Agreement.

Pursuant to Section 8 (Settlement Items) of the Agreement, we hereby demand that you pay us the Settlement Item Amounts that are owed to us in the amount of $1,992,484.17 within five (5) calendar days of the letter.  If we do not receive payment of the entire amount within that timeframe, please be advised that we reserve all rights under the Agreement, including but not limited to our right under Section 16 of the Agreement to immediately terminate the Agreement for failure to make payment when due under the Agreement.  Wells Fargo reserves all rights under the Agreement.

If you have any questions with regard to the foregoing, please communicate with the undersigned at 404-918-4701.

Very truly yours,
**WELLS FARGO BANK, NATIONAL ASSOCIATION**

By _____
Name: Brian M Calloway_____
Title:  __Relationship Manager_____

cc:    ***VIA FAX & OVERNIGHT DELIVERY***

cc:    DACA Team
       Secured Party