# EXHIBIT C

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SIMEON DELICE, | |
| Plaintiff, | CIVIL ACTION |
| | FILE NO.: 23-C-04388-S2 |
| v. | |
| NADEA TRUCKING, LLC, GREAT WEST CASUALTY INSURANCE COMPANY AND HAMZA ALHAYEK, | |
| Defendants. | |

## NOTICE OF FILING NOTICE OF REMOVAL

Notice is hereby given of the filing of a Notice of Removal of the above-styled civil action to the United States District Court, for the Northern District of Georgia, Atlanta Division. A copy of the Notice of Removal filed with the United States District Court, excluding pleadings previously filed in this matter, is attached hereto as Exhibit "A." Pursuant to 28 U.S.C. § 1446(d), all future proceedings in this Court are stayed.

This 31st day of July, 2023.

                                        MCMICKLE, KUREY & BRANCH, LLP

                                        */s/ Roberta Ann Henderson*
                                        KEVIN P. BRANCH
                                        Georgia Bar No. 111839
                                        ROBERTA ANN HENDERSON
                                        Georgia Bar No. 346059
                                        *Attorneys for Defendants*

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone:    (678) 824-7800
Facsimile:    (678) 824-7801
Email: kpb@mkblawfirm.com
         bhenderson@mkblawfirm.com

M1072066.1 16662

- 2 -

## **CERTIFICATE OF SERVICE**

This is to certify that on this date I have electronically filed the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** with the Clerk of the Court using the *Odyssey eFileGA* e-Filing system, which will automatically send a notification attaching same thereon to the following counsel of record:

Hector J. Rojas, Esq.
MORGAN & MORGAN (MARIETTA)
1350 Church Street Extension NE,
Suite 300
Marietta, GA 30060
hrojasjrg@forthepeople.com

This 31st[h] day of July, 2023.

                                            */s/ Roberta Ann Henderson*
                                            Roberta Ann Henderson
                                            For the Firm

# EXHIBIT A

M0837355.1 0041

IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SIMEON DELICE, | |
| Plaintiff, | CIVIL ACTION FILE NO.: _____ |
| v. | |
| NADEA TRUCKING, LLC, GREAT WEST CASUALTY INSURANCE COMPANY AND HAMZA ALHAYEK, | Gwinnett State Court Case No.: 23-C-04388-S2 |
| Defendants. | |

## DEFENDANT GREAT WEST CASUALTY COMPANY'S NOTICE OF REMOVAL

COME NOW, Defendant Great West Casualty Company (incorrectly named "Great West Casualty Insurance Company" in Plaintiff's Complaint), (hereinafter "Defendant GWCC"), by and through its counsel of record, and without waiving any defenses as to jurisdiction or proper party, hereby files this Notice of Removal, respectfully showing the Court as follows:

1.

This is a personal injury action filed by Plaintiff Simeon Delice ("Plaintiff") against Defendants in the State Court of Gwinnett County, State of Georgia, Civil Action File No. 23-C-04388-S2. It arises from a motor vehicle accident that

occurred in Bibb County, Georgia. A copy of the Complaint and state court filings are attached hereto as Exhibit "A." Defendant Great West Casualty Company's Answer to Plaintiff's Complaint is attached hereto as Exhibit "B."

## Complete Diversity Jurisdiction Exists

2.

Upon information and belief, Plaintiff is a citizen of the State of Florida.

1.

At the time of the filing of the Complaint, Defendant Alhayek was, and currently is, a citizen and resident of the State of Tennessee, residing at 141 Neese Drive, Apt. W472, Nashville, TN 37211.

3.

Defendant Nadea Trucking is a Tennessee corporation whose principal place of business is in the State of Tennessee, at 20 E. Thompson Ln. Nashville, TN 37211-2514l. Nadea Trucking's Registered Agent is Saleh M. Alhayek, located at 20 E. Thompson Lane, Nashville, Tennessee 37211.

4.

Defendant GWCC is a Nebraska corporation whose principal place of business is in the State of Nebraska, at 1100 West 29th Street, South Sioux City, NE 68766-0277. Defendant GWCC's registered agent in Georgia is Corporation

Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092.

5.

Defendant GWCC has a good faith basis to believe that the amount in controversy exceeds $75,000.00.  Plaintiff has pled claims of suffering serious injuries and extensive damage to his vehicle, as well as claims of suffering and continuing to suffer past, present and future physical and mental pain and suffering; past, present and future loss of enjoyment of life; past, present and future loss of earnings and income; past, present and future loss of ability to labor and earn money, as well as other damages. (Pl. Cmplt., § 24).  Plaintiff further included in his Prayer for Relief that Plaintiff recover "special and general damages."  (Id., Prayer for Relief).  Defendants accordingly believe that Plaintiff intends to seek damages which exceed $75,000.00.[1]

6.

This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1332(a) because complete diversity exists between the parties and the amount in controversy, exclusive of interests and costs, exceeds $75,000.00.

**Removal is Timely**

7.

With respect to removal on the basis of diversity jurisdiction, this removal is timely because it has been filed within thirty (30) days of any Defendant being served. This Notice of Removal is also timely because it is filed within thirty (30) days after receipt by Defendant GWCC of a copy of the initial pleading setting forth the claim upon which this action is based. 28 U.S.C. § 1446(b). The parties being fully diverse, this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

**Venue is Proper in the Northern District**

8.

The United States District Court for the Northern District of Georgia is the proper venue for removal under 28 U.S.C. § 1441(a) because the Northern District, Atlanta Division, encompasses Fulton County. See, 28 U.S.C. § 90(a)(2).

**The Unanimity Requirement is Met**

9.

The Supreme Court has construed the removal statutes to require all defendants in a case to consent to removal, thus creating the so-called "unanimity requirement." See, Russell Corp. v. Am. Home Assurance Co., 264 F.3d 1040, 1050 (11th Cir. 2001), citing Chicago, Rock Island, & Pac. Ry. Co. v. Martin, 178 U.S.

245, 247-48 (1900)).  Defendants are all represented by the undersigned counsel, and consent to removal of this case to this Court.

## **Removal is Proper**

10.

No previous application for the relief sought herein has been made to this or any other Court.

11.

Good and sufficient defenses to Plaintiff's claims exist.

12.

Now, within thirty (30) days after service on Defendant GWCC, notice is hereby given in accordance with 28 U.S.C. § 1446 and pursuant to Rule 11, Federal Rules of Civil Procedure, of the removal of said action to this Court.

13.

Defendant GWCC has given written notice of the filing of the Notice of Removal to Plaintiff and to the Clerk of State Court of Gwinnett County.  A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "D."

WHEREFORE, it is hereby requested that this Court grant the removal of this case to the United States District Court for the Northern District of Georgia, in which district this suit is pending.

Respectfully submitted this 31st day of July, 2023.

                                  MCMICKLE, KUREY & BRANCH, LLP

                                  */s/ Roberta Ann Henderson*
                                  KEVIN P. BRANCH
                                  Georgia Bar No. 111839
                                  ROBERTA ANN HENDERSON
                                  Georgia Bar No. 346059
                                  *Attorneys for Defendants*

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone:  (678) 824-7800
Facsimile:   (678) 824-7801
Email: kpb@mkblawfirm.com
        bhenderson@mkblawfirm.com

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C. This document has been prepared in Times New Roman font, 14-point.

*/s/ Roberta Ann Henderson*
ROBERTA ANN HENDERSON

For the Firm

## **CERTIFICATE OF SERVICE**

This is to certify that on this date I have electronically filed the foregoing **DEFENDANT GREAT WEST CASUALTY COMPANY'S NOTICE OF REMOVAL** with the Clerk of the Court using the *PACER CM/ECF* system, which will automatically send a notification attaching same thereon to the following counsel of record:

Hector J. Rojas, Esq.
MORGAN & MORGAN (MARIETTA)
1350 Church Street Extension NE,
Suite 300
Marietta, GA 30060
hrojasjrg@forthepeople.com

This 31st day of July, 2023.

*/s/ Roberta Ann Henderson*
ROBERTA ANN HENDERSON
For the Firm
