# Exhibit 1



Return to IDX:
4145 SW Watson Ave
Suite 400
Portland, OR 97005

E 10581 T34 P1 2 ••••••••••••••••••••AUTO**5-DIGIT 32202
Christin Fowler

Enrollment Code: ▮▮▮▮▮

To Enroll, Scan the QR Code Below:



SCAN ME

Or Visit:
https://app.idx.us/account-creation/protect

July 12, 2023

Subject: Notice of Data Security Incident:

Dear Christin Fowler:

The Accreditation Commission for Education in Nursing, Inc. ("ACEN") is writing to inform you of a data security incident that may have affected your personal information. ACEN is a non-profit organization that accredits nursing education programs throughout the United States. Please read this letter carefully as it contains important information about the incident and resources you can utilize to protect your information.

**What Happened?** On March 9, 2023, ACEN received an email from an unknown sender who claimed to have gained unauthorized access to ACEN's computer network. After working with IT staff to ensure our network was secure, we engaged outside cybersecurity experts to conduct a forensic investigation into the legitimacy of these claims. That investigation concluded that an unknown actor gained unauthorized access to ACEN's managed file transfer server and potentially acquired certain files between February 6 and February 27, 2023. ACEN reviewed the files in detail to determine whether any personal or other sensitive data was involved. That review concluded on June 12, 2023 and confirmed that your personal information may have been impacted, which is the reason for this notification.

**What Information Was Involved?** The information that may have been accessed or acquired during the incident includes your name, as well as your Social Security number. Please note that ACEN has no evidence of any actual or attempted misuse of this information.

**What Are We Doing?** As soon as we learned of the claims of unauthorized access, we worked with IT staff to ensure our environment was secure and implemented security measures to further protect our network going forward. We also enlisted external cybersecurity experts to conduct a forensic investigation. We have reported the incident to federal law enforcement and are cooperating in their investigation to hold the perpetrators accountable.

In addition, to alleviate any concerns you may have, we are offering you 12 months of credit monitoring and identity theft protection at no cost through IDX – an expert in data breach and recovery services. These services include credit and CyberScan monitoring, a $1,000,000 insurance reimbursement policy, and fully managed identity theft recovery services. With these services, IDX will help you resolve issues if your identity is compromised. To enroll, please visit https://app.idx.us/account-creation/protect or call 1-888-220-5764 and provide the enrollment code above. The enrollment deadline is October 12, 2023.

---

[1] To receive credit monitoring services, you must be over the age of 18 and have established credit in the U.S., have a Social Security number in your name, and have a U.S. residential address associated with your credit file.