# EXHIBIT 1

GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
**BRAD RAFFENSPERGER**

HOME (/)

# BUSINESS SEARCH

## BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **ServiceTitan, Inc.** | Control Number: | **17063695** |
| Business Type: | **Foreign Profit Corporation** | Business Status: | **Active/Compliance** |
| NAICS Code: | **Any legal purpose** | NAICS Sub Code: | |
| Principal Office Address: | **801 N BRAND BLVD, SUITE 700, GLENDALE, CA, 91203, USA** | Date of Formation / Registration Date: | **5/22/2017** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2023** |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **CORPORATION SERVICE COMPANY** |
| Physical Address: | **2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA** |
| County: | **Gwinnett** |

## OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| ARA MAHDESSIAN | CEO | 801 N BRAND BLVD, SUITE 700, GLENDALE, CA, 91203, USA |
| Olive Huang | Secretary | 801 N BRAND BLVD, SUITE 700, GLENDALE, CA, 91203, USA |
| Pauline Koo | CFO | 801 N BRAND BLVD, SUITE 700, GLENDALE, CA, 91203, USA |

Back	Filing History	Name History
Return to Business Search

# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

**Annual Registration**                                    *Electronically Filed*
                                                           Secretary of State
                                                           Filing Date: 01/17/2023 09:25:15

## BUSINESS INFORMATION

| | | |
|---|---|---|
| **BUSINESS NAME** | : | ServiceTitan, Inc. |
| **CONTROL NUMBER** | : | 17063695 |
| **BUSINESS TYPE** | : | Foreign Profit Corporation |
| **JURISDICTION** | : | Delaware |
| **ANNUAL REGISTRATION PERIOD** | : | 2023 |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 801 N BRAND BLVD, SUITE 700, GLENDALE, CA, 91203, USA |
| **REGISTERED AGENT NAME** | : | CORPORATION SERVICE COMPANY |
| **REGISTERED OFFICE ADDRESS** | : | 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| ARA MAHDESSIAN | Secretary | 801 N BRAND BLVD , SUITE 700, GLENDALE, CA, 91203, USA |
| ARA MAHDESSIAN | CEO | 801 N BRAND BLVD, SUITE 700, GLENDALE, CA, 91203, USA |
| David Burt | CFO | 801 N BRAND BLVD, SUITE 700, GLENDALE, CA, 91203, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 801 N BRAND BLVD, SUITE 700, GLENDALE, CA, 91203, USA |
| **REGISTERED AGENT NAME** | : | CORPORATION SERVICE COMPANY |
| **REGISTERED OFFICE ADDRESS** | : | 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Olive Huang | Secretary | 801 N BRAND BLVD, SUITE 700, GLENDALE, CA, 91203, USA |
| ARA MAHDESSIAN | CEO | 801 N BRAND BLVD, SUITE 700, GLENDALE, CA, 91203, USA |
| Pauline Koo | CFO | 801 N BRAND BLVD, SUITE 700, GLENDALE, CA, 91203, USA |

## AUTHORIZER INFORMATION

| | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | Olive Huang |
| **AUTHORIZER TITLE** | : | Officer |