# EXHIBIT 3



November 3, 2020

VIA US MAIL
JAN-PRO Franchising, Inc.
2520 Northwinds Parkway, Suite 375
Alpharetta, GA 30009
Attn: Andrew Forrest

Re: Request for Consent to Assignment of Agreement

Dear Andrew:

Reference is made to the Services and License Agreement and all Statements of Work and other agreements or understanding by and between the parties related thereto, (collectively, the "**Agreement**") between Servant Systems, Inc. ("**SSI**") and JAN-PRO Franchising, Inc., and any of its affiliated entities, ("**JAN-PRO**").

As you are aware, ServiceTitan, Inc. ("**ServiceTitan**") recently entered into an agreement with SSI pursuant to which SSI agreed to sell substantially all of its business operations to ServiceTitan. In connection with this transfer of SSI's business, we write to notify you that ServiceTitan intends to take over all of SSI's rights and performance obligations under the Agreement (such assignment and delegation, the "**Assignment**").

In accordance with the terms of the Agreement, we hereby request your consent to the Assignment; provided that in line with the ongoing discussions between ServiceTitan and JAN-PRO regarding this transition of services and the Assignment, each of JAN-PRO, SSI, and ServiceTitan hereby also agree to the modifications, additions, and clarifications to the Agreement as included as <u>Exhibit A</u> hereto (the "**Amendments**"). To the extent of any conflict between the Amendments and the Agreement, the parties agree that the terms of the Amendments shall control, but that otherwise the original terms of the Agreement shall remain in place and ServiceTitan will assume SSI's obligations thereunder to the same extent as SSI. ServiceTitan and JAN-PRO also agree to work in good faith towards the execution of a new master services agreement between the parties within 180 days that will replace and supersede the Agreement and provide for terms and conditions surrounding the use and further development of products and services for JAN-PRO's franchise partners (i.e., Phase II requirements of FMS). Notwithstanding the foregoing, Jan-Pro is not obligated to enter into a new master services agreement and if the parties do not agree on the terms of a new master services agreement, the terms of the existing Agreement will continue to apply.

Please sign this letter to acknowledge your consent and return a scanned copy of it to Bart Dillashaw at bart@elegalstudio.com, with a copy to Don DeSmith at ddesmith@servantsystems.com. In the interest of time, we ask that you send us the signed consent as soon as you are able.

If you have any questions regarding the Assignment or this request for consent, please direct them to Bart Dillashaw at bart@elegalstudio.com.

We appreciate your assistance and thank you in advance for your prompt attention to this matter.

Very truly yours,
**SERVANT SYSTEMS, INC.**

By: _Donald A. DeSmith_

Donald A. DeSmith, President

The undersigned hereby consents to the Assignment as of the date set forth below:

**JAN-PRO FRANCHISING, INC.**

By: _[signature]_

Name: _Gloss Reynolds_

Title: _CEO/PRESIDENT_

Acknowledged and Agreed
**SERVICETITAN, INC.**

By: _David Burt_
     DocuSigned by:
     8DB17A0DFEAB4D0...

Name: _David Burt_

Title: _CFO_

**EXHIBIT A**

AMENDMENTS TO AGREEMENT

ServiceTitan agrees to abide by the terms of Section 12 of the Agreement with respect to source code escrow of the FMS product (as such term is defined in the Agreement). At any time after 12/31/2023, if Jan-Pro Franchising, Inc. ("JPI"), in its sole and unfettered discretion, chooses not to transition to the ServiceTitan SaaS platform, it may elect to terminate the Agreement with 90 days' notice to ServiceTitan, and upon delivery to ServiceTitan of a one-time cash payment equal to the greater of (i) $350,000 or (ii) the fees collected under the Agreement in the 12 month period prior to the date of termination, then at that time ServiceTitan, Inc. ("ServiceTitan") will transfer and assign to JPI a copy of then the current working source code of the FMS product in its entirety. As a condition of the transfer of the source code, JPI would be restricted to use of the FMS product solely with JPI and its franchisees.

1.  ServiceTitan agrees to maintain the FMS product (as such term is defined in the Agreement) in accordance with the terms of the Agreement. During the term of the Agreement, the existing SmartHub platform and environment must be maintained and fully functional in accordance with the terms of the Agreement, or, if applicable, until the migrated product into ServiceTitan is fully functional and tested to the satisfaction of the Lynx and Jan Pro team.  Maintenance includes security updates which are not subject to SOWs and are provided as a continuing feature of the product. If the parties anticipate a migration of JPI to ServiceTitan, ServiceTitan will, to the extent applicable, endeavor to develop and test any API integrations between ServiceTitan's product and existing JPI applications that will remain post transition to ServiceTitan's product in a development environment that allows for full and comprehensive testing of all SmartHub's API integrations within the Service Titan Platform. If commercially reasonable, ServiceTitan may elect to make the same testing platform available for the testing of Jan-Hub and Customer portal integration with the Service Titan system.  If the parties do not agree on the terms of transition, JPI may terminate this agreement and receive the source code as set forth in Section 1.  If ServiceTitan does not deliver a commercially viable product fit for its intended use, then such event, if not cured within 30 days after written notice (or if cure is not commercially reasonable within 30 days, a longer period of time as agreed between the parties not to exceed 90 days), will be deemed a termination of the Agreement by ServiceTitan prior to the end of the term in accordance with Section 4, requiring transfer and assignment to JPI of a copy of then the current working source code of the FMS product in its entirety without cost.

2.  If the parties anticipate a migration of JPI to ServiceTitan, the parties will mutually endeavor to develop a detailed project plan for the migration to the ServiceTitan Platform to be reviewed with and approved by Lynx at least six months in advance of project commencement. This plan is expected to include the anticipated length of the feature freeze as a result of the development.  The plan is also expected to address any costs associated with the transition.

DocuSign Envelope ID: A8C78277-983C-4467-8156-A4522A2F9241

3.  In accordance with the terms of the Agreement, upon any termination of the Agreement prior to its term by ServiceTitan, or as a result of a termination of the Agreement by Jan-Pro as a result of a breach of the Agreement by ServiceTitan that is not timely cured, ServiceTitan will transfer and assign to JPI a copy of then the current working source code of the FMS product in its entirety without cost.

4.  ServiceTitan agrees that any additional software development projects agreed upon by the parties for performance for completion of Phase I and Phase II shall be performed at the various rates, which are consistent with SSI's historical rates (thereafter the parties may negotiate additional or alternative rates) for a period ending 18 months after the commencement of Phase II work (with such rates applying at least until July 1, 2022):

| Position | Standard Rate per Hour | JAN-PRO Phase 1 Rate per Hour | Examples of Staff with Position |
|---|---|---|---|
| Project Management | $150 | $125 | Len Chockley, Bruce Franson |
| Developers | $125 | $100 | Ben Carpenter, Dave Flanagan, Julian Rodriguez |
| Interns | $50 | $40 | |
| DevOps | $115 | $90 | Anthony Hernandez |
| Senior QA/Analyst | $100 | $80 | Karlena Felan |
| QA Testing | $80 | $65 | Glenna Schleusener, Wendy Carter |

Thereafter for a period of 18 months, the "ServiceTitan Rate" in the following schedule will apply:

a.  ServiceTitan rate card for professional services

| Position | SSI Standard Rate per Hour | JAN-PRO Phase 1 Rate per Hour | Examples of Staff with Position | ServiceTitan Rate per Hour |
|---|---|---|---|---|
| Project Management | $150 | $125 | Len Chockley, Bruce Franson | $196 |
| Developers | $125 | $100 | Ben Carpenter, Dave Flanagan, Julian Rodriguez | $161 |
| Interns | $50 | $40 | | N/A |
| DevOps | $115 | $90 | Anthony Hernandez | $133 |
| Senior QA/Analyst | $100 | $80 | Karlena Felan | $126 |
| QA Testing | $80 | $65 | Glenna Schleusener, Wendy Carter | $105 |

6.    ServiceTitan will honor the agreement by Servant Systems, Inc., to complete the following two Phase I items that were moved to the end of the production que as part of the post MVP development, with such development of these two items to be free of any charges or fees:

a.    Supplies and consumables management (Stores)

b.    Customer Portal Integration

7.    Phase II will be subject to mutually approved SOWs that are expected to cover at least those items identified in the attached Phase II schedule.  The parties will use their commercially reasonable best efforts to ensure that the final Phase II schedule shall be defined within 180 days after commencement of first implementation (June 30, 2021). Phase II may encompass multiple SOWs.  ServiceTitan will provide a minimum of 3000 hours for use in Phase II at the rates specified above.

Phase 2 Initial Scope and Item Description (Final shall be defined within 180 days after commencement of first implementation (June 30, 2021)

| Written By | Requested By | SmartHub Section | Business Section | Description |
|---|---|---|---|---|
| | | Customer Proposal | Sales | Add "Day Porter" as a special service type |
| | | Triggers | Operational | Ability to change the FDD waiting period to something other than the default amount within a workflow trigger.  Currently, it is hardcoded to what is set as the FDD waiting period amount within an office's settings. |
| | | Customer Invoice | Accounting | Need the ability to preview the invoice on the period activity screen. |
| | | Customer Invoice | Accounting | Improve invoice generation latency. |
| | | Brand Standards Audit | Operational | Add the ability to bulk import Brand Standard Audits into the internal calendar for scheduled visits for the coming month/quarter. |
| | | Brand Standards Audit | Operational | Add the ability to add notes to each line item within a Brand Standard Audit.  Currently, adding a note is only available if a line item receives a "Needs Improvement" score.  The notes box will be hidden for each line unless the user presses a button corresponding to that specific line item.  The entry box's name needs to change from "Corrective Action" to "Notes" |
| | | Brand Standards Audit | Operational | Need an overall score on the Brand Standard Audit.  "N/A" and those line items left blank would not count in the denominator in the score calculation.  The numerate will aggregate based on the line item score received.  1, 2, 3. |
| | | Customer inbound script | Sales | Eyeball button that allows the user to view the entered address on Zillow needs to be eliminated.  This is not relevant to Jan-Pro and is carried over from another SSI brand. |

| | | Proposal Generation | Sales | Add a tag that will allow the current date to be populated within a proposal. |
|---|---|---|---|---|
| | | Customer Log | Operational | When logging a complaint, the customer's current unit franchisee should be the first in the list when selected a franchisee associated to the complaint. |
| | | UF Promissory Note | Accounting | Migrated Notes are read only. The ability is needed for notes to be modified/added upon post migration. |
| | | Calendar for SmartHub and Outlook | Operational | Would be ideal to have one source of truth for all calendar types. Currently, only Tasks are moved into outlook. We need To-Do's and Notes, as well. |
| | | Triggered Workflows | Operational | Need to be able to specify additional employees that should receive notification of praise or complains coming into the system. These would be in addition to what is specified on the praise/complaint workflow. |
| | | Service Transfer | Operational | Overall, the current process needs to be revisited. First and foremost, the ability to change the RS amount associated to the service if some aspect of the service is changed. |
| | | Scheduling Exceptions | Operational | Text change from "Cancel" to "Temp Cancel" |
| | | Services | Accounting | Need ability view and edit tax authorities on services. |
| | | Amortization Schedule | Accounting | Schedules needs to shift appropriately when a payment deferment is introduced to a note. |
| | | Amortization Schedule | Accounting | One-off paid amounts are not influencing the schedule. The ability exists to add non-scheduled payments and the application gives the ability to specify if the payment affects the principal or interest, but the note reduction does not show on the produced schedule. |
| | | Supplies | Supplies | Supply manufactures need to be able to be setup at the office level. Currently, it is setup at the brand level. |

| | | | | |
|---|---|---|---|---|
| | | Dynamic Triggers | Operational | Unit Franchisee dynamic group option. The ability needs to exist to build a dynamic group associated to unit franchisees.  Currently, there is no way to build a trigger that will send notifications to unit franchisees. |
| | | Reporting | Operational | Internal report creation functionality at the level, at minimum, as what is seen in ExtraView. |
| | | Quick Actions | Sales | Quick Actions rework.  This functionality allows a user to bypass some of the inherent checks and balances associated to the system.  There is a need to be able to either turn this functionality off at an office level or be able to silo this functionality to a subset of users within an office. |
| | | FP Packages | Operational | Franchise Plans sort order. It appears that the FPs are sorted based on the characters in their title which renders them in a non-logical order.  These need to sort by 'total amount', ascending. |
| | | Scheduling exceptions | Sales | Ability to select an inactive agreement for an exception. Currently, when adding a scheduling exception, the only agreements that can be chosen to base the exception against are the ones that are active. There are times that a customer will have just started a new agreement but call against the one that ended last week. Basing the scheduling exception off of the current agreement might yield an incorrect amount for the exception if the new agreement's costs are different.  It would be great to be able to easily identify the agreements that are not current active and only show inactive agreements that ended within the last 90 days. |

| | | | | |
|---|---|---|---|---|
| | | Proposal Generation | Sales | Proposal generation limitations. Concerns around the limitations of the proposal generation. You either have to have a different template specific for each proposal option or go in and manually eliminate proposal tags for every tag that was not utilized. For instance, a user would either have to have and run distinct proposals that contain Option 1 tags, another identical proposal that contains Option 2 tags, and so on. Or have one proposal that contains Option 1, Option 2, Option 3 ... and so on tags, export it as a Word document, eliminate the tags that were not filled, save, convert to a .pdf. |
| Andrew | | Mapping | Operational | On the mapping functionality, we need to show customers with issues along with locations where we only perform specials and then locations where we perform normal recurring services. |
| Austin | | Template | Operational | Ability to specify where proposal templates live within a shared network drive. |
| Austin | | Proposal Generation | Sales | Ability to edit a template post-merge through the Cloudmersive UI and not by having to download and load it on a PC. |
| Austin | | Customer | Sales | When you view the customer search screen show the last 5 customers that were modified by you. |
| Colin | | Dashboard | Operational | Operational Dashboard metrics capturing Cancellations ($ Value) & number of Cancellations by State and National, Operations ranking, Site Inspections Conducted, Net Growth Office/Month |
| Colin | | Dashboard | Operational | UF Sales Dashboard metrics capturing Franchise Sales leaderboard, UF Sales vs actual, Total Business Owed, Upgrades Monthly and yearly, Days to close AVG. |
| Colin | | PWA | Operational | Use progressive web app on phone instead of GPS to track where a user is currently located. |

| | | | | |
|---|---|---|---|---|
| Colin | | GPS | Operational | The ability to clock in via phone. Integrate this functionality with route optimization and GPS device. |
| Austin | | Calendar | Operational | Ability to specify both a unit and a customer in a calendar entry. For instance, there is a need to be able to tie an inspection to a unit and to a customer. |
| Austin | | Maps | Operational | Ability to show logged ticket counts on maps for either a customer or a unit franchisee. |
| Colin | | UF management | Operational | Ability to manage Mentor Program for successful UFs |
| Colin | | UF management | Operational | Ability to manage First cleans after failed inspections, first clean for that UF. Have Ops Manager present and notified of the need. |
| Colin | | UF management | Operational | Incorporate point system into SW for strength of UF. This will help masters allocate new accounts.  This will be comprised of no shows, complaints, training, etc. |
| Colin | | UF management | Operational | Need the ability to handle fines for UF's when complaints come in or charge UFs for missed cleans (a first version will be available by MVP, but a more robust functionality is needed.) |
| Austin | Erika Waldren | Invoice | Accounting | Weekly customer invoice generation and submittal |
| Austin | Erika Waldren | Invoice | Accounting | Global customer invoice notes. This note would appear on all statements generated for a specific period of time. Currently, this functionality is available within MV. |
| Austin | Erika Waldren | Invoice | Accounting | Ability to specify the time of the month a customer would like to be invoiced. First, specific day, end, etc. |
| Austin | | Dynamic Trigger | Operational | Ability to create a calendar entry from a dynamic group trigger. |

| Austin | Steve Pippen | Proposal Generation | Sales | Add a line item note on the calculation piece that will appear on the proposal. For instance - this line item is for the microwave in the breakroom. These other three microwaves are for the ones in the kitchen. |
| Austin | Steve Pippen | Audit | Operational | Catastrophic failure for inspections. The example given is if everything looks good, but on aspect of the audit caused a catastrophic fail. This indication of a catastrophic failure overwrites the average score and notates a catastrophic fail. |
| Austin | Colin Bates | Calendar | Operational | Calendar entries create geofences |
| Austin | Colin Bates | Maps | Operational | Geofence breaks (fleet cars entering/exiting) will note a time stamp so that it can be determined how long an employee is at a customer, etc. |
| Colin | | Dynamic Trigger | Sales | Price increase for a group of customers dynamic group |
| Colin | | Dynamic Trigger | Sales | Proposed new price as a tag to email customer to notify them of what the new price will be |
| | | Amortization Schedule | Accounting | Create accurate amortization schedules 'on demand'. |
| | | National Accounts | Operational | Everything associated to JPI National Accounts |
| | | Workflow triggers | Operational | Ability to send emails and texts to UF via dynamic groups. |
| | | Workflow triggers | Operational | Include federal holidays when calculating FDD legally business owed due date |
| | | User roles | Operational | Need a way to exclude some users from being able to modify the multiplier within the offer screens. This would also need to exist for the ability to modify the multiplier within the UF screens as well. |

| | | | | |
|---|---|---|---|---|
| | | Franchise Management | Operational | Need to incorporate the logic that expends the legally owed business date when FP Plans are large. Here is the Logic: If FP35 or less = 120. Add 30 days for each additional 1-15. IE FP36-FP50 would be 150 days. FP51-65 would be 180, etc. |
| | | EZ Bid | Sales | Ability to specify what options are in the calculation screens. This should be per vertical.  Each office needs to have the ability to specify aspects of a clean incorporate their 'standard' clean.  When a bid calculation is started, those defaults should already be populated. |
| | | Customer Lead | Sales | Customer lead de-duplication functionality. |
| Colin | | Business Pre reqs | Operational | Read only checkbox on UF screen for Business Pre Reqs Met. This checkbox would be checked if that UF has met all mandatory pre reqs. |
| Austin | | Proposal Generation | Sales | The ability is needed for the system to integrate with Adobe Sign to elicit and secure digital signatures from, but not limited to, Customers and Unit Franchisees |
| Colin | | Dynamic Workflows | Sales | Automated text reminders for upcoming services |
| Colin | | Workflow triggers | Operational | Need workflows to reach across different groups i.e. Lead Manager, Proposal Approver, etc. and notify different groups attached to each trigger.  Ability to create emails and create calendar items need to be available to these triggers as well. |
| Colin | | Dashboard | Operational | Need the ability to change the timeframe of the data presented on dashboard widgets. |
| Colin | | UF management | Operational | Ability to manually add/increase/reduce both operationally and legally business owed to a unit franchisee independent of purchase of a FP/multipliers. |
| Colin | | First Visit | Sales | Ability to specify multiple floor types in one room. |

| | | | | |
|---|---|---|---|---|
| Colin | | Proposal Generation | Sales | Include minimums in pricing for proposal. This would be setup within the office settings.  The ability to specify minimums based on vertical could be necessary, as well. |
| Colin | | Lead Management | Operational | the lead status should automatically change when a first visit is scheduled or when it has completed. The status still shows as a new lead. |
| Austin | | EZ Bid | Sales | Revamp the bid process so that it shows count of days in a week opposed to average days in a month. Especially if mini clean manipulation is involved it can be confusing. |
| Andrew | | Jan-Hub | Operational | Bidirectional Jan-Hub integration for Special Services franchisee review and notation of completion.<br><br>1. Make the SmartHub / Jan-Hub integration bidirectional. Right now, the regional systems just push stuff to Jan-Hub.<br>2. Have some kind of notification structure in place so that the franchisee would be aware that information about an upcoming Special has entered the system for their review.<br>3. Have the ability for a franchisee to accept or reject the Special in Jan-Hub and have the status pushed into SmartHub<br>4. Ability for the franchisee to designate completion of the Special within Jan-Hub, upload pictures, add notes, etc. and those changes and content would be pushed back into SmartHub and into that Special's "work order".<br>5. I would also want the ability for that franchisee's assigned business coach, that customer's operations manager, or both to be notified of the completion and provide easy access to drill into that Special to review any comments and pictures uploaded by the franchisee. |
| Andrew | | Dashboard | Operational | "Unsuccessful Dynamic Group Workflow Runs" dashboard item |

| Andrew | | Lead Management | Sales | Dead leads next actions. These would outline what happened in a dropdown. Adding this would make the dead leads widget possible. |
|--------|--|-----------------|-------|------------------------------------------------------------------------------------------------------------------------------------|
| Andrew | | Customer Management | Sales | Make it so that a customer contact can have more than one contact type. |
| Andrew | | Proposal Generation | Sales | Clone a proposal for a renewal. Currently you cannot clone nor change the price of a proposal. |
| Andrew | | UF Management | Operational | Ability to bulk update franchisees with those that have turned in the statements late. For instance, check the franchisees that turned them in late and automatically assign the fee in bulk |
| Andrew | | period Verification Report | Accounting | Have a period verification report that would allow a user to specify a start and end date. For instance, show me results from a specific week |
| Andrew | | Invoicing | Accounting | Ability to copy and reuse existing proposals |
| Andrew | | Proposal Generation | Sales | Customers who have invoicing requirements and special notes must be flagged in red on the bulk invoice processing option. |
| Andrew | | Proposal Generation | Sales | Ability to select scope of work by vertical and have items pre-populated to save time and effort. |
| Andrew | | period Verification Report | Accounting | Customers who have invoicing requirements and special notes must be flagged in red on the bulk invoice processing option |
| Andrew | | Customer Portal | Sales | Integration with Customer Portal, part of post MVP work |
| Andrew | | First Visit | Sales | Make First visit app more user friendly for iPad (Stylus) |
| Andrew | | Scripting | Sales | Scripting – when a customer calls in there must be a quick way to find the customer and then also see the associated unit franchisee |

| | | | | |
|---|---|---|---|---|
| Andrew | | Brand Standards Audit | Operational | A report is needed that will show all upcoming brand standard audits for a given period |
| Andrew | | New Account Report | Operational | Monthly true-up report to be used to make sure that all new accounts allocated to UF's have an associated note attached where required. Report shows cleaning start date, details of any note etc. |
| Andrew | | Fines | Operational | The ability to auto-generate fines, configurable by office in terms of amounts and events that require a fine to be levied |
| Andrew | | UF management | Operational | The ability to extract and print a copy of the photograph of the unit franchisee from the record in the system |
| Andrew | | Proposal Generation | Sales | Sales proposals must clearly show all extra charge items and then also any discounts that are being applied |

DocuSign Envelope ID: A8C78277-987C-4467-9452-A4522A3F9241