# EXHIBIT 6



**SANJAY B. MALHOTRA**
Sanjay@EmpowerFranchising.com
(804) 799-9107 (Direct Dial)

July 25, 2023

**VIA E-MAIL AND FEDERAL EXPRESS**
ohuang@servicetitan.com

Ms. Olive Huang, General Counsel
ServiceTitan, Inc.
801 North Brand Blvd., Suite 700
Glendale, California 91203

Re:   *Termination of Services and License Agreement between JAN-PRO Franchising, Inc. ("Jan-Pro") and ServiceTitan Inc. ("ServiceTitan")*

Dear Olive,

Reference is made to the *Services and License Agreement* dated October 31, 2019, as assigned and amended November 3, 2020 (the "***Agreement***").  Pursuant to Section 17 of the Agreement, Jan-Pro provided written notice dated October 11, 2022 to ServiceTitan of ServiceTitan's material breaches of the Agreement.  (*See* Jan-Pro letter dated Oct. 11, 2022; *see also* Jan-Pro letter dated Dec. 21, 2022 and email dated Jan. 26, 2023).  As explained in that notice, one of the material breaches was ServiceTitan's failure to "deliver a commercially viable product fit for its intended use".  (*See* Amendment § 1.)  ServiceTitan did not cure this breach within 30 days – or within 90 days if the 30-day cure was not commercially reasonable.  (*See id*.)  This failure to cure constitutes "a termination of the Agreement by ServiceTitan prior to the end of the term," effective as of January 9, 2023.  (*Id*.)

Alternatively, and to the extent ServiceTitan disputes that its failure to timely cure automatically terminated the Agreement, Jan-Pro hereby gives written notice of the termination of the Agreement, effective immediately, pursuant to Section 17 of the Agreement.

Please be further advised that notwithstanding the fact that the Agreement provides that Jan-Pro is entitled to the transfer and assignment of the source code of the FMS product without cost, as Jan-Pro previously advised and as a basis for the termination of the Agreement, the FMS product is not a commercially usable product and Jan-Pro has no interest in using it.

This notice is being sent without waiver of any of Jan-Pro's rights, remedies or claims under the Agreement and applicable law.  As you are aware, Jan-Pro has suffered millions in damages and intends to hold ServiceTitan liable for ServiceTitan's failure to discharge its

1

2

obligations under the Agreement. We assume you have taken the appropriate actions to maintain and not destroy all relevant information, in hard copy or electronic form.

Sincerely,

*[signature: Sanjay B. Malhotra]*

Sanjay B. Malhotra
Vice President and General Counsel


cc:   Mr. Gary Bauer
      Mr. Andrew Forrest
      Steven Stimell, Esq.
      Damon Whitaker, Esq.