# **EXHIBIT 3**

# FisherBroyles

**Vincent Bushnell**
Partner
vincent.bushnell@fisherbroyles.com
Direct: 678-902-7190
3340 Peachtree Road NE
Suite 1800
Atlanta, Georgia 30326
www.FisherBroyles.com

July 11, 2023

**VIA CERTFIED MAIL, RRR/FIRST CLASS MAIL**

Coast to Coast Carports, Inc.
c/o Jorge Zavala
1050 Worth Street
Mount Airy, NC 27030

Coast to Coast Carports, Inc.
c/o Gerardo Torres
12727 FM 2590
Amarillo, TX 79119-7529

Coast to Coast Carports, Inc.
P.O. Box 100
Knoxville, AR 72845-0100

Coast to Coast Carports, Inc.
c/o Venancio Torres, Registered Agent
2344 Turkey Ford Road
Mount Airy, NC 27030-7631

Jorge Zavala
117 Berry Lane
Knoxville, AR 72843

Re:   **ASTA Industries, Inc. / Coast to Coast Carports, Inc.**

Dear Mr. Zavala, Torres, and Sir or Madam:

This law firm represents ASTA Industries, Inc. ("ASTA") relative to that certain Term Promissory Note by and between ASTA and Coast to Coast Carports, Inc. ("Coast") dated April 10, 2023 (the "Promissory Note"), and that certain Personal Guarantee by and between ASTA and Jorge Zavala ("Zavala") dated April 10, 2023 (the "Guarantee").

Coast is and remains in default of the Promissory Note, having made only the first four (4) payments, and failing to make any remaining payments. A copy of the Promissory Note is enclosed for your convenience. As of today's date, Coast has failed and refused to make at least seven (7) payments as set forth in Schedule A to the Promissory Note.

The personal guarantor, Zavala, also is personally responsible for the "full and punctual payment and performance of all present and future obligations" under the Promissory Note. A copy of the Guarantee also is enclosed for your convenience. To date, outstanding delinquent payments are due and owing from Coast to ASTA in the amount of $105,051.80, which will also accrue ten (10%) percent additional interest. (Promissory Note, p. 1 ("Any payment of principal note paid when due as provided herein shall thereafter bear interest from the due date of such payment at the rate of 10% per annum until paid.").

**Vincent Bushnell**
**FisherBroyles, LLP**

July 11, 2023  |  Page 2 of 2

      Pursuant to O.C.G.A. § 13-1-11, ASTA notifies Coast and Zavala that the provisions in the Promissory Note and Guarantee relative to the payment of reasonable attorney's fees and costs in addition to the principal and interest shall be enforced and that Coast and Zavala have ten (10) days from the receipt of this letter to pay the principal and interest owed without the attorney's fees or costs. If Coast and Zavala shall pay the principal and interest in full before the expiration of such time, then the obligation to pay the attorney's fees shall be void.  Please contact us for a calculation of the principal and interest owed to ASTA under the Promissory Note and Guarantee.  Expect formal service of process if this matter is not resolved by that date.

      It is ASTA's hope that this matter can be resolved without the necessity of litigation, but, to date, Coast failed to substantively respond or otherwise make the due and owed payment to ASTA.  If Coast and/or Mr. Zavala is/are represented by an attorney, then please have the same contact me at the above number.

      ASTA reserves all rights at law and in equity.  We look forward to the prompt resolution of this matter.

Sincerely,

*/s/ Vincent Bushnell*

Vincent Bushnell

cc: Joel Ferdinand