JON SCHWARTZ
LAW OFFICE OF JON SCHWARTZ
_____

1100 PEACHTREE STREET NE # 250
ATLANTA, GA 30309
404-667-3047

May 19, 2023

Alan Williams
Atlanta Police Foundation, Inc.
191 PEACHTREE ST NE STE 191
ATLANTA GA 30303-1740

Dave Wilkinson
Atlanta Police Foundation, Inc.
191 PEACHTREE ST NE STE 191
ATLANTA GA 30303-1740

Brent Scarbrough
Brent Scarbrough & Company, Inc.
45 E AVIATION WAY
NEWNAN GA 30263-7107

Mayor Andre Dickens
City of Atlanta
55 TRINITY AVE SW STE 5400
ATLANTA, GEORGIA 30303-3544

Re:     Clean Water Act Notice of Intent to File Suit
        Atlanta Training Center – DeKalb County, Georgia

To Alan Williams, Atlanta Police Foundation, Inc., Brent Scarbrough &
Company, Inc., and the City of Atlanta:

South River Watershed Alliance, Inc. and Edward "Ted" Terry provide
notice that Alan Williams, Atlanta Police Foundation, Inc., Brent
Scarbrough & Company, Inc., and the City of Atlanta are in violation of
Clean Water Act effluent standards and limitations.

The Clean Water Act prohibits the discharge of any pollutant – including stormwater runoff from construction sites with at least one acre of land disturbance – to waters of the United States except in compliance with a permit.[1] In Georgia, stormwater discharges from construction sites for stand-alone projects with at least one acre of land disturbance are regulated by a General Permit issued by the Georgia Environmental Protection Division ("General Permit").[2]

A Notice of Intent for coverage under the General Permit for the training center construction site was submitted to the Georgia Environmental Protection Division ("EPD") on October 18, 2022, for construction of the "Atlanta Training Facility" which is also called the Atlanta Public Safety Training Center. Coverage under the General Permit was authorized November 1, 2022 (Permittee NOI Number GAR189E51-V1). A revised Notice of Intent for coverage under the General Permit was submitted February 21, 2023, and approved March 7, 2023 (Permittee NOI Number GAR189E51-V2).

Alan Williams is identified as the site operator on the revised Notice of Intent. The City of Atlanta is identified as the site owner. The coverage authorized clearing 86.9 acres in unincorporated DeKalb County, Georgia. The Notice of Intent identified the site address as 1350 Constitution Road, Atlanta, Georgia 30316 in DeKalb County and identified the latitude as 33.6892 and the longitude as -84.3406. Stormwater discharges associated with construction activity at the training center construction site are polluting waters of the United States, including Intrenchment Creek and a perennial tributary that flows through the construction site and into Intrenchment Creek while still on the site.

---

[1] 33 U.S.C. §§ 1311(a), 1342(p) 1362(12), 40 C.F.R. §§ 122.1(b)(1), 122.2, 122.26(b)(14)(x); O.C.G.A. § 12-5-30(a); Ga. Comp. R. & Regs. 391-3-6-.16(2)(b).

[2] *Authorization to Discharge Under the National Pollutant Discharge Elimination System, Storm Water Discharges Associated with Construction Activity for Stand Alone Construction Projects, General Permit No. GAR 100001*, effective August 1, 2018.

Section 301(a) of the Clean Water Act prohibits discharging stormwater from a construction site without complying with a permit issued under section 402 of the Clean Water Act.[3] The General Permit was issued under section 402 of the Act.[4]

The General Permit requires permittees to comply with best management practices for erosion control ("BMPs") as specified in the Manual for Erosion and Sediment Control in Georgia ("Manual").[5] The General Permit also requires permittees to comply with an Erosion, Sedimentation and Pollution Control Plan ("Erosion Control Plan").[6]

The General Permit, the Manual, and the site's Erosion Control Plan require sediment basins to be installed before any other land disturbance except installing a silt fence around the construction site's perimeter.

The General Permit and the Manual require sediment basins to provide at least 67 cubic yards of storage per acre drained from on-site disturbed areas until final stabilization of the site, or equivalent control measures.[7]

Additional BMPs are required for any site proposing to disturb over 50 acres at one time.[8] Atlanta Police Foundation, Inc. selected increased sediment storage capacity as an additional BMP, requiring "temporary sediment basins and retrofitted storm water management basins to

---

[3] 33 U.S.C. §§ 1311(a) and 1365(f)(7).

[4] 33 U.S.C. § 1342(p); 40 C.F.R. § 122.26(b)(14)(x).

[5] *General Permit*, Part I.B.1 (p. 4), Part III.D.1 (p. 17), Part III.D.3 (p. 18), Part IV.D (p. 26).

[6] *General Permit*, Part II.B.1.g (p. 13); Part IV (p. 19); Part IV (iv) (p. 24).

[7] *General Permit*, Part IV.D.3.a.(3) (pp. 28-29), Manual, p. 6-10.

[8] *General Permit*, Part IV.D.3. (p. 27).

provide sediment storage of at least 3600 cubic feet (134 cubic yards) per acre drained."[9]

The General Permit states: "Except as required to install the initial sediment storage requirements and perimeter control BMPs …, the initial sediment storage requirements and perimeter control BMPs must be installed and implemented prior to conducting any other construction activities (e.g., clearing, grubbing and grading) within the construction site …"[10]

The Manual states that sediment storage "must be installed on the site PRIOR to any land-disturbing activities."[11]

The Erosion Control Plan states, "No grading shall take place until … sediment ponds are constructed."[12]

Sediment storage hasn't been installed on the training center construction site but land-disturbing activities, including clearing, grubbing, and grading, are taking place throughout all parts of the site to be disturbed. This violates the General Permit, the Manual, the Erosion Control Plan, and section 301(a) of the Clean Water Act for each day since March 31, 2023.[13]

---

[9] Erosion Control Plan Checklist, Sheet EC-103.

[10] *General Permit*, Part III.D.2 (pp. 17-18).

[11] Manual at p. 6-1 (capitalization in original); See also Manual at pp. 4-5 and 6-10.

[12] Initial Soil Erosion & Sedimentation Control Notes, Sheet EC-101, Note 14.

[13] *General Permit*, Part I.B.1 (p. 4), Part II.B.1.g (p. 13), Part III.D.1 (p. 17), Part III.D.2 (pp. 17-18), Part III.D.3 (p. 18), Part IV (p. 19), Part IV (iv) (p. 24), Part IV.D (p. 26), Part IV.D.3. (p. 27), Part IV.D.3.a.(3) (pp. 28-29); Manual, pp. 6-1, 6-10; Erosion Control Plan, Sheet EC-101, Note 14 and Sheet EC-103; 33 U.S.C. § 1311(a).

"Failure to properly design, install, or maintain best management practices shall constitute a violation of the General Permit for each day on which such failure occurs."[14] A discharge of stormwater runoff from disturbed areas where BMPs have not been properly designed, installed, and maintained shall constitute a separate violation for each day on which such discharge results in the turbidity of receiving water being increased by over 25 nephelometric turbidity units ("ntu").[15] Stormwater discharges from the training center construction site caused the turbidity in Intrenchment Creek to increase by over 25 ntu when BMPs were not properly installed, violating the General Permit, on March 31, 2023, April 1, 2023, April 3, 2023, April 5, 2023, April 8, 2023, April 14, 2023, April 22, 2023, April 27, 2023, April 29, 2023, April 30, 2023, May 5, 2023, May 12, 2023, May 15, 2023, and May 16, 2023.

The General Permit doesn't authorize stormwater discharges which violate Georgia's in-stream water quality standards.[16] Stormwater discharges from a construction site that aren't authorized under the General Permit violate Section 301(a) of the Clean Water Act.[17]

Georgia's water quality standards include narrative criteria "deemed to be necessary and applicable to all waters of the State."[18] The narrative criteria for turbidity states: "All waters shall be free from material related to municipal, industrial or other discharges which produce turbidity … or other objectionable conditions which interfere with the designated use of

---

[14] *General Permit*, Part III.D.3 (p. 18).

[15] *General Permit*, Part III.D.4 (p. 18).

[16] *General Permit*, Part I.C.4 (p. 10).

[17] 33 U.S.C. § 1311(a).

[18] *Ga. Comp. R. & Regs.* 391-3-6-.03(5).

the water body."[19] Industrial waste includes storm water discharged from construction sites with at least five acres of land disturbance.[20]

The designated use for Intrenchment Creek is fishing.[21] Surface waters with a designated use of fishing must support aquatic life, including breeding for aquatic species.[22] Stormwater from the training center construction site interferes with the designated use of Intrenchment Creek by causing turbidity and sediment that harms fish and macroinvertebrates already stressed by existing sediment loads which are significantly higher than the regulatory limits set by EPD in the 2007 and 2017 *Total Maximum Daily Load Evaluations for Stream Segments in the Ocmulgee River Basin for Sediment*.[23]

Stormwater discharges from the training center construction site have violated Georgia's narrative criteria and section 301(a) of the Clean Water Act by causing turbidity that harms fish and macroinvertebrates on: February 17, 2023, February 21, 2023, March 2, 2023, March 3, 2023, March 10, 2023, March 12, 2023, March 17, 2023, March 25, 2023, March 26, 2023, March 31, 2023, April 1, 2023, April 3, 2023, April 5, 2023, April 8, 2023, April 14, 2023, April 22, 2023, April 27, 2023, April 29, 2023, April 30, 2023, May 5, 2023, May 12, 2023, May 15, 2023, and May 16, 2023.

No other land disturbance discharges sediment into the perennial tributary that flows through the training center site. Photographs on the following pages show the tributary carrying sediment from the training center construction site into Intrenchment Creek.

---

[19] *Ga. Comp. R. & Regs*. 391-3-6-.03(5)(c); O.C.G.A. § 12-5-23(a)(2).

[20] O.C.G.A. § 12-5-22; DNR Rule 391-3-6-.16(2)(b); 40 C.F.R. § 122.26(b)(14)(x).

[21] *Ga. Comp. R. & Regs*. 391-3-6-.03(14).

[22] *Ga. Comp. R. & Regs*. 391-3-6-.03(6)(c).

[23] 40 C.F.R. §§ 130.2 and 130.7

**Downstream of training center construction site, where perennial tributary flows into Intrenchment Creek, March 3, 2023:**







**March 12, 2023:**



**March 25, 2023:**





**March 26, 2023:**



**April 1, 2023:**



The Clean Water Act authorizes a citizen suit against any person alleged to be in violation of an "effluent standard or limitation,"[24] which includes "a permit or condition of a permit" issued under section 402 of the Clean Water Act.[25]

Alan Williams, Atlanta Police Foundation, Inc., and Brent Scarbrough & Company, Inc., each exercise control over land disturbing activities at the training center that are causing pollutants, including sediment, turbidity, and stormwater runoff to be discharged into Intrenchment Creek and the perennial tributary in violation of section 301(a) of the Clean Water Act.

As the site operator and primary permittee, Alan Williams is liable under section 301(a) of the Clean Water Act for each violation of the General Permit until responsibility for the site is properly terminated,[26] including clearing, grubbing, and grading the construction site before the required sediment storage is installed, and increasing the turbidity in Intrenchment Creek by over 25 ntu when BMPs are not properly installed. Alan Williams is also liable under section 301(a) of the Clean Water Act for discharging sediment and turbidity that harm fish and macroinvertebrates in violation of Georgia's in-stream water quality standards. As the site operator and primary permittee under the General Permit, Alan Williams must document all known permit violations and submit a summary of violations to Georgia Environmental Protection Division within 14 days.[27] Mr. Williams' failure to notify EPD of the permit violations in this notice letter violates section 301(a) of the Clean Water Act.

---

[24] 33 U.S.C. § 1365(a)(1).

[25] 33 U.S.C. § 1365(f)(7).

[26] *General Permit*, Part 1.E (p. 10), Part. V.A (p. 38).

[27] *General Permit*, Part V.A.2 (p. 38).

Atlanta Police Foundation, Inc. is the lessor of the training center construction site and exercises control over construction activity, including the decision to clear, grub, and grade the construction site before the required sediment storage is installed. Atlanta Police Foundation, Inc. is liable under section 301(a) of the Clean Water Act for clearing, grubbing, and grading undertaken before the required sediment storage is installed, and for increasing the turbidity in Intrenchment Creek by over 25 ntu when BMPs are not properly installed. Atlanta Police Foundation, Inc. is also liable under section 301(a) of the Clean Water Act for sediment and turbidity discharges that violate Georgia's water quality standards.

Brent Scarbrough & Company, Inc. is the contractor undertaking clearing, grubbing and grading on the training center construction site. Brent Scarbrough & Company, Inc. is liable under section 301(a) of the Clean Water Act for clearing, grubbing, and grading undertaken before the required sediment storage is installed, and for increasing the turbidity in Intrenchment Creek by over 25 ntu when BMPs are not properly installed. Brent Scarbrough & Company, Inc. is also liable under section 301(a) of the Clean Water Act for the sediment and turbidity discharges that violate Georgia's water quality standards.

The City of Atlanta is the site owner and has city employees on the construction site each day. The City of Atlanta has the capacity to prevent and abate the discharge of pollutants into Intrenchment Creek and the perennial tributary in violation of the Clean Water Act. The City of Atlanta is liable under section 301(a) of the Clean Water Act for the clearing, grubbing, and grading being undertaken before the required sediment storage is installed, and for the increase in turbidity in Intrenchment Creek when BMPs are not properly installed. The City of Atlanta is also liable under section 301(a) of the Clean Water Act for the sediment and turbidity discharges that violate Georgia's water quality standards.

The name, address, and telephone numbers of the parties providing this notice are: South River Watershed Alliance, Inc., 1935 Woodland Hills

Ave NW, Atlanta GA 30318 (404) 285-3756 and Edward "Ted" Terry, 1300 Commerce Drive, Decatur GA 30030 (404) 371-4909. The name, address, and telephone number of their counsel is Jon Schwartz, Law Office of Jon Schwartz, 1100 Peachtree St. NE, Suite 250, Atlanta, Georgia 30309 (404) 667-3047.

If Alan Williams, Atlanta Police Foundation, Inc., Brent Scarbrough & Company, Inc., or the City of Atlanta continue to violate the Clean Water Act after 60 days, South River Watershed Alliance, Inc. and Edward "Ted" Terry will sue under the Act's citizen suit provision unless EPA or EPD has filed an action in court to require compliance with these effluent standards and limitations.

Sincerely,

Jon Schwartz

cc:     Daniel Blackman, Regional Administrator EPA Region 4
        Richard E. Dunn, Director, Georgia EPD
        Michael S. Regan, Administrator, EPA
        Brent Scarbrough & Company, Inc. c/o Canopy Services, Inc.
        Lisa Gordon, City of Atlanta Chief Operating Officer
        Remy Saintil, Department of Enterprise Assets Management
        Doug Shipman, Atlanta City Council President
        Michael Julian Bond, Atlanta City Council, Post 1 at Large
        Matt Westmoreland, Atlanta City Council, Post 2 at Large
        Keisha Sean Waites, Atlanta City Council, Post 3 at Large
        Jason Winston, Atlanta City Council, District 1
        Amir R. Farokhi, Atlanta City Council, District 2
        Byron Amos, Atlanta City Council, District 3
        Jason S. Dozier, Atlanta City Council, District 4
        Liliana Bakhtiari, Atlanta City Council, District 5
        Alex Wan, Atlanta City Council, District 6
        Howard Shook, Atlanta City Council, District 7
        Mary Norwood, Atlanta City Council, District 8
        Dustin Hillis, Atlanta City Council, District 9
        Andrea L. Boone, Atlanta City Council, District 10
        Marci Collier Overstreet, Atlanta City Council, District 11
        Antonio Lewis, Atlanta City Council, District 12

## Electronic Delivery Confirmation™



Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

$5.89   US POSTAGE
FIRST-CLASS
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275



062S0001442151

**USPS CERTIFIED MAIL**

**9407 1118 9876 5427 7780 18**

City of Atlanta
Mayor Andre Dickens
55 TRINITY AVE SW STE 5400
ATLANTA GA 30303-3544

| Reference | |
|---|---|
| USPS # | 9407111898765427778018 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 10:19 am on May 26, 2023 in ATLANTA, GA 30303. |
| USPS History | Departed USPS Regional Destination Facility, 05/26/2023, 12:36 am, ATLANTA GA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 12:35 pm, ATLANTA GA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 05/24/2023 |
| | Arrived at USPS Regional Origin Facility, 05/23/2023, 8:45 pm, SEMINOLE-ORLANDO FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, May 23, 2023, 7:30 pm, KISSIMMEE, FL 34747 |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 05/27/2023 12:23:18 (UTC)**

**Electronic Delivery Confirmation™**



Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

**$5.89   US POSTAGE**
FIRST-CLASS
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275



062S0014949889

**USPS CERTIFIED MAIL**

**9407 1118 9876 5427 7780 49**

Department of Enterprise Assets Management
Remy Saintil Commissioner
185 TED TURNER DR SW # 3
ATLANTA GA 30303-3703

| Reference | |
|---|---|
| USPS # | 9407111898765427778049 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 10:19 am on May 26, 2023 in ATLANTA, GA 30303. |
| USPS History | Departed USPS Regional Destination Facility, 05/26/2023, 12:38 am, ATLANTA GA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 12:35 pm, ATLANTA GA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 05/24/2023 |
| | Arrived at USPS Regional Origin Facility, 05/23/2023, 8:45 pm, SEMINOLE-ORLANDO FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, May 23, 2023, 7:30 pm, KISSIMMEE, FL 34747 |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 05/27/2023 12:23:16 (UTC)**

## Electronic Delivery Confirmation™

### USPS CERTIFIED MAIL™

Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

$5.89   US POSTAGE
FIRST-CLASS
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275



stamps
endicia

062S0001442163

**USPS CERTIFIED MAIL**

**9407 1118 9876 5427 7780 94**

City of Atlanta Chief Operating Officer
Lisa Gordon
55 TRINITY AVE SW
ATLANTA GA 30303-3520

| Reference | |
|---|---|
| USPS # | 9407111898765427778094 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 10:19 am on May 26, 2023 in ATLANTA, GA 30303. |
| USPS History | Departed USPS Regional Destination Facility, 05/26/2023, 12:36 am, ATLANTA GA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 12:35 pm, ATLANTA GA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 05/24/2023 |
| | Arrived at USPS Regional Origin Facility, 05/23/2023, 8:45 pm, SEMINOLE-ORLANDO FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, May 23, 2023, 7:30 pm, KISSIMMEE, FL 34747 |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 05/27/2023 12:23:16 (UTC)**

**Electronic Delivery Confirmation™**

---



Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

$5.89   **US POSTAGE**
**FIRST-CLASS**
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275



062S0014949879

**USPS CERTIFIED MAIL**

|||||||||||||||||||||||||||||||||||||||

**9407 1118 9876 5427 7785 06**

Atlanta City Council
Marci Collier Overstreet
55 TRINITY AVE SW STE 2900
ATLANTA GA 30303-3584

|||||||||||||||||||||||||||||||||||||

---

| | |
|---|---|
| Reference | |
| USPS # | 9407111898765427778506 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 10:19 am on May 26, 2023 in ATLANTA, GA 30303. |
| USPS History | Departed USPS Regional Destination Facility, 05/26/2023, 12:34 am, ATLANTA GA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 12:34 pm, ATLANTA GA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 05/24/2023 |
| | Arrived at USPS Regional Origin Facility, 05/23/2023, 8:46 pm, SEMINOLE-ORLANDO FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, May 23, 2023, 7:31 pm, KISSIMMEE, FL 34747 |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 05/27/2023 12:23:11 (UTC)**

## Electronic Delivery Confirmation™

---



Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

**$5.89   US POSTAGE**
FIRST-CLASS
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275



062S0014949884

**USPS CERTIFIED MAIL**

**9407 1118 9876 5427 7785 20**

Atlanta City Council
Andrea L. Boone
55 TRINITY AVE SW STE 2900
ATLANTA GA 30303-3584

---

| Reference | |
|---|---|
| USPS # | 940711189876542777778520 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 10:19 am on May 26, 2023 in ATLANTA, GA 30303. |
| USPS History | Departed USPS Regional Destination Facility, 05/26/2023, 12:34 am, ATLANTA GA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 12:34 pm, ATLANTA GA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 05/24/2023 |
| | Arrived at USPS Regional Origin Facility, 05/23/2023, 8:46 pm, SEMINOLE-ORLANDO FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, May 23, 2023, 7:31 pm, KISSIMMEE, FL 34747 |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com. USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified:** 05/27/2023 12:23:11 (UTC)

## Electronic Delivery Confirmation™





Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

$5.89   US POSTAGE
FIRST-CLASS
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275

062S0001442057

**USPS CERTIFIED MAIL**

**9407 1118 9876 5427 7785 68**

Atlanta City Council
Dustin Hillis
55 TRINITY AVE SW STE 2900
ATLANTA GA 30303-3584

| Reference | |
|---|---|
| USPS # | 9407111898765427778568 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 10:19 am on May 26, 2023 in ATLANTA, GA 30303. |
| USPS History | Departed USPS Regional Destination Facility, 05/26/2023, 12:34 am, ATLANTA GA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 12:34 pm, ATLANTA GA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 05/24/2023 |
| | Arrived at USPS Regional Origin Facility, 05/23/2023, 8:46 pm, SEMINOLE-ORLANDO FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, May 23, 2023, 7:31 pm, KISSIMMEE, FL 34747 |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 05/27/2023 12:23:12 (UTC)**

**Electronic Delivery Confirmation™**



Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

$5.89   **US POSTAGE**
**FIRST-CLASS**
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275

062S0001442159

**USPS CERTIFIED MAIL**



**9407 1118 9876 5427 7785 13**

Atlanta City Council
Mary Norwood
55 TRINITY AVE SW STE 2900
ATLANTA GA 30303-3584

| Reference | |
|---|---|
| USPS # | 9407111898765427778513 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 10:19 am on May 26, 2023 in ATLANTA, GA 30303. |
| USPS History | Departed USPS Regional Destination Facility, 05/26/2023, 12:34 am, ATLANTA GA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 12:34 pm, ATLANTA GA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 05/24/2023 |
| | Arrived at USPS Regional Origin Facility, 05/23/2023, 8:46 pm, SEMINOLE-ORLANDO FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, May 23, 2023, 7:31 pm, KISSIMMEE, FL 34747 |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 05/27/2023 12:23:12 (UTC)**

## Electronic Delivery Confirmation™



Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

$5.89    US POSTAGE
FIRST-CLASS
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275



062S0014949896

**USPS CERTIFIED MAIL**

**9407 1118 9876 5427 7784 76**

Atlanta City Council
Howard Shook
55 TRINITY AVE SW STE 2900
ATLANTA GA 30303-3584

| Reference | |
|---|---|
| USPS # | 9407111898765427778476 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 10:19 am on May 26, 2023 in ATLANTA, GA 30303. |
| USPS History | Departed USPS Regional Destination Facility, 05/26/2023, 12:36 am, ATLANTA GA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 12:35 pm, ATLANTA GA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 05/24/2023 |
| | Arrived at USPS Regional Origin Facility, 05/23/2023, 8:46 pm, SEMINOLE-ORLANDO FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, May 23, 2023, 7:31 pm, KISSIMMEE, FL 34747 |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 05/27/2023 12:23:12 (UTC)**

## Electronic Delivery Confirmation™

**USPS CERTIFIED MAIL™**

Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

$5.89   **US POSTAGE**
**FIRST-CLASS**
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275



062S0014949886

**USPS CERTIFIED MAIL**

**9407 1118 9876 5427 7784 38**

Atlanta City Council
Alex Wan
55 TRINITY AVE SW STE 2900
ATLANTA GA 30303-3584

| Reference | |
|---|---|
| USPS # | 9407111898765427778438 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 10:19 am on May 26, 2023 in ATLANTA, GA 30303. |
| USPS History | Departed USPS Regional Destination Facility, 05/26/2023, 12:41 am, ATLANTA GA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 3:56 pm, ATLANTA GA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 05/24/2023 |
| | Arrived at USPS Regional Origin Facility, 05/23/2023, 8:46 pm, SEMINOLE-ORLANDO FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, May 23, 2023, 7:31 pm, KISSIMMEE, FL 34747 |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified:** 05/27/2023 12:23:13 (UTC)

## Electronic Delivery Confirmation™

**USPS CERTIFIED MAIL™**

Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

$5.89   **US POSTAGE**
**FIRST-CLASS**
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275



062S0014949880

**USPS CERTIFIED MAIL**

**9407 1118 9876 5427 7784 83**

Atlanta City Council
Liliana Bakhtiari
55 TRINITY AVE SW STE 2900
ATLANTA GA 30303-3584

| Reference | |
|---|---|
| USPS # | 9407111898765427778483 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 10:19 am on May 26, 2023 in ATLANTA, GA 30303. |
| USPS History | Departed USPS Regional Destination Facility, 05/26/2023, 12:34 am, ATLANTA GA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 12:34 pm, ATLANTA GA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 05/24/2023 |
| | Arrived at USPS Regional Origin Facility, 05/23/2023, 8:46 pm, SEMINOLE-ORLANDO FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, May 23, 2023, 7:31 pm, KISSIMMEE, FL 34747 |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 05/27/2023 12:23:13 (UTC)**

## Electronic Delivery Confirmation™

**USPS CERTIFIED MAIL™**

Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

$5.89   **US POSTAGE**
**FIRST-CLASS**
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275



062S0014949884

**USPS CERTIFIED MAIL**

**9407 1118 9876 5427 7784 45**

Atlanta City Council
Jason S. Dozier
55 TRINITY AVE SW STE 2900
ATLANTA GA 30303-3584

| Reference | |
|---|---|
| USPS # | 9407111898765427778445 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 10:19 am on May 26, 2023 in ATLANTA, GA 30303. |
| USPS History | Departed USPS Regional Destination Facility, 05/26/2023, 12:34 am, ATLANTA GA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 12:34 pm, ATLANTA GA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 05/24/2023 |
| | Arrived at USPS Regional Origin Facility, 05/23/2023, 8:46 pm, SEMINOLE-ORLANDO FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, May 23, 2023, 7:31 pm, KISSIMMEE, FL 34747 |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified:** 05/27/2023 12:23:13 (UTC)

## Electronic Delivery Confirmation™

**USPS CERTIFIED MAIL™**

Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

**$5.89   US POSTAGE**
FIRST-CLASS
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275



062S0014949879

**USPS CERTIFIED MAIL**

**9407 1118 9876 5427 7784 90**

Atlanta City Council
Byron Amos
55 TRINITY AVE SW STE 2900
ATLANTA GA 30303-3584

| Reference | |
|---|---|
| USPS # | 9407111898765427778490 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 10:19 am on May 26, 2023 in ATLANTA, GA 30303. |
| USPS History | Departed USPS Regional Destination Facility, 05/26/2023, 12:34 am, ATLANTA GA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 12:34 pm, ATLANTA GA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 05/24/2023 |
| | Arrived at USPS Regional Origin Facility, 05/23/2023, 8:46 pm, SEMINOLE-ORLANDO FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, May 23, 2023, 7:31 pm, KISSIMMEE, FL 34747 |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 05/27/2023 12:23:14 (UTC)**

## Electronic Delivery Confirmation™



Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

$5.89   **US POSTAGE**
FIRST-CLASS
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275

062S0014949873

**USPS CERTIFIED MAIL**



**9407 1118 9876 5427 7784 07**

Atlanta City Council
Amir R. Farokhi
55 TRINITY AVE SW STE 2900
ATLANTA GA 30303-3584

| Reference | |
|---|---|
| USPS # | 9407111898765427778407 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 10:19 am on May 26, 2023 in ATLANTA, GA 30303. |
| USPS History | Departed USPS Regional Destination Facility, 05/26/2023, 12:34 am, ATLANTA GA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 12:34 pm, ATLANTA GA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 05/24/2023 |
| | Arrived at USPS Regional Origin Facility, 05/23/2023, 8:46 pm, SEMINOLE-ORLANDO FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, May 23, 2023, 7:31 pm, KISSIMMEE, FL 34747 |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified:** 05/27/2023 12:23:14 (UTC)

## Electronic Delivery Confirmation™

**USPS CERTIFIED MAIL™**

Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

**$5.89   US POSTAGE**
**FIRST-CLASS**
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275



062S0014949880

**USPS CERTIFIED MAIL**



**9407 1118 9876 5427 7784 69**

Atlanta City Council
Jason Winston
55 TRINITY AVE SW STE 2900
ATLANTA GA 30303-3584

| Reference | |
|---|---|
| USPS # | 9407111898765427778469 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 10:19 am on May 26, 2023 in ATLANTA, GA 30303. |
| USPS History | Departed USPS Regional Destination Facility, 05/26/2023, 12:34 am, ATLANTA GA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 12:34 pm, ATLANTA GA DISTRIBUTION CENTER |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 05/27/2023 12:23:14 (UTC)**

## Electronic Delivery Confirmation™



Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

**$5.89   US POSTAGE**
FIRST-CLASS
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275



062S0001442154

**USPS CERTIFIED MAIL**

**9407 1118 9876 5427 7784 52**

Atlanta City Council
Keisha Sean Waites
55 TRINITY AVE SW STE 2900
ATLANTA GA 30303-3584

| | |
|---|---|
| Reference | |
| USPS # | 9407111898765427778452 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 10:19 am on May 26, 2023 in ATLANTA, GA 30303. |
| USPS History | Departed USPS Regional Destination Facility, 05/26/2023, 12:34 am, ATLANTA GA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 12:34 pm, ATLANTA GA DISTRIBUTION CENTER |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 05/27/2023 12:23:14 (UTC)**

## Electronic Delivery Confirmation™



Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

**$5.89   US POSTAGE**
FIRST-CLASS
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275



062S0001442137

**USPS CERTIFIED MAIL**

**9407 1118 9876 5427 7780 70**

Atlanta City Council
Matt Westmoreland
55 TRINITY AVE SW STE 2900
ATLANTA GA 30303-3584

| Reference | |
| --- | --- |
| USPS # | 9407111898765427778070 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 10:19 am on May 26, 2023 in ATLANTA, GA 30303. |
| USPS History | Departed USPS Regional Destination Facility, 05/26/2023, 12:34 am, ATLANTA GA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 12:34 pm, ATLANTA GA DISTRIBUTION CENTER |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 05/27/2023 12:23:15 (UTC)**

## Electronic Delivery Confirmation™



Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

$5.89    US POSTAGE
FIRST-CLASS
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275



062S0014949869

**USPS CERTIFIED MAIL**

**9407 1118 9876 5427 7780 32**

Atlanta City Council
Michael Julian Bond
55 TRINITY AVE SW STE 2900
ATLANTA GA 30303-3584

| Reference | |
|---|---|
| USPS # | 9407111898765427778032 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 10:19 am on May 26, 2023 in ATLANTA, GA 30303. |
| USPS History | Departed USPS Regional Destination Facility, 05/26/2023, 12:36 am, ATLANTA GA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 12:35 pm, ATLANTA GA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 05/24/2023 |
| | Arrived at USPS Regional Origin Facility, 05/23/2023, 8:45 pm, SEMINOLE-ORLANDO FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, May 23, 2023, 7:30 pm, KISSIMMEE, FL 34747 |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified:** 05/27/2023 12:23:15 (UTC)

## Electronic Delivery Confirmation™



Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

**$5.89   US POSTAGE**
FIRST-CLASS
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275



062S0014949878

**USPS CERTIFIED MAIL**

**9407 1118 9876 5427 7780 87**

Atlanta City Council President
Doug Shipman
55 TRINITY AVE SW STE 2900
ATLANTA GA 30303-3584

| Reference | |
|---|---|
| USPS # | 94071118987654277780087 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 10:19 am on May 26, 2023 in ATLANTA, GA 30303. |
| USPS History | Departed USPS Regional Destination Facility, 05/26/2023, 12:36 am, ATLANTA GA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 12:35 pm, ATLANTA GA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 05/24/2023 |
| | Arrived at USPS Regional Origin Facility, 05/23/2023, 8:45 pm, SEMINOLE-ORLANDO FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, May 23, 2023, 7:30 pm, KISSIMMEE, FL 34747 |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified:** 05/27/2023 12:23:16 (UTC)

## Electronic Delivery Confirmation™



Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

$5.89    US POSTAGE
FIRST-CLASS
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275

062S0001442141



**USPS CERTIFIED MAIL**

**9407 1118 9876 5427 7783 46**

Atlanta City Council
Antonio Lewis
55 TRINITY AVE SW STE 2900
ATLANTA GA 30303-3584

| Reference | |
|---|---|
| USPS # | 9407111898765427778346 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 10:19 am on May 26, 2023 in ATLANTA, GA 30303. |
| USPS History | Departed USPS Regional Destination Facility, 05/26/2023, 12:36 am, ATLANTA GA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 12:35 pm, ATLANTA GA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 05/24/2023 |
| | Arrived at USPS Regional Origin Facility, 05/23/2023, 8:45 pm, SEMINOLE-ORLANDO FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, May 23, 2023, 7:30 pm, KISSIMMEE, FL 34747 |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 05/27/2023 12:23:19 (UTC)**

## Electronic Delivery Confirmation™



Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

**$5.89   US POSTAGE**
FIRST-CLASS
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275

stamps
endicia

062S0014949894

**USPS CERTIFIED MAIL**



**9407 1118 9876 5427 7783 39**

Atlanta Police Foundation Inc.
Dave Wilkinson
191 PEACHTREE ST NE STE 191
ATLANTA GA 30303-1740

| Reference | |
|---|---|
| USPS # | 9407111898765427778339 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 2:37 pm on May 26, 2023 in ATLANTA, GA 30303. |
| USPS History | Departed USPS Regional Destination Facility, 05/26/2023, 12:36 am, ATLANTA GA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 12:35 pm, ATLANTA GA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 05/24/2023 |
| | Arrived at USPS Regional Origin Facility, 05/23/2023, 8:45 pm, SEMINOLE-ORLANDO FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, May 23, 2023, 7:30 pm, KISSIMMEE, FL 34747 |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 05/27/2023 12:23:18 (UTC)**

## Electronic Delivery Confirmation™

**USPS CERTIFIED MAIL™**

Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

**$5.89   US POSTAGE**
FIRST-CLASS
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275



062S0001442145

**USPS CERTIFIED MAIL**



**9407 1118 9876 5427 7783 84**

Atlanta Police Foundation Inc.
Alan Williams
191 PEACHTREE ST NE STE 191
ATLANTA GA 30303-1740

| Reference | |
|---|---|
| USPS # | 940711189876542777 8384 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item has been delivered to an agent for final delivery in ATLANTA, GA 30303 on May 31, 2023 at 12:58 pm. |
| USPS History | Redelivery Scheduled for Next Business Day, 05/30/2023, 5:44 pm, ATLANTA, GA 30303 |
| | Departed USPS Regional Destination Facility, 05/29/2023, 4:06 am, ATLANTA GA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 05/28/2023, 10:32 am, ATLANTA GA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 05/27/2023 |
| | In Transit to Next Facility, 05/26/2023 |
| | Departed USPS Regional Facility, May 25, 2023, 8:55 pm, HARTFORD CT DISTRIBUTION CENTER |
| | Arrived at USPS Regional Facility, May 25, 2023, 7:38 pm, HARTFORD CT DISTRIBUTION CENTER |
| | Arrived at USPS Regional Facility, May 25, 2023, 12:58 pm, SPRINGFIELD MA NETWORK DISTRIBUTION CENTER |
| | In Transit to Next Facility, 05/24/2023 |
| | Arrived at USPS Regional Origin Facility, 05/23/2023, 8:45 pm, SEMINOLE-ORLANDO FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, May 23, 2023, 7:30 pm, KISSIMMEE, FL 34747 |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 06/01/2023 06:31:33 (UTC)**

## Electronic Delivery Confirmation™

**USPS CERTIFIED MAIL™**

Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

$5.89    **US POSTAGE**
**FIRST-CLASS**
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 5
11923275



062S0014949879

**USPS CERTIFIED MAIL**



**9407 1118 9876 5427 7780 25**

Environmental Protection Agency
Michael S. Regan Administrator
1200 PENNSYLVANIA AVE NW
MAIL CODE 1101A
WASHINGTON DC 20460-0003

| Reference | |
|---|---|
| USPS # | 9407111898765427778025 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 10:54 am on May 26, 2023 in WASHINGTON, DC 20460. |
| USPS History | Arrived at Post Office, 05/26/2023, 10:07 am, WASHINGTON, DC 20018 |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 4:38 am, WASHINGTON DC DISTRIBUTION CENTER |
| | In Transit to Next Facility, 05/24/2023 |
| | Arrived at USPS Regional Origin Facility, 05/23/2023, 8:45 pm, SEMINOLE-ORLANDO FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, May 23, 2023, 7:30 pm, KISSIMMEE, FL 34747 |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified:** 05/27/2023 12:23:17 (UTC)

## Electronic Delivery Confirmation™



Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

**$5.89   US POSTAGE**
**FIRST-CLASS**
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275



stamps
endicia

062S0014949874

**USPS CERTIFIED MAIL**

**9407 1118 9876 5427 7780 63**

Georgia Environmental Protection Division
Richard E Dunn Director
2 MARTIN LUTHER KING JR DR SE STE 1456
EAST TOWER
ATLANTA GA 30334-9074

| Reference | |
|---|---|
| USPS # | 9407111898765427778063 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 11:12 am on May 30, 2023 in ATLANTA, GA 30303. |
| USPS History | Redelivery Scheduled for Next Business Day, 05/27/2023, 11:10 am, ATLANTA, GA 30303 |
| | Arrived at Post Office, 05/27/2023, 9:49 am, ATLANTA, GA 30303 |
| | Out for Delivery, 05/27/2023, 9:38 am, ATLANTA, GA 30334 |
| | Arrived at USPS Facility, May 26, 2023, 4:17 pm, ATLANTA, GA 30332 |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 12:35 pm, ATLANTA GA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 05/24/2023 |
| | Arrived at USPS Regional Origin Facility, 05/23/2023, 8:45 pm, SEMINOLE-ORLANDO FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, May 23, 2023, 7:30 pm, KISSIMMEE, FL 34747 |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 05/31/2023 06:41:55 (UTC)**

## Electronic Delivery Confirmation™



## USPS CERTIFIED MAIL™

Law Office of Jon Schwartz
Jon Schwartz
1100 PEACHTREE ST NE STE 250
ATLANTA GA 30309-4522

$5.89   **US POSTAGE**
**FIRST-CLASS**
May 19 2023
Mailed from ZIP 34747
3 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275



stamps.endicia

062S0001442139

**USPS CERTIFIED MAIL**

**9407 1118 9876 5427 7780 56**

Environmental Protection Agency Region 4
Daniel Blackman Regional Administrator
61 FORSYTH ST SW
ATLANTA FEDERAL CENTER
ATLANTA GA 30303-8931

| Reference | |
|---|---|
| USPS # | 9407111898765427778056 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item has been delivered to an agent for final delivery in ATLANTA, GA 30303 on May 26, 2023 at 2:45 pm. |
| USPS History | Departed USPS Regional Destination Facility, 05/26/2023, 12:36 am, ATLANTA GA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 05/25/2023, 12:35 pm, ATLANTA GA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 05/24/2023 |
| | Arrived at USPS Regional Origin Facility, 05/23/2023, 8:45 pm, SEMINOLE-ORLANDO FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, May 23, 2023, 7:30 pm, KISSIMMEE, FL 34747 |
| | Shipment Received, Package Acceptance Pending, May 22, 2023, 4:10 pm, KISSIMMEE, FL 34747 |
| | Shipping Label Created, USPS Awaiting Item, May 19, 2023, 7:20 pm, KISSIMMEE, FL 34747 |
| | Pre-Shipment Info Sent to USPS, USPS Awaiting Item, May 19, 2023 |

**Electronic Delivery Confirmation Report © 2023 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2023** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 05/27/2023 12:23:17 (UTC)**