

**Tre Hargett**
Secretary of State

# Division of Business Services
# Department of State
## State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

Name:   **RICHARD DIEHL, INC.**

## General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | **000165830** | Formation Locale: | TENNESSEE |
| Filing Type: | For-profit Corporation - Domestic 12/20/1985 4:30 PM | Date Formed: Fiscal Year Close | 12/20/1985 12 |
| Status: | Active | | |
| Duration Term: | Perpetual | | |

**Registered Agent Address**
ROBERT CHRISTIAN DIEHL
507 DEPOT ST
JONESBOROUGH, TN  37659-1015

**Principal Address**
MARTHA DIEHL
507 DEPOT STREET
JONESBOROUGH, TN  37659

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 01/26/2023 | 2022 Annual Report | B1328-1008 |

Principal Address 1 Changed  From: 507 DEPOT ST  To: 507 DEPOT STREET

Principal Postal Code Changed  From: 37659-1015  To: 37659

| | | |
|---|---|---|
| 01/26/2022 | 2021 Annual Report | B1152-1554 |
| 03/29/2021 | 2020 Annual Report | B1008-3232 |
| 01/21/2020 | 2019 Annual Report | B0804-0719 |
| 03/21/2019 | 2018 Annual Report | B0675-3222 |
| 02/19/2018 | 2017 Annual Report | B0499-5290 |
| 02/08/2017 | 2016 Annual Report | B0344-2837 |
| 02/01/2016 | 2015 Annual Report | B0190-5560 |
| 01/28/2015 | 2014 Annual Report | B0047-7703 |

Principal Address 1 Changed  From: PO BOX 86  To: 507 DEPOT ST

Principal Postal Code Changed  From: 37659-0086  To: 37659-1015

| | | |
|---|---|---|
| 03/12/2014 | 2013 Annual Report | A0220-2877 |
| 02/11/2013 | 2012 Annual Report | A0154-3044 |

Principal Address 1 Changed  From: 507/509 DEPOT STREET  To: PO BOX 86

Principal Address 3 Changed  From: No value  To: MARTHA DIEHL

Principal Postal Code Changed  From: 37659  To: 37659-0086

# Filing Information

Name:   **RICHARD DIEHL, INC.**

| | | |
|---|---|---|
| 06/19/2012 | 2011 Annual Report | A0134-0196 |

Principal Address 1 Changed  From: 507 DEPOT STREET  To: 507/509 DEPOT STREET

| | | |
|---|---|---|
| 06/02/2012 | Notice of Determination | A0121-2886 |
| 12/29/2010 | 2010 Annual Report | A0050-2959 |
| 02/10/2010 | 2009 Annual Report | 6654-0193 |
| 01/27/2009 | 2008 Annual Report | 6429-3102 |
| 01/22/2008 | 2007 Annual Report | 6187-1608 |
| 01/29/2007 | 2006 Annual Report | 5930-0135 |
| 01/18/2006 | 2005 Annual Report | 5654-0686 |
| 01/12/2005 | 2004 Annual Report | 5321-1670 |
| 02/06/2004 | 2003 Annual Report | 5029-1007 |
| 01/08/2003 | 2002 Annual Report | 4692-0522 |
| 01/16/2002 | 2001 Annual Report | 4395-3236 |

Principal Address Changed

Registered Agent Physical Address Changed

Registered Agent Changed

| | | |
|---|---|---|
| 01/16/2001 | 2000 Annual Report | 4090-1208 |
| 01/13/2000 | 1999 Annual Report | 3797-1779 |
| 03/11/1986 | Articles of Amendment | 598 03060 |

Name Changed

| | | |
|---|---|---|
| 12/20/1985 | Initial Filing | 583 03415 |

| **Active Assumed Names (if any)** | **Date** | **Expires** |
|---|---|---|

7/31/2023 3:01:18 PM