| | |
|---|---|
| **From:** | Aleksandra Mitchell |
| **To:** | Alisa Clowdus |
| **Subject:** | FW: Your Clients: Joy White and Jordynn White; My Clients: Richard Diehl, Inc. and Steven Foulks; DOL: 06.21.23; claim No. AL170751 - Correspondence |
| **Date:** | Tuesday, August 1, 2023 9:57:58 AM |

Alisa,

My PDF printing is not working. Please save this email in PDF in Pleadings folder titled (Exhibit C – Correspondence between Counsel).

ALEKSANDRA MITCHELL

STONE KALFUS LLP

ATLANTA | LOS ANGELES | SAN DIEGO

ONE MIDTOWN PLAZA, 1360 PEACHTREE STREET NE, SUITE 1250, ATLANTA, GA 30309
D: 404.736.2604 | M: 347.524.3205 | F: 877.736.2601
vCARD | WWW.STONEKALFUS.COM

This message is directed to and for the use of the intended recipients only and its contents may be privileged or confidential. If the reader of this message is not the intended recipient, any distribution, dissemination, or copy of this message is prohibited. If you received this message in error, please immediately notify the sender and delete it. This message is not intended to and does not constitute an electronic signature or agreement of any kind.

**From:** Info Bethune Law Firm <info@bethunelawfirm.com>
**Sent:** Tuesday, August 1, 2023 8:41 AM
**To:** Shawn Kalfus <shawn.kalfus@stonekalfus.com>
**Cc:** Aleksandra Mitchell <alex.mitchell@stonekalfus.com>; Alisa Clowdus <alisa.clowdus@stonekalfus.com>; Sabrina Zellner <szellner@bethunelawfirm.com>
**Subject:** Re: Your Clients: Joy White and Jordynn White; My Clients: Richard Diehl, Inc. and Steven Foulks; DOL: 06.21.23; claim No. AL170751 - Correspondence

Shawn,

My client will **not** stipulate to capping her damages at $75,000.00. Thanks.

Best regards,

Sabrina L. Zellner, Esq.

www.BETHUNELAWFIRM.com

**1-800-INJURED**
A Personal Injury Law Firm

Bethune Law Firm, LLC
2890 Piedmont Road NE

Atlanta, Georgia 30305
(404) 875-7800 Tel.
(404) 521-4011 Fax.

On Mon, Jul 31, 2023 at 5:24 PM Shawn Kalfus <shawn.kalfus@stonekalfus.com> wrote:

> Terrance, this case appears to be removable based on the diversity of citizenship of the parties and we plan to remove the case to federal court.  However, if your client is willing to stipulate that she will not seek or accept in excess of $75,000 in damages, exclusive of interest and costs, in this action or any subsequent action arising from the same accident, we will agree to keep the case in state court.
>
> Please let me know as soon as possible.  Otherwise, we will consider the non-response a refusal to stipulate and take steps to remove the case to federal court.
>
> Thanks
>
> Shawn
>
>
> SHAWN N. KALFUS
> STONE KALFUS LLP
> ATLANTA | LOS ANGELES | SAN DIEGO
>
> ONE MIDTOWN PLAZA, 1360 PEACHTREE STREET NE,  SUITE 1250, ATLANTA, GA 30309
> D: 404.736.2603  |  M: 404.734.5269  |  F: 877.736.2601
> vCARD  |  WWW.STONEKALFUS.COM
>
> This message is directed to and for the use of the intended recipients only and its contents may be privileged or confidential.  If the reader of this message is not the intended recipient, any distribution, dissemination, or copy of this message is prohibited.  If you received this message in error, please immediately notify the sender and delete it.  This message is not intended to and does not constitute an electronic signature or agreement of any kind.