September 4, 2020

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 648004
Lee's Summit, MO 64002



U.S. Citizenship
and Immigration
Services

ABIOLA ADEFEMI ADESIDA
c/o DAVID LOUIS LUNEL
THE FOGLE LAW FIRM LLC
55 IVAN ALLEN JR BLVD STE 830
ATLANTA, GA 30308



MSC2070006600



RE: ABIOLA ADEFEMI ADESIDA
I-290B, Notice of Appeal or Motion

A219-087-600

## NOTICE OF DECISION

On December 20, 2018 you filed your Petition for Alien Relative (Form I-130). On February 12, 2020 USCIS denied your Form I-130. On July 31, 2020, you filed a motion to reopen and reconsider pursuant to Title 8, Code of Federal Regulations (CFR), §103.5(a), which states in pertinent part:

> (2) Requirements for motion to reopen. A motion to reopen must state the new facts to be provided in the reopened proceeding and be supported by affidavits or other documentary evidence.

> (3) Requirements for motion to reconsider. A motion to reconsider must state the reasons for reconsideration and be supported by any pertinent precedent decisions to establish that the decision was based on an incorrect application of law or Service policy.

USCIS has determined that there are sufficient grounds to reopen your Form I-130. The decision to deny the Form I-130 has been withdrawn. It is hereby ordered that a new decision on the Form I-130 be issued.

Sincerely,

*Robinson*

Terri A. Robinson
Director
Officer: LA1735

