September 4, 2020

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 648004
Lee's Summit, MO 64002



**U.S. Citizenship and Immigration Services**

ABIOLA ADEFEMI ADESIDA
c/o LATORIC L JOHNSON
1113 W SHORE DR
RIVERDALE, GA 30296



MSC1990390692



A219-087-600

RE: I-485, Application to Register Permanent Residence or Adjust Status

## REQUEST FOR EVIDENCE (FORM I-485)



Dear ABIOLA ADESIDA:

### Why We Are Writing You

On December 20, 2018, you submitted your Form I-485. We are writing to inform you that we need more information from you to make a decision on your case. Please read this letter carefully and follow all of the instructions below.

### What You Need To Do

You must provide the following information in order for us to make a final decision on your case. **Please include a copy of ALL pages of this letter with your response.**

- Form I-130A, Supplemental Information for Spouse Beneficiary, was not signed by the beneficiary.

    The beneficiary, Abiola Adesida, on Form I-130 must submit a completed and signed I-130A. The latest edition of Form I-130A can be found at the USCIS website at www.uscis.gov.

- Based on the documents submitted with Form I-864, Affidavit of Support, for the petitioner, Latoric Johnson, the income did not meet 125% of the poverty guideline for the petitioner/sponsor's household size. Submit evidence from a qualifying joint sponsor.

    **The joint sponsor will need to submit:**

    - A completed and signed Form I-864 for the joint sponsor. All pages must be present and of the same revision date
    - A copy of the joint sponsor's Federal income tax return for the most recent year
    - A copy of the joint sponsor's supporting tax documents (W-2s, 1099s, Form 2555, and tax schedules) that you filed with your Federal income tax return

- Evidence of the joint sponsor's status as a United States citizen, United States National, or Lawful Permanent Resident

Note: The "Total Income" line on IRS Form 1040 is used to determine qualifying income for a sponsor, not the "Gross Receipts" from IRS Schedule C or C-EZ.

**When You Need To Do It**

You must send the requested information by mail to the address shown below by November 30, 2020.

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence that is submitted after the due date. If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, you must provide: (1) a copy of the original document in its foreign language; and (2) a full English translation of the document. The translator must certify that the translation is complete and accurate, and that he or she is competent to translate from the foreign language to English.

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to this request.

**Please include a copy of ALL pages of this letter with your response.**

Submit your response with requested document(s), information, etc. to this address:

| Regular Mail | Express Mail or Courier Deliveries |
|---|---|
| U.S. Department of Homeland Security | USCIS, Attention: Adjustment of Status |
| PO Box 648004 | 850 NW Chipman Rd |
| Lee's Summit, MO 64002 | Lee's Summit, MO 64063 |

**Please do not forget to include a copy of ALL pages of this letter with your response.**

Sincerely,

*Robinson*

Terri A. Robinson
Director
Officer: LA1735

October 20, 2021



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
3381 Atlanta Highway
Montgomery, AL 36109

**U.S. Citizenship and Immigration Services**

ABIOLA ADEFEMI ADESIDA
3460 KINGSBORO RD NE APT 342
ATLANTA, GA 30326
US



MSC1990390692



A219-087-600

RE: I-485, Application to Register Permanent Residence or Adjust Status

## REQUEST FOR EVIDENCE

Dear ABIOLA ADESIDA:

### Why We Are Writing You

On December 20, 2018, you filed Form I-485, Application to Register Permanent Residence or Adjust Status, with U.S. Citizenship and Immigration Services (USCIS). We are writing to inform you that we need more information from you to make a decision on your case. Please read this letter carefully and follow all of the instructions below.

### What You Need to Do

You must provide the following information in order for us to make a final decision on your case.

You must submit evidence of a shared life together, and it should cover the time period from June 26, 2018 to the present.

Such evidence may include, but is not limited to:

- documents showing joint ownership of property, such as mortgage agreements or payments, property titles, or property registrations;
- lease(s) showing the same residence;
- documents showing shared finances and obligations (such as joint bank account(s), credit card statements, telephone bills, gas bills, electric bills, water bills, other utility bills, joint income taxes, joint insurance policies, insurance policies where one spouse is the dependent of the other, etc.);
- birth certificate(s) of child(ren) born to the spouses;
- pictures of wedding and other events; or
- sworn affidavits from others with personal knowledge of the validity of the marriage. Each affidavit must have the full name, address, and date and place of birth of the person making the statement. It must also include his or her relationship, if any, to one or both spouses. Each affidavit must have complete information and details explaining how the person knows about the marriage. Each person making an affidavit may be

required to testify before an immigration officer about the information in the affidavit. Affidavits should be supported, if possible, by one or more documents listed above as possible evidence.
- IRS tax transcripts covering the years of marriage.

- Submit information on arrests, indictments, and charges as explained below.

Records indicate that you were arrested in Clayton County.

You have not, however, presented sufficient documentary evidence concerning the disposition of the case(s) listed above.

For each arrest, indictment, or charge listed above, please submit original or certified copies of the arrest report, indictment, complaint, or other charging document, any plea agreement, and the court order disposing of the case, including any order withholding or deferring judgment but conditioned on your successful completion of any type of alternative sentencing or rehabilitation program. You must submit these documents even if you were acquitted at trial, or the court dismissed the charges, or the prosecuting authority chose not to bring the case to trial ("nolle pros" or "no papered"). If you reached a plea agreement with the prosecuting authority, you must submit the plea agreement and the transcript of any court hearing addressing the plea agreement.

If the original record is not available, you must submit a written, signed statement from the custodian of the record. The written statement must clearly state that the record is not available and why it is not available. It must also state whether records from the relevant time are generally available. If you submit this written statement, you may then submit secondary evidence. For example, you or your attorney in the criminal proceeding may have file copies of the official record.

If neither primary nor secondary evidence is available, you must submit one or more written statements explaining the case and the outcome of the case. The individual who signs the written statement must have personal knowledge of the disposition of the case. The individual(s) must sign the written statement(s) under oath, affirmation, or penalty of perjury under United States law.

### When You Need To Do It

You must either mail the requested information to the address shown below or scan and upload your response using your USCIS online account (if applicable). You must submit the requested information by January 18, 2022.

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence that is submitted after the due date. If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, you must provide: (1) a copy of the original document in its foreign language; and (2) a full English translation of the document. The translator must certify that the translation is complete and accurate, and that he or she is competent to translate from the foreign language to English.

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to



this request.

Please include a copy of this letter with your response by mail to this address:

U.S. Citizenship and Immigration Services
Montgomery Field Office
3381 Atlanta Highway
Montgomery, AL 36109

Sincerely,

Nicolas S. Bartell
Deputy District Director

MSC1990390692

A219-087-600