H. GLENN FOGLE, JR., ESQ. (ADMITTED IN GA)
NATALIE L. GRIGGS, ESQ. (ADMITTED IN GA)
DAVID LUNEL, ESQ. (ADMITTED IN GA & PARIS)
ADRIANA URTUBEY, ESQ. (ADMITTED IN NC)
OF COUNSEL: MARY M. SHIN, ESQ. (ADMITTED IN HI)
OF COUNSEL: PRADEEK SUSHEELAN, ESQ. (ADMITTED IN NY)



LAW FIRM, LLC

*"Effective Immigration Solutions"*

ATLANTA OFFICE        404.522.1852
CHARLESTON OFFICE   843.572.6822
CHARLOTTE OFFICE     704.405.9060
LOS ANGELES OFFICE   213.344.3780

December 8, 2020

Department of Homeland Security
U.S. Citizenship & Immigration Services
PO Box 648004
Lee's Summit, MO 64002

RE:  **Request for Evidence**
       **Case Type:**      **I-485, Application to Register Permanent Residence or Adjust Status**
       **Petitioner:**      **Latoric L. Johnson (US Citizen Spouse)**
       **Applicant:**      **Abiola A. Adesida (A219-087-600)**
       **Receipt.:**      **MSC1990390692**

Dear Sir or Madam:

Please note our office represents the Applicant, Abiola Adefemi Adesida in regard to the above captioned matter. Original Forms G-28 pertaining to the firm's representation are enclosed.

**Effective immediately, please update your records to reflect that I am now the attorney of record for this matter. As such, any and all documentation pertaining to this matter should be forwarded directly to the address listed below in Atlanta.**

We are in receipt of a Request for Evidence ("RFE"), dated September 4, 2020, requesting the above Applicant to submit Form I-130A, Supplemental Information for Spouse Beneficiary. **(ii)** Evidence of Qualifying Joint Sponsor

Please note that this response is timely filed as USCIS has temporarily announced flexibility for **Request for Evidence (RFE),** Notices of Intent to Deny (NOID), and Notices of Intent to Terminate (NOIT). (See attached USCIS announcement print out). USCIS will consider a response received within 60 calendar days after the response due date set forth in the following requests or notices before taking any action if such request or notice was issued by USCIS between March 1. 2020 and January 01, 2021, inclusive:

- **Request for Evidence**;
- Continuations to Request Evidence (N-14);
- Notice of Intent to Deny;
- Notice of Intent to Revoke;

- Notice of Intent to Rescind;
- Notice of Intent to Terminate; and
- Request for a Hearing on a Decision in Naturalization Proceedings (Under Section 336 of the INA)

As the Service issued Applicant's Request for Evidence (RFE) on September 4, 2020, Applicant is allowed an additional sixty (60) calendar days after the November 30, 2020 response due date set in the Request for Evidence. Therefore, Applicant's response to the Service is due on or before January 29, 2021.

As such, enclosed please find and accept the submission of the following evidence:

- Copy of Notice of a Request for Evidence;
- Original Forms G-28, pertaining to the firm's representation;

**Form I-130A, Supplemental Information for Spouse Beneficiary**

**Petitioner's Income Documentation**

- Form I-864, Affidavit of Support from Petitioner
- Copies of Petitioner's Paystubs
- Copy of Petitioner's 2019 1040 Tax Return
- Copy of Petitioner's 2019 W-2 Forms
- Copy of petitioner's Business Registration

**Form I-864, Affidavit of Support from Joint Sponsor and Supporting Financial Evidence:**

1. Form I-864 Affidavit of Support from Joint Sponsor;
2. Copies of Joint Sponsor's Paystubs;
3. Copy of Joint Sponsor's most recent 1040 Tax Return and W-2; and
4. Copy of Joint's Sponsor's Green Card.

## EXPLANATIONS

The Service alleges the Petitioner does not meet the qualifications of the 125% poverty guideline of the petitioner/sponsor's household size. However, the Petitioner meets the requirements as the guideline in 2018 was $36,775 and presently it is $38,350. The Petitioner earns an hourly rate of $20.96 and works an average of 70+ hours. The petitioner earns at least $1600.00 Bi-Weekly, which she would make her earn a minimum of $41,600.00 a year. Petitioner also receives bonuses from the employer. (*see* **Petitioner's Paystubs**). Therefore, the Petitioner should qualify as a sponsor. Please note that Petitioner also owns a business (*see* **Petitioner's Business Information**).

Regarding the Petitioner's Paystubs (*see* **Petitioner's Paystubs**). The Petitioner's paystubs incorrectly show her marital status as single. However, that is incorrect and was

an error in the system. She has contacted the company to have it reflect her current correct marriage status.

In the request of a qualifying joint sponsor, please see attached Form I-864, Affidavit of Support and required documents for the joint sponsor. Please note that the joint sponsor is employed at SD&C INC and is paid an annual salary of $66,560.00. His gross pay SD&C INC biweekly is $2,620.00. *See* the attached pay stubs. The 125% poverty guidelines require the joint sponsor to make $32,750.00, for a household size of four (4). The joint sponsor has clearly met the standards set forth by the poverty guidelines as his total income to date is $66,560.00.

## **CONCLUSION**

Mr. Abiola Adesida respectfully requests that the Service review the submitted evidence in relation to his Form I-485, Application to Register Permanent Residence or Adjust Status. Applicant has fully provided the government with adequate responses and supporting evidence regarding the issues raised.

We would kindly request that the above-mentioned I-485, Application to Register Permanent Residence or Adjust Status be processed as soon as possible. Should you need further information, please contact me at (404) 522-1852 or via email at natalie@foglelaw.com. Thank you in advance for your prompt attention to this matter.

Very truly yours,
**THE FOGLE LAW FIRM, LLC**

By: Natalie Griggs, Esq.

NG/jug
Enclosures: As indicated

September 4, 2020

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 648004
Lee's Summit, MO 64002





ABIOLA ADEFEMI ADESIDA
c/o LATORIC L JOHNSON
1113 W SHORE DR
RIVERDALE, GA 30296

MSC1990390692

RE: I-485, Application to Register Permanent Residence or Adjust
Status



A219-087-600



## REQUEST FOR EVIDENCE (FORM I-485)

Dear ABIOLA ADESIDA:

### Why We Are Writing You

On December 20, 2018, you submitted your Form I-485. We are writing to inform you that we need more information from you to make a decision on your case. Please read this letter carefully and follow all of the instructions below.

### What You Need To Do

You must provide the following information in order for us to make a final decision on your case. **Please include a copy of ALL pages of this letter with your response.**

- Form I-130A, Supplemental Information for Spouse Beneficiary, was not signed by the beneficiary.

  The beneficiary, Abiola Adesida, on Form I-130 must submit a completed and signed I-130A. The latest edition of Form I-130A can be found at the USCIS website at www.uscis.gov.

- Based on the documents submitted with Form I-864, Affidavit of Support, for the petitioner, Latoric Johnson, the income did not meet 125% of the poverty guideline for the petitioner/sponsor's household size. Submit evidence from a qualifying joint sponsor.

  **The joint sponsor will need to submit:**

  - A completed and signed Form I-864 for the joint sponsor. All pages must be present and of the same revision date
  - A copy of the joint sponsor's Federal income tax return for the most recent year
  - A copy of the joint sponsor's supporting tax documents (W-2s, 1099s, Form 2555, and tax schedules) that you filed with your Federal income tax return

- Evidence of the joint sponsor's status as a United States citizen, United States National, or Lawful Permanent Resident

Note: The "Total Income" line on IRS Form 1040 is used to determine qualifying income for a sponsor, not the "Gross Receipts" from IRS Schedule C or C-EZ.

**When You Need To Do It**

You must send the requested information by mail to the address shown below by November 30, 2020.

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence that is submitted after the due date. If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, you must provide: (1) a copy of the original document in its foreign language; and (2) a full English translation of the document. The translator must certify that the translation is complete and accurate, and that he or she is competent to translate from the foreign language to English.

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to this request.

**Please include a copy of ALL pages of this letter with your response.**

Submit your response with requested document(s), information, etc. to this address:

| Regular Mail | Express Mail or Courier Deliveries |
|---|---|
| **U.S. Department of Homeland Security** | **USCIS, Attention: Adjustment of Status** |
| PO Box 648004 | 850 NW Chipman Rd |
| Lee's Summit, MO 64002 | Lee's Summit, MO 64063 |

**Please do not forget to include a copy of ALL pages of this letter with your response.**

Sincerely,

Terri A. Robinson
Director
Officer: LA1735

USCIS Extends Flexibility for Responding to Agency Requests | USCIS

USCIS Response to Coronavirus 2019 (COVID-19)



**U.S. Citizenship and Immigration Services**

Home > News > Alerts > USCIS Extends Flexibility for Responding to Agency Requests

# USCIS Extends Flexibility for Responding to Agency Requests

Release Date : 09/11/2020

In response to the coronavirus (COVID-19) pandemic, U.S. Citizenship and Immigration Services is extending the flexibilities it announced on March 30, 2020, to assist applicants, petitioners, and requestors who are responding to certain:

- Requests for Evidence;
- Continuations to Request Evidence (N-14);
- Notices of Intent to Deny;
- Notices of Intent to Revoke;
- Notices of Intent to Rescind and Notices of Intent to Terminate regional investment centers;
- Motions to Reopen an N-400 Pursuant to 8 CFR 335.5, Receipt of Derogatory Information After Grant;
- Filing date requirements for Form N-336, Request for a Hearing on a Decision in Naturalization Proceedings (Under Section 336 of the INA); or
- Filing date requirements for Form I-290B, Notice of Appeal or Motion.

## Notice/Request/Decision Issuance Date:

This flexibility applies to the above documents if the issuance date listed on the request, notice, or decision is between March 1, 2020, and Jan. 1, 2021, inclusive.

## Response Due Date:

USCIS will consider a response to the above requests and notices received within 60 calendar days after the response due date set in the request or notice before taking any action. Additionally, we will consider a Form N-336 or Form I-290B received up to 60 calendar days from the date of the decision before we take any action.

We are adopting several measures to protect our workforce and community and to minimize the immigration consequences for those seeking immigration benefits during this time.



**Notice of Entry of Appearance
as Attorney or Accredited Representative**

Department of Homeland Security

**DHS
Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

## Part 1. Information About Attorney or Accredited Representative

**1.** USCIS Online Account Number (if any)

▶ | N | / | A | | | | | | | |

### Name of Attorney or Accredited Representative

**2.a.** Family Name (Last Name)   Griggs., Esq.

**2.b.** Given Name (First Name)   Natalie

**2.c.** Middle Name   L.

### Address of Attorney or Accredited Representative

**3.a.** Street Number and Name   55 Ivan Allen Jr. Blvd.

**3.b.** ☐ Apt. ☒ Ste. ☐ Flr.   830

**3.c.** City or Town   Atlanta

**3.d.** State   GA   **3.e.** ZIP Code   30308

**3.f.** Province   N/A

**3.g.** Postal Code   N/A

**3.h.** Country   United States

### Contact Information of Attorney or Accredited Representative

**4.** Daytime Telephone Number   (404) 522-1852

**5.** Mobile Telephone Number (if any)   N/A

**6.** Email Address (if any)   natalie@foglelaw.com

**7.** Fax Number (if any)   (470) 592-6989

---

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

**1.a.** ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

Licensing Authority

Supreme Court of Georgia

**1.b.** Bar Number (if applicable)

GA 119542

**1.c.** I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable)

The Fogle Law Firm, LLC Atlanta

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization

N/A

**2.c.** Date of Accreditation (mm/dd/yyyy)

N/A

**3.** ☐ I am associated with

N/A ,

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate

N/A

---

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☒ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

I-130 and I-864

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

N/A

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

N/A

**4.** Receipt Number (if any)

▶ | N | / | A | | | | | | | | | |

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

☐ Applicant  ☒ Petitioner  ☐ Requestor
☐ Beneficiary/Derivative  ☐ Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)  Johnson

**6.b.** Given Name (First Name)  Latoric

**6.c.** Middle Name  Latrice

**7.a.** Name of Entity (if applicable)

N/A

**7.b.** Title of Authorized Signatory for Entity (if applicable)

N/A

**8.** Client's USCIS Online Account Number (if any)

▶ | N | / | A | | | | | | | | | |

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A- | N | / | A | | | | | | |

## Client's Contact Information

**10.** Daytime Telephone Number

(561) 827-1919

**11.** Mobile Telephone Number (if any)

(561) 827-1919

**12.** Email Address (if any)

latoric.johnson@aidatlanta.org

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name  3460 Kingsboro Rd NE

**13.b.** ☒ Apt.  ☐ Ste.  ☐ Flr.  342

**13.c.** City or Town  Atlanta

**13.d.** State  GA   **13.e.** ZIP Code  30326

**13.f.** Province  N/A

**13.g.** Postal Code  N/A

**13.h.** Country

United States

## Part 4. Client's Consent to Representation and Signature

## Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4.  Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery.  USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** [X]  I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** [X]  I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

> **NOTE:**  If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative.  If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** [ ]  I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

**2.a.**  Signature of Client or Authorized Signatory for an Entity

**2.b.**  Date of Signature (mm/dd/yyyy)  | 10/06/2020 |

## Part 5.  Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS.  I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1.a.**  Signature of Attorney or Accredited Representative

**1.b.**  Date of Signature (mm/dd/yyyy)  | 12/11/220 |

**2.a.**  Signature of Law Student or Law Graduate

**2.b.**  Date of Signature (mm/dd/yyyy)

## Part 6.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name (Last Name) — Johnson

**1.b.** Given Name (First Name) — Latoric

**1.c.** Middle Name — Latrice

**2.a.** Page Number — N/A
**2.b.** Part Number — N/A
**2.c.** Item Number — N/A

**2.d.** N/A

**3.a.** Page Number — N/A
**3.b.** Part Number — N/A
**3.c.** Item Number — N/A

**3.d.** N/A

**4.a.** Page Number — N/A
**4.b.** Part Number — N/A
**4.c.** Item Number — N/A

**4.d.** N/A

**5.a.** Page Number — N/A
**5.b.** Part Number — N/A
**5.c.** Item Number — N/A

**5.d.** N/A

**6.a.** Page Number — N/A
**6.b.** Part Number — N/A
**6.c.** Item Number — N/A

**6.d.** N/A



## Notice of Entry of Appearance
## as Attorney or Accredited Representative

**Department of Homeland Security**

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

### Part 1. Information About Attorney or Accredited Representative

**1.** USCIS Online Account Number (if any)

▶ | N | / | A | | | | | | | |

#### Name of Attorney or Accredited Representative

**2.a.** Family Name (Last Name)  Griggs., Esq.

**2.b.** Given Name (First Name)  Natalie

**2.c.** Middle Name  L.

#### Address of Attorney or Accredited Representative

**3.a.** Street Number and Name  55 Ivan Allen Jr. Blvd.

**3.b.** ☐ Apt. ☒ Ste. ☐ Flr.  830

**3.c.** City or Town  Atlanta

**3.d.** State  GA   **3.e.** ZIP Code  30308

**3.f.** Province  N/A

**3.g.** Postal Code  N/A

**3.h.** Country  United States

#### Contact Information of Attorney or Accredited Representative

**4.** Daytime Telephone Number
(404) 522-1852

**5.** Mobile Telephone Number (if any)
N/A

**6.** Email Address (if any)
natalie@foglelaw.com

**7.** Fax Number (if any)
(470) 592-6989

---

### Part 2. Eligibility Information for Attorney or Accredited Representative

Select all applicable items.

**1.a.** ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

Licensing Authority
Supreme Court of Georgia

**1.b.** Bar Number (if applicable)
GA 119542

**1.c.** I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable)
The Fogle Law Firm, LLC Atlanta

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization
N/A

**2.c.** Date of Accreditation (mm/dd/yyyy)
N/A

**3.** ☐ I am associated with
N/A ,
the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate
N/A

---

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** [X] U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

I-130A, I-485 and I-765

**2.a.** [ ] U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

N/A

**3.a.** [ ] U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

N/A

**4.** Receipt Number (if any)

▶ | N | / | A | | | | | | | | | |

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

[X] Applicant   [ ] Petitioner   [ ] Requestor
[ ] Beneficiary/Derivative   [ ] Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)    Adesida

**6.b.** Given Name (First Name)    Abiola

**6.c.** Middle Name    Adefemi

**7.a.** Name of Entity (if applicable)

N/A

**7.b.** Title of Authorized Signatory for Entity (if applicable)

N/A

**8.** Client's USCIS Online Account Number (if any)

▶ | N | / | A | | | | | | | | |

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A- | 2 | 1 | 9 | 0 | 8 | 7 | 6 | 0 | 0 |

## Client's Contact Information

**10.** Daytime Telephone Number

(404) 453-9202

**11.** Mobile Telephone Number (if any)

(404) 453-9202

**12.** Email Address (if any)

AdesidaAbiola@outlook.com

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name    3460 Kingsboro Rd NE

**13.b.** [X] Apt.  [ ] Ste.  [ ] Flr.    342

**13.c.** City or Town    Atlanta

**13.d.** State  GA   **13.e.** ZIP Code  30326

**13.f.** Province    N/A

**13.g.** Postal Code    N/A

**13.h.** Country

United States

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4.  Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery.  USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below.  You may change these elections through written notice to USCIS.

**1.a.** ☒  I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☒  I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative.  If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐  I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

**2.a.**  Signature of Client or Authorized Signatory for an Entity

➡ _[signature]_

**2.b.**  Date of Signature (mm/dd/yyyy)   10-6-2020

## Part 5.  Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS.  I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.**  Signature of Attorney or Accredited Representative

_[signature]_

**1.b.**  Date of Signature (mm/dd/yyyy)   12/11/2020

**2.a.**  Signature of Law Student or Law Graduate

**2.b.**  Date of Signature (mm/dd/yyyy)

## Part 6.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name (Last Name) — Adesida

**1.b.** Given Name (First Name) — Abiola

**1.c.** Middle Name — Adefemi

**2.a.** Page Number — N/A   **2.b.** Part Number — N/A   **2.c.** Item Number — N/A

**2.d.** N/A

**3.a.** Page Number — N/A   **3.b.** Part Number — N/A   **3.c.** Item Number — N/A

**3.d.** N/A

**4.a.** Page Number — N/A   **4.b.** Part Number — N/A   **4.c.** Item Number — N/A

**4.d.** N/A

**5.a.** Page Number — N/A   **5.b.** Part Number — N/A   **5.c.** Item Number — N/A

**5.d.** N/A

**6.a.** Page Number — N/A   **6.b.** Part Number — N/A   **6.c.** Item Number — N/A

**6.d.** N/A



## Supplemental Information for Spouse Beneficiary

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-130A**
OMB No. 1615-0012
Expires 02/28/2021

| To be completed by an attorney or accredited representative (if any). | | | |
|---|---|---|---|
| [X] **Select this box if Form G-28 is attached.** | **Volag Number** (if any) <br> N/A | **Attorney State Bar Number** (if applicable) <br> GA 119542 | **Attorney or Accredited Representative USCIS Online Account Number** (if any) <br> N / A |

▶ **START HERE - Type or print in black ink.**

The purpose of this form is to collect additional information for a spouse beneficiary of Form I-130, Petition for Alien Relative. If your spouse is a U.S. citizen, lawful permanent resident, or non-citizen U.S. national who is filing Form I-130 on your behalf, you must complete and sign Form I-130A, Supplemental Information for Spouse Beneficiary, and submit it with the Form I-130 filed by your spouse. If you reside overseas, you still must complete Form I-130A, but you do not need to sign the form.

## Part 1. Information About You (Spouse Beneficiary)

1. Alien Registration Number (A-Number) (if any)
   ▶ A- 2 1 9 0 8 7 6 0 0

2. USCIS Online Account Number (if any)
   ▶ N / A

### Your Full Name

3.a. Family Name (Last Name)  Adesida

3.b. Given Name (First Name)  Abiola

3.c. Middle Name  Adefemi

### Address History

Provide your physical addresses for the last five years, whether inside or outside the United States. Provide your current address first. If you need extra space to complete this section, use the space provided in **Part 7. Additional Information.**

**Physical Address 1**

4.a. Street Number and Name  3460 Kingsboro Rd NE

4.b. [X] Apt.  [ ] Ste.  [ ] Flr.  342

4.c. City or Town  Atlanta

4.d. State  GA    4.e. ZIP Code  30326

4.f. Province  N/A

4.g. Postal Code  N/A

4.h. Country  United States

5.a. Date From (mm/dd/yyyy)  08/2020

5.b. Date To (mm/dd/yyyy)  PRESENT

**Physical Address 2**

6.a. Street Number and Name  4060 Janice Dr

6.b. [X] Apt.  [ ] Ste.  [ ] Flr.  B11

6.c. City or Town  Atlanta

6.d. State  GA    6.e. ZIP Code  30344

6.f. Province  N/A

6.g. Postal Code  N/A

6.h. Country  United States

7.a. Date From (mm/dd/yyyy)  10/2019

7.b. Date To (mm/dd/yyyy)  08/2020

**Last Physical Address Outside the United States**

Provide your last address outside the United States of more than one year (even if listed above).

8.a. Street Number and Name  10 Akure Owo Express way

8.b. [ ] Apt.  [ ] Ste.  [ ] Flr.  N/A

8.c. City or Town  Abo, Akure

8.d. Province  Ondo State

8.e. Postal Code  N/A

8.f. Country  Nigeria

## Part 1. Information About You (The Spouse Beneficiary)

**9.a.** Date From (mm/dd/yyyy) `12/25/1976`

**9.b.** Date To (mm/dd/yyyy) `02/11/2015`

### Information About Parent 1

Full Name of Parent 1

**10.a.** Family Name (Maiden Name) `Adedipe`

**10.b.** Given Name (First Name) `Olayemi`

**10.c.** Middle Name `Florence`

**11.** Date of Birth (mm/dd/yyyy) `09/30/1940`

**12.** Sex ☐ Male ☒ Female

**13.** City/Town/Village of Birth `Akure`

**14.** Country of Birth `Nigeria`

**15.** City/Town/Village of Residence `Akure`

**16.** Country of Residence `Nigeria`

### Information About Parent 2

Full Name of Parent 2

**17.a.** Family Name (Last Name) `Adesida`

**17.b.** Given Name (First Name) `Adelanke`

**17.c.** Middle Name `N/A`

**18.** Date of Birth (mm/dd/yyyy) `03/23/1950`

**19.** Sex ☒ Male ☐ Female

**20.** City/Town/Village of Birth `Akure`

**21.** Country of Birth `Nigeria`

**22.** City/Town/Village of Residence `Deceased`

**23.** Country of Residence `Deceased`

## Part 2. Information About Your Employment

Provide your employment history for the last five years, whether inside or outside the United States. Provide your current employment first. If you are currently unemployed, type or print "Unemployed" in **Item Number 1.** below. If you need extra space to complete this section, use the space provided in **Part 7. Additional Information.**

### Employment History

**Employer 1**

**1.** Name of Employer/Company `Unemployed`

**2.a.** Street Number and Name `N/A`

**2.b.** ☐ Apt. ☐ Ste. ☐ Flr. `N/A`

**2.c.** City or Town `N/A`

**2.d.** State `N/A`   **2.e.** ZIP Code `N/A`

**2.f.** Province `N/A`

**2.g.** Postal Code `N/A`

**2.h.** Country `N/A`

**3.** Your Occupation `N/A`

**4.a.** Date From (mm/dd/yyyy) `02/11/2015`

**4.b.** Date To (mm/dd/yyyy) `Present`

**Employer 2**

**5.** Name of Employer/Company `N/A`

**6.a.** Street Number and Name `N/A`

**6.b.** ☐ Apt. ☐ Ste. ☐ Flr. `N/A`

**6.c.** City or Town `N/A`

**6.d.** State `N/A`   **6.e.** ZIP Code `N/A`

**6.f.** Province `N/A`

**6.g.** Postal Code `N/A`

**6.h.** Country `N/A`

## Part 2. Information About Your Employment (continued)

7. Your Occupation

N/A

8.a. Date From (mm/dd/yyyy)   N/A

8.b. Date To (mm/dd/yyyy)   N/A

## Part 3. Information About Your Employment Outside the United States

Provide your last occupation outside the United States if not shown above. If you never worked outside the United States, provide this information in the space provided in **Part 7. Additional Information.**

1. Name of Employer/Company

Iju-Itaogbolu Local Government

2.a. Street Number and Name   N/A

2.b. ☐ Apt. ☐ Ste. ☐ Flr.   N/A

2.c. City or Town   Iju-Itaogbolu

2.d. State  N/A   2.e. ZIP Code  N/A

2.f. Province   Ondo State

2.g. Postal Code   N/A

2.h. Country

Nigeria

3. Your Occupation

Administrator/Bursar

4.a. Date From (mm/dd/yyyy)   07/10/2013

4.b. Date To (mm/dd/yyyy)   01/25/2015

## Part 4. Spouse Beneficiary's Statement, Contact Information, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-130 and Form I-130A Instructions before completing this part.

### Spouse Beneficiary's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

1.a. ☒ I can read and understand English, and I have read and understand every question and instruction on this form and my answer to every question.

1.b. ☐ The interpreter named in **Part 5.** read to me every question and instruction on this form and my answer to every question in

N/A

a language in which I am fluent, and I understood everything.

2. ☒ At my request, the preparer name in **Part 6.,**

Natalie Griggs, Esq.

prepared this form for me based only upon information I provided or authorized.

### Spouse Beneficiary's Contact Information

3. Spouse Beneficiary's Daytime Telephone Number

(404) 453-9202

4. Spouse Beneficiary's Mobile Telephone Number (if any)

(404) 453-9202

5. Spouse Beneficiary's Email Address (if any)

AdesidaAbiola@outlook.com

### Spouse Beneficiary's Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any of my records that USCIS may need to determine my eligibility for the immigration benefit I seek.

I further authorize release of information contained in this form, in supporting documents, and in my USCIS records to other entities and persons where necessary for the administration and enforcement of U.S. immigration laws.

I certify, under penalty of perjury, that I provided or authorized all of the information in this form, I understand all of the information contained in, and submitted with, my form, and that all of this information is complete, true, and correct.

### Spouse Beneficiary's Signature

6.a. Spouse Beneficiary's Signature (sign in ink)

6.b. Date of Signature (mm/dd/yyyy)   10-6-2026

**NOTE TO ALL SPOUSE BENEFICIARIES:** If you do not completely fill out this form or fail to submit required documents listed in the Instructions, USCIS may deny the Form I-130 filed on your behalf.

## Part 5. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter you used to complete Form I-130A if he or she is different from the interpreter used to complete the Form I-130 filed on your behalf.

### Interpreter's Full Name

**1.a.** Interpreter's Family Name (Last Name)

N/A

**1.b.** Interpreter's Given Name (First Name)

N/A

**2.** Interpreter's Business or Organization Name (if any)

N/A

### Interpreter's Mailing Address

**3.a.** Street Number and Name

N/A

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.   N/A

**3.c.** City or Town   N/A

**3.d.** State  N/A   **3.e.** ZIP Code  N/A

**3.f.** Province   N/A

**3.g.** Postal Code   N/A

**3.h.** Country

N/A

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number

N/A

**5.** Interpreter's Mobile Telephone Number (if any)

N/A

**6.** Interpreter's Email Address (if any)

N/A

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and  N/A ,

which is the same language provided in **Part 4., Item Number 1.b.**, and I have read to this spouse beneficiary in the identified language every question and instruction on this form and his or her answer to every question. The spouse beneficiary informed me that he or she understands every instruction, question, and answer on the form, including the **Spouse Beneficiary's Certification**, and has verified the accuracy of every answer.

### Interpreter's Signature

**7.a.** Interpreter's Signature (sign in ink)

N/A

**7.b.** Date of Signature (mm/dd/yyyy)   N/A

## Part 6. Contact Information, Declaration, and Signature of the Person Preparing this Form, if Other Than the Spouse Beneficiary

Provide the following information about the preparer you used to complete Form I-130A if he or she is different from the preparer used to complete the Form I-130 filed on your behalf.

### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name)

Griggs., Esq.

**1.b.** Preparer's Given Name (First Name)

Natalie

**2.** Preparer's Business or Organization Name (if any)

The Fogle Law Firm, LLC Atlanta

### Preparer's Mailing Address

**3.a.** Street Number and Name   55 Ivan Allen Jr. Blvd.

**3.b.** ☐ Apt. ☒ Ste. ☐ Flr.   830

**3.c.** City or Town   Atlanta

**3.d.** State  GA   **3.e.** ZIP Code  30308

**3.f.** Province   N/A

**3.g.** Postal Code   N/A

**3.h.** Country

United States

## Part 6. Contact Information, Declaration, and Signature of the Person Preparing this Form, if Other Than the Spouse Beneficiary (continued)

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number

(404) 522-1852

**5.** Preparer's Mobile Telephone Number (if any)

N/A

**6.** Preparer's Email Address (if any)

natalie@foglelaw.com

### Preparer's Statement

**7.a.** ☐ I am not an attorney or accredited representative but have prepared this form on behalf of the spouse beneficiary and with the spouse beneficiary's consent.

**7.b.** ☒ I am an attorney or accredited representative and my representation of the spouse beneficiary in this case ☒ extends ☐ does not extend beyond the preparation of this form.

**NOTE:** If you are an attorney or accredited representative whose representation extends beyond preparation of this form, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this form.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this form at the request of the spouse beneficiary. The spouse beneficiary then reviewed this completed form and informed me that he or she understands all of the information contained in, and submitted with, his or her form, including the **Spouse Beneficiary's Certification**, and that all of this information is complete, true, and correct. I completed this form based only on information that the spouse beneficiary provided to me or authorized me to obtain or use.

### Preparer's Signature

**8.a.** Preparer's Signature (sign in ink)

**8.b.** Date of Signature (mm/dd/yyyy)   12/11/2020

---

Form I-130A   02/13/19

## Part 7.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number, Part Number,** and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name (Last Name)  Adesida

**1.b.** Given Name (First Name)  Abiola

**1.c.** Middle Name  Adefemi

**2.** A-Number (if any) ▶ A- 2 1 9 0 8 7 6 0 0

**3.a.** Page Number  1  **3.b.** Part Number  1  **3.c.** Item Number  4.a

**3.d.** 3106 Rainbow Forest Cir, Apartment D, Decatur, GA 30034

From 10/2016 to 01/2018

**4.a.** Page Number  1  **4.b.** Part Number  1  **4.c.** Item Number  4.a

**4.d.** 1113 W Shore Dr, Riverdale, GA 30296

From: 03/2019 to 10/2019

1146 Summerbrook Rd, East College Park, GA 30349

From: 01/2018 to 03/2019

**5.a.** Page Number  2  **5.b.** Part Number  2  **5.c.** Item Number  4.a

**5.d.** 750 Chateau Ln, Riverdale, GA 30274

From 02/2016 to 10/2016

330 Arrowhead Blvd Apt 11E,

Jonesboro, GA 30236

From 02/12/2015 to 02/2016

**6.a.** Page Number  **6.b.** Part Number  **6.c.** Item Number

**6.d.**

**7.a.** Page Number  **7.b.** Part Number  **7.c.** Item Number

**7.d.**



# Affidavit of Support Under Section 213A of the INA

### Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
**Form I-864**
OMB No. 1615-0075
Expires 10/31/2021

| For USCIS Use Only | Affidavit of Support Submitter<br>☐ Petitioner<br>☐ 1st Joint Sponsor<br>☐ 2nd Joint Sponsor<br>☐ Substitute Sponsor<br>☐ 5% Owner | Section 213A Review<br>☐ MEETS requirements   ☐ DOES NOT MEET requirements<br><br>Reviewed By:_____<br>Office: _____<br>Date (mm/dd/yyyy): _____ | Number of Support Affidavits in File<br>☐ 1   ☐ 2<br><br>Remarks |
|---|---|---|---|

| To be completed by an attorney or accredited representative (if any). | ☒ Select this box if Form G-28 or G-28I is attached. | Attorney State Bar Number (if applicable)<br>GA 119542 | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|

▶ **START HERE - Type or print in black ink.**

## Part 1. Basis For Filing Affidavit of Support

I, Latoric L. Johnson ,
am the sponsor submitting this affidavit of support because (Select **only one** box):

**1.a.** ☒ I am the petitioner. I filed or am filing for the immigration of my relative.

**1.b.** ☐ I filed an alien worker petition on behalf of the intending immigrant, who is related to me as my
N/A

**1.c.** ☐ I have an ownership interest of at least 5 percent in
N/A
which filed an alien worker petition on behalf of the intending immigrant, who is related to me as my
N/A

**1.d.** ☐ I am the only joint sponsor.

**1.e.** ☐ I am the ☐ first ☐ second of two joint sponsors.

**1.f.** ☐ The original petitioner is deceased. I am the substitute sponsor. I am the intending immigrant's
N/A

**NOTE:** If you are filing this form as a sponsor, you must include proof of your U.S. citizenship, U.S. national status, or lawful permanent resident status.

## Part 2. Information About the Principal Immigrant

**1.a.** Family Name (Last Name)   Adesida

**1.b.** Given Name (First Name)   Abiola

**1.c.** Middle Name   Adefemi

## Mailing Address   (USPS ZIP Code Lookup)

**2.a.** In Care Of Name
Abiola A. Adesida

**2.b.** Street Number and Name   3460 Kingsboro Rd NE

**2.c.** ☒ Apt. ☐ Ste. ☐ Flr.   342

**2.d.** City or Town   Atlanta

**2.e.** State   GA   **2.f.** ZIP Code   30326

**2.g.** Province   N/A

**2.h.** Postal Code   N/A

**2.i.** Country
United States

## Other Information

**3.** Country of Citizenship or Nationality
Nigeria

**4.** Date of Birth (mm/dd/yyyy)   12/25/1976

**5.** Alien Registration Number (A-Number) (if any)
▶ A- 2 1 9 0 8 7 6 0 0

**6.** USCIS Online Account Number (if any)
▶ N / A

**7.** Daytime Telephone Number
(404) 453-9202

## Part 3.  Information About the Immigrants You Are Sponsoring

**1.** I am sponsoring the principal immigrant named in **Part 2.**

[X] Yes  [ ] No  (Applicable only if you are sponsoring family members in **Part 3.** as the second joint sponsor or if you are sponsoring family members who are immigrating more than six months after the principal immigrant)

**2.** [ ] I am sponsoring the following family members immigrating at the same time or within six months of the principal immigrant named in **Part 2.** (Do not include any relative listed on a separate visa petition.)

**3.** [ ] I am sponsoring the following family members who are immigrating more than six months after the principal immigrant.

### Family Member 1

**4.a.** Family Name (Last Name)  N/A

**4.b.** Given Name (First Name)  N/A

**4.c.** Middle Name  N/A

**5.** Relationship to Principal Immigrant
N/A

**6.** Date of Birth (mm/dd/yyyy)  N/A

**7.** Alien Registration Number (A-Number) (if any)
▶ A-  N  /  A

**8.** USCIS Online Account Number (if any)
▶  N  /  A

### Family Member 2

**9.a.** Family Name (Last Name)  N/A

**9.b.** Given Name (First Name)  N/A

**9.c.** Middle Name  N/A

**10.** Relationship to Principal Immigrant
N/A

**11.** Date of Birth (mm/dd/yyyy)  N/A

**12.** Alien Registration Number (A-Number) (if any)
▶ A-  N  /  A

**13.** USCIS Online Account Number (if any)
▶  N  /  A

### Family Member 3

**14.a.** Family Name (Last Name)  N/A

**14.b.** Given Name (First Name)  N/A

**13.c.** Middle Name  N/A

**15.** Relationship to Principal Immigrant
N/A

**16.** Date of Birth (mm/dd/yyyy)  N/A

**17.** Alien Registration Number (A-Number) (if any)
▶ A-  N  /  A

**18.** USCIS Online Account Number (if any)
▶  N  /  A

### Family Member 4

**19.a.** Family Name (Last Name)  N/A

**19.b.** Given Name (First Name)  N/A

**19.c.** Middle Name  N/A

**20.** Relationship to Principal Immigrant
N/A

**21.** Date of Birth (mm/dd/yyyy)  N/A

**22.** Alien Registration Number (A-Number) (if any)
▶ A-  N  /  A

**23.** USCIS Online Account Number (if any)
▶  N  /  A

### Family Member 5

**24.a.** Family Name (Last Name)  N/A

**24.b.** Given Name (First Name)  N/A

**24.c.** Middle Name  N/A

**25.** Relationship to Principal Immigrant
N/A

**26.** Date of Birth (mm/dd/yyyy)  N/A

**27.** Alien Registration Number (A-Number) (if any)
▶ A-  N  /  A

**28.** USCIS Online Account Number (if any)
▶  N  /  A

## Part 3. Information About the Immigrants You Are Sponsoring (continued)

29. Enter the total number of immigrants you are sponsoring on this affidavit which includes the principal immigrant listed in **Part 2.,** any immigrants listed in **Part 3., Item Numbers 1. - 28.** and (if applicable), any immigrants listed for these questions in **Part 11. Additional Information.** Do not count the principal immigrant if you are only sponsoring family members entering more than 6 months after the principal immigrant.

| 1 |

## Part 4. Information About You (Sponsor)

### Sponsor's Full Name

**1.a.** Family Name (Last Name) | Johnson

**1.b.** Given Name (First Name) | Latoric

**1.c.** Middle Name | Latrice

### Sponsor's Mailing Address

**2.a.** In Care Of Name
Latoric L. Johnson

**2.b.** Street Number and Name | 3460 Kingsboro Rd NE

**2.c.** [X] Apt. [ ] Ste. [ ] Flr. | 342

**2.d.** City or Town | Atlanta

**2.e.** State | GA      **2.f.** ZIP Code | 30326

**2.g.** Province | N/A

**2.h.** Postal Code | N/A

**2.i.** Country
United States

3. Is your current mailing address the same as your physical address?           [X] Yes  [ ] No

If you answered "No" to **Item Number 3.,** provide your physical address in **Item Numbers 4.a. - 4.h.**

### Sponsor's Physical Address

**4.a.** Street Number and Name | Same as Mailing

**4.b.** [ ] Apt. [ ] Ste. [ ] Flr. | N/A

**4.c.** City or Town | N/A

**4.d.** State | N/A   **4.e.** ZIP Code | N/A

**4.f.** Province | N/A

**4.g.** Postal Code | N/A

**4.h.** Country
N/A

### Other Information

5. Country of Domicile
United States

6. Date of Birth (mm/dd/yyyy) | 12/20/1977

7. City or Town of Birth
Fort Lauderdale

8. State or Province of Birth
Florida

9. Country of Birth
United States

10. U.S. Social Security Number (Required)
▶ 2 6 3 8 9 4 9 3 4

Citizenship or Residency

**11.a.** [X] I am a U.S. citizen,

**11.b.** [ ] I am a U.S. national.

**11.c.** [ ] I am a lawful permanent resident.

12. Sponsor's A-Number (if any)
▶ A- N / A

13. Sponsor's USCIS Online Account Number (if any)
▶ N / A

Military Service (To be completed by petitioner sponsors only.)

14. I am currently on **active duty** in the U.S. Armed Forces or U.S. Coast Guard.        [ ] Yes  [X] No

| For USCIS Use Only | |
|---|---|

## Part 5.  Sponsor's Household Size

**NOTE:  Do not count any member of your household more than once.**

**Persons you are sponsoring in this affidavit:**

1. Provide the number you entered in **Part 3, Item Number 29.**   `1`

**Persons NOT sponsored in this affidavit:**

2. Yourself.   `1`

3. If you are currently married, enter "1" for your spouse.   `0`

4. If you have dependent children, enter the number here.   `3`

5. If you have any other dependents. enter the number here.   `0`

6. If you have sponsored any other persons on Form I-864 or Form I-864EZ who are now lawful permanent residents, enter the number here.   `0`

7. **OPTIONAL:**  If you have siblings, parents, or adult children with the same principal residence who are combining their income with yours by submitting Form I-864A, enter the number here.   `0`

8. Add together **Part 5., Item Numbers 1. - 7.** and enter the number here.

   **Household Size:**  `5`

## Part 6.  Sponsor's Employment and Income

**I am currently:**

1. [X] Employed as a/an

   `Medical Case Manager`

2. Name of Employer 1

   `AID Atlanta INC`

3. Name of Employer 2 (if applicable)

   `N/A`

4. [X] Self-Employed as a/an (Occupation)

   `Business Owner`

5. [ ] Retired Since (mm/dd/yyyy)

   `N/A`

6. [ ] Unemployed Since (mm/dd/yyyy)

   `N/A`

7. My current individual annual income is:

   $ `50,000.00`

**Income you are using from any other person who was counted in your household size,** including, in certain conditions, the intending immigrant.  (See Form I-864 Instructions.)  Please indicate name, relationship, and income.

**Person 1**

8. Name   `N/A`

9. Relationship   `N/A`

10. **Current Income**   $ `N/A`

**Person 2**

11. Name   `N/A`

12. Relationship   `N/A`

13. **Current Income**   $ `N/A`

**Person 3**

14. Name   `N/A`

15. Relationship   `N/A`

16. **Current Income**   $ `N/A`

**Person 4**

17. Name   `N/A`

18. Relationship   `N/A`

19. **Current Income**   $ `N/A`

| For USCIS Use Only | Household Size | Poverty Guideline | Remarks |
|---|---|---|---|
| | ☐ 1   ☐ 2   ☐ 3<br>☐ 4   ☐ 5   ☐ 6<br>☐ 7   ☐ 8   ☐ 9<br>☐ Other_____ | Year: _2 0____<br><br>Poverty Line:<br>$_____ | |

## Part 6. Sponsor's Employment and Income (continued)

**20.** **My Current Annual Household Income** (Total all lines from **Part 6., Item Numbers 7., 10., 13., 16.,** and 19.; the total will be compared to Federal Poverty Guidelines on Form I-864P.)

$ `50,000.00`

**21.** ☐ The people listed in **Item Numbers 8., 11., 14.,** and **17.** have completed Form I-864A. I am filing along with this affidavit all necessary Form I-864As completed by these people.

**22.** ☐ One or more of the people listed in **Item Numbers 8., 11., 14.,** and **17.** do not need to complete Form I-864A because he or she is the intending immigrant and has no accompanying dependents.

Name
`N/A`

### Federal Income Tax Return Information

**23.a.** Have you filed a Federal income tax return for each of the three most recent tax years? ☒ Yes   ☐ No

**NOTE:** You **MUST** attach a photocopy or transcript of your Federal income tax return for only the most recent tax year.

**23.b.** ☐ (Optional) I have attached photocopies or transcripts of my Federal income tax returns for my second and third most recent tax years.

My total income (adjusted gross income on Internal Revenue Service (IRS) Form 1040EZ) as reported on my Federal income tax returns for the most recent three years was:

| | | Tax Year | Total Income |
|---|---|---|---|
| **24.a.** | Most Recent | `2019` | $ `19,205.00` |
| **24.b.** | 2nd Most Recent | `2018` | $ `18,650.00` |
| **24.c.** | 3rd Most Recent | `2017` | $ `15,908.00` |

**25.** ☐ I was not required to file a Federal income tax return as my income was below the IRS required level and I have attached evidence to support this.

## Part 7. Use of Assets to Supplement Income (Optional)

If your income, or the total income for you and your household, from **Part 6., Item Numbers 20.** or **24.a. - 24.c.**, exceeds the Federal Poverty Guidelines for your household size, **YOU ARE NOT REQUIRED** to complete this **Part 7.** Skip to **Part 8.**

**Your Assets (Optional)**

**1.** Enter the balance of all savings and checking accounts.

$ `N/A`

**2.** Enter the net cash value of real-estate holdings. (Net value means current assessed value minus mortgage debt.)

$ `N/A`

**3.** Enter the net cash value of all stocks, bonds, certificates of deposit, and any other assets not already included in **Item Number 1.** or **Item Number 2.**

$ `N/A`

**4.** Add together **Item Numbers 1. - 3.** and enter the number here. **TOTAL:** $ `N/A`

**Assets from Form I-864A, Part 4., Item Number 3.d., for:**

**5.a.** Name of Relative
`N/A`

**5.b.** Your household member's assets from Form I-864A (optional).

$ `N/A`

**Assets of the principal sponsored immigrant** (optional).

The principal sponsored immigrant is the person listed in **Part 2., Item Numbers 1.a. - 1.c.** Only include the assets if the principal immigrant is being sponsored by this affidavit of support.

**6.** Enter the balance of the principal immigrant's savings and checking accounts.

$ `N/A`

**7.** Enter the net cash value of all the principal immigrant's real estate holdings. (Net value means investment value minus mortgage debt.)

$ `N/A`

**8.** Enter the current cash value of the principal immigrant's stocks, bonds, certificates of deposit, and other assets not included in **Item Number 6.** or **Item Number 7.**

$ `N/A`

| For USCIS Use Only | Household Size | Poverty Guideline | Sponsor's Household Income *(Page5, Line10)* | Remarks |
|---|---|---|---|---|
| | ☐ 1  ☐ 2  ☐ 3 <br> ☐ 4  ☐ 5  ☐ 6 <br> ☐ 7  ☐ 8  ☐ 9 <br> ☐ Other_____ | Year: _2 0___ <br><br> Poverty Line: <br> $ | $ <br><br> *The total value of all assets, line 10, must equal 5 times (3 times for spouses and children of USC's, or 1 time for orphans to be formally adopted in the U.S.) the difference between the poverty guidelines and the sponsor's household income, line 10.* | |

## Part 7. Use of Assets to Supplement Income (Optional) (continued)

9.  Add together **Item Numbers 6. - 8.** and enter the number here.   $ | N/A |

**Total Value of Assets**

10.  Add together **Item Numbers 4., 5.b.,** and **9.** and enter the number here.

**TOTAL:** $ | N/A |

## Part 8. Sponsor's Contract, Statement, Contact Information, Declaration, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-864 Instructions before completing this part.

### Sponsor's Contract

Please note that, by signing this Form I-864, you agree to assume certain specific obligations under the Immigration and Nationality Act (INA) and other Federal laws. The following paragraphs describe those obligations. Please read the following information carefully before you sign Form I-864. If you do not understand the obligations, you may wish to consult an attorney or accredited representative.

#### What is the Legal Effect of My Signing Form I-864?

If you sign Form I-864 on behalf of any person (called the intending immigrant) who is applying for an immigrant visa or for adjustment of status to a lawful permanent resident, and that intending immigrant submits Form I-864 to the U.S. Government with his or her application for an immigrant visa or adjustment of status, under INA section 213A, these actions create a contract between you and the U.S. Government. The intending immigrant becoming a lawful permanent resident is the consideration for the contract.

Under this contract, you agree that, in deciding whether the intending immigrant can establish that he or she is not inadmissible to the United States as a person likely to become a public charge, the U.S. Government can consider your income and assets as available for the support of the intending immigrant.

#### What If I Choose Not to Sign Form I-864?

The U.S. Government cannot make you sign Form I-864 if you do not want to do so. But if you do not sign Form I-864, the intending immigrant may not become a lawful permanent resident in the United States.

#### What Does Signing Form I-864 Require Me To Do?

If an intending immigrant becomes a lawful permanent resident in the United States based on a Form I-864 that you have signed, then, until your obligations under Form I-864 terminate, you must:

A.   Provide the intending immigrant any support necessary to maintain him or her at an income that is at least 125 percent of the Federal Poverty Guidelines for his or her household size (100 percent if you are the petitioning sponsor and are on active duty in the U.S. Armed Forces or U.S. Coast Guard, and the person is your husband, wife, or unmarried child under 21 years of age); and

B.   Notify U.S. Citizenship and Immigration Services (USCIS) of any change in your address, within 30 days of the change, by filing Form I-865.

#### What Other Consequences Are There?

If an intending immigrant becomes a lawful permanent resident in the United States based on a Form I-864 that you have signed, then, until your obligations under Form I-864 terminate, the U.S. Government may consider (deem) your income and assets as available to that person, in determining whether he or she is eligible for certain Federal means-tested public benefits and also for state or local means-tested public benefits, if the state or local government's rules provide for consideration (deeming) of your income and assets as available to the person.

This provision does **not** apply to public benefits specified in section 403(c) of the Welfare Reform Act such as emergency Medicaid, short-term, non-cash emergency relief, services provided under the National School Lunch and Child Nutrition Acts; immunizations and testing and treatment for communicable diseases; and means-tested programs under the Elementary and Secondary Education Act.

#### What If I Do Not Fulfill My Obligations?

If you do not provide sufficient support to the person who becomes a lawful permanent resident based on a Form I-864 that you signed, that person may sue you for this support.

## Part 8. Sponsor's Contract, Statement, Contact Information, Declaration, Certification, and Signature (continued)

If a Federal, state, local, or private agency provided any covered means-tested public benefit to the person who becomes a lawful permanent resident based on a Form I-864 that you signed, the agency may ask you to reimburse them for the amount of the benefits they provided. If you do not make the reimbursement, the agency may sue you for the amount that the agency believes you owe.

If you are sued, and the court enters a judgment against you, the person or agency that sued you may use any legally permitted procedures for enforcing or collecting the judgment. You may also be required to pay the costs of collection, including attorney fees.

If you do not file a properly completed Form I-865 within 30 days of any change of address, USCIS may impose a civil fine for your failing to do so.

**When Will These Obligations End?**

Your obligations under a Form I-864 that you signed will end if the person who becomes a lawful permanent resident based on that affidavit:

    **A.**  Becomes a U.S. citizen;

    **B.**  Has worked, or can receive credit for, 40 quarters of coverage under the Social Security Act;

    **C.**  No longer has lawful permanent resident status and has departed the United States;

    **D.**  Is subject to removal, but applies for and obtains, in removal proceedings, a new grant of adjustment of status, based on a new affidavit of support, if one is required; or

    **E.**  Dies.

**NOTE:** Divorce **does not** terminate your obligations under Form I-864.

Your obligations under a Form I-864 that you signed also end if you die. Therefore, if you die, your estate is not required to take responsibility for the person's support after your death. However, your estate may owe any support that you accumulated before you died.

### Sponsor's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

**1.a.** [X] I can read and understand English, and I have read and understand every question and instruction on this affidavit, and my answer to every question.

**1.b.** [ ] The interpreter named in **Part 9.** read to me every question and instruction on this affidavit and my answer to every question in

    N/A

a language in which I am fluent, and I understood everything.

**2.** [X] At my request, the preparer named in **Part 10.,**

    Natalie Griggs., Esq.

prepared this affidavit for me based only upon information I provided or authorized

### Sponsor's Contact Information

**3.** Sponsor's Daytime Telephone Number

    (561) 827-1919

**4.** Sponsor's Mobile Telephone Number (if any)

    (561) 827-1919

**5.** Sponsor's Email Address (if any)

    latoric.johnson@aidatlanta.org

### Sponsor's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS or the U.S. Department of State (DOS) may require that I submit original documents to USCIS or DOS at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS or DOS may need to determine my eligibility for the benefit that I seek.

I furthermore authorize release of information contained in this affidavit, in supporting documents, and in my USCIS or DOS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I certify, under penalty of perjury, that all of the information in my affidavit and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my affidavit and that all of this information is complete, true, and correct.

    **A.**  I know the contents of this affidavit of support that I signed;

    **B.**  I have read and I understand each of the obligations described in **Part 8.**, and I agree, freely and without any mental reservation or purpose of evasion, to accept each of those obligations in order to make it possible for the immigrants indicated in **Part 3.** to become lawful permanent residents of the United States;

    **C.**  I agree to submit to the personal jurisdiction of any Federal or state court that has subject matter jurisdiction of a lawsuit against me to enforce my obligations under this Form I-864;

## Part 8.  Sponsor's Contract, Statement, Contact Information, Declaration, Certification, and Signature (continued)

**D.**  Each of the Federal income tax returns submitted in support of this affidavit are true copies, or are unaltered tax transcripts, of the tax returns I filed with the IRS;

**E.**  I understand that, if I am related to the sponsored immigrant by marriage, the termination of the marriage (by divorce, dissolution, annulment, or other legal process) will not relieve me of my obligations under this Form I-864; and

**F.**  I authorize the Social Security Administration to release information about me in its records to USCIS and DOS.

### Sponsor's Signature

**6.a.**  Sponsor's Signature

**6.b.**  Date of Signature (mm/dd/yyyy)  [12/7/2020]

**NOTE TO ALL SPONSORS:**  If you do not completely fill out this affidavit or fail to submit required documents listed in the Instructions, USCIS or DOS may deny your affidavit.

## Part 9.  Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

**1.a.**  Interpreter's Family Name (Last Name)
N/A

**1.b.**  Interpreter's Given Name (First Name)
N/A

**2.**  Interpreter's Business or Organization Name (if any)
N/A

### Interpreter's Mailing Address

**3.a.**  Street Number and Name
N/A

**3.b.**  ☐ Apt. ☐ Ste. ☐ Flr.  N/A

**3.c.**  City or Town  N/A

**3.d.**  State  N/A  **3.e.**  ZIP Code  N/A

**3.f.**  Province  N/A

**3.g.**  Postal Code  N/A

**3.h.**  Country
N/A

### Interpreter's Contact Information

**4.**  Interpreter's Daytime Telephone Number
N/A

**5.**  Interpreter's Mobile Telephone Number (if any)
N/A

**6.**  Interpreter's Email Address (if any)
N/A

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and  N/A  ,
which is the same language specified in **Part 8., Item Number 1.b.**; and I have read to this sponsor in the identified language every question and instruction on this affidavit and his or her answer to every question.  The sponsor informed me that he or she understands every instruction, question, and answer on the affidavit, including the **Sponsor's Declaration and Certification,** and has verified the accuracy of every answer.

### Interpreter's Signature

**7.a.**  Interpreter's Signature
N/A

**7.b.**  Date of Signature (mm/dd/yyyy)  N/A

## Part 10. Contact Information, Declaration, and Signature of the Person Preparing this Affidavit, if Other Than the Sponsor

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name)

Griggs., Esq.

**1.b.** Preparer's Given Name (First Name)

Natalie

**2.** Preparer's Business or Organization Name (if any)

The Fogle Law Firm, LLC Atlanta

### Preparer's Mailing Address

**3.a.** Street Number and Name

55 Ivan Allen Jr. Blvd.

**3.b.** ☐ Apt. ☒ Ste. ☐ Flr. 830

**3.c.** City or Town   Atlanta

**3.d.** State GA   **3.e.** ZIP Code 30308

**3.f.** Province   N/A

**3.g.** Postal Code   N/A

**3.h.** Country

United States

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number

(404) 522-1852

**5.** Preparer's Mobile Telephone Number (if any)

N/A

**6.** Preparer's Email Address (if any)

natalie@foglelaw.com

### Preparer's Statement

**7.a.** ☐ I am not an attorney or accredited representative but have prepared this affidavit on behalf of the sponsor and with the sponsor's consent.

**7.b.** ☒ I am an attorney or accredited representative and my representation of the sponsor in this case ☒ extends ☐ does not extend beyond the preparation of this affidavit.

**NOTE:** If you are an attorney or accredited representative, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, or G-28I, Notice of Entry of Appearance as Attorney In Matters Outside the Geographical Confines of the United States, with this affidavit.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this affidavit at the request of the sponsor. The sponsor then reviewed this completed affidavit and informed me that he or she understands all of the information contained in, and submitted with, his or her affidavit, including the **Sponsor's Declaration and Certification,** and that all of this information is complete, true, and correct. I completed this affidavit based only on information that the sponsor provided to me or authorized me to obtain or use.

### Preparer's Signature

**8.a.** Preparer's Signature

*Natalie L. Griggs*

**8.b.** Date of Signature (mm/dd/yyyy) 12/11/22

## Part 11. Additional Information

If you need extra space to provide any additional information within this affidavit, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this affidavit or attach a separate sheet of paper.  Type or print (if any) your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name
(Last Name) | Johnson

**1.b.** Given Name
(First Name) | Latoric

**1.c.** Middle Name | L

**2.** A-Number (if any)

▶ A- | N | / | A | | | | |

**3.a.** Page Number | N/A
**3.b.** Part Number | N/A
**3.c.** Item Number | N/A

**3.d.** N/A

**4.a.** Page Number | N/A
**4.b.** Part Number | N/A
**4.c.** Item Number | N/A

**4.d.** N/A

**5.a.** Page Number | N/A
**5.b.** Part Number | N/A
**5.c.** Item Number | N/A

**5.d.** N/A

**6.a.** Page Number | N/A
**6.b.** Part Number | N/A
**6.c.** Item Number | N/A

**6.d.** N/A

**7.a.** Page Number | N/A
**7.b.** Part Number | N/A
**7.c.** Item Number | N/A

**7.d.** N/A

# Earnings Statement

**ADP**

AID ATLANTA INC
1605 PEACHTREE ST NE
ATLANTA, GA 30309

| | |
|---|---|
| Period Beginning: | 05/31/2020 |
| Period Ending: | 06/13/2020 |
| Pay Date: | 06/19/2020 |

Taxable Marital Status:  Single
Exemptions/Allowances:
    Federal:       0,Tax Blocked
    GA:          0,Tax Blocked

LATORIC LATRICE JOHNSON
4300 FLAT SHOALS RD
UNION CITY GA 30291

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.9600 | 76.80 | 1,609.73 | 18,947.63 |
| Other Earnings | 20.9600 | 2.00 | 41.92 | 41.92 |
| Overtime | | | | 43.69 |
| Holiday | | | | 838.40 |
| Sick | | | | 503.04 |
| Spec. Payment | | | | 500.00 |
| Vacation | | | | 586.88 |
| **Gross Pay** | | | **$1,651.65** | 21,461.56 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -102.41 | 1,330.62 |
| | Medicare Tax | -23.95 | 311.19 |
| | **Other** | | |
| | 401K | -49.55* | 643.84 |
| | **Net Pay** | **$1,475.74** | |
| | Checking | -1,475.74 | 19,175.91 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match Tota | | 500.00 |
| Sick Balance | | 6.16 |
| Vac Balance | | 20.64 |

### Important Notes

YOUR COMPANY'S PHONE NUMBER IS 323-860-5200

BASIS OF PAY: HOURLY

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,602.10

© 2009 ADP, LLC

---

AID ATLANTA INC
1605 PEACHTREE ST NE
ATLANTA, GA 30309

| | |
|---|---|
| **Advice number:** | **00000250029** |
| Pay date: | 06/19/2020 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| LATORIC LATRICE JOHNSON | xxxxxx2899 | xxxx xxxx | $1,475.74 |

## NON-NEGOTIABLE

VQK   500549   131143   FTNON   0000270030   1

## Earnings Statement

ADP

AID ATLANTA  INC
1605  PEACHTREE   ST NE
ATLANTA,  GA 30309

Period  Beginning:    06/14/2020
Period  Ending:       06/27/2020
Pay  Date:            07/02/2020

Taxable  Marital  Status:    Single
Exemptions/Allowances:
    Federal:    0,Tax  Blocked
    GA:         0,Tax  Blocked

LATORIC  LATRICE  JOHNSON
4300  FLAT  SHOALS  RD
UNION  CITY  GA  30291

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.9600 | 69.72 | 1,461.33 | 20,408.96 |
| Vacation | 20.9600 | 8.00 | 167.68 | 754.56 |
| Overtime | | | | 43.69 |
| Holiday | | | | 838.40 |
| Other Earnings | | | | 41.92 |
| Sick | | | | 503.04 |
| Spec. Payment | | | | 500.00 |
| **Gross Pay** | | | **$1,629.01** | 23,090.57 |

| Deductions | Statutory | | this period | year to date |
|---|---|---|---|---|
| | Social Security Tax | | -101.00 | 1,431.62 |
| | Medicare Tax | | -23.62 | 334.81 |
| | **Other** | | | |
| | 401K | | -48.87* | 692.71 |
| | **Net Pay** | | **$1,455.52** | |
| | Checking | | -1,455.52 | 20,631.43 |
| | **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match Tota | | 500.00 |
| Sick  Balance | | 8.93 |
| Vac  Balance | | 15.72 |

### Important Notes
YOUR COMPANY'S  PHONE  NUMBER  IS 323-860-5200

BASIS OF PAY: HOURLY

**\* Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period  are
$1,580.14



AID ATLANTA  INC
1605 PEACHTREE ST NE
ATLANTA, GA 30309

Advice number:        00000270030
Pay date:             07/02/2020

Deposited  to the account  of                  account  number      transit  ABA              amount
**LATORIC  LATRICE  JOHNSON**                   xxxxxx2899          xxxx  xxxx              $1,455.52

## NON-NEGOTIABLE

VQK  500549  131143  FTNON  0000290030  1

**Earnings Statement**



AID ATLANTA  INC
1605  PEACHTREE  ST NE
ATLANTA,  GA 30309

| | |
|---|---|
| Period Beginning: | 06/28/2020 |
| Period Ending: | 07/11/2020 |
| Pay Date: | 07/17/2020 |

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:      0,Tax Blocked
  GA:         0,Tax Blocked

LATORIC  LATRICE  JOHNSON
4300  FLAT  SHOALS  RD
UNION  CITY  GA  30291

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.9600 | 55.00 | 1,152.80 | 21,561.76 |
| Holiday | 20.9600 | 8.00 | 167.68 | 1,006.08 |
| Sick | 20.9600 | 8.00 | 167.68 | 670.72 |
| Vacation | 20.9600 | 9.00 | 188.64 | 943.20 |
| Overtime | | | | 43.69 |
| Other Earnings | | | | 41.92 |
| Spec. Payment | | | | 500.00 |
| **Gross Pay** | | | **$1,676.80** | 24,767.37 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -100.50 | 1,532.12 |
| | Medicare Tax | -23.51 | 358.32 |
| | **Other** | | |
| | AetnaCHILD | -0.92 | 0.92 |
| | AetnaLIFE | -7.11 | 7.11 |
| | Dhmo | -2.19 | |
| | EPO-AETNA | -55.73* | 55.73 |
| | 401K | -50.30* | 743.01 |
| | **Net Pay** | **$1,436.54** | |
| | Checking | -1,436.54 | 22,067.97 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,570.77

**Other Benefits and**
**Information**    this period    total to date
401K Match Tota                     500.00

Sick Balance                        3.70
Vac Balance                        17.80

**Important Notes**
YOUR COMPANY'S  PHONE NUMBER IS 323-860-5200

BASIS OF PAY: HOURLY

**\* Excluded from federal taxable wages**

© 2009 ADP, LLC

AID ATLANTA INC
1605 PEACHTREE ST NE
ATLANTA, GA 30309

| | |
|---|---|
| Advice number: | 00000290030 |
| Pay date: | 07/17/2020 |



Deposited to the account of          account number    transit ABA          amount
LATORIC  LATRICE  JOHNSON        xxxxxx2899    xxxx xxxx      $1,436.54

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

AID ATLANTA  INC
1605  PEACHTREE   ST NE
ATLANTA,  GA 30309

Period  Beginning:      07/26/2020
Period  Ending:           08/08/2020
Pay  Date:                    08/14/2020

Taxable  Marital  Status:      Single
Exemptions/Allowances:
　　Federal:            0,Tax Blocked
　　GA:                    0,Tax Blocked

LATORIC  LATRICE  JOHNSON
4300  FLAT  SHOALS  RD
UNION  CITY  GA  30291

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.9600 | 73.28 | 1,535.95 | 23,826.07 |
| Sick | 20.9600 | 3.00 | 62.88 | 796.48 |
| Vacation | 20.9600 | 3.00 | 62.88 | 1,362.40 |
| Overtime | | | | 43.69 |
| Holiday | | | | 1,006.08 |
| Other Earnings | | | | 41.92 |
| Spec. Payment | | | | 500.00 |
| **Gross Pay** | | | **$1,661.71** | 27,576.64 |

Your federal taxable wages this period are
$1,556.13

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match Tota | | 500.00 |
| Sick Balance | | 3.24 |
| Vac Balance | | 3.96 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -99.57 | 1,699.39 |
| | Medicare Tax | -23.29 | 397.44 |
| | **Other** | | |
| | AetnaCHILD | -0.92 | 2.76 |
| | AetnaLIFE | -7.11 | 21.33 |
| | Dhmo | -2.19 | |
| | EPO-AETNA | -55.73* | 167.19 |
| | 401K | -49.85* | 827.29 |
| | **Net Pay** | **$1,423.05** | |
| | Checking | -1,423.05 | 24,454.67 |
| | **Net Check** | **$0.00** | |

**Important Notes**
YOUR  COMPANY'S  PHONE  NUMBER  IS 323-860-5200

BASIS  OF PAY:  HOURLY

**\* Excluded from federal taxable wages**

© 2000 ADP, LLC

AID ATLANTA  INC
1605  PEACHTREE  ST NE
ATLANTA ,  GA 30309

Advice number:          00000330035
Pay date:                     08/14/2020



Deposited  to the account  of
LATORIC  LATRICE  JOHNSON

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx2899 | xxxx xxxx | $1,423.05 |

## NON-NEGOTIABLE

**Earnings Statement**

ADP

AID ATLANTA INC
1605 PEACHTREE ST NE
ATLANTA, GA 30309

| | |
|---|---|
| Period Beginning: | 07/26/2020 |
| Period Ending: | 08/08/2020 |
| Pay Date: | 08/14/2020 |

Taxable Marital Status: Single
Exemptions/Allowances:
　Federal: 　　0,Tax Blocked
　GA: 　　　0,Tax Blocked

**LATORIC LATRICE JOHNSON**
**4300 FLAT SHOALS RD**
**UNION CITY GA 30291**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Spec. Payment | | 1,000.00 | | 1,500.00 |
| Regular | | | | 23,826.07 |
| Overtime | | | | 43.69 |
| Holiday | | | | 1,006.08 |
| Other Earnings | | | | 41.92 |
| Sick | | | | 796.48 |
| Vacation | | | | 1,362.40 |
| **Gross Pay** | | | **$1,000.00** | 28,576.64 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -62.00 | 1,761.39 |
| | Medicare Tax | -14.50 | 411.94 |
| | **Other** | | |
| | 401K | -30.00* | 857.29 |
| | AetnaCHILD | | 2.76 |
| | AetnaLIFE | | 21.33 |
| | EPO-AETNA | | 167.19 |
| | **Net Pay** | **$893.50** | |
| | Checking | -893.50 | 25,348.17 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match Tota | | 500.00 |
| Sick Balance | | 3.24 |
| Vac Balance | | 3.96 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 323-860-5200

BASIS OF PAY: HOURLY

**\* Excluded from federal taxable wages**
　Your federal taxable wages this period are $970.00

© 2000 ADP, LLC

AID ATLANTA INC
1605 PEACHTREE ST NE
ATLANTA, GA 30309

| | |
|---|---|
| **Advice number:** | **00000330036** |
| Pay date: | 08/14/2020 |

Deposited to the account of
**LATORIC LATRICE JOHNSON**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2899 | xxxx xxxx | $893.50 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

5W0    500549   131143   FTNON    0000350028    1

# Earnings Statement

**ADP**

AID ATLANTA INC
1605 PEACHTREE ST NE
ATLANTA, GA 30309

| | |
|---|---|
| Period Beginning: | 08/09/2020 |
| Period Ending: | 08/22/2020 |
| Pay Date: | 08/28/2020 |

Taxable Marital Status:    Single
Exemptions/Allowances:
    Federal:        0,Tax Blocked
    GA:           0,Tax Blocked

LATORIC LATRICE JOHNSON
4300 FLAT SHOALS RD
UNION CITY GA 30291

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.9600 | 76.23 | 1,597.78 | 25,423.85 |
| Sick | 20.9600 | 3.00 | 62.88 | 859.36 |
| Overtime | | | | 43.69 |
| Holiday | | | | 1,006.08 |
| Other Earnings | | | | 41.92 |
| Spec. Payment | | | | 1,500.00 |
| Vacation | | | | 1,362.40 |
| **Gross Pay** | | | **$1,660.66** | 30,237.30 |

Your federal taxable wages this period are
$1,555.11

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match Tota | | 500.00 |
| Sick Balance | | 3.01 |
| Vac Balance | | 7.04 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -99.50 | 1,860.89 |
| | Medicare Tax | -23.27 | 435.21 |
| | **Other** | | |
| | AetnaCHILD | -0.92 | 3.68 |
| | AetnaLIFE | -7.11 | 28.44 |
| | Dhmo | -2.19 | |
| | EPO-AETNA | -55.73* | 222.92 |
| | 401K | -49.82* | 907.11 |
| | **Net Pay** | **$1,422.12** | |
| | Checking | -1,422.12 | 26,770.29 |
| | **Net Check** | **$0.00** | |

**Important Notes**
EMPLOYER BUSINESS PHONE# 323-860-5284

BASIS OF PAY: HOURLY

**\* Excluded from federal taxable wages**

© 2000 ADP, LLC

AID ATLANTA INC
1605 PEACHTREE ST NE
ATLANTA, GA 30309

| | | |
|---|---|---|
| Advice number: | | 00000350028 |
| Pay date: | | 08/28/2020 |

Deposited to the account of
LATORIC LATRICE JOHNSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2899 | xxxx xxxx | $1,422.12 |



**NON-NEGOTIABLE**

5W0   500549   131143   FTNON   0000370039   3

# Earnings Statement

**ADP**

AID ATLANTA  INC
1605  PEACHTREE  ST NE
ATLANTA,  GA  30309

| | |
|---|---|
| Period Beginning: | 08/23/2020 |
| Period Ending: | 09/05/2020 |
| Pay Date: | 09/11/2020 |

Taxable  Marital Status:     Single
Exemptions/Allowances:
   Federal:        0,Tax Blocked
   GA:           0,Tax Blocked

**LATORIC  LATRICE  JOHNSON**
**4300  FLAT  SHOALS  RD**
**UNION  CITY  GA  30291**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Spec. Payment | | | 2,000.00 | 3,500.00 |
| Regular | | | | 26,752.09 |
| Overtime | | | | 47.78 |
| Holiday | | | | 1,006.08 |
| Other Earnings | | | | 41.92 |
| Sick | | | | 922.24 |
| Vacation | | | | 1,509.12 |
| **Gross Pay** | | | **$2,000.00** | 34,779.23 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -124.00 | 2,139.04 |
| | Medicare Tax | -29.00 | 500.26 |
| | **Other** | | |
| | 401K | -60.00* | 1,043.37 |
| | AetnaCHILD | | 4.60 |
| | AetnaLIFE | | 35.55 |
| | EPO-AETNA | | 278.65 |
| | **Net Pay** | **$1,787.00** | |
| | Checking | -1,787.00 | 30,766.81 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match Tota | | 500.00 |
| Sick Balance | | 2.78 |
| Vac Balance | | 11.12 |

**Important Notes**
EMPLOYER  BUSINESS  PHONE#  323-860-5284

BASIS OF PAY: HOURLY

* **Excluded from federal taxable wages**

  Your federal taxable wages this period are
$1,940.00

© 2000 ADP, LLC

AID ATLANTA  INC
1605 PEACHTREE ST NE
ATLANTA , GA 30309

| | | |
|---|---|---|
| **Advice number:** | | **00000370039** |
| Pay date: | | 09/11/2020 |

Deposited  to the account  of
**LATORIC  LATRICE  JOHNSON**

| account number | transit  ABA | amount |
|---|---|---|
| xxxxxx2899 | xxxx  xxxx | $1,787.00 |



# NON-NEGOTIABLE

5W0   500549   131143   FTNON   0000370038   2

# Earnings Statement

**ADP**

AID ATLANTA  INC
1605 PEACHTREE  ST NE
ATLANTA,  GA 30309

| | |
|---|---|
| Period Beginning: | 08/23/2020 |
| Period Ending: | 09/05/2020 |
| Pay Date: | 09/11/2020 |

Taxable  Marital Status:   Single
Exemptions/Allowances:
   Federal:      0,Tax Blocked
   GA:         0,Tax Blocked

**LATORIC  LATRICE  JOHNSON**
**4300  FLAT  SHOALS  RD**
**UNION  CITY  GA  30291**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Child Care | | | 1,000.00 | |
| Regular | | | | 26,752.09 |
| Overtime | | | | 47.78 |
| Holiday | | | | 1,006.08 |
| Other Earnings | | | | 41.92 |
| Sick | | | | 922.24 |
| Spec. Payment | | | | 1,500.00 |
| Vacation | | | | 1,509.12 |
| **Gross Pay** | | | **$1,000.00** | 32,779.23 |

| Deductions | Statutory | | this period | year to date |
|---|---|---|---|---|
| | Social Security Tax | | -62.00 | 2,015.04 |
| | Medicare Tax | | -14.50 | 471.26 |
| | **Other** | | | |
| | 401K | | -30.00* | 983.37 |
| | AetnaCHILD | | | 4.60 |
| | AetnaLIFE | | | 35.55 |
| | EPO-AETNA | | | 278.65 |
| | **Net Pay** | | **$893.50** | |
| | Checking | | -893.50 | 28,979.81 |
| | **Net Check** | | **$0.00** | |

| Other Benefits  and Information | this period | total to date |
|---|---|---|
| 401K Match Tota | | 500.00 |
| Sick  Balance | | 2.78 |
| Vac  Balance | | 11.12 |

**Important  Notes**

EMPLOYER   BUSINESS   PHONE#  323-860-5284

BASIS OF PAY: HOURLY

**\* Excluded  from  federal  taxable  wages**
   Your  federal  taxable  wages  this  period  are  $970.00

© 2000 ADP, LLC

---

AID ATLANTA INC
1605 PEACHTREE ST NE
ATLANTA , GA 30309

| Advice number: | **00000370038** |
|---|---|
| Pay date: | 09/11/2020 |



| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **LATORIC  LATRICE  JOHNSON** | xxxxxx2899 | xxxx  xxxx | $893.50 |

**NON-NEGOTIABLE**

**Earnings Statement**

ADP

5W0   500549   131143   FTNON   0000370037   1

AID ATLANTA INC
1605 PEACHTREE ST NE
ATLANTA, GA 30309

| | |
|---|---|
| Period Beginning: | 08/23/2020 |
| Period Ending: | 09/05/2020 |
| Pay Date: | 09/11/2020 |

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:       0,Tax Blocked
   GA:          0,Tax Blocked

LATORIC LATRICE JOHNSON
4300 FLAT SHOALS RD
UNION CITY GA 30291

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.9600 | 63.37 | 1,328.24 | 26,752.09 |
| Overtime | 31.4400 | .13 | 4.09 | 47.78 |
| Sick | 20.9600 | 3.00 | 62.88 | 922.24 |
| Vacation | 20.9600 | 7.00 | 146.72 | 1,509.12 |
| Holiday | | | | 1,006.08 |
| Other Earnings | | | | 41.92 |
| Spec. Payment | | | | 1,500.00 |
| **Gross Pay** | | | **$1,541.93** | 31,779.23 |

Your federal taxable wages this period are
$1,439.94

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match Tota | | 500.00 |
| Sick Balance | | 2.78 |
| Vac Balance | | 11.12 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -92.15 | 1,953.04 |
| | Medicare Tax | -21.55 | 456.76 |
| | **Other** | | |
| | AetnaCHILD | -0.92 | 4.60 |
| | AetnaLIFE | -7.11 | 35.55 |
| | Dhmo | -2.19 | |
| | EPO-AETNA | -55.73* | 278.65 |
| | 401K | -46.26* | 953.37 |
| | **Net Pay** | **$1,316.02** | |
| | Checking | -1,316.02 | 28,086.31 |
| | **Net Check** | **$0.00** | |

**Important Notes**

EMPLOYER BUSINESS PHONE# 323-860-5284

BASIS OF PAY: HOURLY

**\* Excluded from federal taxable wages**

© 2000 ADP, LLC

AID ATLANTA INC
1605 PEACHTREE ST NE
ATLANTA, GA 30309

| | |
|---|---|
| Advice number: | 00000370037 |
| Pay date: | 09/11/2020 |

Deposited to the account of
LATORIC LATRICE JOHNSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2899 | xxxx xxxx | $1,316.02 |



**NON-NEGOTIABLE**

5W0   500549   131143   FTNON   0000390029   1

# Earnings   Statement



AID ATLANTA  INC
1605  PEACHTREE  ST NE
ATLANTA,  GA 30309

| | |
|---|---|
| Period  Beginning: | 09/06/2020 |
| Period  Ending: | 09/19/2020 |
| Pay  Date: | 09/25/2020 |

Taxable  Marital Status:   Single
Exemptions/Allowances:
  Federal:              0,Tax  Blocked
  GA:                   0,Tax  Blocked

**LATORIC  LATRICE  JOHNSON**
**4300  FLAT  SHOALS  RD**
**UNION  CITY  GA  30291**

| Earnings | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 20.9600 | 65.02 | 1,362.82 | 28,114.91 |
| Holiday | 20.9600 | 8.00 | 167.68 | 1,173.76 |
| Vacation | 20.9600 | 6.00 | 125.76 | 1,634.88 |
| Overtime | | | | 47.78 |
| Other Earnings | | | | 41.92 |
| Sick | | | | 922.24 |
| Spec . Payment | | | | 3,500.00 |
| **Gross Pay** | | | **$1,656.26** | 36,435.49 |

Your federal taxable wages this period are
$1,550.84

| Other  Benefits  and Information | this  period | total  to  date |
|---|---|---|
| 401K Match Tota | | 500.00 |
| Sick Balance | | 5.55 |
| Vac Balance | | 8.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -99 .23 | 2,238.27 |
| | Medicare Tax | -23 .21 | 523.47 |
| | **Other** | | |
| | AetnaCHILD | -0 .92 | 5.52 |
| | AetnaLIFE | -7 .11 | 42.66 |
| | Dhmo | -2 .19 | |
| | EPO-AETNA | -55 .73* | 334.38 |
| | 401K | -49 .69* | 1,093.06 |
| | **Net Pay** | **$1,418.18** | |
| | Checking | -1 ,418.18 | 32,184.99 |
| | **Net Check** | **$0.00** | |

**Important  Notes**

EMPLOYER   BUSINESS  PHONE#  323-860-5284

BASIS  OF PAY: HOURLY

**\* Excluded  from  federal  taxable  wages**

©2000 ADP, LLC.

AID ATLANTA  INC
1605  PEACHTREE  ST NE
ATLANTA,  GA 30309

| | |
|---|---|
| Advice  number: | **00000390029** |
| Pay  date: | 09/25/2020 |



Deposited  to the account  of
**LATORIC  LATRICE  JOHNSON**

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxx2899 | xxxx  xxxx | $1,418.18 |

# NON-NEGOTIABLE

## AFFIDAVIT

PERSONALLY appeared before the undersigned officer, duly authorized to administer oaths, the undersigned affiant who after being sworn, deposes and states the following:

**1.**

My name is _Latoric Johnson_. I am over the age of eighteen years old and under no disabilities either artificial or natural.

**2.**

I reside at _3460 Kingsboro Rd NE Apt 342 · Atl, GA 30326_. I am a native and citizen of _United State of America_

**3.**

_I was married in 2018 currently_
_employer hasn't updated; however,_
_Corrections would be effective_
_immediately_

This _6_ of _October_ 2020.

_Signature_

Sworn to and subscribed
before me this the _6th_ day
of _October_ 2020.

_____
NOTARY PUBLIC

JAVARIA USMAN GHANI
MY COMMISSION EXPIRES
NOTARY PUBLIC
AUGUST 10, 2021
GWINNETT COUNTY, GEORGIA

Form **1040**
Department of the Treasury-Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2019** OMB No. 1545-0074 IRS Use Only-Do not write or staple in this space.

**Filing Status**
Check only one box.

- [ ] Single
- [x] Head of household (HOH)
- [ ] Married filing jointly
- [ ] Qualifying widow(er) (QW)
- [ ] Married filing separately (MFS)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| LATORIC L | JOHNSON | 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 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions. **4300 FLAT SHOALS RD** — Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions). **Union City, GA 30291**

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. [X] You [ ] Spouse

Foreign country name | Foreign province/state/county | Foreign postal code

If more than four dependents, see inst. & check here ▶ [ ]

**Standard Deduction**
**Someone can claim:** [ ] You as a dependent [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**
You: [ ] Were born before January 2, 1955 [ ] Are blind
Spouse: [ ] Was born before January 2, 1955 [ ] Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) check if qualifies for (see inst.): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| AHMAD    KELSON | 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 | Son | [ ] | [x] |
| AMIR    KELSON | 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 | Son | [x] | [ ] |
| ARMANI    KELSON | 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 | Son | [x] | [ ] |

| | | | |
|---|---|---|---:|
| | 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . | **1** 11,012 |
| **Standard Deduction** | 2a | Tax-exempt interest . . . . . . | **2a**  b Taxable interest . . . . . . . **2b** |
| • Single or Married filing separately, $12,200 | 3a | Qualified dividends . . . . . . | **3a**  b Ordinary dividends. . . . . . **3b** |
| | 4a | IRA distributions . . . . . . . . | **4a**  b Taxable amount . . . . . . **4b** |
| | c | Pensions and annuities . . . . | **4c**  d Taxable amount . . . . . **4d** |
| • Married filing jointly or Qualifying widow(er), $24,400 | 5a | Social security benefits . . . . | **5a**  b Taxable amount . . . . . **5b** |
| | 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | **6** |
| • Head of household, $18,350 | 7a | Other income from Schedule 1, line 9 . . . . . . . . . . | **7a** 8,472 |
| | b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** . . . . . . . . . ▶ | **7b** 19,484 |
| • If you checked any box under Standard Deduction, see instructions. | 8a | Adjustments to income from Schedule 1, line 22 . . . . . . . | **8a** 279 |
| | b | Subtract line 8a from line 7b. This is your **adjusted gross income** . . . . . . . . . ▶ | **8b** 19,205 |
| | 9 | **Standard deduction or itemized deductions** (from Schedule A) | **9** 18,350 |
| | 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A. . . | **10** 171 |
| | 11a | Add lines 9 and 10 . . . . . . . . . . . . . . . . . . | **11a** 18,521 |
| | b | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- . . . . . . . . | **11b** 684 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
EEA

Form **1040** (2019)

Form 1040 (2019)    LATORIC L JOHNSON                                        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    Page **2**

| | | | | |
|---|---|---|---|---|
| **12a** | **Tax** (see instructions). Check if any from: | | | |
| | 1 ☐ Form(s) 8814   2 ☐ Form 4972   3 ☐ _____ | **12a** | 69 | |
| **b** | Add Schedule 2, line 3, and line 12a and enter the total  . . . . . . . . . . ▶ | **12b** | | 69 |
| **13a** | Child tax credit or credit for other dependents | **13a** | 69 | |
| **b** | Add Schedule 3, line 7, and line 13a and enter the total  . . . . . . . . . ▶ | **13b** | | 69 |
| **14** | Subtract line 13b from line 12b. If zero or less, enter -0-  . . . . . . . . . | **14** | | 0 |
| **15** | Other taxes, including self-employment tax, from Schedule 2, line 10  . . . . | **15** | | 558 |
| **16** | Add lines 14 and 15. This is your **total tax**  . . . . . . . . . . . ▶ | **16** | | 558 |
| **17** | Federal income tax withheld from Forms W-2 and 1099  . . . . . . . . . | **17** | | |
| **18** | Other payments and refundable credits: | | | |
| **a** | Earned income credit (EIC)  . . . . . . . . . . . . . | **18a** | 6,515 | |
| **b** | Additional child tax credit. Attach Schedule 8812  . . . . . . | **18b** | 1,827 | |
| **c** | American opportunity credit from Form 8863, line 8  . . . . . | **18c** | | |
| **d** | Schedule 3, line 14 . . . . . . . . . . . . . . . . | **18d** | | |
| **e** | Add lines 18a through 18d. These are your **total other payments and refundable credits** . . . . ▶ | **18e** | | 8,342 |
| **19** | Add lines 17 and 18e. These are your **total payments**  . . . . . . . . . ▶ | **19** | | 8,342 |

**• If you have a qualifying child, attach Sch. EIC.**

**• If you have nontaxable combat pay, see instructions.**

| | | | | |
|---|---|---|---|---|
| **Refund** | **20** | If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you **overpaid** . . . . . | **20** | 7,784 |
| | **21 a** | Amount of line 20 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | **21a** | 7,784 |

Direct deposit? ▶
See instructions. ▶

**b** Routing number  2 9 1 4 7 1 0 2 4   ▶ **c** Type: ☒ Checking ☐ Savings

**d** Account number  2 2 0 9 1 0 0 2 6 3 8 9 4 9 3 4 7

| | | | |
|---|---|---|---|
| | **22** | Amount of line 20 you want **applied to your 2020 estimated tax**. . . . ▶ | **22** | |
| **Amount You Owe** | **23** | **Amount you owe.** Subtract line 19 from line 16. For details on how to pay, see instructions . . . . . ▶ | **23** | 0 |
| | **24** | Estimated tax penalty (see instructions) . . . . . . . . . . ▶ | **24** | |

**Third Party Designee**
(Other than paid preparer)

Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS? See instructions.   ☐ **Yes.** Complete below.   ☐ **No**

Designee's name ▶          Phone no. ▶          Personal identification number (PIN) ▶ ☐☐☐☐☐☐

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return?
See instructions.
Keep a copy for your records.

| | | | |
|---|---|---|---|
| Your signature  04081 | Date  02-26-2020 | Your occupation  CASE MANAGER | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ☐☐☐☐☐☐ |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ☐☐☐☐☐☐ |

Phone no. 404-933-1692          Email address

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature  JEAN LACROIX | Date  06-10-2020 | PTIN  P01212978 | Check if: |
| Preparer's name  JEAN LACROIX | | Phone no.  305-401-0431 | ☒ 3rd Party Designee |
| Firm's name ▶ DHL TAX SERVICE | | | ☒ Self-employed |
| Firm's address ▶ 6921 SW 28TH ST  Hollywood, FL 33023 | | Firm's EIN ▶ | |

Go to *www.irs.gov/Form1040SR* for instructions and the latest information.          Form **1040** (2019)
EEA

| SCHEDULE 1 | **Additional Income and Adjustments to Income** | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040 or 1040-SR) | | **2019** |
| Department of the Treasury<br>Internal Revenue Service | ▶ Attach to Form 1040 or 1040-SR.<br>▶ Go to *www.irs.gov/Form1040* for instructions and the latest information. | Attachment<br>Sequence No. **01** |

| Name(s) shown on Form 1040 or 1040-SR | Your social security number |
|---|---|
| LATORIC L JOHNSON | 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 |

At any time during 2019, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any
virtual currency? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

| **Part I** | **Additional Income** | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . . . . | 1 | |
| 2a | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2a | |
| b | Date of original divorce or separation agreement (see instructions) ▶ _____ | | |
| 3 | Business income or (loss). Attach Schedule C . . . . . . . . . . . . . . . . . | 3 | 3,950 |
| 4 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . | 5 | |
| 6 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . . | 6 | |
| 7 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . | 7 | 4,522 |
| 8 | Other income. List type and amount ▶ _____ | | |
| | _____ | 8 | |
| 9 | Combine lines 1 through 8. Enter here and on Form 1040 or 1040-SR, line 7a . . . . . . . | 9 | 8,472 |
| **Part II** | **Adjustments to Income** | | |
| 10 | Educator expenses . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach | | |
| | Form 2106 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Health savings account deduction. Attach Form 8889 . . . . . . . . . . . . . . | 12 | |
| 13 | Moving expenses for members of the Armed Forces. Attach Form 3903 . . . . . . . . | 13 | |
| 14 | Deductible part of self-employment tax. Attach Schedule SE . . . . . . . . . . . . | 14 | 279 |
| 15 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . . . . . . . | 15 | |
| 16 | Self-employed health insurance deduction . . . . . . . . . . . . . . . . . | 16 | |
| 17 | Penalty on early withdrawal of savings . . . . . . . . . . . . . . . . . . | 17 | |
| 18a | Alimony paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18a | |
| b | Recipient's SSN. . . . . . . . . . . . . . . ▶ _____ | | |
| c | Date of original divorce or separation agreement (see instructions) ▶ _____ | | |
| 19 | IRA deduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20 | Student loan interest deduction . . . . . . . . . . . . . . . . . . . . . | 20 | |
| 21 | Tuition and fees. Attach Form 8917 . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | Add lines 10 through 21. These are your **adjustments to income.** Enter here and on Form 1040 or | | |
| | 1040-SR, line 8a . . . . . . . . . . . . . . . . . . . . . . . . . . | 22 | 279 |

**For Paperwork Reduction Act Notice, see your tax return instructions.**                    Schedule 1 (Form 1040 or 1040-SR) 2019

EEA

**SCHEDULE 2**
(Form 1040 or 1040-SR)

Department of the Treasury
Internal Revenue Service

# Additional Taxes

► Attach to Form 1040 or 1040-SR.
► Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **02**

Name(s) shown on Form 1040 or 1040-SR

LATORIC L JOHNSON

Your social security number

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

| Part I | Tax | | |
|---|---|---|---|
| 1 | Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . . . . . . . . . . . . | **1** | |
| 2 | Excess advance premium tax credit repayment. Attach Form 8962 . . . . . . . . . . . . . . . . . | **2** | |
| 3 | Add lines 1 and 2. Enter here and include on Form 1040 or 1040-SR, line 12b . . . . . . . . . . . . . . . . | **3** | 0 |

| Part II | Other Taxes | | |
|---|---|---|---|
| 4 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 558 |
| 5 | Unreported social security and Medicare tax from Form:   a ☐ 4137   b ☐ 8919 . . . . . . . . . . . | **5** | |
| 6 | Additional tax on IRAs, other qualified retirement plans, and other tax-favored accounts. Attach Form 5329 if required . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| 7a | Household employment taxes. Attach Schedule H . . . . . . . . . . . . . . . . . . . . | **7a** | |
| b | Repayment of first-time homebuyer credit from Form 5405. Attach Form 5405 if required . . . . . . . . . . . . | **7b** | |
| 8 | Taxes from:   a ☐ Form 8959   b ☐ Form 8960   c ☐ Instructions; enter code(s) _____ | **8** | |
| 9 | Section 965 net tax liability installment from Form 965-A . . . . . . . . . . . . . . . . **9** | | |
| 10 | Add lines 4 through 8. These are your **total other taxes.** Enter here and on Form 1040 or 1040-SR, line 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | 558 |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Schedule 2 (Form 1040 or 1040-SR) 2019

EEA

**SCHEDULE C**
(Form 1040 or 1040-SR)

Department of the Treasury
Internal Revenue Service (99)

OMB No. 1545-0074

# Profit or Loss From Business
(Sole Proprietorship)

▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065.

**2019**

Attachment
Sequence No. **09**

| Name of proprietor | Social security number (SSN) |
|---|---|
| LATORIC L JOHNSON | 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 |

**A**  Principal business or profession, including product or service (see instructions)

DRIVER

**B**  Enter code from instructions
▶

**C**  Business name. If no separate business name, leave blank.

DOOR DASH

**D**  Employer ID number (EIN) (see instr.)

**E**  Business address (including suite or room no.)  ▶ 5825 GLENRIDGE DR BLDG 3 STE 295

City, town or post office, state, and ZIP code   Atlanta, GA 30328

**F**  Accounting method:  **(1)** [X] Cash  **(2)** ☐ Accrual  **(3)** ☐ Other (specify) ▶

**G**  Did you "materially participate" in the operation of this business during 2019? If "No," see instructions for limit on losses . . . . [X] Yes  ☐ No

**H**  If you started or acquired this business during 2019, check here . . . . . . . . . . . . . . . . . ▶ ☐

**I**  Did you make any payments in 2019 that would require you to file Form(s) 1099? (see instructions) . . . . . . . . . ☐ Yes [X] No

**J**  If "Yes," did you or will you file required Forms 1099? . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

## Part I  Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . . . . ▶ ☐ | **1** | 3,950 |
| 2 | Returns and allowances | **2** | 0 |
| 3 | Subtract line 2 from line 1 | **3** | 3,950 |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . | **4** | |
| 5 | **Gross profit.** Subtract line 4 from line 3. . . . . . . . . . . . . . . | **5** | 3,950 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | **6** | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . ▶ | **7** | 3,950 |

## Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---|---|---|---:|
| 8 | Advertising . . . . . . . . . | **8** | | 18 | Office expense (see instructions) | **18** | |
| 9 | Car and truck expenses (see instructions) . . . . . . . . . | **9** | | 19 | Pension and profit-sharing plans | **19** | |
| 10 | Commissions and fees . . . . | **10** | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | **11** | | **a** | Vehicles, machinery, and equipment . | **20a** | |
| 12 | Depletion . . . . . . . . . | **12** | | **b** | Other business property . . . . | **20b** | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | **13** | | 21 | Repairs and maintenance . . . | **21** | |
| | | | | 22 | Supplies (not included in Part III) | **22** | |
| | | | | 23 | Taxes and licenses . . . . . . | **23** | |
| 14 | Employee benefit programs (other than on line 19) . . . . | **14** | | 24 | Travel and meals: | | |
| | | | | **a** | Travel . . . . . . . . . . . | **24a** | |
| 15 | Insurance (other than health) . | **15** | | **b** | Deductible meals (see instructions) . . . . . . . . . | **24b** | |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . . . . | **25** | |
| **a** | Mortgage (paid to banks, etc.) . | **16a** | | 26 | Wages (less employment credits) | **26** | |
| **b** | Other . . . . . . . . . . | **16b** | | 27a | Other expenses (from line 48) . . | **27a** | |
| 17 | Legal and professional services | **17** | | **b** | Reserved for future use . . . . | **27b** | |

| | | | |
|---|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a. . . . . . . . . ▶ | **28** | 0 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . | **29** | 3,950 |

30  Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions).

**Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . . . . . **30**

| | | | |
|---|---|---|---:|
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Schedule 1 (Form 1040 or 1040-SR), line 3** (or **Form 1040-NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** | **31** | 3,950 |
| | • If a loss, you **must** go to line 32. | | |

32  If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040 or 1040-SR), line 3,** (or **Form 1040-NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**

• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

**32a** ☐ All investment is at risk.
**32b** ☐ Some investment is not at risk.

For Paperwork Reduction Act Notice, see the separate instructions.

Schedule C (Form 1040 or 1040-SR) 2019

EEA

**SCHEDULE SE**
**(Form 1040 or 1040-SR)**

Department of the Treasury
Internal Revenue Service    (99)

# Self-Employment Tax

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **17**

► **Go to** *www.irs.gov/ScheduleSE* **for instructions and the latest information.**
► **Attach to Form 1040, 1040-SR, or 1040-NR.**

| Name of person with self-employment income (as shown on Form 1040, 1040-SR, or 1040-NR) | Social security number of person with **self-employment** income ► |
|---|---|
| LATORIC L JOHNSON | 263–89–4934 |

***Before you begin:*** To determine if you must file Schedule SE, see the instructions.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?

**Note.** Use this flowchart **only if** you must file Schedule SE. If unsure, see *Who Must File Schedule SE* in the instructions.



## Section A - Short Schedule SE. Caution: Read above to see if you can use Short Schedule SE.

| | | |
|---|---|---:|
| **1a** Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . . . | **1a** | |
| **b** If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AH . . . . . . . . . . . . . . . . . . | **1b** | ( ) |
| **2** Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). Ministers and members of religious orders, see instructions for types of income to report on this line. See instructions for other income to report . . . . . . . . . | **2** | 3,950 |
| **3** Combine lines 1a, 1b, and 2 . . . . . . . . . . . . . . . . . . . . . . . | **3** | 3,950 |
| **4** Multiply line 3 by 92.35% (0.9235). If less than $400, you don't owe self-employment tax; **don't file** this schedule unless you have an amount on line 1b . . . . . . . . . . . ► | **4** | 3,648 |
| **Note:** If line 4 is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions | | |
| **5** **Self-employment tax.** If the amount on line 4 is: <br>● $132,900 or less, multiply line 4 by 15.3% (0.153). Enter the result here and on **Schedule 2 (Form 1040 or 1040-SR), line 4,** or Form 1040-NR, line 55. <br>● More than $132,900, multiply line 4 by 2.9% (0.029). Then, add $16,479.60 to the result. Enter the total here and on **Schedule 2 (Form 1040 or 1040-SR), line 4,** or Form 1040-NR, line 55. . . . . . . | **5** | 558 |
| **6** Deduction for one-half of self-employment tax. Multiply line 5 by 50% (0.50). Enter the result here and on **Schedule 1 (Form 1040 or 1040-SR), line 14,** or Form 1040-NR, line 27 . . . . . . . . . . . . . . . . | **6** | 279 |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule SE (Form 1040 or 1040-SR) 2019

EEA

**SCHEDULE EIC**
(Form 1040 or 1040-SR)

# Earned Income Credit
Qualifying Child Information

OMB No. 1545-0074

**2019**

Department of the Treasury
Internal Revenue Service     (99)

▶ Complete and attach to Form 1040 or 1040-SR only if you have a
qualifying child.
▶ Go to *www.irs.gov/ScheduleEIC* for the latest information.

Attachment
Sequence No.   **43**

Name(s) shown on return

LATORIC L JOHNSON

Your social security number

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

**Before you begin:**
- See the instructions for Form 1040 or 1040-SR, line 18a, to make sure that **(a)** you can take the EIC, and **(b)**
you have a qualifying child.

- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card.
Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's
social security card is not correct, call the Social Security Administration at 1-800-772-1213.

**CAUTION!**
- You can't claim the EIC for a child who didn't live with you for more than half of the year.
- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See the instructions for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.

## Qualifying Child Information

| | **Child 1** | **Child 2** | **Child 3** |
|---|---|---|---|
| **1 Child's name**<br>If you have more than three qualifying children, you have to list only three to get the maximum credit. | First name  Last name<br>AMIR<br>KELSON | First name  Last name<br>ARMANI<br>KELSON | First name  Last name<br>AHMAD<br>KELSON |
| **2 Child's SSN**<br>The child must have an SSN as defined in the instructions for Form 1040 or 1040-SR, line 18a, unless the child was born and died in 2019. If your child was born and died in 2019 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate, death certificate, or hospital medical records showing a live birth. | 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 | 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 | 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 |
| **3 Child's year of birth** | Year    2004<br>*If born after 2000 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* | Year    2004<br>*If born after 2000 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* | Year    2002<br>*If born after 2000 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* |
| **4a** Was the child under age 24 at the end of 2019, a student, and younger than you (or your spouse, if filing jointly)? | ☐ **Yes.**<br>*Go to line 5.*   ☐ **No.**<br>*Go to line 4b.* | ☐ **Yes.**<br>*Go to line 5.*   ☐ **No.**<br>*Go to line 4b.* | ☐ **Yes.**<br>*Go to line 5.*   ☐ **No.**<br>*Go to line 4b.* |
| **b** Was the child permanently and totally disabled during any part of 2019? | ☐ **Yes.**<br>*Go to line 5.*   ☐ **No.**<br>The child is not a qualifying child. | ☐ **Yes.**<br>*Go to line 5.*   ☐ **No.**<br>The child is not a qualifying child. | ☐ **Yes.**<br>*Go to line 5.*   ☐ **No.**<br>The child is not a qualifying child. |
| **5 Child's relationship to you**<br>(for example, son, daughter, grandchild, niece, nephew, eligible foster child, etc.) | SON | SON | SON |
| **6 Number of months child lived with you in the United States during 2019**<br>• If the child lived with you for more than half of 2019 but less than 7 months, enter "7."<br>• If the child was born or died in 2019 and your home was the child's home for more than half the time he or she was alive during 2019, enter "12." | 12  months<br>*Do not enter more than 12 months.* | 12  months<br>*Do not enter more than 12 months.* | 12  months<br>*Do not enter more than 12 months.* |

For Paperwork Reduction Act Notice, see your tax
return instructions.
EEA

Schedule EIC (Form 1040 or 1040-SR) 2019

**SCHEDULE 8812**
(Form 1040 or 1040-SR)

Department of the Treasury
Internal Revenue Service (99)

# Additional Child Tax Credit

► **Attach to Form 1040, 1040-SR, or Form 1040-NR.**
► **Go to *www.irs.gov/Schedule8812* for instructions and the latest information.**

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **47**

Name(s) shown on return: LATORIC L JOHNSON

Your social security number: 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

## Part I    All Filers

**Caution:** If you file Form 2555; **stop here;** you cannot claim the additional child tax credit.

| | | | |
|---|---|---|---|
| 1 | If you are required to use the worksheet in Pub. 972, enter the amount from line 10 of the Child Tax Credit and Credit for Other Dependents Worksheet in the publication. Otherwise: | | |
| | **1040 and** / **1040-SR filers:** Enter the amount from line 8 of your Child Tax Credit and Credit for Other Dependents Worksheet (see the instructions for Forms 1040 and 1040-SR, line 13a). | | |
| | **1040-NR filers:** Enter the amount from line 8 of your Child Tax Credit and Credit for Other Dependents Worksheet (see the instructions for Form 1040-NR, line 49). | **1** | 4,500 |
| 2 | Enter the amount from Form 1040, line 13a; Form 1040-SR, line 13a; or Form 1040-NR, line 49 . . . . . . . . | **2** | 69 |
| 3 | Subtract line 2 from line 1. If zero, **stop here;** you cannot claim this credit . . . . . . . . . . . . . . . | **3** | 4,431 |
| 4 | Number of qualifying children under 17 with the required social security number:  2  X $1,400. Enter the result. If zero, **stop here;** you cannot claim this credit . . . . . . . . . . . . . . . . . . . | **4** | 2,800 |
| | **TIP:** The number of children you use for this line is the same as the number of children you used for line 1 of the Child Tax Credit and Credit for Other Dependents Worksheet. | | |
| 5 | Enter the **smaller** of line 3 or line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | 2,800 |

| | | | | |
|---|---|---|---|---|
| 6a | Earned income (see instructions) . . . . . . . . . . . | **6a** | 14,683 | |
| b | Nontaxable combat pay (see instructions) . . . . . . . | **6b** | | |
| 7 | Is the amount on line 6a more than $2,500? | | | |
| | ☐ **No.** Leave line 7 blank and enter -0- on line 8. | | | |
| | ☒ **Yes.** Subtract $2,500 from the amount on line 6a. Enter the result . . . . . . . | **7** | 12,183 | |
| 8 | Multiply the amount on line 7 by 15% (0.15) and enter the result . . . . . . . . . . | | **8** | 1,827 |
| | **Next.** On line 4, is the amount $4,200 or more? | | | |
| | ☒ **No.** If line 8 is zero, **stop here;** you cannot claim this credit. Otherwise, skip Part II and enter the **smaller** of line 5 or line 8 on line 15. | | | |
| | ☐ **Yes.** If line 8 is equal to or more than line 5, skip Part II and enter the amount from line 5 on line 15. Otherwise, go to line 9. | | | |

## Part II    Certain Filers Who Have Three or More Qualifying Children

| | | | |
|---|---|---|---|
| 9 | Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, see instructions . . . . . . . . . . | **9** | |
| 10 | **1040 and** / **1040-SR filers:** Enter the total of the amounts from Schedule 1 (Form 1040 or 1040-SR), line 14, and Schedule 2 (Form 1040 or 1040-SR), line 5, plus any taxes that you identified using code "UT" and entered on Schedule 2 (Form 1040 or 1040-SR), line 8. | | |
| | **1040-NR filers:** Enter the total of the amounts from Form 1040-NR, lines 27 and 56, plus any taxes that you identified using code "UT" and entered on line 60. | **10** | |
| 11 | Add lines 9 and 10 . . . . . . . . . . . . . . . . | **11** | |
| 12 | **1040 and** / **1040-SR filers:** Enter the total of the amounts from Form 1040 or 1040-SR, line 18a, and Schedule 3 (Form 1040 or 1040-SR), line 11. | | |
| | **1040-NR filers:** Enter the amount from Form 1040-NR, line 67. | **12** | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- . . . . . . . . . . . . . . . . | **13** | |
| 14 | Enter the **larger** of line 8 or line 13 . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | |
| | **Next,** enter the **smaller** of line 5 or line 14 on line 15. | | |

## Part III    Additional Child Tax Credit

| | | | |
|---|---|---|---|
| 15 | **This is your additional child tax credit** . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | 1,827 |

*Enter this amount on*
*Form 1040, line 18b;*
*Form 1040-SR, line 18b; or*
*Form 1040-NR, line 64.*

**For Paperwork Reduction Act Notice, see your tax return instructions.**

EEA

Schedule 8812 (Form 1040 or 1040-SR) 2019

Form **8995**

Department of the Treasury
Internal Revenue Service

## Qualified Business Income Deduction
## Simplified Computation

▶ Attach to your tax return.
▶ Go to *www.irs.gov/Form8995* for instructions and the latest information.

OMB No. 1545-0123

**2019**

Attachment
Sequence No. **55**

Name(s) shown on return

LATORIC L JOHNSON

Your taxpayer identification number

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

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | Schedule C: DOOR DASH | | 3,671 |
| ii | | | |
| iii | | | |
| iv | | | |
| v | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) | 2 | 3,671 | |
| 3 | Qualified business net (loss) carryforward from the prior year . . . . . . . . . . . . | 3 | ( ) | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- . . . . . | 4 | 3,671 | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) . . . . . . . . . . | | | 5 | 734 |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) . . . . . . . . . . . . . . . . . . . | 6 | 0 | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year . . . . . . . . . . . . . . . . . . . . . . . . | 7 | ( ) | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . | 8 | 0 | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) . . . . . . . . . . . . . | | | 9 | 0 |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 . . . . . | | | 10 | 734 |
| 11 | Taxable income before qualified business income deduction . . . . . . . . . . . . | 11 | 855 | |
| 12 | Net capital gain (see instructions) . . . . . . . . . . . . . . . . . . . | 12 | 0 | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- . . . . . . . . . . . . . | 13 | 855 | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) . . . . . . . . . . . . . . . | | | 14 | 171 |
| 15 | Qualified business income deduction. Enter the lesser of line 10 or line 14. Also enter this amount on the applicable line of your return . . . . . . . . . . . . . . . . . . ▶ | | | 15 | 171 |
| 16 | Total qualified business income (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- . . . . . . . . | | | 16 | ( 0 ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 17 | ( 0 ) |

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.**
EEA

Form **8995** (2019)

```
Amount from Form 1040, line 8b...................... 19,205
Amount from Form 1040, line 9...................... 18,350


Line 11 above is the difference between these amounts    855
```

| | a Employee's social security number 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 | OMB No. 1545-0008 | Safe, accurate, FASTI Use | *IRS e-file* | Visit the IRS website at *www.irs.gov/efile* |
|---|---|---|---|---|---|

| b Employer identification number (EIN) 23-3044975 | | 1 Wages, tips, other compensation 8,497 | 2 Federal income tax withheld |
|---|---|---|---|
| c Employer's name, address, and ZIP code UHS OF ANCHOR LP 367 SOUTH GULPH ROAD King Of Prussia          PA      19406 | | 3 Social security wages 8,497 | 4 Social security tax withheld 527 |
| | | 5 Medicare wages and tips 8,497 | 6 Medicare tax withheld 123 |
| | | 7 Social security tips | 8 Allocated tips |
| d Control number | | 9 | 10 Dependent care benefits |
| e Employee's first name and initial      Last name      Suff. LATORIC L      JOHNSON 4300 FLAT SHOALS RD Union City          GA      30291 | | 11 Nonqualified plans | 12a See instructions for box 12 |
| | | 13 Statutory employee   Retirement plan   Third-party sick pay | 12b |
| | | 14 Other | 12c |
| | | | 12d |
| f Employee's address and ZIP code | | | |

| 15 State   Employer's state ID number GA 2102433-VL | 16 State wages, tips, etc. 8,497 | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Form **W-2** **Wage and Tax Statement**          **2019**          Department of the Treasury-Internal Revenue Service

**Copy B - To Be Filed With Employee's FEDERAL Tax Return.**
This information is being furnished to the Internal Revenue Service.
EEA
    The information on the Form W-2 was used to prepare the taxpayer's 2019 Federal tax return by DHL TAX SERVICE

| a Employee's social security number 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 | OMB No. 1545-0008 | Safe, accurate, FAST! Use | IRS e-file | Visit the IRS website at www.irs.gov/efile |
|---|---|---|---|---|

| **b** Employer identification number (EIN) 58-1537967 | **1** Wages, tips, other compensation 2,515 | **2** Federal income tax withheld |
|---|---|---|
| **c** Employer's name, address, and ZIP code AID ATLANTA INC | **3** Social security wages 2,515 | **4** Social security tax withheld 156 |
| 1605 PEACHTREE ST NE Atlanta GA 30309 | **5** Medicare wages and tips 2,515 | **6** Medicare tax withheld 36 |
| | **7** Social security tips | **8** Allocated tips |
| **d** Control number | **9** | **10** Dependent care benefits |
| **e** Employee's first name and initial LATORIC L JOHNSON Last name Suff. | **11** Nonqualified plans | **12a** See instructions for box 12 |
| 4142 OAKTREE COURT EASTPOINT GA 30334 | **13** Statutory employee Retirement plan Third-party sick pay  **14** Other | **12b** **12c** **12d** |
| **f** Employee's address and ZIP code | | |

| **15** State Employer's state ID number GA 0658984-NC | **16** State wages, tips, etc. 2,515 | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax | **20** Locality name |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Form **W-2** Wage and Tax Statement **2019** Department of the Treasury-Internal Revenue Service

**Copy B - To Be Filed With Employee's FEDERAL Tax Return.**
This information is being furnished to the Internal Revenue Service.
EEA
 The information on the Form W-2 was used to prepare the taxpayer's 2019 Federal tax return by DHL TAX SERVICE



# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **Olori Logistics Services, LLC** | Control Number: | **19097002** |
| Business Type: | **Domestic Limited Liability Company** | Business Status: | **Active/Noncompliance** |
| NAICS Code: | **Transportation and Warehousing** | NAICS Sub Code: | **General Freight Trucking, Long-Distance, Truckload** |
| Principal Office Address: | **4300 Flat Shoals Road, apt# 4501, Union City, GA, 30291, USA** | Date of Formation / Registration Date: | **7/17/2019** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **NONE** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Latoric Johnson** |
| Physical Address: | **4300 Flat Shoals Road, apt# 4501, Union City, GA, 30291, USA** |
| County: | **Fulton** |

Back

Filing History        Name History

Return to Business Search



# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **Jojotoric's Armoire LLC** | Control Number: | **19044166** |
| Business Type: | **Domestic Limited Liability Company** | Business Status: | **Active/Noncompliance** |
| NAICS Code: | **Any legal purpose** | NAICS Sub Code: | |
| Principal Office Address: | **5 Concourse Pkwy, 30th Floor, Atlanta, GA, 30328, USA** | Date of Formation / Registration Date: | **3/24/2019** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **NONE** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **United States Corporation Agents, Inc.** |
| Physical Address: | **1420 Southlake Plaza Dr, Morrow, GA, 30260, USA** |
| County: | **Clayton** |

Back                Filing History      Name History
                    Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530,
Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.11          **Report a Problem?**



# Affidavit of Support Under Section 213A of the INA

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-864**
OMB No. 1615-0075
Expires 10/31/2021

| For USCIS Use Only | Affidavit of Support Submitter | Section 213A Review | Number of Support Affidavits in File |
|---|---|---|---|
| | ☐ Petitioner<br>☐ 1st Joint Sponsor<br>☐ 2nd Joint Sponsor<br>☐ Substitute Sponsor<br>☐ 5% Owner | ☐ MEETS requirements   ☐ DOES NOT MEET requirements<br><br>Reviewed By:_____<br>Office:_____<br>Date (mm/dd/yyyy):_____ | ☐ 1   ☐ 2<br><br>**Remarks** |

| To be completed by an attorney or accredited representative (if any). | ☐ Select this box if Form G-28 or G-28I is attached. | Attorney State Bar Number (if applicable)<br>GA 119542 | Attorney or Accredited Representative USCIS Online Account Number (if any)<br>N / A ☐☐☐☐☐☐☐☐ |
|---|---|---|---|

▶ **START HERE - Type or print in black ink.**

## Part 1. Basis For Filing Affidavit of Support

I, Adebola F. Bamidele ,
am the sponsor submitting this affidavit of support because (Select **only one** box):

**1.a.** ☐ I am the petitioner. I filed or am filing for the immigration of my relative.

**1.b.** ☐ I filed an alien worker petition on behalf of the intending immigrant, who is related to me as my
N/A

**1.c.** ☐ I have an ownership interest of at least 5 percent in
N/A
which filed an alien worker petition on behalf of the intending immigrant, who is related to me as my
N/A

**1.d.** ☒ I am the only joint sponsor.

**1.e.** ☐ I am the ☐ first ☐ second of two joint sponsors.

**1.f.** ☐ The original petitioner is deceased. I am the substitute sponsor. I am the intending immigrant's
N/A

**NOTE:** If you are filing this form as a sponsor, you must include proof of your U.S. citizenship, U.S. national status, or lawful permanent resident status.

## Part 2. Information About the Principal Immigrant

**1.a.** Family Name (Last Name) | Adesida
**1.b.** Given Name (First Name) | Abiola
**1.c.** Middle Name | Adefemi

## Mailing Address
(USPS ZIP Code Lookup)

**2.a.** In Care Of Name
Abiola A. Adesida

**2.b.** Street Number and Name
3460 Kingsboro Rd NE

**2.c.** ☒ Apt. ☐ Ste. ☐ Flr. 342

**2.d.** City or Town Atlanta

**2.e.** State GA   **2.f.** ZIP Code 30326

**2.g.** Province N/A

**2.h.** Postal Code N/A

**2.i.** Country
United States

## Other Information

**3.** Country of Citizenship or Nationality
Nigeria

**4.** Date of Birth (mm/dd/yyyy) 12/25/1976

**5.** Alien Registration Number (A-Number) (if any)
▶ A- 2 1 9 0 8 7 6 0 0

**6.** USCIS Online Account Number (if any)
▶ N / A ☐☐☐☐☐☐☐☐

**7.** Daytime Telephone Number
(404) 453-9202

## Part 3.  Information About the Immigrants You Are Sponsoring

**1.**  I am sponsoring the principal immigrant named in **Part 2.**

[X] Yes  [ ] No  (Applicable only if you are sponsoring family members in **Part 3.** as the second joint sponsor or if you are sponsoring family members who are immigrating more than six months after the principal immigrant)

**2.**  [ ]  I am sponsoring the following family members immigrating at the same time or within six months of the principal immigrant named in **Part 2.** (Do not include any relative listed on a separate visa petition.)

**3.**  [ ]  I am sponsoring the following family members who are immigrating more than six months after the principal immigrant.

### Family Member 1

**4.a.**  Family Name (Last Name)  N/A

**4.b.**  Given Name (First Name)  N/A

**4.c.**  Middle Name  N/A

**5.**  Relationship to Principal Immigrant
N/A

**6.**  Date of Birth (mm/dd/yyyy)  N/A

**7.**  Alien Registration Number (A-Number) (if any)
▶ A-  N / A

**8.**  USCIS Online Account Number (if any)
▶ N / A

### Family Member 2

**9.a.**  Family Name (Last Name)  N/A

**9.b.**  Given Name (First Name)  N/A

**9.c.**  Middle Name  N/A

**10.**  Relationship to Principal Immigrant
N/A

**11.**  Date of Birth (mm/dd/yyyy)  N/A

**12.**  Alien Registration Number (A-Number) (if any)
▶ A-  N / A

**13.**  USCIS Online Account Number (if any)
▶ N / A

### Family Member 3

**14.a.**  Family Name (Last Name)  N/A

**14.b.**  Given Name (First Name)  N/A

**13.c.**  Middle Name  N/A

**15.**  Relationship to Principal Immigrant
N/A

**16.**  Date of Birth (mm/dd/yyyy)  N/A

**17.**  Alien Registration Number (A-Number) (if any)
▶ A-  N / A

**18.**  USCIS Online Account Number (if any)
▶ N / A

### Family Member 4

**19.a.**  Family Name (Last Name)  N/A

**19.b.**  Given Name (First Name)  N/A

**19.c.**  Middle Name  N/A

**20.**  Relationship to Principal Immigrant
N/A

**21.**  Date of Birth (mm/dd/yyyy)  N/A

**22.**  Alien Registration Number (A-Number) (if any)
▶ A-  N / A

**23.**  USCIS Online Account Number (if any)
▶ N / A

### Family Member 5

**24.a.**  Family Name (Last Name)  N/A

**24.b.**  Given Name (First Name)  N/A

**24.c.**  Middle Name  N/A

**25.**  Relationship to Principal Immigrant
N/A

**26.**  Date of Birth (mm/dd/yyyy)  N/A

**27.**  Alien Registration Number (A-Number) (if any)
▶ A-  N / A

**28.**  USCIS Online Account Number (if any)
▶ N / A

## Part 3. Information About the Immigrants You Are Sponsoring (continued)

**29.** Enter the total number of immigrants you are sponsoring on this affidavit which includes the principal immigrant listed in **Part 2.**, any immigrants listed in **Part 3., Item Numbers 1. - 28.** and (if applicable), any immigrants listed for these questions in **Part 11. Additional Information.** Do not count the principal immigrant if you are only sponsoring family members entering more than 6 months after the principal immigrant.

| 1 |

## Part 4. Information About You (Sponsor)

### Sponsor's Full Name

**1.a.** Family Name (Last Name) | Bamidele
**1.b.** Given Name (First Name) | Adebola
**1.c.** Middle Name | F.

### Sponsor's Mailing Address

**2.a.** In Care Of Name
Adebola F. Bamidele

**2.b.** Street Number and Name | 440 Overlook Turn

**2.c.** ☐ Apt. ☐ Ste. ☐ Flr. | N/A

**2.d.** City or Town | Conyers

**2.e.** State | GA    **2.f.** ZIP Code | 30012

**2.g.** Province | N/A

**2.h.** Postal Code | N/A

**2.i.** Country
United States

**3.** Is your current mailing address the same as your physical address?    ☒ Yes ☐ No

If you answered "No" to **Item Number 3.**, provide your physical address in **Item Numbers 4.a. - 4.h.**

### Sponsor's Physical Address

**4.a.** Street Number and Name | Same as Mailing

**4.b.** ☐ Apt. ☐ Ste. ☐ Flr. | N/A

**4.c.** City or Town | N/A

**4.d.** State | N/A    **4.e.** ZIP Code | N/A

**4.f.** Province | N/A

**4.g.** Postal Code | N/A

**4.h.** Country
N/A

### Other Information

**5.** Country of Domicile
United States

**6.** Date of Birth (mm/dd/yyyy) | 05/17/1972

**7.** City or Town of Birth
Ibadan

**8.** State or Province of Birth
Oyo State

**9.** Country of Birth
Nigeria

**10.** U.S. Social Security Number (Required)
▶ 3 1 4 2 9 8 5 6 7

Citizenship or Residency

**11.a.** ☐ I am a U.S. citizen,

**11.b.** ☐ I am a U.S. national.

**11.c.** ☒ I am a lawful permanent resident.

**12.** Sponsor's A-Number (if any)
▶ A- N / A

**13.** Sponsor's USCIS Online Account Number (if any)
▶ N / A

Military Service (To be completed by petitioner sponsors only.)

**14.** I am currently on **active duty** in the U.S. Armed Forces or U.S. Coast Guard.    ☐ Yes ☐ No

<table>
<tr><td>For USCIS Use Only</td><td></td></tr>
</table>

## Part 5. Sponsor's Household Size

**NOTE:  Do not count any member of your household more than once.**

**Persons you are sponsoring in this affidavit:**

1. Provide the number you entered in **Part 3., Item Number 29.**  `1`

**Persons NOT sponsored in this affidavit:**

2. Yourself.  `1`

3. If you are currently married, enter "1" for your spouse.  `0`

4. If you have dependent children, enter the number here.  `2`

5. If you have any other dependents. enter the number here.  `0`

6. If you have sponsored any other persons on Form I-864 or Form I-864EZ who are now lawful permanent residents, enter the number here.  `0`

7. **OPTIONAL:**  If you have siblings, parents, or adult children with the same principal residence who are combining their income with yours by submitting Form I-864A, enter the number here.  `0`

8. Add together **Part 5., Item Numbers 1. - 7.** and enter the number here.

   **Household Size:** `4`

## Part 6.  Sponsor's Employment and Income

**I am currently:**

1. [X] Employed as a/an

   `Operations Manager`

2. Name of Employer 1

   `SD&C INC.`

3. Name of Employer 2 (if applicable)

   `N/A`

4. [ ] Self-Employed as a/an (Occupation)

   `N/A`

5. [ ] Retired Since (mm/dd/yyyy)

   `N/A`

6. [ ] Unemployed Since (mm/dd/yyyy)

   `N/A`

7. My current individual annual income is:

   $ `66,560.00`

**Income you are using from any other person who was counted in your household size,** including, in certain conditions, the intending immigrant. (See Form I-864 Instructions.)  Please indicate name, relationship, and income.

**Person 1**

8. Name

   `N/A`

9. Relationship

   `N/A`

10. **Current Income**  $ `N/A`

**Person 2**

11. Name

    `N/A`

12. Relationship

    `N/A`

13. **Current Income**  $ `N/A`

**Person 3**

14. Name

    `N/A`

15. Relationship

    `N/A`

16. **Current Income**  $ `N/A`

**Person 4**

17. Name

    `N/A`

18. Relationship

    `N/A`

19. **Current Income**  $ `N/A`

| For USCIS Use Only | Household Size | Poverty Guideline | Remarks |
|---|---|---|---|
| | ☐ 1  ☐ 2  ☐ 3<br>☐ 4  ☐ 5  ☐ 6<br>☐ 7  ☐ 8  ☐ 9<br>☐ Other_____ | Year: _2 0____<br><br>Poverty Line:<br>$_____ | |

## Part 6. Sponsor's Employment and Income (continued)

**20.** **My Current Annual Household Income** (Total all lines from **Part 6.,Item Numbers 7., 10., 13., 16.,** and 19.; the total will be compared to Federal Poverty Guidelines on Form I-864P.)

$ 66,560.00

**21.** ☐ The people listed in **Item Numbers 8., 11., 14.,** and **17.** have completed Form I-864A.  I am filing along with this affidavit all necessary Form I-864As completed by these people.

**22.** ☐ One or more of the people listed in **Item Numbers 8., 11.,** 14., and 17. do not need to complete Form I-864A because he or she is the intending immigrant and has no accompanying dependents.

Name

N/A

### Federal Income Tax Return Information

**23.a.** Have you filed a Federal income tax return for each of the three most recent tax years?   ☒ Yes   ☐ No

**NOTE:** You **MUST** attach a photocopy or transcript of your Federal income tax return for only the most recent tax year.

**23.b.** ☐ (Optional) I have attached photocopies or transcripts of my Federal income tax returns for my second and third most recent tax years.

My total income (adjusted gross income on Internal Revenue Service (IRS) Form 1040EZ) as reported on my Federal income tax returns for the most recent three years was:

| | Tax Year | Total Income |
|---|---|---|
| **24.a.** Most Recent | 2019 | $ 55,493.00 |
| **24.b.** 2nd Most Recent | 2018 | $ 57,600.00 |
| **24.c.** 3rd Most Recent | 2017 | $ 57,600.00 |

**25.** ☐ I was not required to file a Federal income tax return as my income was below the IRS required level and I have attached evidence to support this.

## Part 7.  Use of Assets to Supplement Income (Optional)

If your income, or the total income for you and your household, from **Part 6., Item Number 20.** or **24.a. - 24.c.**, exceeds the Federal Poverty Guidelines for your household size, **YOU ARE NOT REQUIRED** to complete this **Part 7.**  Skip to **Part 8.**

**Your Assets (Optional)**

**1.** Enter the balance of all savings and checking accounts.

$ N/A

**2.** Enter the net cash value of real-estate holdings.  (Net value means current assessed value minus mortgage debt.)

$ N/A

**3.** Enter the net cash value of all stocks, bonds, certificates of deposit, and any other assets not already included in **Item Number 1.** or **Item Number 2.**

$ N/A

**4.** Add together **Item Numbers 1. - 3.** and enter the number here.   **TOTAL:** $ N/A

**Assets from Form I-864A, Part 4., Item Number 3.d., for:**

**5.a.** Name of Relative

N/A

**5.b.** Your household member's assets from Form I-864A (optional).

$ N/A

**Assets of the principal sponsored immigrant** (optional).

The principal sponsored  immigrant is the person listed in **Part 2., Item Numbers 1.a. - 1.c.**  Only include the assets if the principal immigrant is being sponsored by this affidavit of support.

**6.** Enter the balance of the principal immigrant's savings and checking accounts.

$ N/A

**7.** Enter the net cash value of all the principal immigrant's real estate holdings.  (Net value means investment value minus mortgage debt.)

$ N/A

**8.** Enter the current cash value of the principal immigrant's stocks, bonds, certificates of deposit, and other assets not included in **Item Number 6.** or **Item Number 7.**

$ N/A

| For USCIS Use Only | Household Size | Poverty Guideline | Sponsor's Household Income *(Page5, Line10)* | Remarks |
|---|---|---|---|---|
| | ☐ 1  ☐ 2  ☐ 3<br>☐ 4  ☐ 5  ☐ 6<br>☐ 7  ☐ 8  ☐ 9<br>☐ Other_____ | Year: _2 0_<br><br>Poverty Line:<br>$ _____ | $ _____<br><br>*The total value of all assets, line 10, must equal 5 times (3 times for spouses and children of USC's, or 1 time for orphans to be formally adopted in the U.S.) the difference between the poverty guidelines and the sponsor's household income, line 10.* | |

## Part 7. Use of Assets to Supplement Income (Optional) (continued)

9.  Add together **Item Numbers 6. - 8.** and enter the number here.    $ N/A

**Total Value of Assets**

10.  Add together **Item Numbers 4., 5.b.,** and **9.** and enter the number here.

       **TOTAL:**   $ N/A

## Part 8. Sponsor's Contract, Statement, Contact Information, Declaration, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-864 Instructions before completing this part.

### Sponsor's Contract

Please note that, by signing this Form I-864, you agree to assume certain specific obligations under the Immigration and Nationality Act (INA) and other Federal laws. The following paragraphs describe those obligations. Please read the following information carefully before you sign Form I-864. If you do not understand the obligations, you may wish to consult an attorney or accredited representative.

### What is the Legal Effect of My Signing Form I-864?

If you sign Form I-864 on behalf of any person (called the intending immigrant) who is applying for an immigrant visa or for adjustment of status to a lawful permanent resident, and that intending immigrant submits Form I-864 to the U.S. Government with his or her application for an immigrant visa or adjustment of status, under INA section 213A, these actions create a contract between you and the U.S. Government. The intending immigrant becoming a lawful permanent resident is the consideration for the contract.

Under this contract, you agree that, in deciding whether the intending immigrant can establish that he or she is not inadmissible to the United States as a person likely to become a public charge, the U.S. Government can consider your income and assets as available for the support of the intending immigrant.

### What If I Choose Not to Sign Form I-864?

The U.S. Government cannot make you sign Form I-864 if you do not want to do so. But if you do not sign Form I-864, the intending immigrant may not become a lawful permanent resident in the United States.

### What Does Signing Form I-864 Require Me To Do?

If an intending immigrant becomes a lawful permanent resident in the United States based on a Form I-864 that you have signed, then, until your obligations under Form I-864 terminate, you must:

  **A.** Provide the intending immigrant any support necessary to maintain him or her at an income that is at least 125 percent of the Federal Poverty Guidelines for his or her household size (100 percent if you are the petitioning sponsor and are on active duty in the U.S. Armed Forces or U.S. Coast Guard, and the person is your husband, wife, or unmarried child under 21 years of age); and

  **B.** Notify U.S. Citizenship and Immigration Services (USCIS) of any change in your address, within 30 days of the change, by filing Form I-865.

### What Other Consequences Are There?

If an intending immigrant becomes a lawful permanent resident in the United States based on a Form I-864 that you have signed, then, until your obligations under Form I-864 terminate, the U.S. Government may consider (deem) your income and assets as available to that person, in determining whether he or she is eligible for certain Federal means-tested public benefits and also for state or local means-tested public benefits, if the state or local government's rules provide for consideration (deeming) of your income and assets as available to the person.

This provision does **not** apply to public benefits specified in section 403(c) of the Welfare Reform Act such as emergency Medicaid, short-term, non-cash emergency relief, services provided under the National School Lunch and Child Nutrition Acts; immunizations and testing and treatment for communicable diseases; and means-tested programs under the Elementary and Secondary Education Act.

### What If I Do Not Fulfill My Obligations?

If you do not provide sufficient support to the person who becomes a lawful permanent resident based on a Form I-864 that you signed, that person may sue you for this support.

## Part 8. Sponsor's Contract, Statement, Contact Information, Declaration, Certification, and Signature (continued)

If a Federal, state, local, or private agency provided any covered means-tested public benefit to the person who becomes a lawful permanent resident based on a Form I-864 that you signed, the agency may ask you to reimburse them for the amount of the benefits they provided. If you do not make the reimbursement, the agency may sue you for the amount that the agency believes you owe.

If you are sued, and the court enters a judgment against you, the person or agency that sued you may use any legally permitted procedures for enforcing or collecting the judgment. You may also be required to pay the costs of collection, including attorney fees.

If you do not file a properly completed Form I-865 within 30 days of any change of address, USCIS may impose a civil fine for your failing to do so.

**When Will These Obligations End?**

Your obligations under a Form I-864 that you signed will end if the person who becomes a lawful permanent resident based on that affidavit:

A. Becomes a U.S. citizen;

B. Has worked, or can receive credit for, 40 quarters of coverage under the Social Security Act;

C. No longer has lawful permanent resident status and has departed the United States;

D. Is subject to removal, but applies for and obtains, in removal proceedings, a new grant of adjustment of status, based on a new affidavit of support, if one is required; or

E. Dies.

**NOTE:** Divorce **does not** terminate your obligations under Form I-864.

Your obligations under a Form I-864 that you signed also end if you die. Therefore, if you die, your estate is not required to take responsibility for the person's support after your death. However, your estate may owe any support that you accumulated before you died.

### Sponsor's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

1.a. [X] I can read and understand English, and I have read and understand every question and instruction on this affidavit, and my answer to every question.

1.b. [ ] The interpreter named in **Part 9.** read to me every question and instruction on this affidavit and my answer to every question in

N/A

,

a language in which I am fluent, and I understood everything.

2. [X] At my request, the preparer named in **Part 10.,**

Natalie Griggs, Esq

,

prepared this affidavit for me based only upon information I provided or authorized

### Sponsor's Contact Information

3. Sponsor's Daytime Telephone Number

404-437-1421

4. Sponsor's Mobile Telephone Number (if any)

N/A

5. Sponsor's Email Address (if any)

bambobby@gmail.com

### Sponsor's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS or the U.S. Department of State (DOS) may require that I submit original documents to USCIS or DOS at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS or DOS may need to determine my eligibility for the benefit that I seek.

I furthermore authorize release of information contained in this affidavit, in supporting documents, and in my USCIS or DOS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I certify, under penalty of perjury, that all of the information in my affidavit and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my affidavit and that all of this information is complete, true, and correct.

A. I know the contents of this affidavit of support that I signed;

B. I have read and I understand each of the obligations described in **Part 8.**, and I agree, freely and without any mental reservation or purpose of evasion, to accept each of those obligations in order to make it possible for the immigrants indicated in **Part 3.** to become lawful permanent residents of the United States;

C. I agree to submit to the personal jurisdiction of any Federal or state court that has subject matter jurisdiction of a lawsuit against me to enforce my obligations under this Form I-864;

### Part 8. Sponsor's Contract, Statement, Contact Information, Declaration, Certification, and Signature (continued)

**D.** Each of the Federal income tax returns submitted in support of this affidavit are true copies, or are unaltered tax transcripts, of the tax returns I filed with the IRS;

**E.** I understand that, if I am related to the sponsored immigrant by marriage, the termination of the marriage (by divorce, dissolution, annulment, or other legal process) will not relieve me of my obligations under this Form I-864; and

**F.** I authorize the Social Security Administration to release information about me in its records to USCIS and DOS.

### Sponsor's Signature

**6.a.** Sponsor's Signature

**6.b.** Date of Signature (mm/dd/yyyy) [10|09|2020]

**NOTE TO ALL SPONSORS:** If you do not completely fill out this affidavit or fail to submit required documents listed in the Instructions, USCIS or DOS may deny your affidavit.

### Part 9. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

**1.a.** Interpreter's Family Name (Last Name)
N/A

**1.b.** Interpreter's Given Name (First Name)
N/A

**2.** Interpreter's Business or Organization Name (if any)
N/A

### Interpreter's Mailing Address

**3.a.** Street Number and Name    N/A

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.   N/A

**3.c.** City or Town    N/A

**3.d.** State  N/A   **3.e.** ZIP Code  N/A

**3.f.** Province    N/A

**3.g.** Postal Code    N/A

**3.h.** Country
N/A

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number
N/A

**5.** Interpreter's Mobile Telephone Number (if any)
N/A

**6.** Interpreter's Email Address (if any)
N/A

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and  N/A

which is the same language specified in Part 8., Item Number 1.b.; and I have read to this sponsor in the identified language every question and instruction on this affidavit and his or her answer to every question. The sponsor informed me that he or she understands every instruction, question, and answer on the affidavit, including the Sponsor's Declaration and Certification, and has verified the accuracy of every answer.

### Interpreter's Signature

**7.a.** Interpreter's Signature
N/A

**7.b.** Date of Signature (mm/dd/yyyy)    N/A

## Part 10. Contact Information, Declaration, and Signature of the Person Preparing this Affidavit, if Other Than the Sponsor

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name)

Griggs., Esq.

**1.b.** Preparer's Given Name (First Name)

Natalie

**2.** Preparer's Business or Organization Name (if any)

The Fogle Law Firm, LLC Atlanta

### Preparer's Mailing Address

**3.a.** Street Number and Name

55 Ivan Allen Jr. Blvd.

**3.b.** ☐ Apt. ☒ Ste. ☐ Flr. 830

**3.c.** City or Town   Atlanta

**3.d.** State GA   **3.e.** ZIP Code 30308

**3.f.** Province   N/A

**3.g.** Postal Code   N/A

**3.h.** Country

United States

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number

(404) 522-1852

**5.** Preparer's Mobile Telephone Number (if any)

N/A

**6.** Preparer's Email Address (if any)

natalie@foglelaw.com

### Preparer's Statement

**7.a.** ☐ I am not an attorney or accredited representative but have prepared this affidavit on behalf of the sponsor and with the sponsor's consent.

**7.b.** ☒ I am an attorney or accredited representative and my representation of the sponsor in this case
☐ extends ☒ does not extend beyond the preparation of this affidavit.

**NOTE:** If you are an attorney or accredited representative, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, or G-28I, Notice of Entry of Appearance as Attorney In Matters Outside the Geographical Confines of the United States, with this affidavit.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this affidavit at the request of the sponsor. The sponsor then reviewed this completed affidavit and informed me that he or she understands all of the information contained in, and submitted with, his or her affidavit, including the **Sponsor's Declaration and Certification,** and that all of this information is complete, true, and correct. I completed this affidavit based only on information that the sponsor provided to me or authorized me to obtain or use.

### Preparer's Signature

**8.a.** Preparer's Signature

*Natalie L. Griggs*

**8.b.** Date of Signature (mm/dd/yyyy)   12/11/2020

## Part 11.  Additional Information

If you need extra space to provide any additional information within this affidavit, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this affidavit or attach a separate sheet of paper.  Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name (Last Name)  Bamidele

**1.b.** Given Name (First Name)  Adebola

**1.c.** Middle Name  F.

**2.** A-Number (if any)

▶ A-  | N | / | A | | | | |

**3.a.** Page Number  N/A

**3.b.** Part Number  N/A

**3.c.** Item Number  N/A

**3.d.** N/A

**4.a.** Page Number  N/A

**4.b.** Part Number  N/A

**4.c.** Item Number  N/A

**4.d.** N/A

**5.a.** Page Number  N/A

**5.b.** Part Number  N/A

**5.c.** Item Number  N/A

**5.d.** N/A

**6.a.** Page Number  N/A

**6.b.** Part Number  N/A

**6.c.** Item Number  N/A

**6.d.** N/A

**7.a.** Page Number  N/A

**7.b.** Part Number  N/A

**7.c.** Item Number  N/A

**7.d.** N/A

SD&C INC

Check No. 000001917085
Pay Date 07-03-2020

INVO PEO INC VII
800 Oak Ridge Turnpike Ste. A900
Oak Ridge TN 37830

**Pay** Non-negotiable                                    $0.00

To The
Order
Of

ADEBOLA BAMIDELE
440 OVERLOOK TURN
CONYERS, GA 30012

*** *Non-Negotiable* ***

---

ADEBOLA BAMIDELE                                SD&C INC - SD AND C (003307)

| | | | | |
|---|---|---|---|---|
| SSN# | Period Start Date | 06-14-2020 | Check Date | 07-03-2020 Federal Filing Status M/4 |
| EMP# E35309 | Period End Date | 06-27-2020 | Check Number | 000001917085 State Filing Status H/1/3 |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 06-27-2020 | REGULAR PAY | 32.0000 | 80.00 | 2560.00 |
| - | HOLIDAY | - | - | - |
| - | SICK | - | - | - |
| - | VACATION | - | - | - |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| 401K | 102.40 | 1433.60 |
| STD | 42.96 | 601.44 |
| HOSPITAL 125 | 12.48 | 174.72 |
| ACCIDENT | 10.68 | 149.52 |
| AFLAC VISION | 8.72 | 122.08 |
| FEDERAL TAX | 142.87 | 2000.18 |
| MEDICARE | 36.82 | 515.38 |
| SOC SECURITY | 157.41 | 2203.68 |
| GA INCOME TAX | 95.01 | 1330.14 |

TOTAL                80.00    2,560.00

### Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 33536.00 |
| HOLIDAY | 768.00 |
| SICK | 1280.00 |
| VACATION | 256.00 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $1,950.65 |
| TOTAL NET PAY | $1,950.65 |
| TOTAL NET PAY YTD | $27,309.26 |

TOTAL              $35,840.00

TOTAL                609.35    8,530.74

### Paid Time Off

| Description | Balance |
|---|---|

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 27423 | CHECKING | 1,950.65 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| INVO GROUP LIFE | 3.76 | 52.64 |

TOTAL DEPOSITED        $1,950.65   TOTAL              3.76      52.64

Voucher #: 006253 Sort Order: 9

SD&C INC

Check No. 000001935009
Pay Date 07-17-2020

INVO PEO INC VII
800 Oak Ridge Turnpike Ste. A900
Oak Ridge TN 37830

**Pay**   Non-negotiable                                                    $0.00

To The
Order
Of

ADEBOLA BAMIDELE
440 OVERLOOK TURN
CONYERS, GA 30012

*** *Non-Negotiable* ***

---

ADEBOLA BAMIDELE                                     SD&C INC - SD AND C (003307)

| | | |
|---|---|---|
| SSN# | Period Start Date 06-28-2020 | Check Date         07-17-2020 Federal Filing Status M/4 |
| EMP# E35309 | Period End Date 07-11-2020 | Check Number   000001935009 State Filing Status   H/1/3 |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 07-11-2020 | REGULAR PAY | 32.7500 | 32.00 | 1048.00 |
| 07-11-2020 | HOLIDAY | 32.7500 | 8.00 | 262.00 |
| 07-11-2020 | VACATION | 32.7500 | 40.00 | 1310.00 |
| - | SICK | - | - | - |

TOTAL                                            80.00      2,620.00

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| 401K | 104.80 | 1538.40 |
| STD | 42.96 | 644.40 |
| HOSPITAL 125 | 12.48 | 187.20 |
| ACCIDENT | 10.68 | 160.20 |
| AFLAC VISION | 8.72 | 130.80 |
| FEDERAL TAX | 149.78 | 2149.96 |
| MEDICARE | 37.68 | 553.06 |
| SOC SECURITY | 161.12 | 2364.80 |
| GA INCOME TAX | 98.32 | 1428.46 |

### Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 34584.00 |
| HOLIDAY | 1030.00 |
| SICK | 1280.00 |
| VACATION | 1566.00 |

TOTAL                    $38,460.00

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $1,993.46 |
| TOTAL NET PAY | $1,993.46 |
| TOTAL NET PAY YTD | $29,302.72 |

TOTAL                                626.54      9,157.28

### Paid Time Off

| Description | Balance |
|---|---|

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 27423 | CHECKING | 1,993.46 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| INVO GROUP LIFE | 3.76 | 56.40 |

TOTAL DEPOSITED          $1,993.46   TOTAL         3.76      56.40

Voucher #: 006315 Sort Order: 9

SD&C INC

INVO PEO INC VII
800 Oak Ridge Turnpike Ste. A900
Oak Ridge TN 37830

Check No. 000001952332
Pay Date 07-31-2020

**Pay**   Non-negotiable

$0.00

**To The Order Of**

ADEBOLA BAMIDELE
440 OVERLOOK TURN
CONYERS, GA 30012

*** *Non-Negotiable* ***

---

ADEBOLA BAMIDELE

SD&C INC - SD AND C (003307)

| | | | |
|---|---|---|---|
| SSN# | Period Start Date 07-12-2020 | Check Date | 07-31-2020 Federal Filing Status M/4 |
| EMP# E35309 | Period End Date 07-25-2020 | Check Number | 000001952332 State Filing Status H/1/3 |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 07-25-2020 | REGULAR PAY | 32.7500 | 80.00 | 2620.00 |
| - | HOLIDAY | - | - | - |
| - | SICK | - | - | - |
| - | VACATION | - | - | - |

TOTAL   80.00   2,620.00

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| 401K | 104.80 | 1643.20 |
| STD | 42.96 | 687.36 |
| HOSPITAL 125 | 12.48 | 199.68 |
| ACCIDENT | 10.68 | 170.88 |
| AFLAC VISION | 8.72 | 139.52 |
| FEDERAL TAX | 149.78 | 2299.74 |
| MEDICARE | 37.68 | 590.74 |
| SOC SECURITY | 161.13 | 2525.93 |
| GA INCOME TAX | 98.32 | 1526.78 |

### Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 37204.00 |
| HOLIDAY | 1030.00 |
| SICK | 1280.00 |
| VACATION | 1566.00 |
| TOTAL | $41,080.00 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $1,993.45 |
| TOTAL NET PAY | $1,993.45 |
| TOTAL NET PAY YTD | $31,296.17 |

TOTAL   626.55   9,783.83

### Paid Time Off

| Description | Balance |
|---|---|

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 27423 | CHECKING | 1,993.45 |

TOTAL DEPOSITED   $1,993.45

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| INVO GROUP LIFE | 3.76 | 60.16 |
| TOTAL | 3.76 | 60.16 |

Voucher #: 006346 Sort Order: 9

SD&C INC

Check No. 000001970930
Pay Date 08-14-2020

INVO PEO INC VII
800 Oak Ridge Turnpike Ste. A900
Oak Ridge TN 37830

**Pay**   Non-negotiable

$0.00

To The
Order
Of

ADEBOLA BAMIDELE
440 OVERLOOK TURN
CONYERS, GA 30012

*** *Non-Negotiable* ***

ADEBOLA BAMIDELE

SD&C INC - SD AND C (003307)

| SSN# | | Period Start Date | 07-26-2020 | Check Date | 08-14-2020 | Federal Filing Status | M/4 |
|------|--|-------------------|------------|------------|------------|----------------------|-----|
| EMP# | E35309 | Period End Date | 08-08-2020 | Check Number | 000001970930 | State Filing Status | H/1/3 |

| Earnings - Current | | | | | Deductions / Taxes | | |
|--------------------|--|--|--|--|--------------------|--|--|

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount | Description | Amount | YTD |
|------|-----------------|----------|-----------|------------|-------------|--------|-----|
| 08-08-2020 | REGULAR PAY | 32.7500 | 80.00 | 2620.00 | 401K | 104.80 | 1748.00 |
| - | HOLIDAY | - | - | - | STD | 42.96 | 730.32 |
| - | SICK | - | - | - | HOSPITAL 125 | 12.48 | 212.16 |
| - | VACATION | - | - | - | ACCIDENT | 10.68 | 181.56 |
| | | | | | AFLAC VISION | 8.72 | 148.24 |
| | | | | | FEDERAL TAX | 149.78 | 2449.52 |
| | | | | | MEDICARE | 37.68 | 628.42 |
| | | | | | SOC SECURITY | 161.13 | 2687.06 |
| | | | | | GA INCOME TAX | 98.32 | 1625.10 |

TOTAL                   80.00      2,620.00

| Earnings - Year To Date | | Net Pay Distribution | |
|-------------------------|--|----------------------|--|

| Description | YTD | Type | Amount |
|-------------|-----|------|--------|
| REGULAR PAY | 39824.00 | CHECK | $0.00 |
| HOLIDAY | 1030.00 | | |
| SICK | 1280.00 | DIRECT DEPOSIT | $1,993.45 |
| VACATION | 1566.00 | | |
| | | TOTAL NET PAY | $1,993.45 |
| | | TOTAL NET PAY YTD | $33,289.62 |
| TOTAL | $43,700.00 | | |

| TOTAL | | 626.55 | 10,410.38 |

| Paid Time Off | | Direct Deposit Detail | | | Employer Contributions | | |
|---------------|--|-----------------------|--|--|------------------------|--|--|

| Description | Balance | Account | Type | Amount | Description | Amount | YTD |
|-------------|---------|---------|------|--------|-------------|--------|-----|
| | | 27423 | CHECKING | 1,993.45 | INVO GROUP LIFE | 3.76 | 63.92 |

| | | TOTAL DEPOSITED | | $1,993.45 | TOTAL | 3.76 | 63.92 |

SD&C INC

INVO PEO INC VII
800 Oak Ridge Turnpike Ste. A900
Oak Ridge TN 37830

Check No. 000001989381
Pay Date 08-28-2020

**Pay**   Non-negotiable

$0.00

**To The**
**Order**
**Of**

ADEBOLA BAMIDELE
440 OVERLOOK TURN
CONYERS, GA 30012

*** *Non-Negotiable* ***

---

ADEBOLA BAMIDELE

SD&C INC - SD AND C (003307)

| | | | | |
|---|---|---|---|---|
| **SSN#** | | **Period Start Date** 08-09-2020 | **Check Date** | 08-28-2020 **Federal Filing Status** M/4 |
| **EMP#** E35309 | | **Period End Date** 08-22-2020 | **Check Number** | 000001989381 **State Filing Status** H/1/3 |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 08-22-2020 | REGULAR PAY | 32.7500 | 80.00 | 2620.00 |
| - | HOLIDAY | - | - | - |
| - | SICK | - | - | - |
| - | VACATION | - | - | - |
| | TOTAL | | 80.00 | 2,620.00 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| 401K | 104.80 | 1852.80 |
| STD | 42.96 | 773.28 |
| HOSPITAL 125 | 12.48 | 224.64 |
| ACCIDENT | 10.68 | 192.24 |
| AFLAC VISION | 8.72 | 156.96 |
| FEDERAL TAX | 149.78 | 2599.30 |
| MEDICARE | 37.69 | 666.11 |
| SOC SECURITY | 161.12 | 2848.18 |
| GA INCOME TAX | 98.32 | 1723.42 |

### Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 42444.00 |
| HOLIDAY | 1030.00 |
| SICK | 1280.00 |
| VACATION | 1566.00 |
| TOTAL | $46,320.00 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $1,993.45 |
| TOTAL NET PAY | $1,993.45 |
| TOTAL NET PAY YTD | $35,283.07 |
| TOTAL | 626.55   11,036.93 |

### Paid Time Off

| Description | Balance |
|---|---|

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 27423 | CHECKING | 1,993.45 |
| TOTAL DEPOSITED | | $1,993.45 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| INVO GROUP LIFE | 3.76 | 67.68 |
| TOTAL | 3.76 | 67.68 |

Voucher #: 006437 Sort Order: 8

SD&C INC

Check No. 000002007446
Pay Date 09-11-2020

INVO PEO INC VII
800 Oak Ridge Turnpike Ste. A900
Oak Ridge TN 37830

Pay   Non-negotiable                                                        $0.00

To The
Order
Of

ADEBOLA BAMIDELE
440 OVERLOOK TURN
CONYERS, GA 30012

*** *Non-Negotiable* ***

ADEBOLA BAMIDELE                                    SD&C INC - SD AND C (003307)

| SSN# | | Period Start Date | 08-23-2020 | Check Date | 09-11-2020 | Federal Filing Status | M/4 |
| EMP# | E35309 | Period End Date | 09-05-2020 | Check Number | 000002007446 | State Filing Status | H/1/3 |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|------|-----------------|----------|-----------|------------|
| 09-05-2020 | REGULAR PAY | 32.7500 | 80.00 | 2620.00 |
| - | HOLIDAY | - | - | - |
| - | SICK | - | - | - |
| - | VACATION | - | - | - |

### Deductions / Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| 401K | 104.80 | 1957.60 |
| STD | 42.96 | 816.24 |
| HOSPITAL 125 | 12.48 | 237.12 |
| ACCIDENT | 10.68 | 202.92 |
| AFLAC VISION | 8.72 | 165.68 |
| FEDERAL TAX | 149.78 | 2749.08 |
| MEDICARE | 37.68 | 703.79 |
| SOC SECURITY | 161.13 | 3009.31 |
| GA INCOME TAX | 98.32 | 1821.74 |

TOTAL                           80.00     2,620.00

### Earnings - Year To Date

| Description | YTD |
|-------------|-----|
| REGULAR PAY | 45064.00 |
| HOLIDAY | 1030.00 |
| SICK | 1280.00 |
| VACATION | 1566.00 |

### Net Pay Distribution

| Type | Amount |
|------|--------|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $1,993.45 |
| TOTAL NET PAY | $1,993.45 |
| TOTAL NET PAY YTD | $37,276.52 |

TOTAL                   $48,940.00                TOTAL       626.55    11,663.48

### Paid Time Off

| Description | Balance |
|-------------|---------|

### Direct Deposit Detail

| Account | Type | Amount |
|---------|------|--------|
| 27423 | CHECKING | 1,993.45 |

### Employer Contributions

| Description | Amount | YTD |
|-------------|--------|-----|
| INVO GROUP LIFE | 3.76 | 71.44 |

TOTAL DEPOSITED        $1,993.45   TOTAL         3.76      71.44

Voucher #: 006467 Sort Order: 8

SD&C INC

INVO PEO INC VII
800 Oak Ridge Turnpike Ste. A900
Oak Ridge TN 37830

Check No. 000002027441
Pay Date 09-25-2020

**Pay**   Non-negotiable

$0.00

**To The
Order
Of**

ADEBOLA BAMIDELE
440 OVERLOOK TURN
CONYERS, GA 30012

*** *Non-Negotiable* ***

---

ADEBOLA BAMIDELE

SD&C INC - SD AND C (003307)

| SSN# | | Period Start Date | 09-06-2020 | Check Date | 09-25-2020 | Federal Filing Status | M/4 |
| EMP# | E35309 | Period End Date | 09-19-2020 | Check Number | 000002027441 | State Filing Status | H/1/3 |

| Earnings - Current | | | | | Deductions / Taxes | | |
|---|---|---|---|---|---|---|---|
| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount | Description | Amount | YTD |
| 09-19-2020 | REGULAR PAY | 32.7500 | 56.00 | 1834.00 | 401K | 104.80 | 2062.40 |
| 09-19-2020 | HOLIDAY | 32.7500 | 8.00 | 262.00 | STD | 42.96 | 859.20 |
| 09-19-2020 | VACATION | 32.7500 | 16.00 | 524.00 | HOSPITAL 125 | 12.48 | 249.60 |
| - | SICK | | - | - | ACCIDENT | 10.68 | 213.60 |
| | | | | | AFLAC VISION | 8.72 | 174.40 |
| | | | | | FEDERAL TAX | 149.78 | 2898.86 |
| | | | | | MEDICARE | 37.68 | 741.47 |
| | | | | | SOC SECURITY | 161.12 | 3170.43 |
| | | | | | GA INCOME TAX | 98.32 | 1920.06 |
| | TOTAL | | 80.00 | 2,620.00 | | | |

| Earnings - Year To Date | | Net Pay Distribution | |
|---|---|---|---|
| Description | YTD | Type | Amount |
| REGULAR PAY | 46898.00 | CHECK | $0.00 |
| HOLIDAY | 1292.00 | | |
| SICK | 1280.00 | DIRECT DEPOSIT | $1,993.46 |
| VACATION | 2090.00 | | |
| | | TOTAL NET PAY | $1,993.46 |
| | | TOTAL NET PAY YTD | $39,269.98 |
| TOTAL | $51,560.00 | TOTAL | 626.54 | 12,290.02 |

| Paid Time Off | | Direct Deposit Detail | | | Employer Contributions | | |
|---|---|---|---|---|---|---|---|
| Description | Balance | Account | Type | Amount | Description | Amount | YTD |
| | | 27423 | CHECKING | 1,993.46 | INVO GROUP LIFE | 3.76 | 75.20 |
| | | TOTAL DEPOSITED | | $1,993.46 | TOTAL | 3.76 | 75.20 |

SD&C INC

INVO PEO INC VII
800 Oak Ridge Turnpike Ste. A900
Oak Ridge TN 37830

Check No. 000002046955
Pay Date 10-09-2020

**Pay**   Non-negotiable

$0.00

**To The
Order
Of**

ADEBOLA BAMIDELE
440 OVERLOOK TURN
CONYERS, GA 30012

*** *Non-Negotiable* ***

---

ADEBOLA BAMIDELE

SD&C INC - SD AND C (003307)

| | | | | |
|---|---|---|---|---|
| SSN# | Period Start Date 09-20-2020 | Check Date | 10-09-2020 | Federal Filing Status M/4 |
| EMP# E35309 | Period End Date 10-03-2020 | Check Number | 000002046955 | State Filing Status H/1/3 |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 10-03-2020 | REGULAR PAY | 32.7500 | 80.00 | 2620.00 |
| - | HOLIDAY | - | - | - |
| - | SICK | - | - | - |
| - | VACATION | - | - | - |

TOTAL  80.00  2,620.00

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| 401K | 104.80 | 2167.20 |
| STD | 42.96 | 902.16 |
| HOSPITAL 125 | 12.48 | 262.08 |
| ACCIDENT | 10.68 | 224.28 |
| AFLAC VISION | 8.72 | 183.12 |
| FEDERAL TAX | 149.78 | 3048.64 |
| MEDICARE | 37.68 | 779.15 |
| SOC SECURITY | 161.13 | 3331.56 |
| GA INCOME TAX | 98.32 | 2018.38 |

### Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 49518.00 |
| HOLIDAY | 1292.00 |
| SICK | 1280.00 |
| VACATION | 2090.00 |
| TOTAL | $54,180.00 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $1,993.45 |
| TOTAL NET PAY | $1,993.45 |
| TOTAL NET PAY YTD | $41,263.43 |

TOTAL  626.55  12,916.57

### Paid Time Off

| Description | Balance |
|---|---|

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 27423 | CHECKING | 1,993.45 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| INVO GROUP LIFE | 3.76 | 78.96 |

TOTAL DEPOSITED  $1,993.45   TOTAL  3.76  78.96

Voucher #: 006557 Sort Order: 8

Form **1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return**  **2019**  OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.

☐ Single ☐ Married filing jointly ☐ Married filing separately (MFS) ☒ Head of household (HOH) ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| ADEBOLA F | BAMIDELE | 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 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions.  Apt. no.
440 OVERLOOK TURN

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
CONYERS, GA 30012

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

If more than four dependents, see instructions and ✓ here ▶ ☐

**Standard Deduction**
Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1955 ☐ Are blind  Spouse: ☐ Was born before January 2, 1955 ☐ Is blind

**Dependents (see instructions):**

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✓ If qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| ABIMIFOLA B BAMIDELE | 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 | SON | ☒ | ☐ |
| KIKIOLA BAMIDELE | 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 | DAUGHTER | ☒ | ☐ |
|  |  |  | ☐ | ☐ |
|  |  |  | ☐ | ☐ |

**Standard Deduction for—**
• Single or Married filing separately, $12,200
• Married filing jointly or Qualifying widow(er), $24,400
• Head of household, $18,350
• If you checked any box under Standard Deduction, see instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | **1** | 61065 |
| 2a | Tax-exempt interest . . . | 2a | b Taxable interest. Attach Sch. B if required | 2b | |
| 3a | Qualified dividends . . . | 3a | b Ordinary dividends. Attach Sch. B if required | 3b | |
| 4a | IRA distributions . . . | 4a | b Taxable amount . . . | 4b | |
| c | Pensions and annuities . . . | 4c | d Taxable amount . . . | 4d | |
| 5a | Social security benefits . . . | 5a | b Taxable amount . . . | 5b | |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | | **6** | -3000 |
| 7a | Other income from Schedule 1, line 9 | | | 7a | |
| b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your total income ▶ | | | **7b** | 58065 |
| 8a | Adjustments to income from Schedule 1, line 22 | | | 8a | 2572 |
| b | Subtract line 8a from line 7b. This is your adjusted gross income ▶ | | | **8b** | 55493 |
| 9 | Standard deduction or itemized deductions (from Schedule A) | 9 | 18350 | | |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | 10 | | | |
| 11a | Add lines 9 and 10 | | | **11a** | 18350 |
| b | Taxable income. Subtract line 11a from line 8b. If zero or less, enter -0- | | | **11b** | 37143 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  Form **1040** (2019)

QNA

BAMIDELE

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

Form 1040 (2019)                                                                                     Page **2**

| | | | | |
|---|---|---|---|---|
| 12a | **Tax** (see inst.) Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 12a | 4178 | |
| b | Add Schedule 2, line 3, and line 12a and enter the total . . . . . . . . ▶ | | 12b | 4178 |
| 13a | Child tax credit or credit for other dependents . . . . . . . . | 13a | 1434 | |
| b | Add Schedule 3, line 7, and line 13a and enter the total . . . . . . . . ▶ | | 13b | 4178 |
| 14 | Subtract line 13b from line 12b. If zero or less, enter -0- . . . . . . . . | | 14 | 0 |
| 15 | Other taxes, including self-employment tax, from Schedule 2, line 10 . . . . | | 15 | 0 |
| 16 | Add lines 14 and 15. This is your **total tax** . . . . . . . . . . . ▶ | | 16 | 0 |
| 17 | Federal income tax withheld from Forms W-2 and 1099 . . . . . | | 17 | 3508 |
| 18 | Other payments and refundable credits: | | | |
| a | Earned income credit (EIC) . . . . . . . . . . | 18a | | |
| b | Additional child tax credit. Attach Schedule 8812 . . . . | 18b | 2566 | |
| c | American opportunity credit from Form 8863, line 8 . . . | 18c | | |
| d | Schedule 3, line 14 . . . . . . . . . . . | 18d | | |
| e | Add lines 18a through 18d. These are your **total other payments and refundable credits** . . . . ▶ | | 18e | 2566 |
| 19 | Add lines 17 and 18e. These are your **total payments** . . . . . . . . ▶ | | 19 | 6074 |

Left margin note:
- If you have a qualifying child, attach Sch. EIC.
- If you have nontaxable combat pay, see instructions.

**Refund**

Direct deposit?
See instructions.

| | | | | |
|---|---|---|---|---|
| 20 | If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you **overpaid** . | 20 | 6074 |
| 21a | Amount of line 20 you want **refunded to you.** If Form 8888 is attached, check here . . . . ▶ ☐ | 21a | 6074 |

▶ b Routing number  2 9 1 4 7 1 0 2 4   ▶ c Type: ☒ Checking  ☐ Savings

▶ d Account number  2 2 0 9 1 0 3 3 1 4 2 9 6 5 6 7 7

| | | | |
|---|---|---|---|
| 22 | Amount of line 20 you want applied to your 2020 estimated tax . . . . ▶ | 22 | |

**Amount You Owe**

| | | | |
|---|---|---|---|
| 23 | **Amount you owe.** Subtract line 19 from line 16. For details on how to pay, see instructions . ▶ | 23 | |
| 24 | Estimated tax penalty (see instructions) . . . . . . . . | 24 | |

**Third Party Designee**

(Other than paid preparer)

Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS? See instructions. ☐ **Yes. Complete below.** ☐ **No**

Designee's name ▶ _____   Phone no. ▶ _____   Personal identification number (PIN) ▶ ☐☐☐☐☐☐

**Sign Here**

Joint return?
See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date  01/20/20 | Your occupation  PROJECT MANAGEMENT | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |

Phone no. (404) 437-1421   Email address  BAMBOBBY@GMAIL.COM

**Paid Preparer Use Only**

| Preparer's name  ALANI I AKINTOYE | Preparer's signature | Date  01/20/20 | PTIN  P00190995 | Check if: ☒ 3rd Party Designee |
|---|---|---|---|---|
| Firm's name ▶ ESKAY CONSULTING GROUP LLC | | Phone no. 770-994-3313 | | ☒ Self-employed |
| Firm's address ▶ 6495 CHURCH ST RIVERDALE GA 30274 | | | Firm's EIN ▶ 58-2621508 | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                     Form **1040** (2019)

QNA

**SCHEDULE 1**
(Form 1040 or 1040-SR)

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

▶ Attach to Form 1040 or 1040-SR.
▶ Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **01**

| Name(s) shown on Form 1040 or 1040-SR | Your social security number |
|---|---|
| ADEBOLA BAMIDELE | 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 |

At any time during 2019, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

## Part I — Additional Income

| | | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . . | 1 | |
| 2a | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . | 2a | |
| b | Date of original divorce or separation agreement (see instructions) ▶ | | |
| 3 | Business income or (loss). Attach Schedule C . . . . . . . . . . . . . . | 3 | |
| 4 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . . . . | 5 | |
| 6 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . | 6 | |
| 7 | Unemployment compensation . . . . . . . . . . . . . . . . . . | 7 | |
| 8 | Other income. List type and amount ▶ | | |
| | | 8 | |
| 9 | Combine lines 1 through 8. Enter here and on Form 1040 or 1040-SR, line 7a . . . . . . . | 9 | |

## Part II — Adjustments to Income

| | | | |
|---|---|---|---|
| 10 | Educator expenses . . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Health savings account deduction. Attach Form 8889 . . . . . . . . . . . | 12 | |
| 13 | Moving expenses for members of the Armed Forces. Attach Form 3903 . . . . . . . | 13 | |
| 14 | Deductible part of self-employment tax. Attach Schedule SE . . . . . . . . . | 14 | |
| 15 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . . . | 15 | |
| 16 | Self-employed health insurance deduction . . . . . . . . . . . . . | 16 | |
| 17 | Penalty on early withdrawal of savings . . . . . . . . . . . . . . | 17 | |
| 18a | Alimony paid . . . . . . . . . . . . . . . . . . . . . | 18a | |
| b | Recipient's SSN . . . . . . . . . . . . . . . ▶ | | |
| c | Date of original divorce or separation agreement (see instructions) ▶ | | |
| 19 | IRA deduction . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20 | Student loan interest deduction . . . . . . . . . . . . . . . . | 20 | |
| 21 | Tuition and fees. Attach Form 8917 . . . . . . . . . . . . . . . | 21 | |
| 22 | Add lines 10 through 21. These are your **adjustments to income.** Enter here and on Form 1040 or 1040-SR, line 8a . . . . . . 501 (c) (18) (D) : 2572 . . . . . . . . . . | 22 | 2572 |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Schedule 1 (Form 1040 or 1040-SR) 2019

QNA

**SCHEDULE 3**
(Form 1040 or 1040-SR)

Department of the Treasury
Internal Revenue Service

# Additional Credits and Payments

▶ Attach to Form 1040 or 1040-SR.
▶ Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2019**
Attachment
Sequence No. **03**

Name(s) shown on Form 1040 or 1040-SR

ADEBOLA BAMIDELE

Your social security number

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

| Part I | Nonrefundable Credits | | |
|---|---|---|---|
| 1 | Foreign tax credit. Attach Form 1116 if required . . . . . . . . . | **1** | |
| 2 | Credit for child and dependent care expenses. Attach Form 2441 . . . . | **2** | 1194 |
| 3 | Education credits from Form 8863, line 19 . . . . . . . . . . | **3** | 1550 |
| 4 | Retirement savings contributions credit. Attach Form 8880 . . . . . | **4** | |
| 5 | Residential energy credits. Attach Form 5695 . . . . . . . . | **5** | |
| 6 | Other credits from Form:  a ☐ 3800    b ☐ 8801    c ☐ | **6** | |
| 7 | Add lines 1 through 6. Enter here and include on Form 1040 or 1040-SR, line 13b . . . . . . . | **7** | 2744 |

| Part II | Other Payments and Refundable Credits | | |
|---|---|---|---|
| 8 | 2019 estimated tax payments and amount applied from 2018 return . . . . . . . | **8** | |
| 9 | Net premium tax credit. Attach Form 8962 . . . . . . . . . | **9** | |
| 10 | Amount paid with request for extension to file (see instructions) . . . . . . | **10** | |
| 11 | Excess social security and tier 1 RRTA tax withheld . . . . . . . . | **11** | |
| 12 | Credit for federal tax on fuels. Attach Form 4136 . . . . . . . . | **12** | |
| 13 | Credits from Form:  a ☐ 2439    b ☒ Reserved    c ☐ 8885    d ☐ | **13** | |
| 14 | Add lines 8 through 13. Enter here and on Form 1040 or 1040-SR, line 18d . . . . . . . . | **14** | |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 3 (Form 1040 or 1040-SR) 2019

QNA

**SCHEDULE D**
(Form 1040 or 1040-SR)

Department of the Treasury
Internal Revenue Service (99)

# Capital Gains and Losses

► Attach to Form 1040, 1040-SR, or 1040-NR.
► Go to *www.irs.gov/ScheduleD* for instructions and the latest information.
► Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **12**

| Name(s) shown on return | Your social security number |
|---|---|
| ADEBOLA BAMIDELE | 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 |

Did you dispose of any investment(s) in a qualified opportunity fund during the tax year?   ☐ Yes   ☐ No
If "Yes," attach Form 8949 and see its instructions for additional requirements for reporting your gain or loss.

**Part I**   Short-Term Capital Gains and Losses—Generally Assets Held One Year or Less (see instructions)

| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | (d)<br>Proceeds<br>(sales price) | (e)<br>Cost<br>(or other basis) | (g)<br>Adjustments<br>to gain or loss from<br>Form(s) 8949, Part I,<br>line 2, column (g) | (h) Gain or (loss)<br>Subtract column (e)<br>from column (d) and<br>combine the result<br>with column (g) |
|---|---|---|---|---|
| **1a** Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b . | | | | |
| **1b** Totals for all transactions reported on Form(s) 8949 with **Box A** checked   .   .   .   .   .   .   . | | | | |
| **2** Totals for all transactions reported on Form(s) 8949 with **Box B** checked   .   .   .   .   .   .   . | | | | |
| **3** Totals for all transactions reported on Form(s) 8949 with **Box C** checked   .   .   .   .   .   .   . | | | | |

| | | |
|---|---|---|
| **4** Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824   .   . | **4** | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1   .   .   .   .   .   .   . | **5** | |
| **6** Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions   .   .   .   .   .   . | **6** | ( ) |
| **7** **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on the back   . | **7** | |

**Part II**   Long-Term Capital Gains and Losses—Generally Assets Held More Than One Year (see instructions)

| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | (d)<br>Proceeds<br>(sales price) | (e)<br>Cost<br>(or other basis) | (g)<br>Adjustments<br>to gain or loss from<br>Form(s) 8949, Part II,<br>line 2, column (g) | (h) Gain or (loss)<br>Subtract column (e)<br>from column (d) and<br>combine the result<br>with column (g) |
|---|---|---|---|---|
| **8a** Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b . | | | | |
| **8b** Totals for all transactions reported on Form(s) 8949 with **Box D** checked   .   .   .   .   .   .   . | | | | |
| **9** Totals for all transactions reported on Form(s) 8949 with **Box E** checked   .   .   .   .   .   .   . | | | | |
| **10** Totals for all transactions reported on Form(s) 8949 with **Box F** checked.   .   .   .   .   .   .   . | | | | |

| | | |
|---|---|---|
| **11** Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824   .   .   .   .   .   .   . | **11** | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | **12** | |
| **13** Capital gain distributions. See the instructions   .   .   .   .   .   .   . | **13** | |
| **14** Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions   .   .   .   .   .   . | **14** | ( 12025) |
| **15** **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Then go to Part III on the back   .   .   .   .   .   .   . | **15** | -12025 |

For Paperwork Reduction Act Notice, see your tax return instructions.   Schedule D (Form 1040 or 1040-SR) 2019

QNA

BAMIDELE                                                                                                 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
Schedule D (Form 1040 or 1040-SR) 2019                                                                    Page **2**

| **Part III** | **Summary** |
| --- | --- |

**16**  Combine lines 7 and 15 and enter the result . . . . . . . . . . . . . . **16**  −12025

- If line 16 is a **gain,** enter the amount from line 16 on Form 1040 or 1040-SR, line 6; or Form 1040-NR, line 14. Then go to line 17 below.
- If line 16 is a **loss,** skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.
- If line 16 is **zero,** skip lines 17 through 21 below and enter -0- on Form 1040 or 1040-SR, line 6; or Form 1040-NR, line 14. Then go to line 22.

**17**  Are lines 15 and 16 **both** gains?
☐ **Yes.** Go to line 18.
☐ **No.** Skip lines 18 through 21, and go to line 22.

**18**  If you are required to complete the **28% Rate Gain Worksheet** (see instructions), enter the amount, if any, from line 7 of that worksheet . . . . . . . . . ▶ **18**

**19**  If you are required to complete the **Unrecaptured Section 1250 Gain Worksheet** (see instructions), enter the amount, if any, from line 18 of that worksheet . . . . . . . . ▶ **19**

**20**  Are lines 18 and 19 **both** zero or blank?
☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Forms 1040 and 1040-SR, line 12a (or in the instructions for Form 1040-NR, line 42). **Don't** complete lines 21 and 22 below.

☐ **No.** Complete the **Schedule D Tax Worksheet** in the instructions. **Don't** complete lines 21 and 22 below.

**21**  If line 16 is a loss, enter here and on Form 1040 or 1040-SR, line 6; or Form 1040-NR, line 14, the **smaller** of:

- The loss on line 16; or
- ($3,000), or if married filing separately, ($1,500)  . . . . . . . . . . . **21** ( 3000)

**Note:** When figuring which amount is smaller, treat both amounts as positive numbers.

**22**  Do you have qualified dividends on Form 1040 or 1040-SR, line 3a; or Form 1040-NR, line 10b?

☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Forms 1040 and 1040-SR, line 12a (or in the instructions for Form 1040-NR, line 42).

☐ **No.** Complete the rest of Form 1040, 1040-SR, or 1040-NR.

QNA                                                                       **Schedule D (Form 1040 or 1040-SR) 2019**

Form **2441**

Department of the Treasury
Internal Revenue Service (99)

## Child and Dependent Care Expenses

▶ Attach to Form 1040, 1040-SR, or 1040-NR.

▶ Go to *www.irs.gov/Form2441* for instructions and the latest information.



OMB No. 1545-0074

**2019**

Attachment
Sequence No. 21

Name(s) shown on return
ADEBOLA BAMIDELE

Your social security number
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

You cannot claim a credit for child and dependent care expenses if your filing status is married filing separately unless you meet the requirements listed in the instructions under "Married Persons Filing Separately." If you meet these requirements, check this box. ☐

### Part I   Persons or Organizations Who Provided the Care—You **must** complete this part.
(If you have more than two care providers, see the instructions.)

| 1 | (a) Care provider's name | (b) Address (number, street, apt. no., city, state, and ZIP code) | (c) Identifying number (SSN or EIN) | (d) Amount paid (see instructions) |
|---|---|---|---|---|
| | ROCKDALE BAPTIST CHURCH OF | 1295 SMYRNA RD SW CONYERS GA 30094 | TAXEXEMPT | 5969 |

| Did you receive dependent care benefits? | No | ▶ | Complete only Part II below. |
|---|---|---|---|
| | Yes | ▶ | Complete Part III on the back next. |

**Caution:** If the care was provided in your home, you may owe employment taxes. For details, see the instructions for Schedule 2 (Form 1040 or 1040-SR), line 7a; or Form 1040-NR, line 59a.

### Part II   Credit for Child and Dependent Care Expenses

2   Information about your **qualifying person(s).** If you have more than two qualifying persons, see the instructions.

| (a) Qualifying person's name | | (b) Qualifying person's social security number | (c) Qualified expenses you incurred and paid in 2019 for the person listed in column (a) |
|---|---|---|---|
| First | Last | | |
| ABIMIFOLA | BAMIDELE | 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 | 2884 |
| KIKIOLA | BAMIDELE | 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 | 3085 |

| | | | |
|---|---|---|---|
| 3 | Add the amounts in column (c) of line 2. **Don't** enter more than $3,000 for one qualifying person or $6,000 for two or more persons. If you completed Part III, enter the amount from line 31 . . | **3** | 5969 |
| 4 | Enter your **earned income.** See instructions | **4** | 61065 |
| 5 | If married filing jointly, enter your spouse's earned income (if you or your spouse was a student or was disabled, see the instructions); **all others,** enter the amount from line 4 . . . . . . | **5** | 61065 |
| 6 | Enter the **smallest** of line 3, 4, or 5 | **6** | 5969 |
| 7 | Enter the amount from Form 1040 or 1040-SR, line 8b; or Form 1040-NR, line 35 . . . . . . . . . . | **7** 55493 | |

8   Enter on line 8 the decimal amount shown below that applies to the amount on line 7

| If line 7 is: | | | If line 7 is: | | | | |
|---|---|---|---|---|---|---|---|
| Over | But not over | Decimal amount is | Over | But not over | Decimal amount is | | |
| $0—15,000 | | .35 | $29,000—31,000 | | .27 | | |
| 15,000—17,000 | | .34 | 31,000—33,000 | | .26 | | |
| 17,000—19,000 | | .33 | 33,000—35,000 | | .25 | | |
| 19,000—21,000 | | .32 | 35,000—37,000 | | .24 | | |
| 21,000—23,000 | | .31 | 37,000—39,000 | | .23 | | |
| 23,000—25,000 | | .30 | 39,000—41,000 | | .22 | **8** | X.20 |
| 25,000—27,000 | | .29 | 41,000—43,000 | | .21 | | |
| 27,000—29,000 | | .28 | 43,000—No limit | | .20 | | |

| | | | |
|---|---|---|---|
| 9 | Multiply line 6 by the decimal amount on line 8. If you paid 2018 expenses in 2019, see the instructions . . . . . . . . . . . . | **9** | 1194 |
| 10 | Tax liability limit. Enter the amount from the Credit Limit Worksheet in the instructions . . . . . . . . . | **10** 4178 | |
| 11 | **Credit for child and dependent care expenses.** Enter the **smaller** of line 9 or line 10 here and on Schedule 3 (Form 1040 or 1040-SR), line 2; or Form 1040-NR, line 47 . . . . . . . | **11** | 1194 |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Form **2441** (2019)

QNA

**SCHEDULE 8812**
(Form 1040 or 1040-SR)

Department of the Treasury
Internal Revenue Service (99)

# Additional Child Tax Credit

▶ Attach to Form 1040, 1040-SR, or 1040-NR.
▶ Go to *www.irs.gov/Schedule8812* for instructions and the latest information.

1040
1040-SR
1040-NR

8812

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **47**

Name(s) shown on return
ADEBOLA BAMIDELE

Your social security number
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

| Part I | All Filers |
|---|---|

**Caution:** If you file Form 2555, **stop here;** you cannot claim the additional child tax credit.

| | | | |
|---|---|---|---|
| 1 | If you are required to use the worksheet in Pub. 972, enter the amount from line 10 of the Child Tax Credit and Credit for Other Dependents Worksheet in the publication. Otherwise: | | |
| | **1040 and 1040-SR filers:** Enter the amount from line 8 of your Child Tax Credit and Credit for Other Dependents Worksheet (see the instructions for Forms 1040 and 1040-SR, line 13a). | **1** | 4000 |
| | **1040-NR filers:** Enter the amount from line 8 of your Child Tax Credit and Credit for Other Dependents Worksheet (see the instructions for Form 1040-NR, line 49). | | |
| 2 | Enter the amount from Form 1040, line 13a; Form 1040-SR, line 13a; or Form 1040-NR, line 49 . . . . . | **2** | 1434 |
| 3 | Subtract line 2 from line 1. If zero, **stop here;** you cannot claim this credit . . . . . . . . . | **3** | 2566 |
| 4 | Number of qualifying children under 17 with the required social security number: _____ 2 x $1,400. Enter the result. If zero, **stop here;** you cannot claim this credit . . . . . . . . . | **4** | 2800 |
| | **TIP:** The number of children you use for this line is the same as the number of children you used for line 1 of the Child Tax Credit and Credit for Other Dependents Worksheet. | | |
| 5 | Enter the **smaller** of line 3 or line 4 . . . . . . . . . . . . . . . . . . . | **5** | 2566 |

| | | | | |
|---|---|---|---|---|
| 6a | Earned income (see instructions) . . . . . . . | **6a** | 61065 | |
| b | Nontaxable combat pay (see instructions) . . . | **6b** | | |
| 7 | Is the amount on line 6a more than $2,500? | | | |
| | ☐ **No.** Leave line 7 blank and enter -0- on line 8. | | | |
| | ☒ **Yes.** Subtract $2,500 from the amount on line 6a. Enter the result | **7** | 58565 | |
| 8 | Multiply the amount on line 7 by 15% (0.15) and enter the result . . . . | **8** | 8785 | |
| | **Next.** On line 4, is the amount $4,200 or more? | | | |
| | ☒ **No.** If line 8 is zero, **stop here;** you cannot claim this credit. Otherwise, skip Part II and enter the **smaller** of line 5 or line 8 on line 15. | | | |
| | ☐ **Yes.** If line 8 is equal to or more than line 5, skip Part II and enter the amount from line 5 on line 15. Otherwise, go to line 9. | | | |

| Part II | Certain Filers Who Have Three or More Qualifying Children |
|---|---|

| | | | |
|---|---|---|---|
| 9 | Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, see instructions | **9** | |
| 10 | **1040 and 1040-SR filers:** Enter the total of the amounts from Schedule 1 (Form 1040 or 1040-SR), line 14, and Schedule 2 (Form 1040 or 1040-SR), line 5, plus any taxes that you identified using code "UT" and entered on Schedule 2 (Form 1040 or 1040-SR), line 8. | **10** | |
| | **1040-NR filers:** Enter the total of the amounts from Form 1040-NR, lines 27 and 56, plus any taxes that you identified using code "UT" and entered on line 60. | | |
| 11 | Add lines 9 and 10 . . . . . . . . . . . . . . . . . . . . . . . | **11** | |
| 12 | **1040 and 1040-SR filers:** Enter the total of the amounts from Form 1040 or 1040-SR, line 18a, and Schedule 3 (Form 1040 or 1040-SR), line 11. | **12** | |
| | **1040-NR filers:** Enter the amount from Form 1040-NR, line 67. | | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- . . . . . . . . | **13** | |
| 14 | Enter the **larger** of line 8 or line 13 . . . . . . . . . . . . . . | **14** | |
| | **Next,** enter the **smaller** of line 5 or line 14 on line 15. | | |

| Part III | Additional Child Tax Credit |
|---|---|

| | | | |
|---|---|---|---|
| 15 | This is your additional child tax credit . . . . . . . . . . . . . . | **15** | 2566 |

*Enter this amount on Form 1040, line 18b; Form 1040-SR, line 18b; or Form 1040-NR, line 64.*

1040
1040-SR
1040-NR

QNA

Form **8863**

Department of the Treasury
Internal Revenue Service (99)

**Education Credits**
**(American Opportunity and Lifetime Learning Credits)**

▶ Attach to Form 1040 or 1040-SR.
▶ Go to *www.irs.gov/Form8863* for instructions and the latest information.

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **50**

Name(s) shown on return
ADEBOLA BAMIDELE

Your social security number
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

 **CAUTION**

*Complete a separate Part III on page 2 for each student for whom you're claiming either credit before you complete Parts I and II.*

| **Part I** | **Refundable American Opportunity Credit** | | |
|---|---|---|---|
| 1 | After completing Part III for each student, enter the total of all amounts from all Parts III, line 30 . . | **1** | |
| 2 | Enter: $180,000 if married filing jointly; $90,000 if single, head of household, or qualifying widow(er) | **2** | |
| 3 | Enter the amount from Form 1040 or 1040-SR, line 8b.  If you're filing Form 2555 or 4563, or you're excluding income from Puerto Rico, see Pub. 970 for the amount to enter | **3** | |
| 4 | Subtract line 3 from line 2. If zero or less, **stop**; you can't take any education credit | **4** | |
| 5 | Enter: $20,000 if married filing jointly; $10,000 if single, head of household,  or qualifying widow(er) | **5** | |
| 6 | If line 4 is:<br>• Equal to or more than line 5, enter 1.000 on line 6 . . . . . . . . .<br>• Less than line 5, divide line 4 by line 5. Enter the result as a decimal (rounded to at least three places) | **6** | |
| 7 | Multiply line 1 by line 6. **Caution:** If you were under age 24 at the end of the year **and** meet the conditions described in the instructions, you **can't** take the refundable American opportunity credit; skip line 8, enter the amount from line 7 on line 9, and check this box . . . . . . . ▶ ☐ | **7** | |
| 8 | **Refundable American opportunity credit.** Multiply line 7 by 40% (0.40). Enter the amount here and on Form 1040 or 1040-SR, line 18c. Then go to line 9 below . . . . . . . . . . | **8** | |
| **Part II** | **Nonrefundable Education Credits** | | |
| 9 | Subtract line 8 from line 7. Enter here and on line 2 of the Credit Limit Worksheet (see instructions)  . | **9** | |
| 10 | After completing Part III for each student, enter the total of all amounts from all Parts III, line 31. If zero, skip lines 11 through 17, enter -0- on line 18, and go to line 19 . . . . . . . . | **10** | 7748 |
| 11 | Enter the smaller of line 10 or $10,000 . . . . . . . . . . . . . . | **11** | 7748 |
| 12 | Multiply line 11 by 20% (0.20) . . . . . . . . . . . . . . . | **12** | 1550 |
| 13 | Enter: $136,000 if married filing jointly; $68,000 if single, head of household, or qualifying widow(er) | **13** | 68000 |
| 14 | Enter the amount from Form 1040 or 1040-SR, line 8b. If you're filing Form 2555 or 4563, or you're excluding income from Puerto Rico, see Pub. 970 for the amount to enter | **14** | 55493 |
| 15 | Subtract line 14 from line 13. If zero or less, skip lines 16 and 17, enter -0- on line 18, and go to line 19 | **15** | 12507 |
| 16 | Enter: $20,000 if married filing jointly; $10,000 if single, head of household,  or qualifying widow(er) | **16** | 10000 |
| 17 | If line 15 is:<br>• Equal to or more than line 16, enter 1.000 on line 17 and go to line 18<br>• Less than line 16, divide line 15 by line 16. Enter the result as a decimal (rounded to at least three places) . . . . . . . . . . . . . . . . . . . . | **17** | 1.000 |
| 18 | Multiply line 12 by line 17. Enter here and on line 1 of the Credit Limit Worksheet (see instructions) ▶ | **18** | 1550 |
| 19 | **Nonrefundable education credits.** Enter the amount from line 7 of the Credit Limit Worksheet (see instructions) here and on Schedule 3 (Form 1040 or 1040-SR), line 3 . . . . . . . . . | **19** | 1550 |

For Paperwork Reduction Act Notice, see your tax return instructions.

QNA

Form **8863** (2019)

Form 8863 (2019)                                                                                                                          Page **2**

| Name(s) shown on return | Your social security number |
|---|---|
| ADEBOLA BAMIDELE | 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 |

⚠️ **CAUTION**  *Complete Part III for each student for whom you're claiming either the American opportunity credit or lifetime learning credit. Use additional copies of page 2 as needed for each student.*

| **Part III** | **Student and Educational Institution Information.** See instructions. |
|---|---|

**20**  Student name (as shown on page 1 of your tax return)

ADEBOLA F BAMIDELE

**21**  Student social security number (as shown on page 1 of your tax return)

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

**22**  Educational institution information (see instructions)

| **a.** Name of first educational institution | **b.** Name of second educational institution (if any) |
|---|---|
| UNIVERSITY OF PHOENIX | |
| **(1)** Address. Number and street (or P.O. box). City, town or post office, state, and ZIP code. If a foreign address, see instructions. <br><br> 4025 SOUTH RIVERPOINT PKWY <br> PHOENIX AZ 85040 | **(1)** Address. Number and street (or P.O. box). City, town or post office, state, and ZIP code. If a foreign address, see instructions. |
| **(2)** Did the student receive Form 1098-T from this institution for 2019?  ☐ Yes  ☒ No | **(2)** Did the student receive Form 1098-T from this institution for 2019?  ☐ Yes  ☐ No |
| **(3)** Did the student receive Form 1098-T from this institution for 2018 with box 2 filled in and box 7 checked?  ☐ Yes  ☒ No | **(3)** Did the student receive Form 1098-T from this institution for 2018 with box 2 filled in and box 7 checked?  ☐ Yes  ☐ No |
| **(4)** Enter the institution's employer identification number (EIN) if you're claiming the American opportunity credit or if you checked "Yes" in **(2)** or **(3)**. You can get the EIN from Form 1098-T or from the institution. <br><br> 9 4 – 2 4 7 3 2 1 0 | **(4)** Enter the institution's employer identification number (EIN) if you're claiming the American opportunity credit or if you checked "Yes" in **(2)** or **(3)**. You can get the EIN from Form 1098-T or from the institution. <br><br> ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**23**  Has the Hope Scholarship Credit or American opportunity credit been claimed for this student for any 4 tax years before 2019?  ☐ Yes — **Stop!** Go to line 31 for this student.  ☒ No — Go to line 24.

**24**  Was the student enrolled at least half-time for at least one academic period that began or is treated as having begun in 2019 at an eligible educational institution in a program leading towards a postsecondary degree, certificate, or other recognized postsecondary educational credential? See instructions.  ☒ Yes — Go to line 25.  ☐ No — **Stop!** Go to line 31 for this student.

**25**  Did the student complete the first 4 years of postsecondary education before 2019? See instructions.  ☐ Yes — **Stop!** Go to line 31 for this student.  ☒ No — Go to line 26.

**26**  Was the student convicted, before the end of 2019, of a felony for possession or distribution of a controlled substance?  ☐ Yes — **Stop!** Go to line 31 for this student.  ☒ No — Complete lines 27 through 30 for this student.

⚠️ **CAUTION**  *You can't take the American opportunity credit and the lifetime learning credit for the **same student** in the same year. If you complete lines 27 through 30 for this student, don't complete line 31.*

**American Opportunity Credit**

| | | |
|---|---|---|
| **27** Adjusted qualified education expenses (see instructions). **Don't enter more than $4,000** . . . . . | **27** | |
| **28** Subtract $2,000 from line 27. If zero or less, enter -0-. . . . . . . . . . . . | **28** | |
| **29** Multiply line 28 by 25% (0.25) . . . . . . . . . . . . . . . | **29** | |
| **30** If line 28 is zero, enter the amount from line 27. Otherwise, add $2,000 to the amount on line 29 and enter the result. Skip line 31. Include the total of all amounts from all Parts III, line 30, on Part I, line 1 . | **30** | |

**Lifetime Learning Credit**

| | | |
|---|---|---|
| **31** Adjusted qualified education expenses (see instructions). Include the total of all amounts from all Parts III, line 31, on Part II, line 10 . . . . . . . . . . . . . . | **31** | 7748 |

QNA                                                                                                       Form **8863** (2019)

Form **8867**

Department of the Treasury
Internal Revenue Service

## Paid Preparer's Due Diligence Checklist

Earned Income Credit (EIC), American Opportunity Tax Credit (AOTC), Child Tax Credit (CTC) (including the Additional Child Tax Credit (ACTC) and Credit for Other Dependents (ODC)), and Head of Household (HOH) Filing Status
▶ To be completed by preparer and filed with Form 1040, 1040-SR, 1040-NR, 1040-PR, or 1040-SS.
▶ Go to *www.irs.gov/Form8867* for instructions and the latest information.

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **70**

| Taxpayer name(s) shown on return | Taxpayer Identification number |
|---|---|
| ADEBOLA F BAMIDELE | 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 |

Enter preparer's name and PTIN

ALANI AKINTOYE P00190995

| **Part I** | Due Diligence Requirements |
|---|---|

Please check the appropriate box for the credit(s) and/or HOH filing status claimed on the return and complete the related Parts I–V for the benefit(s) claimed (check all that apply).   ☐ EIC  ☒ CTC/ACTC/ODC  ☐ AOTC  ☒ HOH

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1 | Did you complete the return based on information for tax year 2019 provided by the taxpayer or reasonably obtained by you? | ☒ | ☐ | |
| 2 | If credits are claimed on the return, did you complete the applicable EIC and/or CTC/ACTC/ODC worksheets found in the Form 1040, 1040-SR, 1040-NR, 1040-PR, or 1040-SS instructions, and/or the AOTC worksheet found in the Form 8863 instructions, or your own worksheet(s) that provides the same information, and all related forms and schedules for each credit claimed? | ☒ | ☐ | ☐ |
| 3 | Did you satisfy the knowledge requirement? To meet the knowledge requirement, you must do both of the following.<br>• Interview the taxpayer, ask questions, and contemporaneously document the taxpayer's responses to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status.<br>• Review information to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to compute the amount(s) of any credit(s) | ☒ | ☐ | |
| 4 | Did any information provided by the taxpayer or a third party for use in preparing the return, or information reasonably known to you, appear to be incorrect, incomplete, or inconsistent? (If "Yes," answer questions 4a and 4b. If "No," go to question 5.) | ☐ | ☒ | |
| a | Did you make reasonable inquiries to determine the correct, complete, and consistent information? | ☐ | ☐ | |
| b | Did you contemporaneously document your inquiries? (Documentation should include the questions you asked, whom you asked, when you asked, the information that was provided, and the impact the information had on your preparation of the return.) | ☐ | ☐ | |
| 5 | Did you satisfy the record retention requirement? To meet the record retention requirement, you must keep a copy of your documentation referenced in 4b, a copy of this Form 8867, a copy of any applicable worksheet(s), a record of how, when, and from whom the information used to prepare Form 8867 and any applicable worksheet(s) was obtained, and a copy of any document(s) provided by the taxpayer that you relied on to determine eligibility for the credit(s) and/or HOH filing status or to compute the amount(s) of the credit(s) | ☒ | | |
| | List those documents, if any, that you relied on. | | | |
| 6 | Did you ask the taxpayer whether he/she could provide documentation to substantiate eligibility for the credit(s) and/or HOH filing status and the amount(s) of any credit(s) claimed on the return if his/her return is selected for audit? | ☒ | ☐ | |
| 7 | Did you ask the taxpayer if any of these credits were disallowed or reduced in a previous year? | ☒ | ☐ | ☐ |
| | (If credits were disallowed or reduced, go to question 7a; if not, go to question 8.) | | | |
| a | Did you complete the required recertification Form 8862? | ☐ | ☐ | |
| 8 | If the taxpayer is reporting self-employment income, did you ask questions to prepare a complete and correct Schedule C (Form 1040 or 1040-SR)? | ☐ | ☐ | ☒ |

**For Paperwork Reduction Act Notice, see separate instructions.**   Form **8867** (2019)

QNA

Form 8867 (2019)   BAMIDELE                                              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                    Page **2**

| **Part II** | **Due Diligence Questions for Returns Claiming EIC** (If the return does not claim EIC, go to Part III.) | | | |
|---|---|---|---|---|
| | | **Yes** | **No** | **N/A** |
| **9a** | Have you determined that the taxpayer is, in fact, eligible to claim the EIC for the number of qualifying children claimed, or is eligible to claim the EIC without a qualifying child? (Skip 9b and 9c if the taxpayer is claiming the EIC and does not have a qualifying child.) . . . . . . . . . . . . . | ☐ | ☐ | |
| **b** | Did you ask the taxpayer if the child lived with the taxpayer for over half of the year, even if the taxpayer has supported the child the entire year? . . . . . . . . . . . . . . | ☐ | ☐ | |
| **c** | Did you explain to the taxpayer the rules about claiming the EIC when a child is the qualifying child of more than one person (tiebreaker rules)? . . . . . . . . . . . . . . . | ☐ | ☐ | ☐ |

| **Part III** | **Due Diligence Questions for Returns Claiming CTC/ACTC/ODC** (If the return does not claim CTC, ACTC, or ODC, go to Part IV.) | | | |
|---|---|---|---|---|
| | | **Yes** | **No** | **N/A** |
| **10** | Have you determined that each qualifying person for the CTC/ACTC/ODC is the taxpayer's dependent who is a citizen, national, or resident of the United States? . . . . . . . . . . . . | ☒ | ☐ | ☐ |
| **11** | Did you explain to the taxpayer that he/she may not claim the CTC/ACTC if the taxpayer has not lived with the child for over half of the year, even if the taxpayer has supported the child, unless the child's custodial parent has released a claim to exemption for the child? . . . . . . . . | ☒ | ☐ | ☐ |
| **12** | Did you explain to the taxpayer the rules about claiming the CTC/ACTC/ODC for a child of divorced or separated parents (or parents who live apart), including any requirement to attach a Form 8332 or similar statement to the return? . . . . . . . . . . . . . . . . . | ☒ | ☐ | ☐ |

| **Part IV** | **Due Diligence Questions for Returns Claiming AOTC** (If the return does not claim AOTC, go to Part V.) | | |
|---|---|---|---|
| | | **Yes** | **No** |
| **13** | Did the taxpayer provide substantiation for the credit, such as a Form 1098-T and/or receipts for the qualified tuition and related expenses for the claimed AOTC? . . . . . . . . . . | ☐ | ☐ |

| **Part V** | **Due Diligence Questions for Claiming HOH** (If the return does not claim HOH filing status, go to Part VI.) | | |
|---|---|---|---|
| | | **Yes** | **No** |
| **14** | Have you determined that the taxpayer was unmarried or considered unmarried on the last day of the tax year and provided more than half of the cost of keeping up a home for the year for a qualifying person? . . . . | ☒ | ☐ |

| **Part VI** | **Eligibility Certification** |
|---|---|

▶ **You will have complied with all due diligence requirements for claiming the applicable credit(s) and/or HOH filing status on the return of the taxpayer identified above if you:**

  A. Interview the taxpayer, ask adequate questions, contemporaneously document the taxpayer's responses on the return or in your notes, review adequate information to determine if the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to compute the amount(s) of the credit(s);

  B. Complete this Form 8867 truthfully and accurately and complete the actions described in this checklist for any applicable credit(s) claimed and HOH filing status, if claimed;

  C. Submit Form 8867 in the manner required; **and**

  D. Keep all five of the following records for 3 years from the latest of the dates specified in the Form 8867 instructions under *Document Retention.*

    1. A copy of this Form 8867.
    2. The applicable worksheet(s) or your own worksheet(s) for any credit(s) claimed.
    3. Copies of any documents provided by the taxpayer on which you relied to determine the taxpayer's eligibility for the credit(s) and/or HOH filing status and to compute the amount(s) of the credit(s).
    4. A record of how, when, and from whom the information used to prepare this form and the applicable worksheet(s) was obtained.
    5. A record of any additional information you relied upon, including questions you asked and the taxpayer's responses, to determine the taxpayer's eligibility for the credit(s) and/or HOH filing status and to compute the amount(s) of the credit(s).

▶ **If you have not complied with all due diligence requirements, you may have to pay a $530 penalty for each failure to comply related to a claim of an applicable credit or HOH filing status.**

| | | **Yes** | **No** |
|---|---|---|---|
| **15** | Do you certify that all of the answers on this Form 8867 are, to the best of your knowledge, true, correct, and complete? . . . . . . . . . . . . . . . . . . . . . | ☒ | ☐ |

Form **8867** (2019)

QNA

## Copy B – To Be Filed With Employee's FEDERAL Tax Return.

41-0852411
OMB No. 1545-0008

| a Employee's soc. sec. no. 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 | 1 Wages, tips, other comp. 61065.12 | 2 Federal income tax withheld 3507.82 |
|---|---|---|
| | 3 Social security wages 63637.92 | 4 Social security tax withheld 3945.55 |
| b Employer ID number (EIN) 27-1067748 | 5 Medicare wages and tips 63637.92 | 6 Medicare tax withheld 922.75 |

c Employer's name, address, and ZIP code

INVO PEO INC III
PO BOX 2005
OAK RIDGE, TN 37831

d Control number

e Employee's name, address, and ZIP code                                    Suff.

ADEBOLA BAMIDELE

440 OVERLOOK TURN
CONYERS, GA 30012

| 7 Social security tips 0.00 | 8 Allocated tips 0.00 | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 D 2572.80 |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan X | | 12c Code |
| Third-party sick pay | | 12d Code |

| GA | 3068878-UX | 61065.12 | 2355.85 |
|---|---|---|---|

15 State  Employer's state ID number    16 State wages, tips, etc.    17 State income tax
18 Local wages, tips, etc.    19 Local income tax    20 Locality name

Form W-2 Wage and Tax Statement          2019          Dept. of the Treasury -- IRS
This information is being furnished to the Internal Revenue Service.                www.irs.gov/efile

---

## Copy 2 – To Be Filed With Employee's State, City, or Local Income Tax Return.

41-0852411
OMB No. 1545-0008

| a Employee's soc. sec. no. 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 | 1 Wages, tips, other comp. 61065.12 | 2 Federal income tax withheld 3507.82 |
|---|---|---|
| | 3 Social security wages 63637.92 | 4 Social security tax withheld 3945.55 |
| b Employer ID number (EIN) 27-1067748 | 5 Medicare wages and tips 63637.92 | 6 Medicare tax withheld 922.75 |

c Employer's name, address, and ZIP code

INVO PEO INC III
PO BOX 2005
OAK RIDGE, TN 37831

d Control number

e Employee's name, address, and ZIP code                                    Suff.

ADEBOLA BAMIDELE

440 OVERLOOK TURN
CONYERS, GA 30012

| 7 Social security tips 0.00 | 8 Allocated tips 0.00 | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code D 2572.80 |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan X | | 12c Code |
| Third-party sick pay | | 12d Code |

| GA | 3068878-UX | 61065.12 | 2355.85 |
|---|---|---|---|

15 State  Employer's state I.D. number    16 State wages, tips, etc.    17 State income tax
18 Local wages, tips, etc.    19 Local income tax    20 Locality name

Form W-2 Wage and Tax Statement          2019          Dept. of the Treasury -- IRS

---

## Copy C – For EMPLOYEE'S RECORDS (See Notice to Employee on the back of Copy B.)

41-0852411
OMB No. 1545-0008

| a Employee's soc. sec. no. 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 | 1 Wages, tips, other comp. 61065.12 | 2 Federal income tax withheld 3507.82 |
|---|---|---|
| | 3 Social security wages 63637.92 | 4 Social security tax withheld 3945.55 |
| b Employer ID number (EIN) 27-1067748 | 5 Medicare wages and tips 63637.92 | 6 Medicare tax withheld 922.75 |

c Employer's name, address, and ZIP code

INVO PEO INC III
PO BOX 2005
OAK RIDGE, TN 37831

d Control number

e Employee's name, address, and ZIP code                                    Suff.

ADEBOLA BAMIDELE

440 OVERLOOK TURN
CONYERS, GA 30012

| 7 Social security tips 0.00 | 8 Allocated tips 0.00 | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 D 2572.80 |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan X | | 12c Code |
| Third-party sick pay | | 12d Code |

| GA | 3068878-UX | 61065.12 | 2355.85 |
|---|---|---|---|

15 State  Employer's state I.D. number    16 State wages, tips, etc.    17 State income tax
18 Local wages, tips, etc.    19 Local income tax    20 Locality name

Form W-2 Wage and Tax Statement          2019          Dept. of the Treasury -- IRS
This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Copy 2 – To Be Filed With Employee's State, City, or Local Income Tax Return.

41-0852411
OMB No. 1545-0008

| a Employee's soc. sec. no. 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 | 1 Wages, tips, other comp. 61065.12 | 2 Federal income tax withheld 3507.82 |
|---|---|---|
| | 3 Social security wages 63637.92 | 4 Social security tax withheld 3945.55 |
| b Employer ID number (EIN) 27-1067748 | 5 Medicare wages and tips 63637.92 | 6 Medicare tax withheld 922.75 |

c Employer's name, address, and ZIP code

INVO PEO INC III
PO BOX 2005
OAK RIDGE, TN 37831

d Control number

e Employee's name, address, and ZIP code                                    Suff.

ADEBOLA BAMIDELE

440 OVERLOOK TURN
CONYERS, GA 30012

| 7 Social security tips 0.00 | 8 Allocated tips 0.00 | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code D 2572.80 |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan X | | 12c Code |
| Third-party sick pay | | 12d Code |

| GA | 3068878-UX | 61065.12 | 2355.85 |
|---|---|---|---|

15 State  Employer's state I.D. number    16 State wages, tips, etc.    17 State income tax
18 Local wages, tips, etc.    19 Local income tax    20 Locality name

Form W-2 Wage and Tax Statement          2019          Dept. of the Treasury -- IRS

L4UP                                                                            5205

H. GLENN FOGLE, JR., ESQ. (ADMITTED IN GA)
DAVID LUNEL, ESQ. (ADMITTED IN GA & PARIS)
JULIO ZACONET VALENTIN, ESQ. (ADMITTED IN NC)
AMRO ELSAYED, ESQ. (ADMITTED IN NC & VT)
OF COUNSEL: PRADEEK SUSHEELAN, ESQ. (ADMITTED IN NY)
OF COUNSEL: MARY M. SHIN, ESQ. (ADMITTED IN HI)



ATLANTA OFFICE      404.522.1852
CHARLESTON OFFICE   843.323.4280
CHARLOTTE OFFICE    704.405.9060
LOS ANGELES OFFICE  213.344.3780

*"Effective Immigration Solutions"*

March 16, 2022

U.S. Citizenship and Immigration Services
Montgomery Field Office
3381 Atlanta Highway
Montgomery, AL 36109

| | |
|---|---|
| **RE:** | **Response to Request for Evidence** |
| **Case Type:** | **I-485, Adjustment of Status** |
| **Applicant:** | **Abiola Adefemi Adesida (A#219-087-600)** |
| **Receipt No.:** | **MSC1990390692** |

Dear Staff:

Please be advised that the undersigned firm represents the above listed Applicant in all immigration matters. A Form G-28 pertaining to the firm's representation is attached.

This letter is in response to your Request for Evidence ("RFE"), dated October 20, 2021, in connection with Abiola Adefemi Adesida Application to Register Permanent Residence or Adjust Status.

**As a preliminary matter, this response is timely filed. In response to the Coronavirus (COVID-19) pandemic, USCIS has extended flexibility to applicants and petitioners responding to RFE's if the issuance date listed on the request is between March 1, 2020, and March 26, 2022. As discussed in the flexibility extension notice, USCIS will consider a response to RFE's received within 60 calendar days after the response due date set in the request or notice before taking action. The original response date for this RFE was January 18, 2022. Considering the additional 60 days of flexibility allows for timely response until March 19, 2022.**

The RFE requested applicant to provide the evidence of a shared life together covering the period from June 26, 2018, to the present, and requested Clayton County Court arrest records.

Enclosed please find the following:

1. A copy of the Request for Evidence letter;
2. Original form G-28 pertaining to firm's representation;
3. Affidavit from Applicant explaining the reason why it has been difficult to obtain joint documents – beyond those attached;

4. Affidavit from Applicant's spouse explaining the reason why it has been difficult to obtain joint documents - beyond those attached;

5. Affidavits from Applicant's spouse's 2 sons Amuri & Ahmad, explaining that both Applicant and Applicant's spouse are in a *bonafide* marriage and how they see Applicant as a father;

6. Affidavit from Applicant's spouse mother Jane McDonald explaining that the reason they do not have additional documents because she provided temporary housing and support to Applicant and Applicant's spouse, and further explaining how they are in a loving relationship and have been in one since 2018.

7. Affidavit from Adebola Folajin Bamidele attesting to Applicant and Applicant's spouse's *bonafide* marriage;

8. Affidavit from Applicant's sister Adeola Bakare attesting to Applicant's *bonafide* relationship;

9. Metro CPS website Statement Screenshot showing Applicant and Applicant's spouse joint expenses;

10. Metro by T-Mobile joint statements showing Applicant and Applicant's spouse joint expenses;

11. Joint Georgia power mail having both Applicant and Applicant's spouse name on it;

12. Metro by T-Mobile cell phone bill showing both Applicant & Applicant's spouse's joint expenses;

13. Clayton County Water Authority bill under both Applicant and Applicant's spouse's names;

14. Infinite Energy bill & Past due reminder sent to Applicant's spouse continuing their current address;

15. East Point Application for Residential Utility services showing Applicant's spouse as Applicant's emergency contact;

16. Copy of Clayton County Certified court records of arrest;

17. Family photos showing Applicant and Applicant's spouse with family, special events, trips, and moving sons into college.

18. Screenshots of Videos made by Applicant's children wishing happy birthday to Applicant's spouse;

19. Screenshot of Videos of Applicant and Applicant's spouse.

## STANDARD OF PROOF

*Matter of Chawathe,* 25 I&N Dec. 369 (AAO 2010) states the standard of proof in administrative immigration proceedings is "Preponderance of the evidence" meaning the Petitioner must provide evidence that demonstrates his claim is **"probably true."** USCIS guidance Memos that are part of the record state **"preponderance of the evidence,"** means, **"That the matter asserted is more likely than not to be true.** Filings are

**NOT** required to demonstrate eligibility beyond a reasonable doubt." Per 8 CFR § 103.2(b)(16) a **determination must be made based on only on information the Petitioner is aware of and only after** providing an **opportunity to rebut** the information. **USCIS is required to consider** and give due weight to all facts, evidence, and testimony on record. *See Matter of Treasure Craft of California*, 14 I&N Dec. 190 (Reg. Comm. 1972). "[A]n agency's refusal to consider evidence bearing on the issue before it constitutes arbitrary agency action within the meaning of§ 706." *Butte County v. Hogen*, 613 F.3d 190, 194 (D.C. Cir. 2010). **USCIS cannot** "unilaterally **impos**[ing] novel substantive or **evidentiary requirements beyond those set forth [by law].**" See, Riffin v. Surface Transp. Bd., 592 F.3d 195, 195 (D.C. Cir. 2010) ("APA requires the agency to articulate a satisfactory explanation for its action including a 'rational connection between the facts found and the choice made.... [because agency] "must state its reasons for doing so and conduct an appropriate analysis."

Further, the "[t]ruth is to be determined not by the quantity of evidence alone, but by its quality." Matter of E-M-, 20 I. & N. Dec. 77, 80 (BIA 1989). The Board of Immigration Appeals ("BIA") explained that "**preponderance of the evidence" is the "rock bottom [of] the fact-finding level of civil litigation,**" a lower standard than "clear, convincing, and unequivocal." Matter of E-M-, 20 I&N Dec. at 79, fn.1. Only a very low standard of proof is required to be established. **The Supreme Court has stated that if the Petitioner submits relevant, probative, and credible evidence that shows the claim is "more likely than not," true the Applicant or Petitioner has satisfied the standard of proof.** See *U.S. v. Cardozo- Fonse*ca, 480 U.S. 421 (1987).

## CONCLUSION

We trust the enclosed evidence more than adequately responds to the Service's request and establishes the Applicant is eligible for approval of this petition. We respectfully request the Service to exercise discretion favorably by providing a prompt adjudication of this petition. Thank you in advance for your kind assistance.

Should you need any further information please contact me at (404) 522-1852 or via email at julio@foglelaw.com. Thank you in advance for your prompt attention to this matter.

Very truly yours,
THE FOGLE LAW FIRM, LLC

By: Julio Zaconet Valentin, Esq.

JZV/aj
Enclosures: As Indicated

October 20, 2021

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
3381 Atlanta Highway
Montgomery, AL 36109



**U.S. Citizenship
and Immigration
Services**

ABIOLA ADEFEMI ADESIDA
3460 KINGSBORO RD NE APT 342
ATLANTA, GA 30326
US



MSCI990390692

RE: I-485, Application to Register Permanent
Residence or Adjust Status



A219-087-600

<u>**REQUEST FOR EVIDENCE**</u>

Dear ABIOLA ADESIDA:

<u>**Why We Are Writing You**</u>

On December 20, 2018, you filed Form I-485, Application to Register Permanent Residence or Adjust Status, with U.S. Citizenship and Immigration Services (USCIS). We are writing to inform you that we need more information from you to make a decision on your case. Please read this letter carefully and follow all of the instructions below.

<u>**What You Need to Do**</u>

You must provide the following information in order for us to make a final decision on your case.

You must submit evidence of a shared life together, and it should cover the time period from June 26, 2018 to the present.

Such evidence may include, but is not limited to:

- o documents showing joint ownership of property, such as mortgage agreements or payments, property titles, or property registrations;
- o lease(s) showing the same residence;
- o documents showing shared finances and obligations (such as joint bank account(s), credit card statements, telephone bills, gas bills, electric bills, water bills, other utility bills, joint income taxes, joint insurance policies, insurance policies where one spouse is the dependent of the other, etc.);
- o birth certificate(s) of child(ren) born to the spouses;
- o pictures of wedding and other events; or
- o sworn affidavits from others with personal knowledge of the validity of the marriage. Each affidavit must have the full name, address, and date and place of birth of the person making the statement. It must also include his or her relationship, if any, to one or both spouses. Each affidavit must have complete information and details explaining how the person knows about the marriage. Each person making an affidavit may be

required to testify before an immigration officer about the information in the affidavit. Affidavits should be supported, if possible, by one or more documents listed above as possible evidence.

    ○ IRS tax transcripts covering the years of marriage.

- Submit information on arrests, indictments, and charges as explained below.

Records indicate that you were arrested in Clayton County.

You have not, however, presented sufficient documentary evidence concerning the disposition of the case(s) listed above.

For each arrest, indictment, or charge listed above, please submit original or certified copies of the arrest report, indictment, complaint, or other charging document, any plea agreement, and the court order disposing of the case, including any order withholding or deferring judgment but conditioned on your successful completion of any type of alternative sentencing or rehabilitation program. You must submit these documents even if you were acquitted at trial, or the court dismissed the charges, or the prosecuting authority chose not to bring the case to trial ("nolle pros" or "no papered"). If you reached a plea agreement with the prosecuting authority, you must submit the plea agreement and the transcript of any court hearing addressing the plea agreement.

If the original record is not available, you must submit a written, signed statement from the custodian of the record. The written statement must clearly state that the record is not available and why it is not available. It must also state whether records from the relevant time are generally available. If you submit this written statement, you may then submit secondary evidence. For example, you or your attorney in the criminal proceeding may have file copies of the official record.

If neither primary nor secondary evidence is available, you must submit one or more written statements explaining the case and the outcome of the case. The individual who signs the written statement must have personal knowledge of the disposition of the case. The individual(s) must sign the written statement(s) under oath, affirmation, or penalty of perjury under United States law.

### When You Need To Do It

You must either mail the requested information to the address shown below or scan and upload your response using your USCIS online account (if applicable). You must submit the requested information by January 18, 2022.

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence that is submitted after the due date. If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, you must provide: (1) a copy of the original document in its foreign language; and (2) a full English translation of the document. The translator must certify that the translation is complete and accurate, and that he or she is competent to translate from the foreign language to English.

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to



this request.

**Please include a copy of this letter with your response by mail to this address:**

U.S. Citizenship and Immigration Services
Montgomery Field Office
3381 Atlanta Highway
Montgomery, AL 36109

Sincerely,

Nicolas S. Bartell
Deputy District Director

MSC1990390692

A219-087-600



## Notice of Entry of Appearance
## as Attorney or Accredited Representative

### Department of Homeland Security

**DHS
Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

### Part 1. Information About Attorney or Accredited Representative

**1.** USCIS Online Account Number (if any)

▶ | N | / | A | | | | | | | |

#### *Name of Attorney or Accredited Representative*

**2.a.** Family Name (Last Name)  Zaconet Valentin

**2.b.** Given Name (First Name)  Julio

**2.c.** Middle Name  N/A

#### *Address of Attorney or Accredited Representative*

**3.a.** Street Number and Name  55 Ivan Allen Jr. Blvd.

**3.b.** ☐ Apt. ☒ Ste. ☐ Flr. 830

**3.c.** City or Town  Atlanta

**3.d.** State  GA  **3.e.** ZIP Code  30308

**3.f.** Province  N/A

**3.g.** Postal Code  N/A

**3.h.** Country

United States

#### *Contact Information of Attorney or Accredited Representative*

**4.** Daytime Telephone Number

404-522-1852

**5.** Mobile Telephone Number (if any)

404-522-1852

**6.** Email Address (if any)

julio@foglelaw.com

**7.** Fax Number (if any)

470-592-6989

---

### Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

**1.a.** ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

Licensing Authority

North Carolina

**1.b.** Bar Number (if applicable)

56707

**1.c.** I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable)

THE FOGLE LAW FIRM LLC

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization

N/A

**2.c.** Date of Accreditation (mm/dd/yyyy)

N/A

**3.** ☐ I am associated with

N/A ,

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate

N/A

---

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☒ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

> I-485

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

> N/A

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

> N/A

**4.** Receipt Number (if any)

> ▶ N / A

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):
☒ Applicant  ☐ Petitioner  ☐ Requestor
☐ Beneficiary/Derivative  ☐ Respondent (ICE, CBP)

### Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)

> Adesida

**6.b.** Given Name (First Name)

> Abiola

**6.c.** Middle Name

> Adefemi

**7.a.** Name of Entity (if applicable)

> N/A

**7.b.** Title of Authorized Signatory for Entity (if applicable)

> N/A

**8.** Client's USCIS Online Account Number (if any)

> ▶ N / A

**9.** Client's Alien Registration Number (A-Number) (if any)

> ▶ A- 2 1 9 0 8 7 6 0 0

## Client's Contact Information

**10.** Daytime Telephone Number

> 404-453-9202 (Abiola)

**11.** Mobile Telephone Number (if any)

> (561) 827-1919 - Latoric (Wife)

**12.** Email Address (if any)

> benbobby644@gmail.com

### Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name

> 3460 Kingsboro Rd NE

**13.b.** ☒ Apt.  ☐ Ste.  ☐ Flr.  342

**13.c.** City or Town

> Atlanta

**13.d.** State  GA   **13.e.** ZIP Code  30326

**13.f.** Province

> N/A

**13.g.** Postal Code

> N/A

**13.h.** Country

> United States

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4.  Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery.  USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable items** below.  You may change these elections through written notice to USCIS.

**1.a.**  ☒  I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.**  ☒  I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:**  If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative.  If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.**  ☐  I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

**2.a.**  Signature of Client or Authorized Signatory for an Entity

**2.b.**  Date of Signature (mm/dd/yyyy)   03/11/22

## Part 5.  Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS.  I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1.a.**  Signature of Attorney or Accredited Representative

**1.b.**  Date of Signature (mm/dd/yyyy)   3/15/2022

**2.a.**  Signature of Law Student or Law Graduate

**2.b.**  Date of Signature (mm/dd/yyyy)

## Part 6.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number, Part Number,** and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name (Last Name)  Adesida

**1.b.** Given Name (First Name)  Abiola

**1.c.** Middle Name  Adefemi

| **2.a.** Page Number | **2.b.** Part Number | **2.c.** Item Number |
|---|---|---|
| N/A | N/A | N/A |

**2.d.** N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A

| **3.a.** Page Number | **3.b.** Part Number | **3.c.** Item Number |
|---|---|---|
| N/A | N/A | N/A |

**3.d.** N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A

| **4.a.** Page Number | **4.b.** Part Number | **4.c.** Item Number |
|---|---|---|
| N/A | N/A | N/A |

**4.d.** N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A

| **5.a.** Page Number | **5.b.** Part Number | **5.c.** Item Number |
|---|---|---|
| N/A | N/A | N/A |

**5.d.** N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A

| **6.a.** Page Number | **6.b.** Part Number | **6.c.** Item Number |
|---|---|---|
| N/A | N/A | N/A |

**6.d.** N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A

## PERSONAL STATEMENT

PERSONALLY appeared before the undersigned officer, duly authorized to administer oaths, the undersigned affiant who after being sworn, deposes and states the following:

My name is Abiola Adesida, I am over the age of eighteen years old and under no disabilities either artificial or natural. I reside at 3460 Kingsboro Rd NE Apt 342 Atlanta, Ga, 30326. I am a native and citizen of Nigeria and the husband of Latoric Johnson. In regards to providing requested documents to reflect established financial records such as; bank accounts and tax filing was most difficult to obtain due to lack of a social security number.

This _16th__ of _____March, 2022.

_____
Signature

Sworn to and subscribed before me this the _16_ day of _MArch_____, 2022.

_____
NOTARY PUBLIC

Brenda F. Johnson
NOTARY
PUBLIC
Clayton county, Georgia

exp: 8/11/2024

### PERSONAL STATEMENT

PERSONALLY appeared before the undersigned officer, duly authorized to administer oaths, the undersigned affiant who after being sworn, deposes and states the following:

My name is Latoric Johnson I am over the age of eighteen years old and under no disabilities either artificial or natural. I reside at 3460 Kingsboro Rd NE Apt 342 Atlanta, Ga, 30326. I am a native and citizen of United States Of America and the wife of Abiola Adesida. In regards to providing requested documents to reflect established financial records such as; bank accounts and tax filing was most difficult to obtain due to my husband was without a social security number.

This __16th__ of _____ March,  2022.

_____
Signature

Sworn to and subscribed
before me this the __16__ day of __MARCh_____, 2022.

NOTARY PUBLIC

Brenda F. Johnson
NOTARY
PUBLIC
Clayton county, Georgia

Exp: 8/11/2024.

Jane McDonald

400 Morris St

Vidalia, GA 30474

(954) 304-5536

RE:

 Abiola Adesida

Latoric Johnson-Adesida

3460 Kingsboro Rd NE Apt 342

Atlanta, Ga, 30326

To Whom it May Concern,

I am pleased to write this letter on behalf of my daughter Latoric and son-in-law Abiola Adesida, whom in recent years applied for his change of immigration status.

My name is Jane McDonald and it's been a real privilege to know Abiola as a apart of our family, I have assist with providing temporary housing and support when needed financially or securing their needs to obtain and maintain housing.  By this I've bare witness to their share living as I visited their home frequently while they resided in College Park GA, East Point GA and currently at 3460 Kingsboro Rd NE, Apt 342, Atlanta, Ga 30326 and while they occupied my home briefly 2019.

During the time I've known Abiola, he has been honest and trustworthy. He is always willing to go above and beyond what is expected of a son-in-law. He's respected and it's a joy when our family celebrate life events and milestones together. Abiola and Latoric get along well with everyone, and our family has embraced the two as one.

If any additional information is required concerning my association with my daughter Latoric and son-in-law Abiola Adesida please feel free to contact me.

Thank you for your time and consideration

Sincerely,

Jane McDonald.

Adebola Folajin Bamidele

440 Overlook turn,

Conyers, GA 30012

4044371421

US Department of Homeland security

US Citizenship and Immigration Services

### Re: Abiola and Latoric Johnson Adesida, Third Party Affidavit.

I, Adebola Folajin Bamidele of the above address wish to attest to the marital relationship between Abiola and Latoric Johnson Adesida who currently lives at, 3460 Kingsboro Rd NE Apt 342 Atlanta GA 30326.

I have had knowledge of the marriage since 2018 and visited them at their residence on several occasions, I also Provided them with an affidavit of financial support. The relationship between Abiola and Latoric Johnson Adesida is an Ideal one which is worthy of emulation.

Please do not hesitate to contact me if you need any additional information about my knowledge of this marital relationship.

Sincerely,

Adebola Folajin Bamidele.

CHINUA ADIBE
Notary Public, Georgia
Gwinnett County
My Commission Expires
December 06, 2022

03/16/2022

October 18, 2021

To whom it may concern:

I Adeola Bakare, residing at 1860 NW 42ND TER APT D208 LAUDERHILL FL 33313-5031 do
hereby solemnly and swear/declare the following: being the sister to Abiola Adesida I have the
privileged to bare witness to his marriage with Latoric. The two have often been a visitor to my
home here in South Florida where my sister-in-law is a native. I have spent several personal
milestones with them both from negotiations of my first automobile purchase to the birth of my
son, embracing motherhood with their guidance. As family we maintain contact weekly by
FaceTime conversations. I can contest to Abiola and Latoric's shared life together since June
2018. I make the above statement conscientiously believe the same to be true.

X _____

Signed by Adeola Bakare

Sworn and subscribed before me, this ___19___ day ___Oct_____, 20 2️⃣4️⃣

NATALIE L SMITH
Notary Public - State of Florida
Commission # GG 313022
My Comm. Expires Mar 18, 2023

X _____

(Notary Public)

Amuri Kelson

Shreveport, LA 71118

(954) 778-7645

RE:

Abiola Adesida

Latoric Johnson-Adesida

3460 Kingsboro Rd NE Apt 342

Atlanta, Ga, 30326

To Whom it May Concern,

I am pleased to write this letter on behalf of my mother Latoric and stepfather Abiola, whom continue to be a major support system in my life by guidance, spiritual and emotionally.

My name is Amuri Kelson the eldest biological son of Latoric and at first it was a challenge to know Abiola as a part of our family; however, he has been nothing more than understanding, supportive of me and my brothers it was a challenge we quickly embraced. He has assisted our mother with the parenting of four boys willing and with grace. I never thought I'll be so proud to call another man dad. By this I've witness their share living as I visited their home frequently while they resided in College Park GA, East Point GA and currently at 3460 Kingsboro Rd NE, Apt 342, Atlanta, Ga 30326 and been an overnight guest at stated dwellings

During the time I've known my stepfather, He is always willing to go above and beyond what is expected of a stepfather. By showing us his culture food and cooking or preparing with my younger twin brother. He has showed me how to prepare a live chicken for meals and when I often acquire relationship hiccups, he has always been able to lend a listening ear. He's respected and it's a joy to be around. My family get along well and our family has embraced the two as one.

If any additional information is required concerning my association with my mother Latoric and stepfather Abiola Adesida please feel free to contact me.

Thank you for your time and consideration

*Lanell White, Notary*

LANELL WHITE
MY COMMISSION EXPIRES
NOTARY
PUBLIC
JULY 24, 2023
COBB COUNTY, GEORGIA

Ahmad Kelson

Grambling, LA

404-512-6575


RE:

 Abiola Adesida

Latoric Johnson-Adesida

3460 Kingsboro Rd NE Apt 342

Atlanta, Ga, 30326


To Whom it May Concern,

I am the second bon son to Latoric and most recent the Abiola's stepson. For me it's been intriguing to have my stepfather apart of my life and most important the most recent days during my journey to unawakening in my spiritual growth.

My name is Ahmad Kelson, but my stepfather often calls me "second" and it's been enlightened experience getting to know my stepfather as a apart of our family. He has been apart of some major events in my upbringing. Such as, senior night when my biological father wasn't available my stepfather stood in with no hesitation and with pride. He has advised me and encouraged me in areas of my life only a father can.   And, to do that a man have to be around that young man often because of that I've shared and continue to share living space with both my mother and stepfather in the past and when I'm home on school break.

If any additional information is required concerning my association with my parents Latoric and Abiola Adesida please feel free to contact me.

Thank you for your time and consideration


*Ahmad Kelson*



MetroCPS Webpage Statement Screenshot



# Hello, ABIOLA ADESIDA LATORIC JOHNSON

## History

### Statements

Account and activation statements are available for the past 90 days.

| DATE | | VIEW | DOWNLOAD |
|------|------|------|----------|
| 11/2021 | Statement | View | Download |
| 10/2021 | Statement | View | Download |
| 09/2021 | Statement | View | Download |

### Payment history

Payment history is available for the past 90 days.     DOWNLOAD PDF     DOWNLOAD EXCEL

| ACCOUNT NUMBER | PAYMENT DATE | AMOUNT | PAYMENT TYPE | CONFIRMATION NUMBER |
|----------------|--------------|--------|--------------|---------------------|
| 846549065 | 12/24/2021 | $62.00 | Cash | 412479378 |
| 846549065 | 12/16/2021 | $15.00 | Cash | 409477514 |
| 846549065 | 12/16/2021 | $6.00 | Cash | 409476678 |
| 846549065 | 12/07/2021 | $10.00 | Cash | 406219690 |

**ACCOUNT INFORMATION**

| | |
|---|---|
| Account Name | ABIOLA ABIOLA ADESIDA LATORIC |
| Account Number | 846549065 |
| Phone Number | (404) 453-9202 |
| | PAGE 1 |

## ACCOUNT SUMMARY

| | |
|---|---:|
| Previous Balance | 30.00 |
| Payment Received | -30.00 |
| Balance Forward | 0.00 |
| Total Adjustments | 0.00 |
| Total Current Charges | 30.00 |
| **TOTAL AMOUNT DUE** | **30.00** |

Metro by T-Mobile
PO Box 601119
DALLAS , TX  75360-1119

| Account Number | 846549065 |
|---|---:|
| Phone Number | (404) 453-9202 |
| Statement Date | 03/01/22 |
| Due Date | 03/01/22 |
| Amount Due | 30.00 |
| **AMOUNT PAID** | |

Metro by T-Mobile PAYMENTS
PO Box 5119
CAROL STREAM, IL 60197-5119

846549065I 0000003000 1



**ACCOUNT INFORMATION**

| | |
|---|---|
| Account Name | ABIOLA ABIOLA ADESIDA LATORIC |
| Account Number | 846549065 |
| Phone Number | (404) 453-9202 |
| | PAGE 2 |

FOR INQUIRIES CALL CUSTOMER SERVICE AT    1 - 888 - 8METRO8  OR   *611

SUMMARY OF CHARGES THRU  03/01/22

| | | |
|---|---|---|
| Previous Balance.................................................................................................... | | **30.00** |
| **Payment Detail** | | |
| 01/31/22    426168122    Cash.......................................................... | -30.00 | |
| Total Payments Received Through 02/28/22.............................................. | | **-30.00** |
| Balance Forward.................................................................................................... | | **0.00** |
| Account level Adjustments.......................................................... | 0.00 | |
| Subscriber Adjustments............................................................. | 0.00 | |
| Total Adjustments.................................................................................................... | | **0.00** |
| Account level Charges................................................................ | 0.00 | |
| Subscriber Charges..................................................................... | 29.76 | |
| **Government Taxes & Fees** | | |
| Georgia State-State Sales Tax .................................................. | 0.11 | |
| Fulton County-County Sales Tax ............................................... | 0.05 | |
| Atlanta City-City Sales Tax ........................................................ | 0.05 | |
| Atlanta Sec - city-Local Sales Tax ............................................ | 0.03 | |
| Total Current Charges.................................................................................. | | **30.00** |
| Total Amount Due by 03/01/22................................................................ | | **30.00** |



**ACCOUNT INFORMATION**

| | |
|---|---|
| Account Name | ABIOLA ABIOLA ADESIDA LATORIC |
| Account Number | 846549065 |
| Phone Number | (404) 453-9202 |
| | PAGE 3 |

**CELLULAR SERVICE**

**MONTHLY CHARGES FOR  (404) 453-9202**

MONTHLY SERVICE   03/01 --> 03/29  $30 Talk Text 5GB HS Data.................................................... 30.00

**Total Monthly Charges**.......................................................................................................... **30.00**

**ACCOUNT INFORMATION**

| | |
|---|---|
| Account Name | ABIOLA ABIOLA ADESIDA LATORIC |
| Account Number | 846549065 |
| Phone Number | (404) 453-9202 |
| | PAGE 1 |

# ACCOUNT SUMMARY

| | |
|---|---|
| Previous Balance | 276.00 |
| Payment Received | -276.00 |
| Balance Forward | 0.00 |
| Total Adjustments | 0.00 |
| Total Current Charges | 80.00 |
| **TOTAL AMOUNT DUE** | **80.00** |

Metro by T-Mobile
PO Box 601119
DALLAS , TX  75360-1119

| | |
|---|---|
| Account Number | 846549065 |
| Phone Number | (404) 453-9202 |
| Statement Date | 01/30/22 |
| Due Date | 01/30/22 |
| Amount Due | 80.00 |
| **AMOUNT PAID** | |

Metro by T-Mobile PAYMENTS
PO Box 5119
CAROL STREAM, IL. 60197-5119

846549065l 0000008000 b



**ACCOUNT INFORMATION**

| | |
|---|---|
| Account Name | ABIOLA ABIOLA ADESIDA LATORIC |
| Account Number | 846549065 |
| Phone Number | (404) 453-9202 |
| | PAGE 2 |

FOR INQUIRIES CALL CUSTOMER SERVICE AT    1 - 888 - 8METRO8  OR  *611

SUMMARY OF CHARGES THRU  01/30/22

Previous Balance................................................................................................................  276.00

**Payment Detail**

| | | | | |
|---|---|---|---|---|
| 12/16/21 | 409476678 | Cash | -6.00 | |
| 12/04/21 | 405104008 | Cash | -10.00 | |
| 12/07/21 | 406219690 | Cash | -10.00 | |
| 12/01/21 | 403419012 | Cash | -15.00 | |
| 12/05/21 | 405509455 | Cash | -15.00 | |
| 12/16/21 | 409477514 | Cash | -15.00 | |
| 01/04/22 | 416756334 | Cash | -19.00 | |
| 12/02/21 | 404017091 | Cash | -20.00 | |
| 12/03/21 | 404702492 | Cash | -20.00 | |
| 12/24/21 | 412479378 | Cash | -62.00 | |
| 11/27/21 | 401663884 | Single Purchase | -84.00 | |

Total Payments Received Through 01/29/22....................................................  -276.00

Balance Forward..............................................................................................................  0.00

Account level Adjustments.........................................................  0.00

Subscriber Adjustments..............................................................  0.00

Total Adjustments..........................................................................................................  0.00

Account level Charges.................................................................  0.00

Subscriber Charges.....................................................................  79.87

**Government Taxes & Fees**

| | |
|---|---|
| Georgia State-State Sales Tax | 0.06 |
| Fulton County-County Sales Tax | 0.03 |
| Atlanta City-City Sales Tax | 0.03 |
| Atlanta Sec - city-Local Sales Tax | 0.01 |

Total Current Charges....................................................................................................  80.00

Total Amount Due by 01/30/22....................................................................................  80.00



**ACCOUNT INFORMATION**

| | |
|---|---|
| Account Name | ABIOLA ABIOLA ADESIDA LATORIC |
| Account Number | 846549065 |
| Phone Number | (404) 453-9202 |
| | PAGE 3 |

**CELLULAR SERVICE**

**MONTHLY CHARGES FOR  (404) 453-9202**

| | |
|---|---|
| MONTHLY SERVICE  01/30 --> 02/28  $60 UNL LTE w/15GB HS Plan................................................ | 60.00 |
| MONTHLY SERVICE  01/30 --> 02/28  10GB Extra Monthly Data...................................................... | 20.00 |
| **Total Monthly Charges.........................................................................................................** | **80.00** |

**ACCOUNT INFORMATION**

| | |
|---|---|
| Account Name | ABIOLA ABIOLA ADESIDA LATORIC |
| Account Number | 846549065 |
| Phone Number | (404) 453-9202 |
| | PAGE 1 |

# ACCOUNT SUMMARY

| | |
|---|---|
| Previous Balance | 30.00 |
| Payment Received | -30.00 |
| Balance Forward | 0.00 |
| Total Adjustments | 0.00 |
| Total Current Charges | 30.00 |
| **TOTAL AMOUNT DUE** | **30.00** |

Metro by T-Mobile
PO Box 601119
DALLAS , TX  75360-1119

| | |
|---|---|
| Account Number | 846549065 |
| Phone Number | (404) 453-9202 |
| Statement Date | 03/01/22 |
| Due Date | 03/01/22 |
| Amount Due | 30.00 |
| **AMOUNT PAID** | |

Metro by T-Mobile PAYMENTS
PO Box 5119
CAROL STREAM, IL 60197-5119

846549065I 0000003000 1



**ACCOUNT INFORMATION**

| | |
|---|---|
| Account Name | ABIOLA ABIOLA ADESIDA LATORIC |
| Account Number | 846549065 |
| Phone Number | (404) 453-9202 |
| | PAGE 2 |

FOR INQUIRIES CALL CUSTOMER SERVICE AT   1 - 888 - 8METRO8   OR   *611

SUMMARY OF CHARGES THRU  03/01/22

| | | |
|---|---|---|
| **Previous Balance**................................................................................ | | **30.00** |
| **Payment Detail** | | |
| 01/31/22    426168122    Cash................................................................. | -30.00 | |
| **Total Payments Received Through 02/28/22**.................................... | | **-30.00** |
| **Balance Forward**............................................................................... | | **0.00** |
| **Account level Adjustments**............................................................. | **0.00** | |
| **Subscriber Adjustments**.................................................................. | **0.00** | |
| **Total Adjustments**........................................................................... | | **0.00** |
| **Account level Charges**.................................................................... | **0.00** | |
| **Subscriber Charges**........................................................................ | **29.76** | |
| **Government Taxes & Fees** | | |
| Georgia State-State Sales Tax ......................................................... | 0.11 | |
| Fulton County-County Sales Tax ...................................................... | 0.05 | |
| Atlanta City-City Sales Tax .............................................................. | 0.05 | |
| Atlanta Sec - city-Local Sales Tax ................................................... | 0.03 | |
| **Total Current Charges**..................................................................... | | **30.00** |
| **Total Amount Due by 03/01/22**........................................................ | | **30.00** |



**ACCOUNT INFORMATION**

| | |
|---|---|
| Account Name | ABIOLA ABIOLA ADESIDA LATORIC |
| Account Number | 846549065 |
| Phone Number | (404) 453-9202 |
| | PAGE 3 |

**CELLULAR SERVICE**

**MONTHLY CHARGES FOR  (404) 453-9202**

MONTHLY SERVICE   03/01 --> 03/29  $30 Talk Text 5GB HS Data.................................................... 30.00

**Total Monthly Charges**................................................................................................................ **30.00**

**ACCOUNT INFORMATION**

| | |
|---|---|
| Account Name | ABIOLA ABIOLA ADESIDA LATORIC |
| Account Number | 846549065 |
| Phone Number | (404) 453-9202 |
| | PAGE 1 |

## ACCOUNT SUMMARY

| | |
|---|---|
| Previous Balance | 276.00 |
| Payment Received | -276.00 |
| Balance Forward | 0.00 |
| Total Adjustments | 0.00 |
| Total Current Charges | 80.00 |
| **TOTAL AMOUNT DUE** | **80.00** |

Metro by T-Mobile
PO Box 601119
DALLAS , TX  75360-1119

| | |
|---|---|
| Account Number | 846549065 |
| Phone Number | (404) 453-9202 |
| Statement Date | 01/30/22 |
| Due Date | 01/30/22 |
| Amount Due | 80.00 |
| **AMOUNT PAID** | |

Metro by T-Mobile PAYMENTS
PO Box 5119
CAROL STREAM, IL 60197-5119

846549065ı 0000008000  6



**ACCOUNT INFORMATION**

| | |
|---|---|
| Account Name | ABIOLA ABIOLA ADESIDA LATORIC |
| Account Number | 846549065 |
| Phone Number | (404) 453-9202 |
| | PAGE 2 |

FOR INQUIRIES CALL CUSTOMER SERVICE AT    1 - 888 - 8METRO8  OR  *611

SUMMARY OF CHARGES THRU  01/30/22

Previous Balance.................................................................................................... **276.00**

**Payment Detail**

| | | | |
|---|---|---|---|
| 12/16/21 | 409476678 | Cash.............................................................. | -6.00 |
| 12/04/21 | 405104008 | Cash.............................................................. | -10.00 |
| 12/07/21 | 406219690 | Cash.............................................................. | -10.00 |
| 12/01/21 | 403419012 | Cash.............................................................. | -15.00 |
| 12/05/21 | 405509455 | Cash.............................................................. | -15.00 |
| 12/16/21 | 409477514 | Cash.............................................................. | -15.00 |
| 01/04/22 | 416756334 | Cash.............................................................. | -19.00 |
| 12/02/21 | 404017091 | Cash.............................................................. | -20.00 |
| 12/03/21 | 404702492 | Cash.............................................................. | -20.00 |
| 12/24/21 | 412479378 | Cash.............................................................. | -62.00 |
| 11/27/21 | 401663884 | Single Purchase........................................... | -84.00 |

Total Payments Received Through 01/29/22........................................................ **-276.00**

Balance Forward.................................................................................................. **0.00**

Account level Adjustments................................................................................. **0.00**

Subscriber Adjustments...................................................................................... **0.00**

Total Adjustments................................................................................................ **0.00**

Account level Charges........................................................................................ **0.00**

Subscriber Charges............................................................................................ **79.87**

**Government Taxes & Fees**

| | |
|---|---|
| Georgia State-State Sales Tax ................................................................ | 0.06 |
| Fulton County-County Sales Tax ............................................................. | 0.03 |
| Atlanta City-City Sales Tax ..................................................................... | 0.03 |
| Atlanta Sec – city-Local Sales Tax .......................................................... | 0.01 |

Total Current Charges......................................................................................... **80.00**

Total Amount Due by 01/30/22............................................................................ **80.00**



**ACCOUNT INFORMATION**

| | |
|---|---|
| Account Name | ABIOLA ABIOLA ADESIDA LATORIC |
| Account Number | 846549065 |
| Phone Number | (404) 453-9202 |
| | PAGE 3 |

**CELLULAR SERVICE**

**MONTHLY CHARGES FOR  (404) 453-9202**

| | |
|---|---|
| MONTHLY SERVICE   01/30 --> 02/28  $60 UNL LTE w/15GB HS Plan................................................ | 60.00 |
| MONTHLY SERVICE   01/30 --> 02/28  10GB Extra Monthly Data...................................................... | 20.00 |
| **Total Monthly Charges..............................................................................................................** | **80.00** |

Georgia Power Company
PO BOX 4545
Atlanta, GA 30302-4545

Account Number: 45219-52236
3460 KINGSBORO RD NE

Our records indicate your electric service account is past
due in the amount of $297.79. To avoid your electric
service being disconnected for nonpayment, we must
receive $144.73 prior to November 11, 2021. If you have
any questions, please contact us at 1-877-403-7149.

Please do not mail payment. You can pay on our website,
mobile application. by phone or Authorized Payment
Location. Visit georgiapower.com/paymentoptions for
details.

Failure to pay your electric service bill each month by the
due date could result in the requirement of a deposit or
additional deposit even though service is not disconnected.
If full payment has already been made, please disregard this
notice. (See back for additional information.)

PRESORTED FIRST-CLASS
MAIL U.S. POSTAGE PAID
ATLANTA, GA
Permit No. 731

ABIOLA A ADESIDA
3460 KINGSBORO RD NE
APT 342
LATORIC JOHNSON-ADESIDA
ATLANTA GA 30326

IAAYSPi 30326

---

Georgia Power Company
PO BOX 4545
Atlanta, GA 30302-4545

Account Number: 45219-52236
3460 KINGSBORO RD NE

Our records indicate your electric service account is past
due in the amount of $297.79. To avoid your electric
service being disconnected for nonpayment, we must
receive $144.73 prior to November 11, 2021. If you have
any questions, please contact us at 1-877-403-7149.

Please do not mail payment. You can pay on our website,
mobile application. by phone or Authorized Payment
Location. Visit georgiapower.com/paymentoptions for
details.

Failure to pay your electric service bill each month by the
due date could result in the requirement of a deposit or
additional deposit even though service is not disconnected.
If full payment has already been made, please disregard this
notice. (See back for additional information.)

PRESORTED FIRST-CLASS
MAIL U.S. POSTAGE PAID
ATLANTA, GA
Permit No. 731

ABIOLA A ADESIDA
3460 KINGSBORO RD NE
APT 342
LATORIC JOHNSON-ADESIDA
ATLANTA GA 30326

IAAYSPi 30326

Adesida 2019 Gas Bill



Adesida cell phone bill



**Clayton County Water Authority**
1600 Battle Creek Road
Morrow, Georgia 30260-4302
www.ccwa.us   (770) 960-5200

## MESSAGE CENTER

All CCWA locations will be closed on November 12th in observance of Veteran's Day. Additionally, our offices will be closed on November 22nd and 23rd for the Thanksgiving holiday.

Please refer to the back of this statement for our payment options and additional information.

| Account Number | Name | Service Address |
|---|---|---|
| 107922-24 | ABIOLA ADESIDA AND LATORIC JOH | 1146 SUMMER BROOK RD L14B |

| | | Read Dates | | | | Meter Reading | | | |
|---|---|---|---|---|---|---|---|---|---|
| Bill Date | Meter Number | Previous | Present | Billing Days | Reading Type | Previous | Present | Usage in Thousands | Reading Cycle |
| 10/16/18 | 0009554971 | 8/31/18 | 10/1/18 | 31 | Actual | 606 | 610 | 4 | 10 |

| Amount From Previous Bill | Late Charges Added | Payments | Charges | Credits | Balance Forward | Current Charges | Total Amount Due |
|---|---|---|---|---|---|---|---|
| 97.53 | 9.74 | 0.00 | 0.00 | 0.00 | 107.27 | 51.02 | 158.29 |

Amount From Previous Bill        97.53
LATE FEE  10/10/2018              9.74

| | RATE | USAGE | CHARGES |
|---|---|---|---|
| Water Base Charge | | | 10.05 |
| Water Conservation Tier 1 | 2.37 | 3 | 7.11 |
| Water Conservation Tier 2 | 5.68 | 1 | 5.68 |
| Total - Water Charges | | | 22.84 |
| Sewer Base Charge | | | 10.73 |
| Sewer Residential Tier 1 | 2.56 | 3 | 7.68 |
| Sewer Residential Tier 2 | 6.02 | 1 | 6.02 |
| Total - Sewer Charges | | | 24.43 |
| Total - Stormwater Charges | | | 3.75 |
| CURRENT CHARGES | | | 51.02 |
| TOTAL AMOUNT DUE | | | 158.29 |

### Usage Information

Usage in Thousands of Gallons

Oct Sep Aug Jul Jun May Apr Mar Feb Jan Dec Nov Oct

| | 1 Year Ago | Last Month | This Month |
|---|---|---|---|
| Total 1K Gallons | 0 | 5 | 4 |
| Days in Billing Period | 0 | 42 | 31 |

10% Late Fee added if current charges are not paid by 11/5/18

*****************To avoid disconnection please pay on or before 10/24/2018 *****************

**Clayton County Water Authority**
1600 Battle Creek Road
Morrow, Georgia 30260-4302
www.ccwa.us (770) 960-5200

RETURN SERVICE REQUESTED

| | |
|---|---|
| Account Number | 107922-24 |
| Past Due Amount | 107.27 |
| Disconnect Date for Past Due Amount | 10/24/2018 |
| Current Charges Due (11/5/18) | 51.02 |
| Total Amount Due | 158.29 |
| Payment Amount | |

003803

****AUTO**5-DIGIT 30349 3803 T16:15   3803 1 AV 0.375
ABIOLA ADESIDA AND LATORIC JOH
1146 SUMMER BROOK RD # L14B
COLLEGE PARK GA 30349-6744

CLAYTON COUNTY WATER AUTHORITY
P.O. BOX 117195
ATLANTA, GA 30368-7195

1010792224000015829000016338 4

## Clayton County Water Authority
1600 Battle Creek  Road, Morrow, GA  30260
Customer Service Hours: Monday - Friday 8 a.m.  - 5 p.m., Excluding Holidays
770.960.5200    ~    www.ccwa.us

**Important Numbers**

To report a water, sewer or stormwater emergency, call 770.960.5200.
To speak to a Customer Service Representative during business hours, call 770.960.5200, then press 2.

**Payment Options**

- **Automated Draft** – Download an application for this service at www.ccwa.us
- **Phone/Online** – Call 1.877.467.5110 or visit us on the web at www.ccwa.us to pay by Visa, MasterCard, American Express or Discover, with an ATM debit card (Star, Pulse, NYCE, ACCEL), or by ACH/electronic check.  Our service provider, Speedpay, charges a $1.25 convenience fee for this service.
- **Pay at Walmart** – Wal-mart offers walk-in bill paying services for a small convenience fee with payments delivered to CCWA within up to three (3) business days.
- **Pay in Person** – Two locations are open Monday – Friday from 8 a.m. – 5 p.m., excluding holidays:
  **1600 Battle Creek Road, Morrow, GA  30260**
  **526 Forest Parkway, Suite A, Forest Park, GA  30297**

- **Mail** -- Include payment stub from your bill and include your account number and telephone number on your check to ensure prompt and accurate posting of your payment. Mail payments in the return envelope provided to:
  **Clayton County Water Authority**
  **1600 Battle Creek Road,**
  **Morrow, GA  30260**

- **Drop Boxes** — Drop boxes are located at both Customer Service locations listed above, plus the following two locations:
  **Terry R. Hicks Water Production Facility**
  **1693 Freeman Road, Jonesboro, GA  30236**

  **Riverdale City Hall**
  **6690 Church Street, Riverdale, GA  30274**

**Important Customer Information**

- Current charges are due twenty (20) days after the Bill Date.
- A 10% late fee based on the current charges will be assessed to all accounts where the current charges are not remitted by the due date.
- Water/sewer service is contingent upon receipt of payment of entire bill by the due date.
- Failure to receive a bill does not waive the late fee or requirement to pay.
- Payment must be received by the due date in order to avoid fees and disconnection.
- Failure to pay charges may result in a lien on the property for all delinquent charges incurred by account holder.
- A $30 service fee will be assessed to all accounts where a check payment has been returned listed as Non Sufficient Funds (NSF).
- Theft of water services is illegal. Tampering with meters, locks and equipment can result in fines up to $1,500 and potential criminal prosecution.
- Please send change of address or telephone number to CCWA_CustomerService@ccwa.us, or call 770.960.5200.
- Deposit assessments are eligible for refund to the account after two (2) years of satisfactory payment history has been established.  Customers wishing to receive a refund check for their deposit, may request the refund with the CCWA Customer Service department.
- A disconnection fee of $40 will be assessed to all accounts that are scheduled to be disconnected for non payment.  The disconnection fee along with any outstanding balances are required in full, prior to water utility restoration.
- CCWA will provide same day reconnection of water utility services for accounts that have been disconnected for non payment if all outstanding balances and the disconnect fee are paid before 3 p.m.

## Billing Disputes
If you think your bill is incorrect, please contact us using one of the following:

**Mail:**  Clayton County Water Authority
1600 Battle Creek Road  Morrow, GA 30260

**Fax:** 770.960.5667
**Email:** CCWA_CustomerService@ccwa.us

Please include your service address, CCWA billing account number and a valid contact telephone number.  In order to avoid late fees or disconnection, you must contact us to file your dispute prior to the bill Due Date.  Customers are not responsible for paying any disputed amount on the bill while the bill is in dispute. However,  you are still obligated to pay the portion of your bill that is not in dispute by the stated Due Date.

If undisputed charges are not paid in a timely manner, you may be assessed a Late Charge, and your service may be subject to interruption.
- CCWA will acknowledge receipt of your filed dispute within 1 business day of receipt.
- CCWA will follow up and resolution of the dispute will occur within 5 business days after receipt of the filed dispute.
- Once CCWA provides resolution of the bill dispute to the customer, the customer shall remit payment for the amount in question within 10 calendar days or make contact with CCWA Customer Service to set up payment arrangements.



Billing Inquires: 770-661-1870 (Atlanta Local) / 1-877-342-5434 (Toll Free), Hours: 8-7 M-F
For Emergencies (24 hours a day): AGLC 1-877-427-4321 (toll free), 770-907-4231

**Service Address:**
1146 SUMMER BROOK RD
ATLANTA, GA 30349-6744

Account Number: 1568444506
Account Name: LATORIC JOHNSON
AGLC Account: 8666011532
Invoice Number: 1568444506 1810
Invoice Date: 9/24/2018
Due Date: 10/15/2018

**Rate Type:** Fixed
DDDC: 1.382725

LATORIC JOHNSON
1146 SUMMER BROOK RD
ATLANTA, GA 30349-6744



**Monthly Usage (Therms)**

**Important Messages & Account Notices**

Pay your bills online at www.InfiniteEnergy.com

Facebook.com/InfiniteEnergy   Twitter.com/InfiniteEnergy

| Detail of Charges | Amount | | Amount |
|---|---|---|---|
| Previous Balance | $134.36 | | |
| Payment Received | $0.00 | | |
| Balance Forward | $134.36 | | |
| Actual Charges | | | |
| Gas Charges | $6.17 | | |
| AGLC Base Charges SEPTEMBER 2018 | $25.41 | | |
| Early Termination Fee/Assessment | $150.00 | | |
| Recovery Fee/Assessment | $231.00 | | |
| Customer Service Fee | $9.95 | | |
| | | Deposit Due | $0.00 |
| | | Subtotal | $556.89 |
| | | Taxes | $3.32 |
| | | Total Due on or before 10/15/2018 | $560.21 |

| Meter Number | Days of Service | Read Begin | Read End | Previous Read | Current Read | CCF's Used | BTU Factor | Therms Used | Therm Rate | Gas Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 001062001 | 17 | 8/24/2018 | 9/10/18 | 8896 | 8906 | 10.0000 | 1.0290 | 10.3000 | 0.599000 | 6.17 |

LATE FEE REMINDER: A LATE FEE WILL BE APPLIED TO ANY BALANCE UNPAID BY THE DUE DATE SPECIFIED ABOVE IN THE AMOUNT OF $10.00 OR 1.5% OF THE UNPAID BALANCE, WHICHEVER IS GREATER, AS PERMITTED BY THE GEORGIA PUBLIC SERVICE COMMISSION.
RETURNED PAYMENTS: A $30.00 FEE IS CHARGED FOR ALL RETURNED PAYMENTS

page 1

*Please tear off this portion and return it with your payment in the enclosed envelope.*

*Infinite Energy*

Payment Amount: **$**

*Please check the appropriate box if applicable:*

☐ Name, address, email or phone changes on back

☐ Correspondence enclosed

Customer Number: 1568444506
Payment Due Date: 10/15/2018

**Total Amount Due**
$560.21

Please enter your customer number on all remittances and make your check payable to
Infinite Energy. Cash is not accepted.

-Please allow 7-10 days for processing time.

Infinite Energy Inc-GAS
PO Box #71247
Charlotte, NC 28272-1247

02000000000015684445061015180000560215



## PAYMENT METHODS

**Mail check or money order (not cash) to:**
Infinite Energy Inc-GAS
PO Box #71247
Charlotte, NC 28272-1247

-Please allow 7-10 days for processing time.

**Overnight Payments Only:**
First Data/REMITCO
Infinite Energy - Box #71247
6125 Lakeview Road Suite 800
Charlotte, NC 28269

-If payment arrives after the due date, credit may not appear on the next bill.
-Payment for delinquent balances must be paid by certified funds.

**Western Union Quick Collect:**
Pay by cash at any location or call (800) 634-3422 to pay by credit card; additional charges may apply. Call (800) 325-6000 to locate an Agent near you.

City Code/State Code: IEI/FL.

**Credit Card and Bank Payments:**
Call (877) 342-5434. We're available Monday through Friday, 8 a.m. to 7 p.m. Eastern, but you can make payments 24/7 through our automated phone system.
You can also make payments any time at InfiniteEnergy.com or through our mobile app for Apple or Android.

**MoneyGram Express Payment:**
Include Customer Number
Pay to: Infinite Energy Gas | Receive code: 11595
You can also visit www.moneygram.com to find a location nearest you, or call 1-800 MONEYGRAM for more information about using this payment service.

## DEFINITIONS

**DDDC:** Dedicated Design Day Capacity, or premise demand factor; the maximum amount of gas volume dedicated to your use; calculated by AGLC annually based on the maximum number of therms recorded by your meter on the most demanding day of the year.
**BTU Factor:** Converts measured gas volume (CCFs) into therms
**CCF:** Measurement of gas volume in hundreds of cubic feet

**Base Charge:** A utility fee charged by AGLC for the safe, reliable transportation and delivery of gas to your premises
**Customer Service Charge:** A fee covering the cost of account maintenance
**PSC:** Georgia Public Service Commission (www.psc.state.ga.us)
**AGLC:** Atlanta Gas Light Company

## IMPORTANT THINGS TO REMEMBER

**Credit:** Your credit must be satisfactory to IEI. IEI reserves the right to review payment and credit history at any time to determine eligibility for reconnection of service. IEI may deny your request for reconnection based on a review of your credit worthiness.
**Delinquent Bills and Disconnection Policy:** Delinquent accounts may also be subject to service disconnection and a disconnection fee. Infinite Energy may refer overdue accounts to a collection agency. You are responsible for any collection agency fees attributed to your account.
**Cancellation Policy:** You may terminate this Agreement before the end of the term subject to the early termination fee language in your agreement with Infinite Energy. Customers should notify Infinite Energy immediately of their intent to cancel this agreement prior to the end of the term.
**Cancellation for Non-Payment:** Infinite Energy reserves the right to cancel service under this agreement for non-payment in accordance with any then existing applicable PSC Rules and AGLC Tariff on file. In the event that service is cancelled due to non-payment, the customer shall be billed for all outstanding balances, the early termination fee, and any other costs or damages incurred. In the event of termination by Infinite Energy for non-payment, IEI will provide You and AGLC with notice in accordance with the rules of the PSC prior to disconnecting for non-payment.
**Complaint Procedure:** If you wish to make a complaint about your Infinite Energy services, you may contact our Customer Care Center by mail at PO Box #71247, Charlotte, NC 28272-1247; by telephone at (770) 661-1870 or toll-free at (877) 342-5434; by facsimile at (352) 332-1936; or by email at Care@InfiniteEnergy.com. Our representatives are available Monday through Friday, 8 a.m. to 6 p.m. EST. You may also contact the Consumer Affairs Division of the Georgia PSC by telephone at (404) 656-4501 (Metro Atlanta) or toll-free at (800) 282-5813.
**Disputed Invoices:** If you dispute the amount of any bill, you must notify Infinite Energy in writing of the circumstances of the dispute. Infinite Energy will attempt to resolve the dispute with you within 30 days of such notification. You are still responsible for paying the non-disputed amount by the due date.
**Renewal:** Following expiration of the initial term, service will renew at the variable rate then in effect, unless other arrangements are made prior to expiration.

ALL METER SERVICES ARE PROVIDED BY ATLANTA GAS LIGHT COMPANY (http://www.aglc.com)

page 2

*If you have entered information below, please fill in the box on the front of this return payment coupon.*

| Please Change Name or Mailing Address To: | Payment Options |
|---|---|
| | Credit card (residential only) and electronic bank payments (ACH) can be made at InfiniteEnergy.com or by calling our automated voice system toll-free at (877) 342-5434. This option is not available for delinquent balances pending disconnection. |
| | By mail, send check or money order (cash not accepted) to Infinite Energy Inc-GAS PO Box #71247 Charlotte, NC 28272-1247 |
| ☐ Check here if your change of address is due to a move | |

New Email Address:

New Telephone Number:



September 24, 2018

Latoric Johnson
1146 Summer Brook Rd
Atlanta, Georgia 30349-6744

RE:    Account No(s).: 1568444506  – File No: 18-11553-0
        Service Address: 1146 SUMMER BROOK RD  ATLANTA GA 30349-6744

## Past Due Reminder

Dear Customer,

We thank you for your business with Infinite Energy. A final review of your account(s) indicates a total outstanding balance of $560.21, and some portion of this total balance is past due. Attached, you will find your unpaid invoice(s). To fully close out your account(s), and avoid any further action, these invoices should be paid no later than 20 days from the date of this letter. Please be advised, however, that payments made within the 20 day time frame may still be subject to a late fee. This will be the case if the invoice being paid is paid after its particular due date.

If you need any additional information regarding your account(s), or any charges contained thereon, or would like to set up a payment arrangement, please contact us in any of the following ways:

    A.    Phone: 352-313-3035;
    B.    Fax: 352-333-7480; or
    C.    Email: legaldept@infiniteenergy.com

We look forward to amicably resolving these matters with you and would like to once again thank you for your business. If the above amounts have been paid, please disregard this letter

Respectfully,

Infinite Energy

IPR



**EAST POINT**
GEORGIA

2791 East Point Street
East Point, Georgia 30344
(404) 270-7010 Office
(404) 559-4438 Fax

| For Office Use Only: | | | |
|---|---|---|---|
| Customer ID: _____ | | Equifax Fee: _____ | |
| Location ID: _____ | | Security Deposit: _____ | |
| Connect Date: _____ | | Connect Fee: _____ | |
| Initials: _____ | | Reconnection Fee: _____ | |
| | OWN | Same Day Fee: _____ | RENT |

## APPLICATION FOR RESIDENTIAL UTILITY SERVICE:

NAME OF APPLICANT: Abiola                    Adesida
First          Middle          Maiden          Last

SERVICE ADDRESS: 4060 Junice Dri B11
Street Address

East Point              GA              30344
City              State              Zip

BILLING ADDRESS: SAB
Street Address

_____              _____              _____
City              State              Zip

SS#: N/A          DRIVER'S LICENSE #: NV-2018-2683344

DATE OF BIRTH: 12/25/1976          PHONE #: 470-435-5614

HAVE YOU HAD SERVICE WITH THE CITY OF EAST POINT BEFORE? _____ YES ✓ NO

PREVIOUS ADDRESS: N/A

EMAIL ADDRESS: 1determinejewel@gmail.com

MARITAL STATUS:
☐ MARRIED   SPOUSE'S NAME: _____          SS#: ___/___/___
✓ SINGLE
☐ DIVORCED

MEMBER OF HOUSEHOLD ON LIFE-SUPPORT: 0

APPLICANT'S EMPLOYER: Self-Employed

ADDRESS: _____          PHONE#: 470 435-5614

SPOUSE'S EMPLOYER: N/A

ADDRESS: _____          PHONE#: (   )

EMERGENCY CONTACT (other than spouse): Latone Johnson 954 918-71

I understand the following: (1) falsification of any of the above information may result in immediate discontinuance of utility service without notice; (2) there will be a charge of $60.00 connection fee  (3) there will be a charge of $5.00 for a check credit; (4) failure to pay my utility accounts in accordance with the Customer Care Department's policies will result in discontinuance of service; (5) failure to pay my final bill after any deposit refunds will result in the account being submitted to collections. I will, as a result, incur all collection costs.

I hereby acknowledge that I authorized Customer Care Department to obtain a credit report for my account from Equifax, Inc. when I opened my account.

SIGNATURE/ TITLE _____          DATE 10/8/19



## WAIVER OF LIABILITY TO CONNECT UTILITY SERVICES

The policy of the City of East Point Utilities is that the service is not connected without a responsible party on the premises. To allow for service connection at any time (whether or not a responsible party is on the premises), this waiver of liability form must be completed and signed by the property owner/renter/occupants and filed with the City East Point's Customer Care Department. This waiver must be completed every time the service is connected.

This **WAIVER OF LIABILITY** is entered into this _8th_ day of _Oct_ 20_19_ between the

City of East Point Utilities, and (name) _Abiola Adaside_(Property Owner/Renter/Occupant).

The Property that is being connected is located at _4060 Junice Dr B 11_ .

Property Owner/Renter/Occupant desires for the Utility services to be connected at this location at any time whether or not a responsible party is on the premises. The City of East Point Utilities will agree to connect the Utility services without a responsible party being on the premises only upon the completion and filing of this agreement with the City of East Point's Customer Care Department.

**RELEASE AND WAIVER OF LIABILITY:** Property Owner/Renter/Occupant hereby RELEASES, WAIVES and DISCHARGES the City of East Point Utilities, its successors and assigns, and its officers, employees, agents and consultants, from all liability, loss, claims, damages, possible or actual causes of action, cost, attorneys' fees, and other expenses arising from any actions, claims, arbitrations, demands or lawsuits that may otherwise accrue, including claims for or relating to damages, loss or injury to persons or property, in any way resulting from or related to the connection of the Utility services to this property, from any cause whatsoever.

By signing below, I am stating that I have read this agreement and understand the possible ramifications of allowing Utility services connection without a responsible party on the premises and that I am the owner/renter/occupant of the property listed above:

Property Owner/Renter/Occupant Signature _[signature]_

Property Owner/Renter/Occupant Name (please print) _Abiola Adaside_

Date Signed _10 08 2019_ Phone Number _470 435 5614_

_____

Revised 3.27.17

## CLAYTON COUNTY MAGISTRATE COURT

CASE#   2018CM26443  RB   Patho                    DISPOSSESSORY CALENDAR
Position 23 of 23

LATORIC JOHNSON ETAL                    ****************************
1146 SUMMER BROOK RD                    * THIS IS YOUR NOTICE  *
COLLEGE PARK  GA 30349                  * TO APPEAR IN COURT  *
                                        ****************************

                                        PLEASE SEE IMPORTANT COURT INSTRUCTIONS
                                        AT THE BOTTOM OF THIS NOTICE

2018CM26443 DIS 10/22/2018

EMMANUEL AND ELIZABETH (PLA)                    PRO SE
OBI EMMANUEL (PLA)                              PRO SE
VS.
JOHNSON LATORIC ETAL  (DEF)                     PRO SE
ADESIDA ABIOLA  (DEF)                           PRO SE

The trial of this case will be held before Judge RICHARD BROWN
at 01:30 PM on OCTOBER 22, 2018 in Courtroom 203 of the Harold R. Banke
Justice Center located at 9151 Tara Blvd. Jonesboro GA 30236.
Automated directions may be obtained by calling (678) 479-5333 or visit
HTTP://WWW.CLAYTONCOUNTYGA.GOV/HRBANKEDIRECTIONS

For more information, go to: http://www.claytoncountyga.gov/courts
**********************************************************************************
Failure of the Plaintiff to attend may result in dismissal of the claim for lack of
prosecution.  Failure of the Defendant to attend may result in the entry of a judgement
in favor of the Plaintiff.  Do not be late.  If you are not present in the courtroom when
the calendar is called, your case will be jeopardized.

The Court will hear all the evidence at the time of trial.  You should bring any
documents, receipts, canceled checks, photographs or other similiar documents with
you for the trial.  If any of your documents were prepared by a person who is not a
party to this case, you should have the person who prepared the document present to
testify as to the contents of the document.  Letters from witnesses and damage
estimates, even if notarized, are generally not admissible as evidence.  Failure to do so
may result in the evidence being ruled inadmissible.  The Court does not call witnesses
on the telephone. While parties to actions filed in Magistrate Court are not required
to have an attorney, please remember that the rules of evidence contained in Georgia
law still apply.  Evidence or testimony not presented properly will not be considered.

If either party has witnesses that will not voluntarily appear for trial or needs
documents produced that are in the custody of a third person, you may obtain
subpoenas from the Clerk of Court.  It is the responsibility of the party sending the
subpoena to have it served in the manner provided by law.

**********************************************************************************

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

RECEIVED & FILED
Dec 14 2018
*Tiki Brown*
CLERK, STATE COURT
CLAYTON COUNTY

November Term, 2018                                          Criminal Action No. 2018CR02464-D

STATE OF GEORGIA  vs.  ABIOLA AFMEF ADESIDA

COUNT I            POSSESSION OF MARIJUANA ONE OUNCE OR LES
The States Motion for Nolle Prosequi for the charge is Granted.

SO ORDERED, this 14th day of December, 2018.
SEE ATTACHED ADDENDA, if ANY.

_____
Linda S. Cowen
Judge, State Court
Clayton Judicial Circuit



I certify that this
is a true copy of
the original document.

TIKI BROWN
Clerk State Court
Clayton County, Georgia

By_____
Deputy Clerk

1 OF 1

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

```
┌─────────────────────────────────┐
│   RECEIVED & FILED              │
│   Feb 17 2017                   │
│       Tiki Brown                │
│   CLERK, STATE COURT            │
│   CLAYTON COUNTY                │
└─────────────────────────────────┘
```

February Term, 2017                                    Criminal Action No. 2016CR10418-D

**STATE OF GEORGIA  vs.  ABIOLA ADESIDA**

COUNT I          POSSESSION OF MARIJUANA ONE OUNCE OR LES
The States Motion for Nolle Prosequi for the charge is Granted.

COUNT II         OBSTRUCTING AN OFFICER
The States Motion for Nolle Prosequi for the charge is Granted.

SO ORDERED, this 17th day of February, 2017.
SEE ATTACHED ADDENDA, if ANY.

_____
Linda S. Cowen
Judge, State Court
Clayton Judicial Circuit

I certify that this
is a true copy of
the original document,

TIKI BROWN
Clerk State Court
Clayton County, Georgia
By_____
Deputy Clerk

**Photos from our Thanksgiving 2020 trip to New Orleans**



**My 43rd birthday trip to Vegas Dec 2020**





Picture from birthday trip to vegas.



Abiola and my twin son helping for my grand opening of my Spa business " Mocha Beauty Spa July 2021



**Taking my second son to college in North Louisiana for Fall 2021 semester**



Photos at my second son's Senior Night "caption and date from social media post



**Christmas 2020 Dinner at our current home**





Applicant's spouse with sons.

Photos 1-5 - Pictures from our Matrimony
06/26/2018

① 

② 

③ 

④ 

*Wedding day pictures*



Picture with our Marriage certificate.

Photo from our Honeymoon in South Florida



The chaplain that wed and counselor us.



Mother's day weekend with our mothers at
our home in College Park, GA.





Abiola at my family-owned restaurant in South Florida eating BBQ Pork for the first time.



Abiola at my family-owned restaurant in
South Florida

2018



Abiola at my family-owned
restaurant in South Florida



Screenshot of Sons wishing birthday to Latonic Johnson (Mother) through video



Screenshot of video — Son's wishing birthday to Latoric Johnson (Mother)



Video screenshot of Applicant & Applicant's spouse.