UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

-----------------------------------------------------------x

ALLEN WILLIAMS,                                                    Dkt #:

                Plaintiff/Petitioner,

- against –

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

                Defendant/Respondent.

-----------------------------------------------------------x

## ORDER (*IN FORMA PAUPERIS*)

**WHEREAS** the Plaintiff filed a motion to proceed *in forma pauperis*; it is hereby

**ORDERED** that the Plaintiff is granted leave to proceed *in forma pauperis* and that the Plaintiff shall not be required to pay the filing fee in this case; and it is further

**ORDERED** that the Clerk shall file Plaintiff's complaint and issue summonses. The United States Marshall is Ordered to serve the summonses with a copy of the complaint and this order on Defendant(s). The United States shall advance the costs of service.

SO ORDERED:

_____