## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| ARGELIA SOLITO, | ) | |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION |
| SAM'S EAST, INC., JOHN DOE 1-2, ABC CORP., and XYZ CORP., | ) ) ) ) | 23A02118 |
|     Defendants. | ) ) | |

### DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL

TO:   Clerk, State Court of DeKalb County, Georgia.

In compliance with 28 U.S.C. § 1446(d), you are hereby notified of the filing of a Notice of Removal in this action to the United States District Court for the Northern District of Georgia, Atlanta Division, a copy of which is attached hereto.

Respectfully submitted, this ___ day of August, 2023.

**DREW ECKL & FARNHAM, LLP**

*/s/ Michael L. Miller*
Michael L. Miller
Georgia Bar No. 508011
Katherine I. Barton
Georgia Bar No. 882335
*Attorneys for Sam's East, Inc.*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
millerm@deflaw.com
bartonk@deflaw.com

EXHIBIT D

- 2 -

**CERTIFICATE OF SERVICE**

Today I served a copy of *Defendant's Notice of Filing of Notice of Removal* upon counsel of record via Statutory Electronic Service addressed as follows:

Hung Q. Nguyen, Esq.
HQ Alex Nguyen Law Firm LLC
5495 Jimmy Carter Blvd., Suite B-17
Norcross, GA 30093
litigation@770goodlaw.com
alex@770goodlaw.com

This _____ day of August, 2023.

        **DREW ECKL & FARNHAM, LLP**

        */s/Michael L. Miller*
        Michael L. Miller
        Georgia Bar No. 508011
        *Attorneys for Sam's East, Inc.*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
millerm@deflaw.com

13681372/1
05695-260504