IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREAT MIDWEST INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>BUTCH THOMPSON ENTERPRISES, INC, CONRAD CORPORATION, INC., JUDSON C. THOMPSON, and CAROLYN S. THOMPSON,<br><br>    Defendants. | Case No. _____ |

## VERIFICATION TO COMPLAINT

Pursuant to 28 U.S.C. § 1746, I declare that:

1. I am over eighteen (18) years old and competent to give this verification. The statements herein are based on my personal knowledge, and if called as a witness, I would testify to the same.

2. I am an Assistant Vice President – Surety Claims for Great Midwest Insurance Company ("Surety"). I am primarily responsible for handling the matters related to the bonds executed by Surety on behalf of Butch Thompson Enterprises,

Inc. ("Principal"), including this matter, and have personal knowledge of the facts stated in this affidavit.

3. The facts stated in the Verified Complaint against Butch Thompson Enterprises, Inc., Conrad Corporation, Inc., Judson C. Thompson, and Carolyn S. Thompson are true and correct based on my personal knowledge.

4. The exhibits attached to the Verified Complaint, based upon my personal knowledge, are true, accurate and complete duplicates of the originals. The exhibits are records of the acts, events, conditions, and/or opinions described and were made at or near the time by, or from information transmitted by, a person with knowledge. The exhibits are business records which were kept in the course of a regularly conducted business activity, and it was the regular practice of that business to make the records, of which I am a custodian.

5. Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of August, 2023.

*[signature]*

**Alex Kahn**