# GREAT MIDWEST INSURANCE COMPANY

A Subsidiary of Skyward Specialty Insurance Group, Inc. ™

PLAINTIFF'S
EXHIBIT

**B**
_____

April 18, 2023

**Via Certified Mail**
**(and via E-mail to judthompson@btenterprises.com)**

**Judson C. Thompson**
553 E. New Salem Common
Marietta, GA 30064

**Carolyn S. Thompson**
553 E. New Salem Common
Marietta, GA 30064

**Butch Thompson Enterprises, Inc.**
2933 Cherokee St., Ste. 200
Kennesaw, GA 30144

**Conrad Corporation, Inc.**
553 E. New Salem Common
Marietta, GA 30064

RE:   **COLLATERAL DEMAND**
  Surety:  Great Midwest Insurance Company
  Principal: Butch Thompson Enterprises, Inc.
  Claim No.: GC026812, GC026813, GC026986, GC027068 (PLB Const.)

Dear all:

As you know, Great Midwest Insurance Company (the "Surety") has issued certain surety bonds on your behalf.  Our records indicate that the following bonds are currently open:

| Bond Number | Account Name | Obligee Name | Bond Amount |
|---|---|---|---|
| GM208044 | Butch Thompson Ent. | Cobb County | $276,052.98 |
| GM208045 | Butch Thompson Ent. | Cobb County | $307,773.82 |
| GM208048 | Butch Thompson Ent. | Cobb County | $8,250.00 |
| GM208049 | Butch Thompson Ent. | Cobb County | $480,132.00 |
| GM208031 | Butch Thompson Ent. | Cobb County | $328,030.18 |
| GM208038 | Butch Thompson Ent. | Cobb County | $84,927.00 |
| GM208040 | Butch Thompson Ent. | Cobb County | $4,382,583.87 |
| GM208028 | Butch Thompson Ent. | Cobb County DOT | $300,224.00 |
| GM208042 | Butch Thompson Ent. | Cobb County DOT | $121,913.53 |
| GM208043 | Butch Thompson Ent. | Cobb County DOT | $343,963.00 |

As you also know, we have recently received multiple payment bond claims arising out of the above-referenced bonds for the Hillcrest Drive project (GM208040), the Stonewall Drive

project (GM208044), the Mountain Creek Drive project (GM208043), and the PLB Construction project for GA DOT (GM209500) totaling over $261,000.00.

This is a matter of significant concern, as we anticipate the Butch Thompson Enterprises' will be unlikely to be able to make these payments. Additionally, the Surety has received notice from Cobb County that Butch Thompson Enterprises, Inc. may be in default on the Hillcrest Drive project.

As you also know, on or around May 4, 2021, Butch Thompson Enterprises, Inc., Conrad Corporation, Inc., Judson C. Thompson, and Carolyn S. Thompson (collectively, the "Indemnitors") executed a General Agreement of Indemnity ("GAI") on behalf of the Surety.

Paragraph 7.5 of the GAI states that the Indemnitors are in default of the GAI upon "the failure of any Principal to pay for labor, materials ordered for or used in connection with any Bonded contract, bills or other indebtedness in connection with the performance of any contract with respect to which a Bond has been executed by Surety and/or the failure of any Principal and/or Indemnitor to pay or compromise any claim that a person or entity was not paid for such labor, materials, bills or other indebtedness."

Given the foregoing, it is apparent that the Indemnitors are currently in default under the terms of the GAI and because of the defaults, the multiple claims made, and the likelihood of additional claims, the Surety demands, pursuant to Paragraph 5 of the GAI, that the Indemnitors deposit collateral, on or before April 24, 2023 in the amount of $500,000.00 with the Surety, representing a portion of the Surety's current exposure.

Please be assured that the Surety intends to continue its amicable relationship with Butch Thompson Enterprises, Inc., and the Surety appreciates the Indemnitors' anticipated willingness to work with the Surety to resolve this matter successfully.

Please note that this correspondence and all prior or subsequent communications are made with a full reservation of all of the Surety's rights that may be available at law, equity, and/or under the terms and provisions of the GAI.

Sincerely,

*/s/ Janine Miller*

Janine Miller
Claims Adjuster, Surety
Janine.miller@skywardinsurance.com

April 18, 2023

cc:   Marcus Stowers, Regional Vice President Skyward Specialty Insurance (via e-mail only)
       Marvala Erinkitola, Oakbridge Insurance Agency