# GREAT MIDWEST INSURANCE COMPANY
A Subsidiary of Skyward Specialty Insurance Group, Inc. ™


PLAINTIFF'S EXHIBIT C

July 21, 2023

**Via FEDEX**
**(and via E-mail to judthompson@btenterprises.com)**

| | |
|---|---|
| **Judson C. Thompson** | **Carolyn S. Thompson** |
| 553 E. New Salem Common | 553 E. New Salem Common |
| Marietta, GA 30064 | Marietta, GA 30064 |
| | |
| **Butch Thompson Enterprises, Inc.** | **Conrad Corporation, Inc.** |
| 2933 Cherokee St., Ste. 200 | 553 E. New Salem Common |
| Kennesaw, GA 30144 | Marietta, GA 30064 |

RE:   INDEMNITY AND COLLATERAL DEMAND
          Surety:         Great Midwest Insurance Company
          Principal:     Butch Thompson Enterprises, Inc.
          Claim Nos.:  GC026812, GC026813, GC026986

Dear all:

This letter follows up on Great Midwest Insurance Company's (the "Surety") April 18, 2023, demanding the deposit of collateral in the amount of $500,000.  To date, the Surety has not received any collateral, or even a written response to its letter.

The Surety has received numerous payment bond claims arising out of the various bonds on behalf of Butch Thompson Enterprises, Inc. ("BTE").  The Surety has incurred the following losses, to date:

| Project | Payment Bond Claims Paid |
|---|---|
| Mountain Creek Drive (Bond No. GM208043) | $47,000 |
| Stonewall Drive (Bond No. GM208044) | $53,190 |
| Shelley Court (Bond No. GM208039) | $1,995 |
| Hillcrest Drive (Bond No. GM208040) | $213,385.79 |

In total, the Surety has paid to date $315,570.79.[1]  The Surety has recovered $117,643.40 from Cobb County, Georgia, which has reduced the Surety's total loss on the payment bonds to $197,927.39 (excluding its legal and consulting expenses).

---

[1] The Surety is also aware of a payment bond claim by Foley Products which is currently being investigated and will likely be resolved for approximately $80,000 given BTE's own statement that the amount is owed.

On May 9, 2023, Cobb County, Georgia (the "County") declared BTE to be in default of the Hillcrest Drive Sidewalk Project (the "Project"). The County demanded that the Surety perform according to its obligations under the Bond. The Surety met with BTE on May 15, 2023, at its offices and visited the Project site with BTE. The Surety repeatedly asked that BTE prepare a cost to complete and/or contact other contractors to determine whether it could find someone to complete the Project as BTE informed the Surety that it would be financially unable to do so. BTE has not provided a plan or any assurances that it could cure the default or complete the Project. The Surety has received no written response from BTE to the County in response to the default. On June 16, 2023, BTE provided a five-page list of line items which appeared to be BTE's estimated remaining cost. The total was $3,308,247.09. There was no accompanying plan as to how BTE could complete the work given its lack of equipment, materials, and personnel.

In the intervening time, the Surety prepared a bid package and shared the information with interested contractors in the Atlanta area. The bid deadline was set for July 14, 2023. The following bids were received 1) IP Construction - $3,890,947.72; and 2) Willson Construction Mgt - $5,332,880.52. Please find both proposals enclosed.

The Surety is currently reviewing the bid by IP Construction to determine its responsiveness, but assuming it is responsive, the Surety will proceed to negotiate with the County and IP Construction to complete the Project. Given the remaining contract balance of $2,574,020.02, <u>the Surety's projected loss to complete the Project is $1,316,927.70</u>. The total loss will depend on the actual units approved by the County for completion of the remaining work.

Additionally, the Surety has currently paid $13,888.26 in accounting fees, construction engineering fees, and attorneys' fees. The Surety estimates that this number will increase to at least $50,000 to resolve all claims.

On or around May 4, 2021, Butch Thompson Enterprises, Inc., Conrad Corporation, Inc., Judson C. Thompson, and Carolyn S. Thompson (collectively, the "Indemnitors") executed a General Agreement of Indemnity ("GAI") on behalf of the Surety.

Paragraph 7.1 of the GAI states that the Indemnitors are in default of the GAI upon "any default and/or breach in the performance of an Obligation by any Principal or any declaration by any obligee of an Obligation that any Principal is in default and/or in breach (or the equivalent thereunder."

Paragraph 7.5 of the GAI states that the Indemnitors are in default of the GAI upon "the failure of any Principal to pay for labor, materials ordered for or used in connection with any Bonded contract, bills or other indebtedness in connection with the performance of any contract with respect to which a Bond has been executed by Surety and/or the failure of

any Principal and/or Indemnitor to pay or compromise any claim that a person or entity was not paid for such labor, materials, bills or other indebtedness."

Paragraph 7.7 of the GAI states that the Indemnitors are in default of the GAI upon "the voluntary or involuntary cessation or suspension of work, abandonment, forfeiture, refusal or inability to perform the terms or any provision of any contract required to be performed by any Principal in connection with the performance of any contract with respect to which a Bond has been executed by Surety, or to meet or maintain any schedule approved by any obligee."

Given the foregoing, it is apparent that the Indemnitors are currently in default under the terms of the GAI and because of the defaults, and the multiple claims made, <u>the Surety demands, 1) the indemnitors make payment to Surety in the amount of $211,815.65</u> to indemnify Surety for its loss to date (payment bond losses and expenses), and 2<u>) pursuant to Paragraph 5 of the GAI, that the Indemnitors deposit collateral, on or before July 28, 2023, in the amount of $1,500,000.00 with the Surety, representing a portion of the Surety's current exposure on the performance and payment bonds</u>.

Please note that this correspondence and all prior or subsequent communications are made with a full reservation of all of the Surety's rights that may be available at law, equity, and/or under the terms and provisions of the GAI.

Sincerely,

*/s/ Alex Kahn*

Alex Kahn
Assistant Vice President – Surety Claims
akahn@skywardinsurance.com


cc:   Marcus Stowers, Regional Vice President Skyward Specialty Insurance (via e-mail only)