

Butch Thompson Enterprises, Inc.
Itemized Statement of Losses & Expenses
August 2, 2023

| | | Loss Paid | Expense Paid | Total Paid | Recovery | Losses & Expenses Incurred |
|---|---|---|---|---|---|---|
| **Mountain Creek Dr.** | | | | | | |
| GC026812 GM208043 | Tidwell Const. | $47,000.00 | $0.00 | $47,000.00 | $0.00 | $47,000.00 |
| **Stonewall Drive** | | | | | | |
| GC026813 GM208044 | Utility Asset Mgt. | $53,190.00 | $0.00 | $53,190.00 | $10,127.95 | $43,062.05 |
| **Shelley Court** | | | | | | |
| GC027660 GM208039 | Kadenzo Ent. | $1,995.00 | $0.00 | $1,995.00 | $0.00 | $1,995.00 |
| **Hillcrest Drive** | | | | | | |
| GC026986 GM208040 | AQC Traffic Control | $83,187.00 | $16,484.26 | $229,870.05 | $107,515.45 | $122,354.60 |
| | Cost Low Tree | $80,000.00 | | | | |
| | Tidwell Traffic | $8,172.54 | | | | |
| | Kadenzo Ent. | $31,433.75 | | | | |
| | Solid Path | $10,592.50 | | | | |
| | | $213,385.79 | | | | |
| **PLB Construction** | | | | | | |
| GC027068 GM209500 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | $315,570.79 | $16,484.26 | $332,055.05 | $117,643.40 | **$214,411.65** |