IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREAT MIDWEST INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>BUTCH THOMPSON ENTERPRISES, INC, CONRAD CORPORATION, INC., JUDSON C. THOMPSON, and CAROLYN S. THOMPSON,<br><br>    Defendants. | Case No. _____ |

**Certificate of Interested Persons and Corporate Disclosure Statement**

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

GREAT MIDWEST INSURANCE COMPANY - Skyward Specialty Insurance Group, Inc., a publicly held company (NASDAQ: SKWD) owns 100% of Houston Specialty Insurance Company, a Texas stock insurance company, which owns 100% of Imperium Insurance Company, a Texas stock insurance company, who in turn owns 100% of Great Midwest Insurance Company.

BUTCH THOMPSON ENTERPRISES, INC. - No known parent corporation or publicly held company that owns 10% or more of the stock.

CONRAD CORPORATION, INC. - No known parent corporation or publicly held company that owns 10% or more of the stock.

JUDSON C. THOMPSON

CAROLYN S. THOMPSON

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

David A. Harris, Bovis, Kyle, Burch & Medlin, LLC – attorney for Plaintiff

Lochlin Samples, Smith, Currie & Hancock, LLP – attorney for Defendants

(4) [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

GREAT MIDWEST INSURANCE COMPANY – Citizen of Texas.

BUTCH THOMPSON ENTERPRISES, INC. – Citizen of Georgia.

CONRAD CORPORATION, INC. – Citizen of Georgia

JUDSON C. THOMPSON – Citizen of Georgia.

CAROLYN S. THOMPSON – Citizen of Georgia.

Submitted this 2nd day of August, 2023,

        /s/ David A. Harris
**David A. Harris**
Georgia Bar Number 668708

**Bovis, Kyle, Burch, & Medlin LLC**
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
770-391-9100
770-668-0878 fax
dah@boviskyle.com

Attorney for Great Midwest Insurance Company