UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MARK RUTLEDGE,<br><br>　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　Defendant. | CASE NO. _____ |

### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court and states as follows:

1. Experian is the only named Defendant in Civil Action No. 23MS186413 filed in the Magistrate Court of Fulton County, Georgia (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the Court on June 28, 2023. Experian was served with the Complaint on July 3, 2023.

3. This Notice is being filed with this Court within thirty (30) days after Defendant Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. This Court is the proper district court for removal because the State Court Action is pending within this district.

5. A copy of all process, pleadings, and orders served upon the Defendants in the State Court Action is attached hereto as Exhibit A.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims of relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681. Thus, this court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

8. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: August 2, 2023

Respectfully submitted,
*s/ Rachel Krutz*
Rachel Krutz
Georgia Bar No.: 745005
JONES DAY
1221 Peachtree Street NE, Suite 400
Atlanta, Georgia 30361
Tel. (404) 581-8234
rkrutz@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of August, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day upon Plaintiff *pro se* via U.S. Mail at the address shown below:

Mark Rutledge
964 Ralph David Abernathy
Atlanta, Georgia 30310
Tel. (973) 902-3012
*Pro Se Plaintiff*

/s/ *Rachel Krutz*
Rachel Krutz

# EXHIBIT A



**CT Corporation**
**Service of Process Notification**
07/03/2023
CT Log Number 544206070

## Service of Process Transmittal Summary

| | |
|---|---|
| **TO:** | Tom Le<br>Experian<br>475 ANTON BLVD BLDG D<br>COSTA MESA, CA 92626-7037 |
| **RE:** | **Process Served in Georgia** |
| **FOR:** | Experian Information Solutions, Inc.  (Domestic State: OH) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Mark Rutledge vs. EXPERIAN INFORMATION SOLUTIONS<br>Name discrepancy noted. |
| **DOCUMENT(S) SERVED:** | Entry of Service, Statement of Claim |
| **COURT/AGENCY:** | Fulton County - Magistrate Court, GA<br>Case # 23MS186413 |
| **NATURE OF ACTION:** | Claim for false and innacurate information on report causing actual damages. Seeking $15,000.00 |
| **PROCESS SERVED ON:** | C T Corporation System, Lawrenceville, GA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 07/03/2023 at 12:24 |
| **JURISDICTION SERVED:** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S)/SENDER(S):** | MARK RUTLEDGE<br>964 RALPH DAVID ABERNATHY<br>ATLANTA, GA 30310<br>973-902-3012 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/04/2023, Expected Purge Date: 07/09/2023<br><br>Image SOP<br><br>Email Notification,  April Williams  april.williams@experian.com<br><br>Email Notification,  Francesca Di Iorio  francesca.diiorio@experian.com<br><br>Email Notification,  Tom Le  marina.velardi@experian.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>289 S. Culver St.<br>Lawrenceville, GA 30046<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |
| **REMARKS:** | Due to the illegible condition of the enclosed documents, CTs transmittal may be incomplete. |



**CT Corporation**
**Service of Process Notification**
07/03/2023
CT Log Number 544206070

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Jul 3, 2023
**Server Name:** Drop Service

| Entity Served | EXPERIAN INFO SOLUTIONS |
|---|---|
| Case Number | 23MS186413 |
| Jurisdiction | GA |

| Inserts | | |
|---|---|---|
| | | |



Civil Action No. _____

Date Filed _____

Attorney's Address

_____
_____
_____

Name and Address of party to be served.

_____
_____
_____

Magistrate Court ☐
Superior Court ☐
State Court ☐
Georgia, Gwinnett County

_____
_____ **Plaintiff**

VS.

_____
_____ **Defendant**

_____
_____ **Garnishee**

## Sheriff's Entry Of Service

**Personal** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20_____.

_____
**Deputy**

Sheriff Docket_____ Page_____

_____
**Gwinnett County, Georgia**

WHITE: Clerk          CANARY: Plaintiff / Attorney          PINK: Defendant

SC-2 Rev.3.13

**SECOND ORIGINAL**

# IN THE MAGISTRATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

Mark Rutledge
964 Ralph David Abernathy Blvd SW
Atlanta, GA. 30310

Plaintiff(s) Name, Address, Phone

vs.

Experian Information Solutions
989 S Culver Street
Lawrenceville, GA. 30046

Defendant(s) Name, Address

CASE NO. _____

## STATEMENT OF CLAIM

Fulton County Magistrate Court
***E-FILED***AP
Date: 6/28/2023 2:01 PM
Cathelene Robinson, Clerk
23MS186413

Plaintiff's Attorney, Name, Address, Phone

[ ] Suit on Note  [ ] Suit on Account  [ ] Contract  [ ] Tort  [ ] Trover  [ ] Personal Injury  [✓] Other _____

1. The Court has jurisdiction over the defendant(s) [ ] the Defendant(s) is a resident of _____ County; [ ] Other (please specify) _____

2. Plaintiff(s) claims the Defendant(s) is indebted to the Plaintiff(s) as follows (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim):
Pursuant to 15 U.S.C. 1681 Congress defines Experian as Elaborate Mechanism and they are reporting false and inaccurate information on my report. Are in violation. Inaccurate information has impaired my report causing Actual Damages and denials.

3. This claim is in the amount of $ 15,000.00, principal $ _____ interest, plus ____ costs to date, and all future costs of this suit.

4. Please select hearing location:  ( ) Downtown Courthouse  ( ) North Annex  ( ) South Annex

STATE OF GEORGIA, FULTON COUNTY
Mark Rutledge being duly sworn on oath says the foregoing is a just and true statement the amount owing by defendant(s) to plaintiff(s), exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this
25 day of June 20 23

Notary Public/Attesting Official         Deputy Clerk

Plaintiff(s) or Agent
(If Agent, Title or Capacity)

973 902-3092  mark.d.sutton@gmail.com
Day Time Phone Number & Email Address

## NOTICE AND SUMMONS

TO: All Defendant(s) You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained for the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, *JUDGMENT BY DEFAULT* WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE OR CLERK.  Answer & Counterclaim forms are available at the Clerk's office and online (magistratefulton.org). Answers & counterclaims should be electronically filed with the Magistrate Court Clerk, either an oral or written answer at room TG100, 185 Central Ave., S.W. Atlanta, Georgia 30303 between 8:30 A.M. and 5:00 P.M. OR electronically at www.odysseyefilega.com (convenience fee applies).  If you choose to file your answer orally, YOU MUST COME TO THE COURT IN PERSON within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at a time scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff(s), you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff(s)'claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during business hours.

This ____ day of ____, 20 ___          6/28/2023 2:01 PM

Magistrate Judge or Deputy Clerk

MAG 10-01 STATEMENT OF CLAIM OCTOBER 2018