**EXHIBIT A**



U.S. Food & Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD  20993
www.fda.gov

November 21, 2022

**REFUSE TO ACCEPT**

███████████████████████

Attention: Vince Angelico, Chief Scientific Officer
Accorto Regulatory Solutions
4551 Macon Farms Drive
Powhatan, VA 23139

**FDA Submission Tracking Numbers (STNs):** PM0005527.PD1-PM0005527.PD29 and PM0005569.PD1-PM0005569.PD30

Dear Vince Angelico:

We are refusing to accept your PMTAs[1] for the tobacco products identified in Appendix A. Note that attributes in Appendix A may display converted values. Refer to Appendix B for a list of amendments and additional submissions received.

Your applications do <u>not</u> meet the regulatory requirements to permit substantive review for the following reasons:

1. Your applications must include the following information required in 21 CFR 1114.7(c) and 21 CFR 1114.7(d):
   a. All of your applications must include the following information required in 21 CFR 1105.10(a)(7) and 21 CFR 1114.7(c)(3) within FDA Form 4057b for a closed e-cigarette:

      i. Product name, including brand and sub-brand
      ii. Product category
      iii. Product subcategory
      iv. Package type
      v. Product quantity
      vi. Characterizing flavor
      vii. Additional properties needed to uniquely identify the tobacco product (e.g., nicotine source (i.e., tobacco derived, non-tobacco derived, both, or none))
      viii. Length
      ix. Diameter
      x. Wattage
      xi. Battery capacity
      xii. E-liquid volume
      xiii. Nicotine concentration

---

[1] Premarket Tobacco Product Application (PMTA) submitted under section 910 of the Federal Food, Drug, and Cosmetic Act (FD&C Act)

      xiv.   PG/VG ratio

Although your applications may include the above product properties, you did not include the required information in FDA Form 4057b. Specifically, you did not include length for your products. Without the required information in the approved FDA forms, it is unclear what new products are being requested for marketing authorization and your applications are administratively incomplete.

2.  PM0005527.PD1 – PM0005527.PD3, PM0005527.PD10 – PM0005527.PD21, PM0005527.PD25 – PM0005527.PD29, and PM0005569.PD1 – PM0005569.PD10 do not include specimens of the labeling proposed to be used for your tobacco products, including labels, inserts, onserts, instructions, and other accompanying information, as required under section 910(b)(1)(F) of the FD&C Act and 21 CFR 1114.7(f)(1). *See* also 21 CFR 1114.7(a)(4). *See* 21 CFR 1114.27(a)(1)(ii) (providing that FDA may refuse to accept an application that is not administratively complete because it does not appear to contain the information required by 21 CFR 1114.7). Specifically, you provided examples of the packaging for POP SOLO Disposable E-Cigarette (Chilled Watermelon), POP FLEX Disposable E-Cigarette (Rainbow Candy), and POP BAR Disposable E-Cigarette (Banana Ice), however, these product names do not match the products listed in Appendix A. Furthermore, in your amendment dated July 18, 2022, the e-liquid volume did not correlate with the e-liquid volumes for the products listed above. In future applications, provide specimens of labels for each new tobacco product including different volumes. If you are providing sample labels, clearly identify what will change for each product covered by the representative label (e.g., changes in logos, volume, PG/VG, or nicotine concentration). Without this required information, your applications are administratively incomplete.

3.  Your applications include Environmental Assessments (EAs); however, your EAs do not identify all new tobacco products subject of review and, therefore, are not considered adequate. Specifically, you did not provide EAs for PM0005527.PD24, PM0005569.PD1, PM0005569.PD5, PM0005569.PD6, PM0005569.PD8, and PM0005569.PD10. FDA's regulations implementing the National Environmental Policy Act (NEPA) of 1969 (21 CFR 25.15(a)) explain that "[a]ll applications or petitions requesting agency action require the submission of an [environmental assessment] or a claim of categorical exclusion." Granting a PMTA marketing order is not a class of action that has a categorical exclusion in place and, therefore, requires an EA for each new tobacco product. Provide product-specific EAs that include the environmental impacts of the proposed action, the environmental impacts related to the use of the product, and the environmental impacts related to disposal from use of the product in your EAs, so that FDA can determine whether the proposed actions may significantly affect the quality of the human environment.

Additionally, although you submitted additional submissions which may have been intended to amend your applications, your submissions were not submitted using FDA Form 4057a – Premarket Tobacco Product Application Amendment and General Correspondence Submission and did not contain the certification statement. 21 CFR 1114.9 explains that "[a]n amendment must include the appropriate form and specify the STN assigned to the original submission and, if submitted other than at FDA's request, the reason for submitting the amendment. An amendment must also include the certification statement set forth in § 1114.7(m), with the appropriate information inserted, and signed by an authorized representative of the applicant." Thus, although your submissions may include the required content for a PMTA, they lack these necessary elements to accurately identify the purpose of the

submission as well as the applications, products, and content which is being amended. The absence of this information impedes FDA processing and does not contain enough information to know if the data can be trusted (e.g., if the individual submitting the information is authorized to amend a certain product or application). The required FDA form allows FDA to process your submissions. The required certification statement authenticates that the information and accompanying submission are true and correct, that no material fact has been omitted, that the signer is authorized to submit the information on the applicant's behalf, and that the signer understands that, under 18 U.S.C. 1001, anyone who knowingly and willfully makes a materially false, fictitious, or fraudulent statement to the Government of the United States is subject to criminal penalties. Without this required information, your submissions, which may be intended to amend your applications, will not be considered in FDA's review.

**You cannot introduce or deliver for introduction these products into interstate commerce in the United States. Doing so is a prohibited act under section 301(a) of the FD&C Act, the violation of which could result in enforcement action by FDA.**

If you choose to submit new PMTAs for these products, you must fulfill all requirements set forth in section 910(b)(1) and 21 CFR Part 1114. In order to do so, you may cross-reference a Tobacco Product Master File submission. Your new PMTAs should include all information necessary to support acceptance and filing so FDA may perform a substantive scientific review.

Refer to Appendix C for additional information to consider submitting in future submissions. The information provided in this letter may not represent a complete list of comments and potential deficiencies.

If you have any questions, please contact Corrilisha Telford, MPH, Regulatory Health Project Manager, at (301) 796 - 0209 or Corrilisha Telford@fda.hhs.gov.

Sincerely,

Digitally signed by Benjamin
Apelberg -S
Date: 2022.11.21 16:30:35 -05'00'

Benjamin Apelberg, Ph.D.
Acting Director
Office of Science
Center for Tobacco Products

**Enclosures (if provided electronically, the Appendix is not included in physical mail):**
    Appendix A – New Tobacco Products Subject of This Letter
    Appendix B – Amendments and Additional Submissions Received for This Applicant
    Appendix C – Additional Comments That May Be Considered for Future Submissions

**Appendix A[2,3,4,5]**

New Tobacco Products Subject of This Letter

| Common Attributes | |
|---|---|
| Submission date | May 13, 2022 |
| Receipt date | May 13, 2022 |
| Applicant | ████████████████████ |
| Product manufacturer | ████████████████ |
| Product category | ENDS(VAPES) |
| Product subcategory | Closed E-Cigarette |
| **Attributes[6]** | **New Tobacco Product** |
| STN | PM0005527 |
| Static Product ID | PD1 |
| Product Name | POP-SOLO Virginia Tobacco |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Tobacco |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 15 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | Not applicable (N/A) |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 79.5*47*25.6 mm, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |
| STN | PM0005527 |
| Static Product ID | PD2 |
| Product Name | POP-SOLO Menthol |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Menthol |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 15 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 79.5*47*25.7 mm, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |

---

[2] Properties to uniquely identify the new tobacco products were provided by the applicant as of the date of this letter, and not confirmed by FDA.

[3] Brand/sub-brand or other commercial name used in commercial distribution.

[4] Attributes of certain products intentionally left blank, as these were not provided by the applicant.

[5] Effective April 14, 2022, FDA's authority to regulate tobacco products was extended to include tobacco products containing nicotine from any source. As such, nicotine source is considered a required property for unique identification.
https://www.congress.gov/bill/117th-congress/house-bill/2471

| STN | PM0005527 |
|---|---|
| Static Product ID | PD3 |
| Product Name | POP-SOLO Classic |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Tobacco |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 8 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 79.5*47*25.8 mm, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |
| STN | PM0005527 |
| Static Product ID | PD4 |
| Product Name | POP-FLEX Virginia Tobacco |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Tobacco |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 8 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 79.5*47*25.9 mm, Wattage: 10.3-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |
| STN | PM0005527 |
| Static Product ID | PD5 |
| Product Name | POP-FLEX Menthol |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Menthol |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 8 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 79.5*47*25.10 mm, Wattage: 10.3-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |

| STN | PM0005527 |
|---|---|
| Static Product ID | PD6 |
| Product Name | POP-FLEX Classic |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Tobacco |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 8 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 79.5*47*25.11 mm, Wattage: 10.3-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |
| STN | PM0005527 |
| Static Product ID | PD7 |
| Product Name | POP-BAR Virginia Tobacco |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Tobacco |
| Battery Capacity | 1200 mAh |
| e-Liquid Volume | 12 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 33.1*21.0*109.0 mm, Wattage: 10.3-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |
| STN | PM0005527 |
| Static Product ID | PD8 |
| Product Name | POP-BAR Menthol |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Menthol |
| Battery Capacity | 1200 mAh |
| e-Liquid Volume | 12 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 33.1*21.0*109.0 mm, Wattage: 10.3-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |

| | |
|---|---|
| STN | PM0005527 |
| Static Product ID | PD9 |
| Product Name | POP-BAR Classic |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Tobacco |
| Battery Capacity | 1200 mAh |
| e-Liquid Volume | 12 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 33.1*21.0*109.0 mm, Wattage: 10.3-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |
| STN | PM0005527 |
| Static Product ID | PD10 |
| Product Name | POP-EXTRA Chilled Melon Berries(TFN) |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Chilled Melon Berries |
| Battery Capacity | 850 mAh |
| e-Liquid Volume | 5.6 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Wattage | 9.5 Watt |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 18.2*108.3 mm, Atomizer Resistance: 1.4 Ohm, Disposable |
| STN | PM0005527 |
| Static Product ID | PD11 |
| Product Name | POP-EXTRA Chilled(Georgia)Peach(TFN) |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Chilled (Georgia)Peach |
| Battery Capacity | 850 mAh |
| e-Liquid Volume | 5.6 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Wattage | 9.5 Watt |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 18.2*108.3 mm, Atomizer Resistance: 1.4 Ohm, Disposable |

| STN | PM0005527 |
|---|---|
| Static Product ID | PD12 |
| Product Name | POP-EXTRA Chilled Banana(TFN) |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Chilled Banana |
| Battery Capacity | 850 mAh |
| e-Liquid Volume | 5.6 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Wattage | 9.5 Watt |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 18.2*108.3 mm, Atomizer Resistance: 1.4 Ohm, Disposable |
| STN | PM0005527 |
| Static Product ID | PD13 |
| Product Name | POP-EXTRA Strawberry Apple(TFN) |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Strawberry Apple |
| Battery Capacity | 850 mAh |
| e-Liquid Volume | 5.6 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Wattage | 9.5 Watt |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 18.2*108.3 mm, Atomizer Resistance: 1.4 Ohm, Disposable |
| STN | PM0005527 |
| Static Product ID | PD14 |
| Product Name | POP-EXTRA Chilled Mango Berries(TFN) |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Chilled Mango Berries |
| Battery Capacity | 850 mAh |
| e-Liquid Volume | 5.6 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Wattage | 9.5 Watt |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 18.2*108.3 mm, Atomizer Resistance: 1.4 Ohm, Disposable |

PM0005527.PD1-PM0005527.PD29 and PM0005569.PD1-PM0005569.PD30                    Page 9 of 26

| STN | PM0005527 |
| --- | --- |
| Static Product ID | PD15 |
| Product Name | POP-EXTRA Chilled watermelon(TFN) |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Chilled watermelon |
| Battery Capacity | 850 mAh |
| e-Liquid Volume | 5.6 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Wattage | 9.5 Watt |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 18.2*108.3 mm, Disposable |
| STN | PM0005527 |
| Static Product ID | PD16 |
| Product Name | POP-EXTRA Blue Raspberry/RAZ(TFN) |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Blue Raspberry/RAZ |
| Battery Capacity | 850 mAh |
| e-Liquid Volume | 5.6 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Wattage | 9.5 Watt |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 18.2*108.3 mm, Atomizer Resistance: 1.4 Ohm, Disposable |
| STN | PM0005527 |
| Static Product ID | PD17 |
| Product Name | POP-EXTRA Chilled Blue Raspberry/RAZ(TFN) |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Chilled Blue Raspberry/RAZ |
| Battery Capacity | 850 mAh |
| e-Liquid Volume | 5.6 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Wattage | 9.5 Watt |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 18.2*108.3 mm, Atomizer Resistance: 1.4 Ohm, Disposable |

| STN | PM0005527 |
|---|---|
| Static Product ID | PD18 |
| Product Name | POP-EXTRA Mighty Mint(TFN) |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Mighty Mint |
| Battery Capacity | 850 mAh |
| e-Liquid Volume | 5.6 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Wattage | 9.5 Watt |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 18.2*108.3 mm, Atomizer Resistance: 1.4 Ohm, Disposable |
| STN | PM0005527 |
| Static Product ID | PD19 |
| Product Name | POP-EXTRA Pink Burst(TFN) |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Pink Burst |
| Battery Capacity | 850 mAh |
| e-Liquid Volume | 5.6 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Wattage | 9.5 Watt |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 18.2*108.3 mm, Atomizer Resistance: 1.4 Ohm, Disposable |
| STN | PM0005527 |
| Static Product ID | PD20 |
| Product Name | POP-EXTRA Passionfruit Strawberry Mango(TFN) |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Passionfruit Strawberry Mango |
| Battery Capacity | 850 mAh |
| e-Liquid Volume | 5.6 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Wattage | 9.5 Watt |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 18.2*108.3 mm, Atomizer Resistance: 1.4 Ohm, Disposable |

PM0005527.PD1-PM0005527.PD29 and PM0005569.PD1-PM0005569.PD30 Page 11 of 26

| STN | PM0005527 |
|---|---|
| Static Product ID | PD21 |
| Product Name | POP-EXTRA Grape(TFN) |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Grape |
| Battery Capacity | 850 mAh |
| e-Liquid Volume | 5.6 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Wattage | 9.5 Watt |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 18.2*108.3 mm, Atomizer Resistance: 1.4 Ohm, Disposable |
| STN | PM0005527 |
| Static Product ID | PD22 |
| Product Name | POP-EXTRA Virginia Tobacco |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Tobacco |
| Battery Capacity | 850 mAh |
| e-Liquid Volume | 5.6 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Wattage | 9.5 Watt |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 18.2*108.3 mm, Atomizer Resistance: 1.4 Ohm, Disposable |
| STN | PM0005527 |
| Static Product ID | PD23 |
| Product Name | POP-EXTRA Menthol |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Menthol |
| Battery Capacity | 850 mAh |
| e-Liquid Volume | 5.6 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Wattage | 9.5 Watt |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 18.2*108.3 mm, Atomizer Resistance: 1.4 Ohm, Disposable |

| STN | PM0005527 |
|---|---|
| Static Product ID | PD24 |
| Product Name | POP-EXTRA Classic |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Tobacco |
| Battery Capacity | 850 mAh |
| e-Liquid Volume | 5.6 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Wattage | 9.5 Watt |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 18.2*108.3 mm, Atomizer Resistance: 1.4 Ohm, Disposable |
| STN | PM0005527 |
| Static Product ID | PD25 |
| Product Name | POP-PRO Chilled Banana(TFN) |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Chilled Banana |
| Battery Capacity | 280 mAh |
| e-Liquid Volume | 1.3 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Wattage | 8 Watt |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 112*15.6*6.67 mm, Atomizer Resistance: 1.6 Ohm, Disposable |
| STN | PM0005527 |
| Static Product ID | PD26 |
| Product Name | POP-PRO Chilled Blue Raspberry/RAZ(TFN) |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Chilled Blue Raspberry/RAZ |
| Battery Capacity | 280 mAh |
| e-Liquid Volume | 1.3 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Wattage | 8 Watt |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 112*15.6*6.67 mm, Atomizer Resistance: 1.6 Ohm, Disposable |

| STN | PM0005527 |
|---|---|
| Static Product ID | PD27 |
| Product Name | POP-PRO Chilled Strawberry POM(TFN) |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Chilled Strawberry POM |
| Battery Capacity | 280 mAh |
| e-Liquid Volume | 1.3 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Wattage | 8 Watt |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 112*15.6*6.67 mm, Atomizer Resistance: 1.6 Ohm, Disposable |
| STN | PM0005527 |
| Static Product ID | PD28 |
| Product Name | POP-PRO Chilled watermelon(TFN) |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Chilled watermelon |
| Battery Capacity | 280 mAh |
| e-Liquid Volume | 1.3 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Wattage | 8 Watt |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 112*15.6*6.67 mm, Atomizer Resistance: 1.6 Ohm, Disposable |
| STN | PM0005527 |
| Static Product ID | PD29 |
| Product Name | POP-PRO Mint(TFN) |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Mint |
| Battery Capacity | 280 mAh |
| e-Liquid Volume | 1.3 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Wattage | 8 Watt |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter: 112*15.6*6.67 mm, Atomizer Resistance: 1.6 Ohm, Disposable |

| STN | PM0005569 |
|---|---|
| Static Product ID | PD1 |
| Product Name | POP-SOLO, Chilled Watermelon |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Iced Watermelon |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 15 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 79.5*47*25.6*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |
| STN | PM0005569 |
| Static Product ID | PD2 |
| Product Name | POP-SOLO, Mint |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Mint |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 15 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 79.5*47*25.6*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |
| STN | PM0005569 |
| Static Product ID | PD3 |
| Product Name | POP-SOLO, Spearmint |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Spearmint |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 15 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 79.5*47*25.6*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |

PM0005527.PD1-PM0005527.PD29 and PM0005569.PD1-PM0005569.PD30                    Page 15 of 26

| STN | PM0005569 |
|---|---|
| Static Product ID | PD4 |
| Product Name | POP-SOLO, Strawberry Mango |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Strawberry Mango |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 15 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 79.5*47*25.6*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |
| STN | PM0005569 |
| Static Product ID | PD5 |
| Product Name | POP-SOLO, Chilled Red Apple |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Iced Red Apple |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 15 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 79.5*47*25.6*, Wattage: 8.5-10.8 Watts, Disposable |
| STN | PM0005569 |
| Static Product ID | PD6 |
| Product Name | POP-SOLO, Chilled Blue Raz |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Iced Blue Raz |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 15 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 79.5*47*25.6*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |

| STN | PM0005569 |
|---|---|
| Static Product ID | PD7 |
| Product Name | POP-SOLO, White Gummy Bear |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | White Gummy Bear |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 15 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 79.5*47*25.6*, Wattage: 8.5-10.8 Watts, Disposable |
| STN | PM0005569 |
| Static Product ID | PD8 |
| Product Name | POP-SOLO, Chilled Strawberry |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Iced Strawberry |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 15 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 79.5*47*25.6*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |
| STN | PM0005569 |
| Static Product ID | PD9 |
| Product Name | POP-SOLO, Mixed Berries |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Mixed Berries |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 15 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 79.5*47*25.6*, Wattage: 8.5-10.8 Watts, Disposable |

PM0005527.PD1-PM0005527.PD29 and PM0005569.PD1-PM0005569.PD30                    Page 17 of 26

| STN | PM0005569 |
| --- | --- |
| Static Product ID | PD10 |
| Product Name | POP-SOLO, Orange Soda |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Orange Fenta |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 15 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 79.5*47*25.6*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |
| STN | PM0005569 |
| Static Product ID | PD11 |
| Product Name | POP-FLEX, Strawberry Banane Ice |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Strawberry Banane Ice |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 8 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 79.5*47*25.6*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |
| STN | PM0005569 |
| Static Product ID | PD12 |
| Product Name | POP-FLEX, Strawberry Bubblegum Ice |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Strawberry Bubblegum Ice |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 8 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 79.5*47*25.6*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |

| STN | PM0005569 |
|---|---|
| Static Product ID | PD13 |
| Product Name | POP-FLEX, Rainbow Candy |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Rainbow Candy |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 8 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 79.5*47*25.6*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |
| STN | PM0005569 |
| Static Product ID | PD14 |
| Product Name | POP-FLEX, Blueberry Mint |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Blueberry Mint |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 8 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 79.5*47*25.6*, Wattage: 8.5-10.8 Watts, Disposable |
| STN | PM0005569 |
| Static Product ID | PD15 |
| Product Name | POP-FLEX, Blue Raz |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Blue Raz |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 8 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 79.5*47*25.6*, Wattage: 8.5-10.8 Watts, Disposable |

| STN | PM0005569 |
|---|---|
| Static Product ID | PD16 |
| Product Name | POP-FLEX, Cool Mint |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Cool Mint |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 8 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 79.5*47*25.6*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |
| STN | PM0005569 |
| Static Product ID | PD17 |
| Product Name | POP-FLEX, Watermelon Apple |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Watermelon Apple |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 8 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 79.5*47*25.6*, Wattage: 8.5-10.8 Watts, Disposable |
| STN | PM0005569 |
| Static Product ID | PD18 |
| Product Name | POP-BAR, Dewberry |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Dewberry |
| Battery Capacity | 1200 mAh |
| e-Liquid Volume | 12 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 33.1*21.0*109.0*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |

| STN | PM0005569 |
|---|---|
| Static Product ID | PD19 |
| Product Name | POP-BAR, Bubblegum |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Bubblegum |
| Battery Capacity | 1200 mAh |
| e-Liquid Volume | 12 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 33.1*21.0*109.0*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |
| STN | PM0005569 |
| Static Product ID | PD20 |
| Product Name | POP-FLEX, Watermelon Mint |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Watermelon Mint |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 8 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 79.5*47*25.6*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |
| STN | PM0005569 |
| Static Product ID | PD21 |
| Product Name | POP-FLEX, Peachy Rings |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Peachy Rings |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 8 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 79.5*47*25.6*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |

PM0005527.PD1-PM0005527.PD29 and PM0005569.PD1-PM0005569.PD30                    Page 21 of 26

| STN | PM0005569 |
|---|---|
| Static Product ID | PD22 |
| Product Name | POP-FLEX, Tropical Punch |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Fruit Punch |
| Battery Capacity | 500 mAh |
| e-Liquid Volume | 8 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 79.5*47*25.6*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |
| STN | PM0005569 |
| Static Product ID | PD23 |
| Product Name | POP-BAR, Green Apple |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Green Apple |
| Battery Capacity | 1200 mAh |
| e-Liquid Volume | 12 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 33.1*21.0*109.0*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |
| STN | PM0005569 |
| Static Product ID | PD24 |
| Product Name | POP-BAR, Peach Gelato |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Peach Gelato |
| Battery Capacity | 1200 mAh |
| e-Liquid Volume | 12 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 33.1*21.0*109.0*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |

PM0005527.PD1-PM0005527.PD29 and PM0005569.PD1-PM0005569.PD30                    Page 22 of 26

| STN | PM0005569 |
| --- | --- |
| Static Product ID | PD25 |
| Product Name | POP-BAR, Blue Raz Slushy |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Blue Raz Slushy |
| Battery Capacity | 1200 mAh |
| e-Liquid Volume | 12 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 33.1*21.0*109.0*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |
| STN | PM0005569 |
| Static Product ID | PD26 |
| Product Name | POP-BAR, Cool Mint |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Cool Mint |
| Battery Capacity | 1200 mAh |
| e-Liquid Volume | 12 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 33.1*21.0*109.0*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |
| STN | PM0005569 |
| Static Product ID | PD27 |
| Product Name | POP-BAR, Red Bang |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Red Bang |
| Battery Capacity | 1200 mAh |
| e-Liquid Volume | 12 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 33.1*21.0*109.0*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |

PM0005527.PD1-PM0005527.PD29 and PM0005569.PD1-PM0005569.PD30

| STN | PM0005569 |
|---|---|
| Static Product ID | PD28 |
| Product Name | POP-BAR, Lush Ice |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Lush Ice |
| Battery Capacity | 1200 mAh |
| e-Liquid Volume | 12 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 33.1*21.0*109.0*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |
| STN | PM0005569 |
| Static Product ID | PD29 |
| Product Name | POP-BAR, Strawberry Watermelon |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Strawberry Watermelon |
| Battery Capacity | 1200 mAh |
| e-Liquid Volume | 12 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 33.1*21.0*109.0*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |
| STN | PM0005569 |
| Static Product ID | PD30 |
| Product Name | POP-BAR, Banana Ice |
| Package Type | Box |
| Package Quantity | 1 E-Cigarette |
| Length | |
| Characterizing Flavor | Banana Ice |
| Battery Capacity | 1200 mAh |
| e-Liquid Volume | 12 ml |
| Nicotine Concentration | 50 mg/ml |
| PG VG Ratio | N/A |
| Additional Property | Nicotine Source: Non-Tobacco, Diameter 33.1*21.0*109.0*, Wattage: 8.5-10.8 Watts, Atomizer Resistance: 1.3 Ohm, Disposable |

**Appendix B**
Amendments and Additional Submissions Received for This Applicant

Amendments Received for These Applications

| Submission Date | Receipt Date | Applications being amended | Reviewed | Brief Description |
|---|---|---|---|---|
| July 14, 2022 | July 14, 2022 | All | Yes | Update to application |
| July 18, 2022 | July 18, 2022 | PM0005527 | Yes | Update to application |
| October 7, 2022 | October 7, 2022 | PM0005527 | Yes | Update to application |
| October 7, 2022 | October 7, 2022 | PM0005569 | Yes | Update to application |
| October 7, 2022 | October 7, 2022 | PM0005527 | Yes | Update to application |
| October 19, 2022 | October 19, 2022 | PM0005569 | Yes | Updated FDA Form 4057 and Form 4057b |
| October 19, 2022 | October 19, 2022 | PM0005569 | Yes | Certificates of translation |
| October 19, 2022 | October 19, 2022 | PM0005527 | Yes | Certificates of translation |
| October 19, 2022 | October 19, 2022 | PM0005527 | Yes | Updated FDA Form 4057 and Form 4057b |

Additional Submission Received for This Applicant

| Submission Date | Receipt Date | Reviewed | Brief Description |
|---|---|---|---|
| July 7, 2022 | July 7, 2022 | No: Received without FDA Form 4057a and certification statement signed by a designated authorized representataive. In addition, no STN for the PMTA the applicant is amending. | N/A |

### Appendix C
#### Additional Comments That May Be Considered for Future Submissions

The following additional comments are intended to clarify information that you are encouraged to consider in future submissions:

1.  In a PMTA submission that includes multiple new tobacco products, it is important to clearly identify which content pertains to each distinct product and show that the PMTA content requirements of Section 910(b)(1) of the FD&C Act and 21 CFR Part 1114 are satisfied for each tobacco product. For example, for ENDS, FDA considers each differing flavor variant and/or nicotine strength to be a unique new tobacco product.

2.  To facilitate review, applications must comply with the PMTA format requirements and be submitted using FDA forms. Be sure to provide future PMTAs using the following required forms, as appropriate: FDA 4057- Premarket Tobacco Product Application Submission, FDA 4057a- Premarket Tobacco Product Application Amendment and General Correspondence Submission, and FDA 4057b- Premarket Tobacco Product Application Product Grouping Spreadsheet.

    a.  FDA 4057b- Premarket Tobacco Product Application Product Grouping Spreadsheet should not be modified in any way. All fields should be populated accordingly on the "Product" tab after entering the applicant's name, product category, product subcategory, and application type on the "Introduction" tab. Refer to the PMTA Final Rule[7] for more information about what product-specific attributes to include for your tobacco products.

3.  If submitting a non-electronic PMTA, indicate that a waiver has been granted and provide a copy of the FDA granted waiver from the requirement for electronic format and content.

4.  Ensure that the submitted PMTA contains the signature of a responsible official, providing an electronic signature from Adobe Acrobat or eSubmitter form, or scanning a wet signature.

5.  Ensure that all certification statements are identical to the language in 21 CFR § 1114.7(m) and includes a signature by a responsible official, per section VII- Certification Statements of form FDA 4057- Premarket Tobacco Product Application Submission. This applies to all applications and amendments.

6.  When providing a generic label, clearly indicate that the label is intended to be a representative label across a given product line and identify specific tobacco products the label is intended to represent and articulate which elements of the label will change based on each new product (e.g., name and PG/VG).

7.  With respect to the PMTA subject of review, provide a list of any prior meetings with FDA and the scope of such meetings.

---

[7] https://www.federalregister.gov/documents/2021/10/05/2021-21011/premarket-tobacco-product-applications-and-recordkeeping-requirements

8. When submitting a PMTA that cross-references a **Tobacco Product Master File** (TPMF), you must include written authorization from the TPMF owner that grants you authorization to reference the TPMF, specify the TPMF submission tracking number, and clearly identify the content that you are referencing in the TPMF. Please read the Guidance for Industry on Tobacco Product Master Files for additional information on TPMFs and how to request authorization to reference one in your PMTA.[8]

9. An environmental assessment (EA) must be submitted as part of a PMTA **for each new tobacco product**. According to 21 CFR 25.40(a), an EA shall include all of the following:
   a. Discussion of the need for the proposed action (i.e., FDA issuance of marketing granted order for your tobacco product)
   b. Discussion of alternatives as required by section 102(2)(E) of the National Environmental Protection Act (NEPA)
   c. Environmental impacts of the proposed action and alternatives
   d. Listing of the agencies and persons consulted
   e. Relevant environmental issues relating to product use and disposal from use.

Additionally, CTP requests discussion of relevant environmental issues relating to product manufacturing.

Per 21 CFR 25.40(a), an EA shall focus on relevant environmental issues for each tobacco product and is to be a concise, objective, and well-balanced document that allows the public to understand the agency's decision.

You may refer to the following resources on the CTP website for more information with respect to EAs for tobacco products:
   a. *Environmental Assessment & Claims of Categorical Exclusion*,[9] presented during the 2018 Tobacco Product Application Review – A Public Meeting[10]
   b. *Lessons Learned from PMTA Reviews,*[11] presented during the 2019 Deemed Tobacco Product Applications – A Public Meeting (information on EAs begins on slide 33)[12]
   c. FDA's Premarket Tobacco Product Marketing Orders website[13] for examples of EAs that comply with 21 CFR Part 25
   d. Guidance for Industry: National Environmental Policy Act; Environmental Assessments for Tobacco Products; Categorical Exclusions – Small Entity Compliance Guide.[14]

---

[8] Guidance for Industry: Tobacco Product Master Files. May 2016. https://www.fda.gov/media/97632/download.
[9] https://www.fda.gov/media/117503/download
[10] https://www.fda.gov/tobacco-products/ctp-newsroom/tobacco-product-application-review-public-meeting
[11] https://www.fda.gov/media/133444/download
[12] https://www.fda.gov/tobacco-products/ctp-newsroom/deemed-tobacco-product-applications-public-meeting-10282019-10292019
[13] https://www.fda.gov/tobacco-products/premarket-tobacco-product-applications/premarket-tobacco-product-marketing-orders
[14] https://www.fda.gov/regulatory-information/search-fda-guidance-documents/national-environmental-policy-act-environmental-assessments-tobacco-products-categorical-exclusions