# Exhibit E

Case 1:23-mi-99999-UNA   Document 2476-5   Filed 08/03/23   Page 2 of 2

State Court of Fulton County
**E-FILED**
23EV004002
7/24/2023 1:32 PM
Donald Talley, Clerk
Civil Division

## AFFIDAVIT OF SERVICE

**State of Georgia**  **County of Fulton**  **State Court**

Case Number: 23EV004002

Plaintiff: **Nicky A Sprankle**
vs.
Defendant: **Roderick Jackson, et al**

For: Philip Pendergrass Jr.
The Pendergrass Law Firm

Received by Ancillary Legal Corporation on the 6th day of July, 2023 at 4:22 pm to be served on **Roderick Jackson, 643 Giles Ave, Greenwood, SC 29646**. I, _Gilberto Gonzalez_, being duly sworn, depose and say that on the _14th_ day of _July_, 20_23_ at _1_ : _52_ _p_ .m., executed service by delivering a true copy of the **Summons, Complaint for Damages, Plaintiff's First Interrogatories to Defendant Roderick Jackson, Plaintiff's First Request for Admissions to Defendant Roderick Jackson, General Civil and Domestic Relations Case Filing Information Form** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____, a person of suitable age and discretion residing therein.

(x) NON SERVICE: For the reason detailed in the Comments below.

Age____ SEX M F Race_____ Height_____ Weight_____ Hair_____ Glasses Y N

**COMMENTS:** Spoke to the Smith Family, they have lived here for 3 1/2 years and they do not know Roderick Jackson.

Age____ Sex M F Race_____ Height_____ Weight_____ Hair_____ Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _17_ day of _July_, _2023_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

[Seal: Misty Davis, Notary Public, State of South Carolina]

PROCESS SERVER # N/A
Appointed in accordance with State Statutes

**Ancillary Legal Corporation**
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: 2023007467
Ref: Sprankle

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n