# Exhibit F

State Court of Fulton County
**E-FILED**
23EV004002
7/19/2023 12:09 PM
Donald Talley, Clerk
Civil Division

# IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

Nicky A. Sprankle,

      Plaintiff(s),

vs.

                                    Case No.: 23EV004002

Rodrick Jackson, JRC Transportation, Inc., and
Sentry Select Insurance Company,

      Defendant(s).

_____/

## AFFIDAVIT OF SERVICE

Personally appeared before me the undersigned officer duly authorized to administer oaths, Rodney McClellan, who, after being duly sworn, deposes and states the following:

1.

Affiant states that he/she is appointed by this Court to serve process. The statements made are true and correct and are based upon my personal knowledge.

2.

I served JRC Transportation, Inc. with a Summons, Complaint for Damages, Plaintiff's Request for Admissions to Defendant JRC Transportation, Inc., Plaintiff's First Interrogatories to Defendant JRC Transportation, Inc., Plaintiff's First Request for Production of Documents and Notice to Produce to Defendant JRC Transportation, Inc., and General Civil and Domestic Relations Case Filing Information Form by leaving the documents with Joseph Cullens, Registered Agent of JRC Transportation, Inc. at 295 West Crossville Road Ste 310, Roswell, GA 30075 on July 12, 2023 at 1:17 PM.

Description of person process was left with:

Sex: Male - Ethnicity: White - Hair: Gray - Age: 70 - Height: 5ft 07in - Weight: 180 lbs
Other: Glasses

Signed and sworn to before me on
this 18 day of JULY , 2023
by an affiant who is personally known to me
or produced identification.

_____
Notary Public

**Rodney McClellan**
Express Legal Services LLC
860 Johnson Ferry Rd.
Atlanta, GA 30342
(678) 648-6330







*5147579*

State Court of Fulton County
**E-FILED**
23EV004002
7/12/2023 2:05 PM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

Nicky A. Sprankle,

        Plaintiff(s),

vs.

Rodrick Jackson, JRC Transportation, Inc., and
Sentry Select Insurance Company,

        Defendant(s).

Case No.: 23EV004002

_____/

### AFFIDAVIT OF SERVICE

Personally appeared before me the undersigned officer duly authorized to administer oaths, Danny Davidson, who, after being duly sworn, deposes and states the following:

1.

Affiant states that he/she is appointed by this Court to serve process. The statements made are true and correct and are based upon my personal knowledge.

2.

I served Sentry Select Insurance Company with a Summons, Complaint for Damages, Plaintiff's Request for Admissions to Defendant Sentry Select Insurance Company, and General Civil and Domestic Relations Case Filing Information Form by leaving the documents with Stephanie Holcomb, agent at CT Corporation System, Registered Agent of Sentry Select Insurance Company at said person's place of employment/place of business located at 289 S Culver St, Lawrenceville, GA 30046 on July 10, 2023 at 1:20 PM.

Signed and sworn to before me on
this __11__ day of __JULY____, 20__73__
by an affiant who is personally known to me
or produced identification.

**Danny Davidson**
Express Legal Services LLC
860 Johnson Ferry Rd.
Atlanta, GA 30342
(678) 648-6330

_____
Notary Public

RODNEY JAMES MCCLELLAN
COM. EXP.
NOTARY
PUBLIC
Nov. 24, 2026
FORSYTH COUNTY, GEORGIA



*5147588*