# Exhibit H

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| NICKY A. SPRANKLE,<br>Plaintiff,<br><br>vs.<br><br>RODERICK JACKSON, JRC<br>TRANSPORTATION, INC. and<br>SENTRY SELECT INSURANCE<br>COMPANY,<br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 23EV004002 |

FILED IN OFFICE
AUG 0 2 2023
DEPUTY CLERK STATE COURT
FULTON COUNTY, GA

## DEMAND FOR JURY TRIAL

COME NOW Defendants herewith files their Demand for Twelve-Person Jury on all issues so triable.

This 28th day of July, 2023.

FAIN MAJOR & BRENNAN, P.C.

*/s/ James W. Hardee*
JAMES W. HARDEE
Georgia Bar No. 324399
J. BLAKE KAMOROFF
Georgia Bar No. 331202
*Counsel for Defendants*

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
*jhardee@fainmajor.com*
*bkamoroff@fainmajor.com*

IN THE STATE COURT OF FULTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| NICKY A. SPRANKLE, | * |
|     Plaintiff, | * |
| | * |
| vs. | *   Civil Action No. 23EV004002 |
| | * |
| RODERICK JACKSON, JRC | * |
| TRANSPORTATION, INC. and | * |
| SENTRY SELECT INSURANCE | * |
| COMPANY, | * |
|     Defendants. | * |

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the **Demand for Twelve Person Jury** electronically via Odyssey eFileGA, via statutory electronic service, or by placing same in the United States Mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Philip A. Pendergrass, Jr. | Michael M. Day |
| Jenna M. Hough | MICHAEL M. DAY LAW FIRM, LLC |
| THE PENDERGRASS LAW FIRM | 1832 Second Ave., Suite 100 |
| 275 Scientific Dr., Suite 1000 | Decatur, GA 30032 |
| Peachtree Corners, GA 30092 | mday@mmdattorney.com |
| philip@georgiatrialfirm.com | |
| jenna@georgiatrialfirm.com | |

This 28th day of July, 2023.

FAIN MAJOR & BRENNAN, P.C.

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
jhardee@fainmajor.com
bkamoroff@fainmajor.com

/s/ *James W. Hardee*
JAMES W. HARDEE
Georgia Bar No. 324399
J. BLAKE KAMOROFF
Georgia Bar No. 331202
*Counsel for Defendants*