# Exhibit I

IN THE STATE COURT OF FULTON COUNTY

STATE OF GEORGIA

NICKY A. SPRANKLE,                          *
                Plaintiff,                  *
                                            *
vs.                                         *       Civil Action No. 23EV004002
                                            *
RODERICK JACKSON, JRC                       *
TRANSPORTATION, INC. and                    *
SENTRY SELECT INSURANCE                     *
COMPANY,                                    *
                Defendants.                 *

FILED IN OFFICE

AUG 0 2 2023

DEPUTY CLERK STATE COURT
FULTON COUNTY, GA

## DEFENDANT JRC TRANSPORTATION, INC.'S RESPONSES TO PLAINTIFF'S

## REQUEST FOR ADMISSIONS

COMES NOW Defendant JRC Transportation, Inc, and for purposes of this action only and subject to any objections which may be interposed at the time of trial, answers, objects, and/or otherwise responds to Plaintiff's First Request for Admissions as follows:

1.

Admit.

2.

Admit.

3.

Admit.

4.

Admit.

5.

Admit.

6.

Admit.

7.

Admit.

8.

The Defendant substantially admits being the owner of the tractor involved in the subject incident. The actual ownership is noted to be Seville Material Transfer, which is one of JRC's companies.

9.

The Defendant substantially admits being the owner of the trailer involved in the subject incident. The actual ownership is noted to be Seville Material Transfer, which is one of JRC's companies.

10.

Admit.

11.

Admit.

12.

Deny. The Defendant affirmatively states that Jackson was an independent contractor – owner/operator. However, JRC admits that he was operating the subject tractor-trailer under JRC's authority.

13.

Admit.

14.

Admit.

15.

Admit.

16.

Denied as stated.

17.

The Defendant objects as request No. 17 is vague and ambiguous. The Defendant denies that Jackson was in any form or fashion improperly trained.

18.

Admit.

19.

Admit.

20.

Admit.

21.

The Defendant JRC understands that the Defendant Jackson admits owing a duty to the Plaintiff and breaching said duty only. The Defendant JRC denies the remainder of the allegations contained within paragraph 21 of the Plaintiff's Request for Admissions.

22.

Admit.

23.

Admit.

24.

Deny.

25.

Admit.

26.

Admit.

This 2nd day of August, 2023.

**FAIN MAJOR & BRENNAN, P.C.**

One Premier Plaza                    */s/ James W. Hardee*
5605 Glenridge Drive, NE             JAMES W. HARDEE
Suite 900                            Georgia Bar No. 324399
Atlanta, GA 30342-1445               J. BLAKE KAMOROFF
(404) 688-6633                       Georgia Bar No. 331202
*jhardee@fainmajor.com*              *Counsel for Defendants*
*bkamoroff@fainmajor.com*

23.

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| NICKY A. SPRANKLE,<br>Plaintiff, | * <br> * <br> * | |
| vs. | * <br> * | Civil Action No. 23EV004002 |
| RODERICK JACKSON, JRC<br>TRANSPORTATION, INC. and<br>SENTRY SELECT INSURANCE<br>COMPANY,<br>Defendants. | * <br> * <br> * <br> * <br> * | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the **Defendant JRC Transportation, Inc.'s Responses to Plaintiff's Request for Admissions** electronically via Odyssey eFileGA, via statutory electronic service, or by placing same in the United States Mail, postage prepaid, addressed as follows:

<table>
<tr>
<td>

Philip A. Pendergrass, Jr.<br>
Jenna M. Hough<br>
THE PENDERGRASS LAW FIRM<br>
275 Scientific Dr., Suite 1000<br>
Peachtree Corners, GA 30092<br>
philip@georgiatrialfirm.com<br>
jenna@georgiatrialfirm.com

</td>
<td>

Michael M. Day<br>
MICHAEL M. DAY LAW FIRM, LLC<br>
1832 Second Ave., Suite 100<br>
Decatur, GA 30032<br>
mday@mmdattorney.com

</td>
</tr>
</table>

This 2nd day of July, 2023.

FAIN MAJOR & BRENNAN, P.C.

One Premier Plaza<br>
5605 Glenridge Drive, NE<br>
Suite 900<br>
Atlanta, GA 30342-1445<br>
(404) 688-6633<br>
jhardee@fainmajor.com<br>
bkamoroff@fainmajor.com

*/s/ James W. Hardee*
_____
JAMES W. HARDEE<br>
Georgia Bar No. 324399<br>
J. BLAKE KAMOROFF<br>
Georgia Bar No. 331202<br>
*Counsel for Defendants*

## IN THE STATE COURT OF FULTON COUNTY

### STATE OF GEORGIA

| | | |
|---|---|---|
| NICKY A. SPRANKLE,<br>Plaintiff, | * | |
| | * | |
| | * | |
| vs. | * | Civil Action No. 23EV004002 |
| | * | |
| RODERICK JACKSON, JRC | * | FILED IN OFFICE |
| TRANSPORTATION, INC. and | * | |
| SENTRY SELECT INSURANCE | * | AUG 0 2 2023 |
| COMPANY, | * | |
| Defendants. | * | DEPUTY CLERK STATE COURT<br>FULTON COUNTY, GA |

## DEFENDANT SENTRY SELECT INSURANCE COMPANY'S RESPONSES TO

## PLAINTIFF'S REQUEST FOR ADMISSIONS

COMES NOW Defendant Sentry Select Insurance Company, and for purposes of this action only and subject to any objections which may be interposed at the time of trial, answers, objects, and/or otherwise responds to Plaintiff's First Request for Admissions as follows:

1.

Admit.

2.

Admit.

3.

Admit.

4.

Admit.

5.

This Defendant does not possess sufficient information to form a belief as to the truth of the allegations contained in paragraph 5 of Plaintiff's Request for Admissions and can therefore neither admit nor deny same.

6.

This Defendant does not possess sufficient information to form a belief as to the truth of the allegations contained in paragraph 6 of Plaintiff's Request for Admissions and can therefore neither admit nor deny same.

7.

This Defendant does not possess sufficient information to form a belief as to the truth of

the allegations contained in paragraph 7 of Plaintiff's Request for Admissions and can therefore neither admit nor deny same.

This 2nd day of August, 2023.

FAIN MAJOR & BRENNAN, P.C.

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
jhardee@fainmajor.com
bkamoroff@fainmajor.com

*/s/ James W. Hardee*
JAMES W. HARDEE
Georgia Bar No. 324399
J. BLAKE KAMOROFF
Georgia Bar No. 331202
*Counsel for Defendants*

IN THE STATE COURT OF FULTON COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| NICKY A. SPRANKLE, | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | **Civil Action No. 23EV004002** |
| | * | |
| RODERICK JACKSON, JRC | * | |
| TRANSPORTATION, INC. and | * | |
| SENTRY SELECT INSURANCE | * | |
| COMPANY, | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the **Defendant Sentry Select Insurance Company's Responses to Plaintiff's Request for Admissions** electronically via Odyssey eFileGA, via statutory electronic service, or by placing same in the United States Mail, postage prepaid, addressed as follows:

Philip A. Pendergrass, Jr.
Jenna M. Hough
THE PENDERGRASS LAW FIRM
275 Scientific Dr., Suite 1000
Peachtree Corners, GA 30092
philip@georgiatrialfirm.com
jenna@georgiatrialfirm.com

Michael M. Day
MICHAEL M. DAY LAW FIRM, LLC
1832 Second Ave., Suite 100
Decatur, GA 30032
mday@mmdattorney.com

This 2nd day of August, 2023.

FAIN MAJOR & BRENNAN, P.C.

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
jhardee@fainmajor.com
bkamoroff@fainmajor.com

*/s/ James W. Hardee*
JAMES W. HARDEE
Georgia Bar No. 324399
J. BLAKE KAMOROFF
Georgia Bar No. 331202
*Counsel for Defendants*

IN THE STATE COURT OF FULTON COUNTY

STATE OF GEORGIA

NICKY A. SPRANKLE,                          *
          Plaintiff,                     *
                              *

vs.                                         *   Civil Action No. 23EV004002
                              *

RODERICK JACKSON, JRC                        *
TRANSPORTATION, INC. and                     *
SENTRY SELECT INSURANCE                      *
COMPANY,                                     *
          Defendants.                    *

> **FILED IN OFFICE**
>
> AUG 0 2 2023
>
> DEPUTY CLERK STATE COURT
> FULTON COUNTY, GA

### DEFENDANT RODERICK JACKSON'S SPECIAL APPEARANCE RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS

COMES NOW Defendant Roderick Jackson, by special and limited appearance, and for purposes of this action only and subject to any objections which may be interposed at the time of trial, answers, objects, and/or otherwise responds to Plaintiff's First Request for Admissions as follows:

1.

Deny.

2.

Deny.

3.

Deny.

4.

Deny.

5.

Admit.

6.

Admit.

7.

Admit.

8.

Deny.

8[sic].

Admit.

9.

Deny.

10.

Admit.

11.

Admit.

12.

Deny.

13.

Admit.

14.

The Defendant admits owing a duty to the Plaintiff and breaching said duty only.

15.

Admit.

16.

Admit.

17.

The Defendant admits owing a duty to the Plaintiff and breaching said duty only.

18.

Admit.

19.

Deny.

20.

Admit.

21.

The Defendant admits owing a duty to the Plaintiff and breaching said duty only.

22.

The Defendant admits owing a duty to the Plaintiff and breaching said duty only.

23.

The Defendant admits owing a duty to the Plaintiff and breaching said duty only.

24.

The Defendant admits owing a duty to the Plaintiff and breaching said duty only.

25.

Deny.

26.

Deny.

27.

Admit.

28.

Admit.

29.

Deny.

30.

Deny.

31.

Deny.

32.

Deny.

33.

Deny.

34.

Deny.

35.

Deny.

36.

Deny.

37.

Deny.

38.

Deny.

39.

Deny.

40.

Deny.

41.

Deny.

42.

Deny.

43.

Deny.

44.

This Defendant does do not possess sufficient information to form a belief as to the truth of the allegations contained in paragraph 44 of Plaintiff's Request for Admissions and can neither admit nor deny same and therefore said allegations stand denied.

45.

Deny.

46.

This Defendant does do not possess sufficient information to form a belief as to the truth of the allegations contained in paragraph 46 of Plaintiff's Request for Admissions and can neither admit nor deny same and therefore said allegations stand denied.

47.

This Defendant does do not possess sufficient information to form a belief as to the truth of the allegations contained in paragraph 47 of Plaintiff's Request for Admissions and can neither admit nor deny same and therefore said allegations stand denied.

48.

This Defendant does do not possess sufficient information to form a belief as to the truth of the allegations contained in paragraph 48 of Plaintiff's Request for Admissions and can neither admit nor deny same and therefore said allegations stand denied.

This 2nd day of August, 2023.

**FAIN MAJOR & BRENNAN, P.C.**

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
*jhardee@fainmajor.com*
*bkamoroff@fainmajor.com*

*/s/ James W. Hardee*

JAMES W. HARDEE
Georgia Bar No. 324399
J. BLAKE KAMOROFF
Georgia Bar No. 331202
*Counsel for Defendants*

IN THE STATE COURT OF FULTON COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| NICKY A. SPRANKLE,<br>        Plaintiff, | * | |
| | * | |
| | * | |
| vs. | * | **Civil Action No. 23EV004002** |
| | * | |
| RODERICK JACKSON, JRC | * | |
| TRANSPORTATION, INC. and | * | |
| SENTRY SELECT INSURANCE | * | |
| COMPANY, | * | |
|        Defendants. | * | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the **Defendant Roderick Jackson's Special Appearance Responses to Plaintiff's Request for Admissions** electronically via Odyssey eFileGA, via statutory electronic service, or by placing same in the United States Mail, postage prepaid, addressed as follows:

Philip A. Pendergrass, Jr.
Jenna M. Hough
THE PENDERGRASS LAW FIRM
275 Scientific Dr., Suite 1000
Peachtree Corners, GA 30092
philip@georgiatrialfirm.com
jenna@georgiatrialfirm.com

Michael M. Day
MICHAEL M. DAY LAW FIRM, LLC
1832 Second Ave., Suite 100
Decatur, GA 30032
mday@mmdattorney.com

This 2nd day of August, 2023.

FAIN MAJOR & BRENNAN, P.C.

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
jhardee@fainmajor.com
bkamoroff@fainmajor.com

*/s/ James W. Hardee*
JAMES W. HARDEE
Georgia Bar No. 324399
J. BLAKE KAMOROFF
Georgia Bar No. 331202
*Counsel for Defendants*

IN THE STATE COURT OF FULTON COUNTY

STATE OF GEORGIA

NICKY A. SPRANKLE,         *
      Plaintiff,           *
                           *
vs.                        *      Civil Action No. 23EV004002
                           *
RODERICK JACKSON, JRC      *
TRANSPORTATION, INC. and   *
SENTRY SELECT INSURANCE    *
COMPANY,                   *
      Defendants.          *

FILED IN OFFICE

AUG 0 2 2023

DEPUTY CLERK STATE COURT
FULTON COUNTY, GA

## RULE 5.2 CERTIFICATE OF SERVICE

Pursuant to Uniform State Court Rule 5.2, I certify that I have this day served upon counsel of record in the foregoing matter with a true and correct copy of **Defendant JRC Transportation, Inc's Responses to Plaintiff's Request for Admissions, Defendant Sentry Select Insurance Company's Responses to Plaintiff's Request for Admissions and Defendant Jackson's Special Appearance Response to Plaintiff's Request for Admissions** electronically via Odyssey eFileGA, via statutory electronic service, or by placing same in the United States mail, with proper postage affixed thereto, addressed as follows:

Philip A. Pendergrass, Jr.
Jenna M. Hough
THE PENDERGRASS LAW FIRM
275 Scientific Dr., Suite 1000
Peachtree Corners, GA 30092
philip@georgiatrialfirm.com
jenna@georgiatrialfirm.com

Michael M. Day
MICHAEL M. DAY LAW FIRM, LLC
1832 Second Ave., Suite 100
Decatur, GA 30032
mday@mmdattorney.com

This 2nd day of August, 2023.

FAIN MAJOR & BRENNAN, P.C.

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
jhardee@fainmajor.com
bkamoroff@fainmajor.com

*/s/ James W. Hardee*
JAMES W. HARDEE
Georgia Bar No. 324399
J. BLAKE KAMOROFF
Georgia Bar No. 331202
*Counsel for Defendants*