# Exhibit J

LAW OFFICES

# FAIN, MAJOR & BRENNAN, P.C.

ONE PREMIER PLAZA
5605 GLENRIDGE DR., N.E., SUITE 900
ATLANTA, GEORGIA 30342-1445

(404) 688-6633

JAMES W. HARDEE

ALSO ADMITTED IN FLORIDA

FACSIMILE
(404) 420-1544

E-MAIL
jhardee@fainmajor.com

TO: All Judges, Clerks of Court and Counsel of Record

FROM: James W. Hardee

RE: Notice of Leave of Absence

DATE: July 28, 2023

**FILED IN OFFICE**
AUG 0 2 2023
DEPUTY CLERK STATE COURT
FULTON COUNTY, GA

COMES NOW, James W. Hardee, and respectfully notifies all Judges before whom he has cases pending, all affecting Clerks of Court, and all opposing counsel, that he will be on leave pursuant to Georgia Uniform Court Rule 16.

1. The periods of leave during which time Applicant will be away from the practice of law are: **August 24, 2023 – September 1, 2023, November 2-17, 2023; November 30-December 12, 2023 and December 20, 2023 - January 5, 2024.**

2. All affected Judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

Respectfully submitted,

FAIN, MAJOR & BRENNAN, P.C.

_____
JAMES W. HARDEE
Georgia Bar No. 324399

One Premier Plaza
5605 Glenridge Dr. N.E., Suite 900
Atlanta, GA 30342
(404) 688-6633
jhardee@fainmajor.com



## EXHIBIT "A"

| CASE STYLE | PRESIDING JUDGE | OPPOSING COUNSEL |
|---|---|---|
| *Nicky A. Sprankle v. Roderick Jackson, JRC Transportation, Inc. and Sentry Select Insurance Company*<br><br>State Court of Fulton County<br><br>Civil Action No.: 23EV004002 | Honorable Fred C. Eady<br>State Court of Fulton County<br>Justice Center Tower<br>185 Central Avenue SW<br>Suite 3755/3B<br>Atlanta, GA 30303 | Philip A. Pendergrass, Jr.<br>Jenna M. Hough<br>THE PENDERGRASS LAW FIRM<br>275 Scientific Dr., Suite 1000<br>Peachtree Corners, GA 30092<br>philip@georgiatrialfirm.com<br>jenna@georgiatrialfirm.com<br><br>Michael M. Day<br>MICHAEL M. DAY LAW FIRM, LLC<br>1832 Second Ave., Suite 100<br>Decatur, GA 30032<br>mday@mmdattorney.com |



PRIMERUS MEMBER

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties, the Clerks of Court and all presiding Judges in the foregoing matters a copy of the foregoing **Notice of Leave of Absence** electronically via Odyssey eFileGA or by placing same in the United States Mail, postage prepaid.

This 28th day of July, 2023.

                                                      FAIN, MAJOR & BRENNAN, P.C.

                                                     /s/ James W. Hardee
                                                     JAMES W. HARDEE
                                                     Georgia Bar No. 324399

One Premier Plaza
5605 Glenridge Dr. N.E.
Suite 900
Atlanta, GA 30342
(404) 688-6633
jhardee@fainmajor.com

