# Exhibit K



**MICHAEL M. DAY**
**LAW FIRM, LLC**

1832 2nd Avenue, Suite 100
Decatur, Georgia 30032
mmdattorney.com

Phone: 404-480-4284
Fax: 888-977-3823

Monday, April 17, 2023

Sentry Insurance
Attn: Claims Dept
PO Box 8026
Stevens Point, WI 54481

**Sent via US CERT MAIL 7022 2410 0002 1784 3399 Return Receipt Requested**

Re:   My Client:         Nicky Sprankle
      Insured:           JRC Transportation Inc
      Claim No.:         61A229643
      Date of Accident:  12/23/2022

Dear Sir/Madam:

      Please accept the following correspondence as our client's demand for settlement and compromise of his claim for damages arising from the above-referenced incident. It is our understanding that your available policy limits to protect your insured are $1,000,000.00. This understanding is predicated on information provided by Sentry Insurance, and we are expressly relying on Sentry Insurance's representation that policy limits are the amount stated herein. If Sentry contends the applicable policy limits are greater or less than the amount specified herein, **please let us know your position within ten (10) days of receipt of this letter, as this information could materially alter the amount of this demand**.

      As our client has required extensive treatment for his severe bodily injuries, we are currently in the process of acquiring all related documentation. Pursuant to O.C.G.A § 9-11-67.1, we are providing you a reasonable opportunity to settle this claim against your insured arising out of the above referenced motor vehicle collision for **SEVEN HUNDRED FIFTY THOUSAND DOLLARS and ZERO CENTS ($750,000.00)**. By timely accepting this offer, you will protect your insured from responsibility to pay an excess judgment, protracted litigation, the time and expense of attending depositions, participating in discovery and attending trial, the emotional cost attendant to reliving the collision and the harm caused by her negligence, financial loss and other damages attributed to credit reports and ratings, litigation costs and attorneys' fees, and other losses typically caused by a failure to timely settle claims. To assist you in evaluating this claim, please find attached the bills and records for treatment from the following providers:

1. Douglasville Wellness & Chiropractic Center
2. Regional Medical Group
3. American Health Imaging
4. United Neurology

      Recognizing that Sentry shares in this responsibility, while also owing a duty to your insured, this correspondence and the enclosures are intended to document Nicky Sprankle's injuries and provide Sentry the opportunity to resolve all claims within Your insured's policies of insurance.

**ALL DAY, EVERY DAY.®**

Enclosed, please find our settlement demand, with supporting documentation, pursuant to O.C.G.A. § 33-6-34 for the purpose of O.C.G.A. §51-12-14, placing you on notice, consistent with the dictates of **Southern General Ins. Co. v. Holt**, 262 Ga. 267, 416 S.E.2d 274 (1992), of a time-limited demand for the **SEVEN HUNDRED FIFTY THOUSAND DOLLARS and ZERO CENTS ($750,000.00)**.

### LIABILITY
On December 23, 2022, our client was driving in his vehicle while traveling on Interstate 20. Your insured failed to keep a proper lookout, failed to maintain a safe distance from our client, attempted to change lanes, and subsequently hit our client's vehicle causing extensive property damage (see enclosed photos). Liability is not an issue.

### INJURIES
After the collision Nicky Sprankle sought course conservative care in hopes that his pain would finally subside, however that was not the immediate case. Nicky Sprankle suffered severe pain and discomfort in his neck, back, left shoulder, left knee pain, severe headaches, and amongst other ongoing issues. Subsequent MRI imaging testing revealed that he **sustained disc protrusions in his cervical spine at C3-C4 with compression of his C4 nerve root, and disc protrusions at his C6-C7 with compression on the C7 nerve root**. In addition to the herniations he sustained in his cervical spine, our client also suffered a disc protrusion in his lumbar spine **at L5-S1 compressing his S1 nerve root**.

Thereafter, our client's treating doctor referred our client out for advanced medical attention. Our client was later recommended and received **several cervical and lumbar medical branch block injections** to help mitigate the severe symptomology he was experiencing. Unfortunately, our client's symptomology still persists. Suffice to say, it was very difficult for Nicky Sprankle to maintain his daily activities, as he was physically exhausted from not being able to get a decent night's sleep due to his pains while he was in active medical treatment.

The injury caused a general weakening of the supportive soft tissue structure. After nearly **several months**, my client continues to experience pain and discomfort in his neck and back as a result of this accident. Further, damage to the soft tissue structure in his neck and back are a permanent injury that will never heal.

In "Ligament Injury and Healing: A Review of Current Clinical Diagnostics and Therapeutics", by R.A. Hauser, E.E. Dolan, H.J. Phillips, A.C. Newlin, R.E. Moore and B.A. Woldin, research indicates that ligaments, tendons and/or muscles that have been subjected to a sprain or strain:

"continue to exhibit greater stress relaxation, indicating that, once ligaments have sustained injury, *they remain less efficient in maintaining loads than normal ligaments*... In fact, studies of healing ligaments have consistently shown that certain *ligaments do not heal independently following rupture*, and those that do heal, do so with characteristically inferior compositional properties compared with normal tissue... Hypermobility and ligament laxity have become clear risk factors for the prevalence of osteoarthritis. The results of spinal ligament injury show that over time the inability of the ligaments to heal causes an increase in the degeneration of disc and facet joints, which eventually leads to osteochondral degeneration osteoarthritis." pages 8 and 9.

To review this article, visit http://benthamopen.com/contents/pdf/TOREHJ/TOREHJ-6-1.pdf

2

No treatment currently exists to restore any injured tendon(s) or ligament(s) to its normal condition. Despite the healing process, the biomechanical properties of healed tendon tissue never match those of intact tendons. Therefore, as a result of your insured's negligence, our client will be forced to live with tissue that remains grossly, microscopically, and functionally different from normal tissues. Moreover, he is still suffering from neck and back problems, along with radicular symptoms as the result of your insured's negligence and will likely need additional procedures in the immediate future.

### MEDICAL EXPENSES
Medical expenses to date are as follows:

1. Douglasville Wellness & Chiropractic Center        $4,573.00
2. American Health Imaging                            $9,820.00
3. Regional Medical Group                             $65,843.42
4. United Neurology                                   $1,395.00

**Total: $81,631.42**

### GENERAL DAMAGES
As a result of the careless actions taken by your insured, Nicky Sprankle was forced to suffer serious pain and discomfort, and was forced to undergo a series of painful procedures. Before this incident, he was in good health and was physically active. However, as a result of your insured's negligence, it became essential that Nicky Sprankle receive appropriate medical attention. Struggling through pain due to the injuries sustained to neck, back, left knee pain, and severe headaches, Nicky Sprankle is having a difficult time and his quality of life and relationships with friends and family has suffered as a result of his injuries. In addition, it was very difficult for him to maintain his job duties. He was extremely sensitive to touch, as it caused significant pain, which made it nearly impossible for him to be on his feet for long periods of time. As such, we would expect a much greater pain and suffering award than in a typical case.

### NOTICE PURSUANT TO O.C.G.A. § 51-12-14
Notice is hereby given pursuant to the "Unliquidated Damages Interest Act", O.C.G.A. §51-12-14, that if upon the trial of this case a judgment is awarded for an amount not less than demanded herein, that the Plaintiff will be entitled to interest at the rate allowed by law per annum, which interest shall begin to run from the 30th day following the date of the mailing of this settlement demand until the date of the judgment.

### MATERIAL TERMS OF SETTLEMENT
Pursuant to OCGA 9-11-67.1 and on behalf of our client, we are providing you a reasonable opportunity to settle the claim against your insured under the following terms:

(1) You have thirty (30) days from your receipt of this offer to accept it. The thirty (30) day period shall be conclusively established by the green return-receipt requested postcard provided by the US postal service, or via online tracking via USPS.

(2) If we do not actually receive a timely acceptance, this offer will be deemed rejected and we will file a lawsuit against your insured to recover the total amount of losses caused by your insured, instead of the limited amount afforded by your coverage and other coverages that may be

3

available.   Your acceptance of this offer must be in writing to via email to: SSloman@mmdattorney.com or via fax at 888-977-3823 at Michael M. Day Law Firm, LLC, 1832 Second Ave, Suite 100, Decatur, GA 30032.

(3) Payment in the amount of **SEVEN HUNDRED FIFTY THOUSAND DOLLARS ($750,000.00)** must be made payable to our client and Michael M. Day Law Firm, LLC pursuant to OCGA 9-11-67.1.

(4) The claims released by accepting this offer are all claims against your above-referenced.

**The Firm's Tax Identification Number is 82-3351702.** We will be happy to provide a signed W-9 upon your request, but your request does not extend any time limits under this offer.

The time to settle this case is now. The offer contained in this letter constitutes an offer of compromise only and as such, shall not be admissible as evidence in the trial of the above-referenced case. However, this letter is written expressly for the use by your insured as evidence in any actions which may later be filed against Sentry following any judgment rendered in excess of this demand.

Sincerely,

*[signature]*

Sara E. Sloman, ESQ
SSloman@MMDAttorney.com

4