IN THE UNITED STATES NORTHERN DISTRICT COURT OF GEORGIA

| | |
|---|---|
| SIRDORVA JOHNSON | NO._____ |
| Plaintiff,  v. | **COMPLAINT**<br>**(Personal Injury - Product Liability)** |
| KOBAYASHI HEALTHCARE INTERNATIONAL, INC., INC., a Georgia corporation; d/b/a/ HOTHANDS, AMAZON, INC., a Delaware corporation, | |
| _____Defendants. | |

Plaintiff respectfully files her Complaint against Defendants, as follows.

## PARTIES

1. Sidorva Johnson, DOB 07/22/1969, an adult woman of sound mind, was at all times material hereto a resident of Peach County, Georgia.

2. Defendant Amazon. ("Amazon") is a Delaware corporation with a principal place of business at 702 SW 8th Street, Bentonville, Arkansas 72716-8611. The Georgia Secretary of State lists the registered agent of Amazon as Michael P. Marshall with an address of 1180 W. Peachtree Street NW, Suite 2100,

Atlanta, GA, 30309. At all-time material hereto, it marketed and sold a product known as "Hothands Toe Warmers"("Hothands").

3.      Defendant KOBAYASHI HEALTHCARE INTERNATIONAL, INC., Inc. is a Georgia corporation with its primary place of business located at 245 Kraft Drive, Dalton, GA 30721. The Georgia Secretary of State lists the registered agent as Michael P. Marshall with an address of 1180 W. Peachtree Street NW, Suite 2100, Atlanta, GA, 30309. At all times KOBAYASHI HEALTHCARE INTERNATIONAL, INC. designed, manufactured, marketed, and sold the KOBAYASHI HEALTHCARE INTERNATIONAL, INC. product known as "Toewarmers."

## JURISDICTION

4. Jurisdiction is proper in this Court under 28 U.S.C. § 1332(a)(1). Plaintiff is a resident of Georgia and the events at issue occurred in Georgia. Defendants are corporations incorporated in other states, with their primary place of business in other states. The amount in controversy exceeds the jurisdictional minimum.

5.      The minimum contacts required by *International Shoe Co. v. Washington*, 326 U.S.310 (U.S. 1945) and its progeny are easily satisfied here. Both Defendants do substantial amounts of business in Georgia and have for many years. Defendant Amazon has numerous warehouses and distribution centers located in Georgia, as well as one the most sophisticated websites and delivery systems. Defendant KOBAYASHI HEALTHCARE INTERNATIONAL, INC. is headquartered in Dalton, Georgia and

actively generates hits, calls, sales, income and consummates numerous transactions within Georgia.

## VENUE

5. Venue is proper under 28 U.S.C. § 1391(b)(2) and/or (b)(3).

## GENERAL ALLEGATIONS

7. KOBAYASHI HEALTHCARE INTERNATIONAL, INC. manufactures Hothands and Amazon sells the product. Hothands is a toe warmer product that advertises itself on the front of its package as a "safe, natural heat." In fact, it can reach 158 degrees Fahrenheit or higher and has a history of causing severe burns. Unlike, for instance, a space heater, a stove or a barbecue grill, the product is not supposed to reach temperatures which cause contact burns; it is only advertised as providing comforting warmth to extremities.

8. In 2000, KOBAYASHI HEALTHCARE INTERNATIONAL, INC. became aware that one of their related products, Hothands, propensity to cause burns when they were sued in Chattanooga, Tennessee by Pamela Goodman. A year later, Jesse Gilbert sued for burns in Ft. Wayne, Indiana. Five years later, Harold Huff sued for burns in Andover, Massachusetts. Three years later, Earlene Goins sued for burns in Indianapolis. Mark Cross brought a similar suit in Wichita and Gerald Tolve sued in Nutley, New Jersey, both in 2010. Two years later, Rose Marie Coppola brought suit in Frederick, Maryland. In 2014, Stephanie Brigham sued in Arizona for burns suffered because of using Hothands. In addition, there were numerous customer complaints and additional state court suits. KOBAYASHI HEALTHCARE INTERNATIONAL, INC. has failed to

take steps to make the products Hothands and Toewarmers safer but continues to sell the product through various commercial outlets including Amazon.

10. The Plaintiff Sidorva Johnson (DOB 07/22/1969), an educator, began using ToeWarmers in 2021 while working football games. . Her job required her to stand in the reserve section to check tickets. She read the instructions and applied the ToeWarmers in the proper manner. She later began to wear them at work for comfort and when she was required to be exposed to concrete floors. Originally, she purchased the ToeWarmers from Walmart, but they could not keep them in stock. Therefore, the Plaintiff bought a box of 40 ToeWarmers from Amazon. (See Exhibit 1-Amazom Purchase Order). On October 19, the Plaintiff wore the Toewarmers and the product malfunctioned and caused second degree burns as evidenced by treatment at Houston Healthcare. (Exhibit 2—Derrick Lane, MD Letter dated March 7, 2023

## CAUSES OF ACTION

**COUNT ONE - NEGLIGENT DESIGN (KOBAYASHI HEALTHCARE INTERNATIONAL, INC. AND AMAZON)**

12. Plaintiff repeats the allegations as if set forth herein.

13. Defendant KOBAYASHI HEALTHCARE INTERNATIONAL, INC. manufactured, and Defendant Amazon sold a product which fell below the standard of care for product design. This failure to meet the standard of care includes but is not limited to, designing a product whose sole purpose is to provide comforting warmth to extremities in such a way that on many occasions, it has inflicted severe burns on users' extremities when used in a foreseeable manner. It would have been easy to design the product so that it became warm, without becoming hot enough to inflict second degree burns. Said breach of the standard of care proximately caused damage to Plaintiff.

**COUNT TWO - NEGLIGENT WARNINGS AND INSTRUCTIONS**

**(KOBAYASHI HEALTHCARE INTERNATIONAL, INC. and AMAZON)**

14. Plaintiff repeats the allegations as if set forth herein.

15. Defendant KOBAYASHI HEALTHCARE INTERNATIONAL, INC. manufactured, and Defendant Amazon sold a product whose warnings fell below the standard of care. While an internal page of the KOBAYASHI HEALTHCARE INTERNATIONAL, INC. web site states that the product should not be in direct contact with the skin, nothing on the product, including the instructions and warnings, states this. The front of the package prominently states that the product provides safe heat and even the more specific warnings in small type on the back do not describe or warn of the injuries that can and did occur here where all of the toes of the Plaintiff were severely burned and scarred.

16. The failure to meet the standard of care proximately caused severe damage to the Plaintiff.

**COUNT THREE - STRICT LIABILITY: DESIGN DEFECT**

**(KOBAYASHI HEALTHCARE INTERNATIONAL, INC. and AMAZON)**

17. Plaintiff repeats the allegations as if set forth herein.

18. Defendant KOBAYASHI HEALTHCARE INTERNATIONAL, INC. and Defendant Amazon designed, manufactured, and sold a defective and unreasonably dangerous product into the stream of commerce, specifically the Hothands ToeWarmers at issue. Said product's harmful characteristics and consequences outweigh the benefits of its design, specifically its regularly heating to temperatures sufficient to cause second degree burns, when it is only sold as a product providing comforting warmth.

19. It would have been technologically and financially feasible to have designed an acceptably safe, non-defective product and this was known at the time of design.

20. Said defects proximately caused Plaintiff's severe damages.

**COUNT FOUR - STRICT LIABILITY: INFORMATION DEFECT**

**(KOBAYASHI HEALTHCARE INTERNATIONAL, INC. and AMAZON)**

21. Plaintiff repeats the allegations as if set forth herein.

22. Defendants had actual knowledge that foreseeable uses of the product it was designing, manufacturing, marketing and/or selling into the stream of commerce were unreasonably dangerous and failed to provide adequate warnings and instructions for safe use.

23. Said failure proximately caused severe damages to Plaintiff.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court grant her judgment against Defendants for:

A. Compensatory and punitive damages in the amount of $10,000,000.

B. Costs.

C. Post judgment interest on all sums and any other relief that the Court sees fit to grant.

This 16th day of May 2023.

*[signature]*

Dexter M. Wimbish
(GA Bar#769908)
**The Wimbish Law Firm**
420 Country Club Drive
Griffin, GA 30223
(770) 707-6555
E-mail: dexterwimbish@bellsooth.net
Attorney for Plaintiff



# HOUSTON HEALTHCARE

Perry Wound Healing Center
1118 Morningside Drive Suite A
Perry, GA 31069
478-218-1420
478-975-6340

March 7, 2023

To Whom It May Concern:

Ms. Sidorva Johnson attended appointments at the Perry Wound Healing Center from the following dates: November 1, 2022 through February 7, 2023. Patient was treated for second degree burns to feet from use of toe warmers.

Patient was treated with antibiotics (October 19, 2022) and topical treatments. Patient was healed and discharged February 7, 2023.

Thank you.

Derrick Lane, MD

Perry Wound Healing Center

# View order details

| | |
|---|---|
| Order date | May 14, 2022 |
| Order # | 112-8711561-4349841 |
| Order total | $82.77 (3 items) |

## Shipment 1 of 2

FREE Prime Delivery

## Shipped

May 16, 2022



**Banana Bag Oral Solution: Electrolyte & Vitamin Powder Packet for...**  $47.39

Qty: 1

Sold By: Banana Bag Solutions LLC



**HotHands Toe Warmers 40 Pair**  $24.00

Qty: 1

HotHands Toe Warmers

40 Pair

Share this item



Buy it again

**Need help with your item?**

Get product support

**How's your item?**

**Billing Address**
103 CRESTHAVEN CT
BYRON, GA 31008-6095

**Shipping address**

Sidorva L Johnson
103 CRESTHAVEN CT
BYRON, GA 31008-6095
United States

**Order Summary**

Items: $81.38
Shipping & Handling: $0.00

FREE Prime Delivery

**Shipped**
May 16, 2022

50 PCS Black Disposable Face Masks 3-Ply Filter Earloop Mouth Cover,...
Qty: 1
Sold By: PM Performotor

$9.99

**Payment information**

Payment Method
Visa ending in 6091

Deliver to Dexter
Griffin 30223    All ▼   toewarmer                                    Hello, Dexter        Returns     0
                                                                       Account & Lists    & Orders

All  Clinic  Buy Again  Prime ▼  Groceries ▼  Coupons  Household, Health & Baby Care  Subscribe & Save  Livestreams       Save on meds with RxPass

1-48 of 530 results for "toe warmer"                                                                         Sort by: Featured

**Amazon Prime**

**Delivery Day**
   Get It by Tomorrow

**Department**
Camping Hand Warmers & Foot Warmers
   Camping Foot Warmers
   Camping Hand Warmers
Shoe Inserts & Insoles
   Shoe Insoles
Clothing, Shoes & Jewelry
Hot & Cold Therapies
   Heating Pads

**Customer Reviews**
   & Up
   & Up
   & Up
   & Up

**Brands**
   HotHands
   Little Hotties
   Meister

**Sports & Outdoor Price**
Up to $25
$25 to $50
$50 to $100
$100 to $200
$200 & above

$ Min   $ Max   Go

**Deals & Discounts**
All Discounts
Today's Deals

**Business Type**
   Small Business

**Battery Description**
   Lithium
   Lithium-Ion
   Lithium-Polymer

**Subscription Options**
   Subscribe & Save Eligible

**International Shipping**
   International Shipping Eligible

**Condition**
Collectible
New
Used

**Availability**
   Include Out of Stock

---

**YAHAVA**   Play electric heated socks for men women
Shop yahava >

YAHAVA Electric Heated Socks for Men Women 5000mAh Rechargeable Battery
47

YAHAVA Electric Heated Socks for Men Women 5000mAh Rechargeable Battery
47

YAHAVA Electric Heated Socks for Men Women 5000mAh Rechargeable Battery
47
Sponsored

Showing results for *toe warmer*
Search instead for toewarmer

**Results**
Price and other details may vary based on product size and color.

Amazon's Choice





+8 colors/patterns

Sponsored

Sponsored

Sponsored

Toe Warmers (45 Pairs) - Up to 10 Hours of Heat, Easily Apply with Adhesive - Ultra Thin, Easy, All Natural - Air...
663

World-BIO Toe Warmers Adhesive 10/20/30/40 Pairs - Long Lasting Safe Natural Odorless Air Activated...
1,599

WORLD-BIO Disposable Insole Foot Warmers 7/10/16/20/40 Pairs Value Pack - Provide 12 Plus Hour Heating, Long...
1,311

$34⁹⁹  List: $39.99

$13⁸⁰  List: $18.80

$14⁸⁰

One-Day
FREE delivery **Tomorrow, May 17**

Save 10% with coupon (some sizes/colors)

One-Day
FREE delivery **Tomorrow, May 17**

🏠 Small Business

One-Day
FREE delivery **Tomorrow, May 17**



Best seller







+4 colors/patterns

HotHands Toe Warmers 40 Pair

HotHands Toe Warmers 20 Pair

Sponsored

9,189

5,745

World-BIO Toe Warmers Adhesive 7/10/12/15 Pairs - Long Lasting Safe Natural Odorless Air Activated...

131

$11⁸⁰ List: $15.90

One-Day
FREE delivery **Tomorrow, May 17**

$33⁸⁶

One-Day
FREE delivery **Tomorrow, May 17**
More Buying Choices
$22.08 (31 used & new offers)

$21⁴³ List: $31.80

One-Day
FREE delivery **Tomorrow, May 17**
More Buying Choices
$18.95 (26 used & new offers)


Amazon's Choice

Sponsored



HotHands Toe Warmers - Long Lasting Safe Natural Odorless Air Activated Warmers - Up to 8 Hours of Heat - 6 Pair

4,533

$8⁷¹ Was: $9.72

One-Day
FREE delivery **Tomorrow, May 17**
More Buying Choices
$7.95 (29 new offers)



Toe Warmers (45 Pairs) - Up to 10 Hours of Heat, Easily Apply with Adhesive - Ultra Thin, Easy, All Natural - Air...

663

$34⁹⁹ List: $39.99

One-Day
FREE delivery **Tomorrow, May 17**
🏠 Small Business
More Buying Choices
$28.69 (6 used & new offers)



HotHands Hand & Toe Warmers - Long Lasting Safe Natural Odorless Air Activated Warmers - 24 pair hand...

8,589

$23⁰⁰

One-Day
FREE delivery **Tomorrow, May 17**
More Buying Choices
$18.77 (13 used & new offers)

## Highly rated

Sponsored | Based on star rating and number of customer ratings



Toe Warmers (45 Pairs) - Up to 10 Hours of Heat, Easily Apply with Adhesive - Ultra Thin, Easy, All Natural - Air...

663

$34⁹⁹ List: $39.99

FREE One-Day
🏠 Small Business



World-BIO Toe Warmers Adhesive 10/20/30/40 Pairs - Long Lasting Safe Natural Odorless Air Activated...

1,599

$13⁸⁰ List: $18.80

Save 10% with coupon (some sizes/colors)
FREE One-Day



Hot Sockee - Neoprene Toe Warmers - Worn Inside Shoes or Boots - 3 Sizes - Cycling, Hiking, Winter Sports,...

2,003

$14⁹⁹

🏠 Small Business

