UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| _____ | ) | |
| | ) | Civ. No. |
| | ) | |
| KHOA VAN TRAN | ) | COMPLAINT TO COMPEL |
| | ) | AGENCY ACTION UNDER |
| Plaintiff, | ) | 28 U.S.C § 1361 AND 5 U.S.C. |
| | ) | §§ 555(b), 701(1), AND FOR |
| v. | ) | A WRIT OF MANDAMUS TO |
| | ) | COMPEL DEFENDANT'S |
| UR M. JADDOU, DIRECTOR OF U.S. | ) | ACTION ON APPROVED FORM I-824, |
| CITIZENSHIP AND IMMIGRATION | ) | APPLICATION FOR ACTIONI ON AN |
| SERVICES, | ) | APPROVED APPLICATION OR |
| | ) | PETITION |
| | ) | |
| Defendants. | ) | Agency No. A219 583 064 |
| | ) | |
| _____ | ) | |

## LIST OF EXHIBITS

Exhibit A      Copy of Plaintiff's green card and the approval notice for Form I-485; and

Exhibit B      Copy of the Approval notice for Form I-824.

                                          Respectfully submitted this 3rd day of August, 2023,

                                          _____/s/_____
                                          Myung-Sun Caitlyn Goldstein
                                          Georgia Bar No. 623307
                                          Goldstein Law Group
                                          3449 Lawrenceville-Suwanee Road, Ste. C
                                          Suwanee, GA 30024
                                          Phone: 404-781-9212
                                          Fax: 877-273-8478
                                          Email: mcg@mcglawoffice.com
                                          *Counsel for Plaintiff*