## THE UNITED STATES OF AMERICA

### I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY | U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| SRC1790421859 | | I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS |
| **Received Date** | **Priority Date** | **Applicant** A214 486 140 |
| 04/10/2017 | 08/29/2016 | TRAN, KHOA VAN |
| **Notice Date** | **Page** | **Beneficiary** A214 486 140 |
| 10/09/2019 | 1 of 1 | TRAN, KHOA VAN |

KHOA VAN TRAN

**Notice Type:** Approval Notice
Section: Adjustment as direct beneficiary of immigrant petition
COA: EW8

The above application has been approved. Prior to receiving your permanent resident card you may be required to report for biometrics processing (photo/fingerprint/signature). Please do not take any action at this time. If you are required to report for this processing, you will receive another notice advising you of the date, time and location to appear.

If you have not received your permanent resident card or the above mentioned notice to appear for biometrics processing within 90 days, please call this office at the number listed below.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002

USCIS Contact Center: www.uscis.gov/contactcenter



FORM I-797 [REV. 08/01/16]



