# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

**FAUSAT TIJANI**                        )

**MICHAEL HOWARD**, and      )

**MOJISOLA TIJANI**            )

           Plaintiffs,       )

v.                                )

**ALEJANDRO MAYORKAS**,    )      Civil Action No.
Secretary of Homeland Security   )

**U.S. DEPARTMENT OF HOMELAND SECURITY,**                    )

**U.S. CITIZENSHIP & IMMIGRATION SERVICES**          )

**UR MENDOZA JADDOU,**       )
Director,
U.S. Citizenship & Immigration Services  )
USCIS

**JERRY ADDISON**              )
Acting Field Office Director at     )
U.S. Citizenship &             )
Immigration Services Atlanta     )

        Defendants.      )

## LIST OF EXHIBITS

Exhibit A           Receipt Notices for Forms I-130 and I-485

15

Exhibit B          Copy of Requests for Initial Evidence

Exhibit C          Copy of Response filed with USCIS.

Exhibit D          Copy of Interview Notices

Exhibit E          Copy of Notices of Cancellation

Exhibit F          Copy of Interview Notices

Exhibit G          Copy of Congressional Inquiry

Exhibit H          Copy of Response to Congressional Inquiry

Exhibit I          USCIS Case Status Online last accessed July 12, 2023

EXHIBIT A

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | December 20, 2019 |

| CASE TYPE | | |
|---|---|---|
| I-130, Petition for Alien Relative | | |

| RECEIPT NUMBER | RECEIVED DATE | USCIS ALIEN NUMBER |
|---|---|---|
| MSC2090477081 | December 16, 2019 | |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | PAGE |
|---|---|---|
| December 16, 2019 | 201 B INA SPOUSE OF USC | 1 of 1 |

| | | DATE OF BIRTH |
|---|---|---|
| | | July 18, 1979 |

MICHAEL A. HOWARD
C/O MICHAEL BOAKYE DANQUAH THE DANQUAH LAW GROUP
5983 GLENRIDGE DRIVE STE 110    9   00002681
ATLANTA, GA 30328

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $535.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $535.00 |
| Total Balance Due: | $0.00 |

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

The I-130, Petition for Alien Relative has been received by our office for the following beneficiaries and is in process:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| TIJANI, FAUSAT | 5/4/1967 | NIGERIA | |

Please verify your personal information listed above and immediately notify the USCIS Contact Center if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

RECEIVED
DEC 3 0 2019
BY:

| USCIS Office Address: | USCIS Contact Center Number: |
|---|---|
| USCIS | |
| National Benefits Center | (800)375-5283 |
| P.O. Box 648003 | ATTORNEY COPY |
| Lee's Summit, MO  64002 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | |
|---|---|
| Receipt | |

| CASE TYPE | | NOTICE DATE |
|---|---|---|
| I-130, Petition for Alien Relative | | December 20, 2019 |

| RECEIPT NUMBER | | USCIS ALIEN NUMBER |
|---|---|---|
| MSC2090477077 | RECEIVED DATE | |

| PRIORITY DATE | December 16, 2019 | PAGE |
|---|---|---|
| December 16, 2019 | PREFERENCE CLASSIFICATION | 1 of 1 |
| | 201 B INA MINOR CHILD OF USC | DATE OF BIRTH |
| | | July 18, 1979 |

MICHAEL A. HOWARD
C/O MICHEAL BOAKYE DANQUAH THE DANQUAH LAW GROUP
5883 GLENRIDGE DRIVE STE 110        9  00002878
ATLANTA, GA 30328

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $535.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $535.00 |
| Total Balance Due: | $0.00 |

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

The I-130, Petition for Alien Relative has been received by our office for the following beneficiaries and is in process:

Name
TIJANI, MOJISOLA

Date of Birth
6/23/2005

Country of Birth
NIGERIA

Class (If Applicable)

Please verify your personal information listed above and immediately notify the USCIS Contact Center if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

APPROVED
DEC 30 2019
BY:

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  04/01/19

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | | NOTICE DATE |
|---|---|---|---|
| Receipt | | | December 20, 2019 |
| CASE TYPE | | | USCIS ALIEN NUMBER |
| I-485 Application to Register Permanent Residence or Adjust Status | | | A219409754 |
| RECEIPT NUMBER | RECEIVED DATE | | PAGE |
| MSC2090477080 | December 16, 2019 | | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | | DATE OF BIRTH |
| December 16, 2019 | Immediate Relative of U.S. citizen | | March 04, 1967 |

FAUSAT O. IJANI
C/O MICHAEL BOAKYE DANQUAH THE DANQUAH LAW GROUP
5885 GLENRIDGE DRIVE STE 110                  9   00002679
ATLANTA, GA  30328

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,140.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,225.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

The above application/petition has been received by our office and is in process. Please verify your personal information listed above and immediately notify the USCIS Contact Center if there are any changes.  Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

Next Steps:

- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time, and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
- This notice does not serve as your biometrics appointment notice.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | December 20, 2019 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | | A219409755 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2090477076 | December 16, 2019 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| December 16, 2019 | Immediate Relative of U.S. citizen | June 23, 2005 |

MOJISOLA TIJANI
C/O MICHAEL BOAKYE DANQUAH THE DANQUAH LAW GIROU
5883 GLENRIDGE DRIVE STE 110     9-00002677
ATLANTA, GA 30328

| PAYMENT INFORMATION: | |
|---|---|
| Application/Petition Fee: | $1,140.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,225.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

The above application/petition has been received by our office and is in process. Please verify your personal information listed above and immediately notify the USCIS Contact Center if there are any changes. Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

Next Steps:

- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time, and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
- This notice does not serve as your biometrics appointment notice.

If you have questions, please visit the USCIS Contact Center at _____ to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

USCIS Office Address:

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C   04/01/19

EXHIBIT B

February 10, 2020



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 648004
Lee's Summit, MO 64002

**U.S. Citizenship
and Immigration
Services**

MICHAEL BOAKYE DANQUAH
THE DANQUAH LAW GROUP LLC
5883 GLENRIDGE DRIVE STE 110
ATLANTA, GA 30328



MSC2090477080



A219-409-754

RE: FAUSAT ONAJOKE TIJANI
I-485, Application to Register Permanent Residence or Adjust Status

## REQUEST FOR INITIAL EVIDENCE

### Why We Are Writing You

This office is unable to complete the processing of your Application to Register Permanent Residence or Adjust Status, (Form I-485). We are writing to inform you that we need more information from you to make a decision on your case. Please read this letter carefully and follow all of the instructions below.

### What You Need To Do

You must provide the following information for us to make a final decision on your case. **Please include a copy of ALL pages of this letter with your response.**

- Submit a copy of the birth certificate or other primary birth record issued by the appropriate civil authority for the applicant. USCIS will only accept a long-form birth certificate which lists at least one parent. If the birth certificate or other primary birth record is not available, you must submit acceptable secondary evidence AND a letter from the government or other authority. Examples of acceptable secondary evidence may include, but is not limited to; church or school records, listing your parents' names and your date of birth; hospital records of your birth; or other official records indicating a country and record of birth.

Title 8 Code of Federal Regulations, Section 103.2(b)(2)(ii) states:

"Where a record does not exist, the applicant or petitioner must submit an original written statement on government letterhead establishing this from the relevant government or other authority. The statement must indicate the reason the record does not exist, and indicate whether similar records for the time and place are available."

NBLI485AOSRFE000013643961

www.uscis.gov

It must contain one of the following:

- A legible seal
- A legible stamp
- A signature with a title containing the words: secretary, registrar or births and deaths

If the document is in a language other than English, you must submit a copy of the foreign language document and a completed English translation. For more information on birth records, see visa reciprocity and civil documents at https://travel.state.gov.

- Submit all supporting tax documentation (W-2s, 1099s, Form 2555, and all supporting tax schedules) submitted to the Internal Revenue Service for the most recent tax year. The petitioning sponsor must submit all supporting tax documents for the most recent tax year.

- The petitioning sponsor on Form I-864, Affidavit of Support, must submit a complete Federal income tax return submitted to the Internal Revenue Service (IRS) for the most recent tax year. If you submit a transcript, it must be a "Tax Return Transcript" from the IRS. If you were not required to file a Federal income tax return under U.S. tax law, attach a written explanation of why you are not required to file. See ""Filing Requirements"" in the IRS Form 1040 Filing Instructions to determine whether you were required to file.

- Based on the documents submitted with Form I-864, Affidavit of Support, for the petitioning sponsor, the income did not meet 125 percent of the federal poverty guideline for the petitioning sponsor's household size. See Form I-864P for information on the Federal Poverty Guidelines. Obtain a qualifying joint sponsor who demonstrates the ability to support you or submit evidence of assets. See Form I-864 Instructions for more information. If you decide to obtain a joint sponsor, you will need to:
  - Submit a completed and signed Form I-864, Affidavit of Support, from the joint sponsor. All pages must be present and of the latest edition date.
  - Provide the joint sponsor's Social Security Number on Form I-864.
  - Provide a complete and correctly calculated household size on Form I-864.
  - Submit a complete copy of the joint sponsor's Federal income tax return and all supporting tax documents (W-2s, 1099s, Form 2555, and tax schedules) for the most recent tax year.
  - Submit evidence of the joint sponsor's status as a United States citizen, United States National, or Lawful Permanent Resident.

The ""Total Income"" line on IRS Form 1040 is used to determine qualifying income for a sponsor, not the ""Gross Receipts"" line from IRS Schedule C or C-EZ.

If the petitioning sponsor or the joint sponsor is unable to meet the income requirements, they may qualify based on the cash value of their significant assets. Assets must equal the stated difference between the sponsor's income and 125 percent of the federal poverty guideline for the sponsor's household size.
- Assets must equal the difference for applicants filing as orphans.
- Assets must equal three times the difference for a spouse or child of a United States citizen.
- Assets must equal five times the difference for all others.

Acceptable evidence of assets:

• Bank statements covering the last 12 months (statements will be averaged over a 12 month period) or a statement from an officer of the bank or other financial institution in which the sponsor has deposits, the account balance averaged over a 12 month period, and current balance;
• Evidence of ownership, value, and dates acquired of stocks, bonds, and certificates of deposit;
• Evidence of ownership, value/equity, and dates acquired of other personal property;
• Evidence of ownership, a recent licensed appraisal or county tax assessment, any mortgage/lien or lien release of any real estate, and dates acquired.

For further instructions and the latest edition of Form I-864, visit the USCIS website at www.uscis.gov. See Specific Instructions and Specific Requirements listed in the Form I-864 instructions for complete information.

**When You Need To Do It**

You must send the requested information by mail to the address shown below within 87 days.

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence that is submitted after the due date. If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, you must provide: (1) a copy of the original document in its foreign language; and (2) a full English translation of the document. The translator must certify that the translation is complete and accurate and that he or she is competent to translate from the foreign language to English.

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to this request.

**Please include a copy of ALL pages of this letter with your response.**

Submit your response with requested document(s), information, etc. to this address:

| Regular Mail | Express Mail or Courier Deliveries |
|---|---|
| U.S. Department of Homeland Security National Benefits Center P.O. Box 648004 Lee's Summit, MO 64002 | USCIS, Attention: Adjustment of Status 850 NW Chipman Rd Lee's Summit, MO 64063 |

Please do not forget to include a copy of ALL pages of this letter with your response.

Sincerely,

Terri A. Robinson (Acting)
Director
Officer: LX 3498

NBLI485AOSRFE00001364396I

# EXHIBIT C

# THE DANQUAH LAW GROUP, LLC

### MICHAEL BOAKYE-DANQUAH, ESQ

5883 Glenridge Drive, Ste. 110, Atlanta, GA 30328
Office :(770) 979-6050 · FAX: (678) 292-5955 · CELL: (770) 841-6671
email: lawyerdanquah@yahoo.com

DATE: __3/23/2020__

U.S. Department of Homeland Security
P. O. Box 648004
Lee's Summit, MO 64002

RE: __FAUSAT ONAJOKE TIJANI__
REQUEST FOR EVIDENCE (I-485)

Dear Sir/Madam,

Please be advised that this office represents my client named above.
Please find attached my G28 Notice of Appearance. My client is responding to the attached
REQUEST FOR EVIDENCE and accordingly please find enclosed the following documents:

1. G-28 Notice of Appearance;
2. REQUEST FOR EVIDENCE;
3. Supporting Documents for Applicant (Attached).

If you have any questions or need further clarification in this regard, please feel free to
contact me.  Thank you.

Sincerely,

Michael Boakye-Danquah
Attorney at Law

February 10, 2020





U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 648004
Lee's Summit, MO 64002



**U.S. Citizenship
and Immigration
Services**

MICHAEL BOAKYE DANQUAH
THE DANQUAH LAW GROUP LLC
5883 GLENRIDGE DRIVE STE 110
ATLANTA, GA 30328

MSC2090477080



RE: FAUSAT ONAJOKE TIJANI
I-485, Application to Register Permanent Residence or Adjust Status

A219-409-754

## REQUEST FOR INITIAL EVIDENCE

### Why We Are Writing You

This office is unable to complete the processing of your Application to Register Permanent Residence or Adjust Status, (Form I-485). We are writing to inform you that we need more information from you to make a decision on your case. Please read this letter carefully and follow all of the instructions below.

### What You Need To Do

You must provide the following information for us to make a final decision on your case. **Please include a copy of ALL pages of this letter with your response**

- • Submit a copy of the birth certificate or other primary birth record issued by the appropriate civil authority for the applicant. USCIS will only accept a long-form birth certificate which lists at least one parent. If the birth certificate or other primary birth record is not available, you must submit acceptable secondary evidence AND a letter from the government or other authority. Examples of acceptable secondary evidence may include, but is not limited to; church or school records, listing your parents' names and your date of birth; hospital records of your birth; or other official records indicating a country and record of birth.

Title 8 Code of Federal Regulations, Section 103.2(b)(2)(ii) states:

"Where a record does not exist, the applicant or petitioner must submit an original written statement on government letterhead establishing this from the relevant government or other authority. The statement must indicate the reason the record does not exist, and indicate whether similar records for the time and place are available."

It must contain one of the following:

- A legible seal
- A legible stamp
- A signature with a title containing the words: secretary, registrar or births and deaths

If the document is in a language other than English, you must submit a copy of the foreign language document and a completed English translation. For more information on birth records, see visa reciprocity and civil documents at https://travel.state.gov.

- Submit all supporting tax documentation (W-2s, 1099s, Form 2555, and all supporting tax schedules) submitted to the Internal Revenue Service for the most recent tax year. The petitioning sponsor must submit all supporting tax documents for the most recent tax year.

- The petitioning sponsor on Form I-864, Affidavit of Support, must submit a complete Federal income tax return submitted to the Internal Revenue Service (IRS) for the most recent tax year. If you submit a transcript, it must be a "Tax Return Transcript" from the IRS. If you were not required to file a Federal income tax return under U.S. tax law, attach a written explanation of why you are not required to file.  See ""Filing Requirements"" in the IRS Form 1040 Filing Instructions to determine whether you were required to file.

- Based on the documents submitted with Form I-864, Affidavit of Support, for the petitioning sponsor, the income did not meet 125 percent of the federal poverty guideline for the petitioning sponsor's household size. See Form I-864P for information on the Federal Poverty Guidelines. Obtain a qualifying joint sponsor who demonstrates the ability to support you or submit evidence of assets. See Form I-864 Instructions for more information. If you decide to obtain a joint sponsor, you will need to:
  - Submit a completed and signed Form I-864, Affidavit of Support, from the joint sponsor. All pages must be present and of the latest edition date.
  - Provide the joint sponsor's Social Security Number on Form I-864.
  - Provide a complete and correctly calculated household size on Form I-864.
  - Submit a complete copy of the joint sponsor's Federal income tax return and all supporting tax documents (W-2s, 1099s, Form 2555, and tax schedules) for the most recent tax year.
  - Submit evidence of the joint sponsor's status as a United States citizen, United States National, or Lawful Permanent Resident.

The ""Total Income"" line on IRS Form 1040 is used to determine qualifying income for a sponsor, not the ""Gross Receipts"" line from IRS Schedule C or C-EZ.

If the petitioning sponsor or the joint sponsor is unable to meet the income requirements, they may qualify based on the cash value of their significant assets. Assets must equal the stated difference between the sponsor's income and 125 percent of the federal poverty guideline for the sponsor's household size.

- Assets must equal the difference for applicants filing as orphans.
- Assets must equal three times the difference for a spouse or child of a United States citizen.
- Assets must equal five times the difference for all others.

Acceptable evidence of assets:

- Bank statements covering the last 12 months (statements will be averaged over a 12 month period) or a statement from an officer of the bank or other financial institution in which the sponsor has deposits, the account balance averaged over a 12 month period, and current balance;
- Evidence of ownership, value, and dates acquired of stocks, bonds, and certificates of deposit;
- Evidence of ownership, value/equity, and dates acquired of other personal property;
- Evidence of ownership, a recent licensed appraisal or county tax assessment, any mortgage/lien or lien release of any real estate, and dates acquired.

For further instructions and the latest edition of Form I-864, visit the USCIS website at www.uscis.gov. See Specific Instructions and Specific Requirements listed in the Form I-864 instructions for complete information.

## When You Need To Do It

You must send the requested information by mail to the address shown below within 87 days.

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence that is submitted after the due date. If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, you must provide: (1) a copy of the original document in its foreign language; and (2) a full English translation of the document. The translator must certify that the translation is complete and accurate and that he or she is competent to translate from the foreign language to English.

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to this request.

## Please include a copy of ALL pages of this letter with your response.

Submit your response with requested document(s), information, etc. to this address:

| Regular Mail | Express Mail or Courier Deliveries |
|---|---|
| U.S. Department of Homeland Security National Benefits Center P.O. Box 648004 Lee's Summit, MO 64002 | USCIS, Attention: Adjustment of Status 850 NW Chipman Rd Lee's Summit, MO 64063 |

Please do not forget to include a copy of ALL pages of this letter with your response.

Sincerely,

*Robinson*

Terri A. Robinson (Acting)
Director
Officer: LX 3498

# NATIONAL POPULATION COMMISSION



12 - 14 BABS ANIMASHAUN STREET,
P.M.B 12628, SURULERE,
LAGOS STATE.

Ref No: _NPC/LS/PAVA/XXIII/20/16_

Date: _26th February, 2020_

## TO WHOM IT MAY CONCERN

### ATTESTATION OF BIRTH – TIJANI FAUSAT ONAJOKE (NEE AWOLAJA)

Decree No. 69 of December, 1992 on Births, Deaths, etc., (Compulsory Registration) Federal Military Government of Nigeria assigned the function of the registration of Births, Deaths, Marriages, Divorces etc., and issuance of such relevant certificates to National Population Commission with effect from 1988.

With reference to the application for Letter of Attestation of Birth from the bearer TIJANI FAUSAT ONAJOKE (NEE AWOLAJA) and a copy of Statutory Declaration of Age of 25th day of February, 2020 obtained at the High Court Registry, Holden at Ikeja, Lagos State of Nigeria.

TIJANI FAUSAT ONAJOKE (NEE AWOLAJA) was born at Lagos in Epe L. G. A. of Lagos State on the 4th day of March, 1967 to the family of MR. AWOLAJA YEKINI AJADI (father) and MRS. AWOLAJA TAIBAT (mother) both from Omojoda Odoayan in Epe Local Government Area of Lagos State of Nigeria. And that TIJANI FAUSAT ONAJOKE (NEE AWOLAJA) is an indigene of Omojoda Odoayan in Epe Local Government Area of Lagos State of Nigeria.

This falls beyond the coverage of the Decree No 69 of December 1992 for issuance of Birth Certificate.

In the light of the above information, gratefully accept this Birth Attestation Letter in respect of TIJANI FAUSAT ONAJOKE (NEE AWOLAJA).

Thank you for your co-operation.

**Nwannukwu E. I.**
**For: State Director**

STATE DIRECTOR
NATIONAL POPULATION COMMISSION
LAGOS STATE OFFICE

# IN THE HIGH COURT OF LAGOS S

## HOLDEN AT IKEJA

### AFFIDAVIT FOR DECLARATION OF AGE

I, AWOLAJA BODE SURAJUDEEN, Male, Muslim, Nigerian Citizen of No. 4, Oluayan Street, Omojoda, Eps, Lagos State, do hereby make an Oath and declare as follows:-

1. That I am the above named person and Uncle to TIJANI, FAUSA ONAJOKE.

2. That the said TIJANI FAUSA ONAJOKE was born into the family of AWOLAJA YEKINI AJADI (Father), and MRS. AWOLAJA TAIBAT AISHABI, on the 4th day of March, 1967 at Epe in Eredo Local Govt. Area, of Lagos State.

3. That at the time of her birth, her birth was duly registered and Birth Certificate obtained, but later got misplaced.

4. That this affidavit is now required for record purposes and to enable me depose to the facts stated above.

AND that I make this solemn declaration in good faith, believing same to be true and correct in accordance with the Oaths Law of 2015.

SWORN TO AT THE HIGH COURT REGISTRY

IKEJA THIS 25th DAY OF February, 2020

..................
DECLARANT

BEFORE ME

COMMISSIONER FOR OATH

# IN THE HIGH COURT OF LAGOS S

## HOLDEN AT IKEJA

### AFFIDAVIT FOR DECLARATION OF AGE

I, AWOLAJA BODE SURAJUDEEN, Male, Muslim, Nigerian Citizen of No. 4, Cluayan Street, Omojoda, Epe, Lagos State, do hereby make an Oath and declare as follows:-

1.  That I am the above named person and Uncle to TIJANI, FAUSA ONAJOKE.

2.  That the said TIJANI FAUSA ONAJOKE was born into the family of AWOLAJA YEKINI AJADI (Father), and MRS. AWOLAJA TAIBAT AISHABI, on the 4th day of March, 1967 at Epe in Eredo Local Govt. Area, of Lagos State.

3.  That at the time of her birth, her birth was duly registered and Birth Certificate obtained, but later got misplaced.

4.  That this affidavit is now required for record purposes and to enable me depose to the facts stated above.

AND that I make this solemn declaration in good faith, believing same to be true and correct in accordance with the Oaths Law of 2015.

SWORN TO AT THE HIGH COURT REGISTRY

IKEJA THIS 25th DAY OF February, 2020

...................................
DECLARANT

**BEFORE ME**

COMMISSIONER FOR OATH

Michael Anthony HOWARD
5358 Langston Road
Norcross, GA 30071

U.S. Department of Homeland Security
National Benefits Center
P. O. Box 648004
Lee's Summit, MO 64002

March 16, 2020

RE:   Fausat Onajoke TIJANI – Request for Initial Evidence

This letter is in response to your attached mail asking about my submission of Federal income tax return from the IRS for the most recent year, 2018.

This is to address the issue that, I did not file taxes in the most recent year, 2018 and also to clarify the fact that, I was not required to file taxes as my income was not equal to or exceeded $10,300, nor owe any special taxes or have any special situations that require me to file.

I respectfully submit this explanation to support my petition filed on behalf of my spouse.

Sincerely,

Michael Anthony HOWARD
Petitioner

# Affidavit of Support Under Section 213A of the INA

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
**Form I-864**
OMB No. 1615-0075
Expires 03/31/2020

| For USCIS Use Only | **Affidavit of Support Submitter**<br>☐ Petitioner<br>☐ 1st Joint Sponsor<br>☐ 2nd Joint Sponsor<br>☐ Substitute Sponsor<br>☐ 5% Owner | **Section 213A Review**<br>☐ MEETS requirements   ☐ DOES NOT MEET requirements<br>Reviewed By:_____<br>Office:_____<br>Date (mm/dd/yyyy):_____ | **Number of Support Affidavits in File**<br>☐ 1      ☐ 2<br>**Remarks** |
|---|---|---|---|

| To be completed by an attorney or accredited representative (if any). | ☐ Select this box if Form G-28 or G-28I is attached. | **Attorney State Bar Number** (if applicable) | **Attorney or Accredited Representative USCIS Online Account Number** (if any) |
|---|---|---|---|

▶ **START HERE - Type or print in black ink.**

## Part 1. Basis For Filing Affidavit of Support

I, [OLAWANDE TOYOSI OKORO]

am the sponsor submitting this affidavit of support because (Select **only one box**):

**1.a.** ☐ I am the petitioner. I filed or am filing for the immigration of my relative.

**1.b.** ☐ I filed an alien worker petition on behalf of the intending immigrant, who is related to me as my ____

**1.c.** ☐ I have an ownership interest of at least 5 percent in ____ which filed an alien worker petition on behalf of the intending immigrant, who is related to me as my ____

**1.d.** ☒ I am the only joint sponsor.

**1.e.** ☐ I am the ☐ first ☐ second of two joint sponsors.

**1.f.** ☐ The original petitioner is deceased. I am the substitute sponsor. I am the intending immigrant's ____

**NOTE:** If you are filing this form as a sponsor, you must include proof of your U.S. citizenship, U.S. national status, or lawful permanent resident status.

## Part 2. Information About the Principal Immigrant

**1.a.** Family Name (Last Name) [TIJANI]

**1.b.** Given Name (First Name) [FAUSAT]

**1.c.** Middle Name [ONAJOKE]

### Mailing Address

**2.a.** In Care Of Name ____

**2.b.** Street Number and Name [5358 LANGSTON ROAD]

**2.c.** ☒ Apt. ☐ Ste. ☐ Flr. ____

**2.d.** City or Town [NORCROSS]

**2.e.** State [GA]   **2.f.** ZIP Code [30071]

**2.g.** Province ____

**2.h.** Postal Code ____

**2.i.** Country [USA]

### Other Information

**3.** Country of Citizenship or Nationality [NIGERIA OR NIGERIAN]

**4.** Date of Birth (mm/dd/yyyy) [03/04/1967]

**5.** Alien Registration Number (A-Number) (if any) ▶ A- ____

**6.** USCIS Online Account Number (if any) ▶ ____

**7.** Daytime Telephone Number [4049539914]

Form I-864   03/06/18

## Part 3.  Information About the Immigrants You Are Sponsoring

**1.** I am sponsoring the principal immigrant named in **Part 2.**

☒ Yes  ☐ No  (Applicable only if you are sponsoring family members in **Part 3.** as the second joint sponsor or if you are sponsoring family members who are immigrating more than six months after the principal immigrant)

**2.** ☐ I am sponsoring the following family members immigrating at the same time or within six months of the principal immigrant named in **Part 2.** (Do not include any relative listed on a separate visa petition.)

**3.** ☐ I am sponsoring the following family members who are immigrating more than six months after the principal immigrant.

### Family Member 1

**4.a.** Family Name
(Last Name)

**4.b.** Given Name
(First Name)

**4.c.** Middle Name

**5.** Relationship to Principal Immigrant

**6.** Date of Birth (mm/dd/yyyy)

**7.** Alien Registration Number (A-Number) (if any)
► A-

**8.** USCIS Online Account Number (if any)
►

### Family Member 2

**9.a.** Family Name
(Last Name)

**9.b.** Given Name
(First Name)

**9.c.** Middle Name

**10.** Relationship to Principal Immigrant

**11.** Date of Birth (mm/dd/yyyy)

**12.** Alien Registration Number (A-Number) (if any)
► A-

**13.** USCIS Online Account Number (if any)
►

### Family Member 3

**14.a.** Family Name
(Last Name)

**14.b.** Given Name
(First Name)

**14.c.** Middle Name

**15.** Relationship to Principal Immigrant

**16.** Date of Birth (mm/dd/yyyy)

**17.** Alien Registration Number (A-Number) (if any)
► A-

**18.** USCIS Online Account Number (if any)
►

### Family Member 4

**19.a.** Family Name
(Last Name)

**19.b.** Given Name
(First Name)

**19.c.** Middle Name

**20.** Relationship to Principal Immigrant

**21.** Date of Birth (mm/dd/yyyy)

**22.** Alien Registration Number (A-Number) (if any)
► A-

**23.** USCIS Online Account Number (if any)
►

### Family Member 5

**24.a.** Family Name
(Last Name)

**24.b.** Given Name
(First Name)

**24.c.** Middle Name

**25.** Relationship to Principal Immigrant

**26.** Date of Birth (mm/dd/yyyy)

**27.** Alien Registration Number (A-Number) (if any)
► A-

**28.** USCIS Online Account Number (if any)
►

## Part 3. Information About the Immigrants You Are Sponsoring (continued)

29. Enter the total number of immigrants you are sponsoring on this affidavit which includes the principal immigrant listed in **Part 2**, any immigrants listed in **Part 3**, **Item Numbers 1. - 28.** and (if applicable), any immigrants listed for these questions in **Part 11. Additional Information.** Do not count the principal immigrant if you are only sponsoring family members entering more than 6 months after the principal immigrant.

| 1 |
| --- |

## Part 4. Information About You (Sponsor)

### Sponsor's Full Name

1.a. Family Name (Last Name)  OKORO

1.b. Given Name (First Name)  OLAWANDE

1.c. Middle Name  TOYOSI

### Sponsor's Mailing Address

2.a. In Care Of Name

2.b. Street Number and Name  7701 E HIGHWAY 191

2.c. ☒ Apt.  ☐ Ste.  ☐ Flr.

2.d. City or Town  ODESSA

2.e. State  TX   2.f. ZIP Code  79762

2.g. Province

2.h. Postal Code

2.i. Country  USA

3. Is your current mailing address the same as your physical address?   ☒ Yes  ☐ No

If you answered "No" to Item Number 3., provide your physical address in Item Numbers 4.a. - 4.h.

### Sponsor's Physical Address

4.a. Street Number and Name

4.b. ☐ Apt.  ☐ Ste.  ☐ Flr.

4.c. City or Town

4.d. State ▢   4.e. ZIP Code

4.f. Province

4.g. Postal Code

4.h. Country

### Other Information

5. Country of Domicile  USA

6. Date of Birth (mm/dd/yyyy)  08/08/1987

7. City or Town of Birth  OWO

8. State or Province of Birth  ONDO

9. Country of Birth  NIGERIA

10. U.S. Social Security Number (Required)  ► 4 4 2 4 9 3 0 6 1

Citizenship or Residency

11.a. ☒ I am a U.S. citizen.

11.b. ☐ I am a U.S. national.

11.c. ☐ I am a lawful permanent resident.

12. Sponsor's A-Number (if any)  ► A-

13. Sponsor's USCIS Online Account Number (if any)  ►

Military Service (To be completed by petitioner sponsors only.)

14. I am currently on **active duty** in the U.S. Armed Forces or U.S. Coast Guard.   ☐ Yes  ☒ No

| For USCIS Use Only | |
|---|---|

## Part 5. Sponsor's Household Size

**NOTE:  Do not count any member of your household more than once.**

**Persons you are sponsoring in this affidavit:**

1. Provide the number you entered in **Part 3., Item Number 29.**  [ 1 ]

**Persons NOT sponsored in this affidavit:**

2. Yourself.  [ 1 ]

3. If you are currently married, enter "1" for your spouse.  [ ]

4. If you have dependent children, enter the number here.  [ ]

5. If you have any other dependents, enter the number here.  [ ]

6. If you have sponsored any other persons on Form I-864 or Form I-864EZ who are now lawful permanent residents, enter the number here.  [ 1 ]

7. **OPTIONAL:** If you have siblings, parents, or adult children with the same principal residence who are combining their income with yours by submitting Form I-864A, enter the number here.  [ ]

8. Add together **Part 5., Item Numbers 1. – 7.** and enter the number here.

**Household Size:**  [ 3 ]

## Part 6. Sponsor's Employment and Income

**I am currently:**

1. ☒ Employed as a/an
   ASSISTANT  RADIOGRAPHER

2. Name of Employer 1
   TEAM  INDUSTRIAL  SERVICES

3. Name of Employer 2 (if applicable)

4. ☐ Self-Employed as a/an (Occupation)

5. ☐ Retired Since (mm/dd/yyyy)

6. ☐ Unemployed Since (mm/dd/yyyy)

7. My current individual annual income is:
   $ 71,458

**Income you are using from any other person who was counted in your household size, including, in certain conditions, the intending immigrant.  (See Form I-864 Instructions.)  Please indicate name, relationship, and income.**

**Person 1**

8. Name

9. Relationship

10. **Current Income**  $

**Person 2**

11. Name

12. Relationship

13. **Current Income**  $

**Person 3**

14. Name

15. Relationship

16. **Current Income**  $

**Person 4**

17. Name

18. Relationship

19. **Current Income**  $

Form I-864   03/06/18

| For USCIS Use Only | Household Size | Poverty Guideline | Remarks |
|---|---|---|---|
| | ☐ 1  ☐ 2  ☐ 3 <br> ☐ 4  ☐ 5  ☐ 6 <br> ☐ 7  ☐ 8  ☐ 9 <br> ☐ Other___ | Year: _2 0___ <br><br> Poverty Line: <br> $ | |

## Part 6. Sponsor's Employment and Income (continued)

**20.**  **My Current Annual Household Income** (Total all lines from **Part 6. Item Numbers 7., 10., 13., 16.,** and **19.;** the total will be compared to Federal Poverty Guidelines on Form I-864P.)

$ [_____]

**21.** ☐ The people listed in **Item Numbers 8., 11., 14.,** and **17.** have completed Form I-864A. I am filing along with this affidavit all necessary Form I-864As completed by these people.

**22.** ☐ One or more of the people listed in **Item Numbers 8., 11., 14.,** and **17.** do not need to complete Form I-864A because he or she is the intending immigrant and has no accompanying dependents.

Name
[_____]

### Federal Income Tax Return Information

**23.a.**  Have you filed a Federal income tax return for each of the three most recent tax years?   ☒ Yes  ☐ No

**NOTE:** You **MUST** attach a photocopy or transcript of your Federal income tax return for only the most recent tax year.

**23.b.** ☒ (Optional) I have attached photocopies or transcripts of my Federal income tax returns for my second and third most recent tax years.

My total income (adjusted gross income on Internal Revenue Service (IRS) Form 1040EZ) as reported on my Federal income tax returns for the most recent three years was:

| | Tax Year | Total Income |
|---|---|---|
| **24.a.** Most Recent | 2018 | $ 71,458 |
| **24.b.** 2nd Most Recent | 2017 | $ 48,096 |
| **24.c.** 3rd Most Recent | 2016 | $ 42,297 |

**25.** ☐ I was not required to file a Federal income tax return as my income was below the IRS required level and I have attached evidence to support this.

## Part 7. Use of Assets to Supplement Income (Optional)

If your income, or the total income for you and your household, from **Part 6., Item Numbers 20.** or **24.a. - 24.c.,** exceeds the Federal Poverty Guidelines for your household size, **YOU ARE NOT REQUIRED** to complete this Part 7. Skip to Part 8.

**Your Assets (Optional)**

**1.**  Enter the balance of all savings and checking accounts.

$ [_____]

**2.**  Enter the net cash value of real-estate holdings. (Net value means current assessed value minus mortgage debt.)

$ [_____]

**3.**  Enter the net cash value of all stocks, bonds, certificates of deposit, and any other assets not already included in **Item Number 1.** or **Item Number 2.**

$ [_____]

**4.**  Add together **Item Numbers 1. - 3.** and enter the number here.

**TOTAL:** $ [_____]

**Assets from Form I-864A, Part 4., Item Number 3.d.,** for:

**5.a.**  Name of Relative
[_____]

**5.b.**  Your household member's assets from Form I-864A (optional).

$ [_____]

**Assets of the principal sponsored immigrant** (optional).

The principal sponsored immigrant is the person listed in Part 2., Item Numbers 1.a. - 1.c. Only include the assets if the principal immigrant is being sponsored by this affidavit of support.

**6.**  Enter the balance of the principal immigrant's savings and checking accounts.

$ [_____]

**7.**  Enter the net cash value of all the principal immigrant's real estate holdings. (Net value means investment value minus mortgage debt.)

$ [_____]

**8.**  Enter the current cash value of the principal immigrant's stocks, bonds, certificates of deposit, and other assets not included in **Item Number 6.** or **Item Number 7.**

$ [_____]

| For USCIS Use Only | Household Size | Poverty Guideline | Sponsor's Household Income *(Page 5, Line 10)* | Remarks |
|---|---|---|---|---|
| | ☐ 1   ☐ 2   ☐ 3<br>☐ 4   ☐ 5   ☐ 6<br>☐ 7   ☐ 8   ☐ 9<br>☐ Other____ | Year: 2 0<br><br>Poverty Line:<br>$ | $ | |
| | | | *The total value of all assets, line 10, must equal 5 times (3 times for spouses and children of USC's, or 1 time for orphans to be formally adopted in the U.S.) the difference between the poverty guidelines and the sponsor's household income, line 10.* | |

## Part 7. Use of Assets to Supplement Income (Optional) (continued)

9. Add together **Item Numbers 6. – 8.** and enter the number here.   $ _____

**Total Value of Assets**

10. Add together **Item Numbers 4., 5.b.,** and **9.** and enter the number here.

   **TOTAL:  $** _____

## Part 8. Sponsor's Contract, Statement, Contact Information, Declaration, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-864 Instructions before completing this part.

### Sponsor's Contract

Please note that, by signing this Form I-864, you agree to assume certain specific obligations under the Immigration and Nationality Act (INA) and other Federal laws. The following paragraphs describe those obligations. Please read the following information carefully before you sign Form I-864. If you do not understand the obligations, you may wish to consult an attorney or accredited representative.

#### What is the Legal Effect of My Signing Form I-864?

If you sign Form I-864 on behalf of any person (called the intending immigrant) who is applying for an immigrant visa or for adjustment of status to a lawful permanent resident, and that intending immigrant submits Form I-864 to the U.S. Government with his or her application for an immigrant visa or adjustment of status, under INA section 213A, these actions create a contract between you and the U.S. Government. The intending immigrant becoming a lawful permanent resident is the consideration for the contract.

Under this contract, you agree that, in deciding whether the intending immigrant can establish that he or she is not inadmissible to the United States as a person likely to become a public charge, the U.S. Government can consider your income and assets as available for the support of the intending immigrant.

#### What If I Choose Not to Sign Form I-864?

The U.S. Government cannot make you sign Form I-864 if you do not want to do so. But if you do not sign Form I-864, the intending immigrant may not become a lawful permanent resident in the United States.

#### What Does Signing Form I-864 Require Me To Do?

If an intending immigrant becomes a lawful permanent resident in the United States based on a Form I-864 that you have signed, then, until your obligations under Form I-864 terminate, you must:

   **A.**  Provide the intending immigrant any support necessary to maintain him or her at an income that is at least 125 percent of the Federal Poverty Guidelines for his or her household size (100 percent if you are the petitioning sponsor and are on active duty in the U.S. Armed Forces or U.S. Coast Guard, and the person is your husband, wife, or unmarried child under 21 years of age); and

   **B.**  Notify U.S. Citizenship and Immigration Services (USCIS) of any change in your address, within 30 days of the change, by filing Form I-865.

#### What Other Consequences Are There?

If an intending immigrant becomes a lawful permanent resident in the United States based on a Form I-864 that you have signed, then, until your obligations under Form I-864 terminate, the U.S. Government may consider (deem) your income and assets as available to that person, in determining whether he or she is eligible for certain Federal means-tested public benefits and also for state or local means-tested public benefits, if the state or local government's rules provide for consideration (deeming) of your income and assets as available to the person.

This provision does **not** apply to public benefits specified in section 403(c) of the Welfare Reform Act such as emergency Medicaid, short-term, non-cash emergency relief; services provided under the National School Lunch and Child Nutrition Acts; immunizations and testing and treatment for communicable diseases; and means-tested programs under the Elementary and Secondary Education Act.

#### What If I Do Not Fulfill My Obligations?

If you do not provide sufficient support to the person who becomes a lawful permanent resident based on a Form I-864 that you signed, that person may sue you for this support.

## Part 8. Sponsor's Contract, Statement, Contact Information, Declaration, Certification, and Signature (continued)

If a Federal, state, local, or private agency provided any covered means-tested public benefit to the person who becomes a lawful permanent resident based on a Form I-864 that you signed, the agency may ask you to reimburse them for the amount of the benefits they provided. If you do not make the reimbursement, the agency may sue you for the amount that the agency believes you owe.

If you are sued, and the court enters a judgment against you, the person or agency that sued you may use any legally permitted procedures for enforcing or collecting the judgment. You may also be required to pay the costs of collection, including attorney fees.

If you do not file a properly completed Form I-865 within 30 days of any change of address, USCIS may impose a civil fine for your failing to do so.

### When Will These Obligations End?

Your obligations under a Form I-864 that you signed will end if the person who becomes a lawful permanent resident based on that affidavit:

**A.**  Becomes a U.S. citizen;

**B.**  Has worked, or can receive credit for, 40 quarters of coverage under the Social Security Act;

**C.**  No longer has lawful permanent resident status and has departed the United States;

**D.**  Is subject to removal, but applies for and obtains, in removal proceedings, a new grant of adjustment of status, based on a new affidavit of support, if one is required; or

**E.**  Dies.

**NOTE:** Divorce **does not** terminate your obligations under Form I-864.

Your obligations under a Form I-864 that you signed also end if you die. Therefore, if you die, your estate is not required to take responsibility for the person's support after your death. However, your estate may owe any support that you accumulated before you died.

### Sponsor's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

**1.a.**  ☒ I can read and understand English, and I have read and understand every question and instruction on this affidavit and my answer to every question.

**1.b.**  ☐ The interpreter named in **Part 9.** read to me every question and instruction on this affidavit and my answer to every question in

a language in which I am fluent, and I understood everything.

**2.**  ☐ At my request, the preparer named in **Part 10.**,

prepared this affidavit for me based only upon information I provided or authorized.

### Sponsor's Contact Information

**3.**  Sponsor's Daytime Telephone Number

4322574957

**4.**  Sponsor's Mobile Telephone Number (if any)

4322574957

**5.**  Sponsor's Email Address (if any)

wandey4all@yahoo.com

### Sponsor's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS or the U.S. Department of State (DOS) may require that I submit original documents to USCIS or DOS at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS or DOS may need to determine my eligibility for the benefit that I seek.

I furthermore authorize release of information contained in this affidavit, in supporting documents, and in my USCIS or DOS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I certify, under penalty of perjury, that all of the information in my affidavit and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my affidavit and that all of this information is complete, true, and correct.

**A.**  I know the contents of this affidavit of support that I signed;

**B.**  I have read and I understand each of the obligations described in **Part 8.**, and I agree, freely and without any mental reservation or purpose of evasion, to accept each of those obligations in order to make it possible for the immigrants indicated in **Part 3.** to become lawful permanent residents of the United States;

**C.**  I agree to submit to the personal jurisdiction of any Federal or state court that has subject matter jurisdiction of a lawsuit against me to enforce my obligations under this Form I-864;

## Part 8. Sponsor's Contract, Statement, Contact Information, Declaration, Certification, and Signature (continued)

**D.** Each of the Federal income tax returns submitted in support of this affidavit are true copies, or are unaltered tax transcripts, of the tax returns I filed with the IRS;

**E.** I understand that, if I am related to the sponsored immigrant by marriage, the termination of the marriage (by divorce, dissolution, annulment, or other legal process) will not relieve me of my obligations under this Form I-864; and

**F.** I authorize the Social Security Administration to release information about me in its records to USCIS and DOS.

### Sponsor's Signature

**6.a.** Sponsor's Signature

**6.b.** Date of Signature (mm/dd/yyyy)  `10/14/2019`

**NOTE TO ALL SPONSORS:** If you do not completely fill out this affidavit or fail to submit required documents listed in the Instructions, USCIS or DOS may deny your affidavit.

## Part 9. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

**1.a.** Interpreter's Family Name (Last Name)

**1.b.** Interpreter's Given Name (First Name)

**2.** Interpreter's Business or Organization Name (if any)

### Interpreter's Mailing Address

**3.a.** Street Number and Name

**3.b.** ☐ Apt.  ☐ Ste.  ☐ Flr.

**3.c.** City or Town

**3.d.** State  `▼`  **3.e.** ZIP Code

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number

**5.** Interpreter's Mobile Telephone Number (if any)

**6.** Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and _____ which is the same language specified in **Part 8., Item Number 1.b.,** and I have read to this sponsor in the identified language every question and instruction on this affidavit and his or her answer to every question. The sponsor informed me that he or she understands every instruction, question, and answer on the affidavit, including the **Sponsor's Declaration and Certification,** and has verified the accuracy of every answer.

### Interpreter's Signature

**7.a.** Interpreter's Signature

**7.b.** Date of Signature (mm/dd/yyyy)

## Part 10. Contact Information, Declaration, and Signature of the Person Preparing this Affidavit, if Other Than the Sponsor

Provide the following information about the preparer.

### Preparer's Full Name

1.a. Preparer's Family Name (Last Name)

1.b. Preparer's Given Name (First Name)

2. Preparer's Business or Organization Name (if any)

### Preparer's Mailing Address

3.a. Street Number and Name

3.b. ☐ Apt. ☐ Ste. ☐ Flr.

3.c. City or Town

3.d. State ☐   3.e. ZIP Code

3.f. Province

3.g. Postal Code

3.h. Country

### Preparer's Contact Information

4. Preparer's Daytime Telephone Number

5. Preparer's Mobile Telephone Number (if any)

6. Preparer's Email Address (if any)

### Preparer's Statement

7.a. ☐ I am not an attorney or accredited representative but have prepared this affidavit on behalf of the sponsor and with the sponsor's consent.

7.b. ☐ I am an attorney or accredited representative and my representation of the sponsor in this case ☐ extends ☐ does not extend beyond the preparation of this affidavit.

**NOTE:** If you are an attorney or accredited representative, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, or G-28I, Notice of Entry of Appearance as Attorney In Matters Outside the Geographical Confines of the United States, with this affidavit.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this affidavit at the request of the sponsor. The sponsor then reviewed this completed affidavit and informed me that he or she understands all of the information contained in, and submitted with, his or her affidavit, including the **Sponsor's Declaration and Certification**, and that all of this information is complete, true, and correct. I completed this affidavit based only on information that the sponsor provided to me or authorized me to obtain or use.

### Preparer's Signature

8.a. Preparer's Signature

8.b. Date of Signature (mm/dd/yyyy)

# Part 11.  Additional Information

If you need extra space to provide any additional information within this affidavit, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this affidavit or attach a separate sheet of paper.  Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number, Part Number,** and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name
(Last Name)      OKORO

**1.b.** Given Name
(First Name)     OLANDE

**1.c.** Middle Name      TOYOSI

**2.** A-Number (if any)

▶ A-

**3.a.** Page Number   **3.b.** Part Number   **3.c.** Item Number

**3.d.**

**4.a.** Page Number   **4.b.** Part Number   **4.c.** Item Number

**4.d.**

**5.a.** Page Number   **5.b.** Part Number   **5.c.** Item Number

**5.d.**

**6.a.** Page Number   **6.b.** Part Number   **6.c.** Item Number

**6.d.**

**7.a.** Page Number   **7.b.** Part Number   **7.c.** Item Number

**7.d.**

Form I-864   03/06/18

EXHIBIT D

Department of Homeland Security
U.S. Case 1:23-mi-99999-UNA   Document 2481-3   Filed 08/03/23   Page 32 of 58
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action



# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW

| | | |
|---|---|---|
| FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | Notice Date<br>August 18, 2021 |
| Receipt Number<br>MSC 2092477080 | Received Date<br>December 16, 2019 | Priority Date | A#<br>A219 409 751<br>Page<br>1 of 2 |

FAUSAT ONAJOKE TIJANI
c/o MICHAEL BOAKYE DANQUAH
THE DANQUAH LAW GROUP LLC
5883 GLENRIDGE DRIVE STE 110
ATLANTA GA  30328

A Number

Receipt Number

You are notified to appear before a USCIS office regarding the application identified above and any supporting applications or petitions or the time, date and place indicated below. Failure to appear...

*To ensure voter and employee health and safety, please pay special attention to the items marked "COVID-19 Safety Precautions" and "What should come with you."*

**YOU MUST APPEAR FOR THIS INTERVIEW:** ...

**COVID-19 Safety Precautions:** ...

**Who should come with you?** Only the following people may come with you to your interview:

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)

- This Interview Notice and your Government-issued photo identification
- If required, a completed Form I-693, Report of Medical Examination and Vaccination Record, and/or vaccination supplement in a sealed envelope (unless already submitted). Please see the Form I-693 Instructions for guidance on whether you need a complete medical examination, an updated vaccine supplement only, or neither
- If required, a completed Form I-864, Affidavit(s) of Support, with all required evidence (unless already submitted). Please see the Form I-864 Instructions for guidance on whether you need a Form I-864. Required evidence for each of your sponsors includes, but is not limited to, the following:
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the most recent tax year;
  - Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- All documentation establishing your eligibility for Lawful Permanent Resident status. This includes, but is not limited to, proof of status as an asylee, refugee, or a fiancé(e) nonimmigrant.
- Any immigration-related documentation ever issued to you including any Form I-766, Employment Authorization Document (EAD), Form I-512, Authorization for Advance Parole; and Form I-571, Refugee Travel Document
- All travel documents used to enter the United States, including Passports, Form I-512, Authorization for Advance Parole; Form I-571 Refugee Travel Document; and Form I-94, Arrival/Departure Record
- Your Birth Certificate.
- If your Form I-485 is based on a petition filed by a family member, your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status
- If you have children, bring a Birth Certificate for each of them.

If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TTY service is 1-800-767-1833).

| | |
|---|---|
| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>USCIS Atlanta, GA Field Office<br>2150 Parklake Drive NE, 2ND FLOOR<br>Atlanta, GA  30345 | ON: Tuesday, September 21, 2021<br>AT: 10:10AM |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Department of Homeland Security 
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW

| | |
|---|---|
| Case Type | Notice Date |
| FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | August 18, 2021 |
| Receipt Number | A# |
| MSC2090477080 | A219 409 754 |

| Received Date | Priority Date | Page |
|---|---|---|
| December 16, 2019 | | 2 of 2 |

- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - A certified copy of your Marriage Document issued by the appropriate civil authority;
  - Your spouse's Birth Certificate;
  - Your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- The originals and copies of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- A certified English translation for each foreign language document. The translator must certify they are fluent in both languages, and that the translation in its entirety is complete and accurate.

NOTE: For asylee and refugee Form I-485 applicants, we do not require some of the items listed above. Please refer to the Form I-485 Instructions for detailed guidance. For asylee and refugee Form I-485 applicants, your spouse does not need to come to the interview. Additionally, for arrests and criminal records, asylee and refugee applicants are only required to provide records for arrests that occurred in the United States.

To request a disability accommodation, go to www.uscis.gov/accommodations or call the USCIS Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible, even if you indicated on your application that you require an accommodation.

If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TTY service is 1-800-767-1833)

| | |
|---|---|
| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>USCIS Atlanta, GA Field Office<br>2150 Parklake Drive NE, 2ND FLOOR<br>Atlanta, GA 30345 | ON: Tuesday, September 21, 2021<br>AT: 10:10AM |

2

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 04/01/19

EXHIBIT E



# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE OF INTERVIEW CANCELLATION BY USCIS | | | Notice Date<br>May 02, 2022 |
|---|---|---|---|
| Case Type<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | A#<br>A219 409 754 |
| Receipt Number<br>MSC2090477080 | Received Date<br>December 16, 2019 | Priority Date | Page<br>1 of 1 |

FAUSAT ONAJOKE TIJANI
c/o MICHAEL BOAKYE DANQUAH
THE DANQUAH LAW GROUP LLC
5883 GLENRIDGE DRIVE STE 110
ATLANTA GA 30328

This is to advise you that, due to unforeseen circumstances, we have canceled the previously scheduled interview on   Tuesday, September 21, 2021
at   10:10AM   for the above applicant. We regret any inconvenience this may cause. You will be notified of any further action taken on this case, including any rescheduled interview information, under separate notice.

If you have any questions or comments regarding this notice or the status of your case, please contact us at the address or USCIS Contact Center below:

Office Address:

USCIS FIELD OFFICE
U.S. CITIZENSHIP & IMMIGRATION SVC
2150 PARKLAKE DRIVE NE
ATLANTA GA 30345



A Number

Receipt Number

USCIS Contact Center:

USCIS Contact Center:
1-800-375-5283

For TDD Hearing Impaired Assistance:
1-800-767-1833

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE OF INTERVIEW CANCELLATION BY USCIS | | | |
|---|---|---|---|
| Case Type<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | Notice Date<br>May 02, 2022 |
| Receipt Number<br>MSC2090477076 | Received Date<br>December 16, 2019 | Priority Date | A#<br>A219 409 755 |
| | | | Page<br>1 of 1 |

MOJISOLA TIJANI
c/o MICHAEL BOAKYE DANQUAH
THE DANQUAH LAW GROUP LLC
5883 GLENRIDGE DRIVE STE 110
ATLANTA  GA  30328

This is to advise you that, due to unforeseen circumstances, we have canceled the previously scheduled interview on    Tuesday, September 21, 2021 at    10:10AM    for the above applicant. We regret any inconvenience this may cause. You will be notified of any further action taken on this case, including any rescheduled interview information, under separate notice.

If you have any questions or comments regarding this notice or the status of your case, please contact us at the address or USCIS Contact Center below:
Office Address:

USCIS FIELD OFFICE
U.S. CITIZENSHIP & IMMIGRATION SVC
2150 PARKLAKE DRIVE NE
ATLANTA GA 30345

A Number

Receipt Number

USCIS Contact Center:

USCIS Contact Center:
1-800-375-5283

For TDD Hearing Impaired Assistance:
1-800-767-1833

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

EXHIBIT F



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | | Notice Date |
|---|---|---|---|
| Case Type | | | May 24, 2022 |
| FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | A# A219 409 754 |
| Receipt Number MSC2090477080 | Received Date December 16, 2019 | Priority Date | Page 1 of 2 |

FAUSAT ONAJOKE TIJANI
c/o MICHAEL BOAKYE DANQUAH
5883 GLENRIDGE DRIVE STE 110
ATLANTA GA 30328

A Number



Receipt Number

You are notified to appear before a USCIS officer regarding the application identified above and any supporting applications or petitions of the date, time, and place indicated below. Failure to appear for the scheduled appointment and/or failure to bring the below listed items will result in the denial of your application, (8 CFR 103.2 (b)(13))

*To ensure client and employee health and safety, please pay special attention to the sections entitled, "COVID-19 Safety Precautions" and "Who should come with you?"*

**YOU MUST APPEAR FOR THIS APPOINTMENT** - However, if you are under self-isolation or quarantine, are ill, have any symptoms of illness or are at heightened risk due to age or an underlying health condition and would like to reschedule your appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment. There is no penalty for requesting that your appointment be rescheduled.

*COVID-19 Safety Precautions* - To ensure the health and safety of all who enter USCIS facilities, you must take the following safety precautions when arriving for your appointment.
- DO NOT arrive more than 15 minutes prior to your appointment time. You will not be permitted entry into the office until 15 minutes before your appointment
- Check with the office for the current COVID-19 Community Level where you will appear for your appointment to understand the precautions steps for that location.
- Follow local USCIS guidance while inside USCIS facilities.
- You may have to answer health screening questions before entering.
- Bring a black or blue ink pen with you to your appointment.

*Who should come with you?* - You may be limited in who may attend your appointment with you in person.
- If your eligibility is based on your marriage, your spouse must come with you to the appointment.
- If you do not speak English fluently and are eligible to take the appointment in a language other than English, you should arrange to have an interpreter come with you to the appointment or to be available via phone. If you need a Sign Language Interpreter or Certified Deaf Interpreter, call the USCIS Contact Center at 1-800-375-5283 as soon as possible.
- Your attorney or authorized representative may come with you to the appointment or be available via phone
- If your eligibility is based on a parent/child relationship and you are a minor, your parenting parent must come with you in appointment
- If you are a minor under 14 years old, a parent or guardian must come with you to appointment or
- If you have a disability and have an individual who assists you, that individual may come with you.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)
- This Interview Notice and your Government issued photo identification.
- If required, a completed Form-I693, Report of Medical Examination and Vaccination Record, and/or vaccination supplement in a sealed envelope (unless already submitted). Please see the Form I-693 Instructions for guidance on whether you need a complete medical examination, an updated vaccine supplement only, or neither.
- If required, a completed Form I-864, Affidavit(s) of Support, with all required evidence (unless already submitted). Please see the Form I-864 Instructions for guidance on whether you need a Form I-864. Required evidence for each of your sponsors includes, but is not limited to, the following:
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the most recent tax year;
  - Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- All documentation establishing your eligibility for Lawful Permanent Resident status. This includes, but is not limited to, proof of status as an asylee, refugee, or a fiancé(e) nonimmigrant.
- Any immigration-related documentation ever issued to you, including any Form I-766, Employment Authorization Document (EAD); Form I-512, Authorization for Advance Parole; and Form I-571, Refugee Travel Document.
- All travel documents used to enter the United States, including Passports; Form I-512, Authorization for Advance Parole; Form I-571 Refugee Travel Document; and Form I-94, Arrival/Departure Record.
- Your Birth Certificate.
- If your Form I-485 is based on a petition filed by a family member, your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
- If you have children, bring a Birth Certificate for each of them.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - A certified copy of your Marriage Document issued by the appropriate civil authority;

If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TTY service is 1-800-767-1833)

| PLEASE COME TO: U.S. Citizenship and Immigration Services 2150 PARKLAKE DRIVE ATLANTA, GA 30345 | ON: Thursday, June 30, 2022 AT: 01:30PM |
|---|---|



# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW

| Case Type | | Notice Date |
| --- | --- | --- |
| FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | May 24, 2022 |

| Receipt Number | Received Date | Priority Date | A# |
| --- | --- | --- | --- |
| MSC2090477080 | December 16, 2019 | | A219 409 754 |
| | | | Page 2 of 2 |

- Your spouse's Birth Certificate;
- Your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
- If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage;
- Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
- Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- The originals and copies of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- A certified English translation for each foreign language document. The translator must certify they are fluent in both languages, and that the translation in its entirety is complete and accurate.

NOTE: For asylee and refugee Form I-485 applicants, we do not require some of the items listed above. Please refer to the Form I-485 Instructions for detailed guidance. For asylee and refugee Form I-485 applicants, your spouse does not need to come to the interview. Additionally, for arrests and criminal records, asylee and refugee applicants are only required to provide records for arrests that occured in the United States.

To request a disability accommodation, go to www.uscis.gov/accommodations or call the USCIS Contact Center at 1-800-375-5283 (TTY: 1-800-767-1833) as soon as possible, even if you indicated on your application that you require an accommodation.

If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TTY service is 1-800-767-1833)

| PLEASE COME TO: U.S. Citizenship and Immigration Services 2150 PARKLAKE DRIVE ATLANTA, GA 30345 | ON: Thursday, June 30, 2022 AT: 01:30PM |
| --- | --- |

2



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | Notice Date<br>May 24, 2022 |
|---|---|---|
| Case Type<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | A#<br>A219 409 755 |
| Receipt Number<br>MSC2090477076 | Received Date<br>December 16, 2019 | Priority Date | Page<br>1 of 2 |

MOJISOLA TIJANI
3460 LOCKMED DRIVE
PEACHTREE CORNER GA 30092



A Number

Receipt Number

You are notified to appear before a USCIS officer regarding the application identified above and any supporting applications or petitions at the date, time, and place indicated below. Failure to appear for the scheduled appointment and/or failure to bring the below listed items will result in the denial of your application. (8 CFR 103.2 (b)(13))

*To ensure visitor and employee health and safety, please pay special attention to the sections entitled, "COVID-19 Safety Precautions" and "Who should come with you?"*

**YOU MUST APPEAR FOR THIS APPOINTMENT** - However, if you are under self-isolation or quarantine, are ill, have any symptoms of illness or are at heightened risk, due to age or an underlying health condition and would like to reschedule your appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment. There is no penalty for requesting that your appointment be re-scheduled.

**COVID-19 Safety Precautions** - To ensure the health and safety of all who enter USCIS facilities, you must take the following safety precautions when arriving for your appointment.
- DO NOT arrive more than 15 minutes prior to your appointment time. You will not be permitted entry into the office until 15 minutes before your appointment.
- Check _____ for the county COVID-19 Community Level where you will appear for your appointment to understand the prevention steps for that location.
- Follow local USCIS guidance while inside USCIS facilities.
- You may have to answer health screening questions before entering.
- Bring a black or blue ink pen with you to your appointment.

**Who should come with you?** - You may be limited in who may attend your appointment with you in person.
- If your eligibility is based on your marriage, your spouse must come with you to the appointment.
- If you do not speak English fluently and are eligible to take the appointment in a language other than English, you should arrange to have an interpreter come with you to the appointment and be available via phone. If you need a Sign Language Interpreter or Certified Deaf Interpreter, call the USCIS Contact Center at 1-800-375-5283 as soon as possible.
- Your attorney or authorized representative may come with you or be available via phone.
- If your eligibility is based on parent/child relationship and you are a minor, your petitioning parent must come with you.
- If you are a minor under 14 years old, a parent or guardian must come with you to your appointment.
- If you have a disability and have an individual who assists you, that individual may come with you.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)
- This Interview Notice and your Government issued photo identification.
- If required, a completed Form I-693, Report of Medical Examination and Vaccination Record, and/or vaccination supplement in a sealed envelope (unless already submitted). Please see the Form I-693 Instructions for guidance on whether you need a complete medical examination, an updated vaccine supplement only, or neither.
- If required, a completed Form I-864, Affidavit(s) of Support, with all required evidence (unless already submitted). Please see the Form I-864 Instructions for guidance on whether you need a Form I-864. Required evidence for each of your sponsors includes, but is not limited to, the following:
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the most recent tax year;
  - Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status;
- All documentation establishing your eligibility for Lawful Permanent Resident status. This includes, but is not limited to, proof of status as an asylee, refugee, or a fiancé(e) nonimmigrant.
- Any immigration-related documentation ever issued to you, including any Form I-766, Employment Authorization Document (EAD); Form I-512, Authorization for Advance Parole; and Form I-571, Refugee Travel Document.
- All travel documents used to enter the United States, including Passports; Form I-512, Authorization for Advance Parole; Form I-571 Refugee Travel Document; and Form I-94, Arrival/Departure Record.
- Your Birth Certificate.
- If your Form I-485 is based on a petition filed by a family member, your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have children, bring a Birth Certificate for each of them.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - A certified copy of your Marriage Document issued by the appropriate civil authority;
  - Your spouse's Birth Certificate;
  - Your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;

If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TTY service is 1-800-767-1833)

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>2150 PARKLAKE DRIVE<br>ATLANTA, GA 30345 | ON: Thursday, June 30, 2022<br>AT: 01:30PM |
|---|---|



# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | Notice Date |
|---|---|
| **Case Type** | May 24, 2022 |
| FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | **A#** A219 409 755 |

| **Receipt Number** MSC2090477076 | **Received Date** December 16, 2019 | **Priority Date** | **Page** 2 of 2 |
|---|---|---|---|

- If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage;
- Birth Certificates for all children of this marriage, and custody papers for your children not living with you;
- Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.

- The originals and copies of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.

- If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.

- A certified English translation for each foreign language document. The translator must certify they are fluent in both languages, and that the translation in its entirety is complete and accurate.

**NOTE:** For asylee and refugee Form I-485 applicants, we do not require some of the items listed above. Please refer to the Form I-485 Instructions for detailed guidance. For asylee and refugee Form I-485 applicants, your spouse does not need to come to the interview. Additionally, for arrests and criminal records, asylee and refugee applicants are only required to provide records for arrests that occured in the United States.

To request a disability accommodation, go to www.uscis.gov/accommodations or call the USCIS Contact Center at 1-800-375-5283 (TTY: 1-800-767-1833) as soon as possible, even if you indicated on your application that you require an accommodation.

If you have questions, please call the USCIS Contact Center at **1-800-375-5283** (hearing impaired **TTY** service is **1-800-767-1833**)

| PLEASE COME TO: U.S. Citizenship and Immigration Services 2150 PARKLAKE DRIVE ATLANTA, GA 30345 | **ON: Thursday, June 30, 2022** **AT: 01:30PM** |
|---|---|

2

U.S. Department of Homeland Security
U.S. Citizenship and Immigrations Services
*Atlanta Field Office*
2150 Parklake Drive NE
Atlanta, GA 30345

HAND DELIVERED AT INTERVIEW



U.S. Citizenship
and Immigration
Services

Date:  June 30, 2022

Applicant:  Michael Howard

Form Type: I-130 Petition for Alien Relative

A-Number:  A219409755

Interviewing Officer:  Green

USCIS is unable to complete the processing of your petition at this time. Your petition is being continued until a final decision can be made. Please see below for further explanation.

## REASON FOR CONTINUANCE

☐  Your petition is being held for additional review.  At this time, USCIS does not require any additional information or documents from you.  Should further information, additional documents, or a second interview be required, you will receive a notice by mail.  Otherwise, you will receive a notice once a final decision is made on your petition.

☐  Your petition is being held for required background checks. Once all the requisite clearances have been received and reviewed, you will be notified by mail of the decision on your petition.

☐  Other: Your case is being transferred to the USCIS officer servicing your new address. Should further information or documents be required, you will receive a notice in the mail

Please allow 120 days before making a status inquiry on your case.  You may make a status inquiry through the National Customer Service Center at 1- 800-375-5283.  You may also make an Infopass appointment online on the USCIS website at www.infopass.uscis.gov to discuss your case with an Immigration Officer.

If you change your address, you must file Form AR-11 and contact the National Customer Service Center to ensure that your file and all systems are updated with your current address.  Form AR-11 may be obtained from the USCIS website at www.uscis.gov.

EXHIBIT G

**KUCK | BAXTER**

**NATALIE L. GRIGGS**

NGRIGGS@IMMIGRATION.NET

March 7, 2023

VIA EMAIL to: Charles_Spry@warnock.senate.gov and casework@warnock.senate.gov

**RE: USCIS CONGRESSIONAL INQUIRY**
**I-130 and I-485**
**Applicant: Fausat Tijani / A219-409-754**
**Case Numbers: MSC2090477081 (I-130) and MSC2090477080 (I-485)**

Dear Mr. Spry,

We submit this request on behalf of Mrs. Fausat O. Tijani, A219-409-754, DOB 05/04/1967. We attach a signed and executed Privacy Release Form, signed by the Applicant.

Mrs. Tijani's I-130 and I-485 applications have been pending since December 16, 2019. Her original interview was scheduled for September 21, 2021. USCIS sent a Notice of Cancellation on May 2, 2022. Mrs. Tijani, her husband, and their child attended an interview with USCIS on June 30, 2022. To date, USCIS has not made a decision on their case or provided any updates.

We would greatly appreciate any assistance your office could provide in requesting that USCIS adjudicate the long-pending I-130 and I-485 applications in a timely manner. Thank you for your consideration of this matter. Please contact me at (404) 965-5550 if you require any further information.

Very truly yours,

Natalie L. Griggs

P. 404-816-8611
F. 404-816-8615
A. 365 Northridege Road #300
Atlanta, GA 30350
www.immigration.net

# RAPHAEL WARNOCK
## UNITED STATES SENATOR • GEORGIA

## USCIS/State Privacy Release Form

Section below to be completed by the person who is the subject of the records:

I certify, under penalty of perjury, that 1) I provided or authorized all of the information in this privacy release and any document submitted with it; 2) I reviewed and understand all of the information contained in my privacy release and submitted with it; and 3) all of this information is complete, true, and correct.

I, (print your name) _Fausat Tijani_
Department to release information contained in my USCIS/State records as relevant to checking my case status, and to the extent permitted by law, to Senator Raphael Warnock and the Member's staff. , authorize USCIS/State

Name: _Fausat Tijani_

Address: _3460 Lockmed Dr. NW_

City, State, Zip Code: _Peachtree Corners, GA, 30092_

Date of Birth: _3/4/1967_                          Place of Birth: _Nigeria_

Telephone #: _(404) 953-9914_                      Email: _fausattj@gmail.com_

Signature: _____     Date: _03/08/23_
               *(Signature is required)*

## Please give a brief description of your problem below:
*(include a second sheet if needed)*

I have a pending I-130 based on my marriage. The I-130 has been pending since December 16, 2019. The corresponding I-485, Application to Register Permanent Residence or Adjust Status has also been pending since December 16, 2019. We were scheduled to attend an interview with USCIS on Tuesday, September 21, 2021; however, that interview was canceled. USCIS issued a second interview notice on May 24, 2022 with an interview date of Thursday, June 30, 2022. We attended the June 30, 2022 interview and to date, have not received any additional updates or correspondence from USCIS.

Please return the signed and completed form to:

Office of U.S. Senator Raphael Warnock
100 Alabama Street, Suite 3R8
Atlanta, GA 30339-6406
Fax: 770-612-2471          E-mail: casework@warnock.senate.gov

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | December 20, 2019 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-130, Petition for Alien Relative | |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| MSC2090477081 | December 16, 2019 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| December 16, 2019 | 201 B INA SPOUSE OF USC | July 18, 1979 |

MICHAEL A. HOWARD
C/O MICHAEL BOAKYE DANQUAH THE DANQUAH LAW GROUP
5583 GLENRIDGE DRIVE STE 110          9  00002681
ATLANTA, GA 30328

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $535.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $535.00 |
| Total Balance Due: | $0.00 |

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

The I-130, Petition for Alien Relative has been received by our office for the following beneficiaries and is in process:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| TIJANI, FAUSAT | 5/4/1967 | NIGERIA | |

Please verify your personal information listed above and immediately notify the USCIS Contact Center if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

DEC 3 0 2019

BY:

| USCIS Office Address: | USCIS Contact Center Number: |
|---|---|
| USCIS | |
| National Benefits Center | (800)375-5283 |
| P.O. Box 648003 | ATTORNEY COPY |
| Lee's Summit, MO  64002 |  |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  04/01/19

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| | | |
|---|---|---|
| NOTICE TYPE<br>Receipt | | NOTICE DATE<br>December 20, 2019 |
| CASE TYPE<br>I-485, Application to Register Permanent Residence or Adjust Status | | USCIS ALIEN NUMBER<br>A219409754 |
| RECEIPT NUMBER<br>MSC2090477080 | RECEIVED DATE<br>December 16, 2019 | PAGE<br>1 of 1 |
| PRIORITY DATE<br>December 16, 2019 | PREFERENCE CLASSIFICATION<br>Immediate Relative of U.S. citizen | DATE OF BIRTH<br>March 04, 1967 |

FAUSAT O. IJANI
C/O MICHAEL BOAKYE DANQUAH THE DANQUAH LAW GROUP
5853 GLENRIDGE DRIVE STE 110       9  00002679
ATLANTA, GA 30328

ᵐˡᵗᵗᵗᵗˡᵗᵗᵗᵗᵗᵗᵗᵗˡᵗᵗᵗᵗᵗᵗᵗˡᵗᵗᵗˡᵗˡᵗˡᵗᵗᵗˡᵗˡᵗˡᵗᵗˡᵗᵗˡᵗᵗˡᵗˡᵗˡᵗˡᵗˡᵗᵗˡ

NAME AND MAILING ADDRESS

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,140.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,225.00 |
| Total Balance Due: | $0.00 |

The above application/petition has been received by our office and is in process. Please verify your personal information listed above and immediately notify the USCIS Contact Center if there are any changes.  Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

Next Steps:

- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time, and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
- This notice does not serve as your biometrics appointment notice.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW

| Case Type | | Notice Date |
|---|---|---|
| FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | August 18, 2021 |
| Receipt Number | Received Date | A# |
| MSC 2058477020 | December 16, 2019 | A219 489 751 |
| | Priority Date | Page |
| | | 1 of 2 |

FAUSAT ONAJOKE TIJANI
c/o MICHAEL BOAKYE DANQUAH
THE DANQUAH LAW GROUP LLC
5883 GLENRIDGE DRIVE STE 110
ATLANTA GA 30328

A Number

Receipt Number

You are notified to appear before a USCIS officer regarding the application/petition above and any supporting spouse or minor petitions or documents, time, and place noted below. Failure to appear for this interview may result in denial of your application/petition...

**YOU MUST APPEAR FOR THIS INTERVIEW.** ...

**COVID-19 Safety Precautions:** ...

**Who should come with you?** Only the following people can come with you to your interview:
- ...

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)
- This Interview Notice and your Government issued photo Identification
- If required, a completed Form I-693, Report of Medical Examination and Vaccination Record and/or vaccination supplement in a sealed envelope (unless already submitted). Please see the Form I-693 instructions for guidance on whether you need a complete medical examination, an updated vaccine supplement only, or neither
- If required, a completed Form I-864, Affidavit(s) of Support, with all required evidence (unless already submitted). Please see the Form I-864 Instructions for guidance on required evidence for each of your sponsors (includes, but is not limited to), the following:
    - Federal Income Tax returns and W-2's, or certified IRS printouts, for the most recent tax year;
    - Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
    - Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status
- All documentation establishing your eligibility for Lawful Permanent Residence status. This includes, but is not limited to, proof of status as an asylee, refugee, or a fiancé(e) nonimmigrant
- Any immigration-related documentation ever issued to you, including any Form I-766, Employment Authorization Document (EAD); Form I-512, Authorization for Advance Parole
- All travel documents used to enter the United States, including Passports; Form I-512, Authorization for Advance Parole; Form I-571 Refugee Travel Document; and Form I-94, Arrival/Departure Record
- Your Birth Certificate.
- If your Form I-485 is based on a petition filed by a family member, your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status
- If you have children, bring a Birth Certificate for each of them.

If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TTY service is 1-800-767-1833)

| PLEASE COME TO: U.S. Citizenship and Immigration Services | ON: Tuesday, September 21, 2021 |
|---|---|
| USCIS Atlanta, GA Field Office | AT: 10:10AM |
| 2150 Parklake Drive NE, 2ND FLOOR | |
| Atlanta, GA 30345 | |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW

| Case Type | | Notice Date |
|---|---|---|
| FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | August 18, 2021 |
| Receipt Number | Received Date | A# |
| MSC2090477080 | December 16, 2019 | A219 409 754 |
| | Priority Date | Page |
| | | 2 of 2 |

- if your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - A certified copy of your Marriage Document issued by the appropriate civil authority;
  - Your spouse's Birth Certificate;
  - Your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include; tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- The originals and copies of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records
- If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- A certified English translation for each foreign language document. The translator must certify they are fluent in both languages, and that the translation in its entirety is complete and accurate

NOTE: For asylee and refugee Form I-485 applicants, we do not require some of the items listed above. Please refer to the Form I-485 Instructions for detailed guidance. For asylee and refugee Form I-485 applicants, your spouse does not need to come to the interview Additionally, for arrests and criminal records, asylee and refugee applicants are only required to provide records for arrests that occurred in the United States

To request a disability accommodation, please review our list of accommodations or call the USCIS Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible, even if you indicated on your application that you require no accommodation.

If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TTY service is 1-800-767-1833)

| PLEASE COME TO: U.S. Citizenship and Immigration Services USCIS Atlanta, GA Field Office 2150 Parklake Drive NE, 2ND FLOOR Atlanta, GA 30345 | ON: Tuesday, September 21, 2021 AT: 10:10AM |
|---|---|

2

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  04/01/19



# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE OF INTERVIEW CANCELLATION BY USCIS | | | |
|---|---|---|---|
| Case Type<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | Notice Date<br>May 02, 2022 |
| Receipt Number<br>MSC2090477080 | Received Date<br>December 16, 2019 | Priority Date | A#<br>A219 409 754 |
| | | | Page<br>1 of 1 |

FAUSAT ONAJOKE TIJANI
c/o MICHAEL BOAKYE DANQUAH
THE DANQUAH LAW GROUP LLC
5883 GLENRIDGE DRIVE STE 110
ATLANTA GA 30328

This is to advise you that, due to unforeseen circumstances, we have canceled the previously scheduled interview on    Tuesday, September 21, 2021
at    10:10AM    for the above applicant. We regret any inconvenience this may cause. You will be notified of any further action taken on this case,
including any rescheduled interview information, under separate notice.

If you have any questions or comments regarding this notice or the status of your case, please contact us at the address or USCIS Contact Center below:

**Office Address:**

USCIS FIELD OFFICE
U.S. CITIZENSHIP & IMMIGRATION SVC
2150 PARKLAKE DRIVE NE
ATLANTA GA 30345



A Number:

Receipt Number:

**USCIS Contact Center:**

USCIS Contact Center:
1-800-375-5283

For TDD Hearing Impaired Assistance:
1-800-767-1833



**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | | |
|---|---|---|---|
| Case Type | | | Notice Date |
| FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | May 24, 2022 |
| Receipt Number | Received Date | | A# |
| MSC2090477080 | December 16, 2019 | Priority Date | A219 409 754 |
| | | | Page 1 of 2 |

FAUSAT ONAJOKE TIJANI
c/o MICHAEL BOAKYE DANQUAH
5883 GLENRIDGE DRIVE STE 110
ATLANTA GA 30328

A Number



Receipt Number

You are notified to appear before a USCIS officer regarding the application identified above and any supporting applications or petitions on the date, time, and place indicated below. Failure to appear for the scheduled appointment could be a failure to take the follow listed items will result in the denial of your application. (8 CFR 103.2 (b)(13))

To ensure visitor and employee health and safety, please pay special attention to the sections entitled "COVID-19 Safety Precautions" and "Who should come with you?"

**YOU MUST APPEAR FOR THIS APPOINTMENT** - However, if you are under self-isolation or quarantine, are ill, have any symptoms of illness or are at heightened risk due to age or an underlying health condition and would like to reschedule your appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment. There is no penalty for requesting that your appointment be rescheduled.

**COVID-19 Safety Precautions** - To ensure the health and safety of all who enter USCIS facilities, you must take the following safety precautions when arriving for your appointment:
- DO NOT arrive more than 15 minutes prior to your appointment time. You will not be permitted entry into the facility until 15 minutes before your appointment.
- Check www.cdc.gov for the county COVID-19 Community Level where you will appear for your appointment to understand the prevention steps for that location.
- Follow local USCIS guidance while inside USCIS facilities.
- You may have to answer health screening questions before entering.
- Bring a black or blue ink pen with you to your appointment.

**Who should come with you?** - You may be limited to who may attend your appointment with a particular person:
- If your eligibility is based on your marriage, your spouse must come with you to the appointment.
- If you do not speak English fluently and are not eligible to take the appointment in a language other than English, you should arrange to have an interpreter come with you to the appointment or be available via phone. If you need a Sign Language Interpreter or Certified Deaf Interpreter, call the USCIS Contact Center at 1-800-375-5283 as soon as possible.
- Your attorney or authorized representative may come with you to the appointment or be available via phone.
- If your eligibility is based on a parent/child relationship and you are a minor, your petitioning parent must come with you in appointment.
- If you are a minor under 14 years old, a parent or guardian must come with you to appointment.
- If you have a disability and have an individual who assists you, that individual may come with you.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)
- This Interview Notice and your Government-issued photo identification.
- If required, a completed Form I-693, Report of Medical Examination and Vaccination Record, and/or vaccination supplement in a sealed envelope (unless already submitted). Please see the Form I-693 Instructions for guidance on whether you need a complete medical examination, an updated vaccine supplement only, or neither.
- If required, a completed Form I-864, Affidavit(s) of Support, with all required evidence (unless already submitted). Please see the Form I-864 Instructions for guidance on whether you need a Form I-864. Required evidence for each of your sponsors includes, but is not limited to, the following:
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the most recent tax year;
  - Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- All documentation establishing your eligibility for Lawful Permanent Resident status. This includes, but is not limited to, proof of status as an asylee, refugee, or a fiancé(e) nonimmigrant.
- Any immigration-related documentation ever issued to you, including any Form I-766, Employment Authorization Document (EAD); Form I-512, Authorization for Advance Parole; and Form I-571, Refugee Travel Document.
- All travel documents used to enter the United States, including Passports; Form I-512, Authorization for Advance Parole; Form I-571 Refugee Travel Document; and Form I-94, Arrival/Departure Record.
- Your Birth Certificate.
- If your Form I-485 is based on a petition filed by a family member, your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
- If you have children, bring a Birth Certificate for each of them.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - A certified copy of your Marriage Document issued by the appropriate civil authority;

**If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TTY service is 1-800-767-1833)**

| PLEASE COME TO: U.S. Citizenship and Immigration Services 2150 PARKLAKE DRIVE ATLANTA, GA 30345 | ON: Thursday, June 30, 2022 AT: 01:30PM |
|---|---|

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW

| Case Type<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | Notice Date<br>May 24, 2022 |
|---|---|---|
| Receipt Number<br>MSC2090477080 | Received Date<br>December 16, 2019 | A#<br>A219 409 754 |
| | Priority Date | Page<br>2 of 2 |

- Your spouse's Birth Certificate;
- Your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
- If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage;
- Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
- Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- The originals and copies of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- A certified English translation for each foreign language document. The translator must certify they are fluent in both languages, and that the translation in its entirety is complete and accurate.

**NOTE:** For asylee and refugee Form I-485 applicants, we do not require some of the items listed above. Please refer to the Form I-485 Instructions for detailed guidance. For asylee and refugee Form I-485 applicants, your spouse does not need to come to the interview. Additionally, for arrests and criminal records, asylee and refugee applicants are only required to provide records for arrests that occured in the United States.

To request a disability accommodation, go to www.uscis.gov/accommodations or call the USCIS Contact Center at 1-800-375-5283 (TTY: 1-800-767-1833) as soon as possible, even if you indicated on your application that you require an accommodation.

If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TTY service is 1-800-767-1833)

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>2150 PARKLAKE DRIVE<br>ATLANTA, GA  30345 | ON: Thursday, June 30, 2022<br>AT: 01:30PM |
|---|---|

2

EXHIBIT H

**Natalie Griggs**

| | |
|---|---|
| **From:** | Spry, Charles (Warnock) <Charles_Spry@warnock.senate.gov> |
| **Sent:** | Friday, March 31, 2023 1:44 PM |
| **To:** | fausattj@gmail.com; Natalie Griggs |
| **Subject:** | Update |

[EXTERNAL]
Please see below update from USCIS:

Good Day Mr. Spry,

Thank you for your inquiry, dated March 10, 2023 on behalf of your constituent, FAUSAT ONAJOKE TIJANI, regarding their Form I-485, Application to Register Permanent Residence or Adjust Status.

We have confirmed an eligibility interview was completed and case MSC2090477080 is awaiting final adjudication at the Atlanta Field Office.

As of date, no further action is required of your constituent in support of this case. U.S. Citizenship and Immigration Services (USCIS) will contact your constituent directly when adjudication is complete or if additional information is needed.

The case is currently within normal processing times indicated at https://egov.uscis.gov/processing-times/. The earliest you can submit questions is April 06, 2024.

Please do not contact us before this date. USCIS anticipates a decision or other correspondence type will be issued by this date.

The case status may be monitored online at https://egov.uscis.gov/casestatus/landing.do. Your constituent can also sign up to receive automatic case status updates by email: https://myaccount.uscis.gov/users/sign_up.

The USCIS contact center (1-800-375-5283) has representatives available Monday through Friday from 8 a.m. to 8 p.m. Eastern (except on federal holidays) to address any case related concerns.

We hope this information is helpful. If we may be of further assistance, please let us know.

Sincerely,

Congressional Liaison

DHS/USCIS

Atlanta Field Office

Take Care,
Charles Spry

Director Constituent Services
Senator Raphael Warnock
404-450-1414
Charles_Spry@warnock.senate.gov
Learn more about Senator Warnock's FY24 appropriations applications and deadlines here.

# EXHIBIT I

 An official of the United States government
Here's how you know ˅

Case Status Online - Case Status Search

U.S. Citizenship
and Immigration
Services

Español    ⊕ Multilingual Resour

 ≡ MENU

# Case Status Online

## Interview Was Completed And My Case Must Be Reviewed

Your interview for your Form I-130, Petition for Alien Relative, Receipt Number MSC2090477081, was completed, and your case must be reviewed. We will mail you a notice if we make a decision or take further action. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number  ?

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE

# Related Tools

s://egov.uscis.gov

 Case Status Online - Case Status Search

An official  of the United States government
Here's how you know ⌄



U.S. Citizenship
and Immigration
Services

Español   ⊕ Multilingual Resour



# Case Status Online

## Interview Was Completed And My Case Must Be Reviewed

Your interview for your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number MSC2090477080, was completed, and your case must be reviewed. We will mail you a notice if we make a decision or take further action. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ❓

```
EAC1234567890
```

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE

# Related Tools