# EXHIBIT A

EEOC Form 5 (11/09)

| | |
|---|---|
| **CHARGE OF DISCRIMINATION**<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:  Agency(ies) Charge No(s):<br><br>☐ FEPA<br>☒ EEOC **410-2022-03363**<br><br>and EEOC |

_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Valarie Davis** | **(678) 779-9436** | (b)(7)(C) |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **3386 Mt. Zion Rd.** | **Stockbridge, GA 30281** | **US EEOC ATDO**<br>**Received 2022-06-24** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (if more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **Provident Village at Creekside** | 15-49 | **(678) 903-0339** |

| Street Address | City, State and ZIP Code |
|---|---|
| **4838 South Cobb Drive** | **Smyrna, GA 30080** |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **The Cambridge** | 15-49 | **(678) 903-0339** |

| Street Address | City, State and ZIP Code |
|---|---|
| **4838 South Cobb Drive** | **Smyrna, GA 30080** |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest        Latest
February 23, 2022

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I am an African American woman. I began working for the employer on August 22, 2021 as Director of Dining. After the ownership of the business was transferred over to The Cambridge, the management company, Affinity Living Group, or ALG, that came in brought in their own team of individuals who would work as business office managers. I had hired a white woman named Barbara as an evening cook. I was occasionally asked to show her different tasks I would have to do, so that she would cover for me on days I would not be in. However, there was another African American woman who had spent 5 years working for the employer, who was not asked; she should have been next in line for my position. I found this strange due to her having more experience at the job.

II. The employer stated I was terminated because there was a pending investigation on me. I have never been written up for any workplace violations throughout my employment. After I was terminated, I was then accused by Amanda, the executive director, of stealing the keys to the workplace.

III. I believe I was discriminated in violation of Title VII of the Civil Rights Act of 1964

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Jun 24, 2022            Valerie Davis ( Jun 24, 2022 16:36 EDT)<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |