# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **GLENN BRAUNSTEIN AND** | X | |
| **JESSICA BRAUNSTEIN** | X | |
| | X | |
| Plaintiffs, | X | **CIVIL ACTIO FILE NO.** |
| | X | |
| vs. | X | |
| | X | [On removal from the Superior |
| **STATE FARM FIRE AND** | X | Court of Gwinnett County, Georgia |
| **CASUALTY COMPANY** | X | CAFN: 23-A-05645-5] |
| | X | |
| Defendant | X | |

## CERTIFICATE OF REMOVAL

I hereby certify that I am counsel for Defendant State Farm Fire and Casualty Company in the above-styled proceeding and this day caused a copy of the Notice of Removal, including Notice of Filing Removal, to be filed in the Superior Court of Gwinnett County, Georgia, the Court from which said action was removed.

(*signature appears on following page*)

1

This 3rd day of August, 2023.

                                            BECK, OWEN, & MURRAY
                                            Attorneys for the Defendant

                                        By: <u>/s/ Karl P. Broder</u>
                                               Karl P. Broder
                                               Ga. State Bar No. 185273

Address:    One Griffin Center, Suite 600
                  100 South Hill St.
                  Griffin, Georgia 30223
Phone No.  (770) 227-4000
Fax No.     (770) 229-8524
                  kbroder@beckowen.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served this pleading via CM/ECF, which I HEREBY CERTIFY that I have electronically filed and served the foregoing Notice of Removal with the Clerk of Court via the CM/ECF e-filing system which will automatically send e-mail notification and service of such filing to counsel of record as follows:

D. Bruce Janzen, Jr.
J. Remington Huggins
Michael D. Turner
The Huggins Law Firm, LLC
110 Norcross Street Roswell, Georgia 30075
bruce@lawhuggins.com
remington@lawhuggins.com
mdturner@lawhuggins.com
*Counsel for Plaintiff*

This 3rd day of August, 2023.

                                                BECK, OWEN, & MURRAY
                                                Attorneys for the Defendant

                                                By: /s/ Karl P. Broder
                                                     Karl P. Broder
                                                     Ga. State Bar No. 185273

Address:    One Griffin Center, Suite 600
                  100 South Hill St.
                  Griffin, Georgia 30223
Phone No.  (770) 227-4000
Fax No.     (770) 229-8524
                  kbroder@beckowen.com