# EXHIBIT "B"
# MOTOR VEHICLE ACCIDENT REPORT

# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC No. | County | Date Rec. by DOT |
|---|---|---|---|
| 21063610 | 0310100 | CLAYTON | 11/11/2021 |

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Vehicles | Injuries | Fatalities | Riverdale |
| 11/10/2021 | 14:50 | 11/10/2021 | 15:20 | 11/10/2021 | 17:01 | 2 | 0 | 0 | |

**Road of Occurrence:** I 285 East (TO I 75 SOUTH RP) RP
**At Its Intersection With:** I 285 East (TO I 75 SOUTH RP) RP

Not At Its Intersection But: ☐ Miles ☐ North ☐ East ☐ Feet ☐ South ☐ West Of

- ☐ Suppl. To Original?
- ☐ Private Property?
- ☐ Hit And Run?

**Latitude (Y):** 33.628901
**Longitude (X):** -84.402576

## Unit #1
- ☑ Driver ☐ Ped ☐ Bike
- ☑ Susp At Fault
- **LAST NAME:** WOOD  **FIRST:** GLEN  **MIDDLE:** L
- **Address:** 18258 LEMON TRAIL
- **City:** UNIONVILLE  **State:** MO  **Zip:** 63565  **DOB:** (redacted)
- **Driver's License No:** T055069004  **Class:** CLASS C  **State:** MO  **Country:** USA
- **Insurance Co.:** NATIONAL CASUALTY COMPANY  **Policy No.:** LFO0007430  **Telephone No.:** (redacted)
- **Year:** 2006  **Make:** PETERBILT MOTORS  **Model:** CONVENTIONAL 250
- **VIN:** 1XP5DB9X86D890740  **Vehicle Color:** White
- **Tag #:** VF2574  **State:** IA  **County:**  **Year:** 2022
- **Trailer Tag #:**  **State:**  **County:**  **Year:**
- ☐ Same as Driver  **Owner's Last Name:** ASCHENBRENNER TRUCKING
- **Address:** 203 SOUTH HARRISON
- **City:** FREMONT  **State:** IA  **Zip:** 52561
- **Removed By:**  ☐ Request ☐ List
- **Alcohol Test:** No  **Drug Test:** No
- **First Harmful Event:** Motor Vehicle in Motion
- **Most Harmful Event:** Motor Vehicle in Motion
- **Operator/Ped Cond:** Not Drinking
- **Operator Factors:** Failed to Yield
- **Vehicle Factors:** No Contributing Factors
- **Roadway Factors:** No Contributing Factors
- **Direction of Travel:** South
- **Vehicle Maneuver:** Straight
- **Non-Motor Maneuver:**
- **Vehicle Class:** Commercial Motor Vehicle (CMV)
- **Vehicle Type:** Tractor/Trailer
- **Vision Obscured:** Not Obscured
- **Number of Occupants:** 1
- **Area of Initial Contact:** Front End
- **Damage to Vehicle:** Minor Damage
- **Traffic Way Flow:** Two-Way Trafficway with no physical separation
- **Road Composition:** Black Top
- **Road Character:** Straight and Level
- **Number of Lanes:** 2  **Posted Speed:** 60  **Work Zone:** None
- **Traffic Control:** Lanes  **Device Inoperative:** ☐ Yes ☑ No
- **Citation Information:**
  - Citation # EU000147124  O.C.G.A. § 40-6-123A
  - Citation #  O.C.G.A. §
  - Citation #  O.C.G.A. §

### COMMERCIAL MOTOR VEHICLES ONLY (Unit 1)
- **Carrier Name:** ASCHENBRENNER TRUCKING INC
- **Address:** 203 SOUTH HARRISON  **City:** Fremont  **State:** Iowa  **Zip:** 52561
- **U.S. D.O.T. #:** 488500  **No. of Axles:** 4  **G.V.W.R:** 26001 or Greater
- **Cargo Body Type:** Other  **Vehicle Config.:** Tractor Trailer  ☑ Interstate ☐ Intrastate  **Fed. Reportable:** ☐ Yes ☑ No
- **C.D.L.?** ☑ Yes ☐ No  **C.D.L. Suspended?** ☐ Yes ☑ No
- **Vehicle Placarded?** ☐ Yes ☐ No  **Hazardous Materials?** ☐ Yes ☑ No
- **Hazmat Released?** ☐ Yes ☐ No
- ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

## Unit #2
- ☑ Driver ☐ Ped ☐ Bike
- ☐ Susp At Fault
- **LAST NAME:** HARRIS  **FIRST:** NYIA  **MIDDLE:** M
- **Address:** 500 MCDANIEL ST SW UNIT 3102
- **City:** ATLANTA (DEKALB)  **State:** GA  **Zip:** 30312  **DOB:** 3/27/1982
- **Driver's License No:** 064193423  **Class:** CLASS C  **State:** GA  **Country:** USA
- **Insurance Co.:** PROGRESSIVE PREMIER  **Policy No.:** 946117618  **Telephone No.:** 4046044621
- **Year:** 2019  **Make:** KIA MOTORS  **Model:** OPTIMA LX/EX
- **VIN:** 5XXGT4L34KG348761  **Vehicle Color:** White
- **Tag #:** CKY6217  **State:** GA  **County:** COBB  **Year:** 2021
- **Trailer Tag #:**  **State:**  **County:**  **Year:**
- ☐ Same as Driver  **Owner's Last Name:** HOLT  **First:** SHANEKQUA  **Middle:** A
- **Address:** 2068 CHESLEY DR
- **City:** AUSTELL (COBB)  **State:** GA  **Zip:** 30106
- **Removed By:**  ☐ Request ☐ List
- **Alcohol Test:** No  **Drug Test:** No
- **First Harmful Event:** Motor Vehicle in Motion
- **Most Harmful Event:** Motor Vehicle in Motion
- **Operator/Ped Cond:** Not Drinking
- **Operator Factors:** No Contributing Factors
- **Vehicle Factors:** No Contributing Factors
- **Roadway Factors:** No Contributing Factors
- **Direction of Travel:** South
- **Vehicle Maneuver:** Straight
- **Non-Motor Maneuver:**
- **Vehicle Class:** Privately Owned
- **Vehicle Type:** Passenger Car
- **Vision Obscured:** Not Obscured
- **Number of Occupants:** 1
- **Area of Initial Contact:** Right Side-Near Rear
- **Damage to Vehicle:** Functional Damage
- **Traffic Way Flow:** Two-Way Trafficway with no physical separation
- **Road Composition:** Black Top
- **Road Character:** Straight and Level
- **Number of Lanes:** 2  **Posted Speed:** 60  **Work Zone:** None
- **Traffic Control:** Lanes  **Device Inoperative:** ☐ Yes ☑ No
- **Citation Information:**
  - Citation #  O.C.G.A. §
  - Citation #  O.C.G.A. §
  - Citation #  O.C.G.A. §

### COMMERCIAL MOTOR VEHICLES ONLY (Unit 2)
- **Carrier Name:**
- **Address:**  **City:**  **State:**  **Zip:**
- **U.S. D.O.T. #:**  **No. of Axles:**  **G.V.W.R:**
- **Cargo Body Type:**  **Vehicle Config.:**  ☐ Interstate ☐ Intrastate  **Fed. Reportable:** ☐ Yes ☐ No
- **C.D.L.?** ☐ Yes ☐ No  **C.D.L. Suspended?** ☐ Yes ☐ No
- **Vehicle Placarded?** ☐ Yes ☐ No  **Hazardous Materials?** ☐ Yes ☐ No
- **Hazmat Released?** ☐ Yes ☐ No
- ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

GDOT-523 (07/17)

| COLLISION FIELDS | | | | |
|---|---|---|---|---|
| Manner of Collision: Sideswipe-Same Direction | Location at Area of Impact: On Roadway-Non-Intersection | Weather: Clear | Surface Condition: Dry | Light Condition: Daylight |

### NARRATIVE

On November 10, 2021 I Ofc. S. Alexander responded to a vehicle accident that happened at I 285 E going towards I 75 S.

Driver 1 advised as he was merging off of I 285 E to I 75 S he stated the ramp started with 2 lanes and changes to 1. He advised he was in the left lane at the end of the ramp and he advised Vehicle #2 tried to pass him on the right on a narrow shoulder and drove into his vehicle. Driver 1 had no complaints of any injuries and his vehicle had minor damage. Driver 1 was issued a copy of the case number and was advised on how to obtain a copy of the report.

Driver 2 advised she was exiting I 285 E to merge onto the I 75 S ramp traveling in the right lane. She advised Vehicle #1 was on her left and hit the rear of her vehicle of her passenger side. Driver 2 had no complaints of any injuries and her vehicle had functional damages to the passenger side of her vehicle near the rear.

Based on what both drivers stated on written statements and the damages to both vehicle I deemed Driver 1 at fault and he was issued a citation.

### DIAGRAM

Not To Scale

(Diagram shows Unit 2 and Unit 1 with north arrow indicator)

### PROPERTY DAMAGE INFORMATION

Damage Other Than Vehicle:                                    Owner:

### WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|

CDOT-523 (07/17)

## OCCUPANT INFORMATION

### 1
- **Name (Last, First):** WOOD, GLEN
- **Address:** 18258 LEMON TRAIL UNIONVILLE, MO 63565
- **Age:** 67
- **Sex:** Male
- **Unit #:** 1
- **Position:** Front Seat-Left Side
- **Safety Eq:** Lap and Shoulder Belt Used
- **Ejected:** Not Ejected
- **Extricated:** No
- **Air Bag:** Non-Deployed A/r
- **Injury:** No Apparent Injury
- **Taken for Treatment:** No
- **Injured Taken To:**
- **By:**
- **EMS Notified Time:**
- **EMS Arrival Time:**
- **Hospital Arrival Time:**

### 2
- **Name (Last, First):** HARRIS, NYIA
- **Address:** 600 MCDANIEL ST SW UNIT 3102 ATLANTA (DEKALB), GA 30312
- **Age:** 39
- **Sex:** Female
- **Unit #:** 2
- **Position:** Front Seat-Left Side
- **Safety Eq:** Lap and Shoulder Belt Used
- **Ejected:** Not Ejected
- **Extricated:** No
- **Air Bag:** Non-Deployed A/r
- **Injury:** No Apparent Injury
- **Taken for Treatment:** No
- **Injured Taken To:**
- **By:**
- **EMS Notified Time:**
- **EMS Arrival Time:**
- **Hospital Arrival Time:**

### 3
- **Name (Last, First):**
- **Address:**
- **Age:**
- **Sex:**
- **Unit #:**
- **Position:**
- **Safety Eq:**
- **Ejected:**
- **Extricated:**
- **Air Bag:**
- **Injury:**
- **Taken for Treatment:**
- **Injured Taken To:**
- **By:**
- **EMS Notified Time:**
- **EMS Arrival Time:**
- **Hospital Arrival Time:**

### 4
- **Name (Last, First):**
- **Address:**
- **Age:**
- **Sex:**
- **Unit #:**
- **Position:**
- **Safety Eq:**
- **Ejected:**
- **Extricated:**
- **Air Bag:**
- **Injury:**
- **Taken for Treatment:**
- **Injured Taken To:**
- **By:**
- **EMS Notified Time:**
- **EMS Arrival Time:**
- **Hospital Arrival Time:**

## ADMINISTRATIVE

- **Photos Taken:** ☐ Yes ☑ No
- **By:**
- **Officer Note:** If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963.
- **Report By:** ALEXANDER, PTL. S. (27242)
- **Agency:** Clayton Co Police Department
- **Report Date:** 11/11/2021 00:48
- **Checked By:** Davis, Ptl. J
- **Date Checked:** 11/11/2021