# EXHIBIT "C"
# PURPORTED AFFIDAVIT OF SERVICE ON DEFENDANT GLEN L. WOOD

E-FILED IN OFFICE - MB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-03873-S1**
7/20/2023 9:51 AM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

| | | |
|---|---|---|
| **NYIA HARRIS** | | Cause No.: 23-C-03873-S1 |
| | Plaintiff/Petitioner | Hearing Date: |
| vs. | | |
| **GLEN L WOOD** | | DECLARATION OF SERVICE OF: |
| | Defendant/Respondent | SUMMONS; FIRST INTERROGATORIES; FIRST REQUEST FOR ADMISSIONS; COMPLAINT; NOTICE OF SERVICE OF DISCOVERY |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

Documents came to hand on the __5__ day of __July__, 20__23__ at __5:00__ o'clock __P__M.

On the date and time of __5 July 2023 @ 642 PM__ at the address of **18258 Lemon Trail, Unionville, Putnam County, MO 63565**, the undersigned served the above described documents upon: **Glen L. Wood**

☒ **Personal Service**
by then and there personally delivering ___ true and correct copy(ies) thereof.

__18258 Lemon Trl, Unionville, mo__
*Physical description*

☐ **Substituted / Residential Service**
by then and there personally delivering ___ true and correct copy(ies) thereof, by then presenting to and leaving the same with

_____
*Name of Person Receiving Documents and Their Relationship to Person Served*

_____
*Physical description*

a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subject's legal representative listed above.

**COMMENTS**

DATED this __5__ day of __July__ 20__23__.

__Dennis Clamas__  __Putnam Co Sheriff's office DSN 522-A__  __[signature]__
*Process Server Name*  *Reg. State, County and ID#*  *Signature*

**ORIGINAL PROOF OF SERVICE**

 ABC Legal Services, LLC
633 Yesler Way
Seattle, WA 98104

Page 1 of 1

Ref #: REF-13000622
Tracking #: 0109289073

