# EXHIBIT "D"

# NOTICE OF FILING PETITION FOR REMOVAL

#### IN THE STATE COURT OF GWINNETT COUNTY
#### STATE OF GEORGIA

| | |
|---|---|
| NYIA HARRIS,<br>    Plaintiff, | )<br>)  CIVIL ACTION FILE<br>)  NO. 23-C-03873-S1 |
| v. | )<br>) |
| GLEN L. WOOD, ASCHENBRENNER,<br>TRUCKING, INC. AND NATIONAL<br>CASUALTY COMPANY,<br>    Defendants | )<br>)<br>)<br>) |

### NOTICE OF FILING PETITION FOR REMOVAL

TO:    CLERK, STATE COURT OF GWINNETT COUNTY
        75 Langley Drive
        Lawrenceville, GA 30046

PLEASE TAKE NOTICE that defendants Glen L. Wood, Aschenbrenner Trucking, Inc. and National Casualty Company ("defendants" or "these defendants"), by and through counsel, and by way of special appearance, without waiving but specifically reserving all jurisdictional defenses available to them, have on this date filed its Petition for Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, a copy of which is attached hereto as Exhibit "A."

This 4th day of August, 2023.

                                    **FREEMAN MATHIS & GARY, LLP**

                                    ***/s/ Marc H. Bardack***
                                    MARC H. BARDACK
                                    Georgia Bar No. 037126
                                    mbardack@fmglaw.com
                                    SANGEETHA KRISHNAKUMAR
                                    Georgia Bar No. 394925
                                    Sangeetha.krishnakumar@fmglaw.com
                                    *Attorneys for Defendants Aschenbrenner Trucking,*
                                    *Inc. and National Casualty Company*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339
770-818-0000 *Phone*
833-330-3669 *Facsimile*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the within and foregoing pleading via the Court's electronic filing system which will send electronic notification of such filing to counsel of record as follows:

>Roodgine D Bray, Esq.
>Robert O. Bozeman, Esq.
>Mawuli M. Davis, Esq.
>The Davis Bozeman Law Firm P.C.,
>4153-C, Flat Shoals Pkwy, Suite 332
>Decatur GA 30034
>rbray@davisbozemanlaw.com
>rbozeman@davisbozemanlaw.com
>mdavis@davisbozemanlaw.com

This 4th day of August 2023.

>*/s/ Marc H. Bardack*
>MARC H. BARDACK
>Georgia Bar No. 037126
>mbardack@fmglaw.com
>SANGEETHA KRISHNAKUMAR
>Georgia Bar No. 394925
>Sangeetha.krishnakumar@fmglaw.com
>*Attorneys for Defendants Aschenbrenner Trucking,*
>*Inc. and National Casualty Company*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339
770-818-0000 *Phone*
833-330-3669 *Facsimile*