# EXHIBIT A

Fulton County Superior Court
***EFILED***KJ
Date: 7/7/2023 1:25 PM
Che Alexander, Clerk



# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA

### 136 PRYOR STREET, ROOM J2 C-103, ATLANTA, GEORGIA 30303

## SUMMONS

2023CV382377

Johnny Smith

) Case
) No.: _____

**Plaintiff,**

vs. Shellpoint Mortage

**Defendant**

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://efilega.tylerhost.net/ofsweb (unless you are exempt from filing electronically) and serve upon plaintiff's attorney, whose name and address is:

Johnny Smith
920 Brookmere, Ct Atlanta, GA 30349

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This 7/7/2023 day of _____, 23 _____

Honorable Ché Alexander, Clerk of
Superior Court

By _____
Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 23 _____

Deputy Sheriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used

Fulton County Superior Court
***EFILED***KJ
Date: 7/7/2023 1:25 PM
Che Alexander, Clerk

**General Civil and Domestic Relations Case Filing Information Form**

☑ Superior or ☐ State Court of _____Fulton_____ County

| For Clerk Use Only 7/7/2023 | |
|---|---|
| Date Filed _____ **MM-DD-YYYY** | Case Number _____2023CV382377_____ |

**Plaintiff(s)**

Sm. R  John )

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**

Shellpoint Mortage

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

Plaintiff's Attorney _____ State Bar Number _____ Self-Represented ☑

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☑ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____ Case Number     _____ Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Fulton County Superior Court
***EFILED***KJ
Date: 7/7/2023 1:25 PM
Che Alexander, Clerk

IN THE _Superior_ COURT OF _Fulton_ COUNTY

STATE OF GEORGIA

_Johnny Smith_,
Plaintiff

v.
_Shellpoint Mortgage_
Defendant

CIVIL ACTION 2023CV382377
NO. _____

COMPLAINT FOR _Property_

Now comes _Johnny Smith_, plaintiff in the above-styled action, and states his complaint as follows:

The defendant is _Shellpoint Mortgage_, who is a resident of _75 Beattie Pl_ Street, City of _Greenville_, _SC_ County, Georgia, and is subject to the jurisdiction of this court.

2. *List short and plain statement in separately numbered paragraphs of claim sued upon.*

The complaint against Shellpoint is that Chapter 13 Bankruptcy was filed on June 5th 2023 and the case number was provide to the Mortgage Company And they called and verified the case with the Bankrupy courts. on the 19 of June I received a letter in the mail. that my home was still Auctioned

I have advised the mortage company and The Attorny of the Mortage company, However No one has bothered to return my calls or respond period.

O.C.G.A. § 9-11-8(a) Form 1 Complaint/Civil Lawsuit Packet

_3. List statement of damages, with items of special damages stated specifically._

WHEREFORE, plaintiff demands judgment against defendant for the sum of $ _400.000_ , together with interest and the costs of this action.

_Johnny R. Smth_
Plaintiff

_920 Brookmere Ct_
_Atlanta, GA  30349_
Address

_470. 385. 2916_
Telephone number

_johnnys2002@gmail.com_

O.C.G.A. § 9-11-8(a) Form 1 Complaint/Civil Lawsuit Packet

IN THE _Superior_ COURT OF _Fulton_ COUNTY
STATE OF GEORGIA

_Johnny Smith_
Plaintiff

vs _Shellpoint Mortage_
Defendant

Civil Action File No: _____

VERIFICATION

I, (your name) _Johnny Smith_, personally appeared before the undersigned
Notary Public, and say under oath that I am the (check one :) ☑ Petitioner ☐ Respondent
in the above styled action and that the facts stated in the

(Name of petition, motion, complaint) _Complaint_
are true and correct.

This the ___7th___ day of ___July___, 20 _23_.
      [day]              [month]     [year]

_John R. Smith_
(Sign your name here in front of the Notary)

Name (print or type here): _John R. Smith_
Address: _920 Brookmere Ct_
_Atlanta, GA 30349_
Telephone number: (470) _385-2916_

Sworn to and subscribed before me, this
_7th_ day of _JULY_, 20 _23_.

_Marvin Wooley_
NOTARY PUBLIC
My Commission Expires: 1/21/2027

O.C.G.A. § 9-11-8(a) Form 1 Complaint/Civil Lawsuit Packet