# EXHIBIT B

Receiving your annual assessment notice just got easier!

## Register for e-notices

**RETURN IN FIVE DAYS TO**

**FULTON COUNTY BOARD OF ASSESSORS**
**REAL PROPERTY DIVISION**
**PEACHTREE CENTER, NORTH TOWER**
**235 PEACHTREE STREET, N.E. 12TH FLOOR**
**ATLANTA, GEORGIA 30303**

To receive future statements electronically,
visit **_www.fultonassessor.org_**
Your Registration ID:

8712-7383-DHWL



13586933-28957-1  1  1  28957 1 AV 0.471 62


SMITH JOHNNY & DAISE NAUDIA T
920 BROOKMERE CT
ATLANTA GA 30349-6866

To receive your annual notice of assessment via email,
visit www.fultonassessor.org and click the
***Access E-Notice Portal*** link on the home page. Create
an account by entering the Registration ID printed
above.  On the information page, type
your name **exactly** as it is printed on the **first** line of
your address.  Use all caps and include spaces and any
punctuation on that line such as the & sign.

Send an email to edocs@southdata.com if you need
assistance with registering.

# Please see reverse side for
# Annual Notice of Assessment

## ANNUAL NOTICE OF ASSESSMENT

PT-306 (revised May 2018)

**FULTON COUNTY ASSESSORS OFFICE**

235 Peachtree St. NE, Suite 1400

Atlanta, GA 30303

(404) 612-6440

SMITH JOHNNY & DAISE NAUDIA T
920 BROOKMERE CT
ATLANTA GA 30349

**Official Tax Matter - 2023 Tax Year**

This correspondence constitutes an official notice of ad valorem assessment for the tax year shown above.

**Annual Assessment Notice Date: 06/09/2023**

**Last date to file a written appeal: 07/24/2023**

***This is not a tax bill - Do not send payment***

County property records are available online at:
www.fultonassessor.org

**A**

The amount of your ad valorem tax bill for the year shown above will be based on the **Appraised** (100%) and **Assessed** (40%) values specified in **BOX 'B'** of this notice. **You have the right to submit an appeal regarding this assessment to the County Board of Tax Assessors**. If you wish to file an appeal, you must do so in writing no later than 45 days after the date of this notice.
If you do not file an appeal by this date, your right to file an appeal will be lost. Appeal forms which may be used are available at http://dor.georgia.gov/documents/property-tax-appeal-assessment-form.

At the time of filing your appeal you must select one of the following appeal methods:

(1) County Board of Equalization (value, uniformity, denial of exemption, or taxability)
(2) Arbitration (value)
(3) County Hearing Officer (value or uniformity, on non-homestead real property or wireless personal property valued, in excess of $500,000)

All documents and records used to determine the current value are available upon request. For further information regarding this assessment and filing an appeal, you may contact the county Board of Tax Assessors which is located at 235 Peachtree St. NE, Ste. 1400, Atlanta and which may be contacted by telephone at: 404-612-6440. **Your staff contact is Lamont Prather.**

Additional information on the appeal process may be obtained at http://dor.georgia.gov/property-tax-real-and-personal-property

**B**

| Account Number | Property ID Number | Acreage | Tax Dist | Covenant Year | Homestead |
|---|---|---|---|---|---|
| 07003998 | 09F-4000-0161-668-6 | .32 | SOUTH FULTON | | NO |

| Property Description | R1 - Residential Improvement      NBHD - 9682 |
|---|---|

| Property Address | 920 BROOKMERE CT |
|---|---|

| | Taxpayer Returned Value | Previous Year Fair Market Value | Current Year Fair Market Value | Current Year Other Value |
|---|---|---|---|---|
| **100% Appraised Value** | | 357,600 | 446,400 | |
| **40% Assessed Value** | | 143,040 | 178,560 | |

**Reasons for Assessment Notice**

Value adjusted to reflect current market or uniformity

**C**

The estimate of your ad valorem tax bill for the current year is based on the previous or most applicable year's net millage rate and the fair market value contained in this notice. The actual tax bill you receive may be more or less than this estimate. This estimate may not include all eligible exemptions.

| Taxing Authority | Other Exempt | Homestead Exempt | Net Taxable | Millage | Estimated Tax |
|---|---|---|---|---|---|
| FULTON OPER | | | 178,560 | .008870 | 1,583.83 |
| FULTON BONDS | | | 178,560 | .000200 | 35.71 |
| FUL SCHOOL OPER | | | 178,560 | .017240 | 3,078.37 |
| **Total County Tax** | | | | | **4,697.91** |
| SOUTH FULTON | | | 178,560 | .012899 | 2,303.25 |
| Total City Tax | | | | | 2,303.25 |
| STATE | | | 178,560 | .000000 | .00 |
| | | | | **Total Estimated Tax** | **7,001.16** |