# EXHIBIT C

**IN THE SUPERIOR COURT FOR FULTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **Johnny Smith,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Civil Action No.: 2023CV382377** |
| | ) |
| **Shellpoint Mortgage Services,** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF FILING NOTICE OF REMOVAL**

Notice is hereby given that on August 4, 2023, pursuant to the provisions of 28 U.S.C. §§ 1331, *et seq.*, Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing (incorrectly named in the Complaint as "Shellpoint Mortgage" and herein after "Shellpoint"), filed with the United States District Court for the Northern District of Georgia, Atlanta Division, a Notice of Removal of the above-captioned case from the Superior Court of Fulton County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division. A copy of the Notice of Removal is attached hereto as **Exhibit 1**, and notice is being provided to Plaintiff. *See* 28 U.S.C. § 1446(d).

Respectfully submitted this 4th day of August, 2023.

    Respectfully submitted,

    s/ Keith S. Anderson
    Keith S. Anderson
    Georgia Bar No. 136246
    BRADLEY ARANT BOULT CUMMINGS LLP
    1819 Fifth Avenue North
    Birmingham, Alabama 35203
    Telephone: (205) 521-8000; Fax (205) 521-8800
    kanderson@bradley.com

1

*Attorney for Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing*

**IN THE SUPERIOR COURT FOR FULTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **Johnny Smith,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **Civil Action No.: 2023CV382377** |
| | ) |
| **Shellpoint Mortgage Services,** | ) |
| | ) |
| **Defendant.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, I served a copy of the foregoing via first-class U.S. mail, postage prepaid and addressed to her regular mailing address, to the following:

Johnny Smith
920 Brookmere Ct.
Atlanta, GA 30349
*Pro Se* Plaintiff

                                    s/ Keith S. Anderson
                                    COUNSEL

3