# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Marcel Ohues,<br><br>          Plaintiff,<br><br>     v.<br><br>WebGroup Czech Republic, a.s. and NKL Associates s.r.o.<br><br>          Defendants. | **Case No.**<br><br>**DECLARATION OF ROBERT SEIFERT IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT** |

## DECLARATION OF ROBERT SEIFERT

I, Robert Seifert, declare as follows:

1. I make this declaration of personal, firsthand knowledge, in support of WebGroup Czech Republic, a.s.'s ("**WG**") and NKL Associates s.r.o.'s ("**NKL**"), (collectively, "**Defendants**") Notice of Removal to Federal Court and if called and sworn as a witness, I could and would testify competently to these matters.

### WEBGROUP CZECH REPUBLIC, A.S.

2. I hold the position of director at WG, which is a business entity organized under the laws of the Czech Republic with its principal place of business in Prague, Czech Republic.

3. WG operates XVideos.com ("**XVideos**"), which is a website that hosts adult content uploaded by individual creators and studios from around the world.

4. Before potential users can access the content on XVideos, a pop-up appears that requires the user to certify that they are over 18 years old. This pop-up also includes a visibly distinct hyperlink to XVideos' Terms of Service. The Terms of Service for both Defendants indicate that entering the websites constitute acceptance of the Terms of Service.

### NKL ASSOCIATES, S.R.O.

5. I hold the position of director at NKL, which is a business entity organized under the laws of the Czech Republic with its principal place of business in Prague, Czech Republic.

6. NKL operates Xnxx.com ("**Xnxx**"), which is a website that hosts adult content uploaded by individual creators and studios from around the world.

7. Before potential users can access the content on Xnxx, a pop-up appears that requires the user to certify that they are over 18 years old. This pop-up also includes a visibly distinct hyperlink to Xnxx's Terms of Service. The Terms of Service for both Defendants indicate that entering the websites constitute acceptance of the Terms of Service.

8. A true and correct copy of the Complaint in this action, filed on July 5, 2023, is attached hereto as **Exhibit 1**.

9. A true and correct copy of XVideos' Terms of Service, is attached hereto as **Exhibit 2**.

10. A true and correct copy of Xnxx's Terms of Service, is attached hereto as **Exhibit 3**

11. A True and correct copy of Defendants' written notice of removal to Plaintiff and the Superior Court of Fulton County, Georgia, are attached hereto as **Exhibit 4**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 4, 2023 at Rio De Janeiro, Brazil

DATED: August 4, 2023         By _____/s/ *Robert Seifert*_____
                                 Robert Seifert