# EXHIBIT 1

# State of Georgia



## COUNTY OF FULTON
## OFFICE OF THE CLERK OF SUPERIOR COURT

## ELECTRONIC DOCUMENT CERTIFICATION

| **Certification Date:** | 07/06/23 | **Court Case Number:** | 2023CV382263 |
|---|---|---|---|
| **Authentication Code:** | WEB5D-SFN18-V659 | **Number of Pages:** | 3 |

I, **C**he' Alexander Clerk of Superior Court, or Deputy Clerk specified below, hereby certify that the attached page(s) is/are a true and correct copy of the document(s) enumerated herein, and that said document(s) are on file as a part of the official records of this office, of which I am the official custodian, as authorized by Georgia law. Witness my hand and official seal of this office on the date written.



**Official Seal of Clerk**

_____
**Che' Alexander, Clerk**

_____
Michael` Fagbamiye
Prepared by:

### INSTRUCTIONS FOR AUTHENTICATING THIS CERTIFICATION

This electronically certified record can be authenticated as having been duly certified by the issuing officer by accessing the link below:

https://ecert.gsccca.org/document/WEB5D-SFN18-V659

Authentication of a certified document is a multiple step process. Instructions for authenticating a certified document can be found at the link below:

https://ecert.gsccca.org/authenticationinstructions



AUTHENTICATION CODE LISTED ON EACH CERTIFIED PAGE

Fulton County Superior Court
***EFILED***if
Date: 7/5/2023 3:31 PM
Ché Alexander, Clerk

IN THE _Superior_ COURT OF _Fulton_ COUNTY

STATE OF GEORGIA

Marcel Ohues,
Plaintiff
v. X NXX . com
X Videos.com
Defendant

CIVIL ACTION 2023CV382263
NO. _____

COMPLAINT FOR _Slander/Defamation_

Now comes _Marcel Ohues_ , plaintiff in the above-styled action, and states his

complaint as follows:

XVideos.com
The defendant is _XNXX .com_ , who is a resident of _4532 Saratoga_ Street,

City of _Downers Grove IL_ , _____ County, Georgia, and is subject to the jurisdiction of

this court.

2. _List short and plain statement in separately numbered paragraphs of claim sued upon._

<u>Slander   Defamation</u>
<u>Abuse/Revenge Porn</u>
Hello Courts, I am filing suit against Xvideos.com (XNXX.com
headquarters located at 4532 Saratoga Ave, Downers
Grove, IL, 60515, United States. While surfing on
the net, I have realized personal information of
mines leaked on these sites + return has harmed
my name + reputation. I consider myself to be
nothing more than an out going, intelligent,
charming, grad student. After this leak of abusive
material I have suffered tremedously. I have lost
friends, jobs, + relationships + more, I have
suffered mental pains. I have contacted these
sites ~~with~~ to remove the content with no success.
I have no control or say over the content what so ever.

O.C.G.A. § 9-11-8(a) Form 1 Complaint/Civil Lawsuit Packet

With my name attached to these graphic images my name is indefinitely slandered. All in plain view "still" at www.xvideos.com/video15212, www.twitter.com/marceloslave Netflix Marcela, I am deeply hurt by these images & exposure please help with the removal. Regards.

3. *List statement of damages, with items of special damages stated specifically.*

Slander

$1,000,000 in damages.
Emotional Distress.
Mental Anguish.

WHEREFORE, plaintiff demands judgment against defendant for the sum of $ 1,000,000., together with interest and the costs of this action.

*Marcel Ohnes*
Plaintiff

3622 Ginnis Rd,
Atlanta, GA, 30331
Address

470-940-2510
Telephone number

O.C.G.A. § 9-11-8(a) Form 1 Complaint/Civil Lawsuit Packet

Fulton County Superior Court Certified Document     WEB5D-SFN18-V659

IN THE _____ COURT OF _____ COUNTY
STATE OF GEORGIA

_Marcel Olhues_
Plaintiff

VS

_XVideos.com / XNXX.com_
Defendant

Civil Action File No: _____

VERIFICATION

I, (your name) _Marcel Olhues_, personally appeared before the undersigned

Notary Public, and say under oath that I am the (check one :) ☐ Petitioner ☐ Respondent in the above styled action and that the facts stated in the

(Name of petition, motion, complaint) _Slander / Defamation_
are true and correct.

This the ___5___ day of ___July___, 20 _23_.
           [day]              [month]        [year]

_____
(Sign your name here in front of the Notary)

Name (print or type here): _Marcel Olhues_
Address: _3622 Ginnis Rd_
_Atlanta,   GA,   30331_
Telephone number: (470) 940 2510

Sworn to and subscribed before me, this
_5th_ day of ___July___, 20 _23_

_Marvin Wooley_
NOTARY PUBLIC
My Commission Expires: _1/21/2027_

*[Notary Seal: MARVIN WOOLEY, NOTARY PUBLIC, COMMISSION EXPIRES Jan. 21, 2027, DEKALB COUNTY, GA]*

O.C.G.A. § 9-11-8(a) Form 1 Complaint/Civil Lawsuit Packet