# EXHIBIT 4

# IN THE SUPERIOR COURT OF FULTON COUNTY
## ATLANTA JUDICIAL CIRCUIT
## STATE OF GEORGIA

| | |
|---|---|
| Marcel Ohues,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WebGroup Czech Republic, a.s. and NKL Associates s.r.o.<br><br>　　　　Defendants. | **CASE NO. 2023CV382263** |

**NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHER DISTRICT OF GEORGIA**

TO:　Ché Alexander
　　　Clerk of Superior Court of Fulton County, Georgia
　　　136 Pryor Street, Suite C155
　　　Atlanta, GA 30303

　　　Marcel Ohues
　　　3622 Ginnis Road
　　　Atlanta, GA 30331

　　　Pursuant to 28 U.S.C. § 1446(d), you are hereby notified of the filing of a Notice of Removal of the above-captioned action to the United States District Court for the Northern District of Georgia, which Notice was filed on August 4, 2023.  A service copy of the Notice of Removal filed with respect to this action is attached hereto as Exhibit A, and its supporting Declaration and exhibits are attached as hereto as Exhibit B.  This Notice and attached Exhibits shall effect removal, and this Court shall proceed no further unless and until the above-captioned action is remanded.

1

DATED:  August 4, 2023             QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP

                                   By:  /s/ *Debra Bernstein*
                                       Debra Bernstein (Bar No. 054998)
                                       Quinn Emanuel Urquhart & Sullivan, LLP
                                       debrabernstein@quinnemanuel.com
                                       Ryan Swindell (Bar No. 727411)
                                       ryanswindall@quinnemanuel.com
                                       1200 Abernathy Road, Suite 1500
                                       Atlanta, GA 30328
                                       Telephone: (404) 482-3502
                                       Fax: (404) 681-8290

                                       *Attorneys for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via hand delivery and/or United States mail with adequate postage affixed thereto to the following recipients.

TO:   Marcel Ohues
      3622 Ginnis Road
      Atlanta, GA 30331

By: /s/ *Debra Bernstein*
    Debra Bernstein

3