# EXHIBIT A

Case 1:23-mi-99999-UNA   Document 2496-5   Filed 08/04/23   Page 1 of 2

| Department of Homeland Security | Form I-797C, Notice of Action |
| U.S. Citizenship and Immigration Services | |

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | November 03, 2021 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-130, Petition for Alien Relative | |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| IOE0914088576 | November 01, 2021 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| November 01, 2021 | 201 B INA SPOUSE OF USC | June 09, 1974 |

RONALD F. BRALY JR
C/O MOTUNRAYO AWOTONA AWOTONA LAW FIRM LLC
540 POWDER SPRINGS ST STE D22
MARIETTA, GA 30064

**PAYMENT INFORMATION:**

Application/Petition Fee:  $535.00
Total Amount Received:    $535.00
Total Balance Due:        $0.00

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| AMUKOWA, MARY | 9/15/1990 | KENYA | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
Potomac Service Center
U.S. Citizenship and Immigration Services
2200 Potomac Center Drive Stop 2425
Arlington, VA 20598-2425

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 04/01/19