# EXHIBIT D

# Public Inquiry Form

Thank you for your inquiry! A Customer Service Representative will reply to you by email as soon as possible. We review and reply to emails in the order in which they are received. Please visit nvc.state.gov/timeframes for current processing times.

Case Number: IOE0914088576
Inquiry submitted on: 4/12/2023, 3:22:22 PM

Back

# Public Inquiry Form

Thank you for your inquiry! A Customer Service Representative will reply to you by email as soon as possible. We review and reply to emails in the order in which they are received. Please visit nvc.state.gov/timeframes for current processing times.

Case Number: IOE0914088576
Inquiry submitted on: 5/9/2023, 4:42:47 PM

Back