# **EXHIBIT E**



# Office of Representative David Scott Digital Privacy Release Form

Complete the form below to request help with a Federal Agency. When complete, click Submit to send to our office for assistance.

Fields marked with * are required

## Please Provide Applicable Identifying Information

**Agency Involved** *

U.S. Citizenship and Immigration Services

## Petitioner/Applicant Information

**Applicant Prefix**

Mr.

**Applicant First Name** *

Ronald

**Applicant Last Name** *

Braly Jr

**Date of Birth** *

06/09/1974

**Country of Birth** *

United States

**Alien Number**

## Beneficiary Information

**Beneficiary Prefix**

Mrs.

**Beneficiary First Name** *

Mary Phiyona

**Beneficiary Last Name** *

Amukowa

**Date of Birth** *

09/15/1990

**Country of Birth** *

Kenya

**Alien Number**

## USCIS Information

**USCIS receipt or tracking number** (no Social Security Numbers)

IOE0914088576

**Form Types**

× I-130

**Date of Filing**

11/01/2021

## Personal Information

**Prefix**

Mr.

**First Name** *

ronald

**Middle Initial**

**Last Name** *

braly

**Email** *

ronbraly@yahoo.com

**Phone Number** *

4043825935

**Address Line 1 ***

[ 3251 Woodview Dr SE ]

**Address Line 2**

[                    ]

**City ***

[ Smyrna ]

**State ***

[ Georgia ▼ ]

**Zip Code ***

[ 30082 ]

---

**Have you contacted any other elected official regarding this case?**

◯ Yes   ⦿ No

**If Yes, Official's name?**

[                    ]

**Please explain the problem and the resolution/outcome you are seeking** *

On November 1 st 2021, I submitted my I-130 Petition for Alien Relative. On February 24 of 2023 I received a notice date with the receipt number IOE0914088576.
To this date, my case has been approved but it has not been transferred to the National Visa Center. I should have received by now, any update regarding my case. Please help me transfering my case from USCIS to the NVC.

**Please attach all relevant casework if applicable.**

Up to 4 attachments accepted. 10 MB file size limit, and total file size cannot exceed 10 MB. Accepted file types: .txt, .pdf, .docx, .doc, .xls, .xlsx, .jpg, .jpeg, .gif, .png.



Click or drag and drop files.

**Files waiting to be uploaded:**

📄 USCIS-Privacy-Release.pdf    [Remove ⊗]

📄 Release Form.pdf    [Remove ⊗]

📄 I-130 APPROVAL NOTICE.pdf    [Remove ⊗]

📄 G28 SIGNED.pdf    [Remove ⊗]

Upload

**Section below to be completed by the person who is the subject of the records:**

☑ I certify, under penalty of perjury, that 1) I provided or authorized all of the information in this privacy release and any document submitted with it; 2) I reviewed and understand all of the information contained in my privacy release and submitted with it; 3) all of this information is complete, true, and correct. I authorize USCIS to release information contained in my USCIS records relevant to checking my case status to the extent permitted by law to the Office of Representative David Scott and the Member's staff. I understand that I am not required to make payment in any form for the services provide by my Member of Congress.

**Today's Date**

04/27/2023

**Signature  ***

*[handwritten signature: Ronald Braly]*

Clear Signature

I'm not a robot
reCAPTCHA
Privacy - Terms

Submit

**Success!** Confirmation ID: gMmZkYv3DVzIoaP6A4KX   ✕

Thank you for your submission.

You will receive an e-mail including the Confirmation ID to the e-mail address you provided. Please keep the confirmation e-mail for your records. If you do not see this e-mail within 30 minutes, please also check your spam or junk folder.

**Confirmation ID: gMmZkYv3DVzIoaP6A4KX**

**File Uploads: 4**

**File Names: USCIS-Privacy-Release.pdf, Release Form.pdf, I-130 APPROVAL NOTICE.pdf, G28 SIGNED.pdf**