# EXHIBIT F



**GILLMAN IMMIGRATION**
IMMIGRATION

June 1, 2023

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
2150 Parklake Dr. NE,
Atlanta, GA 30345, United States

      **Re:**      **\*\*\* 30-Day Notice of Filing for Mandamus\*\*\***
                    **Pre-Litigation Mandamus Letter**
                      **Case Inquiry Status Letter**

      **Petitioner:**      **Braly, Ronald**
      **Receipt No.:**      **IOE0914088576**

Dear Sir/Madam:

      The Gillman Immigration Law Firm and Nkechi James-Gillman, Esq. represent Mr. Ronald Braly ("the Petitioner" "Mr. Braly"), a U.S. Citizen, in his **APPROVED** Form I-130, Petition for Alien Relative. A Form G-28 is being submitted. This letter serves as a 30-day notice to U.S. Citizenship & Immigration Services ("USCIS" "the Service") that this office will be filing a Writ of Mandamus against USCIS should our inquiry go unanswered.

Facts of the Case:

- On November 1, 2021, USCIS received Mr. Braly's I-130 petition.

- On July 26, 2022, Mr. Braly submitted a Congressional Inquiry to Congressman David Scott's office.

- On January 14, 2023, Mr. Braly submitted an e-request to USCIS.

- On March 9, 2023, our office submitted a letter to USCIS expressing intent to file a Writ of Mandamus against the Service for the unnecessary delays on this matter. [See Exh. A]

- On March 24, 2023, the I-130 petition was finally approved by USCIS. [See Exh. B]

Request:

- This office asks that USCIS send the Petitioner's APPROVED I-130 Petition to the National Visa Center ("NVC") for consular processing.



GILLMAN IMMIGRATION
IMMIGRATION

It was properly indicated on the filed I-130 Petition that the beneficiary would not be applying for adjustment of status but she would apply for an immigrant visa abroad at the U.S. Embassy or Consulate in Nairobi, Kenya, where she currently resides. However, it has been more than two months since the petition was approved and neither we nor Mr. Braly have received the welcome letter from the NVC. We would like to request your office to please give this matter proper attention and send the approved petition to the NVC.

Should USCIS fail to respond to this request in 30 days, our office will be forced to file a Writ of Mandamus against USCIS. Enclosed in connection with this notice, please find the attached documents as listed above:

- Form G-28, Notice of Entry of Appearance
- Copy of Premandamus Threat Letter
- I-130 Approval Notice

To this day, we have not received any updates regarding the approved I-130 Petition from USCIS or NVC. It has been over two months since the petition was approved.

Kindly provide the office with an update on the case status for our client. Thank you very much for your attention.

Sincerely,

Nkechi James-Gillman, Esq.

Cc:

U.S. Attorney's Office
Richard B. Russell Federal Building
75 Ted Turner Dr. SW
Suite 600
Atlanta, GA 30303-3309