# Exhibit B

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SHIRLEY MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>MACY'S RETAIL HOLDINGS, LLC D/B/A MACY'S DEPARTMENT STORE; ABC CORPS #1-3; AND JOHN DOES #1-3,<br><br>    Defendants. | Civil Action File No: 23-A-421 |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:    Clerk, State Court of Cobb County, Georgia

Comes Now Defendant Macy's Retail Holdings, LLC through counsel and provides the following notice to the Court:

In compliance with 28 U.S.C. § 1446(d), you are hereby notified of the filing of a Notice of Removal in this action with the United States District Court for the Northern District of Georgia, Atlanta Division. A copy of the Notice of Removal is attached hereto.

Respectfully submitted this 4th day of August, 2023.

                                          DREW ECKL & FARNHAM, LLP

                                          */s/Lisa R. Richardson*
                                          *Lisa R. Richardson*
                                          **Georgia Bar No. 604074**

303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: richardsonl@deflaw.com
***Attorneys for Defendant Macy's Retail Holdings, LLC***
13696623v1
07613-253959

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SHIRLEY MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>MACY'S RETAIL HOLDINGS, LLC D/B/A MACY'S DEPARTMENT STORE; ABC CORPS #1-3; AND JOHN DOES #1-3,<br><br>    Defendants. | Civil Action File No: 23-A-421 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am counsel for Defendant Macy's Retail Holdings, LLC and that I have served all interested parties with a copy of the foregoing *Notice of Filing Notice of Removal* upon all parties to this matter by filing with the PeachCourt filling system, which will automatically deliver electronic notification to the following counsel of record:

> Cody M. Allen
> Allison Whitfield
> Morgan & Morgan Atlanta, PLLC
> 408 12th Street, Suite 200
> Columbus, GA 31901

This 4th day of August, 2023.

/s/Lisa R. Richardson
Lisa R. Richardson
**Georgia Bar No. 604074**

303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: richardsonl@deflaw.com
**Attorneys for Defendant Macy's Retail Holdings, LLC**

13696623v1
07613-253959