IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Petitioner, <br><br> v. <br><br> **MELISSA HOPPIE**, <br><br> Respondent. | Civil Action No. <br> _____ |

**Declaration**

I, Mindy Richardson, declare as follows:

1. I am a duly commissioned revenue officer employed in the Small Business/Self-Employed Division South Atlantic Compliance Area of the Internal Revenue Service at 2888 WOODCOCK BLVD, STOP 308D, ATLANTA, GA 30341-4002.

2. In my capacity as a revenue officer, I am investigating the collection of tax liability of BENJAMIN REESE UNINCORPORATED TRUST for the calendar years ending December 31, 2019, and December 31, 2020.

3. In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on February 23, 2023, an administrative summons, Internal

1

Revenue Service Form 2039, to MELISSA HOPPIE, to give testimony (the "Summons"). The Summons is attached to the petition as Exhibit A.

4. I served an attested copy of the Summons on HOPPIE by personal delivery on February 24, 2023, in accordance with 26 U.S.C. § 7603, as evidenced in the certificate of service of notice on the reverse side of the Summons.

5. On March 13, 2023, HOPPIE faxed me a fee schedule. The fee schedule she sent me is attached as Exhibit B.

6. On March 16, 2023, HOPPIE did not appear in response to Summons. Her refusal to comply with the summons continues to the date of this declaration.

7. It is necessary to obtain the testimony sought by the Summons in order to collect the federal tax liability of BENJAMIN REESE UNINCORPORATED TRUST for the calendar years ending December 31, 2019 and December 31, 2020. My investigation so far has revealed transfers between an BENJAMIN REESE UNINCORPORATED TRUST account and an account controlled by HOPPIE.

8. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken. The books, papers, records, or other data sought by the Summons are not already in the possession of the Internal Revenue Service. There is no "Justice Department referral" in effect with respect to

respondent, as that term is defined under 26 U.S.C. § 7602(d). No third-party notice is required because the Summons was issued in aid of collection under 26 U.S.C. § 7609(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___August 3_____, 2023.

_____
Mindy Richardson, Revenue Officer
Internal Revenue Service
2888 WOODCOCK BLVD MS 308D
ATLANTA, GA 30341
TELEPHONE: (470) 719-6693

**Richardson Declaration, Exhibit A**

Summons

**Richardson Declaration, Exhibit A**

Summons

# Summons

In the matter of  BENJAMIN REESE UNINCORPORATED TR, 3459 ROLLING GREEN RIDGE SW, ATLANTA, GA 30331
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  Small Business / Self Employed
Periods:  See Attachment 1 to Summons Form 2039 for Period Information

### The Commissioner of Internal Revenue

**To:** MELISSA HOPPIE
**At:** 3459 ROLLING GREEN RIDGE SW, ATLANTA, GA 30331

You are hereby summoned and required to appear before M RICHARDSON, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the taxpayer identified above for the periods shown.

Oral Testimony

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
 2888 WOODCOCK BLVD, STOP 308D, ATLANTA  GA  30341-4002  (470) 719-6693

**Place and time for appearance: At**  2888 WOODCOCK BLVD, STOP 308D, ATLANTA, GA  30341-4002

on the  16th  day of  March , 2023 at  11:30  o'clock  am.

Issued under authority of the Internal Revenue Code this  23rd  day of  February , 2023

| Signature of issuing officer | Title |
|---|---|
| **M RICHARDSON** | **REVENUE OFFICER** |
| Signature of approving officer *(if applicable)* | Title |
| Electronically approved by Patricia Krogh | **GROUP MANAGER** |

Form **2039** (Rev. 3-2020)   Catalog Number 21405J   publish.no.irs.gov   Department of the Treasury – **Internal Revenue Service**
Original -- to be kept by IRS

## Certificate of Service of Summons
(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 2/24/2023 | 1:25 pm |

**How Summons Was Served**

[X] 1. I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

[ ] 2. I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*_____

[ ] 3. I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address_____

[ ] 4. I certify that I served a copy of the summons, which contained the attestation required by § 7603, by a method not listed above that is in conformity with established IRS procedures to the person to whom it was directed and with the consent of the witness, *(e.g. facsimile transmission)*

| Signature | Title |
|---|---|
| *(signed)* | Revenue Officer |

5. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses that are excepted from the third-party notice requirement of IRC Section 7609.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 6639) to the person named below on the date and in the manner indicated.

| Date of giving notice | Time |
|---|---|
| | |

Name of noticee

Address of noticee *(if mailed)*

**How Notice Was Given**

[ ] I gave notice by certified or registered mail to the last known address of the noticee

[ ] I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person *(if any)*

[ ] I gave notice by handing it to the noticee

[ ] In the absence of a last known address of the noticee, I left the notice with the person summoned

[X] No notice required

| Signature | Title |
|---|---|
| *(signed)* | Revenue Officer |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |

Form **2039** (Rev. 3-2020)    Catalog No. 21405J    publish.no.irs.gov    Department of the Treasury – **Internal Revenue Service**

## Attachment 1 to Summons Form 2039

In the matter of **BENJAMIN REESE UNINCORPORATED TR**

Period information:
  Form 1041 for the calendar period ending December 31, 2019 and Form CIVPEN for the calendar period ending December 31, 2020

**Richardson Declaration, Exhibit B**

Fee Schedule

**Richardson Declaration, Exhibit B**

Fee Schedule

# NOTARY ACKNOWLEDGMENT

State of Georgia

County of _Fulton_

This Fee Schedule for the commercial usage of Melissa Hoppie private property (MELISSA HOPPIE) ENS LEGIS, was acknowledged before me this _13_ day of _March_ (month), _2023_ (year), by _Melissa Hoppie_ (name of signer). This is a "US Obligation" pursuant to 18 USC § 8.

_____ Personally Known

__✓__ Produced Identification

Type and # of ID _GA Drivers License #_ ▓▓▓▓

_Melissa Hoppie_ UCC 1-308, Authorized Representative

(Seal)

_Ralph Gourdine_
(Signature Notary)

_Ralph Gourdine_
(Name of Notary Typed, Stamped or Printed)

Notary Public, State of Georgia

Page 1 of 1

Document ID # ▓▓▓▓ 65 US

## LETTER OF CONDITIONAL ACCEPTANCE FOR OFFER OF PERFORMANCE

Melissa Hoppie, living Administrator/Receiver
MELISSA HOPPIE
c/o General-Post Office – 3459 Rolling Green Ridge SW
Atlanta 31, Georgia

IRS
ATTN: Patricia Krogh – Manager
2888 Woodcock Blvd MS-308D
Atlanta, Georgia 30341

Date: 3/13/23

Attention: M Richardson Revenue Officer offer to perform

I, Melissa Hoppie the administrator for MELISSA HOPPIE, ENS LEGIS, do conditionally accept the IRS offer of performance with self-executing Fee Schedule, which is LEGAL, LAWFUL and NON-NEGOTIABLE. No legal or commercial performance shall be provided without just compensation to Melissa Hoppie according to law. See attached Fee Schedule and govern yourselves accordingly. Once performance has been provided the administrator will issue an invoice for said commercial usage of MELISSA HOPPIE, ENS LEGIS per Fee Schedule with no exceptions!

Date: 3/13/23

Thank you for your Business,

_Melissa Hoppie_, Administrator
Melissa Hoppie                   UCC 1-308

### Method of Cancelling

The method of cancelling the self-executing contract would be to refrain from all un-authorized commercial usage of the ENS LEGIS-MELISSA HOPPIE with the identifying # xxx-xx-_____, immediately and return all ill gain funds from the un-authorized usage as the proper IRS forms 1099 will been filed for this invoice.

Document ID # [redacted] 6505

Attachment

# FEE SCHEDULE

## FOR TERMS AND CONDITIONS

### NOTICE OF FEE SCHEDULE EFFECTIVE: SELF-EXECUTING

Melissa Hoppie, living Administrator/Receiver
MELISSA HOPPIE
c/o General-Post Office – 3459 Rolling Green Ridge SW
Atlanta 31, Georgia

IRS
ATTN: Patricia Krogh – Manager
2888 Woodcock Blvd MS-308D Atlanta, Georgia 30341

## **NOTICE TO ALL      LEGAL AD HAS BEEN POSTED**

The following schedule of fees that are to be **self-executing** for **ALL UNAUTHORIZED ENTITIES**, without written permission signed by Melissa Hoppie, who is under contract to administrate Living Estate for MELISSA HOPPIE and the Holder-of-interest for the asset/person: MELISSA HOPPIE, EN LEGIS. These fees are subject to change upon election of fee schedule by Trust Meeting/Minutes/Written notice by Melissa Hoppie the administrator at her discretion.

**SECTION 1**

Notice Section 1 is a schedule of fees that are to be PAID by Federal Contractor (s), State Contractor (s), Independent Contractor (s),/ or Trespasser to the Administrator before the execution of any of the following acts by the Administrator or the Administrator's agents or assignees within three (3) days.

| Description | | Rate |
|---|---|---|
| All warehousing of (Person) re | MELISSA HOPPIE or Melissa Hoppie | $7,500.00/per day* (Seventy-Five Hundred US Dollars 00/100) |
| All Court hearing   re | MELISSA HOPPIE or Melissa Hoppie | $10,000.00/ per hearing* (Ten Thousand US Dollars 00/100) |
| All Military/ Tribunal hearing (s) | MELISSA HOPPIE or Melissa Hoppie | $10,000.00/per hearing* (Ten Thousand US Dollars 00/100) |
| All Formal/informal meeting (s) re MELISSA HOPPIE or | Melissa Hoppie | $5,000.00/per hearing* (Five Thousand US Dollars 00/100) |

Reference **15 U.S. Code § 1** $ 1,000,000.00 (One Million Dollars) per person per violation and $ 100,000,000.00 (One Hundred Million Dollars) for Corporation Illegal Restraint of trade/ Trust and **15 U.S. Code § 2** $ 1,000,000.00 (One Million Dollars) per person and $ 100,000,000 (one Hundred Million Dollars) per Corporation for Illegal Monopolize of Trust

Trust Document ID ███████   65   2nd Notice FSTAC Attachment
US Page 1 of 2

# Attachment

# FEE SCHEDULE

**SECTION 2**

Notice: Section 2 is a schedule of fees that are to be paid by the Federal Contractor (s), State Contractor (s), Independent Contractor (s)/ Trespasser within three (3) days from receipt of any invoices issued by the Administrator for the execution of any of the following acts by the Independent Contractor/Trespasser or its agents or assignees.

| Description | | Rate |
|---|---|---|
| Written communication (s) re | MELISSA HOPPIE or Melissa Hoppie | $500.00/per page* (Five Hundred US Dollars 00/100) |
| Telephone communication (s) re | MELISSA HOPPIE or Melissa Hoppie | $500.00/minute* (Five Hundred US Dollars 00/100) |
| Electronic communication (s) | MELISSA HOPPIE or Melissa Hoppie | $1,000.00/transmission* (One Thousand US Dollars 00/100) |
| Time expended re | MELISSA HOPPIE or Melissa Hoppie (One Thousand Three Hundred Thirty-Five US Dollars 00/100) | $1,335.00/ per hour* |
| Un-authorized Administration | MELISSA HOPPIE or Melissa Hoppie | $ 1,000,000.00 per act (One Million US Dollars 00/100) |
| Illegal Conversion of the Name of a living man | MELISSA HOPPIE or Melissa Hoppie | $ 10,000.00/ per conversion |

\* The fees for the acts described accrue in addition to the hourly rate for time expended.

\* US Dollars = United States Notes/Dollars Only

\* All Federal Reserve Notes shall be redeemed pursuant to 12 USC § 411, 31 USC § 5115 and 5118

\* All unauthorized usage of the above private estate property Melissa Hoppie connected to SS account # xxx-xx_____

Date: 3/13/23

UCC1-308

Autograph/Seal of the estate trust administrator
(SEE NOTARY ACKNOWLEDGEMENT OF FEE SCHEDULE FOR MELISSA HOPPIE)

Trust Document ID ▉▉▉▉▉  6SUS 2nd Notice FSTAC Attachment
Page 2 of 2