IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Petitioner, <br><br> v. <br><br> **MELISSA HOPPIE**, <br><br> Respondent. | Civil Action No. <br> _____ |

**ORDER TO SHOW CAUSE**

Upon review of the IRS's Petition to Enforce and the declaration of Mindy Richardson, and good cause having been shown,

IT IS HEREBY ORDERED that Respondent Melissa Hoppie appear in the United States District Court for the Northern District of Georgia before the Honorable _____, in the United States Courthouse, located at 75 Ted Turner Dr. SW, Atlanta, GA 30303, on the \_\_\_\_ day of _____, 2023, in Courtroom _____, at \_\_\_:\_\_\_\_ \_.m., to show cause why she should not be compelled to comply with the IRS summons served on her on February 24, 2023.

IT IS FURTHER ORDERED that:

1. A copy of this Order, together with the together with the Petition to Enforce and exhibits thereto, be personally served in accordance with

Federal Rules of Civil Procedure 4(c) and 4.1 upon the Respondent Melissa Hoppie within 14 days of the date of this Order. Pursuant to Rule 4.1(a), the Court hereby appoints Revenue Officer Mindy Richardson, or any other person designated by the Internal Revenue Service, to effect service in this case.

2. Proof of service pursuant to Paragraph 1 above shall be filed with the Clerk of Court as soon as practicable, but in any event, at least five days prior to the scheduled hearing show cause hearing.

3. Because the file in this case reflects a prima facie showing that the investigation is being conducted for a legitimate purpose, that the inquiries may be relevant to that purpose, that the information sought is not already within the possession of the Internal Revenue Service, and that the administrative steps required by the Internal Revenue Code have been substantially followed, the burden of coming forward has shifted to the respondent to oppose enforcement of the summons.

4. If Respondent Melissa Hoppie has any defense to present or opposition to the petition, such defense or opposition shall be made in writing, filed with the Clerk of Court, and copies served on counsel for the United States, at the address on the petition, at least seven days before the date

set for the show cause hearing. The United States may file a reply memorandum to any opposition at least two days before the date set for the show cause hearing.

5. At the show cause hearing, only those issues brought into controversy by the responsive pleadings and factual allegations supported by affidavit will be considered. Any uncontested allegations of fact in the petition shall be deemed admitted.

6. Respondent Melissa Hoppie may notify the Court, in a writing filed with the Clerk of Court and served on counsel for the United States, at the address on the Petition, at least seven days prior to the date set for the show cause hearing, that she has no objection to enforcement of the summons. The respondent Melissa Hoppie appearance at the hearing will be excused upon proof of compliance with the summons.

7. If Respondent Melissa Hoppie fails to file and serve a responsive pleading or a motion after she has been duly served, any objection to the enforcement of the summons will be waived. If that occurs, Petitioner shall notify the court that Respondent Melissa Hoppie has been served with the Petition and Show Cause Order but has failed to file any responsive pleadings. The Court, upon receipt of the Petitioner's notice, will proceed

to enter a Report and Recommendation enforcing the summons and directing Respondent Melissa Hoppie to comply with the summons, without holding the show-cause hearing.

IT IS SO ORDERED this ___ day of _____, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

Proposed order presented by:

ANTHONY C. DECINQUE
*Assistant United States Attorney*

Georgia Bar No. 130906
anthony.decinque@usdoj.gov
600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
Ph: (404) 581-6000  Fx: (404) 581-6181