**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **JOSHUA DAVIS AND KELLY DAVIS** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION FILE NO.:** |
| vs. | ) | _____ |
| | ) | |
| **MILBANK INSURANCE COMPANY,** | ) | |
| a foreign insurance company, | ) | |
| | ) | |
| Defendant | ) | |

_____

**DEFENDANT MILBANK INSURANCE COMPANY'S**
**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

Comes now, Defendant Milbank Insurance Company, by and through its counsel of record, and files this, its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and LR 3.3, NDGa. as follows:

(1)    A complete list of the parties and the corporate disclosure statement required by Fed. R. Civ. P. 7.1:

Plaintiff:

Joshua Davis and Kelly Davis

Defendant:

1

The undersigned counsel of record for Milbank Insurance Company certifies that the following is a complete list of any parent corporation and any publicly held corporation that owns 10% or more of the stock of the Defendant: Milbank Insurance Company is a company organized under the laws of the State of Iowa and for federal court jurisdiction/diversity of citizenship disclosure purposes, the principal place of business is 4601 Westown Parkway, Suite 300, West Des Moines, IA 50266.

- Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.
- LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc.
- Liberty Mutual Group Inc. owns 100% of the stock of State Automobile Mutual Insurance Company.
- State Automobile Mutual Insurance Company owns 100% of the stock of State Auto Financial Corporation.
- State Auto Financial Corporation owns 100% of the stock of Milbank Insurance Company.

(2) The undersigned further certifies that the following is a complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

> Ellaretha Coleman
> Property Claims Litigation Group
> 101 Marietta Street, #3625
> Atlanta, GA 30303
> Attorney for Plaintiff

(3) The undersigned further certifies that the following is a complete list of all persons serving as attorneys for the parties in this proceeding:

> (a) Ellaretha Coleman
> Property Claims Litigation Group
> 101 Marietta Street, #3625
> Atlanta, GA 30303
> Attorney for Plaintiff

> (b) Hilary W. Hunter
> Isenberg & Hewitt, PC
> 600 Embassy Row, Suite 150
> Atlanta, Georgia 30328
> Attorney for Defendant
> Milbank Insurance Company

(4) For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the citizenship of every individual or entity whose citizenship is attributed to the party or proposed intervenor on whose behalf the certificate is filed.

> (a) Plaintiff: Georgia

(b)     Defendant:  Iowa and Ohio.

Respectfully submitted this 4th day of August 2023.

                                    ISENBERG & HEWITT, P.C.

                                    /s/ Hilary W. Hunter
                                  Hilary W. Hunter
                                  Georgia Bar No. 742696
                                  600 Embassy Row, Suite 150
                                  Atlanta, Georgia 30328
                                  770-351-4400 - T
                                  **Attorney for Defendant**
                                  **Milbank Insurance Company**

## **LOCAL RULE 7.1 CERTIFICATE**

The undersigned counsel hereby certifies that this pleading was prepared with one of the font and point selections approved by the Court in L.R. 5.1.C. Specifically, Times New Roman was used in 14 point.

/s/ Hilary W. Hunter
Hilary W. Hunter
Georgia Bar No. 742696
Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 - T
**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JOSHUA DAVIS AND KELLY DAVIS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION FILE NO.:** |
| vs. ) | _____ |
| ) | |
| **MILBANK INSURANCE COMPANY,** ) | |
| a foreign insurance company, ) | |
| ) | |
| **Defendant** ) | |

_____

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed Defendant Milbank Insurance Company Certificate Of Interested Persons And Corporate Disclosure Statement with the Clerk of Court via the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record to this matter as follows:

Ellaretha Coleman
Property Claims Litigation Group
ecoleman@insurancetrialgroup.com

This 4th day of August 2023.

                                                  ISENBERG & HEWITT, P.C.

                                                  /s/ Hilary W. Hunter
                                                  Hilary W. Hunter
                                                  Georgia Bar No. 742696
                                                  600 Embassy Row, Suite 150

                Atlanta, GA  30328
                (770) 351-4400 (O)
                **Attorney for Defendant**