# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, ) ) ) Plaintiff, ) ) ) v. ) ) SHAMIM INVESTMENTS, LLC dba BP ) FOOD MART; ONYEKA OBIOHA, as ) Wife and Next Friend of PRINCE ) NNAMDI OLUZOR, and as the ) Administratrix of the Estate of PRINCE ) NNAMDI OLUZOR (deceased), ) ) Defendants. ) | CASE NO: _____ |

## MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Mesa Underwriters Specialty Insurance Company ("MUSIC") hereby discloses the following pursuant to Local Rule 3.3:

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

MUSIC is a wholly-owned subsidiary of Selective Insurance Group, Inc. ("SIGI"), a publicly traded company (Nasdaq: SIGI). The only entity that owns more than a 10% interest of SIGI is BlackRock, Inc. ("BlackRock"), a publicly traded

1

investment management firm. BlackRock has purchased SIGI common shares in the ordinary course of its investment business and has previously filed Schedules 13G/A with the SEC. In connection with purchasing SIGI common shares, BlackRock filed the necessary filings with the insurance regulatory authorities. Based on those filings, BlackRock is deemed not to be a controlling person for the purposes of applicable insurance law.

In addition, the undersigned counsel does not have sufficient information to certify whether Defendant Shamim Investments, LLC dba BP Food Mart ("Shamim Investments") has a parent corporation or whether any publicly held corporation owns 10% or more of the stock of Shamim Investments.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    A.    MUSIC

    B.    SIGI

    C.    BlackRock

    D.    Onyeka Obioha

    E.    Shamim Investments

    F.    Akerman LLP (as counsel for MUSIC)

72058913;1

      G.      Nigel Phiri (as presumed counsel for Onyeak Obioha)

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys of record for the parties in this proceeding:

    A.    Robin N. Johnson
          Brenden P. Dougherty
          Samuel Z. Wesley
          Akerman LLP
          999 Peachtree Street, NE
          Suite 1700
          Atlanta, Georgia   30309
          *Counsel for MUSIC*

    B.    Nigel Phiri
          Law Office of Nigel Phiri, Esquire, LLC
          3379 Peachtree Road NE, Suite 555
          Atlanta, Georgia 30326
          *Counsel for Onyeka Obioha* (upon information and belief)

    C.    Counsel for Shamim Investments for this matter is unknown.

    D.    The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party on whose behalf the certificate is filed:

        i.    MUSIC is considered a citizen of the State of New Jersey.

        ii.    Upon information and belief, Defendant Onyeka Obioha is considered a citizen of the State of Georgia.

72058913;1

   iii.  Upon information and belief, the members of Defendant Shamim Investments (which is an LLC) are considered citizens of the State of Georgia.

   iv.  Upon information and belief, Mr. Oluzor was a citizen of the State of Georgia, at the time of his death.

This 4th day of August, 2023.

|  |  |
|---|---|
| Akerman LLP<br>999 Peachtree Street, NE<br>Suite 1700<br>Atlanta, Georgia   30309<br>(404) 733-9812 – Telephone<br>(404) 733-733-9912 – Facsimile | */s/Robin N. Johnson*<br>Robin N. Johnson<br>Georgia Bar No: 223540<br>robin.johnson@akerman.com<br>Brenden P. Dougherty<br>Georgia Bar No. 959508<br>brenden.dougherty@akerman.com<br>Samuel Z. Wesley<br>Georgia Bar No. 665076<br>samuel.wesley@akerman.com |

72058913;1