**AMERICAN ARBITRATION ASSOCIATION**
**COMMERCIAL ARBITRATION TRIBUNAL**

Coastal Development Construction, )
Corp. and Ryan Anderson, )
  )
  )
   Claimants, )
  )
  )
v. )
  )
  ) AAA Case No. 01-22-0002-5291
United Acquisitions Group, CMP )
Realty Inc. and Tyler Terrell Williams, )
  )
   Respondents. )

## FINAL AWARD

I, The Undersigned Arbitrator, having been designated in accordance with the arbitration agreement entered into by the parties and dated 2/14/21 and having been duly sworn and having fully reviewed and considered the dispositive motion filed by the Claimant and the reply of Respondents, Claimant being represented by Kevin Hutzel Esq. and Michael Benzaki Esq. with Meister Seelig & Fein LLP and Respondents participating pro-se and having previously issued an order granting Claimant's dispositive motion hereby AWARD as follows:

On May 10, 2023 the Arbitrator issued an Interim Order Granting Claimants' Dispositive Motion. In said Interim Order the Arbitrator, among other things,

rendered an award in favor of Claimants against Respondents, jointly and severally, for Compensatory Damages in the amount of $248,500.00.

Further, the Arbitrator ruled that the prevailing parties, namely Claimants, had five (5) days from the date of the Interim Order to submit supporting documentation of Claimants' request for attorney's fees. Following Claimants' submission of their request for attorney's fees, Respondents had five (5) days to submit a response to Claimants' attorney's fees request.

On May 15, 2023 Claimants filed a Petition for Attorneys' Fees seeking $41,442.31 in attorneys' fees.

The Arbitrator finds that the request for attorneys' fees filed by Claimants is fair, reasonable and supported. Therefore, the Arbitrator hereby awards Claimants attorneys' fees in the amount of $41,442.31.

The administrative fees of the American Arbitration Association (AAA) totaling $3,190.00 shall be borne as incurred, and the compensation of the arbitrator totaling $6,225.00 shall be borne as incurred.

The above attorneys' fees sum and the award of compensatory damages is to be paid by Respondents, jointly and severally on or before thirty (30) days from the date of this Final Award.

This Award is in full settlement of all claims and counterclaims submitted to this Arbitration. All claims not expressly granted herein are hereby denied.

I, Samuel S. Woodhouse, do hereby affirm upon my oath as Arbitrator that I am the individual described herein and who executed this instrument, which is my Order and Award.

6/6/23
Date

_____

Entered this 6th day of June, 2023.

_/s/ SW_
Arbitrator Samuel S. Woodhouse

_/s/ SW_
Arbitrator Samuel S. Woodhouse