# GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.

1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 870-7383 (Telephone)
(404) 870-7374 (Facsimile)
msaintamand@grsmb.com (E-mail)

September 5, 2018

**Via email – rory@montlick.com**
Mr. Rory S. Chumley
Montlick & Associates
17 Executive Park Drive, NE, Suite 300
Atlanta, GA 30329

**Via email – jfw@jwitcher.com**
Mr. Jack F. Witcher
P.O. Drawer 1330
Bremen, Georgia  30110-1330

**Via email – lenda@glendamitchelllawfirm.com**
Ms. Glenda Mitchell
Glenda Mitchell Law Firm
807 North Tennessee Street, Suite 104
Cartersville, Georgia 30120

**Via email – matt@hagen-law.com**
Mr. Matthew Hagen
Hagen Rosskopf
119 North McDonough Street
Decatur, Georgia  30030

RE:   Insured:              Shannon Hartfield
      Date of Loss:          July 27, 2018
      National General Claim No.  3433126

All:

I have been retained by Direct General Insurance Company to assist in the resolution of all claims arising out of an automobile accident occurring on July 27, 2018 in Bartow County, Georgia. The following persons have been identified as having potential claims arising out of the above-referenced accident:

Nancy Evans
Andrew Evans
Richie Willis
Shannon K. Justus, individually and as parent and natural guardian of William Justus and Drake Justus

Direct General has agreed to tender its "per accident" liability limits of $50,000.00 among the bodily injury claimants and in an effort to be fair to all claimants and to its insured, would like the available limits to be allocated between all claimants based upon their relative injuries and damages.

In order to fairly address the interests of all claimants, Direct General is asking representatives of all interested parties to attend a global settlement conference to determine a fair allocation of Direct General's $50,000.00 limits that is acceptable to all.  The settlement conference

September 5, 2018
Page 2

will take place at **10:00 a.m. on Monday, October 8, 2018** at the offices of Gray, Rust, St. Amand, Moffett & Brieske, LLP.

 Direct General requests that in advance of the settlement conference, all parties identify potentially applicable UM carriers and available limits to make sure that such other available limits are taken into consideration in allocating the liability limits. I would also ask that all claimants identify all known existing and potential liens so that we can ensure that any settlement resolves all such lien issues. Direct General will also need the social security numbers and date of birth for all claimants to comply with the mandatory Medicare reporting guidelines.

 With respect to the wrongful death claims, Direct General will need verification that the decedents' surviving family members are the proper and only proper parties brining those claims and will also need to know who will be acting as administrator(s) or executor(s) of the estates to ensure that the claims for pain and suffering, medical expenses, funeral and burial expenses are being addressed.

 It is Direct General's desire that any settlement be a complete resolution of all claims and includes UM claims (to the extent possible) and outstanding or potential liens (hospital and others). Accordingly, we would prefer to identify and invite the participation of any and all other interested persons or entities, including the claimants' uninsured motorist carriers and potential lien claimants.

 Again, I greatly appreciate your taking the time to consider this proposal to reach a fair and timely resolution of your claims. Once you have had an opportunity to review this letter, please feel free to contact me with questions or concerns.

            Very truly yours,

            ***/s/Michael D. St. Amand***

            Michael D. St. Amand

cc: Jeanna Matoy