IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

CHRISTOPHER EVANS AND
POLINA DENISSOVA,

    PLAINTIFFS,

v.

D. MAX HIRSH, ADMINISTRATOR OF THE
ESTATE OF SHANNON MARIE HARTSFIELD,

    DEFENDANT.

CIVIL ACTION
FILE NO. 20A:82655-3

## VERDICT

✓ WE, the Jury, find in favor of Plaintiffs and against the Defendant in the following amount:

1) For lost economic damages in the amount of $ 4,600,000 ; and

2) For lost non-economic damages, also called "Human Losses" in the amount of $ 9,400,000 .

3) The total amount of damages awarded by this verdict, for both economic and non-economic losses, is the sum of line 1 and 2 which is in the amount of (add line 1 and line 2 together) $ 14,000,000 .

OR

____ WE, the Jury, find in favor of the Defendant.

This 19 day of July, 2023.

By: _____
       Jury Foreperson

STATE COURT OF
DEKALB COUNTY, GA.
7/24/2023 11:37 AM
E-FILED
BY: Kelly M Johnson