IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| CHRISTOPHER EVANS and POLINA DENISSOVA, <br><br>Plaintiffs <br><br> v. <br><br> D. MAX HIRSH, Administrator of the Estate of SHANNON MARIE HARTSFIELD, <br><br> Defendant. | CIVIL ACTION FILE NO.: 20A82655 |

## JUDGMENT

This action having been tried before the court and a 12 person jury, and the jury having rendered a unanimous verdict on July 19, 2023, in the amount of Fourteen Million Dollars ($14,000,000.00), WMP The court finds there is no just reason to delay entry of judgment

It is hereby ORDERED that jury's verdict is made a judgment of this court. The Clerk of Court is hereby directed to enter judgment and WMP to issue a Writ of Fieri Facias and to record this Judgment on the General Execution Docket, instanter.

Further, the entry of this Judgment shall not preclude Plaintiff from seeking additional sums pursuant to an Offer of Judgment that was served on Defendant pursuant to O.C.G.A. § 9-11-68(b). In the event that Plaintiff presents a claim that the Court deems meritorious, then the Court, in its' discretion, may amend this Judgment to reflect any additional amounts to be added to the amount stated above.

IT IS SO ORDERED, this __2nd__ day of ~~July~~ August, 2023.

*Wayne M Purdom*
Wayne M. Purdom, Judge
State Court of Dekalb County

STATE COURT OF
DEKALB COUNTY, GA.
7/28/2023 6:15 AM
E-FILED
BY: Camille Boknight

STATE COURT OF
DEKALB COUNTY, GA.
8/3/2023 2:01 PM
E-FILED
BY: Mundy B Jackson

Prepared by:

                                      */s/ Bruce Hagen*
                                      Bruce Hagen, Esq.
                                      GA State Bar No. 316678

                                      */s/ Matthew R. Hagen*
                                      Matthew R. Hagen, Esq.
                                      GA State Bar No.: 726952
                                      Attorneys for Plaintiff Polina Denissova

Hagen Rosskopf LLC
119 North McDonough Street
Decatur, GA 30030
(404)751-0294
bruce@hagen-law.com
matt@hagen-law.com

                                      */s/ William A. Parker, Jr.*
                                      William A. Parker, Jr., Esq.
                                      GA State Bar No.: 563495
                                      Attorney for Plaintiff Christopher Evans
                                      (w/ express permission by Bruce A. Hagen

Montlick & Associates, P.C.
17 Executive Park Drive, Suite 300
Atlanta, GA 30329
(404) 529-6333
bparker@montlick.com


Approved as to Form:


                                      **/s/ Anne D. Gower**
                                      Anne D Gower
                                      Georgia Bar No: 303495
                                      (w/ express permission by Bruce A. Hagen)


Gower Wooten & Darneille
4200 Northside Parkway, Bldg 12
Atlanta, GA 30327
agower@gwdlawfirm.com
jdarnielle@gwdlawfirm.com