# EXHIBIT A



# Robotic Bathtub Sanding & Polishing



*Presented to:*

**Hydro Systems, Inc.**
McDonough, GA

**Kevin Steinhardt**
Vice President

FAS Proposal 21-9571, Rev. 4

August 30, 2021

Factory Automation Systems, Inc.
5139 Southridge Parkway
Atlanta, GA 30349
(770) 996-6955

# Overview

## Basis

FAS offers this proposal for two robotic systems to automate the sanding and polishing of bathtubs at Hydro Systems in McDonough, GA.

Since no specification was provided, this proposal document will serve as the controlling document. The basis of our proposal includes:

- Each robot cell will be capable of bathtub models with maximum dimensions up to 36 inches wide by 72 inches long. For larger tubs, FAS must evaluate robot reach using the 3D models of each tub.
- As requested, our scope of work and pricing is based on programming twelve unique tub models. For reference, each of the three sizes within the Alamo family will require its own robot program.
- The sanding process will use three sandpaper grits of 220, 400, and 1000.
- Gel coating will be manually applied after the sanding process and before the polishing process. FAS has no scope of work related to gel coat application.
- The polishing process will use two buffing compounds.
- Hydro Systems will provide 3D models for every tub to be programmed.

Tub locating fixtures are not currently included in the scope of work/pricing. FAS will require 3D models of each tub in order to quote the tub fixtures.

Parts introduced into each system must be consistent with an "ideal" or nominal part. Parts that are out- of-range will cause system faults and production stoppage.

These robot systems will process tubs to a more consistent finish in less time than manual labor, but there are no provisions for correcting issues from the molding process or repair/rework process.

## Revision 1 Summary

1. Added a pricing line item for mechanical and electrical installation
2. Updated pricing to include a discount if all items are purchased

## Revision 2 Summary

Revision 2 is limited to a price reduction with no changes to the scope of work or delivery.

## Revision 3 Summary

Revision 3 – Appendix A includes answers to Hydro Systems' questions and modifications to certain terms and conditions.  The scope of work and pricing did not change.

## Revision 4 Summary

- The Integration Services warranty was extended to 24 months.
- The pricing will remain firm until September 4, 2021.  Afterwards, FAS will need to update pricing due to fluctuations in steel prices and other vendor price increases.



# Scope of Work

## Sanding System Description

The sanding cell includes a FANUC M-710iC/45M robot with sanding tooling. The system will include an automatic sandpaper exchange system to accommodate three grits of sandpaper.

The tub conveyor is designed to queue up to 12 tubs, with the ability to add conveyor section in the future for additional capacity.

The robot cell will be guarded by perimeter fencing with one interlocked personnel gate. An automated roll-up door will allow finished tubs to convey out of the robot cell and unfinished tubs to index in.

An Allen-Bradley safety PLC will control the conveyors and safety equipment, and it will interface to the FANUC robot. An Allen-Bradley PanelView touchscreen HMI will provide system status and control functions for the operator. When tubs and fixtures are loaded onto the conveyor pallets, the operator will use the HMI to associate the tub model with the pallet location.

## Concept Sketch



**Figure 1 – Bathtub Sanding System Conceptual Layout**

## Polishing System Description

The polishing cell will use the same material handling and conveyance concept as the sanding cell. Therefore, the layout will be identical. The polishing cell includes a FANUC M-710iC/45M robot that uses a spindle designed for robotic sanding/polishing. The polishing cell will also be able to automatically exchange buffing pads.

The tub conveyor is designed to queue up to 12 tubs, with the ability to add conveyor section in the future for additional capacity.

The robot cell will be guarded by perimeter fencing with one interlocked personnel gate. An automated roll-up door will allow finished tubs to convey out of the robot cell and unfinished tubs to index in.



An Allen-Bradley safety PLC will control the conveyors and safety equipment, and it will interface to the FANUC robot. An Allen-Bradley PanelView touchscreen HMI will provide system status and control functions for the operator. When tubs and fixtures are loaded onto the conveyor pallets, the operator will use the HMI to associate the tub model with the pallet location.

# Deliverables

## Engineering

**Project Management**

**Mechanical Design**
- Workcell Layout
- Robot End-of-Arm Tooling (EOAT)
- Safety Guarding
- Operator Station
- Tub Conveyor System

**Hardware Design**
- Control Panel
- Field I/O Selection and Location
- Operator Station
- Safety Equipment

**Software Design**
- Software Configuration
- Robot Programming
- PLC and HMI Programming

## Sanding Cell Components

**FANUC M-710iC/45M Robot with Controller**
- 45 kg payload
- 2.6 meter reach
- DCS safety software
- Painted carbon steel robot mounting riser

**Robot End-of-Arm Tool (EOAT)**
- Sanding end effector
- Vacuum hose to connect sander to Hydro Systems-supplied vacuum collection system

**Sanding Paper Exchange System**
- Three sandpaper storage/pick-up units
- One sandpaper stripper unit to collect used papers

**Tub Conveyor System**
- (2) Two-strand chain conveyors running parallel to one another
- (2) Motor-driven transfer cars, one at each end of the conveyor
- (12) Pallets (will remain on conveyor and receive tub fixtures)

**System PLC Controller**
- NEMA 12 Enclosure
    - Allen-Bradley Compact GuardLogix PLC with required I/O



- o   Allen-Bradley PanelView Plus 7 12" HMI
- o   (6) VFD's for motor control
- o   Ethernet Switch
- o   Stack light

**Safety and Integration Components**
- Safety guarding with one interlocked gate
- Automated roll-up barrier door
- Cable routing

# Polishing Cell Components

### FANUC M-710iC/45M Robot with Controller
- 45 kg payload
- 2.6 meter reach
- DCS safety software
- Painted carbon steel robot mounting riser

### Robot End-of-Arm Tool (EOAT)
- Polishing spindle and tool holder
- Vacuum hose to connect tooling to Hydro Systems-supplied vacuum collection system (if required)

### Polishing Media Exchange System
- Staging fixtures for multiple tool holders with attached polishing media

### Buffing Compound Dispensing

### Tub Conveyor System
- (2) Two-strand chain conveyors running parallel to one another
- (2) Motor-driven transfer cars, one at each end of the conveyor
- (12) Pallets (will remain on conveyor and receive tub fixtures)

### System PLC Controller
- NEMA 12 Enclosure
  - o   Allen-Bradley Compact GuardLogix PLC with required I/O
  - o   Allen-Bradley PanelView Plus 7 12" HMI
  - o   (6) VFD's for motor control
  - o   Ethernet Switch
  - o   Stack light

### Safety and Integration Components
- Safety guarding with one interlocked gate
- Automated roll-up barrier door
- Cable routing

# Factory Acceptance Testing (FAT)

During the design and engineering phases, the FAS project manager will work with Hydro Systems to establish the Factory Acceptance Test criteria. FAS will stage the system and test performance in our shop. Then during the FAT, the Hydro Systems team will have the opportunity to inspect the hardware and observe the system in operation.



## Mechanical and Electrical Installation

Mechanical and electrical installation is included in this Revision 1 proposal. Our subcontractor, Peak Industrial, will install each robot cell. Hydro Systems will need to provide power and network drops within 50' of each cell. We can quote an adder for the drops upon request. An FAS engineer will be onsite with Peak's crew during the installation work.

## Onsite Startup Services

**Onsite Startup**
For both robot cells, FAS has included a total of 300 man-hours of installation supervision and startup assistance at Hydro Systems. All startup assistance is based on work being performed on a continuous basis and during normal Factory Automation Systems working hours with one mobilization to the job site. Additional time or mobilizations to the job site are available on an as needed basis at Factory Automation Systems' standard hourly rates.

**Site Acceptance Testing**
Site acceptance criteria will be agreed upon by FAS and Hydro Systems during the engineering phase of the project.

**Training**
Informal training for maintenance personnel and operators will be provided during startup. FAS recommends Hydro Systems send key maintenance personnel to FANUC robot training. FAS can assist with the training schedules and locations.

## Safety Risk Assessment

FAS will perform a risk assessment for the system with Hydro Systems' participation in accordance with the ANSI/RIA 15.06-2012 Robot Safety Specification. Should the risk assessment determine that additional equipment or services are required, FAS will offer a change quote accordingly.

## Documentation

FAS will provide controls drawings in PDF format. Mechanical drawings of all FAS-designed equipment will be provided in SolidWorks. Drawings, PLC, HMI, and robot programs will be delivered electronically.

## Division of Responsibilities

**Factory Automation Systems, Inc:**

- System components as described in the Deliverables section
- Project management for all Factory Automation Systems supplied materials and services
- Equipment runoff at FAS as described in System Services section
- Installation, installation supervision and start-up assistance as described in System Services section
- System documentation as described above

**Hydro Systems:**

- Provide all other systems components not included in the FAS-supplied equipment list
- Provide accurate 3D models and samples of all tubs included in this automation project, up to 12 units. Sample tubs for demonstration and runoff must be consistent with part drawings and should be representative of the quality and consistency of tubs intended to be processed by the robot cells.
- Provide sample tubs in sufficient quantities during the FAT and SAT phases



- Provide electrical and mechanical installation. FAS will provide an engineer for up to 3 days per robot cell for installation supervision.
- Provide dust collection system that the robot tooling is connected to at a connection point at the robot safety guarding. No additional dust collection is provided by FAS beyond the robot tooling, its hose, and the collection point. We have assumed that the sanding dust is non-flammable and the area of installation is non-classified.

## Notes and Clarifications

1. As noted above, FAS will program twelve designated tub models for both sanding and polishing. A product family of three tubs would count as three programs. FAS can be contracted to perform additional robot programming at our standard hourly rates.

2. Tubs introduced into each system must be consistent with an "ideal" or nominal part. Tubs that are out-of-range will cause system faults and production stoppage.

3. From our experience, the sanding process system covers approximately 95% of a tub. An operator will need to touch up top & bottom edges, tight radiuses, grooves, and other trim features that cannot be sanded with a 6" diameter pad. We anticipate a similar manual requirement with polishing.

4. The cost of the pallets is included in the quoted price. The fixtures to hold the tubs on the pallets will require a collaborative effort between Hydro Systems and FAS. FAS will provide fixture pricing once the design is completed.



# Pricing, Rev. 4

| | |
|---|---:|
| **Robotic Sanding System** | **$ 638,000.00** |
| **Robotic Polishing System** | **$ 527,500.00** |
| **Mechanical and Electrical Installation in McDonough** | **$ 33,200.00** |
| **Discount if all items are purchased** | **($ 38,700.00)** |
| **Total, Revision 4:** | **$ 1,160,000.00** |

Freight:  Prepaid and added at cost

F.O.B.:  Origin – FAS, Atlanta, GA

Delivery:  The system will be ready for FAT in approximately 24 – 28 weeks after receipt of order and down payment.  NOTE: Equipment delivery times have been unpredictable due to the pandemic and supply chain problems.  If FAS is informed of any equipment shortages that would impact the estimated lead-time, we will discuss the situation and options with Hydro Systems.

| Invoicing Milestones | % of Total | Terms |
|---|---|---|
| Initial Payment due with Purchase Order | 30% | Net 0 |
| Design Submittal | 30% | Net 30 |
| Receipt of Major Equipment at FAS | 20% | Net 30 |
| Completion of FAT at FAS | 10% | Net 30 |
| Completion of Start-up at Hydro Systems' facility, not to exceed 30 days from shipment | 10% | Net 30 |

The delivery times are given with the best knowledge at time of quotation and are subject to change.  Project implementation commences after all technical and commercial issues have been settled including receipt of written purchase order and receipt of the initial payment.  The schedule is dependent upon timely return of all documents and approval drawings.  Should the project be delayed through no fault of Factory Automation Systems, we will invoice for the percentage of work completed including all material costs, overhead, and reasonable profit to date.

The hardware and services described in the Deliverables section of this proposal represents our total offering for this project. Items not listed in this section are specifically excluded from our offer.

The terms above and our General Terms and Conditions of Sale (attached) are an integral part of this proposal. The specific terms and conditions in this section supersede our General Terms and Conditions of Sale.

This proposal is valid until September 4, 2021.



# Terms and Conditions of Sale

The conditions of sale set forth in this document are part of any contract or purchase order placed with Factory Automation Systems, Inc., which in this document is called Factory Automation Systems. Any statement made on any form issued by the Purchaser contrary to the conditions set forth in this document shall not be binding on Factory Automation Systems unless specifically agreed to in writing by Factory Automation Systems.

**1) FIRM OFFER**: Unless otherwise specified in the proposal, all quoted prices are firm for thirty (30) days from the date of the proposal. All prices are F.O.B. College, Park, Georgia with transportation charges prepaid and added to the invoice unless otherwise specified in the proposal or agreed to in writing by Factory Automation Systems.

**2) TAXES AND OTHER CHARGES:** Unless otherwise specifically stated, all quoted prices are exclusive of any sales, use or excise taxes, duties or other charges which may be imposed by any Government authorities upon any equipment or services to be provided by Factory Automation Systems.

**3) PAYMENT TERMS:** Payment in full shall be made within thirty (30) days from the date of the invoice. For international sales, payment shall be rendered in U.S. dollars in the amounts shown in the proposal and invoice.

**4) EXTRA WORK AND CHANGES IN SCOPE:** All changes to the basis of the proposal which affect quantities, types or configuration of hardware or which affect the engineering and design responsibilities or other labor requirements are to be submitted in writing to Factory Automation Systems for prior pricing and are to be approved by the Purchaser in wiring before such changes are incorporated into the order. Pricing of changes shall be based on pricing in effect at the time of the change.

**5) OWNERSHIP:** Title to the equipment and risk of loss or damage shall pass upon delivery by Factory Automation Systems to the possession of the carrier unless specified otherwise in the proposal or agreed upon in writing by Factory Automation Systems. Any claims for loss or damage after risk of loss has passed shall be filed by Purchaser with the carrier.

**6) DELIVERY:** Delivery dates are approximate and are based upon prompt receipt by Factory Automation Systems of all necessary information including final agreement on detailed specifications, on such date or with such lead times as may be specified by Factory Automation Systems. If delivery is delayed at the request of, or due to acts or omissions by Purchaser, Factory Automation Systems shall have the right to store the goods at a place of its own choice for Purchaser's account and to invoice Purchaser in accordance with the original contractual terms and for such storage charges incurred as a result of the delay.

**7) CANCELLATION:** Purchaser may cancel an order by written notice, provided Purchaser pays cancellation charges on the basis of the percentage of work and/or materials completed on the date cancellation notice is received by Factory Automation Systems. Any items purchased by Factory Automation Systems for Purchaser's order shall be paid for in full by Purchaser. Any
cancellation charges, restocking fees or other costs plus a handling fee of ten (10) percent of such charges shall be paid by Purchaser.

**8) ONSITE RECEIPT OF EQUIPMENT AND INSTALLATION:** Purchaser shall be responsible for receiving, installing, starting up and maintaining all equipment, unless specified otherwise in the proposal or agreed upon in writing by Factory Automation Systems.

**9) FORCE MAJEURE:** Neither Factory Automation Systems nor Purchaser shall be considered in default in the performance of obligations under this contract to the extent that the performance of such obligations is affected by force majeure. This includes all events or actions which may reasonably be considered to be beyond the control or prevention of Factory Automation Systems or the Purchaser. Any negligence whether by action or inaction shall not be considered force majeure.

**10) LIMITATION OF LIABILITY:** Factory Automation Systems will at Purchaser's request submit Certificates of Insurance from companies chosen by Factory Automation Systems showing our limits of coverage. Factory Automation Systems agrees to indemnify and save harmless Purchaser only against liability imposed on



Purchaser by law with respect to bodily injury or property damage to the extent such liability results from the performance of Factory Automation Systems under this contract. Factory Automation Systems does not agree to indemnify and save Purchaser harmless except as set forth herein. Purchaser agrees to indemnify and save harmless Factory Automation Systems for all loss, cost or damage incurred by Factory Automation Systems as a result of Purchaser's or third parties' misuse or misapplication of Factory Automation Systems supplied products. In no event, regardless of cause, shall Factory Automation Systems be liable for incidental or consequential damage either real or alleged.

**11) WARRANTY:** Factory Automation Systems passes manufacturer warranties to Purchaser for hardware and packaged software used in our systems. Our integration services, including engineering, software, wiring work and documentation are warranted to be free from defects for a period of one year from delivery. FACTORY AUTOMATION SYSTEMS' WARRANTY IS LIMITED TO REPAIR OR REPLACEMENT OF THE DEFECTIVE WORK AT OUR OPTION AND IN NO WAY INCLUDES INCIDENTAL OR CONSEQUESTIAL DAMAGES. FACTORY AUTOMATION SYSTEMS MAKES NO OTHER REPRESENTATION OR WARRANTY OF ANY KIND, EXPRESSED OR IMPLIED, AS TO THE MERCHANTABILITY, FITNESS FOR PURPOSE OR OTHER MATTER WITH RESPECT TO ANY OF THE GOODS OR SERVICES.

**12) GOVERNING LAW:** The application and interpretation of this contract and its execution shall be governed by the laws of the State of Georgia.



# Appendix A, Rev. 4

**FAS Responses** to Hydro Systems' Bullet Points Regarding the FAS Proposal.  Changes agreed to or terms in this section will supersede the applicable section in the proposal document.

Basis

- Throughout the proposal, FAS references its standard hourly rates, but does not state the amount of the rates.  What are the hourly rates?

    **Hourly Rates for this Project, assuming the work commences before 9/30/2021:**

    | | |
    |---|---|
    | **Project Engineer** | **$165.00** |
    | **Project Manager** | **$175.00** |
    | **Fabrication** | **$ 55.00** |
    | **Electrician (Peak)** | **$ 79.00** |

- Gel coating not included within scope of work ("SOW").  Is Hydro going to be performing gel coating?

    **Correct – Gel Coating is outside the scope of this project.**

- Tub locating fixtures not included within SOW.  Can FAS provide Hydro with an estimate of the cost prior to Hydro providing FAS with 3D models?

- There are no provisions for correcting issues from the molding process or repair/rework process.  What happens if there is an issue?  Who is responsible for remedying the issue and who is liable for the cost?

    **Quality issues from the molding or repair processes cannot be overcome by the sanding robot.  These types of issues are outside our control and clearly not in our scope of work.  Repairs need to meet Hydro Systems' quality standards before a tub is loading into the sanding robot system.**

Training
- How many employees of FSA conduct the training?

    **One FAS engineer will offer informal, hands-on training to the designated maintenance staff after the startup work is completed.  We have allocated up to (8) hours of training.  Additional sessions can be purchased at the $165 rate.**

Division of Responsibilities
- FAS will provide an engineer for up to 3 days per robot cell for installation supervision.  Is 3 days enough?

    **The quoted site time for installation coincides with Peak Industries' estimated installation schedule, and it is sufficient for the installation phase.  Following installation, FAS engineers will perform checkout and start-up.  As noted on Page 5, Onsite Startup Services,**



**FAS has included up to (300) total man-hours of site work – (60) for installation supervision and (240) for startup and training.** Terms and Conditions of Sale

- Payment Terms – Page 7 of the Proposal references Net 10 terms.  However, paragraph 3 of the Terms and Conditions of Sale states that "payment in full shall be made within thirty (30) days form the date of the invoice."  Please change Net 10 terms to Net 30 in proposal.

   **Agreed – changed to Net 30 for all payments after the down payment**

- Delivery – This paragraph details what happens in the event delivery is delayed because of Hydro.  What happens if delivery is delayed because of the negligence of FAS.  The following language is proposed: "If delivery is delayed at the request of, or due to acts or omissions of FAS, FAS shall store the goods at a place of its own choice at FAS's sole expense."

   **Agreed**

- Limitation of Liability – Propose making the limitation of liability re incidental or consequential damages mutual.  Proposed language "In no event, regardless of cause, shall either party be liable to the other, for incidental or consequential damage, either real or alleged."

   **Agreed**

- Separate Indemnity provision – "Subject to the Limitation of Liability provision in paragraph (**11** ), each of Purchaser and Seller (as an "Indemnifying Party") shall indemnify the other party (as an "Indemnified Party") from and against claims brought by a third party, on account of personal injury or damage to the third party's tangible property, to the extent caused by the negligence of the Indemnifying Party in connection with this Contract. In the event the injury or damage is caused by joint or concurrent negligence of Buyer and Seller, the loss or expense shall be borne by each party in proportion to its degree of negligence. For purposes of Seller's indemnity obligation, no part of the Products is considered third party property."

   **Agreed**

- Warranty – How many years are the manufacturer warranties?  services, including Integration, software, wiring work and documentation are warranted to be free from defects for a period of one year from delivery.  What happens if there are issues beyond the one year from delivery?  Does Hydro bear the burden of repairing the defects at its sole expense?

   **The manufacturers' warranties are one year, and FAS passes those warranties through to Hydro System.  Fee based repairs or replacement parts are available from the manufacturers after the warranty period.  For service work or system modifications after the one year warranty period, FAS will quote Time and Materials or a fixed price for a defined scope of work at the then-current engineering rates.  And yes, the cost for repairs, replacement parts or service work after the warranty period will be at Hydro Systems' expense.  Any non-warranty work requested during the warranty period will also be at Hydro Systems' expense.**

- Governing Law – The application and interpretation of contract is governed by Georgia law.  There is no language in the Terms and Conditions regarding jurisdiction.  Please change to California law and California courts having jurisdiction.

   **No, the governing laws will be the State of Georgia**



Proposed New Provisions to be Included in Terms and Conditions of Sale

- Attorneys' Fees - In the event any legal action is necessary to enforce or interpret the terms of this Contract, the prevailing party shall be entitled to reasonable attorneys' fees and costs, in addition to any other relief to which that party may be entitled. This provision shall be construed as applicable to the entire contract except for claims for which the right to attorneys' fees is established by statute.

    **Agreed**

- Successors and Assigns – The Terms and Conditions of Sale shall be binding upon the successors and assigns of the parties.

    **Agreed**

- Relationship of the Parties - The relationship between the parties is that of independent contractors. Nothing contained in these Terms and Conditions of Sale shall be construed as creating any agency, partnership, joint venture or other form of joint enterprise, employment or fiduciary relationship between the parties, and neither party shall have authority to contract for or bind the other party in any manner whatsoever.

    **Agreed**

**Added in Rev. 4**

**The Integration Services warranty will be extended to 24 months on this initial purchase order from Hydro Systems.  Future projects will revert to the standard 12-month warranty, or Hydro Systems can purchase an extended warranty.  Other than the adjustment to Integration Services, the remainder of Article 11 in the FAS Terms and Conditions is unchanged.**

**11) WARRANTY:**  Factory Automation Systems passes manufacturer warranties to Purchaser for hardware and packaged software used in our systems.  Our integration services, including engineering, software, wiring work and documentation are warranted to be free from defects for a period of two years from delivery. FACTORY AUTOMATION SYSTEMS' WARRANTY IS LIMITED TO REPAIR OR REPLACEMENT OF THE DEFECTIVE WORK AT OUR OPTION AND IN NO WAY INCLUDES INCIDENTAL OR CONSEQUESTIAL DAMAGES.  FACTORY AUTOMATION SYSTEMS MAKES NO OTHER REPRESENTATION OR WARRANTY OF ANY KIND, EXPRESSED OR IMPLIED, AS TO THE MERCHANTABILITY, FITNESS FOR PURPOSE OR OTHER MATTER WITH RESPECT TO ANY OF THE GOODS OR SERVICES.