UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HYDRO SYSTEMS, INC, a California company,<br><br>  Plaintiff,<br><br>    v.<br><br>FACTORY AUTOMATION SYSTEMS, INC, a Georgia company,<br><br>  Defendant. | **Case No. _____** |

## **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF HYDRO SYSTEMS, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Plaintiff Hydro Systems, Inc. ("Hydro Systems" or "Plaintiff") hereby provides this Certificate of Interested Parties and Corporate Disclosure Statement.

(1) The undersigned counsel of record for Plaintiff Hyrdo Systems certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10 percent or more of the stock of a party:

  Hydro Systems, Inc. (Plaintiff)

  Factory Automation Systems, Inc. (Defendant)

1

(2) The undersigned further certifies that with respect to Plaintiff Hydro Systems there are no other persons, associations, firms, partnerships, or corporations having either financial interest in or other interest which could be substantially affected by the outcome of this particular case.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Hydro Systems in this proceeding:

Jordana R. Sternberg (Georgia Bar No. 678440)

(4) The undersigned further certifies that the following is a full and complete list of the citizenship of every entity whose citizenship is attributed to a party on whose behalf this certificate is filed:

Hydro Systems, Inc. is a citizen of California.

Date: August 4, 2023.                              Respectfully submitted,

By: *s/ Jordana R. Sternberg*
Jordana R. Sternberg
(Ga. Bar No. 678440)
HILGERS GRABEN PLLC
1230 Peachtree Street, N.E.
19th Floor
Atlanta, Georgia 30309
Tel: 404-793-1763
Fax: 402-413-1880
jsternberg@hilgersgraben.com

*Counsel for Plaintiff*
*Hydro Systems, Inc.*