IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARRELL LAYE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

COMPLAINT

1. Plaintiff seeks judicial review pursuant to 42 U.S.C. § 405(g) via 42 U.S.C §1383(c)(3) of an adverse decision dated February 14, 2023 of the defendant which became final on June 7, 2023, and bears the following caption:

| | |
|---|---|
| **In the case of:** | **Claim for**: |
| **Darrell Laye** | **Supplemental Security Income** |
| **(Claimant)** | **BNC #21I8868H04866** |
| **SSN XXX-XX-9682** | |

2. Plaintiff is a resident of Clayton County, Riverdale, GA.

WHEREFORE, Plaintiff seeks a judgment for such relief as may be proper, including costs and attorney's fees. Specifically, Plaintiff requests that this case be reversed and remanded under the fourth sentence of 42 U.S.C. § 405(g).

/s/ Ashish A. Agrawal
Ashish A. Agrawal, Esquire
GA Bar No. 165022
Chermol & Fishman, LLC
11450 Bustleton Avenue
Philadelphia, PA 19116-2809
Telephone: (215) 464-7200
FAX: (215) 464-7224
E-mail: ashish@ssihelp.us
Attorney for Plaintiff

*This complaint is written in conformity with the Federal Rules of Civil Procedure, Supplemental Rules for Social Security Actions under 42 U.S.C. § 405 (g), Rule 1, effective December 1, 2022.*