EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC (amended) | Agency(ies) Charge No(s):<br>**Ch. No. 410-2023-03578** |
|---|---|---|

_____NA_____ and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)*<br>Ms. Keedra Jackson | Home Phone *(Incl. Area Code)*<br>404-780-5453 | Date of Birth<br>11/30/73 |
|---|---|---|
| Street Address<br>212 Old Fig Lane | City, State and ZIP Code<br>Fairburn, GA 30213 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name<br>City of Stonecrest, GA | No. Employees, Members<br>100+ | Phone No. *(Include Area Code)*<br>470-727-0069 |
|---|---|---|
| Street Address     City, State and ZIP Code<br>3120 Stonecrest Blvd.    Lithonia GA 30038 | | |
| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
| Street Address    City, State and ZIP Code | | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest: 1/27/23    Latest: 3/09/23<br>☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

   My name is Keedra Jackson and I am an African-American female. I was hired as a senior planner for zoning for the City of Stonecrest, GA on January 3, 2022. On March 7, 2022, I was named acting director for planning and zoning, a role I held until July 2022, when I was replaced by a male, Ray White, and demoted to the position of deputy director.

   In January 2023, I became aware that at least one Atlanta-area newscast had obtained through an open records request emails from me related to a zoning issue involving a local property called SeaQuest. On January 27, I was informed by Acting City Manager Gia Scruggs that she was recommending my termination because the correspondence allegedly put the city in a bad light and for making an authorized statement to the media, apparently a reference to a "no comment" statement I made to a reporter after a city council meeting when she sought to question me about the emails.

   I was placed on administrative leave pending a review of the termination recommendation by the city leadership and ordered to turn in my office keys and laptop. When I was presented with this notice, I immediately protested to Scruggs that I was only executing city policy regarding SeaQuest and that I was being treated far more harshly than certain male officials who had committed more serious infractions. I mentioned that Ray White, my supervisor, was only given a three day suspension for sexually harassing a subordinate, that his keys and computer were not confiscated during the suspension, and that he remains working in close proximity to his accuser. The male communications director was only given a two

week suspension for harassing a coworker, and permitted to retain his city computer.

    I was informed of my final termination by letter on March 9, 2023.  I believe that the unfavorable treatment that I received in comparison to my colleagues is a clear example of discrimination based on sex, in violation of Title VII of the Civil Rights Act of 1964.  I also believe that after I raised complaints of discriminatory treatment, Stonecrest retaliated against me by failing to conduct a thorough investigation of the City Manager's recommendation of termination and her allegations against me.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the be of my knowledge, information and belief.<br><br>SIGNATURE OF COMPLAINANT |
| 04 / 11 / 2023        *[signature]* <br>*Date*          *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |



Audit trail

| | |
|---|---|
| **Title** | Corrected EEOC charge |
| **File name** | EEOC charge (18).pdf |
| **Document ID** | 6acdb70259b9ab5bb0a905080583676a513d695c |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

**SENT**  
**04 / 11 / 2023**  
16:47:22 UTC-4  
Sent for signature to Keedra Jackson (keedrajackson@yahoo.com) from jwalker@hkm.com  
IP: 76.97.141.204

**VIEWED**  
**04 / 11 / 2023**  
16:52:49 UTC-4  
Viewed by Keedra Jackson (keedrajackson@yahoo.com)  
IP: 71.146.179.109

**SIGNED**  
**04 / 11 / 2023**  
16:54:17 UTC-4  
Signed by Keedra Jackson (keedrajackson@yahoo.com)  
IP: 71.146.179.109

**COMPLETED**  
**04 / 11 / 2023**  
16:54:17 UTC-4  
The document has been completed.

Powered by Dropbox Sign