**From:** Esther Ogunyemi estherogunyemi@yahoo.com
**Subject:**
**Date:** January 25, 2022 at 10:09 AM
**To:** Mr Boakye lawyerdanquah@yahoo.com

Sent from Yahoo Mail on Android

---

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | December 19, 2017 |

| CASE TYPE | |
|---|---|
| I-485, Application to Register Permanent Residence or Adjust Status | A208 771/66 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| MSC1890383882 | December 13, 2017 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| December 13, 2017 | 201 B INA SPOUSE OF USC | April 06, 1955 |

ESTHER A OGUNYEMI
C/O ESTHER OGUNYEMI
2134 IVYDALE ST
ATLANTA, GA 30344

17  00005106

PAYMENT INFORMATION:

Application/Petition Fee:
Biometrics Fee:
Total Amount Received:
Total Balance Due:

NAME AND MAILING ADDRESS

The above application/petition has been received by our office and is in process. Please verify your personal information listed and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes. Please note that if a priority date is printed on this notice, the priority date does not reflect earlier retained priority dates.

**Next Steps**
- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific time, and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
- This notice does not serve as your biometrics appointment notice.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833. Please also refer to the USCIS website: www.uscis.gov. If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.