| DLG |

**THE DANQUAH LAW GROUP, LLC**

December 22, 2022

Esther Adetutu Ogunyemi
254 Collins Drive
Douglasville, GA 30134

RE: **Esther Adetutu Ogunyemi: Form I-130, Petition for Alien Relative
EMERGENCY - Request to Reschedule Interview (MSC1890383853)**

Dear Esther Adetutu Ogunyemi,

Enclosed is a copy of your request to reschedule I-130 interview. If you have any questions or need further clarification in this regard, please feel free to contact me at 770.979.6050. Thank you.

Sincerely,

Michael Boakye-Danquah
Attorney at Law

| DLG |

THE DANQUAH LAW GROUP, LLC

December 22, 2022

USCIS
2150 Parklake Drive, NE
Atlanta, GA 30345

RE: **Esther Adetutu Ogunyemi; Form I-130, Petition for Alien Relative EMERGENCY – Request to Reschedule Interview (MSC1890383853)**

Dear Sir/Madam,

 Please be advised that this office represents my client named above. Please find attached my G28 Notice of Appearance. My client is requesting for USCIS to reschedule the interview SET FOR TODAY< DECEMBER 22, 2022, filing and accordingly please find enclosed the following documents:

1. G-28 Notice of Appearance;
2. Notice for Interview Scheduled for 12/22/2022;
3. Order from immigration court granting Motion to Substitute as Counsel;
4. Case status showing pending I-130.

PLEASE NOTE: **COUNSEL DID NOT GET INTERVIEW NOTICE. PLEASE RESCHEDULE INTERVIEW TO ENABLE COUNSEL TO REPRESENT CLEINTS.**

 If you have any questions or need further clarification in this regard, please feel free to contact me. Thank you.

Sincerely,

Michael Boakye-Danquah
Attorney at Law