U.S. Department of Homeland Security
[address illegible]



**U.S. Citizenship
and Immigration
Services**

Date: December 1, 2022
Regarding: A209879766
Beneficiary: ESTHER ADETOSHI OGUNYEMI

DEMETRI ALLAN DOBBS
206 GALLANT LN SE
MABLETON, GA 30126

You are hereby notified to appear for the Form I-130, Petition for Alien Relative, interview appointment as scheduled below. Failure to appear for this interview and/or failure to bring the below listed items will result in the denial of the petition pursuant to 8 CFR 103.2(b)(13).

Please appear for the interview at: Atlanta Field Office, First Floor
1580 Parklake Drive NE Atlanta, GA 30345 on Thursday, December 22, 2022 at 07:30 AM

Who should come with you? The beneficiary of the Form I-130 petition if they are presently residing in the United States.
If you or the beneficiary do not speak English fluently, you should bring an interpreter.
Your attorney or authorized representative may come with you to the interview.
NOTE: Every adult (over 18 years of age) who comes to the interview must bring Government issued photo identification, such as a driver's license, passport or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless they are the beneficiary. Please be on time, but do not arrive more than 45 minutes early. We may record your interview.

YOU MUST BRING THE FOLLOWING ITEMS WITH YOU (Please use as a checklist to prepare for your interview)
Your Birth Certificate, U.S. Passport, Naturalization Certificate, Certificate of Citizenship, Consular Report of Birth Abroad, or evidence of Lawful Permanent Resident Status such as a Permanent Resident Card.

If your petition is based on marriage, in addition to your spouse coming to your interview with you, bring original and photocopies (otherwise, we may keep your originals for our records) of your marriage document issued by the appropriate state or civil authority, the beneficiary's birth certificate, travel documents, including Passports, and I-94 (Arrival/Departure Document).
All divorce decrees, death certificates for each prior marriage/former spouse, if either you or your spouse were ever married before. The birth certificate for each child, if either you or your spouse have children. Each supporting document that you submitted when filing the petition. Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you or your spouse may have had together. This may include tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence, and/or any other documents which substantiate your relationship.

If the petitioner and beneficiary are parent and child, or siblings, bring the following:
Original certified birth certificate for the petitioner and beneficiary. Evidence of a parent-child relationship between the petitioner and the beneficiary through the years such as family photos, etc. If this is a step relationship, original court certified marriage certificate.
If the beneficiary has ever been arrested, you must bring certified true copies of the arresting officer's report or charging document and a certified true copy of the final court disposition, even if the charges have been dismissed. Photocopies of uncertified computer copies are unacceptable.
A certified English translation is required for each foreign language document. The translator must certify on the document that he or she is fluent in both languages and that the translation in its entirety is complete and accurate.

YOU MUST APPEAR FOR THIS INTERVIEW. If an emergency, such as your own illness or a close relative's hospitalization, prevents you from appearing, please return a copy of this notice along with an explanation for your absence to the above USCIS office as soon as possible. Calling the USCIS National Customer Service Center is not sufficient. Please be advised that rescheduling will delay processing of application/petition. It may also affect your eligibility for other immigration benefits while this petition is pending.

If you have questions, please call the USCIS National Customer Service Center at 1-800-375-5283 (for hearing impaired TDD: 1-800-767-1833)

Cc:    PEPPER GLENN ESQ

llw