# Alien's Change of Address Card
## Department of Homeland Security
### U.S. Citizenship and Immigration Services

USCIS Form AR-11



NOTE: An asterisk (*) indicates a mandatory field that must be completed.

## Information About You

*Family Name (Last Name): **Ogunyemi**
*Given Name (First Name): **Esther**
Middle Name (if applicable): **Adetutu**

*Date of Birth (mm/dd/yyyy): **04/06/1985**
Alien Registration Number (A-Number) (if any): ▶ A- **209879766**

## Information About Your Address

*Present Physical Address (No PO Boxes)
*Street Number and Name: **254 COLLINS DR**
Apt. Ste. Flr. Number: ☐ ☐ ☐
*City or Town: **DOUGLASVILLE**
*State: **GA**
*ZIP Code: **30134**

Previous Physical Address
Street Number and Name: **206 GALLANT LN**
Apt. Ste. Flr. Number: ☐ ☐ ☐
City or Town: **MABLETON**
State: **GA**
ZIP Code: **30126**

Mailing Address (optional)
Street Number and Name: **254 COLLINS DR**
Apt. Ste. Flr. Number: ☐ ☐ ☐
City or Town: **DOUGLASVILLE**
State: **GA**
ZIP Code: **30134**

## Your Signature

*Your Signature:
Date of Signature (mm/dd/yyyy): **03/01/2023**

Your Online Confirmation Number is: **COA06023002798**

Page 1 of

Form AR-11  Edition 09/10/19

## Address Change Information and Instructions

All aliens subject to registration requirements must use this form to report a change of address within 10 days of such change. The collection of this information is required by Immigration and Nationality Act (INA) section 265 (8 U.S.C. 1305). U.S. Citizenship and Immigration Services (USCIS) uses the data collected on this form for statistical and record-keeping purposes, and may share this information with other Federal, state, local, and law enforcement officials. Failure to report a change of address is punishable by fine or imprisonment and/or removal from the United States.

**NOTE:** This form is not evidence of identity, age, or status claimed.

**IMPORTANT:** If you are in immigration proceedings, you must separately notify the Immigration Court of any address changes. Filing Form AR-11 with USCIS does not update your address with the Immigration Court.

## Instructions

Complete all fields on this form, sign and date the form, and mail it to:

> U.S. Department of Homeland Security
> Citizenship and Immigration Services
> Attn: Change of Address
> 1344 Pleasants Drive
> Harrisonburg, VA 22801

## DHS Privacy Notice

**AUTHORITIES:** The information requested on this form is collected under the Immigration and Nationality Act (INA) section 265.

**PURPOSE:** The primary purpose for providing the requested information on this form is to report a change of address. Except for those exempted, all aliens in the U.S. are required to report any change of address or new address. DHS uses the information you provide to contact you about the immigration benefit you are seeking.

**DISCLOSURE:** The information you provide is mandatory. Failure to report a change of address may result in a fine, imprisonment and/or removal (8 U.S.C. sections 1227(a)(3) and 1306). Failure to comply could also jeopardize your ability to obtain a future visa or other immigration benefits.

**ROUTINE USES:** DHS may share the information you provide on this form with other Federal, state, local, and foreign government agencies and authorized organizations. DHS follows approved routine uses described in the associated published system of records notices [DHS/USCIS-001 - Alien File, Index, and National File Tracking System and DHS/USCIS-007 - Benefits Information System] and the published privacy impact assessments [DHS/USCIS/PIA-018 Alien Change of Address Card (AR-11)] which you can find at www.dhs.gov/privacy. DHS may also share this information, as appropriate, for law enforcement purposes or in the interest of national security.

USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)

An official website of the United States government   Here's how you know

Español (https://www.uscis.gov/es)

⊕ Multilingual Resources (https://www.uscis.gov/tools/multilingual-resource-center)

(https://www.uscis.gov/)

Topics (https://www.uscis.gov/topics)
Newsroom (https://www.uscis.gov/newsroom)
Green Card (https://www.uscis.gov/green-card)
Forms (https://www.uscis.gov/forms)
Citizenship (https://www.uscis.gov/citizenship)
Laws (https://www.uscis.gov/laws-and-policy)
Tools (https://www.uscis.gov/tools)

# Success! Address change request submitted.

**Updated Address To:**

Esther Adetutu Ogunyemi
254 COLLINS DR
DOUGLASVILLE, GA 30134

Your confirmation number is:
AR-11: COA06023002798
Service Request: CA10602305205MSC

Expect a reply by: **March 21, 2023**

**IMPORTANT:** Be sure to also give your new address to the U.S. Postal Service. You can change your address at usps.com (https://moversguide.usps.com/icoa/home/icoa-main-flow.do?execution=e1s1&_flowId=icoa-main-flow&referral=MG82) or visit your local post office.

**Print Completed AR-11 Form**

Return to Change of Address (/coa/displayCOAForm.do)

View all USCIS Self Service Online Tools (http://www.uscis.gov/tools)

Return to top

Topics (https://www.uscis.gov/topics)
Newsroom (https://www.uscis.gov/newsroom)
Green Card (https://www.uscis.gov/green-card)
Forms (https://www.uscis.gov/forms)
Citizenship (https://www.uscis.gov/citizenship)
Laws (https://www.uscis.gov/laws-and-policy)
Tools (https://www.uscis.gov/tools)

U.S. Department of Justice
Executive Office for Immigration Review

# Change of Address/Contact Information Form
## Immigration Court

**Instructions:** To complete this form, fill out all blanks below, including proof of service, which certifies that you will provide a copy of this form to the Department of Homeland Security (DHS). After filling in the blanks and signing both the declaration and proof of service, you must submit the form electronically, in person, or by mail. If submitting electronically, file in Respondent Portal at https://respondentaccess.eoir.justice.gov. Attorneys and fully accredited representatives submitting this form electronically must file in Case Portal at https://portal.eoir.justice.gov. If submitting by mail, follow the mailing instructions on Page 2. You must submit a separate copy of this form for each individual who has a case pending in immigration court and whom the change of information affects.

You must file this form with the immigration court within five working days of the change to your contact information, or your receipt of a charging document (e.g., a Notice to Appear) with incorrect contact information. The immigration court will send all official correspondence (e.g., notices, decisions) to the address you provide. The immigration court will only make any change(s) to your contact information in EOIR's records upon receipt of this form; the immigration court will not change your contact information based on different information on pleadings, motions, or other communications with the court.

If you fail to appear at any hearing before an immigration judge when notice of that hearing or other official correspondence was served on you or sent to the address you provided, DHS may take you into custody. In addition, the immigration court may conduct your hearing in your absence and enter an order of removal, deportation, or exclusion against you. If the court enters such an order, you may be ineligible for certain forms of relief from removal under the Immigration and Nationality Act as follows:

- If you are in *removal* proceedings: You will be subject to an order of removal for a period of ten years after the date of entry of the final order. You may also become ineligible for voluntary departure, cancellation of removal, and adjustment of status or change of status.
- If you are in *deportation* proceedings: You will be subject to an order of deportation for a period of five years after the date of the entry of the final order. You may also become ineligible for voluntary departure, suspension of deportation or voluntary departure, and adjustment of status or change of status.
- If you are in *exclusion* proceedings: Your application for admission to the United States may be considered withdrawn.

**Name – Last, First, Middle, Suffix (if applicable):** Ogunyemi, Esther Adetutu

**A-Number:** A209879766

**My FORMER address and phone number were:**
- "in care of" other person (if any):
- Number; Street; Apartment (if any): 206 Gallant Lane
- City, State, and ZIP code; Country (if other than U.S.): Mableton, GA 30126
- Phone Number (include country code if other than U.S.):
- Email Address:

**My CURRENT address and phone number are:**
- "in care of" other person (if any):
- Number; Street; Apartment (if any): 254 Collins Drive
- City, State, and ZIP code; Country (if other than U.S.): Douglasville, GA 30134
- Phone Number (include country code if other than U.S.): 678-768-0667
- Email Address: estherogunyemi@yahoo.com

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I am the person named above associated with the A-Number listed above, and that the information contained in this form is true and correct to the best of my knowledge.

**SIGN HERE →** X _____ Signature _____ Date

## PROOF OF SERVICE

I, _____ (Name), provided a copy of this Change of Address Form on, _____ (date) to the Office of the Principal Legal Advisor for DHS Immigration and Customs Enforcement-ICE at: 401 W PEACHTREE ST, STE 2600, ATLANTA, GA 30308

(indicate if electronic/email service, or in-person or mail service (provide Number and Street, City, State, ZIP Code))

By signing, I agree to provide a copy of this Change of Address Form to the Office of the Principal Legal Advisor for DHS Immigration and Customs Enforcement-ICE at the location I selected above. I understand that I can provide DHS with a copy either electronically through the DHS eService portal (register at https://eserviceregistration.ice.gov), or by mail or personal delivery.

☐ No service needed. I am an ECAS-registered user who filed through the ECAS Case Portal.

**SIGN HERE →** X _____ Signature

Form EOIR-33/
Revised February 20

# SERVICE INSTRUCTIONS

1. Provide a copy of the completed form to the DHS ICE Office of the Principal Legal Advisor (OPLA) per the method you specified in the PROOF OF SERVICE above. Copies provided electronically can be done through DHS ICE eService Portal, located at https://eserviceregistration.ice.gov. Addresses for DHS ICE OPLA Field Locations where copies can be mailed or delivered in-person are available online at https://www.ice.gov/contact/legal. Failure to comply with these requirements may result in EOIR rejecting the filing.
2. To mail the form to the immigration court, fold the page at the dotted lines marked "Fold Here" so that the address is visible. (**Important**: Ensure the address section is visible after you fold the page.)
3. Staple, or otherwise secure, the folded form along the open end marked "Fasten Here."
4. Place appropriate postage stamp in the area marked "Place Stamp Here."
5. Write your return address in the area marked "PUT YOUR ADDRESS HERE."
6. Mail the original form to the immigration court.

---- Fold Here ----

**PUT YOUR ADDRESS HERE**
The Danquah Law Group, LLC.

1301 Hightower Trail

Suite 105

Atlanta, GA 30350

Place Stamp Here

U.S. Department of Justice
*Executive Office for Immigration Review*
*Immigration Court*

*401 W. Peachtree Street NW*
*Suite 2600*
*Atlanta, GA 30308*

---- Fold Here ----

### Privacy Act Notice

The information on this form is required by 8 U.S.C. § 1229(a)(1)(F)(ii) and 8 C.F.R § 1003.15(d)(2) in order to notify EOIR's immigration court of any change(s) of address or phone number. The information you provide is mandatory. Failure to provide the requested information limits the notification you will receive and may result in adverse consequences noted above. EOIR may share this information with others in accordance with approved routine uses described in EOIR's system of records notice EOIR–001, Records and Management Information System, and EOIR-003, Practitioner Complaint-Disciplinary Files.

Fasten Here

Form EOIR-33/IC Rev
February 2