July 5, 2023

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
2150 Parklake Drive
Atlanta, GA 30345

U.S. Citizenship and Immigration Services

MSC1890383853

A209-879-766

DEMETRI ALLAN DOBBS
206 GALLANT LN SE
MABLETON, GA 30126

RE: ESTHER ADETUTU OGUNYEMI
I-130, Petition for Alien Relative

**DECISION**

Dear DEMETRI DOBBS:

On December 13, 2017, you filed a Form I-130, Petition for Alien Relative, with U.S. Citizenship and Immigration Services (USCIS) on behalf of ESTHER OGUNYEMI (the beneficiary).

After a thorough review of your petition and the record of evidence, we must inform you that we are denying your petition.

To demonstrate that an individual is eligible for approval as the beneficiary of a petition filed under INA 201(b)(2)(A)(i), a petitioner must:

- Establish a bona fide relationship with the beneficiary;
- Establish that he or she has U.S. citizenship or lawful permanent residence.

In visa petition proceedings, it is the petitioner's burden to establish eligibility for the requested immigration benefit sought under the INA. See Matter of Brantigan, 11 I&N Dec. 493, 495 (BIA 1966); Title 8, Code of Federal Regulations (8 CFR), section 103.2(b). You must demonstrate that the beneficiary can be classified as your relative under 8 CFR 204.2.

**Statement of Facts and Analysis, Including Ground(s) for Denial**

USCIS requested that you appear on **December 1, 2022**, for an interview about your petition. However, you did not appear as requested. You also did not submit any correspondence explaining why you were unable to appear for the interview. Therefore, your Form I-130 is considered abandoned and is denied. See 8 CFR 103.2(b)(13)(ii).

There is no appeal to this decision, but you may file a motion to reopen or reconsider. Your motion to reopen or reconsider must be filed on Form I-290B, Notice of Appeal or Motion, within 30 days of the date of this notice. You must mail your Form I-290B, along with the appropriate filing fee and other documentation in support of the motion, to the correct address. Do not mail your completed Form I-290B directly to this office.

For questions about your petition, you can use our many online tools (www.uscis.gov/tools) including

our virtual assistant, Emma. If you are not able to find the information you need online, you ca out to the USCIS Contact Center by visiting www.uscis.gov/contactcenter.

This decision does not prevent you from filing any petition or application in the future.

Sincerely,

Jerry L. Addison
Acting Field Office Director
Officer: NC 1607 / AC 1607