## **DECLARATION OF PLAINTIFF**

1. My name is Esther A. Ogunyemi. I was born on April 6, 1985, in Nigeria. I currently reside at 245 Collins Drive, Douglasville, Georgia, in the United States.

2. On July 5, 2023, I received notice that my husband's Petition for Alien Relative, filed on my behalf, had been denied.

3. I did not receive prior notice of an interview on December 22, 2022.

4. Had I been offered the opportunity, I would have appeared at any such interview.

5. I wish to be interviewed in support of my husband's Petition for Alien Relative and would happily attend a clearly scheduled interview.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge.

This, the ____ day of August 2023.

_____
Esther A. Ogunyemi,
Plaintiff Beneficiary

## DECLARATION OF PLAINTIFF

1. My name is Demetri A. Dobbs. I was born on July 19, 1992, in Atlanta, Georgia, in the United States. I currently reside at 245 Collins Drive, Douglasville, Georgia, in the United States.

2. On July 8, 2023, I received notice that my Petition for Alien Relative, filed on behalf of my wife, Esther A Ocunyemi, had been denied.

3. I did not receive prior notice of an interview on December 22, 2022.

4. Had I been offered the opportunity, I would have appeared at any such interview.

5. I wish to be interviewed in support of my Petition for Alien Relative and would happily attend a clearly scheduled interview.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge.

This, the 7th day of August 2023.

Demetri A. Dobbs,
Plaintiff/Petitioner