|  |  |
|---|---|
| Civil Action No. **23-A-1473** | Superior Court ☐  Magistrate Court ☐ |
| Date Filed **April 13, 2023** | State Court ☒  Probate Court ☐ |
|  | Juvenile Court ☐ |
|  | Georgia, **Cobb** COUNTY |

SERVE

**Rita Walker**

Attorney's Address **Dozier Law Firm, LLC**
**487 Cherry Street**
**P.O. Box 13**
**Macon, GA 31202-0013**

_____ Plaintiff

VS.

**Dolgencorp, LLC, et al**

Name and Address of Party to be Served.

**Dolgencorp, LLC**
**Registered Agent: CSC of Cobb County, Inc.**
**192 Anderson Street SE, Suite 125**
**Marietta, GA 30060**

_____ Defendant

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☑ Served the defendant **CSC of Cobb County** a corporation by leaving a copy of the within action and summons with **Teri Thompson** in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This **27** day of **Apr**, 20**23**.

**Dees/18053**
_____
DEPUTY

SHERIFF DOCKET _____ PAGE _____

ID# E-ZQB3KEND-JTZ
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**23-A-1478**
APR 13, 2023 01:56 PM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  23-A-1478

$198.00 COST PAID

Walker, Rita

**PLAINTIFF**

VS.

Dolgencorp, LLC, DBA Dollar General Store #10503
Does Nos. 1-10, John

**DEFENDANTS**

## SUMMONS

TO: DOLGENCORP, LLC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**David Dozier**
**Dozier Law Firm**
**487 Cherry Street**
**Macon, Georgia 31201**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 17th day of April, 2023.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1



ID# E-ZQB3KEND-NM2
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**23-A-1478**
APR 13, 2023 01:56 PM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| RITA WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>DOLGENCORP, LLC d/b/a<br>DOLLAR GENERAL STORE #10503,<br>and JOHN DOES NOS. 1-10,<br><br>    Defendants. | Civil Action No. _____ |

## ORIGINAL COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff in the above-styled action, by and through her undersigned attorneys of record, and hereby files this Complaint for Damages, respectfully showing this Honorable Court the following:

1.

The Defendant Dolgencorp, LLC d/b/a Dollar General Store #10503 (hereinafter "Dollar General") is a foreign profit corporation that maintains a registered agent in Cobb County, Georgia, and is subject to the venue and jurisdiction of this Court pursuant to O.C.G.A. § 14-2-510.

2.

The Defendant John Does Nos. 1-10, at all times relevant to this Complaint for Damages, was and is a manager, employee, and/or agent of the Defendant Dollar General, subjecting him to the jurisdiction and venue of this Court as a joint tortfeasor.

3.

The Defendant Dollar General owns and/or operates the retail establishment and premises located at 1342 Pine Street, Unadilla, GA 31091 (hereinafter "subject premises").

1



4.

On or about May 28, 2021, on the subject premises, the Plaintiff, as an invitee, slipped and fell on a dangerous substance due to the negligence of the Defendants Dollar General and John Does Nos. 1-10.

5.

The Defendant Dollar General, the owner and/or operator of the subject premises, was negligent, as pled in ¶4, by failing to provide sufficient warning of the subject dangerous substance, by failing to inspect and discover the dangerous substance, by failing to remove the dangerous substance, by failing to use ordinary care in preventing hazardous conditions that could result in such a slip and/or fall, and by hiring and retaining an unsafe employee(s), to wit: Defendant John Does Nos. 1-10.

6.

The Defendant John Does Nos. 1-10, a manager, employee and/or agent of the Defendant Dollar General, was negligent, as pled in ¶4, by failing to provide sufficient warning of the subject dangerous substance, by failing to inspect and discover the dangerous substance, by failing to remove the dangerous substance, and by failing to use ordinary care in preventing hazardous conditions that could result in such a slip and/or fall.

7.

As a proximate and foreseeable result of the Defendants' negligence, the Plaintiff was seriously injured, incurring medical expenses in excess of $32,000.00, as well as lost wages in excess of $1.00.

8.

In addition to ¶7, the Plaintiff has endured and will continue to endure pain and suffering.

9.

The Plaintiff has a cause of action against the Defendant Dollar General for negligence, negligent hiring and retention of an unsafe employee(s), vicarious liability under the doctrine of *respondeat superior*, and all other applicable theories of liability.

10.

The Plaintiff has a cause of action against the Defendant John Does Nos. 1-10 for negligence and all other applicable theories of liability.

11.

The Plaintiff is entitled to recover from the Defendants for her past and future medical expenses, lost wages, past and future pain and suffering, and all other Damages permitted by Law.

WHEREFORE, Plaintiff prays that she have a judgment against the Defendants in an amount determined by a fair and impartial jury to be adequate and just.

Respectfully submitted this 13th day of April 2023.

/s/ David Dozier
DAVID DOZIER
GA Bar No. 228898
*Attorney for Plaintiff*

DOZIER LAW FIRM, LLC
487 Cherry Street
P.O. Box 13
Macon, GA 31202-0013
P: (478) 742-8441
david@dozierlaw.com

3