ID# E-2EFTZ5EF-W2W
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-1478**

MAY 26, 2023 12:59 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

### IN THE STATE COURT OF COBB COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| RITA WALKER,<br><br>Plaintiff,<br><br>v.<br><br>DOLGENCORP, LLC, d/b/a<br>DOLLAR GENERAL STORE #10503,<br>and JOHN DOES NOS. 1-10,<br><br>Defendant(s). | Civil Action File No.: 23-A-1478 |

### DEFENDANT DOLGENCORP, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S ORIGINAL COMPLAINT FOR DAMAGES

COMES NOW Defendant Dolgencorp, LLC ("Dolgencorp") and files this Answer and Defenses to Plaintiff's Original Complaint for Damages ("Complaint"), showing this Honorable Court as follows:

### FIRST DEFENSE

Dolgencorp is not liable to Plaintiff because Dolgencorp breached no duty owed to Plaintiff regarding the occurrence giving rise in Plaintiff's Original Complaint for Damages or otherwise.

### SECOND DEFENSE

No act or omission on the part of Dolgencorp was the proximate cause of the injuries or damages sought by way of Plaintiff's Original Complaint for Damages and therefore Plaintiff's recovery of those injuries and damages is barred.



## THRID DEFENSE

To the extent the damages sought by way of Plaintiff's Original Complaint for Damages were the result of Plaintiff's comparative and/or contributory negligence, Plaintiff's recovery against Dolgencorp is barred or should be reduced by the proportion of her negligence.

## FOURTH DEFENSE

Plaintiff is not entitled to recover from Dolgencorp because Plaintiff's knowledge of the alleged hazard was at least equal to any knowledge of Dolgencorp.

## FIFTH DEFENSE

To the extent the alleged injuries and damages of Plaintiff were caused solely by the negligence of Plaintiff, her claims against Dolgencorp are barred.

## SIXTH DEFENSE

To the extent applicable, Plaintiff's claims are barred by the Georgia doctrine of assumption of risk.

Without waiving any of the foregoing defenses and incorporating each as if set forth herein verbatim, Dolgencorp responds to the numbered allegations contained in Plaintiff's Original Complaint for Damages as follows:

1.

Dolgencorp denies that it is a corporation (it is a limited liability company); however, the remaining allegations contained in Paragraph 1 of Plaintiff's Original Complaint for Damages are admitted.

2.

Dolgencorp denies the allegations contained in Paragraph 2 of Plaintiff's Original Complaint for Damages.

3.

Dolgencorp denies that it owns a retail establishment or the premises located at 1342 Pine Street, Unadilla, GA 31091; however, the remaining allegations contained in Paragraph 3 of Plaintiff's Original Complaint for Damages are admitted.

4.

Dolgencorp denies, as pleaded, the allegations contained in Paragraph 4 of Plaintiff's Original Complaint for Damages. Responding further, Defendant admits that it operated the Dollar General store located at 1342 Pine Street, Unadilla, GA 31091 on May 28, 2021 but it is currently without knowledge or information sufficient to form a belief as to the truth of the allegations pertaining to Plaintiff's legal status on the property or whether she slipped and fell as alleged in Paragraph 4 of Plaintiff's Original Complaint for Damages and, therefore, cannot admit or deny same.

5.

Dolgencorp denies, as pleaded, the allegations contained in Paragraph 5 of Plaintiff's Original Complaint for Damages. Responding further, Defendant admits that it operated the Dollar General store located at 1342 Pine Street, Unadilla, GA 31091 on May 28, 2021 but expressly denies that it was negligent in any respect.

6.

Dolgencorp denies, as pleaded, the allegations contained in Paragraph 6 of Plaintiff's

Original Complaint for Damages.

7.

Dolgencorp denies, as pleaded, the allegations contained in Paragraph 7 of Plaintiff's Original Complaint for Damages.

8.

Dolgencorp is currently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiff's Original Complaint for Damages and, therefore, cannot admit or deny same. Responding further, Dolgencorp denies that it is legally liable for Plaintiff's alleged pain and suffering.

9.

The allegations in Paragraph 9 of Plaintiff's Original Complaint for Damages to not appear to require a response from Dolgencorp. To the extent a response is required, Dolgencorp admits Plaintiff seeks to recover against it under the legal theories outlined in Paragraph 9 but expressly denies it is liable to Plaintiff under any of those theories of recovery.

10.

The allegations in Paragraph 10 of Plaintiff's Original Complaint for Damages to not appear to require a response from Dolgencorp. To the extent a response is required, Dolgencorp admits Plaintiff seeks to recover against fictitious defendants under the legal theories outlined in Paragraph 10 but expressly denies the fictitious defendants are liable to Plaintiff under any of those theories of recovery.

11.

Dolgencorp denies the allegations contained in Paragraph 11 of Plaintiff's Original Complaint for Damages.

Any allegations contained in Plaintiff's Original Complaint for Damages not herein responded to by number, including Plaintiff's *ad damnum* and all subparts, are hereby denied.

**DEFENDANT DOLGENCORP, LLC DEMANDS A TRIAL BY JURY OF 12.**

This 26th day of May, 2023.

                                                Respectfully submitted,

                                                SWIFT, CURRIE, MCGHEE & HIERS, LLP

                                                */s/ Erica L. Morton*

                                                Erica L. Morton, Esq.
                                                Georgia Bar No.: 140869
                                                *Attorney for Defendant Dolgencorp, LLC*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
Email: erica.morton@swiftcurrie.com

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| RITA WALKER, | |
| Plaintiff, | |
| v. | Civil Action File No.: 23-A-1478 |
| DOLGENCORP, LLC, d/b/a DOLLAR GENERAL STORE #10503, and JOHN DOES NOS. 1-10, | |
| Defendant(s). | |

### **CERTIFICATE OF SERVICE**

This is to certify that I have this date served counsel for the opposing party in the foregoing matter with a copy of ***Defendant Dolgencorp, LLC's Answer and Defenses to Plaintiff's Original Complaint for Damages*** via e-file, e-mail and/or by mailing to the following addresses with sufficient postage affixed thereto:

David Dozier, Esq.
DOZIER LAW FIRM, LLC
487 Cherry Street
P.O. Box 13
Macon, Georgia 31202
Email: david@dozierlaw.com

This 26th day of May, 2023.

Respectfully submitted,

SWIFT, CURRIE, MCGHEE & HIERS, LLP

*/s/ Erica L. Morton*

Erica L. Morton, Esq.
Georgia Bar No.: 140869
*Attorney for Defendant Dolgencorp, LLC*

-6-

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
Email: erica.morton@swiftcurrie.com