# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREW MACCRACKEN, individually and on behalf of all similarly situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>FULTON COUNTY SCHOOL DISTRICT,<br><br>    Defendant. | Civil Action No. _____<br><br><br><br>**JURY TRIAL DEMANDED** |

## CONSENT TO JOIN

By my signature below, I hereby consent, pursuant to Section 216(b) of the Fair Labor Standards Act ("FLSA"), to become a Party Plaintiff in the above-captioned FLSA action and authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of Defendant Fulton County School District to pay me all wages required by the FLSA. I designate Justin M. Scott and Tierra M. Monteiro, of Scott Employment Law, P.C., to represent me in this suit.

 Andrew MacCracken
_____
Name (Printed)

_____      Aug 7, 2023
Andrew MacCracken (Aug 7, 2023 12:23 EDT)            _____
Signature                                             Date

1