



**INVESTIGATORY SUSPENSION NOTICE**
FOR USE WITH FRONTLINE AND MANAGEMENT EMPLOYEES

July 19, 2022

Darnell Taylor
2226 Freedom Way
Locust Grove, GA 30248

Darnell Taylor,

You are being placed on investigatory suspension today in accordance with Sodexo Company Policy CP 220, Constructive Counseling, so that we may investigate the following matter:

- On 07/15/2022 the on-site supervisor Don Harris emailed me to advise that Derrick Williams and Darnell Taylor had visited him in his office on the site of Sanofi Distribution Center @ Forrest Park, GA. Donnie advised that the two came into his office and began a heated discussion over Don asking a contractor (Omega) about the two being needed to be with the contractor for their work at the site. Apparently, Derrick became enraged to the point he was being physically threatening to Don.

**Important points for you to understand about the process:**

- No prejudgment has been made regarding the facts or appropriate discipline in this situation. An investigation will be conducted, and a decision made only after reviewing all evidence and speaking to all witnesses.
- You may provide a written statement or other documentation/evidence in response to these allegations. We must receive any response from you in writing within 24 hours of this notice. You can email me at Benjamin.caudill@sodexo.com] or fax the documentation to 908-981-4637. If you do not provide a statement within 24 hours of this notice, I will assume you do not wish to provide documentation/evidence, and an investigation will be conducted without the benefit of your information. A decision will be made based on the evidence and witness statements obtained during the investigation.
- You are being placed on investigatory suspension without pay. You should not perform any Sodexo work while on suspension. In the event you are reinstated from suspension, you will be paid retroactive for all missed time. In the event you are terminated, you will receive pay for the minimum time required by State or Federal law for your participation in the investigation.
- We are collecting your badge, keys, and any other Sodexo/Client property you may have at this time.
- There should be no communication between you and any employee at this facility in regard to this investigation while on suspension so that we can conduct a full, fair investigation.

You will be contacted within 5 business days with an update to your suspension status and/or to schedule a meeting with you. We will also contact you once the investigation is complete.

Sincerely,

Ben Caudill