IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANY AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> THE G.W. VAN KEPPEL COMPANY, <br><br> Defendant. | Civil Case No. _____ |

### PLAINTIFF SANY AMERICA INC.'S RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Sany America Inc. ("SANY") hereby discloses the following:

1. SANY is a wholly owned subsidiary of SANY Heavy Industry Co., Ltd., a publicly traded company listed on the Shanghai Stock Exchange.

Dated: August 7, 2023

By: */s/ Jason M. Wenker*
**Jason M. Wenker**
GA Bar No. 748169
jwenker@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Tel: (336) 607-7300
Fax: (336) 734-2652

**D. Richard Self (*pro hac vice to be submitted*)**
rself@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609

Tel: (919) 420-1749
Fax: (919) 510-6199

*Attorneys for Plaintiff Sany America Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on August 7, 2023, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notice of the filing to all counsel of record.

*/s/ Jason M. Wenker*
Jason M. Wenker
