## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SANY AMERICA INC., | |
|         Plaintiff, | |
|   v. | **Civil Case No.** _____ |
| THE G.W. VAN KEPPEL COMPANY, | |
|         Defendant. | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT AND SUPPORTING BRIEF UNDER SEAL

Pursuant to Appendix H of the Northern District of Georgia Local Rules, Plaintiff Sany America Inc. ("Sany") files this Motion for Leave to File Complaint under Seal. As explained more fully in Sany's supporting brief, Sany's complaint concerns a matter mutually deemed confidential by both parties to this litigation. Sany does not seek to file the entire complaint under seal. Rather, Sany only seeks to seal those portions of the complaint indicated in the redacted version of the complaint filed publicly herewith.

Sany's brief in support of this motion cannot adequately explain the reasons why a seal is necessary without itself divulging confidential information. As such, Sany respectfully requests leave to file the brief in support of this motion under seal.

For the Court's consideration and convenience, a proposed order is attached.

Respectfully submitted, this 7th day of August 2023.

By:     /s/ Jason M. Wenker
         **Jason M. Wenker**
         GA Bar No. 748169
         jwenker@kilpatricktownsend.com
         KILPATRICK TOWNSEND & STOCKTON LLP
         1001 West Fourth Street
         Winston-Salem, NC 27101
         Tel: (336) 607-7300
         Fax: (336) 734-2652

         **D. Richard Self**
         (**pro hac vice application to be submitted**)
         KILPATRICK TOWNSEND & STOCKTON LLP
         4208 Six Forks Road, Suite 1400
         Raleigh, NC 27609
         Tel: (919) 420-1749
         Fax: (919) 510-6199
         rself@kilpatricktownsend.com

         *Attorneys for Plaintiff Sany America Inc.*

## **<u>LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE</u>**

I hereby certify that the foregoing document filed with the Clerk of Court has been prepared in 13-point Century Schoolbook font, in accordance with Local Rule 5.1(C).

*/s/ Jason M. Wenker*
Jason M. Wenker

## CERTIFICATE OF SERVICE

I hereby certify that, on August 7, 2023, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notice of the filing to all counsel of record.

*/s/ Jason M. Wenker*
Jason M. Wenker