IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANY AMERICA INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>THE G.W. VAN KEPPEL COMPANY,<br><br>        Defendant. | **Civil Case No.** _____ |

## ORDER GRANTING MOTION FOR LEAVE TO FILE COMPLAINT AND SUPPORTING BRIEF UNDER SEAL

The Court having considered Plaintiff's Motion for Leave to File its Complaint and Plaintiff's Brief in Support of Motion for Leave to File Complaint and Supporting Brief Under Seal, and good cause having been shown, it is hereby ORDERED that the Complaint and Brief in Support of Plaintiff's Motion be filed under seal.

SO ORDERED, this \_\_\_ day of _____ 2023.

_____
United States District Judge