# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **SHANNON S. MOULTRIE,** | |
| **Plaintiff,** | |
| v. | Case No. _____ |
| **WILLIS BRYANT GREEN, III and LAW OFFICE OF W. BRYANT GREEN, III, P.C.,** | |
| **Defendants.** | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Willis Bryant Green, III ("Green") and the Law Office of W. Bryant Green, III, P.C. ("Law Firm") (collectively "Defendants"), by and through undersigned counsel, hereby give notice that the civil action presently pending in the State Court of Fulton County, Georgia, identified as *Shannon S. Moultrie v. Willis Bryant Green, III and Law Office of W. Bryant Green, III, P.C.*, Case No. 23EV001656, is removed to this Court without waiving any rights to which Defendants may be entitled.

As grounds for this notice, Defendants show the following:

9868711v1

1.      In accordance with 28 U.S.C. § 1446(a), copies of all record documents, including all orders, pleadings and service of process that have to date been served upon Defendants are attached as **EXHIBIT A**.

2.      The Complaint in the above action was filed in the State Court of Fulton County, Georgia on March 20, 2023. On July 23, 2023, Plaintiff filed a Motion for Leave to File Second Amended Complaint and a proposed Second Amended Complaint, which alleged for the first time claims under Title VII of the Civil Rights Act of 1964 and in which for the first time it could be ascertained that the case is one which is or has become removable.  Pursuant to 28 U.S.C. § 1446(b)(3), July 23, 2023 was the date of receipt by Defendants of the proposed Second Amended Complaint pleading.[1]

---

[1] Defendants are filing this Notice of Removal in an abundance of caution. *See Jackson v. Bluecross and Blueshield of Ga., Inc.*, No. 4:08-CV-49 (CDL), 2008 WL 4862686, *2 (M.D. Ga. Nov. 10, 2008) ("It appears that the Eleventh Circuit has not yet directly ruled on this issue… The majority rule appears to be that when a state-court plaintiff files a motion to amend a complaint to assert federal subject matter jurisdiction, a defendant cannot remove the case until the state court judge grants the motion to amend. … The Court is persuaded by the majority position."); *Bennett v. Ocwan Loan Servicing, LLC*, NO. 2:15-CV-00170-WCO-JCF, 2015 WL 11455764, *3, n 1 (N.D. Ga. Oct. 5, 2015) (The undersigned acknowledges that courts have held that a motion to amend a pleading to assert a federal claim is insufficient to provide a basis for removal on the ground that "[u]ntil the superior court grants Plaintiff s motion to amend [the] Complaint, there is no basis for removal because until then, Plaintiff s Complaint does not state a federal claim.").

9868711v1

3. In accordance with 28 U.S.C. § 1446(b)(3), this Notice of Removal was timely filed within thirty (30) days of Defendants' receipt of service of Plaintiff's Second Amended Complaint.

4. Removal of the entire action is proper under 28 U.S.C. §§ 1441(a) and 1331, federal question jurisdiction, in that this is a civil action arising under the laws of the United States. In "Count I" of the Second Amended Complaint, Plaintiff alleges Retaliation for Rejecting Sexual Advances and False Allegation in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"). In "Count II" of the Second Amended Complaint, Plaintiff alleges Hostile Work Environment and Sex Discrimination in violation of Title VII. In "Count III" of the Second Amended Complaint, Plaintiff alleges Retaliation in violation of Title VII. This entire action is removable based upon the Court's original jurisdiction. 28 U.S.C. §§ 1331, 1441(a) and 1446.

5. Venue is properly placed in the United States District Court for the Northern District of Georgia, Atlanta Division because it is the district court for the district within which the state action is pending (the State Court of Fulton County, Georgia), in accordance with 28 U.S.C. § 1446(a).

6. Undersigned counsel certifies, in accordance with 28 U.S.C. § 1446(d), that concurrent with the filing and service of this Notice of Removal, Defendants' "Notice of Filing Notice of Removal" has been served upon pro se Plaintiff.

9868711v1

7. Undersigned counsel further certifies, in accordance with 28 U.S.C. § 1446(d), that concurrent with the filing and service of this Notice of Removal, a copy of same, along with Defendants' "Notice of Filing Notice of Removal" has been filed with the Clerk of the State Court of Fulton County, Georgia. A copy of said Notice of Filing of Notice of Removal is attached hereto as **<u>EXHIBIT B</u>** (without duplicative attachments).

WHEREFORE, Defendants pray that said action now pending in the State Court of Fulton County, Georgia be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted, this 7th day of August, 2023.

> *s/ Darrick L. McDuffie*
> Darrick L. McDuffie
> Georgia Bar No. 490248
> *dmcduffie@constangy.com*
> Sarah M. Phaff
> GA Bar No. 140626
> *sphaff@constangy.com*

**CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP**
230 Peachtree Street, N.W., Suite 2400
Atlanta, Georgia 30303-1557
Telephone: (404) 525-8622
Facsimile: (404) 525-6955

                    **Counsel for Defendants**

9868711v1

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **SHANNON S. MOULTRIE,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**WILLIS BRYANT GREEN, III and LAW OFFICE OF W. BRYANT GREEN, III, P.C.,**<br><br>    **Defendants.** | Case No. _____ |

**CERTIFICATE OF SERVICE**

I certify that on August 7, 2023, I served the foregoing ***Notice of Removal*** upon *pro se* Plaintiff via e-mail and United States mail (first-class postage prepaid), addressed as follows:

Shannon S. Moultrie
540 Cornwallis Way
Fayetteville, Georgia 30214
*smoultrie@me.com*

            *s/ Darrick L. McDuffie*
            Darrick L. McDuffie
            Georgia Bar No. 490248
            *dmcduffie@constangy.com*
            Sarah M. Phaff
            GA Bar No. 140626
            *sphaff@constangy.com*

9868711v1

**CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP**
230 Peachtree Street, N.W., Suite 2400
Atlanta, Georgia 30303-1557
Telephone: (404) 525-8622
Facsimile: (404) 525-6955

**Counsel for Defendants**

9868711v1