# EXHIBIT B

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SHANNON S. MOULTRIE, **Plaintiff,** v. WILLIS BRYANT GREEN, III and LAW OFFICE OF W. BRYANT GREEN, III, P.C., **Defendants.** | Civil Action No. 23EV001656 |

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants Willis Bryant Green, III ("Green") and the Law Office of W. Bryant Green, III, P.C. ("Law Firm") (collectively "Defendants"), by and through counsel, in accordance with 28 U.S.C. § 1446(d), hereby provide this notice that, by filing the proper papers attached hereto as **Exhibit A** in the United States District Court for the Northern District of Georgia, Atlanta Division, on this date, Defendants hereby remove the above-styled action pending in this court to the United States District Court for the Northern District of Georgia, Atlanta Division, for adjudication by the United States District Court. Defendants request that the Clerk of this Court take any appropriate steps required pursuant to this notice. Pursuant to the provisions of 28 U.S.C. § 1446(d), the filing of this Notice of Filing Notice of Removal effects the removal of said action to the United States District Court for the Northern District of Georgia, Atlanta Division, and this Court shall proceed no further unless and until the case is remanded.

Respectfully submitted, this 7th day of August, 2023.

                                                 *s/ Darrick L. McDuffie*
                                                 Darrick L. McDuffie
                                                 Georgia Bar No. 490248
                                                 *dmcduffie@constangy.com*
                                                 Sarah M. Phaff

9868713v1

                                        GA Bar No. 140626
                                        *sphaff@constangy.com*

**CONSTANGY, BROOKS, SMITH**
**& PROPHETE, LLP**
230 Peachtree Street, N.W., Suite 2400
Atlanta, Georgia 30303-1557
Telephone: (404) 525-8622
Facsimile: (404) 525-6955

                                        **Counsel for Defendants**

9868713v1

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SHANNON S. MOULTRIE,<br><br>    **Plaintiff,**<br><br>    v.<br><br>WILLIS BRYANT GREEN, III and LAW OFFICE OF W. BRYANT GREEN, III, P.C.,<br><br>    **Defendants.** | Civil Action No. 23EV001656 |

## CERTIFICATE OF SERVICE

I certify that on August 7, 2023, I served the foregoing ***NOTICE OF FILING NOTICE OF REMOVAL*** upon *pro se* Plaintiff via e-mail and United States mail (first-class postage prepaid), addressed as follows:

Shannon S. Moultrie
540 Cornwallis Way
Fayetteville, Georgia 30214
*smoultrie@me.com*

*s/ Darrick L. McDuffie*
Darrick L. McDuffie
Georgia Bar No. 490248
*dmcduffie@constangy.com*
Sarah M. Phaff
GA Bar No. 140626
*sphaff@constangy.com*

**CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP**
230 Peachtree Street, N.W., Suite 2400
Atlanta, Georgia 30303-1557
Telephone: (404) 525-8622
Facsimile: (404) 525-6955

**Counsel for Defendants**

9868713v1