# Exhibit B

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DAVID HUNTER, Individually, and DAVID HUBTER, as Executor of the Estate of JOYCE HUNTER, Deceased,<br><br>    Plaintiffs,<br>v.<br><br>GLOBAL ABBEVILLE, LLC d/b/a GLEN EAGLE HEALTHCARE & REHAB; SELECTIS HEALTH, INC. f/k/a GLOBAL HEALTHCARE REIT, INC.; LANCE BALLER; SELECTIS MANAGEMENT, LLC; ABC CORPORATIONS 1-5; and JANE DOES 1-5;<br><br>    Defendants. | Civil Action File No: 23EV003686 |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:    Clerk, State Court of Fulton County, Georgia

COMEs NOW Global Abbeville, LLC d/b/a Glen Eagle Healthcare & Rehab and provides the following notice to the Court:

In compliance with 28 U.S.C. § 1446(d), you are hereby notified of the filing of a Notice of Removal in this action with the United States District Court for the Northern District of Georgia, Atlanta Division. A copy of the Notice of Removal is attached hereto.

Respectfully submitted this 7th day of August, 2023.

**DREW ECKL & FARNHAM, LLP**

*/s/ Barbara A. Marschalk*
Barbara A. Marschalk
***Georgia Bar No. 324498***
Honey L. Shaw
***Georgia Bar No. 639007***

- 2 -

303 Peachtree St., NE, Suite 3500
Atlanta, Georgia 30308
Telephone:  (404) 885-1400
Facsimile:  (404) 876-0992
E-mail:  marschalkb@deflaw.com
E-mail:  shawh@deflaw.com
***Attorneys for Defendants***

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DAVID HUNTER, Individually, and DAVID HUBTER, as Executor of the Estate of JOYCE HUNTER, Deceased,<br><br>    Plaintiffs,<br>v.<br><br>GLOBAL ABBEVILLE, LLC d/b/a GLEN EAGLE HEALTHCARE & REHAB; SELECTIS HEALTH, INC. f/k/a GLOBAL HEALTHCARE REIT, INC.; LANCE BALLER; SELECTIS MANAGEMENT, LLC; ABC CORPORATIONS 1-5; and JANE DOES 1-5;<br><br>    Defendants. | Civil Action File No: 23EV003686 |

## CERTIFICATE OF SERVICE

I hereby certify that I am counsel for Defendants and that I have served all interested parties with a copy of the foregoing *Notice of Filing Notice of Removal* upon counsel for all parties by filing with Odyssey File and Serve, which will automatically deliver electronic notification to the following counsel of record:

> Lance D. Lourie, Esq.
> Andrew J. King, Esq.
> Suzanne T. Fink, Esq.
> Lourie, Chance, Forlines, Carter & King, PC
> 5607 Glenridge Drive, Suite 500
> Atlanta, GA 30342

This 7th day of August, 2023.

> <u>/s/ Barbara A. Marschalk</u>
> Barbara A. Marschalk
> **Georgia Bar No. 324498**
> Honey L. Shaw
> **Georgia Bar No. 639007**

303 Peachtree St., NE, Suite 3500
Atlanta, Georgia 30308
Telephone:  (404) 885-1400
Facsimile:  (404) 876-0992
E-mail:  marschalkb@deflaw.com
E-mail:  shawh@deflaw.com
*Attorneys for Defendants*
13705721v1
33640-264488