# Exhibit C

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

DAVID HUNTER, Individually, and
DAVID HUBTER, as Executor of the
Estate of JOYCE HUNTER, Deceased,

     Plaintiffs,

v.

                         Civil Action File No:

GLOBAL ABBEVILLE, LLC d/b/a
GLEN EAGLE HEALTHCARE &
REHAB; SELECTIS HEALTH, INC.
f/k/a GLOBAL HEALTHCARE REIT,
INC.; LANCE BALLER; SELECTIS
MANAGEMENT, LLC; ABC
CORPORATIONS 1-5; and JANE
DOES 1-5,

     Defendants.

## DEFENDANTS SELECTIS HEALTH, INC. f/k/a GLOBAL HEALTHCARE REIT, INC., LANCE BALLER, AND SELECTIS MANAGEMENT, LLC'S SPECIAL APPEARANCE AND NOTICE OF CONSENT TO REMOVAL

COME NOW SELECTIS HEALTH, INC. f/k/a GLOBAL HEALTHCARE

REIT, INC., LANCE BALLER, AND SELECTIS MANAGEMENT, LLC,

Defendants in the above-styled civil action, appearing specially, and filing this

Notice of Consent to removal, showing the Court as follows:

1.

On June 20, 2023, Plaintiffs filed a civil action in the State Court of Fulton

County, State of Georgia, styled *David Hunter, Individually, and David Hunter, as Executor of the Estate of Joyce Hunter, Deceased v. Global Abbeville, LLC d/b/a Glen Eagle Healthcare & Rehab; Selectis Health, Inc. f/k/a Global Healthcare Reit, Inc.; Lance Baller; Selectis Management, LLC; ABC Corporations 1-5; and Jane Does 1-5*, Civil Action File No. 23EV003686.

2.

Defendant Global Abbeville, LLC d/b/a Glen Eagle Healthcare & Rehab was served with a copy of Plaintiffs' Complaint on July 7, 2023.  Defendant Selectis Health, Inc. f/k/a Global Healthcare Reit, Inc. was served with a copy of Plaintiffs' Complaint on July 10, 2023.  Defendants Lance Baller and Selectis Management, LLC have not been served to date.

3.

Defendant Global Abbeville, LLC d/b/a Glen Eagle Healthcare & Rehab filed a timely *Notice of Removal* within the thirty (30) day period as required by 28 U.S.C. § 1446(b).

4.

As indicated in the Notice of Removal, Defendants Selectis Health, Inc. f/k/a Global Healthcare Reit, Inc., Lance Baller, Selectis Management, LLC hereby appear specially and agree with and consent to the removal of this action to the

United States District Court for the Northern District of Georgia.

The undersigned has read this Special Appearance and Notice of Consent to Removal, and to the best of their knowledge, information and belief, formed after reasonable inquiry, determined it is well-grounded in fact, is warranted by existing law, and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

This 7th day of August, 2023.

DREW ECKL & FARNHAM, LLP

s/ Barbara A. Marschalk
Barbara A. Marschalk
**Georgia Bar No. 324498**
Honey L. Shaw
**Georgia Bar No. 639007**

303 Peachtree St., NE, Suite 3500
Atlanta, Georgia 30308
Telephone:  (404) 885-1400
Facsimile:  (404) 876-0992
E-mail:  marschalkb@deflaw.com
E-mail:  shawh@deflaw.com
**Attorneys for Defendants Selectis Health, Inc. f/k/a Global Healthcare Reit, Inc., Lance Baller, and Selectis Management, LLC**

- 3 -

## <u>CERTIFICATE OF FONT COMPLIANCE</u>

Counsel for Defendant hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 7th day of August, 2023.

**DREW ECKL & FARNHAM, LLP**

_s/ Barbara A. Marschalk_____

Barbara A. Marschalk
***State Bar of Georgia No. 324498***

303 Peachtree St., NE, Suite 3500
Atlanta, Georgia 30308
Telephone:  (404) 885-1400
Facsimile:  (404) 876-0992
E-mail:  marschalkb@deflaw.com
***Attorneys for Defendants Selectis Health, Inc. f/k/a Global Healthcare Reit, Inc., Lance Baller, and Selectis Management, LLC***

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DAVID HUNTER, Individually, and
DAVID HUBTER, as Executor of the
Estate of JOYCE HUNTER, Deceased,

    Plaintiffs,

v.

GLOBAL ABBEVILLE, LLC d/b/a
GLEN EAGLE HEALTHCARE &
REHAB; SELECTIS HEALTH, INC.
f/k/a GLOBAL HEALTHCARE REIT,
INC.; LANCE BALLER; SELECTIS
MANAGEMENT, LLC; ABC
CORPORATIONS 1-5; and JANE
DOES 1-5,

    Defendants.

Civil Action File No:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am counsel for Defendant Global Abbeville,

LLC d/b/a Glen Eagle Healthcare & Rehab and that I have this day served the

foregoing *Defendants Selectis Health, Inc. f/k/a Global Healthcare Reit, Inc.,*

*Lance Baller, Selectis Management, LLC's Special Appearance and Notice of*

*Consent to Removal* upon all parties to this matter by filing with the Court's

CM/ECF system, which will automatically e-mail notification of same to the

following counsel of record:

> Lance D. Lourie, Esq.
> Andrew J. King, Esq.
> Suzanne T. Fink, Esq.
> Lourie, Chance, Forlines, Carter & King, PC
> 5607 Glenridge Drive, Suite 500
> Atlanta, GA 30342

This 7th day of August, 2023.

> *s/ Barbara A. Marschalk*
> Barbara A. Marschalk
> ***State Bar of Georgia No. 324498***

303 Peachtree St., NE, Suite 3500
Atlanta, Georgia 30308
Telephone:  (404) 885-1400
Facsimile:  (404) 876-0992
E-mail:  marschalkb@deflaw.com
***Attorneys for Defendants Selectis Health, Inc. f/k/a Global Healthcare Reit, Inc.,
Lance Baller, and Selectis Management, LLC***

13706123v1
33640-264488

- 2 -