# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID HUNTER, Individually, and DAVID HUBTER, as Executor of the Estate of JOYCE HUNTER, Deceased,<br><br>    Plaintiffs,<br>v.<br><br>GLOBAL ABBEVILLE, LLC d/b/a GLEN EAGLE HEALTHCARE & REHAB; SELECTIS HEALTH, INC. f/k/a GLOBAL HEALTHCARE REIT, INC.; LANCE BALLER; SELECTIS MANAGEMENT, LLC; ABC CORPORATIONS 1-5; and JANE DOES 1-5,<br><br>    Defendants. | Civil Action File No: |

## DECLARATION OF BARBARA ANNE MARSCHALK

Pursuant to 28 U.S.C. § 1746, I, Barbara Anne Marschalk, do hereby declare under penalty of perjury that the following is true and correct:

1.

My name is Barbara A. Marschalk, and I am an equity partner with the law firm of Drew Eckl & Farnham, LLP. I have defended cases involving allegations of bodily injury, pain and suffering and special damages for 25 years.

2.

I am competent to make this Declaration, am suffering from no legal disabilities, and make this Declaration of my own personal knowledge and with the knowledge and intent that same be used in support of removal of this matter.

3.

Plaintiffs' Complaint is seeking damages for "Ms. Hunter's pain and suffering, funeral and burial expenses, and medical expenses as well as punitive damages". (See Exhibit "A"; Plaintiffs' Complaint, ¶¶ 58 and 79).

4.

While liability is disputed, and Defendants reserve the right to contest Plaintiffs' damage claims, in my judgment there is more than $75,000 that is in controversy in this lawsuit. Based on my experience, if Plaintiffs prevail on all of their claims, a permissible award would not be less than $75,000, exclusive of interests and costs.

5.

Global Abbeville, LLC is a foreign LLC with a principal office address in Greenwood Village, Colorado. Its sole member, Selectis Health, Inc., is a Utah Corporation.

Executed on this 7th day of August, 2023.

　　　　　　　　　　　　　　　　　　／s／ Barbara A. Marschalk
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Barbara A. Marschalk
　　　　　　　　　　　　　　　　　　Georgia Bar No. 324498

13705971v1
33640-264488