

**HSS** — A KBS COMPANY — HOSPITALITY STAFFING SOLUTIONS

August 1, 2023

171 1 27930 ***************AUTO**ALL FOR AADC 290
BRITTANY M JOHNSON

Dear Brittany M Johnson:

Hospitality Staffing Solutions is writing to notify you that we experienced a data security incident that may have involved some of your personal information. This notice explains the incident, what information was involved, what we are doing, and steps you may want to take in response.

**What Happened?** On June 2, 2023, we discovered that an unauthorized third party accessed our network environment. We immediately took steps to secure our systems and initiated an investigation to determine the nature and scope of the incident. Our investigation determined that files containing personal information were accessed by the unauthorized third party.

**What Information Was Involved?** We reviewed the contents of the files involved to determine what information may have been accessible to the unauthorized individual(s). Our review identified files that included your name and one or more of the following: Social Security number, driver's license number, and/or financial account number.

**What We Are Doing.** We have implemented additional security measures to enhance our existing cybersecurity protocols. Additionally, we are offering you a complimentary one-year membership to Experian's® IdentityWorks℠. This product provides you with identity detection and resolution of identity theft. It is completely free to you and enrolling in this program will not hurt your credit score.

**What You Can Do.** We encourage you to remain vigilant by reviewing your account statements and credit reports for any unauthorized activity. If you see unauthorized charges or activity, please contact your financial institution immediately. For more information on IdentityWorks℠, including instructions on how to activate your complimentary membership, as well as some additional steps you can take in response, please see the pages that follow this letter.

**For More Information.** Your confidence and trust are important to us. We regret that this occurred and apologize for any inconvenience this incident may have caused. If you have any questions, please call (866) 373-9105, Monday through Friday, 8:00 a.m. to 5:30 p.m., Central Time, excluding major U.S. holidays.

Sincerely,

*Kevin J. Murphy*

Kevin J. Murphy
EVP & Division CFO

ELN-18381-27930