# EXHIBIT C

# MetLife Auto & Home®

POLICY NUMBER: CA039506P2020

**BUSINESS AUTO**

# BUSINESS AUTO DECLARATIONS

**ITEM ONE**

| | |
|---|---|
| **Company Name:** | METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY (A Stock Insurance Company) |
| **Administrative Offices:** | 700 Quaker Lane, P.O. Box 350, Warwick, Rhode Island 02887 |
| **Producer:** | SMARR FINANCIAL SERVICES, INC. |
| **Named Insured:** | ATH Wonder Consulting LLC |
| **Mailing Address:** | 2875 Crescent Pkwy, Apt 1530, Atlanta, GA 30339-6260 |
| | **Policy Period** |
| **From: 03-21-2020** | |
| **To: 03-21-2021** | At 12:01 AM Standard Time at your mailing address shown above |
| **Transaction: Renew** | |

**Form Of Business:**
- [ ] Corporation
- [X] Limited Liability Company
- [ ] Individual
- [ ] Partnership
- [ ] Other:

| | |
|---|---|
| **Total Premium:** | $12,053.00 |
| Total Taxes, Assessments, & Fees (Refer to Schedule of State Taxes and Surcharges) | $0.00 |
| **Total Premium, Taxes, Assessments, & Fees** | **$12,053.00** |

Premium Shown Is Payable At Inception: $12,053.00

| Audit Period (if applicable): | Annually | Semiannually | Quarterly | Monthly |
|---|---|---|---|---|

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

| Countersignature Of Authorized Representative | |
|---|---|
| **Name:** SMARR FINANCIAL SERVICES, INC. | Signature: |
| **Title:** | Date: |

For assistance, please contact your agent or you may call:
1-888-231-1497

or mail to:
1333 Main St., Suite 600
Columbia, SC29201

For Claims assistance 24/7/365, you may call:
1-855-500-3695

or mail to:
PO Box 14436
Lexington, KY 40512-4436

In Witness Whereof, we have caused this policy to be signed by our President and our Secretary at Warwick, Rhode Island. In the event that the President or Secretary who signed this contract cease to be our officers either before or after the contract is issued, the contract may be issued with the same effect as if they were still our officers.

Facsimile Signature of Secretary

Facsimile Signature of President

CA DS 03 10 13   Includes copyrighted material of Insurance Services Office, with its permission   Page 1 of 5
© Insurance Services Office, Inc., 2012
MetLife Auto & Home is a brand of Metropolitan Property and Casualty Insurance Company and its affiliates, Warwick, RI.

# MetLife Auto & Home®

POLICY NUMBER: CA039506P2020

**BUSINESS AUTO**

| Forms and Endorsements Attached To This Policy ||
|---|---|
| CA DS 03 10 13 | BUSINESS AUTO DECLARATIONS |
| CA 00 01 10 13 | BUSINESS AUTO COVERAGE FORM |
| CA 20 71 10 13 | AUTO LOAN/LEASE GAP COVERAGE |
| CA 99 03 10 13 | AUTO MEDICAL PAYMENTS COVERAGE |
| CA 99 23 10 13 | RENTAL REIMBURSEMENT COVERAGE |
| CA 99 30 10 13 | TAPES, RECORDS AND DISCS COVERAGE |
| CA 99 60 10 13 | AUDIO, VISUAL AND DATA ELECTRONIC EQUIPMENT COVERAGE ADDED LIMITS |
| MPC 1039 000 1018 | METLIFE U.S. CONSUMER PRIVACY NOTICE - INDIVIDUAL PRODUCTS |
| 16090000914 | COMPENSATION DISCLOSURE NOTICE |
| ML CW 04 10 15 | FEE DISCLOSURE NOTICE |
| MPL CA 04 16 | LINK BUSINESS AUTO PLUS ENDORSEMENT |
| CA 01 09 10 13 | GEORGIA CHANGES |
| CA 31 37 10 13 | GEORGIA UNINSURED MOTORISTS COVERAGE - ADDED ON TO AT-FAULT LIABILITY LIMITS |
| ACORD 50 GA 11 08 | GEORGIA INSURANCE POLICY INFORMATION CARD |
| IL DS 00 09 08 | COMMON POLICY DECLARATIONS |
| IL 00 17 11 98 | COMMON POLICY CONDITIONS |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 02 62 02 15 | GEORGIA CHANGES - CANCELLATION AND NONRENEWAL |

**MESSAGE SECTION**

**DRIVERS SECTION**

| Name | DOB |
|---|---|
| kenny garrett | 11-01-1983 |

# MetLife Auto & Home®

POLICY NUMBER: CA039506P2020

**BUSINESS AUTO**

### ITEM TWO

**Schedule Of Coverages And Covered Autos**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos section of the Business Auto Coverage Form next to the name of the coverage.**

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| Covered Autos Liability | 7 | $ 1,000,000   Each "Accident" | $8,453.00 |
| Uninsured Motorists | 7 | $ 1,000,000   Each "Accident" | $171.00 |
| Underinsured Motorists [When Not Included in Uninsured Motorist ] | 7 | $ 1,000,000   Each "Accident" | Included |
| Uninsured Motorists Property Damage | 7 | Actual Cash Value or Cost of Repair, whichever Is less minus the $0 Deductible, But Not to Exceed $ 3500   Each "Accident" | Included |
| Auto Medical Payments | 7 | $ 5000   Each "Accident" | $19.00 |
| Physical Damage Comprehensive | 7 | Actual Cash Value or Cost of Repair, whichever Is less, minus the Deductible applicable to the Covered Auto, but no deductible applies to loss caused by fire or lightning | $771.00 |
| Physical Damage Collision | 7 | Actual Cash Value or Cost of Repair, whichever Is less, minus the Deductible applicable to the Covered Auto | $1,937.00 |
| Physical Damage Towing and Labor | | Not Purchased | |
| Drive Other Car – Broadened Coverage for Named Individuals | | Not Purchased | |
| Business Auto Plus Endorsement | 7 | Not Purchased | $55.00 |
| Change in Conditions | | | |
| Auto Loan/Lease Gap | 7 | Refer to Schedule on Endorsement | $190.00 |
| Business Interruption | | Not Purchased | |
| Rental Reimbursement | 7 | Refer to Schedule on Endorsement | $90.00 |
| Optional Limits – Loss of Use Expenses | | Not Purchased | |
| Audio, Visual and Data Electronic Equipment Added Limits | 7 | Refer to Schedule on Endorsement | $351.00 |
| Tapes, Records and Discs | 7 | Refer to Schedule on Endorsement | $16.00 |
| Limited Mexico | | Not Purchased | |
| | | Total Premium | $12,053.00 |

### ITEM THREE
**Schedule Of Covered Autos You Own**

| Covered Auto Number:   1 | Vehicle Premium:  11,998.00 |
|---|---|
| Town, State and Zip Code where the Covered Auto will be Principally Garaged: **Atlanta,  GA   30339-6260** | |

# MetLife Auto & Home

POLICY NUMBER: CA039506P2020

**BUSINESS AUTO**

| Covered Auto Description ||||||||
|---|---|---|---|---|---|---|---|
| Year: 2018 | Make: **FREIGHTLINER** ||| Model: **M2** ||| Body Type: Truck |
| Vehicle Identification Number (VIN): 3ALACWFC7JDJP4273 |||||| Serial Number: ||
| Coverage applies to this vehicle when the checkbox has an X. ||||||||
| Refer to Item Two for the applicable Limit for the corresponding Coverage. ||||||||
| **Liability Coverages** | Covered Autos Liability [X] | Uninsured Motorists [X] | Underinsured Motorists [When Not included in Uninsured Motorist] | Auto Medical Payments [X] || Personal Injury Protection | Additional Personal Injury Protection |
| **Physical Damages Coverages** | Comprehensive [ACV not to exceed the Stated Amount when shown below] [X] | Collision [ACV not to exceed the Stated Amount when shown below] [X] | Uninsured Motorists Property Damage | Towing and Labor | Auto Loan/ Lease Gap [X] | Audio, Visual and Data Electronic Equipment Added Limits [X] | Tapes, Records and Discs [X] |
| Stated Amount | $ | $ ||||||
| Deductible | $ 1,000 | $ 1,000 ||||||
| A covered loss is payable to You and the Lessor/Loss Payee named below according to their interests in the Auto at the time of the loss. ||||||||
| Lessor/Loss Payee: ||||||||

# MetLife Auto & Home®

POLICY NUMBER: CA039506P2020

**BUSINESS AUTO**

**ITEM FOUR SCHEDULE**
Georgia

| | | Liability Coverage - Rating Basis, Cost Of Hire | | |
|---|---|---|---|---|
| State | Estimated Cost Of Hire For Each State | Rate Per Each $100 Cost Of Hire | Factor (If Liability Coverage Is Primary) | Premium |
| GA | | $ | | $ |
| Coverages | | Limit Of Insurance | | |
| Comprehensive | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ Deductible For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning. | | |
| | | Estimated Annual Cost Of Hire | Rate Per Each $100 Annual Cost Of Hire | Premium |
| | | $ | $ | $ |
| Specified Causes Of Loss | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ Deductible For Each Covered Auto For Loss Caused By Mischief Or Vandalism. | | |
| | | Estimated Annual Cost Of Hire | Rate Per Each $100 Annual Cost Of Hire | Premium |
| | | $ | $ | $ |
| Collision | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ Deductible For Each Covered Auto. | | |
| | | Estimated Annual Cost Of Hire | Rate Per Each $100 Annual Cost Of Hire | Premium |
| | | $ | $ | $ |