Case 1:23-mi-99999-UNA   Document 2583-3   Filed 08/09/23   Page 1 of 2

**Exhibit C**

E-FILED IN OFFICE - SR
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-01069-1**
**4/10/2023 11:04 AM**
TIANA P. GARNER, CLERK

### IN THE SUPERIOR COURT OF GWINNETT COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| AMBER DIVER, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO.: |
| ) | **23-A-01069-1** |
| vs. ) | |
| ) | |
| TRAVELERS HOME AND MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed this Certificate of Service of Discovery with the Clerk of Court using eFileGA/Odyssey, which will automatically send email notification of such filing to the following counsel of record:

**Foster Peebles**
**Michael D. Turner**
**THE HUGGINS LAW FIRM, LLC**
**110 Norcross Street**
**Roswell, GA 30075**
fpeebles@lawhuggins.com
mdturner@lawhuggins.com

This Certificate of Service of Discovery certifies that I have mailed upon all parties to this matter by depositing a true and correct copy of the following:

- **Defendant Travelers' Responses to Plaintiff's First Interrogatories;**

- **Defendant Travelers' Responses to Plaintiff's First Requests for Production of Documents; and**

- **Defendant Travelers' Privilege Log.**

upon all parties to this matter by depositing a true and correct copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

**Foster Peebles**
**Michael D. Turner**
**THE HUGGINS LAW FIRM, LLC**
**110 Norcross Street**
**Roswell, GA 30075**
fpeebles@lawhuggins.com
mdturner@lawhuggins.com

I FURTHER CERTIFY that in accordance with the local rules, the undersigned responsible for service of the above document acknowledges that he/she is in possession of the original of the foregoing and the custodian thereof, the same to be held in accordance with the foregoing local rule.

This the 10th day of April, 2023.

CHARTWELL LAW, LLP

*/s/ Karen K. Karabinos*
Karen K. Karabinos
Georgia Bar No. 423906

*/s/ Kevin P. Kelly*
Kevin P. Kelly
Georgia Bar No. 475246

*Counsel for Defendant*

3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250
Atlanta, GA 30339
Direct (470) 660-8737
Main (404) 410-1151
Fax (850) 668-7972
kkarabinos@chartwelllaw.com
kkelly@chartwelllaw.com