Case 1:23-mi-99999-UNA Document 2538-4 Filed 08/09/23 Page 1 of 2

**Exhibit D**

E-FILED IN OFFICE - SR
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-01069-1
4/13/2023 11:36 AM
TIANA P. GARNER, CLERK**

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| **AMBER DIVER,** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: |
| | ) | **23-A-01069-1** |
| vs. | ) | |
| | ) | |
| **TRAVELERS HOME AND MARINE INSURANCE COMPANY,** | ) ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day electronically filed this Certificate of Service of Discovery with the Clerk of Court using eFileGA/Odyssey, which will automatically send email notification of such filing to the following counsel of record:

Foster Peebles
Michael D. Turner
THE HUGGINS LAW FIRM, LLC
110 Norcross Street
Roswell, GA 30075
fpeebles@lawhuggins.com
mdturner@lawhuggins.com

This Certificate of Service of Discovery certifies that I have mailed upon all parties to this matter by depositing a true and correct copy of the non-party requests for production of documents to be served on the following:

1. Catastrophic Consulting, Inc.
   c/o Tim Varga, registered agent
   313A Mac Johnson Road NW
   Cartersville, GA 30121

upon all parties to this matter by depositing a true and correct copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Foster Peebles
Michael D. Turner

1

**THE HUGGINS LAW FIRM, LLC**
**110 Norcross Street**
**Roswell, GA 30075**
fpeebles@lawhuggins.com
mdturner@lawhuggins.com

I FURTHER CERTIFY that in accordance with the local rules, the undersigned responsible for service of the above document acknowledges that he/she is in possession of the original of the foregoing and the custodian thereof, the same to be held in accordance with the foregoing local rule.

This 13th day of April, 2023.

CHARTWELL LAW, LLP

*/s/ Karen K. Karabinos*
Karen K. Karabinos
Georgia Bar No. 423906

*/s/ Kevin P. Kelly*
Kevin P. Kelly
Georgia Bar No. 475246

*Counsel for Defendant*

3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250
Atlanta, GA 30339
Direct (470) 660-8737
Main (404) 410-1151
Fax (850) 668-7972
kkarabinos@chartwelllaw.com
kkelly@chartwelllaw.com