Case 1:23-mi-99999-UNA Document 1531-7 Filed 08/09/23 Page 1 of 2

**Exhibit G**

E-FILED IN OFFICE - SR
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-01069-1**
**5/31/2023 4:38 PM**
TIANA P. GARNER, CLERK

# IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| AMBER DIVER, ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION FILE NO.:** |
| ) | **23-A-01069-1** |
| vs. ) | |
| ) | |
| TRAVELERS HOME AND MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## CASE MANAGEMENT DATES AND DEADLINES

COMES NOW, Plaintiff Amber Diver and the Defendant Travelers Home & Marine Insurance Company ("Travelers") and submits this case management order.

IT IS HEREBY ORDERED as follows:

1. No amendments to the pleadings shall be filed after June 12, 2023.

2. No additional parties shall be added after June 12, 2023.

3. All discovery shall be completed by November 13, 2023.

4. All expert witnesses shall be identified by September 11, 2023.

5. All depositions shall be completed by November 13, 2023.

6. Daubert motions shall be filed by December 13, 2023.

7. No motions shall be filed after December 13, 2023.

8. The parties shall use mediation and/or ADR services.

    a. All mediation and/or ADR process shall be completed by December 13, 2023.

9. This matter shall be heard by a jury.

10. The estimated length of trial shall be four days.

11. Consolidated Pre-Trial Order/Separate Portions of Pretrial Order pursuant to U.S.C.R. 7.2 shall be filed by December 13, 2023 if no motions for summary judgment are filed. If the parties cannot agree on a consolidated order, each party shall timely submit their portion to the Court.

12. This case shall first appear for trial in January, 2024.

SO ORDERED this __30__ day of June, 2023.

GEORGE F. HUTCHINSON, III JUDGE
SUPERIOR COURT OF GWINETT COUNTY

CONSENTED TO BY

**Attorneys for Plaintiff**

/s/ Foster L. Peebles
Foster L. Peebles
Georgia Bar No: 410852
/s/ Michael D. Turner
Michael D. Turner
Georgia Bar No. 216414

THE HUGGINS LAW FIRM, LLC
110 Norcross Street
Roswell, GA 30075
Direct (770) 913-6229
remington@lawhuggins.com
bruce@lawhuggins.com
fpeebles@lawhuggins.com

**Attorneys for Defendant**

/s/ Karen K. Karabinos
Karen K. Karabinos
Georgia Bar No. 423906
/s/ Kevin P. Kelly
Kevin P. Kelly
Georgia Bar No. 475246

CHARTWELL LAW, LLP
3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250
Atlanta, GA 30339
Direct (470) 660-8737
Main (404) 410-1151
Fax (850) 668-7972
kkarabinos@chartwelllaw.com
kkelly@chartwelllaw.com

Copies to:

All counsel of record and pro se parties