IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| AMBER DIVER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: |
| | ) | <u>23-A-01069-1</u> |
| vs. | ) | |
| | ) | |
| TRAVELERS HOME AND MARINE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that I have served **1)** *Plaintiff's Responses to Defendant's First Interrogatories to Plaintiff;* **2)** *Plaintiff's Responses to Defendant's Request for Production of Documents to Plaintiff;* **3)** *Plaintiff's Responses to Defendant's Request for Production of Documents to Plaintiff; and* **4)** *Plaintiff's Document Production* upon the following counsel of record via statutory electronic service and electronic mail, addressed as follows:

**Karen K. Karabinos**
**Kevin P. Kelly**
**3200 Cobb Galleria Pkwy.**
**Bldg. 200, Ste. 250**
**Atlanta, GA 30339**
<u>kkarabinos@chartwelllaw.com</u>
<u>kkelly@chartwelllaw.com</u>

Respectfully submitted, this 12th day of July, 2023.

**The Huggins Law Firm, LLC**

*/s/ Foster L. Peebles*
Michael D. Turner, Esq.
Georgia Bar No.: 216414
Foster L. Peebles, Esq.
Georgia Bar No.: 410852

110 Norcross Street
Roswell, GA 30075
(o) (770) 913-6229
(e) mdturner@lawhuggins.com
(e) fpeebles@lawhuggins.com

*Attorneys for the Plaintiff*