E-FILED IN OFFICE - SR
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-01069-1**
**7/12/2023 5:13 PM**
**TIANA P. GARNER, CLERK**

### IN THE SUPERIOR COURT OF GWINNETT COUNTY
### STATE OF GEORGIA

| | | |
|---|---|---|
| **AMBER DIVER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION FILE NO.:** |
| | ) | **23-A-01069-1** |
| **vs.** | ) | |
| | ) | |
| **TRAVELERS HOME AND MARINE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JOINT CONSENT MOTION TO SUBSTITUTE DEFENDANT

COME NOW, Plaintiff Amber Diver and Defendant Travelers Home and Marine Insurance Company ("Travelers") (collectively referred to herein as the "Parties") and file this Joint Consent Motion to Substitute Defendant, respectfully requesting that this Honorable Court substitute Travelers Personal Insurance Company as Defendant in place of Defendant Travelers Home and Marine Insurance Company and deem the answer and all previous filings to be that of Travelers Personal Insurance Company. In support of this motion, the Parties show good cause as follows:

1.      Plaintiff filed suit on February 7, 2023 against Travelers Home and Marine Insurance Company.

2.      Plaintiff served Travelers Home and Marine Insurance Company through its registered agent on February 23, 2023.

3.      Travelers Home and Marine Insurance Company filed its answer and affirmative defenses on March 27, 2023.

4.      Plaintiff's Complaint included the Policy issued to Plaintiff as Exhibit A.

5.      The Policy was issued to Plaintiff by Travelers Personal Insurance Company, not Travelers Home and Marine Insurance Company.

1

6.      The Parties were made aware of the issue during the court of discovery.

7.      To most effectively resolve this issue the Parties request that this Honorable Court substitute Travelers Personal Insurance Company as Defendant in place of Defendant Travelers Home and Marine Insurance Company and deem the answer and all previous filings to be that of Travelers Personal Insurance Company.

A proposed Order is enclosed herewith for the Court's convenience.

Respectfully submitted this 12th day of July 2023.

THE HUGGINS LAW FIRM, LLC

*/s/ Foster L. Peebles*
Foster L. Peebles
Georgia Bar No. 410852

*/s/ Michael D. Turner*
Michael D. Turner
Georgia Bar No. 216414

110 Norcross Street
Roswell, GA 30092                  *Counsel for Plaintiff*
mdturner@lawhuggins.com
fpeebles@lawhuggins.com

CHARTWELL LAW, LLP

*/s/ Karen K. Karabinos*
Karen K. Karabinos
Georgia Bar No. 423906

*/s/ Kevin P. Kelly*
Kevin P. Kelly
Georgia Bar No. 475246

3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250                *Counsel for Travelers*
Atlanta, GA 30339
Phone: (470) 660-8737
Fax: (404) 738-1632
kkarabinos@chartwelllaw.com
kkelly@chartwellaw.com

**IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA**

| | | |
|---|---|---|
| **AMBER DIVER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION FILE NO.:** |
| | ) | **23-A-01069-1** |
| **vs.** | ) | |
| | ) | |
| **TRAVELERS HOME AND MARINE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CONSENT ORDER**

It appearing that the parties in the above-styled action have agreed to substitute Travelers

Personal Insurance Company as Defendant in place of Defendant Travelers Home and Marine

Insurance Company, and for good cause shown, IT IS HEREBY ORDERED that Travelers

Personal Insurance Company shall be the named Defendant in this action and the answer as well

as all previous filings be deemed that of Travelers Personal Insurance Company.

SO ORDERED this _____ day of _____, 2023.

_____
GEORGE F. HUTCHINSON, III JUDGE
SUPERIOR COURT OF GWINETT COUNTY

1