**Exhibit K**

E-FILED IN OFFICE - SR
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**23-A-01069-1**
**7/14/2023 11:04 AM**
**TIANA P. GARNER, CLERK**

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
### STATE OF GEORGIA

|  |  |  |
|---|---|---|
| AMBER DIVER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: |
| | ) | <u>23-A-01069-1</u> |
| vs. | ) | |
| | ) | |
| TRAVELERS HOME AND MARINE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### <u>CONSENT ORDER</u>

It appearing that the parties in the above-styled action have agreed to substitute Travelers

Personal Insurance Company as Defendant in place of Defendant Travelers Home and Marine

Insurance Company, and for good cause shown, IT IS HEREBY ORDERED that Travelers

Personal Insurance Company shall be the named Defendant in this action and the answer as well

as all previous filings be deemed that of Travelers Personal Insurance Company.

SO ORDERED this _14_ day of _July_, 2023.

_____
GEORGE F. HUTCHINSON, III JUDGE
SUPERIOR COURT OF GWINETT COUNTY

Copies to:

All counsel of record and pro se parties

1