**Exhibit M**

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| AMBER DIVER, | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION FILE NO.:** |
| | ) | <u>23-A-01069-1</u> |
| vs. | ) | |
| | ) | |
| TRAVELERS PERSONAL | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| **Defendant.** | ) | |

### <u>NOTICE TO FILING OF NOTICE OF REMOVAL TO FEDERAL COURT</u>

To:   Tiana P. Garner, Clerk of Court
      Superior Court of Gwinnett County
      75 Langley Drive
      Lawrenceville, GA 30046

      Foster Peebles
      Michael D. Turner
      THE HUGGINS LAW FIRM, LLC
      110 Norcross Street
      Roswell, GA 30075

You are hereby notified of the filing of a Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, of the case of *Amber Diver v. Travelers Personal Insurance Company*, Civil Action No. 23-A-01069-1 in the Superior Court of Gwinnett County, in accordance with the provisions of Section 1331, Title 28 of the United States Code. Copy of said Notice filed is attached hereto.

This 9th day of August, 2023.

CHARTWELL LAW, LLP

<u>*/s/ Karen K. Karabinos*</u>
Karen K. Karabinos
Georgia Bar No. 423906

*/s/ Kevin P. Kelly*
Kevin P. Kelly
Georgia Bar No. 475246

*Counsel for Defendant*

3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250
Atlanta, GA 30339
Tel: (404) 410-1151
Fax: (404) 738-1632
kkarabinos@chartwelllaw.com
kkelly@chartwelllaw.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing

***Notice of Filing of Notice of Removal to Federal Court*** upon all parties to this matter via the

court's electronic filing system, which will provide notice to counsel of record as follows:

**Tiana P. Garner, Clerk**
**Superior Court of Gwinnett County**
**75 Langley Drive**
**Lawrenceville, GA 30046**

**Foster Peebles**
**Michael D. Turner**
**THE HUGGINS LAW FIRM, LLC**
**110 Norcross Street**
**Roswell, GA 30075**
**fpeebles@lawhuggins.com**
**mdturner@lawhuggins.com**

Served this 9th day of August, 2023.

CHARTWELL LAW, LLP

*/s/ Karen K. Karabinos*
Karen K. Karabinos
Georgia Bar No. 423906

3200 Cobb Galleria Pkwy.          *Counsel for Defendant*
Bldg. 200, Ste. 250
Atlanta, GA 30339
Tel: (404) 410-1151
Fax: (404) 738-1632
kkarabinos@chartwelllaw.com