IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **AMBER DIVER,** ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION FILE NO.:** |
| ) | _____ |
| vs. ) | |
| ) | |
| **TRAVELERS PERSONAL** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| Defendant. ) | |

**<u>DEFENDANT TRAVELERS PERSONAL INSURANCE COMPANY'S
CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT</u>**

1.

Pursuant to Local Rule 3.3, Defendant, by and through counsel, certifies that the following is a full and complete list of all parties in this action:

**Plaintiff:** Amber Diver

**Defendant:** Travelers Personal Insurance Company

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations

1

(including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or interest which could be substantially affected by the outcome of this particular case:

**Plaintiff:** Amber Diver

**Defendant: Travelers Personal Insurance Company is 100% owned by The Travelers Indemnity Company, which is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family. No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.**

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Counsel for Plaintiff:** Foster Peebles
Michael D. Turner
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, GA 30075
fpeebles@lawhuggins.com
mdturner@lawhuggins.com

**Counsel for Defendant:** Karen K. Karabinos
Kevin P. Kelly
Chartwell Law, LLP
3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250
Atlanta, Georgia 30339
kkarabinos@chartwelllaw.com
kkelly@chartwelllaw.com

Served this 9th day of August, 2023.

                                   CHARTWELL LAW, LLP

                                   */s/ Karen K. Karabinos*
                                   Karen K. Karabinos
                                   Georgia Bar No. 423906

                                   */s/ Kevin P. Kelly*
                                   Kevin P. Kelly
                                   Georgia Bar No. 475246

3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250                           *Counsel for Defendant*
Atlanta, GA 30339
Tel: (404) 410-1151
Fax: (404) 738-1632
kkarabinos@chartwelllaw.com
kkelly@chartwelllaw.com

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing ***Defendant Travelers Personal Insurance Company's Certificate of Interested Persons and Corporate Disclosure Statement*** upon all parties to this matter using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

Foster Peebles
Michael D. Turner
THE HUGGINS LAW FIRM, LLC
110 Norcross Street
Roswell, GA 30075
fpeebles@lawhuggins.com
mdturner@lawhuggins.com

Served this 9th day of August, 2023.

CHARTWELL LAW, LLP

*/s/ Karen K. Karabinos*
Karen K. Karabinos
Georgia Bar No. 423906

*Counsel for Defendant*

3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250
Atlanta, GA 30339
Tel: (404) 410-1151
Fax: (404) 738-1632
kkarabinos@chartwelllaw.com