Case 1:23-mi-99999-UNA   Document 2534-4   Filed 08/09/23   Page 1 of 1

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV004004**
**7/5/2023 3:21 PM**
**Donald Talley, Clerk**
**Civil Division**

**GEORGIA, FULTON COUNTY**                                                        DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**                     CIVIL ACTION FILE #: _____
        Civil Division

_____

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ _____ |
| [ ] SPECIAL LIEN | |
| | \*\*\*\*\*\*\*\*\*\*\*\* |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

_____
_____
Plaintiff's Name, Address, City, State, Zip Code

                            vs.

_____
_____
_____
Defendant's Name, Address, City, State, Zip Code

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: _____

Address: _____

City, State, Zip Code: _____      Phone No.:_____

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

                                                                                    Donald Talley, Chief Clerk (electronic signature)

_____

***SERVICE INFORMATION:***
 Served, this _____ day of _____, 20_____.         _____
                                                                                                DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

**WRITE VERDICT HERE:**
We, the jury, find for _____

_____
This _____ day of _____, 20\_\_\_\_\_.      _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

**EXHIBIT "D"**