Case 1:23-mi-99999-UNA   Document 2534-6   Filed 08/09/23   Page 1 of 2

State Court of Fulton County
**E-FILED**
23EV004004
7/13/2023 3:31 PM
Donald Talley, Clerk
Civil Division

## AFFIDAVIT OF SERVICE

**State of Georgia**   County of Fulton   State Court

Case Number: 23EV004004

Plaintiff: **James Borders**
vs.
Defendant: **Leonard Thompson, et al**

For:
Shaun Daugherty
Guardian Law Group
200 Sandy Springs Pl NE
Ste 300
Atlanta, GA 30328

Received by Ancillary Legal Corporation on the 6th day of July, 2023 at 3:20 pm to be served on **Protective Insurance Company c/o Corporation Service Company, 2 Sun Ct, Ste 400, Peachtree Corners, GA 30092**.

I, Ericka McMillon, being duly sworn, depose and say that on the **10th day of July, 2023** at **11:01 am**, I:

served **Protective Insurance Company c/o Corporation Service Company** by delivering a true copy of the **Summons, Complaint for Damages, Plaintiff's First Continuing Interrogatories, Request for Production of Documents, and Request for Admissions to Defendant Protective Insurance Company, Rule 5.2 Certificate, General Civil and Domestic Relations Case Filing Information Form** to: Corporation Service Company as **Registered Agent, BY LEAVING THE SAME WITH** Alisha Smith as **Authorized to Accept** at the address of: **2 Sun Ct, Ste 400, Peachtree Corners, GA 30092.**

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Additional Information pertaining to this Service:**
7/10/2023  11:01 am  Perfected corporate service at 2 Sun Court Suite 400, Peachtree Corners, GA 30092, by serving Alisha Smith, CSC Coordinator.

Black female,

black hair,

40-45 years old ,
5'8", 150 lbs, no glasses.

EXHIBIT "F"

## AFFIDAVIT OF SERVICE For 23EV004004

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Ericka McMillon
Process Server

Subscribed and Sworn to before me on the 10th day of July, 2023 by the affiant who is personally known to me.

Alejandro Gutierrez
NOTARY PUBLIC

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2023007460
Ref: Borders