Page 1 of 3

| Agency Case Number | Agency NCIC No. | | GEORGIA MOTOR VEHICLE CRASH REPORT | | | County | | Date Rec. by DOT |
|---|---|---|---|---|---|---|---|---|
| 2022011120 | 0607200 | | | | | FULTON | | 7/22/2022 |

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Vehicles | Injuries | Fatalities | South Fulton |
| 7/21/2022 | 06:05 | 7/21/2022 | 06:10 | 7/21/2022 | 06:30 | 2 | 0 | 0 | |

**Road of Occurrence** 6400 FULTON INDUSTRIAL BLVD SW

**Not At Its Intersection But**  ☐ Miles ☐ North ☐ East  ☐ Feet ☐ South ☐ West

**At Its Intersection With** WESTGATE PKWY

**Of**

Suppl. To Original?
Private Property?
Hit And Run?

**Latitude (Y)** 33.704000 (Format) 00.00000
**Longitude (X)** -84.590000 (Format) -00.00000

| Unit # | ☑ Driver ☐ Ped ☐ Bike ☐ Susp At Fault | LAST NAME BORDERS | FIRST JAMES | MIDDLE EDWARD | Unit # | ☑ Driver ☐ Ped ☐ Bike ☐ Susp At Fault | LAST NAME THOMPSON | FIRST LEONARD | MIDDLE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | Address 6120 HOTEL ST | | | 2 | | Address 1015 NW 21ST AVE. 521 | | |

| City AUSTELL | State GA | Zip 30106 | DOB 11/10/1994 | City GAINESVILLE | State FL | Zip 32609 | DOB 12/19/1957 |
|---|---|---|---|---|---|---|---|

| Driver's License No 057760838 | Class CLASS C | State GA | Country | Driver's License No T512-520-57-459-0 | Class CLASS A | State FL | Country |
|---|---|---|---|---|---|---|---|

| Insurance Co. PROGRESSIVE PREMIER | Policy No. 933156231 | Telephone No. 4045632074 | Insurance Co. PROTECTIVE INS CO | Policy No. MF00512401 | Telephone No. 3523424222 |
|---|---|---|---|---|---|

| Year 2016 | Make DODGE | Model CHARGER R/T | Year 2021 | Make VOLVO | Model TR |
|---|---|---|---|---|---|

| VIN 2C3CDXCT3GH246604 | | Vehicle Color Black | VIN 4V4NC9EH0MN264512 | | Vehicle Color Red |
|---|---|---|---|---|---|

| Tag # TFJ8997 | State GA | County DOUGLAS | Year 2022 | Tag # JD10FN | State FL | County | Year 2023 |
|---|---|---|---|---|---|---|---|

| Trailer Tag # | State | County | Year | Trailer Tag # | State | County | Year |
|---|---|---|---|---|---|---|---|

| ☑ Same as Driver | Owner's Last Name BORDERS | First JAMES | Middle EDWARD · | ☐ Same as Driver | Owner's Last Name RDH TRUCKING INC | First | Middle |
|---|---|---|---|---|---|---|---|

| Address 6120 HOTEL ST | Address 2291 SE STATE ROAD 100 |
|---|---|

| City AUSTELL | State GA | Zip 30106 | City LAKE CITY | State FL | Zip 32026 |
|---|---|---|---|---|---|

| Removed By: DRIVER | ☐ Request ☐ List | Removed By: DRIVER | ☐ Request ☐ List |
|---|---|---|---|

| Alcohol Test: No | Type: Not Tested | Results: None Given | Drug Test: No | Type: | Results: | Alcohol Test: No | Type: Not Tested | Results: None Given | Drug Test: No | Type: | Results: |
|---|---|---|---|---|---|---|---|---|---|---|---|

| First Harmful Event: Motor Vehicle In Motion | Most Harmful Event: Motor Vehicle In Motion | Operator/Ped Cond: Unknown | First Harmful Event: Motor Vehicle In Motion | Most Harmful Event: Motor Vehicle In Motion | Operator/Ped Cond: Unknown |
|---|---|---|---|---|---|

| Operator Factors: Misjudged Clearance | | Operator Factors: No Contributing Factors | |
|---|---|---|---|
| Vehicle Factors: No Contributing Factors | Roadway Factors: No Contributing Factors | Vehicle Factors: No Contributing Factors | Roadway Factors: No Contributing Factors |

| Direction of Travel: North | Vehicle Maneuver: Straight | Non-Motor Maneuver: | Direction of Travel: North | Vehicle Maneuver: Turning Right | Non-Motor Maneuver: |
|---|---|---|---|---|---|

| Vehicle Class: Privately Owned | Vehicle Type: Passenger Car | Vision Obscured: Not Obscured | Vehicle Class: Commercial Motor Vehicle (CMV) | Vehicle Type: Tractor/Trailer | Vision Obscured: Not Obscured |
|---|---|---|---|---|---|

| Number of Occupants: 1 | Area of Initial Contact: Front End | Damage to Vehicle: Disabling Damage | Number of Occupants: 1 | Area of Initial Contact: Right Side-Near Front | Damage to Vehicle: Minor Damage |
|---|---|---|---|---|---|

| Traffic Way Class: Two-Way Trafficway with a physical separation | Road Composition: Black Top | Road Character: Straight and Level | Traffic Way Class: Two-Way Trafficway with a physical separation | Road Composition: Black Top | Road Character: Straight and Level |
|---|---|---|---|---|---|

| Number of Lanes: 4 | Posted Speed: 45 | Work Zone: None | Number of Lanes: 4 | Posted Speed: 45 | Work Zone: None |
|---|---|---|---|---|---|

| Traffic Control: No Control Present | Device Inoperative: ☐ Yes ☑ No | Traffic Control: No Control Present | Device Inoperative: ☐ Yes ☑ No |
|---|---|---|---|

| Citation Information: | | Citation Information: | |
|---|---|---|---|
| Citation # | O.C.G.A. § | Citation # | O.C.G.A. § |
| Citation # | O.C.G.A. § | Citation # | O.C.G.A. § |
| Citation # | O.C.G.A. § | Citation # | O.C.G.A. § |

**COMMERCIAL MOTOR VEHICLES ONLY**

| Carrier Name | | | | Carrier Name RDH TRUCKING INC | | | |
|---|---|---|---|---|---|---|---|
| Address | City | State | Zip | Address 2291 SE STATE RD 100 | City LAKE CITY | State | Zip |
| U.S. D.O.T. # | No. of Axles | G.V.W.R. | | U.S. D.O.T. # 1705575 | No. of Axles | G.V.W.R. 2600 or Greater | |
| Cargo Body Type | Vehicle Config. ☐ Interstate ☐ Intrastate | Fed. Reportable ☐ Yes ☐ No | | Cargo Body Type Other | Vehicle Config. Tractor Trailer | ☑ Interstate ☐ Intrastate | Fed. Reportable ☑ Yes ☐ No |
| C.D.L.? ☐ Yes ☐ No | | C.D.L. Suspended? ☐ Yes ☐ No | | C.D.L.? ☑ Yes ☐ No | | C.D.L. Suspended? ☐ Yes ☑ No | |
| Vehicle Placarded? ☐ Yes ☐ No | | Hazardous Materials? ☐ Yes ☐ No | | Vehicle Placarded? ☐ Yes ☑ No | | Hazardous Materials? ☐ Yes ☑ No | |
| Hazmat Released? ☐ Yes ☐ No | | | | Hazmat Released? ☐ Yes ☑ No | | | |
| If YES, Name or 4 Digit Number from Diamond or Box: | | | | If YES, Name or 4 Digit Number from Diamond or Box: | | | |
| One Digit Number from Bottom of Diamond: | | | | One Digit Number from Bottom of Diamond: | | | |
| ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units | | | | ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units | | | |

GDOT-523 (07/17)

EXHIBIT "G"

## COLLISION FIELDS

| Manner of Collision: Angle | Location at Area of Impact: On Roadway - Roadway Intersection | Weather: Cloudy | Surface Condition:  Wet | Light Condition: Daylight |
|---|---|---|---|---|

## NARRATIVE

Added Jul 21 2022  6:50AM
Upon arrival drivers declined medical.Driver 1 stated that he was traveling North on Fulton Industrial Blvd. while he thought a vehicle was going to stop but they did not which caused his vehicle to collide with Vehicle 2.Driver 2 stated that he was traveling North on Fulton Industrial Blvd. and he was making a right  turn into The Conlan Company construction site, while other vehicles stopped and Vehicle 1 struck his vehicle.Vehicle 2 sustained minor damages and was removed from the scene by the driver. Vehicle 1 sustained disabling damages and was towed by Southside Towing.No citation was issued.INCIDENT OCCURRED IN THE CITY OF SOUTH FULTON, GA.

## DIAGRAM

## PROPERTY DAMAGE INFORMATION

| Damage Other Than Vehicle: | Owner: |
|---|---|

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|

| OCCUPANT INFORMATION | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **1** Name (Last, First): BORDERS, JAMES | | | | | Address: 6120 HOTEL ST AUSTELL, GA 30106 | | | | |
| Age: 27 | Sex: Male | Unit # 1 | Position: Front Seat-Left Side | Safety Eq: Unknown | Ejected: Not Ejected | Extricated: No | Air Bag: Deployed Air Bag | Injury: No Apparent Injury | Taken for Treatment: No |
| Injured Taken To: | | | By: | | | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time: | |
| **2** Name (Last, First): THOMPSON, LEONARD | | | | | Address: 1015 NW 21ST AVE, 521 GAINESVILLE, FL 32609 | | | | |
| Age: 64 | Sex: Male | Unit # 2 | Position: Front Seat-Left Side | Safety Eq: Unknown | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury | Taken for Treatment: No |
| Injured Taken To: | | | By: | | | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time: | |
| **3** Name (Last, First): | | | | | Address: | | | | |
| Age: | Sex: | Unit # | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | | By: | | | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time: | |
| **4** Name (Last, First): | | | | | Address: | | | | |
| Age: | Sex: | Unit # | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | | By: | | | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time: | |

| ADMINISTRATIVE | | | |
|---|---|---|---|
| Photos Taken: ☐ Yes ☑ No | By: | | Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2866. |
| **Report By:** Superion, South () | **Agency:** South Fulton Police Department | **Report Date:** 07/22/2022 23:10 | **Checked By:** WOOD,    **Date Checked:** 7/21/2022 |