# KAILA & SOLOMON LAW GROUP, LLC
## ATTORNEYS AT LAW

200 SANDY SPRINGS PLACE NE
SUITE 300
ATLANTA, GEORGIA 30328

| **RAJEEV KAILA** | MAIN: 404-255-9000 | **JEFFREY M. SOLOMON** |
|---|---|---|
| Attorney at Law | FACSIMILE:  770-462-3349 | Attorney at Law |
| | www.myguardianlaw.com | |

January 13, 2022

<u>**SENT VIA CERTIFIED MAIL**</u>
<u>**RETURN RECEIPT REQUESTED**</u>
<u>**7021 2720 0002 0468 5983**</u>
Protective Insurance Company
ATTN: Laura Jacobs
P.O. Box 7099
Indianapolis, IN 42607-7099

| | | |
|---|---|---|
| RE: | **Our Client:** | **James Borders** |
| | **Your Insured:** | **RDH Trucking Inc** |
| | **Claim No.:** | **MF3898** |
| | **Date of Loss:** | **July 21, 2022** |

## <u>30-DAY TIME-LIMITED HOLT DEMAND PURSUANT TO O.C.G.A. §9-11-67.1</u>

Dear Ms. Jacobs:

The Kaila & Solomon Law Group, LLC, d/b/a Guardian Law Group, has been retained to represent Mr. James Borders in his claim for damages arising out of an automobile collision, specifically that which occurred on July 21, 2022, as a result of negligence on the part of your insured's driver.

## <u>STATEMENT OF FACTS</u>

This is a case of clear liability. On July 21, 2022, James was driving his 2016 Dodge Charger traveling with the lawful right of way. Suddenly and without warning, your insured's driver entered James's established lane of travel and crashed into his vehicle, thus causing a precipitous collision resulting in substantial property damage and bodily injury. Due to the violent and jarring nature of the impact, James suffered serious bodily injuries for which he has subsequently undergone necessary medical treatments.

## <u>INJURIES AND DAMAGES</u>

After the crash, continued pain and discomfort prompted James to embark upon a recommended course of chiropractic treatment, and additional medical care. This treatment would include, for example, cryotherapy, chiropractic adjustments, and electrical muscle stimulation, without implied limitation. Due to the severity of the injuries he suffered, James was forced to

EXHIBIT "H"

miss some time from work, resulting in **upwards of _$1,200.00_ in lost wages.**  Despite extensive treatment efforts, it appears that our client's symptoms will continue to be problematic for the foreseeable future and will only get worse with time. As one can imagine suffering ongoing pain, and intermittent flare-ups of indeterminate severity and frequency will make it difficult for James to complete daily tasks and enjoy a significant quality of life. Due to the severity of the injuries sustained by James, the likelihood of being able to settle the instant claim becomes slimmer with each passing day.

## SUMMARY OF SPECIAL DAMAGES FOR JAMES

| Provider | Treating Physician | Medical Bill | Number of Visits |
|---|---|---|---|
| *Wellstar Douglas Medical Center* | *Tayari McHezaji, MD* | *$1,626.00* | *1* |
| *ER Physicians Bill* | -- | *$645.00* | *1* |
| *GI Specialists of Georgia* | *Anish A. Desai, MD* | *$3,465.00* | *2* |
| *Whiplash Injury Clinic* | *Dr. Stuart Schlein, DC* | *$3,255.00* | *10* |
| *Lost Wages* | -- | *$1,200.00* | -- |
| **TOTAL:** | | **$10,191.00** | |

## LEGAL CONCLUSION

James's current pain is a direct result of the collision with your insured, due to your insured's negligence and carelessness. Furthermore, this collision is consistent with causing the injuries from which James suffers.

## DEMAND FOR SETTLEMENT PURSUANT TO O.C.G.A. § 9-11-67.1

This offer of settlement must be accepted within 30 days from your receipt of this demand.  To meet this demand, our client must receive one payment for your insured's BI Insurance Policy Limits. The payment may be made to "James Borders and Kaila & Solomon Law Group, LLC as attorneys" using any method prescribed in O.C.G.A. § 9-11-67.1(f). The payment must be made within forty (40) days of your receipt of this letter.  Our firm will gladly provide a W9 upon request.

In exchange for the payment of your insured's BI Insurance Policy Limits, our client will execute a limited release which completely releases your above-referenced insured from all claims arising out of the above-referenced accident/incident on the date of loss except to the extent that this demand is for policy limits and any other applicable insurance exists which

provides or may provide additional coverage.  As the recipient of this demand, our client requires that you provide a statement under oath regarding whether all liability and casualty issued by you which provides coverage or may provide coverage for the claim at issue be disclosed to our office.  From the settlement funds, our firm will resolve all legally valid and enforceable liens against the claim/action.

If any questions concerning the aforementioned matter should arise, please do not hesitate to contact our office.

Very truly yours,

Jeffrey Solomon
Attorney at Law
Georgia Bar No. 100156

## GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC No. | GEORGIA MOTOR VEHICLE CRASH REPORT | County | Date Rec. by DOT |
|---|---|---|---|---|
| 2022011120 | 0607200 | | FULTON | 7/22/2022 |

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Vehicles | Injuries | Fatalities | |
| 7/21/2022 | 06:05 | 7/21/2022 | 06:10 | 7/21/2022 | 06:30 | 2 | 0 | 0 | South Fulton |

**Road of Occurence** 6400 FULTON INDUSTRIAL BLVD SW

**At Its Intersection With** WESTGATE PKWY

**Not At Its Intersection But** ☐ Miles ☐ North ☐ East  ☐ Feet ☐ South ☐ West **Of**

☐ Suppl. To Original?
☐ Private Property?
☐ Hit And Run?

**Latitude (Y)** 33.704000  (Format)  00.00000

**Longitude (X)** -84.590000  (Format)  00.00000

| Unit # 1 | ☑ Driver ☐ Ped ☐ Bike ☐ Susp At Fault | LAST NAME BORDERS | FIRST JAMES | MIDDLE EDWARD | Unit # 2 | ☑ Driver ☐ Ped ☐ Bike ☐ Susp At Fault | LAST NAME THOMPSON | FIRST LEONARD | MIDDLE |
|---|---|---|---|---|---|---|---|---|---|
| | | Address 6120 HOTEL ST | | | | | Address 1015 NW 21ST AVE. 521 | | |

| City AUSTELL | State GA | Zip 30106 | DOB 11/10/1994 | City GAINESVILLE | State FL | Zip 32609 | DOB 12/19/1957 |
|---|---|---|---|---|---|---|---|

| Driver's License No 057760838 | Class CLASS C | State GA | Country | Driver's License No T512-520-57-459-0 | Class CLASS A | State FL | Country |
|---|---|---|---|---|---|---|---|

| Insurance Co. PROGRESSIVE PREMIER | Policy No. 933156231 | Telephone No. 4045632074 | Insurance Co. PROTECTIVE INS CO | Policy No. MF00512401 | Telephone No. 3523424222 |
|---|---|---|---|---|---|

| Year 2016 | Make DODGE | Model CHARGER R/T | Year 2021 | Make VOLVO | Model TR |
|---|---|---|---|---|---|

| VIN 2C3CDXCT3GH246504 | Vehicle Color Black | VIN 4V4NC9EH0MN264512 | Vehicle Color Red |
|---|---|---|---|

| Tag # TFJ8897 | State GA | County DOUGLAS | Year 2022 | Tag # JD10FN | State FL | County | Year 2023 |
|---|---|---|---|---|---|---|---|

| Trailer Tag # | State | County | Year | Trailer Tag # | State | County | Year |
|---|---|---|---|---|---|---|---|

| ☑ Same as Driver | Owner's Last Name BORDERS | First JAMES | Middle EDWARD | ☐ Same as Driver | Owner's Last Name RDH TRUCKING INC | First | Middle |
|---|---|---|---|---|---|---|---|

| Address 6120 HOTEL ST | | | | Address 2291 SE STATE ROAD 100 | | | |
|---|---|---|---|---|---|---|---|

| City AUSTELL | State GA | Zip 30106 | City LAKE CITY | State FL | Zip 32025 |
|---|---|---|---|---|---|

| Removed By: DRIVER | ☐ Request ☐ List | Removed By: DRIVER | ☐ Request ☐ List |
|---|---|---|---|

| Alcohol Test: No | Type: Not Tested | Results: None Given | Drug Test: No | Type: | Results: | Alcohol Test: No | Type: Not Tested | Results: None Given | Drug Test: No | Type: | Results: |
|---|---|---|---|---|---|---|---|---|---|---|---|

| First Harmful Event: Motor Vehicle In Motion | Most Harmful Event: Motor Vehicle In Motion | Operator/Ped Cond: Unknown | First Harmful Event: Motor Vehicle In Motion | Most Harmful Event: Motor Vehicle In Motion | Operator/Ped Cond: Unknown |
|---|---|---|---|---|---|

| Operator Factors: Misjudged Clearance | | Operator Factors: No Contributing Factors | |
|---|---|---|---|

| Vehicle Factors: No Contributing Factors | Roadway Factors: No Contributing Factors | Vehicle Factors: No Contributing Factors | Roadway Factors: No Contributing Factors |
|---|---|---|---|

| Direction of Travel: North | Vehicle Maneuver: Straight | Non-Motor Maneuver: | Direction of Travel: North | Vehicle Maneuver: Turning Right | Non-Motor Maneuver: |
|---|---|---|---|---|---|

| Vehicle Class: Privately Owned | Vehicle Type: Passenger Car | Vision Obscured: Not Obscured | Vehicle Class: Commercial Motor Vehicle (CMV) | Vehicle Type: Tractor/Trailer | Vision Obscured: Not Obscured |
|---|---|---|---|---|---|

| Number of Occupants: 1 | Area of Initial Contact: Front End | Damage to Vehicle: Disabling Damage | Number of Occupants: 1 | Area of Initial Contact: Right Side Near Front | Damage to Vehicle: Minor Damage |
|---|---|---|---|---|---|

| Traffic Way Flow: Two-Way Trafficway with a physical separation | Road Composition: Black Top | Road Character: Straight and Level | Traffic Way Flow: Two-Way Trafficway with a physical separation | Road Composition: Black Top | Road Character: Straight and Level |
|---|---|---|---|---|---|

| Number of Lanes: 4 | Posted Speed: 45 | Work Zone: None | Number of Lanes: 4 | Posted Speed: 45 | Work Zone: None |
|---|---|---|---|---|---|

| Traffic Control: No Control Present | Device Inoperative: ☐ Yes ☑ No | Traffic Control: No Control Present | Device Inoperative: ☐ Yes ☑ No |
|---|---|---|---|

| Citation Information: | | Citation Information: | |
|---|---|---|---|
| Citation # | O.C.G.A. § | Citation # | O.C.G.A. § |
| Citation # | O.C.G.A. § | Citation # | O.C.G.A. § |
| Citation # | O.C.G.A. § | Citation # | O.C.G.A. § |

### COMMERCIAL MOTOR VEHICLES ONLY

| Carrier Name | | | | Carrier Name RDH TRUCKING INC | | | |
|---|---|---|---|---|---|---|---|
| Address | City | State | Zip | Address 2291 SE STATE RD 100 | City LAKE CITY | State | Zip |
| U.S. D.O.T. # | No. of Axles | G.V.W.R. | | U.S. D.O.T. # 1166515 | No. of Axles 3 | G.V.W.R. 26001 or Greater | |
| Cargo Body Type | Vehicle Config. | ☐ Interstate ☐ Intrastate | Fed. Reportable ☐ Yes ☐ No | Cargo Body Type Other | Vehicle Config. Tractor/Trailer | ☑ Interstate ☐ Intrastate | Fed. Reportable ☑ Yes ☐ No |
| C.D.I. ? ☐ Yes ☐ No | C.D.L. Suspended? ☐ Yes ☐ No | | | C.D.I. ? ☑ Yes ☐ No | C.D.L. Suspended? ☐ Yes ☑ No | | |
| Vehicle Placarded? ☐ Yes ☐ No | Hazardous Materials? ☐ Yes ☐ No | | | Vehicle Placarded? ☐ Yes ☑ No | Hazardous Materials? ☐ Yes ☑ No | | |
| Hazmat Released? ☐ Yes ☐ No | | | | Hazmat Released? ☐ Yes ☑ No | | | |

If YES: Name or 4 Digit Number from Diamond or Box: One Digit Number from Bottom of Diamond:

☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units   ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

## COLLISION FIELDS

| Manner of Collision: Angie | Location at Area of Impact: On Roadway - Reaches Intersection | Weather: Cloudy | Surface Condition: Wet | Light Condition: Daylight |
|---|---|---|---|---|

## NARRATIVE

Added :Jul 21 2022 6:50AM

Upon arrival drivers declined medical.Driver 1 stated that he was traveling North on Fulton Industrial Blvd. while he thought a vehicle was going to stop but they did not which caused his vehicle to collide with Vehicle 2.Driver 2 stated that he was traveling North on Fulton Industrial Blvd. and he was making a right turn into The Conlan Company construction site, while other vehicles stopped and Vehicle 1 struck his vehicle.Vehicle 2 sustained minor damages and was removed from the scene by the driver. Vehicle 1 sustained disabling damages and was towed by Southside Towing.No citation was issued.INCIDENT OCCURRED IN THE CITY OF SOUTH FULTON, GA.

## DIAGRAM



## PROPERTY DAMAGE INFORMATION

| Damage Other Than Vehicle: | Owner: |
|---|---|

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|

GDOT-523 (05/17)

Page 3 of 3

## OCCUPANT INFORMATION

### 1

| Name (Last, First): BORDERS, JAMES | | | | | Address: 6120 HOTEL ST AUSTELL, GA 30106 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 27 | Sex: Male | Unit #: 1 | Position: Front Seat-Left Side | Safety Eq: Unknown | Ejected: Not Ejected | Extricated: No | Air Bag: Deployed Air Bag | Injury: No Apparent Injury | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 2

| Name (Last, First): THOMPSON, LEONARD | | | | | Address: 1015 NW 21ST AVE 521 GAINESVILLE, FL 32609 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 64 | Sex: Male | Unit #: 2 | Position: Front Seat-Left Side | Safety Eq: Unknown | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 3

| Name (Last, First): | | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit #: | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 4

| Name (Last, First): | | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit #: | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

## ADMINISTRATIVE

Photos Taken: [ ] Yes  [✓] No   By:

*Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaPARS@dot.ga.gov or Fax at (404) 635-2963.*

| Report By: | Agency: | Report Date: | Checked By: | Date Checked: |
|---|---|---|---|---|
| Superion, South () | South Fulton Police Department | 07/22/2022 23:10 | WOOD, | 7/21/2022 |







Statement Date: 1/5/2023
Guarantor Name: James Edward Borders III
Medical Record Number: 561660435

Interested in staying well? Get the latest health tips, news, and more on our new health information website at **www.wellstar.org**

**GUARANTOR INFORMATION:**
James Edward Borders III
6120 HOTEL ST
AUSTELL, GA 30106-4645

## This is not a bill.  This is an itemization of your services for:

| | | | |
|---|---|---|---|
| Patient Name: | James Edward Borders III | Admission Date: | 07/25/22 |
| Account ID: | 20002538963 | Discharge Date: | 07/25/22 |
| Guarantor ID: | 430381 | Location: | WS Douglas Hospital |

Current Account Charges: 1,626.50

### Hospital Charges

| Rev Code | Service Date | Description | Qty | Amount |
|---|---|---|---|---|
| 0450 | 07/25/2022 | HC ER SERVICE LEVEL III | 1 | 1,601.00 |
| 0637 | 07/25/2022 | CYCLOBENZAPRINE 10 MG TAB | 1 | 8.90 |
| 0637 | 07/25/2022 | KETOROLAC 10 MG TAB | 1 | 16.60 |
| **Total hospital charges:** | | | | **1,626.50** |



**Mail Processing Center**
**PO Box 3475 Toledo, OH 43607-0475**

 **Wellstar** HEALTH SYSTEM

| WS Douglas Hospital | Borders, James Edward III |
|---|---|
| 8954 Hospital Drive | MRN: 561660435, DOB: 11/10/1994, Sex: M |
| Douglasville GA 30134-2272 | Adm: 7/25/2022, D/C: 7/25/2022 |

## 07/25/2022 - ED in Wellstar Douglas Hospital Emergency

## Visit Information

### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 07/25/2022 0701 | Admit Date/Time: | 07/25/2022 1008 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Self Referral | Admit Category: | |
| Means of Arrival: | Car | Primary Service: | Emergency Medicine | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | WS SERVICE AREA | Unit: | Wellstar Douglas Hospital Emergency |
| Admit Provider: | | Attending Provider: | Tayari McHezaji, MD | Referring Provider: | |

### ED Disposition

| ED Disposition | Condition | User | Date/Time | Comment |
|---|---|---|---|---|
| **Discharge** | Stable | Brandon B Bisso, NP | Mon Jul 25, 2022 10:30 AM | James Edward Borders III discharge to home/self care. |

### Discharge Information

| | | |
|---|---|---|
| Date/Time: 07/25/2022 1042 | Disposition: Home Or Self Care | Destination: — |
| Provider: Tayari McHezaji, MD | Unit: Wellstar Douglas Hospital Emergency | |

### Follow-up Information

| Follow up With | Specialties | Details | Why | Contact Info |
|---|---|---|---|---|
| Tolani Oworu, MD | Family Medicine | Schedule an appointment as soon as possible for a visit | As needed | 8820 Hospital Drive Douglasville GA 30134 770-947-3000 |
| Manish S Noticewala, MD | Orthopedic Surgery | Schedule an appointment as soon as possible for a visit | As needed | 8901 Stonebridge Boulevard Suite 200 Douglasville GA 30134-2244 943-202-7030 |

## Patient Summary as-of Visit

### Allergies as of 7/25/2022

Allergies last reviewed by Tolani Oworu, MD on 7/11/2022 1342
No Known Allergies

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Prior To Admission

**hydrocortisone (Anusol-HC) 25 mg suppository**

| | |
|---|---|
| Instructions: Insert 1 suppository (25 mg total) rectally 2 (two) times a day | |
| Authorized by: Thomas C Roepke, MD | Ordered on: 7/7/2022 |
| Start date: 7/7/2022 | Quantity: 14 suppository |
| Refill: No refills remaining | |

**predniSONE (DELTASONE) 20 MG tablet**

Instructions: 3 tablets daily for 5 days QS

 **Wellstar** HEALTH SYSTEM

| WS Douglas Hospital | Borders, James Edward III |
|---|---|
| 8954 Hospital Drive | MRN: 561660435, DOB: 11/10/1994, Sex: M |
| Douglasville GA 30134-2272 | Adm: 7/25/2022, D/C: 7/25/2022 |

## 07/25/2022 - ED in Wellstar Douglas Hospital Emergency (continued)

### Medication List (continued)

Authorized by: Thomas C Roepke, MD
Start date: 7/7/2022
Refill: No refills remaining
Ordered on: 7/7/2022
Quantity: 15 tablet

**albuterol 90 mcg/actuation inhaler**
Instructions: Inhale 2 puffs into the lungs every 4 (four) hours as needed for wheezing
Authorized by: Thomas C Roepke, MD
Start date: 7/7/2022
Refill: No refills remaining
Ordered on: 7/7/2022
Quantity: 8 g

### Discharge Medication List

**hydrocortisone (Anusol-HC) 25 mg suppository**
Instructions: Insert 1 suppository (25 mg total) rectally 2 (two) times a day
Authorized by: Thomas C Roepke, MD
Start date: 7/7/2022
Refill: No refills remaining
Ordered on: 7/7/2022
Quantity: 14 suppository

**predniSONE (DELTASONE) 20 MG tablet**
Instructions: 3 tablets daily for 5 days QS
Authorized by: Thomas C Roepke, MD
Start date: 7/7/2022
Refill: No refills remaining
Ordered on: 7/7/2022
Quantity: 15 tablet

**albuterol 90 mcg/actuation inhaler**
Instructions: Inhale 2 puffs into the lungs every 4 (four) hours as needed for wheezing
Authorized by: Thomas C Roepke, MD
Start date: 7/7/2022
Refill: No refills remaining
Ordered on: 7/7/2022
Quantity: 8 g

**ibuprofen (MOTRIN) 800 MG tablet**
Instructions: Take 1 tablet (800 mg total) by mouth every 8 (eight) hours as needed for pain
Authorized by: Brandon B Bisso, NP
Start date: 7/25/2022
Refill: No refills remaining
Ordered on: 7/25/2022
Quantity: 21 tablet

**cyclobenzaprine (FLEXERIL) 10 MG tablet**
Instructions: Take 1 tablet (10 mg total) by mouth 2 (two) times a day as needed for muscle spasms
Authorized by: Brandon B Bisso, NP
Start date: 7/25/2022
Refill: No refills remaining
Ordered on: 7/25/2022
Quantity: 20 tablet

### Stopped in Visit

None

### ED Provider Note

#### ED Provider Notes by Brandon B Bisso, NP at 7/25/2022 1042

| Author: Brandon B Bisso, NP | Service: Emergency Medicine | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 7/25/2022 11:04 AM | Date of Service: 7/25/2022 10:42 AM | Status: Signed |
| Editor: Brandon B Bisso, NP (Nurse Practitioner) | | Cosigner: Tayari McHezaji, MD at 7/25/2022 6:58 PM |

## History

 **Wellstar**
HEALTH SYSTEM

| WS Douglas Hospital | Borders, James Edward III |
| 8954 Hospital Drive | MRN: 561660435, DOB: 11/10/1994, Sex: M |
| Douglasville GA 30134-2272 | Adm: 7/25/2022, D/C: 7/25/2022 |

**07/25/2022 - ED in Wellstar Douglas Hospital Emergency (continued)**

**ED Provider Note (continued)**

### Chief Complaint
**Motor Vehicle Crash**

Pt presents to the ed today c/o having some generalized back pain since an mvc on Thursday (4 days ago). sts he was side swiped by a semi truck. Denies head strike or loc. Denies any n/v/d/sob/dib. Denies any chest or abdominal pain. Denies any fever. Denies any urinary symptoms. sts the pain "comes and goes" and denies having been seen for this yet." denies any complaints of pain today. sts told to come in an be evaluated.

Nursing note reviewed and I agree with the documentation of the past medical, past surgical, social, and family histories.Vitals reviewed.

**Past Medical History:**

| Diagnosis | Date |
| --- | --- |
| • Asthma | |

No past surgical history on file.

**Family History**

| Problem | Relation | Age of Onset |
| --- | --- | --- |
| • Hyperlipidemia | Mother | |
| • Anemia | Mother | |
| • Multiple sclerosis | Mother | |
| • Arthritis | Mother | |

**Social History**

Tobacco Use
| | |
| --- | --- |
| • Smoking status: | Former Smoker |
|     Packs/day: | 0.25 |
|     Years: | 5.00 |
|     Pack years: | 1.25 |
|     Types: | Cigars, Cigarettes |
|     Quit date: | 5/1/2018 |
|     Years since quitting: | 4.2 |
| • Smokeless tobacco: | Never Used |

Substance Use Topics
| | |
| --- | --- |
| • Alcohol use: | No |
| • Drug use: | No |

Allergies: Patient has no known allergies.

**Prior to Admission medications**

| Medication | Sig |
| --- | --- |
| albuterol 90 mcg/actuation inhaler | Inhale 2 puffs into the lungs every 4 (four) hours as needed for wheezing |
| cyclobenzaprine (FLEXERIL) 10 MG tablet | Take 1 tablet (10 mg total) by mouth 2 (two) |

 **Wellstar** HEALTH SYSTEM

| WS Douglas Hospital | Borders, James Edward III |
|---|---|
| 8954 Hospital Drive | MRN: 561660435, DOB: 11/10/1994, Sex: M |
| Douglasville GA 30134-2272 | Adm: 7/25/2022, D/C: 7/25/2022 |

## 07/25/2022 - ED in Wellstar Douglas Hospital Emergency (continued)

**ED Provider Note (continued)**

| | times a day as needed for muscle spasms |
|---|---|
| hydrocortisone (Anusol-HC) 25 mg suppository | Insert 1 suppository (25 mg total) rectally 2 (two) times a day |
| ibuprofen (MOTRIN) 800 MG tablet | Take 1 tablet (800 mg total) by mouth every 8 (eight) hours as needed for pain |
| predniSONE (DELTASONE) 20 MG tablet | 3 tablets daily for 5 days QS |

Review of Systems
Constitutional: Negative for activity change, appetite change, chills, fatigue and fever.
HENT: Negative for congestion, ear pain, facial swelling, sinus pressure, sinus pain, sore throat and trouble swallowing.
Eyes: Negative for pain, redness and visual disturbance.
Respiratory: Negative for apnea, cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal distention, abdominal pain, constipation, diarrhea, nausea and vomiting.
Endocrine: Negative for polydipsia, polyphagia and polyuria.
Genitourinary: Negative for difficulty urinating, dysuria, flank pain and hematuria.
Musculoskeletal: Positive for back pain and myalgias. Negative for arthralgias and gait problem.
Skin: Negative for color change, rash and wound.
Allergic/Immunologic: Negative for environmental allergies, food allergies and immunocompromised state.
Neurological: Negative for dizziness, syncope, weakness, numbness and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for agitation and confusion. The patient is not nervous/anxious and is not hyperactive.

## Physical Exam

**Vital signs upon initiating note**

| | |
|---|---|
| BP | 100/72 |
| Pulse | 64 |
| Temp | 98.2 °F (36.8 °C) |
| Resp | 12 |
| Wt | 69.3 kg (152 lb 12.5 oz) |
| SpO2 | 99% |
| BMI | 23.93 kg/m² |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
  General: He is not in acute distress.
  Appearance: Normal appearance. He is well-developed. He is not ill-appearing, toxic-appearing or diaphoretic.
HENT:
  Head: Normocephalic and atraumatic.
  Right Ear: Hearing and external ear normal.
  Left Ear: Hearing and external ear normal.
  Nose: Nose normal.
  Mouth/Throat:

 Wellstar
HEALTH SYSTEM

WS Douglas Hospital
8954 Hospital Drive
Douglasville GA 30134-2272

Borders, James Edward III
MRN: 561660435, DOB: 11/10/1994, Sex: M
Adm: 7/25/2022, D/C: 7/25/2022

**07/25/2022 - ED in Wellstar Douglas Hospital Emergency (continued)**

ED Provider Note (continued)

Pharynx: No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
  General: Lids are normal.
  Right eye: No discharge.
  Left eye: No discharge.
  Conjunctiva/sclera: Conjunctivae normal.
  Pupils: Pupils are equal, round, and reactive to light.
Neck:
  Thyroid: No thyromegaly.
  Trachea: No tracheal deviation.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Pulses: Normal pulses.
  Heart sounds: Normal heart sounds, S1 normal and S2 normal. No murmur heard.
  No friction rub. No gallop.
Pulmonary:
  Effort: Pulmonary effort is normal. No tachypnea, accessory muscle usage or respiratory distress.
  Breath sounds: Normal breath sounds. No decreased breath sounds, wheezing, rhonchi or rales.
Chest:
  Chest wall: No tenderness.
Abdominal:
  General: Bowel sounds are normal. There is no distension.
  Palpations: Abdomen is soft. There is no hepatomegaly, splenomegaly, mass or pulsatile mass.
  Tenderness: There is no abdominal tenderness.
  Hernia: No hernia is present.
  Comments: **Abdomen is soft and nontender on exam.**
Musculoskeletal:
  General: No deformity. Normal range of motion.
  Cervical back: Normal, normal range of motion and neck supple.
  Thoracic back: Normal.
  Lumbar back: Normal.
  Comments: **No trauma or tenderness noted to the back on exam.**
Lymphadenopathy:
  Cervical: No cervical adenopathy.
Skin:
  General: Skin is warm and dry.
  Coloration: Skin is not pale.
  Findings: No erythema or rash.
Neurological:
  Mental Status: He is alert and oriented to person, place, and time.
  GCS: GCS eye subscore is 4. GCS verbal subscore is 5. GCS motor subscore is 6.
  Cranial Nerves: No cranial nerve deficit.
  Sensory: No sensory deficit.
  Motor: No tremor, atrophy, abnormal muscle tone or seizure activity.
Psychiatric:
  Speech: Speech normal.
  Behavior: Behavior normal. Behavior is cooperative.
  Thought Content: Thought content normal.
  Judgment: Judgment normal.

Lab Results:

 Wellstar
HEALTH SYSTEM

| WS Douglas Hospital | Borders, James Edward III |
| 8954 Hospital Drive | MRN: 561660435, DOB: 11/10/1994, Sex: M |
| Douglasville GA 30134-2272 | Adm: 7/25/2022, D/C: 7/25/2022 |

**07/25/2022 - ED in Wellstar Douglas Hospital Emergency (continued)**

**ED Provider Note (continued)**

Imaging results:

**ED Course**

Procedures : : :

benign exam.
Close f/u advised. Strict return instructions for any new or worsening symptoms. Pt currently denies any compalints. In agreement with poc. F/u with ortho.

This care is provided during extreme circumstances caused in large part by COVID-19/Delta Variant, which has placed heavy strains on healthcare resources, including emergency department and hospital overcrowding. We continue under a declaration of a National Public Health Emergency at this time. As this pandemic continues to evolve, the Hospital, Physicians, Advanced Practice Clinicians, and other hospital staff strive to respond fluidly, remain operational, and provide care relative to available resources and information. Further, the impact of COVID-19 on all aspects of emergency and hospital care, including the impact to patients seeking care for reasons other than COVID-19, is unavoidable during this National Emergency.

**11:04 AM**

The patient's work up is complete, and there is no further need for emergent diagnostics or treatments. Patient is stable, nontoxic, and has vital signs without concerns. Exam is non-focal except as noted above. I have gone over the discharge instructions and reviewed the warning signs/symptoms requiring immediate re-evaluation. Pt has also received instructions, and contact information, for outpatient follow up. The patient (or the patient's advocate in the ED) verbalized understanding of everything discussed, and is ready for discharge.

**Diagnoses this encounter:**
Final diagnoses:
**MVC (motor vehicle collision), initial encounter**

**Medications Given in ED:**
Medications
**ketorolac (TORADOL) tablet (10 mg Oral Given 7/25/22 1035)**
**cyclobenzaprine (FLEXERIL) tablet (10 mg Oral Given 7/25/22 1035)**

**Medications prescribed this encounter:**
**Discharge Medication List as of 7/25/2022 10:32 AM**

**START taking these medications**

| | Details |
| --- | --- |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** | Take 1 tablet (10 mg total) by mouth 2 (two) times a day as needed for muscle spasms, Starting Mon 7/25/2022, Print |

 **Wellstar**
HEALTH SYSTEM

| WS Douglas Hospital | Borders, James Edward III |
| 8954 Hospital Drive | MRN: 561660435, DOB: 11/10/1994, Sex: M |
| Douglasville GA 30134-2272 | Adm: 7/25/2022, D/C: 7/25/2022 |

**07/25/2022 - ED in Wellstar Douglas Hospital Emergency (continued)**

**ED Provider Note (continued)**

**ibuprofen (MOTRIN) 800 MG tablet**   Take 1 tablet (800 mg total) by mouth every 8 (eight) hours as needed for pain, Starting Mon 7/25/2022, Print

**Patient to follow up as directed with:**
Tolani Oworu, MD
8820 Hospital Drive
Douglasville GA 30134
770-947-3000

Schedule an appointment as soon as possible for a visit
As needed

Manish S Noticewala, MD
8954 Hospital Drive
Douglasville GA 30134-2272
770-949-1500

Schedule an appointment as soon as possible for a visit
As needed

No consult orders placed this encounter

Last four vital signs

| | 07/25/22 0703 | 07/25/22 0714 | 07/25/22 1031 |
|---|---|---|---|
| BP: | | 100/73 | 100/72 |
| Pulse: | | 65 | 64 |
| Resp: | | 13 | 12 |
| Temp: | | 98.3 °F (36.8 °C) | 98.2 °F (36.8 °C) |
| SpO2: | | 99% | 99% |
| Weight: | 69.3 kg (152 lb 12.5 oz) | | |

Electronically signed by

Brandon B Bisso, NP
07/25/22 1104

Electronically signed by Brandon B Bisso, NP at 7/25/2022 11:04 AM
Electronically signed by Tayari McHezaji, MD at 7/25/2022 6:58 PM

**ED Notes**

**ED Notes by Kevin Smith, RN at 7/25/2022 1009**

Pt states mvc x 3 days with pain in back left arm and left leg. Pt denies pain during assessment.

 **Wellstar**
HEALTH SYSTEM

| WS Douglas Hospital | Borders, James Edward III |
| 8954 Hospital Drive | MRN: 561660435, DOB: 11/10/1994, Sex: M |
| Douglasville GA 30134-2272 | Adm: 7/25/2022, D/C: 7/25/2022 |

### 07/25/2022 - ED in Wellstar Douglas Hospital Emergency (continued)

**ED Notes (continued)**

Kevin Smith, RN
07/25/22 1010

Electronically signed by Kevin Smith, RN at 7/25/2022 10:10 AM

**Progress Notes**

**Discharge Instructions by Brandon B Bisso, NP at 7/25/2022 1031**

| Author: Brandon B Bisso, NP | Service: — | Author Type: Nurse Practitioner |
| Filed: 7/25/2022 10:31 AM | Date of Service: 7/25/2022 10:31 AM | Status: Written |
| Editor: Brandon B Bisso, NP (Nurse Practitioner) | | |

Return to ED if you experience new or worsening symptoms.
Please follow-up with your PCP after treatment duration to ensure complete resolution.
You are advised to follow up with your PCP in next 2-3 days if your symptoms do not resolve.
Take any prescribed medications as directed.
Educated patient on side effects of prescribed medications including those that may interfere with patient's ability to safely operate a vehicle or machinery.

Electronically signed by Brandon B Bisso, NP at 7/25/2022 10:31 AM

**Written Discharge Information**

AVS (below)

 Wellstar
HEALTH SYSTEM

WS Douglas Hospital
8954 Hospital Drive
Douglasville GA 30134-2272

Borders, James Edward III
MRN: 561660435, DOB: 11/10/1994, Sex: M
Adm: 7/25/2022, D/C: 7/25/2022

**07/25/2022 - ED in Wellstar Douglas Hospital Emergency (continued)**

**Written Discharge Information (continued)**

---

WRITTEN DISCHARGE INFORMATION

 Wellstar
HEALTH SYSTEM

**James E. Borders III** DoB: 11/10/1994    📅 7/25/2022   📍 Wellstar Douglas Hospital Emergency 470-644-6422

Instructions

Return to ED if you experience new or worsening symptoms.
Please follow-up with your PCP after treatment duration to ensure
complete resolution.
You are advised to follow up with your PCP in next 2-3 days if your
symptoms do not resolve.
Take any prescribed medications as directed.
Educated patient on side effects of prescribed medications including
those that may interfere with patient's ability to safely operate a vehicle
or machinery.

 Your medications have changed today.
See your updated medication list for details.

 Read the attached information.
MVA, General Precautions (English)

 Pick up these medications from any pharmacy with
your printed prescription.
cyclobenzaprine • ibuprofen

 Schedule an appointment with Tolani Oworu, MD as
soon as possible for a visit
Why: As needed
Specialty: Family Medicine
Contact: 8820 Hospital Drive
Douglasville GA 30134
770-947-3000

 Schedule an appointment with Manish S Noticewala,
MD as soon as possible for a visit
Why: As needed
Specialty: Orthopedic Surgery
Contact: 8954 Hospital Drive
Douglasville GA 30134-2272
770-949-1500

**Today's Visit**
You were seen by Tayari Mchezaji, MD
and Brandon B Bisso, NP

Reason for Visit
Motor Vehicle Crash

Diagnosis
MVC (motor vehicle collision), initial
encounter

| Blood Pressure | Temperature |
|---|---|
| 100/72 | 98.2 °F |
| Pulse | Respiration |
| 64 | 12 |
| Oxygen Saturation | |
| 99% | |

MyChart
View your After Visit Summary and more
online at https://mychart.wellstar.org/
mychart/

James E. Borders III (MRN: 561660435) • Printed at 7/25/2022 10:32 AM                    Page 1 of 8   *Epic*

---

 Wellstar

WS Douglas Hospital
8954 Hospital Drive
Douglasville GA 30134-2272

Borders, James Edward III
MRN: 561660435, DOB: 11/10/1994, Sex: M
Adm: 7/25/2022, D/C: 7/25/2022

## 07/25/2022 - ED in Wellstar Douglas Hospital Emergency (continued)

**Written Discharge Information (continued)**

What's Next

NOV
8
2022

Physical with Tolani Owens, MD
Tuesday November 8 10:45 AM (Arrive by 10:30 AM)

Wellstar Douglasville Medical Center
8820 Hospital Drive
Douglasville GA 30134-2266
770-947-3000
Arrive at: WMG IM DOUGLASVILLE

You are allergic to the following
No active allergies

James E. Borders III (MRN: 561660435) • Printed at 7/25/2022 10:32 AM                    Page 2 of 8    *Epic*



WS Douglas Hospital
8954 Hospital Drive
Douglasville GA 30134-2272

Borders, James Edward III
MRN: 561660435, DOB: 11/10/1994, Sex: M
Adm: 7/25/2022, D/C: 7/25/2022

**07/25/2022 - ED in Wellstar Douglas Hospital Emergency (continued)**

Written Discharge Information (continued)

## Changes to Your Medication List

ⓘ If you have any questions about this medication list, please talk to your doctor at your next appointment. You may use this form to make notes about any medications that you have stopped or started taking, including over the counter medications. Bring the form with you to the appointment as a reminder to discuss with your doctor.

START taking these medications

 cyclobenzaprine 10 MG tablet
Commonly known as FLEXERIL

Take 1 tablet (10 mg total) by mouth 2 (two) times a day as needed for muscle spasms

 ibuprofen 800 MG tablet
Commonly known as MOTRIN

Take 1 tablet (800 mg total) by mouth every 8 (eight) hours as needed for pain

CONTINUE taking these medications

 albuterol 90 mcg/actuation inhaler

Inhale 2 puffs into the lungs every 4 (four) hours as needed for wheezing

 hydrocortisone 25 mg suppository
Commonly known as Anusol-HC



Insert 1 suppository (25 mg total) rectally 2 (two) times a day

 predniSONE 20 MG tablet
Commonly known as DELTASONE

3 tablets daily for 5 days QS

**For further follow up if needed, please call Wellstar doctor referral line at 470-956-STAR (7827).**

Additional Information

You now have even more access to your medical information and easier electronic access to your medical records. All test results (excluding HIV and genetics) and provider notes will be released via the Wellstar MyChart patient portal as soon as they are available. **If you do not already use MyChart, please sign up today at** https://mychart.wellstar.org/.

Two Ways to Request Your Medical Records Electronically

1.  You can request your records via your MyChart account by using the MyChart App on your smart phone or logging into: https://mychart.wellstar.org/. Select "Your Menu", then "Request My Records". For MyChart support, call (470) 644-0419 or email mycharthelp@wellstar.org.

James E. Borders III (MRN: 561660435) • Printed at 7/25/2022 10:32 AM                    Page 3 of 8   *Epic*

 **Wellstar**

| WS Douglas Hospital | Borders, James Edward III |
|---|---|
| 8954 Hospital Drive | MRN: 561660435, DOB: 11/10/1994, Sex: M |
| Douglasville GA 30134-2272 | Adm: 7/25/2022, D/C: 7/25/2022 |

## 07/25/2022 - ED in Wellstar Douglas Hospital Emergency (continued)

**Written Discharge Information (continued)**

Two Ways to Request Your Medical Records Electronically (continued)

2.  You can also request your records from our Online Patient Request Portal from your smart phone, tablet or computer:

https://www.swellbox.com/wellstar-health-wizard.html or scan this QR code with your phone or tablet camera:



### When to Use the Emergency Room (ER)

An emergency means you could die if you don't get care quickly. Or you could be hurt permanently (disabled). Read below to know when to use—and when not to use—an emergency room (ER).



### Dangers to your life

Here are examples of emergencies. This is not a complete list. These need immediate care:

- A hard time breathing (shortness of breath)
- Severe chest pain or pressure
- A fast or pounding heartbeat (palpitations) or fluttering in your heart
- Choking
- Severe bleeding
- Suddenly unable to move or speak
- Suddenly not being able to feel an arm or a leg
- Blacking out (fainting)
- Poisoning
- Coughing or vomiting blood
- Severe or lasting vomiting or diarrhea

James E. Borders III (MRN: 561660435) • Printed at 7/25/2022 10:32 AM                    Page 4 of 8   *Epic*

 Wellstar

WS Douglas Hospital
8954 Hospital Drive
Douglasville GA 30134-2272

Borders, James Edward III
MRN: 561660435, DOB: 11/10/1994, Sex: M
Adm: 7/25/2022, D/C: 7/25/2022

## 07/25/2022 - ED in Wellstar Douglas Hospital Emergency (continued)

**Written Discharge Information (continued)**

- Severe belly (abdominal) pain
- Changes in mental status or confusion, trouble waking up, abnormal behavior
- Changes in vision
- Sudden onset of the "worst headache of your life"
- Suicidal thoughts
- Thoughts of harming another person

### Dangers of permanent injuries

Here are other emergencies. These also need care right away:

- Deep cuts or severe burns
- Broken bones, or sudden severe pain and swelling in a joint

### When it's an emergency

If you have an emergency, follow the steps below.

#### 1. Go to the nearest emergency room

- If you can, go to the hospital ER closest to you right away.
- If you can't get there right away, or if it isn't safe to move the person who is hurt or take yourself, call 911 or your police emergency number.

#### 2. Call your primary care doctor after the emergency care

- Tell your health about the emergency. Call within 24 hours of going to the ER.
- If you can't call, have someone call for you.
- Go to your doctor (not the ER) for any follow-up care.

### When it's not an emergency

If a problem is not an emergency, follow these steps:

#### 1. Call your primary care doctor

- If you don't know the name of your doctor, call your health insurance plan.
- If you can't call, have someone call for you.
- If you don't have a primary care doctor, try visiting an urgent care center or walk-in clinic.

#### 2. Follow instructions

- Your doctor will tell you what you should do.
- You may be told to see your doctor right away. You may be told to go to the ER. Or you may be told to go to an urgent care center.
- Follow your doctor's advice.

**StayWell last reviewed this educational content on 6/1/2020**

© 2000-2021 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

James E. Borders III (MRN: 561660435) • Printed at 7/25/2022 10:32 AM                    Page 5 of 8    *Epic*



| | | |
|---|---|---|
| | WS Douglas Hospital | Borders, James Edward III |
| | 8954 Hospital Drive | MRN: 561660435, DOB: 11/10/1994, Sex: M |
| | Douglasville GA 30134-2272 | Adm: 7/25/2022, D/C: 7/25/2022 |

**07/25/2022 - ED in Wellstar Douglas Hospital Emergency (continued)**

**Written Discharge Information (continued)**

 Wellstar
HEALTH SYSTEM

WS Douglas Hospital
8954 Hospital Drive
Douglasville GA 30134-2272

Borders, James Edward III
MRN: 561660435, DOB: 11/10/1994, Sex: M
Adm: 7/25/2022, D/C: 7/25/2022

**07/25/2022 - ED in Wellstar Douglas Hospital Emergency (continued)**

**Written Discharge Information (continued)**

Attached Information                                    MVA, General Precautions (English)

## Motor Vehicle Accident: General Precautions

Strong forces may be involved in a car accident. It is important to watch for any new symptoms that may signal hidden injury.

It is normal to feel sore and tight in your muscles and back the next day, and not just the muscles you initially injured. Remember, all the parts of your body are connected, so while initially one area hurts, the next day another may hurt. Also, when you injure yourself, it causes inflammation, which then causes the muscles to tighten up and hurt more. After the initial worsening, it should gradually improve over the next few days. However, more severe pain should be reported.

Even without a definite head injury, you can still get a concussion from your head suddenly jerking forward, backward or sideways when falling. Concussions and even bleeding can still occur, especially if you have had a recent injury or take blood thinner. It is common to have a mild headache and feel tired and even nauseous or dizzy.

A motor vehicle accident, even a minor one, can be very stressful and cause emotional or mental symptoms after the event. These may include:

- General sense of anxiety and fear
- Recurring thoughts or nightmares about the accident
- Trouble sleeping or changes in appetite
- Feeling depressed, sad or low in energy
- Irritable or easily upset
- Feeling the need to avoid activities, places or people that remind you of the accident

In most cases, these are normal reactions and are not severe enough to get in the way of your usual activities. These feelings usually go away within a few days, or sometimes after a few weeks.

### Home care

### Muscle pain, sprains and strains

Even if you have no visible injury, it is not unusual to be sore all over, and have new aches and pains the first couple of days after an accident. Take it easy at first, and don't over do it.

- Initially, don't try to stretch out the sore spots. If there is a strain, stretching may make it worse. Massage may help relax the muscles without stretching them.
- You can use an ice pack or cold compress on and off to the sore spots 10 to 20 minutes at a time, as often as you feel comfortable. This may help reduce the inflammation, swelling and pain. You can make an ice pack by wrapping a plastic bag of ice cubes or crushed ice in a thin towel or using a bag of frozen peas or corn.

### Wound care

- If you have any scrapes or abrasions, they usually heal within 10 days. It is important to keep the abrasions clean while they first start to heal. However, an infection may occur even with proper care, so watch for early signs of infection such as:
  - Increasing redness or swelling around the wound
  - Increased warmth of the wound

James E. Borders III (MRN: 561660435) • Printed at 7/25/2022 10:32 AM          Page 7 of 8   Epic

 **Wellstar** HEALTH SYSTEM

| | |
|---|---|
| WS Douglas Hospital | Borders, James Edward III |
| 8954 Hospital Drive | MRN: 561660435, DOB: 11/10/1994, Sex: M |
| Douglasville GA 30134-2272 | Adm: 7/25/2022, D/C: 7/25/2022 |

## 07/25/2022 - ED in Wellstar Douglas Hospital Emergency (continued)

**Written Discharge Information (continued)**

- Red streaking lines away from the wound
- Draining pus

### Medicines

- Talk to your healthcare provider before taking new medicines, especially if you have other medical problems or are taking other medicines.
- If you need anything for pain, you can take acetaminophen or ibuprofen, unless you were given a different pain medicine to use. Talk with your healthcare provider before using these medicines if you have chronic liver or kidney disease, or ever had a stomach ulcer or gastrointestinal bleeding, or are taking blood thinner medicines.
- Be careful if you are given prescription pain medicines, narcotics, or medicine for muscle spasm. They can make you sleepy, dizzy and can affect your coordination, reflexes and judgment. Don't drive or do work where you can injure yourself when taking them.

### Follow-up care

Follow up with your healthcare provider, or as advised. If emotional or mental symptoms last more than 3 weeks, follow up with your healthcare provider. You may have a more serious traumatic stress reaction. There are treatments that can help. If you had a concussion, be sure you or a friend writes down any instructions if you are still dazed or confused.

If X-rays or CT scans were done, you will be notified if there are any concerns that affect your treatment.

### Call 911

Call 911 if any of these occur:

- Trouble breathing
- Confused or difficulty arousing
- Fainting or loss of consciousness
- Rapid heart rate
- Trouble with speech or vision, weakness of an arm or leg or, if one pupil of your eye becomes larger than the other
- Trouble walking or talking, loss of balance, numbness or weakness in one side of your body, facial droop

### When to seek medical advice

Call your healthcare provider right away if any of the following occur:

- New or worsening headache or vision problems
- New or worsening neck, back, abdomen, arm or leg pain
- Nausea or vomiting
- Dizziness or vertigo
- Redness, swelling, or pus coming from any wound

**StayWell last reviewed this educational content on 4/1/2018**

© 2000-2021 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

James E. Borders III (MRN: 561660435) • Printed at 7/25/2022 10:32 AM       Page 8 of 8    Epic



THE BORTOLAZZO GROUP

**August 10, 2022**

★★★ MAKE CHECKS PAYABLE TO: ★★★
THE BORTOLAZZO GROUP
PO BOX 740937
Atlanta, GA 30374-0937

| Insured Patient | James E Borders |
|---|---|
| Patient DOB | 1994-11-10 |
| Account # / Claim ID | 16822939V14272 |
| Date of Loss | 2022-07-25 |
| Date of Service | 2022-07-25 |
| Charges | $645.00 |

SERVICING FACILITY:
  WELLSTAR DOUGLAS HOSPITAL ER

TAX ID:
  582636306

PATIENT / GUARANTOR:
  JAMES E BORDERS
  6120 HOTEL ST
  AUSTELL, GA

To ensure proper posting please provide a copy of this page with your payment.

Diagnosis Code(s)

| ICD Code | Description |
|---|---|
| M549 | DORSALGIA, UNSPECIFIED |
| G8911 | ACUTE PAIN DUE TO TRAUMA |
| V445XXA | CAR DRIVER INJURED IN COLLISION W HV VEH IN TRAF, INIT |

Procedure(s) and Charge(s):

| No. | Svc. Date | HCPCS | Description | Unit | Charge |
|---|---|---|---|---|---|
| 1 | 2022-07-25 | 99283 | EMERGENCY DEPT VISIT | 1 | 645.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total | $645.00 |

Confidential Protected Patient Information for Named Patient or Carrier's Claims Processor Only. If you are not the intended recipient of this information please return to Medlytix PFS by contacting us at *678-507-0333*.

CwReport1664471648640

Name: BORDERS III, JAMES
Address: 1605 OLDE SPRING TRL, , LITHIA SPRINGS, GA-30122-2750
Phone: 404-563-2074
Account No: 811906

| Coll | | Claim No | Date | Description | Charges |
|---|---|---|---|---|---|
| Payments | Adjust | WitHeld | Pt Bal | Ins Bal | |
| | | 1694539 | 08/30/2022 | Charges (Pr:AAD Fac:.. | 1000.00 |
| | | 1694540 | 08/30/2022 | Charges (Pr:JEG Fac:.. | 625.00 |
| | | 1694550 | 08/30/2022 | Charges (Pr:AAD Fac:.. | 1400.00 |
| | | 1672546 | 07/26/2022 | Charges (Pr:AAD Fac: DO) | 440.00 |

Total                                          $3465.00

Page 1

BORDERS III, JAMES E **DOB:** 11/10/1994 (27 yo M) **Acc No.** 811906 **DOS:** 07/26/2022



# BORDERS III, JAMES E
27 Y old Male, DOB: 11/10/1994
Account Number: 811906
1605 OLDE SPRING TRL, LITHIA SPRINGS, GA-30122-2750
Home: 404-563-2074
Guarantor: BORDERS III, JAMES E   Insurance: WELLCARE
Medicare
PCP: RASHMI SHARMA
Appointment Facility: GI Specialists (Douglasville Office)

07/26/2022                                    Progress Notes: Anish A Desai, MD

**Current Medications**
None

**Past Medical History**
Medical History Verified.

**Surgical History**
Denies Past Surgical History

**Family History**
Father: alive, diagnosed with Unknown
or negative family history
Mother: alive, diagnosed with Unknown
or negative family history
Siblings: alive, diagnosed with Unknown
or negative family history
Mother with MS.

**Social History**
no Smoking  Are you a: never smoker.
Alcohol Use: None  Did you have a drink
containing alcohol in the past year?
No, Points 0, Interpretation Negative.
Illicit Drug Use: Never.
Tattoos: yes.
no Blood transfusions.

**Allergies**
N.K.D.A.

**Hospitalization/Major**
**Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
Gastroenterology:
    rectal bleeding yes.

**Reason for Appointment**
1. Rectal Bleeding

**Assessments**
1. Hematochezia - K92.1 (Primary), Patient with hematochezia for about a
month. It is bright red in color. It is mixed with the stool and in the toilet
bowl. He denies diarrhea or constipation. He does drive a forklift. This
could be hemorrhoids or other lower GI bleeding lesion including colon
polyps, colon cancer, colitis or diverticulosis. We will schedule colonoscopy
for further evaluation.
2. Iron deficiency - E61.1, Previous low ferritin indicating iron deficiency.
We will repeat CBC and iron panel today. We will also schedule
colonoscopy as above.

**Treatment**
1. **Hematochezia**
    LAB: *Iron and TIBC
    LAB: *Ferritin, Serum
    LAB: *CBC, Platelet; No Differential
    PROCEDURE: Colonoscopy
Notes: Colonoscopy with potential risks which include but are not limited
to perforation, bleeding, complications of sedation were explained. A
complication may require surgery, hospital admission or blood
transfusions. Patient is willing to proceed.

2. **Iron deficiency**
    PROCEDURE: Colonoscopy

**Follow Up**
after colonoscopy

**History of Present Illness**
Current HPI:
    The patient is a 27-year-old male who presents with complaints of
hematochezia.
    We last saw him 3 years ago for elevated LFTs with negative workup.
At that time he had a low ferritin. We decided against EGD and
colonoscopy at that time.

BORDERS III, JAMES E **DOB:** 11/10/1994 (27 yo M) **Acc No.** 811906 **DOS:** 07/26/2022

He now returns complaining of hematochezia for a month. He has bright red blood per rectum which is sometimes mixed with the stool and sometimes with wiping. There is no rectal pain, abdominal pain, constipation or diarrhea. There is no weight loss, reflux, dysphagia or hematemesis. He's had no recent blood work.

## Vital Signs
blood pressure **104/70 mm Hg**, weight **154.8 lbs**, height **5'7"**, BMI **24.24**.

## Examination
General examination:
    General appearance: no acute distress, pleasant. Skin: moist, warm. HEENT: Sclera: anicteric, Oral cavity: no lesions seen. Neck: no lymphadenopathy, no thyroid enlargement, supple. Lungs: clear bilaterally. Heart: no murmurs, regular rate and rhythm, normal S1S2. Abdomen: soft, non-tender/non-distended, bowel sounds normoactive. Rectal exam exam deferred until colonoscopy. Extremities no clubbing, no edema. Neurological: alert and oriented x4.

## Procedure Codes
G9903 Pt scrn tbco id as non user



Electronically signed by Anish Desai , MD on 07/26/2022 at 04:02 PM EDT

Sign off status: Completed

GI Specialists (Douglasville Office)
6002 PROFESSIONAL PKWY
STE 200
DOUGLASVILLE, GA 30134-5627
Tel: 678-741-5000
Fax: 770-874-0528

Progress Note: Anish A Desai, MD    07/26/2022

2/2

**BORDERS III, JAMES E**, 27 Y, M, 11/10/1994

GI Specialists of Georgia, PC
1700 Hospital South Drive Suite 502, Austell, GA 30106

404-563-2074

# CUMULATIVE REPORTS

## *Iron and TIBC

| COLLECTION DATE | 07/26/2022 |
|---|---|
| Order Date | 07/26/2022 |
| Result Date | 07/27/2022 |
| Ordering Physician | Desai, Anish |
| Iron, Serum | 105<br>38-169 ug/dL |
| Iron Bind.Cap.(TIBC) | 290<br>250-450 ug/dL |
| UIBC | 185<br>111-343 ug/dL |
| Iron Saturation | 36<br>15-55 % |

## *Ferritin, Serum

| COLLECTION DATE | 07/26/2022 |
|---|---|
| Order Date | 07/26/2022 |
| Result Date | 07/27/2022 |
| Ordering Physician | Desai, Anish |
| Ferritin, Serum | 97<br>30-400 ng/mL |

CBC, Platelet; No Differential

| COLLECTION DATE | 07/26/2022 |
|---|---|
| Order Date | 07/26/2022 |
| Result Date | 07/27/2022 |
| Ordering Physician | Desai, Anish |
| WBC | 4.6<br>3.4-10.8 x10E3/uL |
| RBC | 5.32<br>4.14-5.80 x10E6/uL |
| Hemoglobin | 16.1<br>13.0-17.7 g/dL |
| Hematocrit | 47.4<br>37.5-51.0 % |
| MCV | 89<br>79-97 fL |
| MCH | 30.3<br>26.6-33.0 pg |
| MCHC | 34.0<br>31.5-35.7 g/dL |
| Platelets | 272<br>150-450 x10E3/uL |
| RDW | 12.6<br>11.6-15.4 % |

BORDERS III, JAMES E, 11/10/1994



## DCA Diagnostic Endoscopy Center

**880 Crestmark Dr. STE: 102 Lithia Springs GA 30122**
**Phone (678) 388-2040          Fax (770) 726-7714**

## Colonoscopy Report

| | | | |
|---|---|---|---|
| **Date:** | 8/30/2022 2:00 PM | | |
| **Patient Name:** | **JAMES E. BORDERS III** | **Gender:** | Male |
| **Account #:** | 811906 | **DOB (age):** | 11/10/1994 (27) |
| **Endoscopist(s):** | Anish Desai, MD | **Instrument(s):** | 1C729G315(1C29G315) |

**Referring Physician:**     Tolani Oworu
8820 Hospital Drive, Douglasville, GA 30134
(770) 947-3000 (phone)
(770) 947-3062 (fax)

   

| cecum | Normal mucosa in the terminal ileum | Normal mucosa in the terminal ileum | Normal mucosa in the cecum, ascending colon, transverse colon and descending colon |

   

| Erythema and granularity in the rectum and sigmoid colon to 20 cm compatible with Ulcerative Colitis | Erythema and granularity in the rectum and sigmoid colon to 20 cm compatible with Ulcerative Colitis | Erythema and granularity in the rectum and sigmoid colon to 20 cm compatible with Ulcerative Colitis | Erythema and granularity in the rectum and sigmoid colon to 20 cm compatible with Ulcerative Colitis |

| | |
|---|---|
| **Anesthetist:** | Jessica Ginn, CRNA |
| **Nurse(s)/Staff:** | Jasmine Clark, RN (Post-Procedure, Pre-Procedure)<br>Christina Beebe, LPN (Post-Procedure)<br>Dawn Jones, GI Tech (Intra-Procedure) |
| **ASA Class:** | P1 - 8/30/2022 2:18 PM Jessica Ginn, CRNA |
| **Indications:** | Hematochezia: 578.1 - K92.1 |

**Physical Exam:**
*Exam chaperoned*
*Physical exam was performed prior to anesthesia on 8/30/2022 at 2:11 PM.*
**Constitutional:**

*Appearance:* well developed, well nourished, in no acute distress.

**Head/face:**

   *Inspection:* atraumatic and normocephalic.

**Neck:**

      *Neck:* normal motion and central trachea.

      *Jugular veins:* normal.

**Respiratory:**

   *Effort:* normal diaphragmatic excursion, without intercostal retractions, or use of accessory muscles of respiration.

   *Auscultation:* normal breath sounds, no wheezes or rhonchi.

**Cardiovascular:**

   *Auscultation:* regular rate and rhythm, no murmurs.

**Gastrointestinal/Abdomen:**

   *Abdomen:* no distention, soft, non tender, normal bowel sounds.

   *Liver/Spleen:* normal size, not palpable.

**Psychiatric:**

   *Orientation:* oriented to time, space and person.

**Other:**

      *Other:* Medical history scanned and reviewed. Patient appropriate for outpatient Endoscopy.

**Vital Signs:**

| Weight (lbs/oz) | | Height (ft/in) | | BMI | |
|---|---|---|---|---|---|
| 153 / 0 | | 5 / 7 | | 23.96 | |

| BP (mmHg) | Pulse (bpm) | Rhythm | Resp/min | Temp | SPO2 (%) |
|---|---|---|---|---|---|
| 118/78 | 89 | Regular | 17 | 97.7 (F) | 99 |

**Medications:**            None given in pre-op
                  Per Monitored Anesthesia Care, See Anesthesia Care

**Procedure:**

This is a high risk patient  undergoing a Diagnostic colonoscopy. .
The procedure, indications, preparation and potential complications were explained to the patient, who indicated understanding and signed the corresponding consent forms. The efficacy of a colonoscopy of detecting lesions was discussed with the patient and it was pointed out that a small percentage of polyps and other lesions can be missed with the test. A time out for safety was performed by the procedural team, myself and the patient. MAC was administered by nurse anesthetist. Continuous pulse oximetry and blood pressure monitoring were used throughout the procedure. Supplemental oxygen was used. The quality of preparation was adequate. Patient was placed in left lateral decubitus position. The colonoscope was introduced through rectum and advanced under direct visualization until cecum was reached The appendiceal orifice was seen. The colonoscope was retroflexed within the rectum. Careful visualization was performed as the instrument was withdrawn. Patient tolerance to procedure was good. The procedure was not difficult. Digital exam was normal. The colonoscope was withdrawn in a thorough circumferential fashion with careful view of the entire colon.

**Findings:**

*Mucosa*    Normal mucosa was noted in the terminal ileum. Multiple cold forceps biopsies were performed for histology in the terminal ileum. R/O Crohns.
Normal mucosa was noted in the cecum, ascending colon, transverse colon and descending colon. Multiple cold forceps biopsies were performed for histology in the cecum, ascending colon, transverse colon and descending colon. R/O colitis.
Diffuse continuous erythema and granularity with no bleeding were noted in the rectum and sigmoid colon to 20 cm. These findings are compatible with Ulcerative Colitis. Multiple cold forceps biopsies were performed for histology in the rectum and sigmoid colon. R/O ulcerative colitis.

**Impressions:**

- Normal mucosa in the terminal ileum. (Biopsy).

- Normal mucosa in the cecum, ascending colon, transverse colon and descending colon. (Biopsy).

- Erythema and granularity in the rectum and sigmoid colon to 20 cm compatible with Ulcerative Colitis. (Biopsy).

JAMES E. BORDERS III (811906, 11/10/1994) - Colonoscopy, 8/30/2022

**Plan:**        We will call you with pathology results. Please call my medical assistant at 770-874-2504 if you have not received your results within 7 days.
Please call office at 770-739-9555 with any change in medical condition including bleeding, abdominal pain or fever.
High Fiber Diet
Follow up with gastroenterologist as previously scheduled.
Follow up with referring physician as needed.
Continue Current Medication(s)

**Limitations/Complications:**        There were no apparent limitations or complications

**Additional Notes:**        Given mild findings, will await biopsies and treat if consistent with UC

**Samples:**

Jar # 1 :
Biopsy in the cecum, ascending colon, transverse colon and descending colon
Test(s) requested: Histology
Comments: tissue visualized in jar,, R/O Colitis bx,dj

Jar # 2 :
Biopsy in the terminal ileum
Test(s) requested: Histology
Comments: tissue visualized in jar,, R/O Crohns bx,dj

Jar # 3 :
Biopsy in the sigmoid colon and rectum
Test(s) requested: Histology
Comments: tissue visualized in jar,, R/O Colitis bx,dj

**Pathology:**        Pathology was sent to lab, waiting for results

Anish Desai, MD
Electronically signed on 8/30/2022 2:36:43 PM by Anish Desai, MD

JAMES E. BORDERS III (811906, 11/10/1994) - Colonoscopy, 8/30/2022



**AmeriPath GA - Tucker**

CONFIDENTIAL

| PATIENT INFORMATION | | PHYSICIAN INFORMATION |
|---|---|---|
| BORDERS III, JAMES E<br>SEX: M<br>AGE: 27Y    **DOB:** 11/10/1994<br>MRN #: 811906 | | ANISH DESAI, MD<br>DCA DIAGNOSTIC ENDOSCOPY CENTER<br>880 CRESTMARK DRIVE<br>STE 102<br>LITHIA SPRINGS, GA 30122<br>Phone: 678-388-2040 |

| SPECIMEN INFORMATION | |
|---|---|
| Collected: 8/30/2022<br>Received: 8/31/2022<br>Reported: 9/1/2022 | Accession #:  **GT22-006288-GI** |

## CLINICAL INFORMATION

**CLINICAL INFORMATION:**
HEMATOCHEZIA

### SURGICAL PATHOLOGY REPORT

### IMAGES



Sigmoid colon and rectum



LEGEND
- ● Malignant
- ◆ Dysplasia/ Neoplasm
- ▲ Inflammation
- ■ Benign

Microscopic image and diagram, if present, are a symbolic representation of the key findings of this case.  The site(s) designated on the organ diagram are based upon clinical information provided and do not necessarily indicate the specific location from where the biopsy was taken.  The image and diagram are not intended to replace a complete reading of the final report.

### DIAGNOSIS

A. **COLON (CECUM, ASCENDING, TRANSVERSE, AND DESCENDING BIOPSY):  NORMAL COLONIC MUCOSA, SEE COMMENT**

B. **SMALL BOWEL (TERMINAL ILEUM BIOPSY):  NORMAL SMALL BOWEL MUCOSA,** NO EVIDENCE OF ILEITIS, SEE COMMENT

C. **COLON (SIGMOID AND RECTUM BIOPSY):  CHRONIC COLITIS WITH RARE ACTIVE INFLAMMATION, SEE COMMENT**

**COMMENTS:**
A. There is no evidence of chronic or active colitis including chronic inflammatory bowel disease, lymphocytic colitis, and collagenous colitis.  There are no granulomas.  No parasites or viral inclusions are identified.

B. There is no evidence of acute or chronic ileitis.  There are no granulomas.  No parasites or viral inclusions are identified.

C. Histologic sections show benign colonic mucosa with lamina propria lymphoplasmacytosis and rare cryptitis. Dysplasia and granulomas are not identified. The histologic findings are non-specific. The differential diagnosis includes infection, NSAID-related mucosal injury, and inflammatory bowel disease. Clinical and endoscopic correlation recommended.

**Brian C. Radlinski, M.D.**
**Electronic Signature:** 01 SEP 2022 04:12 PM

### SPECIMEN DATA

**GROSS DESCRIPTION:**
A. The specimen is received in formalin, labeled with the patient's name, GT no., and labeled as "cecum, ascending colon, transverse colon, and descending colon" consists of multiple irregular shaped pieces of tan soft tissue.  The largest measuring in greatest dimension 0.2 cm.  The specimens are filtered and totally submitted in one cassette.

B. The specimen is received in formalin, labeled with the patient's name, GT no., and labeled as "terminal ileum" and

AmeriPath GA - Tucker,1777 Montreal Circle,Ste A-C,Tucker,GA 30084. P(770)303-8048. F(770)612-2885.
Medical Director: Anuradha Radhakrishnan, M.D., Urologic Pathologist CLIA 11D2230489

**FINAL REPORT-ACC FINAL**    **PAGE 1 OF 2**



| PATIENT INFORMATION | SPECIMEN INFORMATION |
|---|---|
| BORDERS III, JAMES E | Accession #: **GT22-006288-GI** |

CONFIDENTIAL

## SURGICAL PATHOLOGY REPORT
### SPECIMEN DATA

**GROSS DESCRIPTION:**

consists of two irregular shaped pieces of tan soft tissue. The largest measuring in greatest dimension 0.9 cm. The specimens are filtered and totally submitted in one cassette.

C. The specimen is received in formalin, labeled with the patient's name, GT no., and labeled as "sigmoid colon and rectum" consists of multiple irregular shaped pieces of tan soft tissue. The largest measuring in greatest dimension 0.3 cm. The specimens are filtered and totally submitted in one cassette.

**MICROSCOPIC DESCRIPTION:**

A. Microscopic examination performed.
B. Microscopic examination performed.
C. Microscopic examination performed.

Technical Services Performed At: Quest Diagnostics - Tucker, 1777 Montreal Circle, Tucker, GA, 30084. P(866)709-0772. F(770)621-7421.
Medical Director: Anuradha Radhakrishnan, M.D., Urologic Pathologist

**Copy-To-Physicians:** OWORU, TOLANI

This CPT codes provided are for information purposes only and are based on AMA guidelines without regard to specific payer requirements.

**CPT Codes** : 88305x3

AmeriPath GA - Tucker,1777 Montreal Circle,Ste A-C,Tucker,GA 30084. P(770)303-8048. F(770)612-2885.
Medical Director: Anuradha Radhakrishnan, M.D., Urologic Pathologist CLIA 11D2230489

**FINAL REPORT-ACC FINAL**    **PAGE 2 OF 2**

**Dr. Stuart Schlein, D.C.**
**2855 Candler Road**
**Suite 5**
**Decatur, GA 30034**
**(404) 244-9009**

DATE: _10·12·22_

TO: _____

RE: _James Borders_

PATIENT# _24638-1_

TOTAL BILLED: $ _3255_

TOTAL PAID: $ _0_

BALANCE DUE: $ _3,255_

TOTAL PAGES _____ INCLUDES COVER

IF YOU HAVE ANY QUESTIONS, PLEASE CALL

THANK YOU,

DR. STUART SCHLEIN, D.C.

**Stuart Schlein DC**
2855 Candler Rd. Ste. 5
Decatur, GA 30034

**S T A T E M E N T**

Date: 10/12/2022

Last Claim:
Last Payment:
Last Charge:     08/24/2022

**JAMES BORDERS**
**1605 OLDE SPRING TRAIL**
**LITHONIA, GA 30122**

Patient: **BORDERS, JAMES**          Case Type: **PI**          Account No: **21638-1**

| Date | Dr | Description | Code | DOU | Mod | Charge | Credit | Adjust | Pt Port | Balance |
|------|-----|-------------|------|-----|-----|--------|--------|--------|---------|---------|
| 07/27/2022 | 1 | COMPREHENSIVE OFFICE SERVICE | 99204 | | | 360.00 | .00 | .00 | .00 | 360.00 |
| 07/27/2022 | 1 | ELECTRICAL MUSCLE STIMULATION (15 MIN) | 97014 | | | 60.00 | .00 | .00 | .00 | 420.00 |
| 07/27/2022 | 1 | ULTRASOUND 15 MIN | 97035 | | | 75.00 | .00 | .00 | .00 | 495.00 |
| 07/27/2022 | 1 | HEAT OR CRYOTHERAPY | 97010 | | | 60.00 | .00 | .00 | .00 | 555.00 |
| 07/27/2022 | 1 | COVID-19 PREVENTION | 99072 | | | 20.00 | .00 | .00 | .00 | 575.00 |
| 08/01/2022 | 1 | THERAPEUTIC EXERCISES 15 MIN | 97110 | | | 75.00 | .00 | .00 | .00 | 650.00 |
| 08/01/2022 | 1 | ELECTRICAL MUSCLE STIMULATION (15 MIN) | 97014 | | | 60.00 | .00 | .00 | .00 | 710.00 |
| 08/01/2022 | 1 | ULTRASOUND 15 MIN | 97035 | | | 75.00 | .00 | .00 | .00 | 785.00 |
| 08/01/2022 | 1 | HEAT OR CRYOTHERAPY | 97010 | | | 60.00 | .00 | .00 | .00 | 845.00 |
| 08/01/2022 | 1 | COVID-19 PREVENTION | 99072 | | | 20.00 | .00 | .00 | .00 | 865.00 |
| 08/03/2022 | 1 | ELECTRICAL MUSCLE STIMULATION (15 MIN) | 97014 | | | 60.00 | .00 | .00 | .00 | 925.00 |
| 08/03/2022 | 1 | ULTRASOUND 15 MIN | 97035 | | | 75.00 | .00 | .00 | .00 | 1,000.00 |
| 08/03/2022 | 1 | HEAT OR CRYOTHERAPY | 97010 | | | 60.00 | .00 | .00 | .00 | 1,060.00 |
| 08/03/2022 | 1 | COVID-19 PREVENTION | 99072 | | | 20.00 | .00 | .00 | .00 | 1,080.00 |
| 08/05/2022 | 1 | ELECTRICAL MUSCLE STIMULATION (15 MIN) | 97014 | | | 60.00 | .00 | .00 | .00 | 1,140.00 |
| 08/05/2022 | 1 | ULTRASOUND 15 MIN | 97035 | | | 75.00 | .00 | .00 | .00 | 1,215.00 |
| 08/05/2022 | 1 | HEAT OR CRYOTHERAPY | 97010 | | | 60.00 | .00 | .00 | .00 | 1,275.00 |
| 08/05/2022 | 1 | OFFICE VISIT &/OR 1-2 MANIPULATION | 98940 | | | 85.00 | .00 | .00 | .00 | 1,360.00 |
| 08/05/2022 | 1 | COVID-19 PREVENTION | 99072 | | | 20.00 | .00 | .00 | .00 | 1,380.00 |
| 08/08/2022 | 1 | ELECTRICAL MUSCLE STIMULATION (15 MIN) | 97014 | | | 60.00 | .00 | .00 | .00 | 1,440.00 |
| 08/08/2022 | 1 | ULTRASOUND 15 MIN | 97035 | | | 75.00 | .00 | .00 | .00 | 1,515.00 |
| 08/08/2022 | 1 | HEAT OR CRYOTHERAPY | 97010 | | | 60.00 | .00 | .00 | .00 | 1,575.00 |
| 08/08/2022 | 1 | OFFICE VISIT &/OR 1-2 MANIPULATION | 98940 | | | 85.00 | .00 | .00 | .00 | 1,660.00 |
| 08/08/2022 | 1 | COVID-19 PREVENTION | 99072 | | | 20.00 | .00 | .00 | .00 | 1,680.00 |
| 08/10/2022 | 1 | HEAT OR CRYOTHERAPY | 97010 | | | 60.00 | .00 | .00 | .00 | 1,740.00 |

Stuart Schlein DC
2855 Candler Rd. Ste. 5
Decatur, GA 30034

**S T A T E M E N T**

Date: 10/12/2022

Last Claim:
Last Payment:
Last Charge:    08/24/2022

**JAMES BORDERS**
**1605 OLDE SPRING TRAIL**
**LITHONIA, GA 30122**

Patient: **BORDERS, JAMES**          Case Type: **PI**                    Account No: **21638-1**

| Date | Dr | Description | Code | DOU | Mod | Charge | Credit | Adjust | Pt Port | Balance |
|------|----|-----|------|-----|-----|--------|--------|--------|---------|---------|
| 08/10/2022 | 1 | MECHANICAL TRACTION 15 MIN | 97012 | | | 60.00 | .00 | .00 | .00 | 1,800.00 |
| 08/10/2022 | 1 | PERCUSSION | 97124 | | | 70.00 | .00 | .00 | .00 | 1,870.00 |
| 08/10/2022 | 1 | OFFICE VISIT &/OR 1-2 MANIPULATION | 98940 | | | 85.00 | .00 | .00 | .00 | 1,955.00 |
| 08/10/2022 | 1 | COVID-19 PREVENTION | 99072 | | | 20.00 | .00 | .00 | .00 | 1,975.00 |
| 08/12/2022 | 1 | HEAT OR CRYOTHERAPY | 97010 | | | 60.00 | .00 | .00 | .00 | 2,035.00 |
| 08/12/2022 | 1 | MECHANICAL TRACTION 15 MIN | 97012 | | | 60.00 | .00 | .00 | .00 | 2,095.00 |
| 08/12/2022 | 1 | PERCUSSION | 97124 | | | 70.00 | .00 | .00 | .00 | 2,165.00 |
| 08/12/2022 | 1 | ELECTRICAL MUSCLE STIMULATION (15 MIN) | 97014 | | | 60.00 | .00 | .00 | .00 | 2,225.00 |
| 08/12/2022 | 1 | OFFICE VISIT &/OR 1-2 MANIPULATION | 98940 | | | 85.00 | .00 | .00 | .00 | 2,310.00 |
| 08/12/2022 | 1 | COVID-19 PREVENTION | 99072 | | | 20.00 | .00 | .00 | .00 | 2,330.00 |
| 08/17/2022 | 1 | HEAT OR CRYOTHERAPY | 97010 | | | 60.00 | .00 | .00 | .00 | 2,390.00 |
| 08/17/2022 | 1 | ELECTRICAL MUSCLE STIMULATION (15 MIN) | 97014 | | | 60.00 | .00 | .00 | .00 | 2,450.00 |
| 08/17/2022 | 1 | ULTRASOUND 15 MIN | 97035 | | | 75.00 | .00 | .00 | .00 | 2,525.00 |
| 08/17/2022 | 1 | OFFICE VISIT &/OR 1-2 MANIPULATION | 98940 | | | 85.00 | .00 | .00 | .00 | 2,610.00 |
| 08/17/2022 | 1 | COVID-19 PREVENTION | 99072 | | | 20.00 | .00 | .00 | .00 | 2,630.00 |
| 08/22/2022 | 1 | HEAT OR CRYOTHERAPY | 97010 | | | 60.00 | .00 | .00 | .00 | 2,690.00 |
| 08/22/2022 | 1 | MECHANICAL TRACTION 15 MIN | 97012 | | | 60.00 | .00 | .00 | .00 | 2,750.00 |
| 08/22/2022 | 1 | PERCUSSION | 97124 | | | 70.00 | .00 | .00 | .00 | 2,820.00 |
| 08/22/2022 | 1 | ELECTRICAL MUSCLE STIMULATION (15 MIN) | 97014 | | | 60.00 | .00 | .00 | .00 | 2,880.00 |
| 08/22/2022 | 1 | COVID-19 PREVENTION | 99072 | | | 20.00 | .00 | .00 | .00 | 2,900.00 |
| 08/24/2022 | 1 | HEAT OR CRYOTHERAPY | 97010 | | | 60.00 | .00 | .00 | .00 | 2,960.00 |
| 08/24/2022 | 1 | MECHANICAL TRACTION 15 MIN | 97012 | | | 60.00 | .00 | .00 | .00 | 3,020.00 |
| 08/24/2022 | 1 | PERCUSSION | 97124 | | | 70.00 | .00 | .00 | .00 | 3,090.00 |
| 08/24/2022 | 1 | ELECTRICAL MUSCLE STIMULATION (15 MIN) | 97014 | | | 60.00 | .00 | .00 | .00 | 3,150.00 |

Stuart Schlein DC
2855 Candler Rd. Ste. 5
Decatur, GA 30034

**S T A T E M E N T**

Date: 10/12/2022

Last Claim:
Last Payment:
Last Charge:   08/24/2022

**JAMES BORDERS**
**1605 OLDE SPRING TRAIL**
**LITHONIA, GA 30122**

Patient:  **BORDERS, JAMES**          Case Type: **PI**                    Account No: **21638-1**

| Date | Dr | Description | Code | DOU | Mod | Charge | Credit | Adjust | Pt Port | Balance |
|------|----|-----|------|-----|-----|--------|--------|--------|---------|---------|
| 08/24/2022 | 1 | OFFICE VISIT &/OR 1-2 MANIPULATION | 98940 | | | 85.00 | .00 | .00 | .00 | 3,235.00 |
| 08/24/2022 | 1 | COVID-19 PREVENTION | 99072 | | | 20.00 | .00 | .00 | .00 | 3,255.00 |
| | | | | | TOTALS: | 3,255.00 | .00 | .00 | | |

.................................................................................................................

**For proper credit, please enclose this portion with your payment.**

JAMES BORDERS
1605 OLDE SPRING TRAIL
LITHONIA, GA 30122

| | |
|---|---|
| Statement Date: | 10/12/2022 |
| Account No: | 21638-1 |
| Balance: | $ 3,255.00 |
| Pay This Amount: | $ 3,255.00 |
| Amount Enclosed: | |
| | Please fill in amount. |

Whiplash Injury Clinics
2855 Candler Rd. Ste. 5
Decatur, GA 30034
Tax ID: 58-1748842

Date Due:      On Receipt

**Thank you.**

## Diagnosis Sheet

Patient: _____JAMES BORDERS_____ Date: 7/27/22

DOA: _____7/21/22_____

|    | ICD 10 Code | Description |
|----|-------------|-------------|
| 1. | S13.4XXA | SPRAIN of Ligaments of cervical spine |
| 2. | S33.5XXA | SPRAIN of Ligaments of Lumbar spine |
| 3. | M62.83 | Muscle spasm |
| 4. | M54.12 | Cervical pain that Radiates |
| 5. | M54.16 | Lumbar radiculopathy |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |

WiC

Date: 7/27/ **2022**   Patient Name: JAMES BORDERS

## SUBJECTIVE COMPLAINTS

The patient entered the office today reporting that, in general, their overall condition has ___ significantly improved, ___ slightly improved, ___ not changed ___ slightly worsened, or ___ significantly worsened since their last office visit. Complaints today include the following:
*(Subjective Complaints Key, based on 0-10 scale, 0 = no pain, 1 = minimal . . . 5 = moderate . . . 10 = severe pain)*

| | | | | | | |
|---|---|---|---|---|---|---|
| HEADACHE: | __ Occipital, __ Frontal, __ Temporal, __ Entire | __ L / __ R | |
| NECK: | / Pain, / Stiffness, __ Paresthesia, / Spasm | / L / / R | 8 |
| UPPER BACK: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L / __ R | |
| MIDBACK: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L / __ R | |
| LOW BACK: | / Pain, / Stiffness, __ Paresthesia, / Spasm | / L / / R | 8 |
| KNEE: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L / __ R | |
| SHOULDER: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L / __ R | |
| _____: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L / __ R | |
| _____: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L / __ R | |

Is patient working?   Yes   No   Not employed   Comment _____

## OBJECTIVE / EXAMINATION

1. *Myofascial Hypertonicity* was present in the following paraspinal regions with the following degree of intensity:
*(Key, based on 0-10 scale, 0 = none, 1 = minimal . . . 5 = moderate . . . 10 = severe)*

| | | | |
|---|---|---|---|
| CERVICAL | __ L / __ R Paracervical | __ L / __ R Trapezius | Other: _____ |
| THORACIC | __ L / __ R Parathoracic | __ L / __ R Rotator Cuff | |
| LUMBOSACRAL | __ L / __ R Piriformis | __ L / __ R Piriformis / Gluteal | |

2. *Range of Motion* was evaluated with the following findings:
ROM was decreased in the ___ / Cervical ___ Thoracic / Lumbar ___ SI/Sacrum ___ Range of Motion is WNL
Shoulder: L / R   Knee L / R   Other: ___ : L / R   : L / R

## ASSESSMENT / ACTIVITIES / ACTION TAKEN

1. *Joint Fixation / Subluxations* were present in the following areas:   Method: Manual Instrument
C6, C1, **C2, C3,** C4, C5, C6, C7, **T1, T2, T3, T4,** T5, T6, T7, T8, T9, T10, T11, T12 L1, **L2, L3,** L4, L5, Sac, L-SI R-SI
L/R Shoulder, L/R Elbow, L/R Wrist, L/R Hip, L/R Knee, L/R Ankle, Other: _____   / No segment adjusted
2. *Assessment* ___ Steady improvement ___ worsening/exacerbation ___ unchanged   1st Visit ___ Patient refused adjustment

## PLAN / RECOMMENDATIONS

1. Based upon presenting symptoms, objective findings and clinical assessment, care consisted of the following procedures:
___ Chiropractic Adjustment (manipulation) ___ CMT 1-2, ___ CMT 3-4, ___ CMT 5, ___ Extremity ( _____ )

| Therapy | Region | Duration | Setting | Other/Comments |
|---|---|---|---|---|
| Hot fomentation | (C) T (L) S E W K A | 15 Min | N/A | |
| Premodulated therapy | (C) T (L) S(R/L) E(R/L) W(R/L) K(R/L) A(R/L) | 15 Min | 80/150 Hz | # of units 1 |
| Cryotherapy | C T L S E W K A | Min | N/A | # of units 1 |
| Intersegmental traction | C T L S E W K A | Min | N/A | # of units 1 |
| Manual therapy | C T L S E W K A | Min | N/A | # of units 1 |
| Other US | (C) T (L) S E W K A | 15 Min | N/A | # of units 1 |
| Other | C T L S E W K A | Min | | # of units 1 |

Home Instr.: Ice / (Heat) 150-145-97-5 min/day   Stretch / Exercise Program: _____

2. The following recommendations are made with regard to the ongoing Clinical Management of this patient: ___ resp ___ times/
___ Continue Care Plan, ___ Modify Care Plan, ___ Re-examination ___ Referred for Further Evaluation, ___ Discharge
Patient Return: ___ continue care plan   3 dy(s)   3 week(s) ___ PRN   Treating Doctor: BURKE

COMMENTS: EXAM

Date: 8/1/2022   Patient Name: _____ JAMES BORDERS

## SUBJECTIVE COMPLAINTS

The patient entered the office today reporting that, in general, their overall condition has ___ significantly improved, ___ slightly improved, | not changed, ___ slightly worsened, or ___ significantly worsened since their last office visit. Complaints today include the following:
(Subjective Complaints Key, based on 0-10 scale, 0 = no pain, 1 = minimal . . . 5 = moderate . . . 10 = severe pain)

| | | | | | | |
|---|---|---|---|---|---|---|
| HEADACHE: | _Occipital, _Frontal, _Temporal, _Entire | _L/_R | |
| NECK: | /Pain, / Stiffness, _Paresthesia, /Spasm | /L/ /R | 8 |
| UPPER BACK: | _Pain, _Stiffness, _Paresthesia, _Spasm | _L/_R | |
| MIDBACK: | _Pain, _Stiffness, _Paresthesia, _Spasm | _L/_R | |
| LOW BACK: | /Pain, / Stiffness, _Paresthesia, /Spasm | /L/ /R | 8 |
| KNEE: | _Pain, _Stiffness, _Paresthesia, _Spasm | _L/_R | |
| SHOULDER: | _Pain, _Stiffness, _Paresthesia, _Spasm | _L/_R | |
| ____: | _Pain, _Stiffness, _Paresthesia, _Spasm | _L/_R | |
| ____: | _Pain, _Stiffness, _Paresthesia, _Spasm | _L/_R | |

Is patient working?   Yes   No   Not employed   Comment _____

## OBJECTIVE / EXAMINATION

1: Myofascial Hypertonicity was present in the following paraspinal regions with the following degree of intensity:
(Key based on 0-10 scale, 0 = none, 1 = minimal . . . 5 = moderate . . . 10 = severe)

| | | | | | |
|---|---|---|---|---|---|
| CERVICAL | _L/_R Paracervical | _L/_R Trapezius | Other: ___ |
| THORACIC | _L/_R Parathoracic | _L/_R Rotator Cuff | |
| LUMBOSACRAL | _L/_R Paralumbar | _L/_R Piriformis / Gluteal | |

2. Range of Motion, was evaluated with the following findings:
ROM was decreased in the ___/ Cervical ___ Thoracic ___/ Lumbar ___ SI/Sacrum ___ Range of Motion is WNL
Shoulder: L / R   Knee L / R   Other: _____ ; L / R : _____ ; L / R

## ASSESSMENT / ACTIVITIES / ACTION TAKEN

1. Joint Fixations / Subluxations were present in the following areas:   Method: Manual Instrument
C0, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12  L1, L2, L3, L4, L5, Sac, L-SI, R-SI
L/R Shoulder, L/R Elbow, L/R Wrist, L/R Hip, L/R Knee, L/R Ankle, Other: _____   / No segments adjusted
2. Assessment ___ Steady improvement ___ worsening/exacerbation  / unchanged   ___ Patient refused adjustment

## PLAN / RECOMMENDATIONS

1. Based upon presenting symptoms, objective findings and clinical assessment, care consisted of the following procedures:
___ Chiropractic Adjustment (manipulation): _CMT 1-2, _CMT 3-4, _CMT 5, _Extremity (_____)

| Therapy | Region | Duration | Setting | Other/Comments |
|---|---|---|---|---|
| Hot fomentation | Ⓒ T Ⓛ S E W K A | | | |
| Premodulated therapy | C T Ⓛ S(R/L) E(R/L) W(R/L)K(R/L) A(R/L) | 15 Min | N/A | # of units 1 |
| Cryotherapy | C T L S E W K A | 15 Min | 80/150 Hz | # of units 1 |
| Intersegmental traction | C T L S E W K A | Min | N/A | # of units 1 |
| Manual therapy | C T L S E W K A | Min | N/A | # of units 1 |
| Other   EXER | Ⓒ T Ⓛ S E W K A | 15 Min | | # of units 1 |
| Other   US | Ⓒ T Ⓛ S E W K A | 15 Min | N/A | # of units 1 |

Home Instr.: Ice / Heat 15ᵐ-145ᵐ 5 min/day   Stretch / Exercise Program: _____ ___ reps/ ___ times/x

2. The following recommendations are made with regard to the ongoing Clinical Management of this patient:
/ Continue Care Plan   ___ Modify Care Plan   ___ Re-examination   ___ Referral for Further Evaluation   ___ Discharge
Patient Returns: / continue care plan  3 day(s)  3 week(s)   ___ PRN   Treating Doctor: BURKE

COMMENTS:

Date: __8_/_3_/__2022__   Patient Name: _____ JAMES BORDERS

## SUBJECTIVE COMPLAINTS

The patient entered the office today reporting that, in general, their overall condition has ___ significantly improved, ___ slightly improved, __|__ not changed, ___ slightly worsened, or ___ significantly worsened since their last office visit. Complaints today include the following:
*(Subjective Complaints key, based on 0-10 scale, 0 = no pain, 1 = minimal ... 5 = moderate ...10 = severe pain)*

| Region | Complaints | L/R | Score |
|---|---|---|---|
| HEADACHE: | __ Occipital, __ Frontal, __ Temporal __ Entire | __ L/__ R | |
| NECK: | _|_ Pain, _|_ Stiffness, __ Paresthesia, _|_ Spasm | _|_ L/_|_ R | 8 |
| UPPER BACK: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L/__ R | |
| MIDBACK: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L/__ R | |
| LOW BACK: | _|_ Pain, _|_ Stiffness, __ Paresthesia, _|_ Spasm | _|_ L/_|_ R | 8 |
| KNEE: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L/__ R | |
| SHOULDER: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L/__ R | |
| _____: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L/__ R | |
| _____: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L/__ R | |

Is patient working?  Yes  No  Not employed   Comment _____

## OBJECTIVE / EXAMINATION

1. *Myofascial Hypertonicity* was present in the following paraspinal regions with the following degree of intensity:
*(Keys based on 0-10 scale, 0 = none, 1 = minimal ... 5 = moderate ...10 = severe)*

| | | | |
|---|---|---|---|
| CERVICAL | __ L/__ R Paracervical | __ L/__ R Trapezius | Other: _____ |
| THORACIC | __ L/__ R Parathoracic | __ L/__ R Rotator Cuff | |
| LUMBOSACRAL | __ L/__ R Paralumbar | __ L/__ R Piriformis / Gluteal | |

2. *Range of Motion*, was evaluated with the following findings:
ROM was decreased in the ___/ Cervical ___ Thoracic _|_ Lumbar ____ SI/Sacrum ____   Range of Motion is WNL
Shoulder: L / R   Knee: L / R   Other: _____ : __ L / R : _____ : __ L / R

## ASSESSMENT / ACTIVITIES / ACTION TAKEN

1. *Joint Fixations / Subluxations* were present in the following areas:

C6, C7, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, Sac, L-SI, R-SI    Method: Manual Instrument

L/R Shoulder, L/R Elbow, L/R Wrist, L/R Hip, L/R Knee, L/R Ankle, Other: _____   ___/ No segments adjusted

2. Assessment ___ Steady improvement ___ worsening/exacerbation _|_ unchanged   ___ Patient refused adjustment

## PLAN / RECOMMENDATIONS

1. Based upon presenting symptoms, objective findings and clinical assessment, care consisted of the following procedures:
___ Chiropractic Adjustment (manipulation): __ CMT 1-2, __ CMT 3-4, __ CMT 5, __ Extremity (_____)

| Therapy | Region | | | | | | | | Duration | | Setting | Other/Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hot fomentation | (C) | T | S | E | W | K | A | | | | | |
| Premodulated therapy | C | T | (L) | S(R/L) | E(R/L) | | | | 15 | Min | N/A | # of units 1 |
| | W(R/L) | K(R/L) | A(R/L) | | | | | | | | | |
| Cryotherapy | C | T | L | S | E | W | K | A | 15 | Min | 80/150 Hz | # of units 1 |
| Intersegmental traction | C | T | L | S | E | W | K | A | | Min | N/A | # of units |
| Manual therapy | C | T | L | S | E | W | K | A | | Min | N/A | # of units |
| Other | (C) | T | (L) | S | E | W | K | A | | Min | | # of units 1 |
| Other     US | (C) | T | (L) | S | E | W | K | A | 15 | Min | N/A | # of units 1 |
| | C | T | L | S | E | W | K | A | | Min | | # of units |

Home Instr.: Ice / (Heat) __15__m/__45__#/ __5__ min/day   Stretch / Exercise Program: _____ ___ rep/ ___ times/d

2. The following recommendations are made with regard to the ongoing Clinical Management of this patient:
_|_ Continue Care Plan ___ Modify Care Plan ___ Re-examination ___ Referral for Further Evaluation, ___ Discharge

Patient Return: _1_ continue care plan  _3_ day(s)  _3_ week(s)  ___ PRN   Treating Doctor: _BURKE_

COMMENTS: _____

Date: 8/5/2022   Patient Name: JAMES BORDERS

## SUBJECTIVE COMPLAINTS

The patient entered the office today reporting that, in general, their overall condition has ___ significantly improved, _/_ slightly improved, ___ not changed, ___ slightly worsened, or ___ significantly worsened since their last office visit. Complaints today include the following:
*(Subjective Complaints Key, based on 0-10 scale, 0 = no pain, 1 = minimal ... 5 = moderate...10 = severe pain)*

| | | | | |
|---|---|---|---|---|
| HEADACHE: | __ Occipital, __ Frontal, __ Temporal, __ Entire | __ L / __ R | |
| NECK: | _/_ Pain, _/_ Stiffness, __ Paresthesia, _/_ Spasm | _/_ L / _/_ R | 7 |
| UPPER BACK: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L / __ R | |
| MIDBACK: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L / __ R | |
| LOW BACK: | _/_ Pain, _/_ Stiffness, __ Paresthesia, _/_ Spasm | _/_ L / _/_ R | 7 |
| KNEE: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L / __ R | |
| SHOULDER: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L / __ R | |
| _____: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L / __ R | |
| _____: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L / __ R | |

Is patient working?   Yes   No   Not employed   Comment _____

## OBJECTIVE / EXAMINATION

1. Myofascial Hypertonicity was present in the following paraspinal regions with the following degree of intensity:
*(Keys based on 0-10 scale, 0 = none, 1 = minimal ... 5 = moderate; ...10 = severe)*

| | | | | |
|---|---|---|---|---|
| CERVICAL | __ L / __ R  Paracervical | __ L / __ R  Trapezius | Other _____ |
| THORACIC | __ L / __ R  Parathoracic | __ L / __ R  Rotator Cuff | _____ |
| LUMBOSACRAL | __ L / __ R  Paralumbar | __ L / __ R  Piriformis / Gluteal | _____ |

2. Range of Motion, was evaluated with the following findings:
ROM was decreased in the _/_ Cervical   ___ Thoracic   _/_ Lumbar   ___ SI/Sacrum   Range of Motion is W/N
Shoulder: L / R   Knee L / R   Other: _____ : L / R : _____ : L / R

## ASSESSMENT / ACTIVITIES / ACTION TAKEN

1. Joint Fixations / Subluxations were present in the following areas:
C0, C1, C2, (C3) C4, C5, C6, C7  T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12  L1, L2, L3, L4,(L5) Sac, L-SI, R-SI   Method : Manual   Instrument

L/R Shoulder, L/R Elbow, L/R Wrist, L/R Hip, L/R Knee, L/R Ankle, Other _____   ___ No segments adjusted

2. Assessment: _/_ Steady improvement  ___ worsening/exacerbation  ___ unchanged   ___ Patient refused adjustment

## PLAN / RECOMMENDATIONS

1. Based upon presenting symptoms, objective findings and clinical assessment, care consisted of the following procedures:
___ Chiropractic Adjustment (manipulation): _/_ CMT 1-2, ___ CMT 3-4, ___ CMT 5, ___ Extremity ( _____ )

| Therapy | Region | Duration | Setting | Other/Comments |
|---|---|---|---|---|
| Hot fomentation | (C) T (L) S E W K A | | | |
| Premodulated therapy | (C) T (L) S (R/L) E (R/L) W (R/L) K (R/L) A (R/L) | 15 Min | N/A | # of units 1 |
| Cryotherapy | C T L S E W K A | 15 Min | 80/150 Hz | # of units 1 |
| Intersegmental traction | C T L S E W K A | Min | N/A | # of units |
| Manual therapy | C T L S E W K A | Min | N/A | # of units |
| Other | (C) T (L) S E W K A | Min | | # of units |
| Other   US | C T L S E W K A | 15 Min | N/A | # of units 1 |

Home Instr.: Ice (Heat)  15 or 145 °F  5 min/day   Stretch / Exercise Progress: _____  ___ reps/ ___ times/x

2. The following recommendations are made with regard to the ongoing Clinical Management of this patient:
_/_ Continue Care Plan, ___ Modify Care Plan, ___ Re-examination, ___ Referral for Further Evaluation, ___ Discharge

Patient Return: _/_ continue care plan   3 day(s)  3 week(s)   ___ PRN   Treating Doctor: BURKE

COMMENTS: _____

Date: 8/8/2022     Patient Name: JAMES BORDERS

*SUBJECTIVE COMPLAINTS*

The patient entered the office today reporting that, in general, their overall condition has ___ significantly improved, ___ slightly improved, _1_ not changed, ___ slightly worsened, or ___ significantly worsened since their last office visit. Complaints today include the following:

(Subjective Complaints Key, based on 0-10 scale, 0 = no pain, 1 = minimal ... 5 = moderate ...10 = severe pain)

| | | | | | | |
|---|---|---|---|---|---|---|
| HEADACHE: | __ Occipital, __ Frontal, __ Temporal, __ Entire | | | __ L / __ R | |
| NECK: | _1_ Pain, _1_ Stiffness, __ Paresthesia, _1_ Spasm | | | _1_ L / _1_ R | 7 |
| UPPER BACK: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | | | __ L / __ R | |
| MIDBACK: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | | | __ L / __ R | |
| LOW BACK: | _1_ Pain, _1_ Stiffness, __ Paresthesia, _1_ Spasm | | | _1_ L / _1_ R | 7 |
| KNEE: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | | | __ L / __ R | |
| SHOULDER: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | | | __ L / __ R | |
| _____: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | | | __ L / __ R | |
| _____: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | | | __ L / __ R | |

Is patient working?  Yes  No  Not employed  Comment _____

*OBJECTIVE / EXAMINATION*

1: *Myofascial Hypertonicity* was present in the following paraspinal regions with the following degree of intensity:
(Kept based on 0-10 scale, 0 = none, 1 = minimal ... 5 = moderate ...10 = severe)

| | | |
|---|---|---|
| CERVICAL | __ L / __ R Paracervical | __ L / __ R Trapezius  Other: _____ |
| THORACIC | __ L / __ R Parathoracic | __ L / __ R Rotator Cuff |
| LUMBOSACRAL | __ L / __ R Paralumbar | __ L / __ R Piriformis / Gluteal |

2.  Range of Motion, was evaluated with the following findings:
ROM was decreased in the __1__ Cervical ___ Thoracic _1_ Lumbar ___ SI/Sacrum ___ Range of Motion is WNL
Shoulder: L / R  Knee L / R  Other: _____ : L / R _____ : L / R

*ASSESSMENT / ACTIVITIES / ACTION TAKEN*

1. *Joint Fixations / Subluxations* were present in the following areas:
C0, C1, C2, C3, (C4) C5, C6, C7  T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12  L1, (L2) L3, L4, L5, Sac, L-SI, R-SI    Method: Manual  Instrument
L/R Shoulder, L/R Elbow, L/R Wrist, L/R Hip, L/R Knee, L/R Ankle, Other: _____
2. Assessment: ___ Steady improvement ___ worsening/exacerbation _1_ unchanged ___ No segments adjusted ___ Patient refused adjustment

*PLAN / RECOMMENDATIONS*

1.  Based upon presenting symptoms, objective findings and clinical assessment, care consisted of the following procedures:
___ Chiropractic Adjustment (manipulation) ___ CMT 1-2, ___ CMT 3-4, ___ CMT 5, ___ Extremity ( _____ )

| Therapy | Region | | | | | | | | | Duration | | Setting | Other/Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hot fomentation | (C) | T | (L) | S | E | W | K | A | | 15 | Min | N/A | |
| Premodulated therapy | (C) | T | (L) | S(R/L) | E(R/L) | | | | | | | N/A | # of units 1 |
| | | | | W(R/L) | K(R/L) | A(R/L) | | | | | | | |
| Cryotherapy | C | T | L | S | E | W | K | A | | 15 | Min | 80/150 Hz | # of units 1 |
| Intersegmental traction | C | T | L | S | E | W | K | A | | | Min | N/A | # of units |
| Manual therapy | C | T | L | S | E | W | K | A | | | Min | N/A | # of units |
| Other  US | (C) | T | (L) | S | E | W | K | A | | | Min | N/A | # of units 1 |
| Other | C | T | L | S | E | W | K | A | | 15 | Min | N/A | # of units 1 |

Home Instr.: Ice (Heat) 15°-145°F 5 min/day  Stretch / Exercise Program: _____ ___ reps/ ___ times/x

2.  The following recommendations are made with regard to the ongoing Clinical Management of this patient:
_1_ Continue Care Plan, ___ Modify Care Plan, ___ Re-examination, ___ Referral for Further Evaluation, ___ Discharge
Patient Return: _1_ continue care plan 3 day(s) 3 week(s) ___ PRN  Treating Doctor: BURKE

COMMENTS: _____

Date: 8/10/ **2022**    Patient Name: JAMES BORDERS

## SUBJECTIVE COMPLAINTS

The patient entered the office today reporting that, in general, their overall condition has ___ significantly improved, ___ slightly improved, ✓ not changed, ___ slightly worsened, or ___ significantly worsened since their last office visit. Complaints today include the following:
*(Subjective Complaints Key, based on 0-10 scale, 0 = no pain, 1 = minimal ... 5 = moderate ...10 = severe pain)*

| | | | | | | |
|---|---|---|---|---|---|---|
| HEADACHE: | __ Occipital, | __ Frontal, | __ Temporal __ Entire | __ L / __ R | |
| NECK: | ✓ Pain, | ✓ Stiffness, | __ Paresthesia, ✓ Spasm | ✓ L / ✓ R | 7 |
| UPPER BACK: | __ Pain, | __ Stiffness, | __ Paresthesia, __ Spasm | __ L / __ R | |
| MIDBACK: | __ Pain, | __ Stiffness, | __ Paresthesia, __ Spasm | __ L / __ R | |
| LOW BACK: | ✓ Pain, | ✓ Stiffness, | __ Paresthesia, ✓ Spasm | ✓ L / ✓ R | 7 |
| KNEE: | __ Pain, | __ Stiffness, | __ Paresthesia, __ Spasm | __ L / __ R | |
| SHOULDER: | __ Pain, | __ Stiffness, | __ Paresthesia, __ Spasm | __ L / __ R | |
| _____: | __ Pain, | __ Stiffness, | __ Paresthesia, __ Spasm | __ L / __ R | |
| _____: | __ Pain, | __ Stiffness, | __ Paresthesia, __ Spasm | __ L / __ R | |

Is patient working?  Yes  No  Not employed  Comment _____

## OBJECTIVE / EXAMINATION

1. Myofascial Hypertonicity was present in the following paraspinal regions with the following degree of intensity:
*(Key based on 0-10 scale, 0 = none, 1 = minimal ... 5 = moderate ...10 = severe)*

| | | | |
|---|---|---|---|
| CERVICAL | __ L / __ R  Paravertical | __ L / __ R  Trapezius | Other: |
| THORACIC | __ L / __ R  Parathoracic | __ L / __ R  Rotator Cuff | |
| LUMBOSACRAL | __ L / __ R  Paralumbar | __ L / __ R  Piriformis / Gluteal | |

2. Range of Motion was evaluated with the following findings:
ROM was decreased in the ✓ Cervical  __ Thoracic  ✓ Lumbar  __ SI/Sacrum _____ Range of Motion is W/N
Shoulder: L / R  Knee L / R  Other: _____  __ L / R : _____  __ L / R

## ASSESSMENT / ACTIVITIES / ACTION TAKEN

1. Joint Fixation / Subluxations were present in the following areas:
C0, C1, (C2), C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12  L1, L2, L3, (L4), L5, Sac, L-SI, R-SI
L/R Shoulder, L/R Elbow, L/R Wrist, L/R Hip, L/R Knee, L/R Ankle, Other: _____     Method: Manual  Instruments     No segments adjusted
2. Assessment: ___ Steady improvement ___ worsening/exacerbation ✓ unchanged _____     Patient refused adjustment

## PLAN / RECOMMENDATIONS

1. Based upon presenting symptoms, objective findings and clinical assessment, care consisted of the following procedures:
✓ Chiropractic Adjustment (manipulation): ✓ CMT 1-2, ___ CMT 3-4, ___ CMT 5, ___ Extremity ( _____ )

| Therapy | Region | | Duration | Setting | Other/Comments |
|---|---|---|---|---|---|
| Hot fomentation | (C) T (L) S E W K A | | 15 Min | N/A | # of units 1 |
| Premodulated therapy | C T L S (R/L) E (R/L) W (R/L) K (R/L) A (R/L) | | | | # of units |
| Cryotherapy | C T L S E W K A | | Min | 80/150 Hz | # of units |
| Intersegmental traction | (C) T (L) S E W K A | | Min | N/A | # of units |
| Manual therapy | (C) T (L) S E W K A | | 15 Min | N/A | # of units 1 |
| Other   PUZC | (C) T (L) S E W K A | | Min | | # of units |
| Other | C T L S E W K A | | 15 Min | N/A | # of units 1 |

Home Instr: Ice (Heat) 15 m/45 ✓ 5 min/day  Stretch / Exercise Program: _____ _____ reps/ _____ times/c
2. The following recommendations are made with regard to the ongoing Clinical Management of this patient:
✓ Continue Care Plan  ___ Modify Care Plan  ___ Re-examination  ___ Referral for Further Evaluation  ___ Discharge
Patient Return: ✓ continue care plan 3 day(s) 3 week(s) ___ PRN  Treating Doctor: BURKE

COMMENTS:

Date: 8/12/2022   Patient Name: _____ JAMES BORDERS

## SUBJECTIVE COMPLAINTS

The patient entered the office today reporting that, in general, their overall condition has ___ significantly improved, ___ slightly improved, _1_ not changed, ___ slightly worsened, or ___ significantly worsened since their last office visit. Complaints today include the following:
*(Subjective Complaint Key, based on 0-10 scale, 0 = no pain, 1 = minimal ... 5 = moderate ... 10 = severe pain)*

| | | | | | |
|---|---|---|---|---|---|
| HEADACHE: | __ Occipital, __ Frontal, __ Temporal, __ Entire | | _ L / _ R | | |
| NECK: | _1_ Pain, _1_ Stiffness, __ Paresthesia, _1_ Spasm | _1_ L / _1_ R | 7 | | |
| UPPER BACK: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | _ L / _ R | | | |
| MIDBACK: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | _ L / _ R | | | |
| LOW BACK: | _1_ Pain, _1_ Stiffness, __ Paresthesia, _1_ Spasm | _1_ L / _1_ R | 7 | | |
| KNEE: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | _ L / _ R | | | |
| SHOULDER: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | _ L / _ R | | | |
| _____: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | _ L / _ R | | | |
| _____: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | _ L / _ R | | | |

Is patient working?   Yes   No   Not employed   Comment _____

## OBJECTIVE / EXAMINATION

1. *Myofascial Hypertonicity* was present in the following paraspinal regions with the following degree of intensity:
*(Key: based on 0-10 scale, 0 = none, 1 = minimal ... 5 = moderate ... 10 = severe)*

| | | | |
|---|---|---|---|
| CERVICAL | _ L / _ R Paracervical | _ L / _ R Trapezius | Other: _____ |
| THORACIC | _ L / _ R Parathoracic | _ L / _ R Rotator Cuff | |
| LUMBOSACRAL | _ L / _ R Paralumbar | _ L / _ R Piriformis / Gluteal | |

2. *Range of Motion* was evaluated with the following findings:
ROM was decreased in the _1_ Cervical ___ Thoracic _1_ Lumbar ___ SI/Sacrum ___ Range of Motion is W/N
Shoulder: L / R   Knee: L / R   Other: _____ : L / R : _____ : L / R

## ASSESSMENT / ACTIVITIES / ACTION TAKEN

1. *Joint Fixation / Subluxations* were present in the following areas:   Method: Manual Instrument
C6, C7, (C2) C3, C4, C5, C6, C7 T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12 L1, L2 (L3) L4, L5, Sac, L-SI, R-SI
L/R Shoulder, L/R Elbow, L/R Wrist, L/R Hip, L/R Knee, L/R Ankle, Other _____   No segments adjusted ___
2. Assessment ___ Steady improvement ___ worsening/exacerbation _1_ unchanged   Patient refused adjustment ___

## PLAN / RECOMMENDATIONS

1. Based upon presenting symptoms, objective findings and clinical assessment, care consisted of the following procedures:
_1_ Chiropractic Adjustments (manipulation): _1_ CMT 1-2, __ CMT 3-4, __ CMT 5, __ Extremity ( _____ )

| Therapy | Region | Duration | Setting | Other/Comments |
|---|---|---|---|---|
| Hot fomentation | C (T) (L) S E W K A | 15 Min | N/A | # of units 1 |
| Premodulated therapy | C T (L) S (R/L) E (R/L) W (R/L) K (R/L) A (R/L) | | | |
| Cryotherapy | C T L S E W K A | 15 Min | 80/150 Hz | # of units 1 |
| Intersegmental traction | C (T) (L) S E W K A | Min | N/A | # of units |
| Manual therapy | C T L S E W K A | 15 Min | N/A | # of units 1 |
| Other     PEC | C (T) (L) S E W K A | 15 Min | | # of units 1 |
| Other | C T L S E W K A | Min | N/A | # of units |

Home Instr: Ice (Heat) 15 a/45 if _5_ min/day   Stretch / Exercise Progress: _____ ___ reps/ ___ times/

2. The following recommendations are made with regard to the ongoing Clinical Management of this patient:
_1_ Continue Care Plan   ___ Modify Care Plan   ___ Re-examination   ___ Referral for Further Evaluation   ___ Discharge
Patient Return: _1_ continue care plan  3 day(s)  3 week(s)  ___ PRN   Treating Doctor: BURKE

COMMENTS:

Date: 8/17/ **2022**   Patient Name: _JAMES BORDERS_

## SUBJECTIVE COMPLAINTS

The patient ranged the office today reporting that, in general, their overall condition has ___ significantly improved, ___ slightly improved, |✓| not changed, ___ slightly worsened, or ___ significantly worsened since their last office visit. Complaints today include the following:

(Subjective Complaints Key, based on 0-10 scale, 0 = no pain, 1 = minimal...5 = moderate...10 = severe pain)

| | | |
|---|---|---|
| HEADACHE: | __Occipital, __Frontal, __Temporal, __Entire | __ L / __ R |
| NECK: | /Pain, __Stiffness, __Paresthesia, /Spasm | / L / / R   7 |
| UPPER BACK: | __Pain, __Stiffness, __Paresthesia, __Spasm | __ L / __ R |
| MIDBACK: | /Pain, __Stiffness, __Paresthesia, __Spasm | __ L / __ R |
| LOW BACK: | /Pain, /Stiffness, __Paresthesia, /Spasm | / L / / R   7 |
| KNEE: | __Pain, __Stiffness, __Paresthesia, __Spasm | __ L / __ R |
| SHOULDER: | __Pain, __Stiffness, __Paresthesia, __Spasm | __ L / __ R |
| _____: | __Pain, __Stiffness, __Paresthesia, __Spasm | __ L / __ R |
| _____: | __Pain, __Stiffness, __Paresthesia, __Spasm | __ L / __ R |

Is patient working?   Yes   No   Not employed   Comment _____

## OBJECTIVE / EXAMINATION

1. *Myofascial Hypertonicity* was present in the following paraspinal regions with the following degree of intensity:
(Key, based on 0-10 scale, 0 = none, 1 = minimal...5 = moderate...10 = severe)

| | | | |
|---|---|---|---|
| CERVICAL | __ L / __ R Paracervical | __ L / __ R Trapezius | Other: _____ |
| THORACIC | __ L / __ R Parathoracic | __ L / __ R Rotator Cuff | |
| LUMBOSACRAL | __ L / __ R Paralumbar | __ L / __ R Piriformis / Gluteal | |

2. *Range of Motion*, was evaluated with the following findings:
ROM was decreased in the   / Cervical   ___ Thoracic   / Lumbar   ___ SI/Sacrum   Range of Motion is WNL
Shoulder: L / R   Knee L / R   Other: _____ L / R _____ L / R

## ASSESSMENT / ACTIVITIES / ACTION TAKEN

1. *Joint Fixation / Subluxations* were present in the following areas:   Method: Manual Instrument

C0, C1, C2, C3, (C4), C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, (L5), Sac, L-SI, R-SI
L/R Shoulder, L/R Elbow, L/R Wrist, L/R Hip, L/R Knee, L/R Ankle, Other: _____   No segments adjuste

2. Assessment ___ Steady improvement ___ worsening/exacerbation / unchanged _____   Patient refused adjustme

## PLAN / RECOMMENDATIONS

1. Based upon presenting symptoms, objective findings and clinical assessment, care consisted of the following procedures:
/ Chiropractic Adjustment (manipulation): ___ CMT 1-2, ___ CMT 3-4, ___ CMT 5, ___ Extremity ( _____ )

| Therapy | Region | Duration | Setting | Other/Comments |
|---|---|---|---|---|
| Hot fomentation | (C) T (L) S E W K A | 15 Min | N/A | |
| Premodulated therapy | (C) T (L) S(R/L) E(R/L) W(R/L) K(R/L) A(R/L) | 15 Min | N/A | # of units 1 |
| Cryotherapy | C T L S E W K A | 15 Min | 80/150 Hz | # of units 1 |
| Intersegmental traction | C T L S E W K A | Min | N/A | # of units |
| Manual therapy | C T L S E W K A | Min | N/A | # of units |
| Other   US | (C) T (L) S E W K A | 15 Min | N/A | # of units 1 |
| Other | C T L S E W K A | Min | N/A | # of units 1 |

Home Instr.: Ice (Heat) 15 or /45 / / 5 min/day   Stretch / Exercise Program: _____   reps/   times/

2. The following recommendations are made with regard to the ongoing Clinical Management of this patient:
/ Continue Care Plan, ___ Modify Care Plan, ___ Re-examination ___ Referral for Further Evaluation, ___ Discharge

Patient Return: / continue care plan   3 ds(s) 3 week(s) ___ PRN   Treating Doctor: BURKE

COMMENTS:

Date: 8/22/**2022**   Patient Name: _JAMES BORDERS_

## SUBJECTIVE COMPLAINTS

The patient entered the office today reporting that, in general, their overall condition has ___ significantly improved, ___ slightly improved, (1) not changed, ___ slightly worsened, or ___ significantly worsened since their last office visit. Complaints today include the following: (Subjective Complaints Key, based on 0-10 scale, 0 = no pain, 1 = minimal ... 5 = moderate ... 10 = severe pain)

HEADACHE: __ Occipital, __ Frontal, __ Temporal, __ Entire        L / R

NECK: (1) Pain, (1) Stiffness, __ Paresthesia, (1) Spasm        / L / / R    7

UPPER BACK: __ Pain, __ Stiffness, __ Paresthesia, __ Spasm        L / R

MIDBACK: __ Pain, __ Stiffness, __ Paresthesia, __ Spasm        L / R

LOW BACK: (1) Pain, (1) Stiffness, __ Paresthesia, (1) Spasm        / L / / R    7

KNEE: __ Pain, __ Stiffness, __ Paresthesia, __ Spasm        L / R

SHOULDER: __ Pain, __ Stiffness, __ Paresthesia, __ Spasm        L / R

_____: __ Pain, __ Stiffness, __ Paresthesia, __ Spasm        L / R

_____: __ Pain, __ Stiffness, __ Paresthesia, __ Spasm        L / R

Is patient working?   Yes   No   Not employed   Comment _____

## OBJECTIVE / EXAMINATION

1. Myofascial Hypertonicity was present in the following paraspinal regions with the following degree of intensity: (Key based on 0-10 scale, 0 = none, 1 = minimal ... 5 = moderate ... 10 = severe)

CERVICAL __ L / R Paracervical       __ L / R Trapezius       Other: _____

THORACIC __ L / R Parathoracic       __ L / R Rotator Cuff

LUMBOSACRAL __ L / R Paralumbar       __ L / R Piriformis / Gluteal

2. Range of Motion was evaluated with the following findings:
ROM was decreased in the (1) Cervical   __ Thoracic   (1) Lumbar   __ SI/Sacrum   Range of Motion is WNL
Shoulder: L / R   Knee L / R   Other: _____ ; L / R : _____ ; L / R

## ASSESSMENT / ACTIVITIES / ACTION TAKEN

1. Joint Fixation / Subluxations were present in the following areas:
C0, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, Sac, L-S1, R-S1
L/R Shoulder, L/R Elbow, L/R Wrist, L/R Hip, L/R Knee, L/R Ankle, Other _____
Method: Manual  Instrument
(1) No segments adjusted
2. Assessment __ Steady improvement __ worsening/exacerbation (1) unchanged
Patient refused adjustment

## PLAN / RECOMMENDATIONS

1. Based upon presenting symptoms, objective findings and clinical assessment, care consisted of the following procedures:
__ Chiropractic Adjustment (manipulation): __ CMT 1-2, __ CMT 3-4, __ CMT 5, __ Extremity ( _____ )

| Therapy | Region | Duration | Setting | Other/Comments |
|---|---|---|---|---|
| Hot fomentation | (C) T (L) S E W K A | 15 Min | N/A | |
| Pre-modulated therapy | (C) T (L) S(R/L) E(R/L) W(R/L) K(R/L) A(R/L) | 15 Min | N/A | # of units 1 |
| Cryotherapy | C T L S E W K A | 15 Min | 80/150 Hz | # of units 1 |
| Intersegmental traction | (C) T (L) S E W K A | Min | N/A | # of units 1 |
| Manual therapy | C T L S E W K A | 15 Min | N/A | # of units 1 |
| Other  PERC | (C) T (L) S E W K A | 15 Min | | # of units 1 |
| Other | C T L S E W K A | Min | N/A | # of units 1 |

Home Instr.: Ice /(Heat)  15m /45 m/ .5 min/day   Stretch / Exercise Program: _____ reps/ __ times/d

2. The following recommendations are made with regard to the ongoing Clinical Management of this patient:
(1) Continue Care Plan   __ Modify Care Plan   __ Re-examination   __ Referral for Further Evaluation   __ Discharge

Patient Returns: 1 continue care plan  3 day(s)  3 week(s)  __ PRN   Treating Doctor: BURKE

COMMENTS:

Date: 8/24/2022   Patient Name: JAMES BORDERS

## SUBJECTIVE COMPLAINTS

The patient entered the office today reporting that, in general, their overall condition has __ significantly improved, _/_ slightly improved, __ not changed __ slightly worsened, or ____ significantly worsened since their last office visit. Complaints today include the following:

*(Subjective Complaint Key, based on 0-10 scale, 0 = no pain, 1 = minimal ... 5 = moderate ... 10 = severe pain)*

| | | | | | |
|---|---|---|---|---|---|
| HEADACHE: | __ Occipital __ Frontal __ Temporal __ Entire | __ L / __ R | |
| NECK: | _/_ Pain _/_ Stiffness, __ Paresthesia, _/_ Spasm | _/_ L / _/_ R | 5 |
| UPPER BACK: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L / __ R | |
| MIDBACK: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L / __ R | |
| LOW BACK: | _/_ Pain _/_ Stiffness, __ Paresthesia, _/_ Spasm | _/_ L / _/_ R | 5 |
| KNEE: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L / __ R | |
| SHOULDER: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L / __ R | |
| ____: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L / __ R | |
| ____: | __ Pain, __ Stiffness, __ Paresthesia, __ Spasm | __ L / __ R | |

Is patient working?  Yes  No  Not employed    Comment ____

## OBJECTIVE / EXAMINATION

1: *Myofascial Hypertonicity* was present in the following paraspinal regions with the following degree of intensity:
*(Key: based on 0-10 scale, 0 = none, 1 = minimal ... 5 = moderate ... 10 = severe)*

| | | | |
|---|---|---|---|
| CERVICAL | __ L / __ R  Paracervical | __ L / __ R  Trapezius | Other: ____ |
| THORACIC | __ L / __ R  Parathoracic | __ L / __ R  Rotator Cuff | |
| LUMBOSACRAL | __ L / __ R  Paralumbar | __ L / __ R  Piriformis / Gluteal | |

2. *Range of Motion*, was evaluated with the following findings:
ROM was decreased in the _/_ Cervical  __ Thoracic  _/_ Lumbar  __ SI/Sacrum    Range of Motion is WNL
Shoulder: L / R   Knee: L / R    Other: ____ : L / R  : ____ : L / R

## ASSESSMENT / ACTIVITIES / ACTION TAKEN

1. *Joint Fixations / Subluxations* were present in the following areas:      Method:  Manual  Instrument
C6, C1, C2, (C3) C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, (L2) L3, L4, L5, Sac, L-SI, R-SI
L/R Shoulder, L/R Elbow, L/R Wrist, L/R Hip, L/R Knee, L/R Ankle, Other: ____      No segments adjusted __
2. *Assessment* _/_ Steady improvement  __ worsening/exacerbation  __ unchanged      Patient refused adjustment __

## PLAN / RECOMMENDATIONS

1. _/_ Based upon presenting symptoms, objective findings and clinical assessment, care consisted of the following procedures:
_/_ Chiropractic Adjustments (manipulation): _/_ CMT 1-2, __ CMT 3-4, __ CMT 5, __ Extremity ( ____ )

| Therapy | Region | Duration | Setting | Other/Comments |
|---|---|---|---|---|
| Hot fomentation | (C) T (L) S E W K A | 15 Min | N/A | |
| Premodulated therapy | (C) T (L) S(R/L) E(R/L) W(R/L) K(R/L) A(R/L) | 15 Min | 80/150 Hz | # of units 1 |
| Cryotherapy | C T L S E W K A | Min | | # of units 1 |
| Intersegmental traction | (C) T (L) S E W K A | Min | N/A | # of units 1 |
| Manual therapy | C T L S E W K A | 15 Min | N/A | # of units 1 |
| Other  PEMF | (C) T (L) S E W K A | 15 Min | N/A | # of units 1 |
| Other | C T L S E W K A | Min | | # of units 1 |

Home Instr.: Ice (Heat) 15th/45# _5_ min/day  Stretch / Exercise Program: ____ reps/ __ times/d

2. The following recommendations are made with regard to the ongoing Clinical Management of this patient:
_/_ Continue Care Plan, ____ Modify Care Plan, __ Re-examination, __ Referral for Further Evaluation, __ Discharge
Patient Return: _1_ continue care plan  _3_ day(s)  _3_ week(s)  __ PRN   Treating Doctor: BURKE

COMMENTS: ____

WIC Consult

Name: James Borders _____ DOA: 7/21/22 Date of Consult: 7/27/22

MVA: Driver, FSP, LRP, RRP, Vehicle Type: _____ vehicle was _in motion_ at time of collision

We hit them or They hit us, Point of impact was _SIDE Swiped (L)_ The # of occupants in your vehicle _1_

# of vehicles involved in MVA _2_, Were you aware of the impending accident _Y_, Braced for collision: Y or N,

Belted: Y or N, Lost Consciousness Y or N, Airbags deployed: Y or N, Lacerations, abrasions, contusions or spasms

Do you know if any tickets/citations issued? Y or N Do you know which party was cited? Me/Us/them or _____

Police Report: Y or N, Following MVA went to: Hospital/Home/PCP/or _____: By ambulance/Self/or _____

| Symptom & Pain# | CSp 8/ 1ˢᵗ /10 | LSP 2ⁿᵈ 8/10 | 3ʳᵈ | 4ᵗʰ |
|---|---|---|---|---|
| Location | | | | |
| Type of Pain | moderate | moderate | | |
| Frequency | 100 % | 100 % | | |
| Extent Restrict ADL | yes | no | | |
| Radiates | yes | yes | | |
| Aggravates | | | | |
| Relieves | rest | rest | | |
| Onset | motion | motion | | |

History of current symptoms: _Never before Accdt_

Personal health/Social history: _Single_

Family health history: _____

Current Medications: _____

Additional doctors/clinics seen for this problem: _WellStar_

X-rays performed there: Y or N, Which areas: _____ Tests revealed _____

Prescriptions written: Y or N, Which: _____ Filled: Y or N, Helping: Y or N, Still taking: Y or N

Treatment: _____ Follow-up instructions: _____

Missed work since Onset: Y or N Dates: 7/21/22, 7/23/22, 7/24/22 Type of work: _fc, klift driver_ Duties: _____

History of surgeries: _____ Histories of sickness/disease: _____

Comments: _____

Dr. _____

Exam WIC

Patient Name: _James Borchert_     Date:: _7/27/22_

| DOB: 11/10/94 | Age: 27  Gender: M F | Gait: Guarded | Right or Left Handed |
|---|---|---|---|
| BP Lt: 116/82 | Ht: 66 | Wt: 156 | Pulse: 76 |

| Cerv. ROM | Decreased | Painful | Lumb. ROM | Decreased | Painful |
|---|---|---|---|---|---|
| Flexion | Moderately | ✓ | Flexion | Moderate | ✓ |
| Extension | | ✓ | Extension | | |
| Left Flex. | | ✓ | Left Flex. | | |
| Right Flex. | | ✓ | Right Flex. | | ✓ |
| Left Rot. | | ✓ | Left Rot. | | |
| Right Rot. | ✓ | ✓ | Right Rot. | ✓ | ✓ |

| Reflexes | Right | Left | Muscle Test | Right | Left |
|---|---|---|---|---|---|
| Biceps | +2 | +2 | Biceps | +5 | +5 |
| Triceps | | | Triceps | | |
| Brachio. | | | Deltoid | | |
| Patellar | | | Quad | | |
| Achilles | ✓ | ✓ | Hamstring | ✓ | ✓ |

| Palpation | Cervical | Thoracic | Lumbar | Pelvic |
|---|---|---|---|---|
| Tender | Slight | | Slight | |
| Spasm | yes | | yes | |
| Restricted | | | | |
| Swelling | yes | | no | |
| Trigger points | C1-C4 | | L2-L5 | |
| Specific Levels | C2-C4 | | L2-L5 | |
| | Left / Bi / Right | Left  Bi  Right | Left / Bi / Right | Left  Bi  Right |

| Distraction | Left | Right | | Left | Right |
|---|---|---|---|---|---|
| Compress. | + | + | Kemp's rad. | + | + |
| Max Comp. | + | + | Kemp LBP | + | + |
| Soto-Hall's | Neg / Pos | to | SLR rad. | @   deg. | @   deg. |
| Shldr Deprs | | | SLR LBP | | |
| Bakody's | | | Fabere Pat. | | |
| Schepelmann | | | Lindner's | | |
| Spinal Percuss. | Pos | C T L | Yeoman's | | |
| George's | | | Hibb's | | |
| | | | Dejerine's | | |

Extremities/Additional Testing:

Exam performed by: _____ D.C.

# WHIPLASH INJURY CLINIC
## CORPORATE OFFICE
## 2855 CANDLER ROAD
## SUITE 5
## DECATUR, GA 30034
### OFFICE (404) 457-9222  FAX (404) 244-9010

**CONFIDENTIAL PATIENT INFORMATION**                                    Date 7/27/22

Name James Borders

Address 1605 Olde Spring Trail     City Lithia Springs GA  Zip Code 30122    CELL Phone 404-563-2074  Home Phone

Age 27   Birth Date 11/10/1994    Marital: M S W D   HOW MANY CHILDREN N/A

Occupation Forklift Driver    Employer Altium packaging

Address 6220 Duquesne DR. SW    Office Phone 773-504-6013

Name of Wife or Husband Single    Occupation

Employer    Office Phone

Other Doctors Seen For This Condition

Insurance Companies Involved: Wellcare
  My Company

  Company of Person Responsible For Injuries GUARDIAN LAW group

Date of Accident: 7/21/22    AM  PM  LOCATION South Fulton

How Did Accident Occur If Not in Automobile? Truck hit

If Auto Collision, Were You Struck From Behind ☐  Right Side ☐  Left Side ☑  Front ☐

Have You Had Similar Accidents or Injuries Before? N/A

What Operations Have You Had? N/A

Unusual Diseases? N/A    When?

Serious Illnesses? N/A    When?

  In case of an emergency, please list below a relative or loved one that can always get in touch with you. This person should have a stable telephone number and address:

Name Sonji Borders    Phone number 678-365-7922

Address

Have You Lost Any Days of Work? Yes    Dates 7/22/21   7/21/22   7/26/22

Have You Been Treated For Any Health Condition By A Physician In the Last Year?  YES ☐  NO ☑

Describe

**CHECK SYMPTOMS YOU HAVE NOTICED SINCE ACCIDENT:**

| | | |
|---|---|---|
| ☐ Headache | ☐ Pins & Needles in Legs | ☐ Fainting |
| ☐ Neck Pain | ☐ Numbness in Fingers | ☐ Loss of Smell |
| ☐ Neck Stiff | ☐ Numbness in Toes | ☐ Loss of Taste |
| ☐ Sleeping Problems | ☐ Shortness of Breath | ☐ Diarrhea |
| ☑ Back Pain | ☐ Fatigue | ☐ Feet Cold |
| ☐ Nervousness | ☐ Depression | ☐ Hands Cold |
| ☐ Tension | ☐ Lights Bother Eyes | ☐ Stomach Upset |
| ☐ Irritability | ☐ Loss of Memory | ☐ Constipation |
| ☐ Chest Pain | ☐ Ears Ring | ☐ Cold Sweats |
| ☐ Dizziness | ☐ Face Flushed | ☐ Fever |
| ☐ Head Seems Too Heavy | ☐ Buzzing in Ears | ☐ |
| ☐ Pins & Needles in Arms | ☐ Loss of Balance | ☐ |

Symptoms Other Than Above

What Medication or Drugs Are You Taking? N/A

I understand and agree that health and accident insurance policies are an arrangement between an insurance carrier and myself. However I clearly understand and agree that all services rendered me are charged directly to me and that I am personally responsible for payment. I understand that if I suspend or terminate my care and treatment, any fees for professional services rendered me will be immediately due a payable.

Patient's Signature James Borders    SS#    Date 7/27/22

Guardian or Spouse's
Signature Authorizing Care:    Date

Patient's Name: James Borders

Date: 7/27/2022

**Instructions:** Put an "X" at
the point(s) of the source of pain.
Put an "O" everywhere that the pain goes.

