**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **ANKUR P. TRIVEDI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE NO.:** |
| **vs.** | ) | |
| | ) | |
| **LIBERTY MUTUAL HOLDING** | ) | |
| **COMPANY, INC. d/b/a LIBERTY** | ) | |
| **MUTUAL INSURANCE COMPANY** | ) | |
| **and/or LIBERTY MUTUAL GROUP** | ) | |

_____

## DEFENDANTS LIBERTY MUTUAL HOLDING COMPANY, INC. d/b/a LIBERTY MUTUAL INSURANCE COMPANY AND/OR LIBERTY MUTUAL GROUP'S ANSWER TO PLAINTIFF'S COMPLAINT

COMES NOW Defendants, Liberty Mutual Holding Company, Inc. ("LMHC") d/b/a Liberty Mutual Insurance Company ("LMIC") and/or Liberty Mutual Group ("LMG"), by and through undersigned counsel, within the time limits allowed by law, and states its Answer to Plaintiff Ankur P. Trivedi's (hereafter "Plaintiff") Complaint (the "Complaint").

LMHC and LMIC/LMG responds to the individually numbered paragraphs of the Complaint as follows:

1

## I.  PARTIES, JURISDICTION AND VENUE

### 1.

LMHC and LMIC/LMG are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint and such allegations are deemed denied.

### 2.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 2 of the Complaint.

### 3.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 3 of the Complaint.

### 4.

In responding to the allegations contained in Paragraph 4 of the Complaint, LMHC and LMHC and LMIC/LMG admits only that this case has been properly removed to the United States District Court for the Northern District of Georgia, Atlanta Division. LMHC and LMIC/LMG denies the remaining allegations contained in Paragraph 4 of the Complaint.

5.

In responding to the allegations contained in Paragraph 4 of the Complaint, LMHC and LMHC and LMIC/LMG admits only that this case has been properly removed to the United States District Court for the Northern District of Georgia, Atlanta Division. LMHC and LMIC/LMG denies the remaining allegations contained in Paragraph 4 of the Complaint.

6.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 5 of the Complaint.

## II.  BACKGROUND FACTS

7.

In responding to the allegations contained in Paragraph 7 of the Complaint, LMHC and LMIC/LMG admits only that LM General Insurance Company issued Policy No. H6S25825716670 (the "Policy") to named insured Pankajkumar K. Trivedi and Jagruti P. Trivedi for property located at 1725 Arbor Gate Drive, Lawrenceville, Georgia 30044-8825 (the "Property"), with a policy period of March 21, 2021 to March 21, 2022, which provides coverage in accord with the terms, conditions, limitations and exclusions contained therein (the "Policy"). A copy of

the Policy is attached hereto as Exhibit 1. LMHC and LMIC/LMG deny the remaining allegations contained in Paragraph 7 of the Complaint.

8.

LMHC and LMIC/LMG admit the allegations contained in Paragraph 5 of the Complaint.

9.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 9 of the Complaint.

10.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 10 of the Complaint.

11.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 11 of the Complaint.

12.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 12of the Complaint.

13.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 13 of the Complaint.

14.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 14 of the Complaint.

## III.  BREACH OF CONTRACT AND BAD-FAITH

15.

LMHC and LMIC/LMG incorporates by this reference its responses to the allegations contained in Paragraphs 1 through 14 of the Complaint as if fully stated herein.

16.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 16 of the Complaint.

17.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 17 of the Complaint.

18.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 18 of the Complaint.

19.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 19 of the Complaint.

20.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 20 of the Complaint.

21.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 21 of the Complaint.

22.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 22 of the Complaint.

23.

In responding to the allegations contained in Paragraph 23 of the Complaint, LMHC and LMIC/LMG admit only that a section of O.C.G.A. § 33-4-6 is quotes.

LMHC and LMIC/LMG deny the remaining allegations contained in Paragraph 23 of the Complaint.

24.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 24 of the Complaint.

25.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 25 of the Complaint.

## IV.  STUBBORN LITIGATION AND ATTORNEY'S FEES

26.

LMHC and LMIC/LMG incorporates by this reference its responses to the allegations contained in Paragraphs 1 through 26 of the Complaint as if fully stated herein.

27.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 27 of the Complaint.

28.

LMHC and LMIC/LMG denies the allegations contained in Paragraph 27 of the Complaint.

29.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 28 of the Complaint.

30.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 25 of the Complaint.

31.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 26 of the Complaint.

32.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 27 of the Complaint.

33.

LMHC and LMIC/LMG deny the allegations contained in Paragraph 28 of the Complaint.

In responding to the allegations contained in the final "WHEREFORE" paragraph of Plaintiff' Complaint, LMHC and LMIC/LMG states that said paragraph, including sub-paragraphs (i)-(iv), contain no factual allegations, but only prayers for relief.  Consequently, no response to this paragraph is necessary.  To the

extent a response may be deemed necessary, LMHC and LMIC/LMG deny any factual allegations purportedly contained in said paragraph, including in sub-paragraphs (i)-(iv), and deny that Plaintiff are entitled to any of the relief requested.

## AFFIRMATIVE DEFENSES

Having fully responded to Plaintiff' Complaint and without prejudice to the denials or other averments contained therein, LMHC and LMIC/LMG asserts the following Affirmative Defenses pursuant to the Federal Rules of Civil Procedure:

### FIRST DEFENSE

LMHC and LMIC/LMG deny each and every allegation, statement, matter or thing in the Plaintiff's Complaint unless expressly admitted herein.

### SECOND DEFENSE

Plaintiff's Complaint fails to state a claim against LMHC and LMIC/LMG upon which relief can be granted.

### THIRD DEFENSE

Plaintiff's Complaint against LMHC and LMIC/LMG is barred by the doctrine of lack of personal jurisdiction.

### FOURTH DEFENSE

Plaintiff's Complaint against LMHC and LMIC/LMG is barred by the doctrine of insufficient process.

## FIFTH DEFENSE

Plaintiff's Complaint against LMHC and LMIC/LMG is barred by the doctrine of insufficient service of process.

## SIXTH DEFENSE

Plaintiff's Complaint against LMHC and LMIC/LMG is barred by the doctrine of failure to join a party under Fed. R. Civ. P. Rule 19 because LM General Insurance Company, not one of the named Defendants issued the Policy at issue.

## SEVENTH DEFENSE

The relief requested by Plaintiff is barred because no action or omission by LMHC and LMIC/LMG caused Plaintiff's damage.

## EIGHTH DEFENSE

Plaintiff has not sustained damage of the nature, and to the extent, claimed in the Complaint, and is precluded from the recovery she seeks.

## NINTH DEFENSE

Plaintiff's Complaint seeking recovery of penalties and attorney's fees pursuant to O.C.G.A. § 33-4-6 fails to state a claim against LMIC upon which relief may be granted.

## TENTH DEFENSE

Plaintiff's claims for penalties and attorney's fees against LMIC pursuant to

O.C.G.A. § 33-4-6 are barred as a matter of law because LMIC's actions were not, as a matter of law, unreasonable, frivolous, unfounded, or in bad faith.

## ELEVENTH DEFENSE

Plaintiff's Complaint fails to state a claim against LMIC for attorney's fees pursuant to O.C.G.A. § 13-6-11 upon which relief can be granted.

## TWELFTH DEFENSE

Plaintiff's claim for damages pursuant to O.C.G.A. § 33-4-6 is the exclusive remedy for extra-contractual damage and bars Plaintiff's claim pursuant to O.C.G.A. § 13-6-11 as a matter of law.

## THIRTEENTH DEFENSE

Plaintiff's claims for damages pursuant to O.C.G.A. § 33-4-6 are barred because Plaintiff did not comply with the statutory requirements of the statute.

## FOURTEENTH DEFENSE

LM General Insurance Company Policy No. H6S25825716670 was issued to Pankajumar K. Trivedi and Jagruti P. Trivedi.  The Plaintiff is not a named insured under the Policy.  Therefore, no coverage may be provided to the Plaintiff pursuant to the terms of the contract.

## <u>FIFTHTEENTH DEFENSE</u>

LM General Insurance Company Policy No. H6S25825716670 issued to

Pankajumar K. Trivedi and Jagruti P. Trivedi at page 1 states:

> **DEFINITIONS**
> In this policy, "you" and "your" refer to the "named
> insured" show in the Declarations and the spouse if a
> resident of the same household.  "We,", "us" and "your"
> refer to the Company providing insurance.  In addition,
> certain words and phrases are defined as follows:
> ***
> 2.      "Business" includes trade, profession or
>         occupation.

Then Form FMHO 6100GA 10 16 of the Special Provisions – Georgia

Endorsement at page 1 states:

> DEFINITIONS
> Item 2. "Business" is deleted and replaced with the
> following:
> 2.      "Business" includes:
>         a.      A trade, profession or occupation engaged in
>                 on a full time-party time or occasional basis
>                 or
>         b.      Any other activity engaged in for money or
>                 other compensation except the following:
>                 (1)     One or more activities, not described
>                         in (2) or (3) below, for which no
>                         "insured" receives more than $3,000
>                         in total compensation for the 12
>                         months before the beginning of the
>                         policy period.
>                 (2)     Volunteer activities for which no
>                         money is received other than payment

> for expenses incurred to perform the activity; or
>
> (3)    A "short term rental."

Because Plaintiff's claims arise out of a lawsuit between C. Napolean Barnwell and Plaintiff in the Superior Court of Gwinnett County for the defamation and the unauthorized practice of law, Plaintiff's claims against LM General Insurance Company are excluded because they fall within the definition of a Business.

## <u>SIXTEENTH DEFENSE</u>

LM General Insurance Company Policy No. H6S25825716670 issued to Pankajumar K. Trivedi and Jagruti P. Trivedi at page 8 states:

> **SECTION II – LIABILITY COVERAGES**
> **COVERAGE E – PERSONAL LIABILITY**
> \*\*\*
> **SECTION II – EXCLUSIONS**
> 1. Coverage E – Personal Liability and Coverage F – Medical Payments to Others do not apply to "bodily injury" or "property damage":
>    a.  Which is expected or intended by the "insured";
>    b.  Arising out of or in connection with a "business" engaged in by and "insured."   This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business";
> \*\*\*
>    d.  Arising out of the rendering of or failure to render professional services;

13

Because Plaintiff's claims arise out of a lawsuit between C. Napolean Barnwell and Plaintiff in the Superior Court of Gwinnett County for the defamation and the unauthorized practice of law, Plaintiff's claims against LM General Insurance Company are excluded because they fall within the definition of a Business.

## SEVENTEENTH DEFENSE

LM General Insurance Company Policy No. H6S25825716670 issued to Pankajumar K. Trivedi and Jagruti P. Trivedi at page 12 states:

> 8.    Other Insurance – Coverage E – Personal Liability.
> This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

Because Plaintiff's claims arise out of a lawsuit between C. Napolean Barnwell and Plaintiff in the Superior Court of Gwinnett County for the defamation and the unauthorized practice of law, Plaintiff's claims against LM General Insurance Company are excluded because other insurance covers Plaintiff's claims.

## EIGHTEENTH DEFENSE

Inasmuch as the Complaint does not describe the alleged underlying claims or damages with sufficient particularity to enable LMIC to determine all its legal,

contractual and equitable rights, LMIC reserves the right to amend or supplement the averments of its Answer to assert any and all defenses ascertained through further investigation and discovery in this action.

**WHEREFORE**, LMHC and LMIC/LMG respectfully demands judgment dismissing Plaintiff' Complaint with prejudice and awarding it such other and further relief as the Court may deem just and proper, including the fees and costs incurred in defending this action.

This 9th day of August 2023.

ISENBERG & HEWITT, P.C.

/s/ Hilary W. Hunter
Hilary W. Hunter
Georgia Bar No. 742696
600 Embassy Row, Suite 150
Atlanta, GA  30328
(770) 351-4400 (O)
hilary@isenberg-hewitt.com
**Attorney for Defendants**

# EXHIBIT 1



Liberty Mutual Insurance
350 E 96th Street
Indianapolis, IN 46240

July 20, 2023

Mr Nitin
175 Berkeley Street
Boston, MA 02116

|  |  |
|---|---|
| Insured Name: | Pankajkumar K Trivedi |
|  | Jagruti P Trivedi |
| Policy Number: | H6S25825716670 |
| Claim ID: | 047735579 |
| Date of Loss: | 05/28/2021 |
| Effective Date: | 03/21/2021 |

I hereby certify that the attached is a true and accurate copy of the documents requested for the policy listed above as maintained by the LM General Insurance Company in the usual and customary course  of its business.

Sincerely,

Michael Quiroz-Smith
Policy Copy
Support

MQS
Enclosures

PL Policy/Dec Request

 **Questions about your Policy?**
Call 1-800-225-8285

**Policy Number:**
H6S-258-257166-70 1 2

**Report a Claim:**
1-800-2CLAIMS or
LibertyMutual.com/Claims



**ACTION REQUIRED:**
PLEASE REVIEW AND KEEP FOR YOUR RECORDS.

# Policy Declarations
## Total 12 Month Premium:  $928.00

Reason for your new declarations page: Changes made to your policy
Please refer to the Change Detail section on page 3 for more information.
Effective date of this change: 09/17/2021
Through your affiliation with the Nissan your policy includes special group savings on your home insurance.

## Insurance Information

| | | | |
|---|---|---|---|
| Named Insured: | Pankajkumar K Trivedi<br>Jagruti P Trivedi | Policy Number: | H6S-258-257166-70 1 2 |
| Mailing Address: | 1725 Arbor Gate Dr<br>Lawrenceville GA 30044-8825 | Policy Period: | 03/21/2021-03/21/2022 12:01 a.m.<br>standard time at the address of the<br>Named Insured at Insured Location. |
| Insured Location: | Same as Mailing address above | Declarations Effective: | 09/17/2021 |

---

**DISCOUNTS AND BENEFITS SECTION**

Your discounts and benefits have been applied to your total policy premium.
- Multiple Policy Discount
- Safe Homeowner Program
- Protective Device Discounts:
  Smoke/Heat Alarm-All Floors, Extinguishers
  and Dead Bolt Locks

---

# Coverage Information

Standard Policy

| SECTION I COVERAGES | | LIMITS | PREMIUM |
|---|---|---|---|
| A. Dwelling | $ | 75,060 | |
| C. Personal Property with Replacement Cost | $ | 15,320 | |
| D. Loss of Use of Insured Location | $ | 6,130 | |

| SECTION II COVERAGES | | LIMITS | PREMIUM |
|---|---|---|---|
| E. Personal Liability (each occurrence) | $ | 300,000 | |
| F. Medical Payments to Others (each person) | $ | 1,000 | |

Policy Declarations

| ? | Want to Add a Coverage? Call 1-800-225-8285 to talk to your agent about the availability of this coverage and whether it meets your needs. | Policy Number: H6S-258-257166-70 1 2 | Report a Claim: 1-800-2CLAIMS or LibertyMutual.com/Claims |  |

## Coverage Information continued

### POLICY DEDUCTIBLES

Losses covered under Section I are subject to a deductible of : $1,000

| Total Standard Policy | $ | 198 |
| --- | --- | --- |

| ADDITIONAL COVERAGES | DEDUCTIBLE | | LIMITS | | PREMIUM |
| --- | --- | --- | --- | --- | --- |
| Amendatory Mold End | $ | | 5,000 | $ | 0 |
| Credit Card, Fund Transfer Card, Forgery | $ | | 1,000 | $ | 0 |
| Unit Owners Coverage A Special | | | | $ | 72 |
| Personal Property Replacement Cost | | | | $ | 0 |
| Increased Additions and Alterations | | | | $ | 542 |
| Coverage E increased limit | | | | $ | 10 |
| Total Additional Coverages | | | | $ | 554 |

| SCHEDULED PERSONAL PROPERTY | | LIMITS | | PREMIUM |
| --- | --- | --- | --- | --- |
| Personal Property Jewelry | $ | 14,265 | $ | 176 |
| Total Scheduled Personal Property | | | $ | 176 |

**Total 12 Month Policy Premium: $928.00**

### Additional Coverages and Products Available*

We've reviewed your policy and have identified additional optional coverages and products that can add valuable protection. Talk to your agent about purchasing the following coverages and products and whether they meet your needs.

- Home Computer and Smartphone: If your smartphone or other devices are not insured, repairing or replacing them can be expensive. Did you know you can insure multiple devices for up to $10,000 with a deductible of $50.00?

- Identity Fraud Expense: A stolen identity can be scary and expensive. We'll provide counseling, and pay up to $30,000 for expenses such as lost wages and attorney fees incurred to recover your identity.

- Water Backup and Sump Pump Overflow: Water damage can ruin your possessions. If your sump pump fails, or you suffer water damage from a sewer or drain backup, we'll pay for covered home and personal property losses.

*These optional coverages are subject to policy provisions, limitations, and exclusions. Daily limits or a deductible may apply. For a complete explanation, please consult your agent today.



| Questions about your Policy?<br>Call 1-800-225-8285 | Policy Number:<br>H6S-258-257166-70 1 2 | Report a Claim:<br>1-800-2CLAIMS or<br>LibertyMutual.com/Claims |
|---|---|---|

## Mortgage Information

Mortgagee 1:

THE PERPETUAL
FINANCIAL GROUP INC
ISAOA/ATIMA
LOAN NO. 02019021901
1838 Old Norcross Rd Ste
400
Lawrenceville, GA
30044-8804

## Change Detail

Changes made to your policy for: Policy Change 2
• Add Scheduled Property

The premium increase for above changes is $89, which is included in your total policy premium.

## Policy Forms and Endorsements: The following forms and endorsements are applicable to your policy

| | |
|---|---|
| LibertyGuard® Condominium Policy  (HO 00 06 04 91) | Personal Property Replacement Cost (FMHO-752 09/87) |
| Amendatory Mold End  (FMHO 3482 0313) | Seepage Exclusion Endorsement  (FMHO 3490 0313) |
| Unit Owners Coverage A Special  (HO 17 32 04 91) | Credit Card, Fund Transfer Card, Forgery (HO 04 53 04 91) |
| Protective Devices  (HO 04 16 04 91) | Arson Reward  (FMHO-993) |
| Amendmt Pol Conditions  (FMHO-3073 1/07) | Special Provisions - Georgia  (FMHO6100GA 1016) |
| No SecII/Limit I-Daycare  (HO 04 96 04 91) | Amendmt Pol Definitions  (FMHO 2934 0720) |
| Scheduled Personal Property Endorsement (HO 04 61 04 91) | Inflation Protection  (FMHO-660 09/82) |
| Addtl Insured-Res Prem  (HO 04 41 04 91) | |

## Important Messages

Flood Insurance: Your Homeowners policy does not provide coverage for damage caused by flood, even if the flood is caused by a storm surge. Liberty Mutual can help you obtain this coverage through the Federal Emergency Management Agency (FEMA) if your community participates in the National Flood Insurance Program. Please call your representative for more information.

Questions about your Policy?
Call 1-800-225-8285

Policy Number:
H6S-258-257166-70 1 2

Report a Claim:
1-800-2CLAIMS or
LibertyMutual.com/Claims



LibertyGuard® Condominium Policy Declarations provided and underwritten by LM General Insurance Company
(a stock insurance company), Boston, MA.

James MacPhee
President

Mark C. Touhey
Secretary

This policy, including endorsements listed above,
is countersigned by:

Hamid Mirza
Authorized Representative

 Questions about your Policy?
Call 1-800-225-8285

Policy Number:
H6S-258-257166-70 1 2

Report a Claim:
1-800-2CLAIMS or
LibertyMutual.com/Claims



**ACTION REQUIRED:**
PLEASE REVIEW AND KEEP FOR YOUR RECORDS.

# Policy Declarations
## Total 12 Month Premium:  $752.00

Reason for your new declarations page: Changes made to your policy
Please refer to the Change Detail section on page 3 for more information.
Effective date of this change: 09/03/2021
Through your affiliation with the Nissan your policy includes special group savings on your home insurance.

## Insurance Information

| | | | |
|---|---|---|---|
| Named Insured: | Pankajkumar K Trivedi<br>Jagruti P Trivedi | Policy Number: | H6S-258-257166-70 1 2 |
| Mailing Address: | 1725 Arbor Gate Dr<br>Lawrenceville GA 30044-8825 | Policy Period: | 03/21/2021-03/21/2022 12:01 a.m.<br>standard time at the address of the<br>Named Insured at Insured Location. |
| Insured Location: | Same as Mailing address above | Declarations Effective: | 09/03/2021 |

---

**DISCOUNTS AND BENEFITS SECTION**

Your discounts and benefits have been applied to your total policy premium.
- Multiple Policy Discount
- Safe Homeowner Program
- Protective Device Discounts:
  Smoke/Heat Alarm-All Floors, Extinguishers
  and Dead Bolt Locks

---

# Coverage Information

### Standard Policy

| SECTION I COVERAGES | | LIMITS | PREMIUM |
|---|---|---|---|
| A. Dwelling | $ | 75,060 | |
| C. Personal Property with Replacement Cost | $ | 15,320 | |
| D. Loss of Use of Insured Location | $ | 6,130 | |

| SECTION II COVERAGES | | LIMITS | PREMIUM |
|---|---|---|---|
| E. Personal Liability (each occurrence) | $ | 300,000 | |
| F. Medical Payments to Others (each person) | $ | 1,000 | |

Policy Declarations



| Want to Add a Coverage? | Policy Number: | Report a Claim: |
|---|---|---|
| Call 1-800-225-8285 to talk to your agent about the availability of this coverage and whether it meets your needs. | H6S-258-257166-70 1 2 | 1-800-2CLAIMS or LibertyMutual.com/Claims |

## Coverage Information continued

### POLICY DEDUCTIBLES

Losses covered under Section I are subject to a deductible of : $1,000

| Total Standard Policy | $ | 198 |
|---|---|---|

| ADDITIONAL COVERAGES | DEDUCTIBLE | LIMITS | PREMIUM |
|---|---|---|---|
| Amendatory Mold End | $ | 5,000 | $ 0 |
| Credit Card, Fund Transfer Card, Forgery | $ | 1,000 | $ 0 |
| Unit Owners Coverage A Special | | | $ 72 |
| Personal Property Replacement Cost | | | $ 0 |
| Increased Additions and Alterations | | | $ 542 |
| Coverage E increased limit | | | $ 10 |
| Total Additional Coverages | | | $ 554 |

**Total 12 Month Policy Premium: $752.00**

### Additional Coverages and Products Available*

We've reviewed your policy and have identified additional optional coverages and products that can add valuable protection. Talk to your agent about purchasing the following coverages and products and whether they meet your needs.

- Home Computer and Smartphone: If your smartphone or other devices are not insured, repairing or replacing them can be expensive. Did you know you can insure multiple devices for up to $10,000 with a deductible of $50.00?

- Identity Fraud Expense: A stolen identity can be scary and expensive. We'll provide counseling, and pay up to $30,000 for expenses such as lost wages and attorney fees incurred to recover your identity.

- Water Backup and Sump Pump Overflow: Water damage can ruin your possessions. If your sump pump fails, or you suffer water damage from a sewer or drain backup, we'll pay for covered home and personal property losses.

*These optional coverages are subject to policy provisions, limitations, and exclusions. Daily limits or a deductible may apply. For a complete explanation, please consult your agent today.

| | | |
|---|---|---|
| **Questions about your Policy?** Call 1-800-225-8285 | **Policy Number:** H6S-258-257166-70 1 2 | **Report a Claim:** 1-800-2CLAIMS or LibertyMutual.com/Claims |



## Mortgage Information

Mortgagee 1:
THE PERPETUAL
FINANCIAL GROUP INC
ISAOA/ATIMA
LOAN NO. 02019021901
1838 Old Norcross Rd Ste
400
Lawrenceville, GA
30044-8804

## Change Detail

Changes made to your policy for:  Policy Change 1
• Policy update

There is no premium increase for above changes.

## Policy Forms and Endorsements:  The following forms and endorsements are applicable to your policy

| | |
|---|---|
| LibertyGuard® Condominium Policy  (HO 00 06 04 91) | Personal Property Replacement Cost (FMHO-752 09/87) |
| Amendatory Mold End  (FMHO 3482 0313) | Seepage Exclusion Endorsement  (FMHO 3490 0313) |
| Unit Owners Coverage A Special  (HO 17 32 04 91) | Credit Card, Fund Transfer Card, Forgery (HO 04 53 04 91) |
| Protective Devices (HO 04 16 04 91) | Arson Reward (FMHO-993) |
| Amendmt Pol Conditions  (FMHO-3073 1/07) | Special Provisions - Georgia  (FMHO6100GA 1016) |
| No SecII/Limit I-Daycare (HO 04 96 04 91) | Amendmt Pol Definitions  (FMHO 2934 0720) |
| Inflation Protection (FMHO-660 09/82) | Addtl Insured-Res Prem  (HO 04 41 04 91) |

## Important Messages

Flood Insurance: Your Homeowners policy does not provide coverage for damage caused by flood, even if the flood is caused by a storm surge. Liberty Mutual can help you obtain this coverage through the Federal Emergency Management Agency (FEMA) if your community participates in the National Flood Insurance Program. Please call your representative for more information.

? Questions about your Policy?
Call 1-800-225-8285

Policy Number:
H6S-258-257166-70 1 2

Report a Claim:
1-800-2CLAIMS or
LibertyMutual.com/Claims



LibertyGuard® Condominium Policy Declarations provided and underwritten by LM General Insurance Company (a stock insurance company), Boston, MA.

_____
James MacPhee
President

_____
Mark C. Touhey
Secretary

This policy, including endorsements listed above, is countersigned by:

_____
Hamid Mirza
Authorized Representative

 Questions about your Policy?
Call 1-800-225-8285

| Policy Number:
H6S-258-257166-70 1 2

Report a Claim:
1-800-2CLAIMS or
LibertyMutual.com/Claims



⚠ ACTION REQUIRED:
PLEASE REVIEW AND KEEP FOR YOUR RECORDS.

# Policy Declarations
# Total 12 Month Premium:  $752.00

Through your affiliation with the  Nissan your policy includes  special group savings on your home insurance.

## Insurance Information

| | | | |
|---|---|---|---|
| Named Insured: | Pankajkumar K Trivedi
Jagruti P Trivedi | Policy Number: | H6S-258-257166-70 1 2 |
| Mailing Address: | 1725 Arbor Gate Dr
Lawrenceville GA 30044-8825 | Policy Period: | 03/21/2021-03/21/2022 12:01 a.m.
standard time at the  address of the
Named Insured at Insured Location. |
| Insured Location: | Same as Mailing address above | Declarations Effective: | 03/21/2021 |

---

### DISCOUNTS AND BENEFITS SECTION

Your discounts and benefits have been applied to your total policy premium.

- Multiple Policy Discount
- Protective Device Discounts:
  Smoke/Heat Alarm-All Floors, Extinguishers
  and Dead Bolt Locks
- Safe Homeowner Program

---

# Coverage Information

## Standard Policy

| SECTION I COVERAGES | | LIMITS | PREMIUM |
|---|---|---|---|
| A. Dwelling | $ | 75,060 | |
| C. Personal Property  with Replacement Cost | $ | 15,320 | |
| D. Loss of Use of Insured Location | $ | 6,130 | |

| SECTION II COVERAGES | | LIMITS | PREMIUM |
|---|---|---|---|
| E. Personal Liability (each occurrence) | $ | 300,000 | |
| F. Medical Payments to Others (each person) | $ | 1,000 | |

### POLICY DEDUCTIBLES

Losses covered under Section I are subject to a deductible of : $1,000

---

FMHO 3047 05 16        THIS IS NOT YOUR CONDOMINIUM INSURANCE BILL. YOU WILL BE BILLED SEPARATELY.



| Want to Add a Coverage? Call 1-800-225-8285 to talk to your agent about the availability of this coverage and whether it meets your needs. | Policy Number: H6S-258-257166-70 1 2 | Report a Claim: 1-800-2CLAIMS or LibertyMutual.com/Claims |
|---|---|---|

## Coverage Information continued

| Total Standard Policy | $ | 198 |
|---|---|---|

| ADDITIONAL COVERAGES | DEDUCTIBLE | LIMITS | PREMIUM |
|---|---|---|---|
| Amendatory Mold End | $ | 5,000 | $ 0 |
| Credit Card, Fund Transfer Card, Forgery | $ | 1,000 | $ 0 |
| Unit Owners Coverage A Special | | | $ 72 |
| Personal Property Replacement Cost | | | $ 0 |
| Increased Additions and Alterations | | | $ 542 |
| Coverage E increased limit | | | $ 10 |
| Total Additional Coverages | | | $ 554 |

**Total 12 Month Policy Premium: $752.00**

### Additional Coverages and Products Available*

We've reviewed your policy and have identified additional optional coverages and products that can add valuable protection. Talk to your agent about purchasing the following coverages and products and whether they meet your needs.

- Home Computer and Smartphone: If your smartphone or other devices are not insured, repairing or replacing them can be expensive. Did you know you can insure multiple devices for up to $10,000 with a deductible of $50.00?

- Identity Fraud Expense: A stolen identity can be scary and expensive. We'll provide counseling, and pay up to $30,000 for expenses such as lost wages and attorney fees incurred to recover your identity.

- Water Backup and Sump Pump Overflow: Water damage can ruin your possessions. If your sump pump fails, or you suffer water damage from a sewer or drain backup, we'll pay for covered home and personal property losses.

*These optional coverages are subject to policy provisions, limitations, and exclusions. Daily limits or a deductible may apply. For a complete explanation, please consult your agent today.

### Mortgage Information

Mortgagee 1:
THE PERPETUAL
FINANCIAL GROUP INC
ISAOA/ATIMA
LOAN NO. 02019021901
1838 Old Norcross Rd Ste
400
Lawrenceville, GA
30044-8804

| Questions about your Policy?<br>Call 1-800-225-8285 | Policy Number:<br>H6S-258-257166-70 1 2 | Report a Claim:<br>1-800-2CLAIMS or<br>LibertyMutual.com/Claims |  |

---

**Policy Forms and Endorsements:** The following forms and endorsements are applicable to your policy

| | |
|---|---|
| LibertyGuard® Condominium Policy (HO 00 06 04 91) | Personal Property Replacement Cost (FMHO-752 09/87) |
| Amendatory Mold End (FMHO 3482 0313) | Seepage Exclusion Endorsement (FMHO 3490 0313) |
| Unit Owners Coverage A Special (HO 17 32 04 91) | Credit Card, Fund Transfer Card, Forgery (HO 04 53 04 91) |
| Protective Devices (HO 04 16 04 91) | Arson Reward (FMHO-993) |
| Amendmt Pol Conditions (FMHO-3073 1/07) | Special Provisions - Georgia (FMHO6100GA 1016) |
| No SecII/Limit I-Daycare (HO 04 96 04 91) | Amendmt Pol Definitions (FMHO 2934 0720) |
| Inflation Protection (FMHO-660 09/82) | Addtl Insured-Res Prem (HO 04 41 04 91) |

---

**Important Messages**

---

Flood Insurance: Your Homeowners policy does not provide coverage for damage caused by flood, even if the flood is caused by a storm surge. Liberty Mutual can help you obtain this coverage through the Federal Emergency Management Agency (FEMA) if your community participates in the National Flood Insurance Program. Please call your representative for more information.

LibertyGuard® Condominium Policy Declarations provided and underwritten by LM General Insurance Company (a stock insurance company), Boston, MA.

James MacPhee
President

Mark C. Touhey
Secretary

This policy, including endorsements listed above, is countersigned by:

Hamid Mirza
Authorized Representative

---



# LibertyGuard

## Condominium Policy

**Please read your policy and each endorsement carefully.**

**To serve you best...**

Liberty Mutual has over 350 service offices throughout the United States and Canada. Please contact your service office shown on your Declarations Page to report losses, or for any changes or questions about your insurance. Payments should be sent to the office indicated on your bill.

**THIS POLICY IS NON ASSESSABLE**

Liberty Mutual Group

# LIBERTYGUARD CONDOMINIUM POLICY
## HO 00 06 EDITION 04 91

**TABLE OF CONTENTS**                    **Page**

Agreement ...................................................................1
Definitions ..................................................................1
**SECTION I - PROPERTY COVERAGES**
  Coverage A Dwelling ..............................................1-2
  Coverage C Personal Property ...............................2-3
  Coverage D Loss of Use ...........................................3
  Additional Coverages ...............................................3
    Debris Removal ......................................................3
    Reasonable Repairs ...............................................4
    Trees, Shrubs and Other Plants ...........................4
    Fire Department Service Charge ...........................4
    Property Removed ...................................................4
    Credit Card, Fund Transfer Card, Forgery
      and Counterfeit Money ......................................4
    Loss Assessment ................................................4-5
    Collapse ..................................................................5
    Glass or Safety Glazing Material ..........................5
**SECTION I - PERILS INSURED AGAINST** ..............5-6
**SECTION I - EXCLUSIONS**
  Ordinance or Law ....................................................6
  Earth Movement ......................................................6
  Water Damage .......................................................6-7
  Power Failure ...........................................................7
  Neglect .....................................................................7
  War ...........................................................................7
  Nuclear Hazard .......................................................7
  Intentional Loss .......................................................7
**SECTION I - CONDITIONS**
  Insurable Interest and Limit of Liability ................7
  Your Duties After Loss ............................................7
  Loss Settlement ....................................................7-8
  Loss to a Pair or Set ...............................................8
  Glass Replacement .................................................8
  Appraisal ..................................................................8
  Other Insurance .......................................................8
  Suit Against Us ........................................................8
  Our Option ................................................................8

**Page**

Loss Payment .............................................................8
Abandonment of Property ..........................................8
Mortgage Clause ........................................................8
No Benefit To Bailee ...................................................9
Nuclear Hazard Clause ...............................................9
Recovered Property .....................................................9
Volcanic Eruption Period ............................................9
**SECTION II - LIABILITY COVERAGES**
  Coverage E Personal Liability ................................9
  Coverage F Medical Payments to Others .............9
**SECTION II - EXCLUSIONS**
  Coverage E Personal Liability and Coverage F
    Medical Payments to Others .........................9-11
  Coverage E Personal Liability .............................11
  Coverage F Medical Payments to Others ...........11
**SECTION II - ADDITIONAL COVERAGES**
  Claim Expenses ....................................................11
  First Aid Expenses ...............................................12
  Damage to Property of Others .............................12
  Loss Assessment .................................................12
**SECTION II - CONDITIONS**
  Limit of Liability ....................................................12
  Severability of Insurance .....................................12
  Duties After Loss ............................................12-13
  Duties of an Injured Person .................................13
  Payment of Claim .................................................13
  Suit Against Us .....................................................13
  Bankruptcy of an Insured .....................................13
  Other Insurance ....................................................13
**SECTIONS I AND II - CONDITIONS**
  Policy Period .........................................................13
  Concealment or Fraud .........................................13
  Liberalization Clause ............................................13
  Waiver or Change of Policy Provisions ...............13
  Cancellation ....................................................13-14
  Non-Renewal ........................................................14
  Assignment ...........................................................14
  Subrogation ..........................................................14
  Death .....................................................................14
  **\*MUTUAL POLICY CONDITIONS** ..................14

*These conditions apply only if Liberty Mutual Fire Insurance Company is shown in the Declarations as the insurer.

## HOMEOWNERS 00 06 04 91

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We," "us" and "our" refer to the Company providing this insurance. In addition, certain words and phrases are defined as follows:

1. "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

2. "Business" includes trade, profession or occupation.

3. "Insured" means you and residents of your household who are:

   a. Your relatives; or

   b. Other persons under the age of 21 and in the care of any person named above.

   Under Section II, "insured" also means:

   c. With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in 3.a. or 3.b. above. A person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner is not an "insured";

   d. With respect to any vehicle to which this policy applies:

      (1) Persons while engaged in your employ or that of any person included in 3.a. or 3.b. above; or

      (2) Other persons using the vehicle on an "insured location" with your consent.

4. "Insured location" means:

   a. The "residence premises";

   b. The part of other premises, other structures and grounds used by you as a residence and:

      (1) Which is shown in the Declarations; or

      (2) Which is acquired by you during the policy period for your use as a residence;

   c. Any premises used by you in connection with a premises in 4.a. and 4.b. above;

   d. Any part of a premises:

      (1) Not owned by an "insured"; and

      (2) Where an "insured" is temporarily residing;

   e. Vacant land, other than farm land, owned by or rented to an "insured";

   f. Land owned by or rented to an "insured" on which a one or two family dwelling is being built as a residence for an "insured";

   g. Individual or family cemetery plots or burial vaults of an "insured"; or

   h. Any part of a premises occasionally rented to an "insured" for other than "business" use.

5. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

   a. "Bodily injury"; or

   b. "Property damage."

6. "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

7. "Residence employee" means:

   a. An employee of an "insured" whose duties are related to the maintenance or use of the "residence premises," including household or domestic services; or

   b. One who performs similar duties elsewhere not related to the "business" of an "insured."

8. "Residence premises" means the unit where you reside shown as the "residence premises" in the Declarations.

## SECTION I PROPERTY COVERAGES

### COVERAGE A - Dwelling

We cover:

1. The alterations, appliances, fixtures and improvements which are part of the building contained within the "residence premises";

2. Items of real property which pertain exclusively to the "residence premises";

3. Property which is your insurance responsibility under a corporation or association of property owners agreement; or

4. Structures owned solely by you, other than the "residence premises," at the location of the "residence premises."

This coverage does not apply to land, including land on which the "residence premises," real property or structures are located.

We do not cover:

1.    Structures used in whole or in part for "business" purposes; or

2.    Structures rented or held for rental to any person not a tenant of the "residence premises" unless used solely as a private garage.

## COVERAGE C - Personal Property

We cover personal property owned or used by an "insured" while it is anywhere in the world.  At your request, we will cover personal property owned by:

1.    Others while the property is on the part of the "residence premises" occupied by an "insured";

2.    A guest or a "residence employee", while the property is in any residence occupied by an "insured."

Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises," is 10% of the limit of liability for Coverage C, or $1000, whichever is greater.  Personal property in a newly acquired principal residence is not subject to this limitation for the 30 days from the time you begin to move the property there.

**Special Limits of Liability.**  These limits do not increase the Coverage C limit of liability.  The special limit for each numbered category below is the total limit for each loss for all property in that category.

1.    $200 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum, coins and medals.

2.    $1000 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps.  This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

    This limit includes the cost to research, replace or restore the information from the lost or damaged material.

3.    $1000 on watercraft, including their trailers, furnishings, equipment and outboard engines or motors.

4.    $1000 on trailers not used with watercraft.

5.    $1000 for loss by theft of jewelry, watches, furs, precious and semi-precious stones.

6.    $2000 for loss by theft of firearms.

7.    $2500 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware and pewterware.    This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.

8.    $2500 on property, on the "residence premises," used at any time or in any manner for any "business" purpose.

9.    $250 on property, away from the "residence premises" used at any time or in any manner for any "business" purpose.  However, this limit does not apply to loss to adaptable electronic apparatus as described in Special Limits 10. and 11. below.

10.    $1000 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance

while retaining its capability of being operated by other sources of power.  Electronic apparatus includes:

a.    Accessories or antennas; or

b.    Tapes, wires, records, discs or other media;

for use with any electronic apparatus.

11.    $1000 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus:

a.    Is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power;

b.    Is away from the "residence premises"; and

c.    Is used at any time or in any manner for any "business" purpose.

Electronic apparatus includes:

a.    Accessories or antennas; or

b.    Tapes, wires, records, discs or other media;

for use with any electronic apparatus.

**Property Not Covered.**  We do not cover:

1.    Articles separately described and specifically insured in this or other insurance;

2.    Animals, birds or fish;

3.    Motor vehicles or all other motorized land conveyances. This includes:

a.    Their equipment and accessories; or

b.    Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of motor vehicles or all other motorized land conveyances. Electronic apparatus includes:

    (1)  Accessories or antennas; or

    (2)  Tapes, wires, records, discs or other media;

    for use with any electronic apparatus.

The exclusion of property described in 3.a. and 3.b. above applies only while the property is in or upon the vehicle or conveyance.

We do cover vehicles or conveyances not subject to motor vehicle registration which are:

a.    Used to service an "insured's" residence; or

b.    Designed for assisting the handicapped;

4.    Aircraft and parts.  Aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;

5.    Property of roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";

6.    Property in an apartment regularly rented or held for rental to others by an "insured";

7.    Property rented or held for rental to others off the "residence premises";

8.    "Business" data, including such data stored in:

a.    Books of account, drawings or other paper records; or

b.   Electronic data processing tapes, wires, records, discs or other software media.

However, we do cover the cost of blank recording or storage media, and of pre-recorded computer programs available on the retail market; or

9.   Credit cards or fund transfer cards except as provided in Additional Coverages 6.

## COVERAGE D - Loss of Use

The limit of liability for Coverage D is the total limit for all the coverages that follow.

1.   If a loss by a Peril Insured Against under this policy to covered property or the building containing the property, makes the "residence premises" not fit to live in, we cover, at your choice, either of the following.  However, if the "residence premises" is not your principal place of residence, we will not provide the option under paragraph b. below.

a.   **Additional Living Expense,** meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living; or

b.   **Fair Rental Value,** meaning the fair rental value of that part of the "residence premises" where you reside less any expenses that do not continue while the premises is not fit to live in.

Payment under a. or b. will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

2.   If a loss covered under this Section makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the:

Fair Rental Value, meaning the fair rental value of that part of the "residence premises" rented to others or held for rental by you less any expenses that do not continue while the premises is not fit to live in.

Payment will be for the shortest time required to repair or replace that part of the premises rented or held for rental.

3.   If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against in this policy, we cover the Additional Living Expense and Fair Rental Value loss as provided under 1. and 2. above for no more than two weeks.

The periods of time under 1., 2. and 3. above are not limited by expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement.

## ADDITIONAL COVERAGES

1.   **Debris Removal.**  We will pay your reasonable expense for the removal of:

a.   Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

b.   Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

This expense is included in the limit of liability that applies to the damaged property.  If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for debris removal expense.

We will also pay your reasonable expense, up to $500, for the removal from the "residence premises" of:

a.   Your tree(s) felled by the peril of Windstorm or Hail;

b.   Your tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or

c.   A neighbor's tree(s) felled by a Peril Insured Against under Coverage C;

provided the tree(s) damages a covered structure.  The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

.    **Reasonable Repairs.**  In the event that covered property is damaged by an applicable Peril Insured Against, we will pay the reasonable cost incurred by you for necessary measures taken solely to protect against further damage.  If the measures taken involve repair to other damaged property, we will pay for those measures only if that property is covered under this policy and the damage to that property is caused by an applicable Peril Insured Against.

This coverage:

a.   Does not increase the limit of liability that applies to the covered property;

b.   Does not relieve you of your duties, in case of a loss to covered property, as set forth in SECTION I - CONDITION 2.d.

3.   **Trees, Shrubs and Other Plants.**  We cover trees, shrubs, plants or lawns, on the "residence premises" for loss caused by the following Perils Insured Against: Fire or lightning, Explosion, Riot or civil commotion, Aircraft, Vehicles not owned or operated by a resident of the "residence premises," Vandalism or malicious mischief or Theft.

We will pay up to 10% of the limit of liability that applies to Coverage C for all trees, shrubs, plants or lawns.  No more than $500 of this limit will be available for any one tree, shrub or plant.  We do not cover property grown for "business" purposes.

This coverage is additional insurance.

4.   **Fire Department Service Charge.**  We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against.  We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance.   No deductible applies to this coverage.

5. **Property Removed.**  We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed. This coverage does not change the limit of liability that applies to the property being removed.

6. **Credit Card, Fund Transfer Card, Forgery and Counterfeit Money.**

   We will pay up to $500 for:

   a.  The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

   b.  Loss resulting from theft or unauthorized use of a fund transfer card used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

   c.  Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

   d.  Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

   We do not cover use of a credit card or fund transfer card:

   a.  By a resident of your household;

   b.  By a person who has been entrusted with either type of card; or

   c.  If an "insured" has not complied with all terms and conditions under which the cards are issued.

   All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

   We do not cover loss arising out of "business" use or dishonesty of an "insured."

   This coverage is additional insurance.   No deductible applies to this coverage.

   Defense:

   a.  We may investigate and settle any claim or suit that we decide is appropriate.  Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

   b.  If a suit is brought against an "insured" for liability under the Credit Card or Fund Transfer Card coverage, we will provide a defense at our expense by counsel of our choice.

   c.  We have the option to defend at our expense an "insured" or an "insured's" bank against any suit for the enforcement of payment under the Forgery coverage.

7. **Loss Assessment.**  We will pay up to $1000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of direct loss to the property, owned by all members collectively, caused by a Peril Insured Against under COVERAGE A - DWELLING, other than earthquake or land shock waves or tremors before, during or after a volcanic eruption.

This coverage applies only to loss assessments charged against you as owner or tenant of the "residence premises."

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

The limit of $1000 is the most we will pay with respect to any one loss, regardless of the number of assessments.

Condition 1. Policy Period, under SECTIONS I and II CONDITIONS, does not apply to this coverage.

8. **Collapse.**  We insure for direct physical loss to covered property involving collapse of a building or any part of a building caused only by one or more of the following:

   a.  Perils Insured Against in COVERAGE C - PERSONAL PROPERTY.  These perils apply to covered buildings and personal property for loss insured by this additional coverage;

   b.  Hidden decay;

   c.  Hidden insect or vermin damage;

   d.  Weight of contents, equipment, animals or people;

   e.  Weight of rain which collects on a roof; or

   f.  Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

   Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items b., c., d., e., and f. unless the loss is a direct result of the collapse of a building.

   Collapse does not include settling, cracking, shrinking, bulging or expansion.

   This coverage does not increase the limit of liability applying to the damaged covered property.

9. **Glass or Safety Glazing Material.**

   We cover:

   a.  The breakage of glass or safety glazing material which is part of a building, storm door or storm window, and covered under Coverage A; and

   b.  Damage to covered property by glass or safety glazing material which is part of a building, storm door or storm window.

   This coverage does not include loss on the "residence premises" if the dwelling has been vacant for more than 30 consecutive days immediately before the loss.  A dwelling being constructed is not considered vacant.

   Loss for damage to glass will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

   This coverage does not increase the limit of liability that applies to the damaged property.

## SECTION I - PERILS INSURED AGAINST

We insure for direct physical loss to the property described in Coverages A and C caused by a peril listed below unless the loss is excluded in SECTION I - EXCLUSIONS.

1. **Fire or lightning.**

2. **Windstorm or hail.**

   This peril does not include loss to the inside of a building or the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

   This peril includes loss to watercraft and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

3. **Explosion.**

4. **Riot or civil commotion.**

5. **Aircraft,** including self-propelled missiles and spacecraft.

6. **Vehicles.**

   This peril does not include loss to a fence, driveway or walk caused by a vehicle owned or operated by a resident of the "residence premises."

7. **Smoke,** meaning sudden and accidental damage from smoke.

   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

8. **Vandalism or malicious mischief.**

   This peril does not include loss to property on the "residence premises" if the dwelling has been vacant for more than 30 consecutive days immediately before the loss.  A dwelling being constructed is not considered vacant.

9. **Theft,** including attempted theft and loss of property from a known place when it is likely that the property has been stolen.

   This peril does not include loss caused by theft:

   a. Committed by an "insured";

   b. In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied; or

   c. From that part of a "residence premises" rented by an "insured" to other than an "insured."

   5. This peril does not include loss caused by theft that occurs off the "residence premises" of:

   a. Property while at any other residence owned by, rented to, or occupied by an "insured," except while an "insured" is temporarily living there.  Property of a student who is an "insured" is covered while at a residence away from home if the student has been there at any time during the 45 days immediately before the loss;

   b. Watercraft, and their furnishings, equipment and out-board engines or motors; or

c. Trailers and campers.

10. **Falling objects.**

    This peril does not include loss to the inside of a building or property contained in the building unless the roof or an outside wall of the building is first damaged by a falling object.  Damage to the falling object itself is not included.

11. **Weight of ice, snow or sleet** which causes damage to a building or property contained in the building.

    This peril does not include loss to an awning, fence, patio, pavement, swimming pool, foundation, retaining wall, bulkhead, pier, wharf, or dock.

12. **Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.  We also pay for tearing out and replacing any part of the building which is covered under Coverage A and on the "residence premises," if necessary to repair the system or appliance from which the water or steam escaped.

    This peril does not include loss:

    a. On the "residence premises," if the dwelling has been vacant for more than 30 consecutive days immediately before the loss.  A dwelling being constructed is not considered vacant;

    b. To the system or appliance from which the water or steam escaped;

    c. Caused by or resulting from freezing except as provided in the peril of freezing below; or

    d. On the "residence premises" caused by accidental discharge or overflow which occurs away from the building where the "residence premises" is located.

    In this peril, a plumbing system does not include a sump, sump pump or related equipment.

13. **Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

    This peril does not include loss caused by or resulting from freezing except as provided in the peril of freezing below.

14. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.

    This peril does not include loss on the "residence premises" while unoccupied, unless you have used reasonable care to:

    a. Maintain heat in the building; or

    b. Shut off the water supply and drain the system and appliances of water.

15. **Sudden and accidental damage from artificially generated electrical current.**

This peril does not include loss to a tube, transistor or similar electronic component.

16. **Volcanic eruption** other than loss caused by earthquake, land shock waves or tremors.

## SECTION I - EXCLUSIONS

We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

1. **Ordinance or Law,** meaning enforcement of any ordinance or law regulating the construction, repair, or demolition of a building or other structure, unless specifically provided under this policy.

2. **Earth Movement,** meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mudflow; earth sinking, rising or shifting; unless direct loss by:

   a. Fire;

   b. Explosion; or

   c. Breakage of glass or safety glazing material which is part of a building, storm door or storm window;

   ensues and then we will pay only for the ensuing loss.

   This exclusion does not apply to loss by theft.

3. **Water Damage,** meaning:

   a. Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

   b. Water which backs up through sewers or drains or which overflows from a sump; orc.   Water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building,

sidewalk, driveway, foundation, swimming pool or other structure.

Direct loss by fire, explosion or theft resulting from water damage is covered.

4. **Power Failure,** meaning the failure of power or other utility service if the failure takes place off the "residence premises." But, if a Peril Insured Against ensues on the "residence premises," we will pay only for that ensuing loss.

5. **Neglect,** meaning neglect of the "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

6. **War,** including the following and any consequence of any of the following:

   a. Undeclared war, civil war, insurrection, rebellion or revolution;

   b. Warlike act by a military force or military personnel; or

   c. Destruction, seizure or use for a military purpose.

   Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

7. **Nuclear Hazard,** to the extent set forth in the Nuclear Hazard Clause of SECTION I - CONDITIONS.

8. **Intentional Loss,** meaning any loss arising out of any act committed:

   a. By or at the direction of an "insured"; and

   b. With the intent to cause a loss.

## SECTION I - CONDITIONS

1. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

   a. To the "insured" for more than the amount of the "insured's" interest at the time of loss; or

   b. For more than the applicable limit of liability.

2. **Your Duties After Loss.** In case of a loss to covered property, you must see that the following are done:

   a. Give prompt notice to us or our agent;

   b. Notify the police in case of loss by theft;

   c. Notify the credit card or fund transfer card company in case of loss under Credit Card or Fund Transfer Card coverage;

   d. Protect the property from further damage. If repairs to the property are required, you must:

      (1) Make reasonable and necessary repairs to protect the property; and

      (2) Keep an accurate record of repair expenses;

   e. Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and

related documents that justify the figures in the inventory;

   f. As often as we reasonably require:

      (1) Show the damaged property;

      (2) Provide us with records and documents we request and permit us to make copies; and

      (3) Submit to examination under oath, while not in the presence of any other "insured," and sign the same;

   g. Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

      (1) The time and cause of loss;

      (2) The interest of the "insured" and all others in the property involved and all liens on the property;

Page 6

(3) Other insurance which may cover the loss;

(4) Changes in title or occupancy of the property during the term of the policy;

(5) Specifications of damaged buildings and detailed repair estimates;

(6) The inventory of damaged personal property described in 2.e. above;

(7) Receipts for additional living expenses incurred and records that support the fair rental value loss; and

(8) Evidence or affidavit that supports a claim under the Credit Card, Fund Transfer Card, Forgery and Counterfeit Money coverage, stating the amount and cause of loss.

**3. Loss Settlement.** Covered property losses are settled as follows:

a. Personal property at actual cash value at the time of loss but not more than the amount required to repair or replace.

b. Coverage A - Dwelling:

(1) If the damage is repaired or replaced within a reasonable time, at the actual cost to repair or replace;

(2) If the damage is not repaired or replaced, at actual cash value but not more than the amount required to repair or replace.

**4. Loss to a Pair or Set.** In case of loss to a pair or set we may elect to:

a. Repair or replace any part to restore the pair or set to its value before the loss; or

b. Pay the difference between actual cash value of the property before and after the loss.

**5. Glass Replacement.** Loss for damage to glass caused by a Peril Insured Against will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

**6. Appraisal.** If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

a. Pay its own appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

**7. Other Insurance.** If a loss covered by this policy is also covered by other insurance, except insurance in the name of a corporation or association of property owners, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

If, at the time of loss, there is other insurance in the name of a corporation or association of property owners covering the same property covered by this policy, this insurance will be excess over the amount recoverable under such other insurance.

**8. Suit Against Us.** No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss.

**9. Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with like property.

**10. Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

a. Reach an agreement with you;

b. There is an entry of a final judgment; or

c. There is a filing of an appraisal award with us.

**11. Abandonment of Property.** We need not accept any property abandoned by an "insured."

**12. Mortgage Clause.**

The word "mortgagee" includes trustee.

If a mortgagee is named in this policy, any loss payable under Coverage A - Dwelling will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

a. Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

b. Pays any premium due under this policy on demand if you have neglected to pay the premium; and

c. Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

If we pay the mortgagee for any loss and deny payment to you:

a. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

b.  At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest.  In this event, we will receive a full assignment and transfer

**13. No Benefit to Bailee.**  We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

**14. Nuclear Hazard Clause.**

a.  "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

b.  Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against in Section I.

of the mortgage and all securities held as collateral to the mortgage debt.

Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

c.  This policy does not apply under Section I to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

**15. Recovered Property.**  If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery.  At your option, the property will be returned to or retained by you or it will become our property.  If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**16. Volcanic Eruption Period.**  One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

## SECTION II - LIABILITY COVERAGES

### COVERAGE E - Personal Liability

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

1.  Pay up to our limit of liability for the damages for which the "insured" is legally liable.  Damages include prejudgment interest awarded against the "insured"; and

2.  Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent.  We may investigate and settle any claim or suit that we decide is appropriate.  Our duty to settle or defend ends when the amount we pay for damages resulting from the "occurrence" equals our limit of liability.

### COVERAGE F - Medical Payments To Others

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury."  Medical expenses

means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services.  This coverage does not apply to you or regular residents of your household except "residence employees."  As to others, this coverage applies only:

1.  To a person on the "insured location" with the permission of an "insured"; or

2.  To a person off the "insured location," if the "bodily injury":

a.  Arises out of a condition on the "insured location" or the ways immediately adjoining;

b.  Is caused by the activities of an "insured";

c.  Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or

d.  Is caused by an animal owned by or in the care of an "insured."

## SECTION II - EXCLUSIONS

1.  **Coverage E - Personal Liability and Coverage F - Medical Payments to Others** do not apply to "bodily injury" or "property damage":

a.  Which is expected or intended by the "insured";

b.  Arising out of or in connection with a "business" engaged in by an "insured."  This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business";

c.  Arising out of the rental or holding for rental of any part of any premises by an "insured."  This exclusion does not apply to the rental or holding for rental of an "insured location":

(1) On an occasional basis if used only as a residence;

(2) In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

(3) In part, as an office, school, studio or private garage;

d.  Arising out of the rendering of or failure to render professional services;

e.  Arising out of a premises:
(1) Owned by an "insured";
(2) Rented to an "insured"; or

(4) Rented to others by an "insured";

   that is not an "insured location";

f.  Arising out of:

(1) The ownership, maintenance, use, loading or unloading of motor vehicles or all other motorized land conveyances, including trailers, owned or operated by or rented or loaned to an "insured";

(2) The entrustment by an "insured" of a motor vehicle or any other motorized land conveyance to any person; or

(3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using a conveyance excluded in paragraph (1) or (2) above.

This exclusion does not apply to:

(1) A trailer not towed by or carried on a motorized land conveyance;

(2) A motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and:

  (a) Not owned by an "insured"; or

  (b) Owned by an "insured" and on an "insured location";

(3) A motorized golf cart when used to play golf on a golf course;

(4) A vehicle or conveyance not subject to motor vehicle registration which is:

  (a) Used to service an "insured's" residence;

  (b) Designed for assisting the handicapped; or

  (c) In dead storage on an "insured location";

g.  Arising out of:

(1) The ownership, maintenance, use, loading or unloading of an excluded watercraft described below;

(2) The entrustment by an "insured" of an excluded watercraft described below to any person; or

(3) Vicarious liability whether or not statutorily imposed, for the actions of a child or minor using an excluded watercraft described below.

Excluded watercraft are those that are principally designed to be propelled by engine power or electric motor, or are sailing vessels, whether owned by or rented to an "insured." This exclusion does not apply to watercraft:

(1) That are not sailing vessels and are powered by:

  (a) Inboard or inboard-outdrive engine or motor power of 50 horsepower or less not owned by an "insured";

  (b) Inboard or inboard-outdrive engine or motor power of more than 50 horsepower not owned by or rented to an "insured";

  (c) One or more outboard engines or motors with 25 total horsepower or less;

  (d) One or more outboard engines or motors with more than 25 total horsepower if the outboard engine or motor is not owned by an "insured";

  (e) Outboard engines or motors of more than 25 total horsepower owned by an "insured" if:

    (i) You acquire them prior to the policy period; and

      (a) You declare them at policy inception; or

      (b) Your intention to insure is reported to us in writing within 45 days after you acquire the outboard engines or motors.

    (ii) You acquire them during the policy period.

    This coverage applies for the policy period.

(2) That are sailing vessels, with or without auxiliary power:

  (a) Less than 26 feet in overall length;

  (b) 26 feet or more in overall length, not owned by or rented to an "insured."

(3) That are stored;

h.  Arising out of:

(1) The ownership, maintenance, use, loading or unloading of an aircraft;

(2) The entrustment by an "insured" of an aircraft to any person; or

(3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using an aircraft.

An aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;

i.  Caused directly or indirectly by war, including the following and any consequence of any of the following:

(1) Undeclared war, civil war, insurrection, rebellion or revolution;

(2) Warlike act by a military force or military personnel; or

(3) Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

j.  Which arises out of the transmission of a communicable disease by an "insured";

k.  Arising out of sexual molestation, corporal punishment or physical or mental abuse; 10l.    Arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance(s) as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all

narcotic drugs.  However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

Exclusions e., f., g., and h. do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured."

2. **Coverage E - Personal Liability,** does not apply to:

    a.  Liability:

      (1)  For any loss assessment charged against you as a member of an association, corporation or community of property owners;

      (2)  Under any contract or agreement.  However, this exclusion does not apply to written contracts:

        (a)  That directly relate to the ownership, maintenance or use of an "insured location"; or

        (b)  Where the liability of others is assumed by the "insured" prior to an "occurrence";

      unless excluded in (1) above or elsewhere in this policy;

    b.  "Property damage" to property owned by the "insured";

    c.  "Property damage" to property rented to, occupied or used by or in the care of the "insured."  This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

    d.  "Bodily injury" to any person eligible to receive any benefits:

      (1)  Voluntarily provided; or

      (2)  Required to be provided;

    by the "insured" under any:

      (1)  Workers' compensation law;

      (2)  Non-occupational disability law; or

      (3)  Occupational disease law;

    e.  "Bodily injury" or "property damage" for which an "insured" under this policy:

      (1)  Is also an insured under a nuclear energy liability policy; or

      (2)  Would be an insured under that policy but for the exhaustion of its limit of liability.

    A nuclear energy liability policy is one issued by:

    (1)  American Nuclear Insurers;

    (2)  Mutual Atomic Energy Liability Underwriters;

    (3)  Nuclear Insurance Association of Canada;

    or any of their successors; or

    f.  "Bodily injury" to you or an "insured" within the meaning of part a. or b. of "insured" as defined.

3. **Coverage F - Medical Payments to Others,** does not apply to "bodily injury":

    a.  To a "residence employee" if the "bodily injury":

      (1)  Occurs off the "insured location"; and

      (2)  Does not arise out of or in the course of the "residence employee's" employment by an "insured";

    b.  To any person eligible to receive benefits:

      (1)  Voluntarily provided; or

      (2)  Required to be provided;

    under any:

    (1)  Workers' compensation law;

    (2)  Non-occupational disability law; or

    (3)  Occupational disease law;

    c.  From any:

      (1)  Nuclear reaction;

      (2)  Nuclear radiation; or

      (3)  Radioactive contamination;

    all whether controlled or uncontrolled or however caused; or

    (4)  Any consequence of any of these; or

    d.  To any person, other than a "residence employee" of an "insured," regularly residing on any part of the "insured location."

## SECTION II - ADDITIONAL COVERAGES

We cover the following in addition to the limits of liability:

1. **Claim Expenses.**  We pay:

    a.  Expenses we incur and costs taxed against an "insured" in any suit we defend;

    b.  Premiums on bonds required in a suit we defend, but not for bond amounts more than the limit of liability for Coverage E.  We need not apply for or furnish any bond;

2. **First Aid Expenses.**  We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy.  We will not pay for first aid to you or any other "insured."

3. **Damage to Property of Others.**  We will pay, at replacement cost, up to $500 per "occurrence" for

    c.  Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $50 per day, for assisting us in the investigation or defense of a claim or suit; and

    d.  Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

    "property damage" to property of others caused by an "insured."

    We will not pay for "property damage":

a. To the extent of any amount recoverable under Section I of this policy;

b. Caused intentionally by an "insured" who is 13 years of age or older;

c. To property owned by an "insured";

d. To property owned by or rented to a tenant of an "insured" or a resident in your household; or

e. Arising out of:

(1) A "business" engaged in by an "insured";

(2) Any act or omission in connection with a premises owned, rented or controlled by an "insured," other than the "insured location"; or

(3) The ownership, maintenance, or use of aircraft, watercraft or motor vehicles or all other motorized land conveyances.

This exclusion does not apply to a motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and not owned by an "insured."

**4. Loss Assessment.** We will pay up to $1000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of:

a. "Bodily injury" or "property damage" not excluded under Section II of this policy; or

b. Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided:

(1) The director, officer or trustee is elected by the members of a corporation or association of property owners; and

(2) The director, officer or trustee serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

This coverage applies only to loss assessments charged against you as owner or tenant of the "residence premises."

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

Regardless of the number of assessments, the limit of $1000 is the most we will pay for loss arising out of:

a. One accident, including continuous or repeated exposure to substantially the same general harmful condition; or

b. A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

The following do not apply to this coverage:

1. Section II - Coverage E - Personal Liability Exclusion 2.a.(1);

2. Condition 1. Policy Period, under SECTIONS I AND II CONDITIONS.

## SECTION II - CONDITIONS

**1. Limit of Liability.** Our total liability under Coverage E for all damages resulting from any one "occurrence" will not be more than the limit of liability for Coverage E as shown in the Declarations. This limit is the same regardless of the number of "insureds," claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from any one continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence."

Our total liability under Coverage F for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the limit of liability for Coverage F as shown in the Declarations.

**2. Severability of Insurance.** This insurance applies separately to each "insured." This condition will not increase our limit of liability for any one "occurrence."

**3. Duties After Loss.** In case of an accident or "occurrence," the "insured" will perform the following duties that apply. You will help us by seeing that these duties are performed:

a. Give written notice to us or our agent as soon as is practical, which sets forth:

(1) The identity of the policy and "insured";

(2) Reasonably available information on the time, place and circumstances of the accident or "occurrence"; and

(3) Names and addresses of any claimants and witnesses;

b. Promptly forward to us every notice, demand, summons or other process relating to the accident or "occurrence";

c. At our request, help us:

(1) To make settlement;

(2) To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

(3) With the conduct of suits and attend hearings and trails;

(4) To secure and give evidence and obtain the attendance of witnesses;

d. Under the coverage - Damage to Property of Others - submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in the "insured's" control;

e. The "insured" will not, except at the "insured's" own cost, voluntarily make payment, assume obligation or

incur expense other than for first aid to others at the time of the "bodily injury."

**4. Duties of an Injured Person - Coverage F - Medical Payments to Others.**

The injured person or someone acting for the injured person will:

a. Give us written proof of claim, under oath if required, as soon as is practical; and

b. Authorize us to obtain copies of medical reports and records.

The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

**5. Payment of Claim - Coverage F - Medical Payments to Others.** Payment under this coverage is not an admission of liability by an "insured" or us.

**6. Suit Against Us.** No action can be brought against us unless there has been compliance with the policy provisions.

No one will have the right to join us as a party to any action against an "insured." Also, no action with respect to Coverage E can be brought against us until the obligation of the "insured" has been determined by final judgment or agreement signed by us.

**7. Bankruptcy of an Insured.** Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

**8. Other Insurance - Coverage E - Personal Liability.** This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

## SECTIONS I AND II - CONDITIONS

**1. Policy Period.** This policy applies only to loss in Section I or "bodily injury" or "property damage" in Section II, which occurs during the policy period.

**2. Concealment or Fraud.** The entire policy will be void if, whether before or after a loss, an "insured" has:

a. Intentionally concealed or misrepresented any material fact or circumstance;

b. Engaged in fraudulent conduct; or

c. Made false statements;

relating to this insurance.

**3. Liberalization Clause.** If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our policy.

**4. Waiver or Change of Policy Provisions.**

A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**5. Cancellation.**

a. You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

b. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

(1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

(2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

(a) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

(b) If the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

(4) When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

c. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

d. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**6. Nonrenewal.** We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**7. Assignment.** Assignment of this policy will not be valid unless we give our written consent.

8. **Subrogation.** An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply under Section II to Medical Payments to Others or Damage to Property of Others.

9. **Death.** If any person named in the Declarations or the spouse, if a resident of the same household, dies:

a. We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death;

b. "Insured" includes:

(1) Any member of your household who is an "insured" at the time of your death, but only while a resident of the "residence premises"; and

(2) With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

---

## *MUTUAL POLICY CONDITIONS

---

You are a member of the Liberty Mutual Fire Insurance Company while this policy is in force. Membership entitles you to vote in person or by proxy at meetings of the company. The Annual Meeting is in Boston, Massachusetts, on the second Wednesday in April each year at 11 o'clock in the morning.

Also, as a member, you will receive any dividends declared on this policy by the Directors.

This policy is classified in Dividend Class II.

This policy has been signed by our President and Secretary at Boston, Massachusetts, and countersigned on the Declarations Page by an authorized representative.

*These conditions apply only if Liberty Mutual Fire Insurance Company is shown in the Declarations as the insurer.

**PRESIDENT**

**SECRETARY**

Includes copyrighted material of Insurance Services Office,
with its permission.
Copyright, Insurance Services Office, Inc., 1990

**PERSONAL PROPERTY REPLACEMENT COST ENDORSEMENT**                    FMHO-752   9-87

**SECTION I**

For added premium, subsection a. of Condition 3 Loss Settlement is replaced as follows:

a.   (1)  Personal Property: at replacement cost;

(2)  Carpeting and household appliances whether or not attached to buildings: at replacement cost;

(3)  Structures that are not buildings: at actual cash value at the time of loss;

(4)  Awnings, outdoor antennas and outdoor equipment, whether or not attached to buildings: at actual cash value at the time of loss;

but not exceeding the amount necessary to repair or replace.

The Replacement Cost of any item of Personal Property is limited to the amount it would cost to replace it with a similar item of Personal Property of like kind and quality.

**THIS ENDORSEMENT SHALL NOT APPLY TO:**

1.  Fine Arts and like items which, by their inherent nature, can't be replaced with new items.

2.  Articles whose age or history contribute to their value including, but not limited to, Souvenirs and Collector's Items.

3.  Property that is obsolete or unusable for the purpose for which it was originally intended due to age or historic condition.

**THIS COMPANY'S LIMIT OF LIABILITY FOR LOSS UNDER THIS ENDORSEMENT SHALL NOT EXCEED THE SMALLEST OF THE FOLLOWING AMOUNTS:**

1.  Replacement Cost at the time of the loss;

2.  The full cost of repair;

3.  Any special limit of liability described in the policy; or

4.  The Coverage C limit of liability stated in the declarations.

**THIS COMPANY WILL NOT BE LIABLE FOR ANY LOSS UNDER THIS ENDORSEMENT UNLESS AND UNTIL ACTUAL REPAIR OR REPLACEMENT IS COMPLETED.**

The named insured may choose not to replace some of the destroyed or stolen property.  Settlement for the property not replaced will be on an actual cash value basis.  If the named insured later decides to replace any such property, the named insured may make another claim under this endorsement within 180 days after the loss.



# AMENDATORY MOLD, FUNGUS, WET ROT, DRY ROT, BACTERIA, OR VIRUS ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**DEFINITIONS**

The following definition is added to the DEFINITIONS section:

9. **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** means any type or form of fungus, rot, virus or bacteria.  This includes mold, mildew and any mycotoxins (meaning a toxin produced by a fungus), other microbes, spores, scents or byproducts produced or released by mold, mildew, fungus, rot, bacteria, or viruses.

**SECTION I – PROPERTY COVERAGES**

**Additional Coverages**

The following Additional Coverage is added:

10. **Remediation of "Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus" Resulting Directly From Any Covered Loss**

We will pay, up to the Basic Policy Limits or Option shown in the Declarations, for the **"Remediation"** of **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** resulting directly from any covered loss.

**"Remediation"** means the reasonable and necessary treatment, containment, decontamination, removal or disposal of **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** as required to complete the repair or replacement of property, covered under Section I of the policy, that is damaged by any covered peril insured against, and also consists of the following:

1. The reasonable costs or expense to remove, repair, restore, and replace that property including the costs to tear out and replace any part of the building as needed to gain access to the **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"**; and

2. the reasonable costs or expense for the testing or investigation necessary to detect, evaluate or measure **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"**; and

3. any loss of fair rental value, or reasonable increase in additional living expenses, that is necessary to maintain your normal standard of living, if **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** resulting directly from any covered loss makes your residence premises uninhabitable.

We will pay no more than the Basic Policy Limits or Option shown in the Declarations for the **"Remediation"** of **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** resulting directly from any covered loss during the policy period, regardless of the number of locations under the policy to which this endorsement is attached, the number of persons whose property is damaged, the number of "insureds," or the number of losses or claims made.

If there is a covered loss or damage to covered property, not caused, in whole or in part, by **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus,"** loss payment will not be limited by the terms of this Additional Coverage, except to the extent that **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** causes an increase in the loss.  Any such increase in the loss will be subject to the terms of this Additional Coverage.



This Additional Coverage does not increase the limits of liability under Section I of the policy as shown in the Declarations.

## SECTION I – EXCLUSIONS

Exclusion **9.** is added:

    **9.** Except as provided by **Additional Coverage 10.**, loss consisting of or caused by **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** is excluded, even if resulting from a peril insured against under Section I. We do not cover **"Remediation"** of **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus,"** even if resulting from a peril insured against under Section I, except as provided by **Additional Coverage 10.**

## SECTION II (LIABILITY COVERAGES) – CONDITIONS

Condition **1. Limit of Liability** is deleted and replaced by the following:

    **1. Limit of Liability.** Our total liability under Coverage **E** for all damages resulting from any one "occurrence" will not be more than the Coverage Limit shown in the Declarations. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence."

    However, our total liability under Coverage **E** for the total of all damages arising directly or indirectly, in whole or in part, out of the alleged or threatened inhalation of, ingestion of contact with exposure to, existence of, or presence of any **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** will not be more than the Coverage **E** Aggregate Sublimit of Liability for **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** shown in the Declarations. This is the most we will pay regardless of the:

    a.  Number of locations insured under the policy to which this endorsement is attached;
    b.  Number of persons injured;
    c.  Number of persons whose property is damaged;
    d.  Number of "insureds"; or
    e.  Number of "occurrences" or claims made.

    This sublimit is within, but does not increase, the Coverage **E** limit of liability shown in the Declarations. This sublimit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations.

    With respect to damages arising out of **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** described in **1. Limit of Liability** of this endorsement, Condition **2. Severability of Insurance** is deleted and replaced by the following:

    **2. Severability of Insurance.** This insurance applies separately to each "insured" except with respect to the Coverage **E** Aggregate Sublimit of Liability described in this endorsement under Section **II** Conditions **1. Limit of Liability**. This condition will not increase the limit of liability for this coverage.

*Exclusions and limitations included in this endorsement are not applicable if "mold, fungus, wet rot, dry rot, bacteria, or virus" ensue from a covered fire or lightning loss.*

**This endorsement takes precedence over all other endorsements attached to your policy. All other provisions of the policy apply.**



### *BASIC COVERAGE LIMITS AND OPTIONAL INCREASED LIMITS*

| | | |
|---|---|---|
| **Basic Policy Limits:** | **SECTION I** | **$5,000 if Cov A is less than $100,000** |
| | | **or** |
| | | **5% if Cov A is greater than $100,000** |
| | **SECTION II** | **$50,000** |
| **Option A - for a premium charge:** | **SECTION I** | **$10,000** |
| | **SECTION II** | **$50,000** |



## SEEPAGE EXCLUSION ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**SECTION I – EXCLUSIONS**

**Exclusion 10.** is added:

10. Seepage, meaning a gradual, continuous, or repeated seepage or leakage of water, steam or fuel over a period of 14 days or more, resulting in damage to the structure. This exclusion applies unless such seepage or leakage of water, steam or fuel and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

**This endorsement takes precedence over all other endorsements attached to your policy.**



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## UNIT-OWNERS COVERAGE A

Special Coverage
Form HO 00 06 Only

HOMEOWNERS
HO 17 32 04 91

For an additional premium, the Perils Insured Against applying to Coverage A are amended as follows:

**Perils Insured Against**

We insure against risk of direct loss to property described in Coverage A, only if that loss is a physical loss to property.

We do not insure, however, for loss:

1. Involving collapse, other than as provided in Additional Coverages - Collapse.

2. Caused by:

   a. Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion applies only while the unit is vacant, unoccupied or being constructed unless you have used reasonable care to:

      (1) Maintain heat in the building; or

      (2) Shut off the water supply and drain the system and appliances of water;

   b. Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

      (1) Fence, pavement, patio or swimming pool;

      (2) Foundation, retaining wall, or bulkhead; or

      (3) Pier, wharf or dock;

   c. Theft in or to a unit under construction, or of materials and supplies for use in the construction until the unit is finished and occupied;

   d. Vandalism and malicious mischief if the unit has been vacant for more than 30 consecutive days immediately before the loss. A unit being constructed is not considered vacant;

   e. Any of the following:

      (1) Wear and tear, marring, deterioration;

      (2) Inherent vice, latent defect, mechanical breakdown;

      (3) Smog, rust or other corrosion, mold, wet or dry rot;

      (4) Smoke from agricultural smudging or industrial operations;

   (5) Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against under Coverage C of this policy.

   Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

   (6) Settling, shrinking, bulging or expansion, including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings;

   (7) Birds, vermin, rodents, or insects; or

   (8) Animals owned or kept by an "insured."

   If any of these cause water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

3. Excluded under SECTION I - EXCLUSIONS.

Under items **1.** and **2.**, any ensuing loss to property described in Coverage A not excluded or excepted in this policy is covered.

**The following exclusions are added to SECTION I - EXCLUSIONS:**

We do not insure for loss to property described in Coverage A caused by any of the following. However, any ensuing loss to property described in Coverage A not excluded or excepted in this policy is covered.

   a. **Weather conditions.** However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in SECTION I - EXCLUSIONS, other than exclusions **b.**, and **c.** below, to produce the loss;

Copyright, Insurance Services Office, Inc., 1990



**b. Acts or decisions,** including the failure to act or decide, of any person, group, organization or governmental body;

**c. Faulty, inadequate or defective:**

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property whether on or off the "residence premises."

All other provisions of this policy apply.

**HOMEOWNERS**
**HO 04 53 04 91**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CREDIT CARD, FUND TRANSFER CARD, FORGERY AND COUNTERFEIT MONEY COVERAGE
**Increased Limit**

For an additional premium, the limit of liability for Additional Coverage **6.**, Credit Card, Fund Transfer Card, Forgery and Counterfeit Money, is increased to $ _____ *.

*Entries may be left blank if shown elsewhere in this policy for this coverage.

All other provisions of this policy apply.

**HO 04 53 04 91**             Copyright, Insurance Services Office, Inc.,  1990             **Page 1 of 1**



## PREMISES ALARM OR
## FIRE PROTECTION SYSTEM

HO 04 16 04 91

For a premium credit, we acknowledge the installation of an alarm system or automatic sprinkler system approved by us on the "residence premises."  You agree to maintain this system in working order and to let us know promptly of any change made to the system or if it is removed.

HO 04 16 04 91

Copyright, Insurance Services Office, Inc., 1990

Page 1 of 1



# ARSON REWARD

The following Additional Coverage is added to SECTION I - PROPERTY COVERAGES, Additional Coverages:

**Arson Reward.**  We will pay up to $5,000 for information which leads to an arson conviction in connection with a fire loss covered by this policy.  Regardless of the number of persons providing information, our limit shall not be increased.  This $5,000 limit is in addition to the limit of liability applicable to the damaged or destroyed property.

Liberty Mutual Insurance Group

FMHO 993                                                                                                                    PF



**THIS ENDORSEMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY**

## SPECIAL PROVISIONS – GEORGIA

**DEFINITIONS**

Item **2**. "Business" is deleted and replaced by the following:

**2.** "Business" includes:

    a.  A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

    b.  Any other activity engaged in for money or other compensation, except the following:

        (1)  One or more activities, not described in (2) or (3) below, for which no "insured" receives more than $3,000 in total compensation for the 12 months before the beginning of the policy period.

        (2)  Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity; or

        (3)  A "short term rental".

Under **4**. "Insured location" item e. is deleted and replaced by the following:

    e.  Vacant land, including that which is vacant except for a fence, owned by or rented to an "insured" other than farmland;

The following definition is added:

    "Short term rental" means one or more rentals, in whole or in part, of the "residence premises" for up to a combined total of 31 days during the policy period.

**SECTION I - PROPERTY COVERAGES**

**COVERAGE A - Dwelling**

For form **HO 00 03**, item **1**. is amended as follows:

We cover:

**1.**  The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling, and attached wall-to-wall carpeting;

**COVERAGE B – Other Structures**

In all forms other than **HO 00 04** and **HO 00 06**, item **2**. is deleted and replaced by the following:

**2.**  Rented to any person not a tenant of the dwelling, unless used solely as a private garage.

**COVERAGE C – Personal Property**

The following is added under items **1**. and **2**.:

    However, we will not cover personal property owned by tenants or guests if the tenants or guests have compensated the "insured" for use of the "residence premises".

**Special Limits of Liability**

For form **HO 00 03**, the introductory paragraph of **Special Limits of Liability** is amended to read:

These do not increase the Coverage C limit of liability. The special limit for each numbered category below is the total limit for each loss for all property in that category. If personal property can reasonably be considered a part of two or more of the groups listed below, the lowest limit will apply.

Items **10.** and **11.** are deleted and replaced by the following (these are Items **7.** and **8.** in Form **HO 00 08**):

**10.** $1,000 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power.

    Electronic apparatus includes:

    a.  Accessories or antennas; or

    b.  Tapes, wires, records, discs or other media;

    for use with any electronic apparatus described in this Item **10**.



11. $1,000 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus:

    a.  Is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power;

    b.  Is away from the "residence premises"; and

    c.  Is used at any time or in any manner for any "business" purpose.

Electronic apparatus includes:

    a.  Accessories and antennas; or

    b.  Tapes, wires, records, discs or other media;

for use with any electronic apparatus described in this Item **11.**

For form **HO 00 03**, the following limits are added:

12. $5000 on electronic data processing system equipment and the recording or storage media or accessories used with that equipment.

13. $5000 on any one article and $10000 in the aggregate for loss by theft of any rug, carpet (excluding attached wall-to-wall carpet), tapestry, wall-hanging or other similar article.

14. $2500 in the aggregate for loss of any of the following whether or not they are part of a collection: trading cards, comic books, figurines, stamps, advertising materials, stuffed animals, dolls, sports and entertainment memorabilia, toys, games, militaria, and books.

15. $1200 for any one electrical appliance for loss by sudden and accidental damage from artificially generated electrical currents. This special limit does not apply to electronic data processing equipment or storage media.

In the event Landlord Endorsement FMHO 6502 is part of this policy, the above coverages contained in Special Limits of Liability **10.** and **11.** are deleted and do not apply.

**Property Not Covered**

Item **3.** is deleted and replaced by the following:

3.  Motor vehicles or all other motorized land conveyances. This includes:

    a.  Their equipment and accessories; or

    b.  Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of motor vehicles or all other motorized land conveyances. Electronic apparatus includes:

        (1)  Accessories or antennas; or

        (2)  Tapes, wires, records, discs or other media;

        for use with any electronic apparatus described in this item **3.**b.

        The exclusion of property described in **3.**a. and **3.**b. above applies only while the property is in or upon the vehicle or conveyance.

We do cover vehicles or conveyances not subject to motor vehicle registration which are:

    a.  Used to service an "insured's" residence; or

    b.  Designed for assisting the handicapped;

    In the event Landlord Endorsement FMHO 6502 is part of this policy, the above coverages contained in the final two subparagraphs of Item **3.** (a. and b.) are deleted and do not apply.

Item **6.** is deleted and replaced by the following:

6.  Property in a location on the "residence premises", when the location is rented to others by an "insured".

    This exclusion does not apply to property of an "insured":

    a.  located on the "residence premises" when the "residence premises" is rented in whole or in part as a "short term rental"; or

    b.  located in a sleeping room rented to others by an "insured" on the "residence premises".

For form **HO 00 03**, the following item is added as personal property items not covered:

**Liberty Mutual.**
INSURANCE

**10.** Water or steam

**COVERAGE D – Loss Of Use** is deleted and replaced by the following:

**COVERAGE D – Loss of Use**

The limit of liability for Coverage D is the total limit for all the coverages that follow.

**1.** If a loss covered under this Section makes that part of the "residence premises" where you reside not fit to live in, we cover the Additional Living Expense. Additional Living Expense means any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

**2.** If a loss covered under this Section makes that part of the "residence premises" rented to others by you not fit to live in, we cover your Loss of Rent. Loss of Rent means the rental income to you of that part of the "residence premises" rented to others at the time of loss, less any expenses that do not continue while the premises is not fit to live in.

This coverage does not apply to:

a. The "residence premises" or that part of the "insured location" that is not rented or leased at the time of the loss; or

b. to any increase in rent or lease payment that occurs after the time of the loss.

We will pay up to $5,000 to reimburse your Loss of Rent when a "short term rental" is cancelled because of a covered loss.

Payment will be for the shortest time required to repair or replace that part of the premises rented.

**3.** If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against in this policy, we cover the Additional Living Expense and Loss of Rent as provided under **1.** and **2.** above for no more than two weeks.

The periods of time under **1., 2.** and **3.** above are not limited by expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement, other than a "short term rental" as provided under **2.** above.

For Forms **HO 00 04** and **HO 00 06**, Item **1.** is deleted and replaced by the following:

**1.** If a loss by a Peril Insured Against under this policy to covered property or the building containing the property makes the "residence premises" not fit to live in, we cover the Additional Living Expense, meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

In the event Landlord Endorsement FMHO 6502 is part of this policy, the above coverages contained in Coverage **D** - Loss of Use are deleted and do not apply.

**ADDITIONAL COVERAGES**

Item **1. Debris Removal** is deleted and replaced by the following:

**1. Debris Removal.** We will pay the reasonable expense you incur for the removal of:

a. Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

b. Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for debris removal expense.

We will also pay the reasonable expense you incur, up to $500, for the removal from the "residence premises" of:

a. Your tree(s) felled by the peril of Windstorm or Hail;



b. Your tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or

c. A neighbor's tree(s) felled by a Peril Insured Against under Coverage C;

provided the tree(s) damages a covered structure. The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

For form **HO 00 03**, item **7. Loss Assessment** is deleted in its entirety.

For form **HO 00 03**, item **8. Collapse** is deleted and replaced by the following:

**8. Collapse**

  a. With respect to this Additional Coverage:

   (1) Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

   (2) A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

   (3) A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building. However, if any part of the interior dwelling building separates from another part of the interior of the dwelling building, with the result that any part of the interior dwelling building cannot be occupied for its intended purpose, then this Paragraph a.(3) does not apply to that part of the building.

   (4) A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

  b. We insure for direct physical loss to covered property involving collapse of a building or any part of a building if the collapse was caused by one or more of the following:

   (1) Perils Insured Against in Coverage C - Personal Property. These perils apply to covered buildings and personal property for loss insured by this Additional Coverage;

   (2) Decay that is hidden from view, unless the presence of such decay is known to you prior to collapse;

   (3) Insect or vermin damage that is hidden from view, unless the presence of such damage is known to you prior to collapse;

   (4) Weight of contents, equipment, animals or people;

   (5) Weight of rain which collects on a roof; or

   (6) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under Items (2), (3), (4), (5), and (6) unless the loss is a direct result of the collapse of a building or any part of a building.

   This coverage does not increase the limit of liability applying to the damaged covered property.

  c. If Endorsement **HO 00 15** is attached to the policy, Section **I** – Additional Coverages **8. Collapse** in that endorsement is deleted in its entirety and Paragraph b.(1) above is deleted and replaced by the following:

   b.(1) Perils Insured Against in Coverages **A.** and **B.**

   In addition, the following paragraph is added:

   This Additional Coverage does not apply to Coverage **C** - Personal Property.

  d. If Endorsement **HO 17 31** is attached to the policy Section **I** – Additional Coverages **8. Collapse** in that endorsement is deleted in its entirety and Paragraph b.(1) above is deleted and replaced by the following:

   b.(1) Perils Insured Against in Coverage **A.**

   In addition, the following paragraph is added:

   This Additional Coverage does not apply to Coverage **C** - Personal Property.



This coverage does not increase the limit of liability applying to the damaged covered property.

9. **Glass Or Safety Glazing Material** is deleted and replaced by the following:

9. **Glass Or Safety Glazing Material**

   a. We cover:

      (1) For all forms other than **HO 00 04** and **HO 00 06,** the breakage of glass or safety glazing material which is part of a covered building, storm door or storm window, and for:

         (a) Form **HO 00 04,** the breakage of glass or safety glazing material which is part of a building, storm door or storm window, and covered as Building Additions And Alterations; and

         (b) Form **HO 00 06,** the breakage of glass or safety glazing material which is part of a building, storm door or storm window, and covered under Coverage **A;** and

      (2) For all forms other than **HO 00 04** and **HO 00 06,** the breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a covered building, storm door or storm window, and for:

         (a) Form **HO 00 04,** the breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a building, storm door or storm window, and covered as Building Additions And Alterations; and

         (b) Form **HO 00 06,** the breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a building, storm door or storm window, and covered under Coverage **A;** and

      (3) The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

   b. This coverage does not include loss:

      (1) To covered property which results because the glass or safety glazing material has been broken, except as provided in a.(3) above; or

      (2) On the "residence premises" if the dwelling has been vacant for more than 30 consecutive days immediately before the loss, except when the breakage results directly from Earth Movement as provided for in a.(2) above. A dwelling being constructed is not considered vacant.

      Loss to glass covered under this Additional Coverage **9.** will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

   For Forms **HO 00 01** and **HO 00 08,** we will pay up to $100 for loss under this coverage.

   This coverage does not increase the limit of liability that applies to the damaged property.

   (This is Additional Coverage **8.** in Forms **HO 00 01** and **HO 00 08.**)

For form **HO 00 03**, item **10. Landlord's Furnishings** is deleted in its entirety.

The following Additional Coverage is added:

**12. Ordinance Or Law**

   a. You may use up to 10% of the limit of liability that applies to Coverage **A** (or for **Form HO 00 04,** you may use up to 10% of the limit of liability that applies to Building Additions And Alterations) for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

      (1) The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

      (2) The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

      (3) The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.



b.   You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in a. above.

c.   We do not cover:

(1)  The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

(2)  The costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or  assess the effects of, pollutants on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

(This is Additional Coverage **11.** in Forms **HO 00 01** and **HO 00 06**.)

## SECTION I - PERILS INSURED AGAINST

## COVERAGE A – DWELLING and COVERAGE B – OTHER STRUCTURES

For form **HO 00 03**, the following is added to item **2.**b.

(4)  Footing(s)

For all forms other than **HO 00 04** and **HO 00 06**, item **2.**d. is deleted and replaced by the following:

d.   Vandalism and malicious mischief, including fire caused by arson and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

For form **HO 00 03**, the following is added to item **2.**e.:

(10) Growth of trees, shrubs, plants or lawns whether or not such growth is above or below the surface of the ground;

For form **HO 00 03**, the final paragraph of Item **2.** is further revised as follows:

If any of these cause sudden and accidental water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance.  We do not cover loss to the system or appliance from which this water escaped.

## SECTION I – EXCLUSIONS

Item **1. Ordinance Or Law** is deleted and replaced by the following:

1.   **Ordinance Or Law**, meaning any ordinance or law:

a.   Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion **1.**a. in all forms other than **HO 00 03**, and **1.**a.(1) in Form **HO 00 03,** does not apply to the amount of coverage that may be provided for under Additional Coverages, Glass Or Safety Glazing Material or Ordinance Or Law;

b.   The requirements of which result in a loss in value to property; or

c.   Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This exclusion applies whether or not the property has been physically damaged.

(This is Exclusion **1.**a. in Form **HO 00 03**.)

Item **2. Earth Movement** is deleted and replaced by the following:

2.   **Earth Movement,** meaning movement of the earth, whether combined with water or not, in any

Liberty
Mutual.
INSURANCE

direction, including but not limited to:

a.  Earthquake, including land shock waves or tremors before, during, or after a volcanic eruption;

b.  Landslide, mud slide, or mud flow;

c.  Subsidence or sinkhole; or

d.  Any other earth movement, including earth sinking, rising, shifting, expanding, contracting, or eroding; caused by or resulting from manmade, animal, or natural actions, events, or conditions.

If direct loss by fire or explosion ensues, we will pay only for the ensuing loss.

This exclusion does not apply to loss by theft.

(This is Exclusion **1.**b. in Form **HO 00 03.**)

Item **3. Water Damage** is deleted and replaced by the following:

**3.  Water Damage,** meaning:

a.  (1) Flood, surface water, waves, tidal water, tsunami, seiche, overflow of a body of water, storm surge or spray from any of these, whether or not driven by wind, including hurricane or similar storm; or

(2) release of water held by a dam, levee, dike or by a water or flood control device or structure;

b.  Water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

c.  Water which escapes or overflows from sewers or drains located off the "residence premises";

d.  Water which escapes or overflows from drains or related plumbing appliances on the "residence premises". However, this exclusion does not apply to overflow and escape caused by malfunction on the "residence premises", or obstruction on the residence premises, of a drain or plumbing appliance on the "residence premises"; or

e.  Water which escapes or overflows or discharges, for any reason, from within a sump pump, sump pump well or any other system designed to remove water which is drained from the foundation area.

Water includes any water borne materials.

This exclusion applies whether the water damage is caused by or resulting from human or animal forces or any act of nature.

Direct loss by fire, explosion or theft resulting from water damage is covered.

(This is exclusion **1.**c. in Form **HO 00 03.**)

Item **4. Power Failure** is deleted and replaced by the following:

**4.  Power Failure,** meaning the failure of power or other utility service if the failure takes place off the "residence premises". But if the failure of power or other utility service results in a loss, from a Peril Insured Against on the "residence premises", we will pay for the loss or damage caused by that Peril Insured Against.

(This is Exclusion **1.**d. in Form **HO 00 03.**)

Item **8. Intentional Loss** is deleted and replaced by the following:

**8.  Intentional Loss**

a.  We do not provide coverage for any loss arising out of any act committed by or at the direction of an "insured" with the intent to cause a loss.

b.  However, this exclusion will not apply to deny payment to an innocent co-"insured" who did not cooperate in or contribute to the creation of the loss if:

(1) Such loss arose out of a pattern of criminal domestic violence; and

(2) The perpetrator of the loss is criminally prosecuted for the act causing the loss.

c.  If we pay a claim pursuant to Paragraph **8.**b., our payment to the "insured" is limited to that "insured's" insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Liability.



(This is Exclusion **1**.h. in Form **HO 00 03**.)

For form **HO 00 03**, the following is added as item **2**.d.

d. **Cosmetic Loss or Damage,** meaning any loss that alters only the physical appearance of the metal roof covering but:

(1) does not result in the penetration of water through the metal roof covering; or

(2) does not result in the failure of the metal roof covering to perform its intended function of keeping out the elements over an extended period of time.

Metal roof covering means the metal roofing material exposed to the weather; the underlayments applied for moisture protection; and all flashings required in the replacement of a metal roof covering.

We do cover loss or damage by hail to roof coverings that allow the penetration of water through the roof covering or that results in the failure of the roof covering to perform its intended function of keeping out the elements over an extended period of time.

## SECTION I – CONDITIONS

**2. Your Duties After Loss.**

Paragraph a. is deleted and replaced by the following:

a. Give prompt notice to us or our agent. With respect to a loss caused by the peril of windstorm or hail, that notice must occur no later than 365 days after the date of loss.

**3. Loss Settlement**

Under Form **HO 00 06**, Item b.(2) is deleted and replaced by the following:

(2) If the damage is not repaired or replaced within a reasonable time, at actual cash value but not more than the amount required to repair or replace.

The following paragraph is added and applies to this policy and to any Loss Settlement provision in any other endorsement applicable to this policy

Loss Settlement does not include payment for any actual or perceived decrease in market or resale value resulting from loss to or repair of your covered property.

**12. Mortgage Clause**

The following paragraph is deleted:

"If we decide to cancel or not renew this policy, the mortgagee will be notified at least 10 days before the cancellation or nonrenewal takes effect".

and replaced by the following:

"If we decide to cancel or not renew this policy, the mortgagee will be notified at least 30 days before the date cancellation or nonrenewal takes effect.  If the policy has been in effect for less than 60 days or is cancelled for nonpayment of premium, the mortgagee will be notified at least 10 days before the date cancellation takes effect".

## SECTION II – EXCLUSIONS

Under **1**. Coverage **E – Personal Liability** and **Coverage F – Medical Payments to Others**:

Item a. is deleted in all forms and Endorsement **HO 24 73** and replaced by the following:

a. Which is expected or intended by the "insured" even if the resulting "bodily injury" or "property damage":

(1) Is of a different kind, quality or degree than expected or intended; or

(2) Is sustained by a different person or entity than expected or intended.

However, this Exclusion **1**.a. does not apply to "bodily injury" resulting from the use of reasonable force by one or more "insureds" to protect persons or property.

Item c. is deleted and replaced by the following:

c. Arising out of the rental or holding for rental of any part of any premises by an "insured". This exclusion does not apply to the rental or holding for rental of the "residence premises":

(1) As a "short term rental" for use only as a residence;

(2) In part, unless intended for use as a residence more than two roomers or boarders; or

(3) In part, as an office, school, studio or private garage;



Item I. is deleted in all forms and Endorsement **HO 24 73** and replaced by the following:

I.  Arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance(s) as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs.

However, this exclusion does not apply:

(1) To the legitimate use of prescription drugs by a person following the orders of a licensed physician; or

(2) Where the involvement with controlled substance(s) is not within the knowledge of any "insured".

(This is Exclusion m. in **HO 24 73.**)

## SECTION II – ADDITIONAL COVERAGES

For form **HO 00 03**, item **1.**c. under **Claims Expenses** is amended as follows:

a.  Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit.

Under **3. Damage to Property of Others**, item d. is deleted and replaced by the following:

d.  To property owned by or rented to a tenant of an "insured" or a resident in your household. This does not apply to "short term rentals"; or

For form **HO 00 03**, item **4. Loss Assessment** is deleted in its entirety.

## SECTIONS I AND II – CONDITIONS

Item **2. Concealment Or Fraud** is deleted and replaced by the following:

**2.  Concealment Or Fraud**

a.  Under Section **I** - Property Coverages, with respect to all "insureds" covered under this policy, we provide no coverage for loss under Section I – Property Coverages if, whether before or after a loss, one or more "insureds" have:

(1) Intentionally concealed or misrepresented any material fact or circumstance;

(2) Engaged in fraudulent conduct; or

(3) Made false statements;

relating to this insurance.

b.  Under Section **II** - Liability Coverages, we do not provide coverage to one or more "insureds" who, whether before or after a loss, have:

(1) Intentionally concealed or misrepresented any material fact or circumstance;

(2) Engaged in fraudulent conduct; or

(3) Made false statements;

relating to this insurance.

**5.  Cancellation**

Paragraph a., the first two paragraphs of b., and Paragraphs b.(1), b.(2) and d. are deleted and replaced by the following:

a.  You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect, subject to the following:

(1) If only your interest is affected, the effective date of cancellation will be the later of the following:

(a) The date we receive your notice of cancellation; or

(b) The date specified in the notice.

However, upon our receipt of your notice of cancellation, we may waive the requirement that the notice state the future effective date of cancellation, as provided in either a.(1)(a) or a.(1)(b) above, by confirming to you in writing the date and time of cancellation.



(2) If by statute, regulation or contract, this policy may not be cancelled unless notice is given to a governmental agency, mortgagee or other third party, we will mail or deliver at least 10 days notice to you and the third party as soon as practicable after receiving your request for cancellation.

Our notice will state the effective date of cancellation, which will be the later of the following:

(a) 10 days from the date of mailing or delivering our notice; or

(b) The effective date of cancellation stated in your notice to us.

b. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice, together with our reasons for cancellation, may be delivered to you, or mailed to you at your last known mailing address.

A receipt provided by, or such other evidence of mailing as prescribed or accepted by the U.S. Postal Service will be sufficient proof of notice.

(1) When you have not paid the premium, whether payable to us or to our agent, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect

(2) When this policy has been in effect for 60 days or less and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the cancellation effective date takes effect.

(3) When this policy has been in effect for more than 60 days, or at any time if it is a renewal with us, we may cancel only for one or more of the following reasons:

(a) Upon discovery of fraud, concealment of a material fact, or material misrepresentation made by, or with the knowledge of, any "insured" in obtaining this policy, continuing the policy, or presenting a claim under this policy;

(b) Upon the occurrence of a change in the risk which substantially increases any hazard insured against; or

(c) Upon the violation, by the "insured", of any of the material terms or conditions of the policy.

This can be done by letting you know at least 30 days before the date cancellation takes effect

d. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it no later than the date cancellation takes effect.

Item **6. Nonrenewal** is deleted and the following substituted:

**6. Nonrenewal**

We may elect not to renew this policy.  We may do so by delivering to you, or mailing to you at your last known mailing address, and to any lienholder named in the policy, written notice, together with our reasons for nonrenewal, at least 30 days before the expiration date of this policy.

A receipt provided by, or such other evidence of mailing as prescribed or accepted by the U.S. Postal Service, will be proof of notice.

All other provisions of this policy apply.



## AMENDMENT OF POLICY CONDITIONS - GEORGIA

**THIS ENDORSEMENT CHANGES YOUR POLICY - PLEASE READ IT CAREFULLY**

*THIS ENDORSEMENT SUPERSEDES ALL OTHER ENDORSEMENTS WHICH HAVE BEEN MADE PART OF YOUR POLICY AND REFERENCE THE SAME PROVISION*

**It is agreed that SECTION I - CONDITIONS is amended as follows:**

Item **8. Suit Against Us.** is replaced by the following:

**8. Suit Against Us.**   No action can be brought unless the policy provisions have been fully complied with and the action is started within two years after the date of loss.



## <u>NO</u> SECTION II - LIABILITY COVERAGES FOR HOME DAY CARE BUSINESS
## <u>LIMITED</u> SECTION I - PROPERTY COVERAGES FOR HOME DAY CARE
## BUSINESS

HO 04 96 04 91

If an "insured" regularly provides home day care services to a person or persons other than "insureds" and receives monetary or other compensation for such services, that enterprise is a "business." Mutual exchange of home day care services, however, is not considered compensation. The rendering of home day care services by an "insured" to a relative of an "insured" is not considered a "business."

Therefore, with respect to a home day care enterprise which is considered to be a "business," this policy:

1. Does not provide Section II - Liability Coverages because a "business" of an "insured" is excluded under exclusion **1.b.** of Section II - Exclusions;

2. Does not provide Section I - Coverage B coverage where other structures are used in whole or in part for "business";

3. Limits coverage for property used on the "residence premises" for the home day care enterprise to $2,500, because Coverage C - Special Limits of Liability - item **8.** imposes that limit on "business" property on the "residence premises." (Item **8.** corresponds to item **5.** in Form **HO 00 08.**);

4. Limits coverage for property used away from the "residence premises" for the home day care enterprise to $250, because Coverage C - Special Limits of Liability - item **9.** imposes that limit on "business" property away from the "residence premises." Special Limit of Liability item **9.** does not apply to adaptable electronic apparatus as described in Special Limit of Liability items **10.** and **11.** (Items **9., 10.** and **11.** correspond to items **6., 7.** and **8.** respectively in Form **HO 00 08.**)

THIS ENDORSEMENT DOES **NOT** CONSTITUTE A REDUCTION OF COVERAGE.

 Copyright, Insurance Services Office, Inc., 1990



**THIS ENDORSEMENT CHANGES YOUR POLICY - PLEASE READ IT CAREFULLY**

# HOMEOWNER AMENDATORY ENDORSEMENT

**DEFINITIONS**

The opening paragraph is deleted and replaced by the following:

In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and:

    a.  the spouse of the "named insured" shown in the Declarations, if a resident of the same household; or

    b.  the partner in a civil union, registered domestic partnership, or similar union or partnership, with the "named insured" shown in the Declarations, if a resident of the same household.

    Item b., above, only applies if the civil union, registered domestic partnership or other similar union or partnership is validly entered into under the law of any state, territory or possession of the United States of America, any territory or province of Canada, or the equivalent of a state or province in any other country.

"We," "us" and "our" refer to the Company providing this insurance. In addition, certain words and phrases are defined as follows:

The following is added:

    "Actual cash value"

    a.  When damage to property is economically repairable, "actual cash value" means the cost that would be necessary to repair the damage based on the age and conditions of the materials making up the damaged property, less reasonable deduction for wear and tear, deterioration, and obsolescence.

    b.  When damage to property is not economically repairable or loss prevents repair, "actual cash value" means the market value of property in a used condition equal to that of the lost or damaged property, if reasonably available on the used market.

    c.  Otherwise, "actual cash value" means the market value of new, identical, or nearly identical property, less reasonable deduction for wear and tear, deterioration, and obsolescence.

    The reasonable deduction in items a. and c., above, will apply to materials, labor, and overhead and profit.

    Where the term actual cash value is stated in the policy and any endorsements attached to the policy, this Definition of "actual cash value" applies.

**SECTIONS I AND II - CONDITIONS**

Under **9. Death**, the opening paragraph is deleted and replaced by the following:

    If any person named in the Declarations or the spouse, if a resident of the same household; or the partner in a civil union, registered domestic partnership or similar union or partnership, if a resident of the same household, dies:

All other provisions of this policy apply.



## INFLATION PROTECTION ENDORSEMENT

It is agreed that the limits of liability for:

> Coverage C, Personal Property; and

> Coverage D, Loss of Use

shall be raised by the rate of increase in the U.S. Labor Department Consumer Price Index - Household Furnishings portion.

**METHOD**

To find the limits of liability on a given date, the Index Level the Company assigns to the month in question will be divided by the Index Level for the effective month of this Endorsement.  This Factor is then multiplied by the limit for Coverages C and D, separately.

If during this Policy's term the Coverage C limit is changed at the Insured's request, the effective date of this Endorsement is amended to the effective date of such change.

This Endorsement shall not reduce the limits of liability to less than the amount shown on:

> a.   The policy; or

> b.   The most recent Homeowners Policy Renewal Declaration.

This Endorsement must be attached to Change Endorsement when issued after the policy is written.

**FMHO 660 (Ed. 9/82)**                    <<COMPANY.FOOTER11>>                    Page 1 of 1



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED

Residence Premises

**HOMEOWNERS**
**HO 04 41 04 91**

Name and Address of Person or Organization*

< <ADDL.INSURED.NAME1 > >
< <ADDL.INSURED.ADDRESS1 > >

Interest*

< <ADDL.INSURED.DESC1 > >

The definition of "insured" in this policy includes the person or organization named above with respect to:

**SECTION I**

Coverage A – Dwelling and Coverage B – Other Structures; and

**SECTION II**

Coverage E – Personal Liability and Coverage F – Medical Payments to Others but only with respect to the "residence premises."

This coverage does not apply to "bodily injury" to any employee arising out of or in the course of the employee's employment by the person or organization.

If we decide to cancel or not to renew this policy, the party named above will be notified in writing.

*Entries may be left blank if shown elsewhere in this policy for this coverage.

All other provisions of this policy apply.

   Copyright, Insurance Services Office, Inc., 1990

## <u>LOCAL RULE 7.1 CERTIFICATE</u>

The undersigned counsel hereby certifies that this pleading was prepared with one of the font and point selections approved by the Court in L.R. 5.1.C. Specifically, Times New Roman was used in 14 point.

<u>/s/ Hilary W. Hunter</u>
Hilary W. Hunter
Georgia Bar No. 742696
Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 - T
**Attorney for Defendants**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **ANKUR P. TRIVEDI,** | ) | |
| | ) | |
|    **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE NO.:** |
| **vs.** | ) | |
| | ) | |
| **LMHC AND LMG HOLDING** | ) | |
| **COMPANY, INC. d/b/a LIBERTY** | ) | |
| **MUTUAL INSURANCE COMPANY** | ) | |
| **and/or LMHC AND LMG GROUP** ) | | |

_____

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, I electronically filed **DEFENDANTS**

**<u>LIBERTY MUTUAL HOLDING COMPANY, INC. d/b/a LIBERTY</u>**

**<u>MUTUAL INSURANCE COMPANY AND/OR LIBERTY MUTUAL</u>**

**<u>GROUP'S ANSWER TO PLAINTIFF'S COMPLAINT</u>** with the Clerk of Court

via the CM/ECF system, which will automatically send e-mail notification of such

filing to counsel of record to this matter.

Jay F. Eidex
Growth, Makarenko, Kaiser & Eidex
je@gmke.law

Respectfully submitted this 9th day of August 2023.

ISENBERG & HEWITT, P.C.

<u>/s/ Hilary W. Hunter</u>

17

Hilary W. Hunter
Georgia Bar No. 742696
600 Embassy Row, Suite 150
Atlanta, GA  30328
(770) 351-4400 (O)
**Attorney for Defendants**