IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANKUR P. TRIVEDI, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO.: |
| vs. ) | |
| ) | |
| LIBERTY MUTUAL HOLDING ) | |
| COMPANY, INC. d/b/a LIBERTY ) | |
| MUTUAL INSURANCE COMPANY ) | |
| and/or LIBERTY MUTUAL GROUP ) | |

_____

**DEFENDANT LIBERTY MUTUAL HOLDING COMPANY, INC. d/b/a LIBERTY MUTUAL INSURANCE COMPANY AND/OR LIBERTY MUTUAL GROUP'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Comes now, Defendant Liberty Mutual Holding Company, Inc. d/b/a Liberty Mutual Insurance Company ("LMHC") and/or Liberty Mutual Group ("LMG"), by and through its counsel of record, and files this, its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and LR 3.3, NDGa. as follows:

(1)   A complete list of the parties and the corporate disclosure statement required by Fed. R. Civ. P. 7.1:

Plaintiff:

Ankur P. Trivedi

1

Defendants:

The undersigned counsel of record for LMHC and LMG certifies that the following is a complete list of any parent corporation and any publicly held corporation that owns 10% or more of the stock of the Defendant:

Liberty Mutual Holding Company

- Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.
- LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc.

(2) The undersigned further certifies that the following is a complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Jay F. Eidex
Growth, Makarenko, Kaiser & Eidex
One Sugarloaf Centre
1960 Satellite Blvd., #2000
Duluth, GA  30097
**Attorney for Plaintiff**

(3) The undersigned further certifies that the following is a complete list of all persons serving as attorneys for the parties in this proceeding:

(a)   Jay F. Eidex
      Growth, Makarenko, Kaiser & Eidex
      One Sugarloaf Centre
      1960 Satellite Blvd., #2000
      Duluth, GA  30097
      **Attorney for Plaintiff**

(b)   Hilary W. Hunter
      Isenberg & Hewitt, PC
      600 Embassy Row, Suite 150
      Atlanta, Georgia 30328
      **Attorney for Defendants**

Respectfully submitted this 9th day of August 2023.

                                      ISENBERG & HEWITT, P.C.

                                      <u>/s/ Hilary W. Hunter</u>
                                      Hilary W. Hunter
                                      Georgia Bar No. 742696
                                      600 Embassy Row, Suite 150
                                      Atlanta, Georgia 30328
                                      770-351-4400 - T
                                      **Attorney for Defendants**

## **LOCAL RULE 7.1 CERTIFICATE**

The undersigned counsel hereby certifies that this pleading was prepared with one of the font and point selections approved by the Court in L.R. 5.1.C. Specifically, Times New Roman was used in 14 point.

/s/ Hilary W. Hunter
Hilary W. Hunter
Georgia Bar No. 742696
Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 - T
**Attorney for Defendants**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **ANKUR P. TRIVEDI,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | **CIVIL ACTION FILE NO.:** |
| **vs.** ) | |
| ) | |
| **LIBERTY MUTUAL HOLDING** ) | |
| **COMPANY, INC. d/b/a LIBERTY** ) | |
| **MUTUAL INSURANCE COMPANY** ) | |
| **and/or LIBERTY MUTUAL GROUP** ) | |

_____

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed **DEFENDANT LIBERTY MUTUAL HOLDING COMPANY, INC. d/b/a LIBERTY MUTUAL INSURANCE COMPANY AND/OR LIBERTY MUTUAL GROUP'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court via the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record to this matter as follows:

Jay F. Eidex
Growth, Makarenko, Kaiser & Eidex
je@gmke.was

This 9th day of August 2023.

-6-

                    ISENBERG & HEWITT, P.C.

                    <u>/s/ Hilary W. Hunter</u>
                    Hilary W. Hunter
                    Georgia Bar No. 742696
                    600 Embassy Row, Suite 150
                    Atlanta, GA  30328
                    (770) 351-4400 (O)
                    **Attorney for Defendants**