8/9/23, 11:27 AM                                                                GEORGIA



# GEORGIA CORPORATIONS DIVISION

### GEORGIA SECRETARY OF STATE
### BRAD RAFFENSPERGER

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | WERNER ENTERPRISES, INC. | Control Number: | K116906 |
| Business Type: | Foreign Profit Corporation | Business Status: | Active/Compliance |
| Business Purpose: | NONE | | |
| Principal Office Address: | 14507 Frontier Rd., Omaha, NE, 68138, USA | Date of Formation / Registration Date: | 9/23/1991 |
| Jurisdiction: | Nebraska | Last Annual Registration Year: | 2023 |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | CORPORATE CREATIONS NETWORK INC. |
| Physical Address: | 2985 GORDY PARKWAY, 1ST FLOOR, Marietta, GA, 30006, USA |
| County: | Cobb |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| DEREK J LEATHERS | CEO | 14507 FRONTIER ROAD, OMAHA, NE, 68138, USA |
| JAMES L. JOHNSON | Secretary | 14507 FRONTIER ROAD, OMAHA, NE, 68138, USA |
| JOHN J. STEELE | CFO | 14507 FRONTIER ROAD, OMAHA, NE, 68138, USA |

Back                         Filing History     Name History

Return to Business Search

EXHIBIT B