# IN THE STATE COURT OF FULTON COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| CHADWYCK MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>KURON D. BARNHILL and WERNER ENTERPRISES, INC.,<br><br>    Defendants. | CAFN: 23EV004008<br><br>*Jury Trial Demanded* |

## DEFENDANT WERNER ENTERPRISES, INC.'S NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

COME NOW, Defendant **WERNER ENTERPRISES, INC.**, hereinafter ("Defendant"), and files the following Notice of Removal to United States District Court, showing the Court as follows:

1. Defendant has filed a Notice of Removal to the United States District Court and Brief in Support. A true and correct copy of the Notice is attached hereto as Exhibit "A."

2. As a result thereof, this matter is automatically stayed and the action removed to the United States District Court, for the Northern District of Georgia—Atlanta Division, pursuant to 28 U.S.C. § 1441 *et seq.*

Respectfully submitted this 9th day of August, 2023.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

/S/ *SANDRO STOJANOVIC*
SCOTT H. MOULTON
GEORGIA STATE BAR NO. 974237
SANDRO STOJANOVIC
GEORGIA STATE BAR NO. 473114
COUNSEL FOR DEFENDANTS

1

EXHIBIT C

365 Northridge Road, Suite 230
Atlanta, GA  30350
T:  770.650.8737
F:  770.650.8797
scott.moulton@qpwblaw.com
sandro.stojanovic@qpwblaw.com

EXHIBIT C

### IN THE STATE COURT OF FULTON COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| CHADWYCK MARTIN,  Plaintiff,  v.  KURON D. BARNHILL and WERNER ENTERPRISES, INC.,  Defendants. | CAFN: 23EV004008  *Jury Trial Demanded* |

### CERTIFICATE OF SERVICE

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANT WERNER ENTERPRISES, INC.'S NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** upon all parties to this matter by depositing same in the U.S. Mail and/or via e-file and serve as required by law:

Chadwyck Martin
6822 Dusty Dawn
Houston, Texas 77086
(713) 505-0168
chad.martin1981@icloud.com
*Pro Se Plaintiff*

This 9th day of August, 2023.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

/S/ *SANDRO STOJANOVIC*
SCOTT H. MOULTON
GEORGIA STATE BAR NO. 974237
SANDRO STOJANOVIC
GEORGIA STATE BAR NO. 473114
COUNSEL FOR DEFENDANTS

365 Northridge Road, Suite 230
Atlanta, GA  30350
T:  770.650.8737
F:  770.650.8797
scott.moulton@qpwblaw.com
sandro.stojanovic@qpwblaw.com

EXHIBIT C