# EXHIBIT "C"

ID# J5VPCZEK4-N3B
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**23-A-2421**
JUL 07, 2023 11:57 AM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| JUDIE CHANCE,<br><br>    Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION,<br><br>    Defendant. | Civil Action File No.: 23-A-2421-7 |

### ORDER SUBSTITUTING PARTY DEFENDANT

IT APPEARING to the Court that the proper Defendant in this matter is Dolgencorp, LLC, rather than Dollar General Corporation, that the parties consent to said substitution and that the undersigned counsel for Dolgencorp, LLC agrees to acknowledge service of process on its behalf,

IT IS HEREBY ORDERED that Dolgencorp, LLC is substituted as the Defendant in place and in lieu of "Dollar General Corporation." Dollar General Corporation is dismissed without prejudice and Dolgencorp, LLC is added as party defendant. Plaintiff shall file an Amended Complaint to reflect the change in party defendant and provide a service copy to all parties within 30 days of this Order. Counsel for Dolgencorp, LLC shall acknowledge service of the Amended Complaint. Dollar General Corporation is hereby excused from further participation in this action, including any outstanding discovery.

IT IS FURTHER ORDERED that the case style shall be updated to reflect the contents of this Order, going forward and upon the filing of the amended complaint.



IT IS SO ORDERED this 7th day of July, 2023.

_____
Hon. Carl W. Bowers
Judge, State Court of Cobb County

*Order Prepared By:*
Erica L. Morton, Esq.
Georgia Bar No.: 140869
*Attorney for Defendant Dollar General Corporation*
SWIFT CURRIE MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Phone: (404) 874-8800
Email: erica.morton@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and accurate copy of the within and foregoing as follows:

## ORDER

(Through PeachCourt and/or via regular U.S. Mail) to the following:

Miller, Christopher - chris.miller@meeksimpactlaw.com

Morton, Erica L - erica.morton@swiftcurrie.com

This 7 day of July, 2023.

/s/ Beth Parker
BETH PARKER
Judicial Administrative Specialist
Judge Carl W. Bowers
Cobb Co. State Court – Cobb Judicial Circuit