# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **FIDELITY BROKERAGE SERVICES LLC,** and **PETER ATOM SULLIVAN,**  *Petitioners*,  v.  **FORREST W. SWEAT, JR., and SUSAN D. SWEAT,**  *Respondents*. | CASE NO. _____ |

## PROPOSED ORDER CONFIRMING ARBITRATION AWARD AND DIRECTING EXPUNGEMENT

On this day, the Court considered Fidelity Brokerage Services LLC ("Fidelity") and Peter Atom Sullivan's ("Mr. Sullivan") (collectively "Petitioners") Petition (Doc. 1) for confirmation of the arbitration award entered in the Financial Industry Regulatory Authority ("FINRA") Dispute Resolution Case No. 19-02624 denying Claimants' claims in their entirety and directing that the matter be expunged from the Central Registration Depository ("CRD") registration records of Mr. Sullivan. IT IS HEREBY ORDERED AND ADJUDGED:

1. The Petition is **GRANTED;** and

1

2. The Arbitration Award (the "Award") in the FINRA arbitration styled *Forrest W. Sweat, Jr., Susan D. Sweat, individually and as owners of a joint account with rights of survivorship, Forrest W. Sweat Jr. SEP-IRA, Forrest W. Sweat, Jr. Roth IRA, Susan D. Sweat Roth IRA, Susan D. Sweat Traditional IRA, Susan D. Sweat Joint WROS TOD, Forrest W. Sweat, Jr. Joint WROS TOD, and Forrest W. Sweat, Jr. Traditional IRA, v. Fidelity Brokerage Services LLC and Anthony Mesquit* (FINRA Dispute Resolution No. 19-02624), issued on March 9, 2023, is **CONFIRMED**; and

3. **IT IS HEREBY ORDERED** that all references to Occurrence Number 1992442 be expunged from Mr. Sullivan's CRD records (CRD Number 5270754).

IT IS SO ORDERED.

Signed this _____ day of _____, 2023.

_____

UNITED STATES DISTRICT JUDGE