# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **FIDELITY BROKERAGE SERVICES LLC,** and **PETER ATOM SULLIVAN,**  *Petitioners*,  v.  **FORREST W. SWEAT, JR., and SUSAN D. SWEAT,**  *Respondents*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO. _____ |

## PETER ATOM SULLIVAN AND FIDELITY BROKERAGE SERVICES LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule 3.3, Fidelity Brokerage Services LLC ("Fidelity") and Peter Atom Sullivan ("Mr. Sullivan") (collectively, "Petitioners") show as follows:

**(1)** The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

1

- Peter Atom Sullivan (Petitioner).

- Fidelity Brokerage Services LLC (Petitioner).

- Fidelity Global Brokerage Group, Inc. (parent of Petitioner Fidelity Brokerage Services LLC).

- Forrest W. Sweat, Jr. (Respondent).

- Susan D. Sweat (Respondent).

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

- None.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

Matthew J. Bowness
(Georgia Bar No. 396054)
MAYNARD NEXSEN PC
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1863
Email: mbowness@maynardcooper.com
*Counsel for Petitioners Fidelity Brokerage Services LLC and Peter Atom Sullivan*

Charles "Chuck" M. Dalziel, Jr.
(Georgia Bar No. 230730)
DALZIEL LAW FIRM
680 Village Trace NE, Building 20E
Marietta, GA 30067
Cell: (404) 735-0438
Office: (770) 693-2873
chuck@dalziellawfirm.com
*Attorney for Forrest W. Sweat, Jr. and Susan D. Sweat*

**(4)** [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

- Petitioner Peter Atom Sullivan is domiciled in Jacksonville, Florida.

- Fidelity Brokerage Services LLC states that it is a wholly owned subsidiary of Fidelity Global Brokerage Group, Inc., a Massachusetts corporation. Fidelity Global Brokerage Group, Inc. is not a public company, and no publicly traded company owns 10% or more of Fidelity Global Brokerage Group, Inc. stock. Fidelity is a citizen of Massachusetts for purposes of diversity jurisdiction.

Respectfully submitted this 9th day of August, 2023.

                                    */s/ Matthew J. Bowness*
Matthew J. Bowness
(Georgia Bar No. 396054)
MAYNARD NEXSEN PC
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1863
Email: mbowness@maynardcooper.com

*Counsel for Petitioners Fidelity Brokerage Services LLC and Peter Atom Sullivan*