**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

## Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

## Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

## Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | RISMANBAF, MASOUD |
| Country/Region of Origin (Nationality): | IRAN |
| Completed On: | 19 AUG 2022 |
| Case No: | ABD2022717100 |
| Confirmation No: | AA00B6ZT5N |



**THIS IS NOT A VISA**



Version 1.4