

**U.S. Department of State**
**IMMIGRANT VISA APPLICATION**

## Refused

Immigrant Visa Case Number: **YRV2022744004 01 YRV**
Case Created:          11-Jul-2022
Case Last Updated:     27-Apr-2023

A U.S. consular officer has adjudicated and refused your visa application. Please follow any instructions provided by the consular officer. If you were informed by the consular officer that your case was refused for administrative processing, your case will remain refused while undergoing such processing. You will receive another adjudication once such processing is complete. Please be advised that the processing time varies and that you will be contacted if additional information is needed. For more information, please visit TRAVEL.STATE.GOV or the website for the Embassy or Consulate at which you made your visa application.
For more information, please visit TRAVEL.STATE.GOV.

Close

Exhibit C                                                                 Page 1 of 1