# Exhibit B

# GEORGIA DEATH CERTIFICATE

State File Number: 2022GA000100549

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | ALICIA SHARESE ALSTON |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | PENNAMON |
| 2. SEX | FEMALE |
| 2a. DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 12/30/2022 |
| 3. SOCIAL SECURITY NUMBER | [redacted] |
| 4a. AGE (Years) | 45 |
| 4b. UNDER 1 YEAR (Mos./Days) | |
| 4c. UNDER 1 DAY (Hours/Mins.) | |
| 5. DATE OF BIRTH (Mo., Day, Year) | [redacted] |
| 6. BIRTHPLACE | GEORGIA |
| 7a. RESIDENCE - STATE | GEORGIA |
| 7b. COUNTY | CLAYTON |
| 7c. CITY, TOWN | ELLENWOOD |
| 7d. STREET AND NUMBER | [redacted] |
| 7e. ZIP CODE | 30294 |
| 7f. INSIDE CITY LIMITS? | YES |
| 8. ARMED FORCES? | NO |
| 8a. USUAL OCCUPATION | SPECIALTY CARE COORDINATOR |
| 8b. KIND OF INDUSTRY OR BUSINESS | HEALTHCARE |
| 9. MARITAL STATUS | MARRIED |
| 10. SPOUSE NAME | JONNIE ALSTON |
| 11. FATHER'S FULL NAME (First, Middle, Last) | ALLEN PENNAMON |
| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) | ALICE BODDIE |
| 13a. INFORMANT'S NAME (First, Middle, Last) | JASMINE BROWN |
| 13b. RELATIONSHIP TO DECEDENT | DAUGHTER |
| 13c. MAILING ADDRESS | [redacted] MCDONOUGH GEORGIA 30253 |
| 14. DECEDENT'S EDUCATION | ASSOCIATE DEGREE |
| 15. ORIGIN OF DECEDENT (Spanish/Hispanic/Latino) | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE | BLACK OR AFRICAN-AMERICAN |
| 17a. IF DEATH OCCURRED IN HOSPITAL | INPATIENT |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL | |
| 18. HOSPITAL OR OTHER INSTITUTION NAME | GRADY MEMORIAL HOSPITAL |
| 19. CITY, TOWN or LOCATION OF DEATH | ATLANTA |
| 20. COUNTY OF DEATH | FULTON |
| 21. METHOD OF DISPOSITION | CREMATION |
| 22. PLACE OF DISPOSITION | SOUTH METRO CREMATION CARE 2750 HWY 42N HIGHWAY MCDONOUGH GEORGIA 30253 |
| 23. DISPOSITION DATE | 01/18/2023 |
| 24a. EMBALMER'S NAME | ORIENTHAL ANDRE HANNAH |
| 24b. EMBALMER LICENSE NO. | 4308 |
| 25. FUNERAL HOME NAME | WATKINS FUNERAL HOME JONESBORO |
| 25a. FUNERAL HOME ADDRESS | 163 NORTH AVENUE JONESBORO GEORGIA 30236 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | KIMBRIANA WATKINS |
| 26b. FUN. DIR. LICENSE NO | 5610 |
| AMENDMENTS | |
| 27. DATE PRONOUNCED DEAD | 12/30/2022 |
| 28. HOUR PRONOUNCED DEAD | 18:21 MILITARY |
| 29a. PRONOUNCER'S NAME | JONATHAN NGUYEN |
| 29b. LICENSE NUMBER | 76300 |
| 29c. DATE SIGNED | 12/30/2022 |
| 30. TIME OF DEATH | 18:21 MILITARY |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | YES |

32. Part I. Enter the chain of events—diseases, injuries, or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | Approximate interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | A. GUNSHOT WOUND OF RIGHT THIGH | UNKNOWN |
| Due to, or as a consequence of | B. | |
| Due to, or as a consequence of | C. | |
| Due to, or as a consequence of | D. | |

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.

| Field | Value |
|---|---|
| 33. WAS AUTOPSY PERFORMED? | YES |
| 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | YES |
| 35. TOBACCO USE CONTRIBUTED TO DEATH | NO |
| 36. IF FEMALE (range 10-54) PREGNANT | NOT PREGNANT WITHIN THE PAST YEAR |
| 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED | HOMICIDE |
| 38. DATE OF INJURY | 12/30/2022 |
| 39. TIME OF INJURY | 10:25 AM |
| 40. PLACE OF INJURY | RESIDENCE |
| 41. INJURY AT WORK? | NO |
| 42. LOCATION OF INJURY | [redacted] ELLENWOOD GEORGIA 30294 CLAYTON |
| 43. DESCRIBE HOW INJURY OCCURRED | SHOT BY OTHER (S |
| 44. IF TRANSPORTATION INJURY | NO |
| 45. Medical Certifier | |
| 46. Medical Examiner/Coroner | /S/ BRIAN BYARS CORONER 9130852 |
| 45a. DATE SIGNED | |
| 45b. HOUR OF DEATH | |
| 46a. DATE SIGNED | 01/20/2023 |
| 46b. HOUR OF DEATH | 18:21 MILITARY |
| 47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | BRIAN BYARS 7911 N MCDONOUGH STREET JONESBORO GEORGIA 30236 |
| 48. REGISTRAR (Signature) | /S/ CHRISTOPHER JP HARRISON |
| 49. DATE FILED - REGISTRAR | 01/23/2023 |

Form 3903 (Rev. 04/2012). GEORGIA DEPARTMENT OF PUBLIC HEALTH

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 511-1-3 DPH RULES AND REGULATIONS.

COUNTY CUSTODIAN: *Anne D. Jackson*

ISSUED BY: *Riley Sh___*

*Christopher J Harrison*
STATE REGISTRAR AND CUSTODIAN
GEORGIA STATE OFFICE OF VITAL RECORDS   DATE ISSUED: JAN 2 3 2023

Any reproduction of this document is prohibited by statute. Do not accept unless embossed with a raised seal.
**VOID IF ALTERED OR COPIED**