# Exhibit C

Back | New search

## Inmate details

| | | | |
|---|---|---|---|
| Name | ALSTON JOHNNIE KIMBLE | LE# | 0974248 |
| Intake Date | 01/04/2023 | | |
| Intake Time | 03:06 AM | | |
| Arresting Agency | Riverdale Police Department | | |
| Sex | M | Race | B |
| Height | 5'11" | Weight | 165 |
| Address | ███████████, JONESBORO, GA 30236 | | |

### Name(s) of Record

| Name(s) | Name Type |
|---|---|
| ALSTON JOHNNIE KIMBLE | Committed |
| AUSTIN JOHNNIE | Alias |

### Offense(s)

| Charge Number | Charges | Bond Amount* |
|---|---|---|
| 1 | WEAPON - POSSESSION OF DURING A CRIME | ** NOT READY ** <br> No Amount Set |
| 2 | CRUELTY TO CHILDREN 1ST DEGREE | ** NOT READY ** <br> No Amount Set |
| 3 | RECKLESS CONDUCT | ** NOT READY ** <br> **Property:** $5000.00* <br> **Fees:** 700.00* |
| 4 | ASSAULT AGGRAVATED | ** NOT READY ** <br> No Amount Set |
| 5 | MURDER/FELONY | ** NOT READY ** <br> No Amount Set |

*Disclaimers
- Additional Fees Not Included in Bond Amounts
- Bond/Fee Amounts Subject to Change
- Dockets indicating a Property Bond can be satisfied by making approved Property Bond or paying the full amount in cash plus applicable fees
- Dockets indicating a Cash Bond can only be satisfied by paying cash plus applicable fees