# Exhibit D

## Court Case Inquiry

### Magistrate Court Criminal Case Inquiry

[New Search]

| | | | |
|---|---|---|---|
| **Case Number:** | 2023CW50034  BA | **Assigned to:** | Judge BSCOTT |
| **Filing Date:** | 01/03/2023 | **Status:** | Disposed, 01/30/2023 |

**Case Parties**

| Party Name | Party Type | Attorney Name |
|---|---|---|
| STATE OF GEORGIA | Plaintiff | |
| Alston Johnnie Kimble | Defendant | KRAFT ALFONSO D JR |
| Cnt 1: MURDER | | |

Click ● for additional information.                                    Docket Information Help

**Case Docket Information**

| Action Date | Docket Action | Description |
|---|---|---|
| 03/10/2023 | Event Outcome | Indictment - Grand Jury - CAL/PRL 03/27/2023 |
| 03/06/2023 | Event Outcome | Continued - CAL/PRL 03/06/2023 |
| 03/06/2023 | Calendar | 08:30 AM Room ZOOM PRELIMINARY HEARING |
| 02/09/2023 | Event Outcome | Continued - CAL/PRL 02/08/2023 |
| 02/08/2023 ● | Calendar | 08:30 AM Room ZOOM PRELIMINARY HEARING |
| 01/30/2023 | Final Case Disp | Final Case Disposition - Arrest Warrant |
| 01/30/2023 | Event Outcome | Bound over to Sup. Ct. - Arrest Warrant |
| 01/27/2023 | Calendar | 08:30 AM Room ZOOM BOND HEARING |
| 01/25/2023 | Event Outcome | Continued - CAL/PRL 01/25/2023 |
| 01/25/2023 ● | Calendar | 08:30 AM Room ZOOM PRELIMINARY HEARING |
| 01/09/2023 | Image Copy | Order For Bond w/Spec Conds |
| 01/05/2023 | Image Document | Application for Arrest Warrant |
| 01/05/2023 | Court Appt Atty | Atty KRAFT ALFONSO D. JR |
| | | for Alston Johnnie Kimble |
| 01/05/2023 | Bond set | Bond denied(17-6-1) |
| | | Special Conditions on Bond |
| 01/04/2023 | Calendar | 10:00 AM Room MAG First Appearance Hearing |
| 01/04/2023 | Judge Reassign | FROM KWRIGHTHIL TO BSCOTT |
| 01/03/2023 | Case Filing | Arrest Warrant |
| | | against Alston, Johnnie |