# Exhibit E

**Standard Insurance Company**
Life Benefits Department
PO Box 2800  Portland OR 97208  800.628.8600 Tel

**Emory Healthcare**
**Life Insurance Benefits**
**Beneficiary Statement**

**Tax Information**

Under the Federal Income Tax law, we are required to request that you *(as the payee)* provide Standard Insurance Company *(as payor)* with your correct Social Security Number or Taxpayer Identification Number.
Please read and complete the following information in order to comply with Federal Income Tax law.

**Certification — Under Penalties Of Perjury, I Certify That:**

1. The number shown on this form is my correct Social Security/Taxpayer Identification Number *(or I am waiting for a number to be issued to me)*, **and**
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

**Certification Instructions** — You must cross out item (2) if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return.

**Method Of Payment —**

1. **Payment by Check**

Funds under $25,000, and for policies issued in and for residents of California, Florida, Kentucky, Louisiana, Maryland and Rhode Island, payment will be made in a lump sum, by check to the policyholder unless requested otherwise.

2. **Payment by SSA**

Beneficiaries may receive their funds of $25,000 and above via Standard Secure Access (SSA) in accordance with the terms of the group policy. SSA is a convenient, interest-bearing checking account in which life insurance proceeds are deposited. With SSA, you are able to earn interest on the life insurance proceeds while taking the time to weigh important financial decisions that often follow the death of a loved one.

The Beneficiary will be mailed a checkbook, once the claim is approved. In addition, all SSA accountholders have access to 24-hour customer service via a voice response unit (VRU) and a dedicated customer service team.

If you decide to assign a portion of your benefits to a funeral home, please include a notarized assignment form *(supplied by the funeral home)* and an itemized copy of the funeral bill. A separate check for the amount of the assignment will be delivered directly to the funeral home.

**Acknowledgement**

I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief. I acknowledge that I have read the fraud notice on page 3 of this form.

Signature of Beneficiary *(please use dark ink and sign as you would a check)*

Name of Deceased: Alicia Pennamon-Alston

Name (please print): D'Andre Pennamon-Muhammad

Relationship to Deceased: SON

Social Security Number (required): [redacted]

Date of Birth: [redacted]

Mailing Address *(if this is a PO Box, a street address is required)*: [redacted]

City: Riverview    State: FL    Zip Code: 33578

Street Address *(only if your mailing address is a PO Box)*: [redacted]

City:    State:    Zip Code:

Work Phone No.:    Home Phone No.:

**This Portion For Use By Standard Insurance Company Only**

Claim No.(s): _____    Policy No.(s): 647272

Deposit Amount $ _____    Division 037    Sub 107

Code  402 ☐  403 ☐  404 ☐  405 ☐  406 ☐  407 ☐    ☐ M  ☐ F

Transmittal Date: _____    Authorized Signature: _____

Policyholder Use Only — Name of Deceased: _____    Group Policy No.: 647272

SI 1794-647272-BEN    1 of 5    (4/17)

**Standard Insurance Company**
Life Benefits Department
PO Box 2800  Portland OR 97208  800.628.8600 Tel

**Emory Healthcare**
**Life Insurance Benefits**
**Beneficiary Statement**

### Tax Information

Under the Federal Income Tax law, we are required to request that you *(as the payee)* provide Standard Insurance Company *(as payor)* with your correct Social Security Number or Taxpayer Identification Number.

Please read and complete the following information in order to comply with Federal Income Tax law.

**Certification — Under Penalties Of Perjury, I Certify That:**

1. The number shown on this form is my correct Social Security/Taxpayer Identification Number *(or I am waiting for a number to be issued to me)*, **and**
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

**Certification Instructions** — You must cross out item (2) if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return.

### Method Of Payment —

**1. Payment by Check**

Funds under $25,000, and for policies issued in and for residents of California, Florida, Kentucky, Louisiana, Maryland and Rhode Island, payment will be made in a lump sum, by check to the policyholder unless requested otherwise.

**2. Payment by SSA**

**Beneficiaries may receive their funds of $25,000 and above via Standard Secure Access (SSA) in accordance with the terms of the group policy. SSA is a convenient, interest-bearing checking account in which life insurance proceeds are deposited. With SSA, you are able to earn interest on the life insurance proceeds while taking the time to weigh important financial decisions that often follow the death of a loved one.**

The Beneficiary will be mailed a checkbook, once the claim is approved. In addition, all SSA accountholders have access to 24-hour customer service via a voice response unit (VRU) and a dedicated customer service team.

If you decide to assign a portion of your benefits to a funeral home, please include a notarized assignment form *(supplied by the funeral home)* and an itemized copy of the funeral bill. A separate check for the amount of the assignment will be delivered directly to the funeral home.

### Acknowledgement

I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief. I acknowledge that I have read the fraud notice on page 3 of this form.

Signature of Beneficiary *(please use dark ink and sign as you would a check)*: *Jasmine Brown*

Name of Deceased: Alicia Pennamon Alston

Name *(please print)*: Jasmine Brown

Relationship to Deceased: Daughter

Social Security Number *(required)*: [redacted]

Date of Birth: [redacted]

Mailing Address *(if this is a PO Box, a street address is required)*: [redacted]

City: Mcdonough   State: GA   Zip Code: 30253

Street Address *(only if your mailing address is a PO Box)*:

City:    State:    Zip Code:

Work Phone No.:

Home Phone No.: [redacted]

### This Portion For Use By Standard Insurance Company Only

Claim No.(s): _____
Policy No.(s): **647272**

Deposit Amount $: _____
Division 037   Sub 107

Code  402☐  403☐  404☐  405☐  406☐  407☐    ☐ M  ☐ F

Transmittal Date: _____
Authorized Signature: _____

**Policyholder Use Only**
Name of Deceased: _____
Group Policy No.: **647272**

SI 1794-647272-BEN              1 of 5              (4/17)

**Standard Insurance Company**
Life Benefits Department
PO Box 2800   Portland OR 97208   800.628.8600 Tel

**Emory Healthcare**
**Life Insurance Benefits**
**Beneficiary Statement**

### Tax Information

Under the Federal Income Tax law, we are required to request that you *(as the payee)* provide Standard Insurance Company *(as payor)* with your correct Social Security Number or Taxpayer Identification Number.

Please read and complete the following information in order to comply with Federal Income Tax law.

**Certification — Under Penalties Of Perjury, I Certify That:**

1. The number shown on this form is my correct Social Security/Taxpayer Identification Number *(or I am waiting for a number to be issued to me),* **and**
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

**Certification Instructions** — You must cross out item (2) if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return.

### Method Of Payment —

**1. Payment by Check**

Funds under $25,000, and for policies issued in and for residents of California, Florida, Kentucky, Louisiana, Maryland and Rhode Island, payment will be made in a lump sum, by check to the policyholder unless requested otherwise.

**2. Payment by SSA**

Beneficiaries may receive their funds of $25,000 and above via Standard Secure Access (SSA) in accordance with the terms of the group policy. SSA is a convenient, interest-bearing checking account in which life insurance proceeds are deposited. With SSA, you are able to earn interest on the life insurance proceeds while taking the time to weigh important financial decisions that often follow the death of a loved one.

The Beneficiary will be mailed a checkbook, once the claim is approved. In addition, all SSA accountholders have access to 24-hour customer service via a voice response unit (VRU) and a dedicated customer service team.

If you decide to assign a portion of your benefits to a funeral home, please include a notarized assignment form *(supplied by the funeral home)* and an itemized copy of the funeral bill. A separate check for the amount of the assignment will be delivered directly to the funeral home.

---

**Acknowledgement**

I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief. I acknowledge that I have read the fraud notice on page 8 of this form.

Signature of Beneficiary *(please use dark ink and sign as you would a check)*

Name of Deceased: ALICIA

Name (please print): DARIUS BARNWELL

Relationship to Deceased: SON

Social Security Number *(required)*

Date of Birth

Mailing Address *(if this is a PO Box, a street address is required)*

City: TAMPA   State: FL   Zip Code: 33612

Street Address *(only if your mailing address is a PO Box)*

City: TAMPA   State: FL   Zip Code: 33612

Work Phone No.

Home Phone No.

### This Portion For Use By Standard Insurance Company Only

Claim No.(s) _____

Policy No.(s) **647272**

Deposit Amount $ _____

Division 037   Sub 107

Code   402 ☐   403 ☐   404 ☐   405 ☐   406 ☐   407 ☐    ☐ M   ☐ F

Transmittal Date

Authorized Signature

**Policyholder Use Only**
Name of Deceased: _____
Group Policy No.: **647272**

SI 1794-647272-BEN   1 of 5   (4/17)

| Standard Insurance Company | Emory Healthcare |
|---|---|
| Life Benefits Department<br>PO Box 2800  Portland OR 97208  800.628.8600 Tel | **Life Insurance Benefits**<br>**Beneficiary Statement** |

**Tax Information**

Under the Federal Income Tax law, we are required to request that you *(as the payee)* provide Standard Insurance Company *(as payor)* with your correct Social Security Number or Taxpayer Identification Number.

Please read and complete the following information in order to comply with Federal Income Tax law.

**Certification — Under Penalties Of Perjury, I Certify That:**

1. The number shown on this form is my correct Social Security/Taxpayer Identification Number *(or I am waiting for a number to be issued to me)*, **and**
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

**Certification Instructions** — You must cross out item (2) if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return.

**Method Of Payment —**

**1. Payment by Check**

Funds under $25,000, and for policies issued in and for residents of California, Florida, Kentucky, Louisiana, Maryland and Rhode Island, payment will be made in a lump sum, by check to the policyholder unless requested otherwise.

**2. Payment by SSA**

Beneficiaries may receive their funds of $25,000 and above via Standard Secure Access (SSA) in accordance with the terms of the group policy. SSA is a convenient, interest-bearing checking account in which life insurance proceeds are deposited. With SSA, you are able to earn interest on the life insurance proceeds while taking the time to weigh important financial decisions that often follow the death of a loved one.

The Beneficiary will be mailed a checkbook, once the claim is approved. In addition, all SSA accountholders have access to 24-hour customer service via a voice response unit (VRU) and a dedicated customer service team.

If you decide to assign a portion of your benefits to a funeral home, please include a notarized assignment form *(supplied by the funeral home)* and an itemized copy of the funeral bill. A separate check for the amount of the assignment will be delivered directly to the funeral home.

---

**Acknowledgement**

I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief. I acknowledge that I have read the fraud notice on page 3 of this form.

Signature of Beneficiary *(please use dark ink and sign as you would a check)*: [signed]

Name of Deceased: Alicia Pennamon-Alston

Name (please print): Asia Pennamon

Relationship to Deceased: Daughter

Social Security Number (required): [redacted]

Date of Birth: [redacted]

Mailing Address *(If this is a PO Box, a street address is required)*: [redacted]

City: Chesapeake   State: VA   Zip Code: 23320

Street Address *(only if your mailing address is a PO Box)*: [redacted]

City: ___   State: ___   Zip Code: ___

Work Phone No.: ___   Home Phone No.: ___

**This Portion For Use By Standard Insurance Company Only**

Claim No.(s): ___   Policy No.(s): **647272**

Deposit Amount $: ___   Division 037   Sub 107

Code  402☐  403☐  404☐  405☐  406☐  407☐   ☐ M  ☐ F

Transmittal Date: ___   Authorized Signature: ___

Policyholder Use Only — Name of Deceased: ___   Group Policy No.: **647272**

SI 1794-647272-BEN                                 1 of 5                                 (4/17)

| Standard Insurance Company | Emory Healthcare |
|---|---|
| Life Benefits Department<br>PO Box 2800  Portland OR 97208  800.628.8600 Tel | Life Insurance Benefits<br>Beneficiary Statement |

## Tax Information

Under the Federal Income Tax law, we are required to request that you *(as the payee)* provide Standard Insurance Company *(as payor)* with your correct Social Security Number or Taxpayer Identification Number.

Please read and complete the following information in order to comply with Federal Income Tax law.

**Certification — Under Penalties Of Perjury, I Certify That:**

1. The number shown on this form is my correct Social Security/Taxpayer Identification Number *(or I am waiting for a number to be issued to me)*, and
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

**Certification Instructions —** You must cross out item (2) if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return.

## Method Of Payment —

**1. Payment by Check**

Funds under $25,000, and for policies issued in and for residents of California, Florida, Kentucky, Louisiana, Maryland and Rhode Island, payment will be made in a lump sum, by check to the policyholder unless requested otherwise.

**2. Payment by SSA**

**Beneficiaries may receive their funds of $25,000 and above via Standard Secure Access (SSA) in accordance with the terms of the group policy. SSA is a convenient, interest-bearing checking account in which life insurance proceeds are deposited. With SSA, you are able to earn interest on the life insurance proceeds while taking the time to weigh important financial decisions that often follow the death of a loved one.**

The Beneficiary will be mailed a checkbook, once the claim is approved. In addition, all SSA accountholders have access to 24-hour customer service via a voice response unit (VRU) and a dedicated customer service team.

If you decide to assign a portion of your benefits to a funeral home, please include a notarized assignment form *(supplied by the funeral home)* and an itemized copy of the funeral bill. A separate check for the amount of the assignment will be delivered directly to the funeral home.

### Acknowledgement

I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief. I acknowledge that I have read the fraud notice on page 3 of this form.

Signature of Beneficiary *(please use dark ink and sign as you would a check)*: [signed]
Name of Deceased: Alicia Pennamon Alston

Name (please print): AAliyah Pennamon
Relationship to Deceased: Daughter

Social Security Number (required): [redacted]
Date of Birth: [redacted]

Mailing Address (if this is a PO Box, a Street address is required): [redacted]
City: Chesapeake   State: VA   Zip Code: 23320

Street Address (only if your mailing address is a PO Box):
City:   State:   Zip Code:

Work Phone No.:
Home Phone No.: [redacted]

### This Portion For Use By Standard Insurance Company Only

| Claim No.(s) | Policy No.(s) **647272** |
|---|---|
| Deposit Amount $ | Division 037    Sub 107 |
| Code  402☐  403☐  404☐  405☐  406☐  407☐ | ☐ M   ☐ F |
| Transmittal Date | Authorized Signature |

| Policyholder<br>Use Only | Name of Deceased: _____<br>Group Policy No.: **647272** |
|---|---|

SI 1794-647272-BEN                1 of 5                (4/17)

Standard Insurance Company

Life Benefits Department
PO Box 2800  Portland OR 97208  800.628.8600 Tel

**Emory Healthcare**
**Life Insurance Benefits**
**Beneficiary Statement**

### Tax Information

Under the Federal Income Tax law, we are required to request that you *(as the payee)* provide Standard Insurance Company *(as payor)* with your correct Social Security Number or Taxpayer Identification Number.

Please read and complete the following information in order to comply with Federal Income Tax law.

**Certification — Under Penalties Of Perjury, I Certify That:**

1. The number shown on this form is my correct Social Security/Taxpayer Identification Number *(or I am waiting for a number to be issued to me)*, **and**
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

**Certification Instructions** — You must cross out item (2) if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return.

### Method Of Payment —

**1. Payment by Check**

Funds under $25,000, and for policies issued in and for residents of California, Florida, Kentucky, Louisiana, Maryland and Rhode Island, payment will be made in a lump sum, by check to the policyholder unless requested otherwise.

**2. Payment by SSA**

Beneficiaries may receive their funds of $25,000 and above via Standard Secure Access (SSA) in accordance with the terms of the group policy. SSA is a convenient, interest-bearing checking account in which life insurance proceeds are deposited. With SSA, you are able to earn interest on the life insurance proceeds while taking the time to weigh important financial decisions that often follow the death of a loved one.

The Beneficiary will be mailed a checkbook, once the claim is approved. In addition, all SSA accountholders have access to 24-hour customer service via a voice response unit (VRU) and a dedicated customer service team.

If you decide to assign a portion of your benefits to a funeral home, please include a notarized assignment form *(supplied by the funeral home)* and an itemized copy of the funeral bill. A separate check for the amount of the assignment will be delivered directly to the funeral home.

### Acknowledgement

I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief. I acknowledge that I have read the fraud notice on page 3 of this form.

| Signature of Beneficiary | Name of Deceased |
|---|---|
| Kudruth | Alicia Pennimon |
| **Name (please print):** Keon Japuavious SMITH | **Relationship to Deceased:** ~~Mom~~ Son |
| **Social Security Number (required):** [redacted] | **Date of Birth:** [redacted] |
| **Mailing Address:** [redacted] | **City:** Ellenwood  **State:** GA  **Zip Code:** 30294 |
| **Street Address:** [redacted] | **City:**  **State:**  **Zip Code:** |
| **Work Phone No.** | **Home Phone No.** |

### This Portion For Use By Standard Insurance Company Only

Claim No.(s) _____  Policy No.(s) **647272**

Deposit Amount $ _____  Division 037   Sub 107

Code  402 ☐  403 ☐  404 ☐  405 ☐  406 ☐  407 ☐   ☐ M  ☐ F

Transmittal Date _____  Authorized Signature _____

| Policyholder Use Only | Name of Deceased: _____ |
|---|---|
| | Group Policy No.: **647272** |

SI 1794-647272-BEN                     1 of 5                     (4/17)

Standard Insurance Company
Life Benefits Department
PO Box 2800  Portland OR 97208  800.628.8600 Tel

**Emory Healthcare**
**Life Insurance Benefits**
**Beneficiary Statement**

### Tax Information

Under the Federal Income Tax law, we are required to request that you *(as the payee)* provide Standard Insurance Company *(as payor)* with your correct Social Security Number or Taxpayer Identification Number.

Please read and complete the following information in order to comply with Federal Income Tax law.

**Certification — Under Penalties Of Perjury, I Certify That:**
1. The number shown on this form is my correct Social Security/Taxpayer Identification Number *(or I am waiting for a number to be issued to me)*, **and**
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

**Certification Instructions** — You must cross out item (2) if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return.

### Method Of Payment —

**1. Payment by Check**

Funds under $25,000, and for policies issued in and for residents of California, Florida, Kentucky, Louisiana, Maryland and Rhode Island, payment will be made in a lump sum, by check to the policyholder unless requested otherwise.

**2. Payment by SSA**

Beneficiaries may receive their funds of $25,000 and above via Standard Secure Access (SSA) in accordance with the terms of the group policy. SSA is a convenient, interest-bearing checking account in which life insurance proceeds are deposited. With SSA, you are able to earn interest on the life insurance proceeds while taking the time to weigh important financial decisions that often follow the death of a loved one.

The Beneficiary will be mailed a checkbook, once the claim is approved. In addition, all SSA accountholders have access to 24-hour customer service via a voice response unit (VRU) and a dedicated customer service team.

If you decide to assign a portion of your benefits to a funeral home, please include a notarized assignment form *(supplied by the funeral home)* and an itemized copy of the funeral bill. A separate check for the amount of the assignment will be delivered directly to the funeral home.

### Acknowledgement

I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief. I acknowledge that I have read the fraud notice on page 3 of this form.

Signature of Beneficiary: [redacted]
Name of Deceased: **Alicia Pennamon**

Name (please print): [redacted]
Relationship to Deceased: **Daughter**

Social Security Number (required): [redacted]
Date of Birth: [redacted]

Mailing Address: [redacted]
City: **Mcdonough**   State: **GA**   Zip Code: **30253**

Street Address:
City:   State:   Zip Code:

Work Phone No.:
Home Phone No.:

### This Portion For Use By Standard Insurance Company Only

Claim No.(s): _____
Policy No.(s): **647272**

Deposit Amount $ _____
Division **037**   Sub **107**

Code  402☐  403☐  404☐  405☐  406☐  407☐   ☐ M   ☐ F

Transmittal Date: _____
Authorized Signature: _____

**Policyholder Use Only**
Name of Deceased: _____
Group Policy No.: **647272**

SI 1794-847272-BEN        1 of 5        (4/17)

Standard Insurance Company  
Life Benefits Department  
PO Box 2800  Portland OR 97208  800.628.8600 Tel

**Emory Healthcare**  
**Life Insurance Benefits**  
**Beneficiary Statement**

**Tax Information**

Under the Federal Income Tax law, we are required to request that you *(as the payee)* provide Standard Insurance Company *(as payor)* with your correct Social Security Number or Taxpayer Identification Number.

Please read and complete the following information in order to comply with Federal Income Tax law.

**Certification — Under Penalties Of Perjury, I Certify That:**

1. The number shown on this form is my correct Social Security/Taxpayer Identification Number *(or I am waiting for a number to be issued to me),* **and**
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

**Certification Instructions** — You must cross out item (2) if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return.

**Method Of Payment —**

1. **Payment by Check**

Funds under $25,000, and for policies issued in and for residents of California, Florida, Kentucky, Louisiana, Maryland and Rhode Island, payment will be made in a lump sum, by check to the policyholder unless requested otherwise.

2. **Payment by SSA**

**Beneficiaries may receive their funds of $25,000 and above via Standard Secure Access (SSA) in accordance with the terms of the group policy. SSA is a convenient, interest-bearing checking account in which life insurance proceeds are deposited. With SSA, you are able to earn interest on the life insurance proceeds while taking the time to weigh important financial decisions that often follow the death of a loved one.**

The Beneficiary will be mailed a checkbook, once the claim is approved. In addition, all SSA accountholders have access to 24-hour customer service via a voice response unit (VRU) and a dedicated customer service team.

If you decide to assign a portion of your benefits to a funeral home, please include a notarized assignment form *(supplied by the funeral home)* and an itemized copy of the funeral bill. A separate check for the amount of the assignment will be delivered directly to the funeral home.

---

**Acknowledgement**

I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief. I acknowledge that I have read the fraud notice on page 3 of this form.

Signature of Beneficiary *(please use dark ink and sign as you would a check)* | Name of Deceased: **Alicia Pennamon**

Name *(please print)* | Relationship to Deceased: **Son**

Social Security Number *(required)* | Date of Birth:

Mailing Address *(if this is a PO Box, a street address is required)* | City: **McDonough** | State: **GA** | Zip Code: **30253**

Street Address *(only if your mailing address is a PO Box)* | City | State | Zip Code

Work Phone No. | Home Phone No.

**This Portion For Use By Standard Insurance Company Only**

Claim No.(s) _____  |  Policy No.(s) **647272**

Deposit Amount $ _____  |  Division 037    Sub 107

Code  402☐  403☐  404☐  405☐  406☐  407☐    ☐ M  ☐ F

Transmittal Date | Authorized Signature

| Policyholder Use Only | Name of Deceased: _____ |
| --- | --- |
|  | Group Policy No.: **647272** |

SI 1794-647272-BEN        1 of 5        (4/17)

Standard Insurance Company
Life Benefits Department
PO Box 2800  Portland OR 97208  800.628.8600 Tel

**Emory Healthcare**
**Life Insurance Benefits**
**Beneficiary Statement**

### Tax Information

Under the Federal Income Tax law, we are required to request that you *(as the payee)* provide Standard Insurance Company *(as payor)* with your correct Social Security Number or Taxpayer Identification Number.

Please read and complete the following information in order to comply with Federal Income Tax law.

**Certification — Under Penalties Of Perjury, I Certify That:**

1. The number shown on this form is my correct Social Security/Taxpayer Identification Number *(or I am waiting for a number to be issued to me)*, **and**

2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

**Certification Instructions** — You must cross out item (2) if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return.

### Method Of Payment —

1. **Payment by Check**

Funds under $25,000, and for policies issued in and for residents of California, Florida, Kentucky, Louisiana, Maryland and Rhode Island, payment will be made in a lump sum, by check to the policyholder unless requested otherwise.

2. **Payment by SSA**

Beneficiaries may receive their funds of $25,000 and above via Standard Secure Access (SSA) in accordance with the terms of the group policy. SSA is a convenient, interest-bearing checking account in which life insurance proceeds are deposited. With SSA, you are able to earn interest on the life insurance proceeds while taking the time to weigh important financial decisions that often follow the death of a loved one.

The Beneficiary will be mailed a checkbook, once the claim is approved. In addition, all SSA accountholders have access to 24-hour customer service via a voice response unit (VRU) and a dedicated customer service team.

If you decide to assign a portion of your benefits to a funeral home, please include a notarized assignment form *(supplied by the funeral home)* and an itemized copy of the funeral bill. A separate check for the amount of the assignment will be delivered directly to the funeral home.

---

**Acknowledgement**

I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief. I acknowledge that I have read the fraud notice on page 3 of this form.

Signature of Beneficiary *(please use dark ink and sign as you would a check)*

Name of Deceased: **Alicia Pennamon-Alston**

Name (please print): Pe[redacted]

Relationship to Deceased: **Son**

Social Security Number (required): [redacted]

Date of Birth: [redacted]

Mailing Address *(if this is a PO Box, a street address is required)*

City: **Mcdonough**   State: **GA**   Zip Code: **30253**

Street Address *(only if your mailing address is a PO Box)*

City   State   Zip Code

Work Phone No.   Home Phone No.

**This Portion For Use By Standard Insurance Company Only**

Claim No.(s) _____   Policy No.(s) **647272**

Deposit Amount $ _____   Division **037**   Sub **107**

Code  402☐  403☐  404☐  405☐  406☐  407☐   ☐ M  ☐ F

Transmittal Date _____   Authorized Signature _____

Policyholder Use Only:
Name of Deceased: _____
Group Policy No.: **647272**

SI 1784-647272-BEN    1 of 5    (4/17)

Standard Insurance Company
Life Benefits Department
PO Box 2800  Portland OR 97208  800.628.8600 Tel

Emory Healthcare
**Life Insurance Benefits**
**Beneficiary Statement**

**Tax Information**

Under the Federal Income Tax law, we are required to request that you *(as the payee)* provide Standard Insurance Company *(as payor)* with your correct Social Security Number or Taxpayer Identification Number.

Please read and complete the following information in order to comply with Federal Income Tax law.

**Certification — Under Penalties Of Perjury, I Certify That:**

1. The number shown on this form is my correct Social Security/Taxpayer Identification Number *(or I am waiting for a number to be issued to me)*, **and**
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

**Certification Instructions** — You must cross out item (2) if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return.

**Method Of Payment —**

1. **Payment by Check**

Funds under $25,000, and for policies issued in and for residents of California, Florida, Kentucky, Louisiana, Maryland and Rhode Island, payment will be made in a lump sum, by check to the policyholder unless requested otherwise.

2. **Payment by SSA**

Beneficiaries may receive their funds of $25,000 and above via Standard Secure Access (SSA) in accordance with the terms of the group policy. SSA is a convenient, interest-bearing checking account in which life insurance proceeds are deposited. With SSA, you are able to earn interest on the life insurance proceeds while taking the time to weigh important financial decisions that often follow the death of a loved one.

The Beneficiary will be mailed a checkbook, once the claim is approved. In addition, all SSA accountholders have access to 24-hour customer service via a voice response unit (VRU) and a dedicated customer service team.

If you decide to assign a portion of your benefits to a funeral home, please include a notarized assignment form *(supplied by the funeral home)* and an itemized copy of the funeral bill. A separate check for the amount of the assignment will be delivered directly to the funeral home.

**Acknowledgement**

I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief. I acknowledge that I have read the fraud notice on page 3 of this form.

| Signature of Beneficiary | Name of Deceased: Alicia Pennamon-Alston |
|---|---|
| Name (please print): A | Relationship to Deceased: Son |
| Social Security Number (required): | Date of Birth: |
| Mailing Address: | City: Mcdonough  State: GA  Zip Code: 30253 |
| Street Address: | City  State  Zip Code |
| Work Phone No. | Home Phone No. |

**This Portion For Use By Standard Insurance Company Only**

Claim No.(s) _____  Policy No.(s) **647272**
Deposit Amount $ _____  Division 037   Sub 107
Code  402☐  403☐  404☐  405☐  406☐  407☐   ☐ M  ☐ F
Transmittal Date _____  Authorized Signature _____

Policyholder Use Only:  Name of Deceased: _____  Group Policy No.: **647272**

SI 1794-647272-BEN                                  1 of 5                                  (4/17)

Standard Insurance Company
Life Benefits Department
PO Box 2800  Portland OR 97208  800.628.8600 Tel

**Emory Healthcare**
**Life Insurance Benefits**
**Beneficiary Statement**

### Tax Information

Under the Federal Income Tax law, we are required to request that you *(as the payee)* provide Standard Insurance Company *(as payor)* with your correct Social Security Number or Taxpayer Identification Number.

Please read and complete the following information in order to comply with Federal Income Tax law.

**Certification — Under Penalties Of Perjury, I Certify That:**

1. The number shown on this form is my correct Social Security/Taxpayer Identification Number *(or I am waiting for a number to be issued to me)*, **and**
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

**Certification Instructions** — You must cross out item (2) if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return.

### Method Of Payment —

**1. Payment by Check**

Funds under $25,000, and for policies issued in and for residents of California, Florida, Kentucky, Louisiana, Maryland and Rhode Island, payment will be made in a lump sum, by check to the policyholder unless requested otherwise.

**2. Payment by SSA**

Beneficiaries may receive their funds of $25,000 and above via Standard Secure Access (SSA) in accordance with the terms of the group policy. SSA is a convenient, interest-bearing checking account in which life insurance proceeds are deposited. With SSA, you are able to earn interest on the life insurance proceeds while taking the time to weigh important financial decisions that often follow the death of a loved one.

The Beneficiary will be mailed a checkbook, once the claim is approved. In addition, all SSA accountholders have access to 24-hour customer service via a voice response unit (VRU) and a dedicated customer service team.

If you decide to assign a portion of your benefits to a funeral home, please include a notarized assignment form *(supplied by the funeral home)* and an itemized copy of the funeral bill. A separate check for the amount of the assignment will be delivered directly to the funeral home.

### Acknowledgement

I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief. I acknowledge that I have read the fraud notice on page 3 of this form.

Signature of Beneficiary *(please use dark ink and sign as you would a check)*

Name of Deceased: **Alicia Pennamon**

Name (please print): M_ A___

Relationship to Deceased: **Daughter**

Social Security Number (required): [redacted]

Date of Birth: [redacted]

Mailing Address *(If this is a PO Box, a street address is required)*

City: **Mcdonough**  State: **GA**  Zip Code: **30253**

Street Address *(only if your mailing address is a PO Box)*

City          State          Zip Code

Work Phone No.          Home Phone No.

### This Portion For Use By Standard Insurance Company Only

Claim No.(s) _____

Policy No.(s) **647272**

Deposit Amount $ _____

Division **037**     Sub **107**

Code  402 ☐  403 ☐  404 ☐  405 ☐  406 ☐  407 ☐     ☐ M   ☐ F

Transmittal Date _____     Authorized Signature _____

**Policyholder Use Only**
Name of Deceased: _____
Group Policy No.: **647272**

SI 1794-647272-BEN                      1 of 5                      (4/17)

Standard Insurance Company
Life Benefits Department
PO Box 2800   Portland OR 97208   800.628.8600 Tel

**Emory Healthcare**
**Life Insurance Benefits**
**Beneficiary Statement**

**Tax Information**

Under the Federal Income Tax law, we are required to request that you *(as the payee)* provide Standard Insurance Company *(as payor)* with your correct Social Security Number or Taxpayer Identification Number.

Please read and complete the following information in order to comply with Federal Income Tax law.

**Certification — Under Penalties Of Perjury, I Certify That:**

1. The number shown on this form is my correct Social Security/Taxpayer Identification Number *(or I am waiting for a number to be issued to me)*, **and**
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

**Certification Instructions** — You must cross out item (2) if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return.

**Method Of Payment —**

1. **Payment by Check**

Funds under $25,000, and for policies issued in and for residents of California, Florida, Kentucky, Louisiana, Maryland and Rhode Island, payment will be made in a lump sum, by check to the policyholder unless requested otherwise.

2. **Payment by SSA**

Beneficiaries may receive their funds of $25,000 and above via Standard Secure Access (SSA) in accordance with the terms of the group policy. SSA is a convenient, interest-bearing checking account in which life insurance proceeds are deposited. With SSA, you are able to earn interest on the life insurance proceeds while taking the time to weigh important financial decisions that often follow the death of a loved one.

The Beneficiary will be mailed a checkbook, once the claim is approved. In addition, all SSA accountholders have access to 24-hour customer service via a voice response unit (VRU) and a dedicated customer service team.

If you decide to assign a portion of your benefits to a funeral home, please include a notarized assignment form *(supplied by the funeral home)* and an itemized copy of the funeral bill. A separate check for the amount of the assignment will be delivered directly to the funeral home.

---

**Acknowledgement**

I hereby certify that the answers I have made to the foregoing questions are both complete and true to the best of my knowledge and belief. I acknowledge that I have read the fraud notice on page 5 of this form.

Signature of Beneficiary (please use dark ink and sign as you would a check)

Name of Deceased: Alicia Pemnamon

Name (please print): J____ A____

Relationship to Deceased: Daughter

Social Security Number (required): [redacted]

Date of Birth: [redacted]

Mailing Address (if this is a PO Box, a street address is required): [redacted]

City: Mcdonough   State: GA   Zip Code: 30253

Street Address (only if your mailing address is a PO Box):

City:   State:   Zip Code:

Work Phone No.:   Home Phone No.:

**This Portion For Use By Standard Insurance Company Only**

Claim No.(s): _____   Policy No.(s): 647272

Deposit Amount $: _____   Division 037   Sub 107

Code  402 ☐  403 ☐  404 ☐  405 ☐  406 ☐  407 ☐   ☐ M  ☐ F

Transmittal Date: _____   Authorized Signature: _____

Policyholder Use Only — Name of Deceased: _____   Group Policy No.: 647272

SI 1794-647272-BEN                    1 of 5                    (4/17)