

Exhibit F



D'ANDRE PENNAMON-MUHAMMAD

█████████████

RIVERVIEW FLORIDA 33578

**February 17, 2023**

**Re:** Alicia Alston
**Emory University & Healthcare**
Claim:          Contract:
G09979          647272

Dear D'Andre Pennamon-Muhammad:

We are writing about a claim for group life insurance benefits with Standard Insurance Company. Please accept our sincere condolences. Our review of this claim is complete. The following benefits are payable:

## Summary of Benefits

| BENEFIT TYPE | AMOUNT PAYABLE |
| --- | --- |
| Basic Life | $2,150 |
| Additional Life | $11,200 |
| Voluntary AD&D | $13,300 |

You will receive a benefit check under a separate cover.

Note: The amount payable represents 5% of the Basic Life and 7% of the Additional Life and Voluntary AD&D benefits.

## Life Services Toolkit Program

You are eligible for comprehensive support services from the Life Services Toolkit Program. This includes grief support, funeral planning help and financial counseling for the next 12 months. When you're ready, call the phone assistance line at 800.378.5742 or visit the Life Services Toolkit website at www.standard.com/mytoolkit.

## Family Benefits Package

The group policy may also provide a family benefits package that provides financial assistance to a surviving spouse or child for expenses incurred while receiving bereavement counseling, childcare, attending a higher educational institution or attending professional trade courses.

Please contact us as soon as possible if you or any eligible children wish to apply for one or more of the

Standard Insurance Company
PO Box 2800
Portland, OR 97204
Tel 800.368.1135

benefits outlined in the policy provisions. Be aware that upon review of your claim, certain limitations may apply to the amount or duration of the benefit or your eligibility for the benefit.

This package of family-oriented benefits includes:

☐ The Higher Education Benefit pays for qualifying tuition expenses incurred by an employee's eligible children. The benefit pays annually per child, for a maximum of four consecutive years beginning on the date of the employee's death. The benefit will not exceed $5,000 per year, or the cumulative total of $20,000 or 25% of the employee's AD&D insurance benefit, whichever is less.

## COVID-19 Funeral Assistance

We would like to inform you that the Federal Emergency Management Agency (FEMA) may provide financial assistance for COVID-19 related funeral expenses incurred after January 20, 2020. You may call the COVID-19 Funeral Assistance Line at 1-844-684-6333 to initiate an application or obtain additional details. You may also visit the FAQ online at FEMA.gov/funeral-assistance/FAQ. The website contains additional information including eligibility requirements, submitting documentation online, methods of payment and more.

## Any Questions?

We trust this claim has been handled to your satisfaction. Please contact us if we can provide any further service.

Sincerely,

*Crysti Shirley*

Crysti Shirley
Senior Life Benefits Analyst
Life and Disability Services
800.628.8600 ext.
Fax 888.414.0389
Crysti.Shirley@standard.com



JASMINE BROWN

MCDONOUGH GEORGIA 30253

**February 17, 2023**

**Re:** Alicia Alston
**Emory University & Healthcare**
Claim:      Contract:
G09979     647272

Dear Jasmine Brown:

We are writing about a claim for group life insurance benefits with Standard Insurance Company. Please accept our sincere condolences. Our review of this claim is complete. The following benefits are payable:

## Summary of Benefits

| BENEFIT TYPE | AMOUNT PAYABLE |
| --- | --- |
| Basic Life | $2,150 |
| Additional Life | $11,200 |
| Voluntary AD&D | $13,300 |

You will receive a benefit check under a separate cover.

Note: The amount payable represents 5% of the Basic Life and 7% of the Additional Life and Voluntary AD&D benefits.

## Life Services Toolkit Program

You are eligible for comprehensive support services from the Life Services Toolkit Program. This includes grief support, funeral planning help and financial counseling for the next 12 months. When you're ready, call the phone assistance line at 800.378.5742 or visit the Life Services Toolkit website at www.standard.com/mytoolkit.

## Family Benefits Package

The group policy may also provide a family benefits package that provides financial assistance to a surviving spouse or child for expenses incurred while receiving bereavement counseling, childcare, attending a higher educational institution or attending professional trade courses.

Please contact us as soon as possible if you or any eligible children wish to apply for one or more of the benefits outlined in the policy provisions. Be aware that upon review of your claim, certain limitations

Standard Insurance Company
PO Box 2800
Portland, OR 97204
Tel 800.368.1135

ALICIA ALSTON G09979                           Page 2                           February 17, 2023

may apply to the amount or duration of the benefit or your eligibility for the benefit.

This package of family-oriented benefits includes:

☐   The Higher Education Benefit pays for qualifying tuition expenses incurred by an employee's eligible children. The benefit pays annually per child, for a maximum of four consecutive years beginning on the date of the employee's death. The benefit will not exceed $5,000 per year, or the cumulative total of $20,000 or 25% of the employee's AD&D insurance benefit, whichever is less.

## COVID-19 Funeral Assistance

We would like to inform you that the Federal Emergency Management Agency (FEMA) may provide financial assistance for COVID-19 related funeral expenses incurred after January 20, 2020. You may call the COVID-19 Funeral Assistance Line at 1-844-684-6333 to initiate an application or obtain additional details. You may also visit the FAQ online at FEMA.gov/funeral-assistance/FAQ. The website contains additional information including eligibility requirements, submitting documentation online, methods of payment and more.

## Any Questions?

We trust this claim has been handled to your satisfaction. Please contact us if we can provide any further service.

Sincerely,

*Crysti Shirley*

Crysti Shirley
Senior Life Benefits Analyst
Life and Disability Services
800.628.8600 ext.
Fax 888.414.0389
Crysti.Shirley@standard.com



DARIUS BARNWELL

TAMPA FLORIDA 33612

**February 17, 2023**

**Re:** Alicia Alston
**Emory University & Healthcare**
Claim:       Contract:
G09979      647272

Dear Darius Barnwell:

We are writing about a claim for group life insurance benefits with Standard Insurance Company. Please accept our sincere condolences. Our review of this claim is complete. The following benefits are payable:

## Summary of Benefits

| BENEFIT TYPE | AMOUNT PAYABLE |
| --- | --- |
| Basic Life | $2,150 |
| Additional Life | $11,200 |
| Voluntary AD&D | $13,300 |

You will receive a benefit check under a separate cover.

Note: The amount payable represents 5% of the Basic Life and 7% of the Additional Life and Voluntary AD&D benefits.

## Life Services Toolkit Program

You are eligible for comprehensive support services from the Life Services Toolkit Program. This includes grief support, funeral planning help and financial counseling for the next 12 months. When you're ready, call the phone assistance line at 800.378.5742 or visit the Life Services Toolkit website at www.standard.com/mytoolkit.

## Family Benefits Package

The group policy may also provide a family benefits package that provides financial assistance to a surviving spouse or child for expenses incurred while receiving bereavement counseling, childcare, attending a higher educational institution or attending professional trade courses.

Please contact us as soon as possible if you or any eligible children wish to apply for one or more of the benefits outlined in the policy provisions. Be aware that upon review of your claim, certain limitations

Standard Insurance Company
PO Box 2800
Portland, OR 97204
Tel 800.368.1135

ALICIA ALSTON G09979                                Page 2                                February 17, 2023

may apply to the amount or duration of the benefit or your eligibility for the benefit.

This package of family-oriented benefits includes:

☐   The Higher Education Benefit pays for qualifying tuition expenses incurred by an employee's eligible children. The benefit pays annually per child, for a maximum of four consecutive years beginning on the date of the employee's death. The benefit will not exceed $5,000 per year, or the cumulative total of $20,000 or 25% of the employee's AD&D insurance benefit, whichever is less.

## COVID-19 Funeral Assistance

We would like to inform you that the Federal Emergency Management Agency (FEMA) may provide financial assistance for COVID-19 related funeral expenses incurred after January 20, 2020. You may call the COVID-19 Funeral Assistance Line at 1-844-684-6333 to initiate an application or obtain additional details. You may also visit the FAQ online at FEMA.gov/funeral-assistance/FAQ. The website contains additional information including eligibility requirements, submitting documentation online, methods of payment and more.

## Any Questions?

We trust this claim has been handled to your satisfaction. Please contact us if we can provide any further service.

Sincerely,

*Crysti Shirley*

Crysti Shirley
Senior Life Benefits Analyst
Life and Disability Services
800.628.8600 ext.
Fax 888.414.0389
Crysti.Shirley@standard.com

7168623-3/16/2023-3:15:46 PM



ASIA PENNAMO

MCDONOUGH GEORGIA 30253

**February 17, 2023**

**Re:** Alicia Alston
**Emory University & Healthcare**
Claim:          Contract:
G09979         647272

Dear Asia Pennamon:

We are writing about a claim for group life insurance benefits with Standard Insurance Company. Please accept our sincere condolences. Our review of this claim is complete. The following benefits are payable:

## Summary of Benefits

| **BENEFIT TYPE** | **AMOUNT PAYABLE** |
|---|---|
| Basic Life | $2,150 |
| Additional Life | $11,200 |
| Voluntary AD&D | $13,300 |

You will receive a benefit check under a separate cover.

Note: The amount payable represents 5% of the Basic Life and 7% of the Additional Life and Voluntary AD&D benefits.

## Life Services Toolkit Program

You are eligible for comprehensive support services from the Life Services Toolkit Program. This includes grief support, funeral planning help and financial counseling for the next 12 months. When you're ready, call the phone assistance line at 800.378.5742 or visit the Life Services Toolkit website at www.standard.com/mytoolkit.

## Family Benefits Package

The group policy may also provide a family benefits package that provides financial assistance to a surviving spouse or child for expenses incurred while receiving bereavement counseling, childcare, attending a higher educational institution or attending professional trade courses.

Please contact us as soon as possible if you or any eligible children wish to apply for one or more of the benefits outlined in the policy provisions. Be aware that upon review of your claim, certain limitations

Standard Insurance Company
PO Box 2800
Portland, OR 97204
Tel 800.368.1135



may apply to the amount or duration of the benefit or your eligibility for the benefit.

This package of family-oriented benefits includes:

- The Higher Education Benefit pays for qualifying tuition expenses incurred by an employee's eligible children. The benefit pays annually per child, for a maximum of four consecutive years beginning on the date of the employee's death. The benefit will not exceed $5,000 per year, or the cumulative total of $20,000 or 25% of the employee's AD&D insurance benefit, whichever is less.

## COVID-19 Funeral Assistance

We would like to inform you that the Federal Emergency Management Agency (FEMA) may provide financial assistance for COVID-19 related funeral expenses incurred after January 20, 2020. You may call the COVID-19 Funeral Assistance Line at 1-844-684-6333 to initiate an application or obtain additional details. You may also visit the FAQ online at FEMA.gov/funeral-assistance/FAQ. The website contains additional information including eligibility requirements, submitting documentation online, methods of payment and more.

## Any Questions?

We trust this claim has been handled to your satisfaction. Please contact us if we can provide any further service.

Sincerely,

*Crysti Shirley*

Crysti Shirley
Senior Life Benefits Analyst
Life and Disability Services
800.628.8600 ext.
Fax 888.414.0389
Crysti.Shirley@standard.com

7168623-3/16/2023-3:15:46 PM



AALIYAH PENNAMON

█████████

MCDONOUGH GEORGIA 30283

**February 17, 2023**

**Re:** Alicia Alston
**Emory University & Healthcare**
Claim:     Contract:
G09379     647272

Dear Aaliyah Pennamon:

We are writing about a claim for group life insurance benefits with Standard Insurance Company. Please accept our sincere condolences. Our review of this claim is complete. The following benefits are payable:

## Summary of Benefits

| BENEFIT TYPE | AMOUNT PAYABLE |
|---|---|
| Basic Life | $2,150 |
| Additional Life | $11,200 |
| Voluntary AD&D | $13,300 |

You will receive a benefit check under a separate cover.

Note: The amount payable represents 5% of the Basic Life and 7% of the Additional Life and Voluntary AD&D benefits.

## Life Services Toolkit Program

You are eligible for comprehensive support services from the Life Services Toolkit Program. This includes grief support, funeral planning help and financial counseling for the next 12 months. When you're ready, call the phone assistance line at 800.378.5742 or visit the Life Services Toolkit website at www.standard.com/mytoolkit.

## Family Benefits Package

The group policy may also provide a family benefits package that provides financial assistance to a surviving spouse or child for expenses incurred while receiving bereavement counseling, childcare, attending a higher educational institution or attending professional trade courses.

Please contact us as soon as possible if you or any eligible children wish to apply for one or more of the benefits outlined in the policy provisions. Be aware that upon review of your claim, certain limitations

Standard Insurance Company
PO Box 2800
Portland, OR 97204
Tel 800.368.1135



may apply to the amount or duration of the benefit or your eligibility for the benefit.

This package of family-oriented benefits includes:

- The Higher Education Benefit pays for qualifying tuition expenses incurred by an employee's eligible children. The benefit pays annually per child, for a maximum of four consecutive years beginning on the date of the employee's death. The benefit will not exceed $5,000 per year, or the cumulative total of $20,000 or 25% of the employee's AD&D insurance benefit, whichever is less.

## COVID-19 Funeral Assistance

We would like to inform you that the Federal Emergency Management Agency (FEMA) may provide financial assistance for COVID-19 related funeral expenses incurred after January 20, 2020. You may call the COVID-19 Funeral Assistance Line at 1-844-684-6333 to initiate an application or obtain additional details. You may also visit the FAQ online at FEMA.gov/funeral-assistance/FAQ. The website contains additional information including eligibility requirements, submitting documentation online, methods of payment and more.

## Any Questions?

We trust this claim has been handled to your satisfaction. Please contact us if we can provide any further service.

Sincerely,

*Crysti Shirley*

Crysti Shirley
Senior Life Benefits Analyst
Life and Disability Services
800.628.8600 ext.
Fax 888.414.0389
Crysti.Shirley@standard.com

T230612-4/21/2023-10:10:33 AM

9



KEON SMITH

MCDONOUGH GEORGIA 30253

February 17, 2023

Re: Alicia Alston
**Emory University & Healthcare**
Claim:          Contract:
G09979          647272

Dear Keon Smith:

We are writing about a claim for group life insurance benefits with Standard Insurance Company. Please accept our sincere condolences. Our review of this claim is complete. The following benefits are payable:

## Summary of Benefits

| BENEFIT TYPE | AMOUNT PAYABLE |
|---|---|
| Basic Life | $2,150 |
| Additional Life | $11,200 |
| Voluntary AD&D | $13,300 |

You will receive a benefit check under a separate cover.

Note: The amount payable represents 5% of the Basic Life and 7% of the Additional Life and Voluntary AD&D benefits.

## Life Services Toolkit Program

You are eligible for comprehensive support services from the Life Services Toolkit Program. This includes grief support, funeral planning help and financial counseling for the next 12 months. When you're ready, call the phone assistance line at 800.378.5742 or visit the Life Services Toolkit website at www.standard.com/mytoolkit.

## Family Benefits Package

The group policy may also provide a family benefits package that provides financial assistance to a surviving spouse or child for expenses incurred while receiving bereavement counseling, childcare, attending a higher educational institution or attending professional trade courses.

Please contact us as soon as possible if you or any eligible children wish to apply for one or more of the

Standard Insurance Company
PO Box 2800
Portland, OR 97204
Tel 800.368.1135



7230612-4/21/2023-10:10:33 AM

benefits outlined in the policy provisions. Be aware that upon review of your claim, certain limitations may apply to the amount or duration of the benefit or your eligibility for the benefit.

This package of family-oriented benefits includes:

- The Higher Education Benefit pays for qualifying tuition expenses incurred by an employee's eligible children. The benefit pays annually per child, for a maximum of four consecutive years beginning on the date of the employee's death. The benefit will not exceed $5,000 per year, or the cumulative total of $20,000 or 25% of the employee's AD&D insurance benefit, whichever is less.

## COVID-19 Funeral Assistance

We would like to inform you that the Federal Emergency Management Agency (FEMA) may provide financial assistance for COVID-19 related funeral expenses incurred after January 20, 2020. You may call the COVID-19 Funeral Assistance Line at 1-844-684-6333 to initiate an application or obtain additional details. You may also visit the FAQ online at FEMA.gov/funeral-assistance/FAQ. The website contains additional information including eligibility requirements, submitting documentation online, methods of payment and more.

## Any Questions?

We trust this claim has been handled to your satisfaction. Please contact us if we can provide any further service.

Sincerely,

*Crysti Shirley*

**Crysti Shirley**
**Senior Life Benefits Analyst**
**Life and Disability Services**
**800.628.8600 ext.**
**Fax 888.414.0389**
**Crysti.Shirley@standard.com**



JOESPH SMITH JR
FOR J███████ S████ - A MINOR
████████████████████
RIVERDALE GEORGIA 30274

**March 20, 2023**

**Re:** Alicia Alston
**Emory University & Healthcare**
Claim:     Contract:
G09979    647272

Dear Joesph Smith Jr:

We are writing about a claim for group life insurance benefits with Standard Insurance Company. Our review of this claim is complete. The following benefits are payable:

## Summary of Benefits

| BENEFIT TYPE | AMOUNT PAYABLE |
|---|---|
| Basic Life | $2,150.00 |
| Additional Life | $11,200.00 |
| Voluntary AD&D | $13,300.00 |

These benefits have been transferred into an interest-bearing supplementary contract. Any questions regarding this contract can be directed to our Individual Annuities department at 800.247.6888. Individual Annuities will contact you regarding this contract.

Note:  The amount payable represents 5% of the Basic Life benefits and 7% of the Additional Life and AD&D benefits.

Interest has been added to the Life amounts above at the rate of 3.62% payable from March 08, 2023, to March 22, 2023, and added to the AD&D amount above at the rate of 3.62% payable from March 17, 2023, to March 22, 2023. Please note that any interest amount paid may be taxable income to the minor.

## Family Benefits Package

The group policy may also provide a family benefits package that provides financial assistance to a surviving spouse or child for expenses incurred while receiving bereavement counseling, childcare, attending a higher educational institution or attending professional trade courses.

Please contact us as soon as possible if you or any eligible children wish to apply for one or more of the benefits outlined in the policy provisions. Be aware that upon review of your claim, certain limitations may apply to the amount or duration of the benefit or your eligibility for the benefit.

This package of family-oriented benefits includes:

Standard Insurance Company
PO Box 2800
Portland, OR 97204
Tel 800.368.1135

☐   The Higher Education Benefit pays for qualifying tuition expenses incurred by an employee's eligible children. The benefit pays annually per child, for a maximum of four consecutive years beginning on the date of the employee's death. The benefit will not exceed $5,000.00 per year, or the cumulative total of $20,000.00 or 25% of the employee's AD&D insurance benefit, whichever is less.

## Any Questions?

We trust this claim has been handled to your satisfaction. Please contact us if we can provide any further service.

Sincerely,

*Crysti Shirley*

Crysti Shirley
Senior Life Benefits Analyst
Life and Disability Services
800.628.8600 ext.
Fax 888.414.0389
Crysti.Shirley@standard.com



JOESPH SMITH JR
FOR J█████ S████ III - A MINOR
█████████████████
RIVERDALE GEORGIA 30274

**March 20, 2023**

**Re:** Alicia Alston
**Emory University & Healthcare**
Claim:          Contract:
G09979        647272

Dear Joesph Smith Jr:

We are writing about a claim for group life insurance benefits with Standard Insurance Company. Our review of this claim is complete. The following benefits are payable:

## Summary of Benefits

| BENEFIT TYPE | AMOUNT PAYABLE |
|---|---|
| Basic Life | $2,150.00 |
| Additional Life | $11,200.00 |
| Voluntary AD&D | $13,300.00 |

These benefits have been transferred into an interest-bearing supplementary contract. Any questions regarding this contract can be directed to our Individual Annuities department at 800.247.6888. Individual Annuities will contact you regarding this contract.

Note:  The amount payable represents 5% of the Basic Life benefits and 7% of the Additional Life and AD&D benefits.

Interest has been added to the Life amounts above at the rate of 3.62% payable from March 08, 2023, to March 22, 2023, and added to the AD&D amount above at the rate of 3.62% payable from March 17, 2023, to March 22, 2023. Please note that any interest amount paid may be taxable income to the minor.

## Family Benefits Package

The group policy may also provide a family benefits package that provides financial assistance to a surviving spouse or child for expenses incurred while receiving bereavement counseling, childcare, attending a higher educational institution or attending professional trade courses.

Please contact us as soon as possible if you or any eligible children wish to apply for one or more of the benefits outlined in the policy provisions. Be aware that upon review of your claim, certain limitations may apply to the amount or duration of the benefit or your eligibility for the benefit.

Standard Insurance Company
PO Box 2800
Portland, OR 97204
Tel 800.368.1135

This package of family-oriented benefits includes:

☐ The Higher Education Benefit pays for qualifying tuition expenses incurred by an employee's eligible children. The benefit pays annually per child, for a maximum of four consecutive years beginning on the date of the employee's death. The benefit will not exceed $ per year, or the cumulative total of $ or % of the employee's AD&D insurance benefit, whichever is less.

## Any Questions?

We trust this claim has been handled to your satisfaction. Please contact us if we can provide any further service.

Sincerely,

*Crysti Shirley*

Crysti Shirley
Senior Life Benefits Analyst
Life and Disability Services
800.628.8600 ext.
Fax 888.414.0389
Crysti.Shirley@standard.com



JASMINE BROWN
FOR Z█████ P█████████ - A MINOR
█████████████
MCDONOUGH GEORGIA 30253

**March 20, 2023**

**Re:** Alicia Alston
**Emory University & Healthcare**
Claim:          Contract:
G09979          647272

Dear Jasmine Brown:

We are writing about a claim for group life insurance benefits with Standard Insurance Company. Our review of this claim is complete. The following benefits are payable:

## Summary of Benefits

| BENEFIT TYPE | AMOUNT PAYABLE |
|---|---|
| Basic Life | $4,300.00 |
| Additional Life | $11,200.00 |
| Voluntary AD&D | $13,300.00 |

These benefits have been transferred into an interest-bearing supplementary contract. Any questions regarding this contract can be directed to our Individual Annuities department at 800.247.6888. Individual Annuities will contact you regarding this contract.

Note:  The amount payable represents 10% of the Basic Life benefits and 7% of the Additional Life and AD&D benefits.

Interest has been added to the Life amounts above at the rate of 3.62% payable from March 08, 2023, to March 22, 2023, and added to the AD&D amount above at the rate of 3.62% payable from March 17, 2023, to March 22, 2023. Please note that any interest amount paid may be taxable income to the minor.

## Family Benefits Package

The group policy may also provide a family benefits package that provides financial assistance to a surviving spouse or child for expenses incurred while receiving bereavement counseling, childcare, attending a higher educational institution or attending professional trade courses.

Please contact us as soon as possible if you or any eligible children wish to apply for one or more of the benefits outlined in the policy provisions. Be aware that upon review of your claim, certain limitations

Standard Insurance Company
PO Box 2800
Portland, OR 97204
Tel 800.368.1135

ALICIA ALSTON G09979                          Page 2                          March 20, 2023

may apply to the amount or duration of the benefit or your eligibility for the benefit.

This package of family-oriented benefits includes:

☐   The Higher Education Benefit pays for qualifying tuition expenses incurred by an employee's eligible children. The benefit pays annually per child, for a maximum of four consecutive years beginning on the date of the employee's death. The benefit will not exceed $5,000.00 per year, or the cumulative total of $20,000.00 or 25% of the employee's AD&D insurance benefit, whichever is less.

## Any Questions?

We trust this claim has been handled to your satisfaction. Please contact us if we can provide any further service.

Sincerely,

*Crysti Shirley*

Crysti Shirley
Senior Life Benefits Analyst
Life and Disability Services
800.628.8600 ext.
Fax 888.414.0389
Crysti.Shirley@standard.com



JASMINE BROWN
FOR K██████ A██████ - A MINOR
█████████
MCDONOUGH GEORGIA 30253

**March 23, 2023**

**Re:** Alicia Alston
**Emory University & Healthcare**
Claim:          Contract:
G09979       647272

Dear Jasmine Brown:

We are writing about a claim for group life insurance benefits with Standard Insurance Company. Our review of this claim is complete. The following benefits are payable:

## Summary of Benefits

| BENEFIT TYPE | AMOUNT PAYABLE |
|---|---|
| Basic Life | $4,300.00 |
| Additional Life | $11,200.00 |
| Voluntary AD&D | $13,300.00 |

These benefits have been transferred into an interest-bearing supplementary contract. Any questions regarding this contract can be directed to our Individual Annuities department at 800.247.6888. Individual Annuities will contact you regarding this contract.

Note:  The amount payable represents 10% of the Basic Life benefits and 7% of the Additional Life and AD&D benefits.

Interest has been added to the Life amounts above at the rate of 3.62% payable from March 08, 2023, to March 22, 2023, and added to the AD&D amount above at the rate of 3.62% payable from March 17, 2023, to March 22, 2023. Please note that any interest amount paid may be taxable income to the minor.

## Family Benefits Package

The group policy may also provide a family benefits package that provides financial assistance to a surviving spouse or child for expenses incurred while receiving bereavement counseling, childcare, attending a higher educational institution or attending professional trade courses.

Please contact us as soon as possible if you or any eligible children wish to apply for one or more of the benefits outlined in the policy provisions. Be aware that upon review of your claim, certain limitations may apply to the amount or duration of the benefit or your eligibility for the benefit.

This package of family-oriented benefits includes:

Standard Insurance Company
PO Box 2800
Portland, OR 97204
Tel 800.368.1135

ALICIA ALSTON G09979                                  Page 2                                  March 23, 2023

    ☐    The Higher Education Benefit pays for qualifying tuition expenses incurred by an employee's eligible children. The benefit pays annually per child, for a maximum of four consecutive years beginning on the date of the employee's death. The benefit will not exceed $5,000.00 per year, or the cumulative total of $20,000.00 or 25% of the employee's AD&D insurance benefit, whichever is less.

## Any Questions?

We trust this claim has been handled to your satisfaction. Please contact us if we can provide any further service.

Sincerely,

*Crysti Shirley.*

Crysti Shirley
Senior Life Benefits Analyst
Life and Disability Services
800.628.8600 ext.
Fax 888.414.0389
Crysti.Shirley@standard.com



JASMINE BROWN
FOR M█ A██████ - A MINOR
████████████████
MCDONOUGH GEORGIA 30253

**March 20, 2023**

**Re:** Alicia Alston
**Emory University & Healthcare**
Claim:          Contract:
G09979        647272

Dear Jasmine Brown:

We are writing about a claim for group life insurance benefits with Standard Insurance Company. Our review of this claim is complete. The following benefits are payable:

## Summary of Benefits

| BENEFIT TYPE | AMOUNT PAYABLE |
|---|---|
| Basic Life | $4,300.00 |
| Additional Life | $11,200.00 |
| Voluntary AD&D | $13,300.00 |

These benefits have been transferred into an interest-bearing supplementary contract. Any questions regarding this contract can be directed to our Individual Annuities department at 800.247.6888. Individual Annuities will contact you regarding this contract.

Note:  The amount payable represents 10% of the Basic Life benefits and 7% of the Additional Life and AD&D benefits.

Interest has been added to the Life amounts above at the rate of 3.62% payable from March 08, 2023, to March 22, 2023, and added to the AD&D amount above at the rate of 3.62% payable from March 17, 2023, to March 22, 2023. Please note that any interest amount paid may be taxable income to the minor.

## Family Benefits Package

The group policy may also provide a family benefits package that provides financial assistance to a surviving spouse or child for expenses incurred while receiving bereavement counseling, childcare, attending a higher educational institution or attending professional trade courses.

Please contact us as soon as possible if you or any eligible children wish to apply for one or more of the benefits outlined in the policy provisions. Be aware that upon review of your claim, certain limitations may apply to the amount or duration of the benefit or your eligibility for the benefit.

Standard Insurance Company
PO Box 2800
Portland, OR 97204
Tel 800.368.1135

This package of family-oriented benefits includes:

☐ The Higher Education Benefit pays for qualifying tuition expenses incurred by an employee's eligible children. The benefit pays annually per child, for a maximum of four consecutive years beginning on the date of the employee's death. The benefit will not exceed $5,000.00 per year, or the cumulative total of $20,000.00 or 25% of the employee's AD&D insurance benefit, whichever is less.

## Any Questions?

We trust this claim has been handled to your satisfaction. Please contact us if we can provide any further service.

Sincerely,

*Crysti Shirley*

Crysti Shirley
Senior Life Benefits Analyst
Life and Disability Services
800.628.8600 ext.
Fax 888.414.0389
Crysti.Shirley@standard.com




JASMINE BROWN
FOR J██████ A█████ - A MINOR
███████
MCDONOUGH ALABAMA 30253

**March 20, 2023**

**Re:** Alicia Alston
**Emory University & Healthcare**
Claim:        Contract:
G09979        647272

Dear Jasmine Brown:

We are writing about a claim for group life insurance benefits with Standard Insurance Company. Our review of this claim is complete. The following benefits are payable:

## Summary of Benefits

| BENEFIT TYPE | AMOUNT PAYABLE |
|---|---|
| Basic Life | $4,300.00 |
| Additional Life | $11,200.00 |
| Voluntary AD&D | $13,300.00 |

These benefits have been transferred into an interest-bearing supplementary contract. Any questions regarding this contract can be directed to our Individual Annuities department at 800.247.6888. Individual Annuities will contact you regarding this contract.

Note:  The amount payable represents 10% of the Basic Life benefits and 7% of the Additional Life and AD&D benefits.

Interest has been added to the Life amounts above at the rate of 3.62% payable from March 08, 2023, to March 22, 2023, and added to the AD&D amount above at the rate of 3.62% payable from March 17, 2023, to March 22, 2023. Please note that any interest amount paid may be taxable income to the minor.

## Family Benefits Package

The group policy may also provide a family benefits package that provides financial assistance to a surviving spouse or child for expenses incurred while receiving bereavement counseling, childcare, attending a higher educational institution or attending professional trade courses.

Please contact us as soon as possible if you or any eligible children wish to apply for one or more of the benefits outlined in the policy provisions. Be aware that upon review of your claim, certain limitations may apply to the amount or duration of the benefit or your eligibility for the benefit.

This package of family-oriented benefits includes:

Standard Insurance Company
PO Box 2800
Portland, OR 97204
Tel 800.368.1135

ALICIA ALSTON G09979                         Page 2                              March 20, 2023

☐   The Higher Education Benefit pays for qualifying tuition expenses incurred by an employee's eligible children. The benefit pays annually per child, for a maximum of four consecutive years beginning on the date of the employee's death. The benefit will not exceed $5,000.00 per year, or the cumulative total of $20,000.00 or 25% of the employee's AD&D insurance benefit, whichever is less.

## Any Questions?

We trust this claim has been handled to your satisfaction. Please contact us if we can provide any further service.

Sincerely,

*Crysti Shirley*

Crysti Shirley
Senior Life Benefits Analyst
Life and Disability Services
800.628.8600 ext.
Fax 888.414.0389
Crysti.Shirley@standard.com