

# Exhibit G



JOHNNIE ALSTON INMATE NO. 0974248
CLAYTON COUNTY JAIL
9157 TARA BLVD
JONESBORO GEORGIA 30236

April 14, 2023

**Re:** Alicia Alston
**Emory University & Healthcare**
Claim:          Contract:
G09979        647272

Dear Johnnie Alston Inmate No. 0974248:

We are writing regarding a claim for group Life Insurance and Accidental Death and Dismemberment Insurance (AD&D) benefits with Standard Insurance Company.

Alicia Alston was eligible for group term life insurance benefits through her membership with Emory Healthcare. Mrs. Alson named you as beneficiary to receive a portion of these proceeds in the event of her death.

It is our understanding that you have been charged for the death of Alicia Alston. Under Georgia State law you may be disqualified as the beneficiary. At this time, we would like to give you the opportunity to disclaim the benefits stating your intent to waive your rights to this policy.

Please be advised that a person who disclaims insurance is asking to be treated as if they never existed as a beneficiary. Therefore, the proceeds payable to you that have been disclaimed will be paid to the other named beneficiaries.

If you choose to move forward with the action of disclaiming this benefit, please complete the enclosed form and sign it in the presence of a notary public.

We also want to advise you that if we accept your letter as a valid disclaimer under this policy, we make no representations regarding any state and federal tax penalties you may be subject to. Before sending us your disclaimer you may wish to seek legal advice to advise you of your rights in this matter.

## Any Questions?

For your convenience, enclosed you will find a return postage-paid envelope. You may also fax or email this information to us directly. Please contact us if you have any questions about this claim.

Sincerely,

*Crysti Shirley*

Crysti Shirley
Senior Life Benefits Analyst
Life and Disability Services

Standard Insurance Company
PO Box 2800
Portland, OR 97204
Tel 800.368.1135

ALICIA ALSTON G09979                                Page 2                                April 14, 2023

800.628.8600 ext.
Fax 888.414.0389
Crysti.Shirley@standard.com

## DISCLAIMER AND RELEASE

I, __Johnnie Alston__ [*name of disclaiming beneficiary*], declare that I am the __spouse__ [*identify relationship to decedent*], of __Alicia Alston__ [*name of decedent*], who died on __December 30, 2022__ [*date*], at __Grady Memorial Hospital, Atlanta__ [*location*].

Decedent was insured under group insurance policy no. __647272__ issued by **Standard Insurance Company** ("Standard") to __Emory Healthcare__ [*name of policyholder*] (the "Group Policy").

The Decedent named me as a beneficiary under the Group Policy and/or the Group Policy indicates that I am included within a beneficiary class and/or I have asserted a claim to insurance proceeds payable under the Group Policy.

I disclaim and renounce any and all beneficiary interest and any and all claims to the insurance proceeds.

I fully release Standard from all claims which I may have to the insurance proceeds disclaimed by me.

This disclaimer and release is freely and voluntarily made by me after having had the opportunity to be appraised of all relevant information by my attorney or tax advisor. In making this disclaimer and release, I have not relied on any inducements or representations made by Standard.

I have read this disclaimer and release, know its contents and consequences, and voluntarily sign it.

_____
Signature

Date: _____

**Notary**

State of _____ )
                                            )
County of _____ )

This instrument was acknowledged before me on _____ [*date*] by _____ [*name(s) of person(s) acknowledging*].

_____ [*Notary's signature*]

_____ [*Notary's typed or printed name*]

My commission expires: _____

[*Notary's stamp*]

(ISG Legal 12/11/08)

Claim: D G09979       Date sent: April 14, 2023  Sent by: Crysti Shirley RCOVA

7299517-5/31/2023-12:52:21 PM

6



JOHNNIE ALSTON INMATE NO. 0974248
CLAYTON COUNTY JAIL
9157 TARA BLVD
JONESBORO GEORGIA 30236

May 5, 2023

Re: Alicia Alston
**Emory University & Healthcare**
Claim:      Contract:
G09979      647272

Dear Johnnie Alston Inmate No. 0974248:

We are writing about a claim for group life insurance benefits with Standard Insurance Company. We are unable to finish our investigation because we need the following items:

## Please Provide the Following Information

- Disclaimer and Release

We are extending the time to decide this claim by an additional 90 days. We anticipate that we will be able to complete our review by August 7, 2023.

Alicia Alston was eligible for group term life insurance benefits through her membership with Emory Healthcare. Mrs. Alson named you as beneficiary to receive a portion of these proceeds in the event of her death.

It is our understanding that you have been charged for the death of Alicia Alston. Under Georgia State law you may be disqualified as the beneficiary. At this time, we would like to give you the opportunity to disclaim the benefits stating your intent to waive your rights to this policy.

Please be advised that a person who disclaims insurance is asking to be treated as if they never existed as a beneficiary. Therefore, the proceeds payable to you that have been disclaimed will be paid to the other named beneficiaries.

If you choose to move forward with the action of disclaiming this benefit, please complete the enclosed form and sign it in the presence of a notary public. We also want to advise you that if we accept your letter as a valid disclaimer under this policy, we make no representations regarding any state and federal tax penalties you may be subject to. Before sending us your disclaimer you may wish to seek legal advice to advise you of your rights in this matter.

## Any Questions?

For your convenience, enclosed you will find a return postage-paid envelope. You may also fax or email this information to us directly. Please contact us if you have any questions about this claim.

Standard Insurance Company
PO Box 2800
Portland, OR 97204
Tel 800.368.1135

ALICIA ALSTON G09979     Page 2     May 5, 2023 

7299517-5/31/2023-12:52:21 PM

Sincerely,

*Crysti Shirley*

Crysti Shirley
Senior Life Benefits Analyst
Life and Disability Services
800.628.8600 ext.
Fax 888.414.0389
Crysti.Shirley@standard.com



ALICIA ALSTON G09979     Page 2     May 5, 2023

7299517-5/31/2023-12:52:21 PM

## DISCLAIMER AND RELEASE

I, _____ [name of disclaiming beneficiary], declare that I am the
_____ [identify relationship to decedent], of
_____ [name of decedent], who died on
_____ [date], at _____ [location].

Decedent was insured under group insurance policy no._____ issued by **Standard Insurance Company** ("Standard") to _____ [name of policyholder] (the "Group Policy").

The Decedent named me as a beneficiary under the Group Policy and/or the Group Policy indicates that I am included within a beneficiary class and/or I have asserted a claim to insurance proceeds payable under the Group Policy.

I disclaim and renounce any and all beneficiary interest and any and all claims to the insurance proceeds.

I fully release Standard from all claims which I may have to the insurance proceeds disclaimed by me.

This disclaimer and release is freely and voluntarily made by me after having had the opportunity to be appraised of all relevant information by my attorney or tax advisor. In making this disclaimer and release, I have not relied on any inducements or representations made by Standard.

I have read this disclaimer and release, know its contents and consequences, and voluntarily sign it.

_____
Signature

Date: _____

### Notary

State of _____ )
                                          )
County of _____ )

This instrument was acknowledged before me on _____ [date] by
_____[name(s) of person(s) acknowledging].

_____ [Notary's signature]
_____ [Notary's typed or printed name]

My commission expires: _____

[Notary's stamp]

(ISG Legal 12/11/08)

Claim: D G09979                    Date sent: May 5, 2023   Sent by: Crysti Shirley RCOVA



CLAYTON COUNTY JAIL
ATTN JOHNNIE ALSTON INMATE NO 094248
9157 TARA BLVD
JONESBORO GEORGIA 30236

June 2, 2023

**Re:** Alicia Alston
**Emory University & Healthcare**
Claim:            Contract:
G09979          647272

Dear Clayton County Jail:

We are writing regarding a claim for group Life Insurance and Accidental Death and Dismemberment Insurance (AD&D) benefits with Standard Insurance Company.

Alicia Alston was eligible for group term life insurance benefits through her membership with Emory Healthcare. Mrs. Alson named you as beneficiary to receive a portion of these proceeds in the event of her death.

It is our understanding that you have been charged for the death of Alicia Alston. Under Georgia State law you may be disqualified as the beneficiary. At this time, we would like to give you the opportunity to disclaim the benefits stating your intent to waive your rights to this policy.

Please be advised that a person who disclaims insurance is asking to be treated as if they never existed as a beneficiary. Therefore, the proceeds payable to you that have been disclaimed will be paid to the other named beneficiaries.

If you choose to move forward with the action of disclaiming this benefit, please complete the enclosed form and sign it in the presence of a notary public.

We also want to advise you that if we accept your letter as a valid disclaimer under this policy, we make no representations regarding any state and federal tax penalties you may be subject to. Before sending us your disclaimer you may wish to seek legal advice to advise you of your rights in this matter.

## Any Questions?

For your convenience, enclosed you will find a return postage-paid envelope. You may also fax or email this information to us directly. Please contact us if you have any questions about this claim.

Sincerely,

*Crysti Shirley*

Crysti Shirley
Senior Life Benefits Analyst
Life and Disability Services

Standard Insurance Company
PO Box 2800
Portland, OR 97204
Tel 800.368.1135

ALICIA ALSTON G09979　　　　　　　　　　　Page 2　　　　　　　　　　　June 2, 2023

800.628.8600 ext.
Fax 888.414.0389
Crysti.Shirley@standard.com

## DISCLAIMER AND RELEASE

I, _Johnnie Alston_ [*name of disclaiming beneficiary*], declare that I am the _spouse_ [*identify relationship to decedent*], of _Alicia Alston_ [*name of decedent*], who died on _December 30, 2022_ [*date*], at _Grady Memorial Hospital, Atlanta GA_ [*location*].

Decedent was insured under group insurance policy no. _647272_ issued by **Standard Insurance Company** ("Standard") to _Emory Healthcare_ [*name of policyholder*] (the "Group Policy").

The Decedent named me as a beneficiary under the Group Policy and/or the Group Policy indicates that I am included within a beneficiary class and/or I have asserted a claim to insurance proceeds payable under the Group Policy.

I disclaim and renounce any and all beneficiary interest and any and all claims to the insurance proceeds.

I fully release Standard from all claims which I may have to the insurance proceeds disclaimed by me.

This disclaimer and release is freely and voluntarily made by me after having had the opportunity to be appraised of all relevant information by my attorney or tax advisor.  In making this disclaimer and release, I have not relied on any inducements or representations made by Standard.

I have read this disclaimer and release, know its contents and consequences, and voluntarily sign it.

_____
Signature

Date: _____

### Notary

State of _____ )
                                        )
County of _____ )

This instrument was acknowledged before me on _____ [*date*] by _____ [*name(s) of person(s) acknowledging*].

_____ [*Notary's signature*]

_____ [*Notary's typed or printed name*]

My commission expires: _____

[*Notary's stamp*]

(ISG Legal 12/11/08)

Claim:  D G09979        Date sent: June 2, 2023 Sent by: Crysti Shirley RCOVA



CLAYTON COUNTY JAIL
JOHNNIE ALSTON INMATE 094248
9157 TARA BLVD
JONESBORO GEORGIA 30236

**July 3, 2023**

**Re:** Alicia Alston
**Emory University & Healthcare**
Claim:        Contract:
G09979      647272

Dear Clayton County Jail:

We are writing about a claim for group life insurance benefits with Standard Insurance Company. The following benefits are payable:

## Summary of Benefits

| BENEFIT TYPE | AMOUNT PAYABLE |
|---|---|
| Basic Life | $8,600.00 |
| Additional Life | $25,600.00 |
| Voluntary AD&D | $30,400.00 |

We are unable to pay this claim because we need additional information. We can continue our review once we receive this information:

## Please Provide the Following Information

- ☐ Beneficiary Statement
- ☐ Disclaimer and Release

Alicia Alston was eligible for group term life insurance benefits through her membership with Emory Healthcare. Mrs. Alston named you as a beneficiary to receive a portion of these proceeds in the event of her death. The amounts listed above represent 20% of the Basic Life benefit, and 16% of the Additional Life and Voluntary AD&D benefits.

It is our understanding that you have been charged for the death of Alicia Alston. Under Georgia State law, you may be disqualified as a beneficiary. A this time, we would like to give you the opportunity to disclaim the benefits, stating your intent to waive your rights to this policy.

Please be advised that a person who disclaims insurance is asking to be treated as if they never existed as a beneficiary. Therefore, the proceeds payable to you that have been disclaimed will be paid to the remaining named beneficiaries.

Standard Insurance Company
PO Box 2800
Portland, OR 97204
Tel 800.368.1135

ALICIA ALSTON G09979                               Page 2                                  July 3, 2023

If you choose to move forward with this action of disclaiming this benefit, please complete the enclosed form and sign it in the presence of a notary public, We also want to advise you that if we accept your letter as a valid disclaimer under this policy, we make no representations regarding any state and federal tax penalties you may be subject to. Before sending us your disclaimer, you may wish to seek legal advice to advise you of your rights in this matter.

## Any Questions?

For your convenience, enclosed you will find a return postage-paid envelope. You may also fax or email this information to us directly. Please contact us if you have any questions about this claim.

Sincerely,

*Crysti Shirley*

Crysti Shirley
Senior Life Benefits Analyst
Life and Disability Services
800.628.8600 ext.
Fax 888.414.0389
Crysti.Shirley@standard.com

# DISCLAIMER AND RELEASE

I, _____ [*name of disclaiming beneficiary*], declare that I am the
_____ [*identify relationship to decedent*], of
_____ [*name of decedent*], who died on
_____ [*date*], at _____ [*location*].

Decedent was insured under group insurance policy no._____ issued by **Standard Insurance Company** ("Standard") to _____ [*name of policyholder*] (the "Group Policy").

The Decedent named me as a beneficiary under the Group Policy and/or the Group Policy indicates that I am included within a beneficiary class and/or I have asserted a claim to insurance proceeds payable under the Group Policy.

I disclaim and renounce any and all beneficiary interest and any and all claims to the insurance proceeds.

I fully release Standard from all claims which I may have to the insurance proceeds disclaimed by me.

This disclaimer and release is freely and voluntarily made by me after having had the opportunity to be appraised of all relevant information by my attorney or tax advisor. In making this disclaimer and release, I have not relied on any inducements or representations made by Standard.

I have read this disclaimer and release, know its contents and consequences, and voluntarily sign it.

_____
Signature

Date: _____

## Notary

State of _____ )
                                                                                 )
County of _____ )

This instrument was acknowledged before me on _____[*date*] by
_____[*name(s) of person(s) acknowledging*].

_____ [*Notary's signature*]
_____ [*Notary's typed or printed name*]

My commission expires: _____

[*Notary's stamp*]

(ISG Legal 12/11/08)

Claim: D G09979                               Date sent: July 3, 2023   Sent by: Crysti Shirley RCOVA