# EXHIBIT A

36

COHEN/DAVID & ASSOCIATES, P.C.
Attorneys-at-Law
1172 Grimes Bridge Road
Suite 400
Roswell, Georgia 30075
(404) 998-8100

Forsyth County, Georgia
Real Estate/Transfer Tax
Paid $ _820.00_
Date _4-28-89_
_Cecil McClure_
Clerk of Superior Court

WARRANTY DEED

THIS INDENTURE, Made this   4th day of April, 1989        , by and between
        LAMAR SUDDETH, INC.
as party or parties of the first part, hereinafter called Grantor, and
        BLOUNT CONSTRUCTION CO., INC.
as party or parties of the second part, hereinafter called Grantee (the words "Grantor" and "Grantee" to include their respective heirs, successors and assigns where the context requires or permits).

WITNESSETH THAT: Grantor, for and in consideration of the sum of TEN DOLLARS AND OTHER GOOD AND VALUABLE CONSIDERATIONS ($10.00) DOLLARS in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, conveyed and confirmed, and by these presents does grant, bargain, sell, alien, convey and confirm unto the said Grantee,

ALL that tract or parcel of land lying and being in Land Lots 1059, 1060 and 1101 of the Third District and First Section of Forsyth County, Georgia, being 19.17 acres, being more particularly described on Exhibit "A" attached hereto and incorporated herein by this reference.

GEORGIA, FORSYTH CO.
Clerks Office Superior Court
Filed for record on the _28th_
day of _April_ 19_81_.
At _2:20_ o'clock _A_ M. Recorded in
Book_____ Page_____ this
_28_ day of _April_ 19_89_
_Cecil McClure_, Clerk

SUBJECT to all easements, restrictions and other matters of record.

TO HAVE AND TO HOLD the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit and behoof of the said Grantee forever in FEE SIMPLE.

AND THE SAID Grantor will warrant and forever defend the right and title to the above-described property unto the said Grantee against the claims of all persons whomsoever.

IN WITNESS WHEREOF, the Grantor has signed and sealed this Deed, the day and year above written.

Signed, sealed and delivered
in the presence of:

LAMAR SUDDETH, INC.

(1) _Brenda Ledbetter_        BY: _Lamar Suddeth_ (SEAL)
                                  Lamar Suddeth, as President
_____ Witness                BY: _Brenda Ledbetter_ (SEAL)
(2) _____                        Brenda Ledbetter, as Secretary
                                                        (SEAL)
                                                   S E A L
JOHN H. DAVID
NOTARY PUBLIC
FULTON COUNTY, GA.

My Commission Expires May 28, 1990

EXHIBIT "A"

All that tract or parcel of land lying and being in Land Lots 1059, 1060 and 1101 of the Third District and First Section of Forsyth County, Georgia, being 19.17 acres as shown on a plat for Lamar Sudduth, dated November 29, 1984, as surveyed by William C. Munday, Registered Surveyor No. 2131, which plat is incorporated herein by reference, and being more particularly described as follows:

BEGINNING at an iron pin found at the Northeast corner of Land Lot 1101; thence along and with the North Land Lot line of said Land Lot North 89 degrees 18 minutes 00 seconds West 298.15 feet to an iron pin found thereon; thence continuing along said Land Lot line North 89 degrees 48 minutes 37 seconds West 324.46 feet to an iron pin found thereon; thence leaving said Land Lot line and running South 44 degrees 29 minutes 03 seconds West 352.09 feet to an iron pin found; thence South 59 degrees 01 minute 43 seconds West 301.36 feet to an iron pin found; thence South 16 degrees 34 minutes 56 seconds West 536.70 feet to an iron pin found where the centerline of an old road intersects the West Land Lot line of Land Lot 1101; thence along said Land Lot line North 0 degrees 41 minutes 22 seconds East 926.40 feet to an iron pin found at the Northwest corner of said Land Lot (also being the Southwest corner of Land Lot 1060; thence along the West Land Lot line of Land Lot 1060 North 0 degrees 50 minutes 31 seconds East 321.49 feet to an iron pin found thereon; thence leaving said Land Lot line and running North 73 degrees 46 minutes 54 seconds East 238.01 feet to an iron pin found; thence North 73 degrees 34 minutes 00 seconds East 745.46 feet to an iron pin found; thence North 52 degrees 11 minutes 00 seconds

East 59.40 feet to an iron pin set on the Southwesterly right-of-way of Georgia Hwy. #20 (100 foot right-of-way); thence along and with said right-of-way so as to form an arc of 337.64 feet with a radius of 630.00 feet (said arc having a chord bearing and distance of South 65 degrees 55 minutes 38 seconds East 333.61 feet) to an iron pin found thereon in Land Lot 1059; thence leaving said right-of-way and running South 13 degrees 00 minutes 00 seconds West 195.55 feet to an iron pin found in Land Lot 1060; thence South 00 degrees 21 minutes 01 seconds East 129.29 feet to a point; thence South 00 degrees 21 minutes 01 seconds East 81.89 feet to an iron pin found; thence South 6 degrees 41 minutes 00 seconds East 108.48 feet to an iron pin found at the Southeast corner of Land Lot 1060, also being the Northeast corner of Land Lot 1101, and the point of beginning.

Less and excepting from said described property the following property which has been previously sold and conveyed to George R. Pruitt.

All that tract or parcel of land lying and being in Land Lots 1059 and 1060 of the 3rd District and 1st Section of Forsyth County, Georgia, and being more particularly described as 1.325 acres according to a plat of property prepared by George R. Pruitt, prepared by George W. Nelson, Jr., Registered Land Surveyor No. 966, said plat being dated July 17, 1987, and said property being more particularly described as follows:

TO ARRIVE AT THE TRUE POINT OF BEGINNING, commence at a point located at the common corner of Land Lots 1101, 1102, 1059 and 1060; thence run north 06 degrees 41 minutes 00 seconds west 108.48 feet to a point; thence run north 00 degrees 21 minutes 01 seconds west 116.28 feet to the TRUE POINT OF BEGINNING; the TRUE POINT OF BEGINNING thus established, thence run north 74 degrees 51 minutes 20 seconds west 210.00 feet to a point; thence run north 09 degrees 08 minutes 03 seconds east 300.00 feet to a point located on the southern right-of-way boundary of Georgia, Highway No. 20, a paved road with a 100 foot right-of-way, said point being designated as "Point A"; thence run in a southeasterly direction along the southern right-of-way boundary of Georgia Highway No. 20 and following the curvature thereof 210.00 feet to a point located thereon, said point being in Land Lot 1059 and being designated as "Point B" (the chord, call and distance between Point A and Point B being south 71 degrees 43 minutes 52 seconds east 209.03 feet); thence, leaving the aforesaid right-of-way boundary of Georgia Highway No. 20, run south 13 degrees 00 minutes 03 seconds west 195.55 feet to a point located in Land Lot 1060; thence run south 00 degrees 21 minutes 01 seconds east 95.00 feet to the TRUE POINT OF BEGINNING.

37

COHEN/DAVID & ASSOCIATES, P.C.
Attorneys-at-Law
1172 Grimes Bridge Road
Suite 400
Roswell, Georgia 30075
(404) 998-8100

WARRANTY DEED

THIS INDENTURE, Made this          4th day of April, 1989          , by
and between
          GEORGE R. PRUITT
as party or parties of the first part, hereinafter called
Grantor, and
          BLOUNT CONSTRUCTION CO., INC.
as party or parties of the second part, hereinafter called
Grantee (the words "Grantor" and "Grantee" to include their
respective heirs, successors and assigns where the context
requires or permits).

WITNESSETH THAT:  Grantor, for and in consideration of the
sum of TEN DOLLARS AND OTHER GOOD AND VALUABLE CONSIDERATIONS
($10.00) DOLLARS in hand paid at and before the sealing and
delivery of these presents, the receipt whereof is hereby
acknowledged, has granted, bargained, sold, aliened, conveyed and
confirmed, and by these presents does grant, bargain, sell,
alien, convey and confirm unto the said Grantee,

ALL that tract or parcel of land lying and being in Land Lots 1059 and 1060 of
the Third District and 1st Section of Forsyth County, Georgia, and being more
particularly described on Exhibit "A" attached hereto and incorporated herein
by this reference.

Forsyth County, Georgia
Real Estate /Transfer Tax
Paid $ 50.00
Date 4-28-89
Ceil M. Clure
Clerk of Superior Court

GEORGIA, FORSYTH CO.
Clerks Office Superior Court
Filed for record on the 28th
day of April 1989.
At 9:20 o'clock A. M. Recorded in
Book_____ Page_____ this
28 day of April 1989
Ceil M. Clure Clerk
Cohen/David

SUBJECT to all easements, restrictions and other matters of
record.

TO HAVE AND TO HOLD the said tract or parcel of land, with
all and singular the rights, members and appurtenances thereof,
to the same being, belonging, or in anywise appertaining, to the
only proper use, benefit and behoof of the said Grantee forever
in FEE SIMPLE.

AND THE SAID Grantor will warrant and forever defend the
right and title to the above-described property unto the said
Grantee against the claims of all persons whomsoever.

IN WITNESS WHEREOF, the Grantor has signed and sealed this
Deed, the day and year above written.

Signed, sealed and delivered
in the presence of:

(1) Jeanette H. _____          George R. Pruitt (SEAL)
                                  GEORGE R. PRUITT

(2) _____          _____ (SEAL)

                              _____ (SEAL)

JON/DAVID, JR.
NOTARY PUBLIC
FULTON COUNTY, GA
My Commission Expires May 28, 1990

https://search.gsccca.org/Imaging/HTML5Viewer.aspx?id=82129207&key1=447&key2=36&county=58&countyname=FORSYTH&userid=612088&appi…     3/4

EXHIBIT "A"

All that tract or parcel of land lying and being in Land Lots 1059 and 1060 of the 3rd District and 1st Section of Forsyth County, Georgia, and being more particularly described as 1.325 acres according to a plat of property prepared by George R. Pruitt, prepared by George W. Nelson, Jr., Registered Land Surveyor No. 966, said plat being dated July 17, 1987, and said property being more particularly described as follows:

TO ARRIVE AT THE TRUE POINT OF BEGINNING, commence at a point located at the common corner of Land Lots 1101, 1102,1059 and 1060; thence run north 06 degrees 41 minutes 00 seconds west 108.48 feet to a point; thence run north 00 degrees 21 minutes 01 seconds west 116.28 feet to the TRUE POINT OF BEGINNING; the TRUE POINT OF BEGINNING thus established, thence run north 74 degrees 51 minutes 20 seconds west 210.00 feet to a point; thence run north 09 degrees 08 minutes 03 seconds east 300.00 feet to a point located on the southern right-of-way boundary of Georgia, Highway No. 20, a paved road with a 100 foot right-of-way, said point being designated as "Point A"; thence run in a southeasterly direction along the southern right-of-way boundary of Georgia Highway No. 20 and following the curvature thereof 210.00 feet to a point located thereon, said point being in Land Lot 1059 and being designated as "Point B" (the chord, call and distance between Point A and Point B being south 71 degrees 43 minutes 52 seconds east 209.03 feet); thence, leaving the aforesaid right-of-way boundary of Georgia Highway No. 20, run south 13 degrees 00 minutes 03 seconds west 195.55 feet to a point located in Land Lot 1060; thence run south 00 degrees 21 minutes 01 seconds east 95.00 feet to the TRUE POINT OF BEGINNING.

34