# EXHIBIT C

**BORING LOCATION PLAN**

CITY OF CUMMING, GEORGIA
HIGHWAY 20 SAWNEE TANK SITE SLOPE FAILURE
921 Canton Highway, Cumming, Georgia
GeoSystems Project Number: 22-2875

GEOSYSTEMS ENGINEERING, INC.

REFERENCE: Highway 20 Slope Failure.dwg

| PREPARED BY: | GEI |
|---|---|
| DATE: | 3/28/2023 |
| REVIEWED BY: | LDM |
| DATE: | 3/29/2023 |

FIGURE: 2

SOURCE: Topography Exhibit, Sheet 1 of 1, prepared for the City of Cumming, by Civil Engineering Consultants, Inc. dated 2/24/2023.

- ■ — SOIL TEST BORING
- ● — HAND AUGER BORING

SCALE = 40' (Approximately)

GRAPHIC SCALE: 1" = 40'

NF
CITY OF CUMMING
DB 3495 PG 38
DB 3495 PG 34
TAX PARCEL NO. 120 028
ADDRESS: 921 CANTON HWY

NF
BLOUNT CONSTRUCTION, INC.
DB 1062 PG 316
TAX PARCEL NO. 125 029
ADDRESS: 911 CANTON HWY

GROUND RUN TOPO

WATER TANK
WATER TANK
WATER VAULT
SHOTCRETE WALL
AREA OBSCURED BY TREES TOPOGRAPHY APPROXIMATE IN THIS AREA

Borings: B-1, B-2, B-3, B-4, B-5, B-6
Hand Auger Borings: HAB-1, HAB-2, HAB-3, HAB-4, HAB-5

Sections: A-A', B-B', C-C', D-D'

BOLLARD (TYP.)
IPF 1/2" REBAR