# EXHIBIT E

**CHALMERS, ADAMS, BACKER & KAUFMAN, LLC**
ATTORNEYS AT LAW
11770 HAYNES BRIDGE ROAD, G-205
ALPHARETTA, GA 30009-1968

PHONE: 770-630-5927
EMAIL:  akaufman@chalmersadams.com

February 13, 2022
**IMPORTANT EVIDENCE PRESERVATION NOTICE
PLEASE READ IMMEDIATELY**

| | | |
|---|---|---|
| City of Cumming<br>Attn: Troy Brumbalow<br>Mayor<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>tbrumbalow@cityofcumming.net<br>FedEx: **7712 8817 9550** | City of Cumming<br>Attn: Jason Evans<br>Council Member<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>jevans@cityofcumming.net<br>FedEx: **7712 8820 2184** | City of Cumming<br>Attn: Linda Ledbetter<br>Council Member<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>drlindaledbetter@aol.com<br>FedEx: **7712 8821 7040** |
| City of Cumming<br>Attn: Chad Crane<br>Council Member<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>ccrane@cityofcumming.net<br>FedEx: **7712 8823 1618** | City of Cumming<br>Attn: Joey Cochran<br>Council Member<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>joeycochran@cityofcumming.net<br>FedEx: **7712 8846 2689** | City of Cumming<br>Attn: Christopher Light<br>Council Member<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>clight@cityofcumming.net<br>FedEx: **7712 8825 9448** |
| City of Cumming<br>Attn: Jonathon Heard<br>Director of Utilities<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>Applications@cummingutilities.com<br>FedEx: **7712 8834 8156** | City of Cumming<br>Attn: Heath Martin<br>Assistant to Director<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>FedEx: **7712 8836 5115** | City of Cumming<br>Attn: Tom Bryson<br>Superintendent Water Pollution Division<br>935 Dahlonega Highway<br>Cumming, GA 30040<br>tombryson@cityofcumming.net<br>FedEx: **7712 8840 0463** |
| Miles Hansford & Tallant, LLC<br>Attn: Kevin J. Tallant<br>City Attorney<br>202 Tribble Gap Road<br>Suite 200<br>Cumming, GA 30040<br>FedEx: **7712 8843 6383** | | |

Re:   **Blount Construction Company, Inc., v. City of Cumming.**
Property Damage Caused by Water Tower Breach
*Litigation Hold, Document Request and Policy Demand*

To Whom It May Concern:

This office, together with The Hilbert Law Firm, LLC, represents Blount Construction Company, Inc. ("Blount Construction") with regard to the above-mentioned matter. As you are no doubt aware, on or about December 6, 2022 – December 8, 2022, the water towers (the "Water Tower") located adjacent to Blount Construction's property located at 911 Canton Highway

CHALMERS, ADAMS, BACKER & KAUFMAN LLC
February 13, 2022
Litigation Hold
Page 2

Cumming, GA, 30040 (the "Property") discharged millions of gallons of water (the "Tower Failure Occurrence") onto the Property. Blount Construction has incurred and continues to incur significant damages as a result of this Tower Failure Occurrence, the resulting repairs, and civil litigation against the City of Cumming (the "City"), which is imminent. The purpose of this letter is to place the entire City, as well as its agencies, affiliates, departments, employees, representatives, insurers, and its agents, including without limitation, any hired experts, contractors, and/or subcontractors, on notice of pending litigation, and having notified the City of pending litigation, to remind the City of its obligations to take reasonable steps to preserve and not to spoliate any and all evidence in its unaltered native form, all information, records, statements, and documentation whether physical, printed, digital, or electronic, or tangible or intangible, that is or may become relevant to the Tower Failure Occurrence, the land upon which the Water Tower is located and abutting, any subsurface pipes connected to or serving the Water Tower, any monitoring/alert system involving the Water Tower, and any debris from the Tower Failure Occurrence that was collected, retained or removed from the situs of the Water Tower.

This request for preservation or evidence, documentation, records and information includes, but is not limited to, **any**, of the following that in **any** way relate to communications (1) with Blount Construction, (2) about Blount Construction, (3) about the Water Tower, including without limitation, their design, installation, civil and/or structural engineering, ground lateral support, pressure capacities, fill capacities, fill and refill valves, pipes and levers, catastrophic failure studies, hydrology studies, pressure tests, other testing, surveys, geotechnical plans and studies, topographical plans and studies, subsurface and surface piping, history of monitoring, structural integrity testing and inspection, (4) about the Property, (5) about inspections, operations, maintenance and repairs to the Water Tower within the last twenty (20) years, (6) about personnel and contractors that entered the Property where the Water Tower is located and/or the Blount Construction property,(7) about contractors or sub-contractors used to repair the Water Tower and its surrounding areas, and (8) about any monitoring, alerts or other systems and personnel charged with the duty of monitoring the Water Tower. This preservation demand further includes and applies to any alerts, notices, notifications, monitoring warning, or emergency alerts the City and its employees and agents received or should have received surrounding the Water Tower within the last five (5) years. Included in this request are personnel records of anyone who authorized or completed any maintenance, inspections, and testing of any kind and nature on the Water Tower, the land above and/or below surface, and its surrounding area within five (5) years of the Tower Failure.

The City is further specifically required to preserve all records and tangible items related to the Water Tower and the Tower Failure Occurrence including, but not limited to, pipes, valves, levers, screws, nuts, bolts, washers, gauges, flanges of any kind and nature, pressure devices, debris, content of any pipe obstruction of any kind, soil, photos, installation design plans, construction drawings and plans, plans to operate and service the Water Tower, complaints and reports made regarding the structural integrity of the Water Tower and its above or below surface pipes, payments made to operate, service, test, inspect and repair the Water Tower and above or below surface pipes, and all types of electronically-stored records which reference the abovementioned information, including, but not limited to, backed-up records, archived records, digital records, legacy information, data of any kind, hidden data, embedded data, meta-data, and

C<small>HALMERS</small>, A<small>DAMS</small>, B<small>ACKER</small> & K<small>AUFMAN</small> LLC
February 13, 2022
Litigation Hold
Page 3

residual-deleted data, whether on separate media, computer networks, standalone computers, and cloud-based storage, social media, photographic record, video record, drone surveillance record, subsurface "snaking" camera footage of any piping, cellphone records, whether proprietary or otherwise, etc. We also expect that corresponding paper documents, records, and real objects will be preserved in accordance with all statutes, common law, and litigation-relevant standards that apply (collectively, the "Documents"). If the City has any policy that requires automatic deletion or destruction of emails, evidence or any Documents, the City is notified and informed to cease and desist any such policy immediately pursuant to this letter.

In addition to the foregoing, be advised that Blount Construction and its agents intend to inspect the Water Tower and its appurtenances, any damaged pipes, repaired pipes and surrounding retaining walls that were recently installed around the Water Tower without notice to Blount Construction. Notice of an inspection and any invasive/destructive testing, above and below surface, will come through a later correspondence.

PLEASE TAKE FURTHER NOTICE pursuant to O.C.G.A. §50-18-70 et. seq., and accept this letter as a formal open records request for all of the above-referenced Documents within the next three (3) business days. Please identify which department(s) will be producing said Documents, and we will promptly provide an upload link for the Documents.

We further take this opportunity to direct the City to place all of its insurance carrier(s) on notice of a potential claim against its policies. Pursuant to O.C.G.A. §33-3-28, please accept this letter as a further demand for the City's insurance policy(ies). To make ourselves clear, this demand specifically requests and applies to complete copies of the policy(ies). The production of only the declarations page of any given policy will not satisfy this demand.  Finally, be advised that a separate Ante-Litem Notice is forthcoming.

We urge the City to consult with a legal professional immediately so that they may properly advise the City on the serious nature of this matter, and the City's legal obligations to preserve evidence. Please direct all communications regarding this matter to my attention at the email address and phone number listed above. All communication directed to my attention should also include Mr. Kurt Hilbert, Esq., at The Hilbert Law Firm, LLC, whose address is 205 Norcross Street, Roswell, GA, 30075 and via email at khilbert@hilbertlaw.com.

Govern yourselves accordingly.

/s/ *Alex B. Kaufman, Esq.*
For the Firm

Cc: khilbert@hilbertlaw.com