# EXHIBIT F

| | |
|---|---|
| **From:** | Kevin Tallant |
| **To:** | Alex Kaufman |
| **Cc:** | khilbert@hilbertlaw.com; Juan Patino; Jim Hicks; Audrey Lynn |
| **Subject:** | Cumming.Blount ORR Response |
| **Date:** | Wednesday, April 12, 2023 6:11:20 PM |

Alex,

Included with this email is a link to the City of Cumming's Open Records Response related to letter you sent on behalf of your client, Blount.  After reviewing the City's production to me, I followed up and as a result, expect to receive additional documents tomorrow.  Nevertheless, as you have been patient I wanted to provide you now what I have.

Pursuant to O.C.G.A. 50-18-72 I am notifying you that the City has records that are exempt from production under the open records act.  The applicable exemptions are in subsections (a)(41) (attorney client privilege); (a)(42) (work product); and (a)(34) (trade secret identified as such by the party providing information).

Here is the link: I will hopefully add additional materials tomorrow.

https://us.workplace.datto.com/1/filelink/btbpy-dtadgai-6l26tvya

KT


*Kevin J. Tallant*



***Not just a law firm . . . a solution.***
202 Tribble Gap Road |Suite 200 |Cumming, Georgia 30040
Phone: 770-781-4100 | Fax: 770-781-9191
ktallant@mhtlegal.com | www.mhtlegal.com

| | |
|---|---|
| **From:** | Kevin Tallant |
| **To:** | Juan Patino; Alex Kaufman |
| **Cc:** | W. Jason Pettus; Michael DeLeva; Kenya Patrick; Eva Wells; khilbert@hilbertlaw.com; Jim Hicks |
| **Subject:** | RE: Blount/City of Cumming Matter |
| **Date:** | Thursday, May 18, 2023 8:34:17 AM |
| **Attachments:** | image003.png |

The additional materials are in a new folder in the previous share location.  For your convenience, here is the link:

CoC Response Materials

*Kevin J. Tallant*



*Not just a law firm . . . a solution.*

202 Tribble Gap Road |Suite 200 |Cumming, Georgia 30040
Phone: 770-781-4100 | Fax: 770-781-9191
ktallant@mhtlegal.com | www.mhtlegal.com

---

**From:** Juan Patino <jpatino@chalmersadams.com>
**Sent:** Monday, May 15, 2023 12:35 PM
**To:** Kevin Tallant <ktallant@mhtlegal.com>; Alex Kaufman <akaufman@chalmersadams.com>
**Cc:** W. Jason Pettus <Jason.Pettus@mgclaw.com>; Michael DeLeva <Michael.DeLeva@mgclaw.com>; Kenya Patrick
<Kenya.Patrick@mgclaw.com>; Eva Wells <Eva.Wells@mgclaw.com>; khilbert@hilbertlaw.com; Jim Hicks <jhicks@chalmersadams.com>
**Subject:** RE: Blount/City of Cumming Matter

Kevin,

We've reviewed the documents that were provided. However, I did not see anything related to warnings received by the City of Cumming/its employees or the service history on the Water Towers. When will those documents be provided? If they have already been provided, can you point out where they was saved?

Separately, I understand that some documents were withheld on the basis of privileged. Please provide a privilege log for said documents.

Thanks,

Juan

**JUAN S. PATINO, ESQ.**
ASSOCIATE

Chalmers, Adams, Backer & Kaufman, LLC

11770 HAYNES BRIDGE ROAD #205-219
ALPHARETTA, GA 30009-1968
PHONE: (404) 492-3394
EMAIL:   jpatino@chalmersadams.com
WEB:   https://www.chalmersadams.com

IRS Circular 230 Disclosure
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Kevin Tallant <ktallant@mhtlegal.com>
**Sent:** Monday, May 8, 2023 4:55 PM
**To:** Juan Patino <jpatino@chalmersadams.com>; Alex Kaufman <akaufman@chalmersadams.com>
**Cc:** W. Jason Pettus <Jason.Pettus@mgclaw.com>; Michael DeLeva <Michael.DeLeva@mgclaw.com>; Kenya Patrick
<Kenya.Patrick@mgclaw.com>; Eva Wells <Eva.Wells@mgclaw.com>; khilbert@hilbertlaw.com; Jim Hicks <jhicks@chalmersadams.com>

**Subject:** RE: Blount/City of Cumming Matter

My apologies.

I believe it is 1234

If that does not work I'll resend without a PW.

*Kevin J. Tallant*



**Not just a law firm . . . a solution.**

202 Tribble Gap Road |Suite 200 |Cumming, Georgia 30040
Phone: 770-781-4100 | Fax: 770-781-9191
ktallant@mhtlegal.com | www.mhtlegal.com

**From:** Juan Patino <jpatino@chalmersadams.com>
**Sent:** Monday, May 8, 2023 4:51 PM
**To:** Kevin Tallant <ktallant@mhtlegal.com>; Alex Kaufman <akaufman@chalmersadams.com>
**Cc:** W. Jason Pettus <Jason.Pettus@mgclaw.com>; Michael DeLeva <Michael.DeLeva@mgclaw.com>; Kenya Patrick <Kenya.Patrick@mgclaw.com>; Eva Wells <Eva.Wells@mgclaw.com>; khilbert@hilbertlaw.com; Jim Hicks <jhicks@chalmersadams.com>
**Subject:** RE: Blount/City of Cumming Matter

Hi Kevin,

The PST file is password protected.

Please sent the password to unlock the PST file.

Thanks,

Juan

**JUAN S. PATINO, ESQ.**
ASSOCIATE

CA
BK    Chalmers, Adams, Backer
& Kaufman, LLC

11770 HAYNES BRIDGE ROAD #205-219
ALPHARETTA, GA 30009-1968
PHONE: (404) 492-3394
EMAIL: jpatino@chalmersadams.com
WEB:    https://www.chalmersadams.com

IRS Circular 230 Disclosure
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Kevin Tallant <ktallant@mhtlegal.com>
**Sent:** Wednesday, May 3, 2023 5:10 PM
**To:** Juan Patino <jpatino@chalmersadams.com>; Alex Kaufman <akaufman@chalmersadams.com>
**Cc:** W. Jason Pettus <Jason.Pettus@mgclaw.com>; Michael DeLeva <Michael.DeLeva@mgclaw.com>; Kenya Patrick <Kenya.Patrick@mgclaw.com>; Eva Wells <Eva.Wells@mgclaw.com>; khilbert@hilbertlaw.com; Jim Hicks <jhicks@chalmersadams.com>
**Subject:** RE: Blount/City of Cumming Matter

This is the same link I sent previously.  However, now there is a PST file in it that contains the email communications that were not present in the prior production.

https://us.workplace.datto.com/1/filelink/btbpy-dtadgai-6l26tvya

*Kevin J. Tallant*



**Miles Hansford & Tallant, LLC**
ATTORNEYS AT LAW
*Not just a law firm . . . a solution.*

202 Tribble Gap Road |Suite 200 |Cumming, Georgia 30040
Phone: 770-781-4100 | Fax: 770-781-9191
ktallant@mhtlegal.com | www.mhtlegal.com

**From:** Juan Patino <jpatino@chalmersadams.com>
**Sent:** Tuesday, May 2, 2023 1:50 PM
**To:** Kevin Tallant <ktallant@mhtlegal.com>; Alex Kaufman <akaufman@chalmersadams.com>
**Cc:** W. Jason Pettus <Jason.Pettus@mgclaw.com>; Michael DeLeva <Michael.DeLeva@mgclaw.com>; Kenya Patrick
<Kenya.Patrick@mgclaw.com>; Eva Wells <Eva.Wells@mgclaw.com>; khilbert@hilbertlaw.com; Jim Hicks <jhicks@chalmersadams.com>
**Subject:** RE: Blount/City of Cumming Matter

Good afternoon Kevin,

Have the IT issues been resolved?

Do you have a production date for the remaining documents?

-Juan

**JUAN S. PATINO, ESQ.**
ASSOCIATE

**C|A**
**B|K**  **Chalmers, Adams, Backer & Kaufman, LLC**

11770 HAYNES BRIDGE ROAD #205-219
ALPHARETTA, GA 30009-1968
PHONE: (404) 492-3394
EMAIL: jpatino@chalmersadams.com
WEB:    https://www.chalmersadams.com


IRS Circular 230 Disclosure
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication
(including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the
Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Kevin Tallant <ktallant@mhtlegal.com>
**Sent:** Wednesday, April 19, 2023 4:57 AM
**To:** Alex Kaufman <akaufman@chalmersadams.com>
**Cc:** W. Jason Pettus <Jason.Pettus@mgclaw.com>; Michael DeLeva <Michael.DeLeva@mgclaw.com>; Kenya Patrick
<Kenya.Patrick@mgclaw.com>; Eva Wells <Eva.Wells@mgclaw.com>; khilbert@hilbertlaw.com; Juan Patino <jpatino@chalmersadams.com>;
Jim Hicks <jhicks@chalmersadams.com>
**Subject:** Re: Blount/City of Cumming Matter

Alex, good morning.

I'm trusting you got my out of office about my trial.  I'm working on this as I can find time.  In short, I'm not sure exactly how my client's
IT department utilized the search terms, but I think they may have been overbroad as what I'm reviewing has materials that are just not
even responsive.

I am working on this, however.

KT

**From:** Alex Kaufman <akaufman@chalmersadams.com>

**Sent:** Monday, April 17, 2023 4:17 PM
**To:** Kevin Tallant <ktallant@mhtlegal.com>
**Cc:** W. Jason Pettus <Jason.Pettus@mgclaw.com>; Michael DeLeva <Michael.DeLeva@mgclaw.com>; Kenya Patrick <Kenya.Patrick@mgclaw.com>; Eva Wells <Eva.Wells@mgclaw.com>; khilbert@hilbertlaw.com <khilbert@hilbertlaw.com>; Juan Patino <jpatino@chalmersadams.com>; Jim Hicks <jhicks@chalmersadams.com>
**Subject:** Re: Blount/City of Cumming Matter

Kevin-

I'm following up on the additional production eta. Additionally, since you said you withheld documents, can you please provide a privilege log?

Thanks

## Alex B. Kaufman, Esq.
**Member**


11770 Haynes Bridge Road #205-219
Alpharetta, GA 30009-1968
Phone: (404) 964-5587
Email:   akaufman@chalmersadams.com
Web:     https://www.chalmersadams.com

CONFIDENTIALITY NOTICE

This message is being sent by or on behalf of a lawyer and nothing contained within this message should be relied on unless you have a fee agreement with this law firm.  This message is intended exclusively for the individual(s) or entity(ies) to which it is addressed in the "To" or "cc" lines and if you are not one of those individual(s) or entity(ies), then you rely on any information at your own peril.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, then this message is deemed to be an inadvertent disclosure, and you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by electronic mail and delete all copies of this message.

IRS Circular 230 Disclosure
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Apr 13, 2023, at 5:37 PM, Kevin Tallant <ktallant@mhtlegal.com> wrote:

Alex,

We can be pretty flexible in terms of access.  If you can just give me a heads up about the day/time I'll get something coordinated.

On the Open Records response -- I received additional materials today in the form of Outlook Data Files.  However, when I try to open them there are no emails, etc., visible in the files.  However, I'm confident this is a computer issue because I can see from the size of the files (and a report the City's IT professional gave me) that there are materials to review.  Obviously I can't just turn them over to you because I know for certain some of the same Attorney Client Privilege/Work Product emails are in this production from the IT Professional.

I have put in a help ticket both for my firm's IT professional and I've reached out to the City's IT professional as well.  As soon as I have a resolution and can review these materials I will get them to you.

KT

**From:** Alex Kaufman <akaufman@chalmersadams.com>

**Sent:** Thursday, April 13, 2023 4:56 PM
**To:** W. Jason Pettus <Jason.Pettus@mgclaw.com>
**Cc:** Michael DeLeva <Michael.DeLeva@mgclaw.com>; Kevin Tallant <ktallant@mhtlegal.com>; Kenya Patrick
<Kenya.Patrick@mgclaw.com>; Eva Wells <Eva.Wells@mgclaw.com>; khilbert@hilbertlaw.com <khilbert@hilbertlaw.com>; Juan
Patino <jpatino@chalmersadams.com>; Jim Hicks <jhicks@chalmersadams.com>
**Subject:** Re: Blount/City of Cumming Matter

Jason-

I understand and look forward to working with you.

It appears from the city's expert report that they somehow obtained access to the Blount property. Are you all able to confirm that
this occurred? Also, please give me a reasonable timeline if you do with to have the property inspected as every day that goes by
we are unable to use the plant and it is causing substantial damages.

Additionally, if you and Mr. Tallant can please give us a time in the next 10 days or so that our experts can inspect the City's
property it would be appreciated as we are preparing our anti liter notice and wish to have this information and findings included.

Thank you,

Alex


**Alex B. Kaufman, Esq.**
**Member**
Chalmers, Adams, Backer & Kaufman, LLC
Direct: (404) 964-5587
11770 Haynes Bridge Road, G-205
Alpharetta, GA 30009-1968
AKaufman@ChalmersAdams.com
https://www.chalmersadams.com/


CONFIDENTIALITY NOTICE

This message is being sent by or on behalf of a lawyer and nothing contained within this message should be relied on unless you
have a fee agreement with this law firm.  This message is intended exclusively for the individual(s) or entity(ies) to which it is
addressed in the "To" or "cc" lines and if you are not one of those individual(s) or entity(ies), then you rely on any information at
your own peril.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally
exempt from disclosure.  If you are not the named addressee, then this message is deemed to be an inadvertent disclosure, and
you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message
in error, please notify the sender immediately by electronic mail and delete all copies of this message.

IRS Circular 230 Disclosure
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this
communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1)
avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any
transaction or matter addressed herein.


> On Apr 13, 2023, at 4:12 PM, W. Jason Pettus <Jason.Pettus@mgclaw.com> wrote:


> Alex,

> We have just been retained by the City's insurer, Selective, to represent the City of Cumming with respect to alleged
> property damage incurred by your client, Blount. We look forward to working with all counsel on this matter.

> I spoke with Kevin Tallant, and I am sending this email in lieu of the one you requested from him regarding scheduling
> an inspection.  I understand that Blount would like to moved forward with repairs.   However, as we have just been
> retained, we do need time to review the file, speak with our client, and consult with potential experts before
> committing to a scheduling plan for an inspection of the Blount property.

Thank you for your patience. We will be in touch with you in the coming days.  Please let me know If there is anything you need or want to discuss in the meantime.   Have a good evening.

---

&lt;1.png&gt;

**W. Jason Pettus**, *Attorney*
jason.pettus@mgclaw.com
270 Peachtree Street NW, Ste 1800
Atlanta, GA 30303
**Main:**678-500-7300 | **Direct:**678-510-1687 | **Fax:**678-669-3546
VCARD

---

This electronic mail may contain information that is confidential, attorney/client and/or work product privileged, prepared in anticipation of litigation and/or exempt from disclosure under applicable law. This transmission is intended solely for the individual or entity designated above. If you are not the intended recipient, you should understand that any distribution, copying, or use of the information is unauthorized and strictly prohibited. If you have received this electronic mail in error, please immediately notify the sender and destroy all copies which you may have of this communication!

---

&lt;0.png&gt;

This message and any attached materials are intended solely for the use of the intended recipient and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return email and then delete the original message.

This message and any attached materials are intended solely for the use of the intended recipient and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return email and then delete the original message.

This message and any attached materials are intended solely for the use of the intended recipient and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return email and then delete the original message.

This message and any attached materials are intended solely for the use of the intended recipient and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return email and then delete the original message.

This message and any attached materials are intended solely for the use of the intended recipient and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return email and then delete the original message.