# EXHIBIT H

# REPORT

## For Chalmers, Adams, Backer & Kaufman, LLC

Final Preliminary
Engineering Assessment
Blount Construction
Cumming Asphalt Plant –
Slope Failure
911 Canton Highway
Cumming, Forsyth
County, Georgia

Project No.
CABKA-23-GA-1045-01
May 30, 2023



**RIO GeoEngineering**
Geotechnical & Geoenvironmental Consulting



**RIO GeoEngineering**
Geotechnical & Geoenvironmental Consulting

CABKA-23-GA-1045-01

May 30, 2023

Mr. Alex B. Kaufman, Esq.
**Chalmers, Adams, Backer & Kaufman, LLC**
11770 Haynes Bridge Road
Alpharetta, Georgia 30009-1968

Via Email: AKaufman@ChalmersAdams.com

RE:   Final Preliminary Engineering Assessment Report
      **Blount Construction Cumming Asphalt Plant – Slope Failure**
      911 Canton Highway
      Cumming, Forsyth County, Georgia
      Project No.: CABKA-23-GA-1045-01

Dear Mr. Kaufman:

RIO GeoEngineering, LLC (RIO) is pleased to submit this Final Preliminary Report to Chalmers, Adams, Backer & Kaufman, LLC (CABK) on the document review and preliminary engineering evaluation of the slope failure at the Blount Construction Cumming Asphalt Plant located in Cumming, Fulton County, Georgia. This letter report presents observations made during site visits performed by RIO on March 28 and May 8, 2023, evaluation of documents provided to RIO, results of initial slope stability analysis, and most likely cause of the slope failure.

RIO appreciates the opportunity to assist CABK on this project. Please contact us if you have any questions or if we can be of further assistance.

Sincerely,

**RIO GEOENGINEERING, LLC (DBE, MBE)**

**Rafael I. Ospina, P.E.**
Principal Geotechnical Engineer

RIO/rio

Attachments

*230530 RIO Preliminary Blount Slope Failure Evaluation Report.doc*

## TABLE OF CONTENTS

COVER LETTER
1.0 BACKGROUND ...................................................................................................4
  1.1 City Slope Failure Initial Response and Evaluation ..........................................4
  1.2 GeoSystems Geotechnical Exploration and Stability Analysis ........................5
  1.3 GeoStabilization International (GSI) Soil Nail Wall Design/Build ....................5
  1.4 Review Documents - Preliminary Engineering Evaluation ...............................5
2.0 ENGINEERING EVALUATION .........................................................................7
  2.1 March 28, 2023 Site Visit ...............................................................................7
  2.2 May 8, 2023 Site Visit ....................................................................................8
  2.3 Site Topography and Historic Land Use ........................................................10
  2.4 Water Main .....................................................................................................11
  2.5 Historic Rainfall ..............................................................................................12
  2.6 Slope Stability Analysis .................................................................................13
3.0 SUMMARY OF RIO'S PRELIMINARY ENGINEERING EVALUATION.............17
4.0 REFERENCES .................................................................................................19

**TABLE**

Table 1 – 1975 to 2003 Top 10 Historic Highest Daily Rainfall Events
Table 2 – Slide Area Slope Stability Strength Parameters
Table 3 – Slide Area Slope Stability Analysis Results

**FIGURE**

Figure 1 – Overall Site Location Plan
Figure 2 – Slide Area Topographic Survey
Figure 3 – Slide Area Cross Section A-A'
Figure 4 – Water Main Leak Area Exhibit (1 of 2)
Figure 5 – Water Main Leak Area Exhibit (2 of 2)
Figure 6 – Water Main Excavated Pipe Exhibit
Figure 7 – 1975 – 2023 Historic Rainfall Record Exhibit

**APPENDIX**

Appendix A – March 28, 2023 R. Ospina Site Visit Photos
Appendix B – May 8, 2023 R. Ospina Site Visit Photos
Appendix C – May 8, 2023 Boundary and Topographic Survey
Appendix D – Record Review Select Site Photos
Appendix E – 1975 – 2023 Historic Rainfall Data
Appendix F – Slope Stability Analysis

# 1.0 BACKGROUND

Blount Construction Company, Inc. (Blount) operates an asphalt plant located at 911 Canton Highway, Cumming, Georgia in Forsyth County, Georgia.  The City of Cumming (City) owns a property located at 921 Canton Highway on the north side of Blount's property along a narrow, northeasterly-southwesterly oriented ridgeline (*Sawnee Mountain - USGS Cumming Quadrangle, Georgia 7.5 Minute, 1999)*). The City operates two large water supply tanks reportedly 500,000 and 800,000 gallon capacity on top of the ridge just on the north side of Blount's property boundary.  An approximately 8" diameter Ductile Iron Pipe (DIP) water main serving the two tanks running along the north side of the City's and Blount's property boundary at the top of the hill side along the slope crest. A slope failure reportedly occurred sometime during the night of December 6, 2022 at the Blount's property. A total of 2.13 inches of rainfall was reported by a nearby weather station on December 6, 2022.  Approximately 1.3 million gallons of potable water were released over night from the two City water storage tanks impacting Blount's property and asphalt plant operations. The location of the City tanks, approximate location of the water main and extent of the slope failure sliding mass on Blount's asphalt plant property is shown in Figure 1.  Pre-failure 2015 GIS topography obtained from Forsyth County GIS Department is shown on Figure 2. A pipe joint of the watermain was reportedly described located within the section of pipe that failed.

The property line along the south side of the tanks is approximately 15 to 20 feet from the edge of the tanks, and about 10 feet south from the south slope crest (along the existing security fence). Prior to the slope failure, the watermain feeding the tanks was located about 10 feet north of the property line with a section of the watermain running within the slope of the slide area (below the crest of the slope) based on 2015 GIS Forsyth County topography, and photos and videos taken by Geosystems and City staff.

The release of water from the tanks and slope failure sliding mass impacted approximately 0.4 acres of pine tree forested land on the hill side, plant operations paved area and operations access, damaged an office trailer, flooded two equipment storage containers, impacted on-site access roads to Ponds No. 1, 2 and 3, and discharged washed sediment into Ponds No. 1, 2 and 3 documented during RIO's Site Visits on March 28 and May 8, 2023.  As of May 8, 2023 (last site visit by Mr. Rafael Ospina with RIO), the plant normal operations were still shut down.

RIO GeoEngineering, LLC (RIO) was retained by Chalmers, Adams, Backer & Kaufman, LLC (CABK) on behalf of Blount to review available project documents, perform site visits on March 28, 2023 and May 8, 2023, perform preliminary stability analysis, and prepare this Preliminary Engineering Assessment Report.

## 1.1 City Slope Failure Initial Response and Evaluation

The City retained GeoSystems Engineering, Inc (GeoSystems) in December 2022 to visit the site and provide an initial assessment of the slope failure, an initial Letter of the initial assessment was issued by GeoSystems on December 12, 2022. GeoSystems visited the site on December 8 and 9 and met on December 9 with GeoStabilization International (GSI), a geotechnical contractor specializing in slope stabilization, to observe site conditions and discuss possible stabilization methods for repair of the slope.  Based on visual observations during the initial assessment, GeoSystems determined that there was no risk of slope failure extending towards the eastern most tank in the near future, and that even though there was some evidence of previous movement and instability of the south slope along

the tanks pad,  there were not "recent" signs of slope movement and tension cracks. Geosystems recommended a further slope stability analysis to evaluate the long-term stability of the entire south slope, and perform a geotechnical exploration to provide soil strength parameters for slope area stabilization design being prepared by GSI design/build contractor.

## 1.2 GeoSystems Geotechnical Exploration and Stability Analysis

Following the initial assessment, GeoSystems completed a geotechnical exploration, laboratory testing, geophysical investigation and slope stability analysis to assess the long-term slope stability at the site and provide permanent repair recommendations for the failed slope. The results of the geotechnical exploration and slope stability analysis were documented in a final Geotechnical Assessment Report dated April 5, 2023.  GeoSystems retained Collier Geophysics, LLC (Collier) to perform the geophysical survey lines to characterize subsurface conditions along the slope. Collier issued a report dated March 17, 2023 included as attachment to the Geosytems Geotechnical Assessment Report. Civil Engineering Consultants (CEC) retained by GSI provided a topographic survey of the slide area and adjacent east and west slopes based on a combination of drone fly over topography and ground run survey completed for the slope west of the slide area. Laboratory testing was completed on samples collected from SPT soil borings completed within the tanks pad area, with only two of the SPT borings complete near the crest of the slide area. Hand auger borings without dynamic cone penetration testing were completed along the slope west of the slide area along with the geophysical survey lines. Kilman Brothers Drilling was retained by GeoSystems to complete the geotechnical SPT borings. Drilling of SPT Borings was completed during December 28 and 29, 2022, hand auger borings were completed on February 3, 2023, and the geophysical survey by Collier was completed on March 8, 2023.

## 1.3 GeoStabilization International (GSI) Soil Nail Wall Design/Build

GSI was retained by the City to provide design/build services for the stabilization of the upper part of the slope so the City could refill the tanks. The design and repair consisted of a Soil Nail Wall 10 feet high and approximately 100 feet long.  Soil nails were designed to be installed in a triangular pattern spaced about 5 feet apart. The soil nails were designed to be installed in two rows along the wall and extend up to 28 feet (top row) and up to 18 feet (lower row), with horizontal drains up to 20 feet in length installed at 10-foot center to center. The face of the wall was designed to be covered with 8 to 10 inches of shotcrete depending on the location of the wall.  GSI started wall construction activities the week of December 19, 2022, and was completed about January 17, 2023. No construction records were available for review and preparation of this report.

Geosystems has performed periodic slope stability site inspections since the construction of the Soil Nail Wall and no issues of concern have been identified since their initial site visit after the construction of the wall on January 25, 2023 until the preparation of their submittal of their final Geotechnical Assessment Report dated April 5, 2023.

## 1.4 Review Documents - Preliminary Engineering Evaluation

RIO's preliminary evaluation is based on a review of the following information provided by Chalmers, Adams, Backer & Kaufman, LLC:

Documents Released by City's Counsel:

1) Phone Video by City Staff – File Name: SM Video 1, dated December 7, 2022.

2) "Preliminary Geotechnical Assessment Report" prepared by Geosystems Engineering, Inc., dated December 12, 2022.

3) "Slope Stabilization Plans (Issued for Construction)" prepared by GeoStabilization, Inc. (GSI), dated December 16, 2022.

4) "The EDR Aerial Photo Decade Package" prepared by Environmental Data Resources, Inc. (EDR), dated December 21, 2022.

5) "The EDR-City Directory Image Report" prepared by Environmental Data Resources, Inc. (EDR), dated December 23, 2022.

6) Drone Video by City Staff – File Name:  DJI_0013, dated February 2022.

7) "Sawnee Tank Emergency Repair Topographic Exhibit" by Civil Engineering Consultants, Inc., dated February 24, 2023. (West Slope Ground Run Topo).

8) "Geophysical Letter Report" by Collier Geophysics, LLC, dated March 17, 2023.

9)  "Preliminary Geotechnical Assessment Report" prepared by Geosystems Engineering, Inc., dated April 5, 2023.

10)  City Tax Map Image Tax Parcel 125 029 – File Name: Sawnee Mountain Tank Feed Line Leak – Tax.pdf (showing location of water main), No Date.


Documents Released by Blount's Counsel (CABK):

1) Drone Site Photos (Pre-Failure) by Blount Construction, date March 12, 2021.

2) Drone Site Photos (Pre-Failure) by Blount Construction, dated April 2022.

3) Pond No. 3 Site Photos (Pre-Failure) by Blount Construction, dated March 2022.

4) Ponds No. 1 and 2 Site Phots (Pre-Failure) by Blount Construction, dated May 2022.

5) Visual Assessment Form – Storm Water Outfall SW-01, SW-02 and SW-03 by Blount Construction, dated December 6, 2022 (observation at 9:00 am) (1.5" rain reported)

6) Site Safety Inspection Report (Post-Failure) by Blount Construction, dated December 14, 2022

7) "Boundary & Topographic Survey" by IronStone Surveying, dated May 23, 2023 (Field survey on  May 8, 2023).


Additional Information Reviewed by RIO:

1) Historic Rainfall Data - NCEI/NOAA Station: CUMMING 2 N, GA US USC00092408 –

   https://www.ncei.noaa.gov/access/past-weather/Cumming%2C Georgia

2) PGA Earthquake Motion Parameter for 2% Probability in 50 years - ASCE 7-22 Seismic Tools Site

   https://asce7hazardtool.online/


## 2.0 ENGINEERING EVALUATION

RIO reviewed a number of documents listed under Section1.4 above. RIO also performed preliminary slope stability analysis of the slide area to help determine the potential causes of slope failure at the Blount's Asphalt Plant.   The sections below provide observations made during the review of the information provided, describe areas impacted by the slope failure, and discuss potential causes of the slope failure.

### 2.1 March 28, 2023 Site Visit

RIO performed an initial site visit on March 28, 2023 in coordination with Blount's Legal Counsel (CABK).  A photographic record of the site visit is provided in Appendix A (Photos 01 to 49).  Below is a summary of main observations by area made during the site visit:

Plant Area:

- A significant amount of sediment came down from the slide area covering and blocking access for Plan normal Operations.  The Plan was shut down during the site visit (see Photos 01 and 02).

- The site Office Trailer was damaged by slide material that came down and pushed the trailer out of its place. Pine trees penetrated through the trailer walls completely damaging the trailer, including a compressed gas tank on the outside within the limits of the slide debris (see Photos 03 to 10).

- Two equipment storage trailer containers were flooded with sediment and water from the slide area damaging equipment and supplies stored in the trailers (see photos 13 and 14 showing the trailers in the background on the right side of the slide area (looking downstream from the top of the slide area) of the slide area) (Appendix B provides additional photos obtained during the May, 8, 2023 site visit).

South Slope Slide Area:

- A large volume of material came down the hill from the slide area impacting pre-existing pine trees (about 0.4 acres of land) forestation and sending mud and slide debris downstream over the plant pavement area and into existing Ponds No. 1, 2 and 3 (see Photos 11 through 14).

Ponds No. 1, No. 2 and No.3:

- Sediment from the slide area washed down the stream together with the 1.3 million gallons of water discharged from the two City water storage tanks. Sediment was carried into Ponds No. 1, No. 2, and No. 3 impacting their storage capacity (see Photos No. 15 through 26 to see impacts).

- Discharge from Pond No. 2 through the Outfall SW-01 culvert and overtopping over the access driveway to Pond No. 3 washed the road surface base material away (already repaired during the site visit per account by Plant Operations Manager) and continued downstream washing and eroding the access road surface pavement and cutting deep channels along the roadway (see Photos 27 through 39).

- Sediment was discharged into Pond No. 3 impacting the capacity of the Pond. No discharge of sediment was noted downstream from Outfall SW-2 into the adjacent property, and the top of the dam crest of Pond No. was not impacted (see Photos 40 through 49).

## 2.2 May 8, 2023 Site Visit

RIO performed a second site visit on May 8, 2023, also in coordination with Blount's Legal Counsel (CABK).  City's Insurance Company Counsel and Insurance Company Expert were also present during the site visit. A photographic record of the site visit is provided in Appendix B (Photos 01 to 68).  Below is a summary of main observations by area made during the site visit:

Tanks South Slopes & Slide Area:

- During this site visit, the slopes west and right of the slide area, as well as the top of the slide area were visited to evaluate the current conditions. Asphalt millings/waste was noted on the surface of the slide area debris indicating the presence of some fill over the slide area (see Photos 01 through 03).

- The driveway to the tanks on top of the hill has been restored with gravel as part of the repairs completed for stabilization of the top of the slide area. Rock outcrops were noted near the crest of the slope left of the slide area also showing very steep slopes, the angle of the upper slope was measured in the field and was at 42 degrees, or 1.1H:1V. The slope left of the slide area (looking down from the top of the slope) looked stable, with no evidence of active ground movement/sloughs or tension cracks (see Photos 04 through 06).

- A 10-foot-high soil nail wall was noted at the top of the slope in the slide area. Drain holes could be observed through the wall at about 10-foot apart per design plans prepared by GSI.  The shotcrete on the wall surface looked reasonably placed with an even surface.  No leakage of water through the drain pipes or wet surface on the wall of concern were noted during the site visit.  The top of the wall was leveled with the driveway level (see Photos 07 through 12).

- The surface of the slide area up on top of the current slope showed exposed stable dense to very dense soils (slip surface), all the material above it was washed away downstream with the slide.

The exposed material above the slip surface on the slope left of the slide area shows approximately 8 to 10 feet of material over the slide slip surface. A thin layer (12 inches or so) of asphalt millings/waste fill could be observed on the surface of the slope (see Photos 13 through 19)

- The plant office trailer was damaged by slide material that came down and pushed the trailer out of its place. Pine trees penetrated through the trailer walls completely damaging the trailer, including a compressed gas tank on the outside within the limits of the slide debris (see Photos 03 to 10).

Slope Right of Slide Area:

- A number of Cast Iron Pipe (CIP) driven piles 8 inches in diameter were noted to be installed along the lower topographic bench on the south slope below the tank pads. A 12-inch steel I-beam was also noted to be driven just below the crest of the second topographic bench above the area where the CIP driven piles were noted.  These piles appear to have been installed in the past (prior to Blount's acquiring the property per account by Plants' Maintenance Manager) to stabilize an old slide located within the lower part of the south slope.  No evidence of slope movement or unstable active conditions or tension cracks was noted during the site visit.  Only a few deep surface water erosion channels were noted extending from the top of the slope downhill in the area of the tanks pad (see Photos 20 through 24).

- Five open (not backfilled) hand auger borings completed by Geosystems were noted on the south slope below the tanks pad. Depths to the bottom of the holes varied from 1 to 8 feet deep (HAB-5). Open boreholes in slopes can allow water to get into the subsurface and affect the stability of the slope, especially in slopes with a low factor of safety against slope failure Asphalt millings/waste was also noted on the surface of the slope from the bottom of the slope to the top of the slope showing the presence of some fill.  This layer appears to have been placed as part of erosion protection when the disturbed slopes from previous mining operations were being restored (see Photos 25 through 38).

- Geophysical Line P-1 stakes at the end of the line were noted near the top and toe of the slope in the same area as the hand auger borings, and a property line stake was also noted above from hand auger boring HAB-1; all hand auger borings were completed within Blount's property (see Photos 39 through 45).

City Water Main:

- A watermain vault was noted at the top of the soil nail wall near the left end of the wall. This vault appeared to be the old vault present prior to the slope failure.  The excavated old watermain section of pipe with the slope failure area was noted laying on the ground on the north side shoulder of the gravel driveway to the tanks.  The excavated sections of pipes, pipe joints and elbows appear to be corroded in some areas. Close examination of photos taken during the site visit show some corrosion activity expected for a $\pm$ 50-year-old pipe.  A potential pipe crack was

also noted in one of the excavated pipes that appear to be associated with the pipe leak; unfortunately, Blount staff and/or RIO were not present when the pipes were excavated from the slide area to better examine the area of the pipe leak and/or separation of a pipe joint (see Photos 46 through 54).

Ponds No. 1, No. 2 and No.3:

- During the site visit, the area of Ponds No. 1, No.2 and No.3 were also revisited with the City's Insurance Counsel and their expert.  Conditions appear to be the same as observed during the March 28, 2023 site visit (see Photos 55 through 64).

Plant Equipment Storage Containers:

- The slope failure sliding mass and discharge of 1.3 million gallons of water from the City tanks also impacted the Plants, equipment storage containers. Sediment and old water marks on the walls were noted inside the containers (se Photos 65 through 68).

## 2.3 Site Topography and Historic Land Use

RIO evaluated the topography of the south slope and compared the slope angles of the south slope left and right of the slide area within the pre-failure slide area. Both the 2015 topography obtained from the Forsyth County GIS Department and the drone and ground run survey (right and left sides of slide area) prepared by IronStone Surveying (5/23/2023 Plat) appear to be similar.  The complete IronStone Surveying Boundary & Topographic Survey dated 5/23/2023 (field survey completed on 5/8/2023) is included in Appendix C, the pre-failure 2015 GIS topography and the post-failure topographic survey topography are shown on Figures 2, with a cross section (Cross Section A-A') across the slide area showing the pre- and post-failure ground surfaces shown in Figure 3. In general, the overall slope (crest to toe) was noted to be steeper (32 to 33 degrees, 1.5H:1V) on the left side (looking down from the top) of the slide area than the slope (25 degrees, 2H:1V) on the right side; the pre-failure overall slope of the slide area was similar to the slope right of the slide area based on the 2015 GIS topography obtained from Forsythe County.  The right slope south of the tanks pad and the pre-failure slope of the slide area had a couple of benches about 20 feet wide from about Elev. 1304 to 1308 for the lower bench, and from about Elev. 1316 to 1324 for the upper bench.  The total relief of the slope right of the slide area under the tanks pad is about 93 feet high, the slide area is about 86 feet high, and the slope left of the slide area is about 68 feet.

The upper slope of the slope south of the tanks pad, the slide area, and the slope left of the slide area were noted to have much steeper slopes than the lower portion of the slopes.  The upper slope of the right slope and the slide area had slopes with an angle of $32°$ to $33°$ (1.5H:1V), and the upper slope of the slope left of the slide area was noted to have a much steeper slope angle at about $25°$ (1.1H:1V), this slope has exposed rock outcrops along the top of the slope near the crest (see Photos 05 through 06 in Appendix B).  The top of rock appears to be shallower on the slope left of the slide area than in the slide area and slope right of the slide area.

Based on RIO's field observations during the 5/08/2023 Site Visit, both the slope right of the slide area and the slope left of the slide area did not show signs of current instability, although the slope

below the tanks right of the slide area had been subject to historic localized instability (e.g., slide and scarp noted) that had been stabilized (prior to Blount purchasing the property) with a number of 8-inch diameter driven cast iron pipe piles located over the lower bench, and one driven steel beam pile located just below the upper bench (see Photos 20 through 24 in Appendix B).  Some surface water deep erosion channels were also noted on the west slope below the tanks area. A sliver (about 12 inches thick) of asphalt millings/waste was observed on the slope right of the slide from the crest of the slope to the toe of the slope, the same material was also noted over the slope failure sliding mass, appearing to have been placed over the final slope for erosion protection as part of slope surface stabilization after ground disturbance in the area had stopped prior to Blount acquired the property in or about 1984 (based on online review of property ownership tax map records).

Review of aerial imagery provided in the EDR Reports included in the GeoSystems April 5, 2023 Report shows that there was mining activity as early as 1964 in the property now owned by Blount. Based on available aerial imagery the City water tanks had been constructed by 1981 and as early as 1972 (aerial imagery not clear). Blount acquired the property in or about 1984 (based on online review of property ownership task map information) from a previous asphalt plant operator (per account by Blount's Operations Manager during the site visit on March 28, 2023).   Land use/disturbance along the slope south of the tanks pad stopped prior to 1981 (vegetation coverage shown on 1981 EDR Imagery), and potentially as early as 1974. Potential ground disturbance activity along the south slope south of the tanks and slide area shown on 1988 EDR imagery appears to be the result of an overexposed aerial image.  Google Earth imagery in 1992 shows that the south slope is already covered with vegetation; based on this review no ground disturbance/activity of the south slope has occurred for at least 30 years prior to the occurrence of the slope failure during the night of December 6, 2022.   No issues of instability of the south slope have been reported during this period based on available records. The south slope below the tanks pad, slide area, and left of the slide area were covered to the crest of the slope with pine trees at least up to 12 inches in diameter.

## 2.4 Water Main

The old watermain that failed in the area of the slope failure was about 50 years old.  Ductile Iron Pipe (DIP can last up to 100 years depending on site and maintenance conditions).  DIP has specific failure modes and indicators that the pipe is nearing failure. Corrosion is the primary cause of failure for any metallic pipe material. DIP can fail due to internal or external corrosion, pipe movement from thermal variations, seismic shifts, or external loading reflected by joint leaks or pipe movement (e.g., ground movement caused by tree roots near or around utility pipes). Loss of soil support and bedding can also result in leaks in DIP.  Leaks can be identified through acoustic surveys, wet areas, or pressure variations.  At the time of the preparation of this report there were no maintenance records available to review documenting any service/maintenance performed by the City on the pipe.

Review of videos and photographic records obtained from City's Counsel shows that a number of pine tree stumps were present immediately adjacent to the pipe in the area of the pipe leak, with  tree roots going over and under the pipe; these pine tree stumps were up to about 12 inches in diameter and did not show much decay. Photos extracted from a video taken by City staff the day after the slope failure on December 7, 2023 when water was still discharging from the watermain joint leak/separation, and after the leak had stopped before the pipes were removed from the excavation area are shown on Figures 4 and 5.  Pine trees typically decay within 3 to 5 years, and the trees noted on the photos appear to have been cut by the City within a year or two, possibly because City maintenance staff had concerns with the effect of the pine trees growing adjacent to the aging

watermain.  Also because of the location of the section of the water main within the slope area (below the crest), the photos also appear to show less than desired soil cover, which 2 to 3 feet is typically recommended to protect water pressure pipes from ground freezing conditions.  While Blount staff or RIO were not able to observe the watermain before it was excavated from the slide area after the failure, the exhumed pipe was examined during RIO's Site Visit on 5/08/2023; based on closer examination of the photos, the excavated watermain pipe shows some potential corrosion (external and internal) and a potential crack on the pipe that may be associated with the leak, or created during removal of the pipe.  Bolts on pipe joint flanges were also noted to be missing; annotated photos of the excavated pipe are shown on Figure 6.   Select photographs of photos or videos obtained prior to the slope failure provided by Blount, and select photos obtained from videos or photos provided by City's Counsel are included in appendix D.

The condition of the aging watermain pipe and pipe joints is questionable.  Corroded pipes with missing pipe joint bolts, and potential ground movement associated with pine tree roots grabbing on the ground and/or pipe during high-speed winds may have caused a leak in the pipe joint prior to the slope failure. A small initial leak may have caused the soils within the slide area get pre-saturated, and rainfall the day of the failure just contributed to the already saturated soil mass leading to loss of soil strength (increased porewater pressure along the soil mass slip surface). The loss of soil strength would create instability of the slope to a point of slope failure (reduced factor of safety to less than one).

## 2.5 Historic Rainfall

RIO reviewed historic rainfall data to evaluate the magnitude of rainfall the day of the slope failure compared to historic rainfall the slide area was subject in the past since the pipe has been installed. Rainfall date was obtained from NCEI (NOAA) Station Cumming 2 N, GA US US00092408, 2.35 miles north east of the site.  Historic daily rainfall data from 1975, from around the time the City tanks were installed, to early 2023 is shown on Figure 7.  The maximum daily rainfall event the south slope has been subject to is up to 5.4 inches (one on February 3, 1982 and one on July 9, 2022), with at least 10 rainfall events greater than 4 inches as shown on Table 1 below.  Tabulated data for all the rainfall events since 1975 greater than 2.13 inches is included in Appendix E.

**Table 1 – 1975 to 2023 Top 10 Historic Highest Daily Rainfall Events**

| Event Date | Total Daily Rainfall (inches) |
|---|---|
| 2/3/1982 | 5.4 |
| 7/9/20222 | 5.4 |
| 9/17/2004 | 5.22 |
| 6/24/1980 | 5.06 |
| 3/17/1977 | 5.0 |

| 3/30/1977 | 4.67 |
| 9/22/2009 | 4.45 |
| 10/9/1977 | 4.25 |
| 12/6/1983 | 4.2 |
| 9/25/1997 | 4.2 |

## 2.6 Slope Stability Analysis

Six (6) soil SPT borings (B-1 to B-6) and five (5) hand auger borings (HAB-1 to HAB-5) were completed by Geosystems around the water tanks pad on the crest of the slope (SPT Borings) and along the slope (hand auger borings) right of the slide area; only two of the SPT borings (B-1 and B-6) were completed within 15 feet of the cross section used by RIO for slope stability analysis of the slide area, the hand auger borings were completed about 60 feet away from the cross section used by RIO for slope stability. Borings were advanced to planned termination depths or auger refusal. Two (2) geophysical SRL (Vp) and MASW (Vs) survey lines (P-1 and P-2) were completed by Collier on the slope right of the slide area along the hand auger borings (see Figure 2 for boring locations). Geophysical information collected along the P-1 line closest to the slide area and the hand auger borings was used together with information from SPT boring B-1 and B-6, the hand auger borings, and results of laboratory tests (grain size classification and shear strength tests).  An additional geotechnical exploration consisting of SPT soil borings located within the slide area (top, middle and toe) in conjunction with installation of slope inclinometers and laboratory testing for final slope stability analysis for slide area slope restoration recommendations, and future slope stability monitoring. The soil borings and geophysical survey lines indicated the presence of a thin layer of fill placed over residual soils overlying partially weathered rock (PWR), and rock.

RIO performed preliminary slope stability analysis to identify potential circular and non-circular sliding planes through the sliding mass in the slide area for long-term (pre-failure and short-term conditions (soil saturation above slip surface and seismic condition). Reasonable effective strength parameters (Ø and C) were selected to produce minimum factors of safety (FOS) for conditions prior to slope failure (no tension crack condition for FOS $\geq$ 1.1).  Friction angles for the different soil layers were determined based on corrected SPT $(N_1)_{60}$ values considering an SPT hammer energy ratio of ER=83% for a CME-550X drill rigg used by Kilman Bros, and correction for overburden stress (see calculations in Attachment F), and results of a shear strength test performed on a relatively undisturbed sample (Shelby tube) collected from the residual soils in boring B-6 (5 to 7 feet) resulting in a friction angle of 37.8º and cohesion of 105 psf.  The average porewater pressure ratio value (Ru) along the slip surface was then back calculated to determine to maximum porewater pressure along the slip surface required to bring the FOS to unity (FOS=1) to trigger slope movement/failure. Selected strength parameters used for slope stability analysis are summarized in Table 2 below including the average soil layer depths, average SPT $(N_1)_{60}$ values, and expected average shear wave velocity Vs.

**Table 2 – Slide Area Slope Stability Strength Parameters:**

| Layer (Depth) | Total Unit Weight (pcf) | Effective Friction Angle $\varnothing'$ | Effective Cohesion C' (psf) | Average SPT Value $(N_1)_{60}$ (bpf) | Average Shear Wave Velocity Vs (ft/sec) |
|---|---|---|---|---|---|
| **Layer 1** Fill: Firm Sands (SM) (0 – 3 ft) | 115 | 32 | 50 | 15 | 565 - 590 |
| **Layer 2** Residual Soils – Firm Sands (SM) (3 – 10 ft) | 120 | 34 | 50 | 20 | 650 |
| **Layer 3** Residual Soils – Dense to Very Dense Sands (SM-SW) (10 – 30 ft) | 130 | 41 | 0 | 44 - 64 | 785 - 920 |
| **Layer 4** Residual Soil: Medium Dense (SM) (30 – 35 ft) | 120 | 36 | 0 | 27 | 745 |
| **Layer 5** Partially Weathered Rock (PWR) (SM) (35 – 50 ft) | 130 | 45 | 0 | 180 - 600 | 1545 |

Pseudo static seismic stability analysis was performed to determine the FOS for a maximum Peak Ground Acceleration ($PGA_M$) of 0.14g (modified for Site Seismic Class C and soil amplification) and a pseudo horizontal acceleration ($A_h$) of 0.07g ($A_h$=0.5PGA) for Earthquake with a 2% Probability of Exceedance in in 50 Years (M=4.9) (ASCE 7-22 Seismic Tools Site - https://asce7hazardtool.online/). Based on review of historic earthquakes in Georgia near Cumming, the site has not been subject to earthquakes larger than about M=4.4, and no issues of slope instability or large slope deformations (1 to 3 feet) have been reported associated with FOS $\leq$ 1. Slope stability analyses were performed using the Computer Model *Slide2 Version 9.024 2D Limit Equilibrium Analysis for Slopes by Rocscience*.

Three different methods were used for stability analysis, the Bishop Simplified, Janbu Simplified, and GLE/Morgenstern-Price Methods of analysis. The methods satisfy both force and momentum equilibrium. At least 500 iterations of potential circular slip surfaces were analyzed for the circular slip surface analysis. For the non-circular slip surface analysis, the slip surface was forced through the entire assumed contact between the upper residual soil layer and the dense to very dense layer, as

observed in the field in the upper part of the slope after the slope failure. This assumption would be reasonable for a non-circular slip surface passing through the toe of the slope. Additional borings and installation of an inclinometer through the remaining sliding mass at the bottom part of the slope would help identify the depth of the actual slip surface for final slope stability analysis to develop slope stabilization recommendations.   A summary of the preliminary slope stability analysis performed by RIO is included in Table 3 below.  Outputs of the different analysis in the form of charts is included in Appendix F.

**Table 3 - Summary of Slope Stability Analysis Results:**

| Cross Section | Load Condition | Minimum Required FOS | FOS |
|---|---|---|---|
| **CROSS SECTION A-A'** | | | |
| Slide Area: (Fig F-2) | Circular - Long Term Condition – Drained (No Cohesion) Layers 1 and 2; C = 0 psf | 1.3 to 1.5 | $\geq$0.95 |
| Slide Area: (Fig F-3) | Circular - Long Term Condition – Drained (With Cohesion) Layers 1 and 2; C = 50 psf | 1.3 to 1.5 | $\geq$1.1 |
| Slide Area: (Fig F-4) | Circular - Short Term Condition – Soil Saturation - Undrained (With Cohesion) **Ru = 0.07 (Max. Pore Water Pressure, ų = 92.29 psf (up to 1.48 ft of water)** Layers 1 and 2; C = 50 psf) | 1.3 to 1.5 | $\geq$1.0 |
| Slide Area: (Fig F-5) | Circular – Short Term Seismic Condition, (With Cohesion) **PGA$_M$= 0.14g; A$_h$= 0.07g** Layers 1 and 2; C = 50 psf) | 1.0 | $\geq$0.97 |
| Slide Area: (Fig F-6) | Non-Circular - Long Term Condition – Drained (With Cohesion) Layers 1 and 2; C = 50 psf) | 1.3 to 1.5 | $\geq$1.44 |

| | | | |
|---|---|---|---|
| Slide Area: (Fig F-7) | Non-Circular - Short Term Condition – Soil Saturation - Undrained (With Cohesion) **Ru = 0.27** **(Max. Pore Water Pressure, ц = 474.55 psf   (up to 6.6 ft of water)** Layers 1 and 2; C = 50 psf) | 1.3 to 1.5 | $\geq$1.0 |
| Slide Area: (Fig F-8) | Non-Circular – Short Term Seismic Condition, (With Cohesion) **PGA$_M$= 0.14g ; A$_h$= 0.07g** Layers 1 and 2; C = 50 psf) | 1.0 | $\geq$1.24 |

GeoSystems slope stability analysis included in the April 5, 2023 Geotechnical Assessment Report was performed for a cross section along the right side of the slide area.  The GeoSystems Slope Stability Model used only three (3) subsurface layers: fill, residual soils (one single strength), and partially weathered rock, with only friction angel (no cohesion). The RIO Model used five (5) different subsurface condition layers: fill, three different residual soil layers with different strengths, and PWR. The fill and upper residual soil layers used both friction angle and some low cohesion.  Friction angles were similar for both models with the exception of the fill layer where GeoSystems used a much lower friction value (25º vs 32º) compared to the RIOs Model.

Geosystems identified potential circular slip surfaces with factors of safety of less than one within the upper steep slope, and also for a non-circular sliding plane along the interface passing through the toe of the slope.  Factors of safety of less than one means that the slope should have failed a long time ago, at least since 1985, which is not the case. The south slope has been subject to high rainfall events (up to 5.4 inches of rain in a day) and earthquake events of up to 4.4 magnitude since 1985 with no indication of slope instability of the slide area. Pre-failure slide area factors of safety should have been at least 1.1 or higher, since no evidence of slope movement/instability (e.g., sloughs or tension cracks) has been reported for at least since 1984 when Blount purchased the property. Shear strength parameters used by Geosystems for the fill and residual soils do not reflect actual field conditions.   Laboratory triaxial shear strength test results of a relatively undisturbed Shelby tube sample collected from a depth of 5 to 7 feet below the ground surface in boring B-6 in the undisturbed residual soil (silty fine to coarse sand with 35% fines (SM) show much higher strength values than those used by Geosystems in slope stability analysis (friction angle of 38.7 degrees and cohesion of 0.73 psi (105 psf), vs the 25 degrees and no cohesion used for the fill, and 34 degrees with no cohesion used for the undisturbed residual soils.

Unless an extreme external loading condition (e.g., excavation along the toe of the slope, surcharge at the crest of the slope, or earthquake load), or significant saturation of the soil mass above the slope slip surface (circular or non-circular slip surface) reducing the effective shear strength of the soils took place, the slope should have maintained a factor of safety of at least 1.1, which is considered to be the minimum factor of safety before tension cracks may start developing on a slope before they fail. The rainfall event that took place the night of the slope failure was 2.13 inches based on NCEA/NOAA Station CUMMING 2 N, GA US USC00092408 located 2.35 miles east of the site, and the maximum rainfall event the slope has been subject to in the past has been up to 5.4 inches.  For the slope to fail the way it failed, the soil mas had to be overly saturated (e.g., by an on-going pipe water leak) by

the time the 2.13 inches of rain came on the site on December 6, 2022, the day of the slope failure. RIO analysis shows that for the most critical slip surface occurring in the upper part of the slope, an average porewater pressure ratio Ru of 0.07 would be required to bring the FOS to one; this would be a maximum pressure above the slip surface of about 92.29 psi, or about 1.48 ft of water. For the non-circular slip surface the Ru value would be 0.27, or about 475 psf of porewater pressure above the slip surface (up to 6.6 feet of water), which would require much longer time for a small leak to saturate the soil mass above the slip surface. The slope stability analysis supports the need for a sustained external source of water (e.g. watermain leak) to saturate the soil mass up to about 6.6 feet above the slip surface to move a sliver of soil 8 to 10 feet thick down the hill as reflected in the post-failure topographic survey.

## 3.0 SUMMARY OF RIO'S PRELIMINARY ENGINEERING EVALUATION

RIO GeoEngineering, LLC (RIO) has completed a Preliminary Engineering Evaluation of the Blount Construction Company, Inc. (Blount) Asphalt Plant Slope Failure at the Cumming Plant located on 911 Canton Highway, Cumming, Georgia in Forsyth County. The slope failure reportedly occurred sometime during the night of December 6, 2022. Approximately 1.3 million gallons of potable water were released overnight from two City of Cumming (City) water storage tanks reportedly 500,000- and 800,000-gallon capacity located at the top of the hill side on the adjacent property owned by the City of Cumming located at 921 Canton Highway.

A summary of main observations and results of preliminary analysis by RIO are summarized below.

- The release of water from the tanks and slope failure impacted approximately 0.4 acres of pine tree forested land on the hill side, plant operations paved area and operations access, damaged an office trailer, flooded two equipment storage containers, impacted on-site access roads to Ponds No. 1, 2 and 3, and discharged washed sediment into Ponds No. 1, 2 and 3 documented during RIO's Site Visits on 3/28/2023 and 5/8/2023. As of 5/8/2023 (last site visit by Mr. Rafael Ospina with RIO), the plant normal operations were still shut down.

- Based on visual observations during the initial assessment, GeoSystems determined that there was no risk of slope failure extending towards the eastern most tank in the near future, and that even though there was some evidence of previous movement and instability of the south slope along the tanks pad, there were not "recent" signs of slope movement and tension cracks.

- Geosystems has performed periodic slope stability site inspections since the construction of the Soil Nail Wall at the top of the slide area and no issues of concern have been identified since their initial site visit after the construction of the wall on January 25, 2023 until the preparation of their submittal of their final Geotechnical Assessment Report dated April 5, 2023.

- Both the slope to the right (looking down from the top) and left of the slide area do not show signs of current instability or ground movement (e.g. tension cracks, localized surface slopes.

- The south slope right and left of the slide area as well as the slide area have not shown signs of instability for at least the last 30 years, since Blount acquired the property in 1984.

- The City's Ductile Iron Pipe (DIP) watermain feeding the two water storage tanks on top of the hill adjacent to Blounts north property is about 50 years old.  Maintenance records of the watermain were not available to review for the preparation of this Preliminary Slope Failure Assessment Report.

- Review of videos and photographs of the slope failure area around the watermain feeding the two tanks shows a number of pine tree stumps up to 12 inches in diameter. The pine tree stumps did not show significant decay and appeared to have been cut within the last year or two. Pine tree roots were noted to be growing over and under the pipe in the area of the pipe leak still discharging water the following day after the slope failure that occurred during the evening of December 6, 2022.

- The watermain was located within 10 feet from the property line below the crest of the slope within the area of the slope failure.  The slope angle in the upper portion of the south slope was at about 1.5H:1V.  Minimal soil cover (about 12 inches in thickness) was noted over the pipe section that failed, making it susceptible to ground freezing and damaging of the pipe. A Soil cover of at least 2.5 to 3 feet is generally recommended for pressure pipes.

- Slope stability analysis indicates that the south slope had factors of safety of at least 1.1 prior to the slope failure, with no indication of tension cracks and instability. Soils in the slide area had to be significantly saturated (up to 1.5 feet of water above the slip surface for the circular slip surface, and up to 6.6 feet of water above the non-circular slip surface passing through the toe of the slope). It appears the slide mass failed through the toe of the slope (from crest to toe), indicating a significant amount of water had to be leaking from the watermain prior to the slope failure. The 2.13 inches of rain on the day of the slope failure just contributed to the already saturated soil mas.

- Review of sections of the aging watermain pipe and joints exhumed from the excavation show potential external and internal corrosion, missing bolts at pipe joints, and a potential pipe crack associated with a pipe leak. The crack could have also been created when the pipe was removed.  Blount staff or RIO were not present to examine the pipe before it was removed from the excavation.

- Review of historic daily rainfall data shows that the south slope area has been subject to up to 5.4 inches of rainfall since 1975, much higher than the 2,13 inches of rain on the day of the slope failure. At least 10 daily rainfall events have been at least 4 inches since 1975 up to the day of the slope failure. No signs of slope movement or development of tension cracks have been reported since 1984 when Blount purchased the property, over 30 years ago.

- It is RIO's opinion that Blount Construction Company, Inc. should be fully compensated for the damage caused by the slope failure that took place the evening of December 6, 2022, and the restoration of the south slope as the pipe was aging and there was not proper maintenance on the pipe; including preventing pine trees growing immediately adjacent to the pipe, the pipe

showing external and internal corrosion, and bolts missing at pipe joints. It is my expert opinion that saturation of the slide area from a pipe leak caused the slope failure.

## 4.0 REFERENCES

- "*Soil Strength and Slope Stability*", by J. Michael Duncan, Stephen G. Wright and Thomas L. Brandon, Second Edition, Wiley, p.126, 127 and 183.

- Computer Model *Slide2 Version 9.024 2D Limit Equilibrium Analysis for Slopes* by Rocscience.



Base Map Source:
Google Earth 2023 (Image 11/2021)

| SCALE: As Shown | DATE: May-26-2023 | PROJECT No.:CABKA-23-GA-1045-01 | TITLE: | Overall Site Location Plan | FIG. |
| PREPARED: RIO | CHECKED: RIO | REVISIONS: | | Cumming, Georgia | |
| CLIENT: | Chalmers-Adams-Backer-Kaufman, LLC | | | RIO GeoEngineering | 1 |
| | Blount Cumming Asphalt Plant Slope Failure | | | Geotechnical & Geoenvironmental Consulting | |



**Pre-Failure 2015 Contours - Forsyth County GIS Department**

**Post-Failure - May 8, 2013 Boundary and Topographic Survey**

SOURCE BASE MAP: 2015 Contours Per Forsyth County GIS Department. Supplied by IronStone Surveying - 5/23/2023 Plat. Water Main information obtained from County Tax Map - Tax Parcel 125 029 (file provided by City of Cumming).

SOURCE BASE MAP: Boundary and Topographic Survey Plat dated May 23, 2023 by IronStone Surveying - May 8 2023 Field Survey. Water Main information obtained from County Tax Map - Tax Parcel 125 029 (file provided by City of Cumming).

LEGEND
● SPT Boring - Geosystems 12/2022
● Hand Auger Boring - Geosystems 12/2022

| SCALE: As Shown | DATE: May-26-2023 | PROJECT No.:CABKA-23-GA-1045-01 | TITLE: | Slide Area Topographic Survey Cumming, Georgia | FIG. 2 |
| PREPARED: RIO | CHECKED: RIO | REVISIONS: | | | |
| CLIENT: | Chalmers-Adams-Backer-Kaufman, LLC Blount Cumming Asphalt Plant Slope Failure | | | RIO GeoEngineering Geotechnical & Geoenvironmental Consulting | |



**NOTES:**

B-1  - SPT Borings by Geosystems (12/2022)
HAB-1 - Hand Auger Borings by Geosystems (12/2022)
MASW P-1  - Geophysical Survey by Collier Geophysics (May 8, 2023)
   * MASW Survey along Hand Auger Borings

WATER MAIN

Fill: Firm Sands (SM)

Residual Soils: Firm Sands (SM)

Pre-Slope Failure Ground Surface (2015 GIS Forsyth County)

Post-Slope Failure Ground Surface (May 2023)

Residual Soils: Dense to Very Dense Sands (SM-SW)

Residual Soils: Medium Dense Sands (SM)

Partially Weathered Rock (PWR)

Rock

SOIL NAIL WALL
PROPERTY LINE
ORIGINAL WATER MAIN

B-1 (18'R)
B-6 (16'R)
HAB-1 (61'R) MASW P-1
HAB-2 (60-'R) MASW P-1
HAB-3 (58'R) MASW P-1
HAB-4 (59'R) MASW P-1
HAB-5 (64'R) MASW P-1

Elev. (ft-msl)
Distance from Property Line (ft)

| SCALE: As Shown | DATE:   May-27-2023 | PROJECT No.:CABKA-23-GA-1045-01 | TITLE: | |
|---|---|---|---|---|
| PREPARED:   RIO | CHECKED:   RIO | REVISIONS: | Slide Area Cross Section A-A' | FIG. |
| CLIENT: | Chalmers-Adams-Backer-Kaufman, LLC Blount Cumming Asphalt Plant Slope Failure | | RIO GeoEngineering Geotechnical & Geoenvironmental Consulting | 3 |



PIPE LEAK AREA AND PINE TREE STUMPS

Dec 7, 2022 Photo Extracted from Video by City of Cumming Staff



PINE TREE STUMP ADJACENT TO PIPE LEAK AREA

PINE TREE STUMP ADJACENT TO PIPE LEAK AREA

PINE TREE STUMP ADJACENT TO PIPE LEAK AREA

WATER MAIN

Dec 8 or 9, 2022 Photo from Preliminary Dec 12, 2022 Report by Geosystems

| SCALE: As Shown | DATE: May-27-2023 | PROJECT No.:CABKA-23-GA-1045-01 | TITLE: | Water Main Leak Area (1 of 2) Cumming, Georgia | FIG. 4 |
|---|---|---|---|---|---|
| PREPARED: RIO | CHECKED: RIO | REVISIONS: | | | |
| CLIENT: | Chalmers-Adams-Backer-Kaufman, LLC Blount Cumming Asphalt Plant Slope Failure | | **RIO GeoEngineering** Geotechnical & Geoenvironmental Consulting | | |



Dec 8 or 9, 2022 Photo from Preliminary Dec 12, 2022 Report by Geosystems

➢ Roots under and above the pipe
➢ Tree stumps not in decay state (typically pine stumps decay in 3 to 5 years)
➢ Potential shallow soil cover to protect against ground freezing

PINE TREE STUMP

PINE TREE STUMP

PINE TREE STUMP

WATER MAIN

PINE TREE ROOTS OVER AND UNDER WATER MAIN PIPE

| SCALE: As Shown | DATE: May-27-2023 | PROJECT No.:CABKA-23-GA-1045-01 | TITLE: | Water Main Leak Area (2 of 2) Cumming, Georgia | FIG. 5 |
|---|---|---|---|---|---|
| PREPARED:  RIO | CHECKED:  RIO | REVISIONS: | | | |
| CLIENT: | Chalmers-Adams-Backer-Kaufman, LLC Blount Cumming Asphalt Plant Slope Failure | | RIO GeoEngineering Geotechnical & Geoenvironmental Consulting | | |





Bolts Missing

Corroted Flange Surface



Bolts Missing

Potential Pipe Crack/Leak Location

Apearance of Pipe Corrosion Scaling (chips and inside marks on pipe)



<u>NOTES:</u>
1) Photos taken during Site Visit by Rafael Ospina on 5/08/2023. Field examination of pipe prior to removal from slide area not performed.

| SCALE:  As Shown | DATE:   May-27-2023 | PROJECT No.:CABKA-23-GA-1045-01 | TITLE: | Water Main Excavated Pipe Cumming, Georgia | FIG. 6 |
|---|---|---|---|---|---|
| PREPARED:   RIO | CHECKED:   RIO | REVISIONS: | | | |
| CLIENT: | | Chalmers-Adams-Backer-Kaufman, LLC Blount Cumming Asphalt Plant Slope Failure | | RIO GeoEngineering Geotechnical & Geoenvironmental Consulting | |



# APPENDIXES

## Appendix A

## March 28, 2023 R. Ospina Site Visit Photos

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



01 - 2023 03 28 Site Visit - IMG_E5719.



02 - 2023 03 28 Site Visit - Slide Sediment Impacted Operations Area - IMG_E5727.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



03 - 2023 03 28 Site Visit - Slide Damaged Office Trailer - IMG_E5720.



04 - 2023 03 28 Site Visit - Slide Damaged Office Trailer - IMG_E5721.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



05 - 2023 03 28 Site Visit  - Slide Damaged Office Trailer - IMG_E5722.



06 - 2023 03 28 Site Visit  - Slide & Slide Damaged Office Trailer - IMG_E5723.

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



07 - 2023 03 28 Site Visit  - Slide Damaged Office Trailer - Operations Access Blocked - IMG_E5728.



08 - 2023 03 28 Site Visit  - Slide Damaged Office Trailer - IMG_E5769.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



09 - 2023 03 28 Site Visit  - Slide Damaged Office Trailer - IMG_E5771.



10 - 2023 03 28 Site Visit  - Slide Damaged Compressed Gas Tank - IMG_E5767.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



11 - 2023 03 28 Site Visit - Slide Area Looking Up - IMG_E5725.



12 - 2023 03 28 Site Visit  - Slide Area and City New Soil Nail Wall - IMG_E5726.

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



13 - 2023 03 28 Site Visit  - Slide Debris on Pavement Area - Plant Operations Impacted - IMG_E5730.



14 - 2023 03 28 Site Visit  - Slide Debris on Pavement Area - Plant Operations Impacted - IMG_E5731.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



15 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 1 - IMG_E5732.



16 - 2023 03 28 Site Visit - Slide Sediment Impacted Pond No. 1 - IMG_E5729.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



17 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 1 - IMG_E5734.



18 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 1 - IMG_E5733.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



19 - 2023 03 28 Site Visit  - Pond No. 1 and No. 2 Separation Berm - IMG_E5735.



20 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 2 - IMG_E5736.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



21 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 2  - IMG_E5737.



22 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 2 - IMG_E5738.

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



23 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 2 IMG_E5739.



24 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 2 IMG_E5740.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



25 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 2 & Outfall SW-02 - IMG_E5741.



26 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 2 & Outfall SW-02 - IMG_E5742.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



27 - 2023 03 28 Site Visit  - Ponds No. 1, 2 and 3 Access Driveway Repaired - IMG_E5766.



28 - 2023 03 28 Site Visit  - Pond No. 2 Outfall SW-02 Culvert IMG_E5743.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



29 - 2023 03 28 Site Visit  - Slide Water Damaged Access Driveway to Pond No. 3 - IMG_E5744.



30 - 2023 03 28 Site Visit  - Slide Water Damaged Access Driveway to Pond No. 3 IMG_E5745.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



31 - 2023 03 28 Site Visit  - Slide Water Damaged Access Driveway to Pond No. 3 IMG_E5746.



32 - 2023 03 28 Site Visit  - Slide Water Damaged Access Driveway to Pond No. 3 IMG_E5747.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



33 - 2023 03 28 Site Visit  - Slide Water Damaged Access Driveway to Pond No. 3 - IMG_E5748.



34 - 2023 03 28 Site Visit  - Slide Water Damaged Access Driveway to Pond No. 3 .

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



35 - 2023 03 28 Site Visit  - Slide Sediment Discharge into Channel to Pond No. 3 - IMG_E5752.



36 - 2023 03 28 Site Visit  - Slide Sediment Discharge into Channel to Pond No. 3 - IMG_E5753.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



37 - 2023 03 28 Site Visit  - Slide Water Damaged Access Driveway to Pond No. 3 - IMG_E5750.



38 - 2023 03 28 Site Visit  - Slide Water Damaged Access Driveway to Pond No. 3IMG_E5751.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



39 - 2023 03 28 Site Visit  - Slide Water Damaged Access Driveway to Pond No. 3 - IMG_E5754.



40 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 3 - IMG_E5755.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



41 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 3 & Spillway CMP Riser - IMG_E5756.



42 - 2023 03 28 Site Visit  - Pond No. 3 Spillway CMP Riser & Silt Fence Protection -  IMG_E5757.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



43 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 3 - IMG_E5758.



44 - 2023 03 28 Site Visit  - Pond No. 3 Outfall SW-01 - IMG_E5759.

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



45 - 2023 03 28 Site Visit  - Pond No. 3 Outfall SW-01 - IMG_E5760.



46 - 2023 03 28 Site Visit  - Pond No. 3 Outfall SW-01 - No Sediment from Slide Noted - IMG_E5761.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



47 - 2023 03 28 Site Visit  - Pond No. 3 Outfall SW-01 - No Sediment from Slide Noted - IMG_E5762.



48 - 2023 03 28 Site Visit  - Pond No. 3 Dam Crest Looking Left - IMG_E5763.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



49 - 2023 03 28 Site Visit  -  Pond No. 3 Dam Crest Looking Left - IMG_E5764.

Appendix B

May 8, 2023 R. Ospina Site Visit Photos

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



01 - Failed Slope Area - IMG_E6366.



02 - Failed Slope Area - IMG_E6379.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



03 - Failed Slope Area - Asphalt Millings/Waste on Slope Surface - IMG_E6380.



04 - Driveway to City Water Tanks - IMG_E6381.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



05 - Slope Crest Left of Slide Area - Rock OutIcrops -  MG_E6382.



06 - Slope Crest Left of Slide Area - Rock Outcrops - IMG_E6383.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



07 - Soil Nail Wall & Slide Area - IMG_E6389.



08 - Soil Nail Wall & Slide Area - IMG_E6390.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



09 - Soil Nail Wall & Slide Area  - IMG_E6401.



10 - Driveway to City Water Tanks Looking Downhill - IMG_E6404.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



11 - Soil Nail Wall & Slide Area - Water Main Vault in Background - IMG_E6405.



12 - Soil Nail Wall & Slide Area - IMG_E6406.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



13 - Soil Nail Wall & Slide Area - IMG_E6407.



14 - Slide Area Looking Right - Asphalt Millings/Waste on Right Slope Surface -  IMG_E6408.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



15 - Slide Area Looking Right - IMG_E6409.



16 - Slide Area Looking Up - Asphalt Millings-Waste on Slope Surface - IMG_E6421.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



17 - Slide Area Looking Up - IMG_E6422.



18 - Slide Area Looking Up - IMG_E6439.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



19 - Slide area Looking Down - IMG_E6438.



20 - Slope Right of Slide Area - Slope Stabilization CIP Piles - IMG_E6410.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



21 - Slope Right of Side Area - Slope Stabilization CIP Driven Piles - IMG_E6411.



22 - Slope Right of Slide Area - Slope Stabilization DIP Driven Piles - IMG_E6412.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



23 - Slope Right of Slide Area - Slope Stabilization 8" Dia. CIP Driven Piles - IMG_E6413.



24 - Slope Right of Slide Area - Slope Stabilization 12" Driven Steel Beam - IMG_E6415.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



25 - Hand Auger Boring HAB-5 (Open) on Right Slope by GeoSystems (2/03/2023) - IMG_E6417.



26 - Hand Auger Boring HAB-5 (Open) on Right Slope by GeoSystems (2/03/2023) - IMG_E6418.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



27 - Hand Auger Borings Area - Asphalt Millings/Waste on Right Slope Surface - IMG_E6419.



28 - Hand Auger Borings Area - Asphalt Millings/Waste on Right Slope - IMG_E6420.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



29 - Hand Auger Boring HAB-4 (Open) on Right Slope by GeoSystems (2/03/2023) - IMG_E6423.



30 - Hand Auger Boring HAB-4 (Open) on Right Slope by GeoSystems (2/03/2023) - IMG_E6424.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



31 - Hand Auger Boring HAB-4 (Open) on Right Slope by GeoSystems (2/03/2023) - IMG_E6425.



32 - Hand Auger Borings Area - Asphalt Millings/Waste on Right Slope Surface - IMG_E6426.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



33 - Hand Auger Borings Area - Asphalt Millings/Waste on Right Slope Surface - IMG_E6427.



34 - Hand Auger Boring HAB-3 (Open) on Right Slope by GeoSystems (2/03/2023) - IMG_E6428.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



35 - Hand Auger Boring HAB-3 (Open) on Right Slope by GeoSystems (2/03/2023) - IMG_E6429.



36 - Hand Auger Boring HAB-2 (Open) on Right Slope by GeoSystems (2/03/2023) - IMG_E6430.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



37 - Hand Auger Boring HAB-2 (Open) on Right Slope by GeoSystems (2/03/2023) - IMG_E6431.



38 - Hand Auger Boring HAB-1 (Open) on Right Slope by GeoSystems (2/03/2023) - IMG_E6432.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



39 - Up Slope End of Seismic Line P1 on Right Slope by Collier Geophysisc (3/08/2023 ) - IMG_E6433.



40 - Up Slope End of Seismic Line P1 on Right Slope by Collier Geophysisc (3/08/2023 ) - IMG_E6434.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



41 - Slide Area Right Slope - Property Line Stake - IMG_E6435.



42 - Slide Area Right Slope - Property Line Stake HAB Right Slope - IMG_E6436.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



43 - Slide Area Right Slope - Property Line Stake HAB Right Slope - IMG_E6437.



44 - Down Slope End of Seismic Line P1 on Right Slope by Collier Geophysisc (3/08/2023) - IMG_E6440.
RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



45 - Down Slope End of Seismic Line P1 on Right Slope by Collier Geophysisc (3/08/2023) - IMG_E6441.



46 - City Water Main Vault - IMG_E6388.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



47 - City Water Main Vault - IMG_E6394.



48 - City Water Main Vault - IMG_E6392.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



49 - City Water Main Leak Excavated Pipe - IMG_E6395.



50 - City Water Main Leak Excavated Pipe - IMG _E6396.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



51 - City Water Main Leak Excavated Pipe - IMG_E6397.



52 - City Water Main Leak Excavated Pipe - IMG_E6398.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



53 - City Water Main Leak Excavated Pipe - IMG_E6399.



54 - Water Main Leak Excavated Pipe - IMG_E6400.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



55 - Ponds No. 1, 2, and 3 Access Driveway -  Repaired Flood Damaged Road Surface - IMG_E6367.



56 - Ponds No. 3 Access Driveway - Flood Damaged Road Surface - IMG_E6368.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



57 - Pond No. 3 Access Driveway - Flood Damaged Road Surface - IMG_E6369.



58 - Pond No. 3 Access Driveway - Flood Damaged Road Surface - IMG_E6370.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



59 - Pond No. 3 Access Driveway - Flood Damaged Road Surface - IMG_E6371.



60 - Pond No. 3 Access Driveway - Flood Damaged Road Surface - IMG_E6372.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



61 - Pond No. 3 Access Driveway-Crest IMG_E6373.



62 - Pond No. 3 Access Driveway-Crest - IMG_E6374.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



63 - Pond No. 3 Access Driveway-Crest - IMG_E6375.



64 - Pond No. 3 Access Driveway-Crest - IMG_E6376.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



65 - Flooded Equipment Storage Containers -  IMG_E6377.



66 - Flooded Equipment Storage Containers - IMG_E6378.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



67 - Flooded Equipment Storage Containers - IMG_E6442.



68 - Flooded Equipment Storage Containers - IMG_E6443.

RIO GeoEngineering

Appendix C

May 8, 2023 Boundary and Topographic Survey

Case 1:23-ap-96899-LRC    Document 2542-8    Filed 08/09/23    Page 90 of 149



**INCIDENT AREA: SEE DETAILS**

19.086 ACRES
831,375 SQFT

2015 CONTOURS PER FORSYTH
COUNTY GIS DEPARTMENT
SCALE 1" = 60'

CURRENT CONTOURS WITH 2015 CONTOURS
SCALE 1" = 60'

THIS
SURVEY

LOCATION MAP
NOT TO SCALE

GEORGIA STATE HIGHWAY No. 20

GRID NORTH
NAD 83/GA WEST

IronStone
SURVEYING

BOUNDARY & TOPOGRAPHIC SURVEY
FOR BLOUNT CONSTRUCTION COMPANY, INC.
IN LAND LOTS 1060 & 1101, DISTRICT 3, SECTION 1, FORSYTH COUNTY, GEORGIA

JOHN PATRICK HARRIS, P.L.S. #2311

05/23/2023
DATE

SYMBOL LEGEND

LEGEND

911 CANTON HIGHWAY
CUMMING, GEORGIA, 30040

Appendix D

Record Review Select Site Photos

BLOUNT CONSTRUCTION CUMMING ASPHALT PLANT

2021 and 2022 PRE-FAILURE PHOTOS

Blount Construction Cumming Asphalt Plant Records Select Photos -
Project Number CABKA-23-GA



01 - 2021 03 12 Pre-Slope Failure Aerial Photo - DJI_0126 - By Blount Construction



02 - 2021 03 12 Pre-Slope Failure Aerial Photo - DJI_0131 - By Blount Construction

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos - Project Number CABKA-23-GA



03 - 2021 03 12 Pre-Slope Failure Aerial Photo - DJI_0162 - By Blount Construction



04 - 2022 04 Pre-Slope Failure Aerial Photo - 202DJI_0277 - By Blount Construction

RIO GeoEngineering

BLOUNT CONSTRUCTION CUMMING ASPHALT PLANT

2022 and 2023 POST-FAILURE PHOTOS

May 2023

CABKA-23-GA-1045-01

BLOUNT CONSTRUCTION CUMMING ASPHALT PLANT SLOPE FAILURE
CUMMING, GEORGIA



Dec 7, 2022 Photo Extracted from Video by City of Cumming Staff



Dec 8 or 9, 2022 Photo from Preliminary Dec 12, 2022 Report by Geosystems

RIO GeoEngineering

May 2023                                                                                                                                    CABKA-23-GA-1045-01

BLOUNT CONSTRUCTION CUMMING ASPHALT PLANT SLOPE FAILURE
CUMMING, GEORGIA



RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos -
Project Number CABKA-23-GA



01 - 2022 12 07 SM Video 1 - by City Staff.
RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos - Project Number CABKA-23-GA



02 - 2022 12 07 SM Video 1 - by City Staff.
RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos -
Project Number CABKA-23-GA



03 - 2022 12 07 SM Video 1 - by City Staff.
RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos -
Project Number CABKA-23-GA



04 - 2022 12  08 - 09 - by GeoSystems.



05 - 2022 12  08 - 09 - by GeoSystems.
RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos - Project Number CABKA-23-GA



06 - 2022 12  08 - 09 - by GeoSystems.



07 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos - Project Number CABKA-23-GA



08 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight



09 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos -
Project Number CABKA-23-GA



10 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight



11 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos - Project Number CABKA-23-GA



12 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight



13 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight.
RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos - Project Number CABKA-23-GA



14 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight



15 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos -
Project Number CABKA-23-GA



16 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight



17 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos - Project Number CABKA-23-GA



18 - 2023 Jan-Feb DJI_0013.MP4. - After Soil Nail Wall Construction City Drone Flight



19 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos - Project Number CABKA-23-GA



20 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight



21 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos -
Project Number CABKA-23-GA



22 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight



23 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos -
Project Number CABKA-23-GA



24 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight



25 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos - Project Number CABKA-23-GA



26 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight

Appendix E

1975 – 2023 Historic Rainfall Data





Base Map Source: Google Earth 2023
Note: Blount Cumming Asphalt Plant Site to NCEI (NOAA) Rain
Station are 2.35 Miles Apart.

| SCALE: As Shown | DATE: May-26-2023 | PROJECT No.:CABKA-23-GA-1045-01 | TITLE: NCEI Weathert Station Site Location Plan Cumming, Georgia | FIG. E-1 |
|---|---|---|---|---|
| PREPARED: RIO | CHECKED: RIO | REVISIONS: | | |
| CLIENT: | Chalmers-Adams-Backer-Kaufman, LLC Blount Cumming Asphalt Plant Slope Failure | | RIO GeoEngineering Geotechnical & Geoenvironmental Consulting | |

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

**Record of Climatological Observations**

These data are quality controlled and may not be identical to the original observations.
Generated on 05/18/2023

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 1140 ft. Lat: 34.2286° N Lon: -84.1281° W
Station: **CUMMING 2 N, GA US USC00092408**

Observation Time Temperature: 0730 Observation Time Precipitation: 0730

| Year | Month | Day | Temperature (F) "24 Hrs. Ending at Observation Time" Max. | Min. | At Obs. | Precipitation 24 Hour Amounts Ending at Observation Time Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | At Obs. Time Snow, Ice Pellets, Hail, Ice on Ground (in) | Evaporation 24 Hour Wind Movement (mi) | Amount of Evap. (in) | "Soil Temperature (F)" 4 in. Depth Ground Cover (see *) | Max. | Min. | 8 in. Depth Ground Cover (see *) | Max. | Min. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | 12 | 01 | 61 | 28 | 33 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 02 | 55 | 31 | 40 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 03 | 56 | 31 | 52 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 04 | 59 | 40 | 43 | 0.16 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 05 | 58 | 43 | 46 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 06 | 58 | 46 | 47 | 2.13 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 07 | 58 | 43 | 53 | 0.11 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 08 | 67 | 53 | 63 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 09 | 71 | 61 | 62 | 0.10 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 10 | 63 | 50 | 50 | 0.62 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 11 | 64 | 48 | 53 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 12 | 63 | 49 | 51 | 0.30 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 13 | 51 | 44 | 49 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 14 | 49 | 42 | 42 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 15 | 46 | 41 | 46 | 2.03 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 16 | 53 | 35 | 35 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 17 | 48 | 35 | 42 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 18 | 45 | 30 | 34 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 19 | 43 | 24 | 26 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 20 | 48 | 26 | 40 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 21 | 45 | 23 | 31 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 22 | 41 | 24 | 26 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 23 | 41 | 13 | 13 | 0.17 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 24 | 41 | 4 | 7 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 25 | 23 | 7 | 19 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 26 | 33 | 19 | 26 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 27 | 50 | 26 | 41 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 28 | 55 | 26 | 37 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 29 | 54 | 34 | 53 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 30 | 63 | 35 | 49 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 31 | 64 | 38 | 51 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| | Summary | | 52 | 34 | | 5.62 | | 0.0 | | | | | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.

*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown

"s" This data value failed one of NCEI's quality control tests.      "At Obs." = Temperature at time of observation

"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.

"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.

Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.



**1975 - 2023 Historic High Rainfall Data Above 12/06/2022 Rainfall Event (2.13 Inches)**
**NCEI (NOAA) Station: CUMMING 2 N, GA US USC00092408**

| Date | Rainfall Precipitation (inches) | Snow Pecipitation (inches) |
|---|---|---|
| 2/3/1982 | 5.4 | 0 |
| 7/9/2022 | 5.4 | 0 |
| 9/17/2004 | 5.22 | 0 |
| 6/24/1980 | 5.06 | 0 |
| 3/17/1990 | 5 | 0 |
| 3/30/1977 | 4.67 | 0 |
| 9/22/2009 | 4.45 | 0 |
| 10/9/1977 | 4.25 | 0 |
| 12/6/1983 | 4.2 | 0 |
| 9/25/1997 | 4.2 | 0 |
| 12/28/2018 | 4 | |
| 11/11/2009 | 3.87 | 0 |
| 11/16/2006 | 3.84 | 0 |
| 9/21/2021 | 3.76 | 0 |
| 7/31/2001 | 3.72 | 0 |
| 3/6/2003 | 3.7 | 0 |
| 7/24/1997 | 3.67 | 0 |
| 10/5/1995 | 3.65 | 0 |
| 1/6/2009 | 3.65 | 0 |
| 9/17/2020 | 3.65 | 0 |
| 7/2/2003 | 3.5 | 0 |
| 1/4/2023 | 3.5 | 0 |
| 9/12/1988 | 3.4 | 0 |
| 4/13/1979 | 3.37 | 0 |
| 1/12/1993 | 3.37 | 0 |
| 8/8/2005 | 3.37 | 0 |
| 3/16/1976 | 3.32 | 0 |
| 4/7/2014 | 3.3 | |
| 10/16/2002 | 3.25 | 0 |
| 7/7/2005 | 3.25 | 0 |
| 10/2/2012 | 3.25 | |
| 10/11/1999 | 3.23 | 0 |
| 5/27/1981 | 3.21 | 0 |
| 10/26/1997 | 3.21 | 0 |
| 11/19/2003 | 3.21 | 0 |
| 5/5/2013 | 3.21 | |
| 5/19/2013 | 3.2 | |
| 4/9/1998 | 3.19 | 0 |
| 11/13/2018 | 3.17 | |
| 7/3/2015 | 3.11 | |
| 7/11/2005 | 3.06 | 0 |
| 4/19/2019 | 3.05 | 0 |
| 12/17/1992 | 3.04 | 0 |
| 10/1/1989 | 3.02 | 0 |
| 11/22/1991 | 2.99 | 0 |
| 8/20/1998 | 2.94 | 0 |
| 8/27/1995 | 2.91 | 0 |
| 10/4/1995 | 2.91 | 0 |

**1975 - 2023 Historic High Rainfall Data Above 12/06/2022 Rainfall Event (2.13 Inches)
NCEI (NOAA) Station: CUMMING 2 N, GA US USC00092408**

| Date | Rainfall Precipitation (inches) | Snow Pecipitation (inches) |
|---|---|---|
| 8/26/2008 | 2.89 | 0 |
| 9/23/2003 | 2.87 | 0 |
| 4/16/2011 | 2.86 | |
| 8/23/2015 | 2.86 | |
| 3/6/1983 | 2.83 | 0 |
| 9/22/1989 | 2.81 | 0 |
| 2/26/1992 | 2.81 | 0 |
| 3/7/1996 | 2.81 | 0 |
| 10/4/2015 | 2.81 | 0 |
| 7/23/1988 | 2.8 | 0 |
| 8/21/2010 | 2.8 | 0 |
| 10/11/2018 | 2.75 | |
| 2/11/1981 | 2.74 | 0 |
| 3/8/1998 | 2.72 | 0 |
| 4/4/1998 | 2.71 | 0 |
| 3/13/1976 | 2.7 | 0 |
| 8/5/1978 | 2.7 | 0 |
| 4/23/2018 | 2.7 | 0 |
| 10/26/1977 | 2.68 | 0 |
| 8/19/2013 | 2.61 | |
| 4/28/1997 | 2.58 | 0 |
| 4/12/1988 | 2.52 | 0 |
| 3/25/1994 | 2.52 | 0 |
| 11/6/1977 | 2.5 | 0 |
| 2/13/2014 | 2.5 | 2.5 |
| 5/2/2017 | 2.5 | 0 |
| 10/2/1989 | 2.49 | 0 |
| 10/30/1993 | 2.49 | 0 |
| 9/12/2017 | 2.48 | 0 |
| 11/5/1977 | 2.46 | 0 |
| 8/17/1994 | 2.46 | 0 |
| 3/10/2011 | 2.45 | |
| 3/6/1996 | 2.43 | 0 |
| 1/20/2002 | 2.42 | 0 |
| 11/2/2015 | 2.41 | |
| 9/7/2004 | 2.4 | |
| 12/11/2008 | 2.38 | 0 |
| 9/21/2002 | 2.37 | 0 |
| 8/30/2005 | 2.36 | 0 |
| 1/21/1979 | 2.35 | 0 |
| 9/4/2001 | 2.35 | |
| 12/5/2002 | 2.35 | 0 |
| 1/19/1987 | 2.34 | 0 |
| 7/16/1978 | 2.33 | 0 |
| 5/15/1976 | 2.32 | 0 |
| 3/21/1980 | 2.32 | 0 |
| 8/14/2005 | 2.32 | 0 |
| 6/9/1996 | 2.3 | 0 |

May 2023                                                                                                 CABKA-23-GA-1045-01

**1975 - 2023 Historic High Rainfall Data Above 12/06/2022 Rainfall Event (2.13 Inches)**
**NCEI (NOAA) Station: CUMMING 2 N, GA US USC00092408**

| Date | Rainfall Precipitation (inches) | Snow Pecipitation (inches) |
|---|---|---|
| 7/11/2003 | 2.3 | 0 |
| 11/19/2015 | 2.3 | |
| 2/21/2019 | 2.3 | 0 |
| 2/4/2022 | 2.3 | 0 |
| 3/21/2006 | 2.29 | 0 |
| 10/10/1986 | 2.28 | 0 |
| 9/8/2004 | 2.28 | 0 |
| 10/12/2009 | 2.28 | 0 |
| 1/10/1977 | 2.25 | 0 |
| 11/27/1993 | 2.25 | 0 |
| 10/28/2009 | 2.25 | 0 |
| 6/1/2014 | 2.25 | |
| 1/25/1990 | 2.24 | 0 |
| 2/4/1998 | 2.22 | 0 |
| 2/11/2020 | 2.22 | 0 |
| 9/29/1980 | 2.21 | 0 |
| 11/24/1983 | 2.21 | 0 |
| 12/12/1983 | 2.21 | 0 |
| 3/4/1979 | 2.2 | 0 |
| 12/24/2015 | 2.2 | |
| 2/25/2016 | 2.2 | |
| 9/3/2016 | 2.2 | |
| 12/9/2018 | 2.2 | |
| 9/30/1998 | 2.17 | 0 |
| 8/27/2008 | 2.17 | 0 |
| 12/12/1982 | 2.16 | 0 |
| 11/16/2002 | 2.16 | 0 |
| 1/31/2013 | 2.16 | |
| 5/29/1976 | 2.15 | 0 |
| 3/3/2012 | 2.15 | |
| 12/6/2022 | 2.13 | 0 |



Note regarding subsequent/missing values

**TOTAL MONTHLY CUMULATIVE BY 12/6/2022:**

Highest: 8.03" in 1983
Normal: 0.92"
Lowest: 0" in 1970
On Dec 6, 2022: 2.29"



Note regarding subsequent/missing values

## TOTAL ANNUAL CUMULATIVE BY 12/6/2022:

Highest: 77.45" in 1964
Normal: 52.09"
Lowest: 35.01" in 1987
On Dec 6, 2022: 54.55"

## Monthly Total Precipitation for CUMMING 2N, GA

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|--------|
| 2008 | 2.77 | M | M | M | M | M | M | 7.93 | 1.36 | 3.37 | 2.38 | 7.14 | M |
| 2009 | M | M | 7.28 | 5.27 | 7.24 | 1.45 | 2.95 | 5.30 | 11.62 | 10.36 | 6.30 | M | M |
| 2010 | M | M | M | M | M | M | 6.41 | 6.03 | 3.36 | 1.86 | 2.81 | 4.41 | M |
| 2011 | M | M | 10.08 | 5.96 | M | 5.55 | 3.42 | 2.24 | 3.19 | 3.07 | 5.90 | 5.33 | M |
| 2012 | M | 2.63 | 5.17 | 1.87 | 5.18 | 4.09 | 8.66 | 4.42 | 1.52 | 4.97 | 1.17 | 6.88 | M |
| 2013 | 8.35 | 6.66 | 5.03 | 6.36 | 8.20 | 6.83 | 8.49 | 8.16 | 3.59 | 2.94 | 3.70 | 9.86 | M |
| 2014 | 5.07 | 6.09 | 4.05 | 6.39 | 3.30 | 5.91 | 3.07 | 1.42 | 3.07 | 4.37 | 4.04 | 4.94 | M |
| 2015 | 4.05 | 3.32 | 2.43 | 6.73 | 4.06 | 4.91 | M | 6.95 | 4.52 | 7.06 | 10.52 | 10.04 | M |
| 2016 | M | M | M | M | M | 4.40 | 1.85 | M | M | 0.32 | 2.06 | 4.16 | M |
| 2017 | 5.16 | 2.02 | M | M | M | 5.43 | M | M | 4.62 | 4.71 | M | M | M |
| 2018 | 3.21 | M | 5.59 | 5.96 | 5.12 | 5.22 | 5.10 | 6.64 | M | M | M | M | M |
| 2019 | 6.94 | 10.16 | 4.54 | 5.94 | M | M | 6.35 | M | M | M | M | M | M |
| 2020 | M | 11.50 | 7.89 | 8.12 | 3.38 | 4.90 | 2.57 | 7.56 | 7.44 | 6.79 | 3.64 | 4.27 | M |
| 2021 | 5.33 | 5.30 | 4.21 | 4.08 | 4.62 | 3.49 | M | 4.84 | 8.37 | 5.27 | 2.29 | 4.96 | M |
| 2022 | 4.22 | 7.21 | 5.79 | 2.99 | 4.38 | 3.88 | 11.14 | 4.01 | 1.78 | 1.87 | 4.99 | 5.62 | 57.88 |
| 2023 | 10.26 | 5.12 | 5.32 | 6.37 | M | M | M | M | M | M | M | M | M |
| Mean | 5.54 | 6.00 | 5.62 | 5.50 | 5.05 | 4.67 | 5.46 | 5.46 | 4.54 | 4.38 | 4.15 | 6.15 | 57.88 |
| Max | 10.26 2023 | 11.50 2020 | 10.08 2011 | 8.12 2020 | 8.20 2013 | 6.83 2013 | 11.14 2022 | 8.16 2013 | 11.62 2009 | 10.36 2009 | 10.52 2015 | 10.04 2015 | 57.88 2022 |
| Min | 2.77 2008 | 2.02 2017 | 2.43 2015 | 1.87 2012 | 3.30 2014 | 1.45 2009 | 1.85 2016 | 1.42 2014 | 1.36 2008 | 0.32 2016 | 1.17 2012 | 4.16 2016 | 57.88 2022 |

Appendix F

Slope Stability Analysis



Pre-Failure 2015 Contours - Forsyth County GIS Department

Post-Failure - May 8, 2013 Boundary and Topographic Survey

SOURCE BASE MAP. 2015 Contours Per Forsyth County GIS Department. Supplied by IronStone Surveying - 5/23/2023 Plat. Water Main information obtained from County Tax Map - Tax Parcel 125 029 (file provided by City of Cumming).

SOURCE BASE MAP. Boundary and Topographic Survey Plat dated May 23, 2023 by IronStone Surveying - May 8 2023 Field Survey. Water Main information obtained from County Tax Map - Tax Parcel 125 029 (file provided by City of Cumming).

LEGEND
● SPT Boring - Geosystems 12/2022
● Hand Auger Boring - Geosystems 12/2022

| SCALE: As Shown | DATE: May-18-2023 | PROJECT No.:CABKA-23-GA-1045-01 | TITLE: Topo and Stability Cross Section Location Cumming, Georgia | FIG. F-1 |
| PREPARED: RIO | CHECKED: RIO | REVISIONS: | | |
| CLIENT: | Chalmers-Adams-Backer-Kaufman, LLC Blount Cumming Asphalt Plant Slope Failure | | RIO GeoEngineering Geotechnical & Geoenvironmental Consulting | |



**0.950**

| Method Name | Min FS |
|---|---|
| Bishop simplified | 0.957 |
| Janbu simplified | 0.950 |
| GLE / Morgenstern-Price | 0.954 |

| Material Name | Color | Unit Weight (lbs/ft3) | Cohesion (psf) | Phi (deg) | Ru |
|---|---|---|---|---|---|
| Fill: Firm Sands (SM) | | 115 | 0 | 32 | 0 |
| Residual Soils: Firm Sands (SM) | | 120 | 0 | 34 | 0 |
| Residual Soils: Dense to Very Dense Sands (SM-SW) | | 130 | 0 | 41 | 0 |
| Residual Soils: Medium Dense Sands (SM) | | 120 | 0 | 36 | 0 |
| Partially Weathered Rock (PWR) | | 130 | 0 | 45 | 0 |

PROPERTY LINE

ORIGINAL WATER MAIN

B-1 (18'R)  B-6 (16'R)
HAB-1 (61'R)
MASW P-1

HAB-2 (60-'R)
MASW P-1
HAB-3 (58'R)
MASW P-1
HAB-4 (59'R)
MASW P-1

HAB-5 (64'R)
MASW P-1

Post-Slope Failure Ground Surface (May 2023)

**RIO GeoEngineering**
Geotechnical & Geoenvironmental Consulting

SLIDEINTERPRET 9.024

| Project | | |
|---|---|---|
| | Blount Cumming Asphalt Plant Slope Failure | Project No. CABKA-23-GA-1045-01 |
| Group | | Scenario |
| | Cross Section A-A' | Long Term - Composite - C=0 psf |
| Drawn By | | Company |
| | R. Ospina | Chalmers, Adams, Backer & Kaufman, LLC |
| Date | | File Name |
| | 5/22/2023, 5:41:57 PM | Blount Long Term Sec A-A' - Composite  c=0psf.slim |



| Method Name | Min FS |
|---|---|
| Bishop simplified | 1.148 |
| Janbu simplified | 1.108 |
| GLE / Morgenstern-Price | 1.145 |

| Material Name | Color | Unit Weight (lbs/ft3) | Cohesion (psf) | Phi (deg) | Ru |
|---|---|---|---|---|---|
| Fill: Firm Sands (SM) | | 115 | 50 | 32 | 0 |
| Residual Soils: Firm Sands (SM) | | 120 | 50 | 34 | 0 |
| Residual Soils: Dense to Very Dense Sands (SM-SW) | | 130 | 0 | 41 | 0 |
| Residual Soils: Medium Dense Sands (SM) | | 120 | 0 | 36 | 0 |
| Partially Weathered Rock (PWR) | | 130 | 0 | 45 | 0 |

Post-Slope Failure Ground Surface (May 2023)

**RIO GeoEngineering**
Geotechnical & Geoenvironmental Consulting

| Project | Blount Cumming Asphalt Plant Slope Failure | Project No. CABKA-23-GA-1045-01 |
|---|---|---|
| Group | Cross Section A-A' | Scenario: Long Term - Composite - C=50 psf (Strength Back Analysis) |
| Drawn By | R. Ospina | Company: Chalmers, Adams, Backer & Kaufman, LLC |
| Date | 5/22/2023, 5:41:57 PM | File Name: Blount Long Term Sec A-A' - Composite  c=50psf.slim |



| Method Name | Min FS |
|---|---|
| Bishop simplified | 1.046 |
| Janbu simplified | 1.007 |
| GLE / Morgenstern-Price | 1.045 |

| Material Name | Color | Unit Weight (lbs/ft3) | Cohesion (psf) | Phi (deg) | Ru |
|---|---|---|---|---|---|
| Fill: Firm Sands (SM) | | 115 | 50 | 32 | 0 |
| Residual Soils: Firm Sands (SM) | | 120 | 50 | 34 | 0.07 |
| Residual Soils: Dense to Very Dense Sands (SM-SW) | | 130 | 0 | 41 | 0 |
| Residual Soils: Medium Dense Sands (SM) | | 120 | 0 | 36 | 0 |
| Partially Weathered Rock (PWR) | | 130 | 0 | 45 | 0 |

PROPERTY LINE

ORIGINAL WATER MAIN

1.007

Maximum Pore Water Pressure (Ru=0.07) = 92.29 psf (1.48 ft of water)

B-1 (18'R)   B-6 (16'R)

HAB-1 (51'R) MASW P-1

HAB-2 (60-'R) MASW P-1

HAB-3 (58'R) MASW P-1

HAB-4 (59'R) MASW P-1

HAB-5 (64'R) MASW P-1

Post-Slope Failure Ground Surface (May 2023)

**RIO GeoEngineering**
Geotechnical & Geoenvironmental Consulting

| Project | Blount Cumming Asphalt Plant Slope Failure | Project No. CABKA-23-GA-1045-01 |
|---|---|---|
| Group | Cross Section A-A' | Scenario: Short Term (Pipe Leak) - Composite - Ru=0.07 - C=50 psf |
| Drawn By | R. Ospina | Company: Chalmers, Adams, Backer & Kaufman, LLC |
| Date | 5/22/2023, 5:41:57 PM | File Name: Blount Long Term Sec A-A' - Composite Ru=0.07 c=50psf.slim |

SLIDEINTERPRET 9.024



| Method Name | Min FS |
|---|---|
| Bishop simplified | 1.003 |
| Janbu simplified | 0.968 |
| GLE / Morgenstern-Price | 0.999 |

2% Probability in 50 Years M=4.9     PGA=0.14g     Ah=0.5PGA

▶ 0.07

| Material Name | Color | Unit Weight (lbs/ft3) | Cohesion (psf) | Phi (deg) | Ru |
|---|---|---|---|---|---|
| Fill: Firm Sands (SM) | | 115 | 50 | 32 | 0 |
| Residual Soils: Firm Sands (SM) | | 120 | 50 | 34 | 0 |
| Residual Soils: Dense to Very Dense Sands (SM-SW) | | 130 | 0 | 41 | 0 |
| Residual Soils: Medium Dense Sands (SM) | | 120 | 0 | 36 | 0 |
| Partially Weathered Rock (PWR) | | 130 | 0 | 45 | 0 |

PROPERTY LINE

ORIGINAL WATER MAIN

0.968

B-1 (18'R)   B-6 (16'R)
HAB-1 (51'R) MASW P-1
HAB-2 (60-'R) MASW P-1
HAB-3 (58'R) MASW P-1
HAB-4 (59'R) MASW P-1
HAB-5 (64'R) MASW P-1

Post-Slope Failure Ground Surface (May 2023)

**RIO GeoEngineering**
Geotechnical & Geoenvironmental Consulting

SLIDEINTERPRET 9.024

| Project | | | Blount Cumming Asphalt Plant Slope Failure    Project No. CABKA-23-GA-1045-01 | |
|---|---|---|---|---|
| Group | Cross Section A-A' | Scenario | Short Term (Seismic) - Composite - C=50 psf. | |
| Drawn By | R. Ospina | Company | Chalmers, Adams, Backer & Kaufman, LLC | |
| Date | 5/22/2023, 5:41:57 PM | File Name | Blount Short Term (Seismic) Sec A-A' - Composite  c=50psf.slim | |



| Method Name | Min FS |
|---|---|
| Bishop simplified | 1.528 |
| Janbu simplified | 1.445 |
| GLE / Morgenstern-Price | 1.534 |

| Material Name | Color | Unit Weight (lbs/ft3) | Cohesion (psf) | Phi (deg) | Ru |
|---|---|---|---|---|---|
| Fill: Firm Sands (SM) | | 115 | 50 | 32 | 0 |
| Residual Soils: Firm Sands (SM) | | 120 | 50 | 34 | 0 |
| Residual Soils: Dense to Very Dense Sands (SM-SW) | | 130 | 0 | 41 | 0 |
| Residual Soils: Medium Dense Sands (SM) | | 120 | 0 | 36 | 0 |
| Partially Weathered Rock (PWR) | | 130 | 0 | 45 | 0 |

**RIO GeoEngineering**
Geotechnical & Geoenvironmental Consulting

SLIDEINTERPRET 9.024

| Project | Blount Cumming Asphalt Plant Slope Failure    Project No. CABKA-23-GA-1045-01 |
|---|---|
| Group | Cross Section A-A' |
| Drawn By | R. Ospina |
| Date | 5/22/2023, 5:41:57 PM |
| Scenario | Long Term - Non-Circular - C=50 psf |
| Company | Chalmers, Adams, Backer & Kaufman, LLC |
| File Name | Blount Long Term Sec A-A' - Non-Circular c=50psf.slim |



| Method Name | Min FS |
|---|---|
| Bishop simplified | 1.060 |
| Janbu simplified | 0.995 |
| GLE / Morgenstern-Price | 1.073 |

0.995

| Material Name | Color | Unit Weight (lbs/ft3) | Cohesion (psf) | Phi (deg) | Ru |
|---|---|---|---|---|---|
| Fill: Firm Sands (SM) | | 115 | 50 | 32 | 0 |
| Residual Soils : Firm Sands (SM) | | 120 | 50 | 34 | 0.27 |
| Residual Soils: Dense to Very Dense Sands (SM-SW) | | 130 | 0 | 41 | 0 |
| Residual Soils: Medium Dense Sands (SM) | | 120 | 0 | 36 | 0 |
| Partially Weathered Rock (PWR) | | 130 | 0 | 45 | 0 |

PROPERTY LINE

ORIGINAL WATER MAIN

B-1 (18'R)
B-6 (16'R)
HAB-1 (61'R) MASW P-1
HAB-2 (60-'R) MASW P-1
HAB-3 (58'R) MASW P-1
HAB-4 (59'R) MASW P-1
HAB-5 (64'R) MASW P-1

Maximum Pore Water Pressure (Ru=0.27) = 414.55 psf (6.6 ft of water)

Post-Slope Failure Ground Surface (May 2023)

**RIO GeoEngineering**
Geotechnical & Geoenvironmental Consulting

SLIDEINTERPRET 8.024

| Project | Blount Cumming Asphalt Plant Slope Failure | Project No. CABKA-23-GA-1045-01 |
|---|---|---|
| Group | Cross Section A-A' | Scenario: Short Term (Pipe Leak) - Non-Circular - Ru=0.27 - C=50 psf |
| Drawn By | R. Ospina | Company: Chalmers, Adams, Backer & Kaufman, LLC |
| Date | 5/22/2023, 5:41:57 PM | File Name: Blount Short Term (Pipe Leak) Sec A-A' - Non-Circular Ru-0.27 c=50psf.slim |



| Method Name | Min FS |
|---|---|
| Bishop simplified | 1.308 |
| Janbu simplified | 1.238 |
| GLE / Morgenstern-Price | 1.314 |

2% Probability in 50 Years M=4.9    PGA=0.14g    Ah=0.5PGA

| Material Name | Color | Unit Weight (lbs/ft3) | Cohesion (psf) | Phi (deg) | Ru |
|---|---|---|---|---|---|
| Fill: Firm Sands (SM) | | 115 | 50 | 32 | 0 |
| Residual Soils: Firm Sands (SM) | | 120 | 50 | 34 | 0 |
| Residual Soils: Dense to Very Dense Sands (SM-SW) | | 130 | 0 | 41 | 0 |
| Residual Soils: Medium Dense Sands (SM) | | 120 | 0 | 36 | 0 |
| Partially Weathered Rock (PWR) | | 130 | 0 | 45 | 0 |

**RIO GeoEngineering**
Geotechnical & Geoenvironmental Consulting

SLIDEINTERPRET 9.024

| Project | Blount Cumming Asphalt Plant Slope Failure | Project No. CABKA-23-GA-1045-01 |
|---|---|---|
| Group | Blount Short Term (Seismic) Sec A-A' - Non-Circular c=50psf.slim | Scenario: Blount Short Term (Seismic) Sec A-A' - Non-Circular c=50psf.slim |
| Drawn By | R. Ospina | Company: Chalmers, Adams, Backer & Kaufman, LLC |
| Date | 5/22/2023, 5:41:57 PM | File Name: Blount Short Term (Seismic) Sec A-A' - Non-Circular c=50psf.slim |

## CITY OF CUMMING, GEORGIA
### HIGHWAY 20 SAWNEE TANK SITE SLOPE FAILURE
### FORSYTH COUNTY, GEORGIA

# LOG OF BORING B-1

GEOLOGIST: *NA*

ELEVATION (feet): *1388*

NOTES: 1. No groundwater encountered at the time of drilling (NGWE). 2. No ground water measured at the end of day (NGWM).

DATE DRILLED: *12/29/2022*

BORING DEPTH (feet): *15*

DRILLER: *KILMAN BROS., INC.*

WATER LEVEL ▽ TOB (feet): *NGWE* ▼ 24HR (feet): *NGWM*

DRILLING METHOD: *HOLLOW STEM AUGER WTIH AUTOMATIC HAMMER*

| DEPTH (feet) | GRAPHIC LOG | GEOLOGIC DESCRIPTION | ELEV (feet) | N VALUE | STANDARD PENETRATION RESISTANCE (blows/ft) |
|---|---|---|---|---|---|
| 0 | | <u>POSSIBLE FILL:</u> Loose tan brown silty fine to coarse SAND (SM), rock fragments, moist | 1388 | | |
| | | | | 7 | |
| | | <u>RESIDUUM:</u> Medium dense tan pinkish brown silty fine to medium SAND (SM) | | | |
| 5 | | | 1383 | 27 | |
| | | <u>PARTIALLY WEATHERED ROCK:</u> Sampled as very dense tan white slightly micaceous silty fine to coarse SAND (SM), rock fragments | | 50/2" | |
| 10 | | | 1378 | 50/4" | |
| 15 | | | 1373 | 50/1" | |
| | | Boring terminated at 15 feet. | | | |

**GEOSYSTEMS ENGINEERING, INC.**

JOB NO. 22-2875

**CITY OF CUMMING, GEORGIA**
**HIGHWAY 20 SAWNEE TANK SITE SLOPE FAILURE**
**FORSYTH COUNTY, GEORGIA**

# LOG OF BORING B-6

GEOLOGIST: *NA*

ELEVATION (feet): *1389*

NOTES: 1. No groundwater encountered at the time of drilling (NGWE). 2. No ground water measured at the end of day (NGWM). 3. Undisturbed sample collected from offset auger boring 3 feet north of B-6.

DATE DRILLED: *12/28/2022*

BORING DEPTH (feet): *48*

DRILLER: *KILMAN BROS., INC.*

WATER LEVEL ▽ TOB (feet): *NGWE* ▼ 24HR (feet): *NGWM*

DRILLING METHOD: *HOLLOW STEM AUGER WTIH AUTOMATIC HAMMER*

| DEPTH (feet) | GRAPHIC LOG | GEOLOGIC DESCRIPTION | ELEV (feet) | N VALUE | STANDARD PENETRATION RESISTANCE (blows/ft) |
|---|---|---|---|---|---|
| 0 | | POSSIBLE FILL: Loose red brown silty fine to coarse SAND (SM), rock fragments, moist | 1389 | 8 | |
| | | RESIDUUM: Stiff tan pinkish brown sandy SILT (ML), moist | | 12 | |
| 5 | | Medium dense silty fine to coarse SAND (SM) | 1384 | | |
| | | Undisturbed sample (Shelby Tube) 5' to 7' | | 16 | |
| | | Medium dense tan white slightly micaceous silty fine to medium SAND (SM) | | 23 | |
| 10 | | | 1379 | | |
| | | Dense white tan fine to coarse SAND (SW) | | 42 | |
| 15 | | | 1374 | | |
| | | Dense pinkish white slightly silty fine to coarse SAND (SW), rock fragments | | 44 | |
| 20 | | | 1369 | | |
| | | Medium dense white pinkish tan silty fine to coarse SAND (SM) | | 17 | |
| 25 | | | 1364 | | |
| | | Dense tan brown slightly micaceous silty fine to coarse SAND (SM), rock fragments | | 34 | |
| 30 | | | 1359 | | |
| 35 | | | 1354 | 48 | |
| | | PARTIALLY WEATHERED ROCK: Sampled as very dense tan white silty fine to coarse SAND (SM), rock fragments | | 50/3" | |
| 40 | | | 1349 | | |

**GEOSYSTEMS ENGINEERING, INC.**

JOB NO. 22-2875

**CITY OF CUMMING, GEORGIA**
**HIGHWAY 20 SAWNEE TANK SITE SLOPE FAILURE**
**FORSYTH COUNTY, GEORGIA**

# LOG OF BORING B-6

GEOLOGIST: *NA*

ELEVATION (feet): *1389*

DATE DRILLED: *12/28/2022*

BORING DEPTH (feet): *48*

DRILLER: *KILMAN BROS., INC.*

WATER LEVEL ▽ TOB (feet): *NGWE* ▼ 24HR (feet): *NGWM*

DRILLING METHOD: *HOLLOW STEM AUGER WTIH AUTOMATIC HAMMER*

NOTES: 1. No groundwater encountered at the time of drilling (NGWE). 2. No ground water measured at the end of day (NGWM). 3. Undisturbed sample collected from offset auger boring 3 feet north of B-6.

| DEPTH (feet) | GRAPHIC LOG | GEOLOGIC DESCRIPTION | ELEV (feet) | N VALUE | STANDARD PENETRATION RESISTANCE (blows/ft) |
|---|---|---|---|---|---|
| 45 | | PARTIALLY WEATHERED ROCK: Sampled as very dense tan white silty fine to coarse SAND (SM), rock fragments | 1344 | 50/5" | |
| | | Auger refusal at 48 feet. | | | |

**GEOSYSTEMS ENGINEERING, INC.**

JOB NO. 22-2875

**HAND AUGER BORING DATA SUMMARY**
**City of Cumming – Highway 20 Sawnee Tank Site**
**Slope Failure Project**
**Cumming, Forsyth County, Georgia**
**GeoSystems Project No. 22-2875**

| BORING NUMBER | DEPTH From - To (feet) | SOIL DESCRIPTION |
|---|---|---|
| HAB-1 | 0-3.5 | Fill – Dark gray to black slightly silty fine to coarse SAND and Gravel (SM/GM) (apparent loose asphalt waste) |
| | 3.5-4.0 | Yellow and orange clayey to silty fine to coarse SAND (SC/SM) with rock fragments |
| | 4.0 | Boring terminated (difficult drilling) |
| HAB-2 | 0-3.8 | Fill – Dark gray to black slightly silty fine to coarse SAND and Gravel (SM/GM) (apparent loose asphalt waste) |
| | 3.8-4.8 | Yellow and orange clayey to silty fine to coarse SAND (SC/SM) with rock fragments |
| | 4.8 | Boring terminated (difficult drilling) |
| HAB-3 | 0-1.6 | Fill – Dark gray to black slightly silty fine to coarse SAND and Gravel (SM/GM) (apparent loose asphalt waste) |
| | 1.6 | Auger refusal (refusal at depths of 0 to 1.6 feet at six locations) |
| HAB-4 | 0-0.6 | Fill – Dark gray to black slightly silty fine to coarse SAND and Gravel (SM/GM) (apparent loose asphalt waste) |
| | 0.6-3.0 | Pink tan silty fine to medium SAND (SM) to fine sandy SILT (ML) with roots, wood fragments, unidentified organic matter and asphalt fragments |
| | 3.0-3.4 | Orange brown silty fine to coarse SAND (SM) with rock fragments |
| | 3.4 | Boring terminated (difficult drilling) |
| HAB-5 | 0-0.6 | Fill – Gray brown silty fine to medium SAND (SM) with asphalt fragments |
| | 0.6-8.4 | Orange to pink brown silty fine to coarse SAND (SM) with roots, rock fragments, very moist |
| | 8.4 | Boring terminated (difficult drilling) |

Notes:

1. Hand auger borings were drilled on 02/03/2023 by Larry Mullins and Andy Christian.
2. Groundwater was not encountered in the borings at the time drilled.
3. Observed nine, approximate 7-inch diameter cast iron pipes installed vertically into the ground along a line beginning 21 feet southwest of HAB-5. A steel beam was also observed installed vertically in the same area on the next bench up the slope.



GRAPHIC SCALE (IN FEET)
1 INCH = 30 FEET



0'      15'      30'        60'              120'

N

**Seismic Profile Locations**

Sawnee Tank Site
Cumming, Georgia



Geosystems
Engineering

COLLIER
GEOPHYSICS

| PROJECT # | FIGURE |
|---|---|
| 230087 | A-1 |

DRAFTED BY: EMA        CHECKED BY: EJB        March 2023



**Profile 1**
**Seismic Refraction Vp Model**

**Profile 1**
**MASW Vs Model**

LEGEND

— — Interpreted top of partially weathered rock (PWR)

— — Interpreted top of unweathered rock (UWR)

⟨ ⟩ Interpreted Reduced-Velocity Zones

B-3 Boring ID
Overburden

PWR

UWR

— Auger Refusal

Profile 1 SRT & MASW Models
Sawnee Water Tank Site
Cumming, Georgia

Geosystems Engineering

COLLIER
GEOPHYSICS

Project #: 230087   **FIGURE A-2**

Drafted by: E. Armstrong   Checked by: J. Bergstrom   **March 2023**





**LEGEND**

- – – – Interpreted top of partially weathered rock (PWR)
- – – – Interpreted top of unweathered rock (UWR)
- ( – – – Interpreted Reduced-Velocity Zones

Boring ID
Overburden

PWR

UWR

— Auger Refusal

Profile 2 SRT & MASW Models
Sawnee Water Tank Site
Cumming, Georgia

Geosystems Engineering

Project #: 230087   FIGURE A-3

Drafted by: E. Armstrong   Checked by: J. Bergstrom   March 2023

May 2023

Blount Construction Cumming Asphalt Plant Slope Failure Evaluation
Cumming, GA

CABKA-23-GA-1045-01

**BORING =** B-1   **GW Elev. (ft-msl) =** 1372.0 (< 1373.0)   **GW Depth (ft) =** 16 (> 15 ft)

**GS Elev. (ft-msl) =** 1388.0   **SPT Hammer Energy Rating (%) =** 83 Automatic - CME-550X (Kilman Bros)

| Layer No. | Depth (ft) | | | SOIL[1] | SPT N Value[1] (bpf) | SPT N60 Value | Cn | SPT N1_60 Value | SPT N1_60 Value (Median) | φ' (Median) (Peck) | γt (pcf) | γ' (pcf) | Δσ'o (psf) | σ'o (psf) | σ'o (psi) | SANDS φ' (Peck) | Vs (ft/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | - | 3 | SM | 7 | 10 | 1.50 | 15 | 15 | 32 | 115 | 115 | 86.25 | 86.25 | 0.6 | 32 | 567 |
| 2 | 3 | - | 7 | SM | 27 | 37 | 1.50 | 56 | 56 | 42 | 130 | 130 | 345 | 431 | 3.0 | 42 | 817 |
| 3 | 7 | - | 10 | SM | 300 | 415 | 1.45 | 602 | 602 | 45 | 135 | 135 | 520 | 951 | 6.6 | 45 | 1565 |
| 4 | 10 | - | 15 | SM | 150 | 208 | 1.21 | 252 | | | 135 | 135 | 405 | 1356 | 9.4 | 45 | 1298 |
| 5 | 15 | - | 15 | SM | 600 | 830 | 0.99 | 824 | | | 135 | 135 | 675 | 2031 | 14.1 | 45 | 1887 |

BT @ 15'

| FILL |
|---|
| ALLUVIUM |
| RESIDUUM |
| PWR |

| Fill | 32 | 567 |
|---|---|---|
| Residual | 42 | 817 |
| PWR | 45 | 1583 |

BT - Boring Terminated
AR - Auger Refusal
PWR - Partially Weathered Rock
Vs - Shear Wave Velocity (Imai & Tonouchi (1982)  - Vs= 93.7$N_{60}^{0.27}$ in m/sec)

NOTES:
1) SPT N value data obtained from SPT Boring Logs by Geosystems Engineering, Inc. - Geotechnical Assesment Report dated April 5, 2023, Geosystems
   Project No. 22-2875.



May 2023

Blount Construction Cumming Asphalt Plant Slope Failure Evaluation
Cumming, GA

CABKA-23-GA-1045-01

**BORING =** B-6      **GW Elev. (ft-msl) =** 1339.0 (< 1340.0)      **GW Depth (ft) =** 49 (> 48 ft)
**GS Elev. (ft-msl)=** 1388.0      **SPT Hammer Energy Rating (%)=** 83 Automatic - CME-550X (Kilman Bros)

| Layer No. | Depth (ft) | | | SOIL[1] | SPT N Value[1] (bpf) | SPT N60 Value | $C_n$ | SPT N1_60 Value | SPT N1_60 Value (Median) | $\phi'$ (Median) (Peck) | $\gamma_t$ (pcf) | $\gamma'$ (pcf) | $\Delta\sigma'_o$ (psf) | $\sigma'_o$ (psf) | $\sigma'_o$ (psi) | SANDS $\phi'$ (Peck) | Vs (ft/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | - | 3 | SM | 8 | 11 | 1.50 | 17 | 17 | 33 | 115 | 115 | 86.25 | 86.25 | 0.6 | 33 | 588 |
| 2 | 3 | - | 8 | ML | 12 | 17 | 1.50 | 25 | 25 | 28 | 120 | 120 | 345 | 431 | 3.0 | 35 | 656 |
| 3 | 8 | - | 13 | SW | 23 | 32 | 1.39 | 44 | | | 126 | 126 | 600 | 1031 | 7.2 | 40 | 782 |
| 4 | 13 | - | 18 | SW | 42 | 58 | 1.10 | 64 | 57 | 42 | 130 | 130 | 630 | 1661 | 11.5 | 44 | 920 |
| 5 | 18 | - | 23 | SW | 44 | 61 | 0.93 | 57 | | | 130 | 130 | 650 | 2311 | 16.1 | 42 | 932 |
| 6 | 23 | - | 28 | SM | 17 | 24 | 0.82 | 19 | | | 116 | 116 | 650 | 2961 | 20.6 | 33 | 721 |
| 7 | 28 | - | 33 | SM | 34 | 47 | 0.75 | 35 | 27 | 36 | 122 | 122 | 580 | 3541 | 24.6 | 38 | 869 |
| 8 | 33 | - | 38 | SM | 48 | 66 | 0.69 | 46 | 46 | 40 | 126 | 126 | 610 | 4151 | 28.8 | 40 | 954 |
| 9 | 38 | - | 43 | SM | 200 | 277 | 0.65 | 179 | | | 135 | 135 | 630 | 4781 | 33.2 | 45 | 1403 |
| 10 | 43 | - | 48 | SM | 120 | 166 | 0.61 | 101 | 179 | 45 | 130 | 130 | 675 | 5456 | 37.9 | 45 | 1222 |
| 11 | 48 | - | 48 | SM | 600 | 830 | 0.57 | 475 | | | 135 | 135 | 650 | 6106 | 42.4 | 45 | 1887 |

AR @ 48'



FILL
ALLUVIUM
RESIDUUM
PWR

| | | |
|---|---|---|
| Fill | 33 | 588 |
| Residual | 40 | 863 |
| PWR | 45 | 1504 |

BT - Boring Terminated
AR - Auger Refusal
PWR - Partially Weathered Rock
Vs - Shear Wave Velocity (Imai & Tonouchi (1982) - Vs=93.7$N_{60}^{0.27}$ in m/sec)

NOTES:
1) SPT N value data obtained from SPT Boring Logs by Geosystems Engineering, Inc. - Geotechnical Assesment Report dated April 5, 2023, Geosystems
   Project No. 22-2875.



SPT N1-60 Values

May 2023                                                                                           CABKA-23-GA-1045-01

Seismic Site Class
Blount Construction Cumming Asphalt Plant
Cumming, Ga

| | Depth | | N-Values ($N_{60}$) | | | | | | Average N-Value | di/Ni |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | B-1 | | | | | | | |
| 0 | to | 3 | 10 | | | | | | 10 | 0.30 |
| 3 | to | 8 | 37 | | | | | | 37 | 0.14 |
| 8 | to | 13 | 100 | | | | | | 100 | 0.05 |
| 13 | to | 18 | 100 | | | | | | 100 | 0.05 |
| 18 | to | 23 | 100 | | | | | | 100 | 0.05 |
| 23 | to | 28 | 100 | | | | | | 100 | 0.05 |
| 28 | to | 33 | 100 | | | | | | 100 | 0.05 |
| 33 | to | 38 | 100 | | | | | | 100 | 0.05 |
| 38 | to | 43 | 100 | | | | | | 100 | 0.05 |
| 43 | to | 48 | 100 | | | | | | 100 | 0.05 |
| 48 | to | 53 | 100 | | | | | | 100 | 0.05 |
| 53 | to | 58 | 100 | | | | | | 100 | 0.05 |
| 58 | to | 63 | 100 | | | | | | 100 | 0.05 |
| 63 | to | 68 | 100 | | | | | | 100 | 0.05 |
| 68 | to | 73 | 100 | | | | | | 100 | 0.05 |
| 73 | to | 78 | 100 | | | | | | 100 | 0.05 |
| 78 | to | 83 | 100 | | | | | | 100 | 0.05 |
| 83 | to | 88 | 100 | | | | | | 100 | 0.05 |
| 88 | to | 93 | 100 | | | | | | 100 | 0.05 |
| 93 | to | 98 | 100 | | | | | | 100 | 0.05 |
| 98 | to | 100 | 100 | | | | | | 100 | 0.02 |
| 100 | to | 100 | 100 | | | | | | 100 | 0.00 |
| | to | | | | | | | 100 | 100 | 0.00 |
| | to | | | | | | | 100 | 100 | 0.00 |

Sum of(di/Ni)          1.4
N-bar =                73.8
Site Class =              C

NOTES:
1) SPT N value data obtained from SPT Boring Logs by Geosystems Engineering, Inc. -
Geotechnical Assesment Report dated April 5, 2023, Geosystems, Project No. 22-2875.

May 2023                                                                                                        CABKA-23-GA-1045-01

Seismic Site Class
Blount Construction Cumming Asphalt Plant
Cumming, Ga

| | Depth | | | N-Values ($N_{60}$) | | | | | | Average N-Value | di/Ni |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | B-6 | | | | | | | | |
| 0 | to | 3 | 11 | | | | | | | 11 | 0.27 |
| 3 | to | 8 | 17 | | | | | | | 17 | 0.29 |
| 8 | to | 13 | 32 | | | | | | | 32 | 0.16 |
| 13 | to | 18 | 58 | | | | | | | 58 | 0.09 |
| 18 | to | 23 | 61 | | | | | | | 61 | 0.08 |
| 23 | to | 28 | 24 | | | | | | | 24 | 0.21 |
| 28 | to | 33 | 47 | | | | | | | 47 | 0.11 |
| 33 | to | 38 | 66 | | | | | | | 66 | 0.08 |
| 38 | to | 43 | 100 | | | | | | | 100 | 0.05 |
| 43 | to | 48 | 100 | | | | | | | 100 | 0.05 |
| 48 | to | 53 | 100 | | | | | | | 100 | 0.05 |
| 53 | to | 58 | 100 | | | | | | | 100 | 0.05 |
| 58 | to | 63 | 100 | | | | | | | 100 | 0.05 |
| 63 | to | 68 | 100 | | | | | | | 100 | 0.05 |
| 68 | to | 73 | 100 | | | | | | | 100 | 0.05 |
| 73 | to | 78 | 100 | | | | | | | 100 | 0.05 |
| 78 | to | 83 | 100 | | | | | | | 100 | 0.05 |
| 83 | to | 88 | 100 | | | | | | | 100 | 0.05 |
| 88 | to | 93 | 100 | | | | | | | 100 | 0.05 |
| 93 | to | 98 | 100 | | | | | | | 100 | 0.05 |
| 98 | to | 100 | 100 | | | | | | | 100 | 0.02 |
| 100 | to | 100 | 100 | | | | | | | 100 | 0.00 |
| | to | | | | | | | | 100 | 100 | 0.00 |
| | to | | | | | | | | 100 | 100 | 0.00 |

Sum of(di/Ni)       1.9
N-bar =              52.6
Site Class =         C

NOTES:

1)  SPT N value data obtained from SPT Boring Logs by Geosystems Engineering, Inc. -
Geotechnical Assesment Report dated April 5, 2023, Geosystems,  Project No. 22-2875.



# ASCE 7 Hazards Report

**Address:**
No Address at This Location

**Standard:** ASCE/SEI 7-22
**Risk Category:** II
**Soil Class:** C - Very Dense Soil and Soft Rock

**Latitude:** 34.227437
**Longitude:** -84.169041
**Elevation:** 1377.6635438129222 ft (NAVD 88)






**Seismic**                    C - Very Dense Soil and Soft Rock

---

**Site Soil Class:**
**Results:**

| | | | |
|---|---|---|---|
| PGA $_M$ : | 0.14 | $T_L$ : | 12 |
| $S_{MS}$ : | 0.29 | $S_S$ : | 0.28 |
| $S_{M1}$ : | 0.13 | $S_1$ : | 0.098 |
| $S_{DS}$ : | 0.19 | $V_{S30}$ : | 530 |
| $S_{D1}$ : | 0.085 | | |

**Seismic Design Category: B**







MCE$_R$ Vertical Response Spectrum          Design Vertical Response Spectrum

Vertical ground motion data has not yet been made       Vertical ground motion data has not yet been made
available by USGS.                                       available by USGS.



**Data Accessed:**                    **Wed May 24 2023**

**Date Source:**
**USGS Seismic Design Maps based on ASCE/SEI 7-22 and ASCE/SEI 7-22 Table 1.5-2. Additional data for site-specific ground motion procedures in accordance with ASCE/SEI 7-22 Ch. 21 are available from USGS.**



The ASCE 7 Hazard Tool is provided for your convenience, for informational purposes only, and is provided "as is" and without warranties of any kind. The location data included herein has been obtained from information developed, produced, and maintained by third party providers; or has been extrapolated from maps incorporated in the ASCE 7 standard. While ASCE has made every effort to use data obtained from reliable sources or methodologies, ASCE does not make any representations or warranties as to the accuracy, completeness, reliability, currency, or quality of any data provided herein. Any third-party links provided by this Tool should not be construed as an endorsement, affiliation, relationship, or sponsorship of such third-party content by or from ASCE.

ASCE does not intend, nor should anyone interpret, the results provided by this Tool to replace the sound judgment of a competent professional, having knowledge and experience in the appropriate field(s) of practice, nor to substitute for the standard of care required of such professionals in interpreting and applying the contents of this Tool or the ASCE 7 standard.

In using this Tool, you expressly assume all risks associated with your use. Under no circumstances shall ASCE or its officers, directors, employees, members, affiliates, or agents be liable to you or any other person for any direct, indirect, special, incidental, or consequential damages arising from or related to your use of, or reliance on, the Tool or any information obtained therein. To the fullest extent permitted by law, you agree to release and hold harmless ASCE from any and all liability of any nature arising out of or resulting from any use of data provided by the ASCE 7 Hazard Tool.

# Important Information about This

# Geotechnical-Engineering Report

**Subsurface problems are a principal cause of construction delays, cost overruns, claims, and disputes.**

**While you cannot eliminate all such risks, you can manage them. The following information is provided to help.**

## Geotechnical Services Are Performed for Specific Purposes, Persons, and Projects

Geotechnical engineers structure their services to meet the specific needs of their clients. A geotechnical-engineering study conducted for a civil engineer may not fulfill the needs of a constructor — a construction contractor — or even another civil engineer. Because each geotechnical- engineering study is unique, each geotechnical-engineering report is unique, prepared *solely* for the client. No one except you should rely on this geotechnical-engineering report without first conferring with the geotechnical engineer who prepared it. *And no one — not even you* — should apply this report for any purpose or project except the one originally contemplated.

## Read the Full Report

Serious problems have occurred because those relying on a geotechnical-engineering report did not read it all. Do not rely on an executive summary. Do not read selected elements only.

## Geotechnical Engineers Base Each Report on a Unique Set of Project-Specific Factors

Geotechnical engineers consider many unique, project-specific factors when establishing the scope of a study. Typical factors include: the client's goals, objectives, and risk-management preferences; the general nature of the structure involved, its size, and configuration; the location of the structure on the site; and other planned or existing site improvements, such as access roads, parking lots, and underground utilities. Unless the geotechnical engineer who conducted the study specifically indicates otherwise, do not rely on a geotechnical-engineering report that was:

- not prepared for you;
- not prepared for your project;
- not prepared for the specific site explored; or
- completed before important project changes were made.

Typical changes that can erode the reliability of an existing geotechnical-engineering report include those that affect:

- the function of the proposed structure, as when it's changed from a parking garage to an office building, or from a light-industrial plant to a refrigerated warehouse;
- the elevation, configuration, location, orientation, or weight of the proposed structure;
- the composition of the design team; or
- project ownership.

As a general rule, *always* inform your geotechnical engineer of project changes—even minor ones—and request an assessment of their impact. *Geotechnical engineers cannot accept responsibility or liability for problems that occur because their reports do not consider developments of which they were not informed.*

## Subsurface Conditions Can Change

A geotechnical-engineering report is based on conditions that existed at the time the geotechnical engineer performed the study. *Do not rely on a geotechnical-engineering report whose adequacy may have been affected by*: the passage of time; man-made events, such as construction on or adjacent to the site; or natural events, such as floods, droughts, earthquakes, or groundwater fluctuations. *Contact the geotechnical engineer before applying this report to determine if it is still reliable.* A minor amount of additional testing or analysis could prevent major problems.

## Most Geotechnical Findings Are Professional Opinions

Site exploration identifies subsurface conditions only at those points where subsurface tests are conducted or samples are taken. Geotechnical engineers review field and laboratory data and then apply their professional judgment to render an opinion about subsurface conditions throughout the site. Actual subsurface conditions may differ — sometimes significantly — from those indicated in your report. Retaining the geotechnical engineer who developed your report to provide geotechnical-construction observation is the most effective method of managing the risks associated with unanticipated conditions.

## A Report's Recommendations Are Not Final

Do not overrely on the confirmation-dependent recommendations included in your report. *Confirmation-dependent recommendations are not final,* because geotechnical engineers develop them principally from judgment and opinion. Geotechnical engineers can finalize their recommendations *only* by observing actual subsurface conditions revealed during construction. *The geotechnical engineer who developed your report cannot assume responsibility or liability for the report's confirmation-dependent recommendations if that engineer does not perform the geotechnical-construction observation required to confirm the recommendations' applicability.*

## A Geotechnical-Engineering Report Is Subject to Misinterpretation

Other design-team members' misinterpretation of geotechnical-engineering reports has resulted in costly

problems. Confront that risk by having your geotechnical engineer confer with appropriate members of the design team after submitting the report. Also retain your geotechnical engineer to review pertinent elements of the design team's plans and specifications. Constructors can also misinterpret a geotechnical-engineering report. Confront that risk by having your geotechnical engineer participate in prebid and preconstruction conferences, and by providing geotechnical construction observation.

### Do Not Redraw the Engineer's Logs
Geotechnical engineers prepare final boring and testing logs based upon their interpretation of field logs and laboratory data. To prevent errors or omissions, the logs included in a geotechnical-engineering report should *never* be redrawn for inclusion in architectural or other design drawings. Only photographic or electronic reproduction is acceptable, *but recognize that separating logs from the report can elevate risk.*

### Give Constructors a Complete Report and Guidance
Some owners and design professionals mistakenly believe they can make constructors liable for unanticipated subsurface conditions by limiting what they provide for bid preparation. To help prevent costly problems, give constructors the complete geotechnical-engineering report, *but* preface it with a clearly written letter of transmittal. In that letter, advise constructors that the report was not prepared for purposes of bid development and that the report's accuracy is limited; encourage them to confer with the geotechnical engineer who prepared the report (a modest fee may be required) and/or to conduct additional study to obtain the specific types of information they need or prefer. A prebid conference can also be valuable. *Be sure constructors have sufficient time* to perform additional study. Only then might you be in a position to give constructors the best information available to you, while requiring them to at least share some of the financial responsibilities stemming from unanticipated conditions.

### Read Responsibility Provisions Closely
Some clients, design professionals, and constructors fail to recognize that geotechnical engineering is far less exact than other engineering disciplines. This lack of understanding has created unrealistic expectations that have led to disappointments, claims, and disputes. To help reduce the risk of such outcomes, geotechnical engineers commonly include a variety of explanatory provisions in their reports. Sometimes labeled "limitations," many of these provisions indicate where geotechnical engineers' responsibilities begin and end, to help

others recognize their own responsibilities and risks. *Read these provisions closely.* Ask questions. Your geotechnical engineer should respond fully and frankly.

### Environmental Concerns Are Not Covered
The equipment, techniques, and personnel used to perform an *environmental* study differ significantly from those used to perform a *geotechnical* study. For that reason, a geotechnical-engineering report does not usually relate any environmental findings, conclusions, or recommendations; e.g., about the likelihood of encountering underground storage tanks or regulated contaminants. *Unanticipated environmental problems have led to numerous project failures.* If you have not yet obtained your own environmental information, ask your geotechnical consultant for risk-management guidance. *Do not rely on an environmental report prepared for someone else.*

### Obtain Professional Assistance To Deal with Mold
Diverse strategies can be applied during building design, construction, operation, and maintenance to prevent significant amounts of mold from growing on indoor surfaces. To be effective, all such strategies should be devised for the *express purpose* of mold prevention, integrated into a comprehensive plan, and executed with diligent oversight by a professional mold-prevention consultant. Because just a small amount of water or moisture can lead to the development of severe mold infestations, many mold- prevention strategies focus on keeping building surfaces dry. While groundwater, water infiltration, and similar issues may have been addressed as part of the geotechnical- engineering study whose findings are conveyed in this report, the geotechnical engineer in charge of this project is not a mold prevention consultant; *none of the services performed in connection with the geotechnical engineer's study were designed or conducted for the purpose of mold prevention. Proper implementation of the recommendations conveyed in this report will not of itself be sufficient to prevent mold from growing in or on the structure involved.*

### Rely, on Your GBC-Member Geotechnical Engineer for Additional Assistance
Membership in the Geotechnical Business Council of the Geoprofessional Business Association exposes geotechnical engineers to a wide array of risk-confrontation techniques that can be of genuine benefit for everyone involved with a construction project. Confer with you GBC-Member geotechnical engineer for more information.



GEOTECHNICAL
BUSINESS COUNCIL
of the Geoprofessional Business Association

8811 Colesville Road/Suite G106, Silver Spring, MD  20910
Telephone: 301/565-2733    Facsimile: 301/589-2017
e-mail: info@geoprofessional.org    www.geoprofessional.org

Copyright 2015 by Geoprofessional Business Association (GBA). Duplication, reproduction, or copying of this document, or its contents, in whole or in part, by any means whatsoever, is strictly prohibited, except with GBA's specific written permission. Excerpting, quoting, or otherwise extracting wording from this document is permitted only with the express written permission of GBA, and only for purposes of scholarly research or book review. Only members of GBA may use this document as a complement to or as an element of a geotechnical-engineering report. Any other firm, individual, or other entity that so uses this document without being a GBA member could be commiting negligent or intentional (fraudulent) misrepresentation.