# EXHIBIT I

# C|A / B|K  Chalmers, Adams, Backer & Kaufman, LLC

11770 HAYNES BRIDGE ROAD, #205-219
ALPHARETTA, GEORGIA 30009-1968
(770) 630-5927
akaufman@chalmersadams.com

May 31, 2023

VIA CERTIFIED U.S. MAIL RETURN RECEIPT REQUESTED,
and/or FEDEX, REGULAR FIRST-CLASS MAIL, COURIER

| City of Cumming<br>Attn: Hon.Troy Brumbalow<br>Mayor<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>Certified Mail:<br>7014 1820 0000 2082 2236<br>FedEx: 7723 0712 2145<br>and VIA COURIER | City of Cumming<br>Attn: Hon. Jason Evans<br>Council Member<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>Certified Mail:<br>7014 1820 0000 2082 2243 | City of Cumming<br>Attn: Hon. Linda Ledbetter<br>Council Member<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>Certified Mail:<br>7014 1820 0000 2082 2250 |
|---|---|---|
| City of Cumming<br>Attn: Hon. Chad Crane<br>Council Member<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>Certified Mail:<br>7014 1820 0000 2082 2267 | City of Cumming<br>Attn: Hon. Joey Cochran<br>Council Member<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>Certified Mail:<br>7014 1820 0000 2082 2274 | City of Cumming<br>Attn: Hon. Christopher Light<br>Council Member<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>Certified Mail:<br>7014 1820 0000 2082 2281 |
| City of Cumming<br>Attn: Jonathon Heard<br>Director of Utilities<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>Certified Mail:<br>7014 1820 0000 2082 2298 | City of Cumming<br>Attn: Heath Martin<br>Assistant to Director<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>Certified Mail:<br>7014 1820 0000 2082 2304 | City of Cumming<br>Attn: Tom Bryson<br>Superintendent Water Pollution Division<br>935 Dahlonega Highway<br>Cumming, GA 30040<br>Certified Mail:<br>7014 1820 0000 2082 2311 |
| City of Cumming<br>Attn: Phil Higgins<br>City Administrator<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>Certified Mail:<br>7014 1820 0000 2082 2328 | Miles Hansford & Tallant, LLC<br>Attn: Kevin J. Tallant<br>City Attorney<br>202 Tribble Gap Road<br>Suite 200<br>Cumming, GA 30040<br>ktallant@mhtlegal.com<br>Certified Mail:<br>7014 1820 0000 2082 2335 | McAngus Goudelock & Courie LLC<br>Attn: W. Jason Pettus<br>Insurance Counsel<br>270 Peachtree Street NW<br>Suite 1800<br>Atlanta, GA 30303<br>Jason.pettus@mgclaw.com<br>Regular Mail |

CHALMERS, ADAMS, BACKER & KAUFMAN LLC

May 31, 2023
Page **2** of **12**

        **Re:**    **Blount Construction Company, Inc., v. City of Cumming.**
               **Ante Litem Notice under O.C.G.A. § 36-33-5 *et seq.* Concerning Acts and Omissions**
               **of the City of Cumming and its Representatives and Agents Relating to Property**
               **Damage and Business Loss Resulting From Water Tower Failure**

To Whom It May Concern:

      This office, together with The Hilbert Law Firm, LLC, represent Blount Construction Company, Inc. ("Blount Construction" or "Blount") regarding its claims against the City of Cumming (the "City"), as noticed through the Mayor, City Council Members, the City's Director of Utilities, and the Superintendent of the Water Pollution Division, in their official capacities, concerning its wrongful and negligent actions and omissions concerning the installation, maintenance, failure, and continued exercise of control and dominion over a water tower and feeder pipes that are physically located directly above and abutting the property of Blount Construction located at 911 Canton Highway, Cumming, GA, 30040 (the "Subject Property"). Blount Construction has sustained significant damage to the Subject Property and to its business operations. This letter meets the ante litem statutory notice requirements and makes a settlement offer to the City of Cumming to resolve all claims and damages of Blount as against the City.

      You know that from 11:00 P.M. on December 6, 2022, to 9:30 A.M. on December 7, 2022, the Water Tower and its supply pipes located at 921 Canton Highway, Cumming, GA, 30040 (collectively, the "Water Tower") released 1.3 million gallons of water[1] (the "Tower Failure") onto the Subject Property.

      Blount Construction has incurred and continues to incur significant damages, as a direct and proximate result of the Tower Failure and the City's concerted actions and inactions. The damages include but are not limited to lost business, lost business opportunities, and damage to retaining ponds[2] on the Subject Property. Additionally, damage has occurred to two trailers, two containers full of equipment, and denuding of the landscape of trees and vegetation.

      The City received emergency notification sometime shortly after 11:00 P.M. on December 6, 2022, that the City Water Tower was empty. Despite this warning, the City did **nothing** in immediate response to this emergency warning. The City did not warn Blount Construction. The City did not properly maintain the pipes feeding water into the Water Tower. The City's failure to maintain the pipes caused a failure of lateral support. Ultimately, this failure resulted in a pipe burst leading to a deluge of water and a landslide.

      The Tower Failure was predictable, obvious, and preventable, yet the City did nothing to prevent or effectively mitigate the damage that it caused. In connection with the erection of a temporary wall, the City trespassed on the Subject Property by performing extensive testing, video, photography, and analysis of the Subject Property without any prior notice, permission, license, or authority of Blount Construction.

---

[1] As admitted to in the City's expert report.
[2] Blount's expert identifies three (3) ponds at the site.

CHALMERS, ADAMS, BACKER & KAUFMAN LLC

May 31, 2023
Page **3** of **12**

The City has caused and is hereby placed on notice of its creation of a nuisance. Under Georgia law, each day the unabated conditions remain at the Tower and on the Subject Property only serves to exacerbate the damages caused by the maintenance of this continuing nuisance and is a "fresh" and separate nuisance for which damages lie.  Demand is hereby made for the City to immediately take all actions to abate the continuing nuisance as required by law pursuant to O.C.G.A. § 41-1-1 within thirty calendar days of the date of this letter, and to cease any and all continuing acts of nuisance and of unlawful trespass to land and chattel. Any actions that the City desires to take to cease the nuisance and trespass shall require prior notice, permission and authority of Blount Construction if it involves entering onto the Subject Property.

On February 15, 2023, our office sent an Open Records Request pursuant to O.C.G.A. § 50-18-71. The City failed to timely and properly answer the Request in violation of O.C.G.A. § 50-18-71. This failure subjects the City to the penalties set forth in O.C.G.A. § 50-18-74 et seq.  Further, the City, by and through its counsel, has admitted that it has withheld information, allegedly based upon privilege, a position to which we take exception as being contrary to law. Moreover, the City has dribbled information to us past the statutory deadline for responses. It is Blount Construction's intention to exercise all statutory remedies available to it for these intentional violations by the City and its participant personnel. We are entitled to receive all documents and evidence requested, including all contracts with third parties relating to the taking of core samples, testing, and analysis. Additionally, we are entitled to receive the requested information concerning the monitoring of the water system, Tower, piping, and the "alert" that was negligently ignored by the City on the day of the initial incident.

Blount Construction's actual known damages as of the date of this letter are ▓▓▓▓▓▓▓, but due to the nature of the continuing nuisance and trespass, these damages will continue to accrue on a daily basis as each day constitutes a continuing "fresh" nuisance. Further, Blount Construction intends to seek in addition to all damages allowed by law together with attorneys' fees, litigation costs and expenses.

Blount Construction hereafter sets forth its claims and damages:

**1.      Continuing Nuisance: Damages of ▓▓▓▓▓▓▓**

Blount Construction gives notice of its claims for a continuing nuisance against the City. A nuisance is anything that causes hurt, inconvenience, or damage to person or property. *Bishop Eddie Long Ministries v. Dillard*, 272 Ga. App. 894, 901, 613 S.E.2d 673 (2005). To be held liable for a nuisance, a tortfeasor must be either the cause or a concurrent cause of the creation, continuance, or maintenance of the nuisance. *Fielder v. Rice Const. Co.*, 239 Ga. App. 362, 365, 522 S.E.2d 13, 16 (1999). When a governmental entity causes, continues, or maintains a nuisance, property that can be harmed by a nuisance "means the rights of the owner in relation to land or a thing; the right of a person to possess, use, enjoy and dispose of it, and the corresponding right to exclude others from the use." *Duffield v. DeKalb County*, 432, 433-34, 249 S.E.2d 235 (1978). A municipality, whether exercising its governmental or its ministerial functions, is liable for damages resulting from operating or maintaining a nuisance. *City of Columbus v. Myszka*, 246 Ga. 571, 571, 272 S.E.2d 302, 304 (1980).

CHALMERS, ADAMS, BACKER & KAUFMAN LLC

May 31, 2023
Page **4** of **12**

A continuing nuisance is one which a party contends is not properly maintained, as opposed to merely its existence. *City of Atlanta v. Kleber*, 285 Ga. 413, 417, 677 S.E.2d 134, 137 (2009). In a continuing, abatable nuisance case, the plaintiff is not limited to a recovery of rental value or market value; rather, he may recover any special damages whether the injury is of a temporary or a permanent nature. *Burleyson v. Western & A. R. Co.*, 91 Ga. App. 745, 87 S.E.2d 166 (1955).

While the Tower and piping, and the failure to maintain and monitor same, previously installed along or on the Subject Property presented a continuing nuisance[3], any purported subsequent remedial actions taken, including but not limited to, installing a temporary and unlawful wall creates a separate, new, and fresh continuing nuisance. In *Kleber*, citing *City Council of Augusta v. Boyd*, 70 Ga. App. 686, 29 S.E.2d 437 (1944), the Court determined that the improper installation of piping in an open sewer drainage ditch adjacent to a landowners' property alone was a nuisance, whereas the improper maintenance of the drainage pipe was a continuing nuisance. The same analysis applies here. The City's failure to properly maintain and monitor the Tower and water pipes caused the catastrophic damage on the Subject Property.

Blount is also entitled to stigma damages resulting from this continuing nuisance. Diminution in value is an element in determining the proper measure of damages to real property. *Royal Capital Dev., LLC v. Maryland Cas. Co.*, 291 Ga. 262, 264, 728 S.E.2d 234 (2012). Diminution-in-value stigma damages seek to compensate the injured party for the loss in value when "the repair does not fully restore the property to its pre-damage value." *Id.* Such damages are available when, "notwithstanding remedial measures undertaken by the injured party, there remains a diminution in value of the property, and an award of only the costs of remedying the defects will not fully compensate the injured party." *Id.* at 265. Because this is an ongoing, continuing nuisance, with fresh damages each day, and the value of the property has been substantially diminished due to the ongoing threat of harm, Blount is entitled to the diminution of its property value to be established at trial but is expected to be over ███████ .

Blount additionally seeks its attorney's fees, costs, and expenses under O.C.G.A. § 13-6-11 as well as uncapped punitive damages under O.C.G.A. § 51-12-5.1 stemming from this continuing nuisance claim which a multiple of actual damages shall be sought in accordance with law and in the enlightened conscience of an impartial jury.

## 2.  Trespass to Chattel: Damages of ███████

Blount Construction gives notice of its claim against the City for trespass to personalty. The owner of personalty is entitled to its possession and any deprivation of such possession is a tort for which an action lies. O.C.G.A. § 51-10-1. "Interference with the mere possession of a chattel, even if the possession is without title or is wrongful, shall give a right of action to the possessor, except as against the true owner or the person wrongfully deprived of possession." OCGA § 51-10-2. "Any unlawful abuse of or damage done to the personal property of another constitutes a trespass for which damages may be recovered." OCGA § 51-10-3. "The gist of such an action of trespass [to personal property] is the injury done to the

---

[3] *See* GEOTECHNICAL ASSESSMENT REPORT, City of Cumming, Georgia, Highway 20 Sawnee Tank Site, Apr. 5, 2023, P. 13-14.

CHALMERS, ADAMS, BACKER & KAUFMAN LLC

May 31, 2023
Page **5** of **12**

possession of the property." *Caldwell v. Church*, 341 Ga. App. 852, 856, 802 S.E.2d 835, 841 (2017), disapproved of by *Gen. Motors, LLC v. Buchanan*, 313 Ga. 811, 874 S.E.2d 52 (2022) (citing *Duncan v. Ellis*, 63 Ga. App. 687, 689, 11 S.E.2d 841 (1940)).

The City is liable for trespass to chattel. Blount has suffered damage to and been wholly deprived of its possession of two (2) large trailers, two (2) containers of equipment, and other equipment and personal property, based on information and belief known at this time, as a result of the City's Tower and pipe burst causing the landslide onto the Subject Property and the Abutting Property. Blount Construction has also been precluded from using its equipment and has prevented it from bringing in it other trucks and equipment due to the fact that ingress and egress have been impeded by the damage caused by the City.

Blount seeks its attorney's fees, costs, and expenses under O.C.G.A. § 13-6-11 as well as punitive damages under O.C.G.A. § 51-12-5.1 stemming from this trespass to chattel claim.

**3.      Trespass to Real Property: Damages of** ███████

Blount Construction gives notice of its claims for trespass to real property. Georgia law provides that "An owner of real property has the right to possess, use, enjoy, and dispose of it, and the corresponding right to exclude others from its use. In an action for trespass, the landowner may recover compensatory damages upon a showing of any wrongful, continuing interference with a right to the exclusive use and benefit of a property right." (Citations and punctuation omitted.) *LN West Paces Ferry Assocs., LLC v. McDonald*, 306 Ga. App. 641, 643, 703 S.E.2d 85 (2010). The right of enjoyment of private property being an absolute right of every citizen, every act of another which unlawfully interferes with such enjoyment is a tort for which an action shall lie. O.C.G.A. § 51-9-1. Moreover, punitive damages may be awarded for a trespass that reflects "an intentional disregard of the rights of another." *Tyler v. Lincoln*, 272 Ga. 118, 120(1), 527 S.E.2d 180 (2000). See OCGA § 51–12–5.1(b).

Upon information and belief, and based on a report from the City, the City sent agents and representatives onto Blount's property on or around March 8, 2023, and likely on multiple other occasions. The report contains coring, seismic, boring, and measurement data obtained on Blount Construction's property without Blount's consent. Given that the City was made aware of my representation of Blount on or about February 15, 2023, and because neither Blount nor my office was contacted seeking permission to conduct any type of survey, the City trespassed on my Client's property causing damages. Moreover, because the City's expert(s), as its agent, unlawfully entered the land and took multiple soil samples, amounting to an unconstitutional taking of land and/or inverse condemnation in violation of Blount's State and Federal constitutional rights under the Fifth Amendment of the United States Constitution and Article I, Section III, Paragraph 1 of the Georgia Constitution.

In addition, as a direct result of the Tower Failure, trucks have been unable to come and go as a result of blocked ingresses and egresses. This not only constitutes a singular trespass, but a continuing trespass. Further, the Tower Failure has resulted in Blount's lack of use and enjoyment of its land for business purposes.

CHALMERS, ADAMS, BACKER & KAUFMAN LLC

May 31, 2023
Page **6** of **12**

Blount seeks its attorney's fees, costs, and expenses under O.C.G.A. § 13-6-11 as well as punitive damages under O.C.G.A. § 51-12-5.1 stemming from this trespass to real property claim.

### 4.       Negligence and Gross Negligence: Damages of ███████

Blount Construction hereby gives notice of its claims for negligence against the City.  Negligence under Georgia law involves a legal duty, a breach of the legal duty, proximate cause and damages. To state a cause of action for negligence, a party must establish (1) a legal duty; (2) a breach of this duty; (3) an injury; and (4) a causal connection between the breach and the injury. *Martin v. Ledbetter*, 342 Ga. App. 208, 211, 802 S.E.2d 432, 434 (2017). Gross negligence is equivalent to the failure to exercise even a slight decree of care or a lack of diligence that even careless men are accustomed to exercise. *Pottinger v. Smith*, 293 Ga. App. 626, 628, 667 S.E.2d 659 (2008) A claim by a lower riparian landowner against the owner/operator of a dam above him because of high water must be based upon the negligent release of excessive water from the reservoir behind the dam and cannot be based upon the negligent storing of the water, unless the negligent storing caused or forced the release of excessive water. *Baldwin Processing Co. v. Georgia Power Co.*, 112 Ga. App. 92, 100, 143 S.E.2d 761, 767 (1965).  Analogous to a dam, the Water Tower and piping was located on the upper riparian tract of land, and negligently caused and forced the release of excessive concentrated and directed flow of water (even after an alert) through unnatural means onto the Subject Property as the lower riparian tract resulting in catastrophic damages to property.

*Res ipsa loquitur*, a legal maxim meaning that a transaction speaks for itself, is an evidentiary based rule which provides for an inference of negligence to arise from the occurrence of an injury-causing incident. *Ken Thomas of Ga., Inc. v. Halim*, 266 Ga. App. 570, 573, 597 S.E.2d 615 (2004). The elements of the doctrine of *res ipsa loquitur* are well settled: (1) an injury which ordinarily does not occur in the absence of someone's negligence; (2) the injury must be caused by an agency or instrumentality within the defendant's exclusive control; and (3) the injury was not caused by any voluntary action or contribution on the part of the plaintiff. *Id.*

As the higher riparian landlord, the City owed a duty to (1) properly place, secure and monitor the pipes running water up to the Water Tower and (2) not to cause or permit the pipes to leak, and/or the release of excessive water onto Blount's property. The City knew, or should have known, that the pipes running up to the Water Tower were improperly placed, secured, maintained and/or monitored. Moreover, the City failed to maintain the piping which altered the natural flow of water, dramatically increased the turbidity and concentration of the water which was foreseeably directed toward the lower tenement Subject Property, and thereby is responsible. As the landowner on higher ground, the City owes a duty to Blount breached that duty which directly and proximately resulted in damages to Blount Construction and its property.

Upon information and belief, the City knew (or should have known) of the apparent rupture of pipes on the other side of the Water Tower from where the Tower Failure occurred. Further, the City was warned, or should have been warned, of the Tower Failure on December 6, 2022, and failed to take any action. Ultimately, the City should have had warning of the likelihood of the pipes failing and did not, or did have warning and did not exercise its ordinary duty of care to Blount and did nothing until more than one million gallons of the City's water had caused its damage to Blount.

CHALMERS, ADAMS, BACKER & KAUFMAN LLC

May 31, 2023
Page **7** of **12**

In addition, the City also knew, or should have known, that the placement and location of the Water Towers, as well as the installation of the pipes, was too close to the ridge adjoining Blount's Property. Upon information and belief, the City also made a negligent repair to the pipes, resulting in the above-described continuing nuisance. Finally, the City put up an emergency wall to support the land and upon information and belief, no permits or notice of any permitted activity were given to Blount prior to installation of the wall.

At a minimum, the City is liable for negligence under the maxim of *res ipsa loquitur*. First, the Water Towers and pipes running to the Towers were under the exclusive control of the City. Second, the landslide and outpouring of a million gallons of water onto Blount's property would not have occurred in the absence of the City's negligence. Lastly, Blount took no actions which caused or contributed to the landslide or burst pipes.

Further, upon information and belief, the City is given notice that it may also be in violation of the Georgia Water Quality and Control Act, the Georgia Waste Control Act, Clean Water Act, the Georgia Erosion and Sedimentation Control Act, related environmental statutes, and other regulations issued under these statutes, by failing to abide by or obtain permits required under Georgia and federal law in relation to the excessive runoff of water and silt caused by the burst pipe. If that is the case, the City may also be liable of negligence *per se* as it failed to put the appropriate protective measures in place and failed to prevent further erosion, runoff, and siltation in violation of law after the Tower Failure.

Blount Construction is also entitled to stigma damages resulting from this continuing nuisance. Diminution in value is an element in determining the proper measure of damages to real property. *Royal Capital Dev., LLC v. Maryland Cas. Co.*, 291 Ga. 262, 264, 728 S.E.2d 234 (2012). Diminution-in-value stigma damages seek to compensate the injured party for the loss in value when "the repair does not fully restore the property to its pre-damage value." *Id*. Such damages are available when, "notwithstanding remedial measures undertaken by the injured party, there remains a diminution in value of the property, and an award of only the costs of remedying the defects will not fully compensate the injured party." *Id*. at 265. Because this is an ongoing, continuing nuisance, Blount is entitled to the diminution of its property value.

Blount Construction also seeks its attorney's fees, costs, and expenses under O.C.G.A. § 13-6-11 stemming from this negligence claim and, in the case of gross negligence, seeks punitive damages under O.C.G.A. § 51-12-5.1.

### 5.      Failure to Maintain Lateral Support: Damages of ▮▮▮▮▮▮

Under O.C.G.A. § 44-9-3, "owners of adjoining lands owe to each other the lateral support of the soil of each to that of the other in its natural state." § 44-9-3 does not deny a landowner the right to the full use of his property including the right to make excavations upon his property up to the boundary line of the adjoining landowner; but in making such excavations, he must avoid unnecessary injury to the property of the adjoining landowner; and when through failure 'to exercise ordinary care and reasonable precaution 'to sustain the land' of the [adjoining landowner] as the excavation is being made and in the

CHALMERS, ADAMS, BACKER & KAUFMAN LLC

May 31, 2023
Page **8** of **12**

changed condition,' injury is inflicted upon the adjoining land by the withdrawal of lateral support, the excavator has committed a tort for which he may be liable in damages. *Paul v. Bailey*, 109 Ga. App. 712, 715, 137 S.E.2d 337, 340 (1964) (citing *Massell Realty Co. v. MacMillan Co.*, 168 Ga. 164(1), 169, 147 S.E. 38, 40). An adjoining landowner sustains an injury for which damages may be recoverable when the excavation and resulting withdrawal of lateral support causes his land to crack, slide, fall in or otherwise suffer actual physical disturbance. *Id*. The excavation itself is not an actionable wrong, but rather the act of allowing injury to the other land through failure to exercise ordinary care to sustain the land. *Id*.

Prior to the Tower Failure, the hillside running down from the site of the Water Tower to Blount's facilities was in its natural state—fully forested and untouched by Blount. While the City may have been within its right to install pipes feeding the Water Tower up on the ridge running along Blount's Property (it remains to be seen if the pipe was a trespass on Blount's land), Blount is nonetheless entitled to recover for the damages it sustained as a result of the City's failure to maintain the pipe(s) from leaking and failure to maintain the lateral support of the land adjoining its property and Blount's, causing undue saturation and the subsequently ensuing massive landslide  onto its Property. The City has the responsibility to maintain the support of the land that its Water Tower and piping sits upon, and not cause or contribute to the cause of a landslide as a result of its unnatural additions to the land.

Blount also seeks its attorney's fees, costs, and expenses under O.C.G.A. § 13-6-11 stemming from this failure to maintain lateral support claim.

## 6.    Inverse Condemnation: Damages of ███████

Private property shall not be taken or damaged for public purposes without just and adequate compensation being first paid. Ga. Const., art. I, § III, par. I. An inverse condemnation claim arises where a municipality takes "some affirmative action for public purposes causing a nuisance or trespass which, in turn, result[s] in the diminished utility and functionality of a private owner's land. The diminished functionality and utility, in turn, interfere[s] with the owner's use and enjoyment of the land." *Rabun County v. Mountain Creek Estates*, 280 Ga. 855, 857, 632 S.E.2d 140 (2006). An "inverse condemnation action may be brought against [a] public body for diverting water, impairing access, causing mud and silt to flow onto property and for damaging property by noise, odors, or pollution." *City of Tybee Island, Georgia v. Live Oak Grp., LLC*, 324 Ga. App. 476, 479, 751 S.E.2d 123, 126 (2013) (quoting *Columbia County v. Doolittle*, 270 Ga. 490, 491–492, 512 S.E.2d 236 (1999) (holding an inverse condemnation occurred where the county failed to properly maintain a drainage system in an upstream subdivision and the downstream landowner's pond was, as a result, filled with silt, muck, and debris)). Moreover, a municipality may be held liable for negligent design and maintenance which causes flood damage. *Powell v. Ledbetter Bros.*, 251 Ga. 649, 650–651, 307 S.E.2d 663 (1983).

The City is liable for inverse condemnation. There is no doubt that the City installed the pipes running up to the Water Tower adjacent to the Blount property. Based on information and belief, the City failed to properly maintain the pipe prior to the Tower Failure and was on notice, or should have been on notice, that the pipe(s) at issue were improperly located, maintained, and monitored. Further, based on information and belief, the City had actual notice on the night of the Tower Failure and did nothing to take immediate action. As a result, and to a much more significant extent than seen in *Doolittle*, Blount's

CHALMERS, ADAMS, BACKER & KAUFMAN LLC

May 31, 2023
Page **9** of **12**

property suffered the full force of approximately 1.2 million gallons of water and silt land sliding onto its land damaging retaining ponds and other property and equipment. The City's failure to properly maintain the pipe[s] has made Blount's property unusable and prevented Blount from its use and enjoyment of its land, thereby causing a taking.

Blount is also entitled to stigma damages resulting from this continuing nuisance. Diminution in value is an element in determining the proper measure of damages to real property. *Royal Capital Dev., LLC v. Maryland Cas. Co.*, 291 Ga. 262, 264, 728 S.E.2d 234 (2012). Diminution-in-value stigma damages seek to compensate the injured party for the loss in value when "the repair does not fully restore the property to its pre-damage value." *Id.* Such damages are available when, "notwithstanding remedial measures undertaken by the injured party, there remains a diminution in value of the property, and an award of only the costs of remedying the defects will not fully compensate the injured party." *Id.* at 265. Because this is an ongoing, continuing nuisance, Blount is entitled to the diminution of its property value.

Blount also seeks its attorney's fees, costs, and expenses under O.C.G.A. § 13-6-11 stemming from this inverse condemnation claim.

**7.      Lost Profits: Damages of** ▮▮▮▮▮▮▮

Lost profits are recoverable as an item of damages when the expected profits of a commercial venture are capable of ascertainment and the loss of them is traceable directly to the defendant's wrongful act. *Johnson Cnty. Sch. Dist. v. Greater Savannah Lawn Care*, 278 Ga. App. 110, 112, 629 S.E.2d 271, 273 (2006) (citing *Molly Pitcher Canning Co. v. Central of Ga. R. Co.*, 149 Ga. App. 5, 10, 253 S.E.2d 392 (1979)). Recovery of lost profits is not precluded in a tort action where such loss is capable of reasonably accurate computation. *Molly Pitcher Canning Co. v. Central of Ga. R. Co.*, 149 Ga. App. 5, 10, 253 S.E.2d 392 (1979).

As a direct result of the damage to Blount's Property from the Tower Failure, Blount has and expects to, given the remediation timeline, incur losses totaling ▮▮▮▮▮▮▮ including: current and expected lost job profits, current and expected FOB sales loss profits, and current and expected asphalt manufacturing costs. However, these costs and losses are only based on what is presently known and may increase.

Blount also seeks its attorney's fees, costs, and expenses under O.C.G.A. § 13-6-11 stemming from this lost profits claim.

**8.      Violation of the Georgia Open Records Act: Damages as allowed by statute.**

As stated above, our office sent an Open Records Request to the City pursuant to O.C.G.A. § 50-18-71 on February 15, 2023. The City failed to timely and properly answer the Request in violation of O.C.G.A. § 50-18-71 and subject the City to the penalties set forth in O.C.G.A. § 50-18-74. Further, the City, by and through its counsel, has admitted that it has withheld information, allegedly based upon privilege, and dribbled information well past its deadline to produce documentation and information

CHALMERS, ADAMS, BACKER & KAUFMAN LLC

May 31, 2023
Page **10** of **12**

requested. Consequently, Blount intends to pursue all remedies provided for under the Georgia Open Records Act.

Based on information and belief known at this time, the City of Cumming received emergency notification sometime shortly after 11:00 p.m. on December 6, 2022, that the Water Tower along my Client's property was empty. However, the City disregarded the emergency notifications and as a result, approximately 1.3 million gallons of water continued to run not only from the Water Tower, but also the pipes, ultimately flooding and saturating Blount's Property and creating conditions that caused the failure of the pipes and a landslide in an area that was heavily forested and protected by natural vegetation. Based on the City's failure to ameliorate the water and silt runoff, my Client may be entitled to punitive and exemplary damages against non-governmental actors that were directed by and acting as independent contractors and agents of the City.

This letter is being timely served upon the City of Cumming, through its Mayor, with copies to its City Attorney(s), Councilmembers, and Director of Utilities as a municipal corporation of the State of Georgia, pursuant to O.C.G.A. § 36-33-5 et seq. as an ante-litem notice, and as otherwise required by law, in order to afford the City and its governing members the opportunity to investigate the claims set forth herein, ascertain the evidence and to avoid the incurrence of unnecessary litigation through out-of-court resolution. See *City of Alpharetta v. Francis*, 366 Ga. App. 454, 455 (2023). In further support of Blount Construction's claims, preliminary reports regarding the damage done to Blount's property and Blount Construction's business are attached collectively hereto, including **Exhibit 1**, a preliminary report prepared by RIO GeoEngineering, LLC, **Exhibit 2**, which contains two independent proposals to clean up retention ponds which were damaged by the Tower Failure, and **Exhibit 3**, containing reports prepared by Blount showing existing and anticipated businesses losses resulting from the Tower Failure. Additionally, Blount's engagement letter with our office is attached hereto as **Exhibit 4**. As you are no doubt aware, the statutes of limitation on any and all claims against the above-named governmental entities and individual persons are tolled under Georgia law pending the review of and resolution of this ante litem notice.   Blount Construction reserves the right to supplement this letter as discovery and further investigation proceeds.

As this letter serves as the formal ante litem notice pursuant to Georgia Law generally, it is given with regard to the harm, injury and wrongful conduct committed against my Client for which it is now demanding restitution, compensation, and redress under all causes of action at law and equity under Georgia law. My Client intends to bring a lawsuit and claims against the City and all legal persons involved or acting on behalf of the City, asserting tort and statutory claims, including but not limited to continuing nuisance, trespass to chattel, trespass to property, failure to maintain lateral support, negligence, negligent repair, constitutional taking, indemnification, joint and several liability, conspiracy, the Georgia Water Quality and Control Act, the Georgia Waste Control Act, the Georgia Erosion and Sedimentation Control Act, and regulations issued under these statutes, and the Georgia Open Records Act. The damages that my Clients intend to seek are general damages, actual damages, special damages, incidental damages, compensatory damages, statutory damages, punitive damages, exemplary damages, pre and post judgment interest, and unliquidated statutory interest along with attorney's fees, costs and expenses of litigation, if not settled and resolved prior to bringing suit.

CHALMERS, ADAMS, BACKER & KAUFMAN LLC

May 31, 2023
Page **11** of **12**

Additionally, please let this letter serve as Blount Construction's demand that the City's insurance carriers be placed on notice of damages and liability of the aggregate limit of ███████.

The damages outlined in this letter for the multiple instances and ongoing daily nuisances far exceed insurance policy limits of the City of Cumming. As such, the City's insurers are placed on notice that Blount Construction is seeking damages in excess of policy limits and if the City's insurers tender policy aggregate limit to Blount Construction, they shall do so within thirty (30) days of the date of this *ante litem* notice.

---

### OFFER OF SETTLEMENT AND COMPROMISE/RULE 408:
### INADMISSIBLE IN COURT OR OTHER LEGAL PROCEEDING

Blount, by and through its counsel, demands compensation and formally offers a settlement to the City of Cumming to end this potential contentious and protracted dispute **as to all claims and damages** in the amount of ████████. This amount is based on evidence and upon the types of claims intended to be brought. The effort to settle this matter out of court with the City of Cumming set forth hereinabove should be only construed as a demand for compromise and settlement by and between Blount Construction and the City of Cumming. This amount is inclusive of attorneys' fees, costs, expenses, and interest incurred to date.

In good faith, you are reminded that you have already received and should remain in compliance with the Litigation Hold Letter, sent on February 13, 2022. A copy of the Letter is attached and incorporated herein as **Exhibit 5**. **You are further hereby put on notice of claims related to sanctions that may be imposed by a court of law concerning violations of the Litigation Hold Letter and spoliation of evidence including, without limitation, removal of the pipe debris, disposal of core samples unlawfully taken, destruction or deletion of evidence involving the "alert" and monitoring of the Water Tower and piping system, amongst other evidence.**

Your failure to timely contact me within the statutory time period or other time periods referenced herein, shall evidence that you are not interested in any settlement agreement or resolving this dispute in good faith, and that my Client will then be entitled to pursue all available legal claims and remedies, including without limitation, statutory relief, constitutional relief, claim for trespass, nuisance, and other claims including without limitation, attorneys fees, costs and expenses under O.C.G.A. § 13-6-11, or as otherwise may be applicable, as well as statutory pre-judgment and post-judgment interest.

If you should like to discuss this matter further, you are welcome to contact me directly. All communication directed to my attention should also include co-counsel Mr. Kurt Hilbert, Esq., at The Hilbert Law Firm, LLC, whose address is 205 Norcross Street, Roswell, GA, 30075 and via email at khilbert@hilbertlaw.com.

*[Signature on Following Page]*

CHALMERS, ADAMS, BACKER & KAUFMAN LLC

May 31, 2023
Page **12** of **12**

> */s/ Alex B. Kaufman*
>
> Alex B. Kaufman, Esq.
>
> For the Firm

cc:    Blount Construction Company, Inc.
       Kurt R. Hilbert

# EXHIBIT 1

# REPORT

## For Chalmers, Adams, Backer & Kaufman, LLC

Final Preliminary
Engineering Assessment
Blount Construction
Cumming Asphalt Plant –
Slope Failure
911 Canton Highway
Cumming, Forsyth
County, Georgia

Project No.
CABKA-23-GA-1045-01
May 30, 2023



RIO GeoEngineering

Geotechnical & Geoenvironmental Consulting



CABKA-23-GA-1045-01

May 30, 2023

Mr. Alex B. Kaufman, Esq.
**Chalmers, Adams, Backer & Kaufman, LLC**
11770 Haynes Bridge Road
Alpharetta, Georgia 30009-1968

Via Email: AKaufman@ChalmersAdams.com

RE:   Final Preliminary Engineering Assessment Report
**Blount Construction Cumming Asphalt Plant – Slope Failure**
911 Canton Highway
Cumming, Forsyth County, Georgia
Project No.: CABKA-23-GA-1045-01

Dear Mr. Kaufman:

RIO GeoEngineering, LLC (RIO) is pleased to submit this Final Preliminary Report to Chalmers, Adams, Backer & Kaufman, LLC (CABK) on the document review and preliminary engineering evaluation of the slope failure at the Blount Construction Cumming Asphalt Plant located in Cumming, Fulton County, Georgia. This letter report presents observations made during site visits performed by RIO on March 28 and May 8, 2023, evaluation of documents provided to RIO, results of initial slope stability analysis, and most likely cause of the slope failure.

RIO appreciates the opportunity to assist CABK on this project. Please contact us if you have any questions or if we can be of further assistance.

Sincerely,

**RIO GEOENGINEERING, LLC (DBE, MBE)**

**Rafael I. Ospina, P.E.**
Principal Geotechnical Engineer

RIO/rio

Attachments

*230530 RIO Preliminary Blount Slope Failure Evaluation Report.doc*

## TABLE OF CONTENTS

COVER LETTER
1.0 BACKGROUND .................................................................................................4
   1.1 City Slope Failure Initial Response and Evaluation ...........................................4
   1.2 GeoSystems Geotechnical Exploration and Stability Analysis............................5
   1.3 GeoStabilization International (GSI) Soil Nail Wall Design/Build ......................5
   1.4 Review Documents - Preliminary Engineering Evaluation .................................5
2.0 ENGINEERING EVALUATION ........................................................................7
   2.1 March 28, 2023 Site Visit..................................................................................7
   2.2 May 8, 2023 Site Visit ......................................................................................8
   2.3 Site Topography and Historic Land Use ..........................................................10
   2.4 Water Main .....................................................................................................11
   2.5 Historic Rainfall .............................................................................................12
   2.6 Slope Stability Analysis ..................................................................................13
3.0 SUMMARY OF RIO'S PRELIMINARY ENGINEERING EVALUATION............17
4.0 REFERENCES ...............................................................................................19

**TABLE**

Table 1 – 1975 to 2003 Top 10 Historic Highest Daily Rainfall Events
Table 2 – Slide Area Slope Stability Strength Parameters
Table 3 – Slide Area Slope Stability Analysis Results

**FIGURE**

Figure 1 – Overall Site Location Plan
Figure 2 – Slide Area Topographic Survey
Figure 3 – Slide Area Cross Section A-A'
Figure 4 – Water Main Leak Area Exhibit (1 of 2)
Figure 5 – Water Main Leak Area Exhibit (2 of 2)
Figure 6 – Water Main Excavated Pipe Exhibit
Figure 7 – 1975 – 2023 Historic Rainfall Record Exhibit

**APPENDIX**

Appendix A – March 28, 2023 R. Ospina Site Visit Photos
Appendix B – May 8, 2023 R. Ospina Site Visit Photos
Appendix C – May 8, 2023 Boundary and Topographic Survey
Appendix D – Record Review Select Site Photos
Appendix E – 1975 – 2023 Historic Rainfall Data
Appendix F – Slope Stability Analysis

# 1.0 BACKGROUND

Blount Construction Company, Inc. (Blount) operates an asphalt plant located at 911 Canton Highway, Cumming, Georgia in Forsyth County, Georgia.  The City of Cumming (City) owns a property located at 921 Canton Highway on the north side of Blount's property along a narrow, northeasterly-southwesterly oriented ridgeline (*Sawnee Mountain - USGS Cumming Quadrangle, Georgia 7.5 Minute, 1999)*). The City operates two large water supply tanks reportedly 500,000 and 800,000 gallon capacity on top of the ridge just on the north side of Blount's property boundary.  An approximately 8" diameter Ductile Iron Pipe (DIP) water main serving the two tanks running along the north side of the City's and Blount's property boundary at the top of the hill side along the slope crest. A slope failure reportedly occurred sometime during the night of December 6, 2022 at the Blount's property. A total of 2.13 inches of rainfall was reported by a nearby weather station on December 6, 2022.  Approximately 1.3 million gallons of potable water were released over night from the two City water storage tanks impacting Blount's property and asphalt plant operations. The location of the City tanks, approximate location of the water main and extent of the slope failure sliding mass on Blount's asphalt plant property is shown in Figure 1.  Pre-failure 2015 GIS topography obtained from Forsyth County GIS Department is shown on Figure 2. A pipe joint of the watermain was reportedly described located within the section of pipe that failed.

The property line along the south side of the tanks is approximately 15 to 20 feet from the edge of the tanks, and about 10 feet south from the south slope crest (along the existing security fence). Prior to the slope failure, the watermain feeding the tanks was located about 10 feet north of the property line with a section of the watermain running within the slope of the slide area (below the crest of the slope) based on 2015 GIS Forsyth County topography, and photos and videos taken by Geosystems and City staff.

The release of water from the tanks and slope failure sliding mass impacted approximately 0.4 acres of pine tree forested land on the hill side, plant operations paved area and operations access, damaged an office trailer, flooded two equipment storage containers, impacted on-site access roads to Ponds No. 1, 2 and 3, and discharged washed sediment into Ponds No. 1, 2 and 3 documented during RIO's Site Visits on March 28 and May 8, 2023.  As of May 8, 2023 (last site visit by Mr. Rafael Ospina with RIO), the plant normal operations were still shut down.

RIO GeoEngineering, LLC (RIO) was retained by Chalmers, Adams, Backer & Kaufman, LLC (CABK) on behalf of Blount to review available project documents, perform site visits on March 28, 2023 and May 8, 2023, perform preliminary stability analysis, and prepare this Preliminary Engineering Assessment Report.

## 1.1 City Slope Failure Initial Response and Evaluation

The City retained GeoSystems Engineering, Inc (GeoSystems) in December 2022 to visit the site and provide an initial assessment of the slope failure, an initial Letter of the initial assessment was issued by GeoSystems on December 12, 2022. GeoSystems visited the site on December 8 and 9 and met on December 9 with GeoStabilization International (GSI), a geotechnical contractor specializing in slope stabilization, to observe site conditions and discuss possible stabilization methods for repair of the slope.  Based on visual observations during the initial assessment, GeoSystems determined that there was no risk of slope failure extending towards the eastern most tank in the near future, and that even though there was some evidence of previous movement and instability of the south slope along

the tanks pad, there were not "recent" signs of slope movement and tension cracks. Geosystems recommended a further slope stability analysis to evaluate the long-term stability of the entire south slope, and perform a geotechnical exploration to provide soil strength parameters for slope area stabilization design being prepared by GSI design/build contractor.

## 1.2 GeoSystems Geotechnical Exploration and Stability Analysis

Following the initial assessment, GeoSystems completed a geotechnical exploration, laboratory testing, geophysical investigation and slope stability analysis to assess the long-term slope stability at the site and provide permanent repair recommendations for the failed slope. The results of the geotechnical exploration and slope stability analysis were documented in a final Geotechnical Assessment Report dated April 5, 2023. GeoSystems retained Collier Geophysics, LLC (Collier) to perform the geophysical survey lines to characterize subsurface conditions along the slope. Collier issued a report dated March 17, 2023 included as attachment to the Geosytems Geotechnical Assessment Report. Civil Engineering Consultants (CEC) retained by GSI provided a topographic survey of the slide area and adjacent east and west slopes based on a combination of drone fly over topography and ground run survey completed for the slope west of the slide area. Laboratory testing was completed on samples collected from SPT soil borings completed within the tanks pad area, with only two of the SPT borings complete near the crest of the slide area. Hand auger borings without dynamic cone penetration testing were completed along the slope west of the slide area along with the geophysical survey lines. Kilman Brothers Drilling was retained by GeoSystems to complete the geotechnical SPT borings. Drilling of SPT Borings was completed during December 28 and 29, 2022, hand auger borings were completed on February 3, 2023, and the geophysical survey by Collier was completed on March 8, 2023.

## 1.3 GeoStabilization International (GSI) Soil Nail Wall Design/Build

GSI was retained by the City to provide design/build services for the stabilization of the upper part of the slope so the City could refill the tanks. The design and repair consisted of a Soil Nail Wall 10 feet high and approximately 100 feet long. Soil nails were designed to be installed in a triangular pattern spaced about 5 feet apart. The soil nails were designed to be installed in two rows along the wall and extend up to 28 feet (top row) and up to 18 feet (lower row), with horizontal drains up to 20 feet in length installed at 10-foot center to center. The face of the wall was designed to be covered with 8 to 10 inches of shotcrete depending on the location of the wall. GSI started wall construction activities the week of December 19, 2022, and was completed about January 17, 2023. No construction records were available for review and preparation of this report.

Geosystems has performed periodic slope stability site inspections since the construction of the Soil Nail Wall and no issues of concern have been identified since their initial site visit after the construction of the wall on January 25, 2023 until the preparation of their submittal of their final Geotechnical Assessment Report dated April 5, 2023.

## 1.4 Review Documents - Preliminary Engineering Evaluation

RIO's preliminary evaluation is based on a review of the following information provided by Chalmers, Adams, Backer & Kaufman, LLC:

Documents Released by City's Counsel:

1) Phone Video by City Staff – File Name: SM Video 1, dated December 7, 2022.

2) "Preliminary Geotechnical Assessment Report" prepared by Geosystems Engineering, Inc., dated December 12, 2022.

3) "Slope Stabilization Plans (Issued for Construction)" prepared by GeoStabilization, Inc. (GSI), dated December 16, 2022.

4) "The EDR Aerial Photo Decade Package" prepared by Environmental Data Resources, Inc. (EDR), dated December 21, 2022.

5) "The EDR-City Directory Image Report" prepared by Environmental Data Resources, Inc. (EDR), dated December 23, 2022.

6) Drone Video by City Staff – File Name:  DJI_0013, dated February 2022.

7) "Sawnee Tank Emergency Repair Topographic Exhibit" by Civil Engineering Consultants, Inc., dated February 24, 2023. (West Slope Ground Run Topo).

8) "Geophysical Letter Report" by Collier Geophysics, LLC, dated March 17, 2023.

9)  "Preliminary Geotechnical Assessment Report" prepared by Geosystems Engineering, Inc., dated April 5, 2023.

10)  City Tax Map Image Tax Parcel 125 029 – File Name: Sawnee Mountain Tank Feed Line Leak – Tax.pdf (showing location of water main), No Date.


Documents Released by Blount's Counsel (CABK):

1) Drone Site Photos (Pre-Failure) by Blount Construction, date March 12, 2021.

2) Drone Site Photos (Pre-Failure) by Blount Construction, dated April 2022.

3) Pond No. 3 Site Photos (Pre-Failure) by Blount Construction, dated March 2022.

4) Ponds No. 1 and 2 Site Phots (Pre-Failure) by Blount Construction, dated May 2022.

5) Visual Assessment Form – Storm Water Outfall SW-01, SW-02 and SW-03 by Blount Construction, dated December 6, 2022 (observation at 9:00 am) (1.5" rain reported)

6) Site Safety Inspection Report (Post-Failure) by Blount Construction, dated December 14, 2022

7) "Boundary & Topographic Survey" by IronStone Surveying, dated May 23, 2023 (Field survey on  May 8, 2023).


Additional Information Reviewed by RIO:

1) Historic Rainfall Data - NCEI/NOAA Station: CUMMING 2 N, GA US USC00092408 –

https://www.ncei.noaa.gov/access/past-weather/Cumming%2C Georgia

2) PGA Earthquake Motion Parameter for 2% Probability in 50 years - ASCE 7-22 Seismic Tools Site

   https://asce7hazardtool.online/

## 2.0 ENGINEERING EVALUATION

RIO reviewed a number of documents listed under Section1.4 above. RIO also performed preliminary slope stability analysis of the slide area to help determine the potential causes of slope failure at the Blount's Asphalt Plant.   The sections below provide observations made during the review of the information provided, describe areas impacted by the slope failure, and discuss potential causes of the slope failure.

### 2.1 March 28, 2023 Site Visit

RIO performed an initial site visit on March 28, 2023 in coordination with Blount's Legal Counsel (CABK).  A photographic record of the site visit is provided in Appendix A (Photos 01 to 49).  Below is a summary of main observations by area made during the site visit:

Plant Area:

- A significant amount of sediment came down from the slide area covering and blocking access for Plan normal Operations.  The Plan was shut down during the site visit (see Photos 01 and 02).

- The site Office Trailer was damaged by slide material that came down and pushed the trailer out of its place. Pine trees penetrated through the trailer walls completely damaging the trailer, including a compressed gas tank on the outside within the limits of the slide debris (see Photos 03 to 10).

- Two equipment storage trailer containers were flooded with sediment and water from the slide area damaging equipment and supplies stored in the trailers (see photos 13 and 14 showing the trailers in the background on the right side of the slide area (looking downstream from the top of the slide area) of the slide area) (Appendix B provides additional photos obtained during the May, 8, 2023 site visit).

South Slope Slide Area:

- A large volume of material came down the hill from the slide area impacting pre-existing pine trees (about 0.4 acres of land) forestation and sending mud and slide debris downstream over the plant pavement area and into existing Ponds No. 1, 2 and 3 (see Photos 11 through 14).

Ponds No. 1, No. 2 and No.3:

- Sediment from the slide area washed down the stream together with the 1.3 million gallons of water discharged from the two City water storage tanks. Sediment was carried into Ponds No. 1, No. 2, and No. 3 impacting their storage capacity (see Photos No. 15 through 26 to see impacts).

- Discharge from Pond No. 2 through the Outfall SW-01 culvert and overtopping over the access driveway to Pond No. 3 washed the road surface base material away (already repaired during the site visit per account by Plant Operations Manager) and continued downstream washing and eroding the access road surface pavement and cutting deep channels along the roadway (see Photos 27 through 39).

- Sediment was discharged into Pond No. 3 impacting the capacity of the Pond. No discharge of sediment was noted downstream from Outfall SW-2 into the adjacent property, and the top of the dam crest of Pond No. was not impacted (see Photos 40 through 49).

## 2.2 May 8, 2023 Site Visit

RIO performed a second site visit on May 8, 2023, also in coordination with Blount's Legal Counsel (CABK).  City's Insurance Company Counsel and Insurance Company Expert were also present during the site visit. A photographic record of the site visit is provided in Appendix B (Photos 01 to 68).  Below is a summary of main observations by area made during the site visit:

Tanks South Slopes & Slide Area:

- During this site visit, the slopes west and right of the slide area, as well as the top of the slide area were visited to evaluate the current conditions. Asphalt millings/waste was noted on the surface of the slide area debris indicating the presence of some fill over the slide area (see Photos 01 through 03).

- The driveway to the tanks on top of the hill has been restored with gravel as part of the repairs completed for stabilization of the top of the slide area. Rock outcrops were noted near the crest of the slope left of the slide area also showing very steep slopes, the angle of the upper slope was measured in the field and was at 42 degrees, or 1.1H:1V. The slope left of the slide area (looking down from the top of the slope) looked stable, with no evidence of active ground movement/sloughs or tension cracks (see Photos 04 through 06).

- A 10-foot-high soil nail wall was noted at the top of the slope in the slide area. Drain holes could be observed through the wall at about 10-foot apart per design plans prepared by GSI.  The shotcrete on the wall surface looked reasonably placed with an even surface.  No leakage of water through the drain pipes or wet surface on the wall of concern were noted during the site visit.  The top of the wall was leveled with the driveway level (see Photos 07 through 12).

- The surface of the slide area up on top of the current slope showed exposed stable dense to very dense soils (slip surface), all the material above it was washed away downstream with the slide.

The exposed material above the slip surface on the slope left of the slide area shows approximately 8 to 10 feet of material over the slide slip surface. A thin layer (12 inches or so) of asphalt millings/waste fill could be observed on the surface of the slope (see Photos 13 through 19)

- The plant office trailer was damaged by slide material that came down and pushed the trailer out of its place. Pine trees penetrated through the trailer walls completely damaging the trailer, including a compressed gas tank on the outside within the limits of the slide debris (see Photos 03 to 10).

Slope Right of Slide Area:

- A number of Cast Iron Pipe (CIP) driven piles 8 inches in diameter were noted to be installed along the lower topographic bench on the south slope below the tank pads. A 12-inch steel I-beam was also noted to be driven just below the crest of the second topographic bench above the area where the CIP driven piles were noted.  These piles appear to have been installed in the past (prior to Blount's acquiring the property per account by Plants' Maintenance Manager) to stabilize an old slide located within the lower part of the south slope.  No evidence of slope movement or unstable active conditions or tension cracks was noted during the site visit.  Only a few deep surface water erosion channels were noted extending from the top of the slope downhill in the area of the tanks pad (see Photos 20 through 24).

- Five open (not backfilled) hand auger borings completed by Geosystems were noted on the south slope below the tanks pad. Depths to the bottom of the holes varied from 1 to 8 feet deep (HAB-5). Open boreholes in slopes can allow water to get into the subsurface and affect the stability of the slope, especially in slopes with a low factor of safety against slope failure Asphalt millings/waste was also noted on the surface of the slope from the bottom of the slope to the top of the slope showing the presence of some fill.  This layer appears to have been placed as part of erosion protection when the disturbed slopes from previous mining operations were being restored (see Photos 25 through 38).

- Geophysical Line P-1 stakes at the end of the line were noted near the top and toe of the slope in the same area as the hand auger borings, and a property line stake was also noted above from hand auger boring HAB-1; all hand auger borings were completed within Blount's property (see Photos 39 through 45).

City Water Main:

- A watermain vault was noted at the top of the soil nail wall near the left end of the wall. This vault appeared to be the old vault present prior to the slope failure.  The excavated old watermain section of pipe with the slope failure area was noted laying on the ground on the north side shoulder of the gravel driveway to the tanks.  The excavated sections of pipes, pipe joints and elbows appear to be corroded in some areas. Close examination of photos taken during the site visit show some corrosion activity expected for a $\pm$ 50-year-old pipe.  A potential pipe crack was

also noted in one of the excavated pipes that appear to be associated with the pipe leak; unfortunately, Blount staff and/or RIO were not present when the pipes were excavated from the slide area to better examine the area of the pipe leak and/or separation of a pipe joint (see Photos 46 through 54).

Ponds No. 1, No. 2 and No.3:

- During the site visit, the area of Ponds No. 1, No.2 and No.3 were also revisited with the City's Insurance Counsel and their expert.  Conditions appear to be the same as observed during the March 28, 2023 site visit (see Photos 55 through 64).

Plant Equipment Storage Containers:

- The slope failure sliding mass and discharge of 1.3 million gallons of water from the City tanks also impacted the Plants, equipment storage containers. Sediment and old water marks on the walls were noted inside the containers (se Photos 65 through 68).


## 2.3 Site Topography and Historic Land Use

RIO evaluated the topography of the south slope and compared the slope angles of the south slope left and right of the slide area within the pre-failure slide area. Both the 2015 topography obtained from the Forsyth County GIS Department and the drone and ground run survey (right and left sides of slide area) prepared by IronStone Surveying (5/23/2023 Plat) appear to be similar.  The complete IronStone Surveying Boundary & Topographic Survey dated 5/23/2023 (field survey completed on 5/8/2023) is included in Appendix C, the pre-failure 2015 GIS topography and the post-failure topographic survey topography are shown on Figures 2, with a cross section (Cross Section A-A') across the slide area showing the pre- and post-failure ground surfaces shown in Figure 3. In general, the overall slope (crest to toe) was noted to be steeper (32 to 33 degrees, 1.5H:1V) on the left side (looking down from the top) of the slide area than the slope (25 degrees, 2H:1V) on the right side; the pre-failure overall slope of the slide area was similar to the slope right of the slide area based on the 2015 GIS topography obtained from Forsythe County.  The right slope south of the tanks pad and the pre-failure slope of the slide area had a couple of benches about 20 feet wide from about Elev. 1304 to 1308 for the lower bench, and from about Elev. 1316 to 1324 for the upper bench.  The total relief of the slope right of the slide area under the tanks pad is about 93 feet high, the slide area is about 86 feet high, and the slope left of the slide area is about 68 feet.

The upper slope of the slope south of the tanks pad, the slide area, and the slope left of the slide area were noted to have much steeper slopes than the lower portion of the slopes.  The upper slope of the right slope and the slide area had slopes with an angle of $32^o$ to $33^o$ (1.5H:1V), and the upper slope of the slope left of the slide area was noted to have a much steeper slope angle at about $25^o$ (1.1H:1V), this slope has exposed rock outcrops along the top of the slope near the crest (see Photos 05 through 06 in Appendix B).  The top of rock appears to be shallower on the slope left of the slide area than in the slide area and slope right of the slide area.

Based on RIO's field observations during the 5/08/2023 Site Visit, both the slope right of the slide area and the slope left of the slide area did not show signs of current instability, although the slope

below the tanks right of the slide area had been subject to historic localized instability (e.g., slide and scarp noted) that had been stabilized (prior to Blount purchasing the property) with a number of 8-inch diameter driven cast iron pipe piles located over the lower bench, and one driven steel beam pile located just below the upper bench (see Photos 20 through 24 in Appendix B).  Some surface water deep erosion channels were also noted on the west slope below the tanks area. A sliver (about 12 inches thick) of asphalt millings/waste was observed on the slope right of the slide from the crest of the slope to the toe of the slope, the same material was also noted over the slope failure sliding mass, appearing to have been placed over the final slope for erosion protection as part of slope surface stabilization after ground disturbance in the area had stopped prior to Blount acquired the property in or about 1984 (based on online review of property ownership tax map records).

Review of aerial imagery provided in the EDR Reports included in the GeoSystems April 5, 2023 Report shows that there was mining activity as early as 1964 in the property now owned by Blount. Based on available aerial imagery the City water tanks had been constructed by 1981 and as early as 1972 (aerial imagery not clear). Blount acquired the property in or about 1984 (based on online review of property ownership task map information) from a previous asphalt plant operator (per account by Blount's Operations Manager during the site visit on March 28, 2023).   Land use/disturbance along the slope south of the tanks pad stopped prior to 1981 (vegetation coverage shown on 1981 EDR Imagery), and potentially as early as 1974. Potential ground disturbance activity along the south slope south of the tanks and slide area shown on 1988 EDR imagery appears to be the result of an overexposed aerial image.  Google Earth imagery in 1992 shows that the south slope is already covered with vegetation; based on this review no ground disturbance/activity of the south slope has occurred for at least 30 years prior to the occurrence of the slope failure during the night of December 6, 2022.   No issues of instability of the south slope have been reported during this period based on available records. The south slope below the tanks pad, slide area, and left of the slide area were covered to the crest of the slope with pine trees at least up to 12 inches in diameter.

## 2.4 Water Main

The old watermain that failed in the area of the slope failure was about 50 years old.  Ductile Iron Pipe (DIP can last up to 100 years depending on site and maintenance conditions).  DIP has specific failure modes and indicators that the pipe is nearing failure. Corrosion is the primary cause of failure for any metallic pipe material. DIP can fail due to internal or external corrosion, pipe movement from thermal variations, seismic shifts, or external loading reflected by joint leaks or pipe movement (e.g., ground movement caused by tree roots near or around utility pipes). Loss of soil support and bedding can also result in leaks in DIP.  Leaks can be identified through acoustic surveys, wet areas, or pressure variations.  At the time of the preparation of this report there were no maintenance records available to review documenting any service/maintenance performed by the City on the pipe.

Review of videos and photographic records obtained from City's Counsel shows that a number of pine tree stumps were present immediately adjacent to the pipe in the area of the pipe leak, with  tree roots going over and under the pipe; these pine tree stumps were up to about 12 inches in diameter and did not show much decay. Photos extracted from a video taken by City staff the day after the slope failure on December 7, 2023 when water was still discharging from the watermain joint leak/separation, and after the leak had stopped before the pipes were removed from the excavation area are shown on Figures 4 and 5.  Pine trees typically decay within 3 to 5 years, and the trees noted on the photos appear to have been cut by the City within a year or two, possibly because City maintenance staff had concerns with the effect of the pine trees growing adjacent to the aging

watermain.  Also because of the location of the section of the water main within the slope area (below the crest), the photos also appear to show less than desired soil cover, which 2 to 3 feet is typically recommended to protect water pressure pipes from ground freezing conditions.  While Blount staff or RIO were not able to observe the watermain before it was excavated from the slide area after the failure, the exhumed pipe was examined during RIO's Site Visit on 5/08/2023; based on closer examination of the photos, the excavated watermain pipe shows some potential corrosion (external and internal) and a potential crack on the pipe that may be associated with the leak, or created during removal of the pipe.  Bolts on pipe joint flanges were also noted to be missing; annotated photos of the excavated pipe are shown on Figure 6.   Select photographs of photos or videos obtained prior to the slope failure provided by Blount, and select photos obtained from videos or photos provided by City's Counsel are included in appendix D.

The condition of the aging watermain pipe and pipe joints is questionable.  Corroded pipes with missing pipe joint bolts, and potential ground movement associated with pine tree roots grabbing on the ground and/or pipe during high-speed winds may have caused a leak in the pipe joint prior to the slope failure. A small initial leak may have caused the soils within the slide area get pre-saturated, and rainfall the day of the failure just contributed to the already saturated soil mass leading to loss of soil strength (increased porewater pressure along the soil mass slip surface). The loss of soil strength would create instability of the slope to a point of slope failure (reduced factor of safety to less than one).

## 2.5 Historic Rainfall

RIO reviewed historic rainfall data to evaluate the magnitude of rainfall the day of the slope failure compared to historic rainfall the slide area was subject in the past since the pipe has been installed. Rainfall date was obtained from NCEI (NOAA) Station Cumming 2 N, GA US US00092408, 2.35 miles north east of the site.  Historic daily rainfall data from 1975, from around the time the City tanks were installed, to early 2023 is shown on Figure 7.  The maximum daily rainfall event the south slope has been subject to is up to 5.4 inches (one on February 3, 1982 and one on July 9, 2022), with at least 10 rainfall events greater than 4 inches as shown on Table 1 below.  Tabulated data for all the rainfall events since 1975 greater than 2.13 inches is included in Appendix E.

**Table 1 – 1975 to 2023 Top 10 Historic Highest Daily Rainfall Events**

| Event Date | Total Daily Rainfall (inches) |
|---|---|
| 2/3/1982 | 5.4 |
| 7/9/20222 | 5.4 |
| 9/17/2004 | 5.22 |
| 6/24/1980 | 5.06 |
| 3/17/1977 | 5.0 |

| 3/30/1977 | 4.67 |
|---|---|
| 9/22/2009 | 4.45 |
| 10/9/1977 | 4.25 |
| 12/6/1983 | 4.2 |
| 9/25/1997 | 4.2 |

## 2.6 Slope Stability Analysis

Six (6) soil SPT borings (B-1 to B-6) and five (5) hand auger borings (HAB-1 to HAB-5) were completed by Geosystems around the water tanks pad on the crest of the slope (SPT Borings) and along the slope (hand auger borings) right of the slide area; only two of the SPT borings (B-1 and B-6) were completed within 15 feet of the cross section used by RIO for slope stability analysis of the slide area, the hand auger borings were completed about 60 feet away from the cross section used by RIO for slope stability. Borings were advanced to planned termination depths or auger refusal. Two (2) geophysical SRL (Vp) and MASW (Vs) survey lines (P-1 and P-2) were completed by Collier on the slope right of the slide area along the hand auger borings (see Figure 2 for boring locations). Geophysical information collected along the P-1 line closest to the slide area and the hand auger borings was used together with information from SPT boring B-1 and B-6, the hand auger borings, and results of laboratory tests (grain size classification and shear strength tests). An additional geotechnical exploration consisting of SPT soil borings located within the slide area (top, middle and toe) in conjunction with installation of slope inclinometers and laboratory testing for final slope stability analysis for slide area slope restoration recommendations, and future slope stability monitoring. The soil borings and geophysical survey lines indicated the presence of a thin layer of fill placed over residual soils overlying partially weathered rock (PWR), and rock.

RIO performed preliminary slope stability analysis to identify potential circular and non-circular sliding planes through the sliding mass in the slide area for long-term (pre-failure and short-term conditions (soil saturation above slip surface and seismic condition). Reasonable effective strength parameters (Ø and C) were selected to produce minimum factors of safety (FOS) for conditions prior to slope failure (no tension crack condition for FOS $\geq$ 1.1). Friction angles for the different soil layers were determined based on corrected SPT $(N_1)_{60}$ values considering an SPT hammer energy ratio of ER=83% for a CME-550X drill rigg used by Kilman Bros, and correction for overburden stress (see calculations in Attachment F), and results of a shear strength test performed on a relatively undisturbed sample (Shelby tube) collected from the residual soils in boring B-6 (5 to 7 feet) resulting in a friction angle of 37.8º and cohesion of 105 psf. The average porewater pressure ratio value (Ru) along the slip surface was then back calculated to determine to maximum porewater pressure along the slip surface required to bring the FOS to unity (FOS=1) to trigger slope movement/failure. Selected strength parameters used for slope stability analysis are summarized in Table 2 below including the average soil layer depths, average SPT $(N_1)_{60}$ values, and expected average shear wave velocity Vs.

**Table 2 – Slide Area Slope Stability Strength Parameters:**

| Layer (Depth) | Total Unit Weight (pcf) | Effective Friction Angle $\varnothing'$ | Effective Cohesion C' (psf) | Average SPT Value $(N_1)_{60}$ (bpf) | Average Shear Wave Velocity Vs (ft/sec) |
|---|---|---|---|---|---|
| **Layer 1** Fill: Firm Sands (SM) (0 – 3 ft) | 115 | 32 | 50 | 15 | 565 - 590 |
| **Layer 2** Residual Soils – Firm Sands (SM) (3 – 10 ft) | 120 | 34 | 50 | 20 | 650 |
| **Layer 3** Residual Soils – Dense to Very Dense Sands (SM-SW) (10 – 30 ft) | 130 | 41 | 0 | 44 - 64 | 785 - 920 |
| **Layer 4** Residual Soil: Medium Dense (SM) (30 – 35 ft) | 120 | 36 | 0 | 27 | 745 |
| **Layer 5** Partially Weathered Rock (PWR) (SM) (35 – 50 ft) | 130 | 45 | 0 | 180 - 600 | 1545 |

Pseudo static seismic stability analysis was performed to determine the FOS for a maximum Peak Ground Acceleration ($PGA_M$) of 0.14g (modified for Site Seismic Class C and soil amplification) and a pseudo horizontal acceleration ($A_h$) of 0.07g ($A_h$=0.5PGA) for Earthquake with a 2% Probability of Exceedance in in 50 Years (M=4.9) (ASCE 7-22 Seismic Tools Site - https://asce7hazardtool.online/). Based on review of historic earthquakes in Georgia near Cumming, the site has not been subject to earthquakes larger than about M=4.4, and no issues of slope instability or large slope deformations (1 to 3 feet) have been reported associated with FOS $\leq$ 1. Slope stability analyses were performed using the Computer Model *Slide2 Version 9.024 2D Limit Equilibrium Analysis for Slopes by Rocscience*.

Three different methods were used for stability analysis, the Bishop Simplified, Janbu Simplified, and GLE/Morgenstern-Price Methods of analysis. The methods satisfy both force and momentum equilibrium. At least 500 iterations of potential circular slip surfaces were analyzed for the circular slip surface analysis. For the non-circular slip surface analysis, the slip surface was forced through the entire assumed contact between the upper residual soil layer and the dense to very dense layer, as

observed in the field in the upper part of the slope after the slope failure. This assumption would be reasonable for a non-circular slip surface passing through the toe of the slope. Additional borings and installation of an inclinometer through the remaining sliding mass at the bottom part of the slope would help identify the depth of the actual slip surface for final slope stability analysis to develop slope stabilization recommendations.   A summary of the preliminary slope stability analysis performed by RIO is included in Table 3 below.  Outputs of the different analysis in the form of charts is included in Appendix F.

**Table 3 - Summary of Slope Stability Analysis Results:**

| Cross Section | Load Condition | Minimum Required FOS | FOS |
|---|---|---|---|
| **CROSS SECTION A-A'** | | | |
| Slide Area: (Fig F-2) | Circular - Long Term Condition – <u>Drained</u> (No Cohesion) Layers 1 and 2; C = 0 psf | 1.3 to 1.5 | $\geq$0.95 |
| Slide Area: (Fig F-3) | Circular - Long Term Condition – <u>Drained</u> (With Cohesion) Layers 1 and 2; C = 50 psf | 1.3 to 1.5 | $\geq$1.1 |
| Slide Area: (Fig F-4) | Circular - Short Term Condition – <u>Soil Saturation - Undrained</u> (With Cohesion) **Ru = 0.07 (Max. Pore Water Pressure, ų = 92.29 psf (up to 1.48 ft of water)** Layers 1 and 2; C = 50 psf) | 1.3 to 1.5 | $\geq$1.0 |
| Slide Area: (Fig F-5) | Circular – Short Term Seismic Condition, (With Cohesion) **PGA$_M$= 0.14g; A$_h$= 0.07g** Layers 1 and 2; C = 50 psf) | 1.0 | $\geq$0.97 |
| Slide Area: (Fig F-6) | Non-Circular - Long Term Condition – <u>Drained</u> (With Cohesion) Layers 1 and 2; C = 50 psf) | 1.3 to 1.5 | $\geq$1.44 |

| | | | |
|---|---|---|---|
| Slide Area: (Fig F-7) | Non-Circular - Short Term Condition – <u>Soil Saturation - Undrained</u> (With Cohesion) **Ru = 0.27** **(Max. Pore Water Pressure, ụ = 474.55 psf   (up to 6.6 ft of water)** Layers 1 and 2; C = 50 psf) | 1.3 to 1.5 | >1.0 |
| Slide Area: (Fig F-8) | Non-Circular – Short Term Seismic Condition, (With Cohesion) **PGA$_M$= 0.14g ; A$_h$= 0.07g** Layers 1 and 2; C = 50 psf) | 1.0 | >1.24 |

GeoSystems slope stability analysis included in the April 5, 2023 Geotechnical Assessment Report was performed for a cross section along the right side of the slide area.  The GeoSystems Slope Stability Model used only three (3) subsurface layers: fill, residual soils (one single strength), and partially weathered rock, with only friction angel (no cohesion). The RIO Model used five (5) different subsurface condition layers: fill, three different residual soil layers with different strengths, and PWR. The fill and upper residual soil layers used both friction angle and some low cohesion.  Friction angles were similar for both models with the exception of the fill layer where GeoSystems used a much lower friction value (25° vs 32°) compared to the RIOs Model.

Geosystems identified potential circular slip surfaces with factors of safety of less than one within the upper steep slope, and also for a non-circular sliding plane along the interface passing through the toe of the slope.  Factors of safety of less than one means that the slope should have failed a long time ago, at least since 1985, which is not the case. The south slope has been subject to high rainfall events (up to 5.4 inches of rain in a day) and earthquake events of up to 4.4 magnitude since 1985 with no indication of slope instability of the slide area. Pre-failure slide area factors of safety should have been at least 1.1 or higher, since no evidence of slope movement/instability (e.g., sloughs or tension cracks) has been reported for at least since 1984 when Blount purchased the property. Shear strength parameters used by Geosystems for the fill and residual soils do not reflect actual field conditions.   Laboratory triaxial shear strength test results of a relatively undisturbed Shelby tube sample collected from a depth of 5 to 7 feet below the ground surface in boring B-6 in the undisturbed residual soil (silty fine to coarse sand with 35% fines (SM) show much higher strength values than those used by Geosystems in slope stability analysis (friction angle of 38.7 degrees and cohesion of 0.73 psi (105 psf), vs the 25 degrees and no cohesion used for the fill, and 34 degrees with no cohesion used for the undisturbed residual soils.

Unless an extreme external loading condition (e.g., excavation along the toe of the slope, surcharge at the crest of the slope, or earthquake load), or significant saturation of the soil mass above the slope slip surface (circular or non-circular slip surface) reducing the effective shear strength of the soils took place, the slope should have maintained a factor of safety of at least 1.1, which is considered to be the minimum factor of safety before tension cracks may start developing on a slope before they fail. The rainfall event that took place the night of the slope failure was 2.13 inches based on NCEA/NOAA Station CUMMING 2 N, GA US USC00092408 located 2.35 miles east of the site, and the maximum rainfall event the slope has been subject to in the past has been up to 5.4 inches.  For the slope to fail the way it failed, the soil mas had to be overly saturated (e.g., by an on-going pipe water leak) by

the time the 2.13 inches of rain came on the site on December 6, 2022, the day of the slope failure. RIO analysis shows that for the most critical slip surface occurring in the upper part of the slope, an average porewater pressure ratio Ru of 0.07 would be required to bring the FOS to one; this would be a maximum pressure above the slip surface of about 92.29 psi, or about 1.48 ft of water. For the non-circular slip surface the Ru value would be 0.27, or about 475 psf of porewater pressure above the slip surface (up to 6.6 feet of water), which would require much longer time for a small leak to saturate the soil mass above the slip surface.  The slope stability analysis supports the need for a sustained external source of water (e.g. watermain leak) to saturate the soil mass up to about 6.6 feet above the slip surface to move a sliver of soil 8 to 10 feet thick down the hill as reflected in the post-failure topographic survey.

## 3.0 SUMMARY OF RIO'S PRELIMINARY ENGINEERING EVALUATION

RIO GeoEngineering, LLC (RIO) has completed a Preliminary Engineering Evaluation of the Blount Construction Company, Inc. (Blount) Asphalt Plant Slope Failure at the Cumming Plant located on 911 Canton Highway, Cumming, Georgia in Forsyth County.  The slope failure reportedly occurred sometime during the night of December 6, 2022. Approximately 1.3 million gallons of potable water were released overnight from two City of Cumming (City) water storage tanks reportedly 500,000- and 800,000-gallon capacity located at the top of the hill side on the adjacent property owned by the City of Cumming located at 921 Canton Highway.

A summary of main observations and results of preliminary analysis by RIO are summarized below.

- The release of water from the tanks and slope failure impacted approximately 0.4 acres of pine tree forested land on the hill side, plant operations paved area and operations access, damaged an office trailer, flooded two equipment storage containers, impacted on-site access roads to Ponds No. 1, 2 and 3, and discharged washed sediment into Ponds No. 1, 2 and 3 documented during RIO's Site Visits on 3/28/2023 and 5/8/2023.  As of 5/8/2023 (last site visit by Mr. Rafael Ospina with RIO), the plant normal operations were still shut down.

- Based on visual observations during the initial assessment, GeoSystems determined that there was no risk of slope failure extending towards the eastern most tank in the near future, and that even though there was some evidence of previous movement and instability of the south slope along the tanks pad, there were not "recent" signs of slope movement and tension cracks.

- Geosystems has performed periodic slope stability site inspections since the construction of the Soil Nail Wall at the top of the slide area and no issues of concern have been identified since their initial site visit after the construction of the wall on January 25, 2023 until the preparation of their submittal of their final Geotechnical Assessment Report dated April 5, 2023.

- Both the slope to the right (looking down from the top) and left of the slide area do not show signs of current instability or ground movement (e.g. tension cracks, localized surface slopes.

- The south slope right and left of the slide area as well as the slide area have not shown signs of instability for at least the last 30 years, since Blount acquired the property in 1984.

- The City's Ductile Iron Pipe (DIP) watermain feeding the two water storage tanks on top of the hill adjacent to Blounts north property is about 50 years old.  Maintenance records of the watermain were not available to review for the preparation of this Preliminary Slope Failure Assessment Report.

- Review of videos and photographs of the slope failure area around the watermain feeding the two tanks shows a number of pine tree stumps up to 12 inches in diameter. The pine tree stumps did not show significant decay and appeared to have been cut within the last year or two. Pine tree roots were noted to be growing over and under the pipe in the area of the pipe leak still discharging water the following day after the slope failure that occurred during the evening of December 6, 2022.

- The watermain was located within 10 feet from the property line below the crest of the slope within the area of the slope failure.  The slope angle in the upper portion of the south slope was at about 1.5H:1V.  Minimal soil cover (about 12 inches in thickness) was noted over the pipe section that failed, making it susceptible to ground freezing and damaging of the pipe. A Soil cover of at least 2.5 to 3 feet is generally recommended for pressure pipes.

- Slope stability analysis indicates that the south slope had factors of safety of at least 1.1 prior to the slope failure, with no indication of tension cracks and instability. Soils in the slide area had to be significantly saturated (up to 1.5 feet of water above the slip surface for the circular slip surface, and up to 6.6 feet of water above the non-circular slip surface passing through the toe of the slope). It appears the slide mass failed through the toe of the slope (from crest to toe), indicating a significant amount of water had to be leaking from the watermain prior to the slope failure. The 2.13 inches of rain on the day of the slope failure just contributed to the already saturated soil mas.

- Review of sections of the aging watermain pipe and joints exhumed from the excavation show potential external and internal corrosion, missing bolts at pipe joints, and a potential pipe crack associated with a pipe leak. The crack could have also been created when the pipe was removed.  Blount staff or RIO were not present to examine the pipe before it was removed from the excavation.

- Review of historic daily rainfall data shows that the south slope area has been subject to up to 5.4 inches of rainfall since 1975, much higher than the 2,13 inches of rain on the day of the slope failure. At least 10 daily rainfall events have been at least 4 inches since 1975 up to the day of the slope failure. No signs of slope movement or development of tension cracks have been reported since 1984 when Blount purchased the property, over 30 years ago.

- It is RIO's opinion that Blount Construction Company, Inc. should be fully compensated for the damage caused by the slope failure that took place the evening of December 6, 2022, and the restoration of the south slope as the pipe was aging and there was not proper maintenance on the pipe; including preventing pine trees growing immediately adjacent to the pipe, the pipe

showing external and internal corrosion, and bolts missing at pipe joints. It is my expert opinion that saturation of the slide area from a pipe leak caused the slope failure.

## 4.0 REFERENCES

- "*Soil Strength and Slope Stability*", by J. Michael Duncan, Stephen G. Wright and Thomas L. Brandon, Second Edition, Wiley, p.126, 127 and 183.

- Computer Model *Slide2 Version 9.024 2D Limit Equilibrium Analysis for Slopes* by Rocscience.



WATER MAIN VALVE VAULT
NEW SOIL NAIL WALL
CITY WATER STORAGE TANKS
SECURITY FENCE
CITY OF CUMMING PROPERTY
PIPE LEAK
STORAGE TRAILER
WATER MAIN
Sawnee Gap
20
SLIDE AREA
BLOUNT CONSTRUCTION PROPERTY
DISPLACED OFFICE TRAILER
DISPLACED SOIL MASS
POND No. 1
POND No. 2
POND No. 3
OUTFALL SW-01
PROPERTY LINE
OUTFALL SW-02
Greenwood Acres Dr
N
400 ft

Base Map Source:
Google Earth 2023 (Image 11/2021)

| SCALE: As Shown | DATE: May-26-2023 | PROJECT No.:CABKA-23-GA-1045-01 | TITLE: | Overall Site Location Plan | FIG. |
| PREPARED: RIO | CHECKED: RIO | REVISIONS: | | Cumming, Georgia | 1 |
| CLIENT: | Chalmers-Adams-Backer-Kaufman, LLC Blount Cumming Asphalt Plant Slope Failure | | | RIO GeoEngineering Geotechnical & Geoenvironmental Consulting | |



**Pre-Failure 2015 Contours - Forsyth County GIS Department**

**Post-Failure - May 8, 2013 Boundary and Topographic Survey**

SOURCE BASE MAP: 2015 Contours Per Forsyth County GIS Department. Supplied by IronStone Surveying - 5/23/2023 Plat. Water Main information obtained from County Tax Map - Tax Parcel 125 029 (file provided by City of Cumming).

SOURCE BASE MAP: Boundary and Topographic Survey Plat dated May 23, 2023 by IronStone Surveying - May 8 2023 Field Survey. Water Main information obtained from County Tax Map - Tax Parcel 125 029 (file provided by City of Cumming).

**LEGEND**
- ● SPT Boring - Geosystems 12/2022
- ● Hand Auger Boring - Geosystems 12/2022

| SCALE: As Shown | DATE: May-26-2023 | PROJECT No.:CABKA-23-GA-1045-01 | TITLE: | Slide Area Topographic Survey Cumming, Georgia | FIG. |
| PREPARED: RIO | CHECKED: RIO | REVISIONS: | | | 2 |
| CLIENT: | Chalmers-Adams-Backer-Kaufman, LLC Blount Cumming Asphalt Plant Slope Failure | | RIO GeoEngineering Geotechnical & Geoenvironmental Consulting | | |



**NOTES:**

B-1 - SPT Borings by Geosystems (12/2022)
HAB-1 - Hand Auger Borings by Geosystems (12/2022)
MASW P-1 - Geophysical Survey by Collier Geophysics (May 8, 2023)
  * MASW Survey along Hand Auger Borings

| SCALE: As Shown | DATE: May-27-2023 | PROJECT No.:CABKA-23-GA-1045-01 | TITLE: | |
|---|---|---|---|---|
| PREPARED: RIO | CHECKED: RIO | REVISIONS: | Slide Area Cross Section A-A' | FIG. 3 |
| CLIENT: | Chalmers-Adams-Backer-Kaufman, LLC Blount Cumming Asphalt Plant Slope Failure | | RIO GeoEngineering Geotechnical & Geoenvironmental Consulting | |



PIPE LEAK AREA AND PINE TREE STUMPS

Dec 7, 2022 Photo Extracted from Video by City of Cumming Staff



PINE TREE STUMP ADJACENT TO PIPE LEAK AREA

PINE TREE STUMP ADJACENT TO PIPE LEAK AREA

PINE TREE STUMP ADJACENT TO PIPE LEAK AREA

WATER MAIN

Dec 8 or 9, 2022 Photo from Preliminary Dec 12, 2022 Report by Geosystems

| SCALE: As Shown | DATE: May-27-2023 | PROJECT No.:CABKA-23-GA-1045-01 | TITLE: Water Main Leak Area (1 of 2) Cumming, Georgia | FIG. 4 |
|---|---|---|---|---|
| PREPARED: RIO | CHECKED: RIO | REVISIONS: | | |
| CLIENT: | Chalmers-Adams-Backer-Kaufman, LLC Blount Cumming Asphalt Plant Slope Failure | | RIO GeoEngineering Geotechnical & Geoenvironmental Consulting | |



Dec 8 or 9, 2022 Photo from Preliminary Dec 12, 2022 Report by Geosystems

➢ Roots under and above the pipe
➢ Tree stumps not in decay state (typically pine stumps decay in 3 to 5 years)
➢ Potential shallow soil cover to protect against ground freezing

PINE TREE STUMP

PINE TREE STUMP

PINE TREE STUMP

WATER MAIN

PINE TREE ROOTS OVER AND UNDER WATER MAIN PIPE

| SCALE:  As Shown | DATE:   May-27-2023 | PROJECT No.:CABKA-23-GA-1045-01 | TITLE:   Water Main Leak Area (2 of 2) Cumming, Georgia | FIG. 5 |
|---|---|---|---|---|
| PREPARED:   RIO | CHECKED:   RIO | REVISIONS: | | |
| CLIENT: | Chalmers-Adams-Backer-Kaufman, LLC Blount Cumming Asphalt Plant Slope Failure | |  RIO GeoEngineering Geotechnical & Geoenvironmental Consulting | |





Bolts Missing

Corroded Flange Surface

2023-05-08 10:44



Bolts Missing

Potential Pipe Crack/Leak Location

Apearance of Pipe Corrosion Scaling (chips and inside marks on pipe)

2023-05-08 10:44



2023-05-08 10:45

NOTES:
1) Photos taken during Site Visit by Rafael Ospina on 5/08/2023. Field examination of pipe prior to removal from slide area not performed.

| SCALE: As Shown | DATE: May-27-2023 | PROJECT No.:CABKA-23-GA-1045-01 | TITLE: Water Main Excavated Pipe Cumming, Georgia | FIG. 6 |
|---|---|---|---|---|
| PREPARED: RIO | CHECKED: RIO | REVISIONS: | | |
| CLIENT: | Chalmers-Adams-Backer-Kaufman, LLC Blount Cumming Asphalt Plant Slope Failure | | RIO GeoEngineering Geotechnical & Geoenvironmental Consulting | |



1975 - 2023 Rainfall Record
NCEI/NOAA Station: CUMMING 2 N, GA US USC00092408

**APPENDIXES**

Appendix A

March 28, 2023 R. Ospina Site Visit Photos

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



01 - 2023 03 28 Site Visit - IMG_E5719.



02 - 2023 03 28 Site Visit - Slide Sediment Impacted Operations Area - IMG_E5727.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



03 - 2023 03 28 Site Visit - Slide Damaged Office Trailer - IMG_E5720.



04 - 2023 03 28 Site Visit - Slide Damaged Office Trailer - IMG_E5721.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



05 - 2023 03 28 Site Visit  - Slide Damaged Office Trailer - IMG_E5722.



06 - 2023 03 28 Site Visit  - Slide & Slide Damaged Office Trailer - IMG_E5723.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



07 - 2023 03 28 Site Visit  - Slide Damaged Office Trailer - Operations Access Blocked - IMG_E5728.



08 - 2023 03 28 Site Visit  - Slide Damaged Office Trailer - IMG_E5769.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



09 - 2023 03 28 Site Visit  - Slide Damaged Office Trailer - IMG_E5771.



10 - 2023 03 28 Site Visit  - Slide Damaged Compressed Gas Tank - IMG_E5767.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



11 - 2023 03 28 Site Visit - Slide Area Looking Up - IMG_E5725.



12 - 2023 03 28 Site Visit  - Slide Area and City New Soil Nail Wall - IMG_E5726.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



13 - 2023 03 28 Site Visit  - Slide Debris on Pavement Area - Plant Operations Impacted - IMG_E5730.



14 - 2023 03 28 Site Visit  - Slide Debris on Pavement Area - Plant Operations Impacted - IMG_E5731.

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



15 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 1 - IMG_E5732.



16 - 2023 03 28 Site Visit - Slide Sediment Impacted Pond No. 1 - IMG_E5729.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



17 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 1 - IMG_E5734.



18 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 1 - IMG_E5733.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



19 - 2023 03 28 Site Visit  - Pond No. 1 and No. 2 Separation Berm - IMG_E5735.



20 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 2 - IMG_E5736.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



21 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 2  - IMG_E5737.



22 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 2 - IMG_E5738.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



23 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 2 IMG_E5739.



24 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 2 IMG_E5740.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



25 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 2 & Outfall SW-02 - IMG_E5741.



26 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 2 & Outfall SW-02 - IMG_E5742.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



27 - 2023 03 28 Site Visit  - Ponds No. 1, 2 and 3 Access Driveway Repaired - IMG_E5766.



28 - 2023 03 28 Site Visit  - Pond No. 2 Outfall SW-02 Culvert IMG_E5743.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



29 - 2023 03 28 Site Visit  - Slide Water Damaged Access Driveway to Pond No. 3 - IMG_E5744.



30 - 2023 03 28 Site Visit  - Slide Water Damaged Access Driveway to Pond No. 3 IMG_E5745.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



31 - 2023 03 28 Site Visit  - Slide Water Damaged Access Driveway to Pond No. 3 IMG_E5746.



32 - 2023 03 28 Site Visit  - Slide Water Damaged Access Driveway to Pond No. 3 IMG_E5747.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



33 - 2023 03 28 Site Visit  - Slide Water Damaged Access Driveway to Pond No. 3 - IMG_E5748.



34 - 2023 03 28 Site Visit  - Slide Water Damaged Access Driveway to Pond No. 3 .

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



35 - 2023 03 28 Site Visit  - Slide Sediment Discharge into Channel to Pond No. 3 - IMG_E5752.



36 - 2023 03 28 Site Visit  - Slide Sediment Discharge into Channel to Pond No. 3 - IMG_E5753.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



37 - 2023 03 28 Site Visit  - Slide Water Damaged Access Driveway to Pond No. 3 - IMG_E5750.



38 - 2023 03 28 Site Visit  - Slide Water Damaged Access Driveway to Pond No. 3IMG_E5751.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



39 - 2023 03 28 Site Visit  - Slide Water Damaged Access Driveway to Pond No. 3 - IMG_E5754.



40 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 3 - IMG_E5755.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



41 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 3 & Spillway CMP Riser - IMG_E5756.



42 - 2023 03 28 Site Visit  - Pond No. 3 Spillway CMP Riser & Silt Fence Protection -  IMG_E5757.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



43 - 2023 03 28 Site Visit  - Slide Sediment Impacted Pond No. 3 - IMG_E5758.



44 - 2023 03 28 Site Visit  - Pond No. 3 Outfall SW-01 - IMG_E5759.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



45 - 2023 03 28 Site Visit  - Pond No. 3 Outfall SW-01 - IMG_E5760.



46 - 2023 03 28 Site Visit  - Pond No. 3 Outfall SW-01 - No Sediment from Slide Noted - IMG_E5761.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



47 - 2023 03 28 Site Visit  - Pond No. 3 Outfall SW-01 - No Sediment from Slide Noted - IMG_E5762.



48 - 2023 03 28 Site Visit  - Pond No. 3 Dam Crest Looking Left - IMG_E5763.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
3/28/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



49 - 2023 03 28 Site Visit  -  Pond No. 3 Dam Crest Looking Left - IMG_E5764.

Appendix B

May 8, 2023 R. Ospina Site Visit Photos

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



01 - Failed Slope Area - IMG_E6366.



02 - Failed Slope Area - IMG_E6379.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



03 - Failed Slope Area - Asphalt Millings/Waste on Slope Surface - IMG_E6380.



04 - Driveway to City Water Tanks - IMG_E6381.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



05 - Slope Crest Left of Slide Area - Rock OutIcrops -  MG_E6382.



06 - Slope Crest Left of Slide Area - Rock Outcrops - IMG_E6383.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



07 - Soil Nail Wall & Slide Area - IMG_E6389.



08 - Soil Nail Wall & Slide Area - IMG_E6390.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



09 - Soil Nail Wall & Slide Area  - IMG_E6401.



10 - Driveway to City Water Tanks Looking Downhill - IMG_E6404.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



11 - Soil Nail Wall & Slide Area - Water Main Vault in Background - IMG_E6405.



12 - Soil Nail Wall & Slide Area - IMG_E6406.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



13 - Soil Nail Wall & Slide Area - IMG_E6407.



14 - Slide Area Looking Right - Asphalt Millings/Waste on Right Slope Surface -  IMG_E6408.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



15 - Slide Area Looking Right - IMG_E6409.



16 - Slide Area Looking Up - Asphalt Millings-Waste on Slope Surface - IMG_E6421.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



17 - Slide Area Looking Up - IMG_E6422.



18 - Slide Area Looking Up - IMG_E6439.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



19 - Slide area Looking Down - IMG_E6438.



20 - Slope Right of Slide Area - Slope Stabilization CIP Piles - IMG_E6410.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



21 - Slope Right of Side Area - Slope Stabilization CIP Driven Piles - IMG_E6411.



22 - Slope Right of Slide Area - Slope Stabilization DIP Driven Piles - IMG_E6412.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



23 - Slope Right of Slide Area - Slope Stabilization 8" Dia. CIP Driven Piles - IMG_E6413.



24 - Slope Right of Slide Area - Slope Stabilization 12" Driven Steel Beam - IMG_E6415.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



25 - Hand Auger Boring HAB-5 (Open) on Right Slope by GeoSystems (2/03/2023) - IMG_E6417.



26 - Hand Auger Boring HAB-5 (Open) on Right Slope by GeoSystems (2/03/2023) - IMG_E6418.
RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



27 - Hand Auger Borings Area - Asphalt Millings/Waste on Right Slope Surface - IMG_E6419.



28 - Hand Auger Borings Area - Asphalt Millings/Waste on Right Slope - IMG_E6420.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



29 - Hand Auger Boring HAB-4 (Open) on Right Slope by GeoSystems (2/03/2023) - IMG_E6423.



30 - Hand Auger Boring HAB-4 (Open) on Right Slope by GeoSystems (2/03/2023) - IMG_E6424.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



31 - Hand Auger Boring HAB-4 (Open) on Right Slope by GeoSystems (2/03/2023) - IMG_E6425.



32 - Hand Auger Borings Area - Asphalt Millings/Waste on Right Slope Surface - IMG_E6426.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



33 - Hand Auger Borings Area - Asphalt Millings/Waste on Right Slope Surface - IMG_E6427.



34 - Hand Auger Boring HAB-3 (Open) on Right Slope by GeoSystems (2/03/2023) - IMG_E6428.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



35 - Hand Auger Boring HAB-3 (Open) on Right Slope by GeoSystems (2/03/2023) - IMG_E6429.



36 - Hand Auger Boring HAB-2 (Open) on Right Slope by GeoSystems (2/03/2023) - IMG_E6430.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



37 - Hand Auger Boring HAB-2 (Open) on Right Slope by GeoSystems (2/03/2023) - IMG_E6431.



38 - Hand Auger Boring HAB-1 (Open) on Right Slope by GeoSystems (2/03/2023) - IMG_E6432.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



39 - Up Slope End of Seismic Line P1 on Right Slope by Collier Geophysisc (3/08/2023 ) - IMG_E6433.



40 - Up Slope End of Seismic Line P1 on Right Slope by Collier Geophysisc (3/08/2023 ) - IMG_E6434.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



41 - Slide Area Right Slope - Property Line Stake - IMG_E6435.



42 - Slide Area Right Slope - Property Line Stake HAB Right Slope - IMG_E6436.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



43 - Slide Area Right Slope - Property Line Stake HAB Right Slope - IMG_E6437.



44 - Down Slope End of Seismic Line P1 on Right Slope by Collier Geophysisc (3/08/2023) - IMG_E6440.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



45 - Down Slope End of Seismic Line P1 on Right Slope by Collier Geophysisc (3/08/2023) - IMG_E6441.



46 - City Water Main Vault - IMG_E6388.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



47 - City Water Main Vault - IMG_E6394.



48 - City Water Main Vault - IMG_E6392.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



49 - City Water Main Leak Excavated Pipe - IMG_E6395.



50 - City Water Main Leak Excavated Pipe - IMG _E6396.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



51 - City Water Main Leak Excavated Pipe - IMG_E6397.



52 - City Water Main Leak Excavated Pipe - IMG_E6398.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



53 - City Water Main Leak Excavated Pipe - IMG_E6399.



54 - Water Main Leak Excavated Pipe - IMG_E6400.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



55 - Ponds No. 1, 2, and 3 Access Driveway -  Repaired Flood Damaged Road Surface - IMG_E6367.



56 - Ponds No. 3 Access Driveway - Flood Damaged Road Surface - IMG_E6368.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



57 - Pond No. 3 Access Driveway - Flood Damaged Road Surface - IMG_E6369.



58 - Pond No. 3 Access Driveway - Flood Damaged Road Surface - IMG_E6370.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



59 - Pond No. 3 Access Driveway - Flood Damaged Road Surface - IMG_E6371.



60 - Pond No. 3 Access Driveway - Flood Damaged Road Surface - IMG_E6372.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



61 - Pond No. 3 Access Driveway-Crest IMG_E6373.



62 - Pond No. 3 Access Driveway-Crest - IMG_E6374.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



63 - Pond No. 3 Access Driveway-Crest - IMG_E6375.



64 - Pond No. 3 Access Driveway-Crest - IMG_E6376.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



65 - Flooded Equipment Storage Containers -  IMG_E6377.



66 - Flooded Equipment Storage Containers - IMG_E6378.

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant
5/8/2023 Site Visit Photos by Rafael Ospina - Project Number CABKA-23-GA



67 - Flooded Equipment Storage Containers - IMG_E6442.



68 - Flooded Equipment Storage Containers - IMG_E6443.

RIO GeoEngineering

Appendix C

May 8, 2023 Boundary and Topographic Survey



Appendix D

Record Review Select Site Photos

BLOUNT CONSTRUCTION CUMMING ASPHALT PLANT

2021 and 2022 PRE-FAILURE PHOTOS

Blount Construction Cumming Asphalt Plant Records Select Photos - Project Number CABKA-23-GA



01 - 2021 03 12 Pre-Slope Failure Aerial Photo - DJI_0126 - By Blount Construction



02 - 2021 03 12 Pre-Slope Failure Aerial Photo - DJI_0131 - By Blount Construction

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos -
Project Number CABKA-23-GA



03 - 2021 03 12 Pre-Slope Failure Aerial Photo - DJI_0162 - By Blount Construction



04 - 2022 04 Pre-Slope Failure Aerial Photo - 202DJI_0277 - By Blount Construction

RIO GeoEngineering

BLOUNT CONSTRUCTION CUMMING ASPHALT PLANT

2022 and 2023 POST-FAILURE PHOTOS

May 2023

CABKA-23-GA-1045-01

BLOUNT CONSTRUCTION CUMMING ASPHALT PLANT SLOPE FAILURE
CUMMING, GEORGIA



Dec 7, 2022 Photo Extracted from Video by City of Cumming Staff



Dec 8 or 9, 2022 Photo from Preliminary Dec 12, 2022 Report by Geosystems

RIO GeoEngineering

May 2023                                                                                                    CABKA-23-GA-1045-01

BLOUNT CONSTRUCTION CUMMING ASPHALT PLANT SLOPE FAILURE
CUMMING, GEORGIA



Dec 8 or 9, 2022 Photo from
Preliminary Dec 12, 2022 Report by
Geosystems

➢ Roots under and above the
  pipe
➢ Tree stumps not in decay
  state . Pine stumps typically
  decay in 3 to 5 years.
➢ Potential shallow soil cover to
  protect against ground
  freezing.

PIPE LEAK AREA
AND PINE TREE
STUMPS

PIPE LEAK AREA
AND PINE TREE
STUMPS

PIPE LEAK AREA
AND PINE TREE
STUMPS

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos -
Project Number CABKA-23-GA



01 - 2022 12 07 SM Video 1 - by City Staff.
RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos -
Project Number CABKA-23-GA



02 - 2022 12 07 SM Video 1 - by City Staff.
RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos - Project Number CABKA-23-GA



03 - 2022 12 07 SM Video 1 - by City Staff.
RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos - Project Number CABKA-23-GA



04 - 2022 12  08 - 09 - by GeoSystems.



05 - 2022 12  08 - 09 - by GeoSystems.
RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos - Project Number CABKA-23-GA



06 - 2022 12  08 - 09 - by GeoSystems.



07 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos -
Project Number CABKA-23-GA



08 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight



09 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos -
Project Number CABKA-23-GA



10 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight



11 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos -
Project Number CABKA-23-GA



12 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight



13 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight.
RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos - Project Number CABKA-23-GA



14 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight



15 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos - Project Number CABKA-23-GA



16 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight



17 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos -
Project Number CABKA-23-GA



18 - 2023 Jan-Feb DJI_0013.MP4. - After Soil Nail Wall Construction City Drone Flight



19 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos - Project Number CABKA-23-GA



20 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight



21 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos -
Project Number CABKA-23-GA



22 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight



23 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos -
Project Number CABKA-23-GA



24 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight



25 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight

RIO GeoEngineering

Blount Construction Cumming Asphalt Plant Records Select Photos - Project Number CABKA-23-GA



26 - 2023 Jan-Feb DJI_0013.MP4 - After Soil Nail Wall Construction City Drone Flight

Appendix E

1975 – 2023 Historic Rainfall Data



NCEI Station: CUMMING 2 N, GA US USC00092408

Site

*Base Map Source: Google Earth 2023*
*Note: Blount Cumming Asphalt Plant Site to NCEI (NOAA) Rain Station are 2.35 Miles Apart.*

| SCALE: As Shown | DATE: May-26-2023 | PROJECT No.:CABKA-23-GA-1045-01 | TITLE: NCEI Weathert Station Site Location Plan | FIG. |
|---|---|---|---|---|
| PREPARED: RIO | CHECKED: RIO | REVISIONS: | Cumming, Georgia | |
| CLIENT: | Chalmers-Adams-Backer-Kaufman, LLC | | | E-1 |
| | Blount Cumming Asphalt Plant Slope Failure | | | |



RIO GeoEngineering
Geotechnical & Geoenvironmental Consulting

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

**Record of Climatological Observations**
These data are quality controlled and may not be identical to the original observations.
Generated on 05/18/2023

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 1140 ft. Lat: 34.2286° N Lon: -84.1281° W
Station: **CUMMING 2 N, GA US USC00092408**

Observation Time Temperature: 0730 Observation Time Precipitation: 0730

| Year | Month | Day | Temperature (F) | | At Obs. | Precipitation | | | | At Obs. Time | Evaporation | | "Soil Temperature (F)" | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | "24 Hrs. Ending at Observation Time" | | | 24 Hour Amounts Ending at Observation Time | | | | Snow, Ice Pellets, Hail, Ice on Ground (in) | 24 Hour Wind Movement (mi) | Amount of Evap. (in) | 4 in. Depth | | | 8 in. Depth | | |
| | | | Max. | Min. | | Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | | | | Ground Cover (see *) | Max. | Min. | Ground Cover (see *) | Max. | Min. |
| 2022 | 12 | 01 | 61 | 28 | 33 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 02 | 55 | 31 | 40 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 03 | 56 | 31 | 52 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 04 | 59 | 40 | 43 | 0.16 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 05 | 58 | 43 | 46 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 06 | 58 | 46 | 47 | 2.13 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 07 | 58 | 43 | 53 | 0.11 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 08 | 67 | 53 | 63 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 09 | 71 | 61 | 62 | 0.10 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 10 | 63 | 50 | 50 | 0.62 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 11 | 64 | 48 | 53 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 12 | 63 | 49 | 51 | 0.30 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 13 | 51 | 44 | 49 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 14 | 49 | 42 | 42 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 15 | 46 | 41 | 46 | 2.03 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 16 | 53 | 35 | 35 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 17 | 48 | 35 | 42 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 18 | 45 | 30 | 34 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 19 | 43 | 24 | 26 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 20 | 48 | 26 | 40 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 21 | 45 | 23 | 31 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 22 | 41 | 24 | 26 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 23 | 41 | 13 | 13 | 0.17 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 24 | 41 | 4 | 7 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 25 | 23 | 7 | 19 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 26 | 33 | 19 | 26 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 27 | 50 | 26 | 41 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 28 | 55 | 26 | 37 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 29 | 54 | 34 | 53 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 30 | 63 | 35 | 49 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| 2022 | 12 | 31 | 64 | 38 | 51 | 0.00 | | 0.0 | | 0.0 | | | | | | | | |
| | | Summary | 52 | 34 | | 5.62 | | 0.0 | | | | | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.

*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown

"s" This data value failed one of NCEI's quality control tests.     "At Obs." = Temperature at time of observation

"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.

"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.

Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.



## 1975 - 2023 Historic High Rainfall Data Above 12/06/2022 Rainfall Event (2.13 Inches)
## NCEI (NOAA) Station: CUMMING 2 N, GA US USC00092408

| Date | Rainfall Precipitation (inches) | Snow Pecipitation (inches) |
|---|---|---|
| 2/3/1982 | 5.4 | 0 |
| 7/9/2022 | 5.4 | 0 |
| 9/17/2004 | 5.22 | 0 |
| 6/24/1980 | 5.06 | 0 |
| 3/17/1990 | 5 | 0 |
| 3/30/1977 | 4.67 | 0 |
| 9/22/2009 | 4.45 | 0 |
| 10/9/1977 | 4.25 | 0 |
| 12/6/1983 | 4.2 | 0 |
| 9/25/1997 | 4.2 | 0 |
| 12/28/2018 | 4 | |
| 11/11/2009 | 3.87 | 0 |
| 11/16/2006 | 3.84 | 0 |
| 9/21/2021 | 3.76 | 0 |
| 7/31/2001 | 3.72 | 0 |
| 3/6/2003 | 3.7 | 0 |
| 7/24/1997 | 3.67 | 0 |
| 10/5/1995 | 3.65 | 0 |
| 1/6/2009 | 3.65 | 0 |
| 9/17/2020 | 3.65 | 0 |
| 7/2/2003 | 3.5 | 0 |
| 1/4/2023 | 3.5 | 0 |
| 9/12/1988 | 3.4 | 0 |
| 4/13/1979 | 3.37 | 0 |
| 1/12/1993 | 3.37 | 0 |
| 8/8/2005 | 3.37 | 0 |
| 3/16/1976 | 3.32 | 0 |
| 4/7/2014 | 3.3 | |
| 10/16/2002 | 3.25 | 0 |
| 7/7/2005 | 3.25 | 0 |
| 10/2/2012 | 3.25 | |
| 10/11/1999 | 3.23 | 0 |
| 5/27/1981 | 3.21 | 0 |
| 10/26/1997 | 3.21 | 0 |
| 11/19/2003 | 3.21 | 0 |
| 5/5/2013 | 3.21 | |
| 5/19/2013 | 3.2 | |
| 4/9/1998 | 3.19 | 0 |
| 11/13/2018 | 3.17 | |
| 7/3/2015 | 3.11 | |
| 7/11/2005 | 3.06 | 0 |
| 4/19/2019 | 3.05 | 0 |
| 12/17/1992 | 3.04 | 0 |
| 10/1/1989 | 3.02 | 0 |
| 11/22/1991 | 2.99 | 0 |
| 8/20/1998 | 2.94 | 0 |
| 8/27/1995 | 2.91 | 0 |
| 10/4/1995 | 2.91 | 0 |

**1975 - 2023 Historic High Rainfall Data Above 12/06/2022 Rainfall Event (2.13 Inches)**
**NCEI (NOAA) Station: CUMMING 2 N, GA US USC00092408**

| Date | Rainfall Precipitation (inches) | Snow Pecipitation (inches) |
|---|---|---|
| 8/26/2008 | 2.89 | 0 |
| 9/23/2003 | 2.87 | 0 |
| 4/16/2011 | 2.86 | |
| 8/23/2015 | 2.86 | |
| 3/6/1983 | 2.83 | 0 |
| 9/22/1989 | 2.81 | 0 |
| 2/26/1992 | 2.81 | 0 |
| 3/7/1996 | 2.81 | 0 |
| 10/4/2015 | 2.81 | 0 |
| 7/23/1988 | 2.8 | 0 |
| 8/21/2010 | 2.8 | 0 |
| 10/11/2018 | 2.75 | |
| 2/11/1981 | 2.74 | 0 |
| 3/8/1998 | 2.72 | 0 |
| 4/4/1998 | 2.71 | 0 |
| 3/13/1976 | 2.7 | 0 |
| 8/5/1978 | 2.7 | 0 |
| 4/23/2018 | 2.7 | 0 |
| 10/26/1977 | 2.68 | 0 |
| 8/19/2013 | 2.61 | |
| 4/28/1997 | 2.58 | 0 |
| 4/12/1988 | 2.52 | 0 |
| 3/25/1994 | 2.52 | 0 |
| 11/6/1977 | 2.5 | 0 |
| 2/13/2014 | 2.5 | 2.5 |
| 5/2/2017 | 2.5 | 0 |
| 10/2/1989 | 2.49 | 0 |
| 10/30/1993 | 2.49 | 0 |
| 9/12/2017 | 2.48 | 0 |
| 11/5/1977 | 2.46 | 0 |
| 8/17/1994 | 2.46 | 0 |
| 3/10/2011 | 2.45 | |
| 3/6/1996 | 2.43 | 0 |
| 1/20/2002 | 2.42 | 0 |
| 11/2/2015 | 2.41 | |
| 9/7/2004 | 2.4 | |
| 12/11/2008 | 2.38 | 0 |
| 9/21/2002 | 2.37 | 0 |
| 8/30/2005 | 2.36 | 0 |
| 1/21/1979 | 2.35 | 0 |
| 9/4/2001 | 2.35 | |
| 12/5/2002 | 2.35 | 0 |
| 1/19/1987 | 2.34 | 0 |
| 7/16/1978 | 2.33 | 0 |
| 5/15/1976 | 2.32 | 0 |
| 3/21/1980 | 2.32 | 0 |
| 8/14/2005 | 2.32 | 0 |
| 6/9/1996 | 2.3 | 0 |

May 2023                                                                                                    CABKA-23-GA-1045-01

**1975 - 2023 Historic High Rainfall Data Above 12/06/2022 Rainfall Event (2.13 Inches)**
**NCEI (NOAA) Station: CUMMING 2 N, GA US USC00092408**

| Date | Rainfall Precipitation (inches) | Snow Pecipitation (inches) |
|------|------|------|
| 7/11/2003 | 2.3 | 0 |
| 11/19/2015 | 2.3 | |
| 2/21/2019 | 2.3 | 0 |
| 2/4/2022 | 2.3 | 0 |
| 3/21/2006 | 2.29 | 0 |
| 10/10/1986 | 2.28 | 0 |
| 9/8/2004 | 2.28 | 0 |
| 10/12/2009 | 2.28 | 0 |
| 1/10/1977 | 2.25 | 0 |
| 11/27/1993 | 2.25 | 0 |
| 10/28/2009 | 2.25 | 0 |
| 6/1/2014 | 2.25 | |
| 1/25/1990 | 2.24 | 0 |
| 2/4/1998 | 2.22 | 0 |
| 2/11/2020 | 2.22 | 0 |
| 9/29/1980 | 2.21 | 0 |
| 11/24/1983 | 2.21 | 0 |
| 12/12/1983 | 2.21 | 0 |
| 3/4/1979 | 2.2 | 0 |
| 12/24/2015 | 2.2 | |
| 2/25/2016 | 2.2 | |
| 9/3/2016 | 2.2 | |
| 12/9/2018 | 2.2 | |
| 9/30/1998 | 2.17 | 0 |
| 8/27/2008 | 2.17 | 0 |
| 12/12/1982 | 2.16 | 0 |
| 11/16/2002 | 2.16 | 0 |
| 1/31/2013 | 2.16 | |
| 5/29/1976 | 2.15 | 0 |
| 3/3/2012 | 2.15 | |
| 12/6/2022 | 2.13 | 0 |



Note regarding subsequent/missing values

**TOTAL MONTHLY CUMULATIVE BY 12/6/2022:**

Highest: 8.03" in 1983
Normal: 0.92"
Lowest: 0" in 1970
On Dec 6, 2022: 2.29"



Note regarding subsequent/missing values

**TOTAL ANNUAL CUMULATIVE BY 12/6/2022:**

Highest: 77.45" in 1964
Normal: 52.09"
Lowest: 35.01" in 1987
On Dec 6, 2022: 54.55"

NCWDatal Results

## Monthly Total Precipitation for CUMMING 2N, GA

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|--------|
| 2008 | 2.77 | M | M | M | M | M | M | 7.93 | 1.36 | 3.37 | 2.38 | 7.14 | M |
| 2009 | M | M | 7.28 | 5.27 | 7.24 | 1.45 | 2.95 | 5.30 | 11.62 | 10.36 | 6.30 | M | M |
| 2010 | M | M | M | M | M | M | 6.41 | 6.03 | 3.36 | 1.86 | 2.81 | 4.41 | M |
| 2011 | M | M | 10.08 | 5.96 | M | 5.55 | 3.42 | 2.24 | 3.19 | 3.07 | 5.90 | 5.33 | M |
| 2012 | M | 2.63 | 5.17 | 1.87 | 5.18 | 4.09 | 8.66 | 4.42 | 1.52 | 4.97 | 1.17 | 6.88 | M |
| 2013 | 8.35 | 6.66 | 5.03 | 6.36 | 8.20 | 6.83 | 8.49 | 8.16 | 3.59 | 2.94 | 3.70 | 9.86 | M |
| 2014 | 5.07 | 6.09 | 4.05 | 6.39 | 3.30 | 5.91 | 3.07 | 1.42 | 3.07 | 4.37 | 4.04 | 4.94 | M |
| 2015 | 4.05 | 3.32 | 2.43 | 6.73 | 4.06 | 4.91 | M | 6.95 | 4.52 | 7.06 | 10.52 | 10.04 | M |
| 2016 | M | M | M | M | M | 4.40 | 1.85 | M | M | 0.32 | 2.06 | 4.16 | M |
| 2017 | 5.16 | 2.02 | M | M | M | 5.43 | M | M | 4.62 | 4.71 | M | M | M |
| 2018 | 3.21 | M | 5.59 | 5.96 | 5.12 | 5.22 | 5.10 | 6.64 | M | M | M | M | M |
| 2019 | 6.94 | 10.16 | 4.54 | 5.94 | M | M | 6.35 | M | M | M | M | M | M |
| 2020 | M | 11.50 | 7.89 | 8.12 | 3.38 | 4.90 | 2.57 | 7.56 | 7.44 | 6.79 | 3.64 | 4.27 | M |
| 2021 | 5.33 | 5.30 | 4.21 | 4.08 | 4.62 | 3.49 | M | 4.84 | 8.37 | 5.27 | 2.29 | 4.96 | M |
| 2022 | 4.22 | 7.21 | 5.79 | 2.99 | 4.38 | 3.88 | 11.14 | 4.01 | 1.78 | 1.87 | 4.99 | 5.62 | 57.88 |
| 2023 | 10.26 | 5.12 | 5.32 | 6.37 | M | M | M | M | M | M | M | M | M |
| Mean | 5.54 | 6.00 | 5.62 | 5.50 | 5.05 | 4.67 | 5.46 | 5.46 | 4.54 | 4.38 | 4.15 | 6.15 | 57.88 |
| Max | 10.26 2023 | 11.50 2020 | 10.08 2011 | 8.12 2020 | 8.20 2013 | 6.83 2013 | 11.14 2022 | 8.16 2013 | 11.62 2009 | 10.36 2009 | 10.52 2015 | 10.04 2015 | 57.88 2022 |
| Min | 2.77 2008 | 2.02 2017 | 2.43 2015 | 1.87 2012 | 3.30 2014 | 1.45 2009 | 1.85 2016 | 1.42 2014 | 1.36 2008 | 0.32 2016 | 1.17 2012 | 4.16 2016 | 57.88 2022 |

Appendix F

Slope Stability Analysis



**Pre-Failure 2015 Contours - Forsyth County GIS Department**

**Post-Failure - May 8, 2013 Boundary and Topographic Survey**

SOURCE BASE MAP: 2015 Contours Per Forsyth County GIS Department. Supplied by IronStone Surveying - 5/23/2023 Plat. Water Main information obtained from County Tax Map - Tax Parcel 125 029 (file provided by City of Cumming).

SOURCE BASE MAP: Boundary and Topographic Survey Plat dated May 23, 2023 by IronStone Surveying - May 8 2023 Field Survey. Water Main information obtained from County Tax Map - Tax Parcel 125 029 (file provided by City of Cumming).

LEGEND
● SPT Boring - Geosystems 12/2022
○ Hand Auger Boring - Geosystems 12/2022

| SCALE: As Shown | DATE: May-18-2023 | PROJECT No.:CABKA-23-GA-1045-01 | TITLE: Topo and Stability Cross Section Location Cumming, Georgia | FIG. F-1 |
| PREPARED: RIO | CHECKED: RIO | REVISIONS: | | |
| CLIENT: | Chalmers-Adams-Backer-Kaufman, LLC Blount Cumming Asphalt Plant Slope Failure | | RIO GeoEngineering Geotechnical & Geoenvironmental Consulting | |



0.950

| Method Name | Min FS |
|---|---|
| Bishop simplified | 0.957 |
| Janbu simplified | 0.950 |
| GLE / Morgenstern-Price | 0.954 |

| Material Name | Color | Unit Weight (lbs/ft3) | Cohesion (psf) | Phi (deg) | Ru |
|---|---|---|---|---|---|
| Fill: Firm Sands (SM) | | 115 | 0 | 32 | 0 |
| Residual Soils: Firm Sands (SM) | | 120 | 0 | 34 | 0 |
| Residual Soils: Dense to Very Dense Sands (SM-SW) | | 130 | 0 | 41 | 0 |
| Residual Soils: Medium Dense Sands (SM) | | 120 | 0 | 36 | 0 |
| Partially Weathered Rock (PWR) | | 130 | 0 | 45 | 0 |

PROPERTY LINE

ORIGINAL WATER MAIN

B-1 (18'R)   B-6 (16'R)

HAB-1 (61'R)
MASW P-1

HAB-2 (60-'R)
MASW P-1

HAB-3 (58'R)
MASW P-1

HAB-4 (59'R)
MASW P-1

HAB-5 (64'R)
MASW P-1

Post-Slope Failure Ground Surface (May 2023)

| | Project | | |
|---|---|---|---|
| **RIO GeoEngineering** Geotechnical & Geoenvironmental Consulting | Blount Cumming Asphalt Plant Slope Failure    Project No. CABKA-23-GA-1045-01 | | |
| | Group  Cross Section A-A' | Scenario  Long Term - Composite - C=0 psf | |
| | Drawn By  R. Ospina | Company  Chalmers, Adams, Backer & Kaufman, LLC | |
| | Date  5/22/2023, 5:41:57 PM | File Name  Blount Long Term Sec A-A' - Composite  c=0psf.slim | |

SLIDEINTERPRET 9.024



| Method Name | Min FS |
|---|---|
| Bishop simplified | 1.148 |
| Janbu simplified | 1.108 |
| GLE / Morgenstern-Price | 1.145 |

| Material Name | Color | Unit Weight (lbs/ft3) | Cohesion (psf) | Phi (deg) | Ru |
|---|---|---|---|---|---|
| Fill: Firm Sands (SM) | | 115 | 50 | 32 | 0 |
| Residual Soils: Firm Sands (SM) | | 120 | 50 | 34 | 0 |
| Residual Soils: Dense to Very Dense Sands (SM-SW) | | 130 | 0 | 41 | 0 |
| Residual Soils: Medium Dense Sands (SM) | | 120 | 0 | 36 | 0 |
| Partially Weathered Rock (PWR) | | 130 | 0 | 45 | 0 |

PROPERTY LINE

ORIGINAL WATER MAIN

1.108

B-1 (18'R)   B-6 (16'R)

HAB-1 (31'R) MASW P-1

HAB-2 (60-'R) MASW P-1

HAB-3 (58'R) MASW P-1

HAB-4 (59'R) MASW P-1

HAB-5 (64'R) MASW P-1

Post-Slope Failure Ground Surface (May 2023)

**RIO GeoEngineering**
Geotechnical & Geoenvironmental Consulting

SLIDEINTERPRET 9.024

| Project | Blount Cumming Asphalt Plant Slope Failure | Project No. CABKA-23-GA-1045-01 |
|---|---|---|
| Group | Cross Section A-A' | Scenario: Long Term - Composite - C=50 psf (Strength Back Analysis) |
| Drawn By | R. Ospina | Company: Chalmers, Adams, Backer & Kaufman, LLC |
| Date | 5/22/2023, 5:41:57 PM | File Name: Blount Long Term Sec A-A' - Composite  c=50psf.slim |

LEGEND
SPT Boring - Geosystems 12/2022
Hand Auger Boring - Geosystems 12/2022

SCALE IN FEET



| Method Name | Min FS |
|---|---|
| Bishop simplified | 1.046 |
| Janbu simplified | 1.007 |
| GLE / Morgenstern-Price | 1.045 |

| Material Name | Color | Unit Weight (lbs/ft3) | Cohesion (psf) | Phi (deg) | Ru |
|---|---|---|---|---|---|
| Fill: Firm Sands (SM) | | 115 | 50 | 32 | 0 |
| Residual Soils: Firm Sands (SM) | | 120 | 50 | 34 | 0.07 |
| Residual Soils: Dense to Very Dense Sands (SM-SW) | | 130 | 0 | 41 | 0 |
| Residual Soils: Medium Dense Sands (SM) | | 120 | 0 | 36 | 0 |
| Partially Weathered Rock (PWR) | | 130 | 0 | 45 | 0 |

PROPERTY LINE

ORIGINAL WATER MAIN

1.007

B-1 (18'R)    B-6 (16'R)

HAB-1 (51'R) MASW P-1

Maximum Pore Water Pressure (Ru=0.07) = 92.29 psf (1.48 ft of water)

HAB-2 (60-'R) MASW P-1

HAB-3 (58'R) MASW P-1

HAB-4 (59'R) MASW P-1

HAB-5 (64'R) MASW P-1

Post-Slope Failure Ground Surface (May 2023)

RIO GeoEngineering
Geotechnical & Geoenvironmental Consulting

SLIDEINTERPRET 9.024

| Project | | Blount Cumming Asphalt Plant Slope Failure     Project No. CABKA-23-GA-1045-01 | |
|---|---|---|---|
| Group | Cross Section A-A' | Scenario | Short Term  (Pipe Leak) - Composite  - Ru=0.07 - C=50 psf |
| Drawn By | R. Ospina | Company | Chalmers, Adams, Backer & Kaufman, LLC |
| Date | 5/22/2023, 5:41:57 PM | File Name | Blount Long Term Sec A-A'  - Composite  Ru=0.07  c=50psf.slim |



| Method Name | Min FS |
|---|---|
| Bishop simplified | 1.003 |
| Janbu simplified | 0.968 |
| GLE / Morgenstern-Price | 0.999 |

2% Probability in 50 Years M=4.9    PGA=0.14g    Ah=0.5PGA

| Material Name | Color | Unit Weight (lbs/ft3) | Cohesion (psf) | Phi (deg) | Ru |
|---|---|---|---|---|---|
| Fill: Firm Sands (SM) | | 115 | 50 | 32 | 0 |
| Residual Soils: Firm Sands (SM) | | 120 | 50 | 34 | 0 |
| Residual Soils: Dense to Very Dense Sands (SM-SW) | | 130 | 0 | 41 | 0 |
| Residual Soils: Medium Dense Sands (SM) | | 120 | 0 | 36 | 0 |
| Partially Weathered Rock (PWR) | | 130 | 0 | 45 | 0 |

**RIO GeoEngineering**
Geotechnical & Geoenvironmental Consulting

| | | |
|---|---|---|
| Project | Blount Cumming Asphalt Plant Slope Failure    Project No. CABKA-23-GA-1045-01 | |
| Group | Cross Section A-A' | Scenario: Short Term (Seismic) - Composite - C=50 psf. |
| Drawn By | R. Ospina | Company: Chalmers, Adams, Backer & Kaufman, LLC |
| Date | 5/22/2023, 5:41:57 PM | File Name: Blount Short Term (Seismic) Sec A-A' - Composite  c=50psf.slim |



| Method Name | Min FS |
|---|---|
| Bishop simplified | 1.528 |
| Janbu simplified | 1.445 |
| GLE / Morgenstern-Price | 1.534 |

| Material Name | Color | Unit Weight (lbs/ft3) | Cohesion (psf) | Phi (deg) | Ru |
|---|---|---|---|---|---|
| Fill: Firm Sands (SM) | | 115 | 50 | 32 | 0 |
| Residual Soils: Firm Sands (SM) | | 120 | 50 | 34 | 0 |
| Residual Soils: Dense to Very Dense Sands (SM-SW) | | 130 | 0 | 41 | 0 |
| Residual Soils: Medium Dense Sands (SM) | | 120 | 0 | 36 | 0 |
| Partially Weathered Rock (PWR) | | 130 | 0 | 45 | 0 |

1.445

PROPERTY LINE

ORIGINAL WATER MAIN

B-1 (18'R)
B-6 (16'R)
HAB-1 (51'R) MASW P-1
HAB-2 (60-'R) MASW P-1
HAB-3 (58'R) MASW P-1
HAB-4 (59'R) MASW P-1
HAB-5 (64'R) MASW P-1

Post-Slope Failure Ground Surface (May 2023)

**RIO GeoEngineering**
Geotechnical & Geoenvironmental Consulting

SLIDEINTERPRET 9.024

| Project | Blount Cumming Asphalt Plant Slope Failure   Project No. CABKA-23-GA-1045-01 |
|---|---|
| Group | Cross Section A-A' |
| Drawn By | R. Ospina |
| Date | 5/22/2023, 5:41:57 PM |
| Scenario | Long Term - Non-Circular - C=50 psf |
| Company | Chalmers, Adams, Backer & Kaufman, LLC |
| File Name | Blount Long Term Sec A-A' - Non-Circular c=50psf.slim |





| Method Name | Min FS |
|---|---|
| Bishop simplified | 1.308 |
| Janbu simplified | 1.238 |
| GLE / Morgenstern-Price | 1.314 |

2% Probability in 50 Years M=4.9    PGA=0.14g    Ah=0.5PGA

▶ 0.07

| Material Name | Color | Unit Weight (lbs/ft3) | Cohesion (psf) | Phi (deg) | Ru |
|---|---|---|---|---|---|
| Fill: Firm Sands (SM) | | 115 | 50 | 32 | 0 |
| Residual Soils: Firm Sands (SM) | | 120 | 50 | 34 | 0 |
| Residual Soils: Dense to Very Dense Sands (SM-SW) | | 130 | 0 | 41 | 0 |
| Residual Soils: Medium Dense Sands (SM) | | 120 | 0 | 36 | 0 |
| Partially Weathered Rock (PWR) | | 130 | 0 | 45 | 0 |

1.238

PROPERTY LINE

ORIGINAL WATER MAIN

B-1 (18'R)   B-6 (16'R)
HAB-1 (61'R) MASW P-1

HAB-2 (60-'R) MASW P-1
HAB-3 (58'R) MASW P-1
HAB-4 (59'R) MASW P-1
HAB-5 (64'R) MASW P-1

Post-Slope Failure Ground Surface (May 2023)

LEGEND
● SPT Boring - Geosystems 12/2022
● Hand Auger Boring - Geosystems 12/2022

SCALE IN FEET

**RIO GeoEngineering**
Geotechnical & Geoenvironmental Consulting

SLIDEINTERPRET 9.024

| | |
|---|---|
| Project | Blount Cumming Asphalt Plant Slope Failure    Project No. CABKA-23-GA-1045-01 |
| Group | Blount Short Term (Seismic) Sec A-A' - Non-Circular c=50psf.slim |
| Scenario | Blount Short Term (Seismic) Sec A-A' - Non-Circular c=50psf.slim |
| Drawn By | R. Ospina |
| Company | Chalmers, Adams, Backer & Kaufman, LLC |
| Date | 5/22/2023, 5:41:57 PM |
| File Name | Blount Short Term (Seismic) Sec A-A' - Non-Circular c=50psf.slim |

**CITY OF CUMMING, GEORGIA**
**HIGHWAY 20 SAWNEE TANK SITE SLOPE FAILURE**
**FORSYTH COUNTY, GEORGIA**

# LOG OF BORING B-1

GEOLOGIST:  *NA*

ELEVATION (feet):  *1388*

NOTES: 1. No groundwater encountered at the time of drilling (NGWE). 2. No ground water measured at the end of day (NGWM).

DATE DRILLED:  *12/29/2022*

BORING DEPTH (feet):  *15*

DRILLER:  *KILMAN BROS., INC.*

WATER LEVEL ▽ TOB (feet):  *NGWE*  ▼ 24HR (feet):  *NGWM*

DRILLING METHOD:  *HOLLOW STEM AUGER WTIH AUTOMATIC HAMMER*

| DEPTH (feet) | GRAPHIC LOG | GEOLOGIC DESCRIPTION | ELEV (feet) | N VALUE | STANDARD PENETRATION RESISTANCE (blows/ft) |
|---|---|---|---|---|---|
| 0 | | <u>POSSIBLE FILL:</u> Loose tan brown silty fine to coarse SAND (SM), rock fragments, moist | 1388 | | |
| | | | | 7 | |
| | | <u>RESIDUUM:</u> Medium dense tan pinkish brown silty fine to medium SAND (SM) | | | |
| 5 | | | 1383 | 27 | |
| | | <u>PARTIALLY WEATHERED ROCK:</u> Sampled as very dense tan white slightly micaceous silty fine to coarse SAND (SM), rock fragments | | 50/2" | |
| 10 | | | 1378 | 50/4" | |
| 15 | | | 1373 | 50/1" | |
| | | Boring terminated at 15 feet. | | | |

**GEOSYSTEMS ENGINEERING, INC.**

JOB NO. 22-2875

**CITY OF CUMMING, GEORGIA**
**HIGHWAY 20 SAWNEE TANK SITE SLOPE FAILURE**
**FORSYTH COUNTY, GEORGIA**

# LOG OF BORING B-6

GEOLOGIST: *NA*

ELEVATION (feet): *1389*

DATE DRILLED: *12/28/2022*

BORING DEPTH (feet): *48*

DRILLER: *KILMAN BROS., INC.*

WATER LEVEL: ▽ TOB (feet): *NGWE* ▼ 24HR (feet): *NGWM*

DRILLING METHOD: *HOLLOW STEM AUGER WTIH AUTOMATIC HAMMER*

NOTES: 1. No groundwater encountered at the time of drilling (NGWE). 2. No ground water measured at the end of day (NGWM). 3. Undisturbed sample collected from offset auger boring 3 feet north of B-6.

| DEPTH (feet) | GRAPHIC LOG | GEOLOGIC DESCRIPTION | ELEV (feet) | N VALUE | STANDARD PENETRATION RESISTANCE (blows/ft) |
|---|---|---|---|---|---|
| 0 | | POSSIBLE FILL: Loose red brown silty fine to coarse SAND (SM), rock fragments, moist | 1389 | | |
| | | | | 8 | |
| | | RESIDUUM: Stiff tan pinkish brown sandy SILT (ML), moist | | | |
| 5 | | Medium dense silty fine to coarse SAND (SM) | 1384 | 12 | |
| | | Undisturbed sample (Shelby Tube) 5' to 7' | | 16 | |
| | | Medium dense tan white slightly micaceous silty fine to medium SAND (SM) | | | |
| 10 | | | 1379 | 23 | |
| | | Dense white tan fine to coarse SAND (SW) | | | |
| 15 | | | 1374 | 42 | |
| | | Dense pinkish white slightly silty fine to coarse SAND (SW), rock fragments | | | |
| 20 | | | 1369 | 44 | |
| | | Medium dense white pinkish tan silty fine to coarse SAND (SM) | | | |
| 25 | | | 1364 | 17 | |
| | | Dense tan brown slightly micaceous silty fine to coarse SAND (SM), rock fragments | | | |
| 30 | | | 1359 | 34 | |
| 35 | | | 1354 | 48 | |
| | | PARTIALLY WEATHERED ROCK: Sampled as very dense tan white silty fine to coarse SAND (SM), rock fragments | | 50/3" | |
| 40 | | | 1349 | | |

**GEOSYSTEMS ENGINEERING, INC.**

JOB NO. 22-2875

| CITY OF CUMMING, GEORGIA | | |
|---|---|---|
| **HIGHWAY 20 SAWNEE TANK SITE SLOPE FAILURE** | | **LOG OF BORING B-6** |
| **FORSYTH COUNTY, GEORGIA** | | |

| GEOLOGIST: *NA* | ELEVATION (feet): *1389* | NOTES: 1. No groundwater encountered at the time of drilling (NGWE). 2. No ground water measured at the end of day (NGWM). 3. Undisturbed sample collected from offset auger boring 3 feet north of B-6. |
|---|---|---|
| DATE DRILLED: *12/28/2022* | BORING DEPTH (feet): *48* | |
| DRILLER: *KILMAN BROS., INC.* | WATER LEVEL ▽ TOB (feet): *NGWE* ▼ 24HR (feet): *NGWM* | |
| DRILLING METHOD: *HOLLOW STEM AUGER WTIH AUTOMATIC HAMMER* | | |

| DEPTH (feet) | GRAPHIC LOG | GEOLOGIC DESCRIPTION | ELEV (feet) | N VALUE | STANDARD PENETRATION RESISTANCE (blows/ft) |
|---|---|---|---|---|---|
| | | | | | 2   3   4 5 6   10   20 30 40  60 80 |
| 45 | | <u>PARTIALLY WEATHERED ROCK:</u> Sampled as very dense tan white silty fine to coarse SAND (SM), rock fragments | 1344 | 50/5" | |
| | | Auger refusal at 48 feet. | | | |

**GEOSYSTEMS ENGINEERING, INC.**

## HAND AUGER BORING DATA SUMMARY
### City of Cumming – Highway 20 Sawnee Tank Site
### Slope Failure Project
### Cumming, Forsyth County, Georgia
### GeoSystems Project No. 22-2875

| BORING NUMBER | DEPTH From - To (feet) | SOIL DESCRIPTION |
|---|---|---|
| HAB-1 | 0-3.5 | Fill – Dark gray to black slightly silty fine to coarse SAND and Gravel (SM/GM) (apparent loose asphalt waste) |
| | 3.5-4.0 | Yellow and orange clayey to silty fine to coarse SAND (SC/SM) with rock fragments |
| | 4.0 | Boring terminated (difficult drilling) |
| HAB-2 | 0-3.8 | Fill – Dark gray to black slightly silty fine to coarse SAND and Gravel (SM/GM) (apparent loose asphalt waste) |
| | 3.8-4.8 | Yellow and orange clayey to silty fine to coarse SAND (SC/SM) with rock fragments |
| | 4.8 | Boring terminated (difficult drilling) |
| HAB-3 | 0-1.6 | Fill – Dark gray to black slightly silty fine to coarse SAND and Gravel (SM/GM) (apparent loose asphalt waste) |
| | 1.6 | Auger refusal (refusal at depths of 0 to 1.6 feet at six locations) |
| HAB-4 | 0-0.6 | Fill – Dark gray to black slightly silty fine to coarse SAND and Gravel (SM/GM) (apparent loose asphalt waste) |
| | 0.6-3.0 | Pink tan silty fine to medium SAND (SM) to fine sandy SILT (ML) with roots, wood fragments, unidentified organic matter and asphalt fragments |
| | 3.0-3.4 | Orange brown silty fine to coarse SAND (SM) with rock fragments |
| | 3.4 | Boring terminated (difficult drilling) |
| HAB-5 | 0-0.6 | Fill – Gray brown silty fine to medium SAND (SM) with asphalt fragments |
| | 0.6-8.4 | Orange to pink brown silty fine to coarse SAND (SM) with roots, rock fragments, very moist |
| | 8.4 | Boring terminated (difficult drilling) |

Notes:
1. Hand auger borings were drilled on 02/03/2023 by Larry Mullins and Andy Christian.
2. Groundwater was not encountered in the borings at the time drilled.
3. Observed nine, approximate 7-inch diameter cast iron pipes installed vertically into the ground along a line beginning 21 feet southwest of HAB-5. A steel beam was also observed installed vertically in the same area on the next bench up the slope.



GRAPHIC SCALE (IN FEET)
1 INCH = 30 FEET

0'    15'    30'         60'                    120'



## Seismic Profile Locations
### Sawnee Tank Site
### Cumming, Georgia

| | Geosystems Engineering |
|---|---|
| COLLIER GEOPHYSICS | PROJECT # 230087 |
| | FIGURE A-1 |

DRAFTED BY: EMA      CHECKED BY: EJB              March 2023







May 2023 — Blount Construction Cumming Asphalt Plant Slope Failure Evaluation / Cumming, GA — CABKA-23-GA-1045-01

**BORING =** B-1  **GW Elev. (ft-msl) =** 1372.0 (< 1373.0)  **GW Depth (ft) =** 16 (> 15 ft)
**GS Elev. (ft-msl) =** 1388.0  **SPT Hammer Energy Rating (%)=** 83  Automatic - CME-550X (Kilman Bros)

| Layer No. | Depth (ft) | | | SOIL[1] | SPT N Value[1] (bpf) | SPT N60 Value | Cn | SPT N1_60 Value | SPT N1_60 Value (Median) | φ' (Median) (Peck) | γt (pcf) | γ' (pcf) | Δσ'o (psf) | σ'o (psf) | σ'o (psi) | SANDS φ' (Peck) | Vs (ft/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | - | 3 | SM | 7 | 10 | 1.50 | 15 | 15 | 32 | 115 | 115 | 86.25 | 86.25 | 0.6 | 32 | 567 |
| 2 | 3 | - | 7 | SM | 27 | 37 | 1.50 | 56 | 56 | 42 | 130 | 130 | 345 | 431 | 3.0 | 42 | 817 |
| 3 | 7 | - | 10 | SM | 300 | 415 | 1.45 | 602 | | | 135 | 135 | 520 | 951 | 6.6 | 45 | 1565 |
| 4 | 10 | - | 15 | SM | 150 | 208 | 1.21 | 252 | 602 | 45 | 135 | 135 | 405 | 1356 | 9.4 | 45 | 1298 |
| 5 | 15 | - | 15 | SM | 600 | 830 | 0.99 | 824 | | | 135 | 135 | 675 | 2031 | 14.1 | 45 | 1887 |

BT @ 15'



FILL
ALLUVIUM
RESIDUUM
PWR

| | | |
|---|---|---|
| Fill | 32 | 567 |
| Residual | 42 | 817 |
| PWR | 45 | 1583 |

BT - Boring Terminated
AR - Auger Refusal
PWR - Partially Weathered Rock
Vs - Shear Wave Velocity (Imai & Tonouchi (1982)  - Vs= 93.7$N_{60}^{0.27}$ in m/sec)

NOTES:
1) SPT N value data obtained from SPT Boring Logs by Geosystems Engineering, Inc. - Geotechnical Assesment Report dated April 5, 2023, Geosystems
   Project No. 22-2875.



SPT $N_{1-60}$ Values

May 2023

Blount Construction Cumming Asphalt Plant Slope Failure Evaluation
Cumming, GA

CABKA-23-GA-1045-01

**BORING =** B-6    **GW Elev. (ft-msl) =** 1339.0 (< 1340.0)    **GW Depth (ft) =** 49 (> 48 ft)

**GS Elev. (ft-msl)=** 1388.0    **SPT Hammer Energy Rating (%)=** 83 Automatic - CME-550X (Kilman Bros)

| Layer No. | Depth (ft) | | | SOIL[1] | SPT N Value[1] (bpf) | SPT N60 Value | Cn | SPT N1_60 Value | SPT N1_60 Value (Median) | φ' (Median) (Peck) | γt (pcf) | γ' (pcf) | Δσ'o (psf) | σ'o (psf) | σ'o (psi) | SANDS φ' (Peck) | Vs (ft/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | - | 3 | SM | 8 | 11 | 1.50 | 17 | 17 | 33 | 115 | 115 | 86.25 | 86.25 | 0.6 | 33 | 588 |
| 2 | 3 | - | 8 | ML | 12 | 17 | 1.50 | 25 | 25 | 28 | 120 | 120 | 345 | 431 | 3.0 | 35 | 656 |
| 3 | 8 | - | 13 | SW | 23 | 32 | 1.39 | 44 | | | 126 | 126 | 600 | 1031 | 7.2 | 40 | 782 |
| 4 | 13 | - | 18 | SW | 42 | 58 | 1.10 | 64 | 57 | 42 | 130 | 130 | 630 | 1661 | 11.5 | 44 | 920 |
| 5 | 18 | - | 23 | SW | 44 | 61 | 0.93 | 57 | | | 130 | 130 | 650 | 2311 | 16.1 | 42 | 932 |
| 6 | 23 | - | 28 | SM | 17 | 24 | 0.82 | 19 | | | 116 | 116 | 650 | 2961 | 20.6 | 33 | 721 |
| 7 | 28 | - | 33 | SM | 34 | 47 | 0.75 | 35 | 27 | 36 | 122 | 122 | 580 | 3541 | 24.6 | 38 | 869 |
| 8 | 33 | - | 38 | SM | 48 | 66 | 0.69 | 46 | 46 | 40 | 126 | 126 | 610 | 4151 | 28.8 | 40 | 954 |
| 9 | 38 | - | 43 | SM | 200 | 277 | 0.65 | 179 | | | 135 | 135 | 630 | 4781 | 33.2 | 45 | 1403 |
| 10 | 43 | - | 48 | SM | 120 | 166 | 0.61 | 101 | 179 | 45 | 130 | 130 | 675 | 5456 | 37.9 | 45 | 1222 |
| 11 | 48 | - | 48 | SM | 600 | 830 | 0.57 | 475 | | | 135 | 135 | 650 | 6106 | 42.4 | 45 | 1887 |

AR @ 48'



FILL
ALLUVIUM
RESIDUUM
PWR

| Fill | 33 | 588 |
|---|---|---|
| Residual | 40 | 863 |
| PWR | 45 | 1504 |

BT - Boring Terminated
AR - Auger Refusal
PWR - Partially Weathered Rock
Vs - Shear Wave Velocity (Imai & Tonouchi (1982)  - Vs=93.7N60^0.27 in m/sec)

NOTES:
1) SPT N value data obtained from SPT Boring Logs by Geosystems Engineering, Inc. - Geotechnical Assesment Report dated April 5, 2023, Geosystems
Project No. 22-2875.



SPT N1-60 Values

May 2023                                                                  CABKA-23-GA-1045-01

Seismic Site Class

Blount Construction Cumming Asphalt Plant

Cumming, Ga

| Depth | | | N-Values ($N_{60}$) | | | | | | Average N-Value | di/Ni |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | B-1 | | | | | | | |
| 0 | to | 3 | 10 | | | | | | 10 | 0.30 |
| 3 | to | 8 | 37 | | | | | | 37 | 0.14 |
| 8 | to | 13 | 100 | | | | | | 100 | 0.05 |
| 13 | to | 18 | 100 | | | | | | 100 | 0.05 |
| 18 | to | 23 | 100 | | | | | | 100 | 0.05 |
| 23 | to | 28 | 100 | | | | | | 100 | 0.05 |
| 28 | to | 33 | 100 | | | | | | 100 | 0.05 |
| 33 | to | 38 | 100 | | | | | | 100 | 0.05 |
| 38 | to | 43 | 100 | | | | | | 100 | 0.05 |
| 43 | to | 48 | 100 | | | | | | 100 | 0.05 |
| 48 | to | 53 | 100 | | | | | | 100 | 0.05 |
| 53 | to | 58 | 100 | | | | | | 100 | 0.05 |
| 58 | to | 63 | 100 | | | | | | 100 | 0.05 |
| 63 | to | 68 | 100 | | | | | | 100 | 0.05 |
| 68 | to | 73 | 100 | | | | | | 100 | 0.05 |
| 73 | to | 78 | 100 | | | | | | 100 | 0.05 |
| 78 | to | 83 | 100 | | | | | | 100 | 0.05 |
| 83 | to | 88 | 100 | | | | | | 100 | 0.05 |
| 88 | to | 93 | 100 | | | | | | 100 | 0.05 |
| 93 | to | 98 | 100 | | | | | | 100 | 0.05 |
| 98 | to | 100 | 100 | | | | | | 100 | 0.02 |
| 100 | to | 100 | 100 | | | | | | 100 | 0.00 |
| | to | | | | | | | 100 | 100 | 0.00 |
| | to | | | | | | | 100 | 100 | 0.00 |

Sum of(di/Ni)      1.4

N-bar =           73.8

Site Class =        C

NOTES:

1)  SPT N value data obtained from SPT Boring Logs by Geosystems Engineering, Inc. -
Geotechnical Assesment Report dated April 5, 2023, Geosystems,  Project No. 22-2875.

May 2023                                                                                    CABKA-23-GA-1045-01

Seismic Site Class
Blount Construction Cumming Asphalt Plant
Cumming, Ga

| Depth | | | N-Values ($N_{60}$) | | | | | | Average N-Value | di/Ni |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | B-6 | | | | | | | |
| 0 | to | 3 | 11 | | | | | | 11 | 0.27 |
| 3 | to | 8 | 17 | | | | | | 17 | 0.29 |
| 8 | to | 13 | 32 | | | | | | 32 | 0.16 |
| 13 | to | 18 | 58 | | | | | | 58 | 0.09 |
| 18 | to | 23 | 61 | | | | | | 61 | 0.08 |
| 23 | to | 28 | 24 | | | | | | 24 | 0.21 |
| 28 | to | 33 | 47 | | | | | | 47 | 0.11 |
| 33 | to | 38 | 66 | | | | | | 66 | 0.08 |
| 38 | to | 43 | 100 | | | | | | 100 | 0.05 |
| 43 | to | 48 | 100 | | | | | | 100 | 0.05 |
| 48 | to | 53 | 100 | | | | | | 100 | 0.05 |
| 53 | to | 58 | 100 | | | | | | 100 | 0.05 |
| 58 | to | 63 | 100 | | | | | | 100 | 0.05 |
| 63 | to | 68 | 100 | | | | | | 100 | 0.05 |
| 68 | to | 73 | 100 | | | | | | 100 | 0.05 |
| 73 | to | 78 | 100 | | | | | | 100 | 0.05 |
| 78 | to | 83 | 100 | | | | | | 100 | 0.05 |
| 83 | to | 88 | 100 | | | | | | 100 | 0.05 |
| 88 | to | 93 | 100 | | | | | | 100 | 0.05 |
| 93 | to | 98 | 100 | | | | | | 100 | 0.05 |
| 98 | to | 100 | 100 | | | | | | 100 | 0.02 |
| 100 | to | 100 | 100 | | | | | | 100 | 0.00 |
| | to | | | | | | | 100 | 100 | 0.00 |
| | to | | | | | | | 100 | 100 | 0.00 |

Sum of(di/Ni)  1.9
N-bar =    52.6
Site Class =   C

NOTES:

1)  SPT N value data obtained from SPT Boring Logs by Geosystems Engineering, Inc. - Geotechnical Assesment Report dated April 5, 2023, Geosystems,  Project No. 22-2875.



# ASCE 7 Hazards Report

**Address:**
No Address at This Location

| | | |
|---|---|---|
| **Standard:** | ASCE/SEI 7-22 | **Latitude:** 34.227437 |
| **Risk Category:** | II | **Longitude:** -84.169041 |
| **Soil Class:** | C - Very Dense Soil and Soft Rock | **Elevation:** 1377.6635438129222 ft (NAVD 88) |







**Seismic**                    C - Very Dense Soil and Soft Rock

---

**Site Soil Class:**
**Results:**

| | | | |
|---|---|---|---|
| PGA $_M$ : | 0.14 | $T_L$ : | 12 |
| $S_{MS}$ : | 0.29 | $S_S$ : | 0.28 |
| $S_{M1}$ : | 0.13 | $S_1$ : | 0.098 |
| $S_{DS}$ : | 0.19 | $V_{S30}$ : | 530 |
| $S_{D1}$ : | 0.085 | | |

**Seismic Design Category: B**









MCE$_R$  Vertical Response Spectrum              Design Vertical Response Spectrum
Vertical ground motion data has not yet been made        Vertical ground motion data has not yet been made
available by USGS.                                        available by USGS.



**Data Accessed:**          **Wed May 24 2023**

**Date Source:**
**USGS Seismic Design Maps based on ASCE/SEI 7-22 and ASCE/SEI 7-22 Table 1.5-2. Additional data for site-specific ground motion procedures in accordance with ASCE/SEI 7-22 Ch. 21 are available from USGS.**



The ASCE 7 Hazard Tool is provided for your convenience, for informational purposes only, and is provided "as is" and without warranties of any kind. The location data included herein has been obtained from information developed, produced, and maintained by third party providers; or has been extrapolated from maps incorporated in the ASCE 7 standard. While ASCE has made every effort to use data obtained from reliable sources or methodologies, ASCE does not make any representations or warranties as to the accuracy, completeness, reliability, currency, or quality of any data provided herein. Any third-party links provided by this Tool should not be construed as an endorsement, affiliation, relationship, or sponsorship of such third-party content by or from ASCE.

ASCE does not intend, nor should anyone interpret, the results provided by this Tool to replace the sound judgment of a competent professional, having knowledge and experience in the appropriate field(s) of practice, nor to substitute for the standard of care required of such professionals in interpreting and applying the contents of this Tool or the ASCE 7 standard.

In using this Tool, you expressly assume all risks associated with your use. Under no circumstances shall ASCE or its officers, directors, employees, members, affiliates, or agents be liable to you or any other person for any direct, indirect, special, incidental, or consequential damages arising from or related to your use of, or reliance on, the Tool or any information obtained therein. To the fullest extent permitted by law, you agree to release and hold harmless ASCE from any and all liability of any nature arising out of or resulting from any use of data provided by the ASCE 7 Hazard Tool.

# Important Information about This

# Geotechnical-Engineering Report

**Subsurface problems are a principal cause of construction delays, cost overruns, claims, and disputes.**

**While you cannot eliminate all such risks, you can manage them. The following information is provided to help.**

## Geotechnical Services Are Performed for Specific Purposes, Persons, and Projects

Geotechnical engineers structure their services to meet the specific needs of their clients. A geotechnical-engineering study conducted for a civil engineer may not fulfill the needs of a constructor — a construction contractor — or even another civil engineer. Because each geotechnical- engineering study is unique, each geotechnical-engineering report is unique, prepared *solely* for the client. No one except you should rely on this geotechnical-engineering report without first conferring with the geotechnical engineer who prepared it. *And no one — not even you* — should apply this report for any purpose or project except the one originally contemplated.

## Read the Full Report

Serious problems have occurred because those relying on a geotechnical-engineering report did not read it all. Do not rely on an executive summary. Do not read selected elements only.

## Geotechnical Engineers Base Each Report on a Unique Set of Project-Specific Factors

Geotechnical engineers consider many unique, project-specific factors when establishing the scope of a study. Typical factors include: the client's goals, objectives, and risk-management preferences; the general nature of the structure involved, its size, and configuration; the location of the structure on the site; and other planned or existing site improvements, such as access roads, parking lots, and underground utilities. Unless the geotechnical engineer who conducted the study specifically indicates otherwise, do not rely on a geotechnical-engineering report that was:

- not prepared for you;
- not prepared for your project;
- not prepared for the specific site explored; or
- completed before important project changes were made.

Typical changes that can erode the reliability of an existing geotechnical-engineering report include those that affect:

- the function of the proposed structure, as when it's changed from a parking garage to an office building, or from a light-industrial plant to a refrigerated warehouse;
- the elevation, configuration, location, orientation, or weight of the proposed structure;
- the composition of the design team; or
- project ownership.

As a general rule, *always* inform your geotechnical engineer of project changes—even minor ones—and request an assessment of their impact. *Geotechnical engineers cannot accept responsibility or liability for problems that occur because their reports do not consider developments of which they were not informed.*

## Subsurface Conditions Can Change

A geotechnical-engineering report is based on conditions that existed at the time the geotechnical engineer performed the study. *Do not rely on a geotechnical-engineering report whose adequacy may have been affected by*: the passage of time; man-made events, such as construction on or adjacent to the site; or natural events, such as floods, droughts, earthquakes, or groundwater fluctuations. *Contact the geotechnical engineer before applying this report to determine if it is still reliable.* A minor amount of additional testing or analysis could prevent major problems.

## Most Geotechnical Findings Are Professional Opinions

Site exploration identifies subsurface conditions only at those points where subsurface tests are conducted or samples are taken. Geotechnical engineers review field and laboratory data and then apply their professional judgment to render an opinion about subsurface conditions throughout the site. Actual subsurface conditions may differ — sometimes significantly — from those indicated in your report. Retaining the geotechnical engineer who developed your report to provide geotechnical-construction observation is the most effective method of managing the risks associated with unanticipated conditions.

## A Report's Recommendations Are Not Final

Do not overrely on the confirmation-dependent recommendations included in your report. *Confirmation-dependent recommendations are not final,* because geotechnical engineers develop them principally from judgment and opinion. Geotechnical engineers can finalize their recommendations *only* by observing actual subsurface conditions revealed during construction. *The geotechnical engineer who developed your report cannot assume responsibility or liability for the report's confirmation-dependent recommendations if that engineer does not perform the geotechnical-construction observation required to confirm the recommendations' applicability.*

## A Geotechnical-Engineering Report Is Subject to Misinterpretation

Other design-team members' misinterpretation of geotechnical-engineering reports has resulted in costly

problems. Confront that risk by having your geotechnical engineer confer with appropriate members of the design team after submitting the report. Also retain your geotechnical engineer to review pertinent elements of the design team's plans and specifications. Constructors can also misinterpret a geotechnical-engineering report. Confront that risk by having your geotechnical engineer participate in prebid and preconstruction conferences, and by providing geotechnical construction observation.

### Do Not Redraw the Engineer's Logs
Geotechnical engineers prepare final boring and testing logs based upon their interpretation of field logs and laboratory data. To prevent errors or omissions, the logs included in a geotechnical-engineering report should *never* be redrawn for inclusion in architectural or other design drawings. Only photographic or electronic reproduction is acceptable, *but recognize that separating logs from the report can elevate risk.*

### Give Constructors a Complete Report and Guidance
Some owners and design professionals mistakenly believe they can make constructors liable for unanticipated subsurface conditions by limiting what they provide for bid preparation. To help prevent costly problems, give constructors the complete geotechnical-engineering report, *but* preface it with a clearly written letter of transmittal. In that letter, advise constructors that the report was not prepared for purposes of bid development and that the report's accuracy is limited; encourage them to confer with the geotechnical engineer who prepared the report (a modest fee may be required) and/or to conduct additional study to obtain the specific types of information they need or prefer. A prebid conference can also be valuable. *Be sure constructors have sufficient time* to perform additional study. Only then might you be in a position to give constructors the best information available to you, while requiring them to at least share some of the financial responsibilities stemming from unanticipated conditions.

### Read Responsibility Provisions Closely
Some clients, design professionals, and constructors fail to recognize that geotechnical engineering is far less exact than other engineering disciplines. This lack of understanding has created unrealistic expectations that have led to disappointments, claims, and disputes. To help reduce the risk of such outcomes, geotechnical engineers commonly include a variety of explanatory provisions in their reports. Sometimes labeled "limitations," many of these provisions indicate where geotechnical engineers' responsibilities begin and end, to help

others recognize their own responsibilities and risks. *Read these provisions closely.* Ask questions. Your geotechnical engineer should respond fully and frankly.

### Environmental Concerns Are Not Covered
The equipment, techniques, and personnel used to perform an *environmental* study differ significantly from those used to perform a *geotechnical* study. For that reason, a geotechnical-engineering report does not usually relate any environmental findings, conclusions, or recommendations; e.g., about the likelihood of encountering underground storage tanks or regulated contaminants. *Unanticipated environmental problems have led to numerous project failures.* If you have not yet obtained your own environmental information, ask your geotechnical consultant for risk-management guidance. *Do not rely on an environmental report prepared for someone else.*

### Obtain Professional Assistance To Deal with Mold
Diverse strategies can be applied during building design, construction, operation, and maintenance to prevent significant amounts of mold from growing on indoor surfaces. To be effective, all such strategies should be devised for the *express purpose* of mold prevention, integrated into a comprehensive plan, and executed with diligent oversight by a professional mold-prevention consultant. Because just a small amount of water or moisture can lead to the development of severe mold infestations, many mold- prevention strategies focus on keeping building surfaces dry. While groundwater, water infiltration, and similar issues may have been addressed as part of the geotechnical- engineering study whose findings are conveyed in this report, the geotechnical engineer in charge of this project is not a mold prevention consultant; *none of the services performed in connection with the geotechnical engineer's study were designed or conducted for the purpose of mold prevention. Proper implementation of the recommendations conveyed in this report will not of itself be sufficient to prevent mold from growing in or on the structure involved.*

### Rely, on Your GBC-Member Geotechnical Engineer for Additional Assistance
Membership in the Geotechnical Business Council of the Geoprofessional Business Association exposes geotechnical engineers to a wide array of risk-confrontation techniques that can be of genuine benefit for everyone involved with a construction project. Confer with you GBC-Member geotechnical engineer for more information.



GEOTECHNICAL
BUSINESS COUNCIL
of the Geoprofessional Business Association

8811 Colesville Road/Suite G106, Silver Spring, MD  20910
Telephone: 301/565-2733   Facsimile: 301/589-2017
e-mail: info@geoprofessional.org   www.geoprofessional.org

Copyright 2015 by Geoprofessional Business Association (GBA). Duplication, reproduction, or copying of this document, or its contents, in whole or in part, by any means whatsoever, is strictly prohibited, except with GBA's specific written permission. Excerpting, quoting, or otherwise extracting wording from this document is permitted only with the express written permission of GBA, and only for purposes of scholarly research or book review. Only members of GBA may use this document as a complement to or as an element of a geotechnical-engineering report. Any other firm, individual, or other entity that so uses this document without being a GBA member could be commiting negligent or intentional (fraudulent) misrepresentation.

# EXHIBIT 2



6025 Matt Highway
Cumming, GA 30028
770.888.2224 OFFICE
678.947.3672 FAX

# Proposal

**Blount Construction Pond Cleanout**
**DATE:** 02/20/2023
**SCOPE OF WORK:** Demo office trailer and Conex, clean silt as far as excavator can reach up the slope, Pump water into temp pond, Clean out upper and lower ponds, regrade access road and install 6 Check dam stones, freshen up rip rap pads

| | | |
|---|---|---|
| General Conditions | LS | $43,312.50 |
| Clearing/ Hauling Tree Debris | LS | $29,217.00 |
| Demo | LS | $137,062.50 |
| Upper Pond Clean out | LS | $91,950.00 |
| Lower Pond Clean out | LS | $88,800.00 |
| Regrade Access Road | LS | $6,300.00 |
| **Total** | | $396,642.00 |

**NOTES:**
Proposal based upon removal of 5,000 CY of total dirt or less.
Proposal pricing is valid until March 20, 2023
Earthwork calculations based on google maps
Excludes all permits, fees, and testing.
Excludes any replacement of cultivated soils, if required.
Excludes any abatement or asbestos testing.
Excludes removal of any hazardous material or remediation.
Excludes any utility relocates required due to utilities conflicts.
Excludes all site amenities, sidewalks, fencing, guardrails - By Others
Excludes erosion control maintenance after mass grading and utilities are complete.
Excludes all topsoil placement, landscaping, pond plantings and permanent grassing.
Excludes NPDES monitoring.
Excludes soils or concrete testing.
If existing conditions represented by plans or details differ from field conditions additional charges may apply
The proposal will require updating based on agreed upon start date, milestone dates, and completion date.



Tuesday, February 21, 2023

Mr. Bob Cathcart
Blount Construction Company
1730 Sands Place
Marietta, GA 30067
(770) 541-7333

**RE:   Blount Cumming Plant**

Dear Mr. Cathcart:

Thank you for the opportunity to quote the above referenced project. Reeves Young is bidding as a Grading and Utility Subcontractor. Attached is our bid report and takeoff for your review. Prices are based upon the following contract documents and various E-mail correspondences.

| | |
|---|---|
| **Drawings:** | N/A |
| **Specifications:** | N/A |
| **Addenda:** | N/A |
| **Reports:** | N/A |
| **Other:** | Site Visit 02/13/2023 |

Prices include furnishing of all management, supervision, labor, equipment, and material necessary for construction.

| Item | Description | Amount |
|:---:|---|---:|
| 1 | Demolition | $58,588.00 |
| 2 | Erosion Control | $11,427.00 |
| 3 | Earthwork | $341,249.00 |
| **9** | **Base Bid - Total** | **$411,264.00** |

Qualifications and Clarifications:

1. Schedule and pricing is based upon a 50 hour work week.
2. Limited erosion control is included in this pricing, we will not be responsible for silt leaving the site.
3. This proposal assumes that onsite soils are suitable for structural backfill (Excavation can be placed back without soil conditioning or that we will not have to haul dirt from other portions of the site to backfill).

4.  Pricing is based upon a classified site.
5.  Proposal is based upon all scopes of work being accepted. Individual scope prices may change if entire proposal is not awarded.
6.  Our work is warranted for one year from installation for materials and workmanship.
7.  Pricing is subject to change based on approved plans and specifications.
8.  Ponds will be mucked out from what can be reached from the bank of the pond. Dredging of the entire pond is not included in this pricing.
9.  Water from pond 1 will be removed via Hydrovac truck and will not be pumped downhill.
10. We will only clean up to the bottom of the previous slope limits. Slope rehabilitation is not included in this pricing.

Exclusions:

1.  Payment and performance bonds
2.  Maintenance bonds
3.  Permits and associated fees / cost
4.  Easements and associated fees / cost
5.  Unforeseen conditions, unsuitable soils, rock including mass, trench and rippable, below grade debris and trash.
6.  Fill materials for the above conditions.
7.  We have excluded all dewatering.
8.  Utility impact fees / cost
9.  Utility meter fees / cost
10. Utility tap fees / cost
11. NPDES permitting and compliance
12. Trench drains

This proposal and associated pricing is valid for forty five (45) days.

If you have any questions or require any additional information, please do not hesitate to contact us at (770) 271-1159 or via email at jwarrington@reevesyoung.com.

Sincerely,
Reeves Young, LLC

*Jeremy Warrington*

Jeremy Warrington
Preconstruction – Heavy Civil

cc:     William Reeves, Executive Vice President

Daniel Farley, Director of Preconstruction – Heavy Civil



**Blount Cumming Plant**

2/21/2023

| BID ITEM | ACTIVITY DESCRIPTION | QUANTITY | UNIT |
|---|---|---|---|
| **10 DEMOLITION** | | | |
| 024109 | DEMO - TRAILER | 1.000 | LSUM |
| 024103.05 | DEMO - CONEX BOXES | 2.000 | EACH |
| 311110 | DEMO - CLEARING AND GRUBBING - MASS | 1.000 | LSUM |
| | **DEMOLITION TOTAL** | **$ 58,588.00** | |
| **20 EROSION CONTROL** | | | |
| 312535 | EROSION CONTROL - TEMPORARY GRASSING | 1.000 | LSUM |
| 313700 | EROSION CONTROL - RIPRAP | 1.000 | LSUM |
| 312621 | EROSION CONTROL - SILT SAVER | 1.000 | EACH |
| | **EROSION CONTROL TOTAL** | **$ 11,427.00** | |
| **30 EARTHWORK** | | | |
| 312200.01 | EARTHWORK - EXCAVATE & LOAD | 4,000.000 | CUYD |
| 312200.05 | EARTHWORK - HAULING - EXPORT | 4,000.000 | CUYD |
| 312216.3 | EARTHWORK - FINE - ROUGH GRADE | 1.000 | LSUM |
| 312319 | EARTHWORK - REMOVE WATER FROM POND 1 | 1.000 | LSUM |
| 321100 | COURSES - RAP | 1,024.000 | TON |
| | **EARTHWORK TOTAL** | **$ 341,249.00** | |
| | **TOTAL BID** | **$ 411,264.00** | |

**EXHIBIT 3**

## Job Loss Profit from Jan 1 to Present

| Project Name | Project No. | Plant | Asphalt Mix Type | Asphalt Tonnage | Blount Internal Cost | Plant | Plant Cost | Per Ton Differ | Total Sum |
|---|---|---|---|---|---|---|---|---|---|
| Forsyth County 2022 Resurfacing | 2901 | Blount Cumming | 12.5 MM | 1,009.57 | 66.29 | CWM Cumming | 69.60 | $3.31 | 3,341.68 |
| | | Blount Cumming | 9.5 MM TP 1 | 15,777.17 | 70.21 | CWM Cumming | 82.00 | $11.79 | 186,012.83 |
| | | Blount Cumming | 9.5 MM TP 1 | 11,108.34 | 70.21 | CWM Big Creek | 81.20 | $10.99 | 122,080.66 |
| Job Total | | | | | | | | | $311,435.17 |

| Project Name | Project No. | Plant | Asphalt Mix Type | Asphalt Tonnage | Blount Internal Cost | Plant | Plant Cost | Per Ton Differ | Total Sum |
|---|---|---|---|---|---|---|---|---|---|
| City of Milton FY22 Asphalt Reconstruction & Resurfacing | 2905 | Blount Cumming | 19 MM | 670.01 | 62.65 | CWM Cumming | 70.80 | $8.15 | 5,460.58 |
| | | Blount Cumming | 9.5 MM TP 2 | 954.45 | 67.82 | CWM Cumming | 75.95 | $8.13 | 7,759.68 |
| | | Blount Cumming | 19 MM | 2,293.88 | 62.65 | CWM Big Creek | 66.65 | $4.00 | 9,175.52 |
| | | Blount Cumming | 9.5 MM TP 2 | 7,542.25 | 67.82 | CWM Big Creek | 73.40 | $5.58 | 42,085.76 |
| Job Total | | | | | | | | | $64,481.54 |

| Project Name | Project No. | Plant | Asphalt Mix Type | Asphalt Tonnage | Blount Internal Cost | Plant | Plant Cost | Per Ton Differ | Total Sum |
|---|---|---|---|---|---|---|---|---|---|
| Sandy Springs 2023 Resurfacing | 2937 | Blount Cumming | 19 MM | 1,936.52 | 62.65 | CWM Big Creek | 66.65 | $4.00 | 7,746.08 |
| | | Blount Cumming | 12.5 MM | 12,366.30 | 66.29 | CWM Big Creek | 72.00 | $5.71 | 70,611.57 |
| Job Total | | | | | | | | | $78,357.65 |
| Total Job Profit Lost To Date | | | | | | | | | 454,274.36 |

## Still Anticipated Losses

| Project Name | Project No. | Plant | Asphalt Mix Type | Asphalt Tonnage | Blount Internal Cost | Plant | Plant Cost | Per Ton Differ | Total Sum |
|---|---|---|---|---|---|---|---|---|---|
| Sandy Springs 2023 Resurfacing | 2937 | Blount Cumming | 19 MM | 3,063.48 | 62.65 | CWM Big Creek | 66.65 | $4.00 | 12,253.92 |
| | | Blount Cumming | 12.5 MM | 11,783.70 | 66.29 | CWM Big Creek | 72.00 | $5.71 | 67,284.93 |
| Job Total | | | | | | | | | $79,538.85 |

| Project Name | Project No. | Plant | Asphalt Mix Type | Asphalt Tonnage | Blount Internal Cost | Plant | Plant Cost | Per Ton Differ | Total Sum |
|---|---|---|---|---|---|---|---|---|---|
| City of Dunwoody 2023 Resurfacing | 2949 | Blount Cumming | 25 MM | 4,265.00 | 59.95 | CWM Big Creek | 66.85 | $6.90 | 29,428.50 |
| | | Blount Cumming | 9.5 MM TP 2 | 7,925.00 | 67.82 | CWM Big Creek | 73.40 | $5.58 | 44,221.50 |
| | | Blount Cumming | 12.5 MM OGI | 3,434.00 | 78.16 | CWM Big Creek | 85.45 | $7.29 | 25,033.86 |
| | | Blount Cumming | 9.5 MM TP 1 | 48.00 | 70.21 | CWM Big Creek | 75.30 | $5.09 | 244.32 |
| Job Total | | | | | | | | | $98,928.18 |

| Project Name | Project No. | Plant | Asphalt Mix Type | Asphalt Tonnage | Blount Internal Cost | Plant | Plant Cost | Per Ton Differ | Total Sum |
|---|---|---|---|---|---|---|---|---|---|
| City of Peachtree Corners 2023 Resurfacing | 2966 | Blount Cumming | 25 MM | 5,910.00 | 59.95 | ERS Norcross | 68.00 | $8.05 | 47,575.50 |
| | | Blount Cumming | 9.5 MM TP 1 | 4,205.00 | 70.21 | ERS Norcross | 78.30 | $8.09 | 34,018.45 |
| | | Blount Cumming | 12.5 MM OGI | 2,792.00 | 78.16 | ERS Norcross | 90.00 | $11.84 | 33,057.28 |
| Job Total | | | | | | | | | $114,651.23 |

| Project Name | Project No. | Plant | Asphalt Mix Type | Asphalt Tonnage | Blount Internal Cost | Plant | Plant Cost | Per Ton Differ | Total Sum |
|---|---|---|---|---|---|---|---|---|---|
| GDOT Dawson County Shoulder Rehab Various Roads | 2921 | Blount Cumming | 19 MM | 4,248.00 | 62.65 | ERS Norcross | 70.80 | $8.15 | 34,621.20 |
| | | Blount Cumming | 12.5 MM | 160.00 | 66.29 | ERS Norcross | 73.30 | $7.01 | 1,121.60 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| **Job Total** | | | | | | | | $35,742.80 | | | | | |
| | | | | | | | | $328,861.06 | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | Job L-T-D | $454,274.36 | | | | | |
| | | | | | | | Anticipated Job Loss | $328,861.06 | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | TOTAL | $783,135.41 | | | | | |

| | | | | CUMMING PLANT FOB ASPHALT SALES - EXPECTED LOSSES | | | |
|---|---|---|---|---|---|---|---|
| **Estimated FOB Loss To Date** | | | | | | | |
| | | | | | | | |
| Project Name | Project No. | Plant | Asphalt Mix Type | Asphalt Tonnage | Blount Internal Cost | Avg Sale Price | Avg Sale Price |
| | | | | 15% Internal Vol. | | | |
| Customer FOB Mix | January | Blount Cumming | Various / All Mix | 1,150.00 | 66.29 | $80.90 | $16,801.50 |
| | February | Blount Cumming | Various / All Mix | 2,000.00 | 66.29 | $80.90 | $29,220.00 |
| | March | Blount Cumming | Various / All Mix | 2,000.00 | 66.29 | $80.90 | $29,220.00 |
| | April | Blount Cumming | Various / All Mix | 2,500.00 | 66.29 | $80.90 | $36,525.00 |
| | | | | | | | |
| To Date Estimated | | | | | | | $111,766.50 |
| **Estimated FOB Loss For Near Future** | | | | | | | |
| | | | | | | | |
| Project Name | Project No. | Plant | Asphalt Mix Type | Asphalt Tonnage | Blount Internal Cost | Avg Sale Price | Avg Sale Price |
| | | | | 15% Internal Vol. | | | |
| Customer FOB Mix | May | Blount Cumming | Various / All Mix | 2,500.00 | 66.29 | $80.90 | $36,525.00 |
| | June | Blount Cumming | Various / All Mix | 2,500.00 | 66.29 | $80.90 | $36,525.00 |
| | July | Blount Cumming | Various / All Mix | 2,500.00 | 66.29 | $80.90 | $36,525.00 |
| | | | | | | | |
| | | | | | | | |
| Future Profit Loss | | | | | | | $109,575.00 |
| | | | | | | | |
| **Recovery for Loss on Manafactured Cost Items** | | | | | TONS | | |
| | | Plant | Variable Expense | | | | |
| | | | Lost & Still Paying | Cost Per Ton | | | |
| | | Blount Cumming | Natural Gas/Oil | $2.60 | | | |
| | | Blount Cumming | Utilities/Electric | $0.44 | Asphalt Tons Jan-April | 53,658.49 | |
| | | Blount Cumming | Labor | $2.85 | Not Recovered | | |
| | | | Equip, Designs, | $2.42 | Est. Tonnage From Jobs | 47,834.18 | |
| | | | Maintenance | | After April 30th-July 31 | | |
| | | | Depreciation | $2.04 | Asphalt FOB Tons | 7,650.00 | |
| | | | | | Through April 30 | | |
| | | | | | Est. FOB Tonnage | 7,500.00 | |
| | | | | | Through July 31 | | |
| | | | | | | | |
| Future Profit Loss | | | Total Sum | $10.35 | | 116,643 | $1,207,251.63 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | Lost or Damaged | Model | Quantity | Value | Total | | |
| | Slope Cleanup & Repair | | | TBD | TBD | | |
| | Yard & Retention Ponds | Yard Mud, Debris, Disposal, | 1 | $400,000.00 | $400,000.00 | | |
| | Cleanup (Excluding | Clean up of Retention Ponds | | | | | |
| | Slope) | | | | | | |
| | Office Trailer | Replace - Vesta | 1 | $75,149.00 | $75,149.00 | | |
| | Office Trailer | Replace - Vesta | 1 | $75,149.00 | $75,149.00 | | |
| | Quality Control Lab | New & Relocate | 1 | $8,532.00 | $8,532.00 | | |
| | | Due to Slope Hazard | | | | | |
| | Automation Drive | T/C FC-302N20075E2On2BGC7 | 1 | 24668 | $24,668.00 | | |
| | | 200KW/300HP | | | | | |
| | Westinghouse Motor | NEMA Premium HP 10 | 1 | 842 | $842.00 | | |
| | | Frame  215T | | | | | |
| | Baltor Reliance Motor | NEMA PH 15 Frame 254T | 1 | 1043 | $1,043.00 | | |
| | Main Head Shaft & | Hot Elevator | 2 | 1400 | $2,800.00 | | |
| | Tail Shaft | | | | | | |
| | TEFC: Industrial Elect | HP  7.5 Frame 213T | 1 | 800 | $800.00 | | |
| | Motor | | | | | | |
| | Air Locke | Meger Made | 1 | 7400 | $7,400.00 | | |
| | Dodge : Bearing House | Tapper Roller Bearing | 2 | 200 | $400.00 | | |
| | | Style KDI Series 515 | | | | | |
| | | Part # 023416 | | | | | |
| | Baldor DC Motor | HP  3  Frame 215 C | 2 | 500 | $1,000.00 | | |
| | Battery Charger | Schumacher 200A | 1 | 167 | $167.00 | | |
| | RO-Tap Shaker | Model  RX-29 | 1 | 4025 | $4,025.00 | | |
| | Honda Pressure | Northstar | 1 | 925 | $925.00 | | |

| | Washer | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2x12x12 Pressure | Wood | 3 | 31 | $93.00 | | | | | | |
| | Treated | | | | | | | | | | |
| | | | **Total Loss/Damaged** | | **$602,993.00** | | | | | | |
| | | | | | | | | | | | |
| **AC Hauler - 2 load weekly average** | | $14.50 | 50.00 | | | | | | | | |
| **William Daniels Trucking** | January | 3 | $2,175.00 | | | | | | | | |
| | February | 4 | $2,900.00 | | | | | | | | |
| | March | 5 | $3,625.00 | | | | | | | | |
| | April | 4 | $2,900.00 | | | | | | | | |
| | May | 4 | $2,900.00 | | | | | | | | |
| | June | 5 | $3,625.00 | | | | | | | | |
| | July | 4 | $2,900.00 | | | | | | | | |
| | | | $21,025.00 | | | | | | | | |
| | | | | | | | | | | | |
| **Asphalt Plant Upgades** | | Improvements | Cost | | | | | | | | |
| In 2022 Cumming Plant was downed | | New Baghouse, Double barrel drum, RAP System | $2,500,000 | | | | | | | | |
| for upgrades with plans to be back | | and Conveyor - these improvements will have | | | | | | | | | |
| up and running January 3rd. | | a 40% improvement on mix production. | | | | | | | | | |
| | | | | | | | | | | | |
| | | Cumming Plant Value | $6,000,000 | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

# EXHIBIT 4

# CHALMERS, ADAMS, BACKER & KAUFMAN, LLC

ATTORNEYS AT LAW

5805 STATE BRIDGE RD - #G77

JOHNS CREEK, GEORGIA 30097

PHONE: (404)-964-5587

EMAIL: akaufman@chalmersadams.com

February 9, 2023

**_Via Email: Bob.Cathcart@blountconstuction.com_**

Blount Construction Company Inc.

ATTN: Bob Cathcart, President

Dunwoody, GA 30338

**Re: Legal Representation by Chalmers, Adams, Backer & Kaufman, LLC
Anti-Litem Notice, Demand & (Potential) Litigation against the City of
Cumming, GA**

Dear Mr. Cathcart:

Thank you for the opportunity to represent You in this important matter. This letter will set forth the terms of the legal relationship between Chalmers, Adams, Backer & Kaufman, LLC ("CAB&K" or the "Firm") and Blount Construction Company Inc. ("You") on the matters set forth herein. We will also work in conjunction with Kurt Hilbert, Esq. of The Hilbert Law Firm, LLC and share representation responsibilities and fees with each other. It is our practice to confirm in writing the general nature of our undertaking on behalf of each of our clients, and to explain the billing and payment arrangement with respect to our services. We find that laying out our respective expectations and responsibilities is our best practice. These items are discussed in this letter and the attached Statement of Client Policies.

## Fee Arrangement

All payments should be made to "Chalmers, Adams, Backer & Kaufman, LLC" and sent to 5805 State Bridge Road, #G77, Johns Creek, GA 30097. We will send our invoices monthly via email. Fees will be deemed earned when due.

**The retainer fee** for Your matter will be **$20,000.00**. Upon any other negotiations you will be charged at my current hourly rate of **$500.00 per hour.** The attorney rates at our firm range from $300.00 per hour to $575.00 per hour. If any work is performed by paralegal assistants, their current hourly rates range from $75.00 to $110.00 per hour. The firm will charge for all activities undertaken in providing legal services to you under this agreement, including but not limited to: conferences, court sessions, correspondence, legal research, preparation of motions and briefs (including drafting and editing), and telephone conversations, whether initiated by you or the firm. When two or more of the firm's personnel are working on the matter at the same time, such as in conferences between them, the time of each will be charged at his or her hourly rate.

## Billing and Payment Terms

CHALMERS, ADAMS, BACKER & KAUFMAN LLC
Blount Construction Company Inc.
ATTN: Bob Cathcart
February 9, 2023
Page 2

It is our policy to describe services performed in a detailed manner so that you may be able to understand fully the services and the charges. Generally, we render statements for fees and expenses on a monthly basis, itemizing the services performed and the expenses incurred. If there are any questions relating to the services or the charges, we will be pleased to discuss them with you at the earliest possible time after receipt of the billing statement, since the matters will be freshest in our memory at that time. Accordingly, you agree to notify us in writing or email within thirty (30) days of receiving our billing statement if you dispute any entry for legal services or charges on any billing statement. If we do not hear from you within thirty (30) days of the invoice date, we will assume that you have received the invoice, approved it, and agree to promptly pay the outstanding balance reflected on the invoice.

Payment of each statement is due when it is received. To the extent that there are insufficient funds from your retainer to cover the remaining balance then we require prompt payment of the invoice, and the remaining balance will bear interest at the rate of one and a half percent (1.0%) per month. In no event will the interest be greater than that permitted by any applicable law.

If you fail to pay statements promptly, we reserve the right to withdraw from and terminate the engagement, and to decline to provide any further services. In the event that we are required to file an action or proceeding to collect any late payment or assessed monthly service charge, you will be required to pay for all costs of collection, including without limitation all filing fees, third-party expenses and attorney fees incurred for our efforts in collecting such amounts. If we use our own attorneys or legal assistants to pursue such an action or proceeding, the fees charged shall be calculated on an hourly basis using the applicable hourly rates for the attorneys and legal assistants who perform such work.

We will maintain a lien on all files in our possession and their content until we have received payment in full on all amounts due. In litigation matters in which a money judgment or settlement is rendered in your favor, we will maintain a lien on all proceeds thereof to the extent of any unpaid fees, expenses or disbursements.

You may elect to pay any or all of your monthly invoice charges by credit/charge card as well. In addition, you may charge the initial retainer to your credit card by signing the authorization statement at the end of this document.

In addition, you will be required to provide credit/charge card information at the time this agreement is signed (see below) in order to protect you from suspension of representation because of past due invoices. By signing this agreement, you authorize us to charge Your credit card for the amount of any monthly invoice that becomes at least thirty (30) days past due. Should you choose not to provide credit/charge card information, a more substantial retainer may be required and this agreement will be modified accordingly. You may, of course, elect to pay any or all of your monthly invoice charges by credit/charge card as well. In addition, you may charge the initial retainer to your credit card by signing the authorization statement at the end of this document.

### Potential Conflicts

CHALMERS, ADAMS, BACKER & KAUFMAN LLC
Blount Construction Company Inc.
ATTN: Bob Cathcart
February 9, 2023
Page 3

At the present time, we do not recognize or anticipate any material conflict between this engagement and our current or prior representation of any other party. If in the future there appears to be a conflict arising from our engagement to represent you that makes it impossible for us to continue, we will cease all professional activities for you and, to the extent you desire, will assist you in obtaining other counsel. In such a case, all professional fees earned at that time and all reimbursable expenses that have accrued will be payable to us. As we have discussed, the firm represents many clients. It is possible that some of our present or future clients will have disputes with You during the time that we are representing it. Therefore, to the full extent permitted by applicable Bar rules, you have agreed that our firm may continue to represent or undertake to represent existing or new clients in those matters, including litigation matters that are not substantially related to our work for You. You have represented that at present you are unaware of any actual or potential conflicts and that you will immediately let us know if you become aware of an actual or potential conflict. You have further agreed that the validity and enforceability of this unrelated matter conflict waiver is an essential condition to the firm's willingness to accept this engagement, and the firm would not have accepted the engagement but for this waiver. Accordingly, you agree that, if the validity or enforceability of this waiver is ever challenged or revoked, we may withdraw from representing you and continue to represent our other clients, even if that representation is directly adverse to You.

## Expenses

Counsel is hereby authorized to advance all expenses associated with the investigation and litigation of this matter, but the Clients shall be responsible for reimbursement of such expenses, all of which shall be deducted from any recovery after calculation and deduction of Attorney fees as described in Section III of this Contract. These expenses include, but are not limited to, fees associated with: expert witnesses, investigators, process servers, couriers, court reporters, copying, long distance telephone, facsimile, postage, mileage, travel, office supplies, online legal research, depositions, exhibits, and all other expenses paid to any third party (not a party to this Contract) associated with the legal representation of the Clients.

Pursuant to State Bar of Georgia Formal Advisory Opinion No. 05-5 (approved and issued on February 13, 2007), all expenses advanced by Counsel will incur interest at an annual rate of 6%. Such interest charges, for which the firm shall be reimbursed, will be reflected in the Statement of Recovery provided to the Clients at the conclusion of Counsel's representation pursuant to Section VI of this Contract. The clients understand that these interest charges may be avoided by the client's payment of all such expenses. If the client chooses to pay these expenses as they are incurred, the client may so indicate that choice by **initialing here**: _____.

In the event that you terminate CABK's representation pursuant to this Agreement prior to the resolution of this matter, you agree to repay CABK for all expenses, including interest incurred on expenses advanced by CABK, upon any subsequent recovery by you related to this matter, whether obtained with or without the assistance of another lawyer.

## Privilege

CHALMERS, ADAMS, BACKER & KAUFMAN LLC
Blount Construction Company Inc.
ATTN: Bob Cathcart
February 9, 2023
Page 4

Except in limited circumstances, confidential communications between you and this firm as your legal counsel are privileged and are protected from disclosure to others. This privilege can be waived if the communications are not kept confidential. Accordingly, it is imperative that you not share communications from me or other firm personnel to you with anyone other than officers or employees of Blount Construction Company Inc. who need to know about such communications as part of their jobs.

## Litigation Hold

Since this matter may result in litigation, please be advised that you are under a legal obligation to preserve, retain, and not modify all documents and other forms of evidence that might be in any way related, including without limitation correspondence, contracts, diaries, journals, log books, handwritten and typed notes, computer hard drives, cloud storage, disks, CD's, cassette tapes (audio and/or video), e-mails, text messages, social media, PDA's, voicemails and any and all new electronic media, including cloud based electronic files and any and all backups and copies you have of any of these items. Please note that if you dispose of or destroy any of these items, you could face serious adverse consequences in litigation, including without limitation dismissal of your claims, having a judgment entered against you, or other sanctions. Please be further advised that this is a continuing obligation and you are required to alert all employees and other personnel who may have this information to retain and preserve it without modification as well. If you have any questions about this, please notify us as soon as possible for assistance. Please acknowledge that you have read and that you understand this paragraph by initialing below.

_BC_
Initials

## Attorney Ethics

Please be advised that, as a licensed attorneys, we are bound by ethics rules that control our conduct. In particular, and by way of example only, attorneys have an obligation to be completely truthful in all communications with the courts and any other parties, and we cannot permit you to submit false information to the courts or other parties. In addition, a party to litigation has an obligation to disclose to the opposing party and the court any information relevant to the case if requested to do so, so we cannot withhold evidence just because its disclosure may hurt our case. Finally, attorneys have an ethical obligation to treat the other parties and their counsel with civility and respect. These obligations apply to me even if our opponents are unethical.

## Client Candor

As a specific inducement for the Firm to enter this agreement, and in consideration of such agreement by the Firm, Client hereby promises, covenants, and commits to providing the Firm with full, unqualified, candid and continuous cooperation and testimony, to include truthful statements made to the Firm, its attorneys and agents, in connection with the Firm's representation, and further to provide full and immediate access to all documents, notes, records, photographs, or

CHALMERS, ADAMS, BACKER & KAUFMAN LLC
Blount Construction Company Inc.
ATTN: Bob Cathcart
February 9, 2023
Page 5

other physical or demonstrative evidence or proof – direct or circumstantial – that Client might presently possess or have access to, or which Client might posses or have access to in the future. Client understands that if Client violates this provision the Firm will have the immediate right to withdraw, exercisable at the Firm's sole discretion.

## No Guarantee

The Firm agrees to use its best efforts in representing Client and to perform all services in a professional, diligent, business-like manner. Client recognizes that the Firm cannot guarantee a particular result or outcome of any matter. The Firm further agrees to use its best efforts to husband the Client's fee resources and proceed efficiently in its services to the Client. However, Client recognizes that legal services, especially those involving conflicts between parties and litigation matters, cannot be specifically anticipated or controlled and that depending upon the actions of opposing parties and their counsel significant legal fees can be generated for which the Client will be responsible.

## Co-Counsel Authorization

For legal services which are not included in the above list and which you request that we perform from time to time, including for example the drafting of employment contracts or intellectual property matters on behalf of the Corporation, we will either perform the work ourselves or we will offer our services through special counsel associated by CAB&K, i.e., the law firm of Hilbert Law. CAB&K and Hilbert Law will work cooperatively and in consultation to efficiently divide the labor required to pursue that objective. You agree that CAB&K and Hilbert Law may share confidential or privileged information related to the representation. Hilbert Law and CAB&K will charge you $295 per hour for work done on these other legal matters. Pursuant to a fee sharing agreement between Hilbert Law and CAB&K, which agreement is based on an estimate of the proportion of services to be provided respectively by the law firms, CAB&K will retain $45 of every $295 billed for services performed by Hilbert Law. Each law firm will remain solely responsible for the legal advice that it provides to you in connection with this matter.

## Settlement

Should a settlement be proposed or offered, CABK agrees that no settlement of the claim(s) will be made without your prior approval. In the event that you do not approve a proposed settlement, CABK reserves, among other options, the right to withdraw from the representation of you.

Initials

## Power of Attorney

CHALMERS, ADAMS, BACKER & KAUFMAN LLC
Blount Construction Company Inc.
ATTN: Bob Cathcart
February 9, 2023
Page 6

You give CABK your power of attorney, coupled with an interest, to execute all documents connected with the claim for prosecution of which CABK is retained, including but not limited to pleadings, contracts, commercial paper, settlement checks, settlement agreements, compromises and releases, verifications, dismissals, orders and all other documents that you could properly execute.

### Personal Guaranty

Each person who signs this agreement on your behalf personally represents and warrants that he or she is duly and validly authorized to do so on your behalf.

### Cell Phones, E-mail, Faxes, etc.

In the interest of facilitating our services to you, we may communicate with you or others by email, facsimile transmission, send data over the Internet, store electronic data via computer software applications hosted remotely on the Internet, or allow access to data through third-party vendors' secured portals or clouds. Electronic data that is confidential to your case may be transmitted or stored using these methods.

You acknowledge that you have been advised that CABK uses cell phones, e-mail, facsimile equipment, web sites, and other forms of electronic communication and storage to expedite the transmission of information. You further acknowledge that you have been made aware that such forms of communication may be considered less secure than the U.S. mail, regular telephone service, and/or overnight carriers. You agree that CABK may use cell phones, e-mail, facsimile equipment, web sites, and other forms of electronic communication in connection with any matters which CABK is handling on your behalf. You further agree that you shall be bound by any e-mail or other electronic communication to the extent permitted by the "Georgia Electronic Records and Signatures Act", O.C.G.A. § 10-12-1, *et seq.*

You recognize and accept that we have no control over the unauthorized interception or breach of any communications or data once it has been sent or has been subject to unauthorized access, notwithstanding all reasonable security measures employed by us or our third-party vendors. You consent to our use of these electronic devices and applications and submission of confidential client information to third-party service providers during this engagement.

We advise you to refrain from communicating with us on any device provided by your employer or any computer, smart phone, tablet computer or other device shared with someone else. In addition, when communicating with us, please do not use your work email address or a shared email account. You should utilize only a private email account that is password protected and accessed solely by you.

### Discharge of Firm

You may discharge this firm at any time by written notice effective when received by us. Unless specifically agreed upon by the firm and you, we will provide no further services and advance no further costs on your behalf after receipt of the notice. Notwithstanding the discharge,

CHALMERS, ADAMS, BACKER & KAUFMAN LLC
Blount Construction Company Inc.
ATTN: Bob Cathcart
February 9, 2023
Page 7

you will remain obligated to pay us at the agreed rates for all services provided and to reimburse
us for all costs advanced.

## Withdrawal of Firm

This firm may withdraw at any time as permitted under the Rules of Professional Conduct
and other applicable rules in this jurisdiction, including withdrawal due to non-payment of fees or
costs or other failure to cooperate by you. Notwithstanding our withdrawal, you will remain
obligated to pay us the agreed rates for all services provided and to reimburse the firm for all costs
advanced or incurred before the withdrawal.

## Entire Agreement

This letter sets forth the entire agreement between you and this firm regarding our
engagement in connection with the above-referenced matter. This agreement may be changed only
in writing signed by all parties to this agreement. This agreement and its performance are governed
by the laws of the State of Georgia.

# BINDING ARBITRATION

ANY DISPUTE ARISING UNDER THIS AGREEMENT WILL BE SUBMITTED
TO ARBITRATION IN ATLANTA, GEORGIA, UNDER THE RULES AND
PROCEDURES OF THE STATE BAR OF GEORGIA'S COMMITTEE ON THE
ARBITRATION OF ATTORNEY FEE DISPUTES, IF CONCERNING FEES, OR
BY AN ARBITRATOR TO BE NAMED BY THE THEN-PRESIDENT OF THE
ATLANTA BAR ASSOCIATION, THE DECISION OF ANY SUCH
ARBITRATOR OR ARBITRATORS SHALL BE BINDING, CONCLUSIVE
AND NOT APPEALABLE AND JUDGMENT UPON ANY AWARD
RENDERED BY THE ARBITRATOR MAY BE ENTERED IN ANY COURT
HAVING JURISDICTION. Please initial below to consent to this mandatory
binding arbitration provision.

Initials

## Client Review of this Agreement

You have a right to have this agreement reviewed by another law firm prior to signing it.
Likewise, you have the right to review this agreement outside the presence of CABK and away
from CABK office prior to signing it. If you have any questions or concerns about the terms of
this agreement, please contact us immediately. On behalf of CABK, we appreciate the opportunity
to be of service to you and look forward to working with you on this very important matter.

CHALMERS, ADAMS, BACKER & KAUFMAN LLC
Blount Construction Company Inc.
ATTN: Bob Cathcart
February 9, 2023
Page 8

If you have any questions, feel free to contact me.

Sincerely,

Alex B. Kaufman, Esq.


READ, ACKNOWLEDGED AND ACCEPTED:

Blount Construction Company Inc. – Robert "Bob" Cathcart, President

By: _____
With express authority to bind company


## STATEMENT OF CLIENT POLICIES

This Statement of Client Policies accompanies our engagement letter and sets forth other general terms of our engagement.

This firm's function. We will perform legal services relating to the matters described in the engagement letter and based on directions from you. We will assign such personnel to perform legal services, including both lawyers and legal assistants, as we reasonably determine upon your prior approval.

Fees and Expenses. You agree to pay us on a timely basis for the performance of our legal services and to pay the expenses incurred in connection with those services. Unless expressly set out otherwise in writing, expenses such as filing fees, travel and lodging costs, mailing and courier charges will be charged separately from the attorney's fees. Fees for third party services and/or expert witnesses will be paid directly by you, unless we agree to front the costs. If we do prepay third party obligations, you agree to pay directly all out-of-pocket costs and disbursements in

CHALMERS, ADAMS, BACKER & KAUFMAN LLC
Blount Construction Company Inc.
ATTN: Bob Cathcart
February 9, 2023
Page 9

connection with those services. As directed by us, you agree to pay directly all out-of-pocket costs and disbursements in connection with those services. You also agree to cooperate fully with us and to provide all information that may aid in representing you. If any invoice remains unpaid for more than 30 days, we may charge interest of 1% per month and may suspend performing services for you and withdraw as your counsel unless arrangements satisfactory to us have been made for payment of outstanding and future fees and expenses.

Authorization and decision-making. You authorize us to take all actions that we deem advisable on our client's behalf in the particular matters in which we represent you. We agree to notify you promptly of all significant developments and to consult with you in advance regarding any significant decisions relating to those developments.

Information to be made available to client. We agree to make a diligent effort to assure that our client is informed at all times as to the status of the matter and as to the courses of action that we are following and/or recommending to the client. We will supply you with copies of all significant correspondence, documents and pleadings produced, sent or received on your behalf.

Conflicting engagement. As we have discussed, you are aware that CAK represents many other companies and individuals. It is possible that during the time that we are representing you, some of our present or future clients will have disputes or transactions with you. You agree that we may continue to represent or may undertake in the future to represent existing or new clients in any matter, including litigation, that is not substantially related to our work for you, even if the interests of such clients in those other matters are directly adverse to you. We agree, however, that your prospective consent to conflicting representations contained in the preceding sentence shall not apply in any instance where, as a result of our representation of you, we have obtained proprietary or other confidential information of a nonpublic nature, that, if known to such other client, could be used in any such other matter by such client to your material disadvantage. By signing this Engagement Letter, you acknowledge that Chalmers, Adams & Kaufman LLC has disclosed the potential conflicts discussed above, waive any such potential conflicts, and give your informed written consent to any such potential conflicts. You also acknowledge that you have had a reasonable opportunity to consult with independent counsel. You also agree not to seek the disqualification of Chalmers, Adams & Kaufman LLC on the basis that Chalmers, Adams & Kaufman LLC represents you in the matters for which the Firm is now being, or is later, engaged by you. We encourage you to seek independent counsel regarding the import of the potential conflicts and prospective waiver discussed and this acknowledgement, waiver and informed consent. We emphasize that you remain completely free to seek independent counsel at any time even if you decide to sign this Engagement Letter agreeing to its terms and the Terms of Retention.

Termination of representation by this firm. We reserve the right to withdraw from the representation of a client if our client fails to honor our agreement or for any reason at any time, including any reasons permitted or required under the Code of Professional Responsibility of the State Bar of Georgia or any other applicable ethical rules or court rules. We will notify the client in writing of our withdrawal. In the event of such withdrawal, our client agrees to pay us for all services and expenses incurred prior to and including the date of such withdrawal. If the

CHALMERS, ADAMS, BACKER & KAUFMAN LLC
Blount Construction Company Inc.
ATTN: Bob Cathcart
February 9, 2023
Page 10

representation involves a litigation matter, client will be responsible to pay for all services performed and for expenses incurred until the Court grants the Firm's withdrawal.

Termination of representation by our client. Our client reserves the right to terminate the representation. The client shall notify us in writing of such termination. In the event of any such termination by the client, the client agrees to pay us promptly for all services and expenses incurred before the date of termination.

Transition upon termination. Upon termination of this representation for any reason, by either the client or by us, we agree to cooperate with any successor counsel to accommodate a smooth transition of the representation. To the extent that any legal fees or expenses remain unpaid on termination we will have an attorneys' lien as provided by law.

Regarding Federal Tax Advice. In the course of our representation, and if such advice is included within the scope of representation as set out herein, we may render tax advice to you on various legal matters. You understand that you may not use such tax advice to avoid any penalties that may be imposed by the Internal Revenue Service unless, in accordance with the Internal Revenue Service rules of practice, we are specifically engaged to provide a formal, written tax opinion for that purpose. Accordingly, you acknowledge that we may legend any written tax advice that we provide in the course of this engagement to indicate that it may not be relied on for purposes of penalty protection. You further understand that our representation does not include the provision of any tax advice concerning transactions in which you may participate that would be "reportable transactions" within the meaning of Section 6707A of the Internal Revenue Code of 1986, as amended, and that our provision of tax advice concerning such transactions would require a separate engagement for that purpose. In particular, we shall not advise as to any transaction in which you may participate in which your or our disclosure of its tax treatment or tax structure is limited by any person other than you, our client, unless we are separately engaged by you for that purpose.

Retention and Disposition of Documents. Following the termination of our representation or the conclusion of the matter, any otherwise nonpublic information you have supplied to us which is retained by us will be kept confidential in accordance with applicable rules of professional conduct. At your request, your papers and property will be returned to you promptly upon receipt of payment for outstanding fees and costs. At the conclusion of the relevant time periods set out in the applicable rules of professional conduct, all files other than our own files will be destroyed in a uniform manner that preserves your confidentiality. We will retain our own files pertaining to the matter. These firm files include, for example, firm administrative records, time and expense reports, personnel and staffing materials, and credit and accounting records; and internal lawyers' work product such as drafts, notes, internal memoranda, and legal and factual research, including investigative reports, prepared by or for the internal use of lawyers. We reserve the right to destroy or otherwise dispose of any such documents or other materials retained by us within a reasonable time after the termination of the engagement and consistent with the applicable rules of professional conduct.

CHALMERS, ADAMS, BACKER & KAUFMAN LLC
Blount Construction Company Inc.
ATTN: Bob Cathcart
February 9, 2023
Page 11

 Bar Admissions. Information on bar admissions for our various attorneys is available on our website at www.chalmersadams.com.

Client Policies 8-4-17

# EXHIBIT 5

# CHALMERS, ADAMS, BACKER & KAUFMAN, LLC

ATTORNEYS AT LAW
11770 HAYNES BRIDGE ROAD, G-205
ALPHARETTA, GA 30009-1968

PHONE: 770-630-5927
EMAIL: akaufman@chalmersadams.com

February 13, 2022
**IMPORTANT EVIDENCE PRESERVATION NOTICE**
**PLEASE READ IMMEDIATELY**

| City of Cumming<br>Attn: Troy Brumbalow<br>Mayor<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>tbrumbalow@cityofcumming.net<br>FedEx: **7712 8817 9550** | City of Cumming<br>Attn: Jason Evans<br>Council Member<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>jevans@cityofcumming.net<br>FedEx: **7712 8820 2184** | City of Cumming<br>Attn: Linda Ledbetter<br>Council Member<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>drlindaledbetter@aol.com<br>FedEx: **7712 8821 7040** |
| --- | --- | --- |
| City of Cumming<br>Attn: Chad Crane<br>Council Member<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>ccrane@cityofcumming.net<br>FedEx: **7712 8823 1618** | City of Cumming<br>Attn: Joey Cochran<br>Council Member<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>joeycochran@cityofcumming.net<br>FedEx: **7712 8846 2689** | City of Cumming<br>Attn: Christopher Light<br>Council Member<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>clight@cityofcumming.net<br>FedEx: **7712 8825 9448** |
| City of Cumming<br>Attn: Jonathon Heard<br>Director of Utilities<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>Applications@cummingutilities.com<br>FedEx: **7712 8834 8156** | City of Cumming<br>Attn: Heath Martin<br>Assistant to Director<br>Cumming City Hall<br>100 Main Street<br>Cumming, GA 30040<br>FedEx: **7712 8836 5115** | City of Cumming<br>Attn: Tom Bryson<br>Superintendent Water Pollution<br>Division<br>935 Dahlonega Highway<br>Cumming, GA 30040<br>tombryson@cityofcumming.net<br>FedEx: **7712 8840 0463** |
| Miles Hansford & Tallant, LLC<br>Attn: Kevin J. Tallant<br>City Attorney<br>202 Tribble Gap Road<br>Suite 200<br>Cumming, GA 30040<br>FedEx: **7712 8843 6383** | | |

Re:     **Blount Construction Company, Inc., v. City of Cumming.**
           Property Damage Caused by Water Tower Breach
           *Litigation Hold, Document Request and Policy Demand*

To Whom It May Concern:

This office, together with The Hilbert Law Firm, LLC, represents Blount Construction Company, Inc. ("Blount Construction") with regard to the above-mentioned matter. As you are no doubt aware, on or about December 6, 2022 – December 8, 2022, the water towers (the "Water Tower") located adjacent to Blount Construction's property located at 911 Canton Highway

CHALMERS, ADAMS, BACKER & KAUFMAN LLC
February 13, 2022
Litigation Hold
Page 2

Cumming, GA, 30040 (the "Property") discharged millions of gallons of water (the "Tower Failure Occurrence") onto the Property. Blount Construction has incurred and continues to incur significant damages as a result of this Tower Failure Occurrence, the resulting repairs, and civil litigation against the City of Cumming (the "City"), which is imminent. The purpose of this letter is to place the entire City, as well as its agencies, affiliates, departments, employees, representatives, insurers, and its agents, including without limitation, any hired experts, contractors, and/or subcontractors, on notice of pending litigation, and having notified the City of pending litigation, to remind the City of its obligations to take reasonable steps to preserve and not to spoliate any and all evidence in its unaltered native form, all information, records, statements, and documentation whether physical, printed, digital, or electronic, or tangible or intangible, that is or may become relevant to the Tower Failure Occurrence, the land upon which the Water Tower is located and abutting, any subsurface pipes connected to or serving the Water Tower, any monitoring/alert system involving the Water Tower, and any debris from the Tower Failure Occurrence that was collected, retained or removed from the situs of the Water Tower.

This request for preservation or evidence, documentation, records and information includes, but is not limited to, **any**, of the following that in **any** way relate to communications (1) with Blount Construction, (2) about Blount Construction, (3) about the Water Tower, including without limitation, their design, installation, civil and/or structural engineering, ground lateral support, pressure capacities, fill capacities, fill and refill valves, pipes and levers, catastrophic failure studies, hydrology studies, pressure tests, other testing, surveys, geotechnical plans and studies, topographical plans and studies, subsurface and surface piping, history of monitoring, structural integrity testing and inspection, (4) about the Property, (5) about inspections, operations, maintenance and repairs to the Water Tower within the last twenty (20) years, (6) about personnel and contractors that entered the Property where the Water Tower is located and/or the Blount Construction property,(7) about contractors or sub-contractors used to repair the Water Tower and its surrounding areas, and (8) about any monitoring, alerts or other systems and personnel charged with the duty of monitoring the Water Tower. This preservation demand further includes and applies to any alerts, notices, notifications, monitoring warning, or emergency alerts the City and its employees and agents received or should have received surrounding the Water Tower within the last five (5) years. Included in this request are personnel records of anyone who authorized or completed any maintenance, inspections, and testing of any kind and nature on the Water Tower, the land above and/or below surface, and its surrounding area within five (5) years of the Tower Failure.

The City is further specifically required to preserve all records and tangible items related to the Water Tower and the Tower Failure Occurrence including, but not limited to, pipes, valves, levers, screws, nuts, bolts, washers, gauges, flanges of any kind and nature, pressure devices, debris, content of any pipe obstruction of any kind, soil, photos, installation design plans, construction drawings and plans, plans to operate and service the Water Tower, complaints and reports made regarding the structural integrity of the Water Tower and its above or below surface pipes, payments made to operate, service, test, inspect and repair the Water Tower and above or below surface pipes, and all types of electronically-stored records which reference the abovementioned information, including, but not limited to, backed-up records, archived records, digital records, legacy information, data of any kind, hidden data, embedded data, meta-data, and

CHALMERS, ADAMS, BACKER & KAUFMAN LLC
February 13, 2022
Litigation Hold
Page 3

residual-deleted data, whether on separate media, computer networks, standalone computers, and cloud-based storage, social media, photographic record, video record, drone surveillance record, subsurface "snaking" camera footage of any piping, cellphone records, whether proprietary or otherwise, etc. We also expect that corresponding paper documents, records, and real objects will be preserved in accordance with all statutes, common law, and litigation-relevant standards that apply (collectively, the "Documents"). If the City has any policy that requires automatic deletion or destruction of emails, evidence or any Documents, the City is notified and informed to cease and desist any such policy immediately pursuant to this letter.

In addition to the foregoing, be advised that Blount Construction and its agents intend to inspect the Water Tower and its appurtenances, any damaged pipes, repaired pipes and surrounding retaining walls that were recently installed around the Water Tower without notice to Blount Construction. Notice of an inspection and any invasive/destructive testing, above and below surface, will come through a later correspondence.

PLEASE TAKE FURTHER NOTICE pursuant to O.C.G.A. §50-18-70 et. seq., and accept this letter as a formal open records request for all of the above-referenced Documents within the next three (3) business days. Please identify which department(s) will be producing said Documents, and we will promptly provide an upload link for the Documents.

We further take this opportunity to direct the City to place all of its insurance carrier(s) on notice of a potential claim against its policies. Pursuant to O.C.G.A. §33-3-28, please accept this letter as a further demand for the City's insurance policy(ies). To make ourselves clear, this demand specifically requests and applies to complete copies of the policy(ies). The production of only the declarations page of any given policy will not satisfy this demand.  Finally, be advised that a separate Ante-Litem Notice is forthcoming.

We urge the City to consult with a legal professional immediately so that they may properly advise the City on the serious nature of this matter, and the City's legal obligations to preserve evidence. Please direct all communications regarding this matter to my attention at the email address and phone number listed above. All communication directed to my attention should also include Mr. Kurt Hilbert, Esq., at The Hilbert Law Firm, LLC, whose address is 205 Norcross Street, Roswell, GA, 30075 and via email at khilbert@hilbertlaw.com.

Govern yourselves accordingly.

/s/ *Alex B. Kaufman, Esq.*

For the Firm

Cc: khilbert@hilbertlaw.com