# EXHIBIT J



**Reply To**
MICHAEL DELEVA
Direct Dial: (678) 510-1521
Michael.DeLeva@mgclaw.com

June 30, 2023

Adams Chalmers
Backer & Kaufman
11770 Haynes Bridge Road
Alpharetta, GA  30009

      RE:    In re: City of Cumming
             Date of Incident:    December 6th, 2022

Dear Mr. Kaufman:

      This letter is in response to Blount Construction Company Inc.'s ("Blount Construction") Ante Litem Notice under O.C.G.A. § 36-33-5 et seq. concerning Blount Construction's claims against the City of Cumming ("the City") and its Representatives and Agents relating to an alleged water tower failure on December 6, 2023 ("the Ante Litem Notice"). Please consider this letter the City's response to the Ante Litem Notice and the offer of settlement under Rule 408 made therein.

      Initially, your Notice is incorrect with regard to the available liability limits, which are $1,000,000.  A copy of the City's declarations page is attached hereto.

      At this time, based on the information available, the City rejects Blount Construction's offer of settlement to resolve the alleged claims and damages set forth in the Ante Litem Notice. Underlying this rejection is the City's position that it neither negligently installed maintained, failed to maintain the water tower and feeder pipes above and abutting Blount's Property located at 911 Canton Highway, Cumming, Georgia 30040 ("the Property"), nor did it proximately cause the damages allegedly incurred by Blount Construction. The City also disputes that the alleged tower failure was not caused by acts and/or omissions of entities other than the City, including but not limited to Blount Construction and/or its predecessors in interest.

      The City further denies that it is liable for Blount Construction's inverse condemnation claim, continuing nuisance claim, failure to provide lateral support claim, or trespass claim.

      The City also denies that a continuing trespass occurs every time a City official steps foot onto Blount Construction Property, or that it has ever done so without Blount's consent or without statutory exception. The City contends its agents contacted Blount before any entry onto Blount's property, including but not limited to entry into the airspace above Blount's property, and Blount each time either expressly consented or certainly voiced no objection or concern related to the entry of the City's agents.

**McANGUS GOUDELOCK & COURIE LLC**

270 PEACHTREE ST. NW, STE 1800
POST OFFICE BOX 57365 (30343)
ATLANTA, GA 30303

678.500.7300 PHONE
678.669.3546 FAX
WWW.MGCLAW.COM

Adams Chalmers
June 30, 2023
Page 2

The Ante Litem Notice makes allegations with respect to open records request violations, which are without any legal or factual support and which the City denies. As was explained in prior correspondence, your request failed to comply with O.C.G.A. § 50-18-70, et. seq., and this assertion was never contested nor cured. Furthermore, the City contends all documents withheld from production were proper in light of the exceptions to the Open Records Act.

While the City expressly denies liability for any of the claims alleged in the Ante Litem Notice, the City likewise denies that the alleged business losses and profits are reasonable, based on the limited information provided in the Ante Litem Notice, or that Blount should be owed attorneys' fees, costs, and expenses for any of the claims set forth in the Ante Litem Notice.

This City hereby rejects Blount Construction's offer of settlement and compromise under Rule 408 to resolve all claims and damages set forth in the Ante Litem Notice. This response and denial is in good faith and is based on the information provided to date. If you would like to discuss this further, or if there is any additional information you would like to be evaluated, please do not hesitate to contact me.

        Very truly yours,

        W. Jason Pettus

WJP/wjp
Enclosure

Issued by The Stock Insurance Company

| Policy Number |
|---|
| S 2536942 |

**SELECTIVE WAY INSURANCE COMPANY**
WANTAGE AVENUE, BRANCHVILLE, NJ 07890

# COMMERCIAL POLICY COMMON DECLARATION

| Named Insured and Address<br>CITY OF CUMMING<br>100 MAIN ST<br>CUMMING, GA 30040-2499 | Policy Period<br>**From:** APRIL 1, 2022<br>**To:** APRIL 1, 2023<br>12:01 A.M Standard Time At Location of Designated Premises. |
|---|---|
| **Named Insured is:**<br>ASSN/LABOR/RE | **Producer Number:**<br>00-09163-00000 |
| **Producer:** APEX INSURANCE AGENCY LLC<br>GEORGIA | |

### Schedule of Coverage

```
COMMERCIAL PROPERTY COVERAGE
COMMERCIAL GENERAL LIABILITY COVERAGE
COMMERCIAL AUTOMOBILE COVERAGE
COMMERCIAL INLAND MARINE COVERAGE
COMMERCIAL UMBRELLA COVERAGE
PUBLIC OFFICIAL LIABILITY
PESTICIDE HERBICIDE
POLICE PROFESSIONAL LIABILITY
COMMERCIAL ABUSE OR MOLESTATION COVG
COMMERCIAL CRIME COVERAGE
```

**PREMIUM INCLUDES   TERRORISM - CERTIFIED ACTS**

In return for payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance indicated in the schedule above. Insurance is provided only for those coverages for which a specific limit is shown on the attached coverage declaration(s).

| **PAYMENT METHOD** | **Total Policy Premium** ▮▮▮▮▮▮ |
|---|---|
| REG - 1 | (This premium may be subject to adjustment.) |

**Date Issued:** APRIL 12, 2022
**Issuing Office:** SOUTHERN REGION

**Authorized Representative** _____

IL-7025 (11/89)

**INSURED'S COPY**

| Previous Policy Number | Policy Number |
|---|---|
| NEW | S 2536942 |

# COMMERCIAL LIABILITY COVERAGE DECLARATION

| Policy Effective Date: April 1, 2022 | Coverage Effective Date: APRIL 1, 2022 |
|---|---|
| Business of Named Insured: MUNICIPALITY | |

Insurance is provided only for those coverages for which a specific limit is shown in the following coverage schedule.

## Coverage Limits

### COMMERCIAL GENERAL LIABILITY

| | |
|---|---|
| General Aggregate Limit (Other Than Products-Completed Operations) | $3,000,000 |
| Products-Completed Operations -- Aggregate Limit | $3,000,000 |
| Personal and Advertising -- Injury Limit | $1,000,000 |
| Each Occurrence Limit | $1,000,000 |
| Damage To Premises Rented To You Limit -- Any One Premises | $1,000,000 |
| Medical Expense Limit -- Any One Person | NOT COVERED |

## Commercial Liability Premium(s)

| Classification | Class Code | Premium Basis | Rates | | Advanced Premium | |
|---|---|---|---|---|---|---|
| | | | Premises - Operations | Products - Completed Operations | Premises - Operations | Products - Completed Operations |
| EMERGENCY SERVICES AND GOVERNMENTAL GENERAL LIABILITY EXTENSION COVERAGE | | | | | | |
| TERRORISM | | | | | | |
| WORKSITE DAMAGES | 31061 | | | CHARGE | | ---- |
| FAILURE TO SUPPLY - UTILITES | 35010 | | | CHARGE | | ---- |
| EMPLOYEE BENEFITS LIABILITY | 92100 | | | CHARGE | | ---- |
| LOCATION #010   BUILDING #001 | | | | | | |
| GOVERNMENTAL POP 2,501 10,000 (T-503) | 44101 | | | INCL. | | INCL. |
| SEWERS (T-503) | 48039 | | | INCL. | | INCL. |
| STREETS, ROADS, HIGHWAYS OR BRIDGES (T-503) | 48727 | | | INCL. | | INCL. |
| SWIMMING POOLS (T-503) | 48925 | | | INCL. | | INCL. |
| WATER COMPANIES (T-503) | 99943 | | | INCL. | | INCL. |

| Minimum Premium | | Total Premium | | $.00 |
|---|---|---|---|---|

### Premium and Rate Legend

| Location of all premises you own, rent, or control: Refer to **"Schedule of Locations"** | (T37) Miles - rate per mile<br>(P) Payroll - rate per $1000 of payroll<br>(T40) Pool - rate per pool<br>(T28) Municipal - rate per $1000 expenditures |
|---|---|

This Schedule lists all your premises, operations and other exposures, as they exist as of the coverage effective date.

| Forms and Endorsements: Refer to **"Commercial Policy Forms and Endorsement Schedule"** | | Total Advance Premium<br><br>(This premium may be subject to adjustment.) |
|---|---|---|

CG-7035 (06/90)

40000FS 2536942 888

**INSURED'S COPY**

| Previous Policy Number | Policy Number |
|---|---|
| NEW | S  2536942 |

## SELECTIVE WAY INSURANCE COMPANY
WANTAGE AVENUE, BRANCHVILLE, NJ 07890

# DECLARATIONS - COMMERCIAL UMBRELLA LIABILITY COVERAGE

**Item One - Name of Insured & Mailing Address**

SEE COMMERCIAL POLICY COMMON DECLARATION:   IL-7025

**Policy Period**
From: APRIL 1, 2022
To:   APRIL 1, 2023
12:01 A.M., Standard Time At The Insured's Mailing Address.

**Producer:**
SEE COMMERCIAL POLICY COMMON DECLARATION:   IL-7025

**Producer Number:**
00-09163-00000

**Named Insured is:** ASSN/LABOR/RE

**Business of the Named Insured:** MUNICIPALITY

**Limits Of Insurance**
Occurrence Limit      $1,000,000.00      Aggregate Limit   $1,000,000.00
Self Retained Limit:          $.00

### Schedule of Underlying Insurance and Limits

**Standard Employers Liability or Stop-Gap Employers Liability Policy**
Company
Policy Period
From:
To:

Policy No.

Employers Liability Each Accident
Disease Each Employee
Disease Each Policy

**Commercial General Liability Policy**      Policy No. S   253694200
Company      Selective Way Insurance C
Policy Period
From:   APRIL 1, 2022
To:     APRIL 1, 2023

| | |
|---|---|
| General Aggregate | $3,000,000 |
| Products-Completed Operations | $3,000,000 |
| Personal and Advertising Injury Limit | $1,000,000 |
| Each Occurrence Limit | $1,000,000 |

**Automobile Liability Policy**      Policy No. S   253694200
Company      Selective Way Insurance C
Policy Period
From:   APRIL 1, 2022
To:     APRIL 1, 2023

Bodily Injury and Property
Damage Combined Each Accident      $1,000,000

**Premium Schedule:**

| Estimated Exposure Base | Rate | Rate Per | Annual Minimum Premium | Estimated Premium Due |
|---|---|---|---|---|

In the event of cancellation by the Named Insured we will receive and retain not less than as the Policy Minimum Premium.      N/A

**Forms and Endorsements:**

SEE FORMS AND ENDORSEMENT SCHEDULE:   IL-7035

**Estimated Total Premium**
[redacted]

APRIL 12, 2022         SOUTHERN REGION
Issue Date             Issuing Office                              Authorized Representative

CX-0003 (01/99)

**INSURED'S COPY**

40000FS  2536942  093