# EXHIBIT "2"

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| REGINALD E. ROBINSON, SR.,<br><br>    Plaintiff<br><br>vs.<br><br>THE ARNOLD FOUNDATION, INC.;<br>OUTBACK STEAKHOUSE INT'L, L.P.;<br>OUTBACK STEAKHOUSE OF FLA.;<br>LLC; ABC CORPORATIONS #1-3; and<br>JOHN DOES #1-3,<br><br>    Defendants. | CASE ACTION<br><br>FILE NO.: 22A03046<br><br><br>JURY TRIAL DEMANDED |

### AMENDED ORDER DISMISSING THE ARNOLD FOUNDATION

HAVING READ AND CONSIDERED the Plaintiff's Motion to Dismiss Less Than All Parties, it is hereby ordered that said motion be granted.

Plaintiff's claims against The Arnold Foundation, Inc., are hereby dismissed without prejudice.

SO ORDERED AND ADJUDGED, this 8th day of November, 2022.

_____
Judge, State Court of Dekalb County

Judge Mike Jacobs
State Court of DeKalb County

*Prepared by:*
*Arlissa E. Williams Jennings*
*MORGAN & MORGAN ATLANTA PLLC*
*P.O. Box 57007*
*Atlanta, Georgia 30343-1007*
*Telephone:    (404) 965-8811*
*Facsimile:    (404) 965-8812*
*ajennings@forthepeople.com*

STATE COURT OF
DEKALB COUNTY, GA.
10/7/2022 1:20 PM
E-FILED
BY: Monique Roberts

STATE COURT OF
DEKALB COUNTY, GA.
11/10/2022 1:44 PM
E-FILED
BY: Patricia Harris