# EXHIBIT "3"

### IN THE STATE COURT OF DeKALB COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| REGINALD E. ROBINSON, SR., <br><br> Plaintiff, <br> vs. <br><br> THE ARNOLD FOUNDATION, INC., <br> OUTBACK STEAKHOUSE INT'L, L.P., <br> OUTBACK STEAKHOUSE OF FLA., LLC, <br> ABC CORP. #1-3, and <br> JOHN DOES #1-3, <br><br> Defendants. | CIVIL ACTION <br><br> FILE NO.: 22A03046 <br><br> **JURY TRIAL DEMANDED** |

### ORDER DISMISSING OUTBACK STEAKHOUSE INTERNATIONAL, L.P., WITHOUT PREJUDICE

**HAVING READ AND CONSIDERED** the parties Consent Motion to Dismiss Defendant Outback Steakhouse International, L.P., it is hereby ordered that said motion be granted.

Plaintiff's claims against Outback Steakhouse International, L.P., are hereby dismissed without prejudice.

SO ORDERED AND ADJUDGED, this 25th day of May, 2023.

_____
Judge, State Court of DeKalb County
Mike Jacobs

**PREPARED BY:**

Henry C. DeBardeleben, IV
Georgia Bar No. 111320
3344 Peachtree Road NE
Suite 2400
Atlanta, Georgia  30326
Telephone:  (404) 832-9571
Facsimile:   (404) 875-9433
hdebardelebenIV@wwhgd.com
*Attorneys for Defendants Outback Steakhouse International, LP, and Outback Steakhouse of Florida, LLC.*