# EXHIBIT "4"

**L07000062818**

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____  Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



60010038756

06/14/07--01033--008   **180.00

RECEIVED
07 JUN 14 AM 11: 24
DEPARTMENT OF STATE
DIVISION OF CORPORATIONS
TALLAHASSEE, FLORIDA

CORAFLAC

FILED
07 JUN 14 PM 2: 42
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

CORPDIRECT AGENTS, INC. (formerly CCRS)
515 EAST PARK AVENUE
TALLAHASSEE, FL 32301
222-1173

FILING COVER SHEET
ACCT. #FCA-14

CONTACT:   TRICIA TADLOCK

DATE:   06-14-07

REF. #:   001683.70009

CORP. NAME:   OUTBACK STEAKHOUSE OF FLORIDA, INC.

*FILED 07 JUN 14 PM 2:42 SECRETARY OF STATE TALLAHASSEE, FLORIDA*

( ) ARTICLES OF INCORPORATION     ( ) ARTICLES OF AMENDMENT     ( ) ARTICLES OF DISSOLUTION

( ) ANNUAL REPORT     ( ) TRADEMARK/SERVICE MARK     ( ) FICTITIOUS NAME

( ) FOREIGN QUALIFICATION     ( ) LIMITED PARTNERSHIP     ( ) LIMITED LIABILITY

( ) REINSTATEMENT     ( ) MERGER     ( ) WITHDRAWAL

( ) CERTIFICATE OF CANCELLATION

( XX ) OTHER:   CERTIFICATE OF CONVERSION

STATE FEES PREPAID WITH CHECK# 521685 FOR $ 180.00.

AUTHORIZATION FOR ACCOUNT IF TO BE DEBITED:

_____ COST LIMIT: $_____

PLEASE RETURN:

( XX ) CERTIFIED COPY     ( ) CERTIFICATE OF GOOD STANDING     ( ) PLAIN STAMPED COPY
( ) CERTIFICATE OF STATUS

Examiner's Initials

**Certificate of Conversion
For
Outback Steakhouse of Florida, Inc.
Into
Outback Steakhouse of Florida, LLC**

This Certificate of Conversion and attached Articles of Organization are submitted to convert Outback Steakhouse of Florida, Inc., into a limited liability company in accordance with s. 608.439, Florida Statutes.

J8 9475

Outback Steakhouse of Florida, Inc., is a corporation first incorporated under the laws of Florida on August 27, 1987, and remains unchanged as of the date of this Certificate.

The name of the Florida limited liability company as set forth in the attached Articles of Organization is Outback Steakhouse of Florida, LLC.

*
Signed this 14TH day of June, 2007.

_____
JOSEPH J. KADOW, Authorized Representative

\* The corporation was converted in compliance with ss. 607-1112-607.1115, FS, and a plan of conversion was approved by the corporation's board of directors and its shareholders in accordance with Chapter 607, FS. The principal address of the resulting Florida limited liability company will be 2202 N. West Shore Blvd., 5th Floor, Tampa, Florida 33607. The resulting Florida limited liability company will pay shareholders of the corporation with appraisal rights (if applicable) pursuant to ss. 607.1301-607.1333, Florida Statutes.

## ARTICLES OF ORGANIZATION
## FOR
## OUTBACK STEAKHOUSE OF FLORIDA, LLC

### ARTICLE I – Name

The name of the Limited Liability Company is: Outback Steakhouse of Florida, LLC

### ARTICLE II – Address

The principal office's mailing and street address of the Limited Liability Company is:

> 2202 N. West Shore Blvd., 5th Floor
> Tampa, FL 33607

### ARTICLE III – Registered Agent, Registered Office and Registered Agent's Signature

The name and the Florida street address of the registered agent are:

> Joseph J. Kadow
> 2202 N. West Shore Blvd., 5th Floor
> Tampa, FL 33607

*Having been named as registered agent and to accept service of process for the above-stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S.*

Registered Agent's Signature

### ARTICLE IV – Manager(s) or Managing Member(s)

The name and address for the sole Managing Member are as follows:

> OSI Restaurant Partners, LLC
> 2202 N. West Shore Blvd., 5th Floor
> Tampa, FL 33607

The effective date shall be the date of filing.

SOLE MANAGING MEMBER:
OSI RESTAURANT PARTNERS, LLC

By: _____
Joseph J. Kadow, Authorized Representative