# EXHIBIT "5"

02/21/2008 18:30 FAX 813 349 9175        OUTBACK STEAKHOUSE                    ☑001
Division of Corporations                                                Page 1 of 1



## Florida Department of State
Division of Corporations
Public Access System

Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit
number (shown below) on the top and bottom of all pages of the document.

(((H08000046110 3)))



H080000461103ABCU

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this
page. Doing so will generate another cover sheet.

To:
      Division of Corporations
      Fax Number      : (850)617-6383

From:
      Account Name    : OUTBACK STEAKHOUSE
      Account Number  : 072731001666
      Phone           : (813)282-1225
      Fax Number      : (813)281-2114

# FLORIDA/FOREIGN LIMITED LIABILITY CO.

### OSI Restaurant Partners, LLC

| | |
|---|---|
| Certificate of Status | 1 |
| Certified Copy | 1 |
| Page Count | 01 |
| Estimated Charge | $160.00 |

Electronic Filing Menu          Corporate Filing Menu                    Help

https://efile.sunbiz.org/scripts/efilcovr.exe                          2/21/2008

*02/21/2008 18:31 FAX 813 349 9175*        *OUTBACK STEAKHOUSE*                             ☑002

## COVER LETTER

**TO:**   Registration Section
          Division of Corporations

**SUBJECT:**   OSI Restaurant Partners, LLC
_____
                              (Name of Limited Liability Company)

The enclosed "Application by Foreign Limited Liability Company for Authorization to Transact Business in
Florida," Certificate of Existence, and check are submitted to register the above referenced foreign limited
liability company to transact business in Florida..

Please return all correspondence concerning this matter to the following:

     Ely Hernandez
     _____
                     (Name of Person)

     OSI Restaurant Partners, LLC
     _____
                     (Firm/Company)

     2202 N West Shore Blvd., 5th Floor, Tampa, FL 33607
     _____
                     (Address)

     Tampa, FL 33607
     _____
                     (City/State and Zip Code)

For further information concerning this matter, please call:

Ely Hernandez                              at ( 813       ) 282-1225
_____          _____
      (Name of Person)              (Area Code & Daytime Telephone Number)

**MAILING ADDRESS:**                     **STREET ADDRESS:**
Division of Corporations                 Division of Corporations
P.O. Box 6327                            Clifton Building
Tallahassee, FL 32314                    2661 Executive Center Circle
                                         Tallahassee, FL 32301

Enclosed is a check for the following amount:
☐ $125.00 Filing Fee   ☐ $130.00 Filing Fee &   ☐ $155.00 Filing Fee &   ☒ $160.00 Filing Fee, Certificate
                          Certificate of Status      Certified Copy          of Status & Certified Copy

FLOS3 - 06/28/2007 C:\ System Online

## APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 608.503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN LIMITED LIABILITY COMPANY TO TRANSACT BUSINESS IN THE STATE OF FLORIDA:*

1. OSI Restaurant Partners, LLC

   (Name of Foreign Limited Liability Company; must include "Limited Liability Company," "L.L.C.," or "LLC.")

(If name unavailable, enter alternate name adopted for the purpose of transacting business in Florida and attach a copy of the written consent of the managers or managing members adopting the alternate name. The alternate name must include "Limited Liability Company," "L.L.C.," "LLC.")

2. DE

   (Jurisdiction under the law of which foreign limited liability company is organized)

3. 59-3061413

   (FEI number, if applicable)

4. 4/23/1991

   (Date of Organization)

5. PERPETUAL

   (Duration: Year limited liability company will cease to exist or "perpetual")

6. _____

   (Date first transacted business in Florida, if prior to registration.)
   (See sections 608.501 & 608.502 F.S. to determine penalty liability)

7. 2202 N. West Shore Blvd., 5th Fl, Tampa, FL 33607

   (Street Address of Principal Office)

8. If limited liability company is a manager-managed company, check here ☐

9. The name and usual business addresses of the managing members or managers are as follows:

   See Attached Sheet

   _____

   _____

10. Attached is an original certificate of existence, no more than 90 days old, duly authenticated by the official having custody of records in the jurisdiction under the law of which it is organized. (A photocopy is not acceptable. If the certificate is in a foreign language, a translation of the certificate under oath of the translator must be submitted.)

11. Nature of business or purposes to be conducted or promoted in Florida: Full Service Restaurant

    _____

    Signature of a member or an authorized representative of a member.
    (In accordance with section 608.408(3), F.S., the execution of this document constitutes
    an affirmation under the penalties of perjury that the facts stated herein are true.)

    A William Allen, III Manager

    Typed or printed name of signee

CR2E038 - 06/18/2007 C T System Online

02/21/2008 18:31 FAX 813 349 9175      OUTBACK STEAKHOUSE                    ☑004

## CERTIFICATE OF DESIGNATION OF
## REGISTERED AGENT/REGISTERED OFFICE

PURSUANT TO THE PROVISIONS OF SECTION 608.415 or 608.507, FLORIDA STATUTES, THE
UNDERSIGNED LIMITED LIABILITY COMPANY SUBMITS THE FOLLOWING STATEMENT
TO DESIGNATE A REGISTERED OFFICE AND REGISTERED AGENT IN THE STATE OF
FLORIDA.

1. The name of the Limited Liability Company is:

## OS Restaurant Partners, LLC

If name unavailable, the alternate name to be used in the state of Florida is:

2. The name and the Florida street address of the registered agent and office are:

Joseph J. Kadow
_____(Name)_____

2202 N West Shore Blvd., 5th Floor
_____Florida Street Address (P.O. Box NOT ACCEPTABLE)_____

Tampa                          FL
                          City/State/Zip

*Having been named as registered agent and to accept service of process for the above stated limited
liability company at the place designated in this certificate, I hereby accept the appointment as registered
agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes
relating to the proper and complete performance of my duties, and I am familiar with and accept the
obligations of my position as registered agent as provided for in Chapter 608, Florida Statutes.*

(Signature)

$ 100.00   Filing Fee for Application
$  25.00   Designation of Registered Agent
$  30.00   Certified Copy (optional)
$   5.00   Certificate of Status (optional)

**OSI Restaurant Partners, LLC**
a Delaware Limited Liability Company

### Members

OSI HoldCo, Inc.          2202 N West Shore Blvd., 5th Fl, Tampa, FL 33607

### Managers

Chris T. Sullivan          2202 N West Shore Blvd., 5th Fl, Tampa, FL 33607
Robert Basham             2202 N West Shore Blvd., 5th Fl, Tampa, FL 33607
A William Allen, III       2202 N West Shore Blvd., 5th Fl, Tampa, FL 33607
J. Michael Chu            2202 N West Shore Blvd., 5th Fl, Tampa, FL 33607
Mark Verdi                2202 N West Shore Blvd., 5th Fl, Tampa, FL 33607
Mark Nunnelly             2202 N West Shore Blvd., 5th Fl, Tampa, FL 33607
Philip Loughlin           2202 N West Shore Blvd., 5th Fl, Tampa, FL 33607
Ian Blasco                2202 N West Shore Blvd., 5th Fl, Tampa, FL 33607
Andrew Balson             2202 N West Shore Blvd., 5th Fl, Tampa, FL 33607



*The First State*

PAGE   1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY "OSI RESTAURANT PARTNERS, LLC" IS
DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN
GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF
THIS OFFICE SHOW, AS OF THE ELEVENTH DAY OF FEBRUARY, A.D. 2008.

2260998    8300

080139516

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Harriet Smith Windsor, Secretary of State
AUTHENTICATION:  6374551

DATE:  02-11-08