# EXHIBIT "6"

# Secretary of the Commonwealth of Massachusetts
William Francis Galvin

## Business Entity Summary

**ID Number:** 208777767          [Request certificate]   [New search]

**Summary for:** OSI HOLDCO, INC.

| | |
|---|---|
| **The exact name of the Foreign Corporation:** | OSI HOLDCO, INC. |
| **Entity type:** | Foreign Corporation |
| **Identification Number:** | 208777767 |
| **Date of Registration in Massachusetts:** 08-16-2007 | **Date of Reinstatement:** |
| **Date of Withdrawal:** 11-02-2018 | **Last date certain:** |
| **Organized under the laws of: State:** DE **Country:** USA **on:** 02-16-2007 ||
| **Current Fiscal Month/Day:** 12/31 ||

**The location of the Principal Office:**

Address: 2202 N WEST SHORE BLVD 5TH FLOOR - LEGAL DEPARTMENT

City or town, State, Zip code, Country:    TAMPA, FL 33607 USA

**The location of the Massachusetts office, if any:**

Address:
City or town, State, Zip code, Country:

**The name and address of the Registered Agent:**

Name:   CORPORATE CREATIONS NETWORK INC.

Address: 225 Cedar Hill Street #200

City or town, State, Zip code, Country:   MARLBOROUGH, MA 01752 USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| SECRETARY | JOSEPH J. KADOW | 2202 NORTH WEST SHORE BLVD., 5TH FLOOR TAMPA, FL 33607 USA |
| SECRETARY | JOSEPH J. KADOW | 2202 NORTH WEST SHORE BLVD., 5TH FLOOR TAMPA, FL 33607 USA |
| CEO | ELIZABETH SMITH | 2202 N. WEST SHORE BLVD. TAMPA, FL 33607 USA |

| CFO | DAVID J. DENO | 2202 N. W. SHORE BLVD. 5TH FLR TAMPA, FL 33607 USA |
|---|---|---|
| OTHER OFFICER | JOSEPH J. KADOW | 2202 NORTH WEST SHORE BLVD., 5TH FLOOR TAMPA, FL 33607 USA |
| DIRECTOR | ELIZABETH SMITH | 2202 N. W. SHORE BLVD. 5TH FLR TAMPA, FL 33607 USA |

**Business entity stock is publicly traded:** ☐

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
|---|---|---|---|---|
| | | No. of shares | Total par value | No. of shares |
| CWP | $0.01 | 1,000 | $10 | 1,000 |

☐ **Consent**   ☐ **Confidential Data**   ☐ **Merger Allowed**   ☐ **Manufacturing**

**View filings for this business entity:**

```
ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement
Articles of Correction
```

[View filings]

**Comments or notes associated with this business entity:**

[New search]