# EXHIBIT "9"

## Debardeleben, Dee C.

**From:** Michael Johnson x25590 <majohnson@forthepeople.com>
**Sent:** Friday, July 28, 2023 2:46 PM
**To:** Debardeleben, Dee C.
**Cc:** Erica Jones x4190
**Subject:** RE: Proposed Order:  22A03046, REGINALD ROBINSON VS THE ARNOLD FOUNDATION, INC.,Outback Steakhouse of Florida, LLCET AL for filing Motion to Dismiss, Envelope Number: 10656968

**This Message originated outside your organization.**

Dee,

Good afternoon! I have the authority to make a demand of $400,000.00 to resolve. Please let me know if you have any questions and once you have a response from your client.

Thanks you!


**Michael Johnson**
Attorney

**P:** (404) 757-8572
**F:** (404) 757-8727
**A:** 191 Peachtree Street NE, Suite 4200, Atlanta, GA 30303
**Send Mail To:** PO Box 57007, Atlanta GA 30343-1007



*A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.*

**From:** Michael Johnson x25590 <majohnson@forthepeople.com>
**Sent:** Thursday, July 27, 2023 5:36 PM
**To:** Debardeleben, Dee C. <HDebardelebenIV@wwhgd.com>
**Cc:** Erica Jones x4190 <EJones@forthepeople.com>
**Subject:** RE: Proposed Order: 22A03046, REGINALD ROBINSON VS THE ARNOLD FOUNDATION, INC.,Outback Steakhouse of Florida, LLCET AL for filing Motion to Dismiss, Envelope Number: 10656968

No problem! Will get you a demand tomorrow.

Thank you!


**Michael Johnson**
Attorney

**P:** (404) 757-8572
**F:** (404) 757-8727