# EXHIBIT "10"

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| REGINALD E. ROBINSON, SR.,<br><br>Plaintiff,<br><br>v.<br><br>THE ARNOLD FOUNDATION, INC., OUTBACK STEAKHOUSE INT'L, L.P., OUTBACK STEAKHOUSE OF FLORIDA, LLC,<br>ABC CORP 1-3; AND JOHN DOES CORPS. 1-3,<br><br>Defendants. | CIVIL ACTION FILE NO. 22A03046 |

**PLAINTIFF REGINALD E. ROBINSON, SR.'S OFFER OF SETTLEMENT PURSUANT TO O.C.G.A. § 9-11-68**

COMES NOW Plaintiff REGINALD E. ROBINSON, SR., by and through undersigned counsel, and issues this Offer of Settlement Pursuant to O.C.G.A. § 9-11-68 to Defendant OUTBACK STEAKHOUSE OF FLORIDA, LLC as follows:

1. The party making this Offer is Plaintiff REGINALD E. ROBINSON, SR..
2. The party to whom this Offer is being made is Defendant OUTBACK STEAKHOUSE OF FLORIDA, LLC.
3. The claim or claims this Offer is attempting to resolve are all claims Plaintiff REGINALD E. ROBINSON, SR. has against Defendant OUTBACK STEAKHOUSE OF FLORIDA, LLC arising out of an incident which occurred on November 19, 2021, at 2145 Lavista Road, Atlanta, GA 30329 between Plaintiff REGINALD E. ROBINSON, SR. and OUTBACK STEAKHOUSE OF FLORIDA, LLC.
4. The relevant conditions of this Offer are as follows:
    a. This Offer shall remain open for thirty (30) days from receipt of the same by counsel of record for Defendant OUTBACK STEAKHOUSE OF FLORIDA, LLC.
    b. Acceptance of this Offer must be in writing before the expiration of this Offer;
    c. The settlement draft must be made payable to "REGINALD E. ROBINSON, SR."

STATE COURT OF
DEKALB COUNTY, GA.
8/9/2023 11:40 AM
E-FILED
BY: Monique Roberts

      and her attorneys, Morgan & Morgan Atlanta, PLLC" and delivered to undersigned counsel within ten (10) days of acceptance of this Offer.

    d. Upon receipt of the settlement draft by undersigned counsel, Plaintiff REGINALD E. ROBINSON, SR. will execute the General Release attached hereto as Exhibit A; and

    e. Upon receipt of the settlement draft by undersigned counsel, Plaintiff REGINALD E. ROBINSON, SR. will file a dismissal of the above-captioned matter with prejudice.

5. The total amount of this Offer is FOUR-HUNDRED THOUSAND dollars ($400,000.00).

6. This Offer does not include any amounts for punitive damages, as such have not yet been pled in the above-captioned matter.

7. This Offer includes attorney's fees and other expenses. When the complaint sets forth a tort claim for money, if the offeree rejects or does not accept the offer of settlement and the plaintiff recovers a final judgment in an amount greater than 125 percent of such offer of settlement, the plaintiff shall be entitled to recover reasonable attorney's fees and expenses of litigation incurred by the plaintiff or on the plaintiff's behalf from the date of the rejection of the offer of settlement through the entry of judgment under O.C.G.A. § 9-11-68(b)(2). An offer that is not accepted within thirty (30) days is deemed rejected under O.C.G.A. § 9-11-68.

8. This Offer is being sent via certified mail.

This 18th day of May 2023.

| | |
|---|---|
| MORGAN & MORGAN ATLANTA, PLLC<br>Post Office Box 57007<br>Atlanta, GA 30343-1007<br>(404) 757-8572 | */s/Michael Johnson*<br>Michael Johnson<br>Georgia Bar No. 679391<br>Attorney for Plaintiff<br>majohnson@forthepeople.com |

                              STATE COURT OF
                              DEKALB COUNTY, GA.
                              8/9/2023 11:40 AM
                              E-FILED
                              BY: Monique Roberts

## **CERTIFICATE OF SERVICE**

      This is to certify that I have this day served counsel of record in the foregoing matter with the attached PLAINTIFF REGINALD E. ROBINSON, SR.'S OFFER OF SETTLEMENT PURSUANT TO O.C.G.A. § 9-11-68 by placing a true and correct copy in the United States Mail, certified, in an envelope with sufficient postage to ensure delivery affixed thereon addressed as follows:

Henry DeBardeleben, IV
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road NE
Suite 2400
Atlanta, Georgia 30326

This 9th day of August 2023.

| | |
|---|---|
| | */s/Michael Johnson* |
| MORGAN & MORGAN ATLANTA, PLLC | Michael Johnson |
| Post Office Box 57007 | Georgia Bar No. 679391 |
| Atlanta, GA 30343-1007 | Attorney for Plaintiff |
| (404) 752-8572 | majohnson@forthepeople.com |

3

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| REGINALD E. ROBINSON, SR., <br><br> Plaintiff, <br><br> v. <br><br> OUTBACK STEAKHOUSE OF FLORIDA, LLC; ABC CORP 1-3; and JOHN DOE CORPS. 1-3, <br><br> Defendants. | CIVIL ACTION FILE NO. 22A03046 |

## GENERAL RELEASE

This settlement is made without the written consent of **OUTBACK STEAKHOUSE OF FLORIDA, LLC (hereafter "OUTBACK STEAKHOUSE OF FLORIDA, LLC"),** who is not thereby precluded from further assertion of claims against Undersigned.

FOR THE SOLE CONSIDERATION OF **FOUR-HUNDRED THOUSAND DOLLARS ($400,000.00)**, the receipt and sufficiency whereof is hereby acknowledged, Undersigned hereby releases and forever discharges **OUTBACK STEAKHOUSE OF FLORIDA, LLC** their heirs, executors, administrators, agents and assigns, hereinafter called "Releasees," none of whom admit any liability but all expressly deny any liability, from any and all claims, demands, damages, actions, causes of action or suits of whatsoever kind or nature, and particularly on account of bodily injuries, known and unknown, and which have resulted or may in the future develop, sustained by **REGINALD E. ROBINSON, SR.**, or arising out of damage or loss, direct or indirect, sustained by Undersigned in consequence of an incident on or about the **19th day of May 2021 , at 2145 Lavista Road, Atlanta, GA 30329.**

Undersigned swears and affirms that she is a resident of Cherokee County, Georgia. Undersigned expressly warrants, represents and swears, as an inducement to those hereby released to consummate this settlement, that there are no outstanding or unsatisfied liens or subrogation claims of any person, firm or corporation for medical expenses, workers' compensation, hospital, Medicaid, medical or otherwise.  Undersigned further represents that if said liens and/or interests do exist, such will be paid from the proceeds of the subject settlement.

It is expressly understood and agreed that this general release is a settlement of all claims against **OUTBACK STEAKHOUSE OF FLORIDA, LLC**. Releasees hereby deny all liability and by this release, the parties released hereby intend to merely avoid litigation and buy their peace. This release in no way prejudices the rights of the released parties to deny liability in any suit based upon said accident, casualty or event. It is further expressly understood and agreed that this general release is not intended, nor shall it be construed to be a representation that Undersigned has been fully and completely compensated for all economic and noneconomic damages; and Undersigned expressly denies that this settlement fully and completely compensates Undersigned for all economic and noneconomic damages.

As further consideration for payment of said sum, Undersigned hereby agrees to indemnify and hold harmless Releasees up to the amount of this settlement against any and all valid and enforceable claims for liens, damages, compensation or otherwise, arising out medical treatment for the injuries to Undersigned asserted by any other entity resulting from the above-mentioned occurrence, with said indemnification being limited to the amounts paid hereunder.

Undersigned further declares and represents that no promise, inducement, or agreement not herein expressed has been made to Undersigned and that this release constitutes the entire agreement between the parties.

Undersigned has read the foregoing release and fully understands it.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this _____ day of _____ 2023.

 

_____
**REGINALD E. ROBINSON, SR.**

Sworn and subscribed before me

This _____ day of _____ 2023.

_____
Notary Public
My Commission Expires: _____