# EXHIBIT "12"

IN THE STATE COURT OF DeKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| REGINALD E. ROBINSON, SR.,<br><br>    Plaintiff,<br>vs.<br><br>THE ARNOLD FOUNDATION, INC.,<br>OUTBACK STEAKHOUSE INT'L, L.P.,<br>OUTBACK STEAKHOUSE OF FLA.,<br>LLC,<br>ABC CORP. #1-3, and<br>JOHN DOES #1-3,<br><br>    Defendants. | CIVIL ACTION<br><br>FILE NO.:<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on August 9, 2023, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Outback Steakhouse of Florida, LLC filed a Notice of Removal in the United States District Court for the Northern District of Georgia. A copy of the Notice of Removal is attached as **Exhibit "A**."

Pursuant to 28 U.S.C. § 1446, the filing of the aforesaid Notice of Removal in the District Court, together with the filing of this Notice with this Court, effects the removal of this action, and this Court may proceed no further unless and until the case is remanded.

This 9th day of August, 2023.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

*/s/ Henry C. DeBardeleben, IV*
Henry C. DeBardeleben, IV
Georgia Bar No. 111320
*Attorneys for Defendant Outback Steakhouse of Florida, LLC.*

3344 Peachtree Road NE
Suite 2400
Atlanta, Georgia  30326
Telephone:  (404) 832-9571
Facsimile:   (404) 875-9433
hdebardelebenIV@wwhgd.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true copy of the foregoing was served on all counsel of record via Odyssey eFileGA, and by depositing same in the United States Mail in a properly addressed envelope, with adequate postage thereon to all counsel of record as follows:

Michael Johnson, Esq.
Georgia Bar No: 679391
**MORGAN & MORGAN ATLANTA PLLC**
PO Box 57007
Atlanta, Georgia 30343-1007
majohnson@forthepeople.com
*Attorneys for Plaintiff*

This 9th day of August, 2023.

                                         WEINBERG, WHEELER, HUDGINS,
                                         GUNN & DIAL, LLC

                                         */s/ Henry C. DeBardeleben IV*
                                         Henry C. DeBardeleben, IV