# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. Kevin P. Weimer, Clerk  
United States District Court

DATE: August 10, 2023

RE: 23-55070-jrs  
Bankruptcy Case No.

Vincent Maurice Harrison  
Debtor(s)

Vincent Maurice Harrison

    Appellant

vs

Nancy J. Whaley

    Appellee

## SUBMISSION SHEET

**Submitted on:**

☒    Notice of Appeal filed 8/08/23 – Doc. #50  
       File date of Order being appealed from 8/03/23 – Doc. #46

**Contents of Record:**  
☒ Documents 46, 50, Docket Sheet  
☐ Designated items    ☐ Appellant(s)    ☐ Appellee  
     Filing Fee Paid - ☒ Yes    ☐ No

FROM: Vania S. Allen, Clerk of Court  
            United States Bankruptcy Court

By: /s/_____  
       Madeline Ramos-White, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009) – *dfa07.29.21*