**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta-Division**

IN RE:  
VINCENT MAURICE HARRISON

CHAPTER 13  
Case No: A23-55070-JRS

## TIMELY NOTICE OF APPEAL, AND OBJECTION TO THE August 3rd, 2023 ISSUED ORDER

**Debtor:** Vincent Maurice Harrison  
**Debtor's Address:** 1448 Kings Point Way, SW, Conyers, Georgia near 30094  
**Debtor's Social Security Number:** [     5890]  
**Debtor's Phone Number:** 678.488.0186  
**Debtor's email/Address:** Vincent_Harrison@yahoo.com

**COMES NOW,** Vincent Maurice Harrison (the "Debtor"), pro se, to respectfully notice this Court-Trustee, to notice all associated parties, by this acknowledgment, and **OBECTION** to the order issued on August 3rd, 2023, and moves matters for an adversary review.

Respectfully, executed this 8th day, August 2023.

**Debtor:** Vincent Maurice Harrison  
**Debtor's Address:** 1448 Kings Point Way, SW, Conyers, Georgia near 30094  
**Debtor's Social Security Number:** [     -5890]  
**Debtor's Phone Number:** 678.488.0186  
**Debtor's email/Address:** Vincent_Harrison@yahoo.com

*[Signature: Vincent M Harrison]*
8/8/23

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2023 AUG -8 AM 10:28
VANIA S. ALLEN
BY: [signature]
DEPUTY CLERK

## Certificate of Service

I, Vincent Harrison, hereby certify that on August 8th, 2023, I filed the foregoing with the Clerk of Court, which I hereby authorize, to send notification of such filing to all parties registered for electronic filing. I also certify that I have served a true and correct copy of the foregoing document by first-class mail to the following parties not registered for electronic filing:

**\*Attn. Clerk**
75 Ted Turner Drive, SW, 13th Fl.
Atlanta, Georgia
near 30303.

cc: Trustee - Trustee-NANCY J. WHALEY, and
cc: Co-Trustee/Court Admin.-JAMES R. SACA

Listed Creditors:

| | |
|---|---|
| Service Mac | US Bank |
| BMW Financial Service | Bank of America |
| Robin's Financial Credit Union | Mariner's Finance |
| 1st Franklin Finance | Best Egg |
| Best Egg | Lenders Club Corporation |
| Sofi Bank | Sofi Bank |
| Avant | America Express |
| America Express | Chase Bank |

**Debtor: Vincent Maurice Harrison**
**Debtor's Address: 1448 Kings Point Way, SW, Conyers, Georgia near 30094**
**Debtor's Social Security Number: [390]**
**Debtor's Phone Number: 678.488.0186**
**Debtor's email/Address:** Vincent_Harrison@yahoo.com