**DISMISS−FUND, APPEAL**

# U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
### Bankruptcy Petition #: 23−55070−jrs

| | |
|---|---|
| *Assigned to:* Judge James R. Sacca | *Date filed:* 06/01/2023 |
| Chapter 13 | *Debtor dismissed:* 08/03/2023 |
| Voluntary | *341 meeting:* 06/29/2023 |
| Asset | *Deadline for filing claims:* 08/10/2023 |
| | *Deadline for filing claims (govt.):* 11/27/2023 |

*Debtor disposition:* Dismissed for failure to make plan payments

| | |
|---|---|
| **Debtor**<br>**Vincent Maurice Harrison**<br>1448 Kings Point Way SW<br>Conyers, GA 30094<br>ROCKDALE−GA<br>SSN / ITIN: xxx−xx−5890 | represented by **Vincent Maurice Harrison**<br>PRO SE |

**Trustee**
**Nancy J. Whaley**
Nancy J. Whaley, Standing Ch. 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303
678−992−1201

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 06/01/2023 | | 1 | Case Opened and Voluntary Petition Filed. Government Proof of Claim due by 11/27/2023. (hd) Additional attachment(s) added on 6/1/2023 (klt). |
| 06/01/2023 | | 2 | Statement of Social Security Number (Official Form B121) (Document is restricted and can only be viewed by Court staff.) filed by Vincent Maurice Harrison . (klt) |
| 06/01/2023 | | 3 | Pro Se Affidavit filed by Vincent Maurice Harrison . (klt) |
| 06/01/2023 | | 4 | Credit Counseling Service Certificate filed by Vincent Maurice Harrison . (klt) |
| 06/01/2023 | | 5 | Order Regarding the List of Creditors with deficiencies noted. Failure to comply will result in dismissal of case without further notice. Service by BNC. List of all creditors due 6/8/2023. Entered on 6/1/2023. (rso) |
| 06/01/2023 | | 6 | Order Setting Deadlines for Debtor to Correct Filing Deficiencies (Individual). Service by BNC. Schedule(s)E/F due by 6/15/2023.Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C−1 Form Due: 6/15/2023. Chapter 13 Plan due by 6/15/2023. Debtor Payment Advices due: 6/15/2023. (rso) |

| Date | | # | Description |
|---|---|---|---|
| 06/01/2023 | | 7 | Notice of Meeting of Creditors (Chapter 13) and Confirmation Hearing. Telephonic 341 Meeting to be held on 6/29/2023 at 02:00 PM (See notice for telephonic call−in information (Ch. 13 Whaley ATL)). Confirmation Hearing to be held on 8/3/2023 at 09:15 AM Courtroom 1404, Atlanta. If applicable, a hearing on the Allowance and Approval of Debtor's Counsel Attorney Fees will be held with the Confirmation Hearing. Objections for Discharge due by 8/28/2023 Non−Government Proof of Claims due by 8/10/2023. (Admin) |
| 06/01/2023 | | 8 | Notice to Debtor Regarding Debtor Electronic Noticing. Service by BNC. (ADIclerk) |
| 06/01/2023 | | | Receipt of Chp 13 Full filing fee. Receipt Number 1271716. Fee Amount $313.00. Paid by Vincent Maurice Harrison. |
| 06/02/2023 | | | Notice of Debtor's Prior Filings for debtor Vincent Maurice Harrison Case Number 05−98429, Chapter 7 filed in Georgia Northern Bankruptcy Court on 10/14/2005 , Standard Discharge on 03/10/2006.(Admin) |
| 06/03/2023 | | 9 | Certificate of Mailing by BNC of Notice of Meeting of Creditors Notice Date 06/03/2023. (Admin.) (Entered: 06/04/2023) |
| 06/03/2023 | | 10 | Certificate of Mailing by BNC of Order Regarding List of Creditors Notice Date 06/03/2023. (Admin.) (Entered: 06/04/2023) |
| 06/03/2023 | | 11 | Certificate of Mailing by BNC of Order on Deadlines to Correct New Case Deficiency − Individual. Notice Date 06/03/2023. (Admin.) (Entered: 06/04/2023) |
| 06/03/2023 | | 12 | Certificate of Mailing by BNC of Notice to Debtor Regarding Debtor Electronic Noticing Notice Date 06/03/2023. (Admin.) (Entered: 06/04/2023) |
| 06/04/2023 | | 13 | Chapter 13 Statement of Current Monthly Income/Calculation of Disposable Income Document(s) 122C−1, 122C−2 , Schedule E/F , List of Creditors filed by Vincent Maurice Harrison . (related document(s)6) [Pursuant to Amended and Restated General Order 45−2021, this document was received for filing via email.] (jcm) (Entered: 06/05/2023) |
| 06/04/2023 | | 14 | Chapter 13 Plan with NO Certificate of Service filed by Vincent Maurice Harrison . (jcm)[Pursuant to Amended and Restated General Order 45−2021, this document was received for filing via email.] (Entered: 06/05/2023) |
| 06/04/2023 | | 15 | Payment Advices of Debtor, filed by Vincent Maurice Harrison . (related document(s)6) [Pursuant to Amended and Restated General Order 45−2021, this document was received for filing via email.] (jcm) (Entered: 06/05/2023) |
| 06/08/2023 | | 16 | Certificate of Mailing by BNC of Notice of Meeting of Creditors Notice Date 06/08/2023. (Admin.) (Entered: 06/09/2023) |
| 06/08/2023 | | 17 | Certificate of Mailing by BNC of Chapter 13 Plan Notice Date 06/08/2023. (Admin.) (Entered: 06/09/2023) |
| 06/09/2023 | | 18 | Notice of Appearance Filed by A. Michelle Hart Ippoliti on behalf of Seneca Mortgage Servicing, LLC. (Ippoliti, A.) |

| | | | |
|---|---|---|---|
| 06/11/2023 | | 19 | Amended Schedule E/F , Amended Chapter 13 Statement of Current Monthly Income/Calculation of Disposable Income Document(s) , List of Creditors filed by Vincent Maurice Harrison. (related document(s)5, 6) [Pursuant to Amended and Restated General Order 45−2021, this document was received for filing via email.] (rfs) Modified on 6/26/2023 (ojj). (Entered: 06/12/2023) |
| 06/11/2023 | | 20 | Chapter 13 Plan with NO Certificate of Service filed by Vincent Maurice Harrison . [Pursuant to Amended and Restated General Order 45−2021, this document was received for filing via email.] (rfs) (Entered: 06/12/2023) |
| 06/15/2023 | | 21 | Notice of Appearance Filed by BMW Bank of North America. (Rawal, Arvind) |
| 06/16/2023 | | 22 | Certificate of Mailing by BNC of Chapter 13 Plan Notice Date 06/16/2023. (Admin.) (Entered: 06/17/2023) |
| 06/19/2023 | | 23 | Notice of Appearance Filed by Lisa F. Caplan on behalf of BANK OF AMERICA, N.A.. (Caplan, Lisa) |
| 06/20/2023 | | 24 | Notice of Appearance Filed by Landon A. Justice on behalf of Robins Financial Credit Union. (Justice, Landon) |
| 06/26/2023 | | 25 | Notice of deficient filing re: Missing Verification or Declaration (Individual), Missing Summary of Assets and Liabilities, Missing Certificate of Service, Missing Fee, 32.00 Service by BNC. (related document(s)19) (ojj) |
| 06/26/2023 | | 26 | Objection to Confirmation of Plan filed by A. Michelle Hart Ippoliti on behalf of Seneca Mortgage Servicing, LLC. (related document(s)14) (Ippoliti, A.) |
| 06/28/2023 | | 27 | Objection to Confirmation of Plan filed by Philip L. Rubin on behalf of BMW Bank of North America. (related document(s)20) (Attachments: # 1 Exhibit) (Rubin, Philip) |
| 06/28/2023 | | 28 | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 06/28/2023. (Admin.) (Entered: 06/29/2023) |
| 06/30/2023 | | | Section 341(a) meeting held and concluded on 6/29/2023 filed by Trustee. (Whaley, Nancy) |
| 07/06/2023 | | 29 | Objection to Confirmation of Plan filed by Landon A. Justice on behalf of Robins Financial Credit Union. (Justice, Landon) |
| 07/07/2023 | | 30 | Objection to Confirmation of Plan *and Motion to Dismiss Case* filed by Trustee. (Whaley, Nancy) |
| 07/07/2023 | | | Receipt of Amendment filing fee. Receipt Number 1272095. Fee Amount $32.00. Paid by Vincent Maurice Haeeison. |
| 07/10/2023 | | 31 | Notice of Appearance Filed by Cristina Danielle DiGiannantonio on behalf of U.S. Bank National Association. (DiGiannantonio, Cristina) |
| 07/10/2023 | | 32 | Amended Summary of Assets and Liabilities with Statistical Information for Individual Debtor , Verification or Declaration for Individual Debtor |

| | | | |
|---|---|---|---|
| | | | filed by Vincent Maurice Harrison . (related document(s)19) [Pursuant to Amended and Restated General Order 45−2021, this document was received for filing via email.] (rfs) (Entered: 07/11/2023) |
| 07/12/2023 | | 34 | Amended Schedule A/B filed by Vincent Maurice Harrison . [Pursuant to Amended and Restated General Order 45−2021, this document was received for filing via email] (jar) (Entered: 07/13/2023) |
| 07/13/2023 | | 33 | Motion for Relief from Stay Fee $ 188, *and*, Motion for Relief from Co−Debtor Stay as to VC Golden Transportation and Studio Services *(2020 CADILLAC ESCALADE ESV)* filed by Lisa F. Caplan on behalf of BANK OF AMERICA, N.A.. Hearing to be held on 8/3/2023 at 09:00 AM in Courtroom 1404, Atlanta. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Caplan, Lisa) |
| 07/13/2023 | | | Receipt of Motion for Relief from Stay( 23−55070−jrs) [motion,185] ( 188.00) filing fee. Receipt Number A59205209. Fee Amount 188.00 (re: Doc# 33) (U.S. Treasury) |
| 07/13/2023 | | 35 | Objection to Confirmation of Plan filed by Andrea Lynn Betts on behalf of U.S. Bank National Association. (related document(s)20) (Attachments: # 1 Exhibits) (Betts, Andrea) |
| 07/14/2023 | | 36 | Notice of deficient filing re: Missing Verification or Declaration (Individual), Missing Summary of Assets and Liabilities, Missing Certificate of Service, . Service by BNC. (related document(s)34) (gnh) |
| 07/16/2023 | | 37 | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 07/16/2023. (Admin.) (Entered: 07/17/2023) |
| 07/19/2023 | | 38 | Supplemental Objection to Confirmation of Plan *and Motion to Dismiss Case* filed by Trustee. (Roach, Eric) |
| 07/25/2023 | | 39 | Debtor Request to Begin Electronic Noticing filed by Vincent Maurice Harrison . (hd) |
| 07/25/2023 | | 40 | Motion to Strike Trustee's Objection To Confirmation and Notice of Debtor's Amended Chapter 13 Plan filed by Vincent Maurice Harrison . (related document(s)30, 38) (rfs) |
| 07/25/2023 | | 41 | Amended Statement of Financial Affairs , Amended Schedule A/B , Amended Schedule C , Amendment to Schedules: Schedule D, Schedule E/F, Fee $ 32 Receipt Number: None, Amount Paid $ None,, Amended Schedule J , Amended Summary of Assets and Liabilities with Statistical Information for Individual Debtor , Amended Chapter 13 Statement of Current Monthly Income/Calculation of Disposable Income Document(s) filed by Vincent Maurice Harrison . (rfs) |
| 07/26/2023 | | 42 | Notice of deficient filing re: Missing Certificate of Service, Missing Fee, . 32.00 Service by BNC. (related document(s)41) (gnh) |
| 07/28/2023 | | 43 | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 07/28/2023. (Admin.) (Entered: 07/29/2023) |
| 08/02/2023 | | 44 | Transfer of claim Transfer Agreement 3001 (e) 2 Transferor: Sofi Bank, National Association (Claim No. 7) To LVNV Funding, LLC Fee Amount $26 filed by LVNV Funding LLC. (Resurgent Capital Services) |

| | | | |
|---|---|---|---|
| 08/02/2023 | | | Receipt of Transfer of Claim( 23−55070−jrs) [claims,1058] ( 26.00) filing fee. Receipt Number A59326167. Fee Amount 26.00 (re: Doc# 44) (U.S. Treasury) |
| 08/02/2023 | | 45 | Notice of Transfer of Claim Number(s) 7 to LVNV Funding, LLC from Sofi Bank, National Association with objections due 21 days from the date of this notice. Service by BNC. (related document(s)44) (rhg) |
| 08/03/2023 | | 46 | Order Dismissing Ch. 13 Case − Conf. Denied for Failure to Fund Plan. Service by BNC (sfw) |
| 08/04/2023 | | 47 | Certificate of Mailing by BNC of Notice of Transfer of Claim Notice Date 08/04/2023. (Admin.) (Entered: 08/05/2023) |
| 08/05/2023 | | 48 | Certificate of Mailing by BNC of Order Dismissing Case Notice Date 08/05/2023. (Admin.) (Entered: 08/06/2023) |
| 08/08/2023 | | 49 | Adversary case 23−05103. Complaint against Nancy J. Whaley , James R. Saca , 51 (Revocation of confirmation) 65 (Dischargeability − other) 71 (Injunctive relief − reinstatement of stay) Filed by Vincent Maurice Harrison (aam) |
| 08/08/2023 | | 50 | Notice of Appeal to District Court, Fee $ 298 Receipt Number: none, Amount Paid $ 0, filed by Vincent Maurice Harrison . Appellant Designation due by 8/22/2023, submission by USBC to USDC due by 9/7/2023, (related document(s)46) (aam) Additional attachment(s) added on 8/10/2023 (aam). |
| 08/09/2023 | | | Receipt of Appeal filing fee. Receipt Number 1272482. Fee Amount $298.00. Paid by Vincent Maurice Harrison. Related document(s) 50. Modified on 8/10/2023 (law). |
| 08/10/2023 | | 51 | Notification of Appeal Requirements. (related document(s)50) (mrw) |