## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CRAIG JERNIGAN,<br><br>          Plaintiff,<br><br>v.<br><br>GRANITE PACKAGING, LLC; ABC COMPANY; and JACK and JANE DOES, 1-5<br><br>          Defendants. | CIVIL ACTION FILE NO. |

## MOTION TO DISMISS OF DEFENDANT GRANITE PACKAGING, LLC[1]

Comes now Defendant Granite Packaging, LLC, and, pursuant to F.R.C.P. 12(b), O.C.G.A. § 9-3-33 and O.C.G.A. § 9-11-4(c), hereby files its Motion to Dismiss.  This is an attempted renewal action being filed pursuant to O.C.G.A. § 9-2-61, however, due to the expiration of the applicable statute of limitation and Plaintiff's failure to timely perfect service of Defendant with due diligence in the initial suit, as well as this Court's dismissal of the initial suit, the renewal statute is not applicable.  In support of its Motion, Defendant refers the Court to its Brief in

---

[1] The undersigned counsel certifies that this pleading has been typed in Times New Roman 14-point font in accordance with Local Rule 5.1(C).

Support, the authority cited therein and the entire record of this matter and the initial

matter, Civil Action File No.: 1:22-cv-04974-MHC.

SCRUDDER, BASS, QUILLIAN, HORLOCK
LAZARUS & ADELE, LLP

*/s/ Morgan B. Schroeder*
Glenn S. Bass
Georgia Bar No. 041220
Morgan B. Schroeder
Georgia Bar No. 186218
*Attorneys for Defendant Granite*
*Packaging, LLC*

900 Circle 75 Parkway, Suite 850
Atlanta, Georgia  30339
Telephone:  (770) 612-9200
Fax:  (770) 612-9201
gbass@scrudderbass.com
mschroeder@scrudderbass.com

2

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this date presented the foregoing **MOTION TO DISMISS OF DEFENDANT GRANITE PACKAGING, LLC** to the Clerk of Court for filing and uploading to the CM/ECF electronic filing system, and further certify that on this date I have served counsel of record with same via first-class mail:

> Genet M. Hopewell, Esq.
> Johnson Hopewell Coleman
> 4153 Flat Shoals Parkway
> Building C, Suite 322
> Decatur, GA 30034
>
> Duane Jones, Esq.
> E. Duane Jones
> 1951 Wesley Chapel Road
> Decatur, GA 30035

This *10th* day of August, 2023.

> */s/ Morgan B. Schroeder*
> Morgan B. Schroeder