## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CRAIG JERNIGAN,<br><br>      Plaintiff,<br><br>v.<br><br>GRANITE PACKAGING, LLC; ABC COMPANY; and JACK and JANE DOES, 1-5<br><br>      Defendants. | CIVIL ACTION FILE NO. |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Granite Packaging, LLC, and files its disclosure statements pursuant to Federal Rule of Civil Procedure 7.1.

1.  The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Defendant:** Granite Packaging, LLC and PLZ, Corp.

2.  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

1

having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

> **Craig Jernigan**
>
> **Granite Packaging, LLC**
>
> **Plaze, Inc.**
>
> **PLZ, Corp.**

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

| | |
|---|---|
| **Counsel for Plaintiff:** | **Genet M. Hopewell** |
| | **Duane Jones** |
| **Counsel for Defendants:** | **Glenn S. Bass** |
| | **Morgan B. Schroeder** |

        SCRUDDER, BASS, QUILLIAN, HORLOCK,
        LAZARUS & ADELE, LLP

            */s/ Morgan B. Schroeder*
            Glenn S. Bass
            Georgia Bar No. 041220
            Morgan B. Schroeder
            Georgia Bar No. 186218
            *Attorneys for Granite Packaging, LLC*

900 Circle 75 Parkway, N.W.
Suite 850
Atlanta, Georgia 30339
Telephone: (770) 612-9200
Facsimile: (770) 612-9201
gbass@scrudderbass.com
mschroeder@scrudderbass.com

3

CERTIFICATE OF SERVICE[1]

I hereby certify that on this date, I electronically served the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record and in addition to U.S. Mail:

>Genet M. Hopewell, Esq.
>Johnson Hopewell Coleman
>4153 Flat Shoals Parkway
>Building C, Suite 322
>Decatur, GA 30034
>
>Duane Jones, Esq.
>E. Duane Jones
>1951 Wesley Chapel Road
>Decatur, GA 30035

This 10th day of August, 2023.

>/s/ Morgan B. Schroeder
>Morgan B. Schroeder

---

[1] The undersigned counsel certifies that this Notice of Removal has been typed in Times New Roman 14-point font in accordance with Local Rule 5.1(C).