# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# (ATLANTA DIVISION)

| | |
|---|---|
| TIMOTHY HORNE,<br><br>    Plaintiff,<br><br>v.<br><br>HYUNDAI CAPITAL AMERICA d/b/a HYUNDAI MOTOR FINANCE; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br><br>    Defendants. | Case No.:<br><br>**CERTIFICATE OF INTERESTED PARTIES BY PLAINTIFF** |

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Plaintiff Timothy Horne
    Defendant Hyundai Capital America d/b/a Hyundai Motor Finance
    Defendant Experian Information Solutions, Inc.
    Defendant Equifax Information Services, LLC
    Defendant Trans Union LLC

1

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

> None known to Plaintiff at this time.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

> Jenna Dakroub, GA #385021
> CONSUMER ATTORNEYS
> 8245 N. 85th Way
> Scottsdale, AZ 85258
> E: jdakroub@consumerattorneys.com
> T: (602) 807-1525
> F: (718) 715-1750
> Attorney for Plaintiff,
> Timothy Horne

Dated: August 10, 2023

> */s/Jenna Dakroub*
> Jenna Dakroub, GA #385021
> CONSUMER ATTORNEYS
> 8245 N. 85th Way
> Scottsdale, AZ 85258
> E: jdakroub@consumerattorneys.com
> T: (602) 807-1525
> F: (718) 715-1750
> *Attorneys for Plaintiff,*
> *Timothy Horne*