# Exhibit B

**SOCIAL SECURITY ADMINISTRATION**

**Refer to:** Kimberly A Thompson

Office of Appellate Operations
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone: (877) 670-2722
Date: June 14, 2023

Kathleen Flynn
315 W. Ponce De Leon
Avenue, Suite 940
Decatur, GA 30030

Dear Representative Flynn:

Re:    Kimberly A Thompson v. Commissioner of Social Security
       U.S.D.C. for the Northern District of Georgia
       Civil Action Number 1:18-CV-05502

We have considered the reasons you disagree with the Administrative Law Judge's decision dated June 22, 2022 and all of the issues in the case. We found no reason under our rules to assume jurisdiction.

## Why We Are Taking This Action

Pursuant to remand from the U.S. District Court for the Northern District of Georgia (Civil Action Number 1:18-CV-05502) in accordance with the fourth sentence of section 205(g) of the Social Security Action, the Administrative Law Judge issued a hearing decision dated June 22, 2022.

You submitted written exceptions on July 25, 2022, indicating that you would like to appeal for an earlier onset date. You did not provide any specific reasons to support your written exceptions. We considered the exceptions and exhibited them on the enclosed Exhibit List.

Accordingly, we do not find that your written exceptions provide a basis for changing the Administrative Law Judge's decision dated June 22, 2022. In addition, we find that the Administrative Law Judge's decision complies with the orders of the U.S. District Court and Appeals Council. Furthermore, the decision is consistent with our applicable laws, regulations, and Social Security Rulings.



**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline**
**at 1-800-269-0271 (TTY 1-866-501-2101).**

**See Next Page**

**What This Action Means**

The Administrative Law Judge's decision is the final decision of the Commissioner of Social Security after remand by the court.

**If You Disagree With the Administrative Law Judge's Decision**

The court order that sent this case back to the Commissioner ended the court's review of the earlier decision. If you want a Federal district court to review the Commissioner's final decision after remand by the court, you must file a new civil action.

If you do not ask for court review, the Commissioner's decision will be a final decision that can be changed only under special rules.

**How To File A Civil Action**

You may file a civil action (ask for court review) by filing a complaint in the United States District Court for the judicial district in which you live. The complaint should name the Commissioner of Social Security as the defendant and should include the Social Security number(s) shown at the top of this letter.

You or your representative must deliver copies of your complaint and of the summons issued by the court to the U.S. Attorney for the judicial district where you file your complaint, as provided in rule 4(i) of the Federal Rules of Civil Procedure.

You or your representative must also send copies of the complaint and summons, by certified or registered mail, to the Social Security Administration's Office of the General Counsel that is responsible for the processing and handling of litigation in the particular judicial district in which the complaint is filed. The names, addresses, and jurisdictional responsibilities of these offices are published in the <u>Federal Register</u> (70 FR 73320, December 9, 2005), and are available on–line at the Social Security Administration's Internet site, <u>http://policy.ssa.gov/poms.nsf/links/0203106020</u>.

You or your representative must also send copies of the complaint and summons, by certified or registered mail, to the Attorney General of the United States, Washington, DC  20530.

**Time To File A Civil Action**

- You have 60 days to file a civil action (ask for court review).

- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.



- If you cannot file for court review within 60 days, you may ask the Appeals Council to extend your time to file. You must have a good reason for waiting more than 60 days to

See Next Page

Kimberly A Thompson                                                    Page 3 of 3

ask for court review. You must make the request in writing and give your reason(s) in the request.

You must mail your request for more time to the Appeals Council at the address shown at the top of this notice. Please put the Social Security number(s) also shown at the top of this notice on your request. We will send you a letter telling you whether your request for more time has been granted.

**About the Law**

The right to court review for claims under Title II (Social Security) is provided for in Section 205(g) of the Social Security Act. This section is also Section 405(g) of Title 42 of the United States Code.

The right to court review for claims under Title XVI (Supplemental Security Income) is provided for in Section 1631(c)(3) of the Social Security Act. This section is also Section 1383(c) of Title 42 of the United States Code.

The rules on filing civil actions are Rules 4(c) and (i) in the Federal Rules of Civil Procedure.

**Need More Help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this notice when you call.
3. You may also call your local office at (877)626-9909.

> Social Security
> 3554 Covington Hwy
> Decatur, GA 30032-9803

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

/s/ *Pamela D. Crawford*

Pamela D. Crawford
Administrative Appeals Judge

cc:
Kimberly A Thompson
3539 Robins Landing
Apt 9
Decatur, GA 30032





Dcaro CCPRB 3 Section
Room 801
5107 Leesburg Pike
Falls Church, VA 22041



‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

1118 1 MA 0.531 P1 T2 159646 1 18 1 CIPA R230614 0000

Kathleen Flynn
315 W. Ponce De Leon
Avenue, Suite 940
Decatur, GA 30030

*0301.CIPA:1108341*NOTAFP X3.CIPAFP.ODARS.R230614.PS1K

0000000000000000C P076023061:14678600108863



