| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.<br><br>1. Article Addressed to:<br><br>Ms. Lillian Marshall<br>Tort Claims GA District<br>PO Box 599 322<br>North Metro, GA 30026<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7803 2152 2278 74<br><br>2. Article Number *(Transfer from service label)*<br>7021 0950 0002 2570 0158 | A. Signature<br>X *Carol Aune*  ☒ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery<br>*Carol Aune*   01/30/2023<br>D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below:  ☒ No<br><br>3. Service Type<br>☒ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery over $500<br><br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt

