**EXHIBIT "B"**



June 23, 2023

Chad and Ami Foster

<u>**VIA USPS and Electronic Mail**</u>

**Re:     Notice of Default of Your Franchise Agreement**

Dear Chad and Ami,

  This letter is offered as notice that your Franchise Agreement with Floor Coverings International Ltd. is in default for the following reason, <u>but not limited to</u>:

- Failure to pay monthly Continuing Royalty fees to FCI within fifteen (15) business days of the due date for such payment shall be a material breach of this Agreement. The AR balance as of today is $2,671.77. Your June 12th payment has been returned twice for NSF.

  Please contact Karen Wilkins to arrange for curing this default within the next five (5) business days to avoid potential termination of your Franchise Agreement.

  Floor Coverings International, Ltd. reserves all rights granted by the Franchise Agreement including, but not limited to, post-termination noncompete provisions and collection of delinquent and future royalties.

         Sincerely,

         FLOOR COVERINGS INTERNATIONAL LTD.

         Benjamin Pace, CFO