

SUPREME COURT OF GEORGIA

Case No. S23H0035

May 16, 2023

The Honorable Supreme Court met pursuant to adjournment.

The following order was passed:

FUAD MOHAMUD v. KEVIN SPRAYBERRY, WARDEN.

Upon consideration of the application for certificate of probable cause to appeal the denial of habeas corpus, it is ordered that it be hereby denied.

*All the Justices concur.*

Trial Court Case No. 2019CA43365

SUPREME COURT OF THE STATE OF GEORGIA
Clerk's Office, Atlanta

I certify that the above is a true extract from the minutes of the Supreme Court of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

, Clerk