## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **DENISE HARDY,** | § § § | |
| Plaintiff, | § § | CIVIL ACTION |
| vs. | § § | FILE NO. _____ |
| **MICHAELS STORES, INC.,** | § § | |
| Defendant. | § § § | |

### DEFENDANT MICHAELS STORES, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW, **MICHAELS STORES, INC.**, Defendant in the above-styled action, and files its Answer and Affirmative Defenses to Plaintiff's Complaint, showing the Court as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against this Defendant upon which relief can be granted.

### SECOND DEFENSE

This Defendant shows that Plaintiff's alleged injuries, if any, were the result of Plaintiff's failure to exercise ordinary care.

### THIRD DEFENSE

This Defendant shows that Plaintiff's alleged damages, if any, were directly caused by Plaintiff's own contributory and comparative negligence.

### FOURTH DEFENSE

Plaintiff failed to exercise reasonable care for her safety, and such failure was the sole proximate cause of any alleged injuries to Plaintiff.

### FIFTH DEFENSE

Plaintiff is barred from recovering from this Defendant for the reasons that any such alleged condition was open and obvious such that Plaintiff's knowledge of such condition was either equal to or greater than that of this Defendant.

### SIXTH DEFENSE

As a next Defense, this Defendant answers the numbered paragraphs of Plaintiff's Complaint as follows:

1.

Defendant admits that it is a corporation, qualified to do business in the State of Georgia, whose registered agent, Corporation Service Company, has been served with process at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092. Defendant denies the remaining allegations contained within Paragraph 1 of Plaintiff's Complaint.

2.

Defendant denies the allegations contained within Paragraph 2 of Plaintiff's Complaint.

3.

Defendant denies as pled the allegations contained within Paragraph 3 of Plaintiff's Complaint.

4.

Defendant denies the allegations contained within Paragraph 4 of Plaintiff's Complaint.

5.

Defendant denies the allegations contained within Paragraph 5 of Plaintiff's Complaint.

6.

Defendant denies the allegations contained within Paragraph 6 of Plaintiff's Complaint.

7.

Defendant denies that Plaintiff is entitled to the relief requested in the "Wherefore" paragraph of Plaintiff's Complaint.

8.

Defendant denies any remaining allegations contained in Plaintiff's Complaint not previously responded to.

WHEREFORE, having fully answered, Defendant MICHAELS STORES, INC. prays that it be discharged without costs.

**A TRIAL BY A JURY IS DEMANDED.**

This 11th day of August, 2023.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

/s/ Candice R. Bryant
**CANDICE R. BRYANT**
Georgia Bar No. 807404
**J. ROBB CRUSER**
Georgia Bar No. 199480
*Attorneys for Defendant Michaels Stores, Inc.*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA  30092
(404) 881-2622
(404) 881-2630 (Fax)
cbryant@cmlawfirm.com
rcruser@cmlawfirm.com

**CERTIFICATE OF COMPLIANCE**

Undersigned counsel certify the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(C).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned has this day electronically filed the within and foregoing **DEFENDANT MICHAELS STORES, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT** with the Clerk of Court using the CM/ECF system which will send e-mail notification of such filing to the following attorneys of record:

Clyde E. Rickard
Jessica C. Nix
Christopher Sandbach
THE LAW OFFICE OF RICKARD, DREW & NIX
229 Peachtree Street, N.E., Suite 2420
Atlanta, GA 30303
*Counsel for Plaintiff*

This 11th day of August, 2023.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

/s/ Candice R. Bryant
**CANDICE R. BRYANT**
Georgia Bar No. 807404
**J. ROBB CRUSER**
Georgia Bar No. 199480
*Attorneys for Defendant Michaels Stores, Inc.*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA  30092
(404) 881-2622
(404) 881-2630 (Fax)
cbryant@cmlawfirm.com
rcruser@cmlawfirm.com