# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DENISE HARDY,** § | |
| § | |
| **Plaintiff,** § | |
| § | **CIVIL ACTION** |
| vs. § | |
| § | **FILE NO.** _____ |
| **MICHAELS STORES, INC.,** § | |
| § | |
| **Defendant.** § | |
| § | |

## DEFENDANT MICHAELS STORES, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, **MICHAELS STORES, INC.**, Defendant in the above-styled civil action, and hereby files and serves this Certificate of Interested Persons and Corporate Disclosure Statement, respectfully showing the Court as follows:

(1) The undersigned Counsel of Record for Defendant Michaels Stores, Inc. certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Plaintiff:        Denise Hardy.

    Defendant:     Michaels Stores, Inc.

Michaels Stores, Inc. is a privately held corporation. Michaels Stores, Inc.

has the following parent company: The Michaels Companies, Inc.

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships or corporations (including those related to a party as a subsidiary, conglomerate, affiliate or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Clyde E. Rickard, Jessica C. Nix, Christopher Sandbach and The Law Office of Rickard, Drew & Nix

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Defendant Michaels Stores, Inc. in this proceeding:

> Candice R. Bryant, Esq.
> J. Robb Cruser, Esq.
> Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
> 275 Scientific Drive, Suite 2000
> Peachtree Corners, GA  30092
> (404) 881-2622
> (404) 881-2630 (Fax)
> cbryant@cmlawfirm.com
> rcruser@cmlawfirm.com

*[Signature contained on next page.]*

This 11th day of August, 2023.

                              **CRUSER, MITCHELL, NOVITZ,**
                              **SANCHEZ, GASTON & ZIMET, LLP**

                              /s/ Candice R. Bryant
                              **CANDICE R. BRYANT**

Meridian II, Suite 2000          Georgia Bar No. 807404
275 Scientific Drive              **J. ROBB CRUSER**
Peachtree Corners, GA  30092   Georgia Bar No. 199480
(404) 881-2622                   *Attorneys for Defendant Michaels Stores,*
(404) 881-2630 (Fax)          *Inc.*
cbryant@cmlawfirm.com
rcruser@cmlawfirm.com

## **CERTIFICATE OF COMPLIANCE**

Undersigned counsel certify the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(C).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned has this day electronically filed the within and foregoing **DEFENDANT MICHAELS STORES, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will send e-mail notification of such filing to the following attorneys of record:

Clyde E. Rickard
Jessica C. Nix
Christopher Sandbach
THE LAW OFFICE OF RICKARD, DREW & NIX
229 Peachtree Street, N.E., Suite 2420
Atlanta, GA 30303
*Counsel for Plaintiff*

This 11th day of August, 2023.

        **CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

        /s/ Candice R. Bryant
        **CANDICE R. BRYANT**

Meridian II, Suite 2000    Georgia Bar No. 807404
275 Scientific Drive    **J. ROBB CRUSER**
Peachtree Corners, GA 30092    Georgia Bar No. 199480
(404) 881-2622    *Attorneys for Defendant Michaels Stores, Inc.*
(404) 881-2630 (Fax)
cbryant@cmlawfirm.com
rcruser@cmlawfirm.com