Case 1:23-mi-99999-UNA   Document 2564-4   Filed 08/11/23   Page 1 of 2

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-04735-S5**
**7/14/2023 12:41 PM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

| | |
|---|---|
| **MARIA D. BLACKWELL** | Case No.: 23-C-04735-S5 |
| Plaintiff/Petitioner | |
| vs. | AFFIDAVIT OF SERVICE OF |
| **ROBERT J. MCKISSICK; LAKE ERIE TRANSPORT, LLC; DB INSURANCE CO. LTD** | SUMMONS; COMPLAINT AND DEMAND FOR TRIAL BY JURY; PLAINTIFF'S FIRST CONTINUING INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCMENTS TO DEFENDANT LAKE ERIE TRANSPORT, LLC |
| Defendant/Respondent | |

Received by **Euael Beyene**, on the **12th day of July, 2023 at 10:34 PM** to be served upon **DB Ins. Co. c/o David Holcomb** at **900 Old Roswell Lakes Parkway Ste 310, Roswell, Fulton County, GA 30076**.
On the **13th day of July, 2023 at 1:03 PM**, I, **Euael Beyene**, SERVED **DB Ins. Co. c/o David Holcomb** at **900 Old Roswell Lakes Parkway Ste 310, Roswell, Fulton County, GA 30076** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Ethan Scott**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Ethan Scott who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white male contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Euael Beyene_    Server ID #: N/A    Date: 7/14/23

Notary Public: Subscribed and sworn before me on this _14th_ day of _July_ in the year of 20_23_
Personally known to me _✓_ or _____ identified by the following document: _____

Notary Public (Legal Signature)

[Notary Seal: B TASSAW, NOTARY PUBLIC, GEORGIA, DEKALB COUNTY, EXPIRES 05/22/2023]

REF: 1080358    Page 1 of 1    Tracking #: 0110180355

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

FILED IN OFFICE
CLERK STATE COURT
GWINNETT COUNTY, GA
2022 DEC 29 AM 11:42
TIANA P. GARNER, CLERK

IN RE: Permanent Process Servers
Case Number: 22-C-07277-2

## ORDER OF APPOINTMENT

The application of the undersigned permanent process server having been read and considered, said applicant is hereby appointed permanent process server of this court pursuant to O.C.G.A. § 9-11-4(c), from the date of this order **up to and including January 4, 2024.**

This order allows the applicant to serve as a process server in Gwinnett County State Court matters only, on an annual renewable basis.

SO ORDERED this __28__ day of __December__, 20__22__.

_____
Presiding Judge
Gwinnett County State Court

Applicant Name: Euael Beyene
UL Process Services
Address: 4514 Chamblee Dunwoody Rd Suite 231
Atlanta, GA 30338
678-751-6412