IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

MARIA D. BLACKWELL,

    Plaintiff,

v.

ROBERT J. MCKISSICK, LAKE ERIE
TRANSPORT, LLC and DB INSURANCE
CO., LTD,

    Defendants.

Civil Action
File No.:    23-C-04735-S5

## DB INSURANCE CO., LTD'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE, Defendant DB Insurance co., LTD., by and through its counsel of record, is filing a Petition for Removal in the office of the clerk of the United States District Court, Northern District of Georgia, Atlanta Division. A copy of the proposed Petition for Removal is attached hereto as Exhibit 1. By virtue of law, the aforesaid case is now removed and all further proceedings in the State Court of Gwinnett County are stayed.

This 11th day of August, 2023.

Chartwell Law
Attorneys for Defendants

By:    */S/ROBERT E. NOBLE, III*
        Robert E. Noble, III
        GA State Bar No.:  261331
        rnoble@chartwelllaw.com
        Danielle N. Glover
        GA State Bar No.:  650569
        dglover@chartwelllaw.com
        3200 Cobb Galleria Parkway, Suite 250
        Atlanta, GA 30339
        Main (404) 410-1151
        Fax (404) 738-1632

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

MARIA D. BLACKWELL,

    Plaintiff,

v.

ROBERT J. MCKISSICK, LAKE ERIE
TRANSPORT, LLC and DB INSURANCE
CO., LTD,

    Defendants.

Civil Action
File No.:    23-C-04735-S5

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel and parties of record with a

copy of ***DB Insurance Co., LTD's Notice of Removal*** by statutory electronic service

pursuant to O.C.G.A. § 9-11-5(b) **or** by depositing a copy of same in the United States Mail,

postage prepaid, as follows:

Jan P. Cohen
Kathryn B. Reddy
KENNETH S. NUGENT, P.C.
4227 Pleasant Hill Road
Building Eleven
Duluth, Georgia 30096
jcohen@attorneykennugent.com
kreddy@attorneykennugent.com
*Attorneys for Plaintiff*

This 11th day of August, 2023.

/S/*ROBERT A. LUSKIN*
Robert E. Noble, III
GA State Bar No.:  261331
rnoble@chartwelllaw.com
3200 Cobb Galleria Parkway, Suite 250
Atlanta, GA 30339
Main (404) 410-1151; Fax (404) 738-1632