# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**Annual Registration**  *Electronically Filed*
Secretary of State
Filing Date: 02/15/2023 10:33:49

## BUSINESS INFORMATION

| | | |
|---|---|---|
| **BUSINESS NAME** | : | HARBOR FREIGHT TOOLS USA, INC. |
| **CONTROL NUMBER** | : | 0050361 |
| **BUSINESS TYPE** | : | Foreign Profit Corporation |
| **JURISDICTION** | : | Delaware |
| **ANNUAL REGISTRATION PERIOD** | : | 2023 |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | Attn: Legal Compliance, 26541 Agoura Road, Calabasas, CA, 91302-2093, USA |
| **REGISTERED AGENT NAME** | : | CORPORATE CREATIONS NETWORK INC. |
| **REGISTERED OFFICE ADDRESS** | : | 2985 GORDY PARKWAY, 1ST FLOOR, Marietta, GA, 30006, USA |
| **REGISTERED OFFICE COUNTY** | : | Cobb |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Eric L Smidt | CEO | 26541 Agoura Road, Calabasas, CA, 91302-2093, USA |
| Tomas Kokko | CFO | 26541 Agoura Road, Calabasas, CA, 91302-2093, USA |
| Marc M Friedman | Secretary | 26541 Agoura Road, Calabasas, CA, 91302-2093, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 26677 Agoura Rd., Calabasas, CA, 91302-2093, USA |
| **REGISTERED AGENT NAME** | : | CORPORATE CREATIONS NETWORK INC. |
| **REGISTERED OFFICE ADDRESS** | : | 2985 GORDY PARKWAY, 1ST FLOOR, Marietta, GA, 30006, USA |
| **REGISTERED OFFICE COUNTY** | : | Cobb |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Eric Smidt | CEO | 26677 Agoura Rd., Calabasas, CA, 91302, USA |
| Jason Kupper | Secretary | 26677 Agoura Rd., Calabasas, CA, 91302, USA |
| Tomas P Kokko | CFO | 26677 Agoura Rd., Calabasas, CA, 91302, USA |

## AUTHORIZER INFORMATION

| | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | John Duemig, Special Secretary |
| **AUTHORIZER TITLE** | : | Authorized Person |