IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| JOHN HARRISON, | )( | |
| | )( | |
| Plaintiff, | )( | |
| | )( | CIVIL ACTION FILE NO. |
| v. | )( | 23-A-2795 |
| | )( | |
| HARBOR FREIGHT TOOLS USA, INC., | )( | |
| ANDCENTRAL PURCHASING, LLC, | )( | |
| D/B/A HARBOR FREIGHT TOOLS. | )( | |
| | )( | |
| Defendants. | )( | |

## DEFENDANTS HARBOR FREIGHT TOOLS USA, INC. AND CENTRAL PURCHASING LLC'S NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT

NOTICE IS HEREBY GIVEN that Defendants Harbor Freight Tools USA, Inc. and Central Purchasing, LLC, (improperly identified as Central Purchasing, LLC, d/b/a Harbor Freight Tools), have on this date removed the above-captioned action the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. Attached as Exhibit 1 is a true and correct copy of Defendants' Federal Notice of Removal, with exhibits.

This 11th day of August, 2023.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ C. Bradford Marsh*

C. Bradford Marsh
Georgia Bar No. 471280
Myrece R. Johnson
Georgia Bar No. 940301
*Attorneys for Defendants Harbor Freight Tools USA, Inc. and Central Purchasing, LLC*

1420 Peachtree St. N.E., Suite 800
Atlanta, Georgia 30309
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
brad.marsh@swiftcurrie.com
myrece.johnson@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused the attached **DEFENDANTS HARBOR FREIGHT TOOLS USA, INC. AND CENTRAL PURCHASING LLC'S NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT** to be filed and served on counsel of record as follows:

Andrew S. Ashby
Maxwell K. Thelen
Seth A. Lowry
Ashby Thelen Lowry
445 Franklin Gateway SE
Marietta, Georgia 30067
drew@atllaw.com
max@atllaw.com
seth@atllaw.com

This 11th day of August, 2023.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ C. Bradford Marsh*

C. Bradford Marsh
Georgia Bar No. 471280
Myrece R. Johnson
Georgia Bar No. 940301
*Attorneys for Defendants Harbor Freight Tools USA, Inc. and Central Purchasing, LLC*

1420 Peachtree St. N.E., Suite 800
Atlanta, Georgia 30309
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
brad.marsh@swiftcurrie.com
myrece.johnson@swiftcurrie.com

4867-3512-3062, v. 1