IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHN HARRISON, | )( | |
| | )( | |
| Plaintiff, | )( | |
| | )( | CIVIL ACTION FILE NO. |
| v. | )( | |
| | )( | |
| HARBOR FREIGHT TOOLS USA, INC., | )( | |
| AND CENTRAL PURCHASING, LLC, | )( | |
| D/B/A HARBOR FREIGHT TOOLS. | )( | |
| | )( | |
| Defendants. | )( | |

## CONSENT TO REMOVAL BY HARBOR FREIGHT TOOLS USA, INC.

COMES NOW Harbor Freight Tools USA, Inc., by and through its counsel, and hereby gives notice to the Court and parties in this case of its consent to the removal of this action to the United States District Court, Northern District of Georgia, Atlanta Division.

This 11th day of August, 2023.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ C. Bradford Marsh*
_____
C. Bradford Marsh
Georgia Bar No. 471280
Myrece R. Johnson
Georgia Bar No. 940301
*Attorneys for Defendants Harbor Freight Tools*
*USA, Inc. and Central Purchasing, LLC*

1420 Peachtree St. N.E., Suite 800
Atlanta, Georgia 30309
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
brad.marsh@swiftcurrie.com
myrece.johnson@swiftcurrie.com

## **LOCAL RULE 5.1(C) CERTIFICATION**

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1(C)

This 11th day of August, 2023.

                      SWIFT, CURRIE, McGHEE & HIERS, LLP

                      */s/ C. Bradford Marsh*
                      _____
                      C. Bradford Marsh
                      Georgia Bar No. 471280
                      Myrece R. Johnson
                      Georgia Bar No. 940301
                      *Attorneys for Defendants Harbor Freight Tools*
                      *USA, Inc. and Central Purchasing, LLC*

1420 Peachtree St. N.E., Suite 800
Atlanta, Georgia 30309
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
brad.marsh@swiftcurrie.com
myrece.johnson@swiftcurrie.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused the foregoing pleading **CONSENT TO REMOVAL BY HARBOR FREIGHT TOOLS USA, INC.** to be filed and served on counsel of record as follows:

Andrew S. Ashby
Maxwell K. Thelen
Seth A. Lowry
Ashby Thelen Lowry
445 Franklin Gateway SE
Marietta, Georgia 30067
drew@atllaw.com
max@atllaw.com
seth@atllaw.com

This 11th day of August, 2023.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ C. Bradford Marsh*
_____
C. Bradford Marsh
Georgia Bar No. 471280
Myrece R. Johnson
Georgia Bar No. 940301
*Attorneys for Defendants Harbor Freight Tools USA, Inc. and Central Purchasing, LLC*

1420 Peachtree St. N.E., Suite 800
Atlanta, Georgia 30309
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
brad.marsh@swiftcurrie.com
myrece.johnson@swiftcurrie.com

4886-8495-0646, v. 1