# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **EDWARD DRISCOLL and HOLLY JOEL DRISCOLL** *Plaintiffs*, v. **STATE FARM FIRE AND CASUALTY COMPANY,** *Defendant*. | **Civil Action File No.** _____ |

## NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT

TO: D. Bruce Janzen, Jr.
J. Remington Huggins
Michael D. Turner
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, GA 30075
bruce@lawhuggins.com
remington@lawhuggins.com
mdturner@lawhuggins.com

    YOU ARE HEREBY notified of the filing of a Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division in the case of *Edward Driscoll and Holly Joel Driscoll v. State Farm Fire and Casualty Company*, Civil Action File No. 23-A-05815-9, pending in the Superior Court of Gwinnett County, Georgia in accordance with the provisions of Section 1446, Title 28 of the United States Code. A copy of said Notice is attached hereto.

*[Signature of Counsel on Following Page]*

Respectfully submitted this 11th day of August 2023.

                              **HAWKINS PARNELL & YOUNG, LLP**

                              /s/ *Teresa Lazzaroni*
                              Teresa E. Lazzaroni
                              Georgia Bar No. 438614
                              *Counsel for Defendant*

303 Peachtree Street
Suite 4000
Atlanta, Georgia 30308-3243
(404) 614-7400
(855) 889-4588 (fax)
tlazzaroni@hpylaw.com