IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| **EDWARD DRISCOLL and HOLLY JOEL DRISCOLL** *Plaintiffs*, v. **STATE FARM FIRE AND CASUALTY COMPANY,** *Defendant.* | Civil Action File No. _____ |

## DECLARATION

My name is Teresa E. Lazzaroni, and I am an attorney for the named Defendant in the above-captioned suit; the contents, statements, averments, and good-faith representations contained in the accompanying Notice of Removal are true to the best of my knowledge and belief. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 11, 2023, in Atlanta, GA.

_____
Teresa E. Lazzaroni
Georgia Bar No. 438614