## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

### ATLANTA DIVISION

| | |
|---|---|
| **EDWARD DRISCOLL and HOLLY JOEL DRISCOLL** *Plaintiffs,* v. **STATE FARM FIRE AND CASUALTY COMPANY,** *Defendant.* | **Civil Action File No.** _____ |

### DECLARATION OF COMPLIANCE WITH 28 U.S.C. § 1446(d)

My name is Teresa E. Lazzaroni, and I am an attorney for the named Defendant in the above-captioned suit; in accordance with 28 U.S.C. § 1446(d), promptly after the filing of the accompanying Notice of Removal, my office will file a copy of the Notice with the clerk of the Superior Court of Gwinnett County; and in accordance with that same statute, my office is providing notice of the filing of said Notice to Plaintiff's counsel (D. Bruce Janzen, Jr., J. Remington Huggins, and Michael D. Turner, The Huggins Law Firm, LLC, 110 Norcross Street, Roswell, GA 30075, bruce@lawhiggins.com, Remington@lawhuggins.com; and mdturner@lawhuggins.com). I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 11, 2023, in Atlanta, GA.

Teresa E. Lazzaroni
Georgia Bar No. 438614