IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| EDWARD DRISCOLL and HOLLY JOEL DRISCOLL<br>*Plaintiffs*,<br>v.<br>STATE FARM FIRE AND CASUALTY COMPANY,<br>*Defendant*. | Civil Action File No.<br><br>_____ |

## CERTIFICATE OF SERVICE

I have served counsel for Plaintiff in this case with the foregoing ***Notice to Plaintiff of Removal to Federal Court*** and ***Notice of Removal (with Exhibits A-D, Attorney's Declaration, Declaration of Compliance with 28 U.S.C. § 1446(d), and Notice of Filing)*** by email and placing copies in the U.S. Mail in envelope with sufficient postage to ensure delivery, addressed as follows:

D. Bruce Janzen, Jr.<br>
J. Remington Huggins<br>
Michael D. Turner<br>
THE HUGGINS LAW FIRM, LLC<br>
110 Norcross Street<br>
Roswell, GA 30075<br>
bruce@lawhuggins.com<br>
remington@lawhuggins.com<br>
mdturner@lawhuggins.com

***[Signature of Counsel on Following Page]***

Respectfully submitted this 11th day of August 2023.

                                                **HAWKINS PARNELL & YOUNG, LLP**

                                                /s/ *Teresa E. Lazzaroni*
                                                Teresa E. Lazzaroni
                                                Georgia Bar No. 438614
                                                *Counsel for Defendants*

303 Peachtree Street
Suite 4000
Atlanta, Georgia 30308-3243
(404) 614-7400
(855) 889-4588 (fax)
tlazzaroni@hpylaw.com