# **EXHIBIT B**

A copy of the summons issued by the Clerk of the Superior Court
of Gwinnett County to State Farm Fire and Casualty Company on July 6, 2023

*Driscoll v. State Farm Fire and Casualty Company*
In the United States District Court for the Northern District of Georgia
Atlanta Division

E-FILED IN OFFICE - JM
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-05815-9**
7/6/2023 2:26 PM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

**Edward Driscoll** and **Holly Joel Driscoll**
Mailing Address: 2410 Ridgewood Rd NW, Atlanta
GA, 30318

                **PLAINTIFFS**        **CIVIL ACTION NUMBER:** 23-A-05815-9

**VS**

**State Farm Fire and Casualty Company**
**RA: Corporation Service Company**
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

                **DEFENDANT**

## SUMMONS

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiffs' attorney, whose name and address is:

**D. Bruce Janzen**
**Attorney For the Plaintiffs**
THE HUGGINS LAW FIRM, LLC
**110 Norcross Street**
**Roswell, GA 30075**
**770-913-6229**
Bruce@lawhuggins.com

an Answer to the Complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 6th day of July, 2023.

                Tiana P. Garner,
                Clerk of Superior Court

BY: _____
Deputy Clerk