# **EXHIBIT C**

July 12, 2023 Sheriff's Entry of Service

*Driscoll v. State Farm Fire and Casualty Company*
In the United States District Court for the Northern District of Georgia
Atlanta Division

SHERIFF'S ENTRY OF SERVICE

| | |
|---|---|
| Civil Action No. __23-A-058159__ | Superior Court ☒   Magistrate Court ☐<br>State Court ☐   Probate Court ☐<br>Juvenile Court ☐ |
| Date Filed ____07/06/2023____ | Georgia, Gwinnett COUNTY |

_Edward Driscoll and Holly Driscoll_____

**Plaintiff**

VS.

_____State Farm Fire and Casualty Company

**Defendant**

Attorney's Address

Huggins Law Firm, LLC

110 Norcross St.

Roswell, GA 30075

Name and Address of Party to Served

__State Farm Fire and Casualty Company___

___RA: Corportation Service Company____

2 Sun Court, Suite 400 Peachtree Corners, GA 30092

_____Garnishee

## SHERIFF'S ENTRY OF SERVICE

☐ **PERSONAL**
I have this day served the defendant _____ personally with a copy
of the within action and summons.

☐ **NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of defendant.

☒ **CORPORATION**
Served the defendant __State Farm Fire and Casualty Company__ a corporation
by leaving a copy of the within action and summons with __Alisha Smith__
In charge of the office and place of doing business of said Corporation in this County.

☐ **TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

☐ **NON EST**
Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This __12__ day of __July__, 20__23__

DEPUTY   Sgt. Collinso 500

FILED IN OFFICE
2023 JUL 12 AM 10:42
TIANA P. GARNHER, CLERK
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

**CLERK'S | DEFENDANT'S | PLAINTIFF'S COPY**