# **EXHIBIT D**

Plaintiff's July 6, 2023 Certificate of Service

*Driscoll v. State Farm Fire and Casualty Company*
In the United States District Court for the Northern District of Georgia
Atlanta Division

Case 1:23-mi-99999-UNA   Document 2566-8   Filed 08/11/23   Page 2 of 2

E-FILED IN OFFICE - JM
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-05815-9**
**7/6/2023 2:26 PM**
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **EDWARD DRISCOLL and HOLLY JOEL DRISCOLL,**  )<br>)<br>**Plaintiffs,**  )<br>)<br>v.  )<br>)<br>**STATE FARM FIRE AND CASUALTY COMPANY,** )<br> a foreign corporation,  )<br>)<br>**Defendant.**  )  | **CIVIL ACTION FILE NO.:**<br>_____<br>23-A-05815-9 |

### CERTIFICATE OF SERVICE

This is to certify that I have served the foregoing upon the Defendant State Farm Fire and Casualty Company by serving them with the ***Summons, Complaint and Exhibits***, and ***Plaintiffs' First Set of Interrogatories and Request for Production of Documents*** in accordance with the Court's rules to Defendant State Farm Fire and Casualty Company at the address listed below:

**C T Corporation System**
**Registered Agent for Defendant State Farm Fire and Casualty Company**
**289 S. Culver St.**
**Lawrenceville, GA 30046**

Respectfully submitted, this 6th day of July, 2023.

RESPECTFULLY SUBMITTED,

*[signature]*

_____

| | |
|---|---|
| **The Huggins Law Firm, LLC**<br>110 Norcross Street<br>Roswell, GA 30075<br>(o) (770) 913-6229<br>(e) bruce@lawhuggins.com<br>(e) remington@lawhuggins.com<br>(e) mdturner@lawhuggins.com | D. Bruce Janzen, Jr., Esq.<br>Georgia Bar No.: 245474<br>J. Remington Huggins, Esq.<br>Georgia Bar No.: 348736<br>Michael D. Turner, Esq.<br>Georgia Bar No.: 216414<br>*Attorneys for the Plaintiff* |