GEORGIA
CORPORATIONS
DIVISION

GEORGIA SECRETARY OF STATE

# BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **WAL-MART STORES EAST, LP (DELAWARE)** | Control Number: | **0150520** |
| Business Type: | **Foreign Limited Partnership** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **702 SW 8th St., Bentonville, AR, 72716, USA** | Date of Formation / Registration Date: | **11/16/2001** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2022** |
| Principal Record Address: | **NONE** | | |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **THE CORPORATION COMPANY (FL)** |
| Physical Address: | **106 Colony Park Drive Ste. 800-B, Cumming, GA, 30040-2794, USA** |
| County: | **Forsyth** |

### GENERAL PARTNER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| WSE MANAGEMENT,, LLC | General Partner | 708 SW 8th Street, Bentonville, AR, 72716, USA |

Back

Filing History          Name History

Return to Business Search



Office of the Georgia Secretary of St...                    ...ower Atlanta, GA 30334-1530,
Phone: (404) 656-2...                                        .../sos.ga.gov/
© 2015 PCC Technolo...                                       **Report a Problem?**

Exhibit C

 GEORGIA
CORPORATIONS
DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **WSE MANAGEMENT, LLC** | Control Number: | **0206279** |
| Business Type: | **Foreign Limited Liability Company** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **702 SW 8th St., Bentonville, AR, 72716, USA** | Date of Formation / Registration Date: | **2/5/2002** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2022** |
| Principal Record Address: | **NONE** | | |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **THE CORPORATION COMPANY (FL)** |
| Physical Address: | **106 Colony Park Drive Ste. 800-B, Cumming, GA, 30040-2794, USA** |
| County: | **Forsyth** |

Back

Filing History          Name History

Return to Business Search

Delaware.gov                                                         Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

[Allowable Characters](#)

HOME

| | Entity Details |
|---|---|

**THIS IS NOT A STATEMENT OF GOOD STANDING**

<u>File Number:</u>           **3455667**             <u>Incorporation Date /</u>   **11/9/2001**
                                                    <u>Formation Date:</u>        (mm/dd/yyyy)

<u>Entity Name:</u>          **WSE INVESTMENT, LLC**

<u>Entity Kind:</u>          **Limited
                            Liability
                            Company**                <u>Entity Type:</u>    **General**

<u>Residency:</u>           **Domestic**                        State:    **DELAWARE**

**REGISTERED AGENT INFORMATION**

Name:              **THE CORPORATION TRUST COMPANY**

Address:           **CORPORATION TRUST CENTER 1209 ORANGE ST**

City:              **WILMINGTON**                County:   **New Castle**

State:             **DE**                        Postal Code:   **19801**

Phone:             **302-658-7581**

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or
more detailed information including current franchise tax assessment, current filing history
and more for a fee of $20.00.
Would you like ◯ Status ◯ Status,Tax & History Information

[ Submit ]

[ View Search Results ]            [ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

**Department of State: Division of Corporations**

[Allowable Characters](#)

**HOME**

[View Search Results](#)

### Entity Details

| | | | |
|---|---|---|---|
| File Number: | 3455667 | Incorporation Date / Formation Date: | 11/9/2001 (mm/dd/yyyy) |
| Entity Name: | WSE INVESTMENT, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | State: |
| Status: | Good Standing | Status Date: | 11/9/2001 |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Back to Entity Search    Email Status

For help on a particular field click on the Field Tag to take you to the help area.



# GEORGIA
# CORPORATIONS
# DIVISION

GEORGIA SECRETARY OF STATE

## BRAD RAFFENSPERGER

HOME (/)

**BUSINESS SEARCH**

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **Walmart INC.** | Control Number: | **J151025** |
| Business Type: | **Foreign Profit Corporation** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **708 SW 8th Street, Bentonville, AR, 72716, USA** | Date of Formation / Registration Date: | **7/20/1981** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2022** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **THE CORPORATION COMPANY (FL)** |
| Physical Address: | **106 Colony Park Drive Ste. 800-B, Cumming, GA, 30040-2794, USA** |
| County: | **Forsyth** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| C. Douglas McMillon | CEO | 708 SW 8th Street, Bentonville, AR, 72716, USA |
| Jessica Rancher | Secretary | 708 SW 8th Street, Bentonville, AR, 72716, USA |
| M. Brett Biggs | CFO | 708 SW 8th Street, Bentonville, AR, 72716, USA |

Back

Filing History     Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19     Report a Problem?



# GEORGIA
# CORPORATIONS
# DIVISION

GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **WAL-MART STORES EAST, LP (DELAWARE)** | Control Number: | **0150520** |
| Business Type: | **Foreign Limited Partnership** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **702 SW 8th St., Bentonville, AR, 72716, USA** | Date of Formation / Registration Date: | **11/16/2001** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2022** |
| Principal Record Address: | **NONE** | | |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **THE CORPORATION COMPANY (FL)** |
| Physical Address: | **106 Colony Park Drive Ste. 800-B, Cumming, GA, 30040-2794, USA** |
| County: | **Forsyth** |

### GENERAL PARTNER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| WSE MANAGEMENT,, LLC | General Partner | 708 SW 8th Street, Bentonville, AR, 72716, USA |

Back

Filing History     Name History

Return to Business Search