**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KATAVIUS THREATT, individually, and as Next Friend of NIASIA THREATT,<br><br>Plaintiff,<br><br>v.<br><br>PINE RIDGE MACON, LLC d/b/a Pine Ridge Apartments, NEW HOME, LLC, TIESHA KAY, and JOHN DOE NOS. 1-10.,<br><br>Defendants. | CIVIL ACTION<br>FILE NO.:_____<br><br>*Removed from*<br>*Fulton County State Court*<br>*Civil Action File No.: 23EV000464* |

## DEFENDANTS PINE RIDGE MACON, LLC AND NEW HOME, LLC's PETITION FOR REMOVAL

COME NOW, Defendants Pine Ridge Macon, LLC and New Home, LLC, by and through undersigned counsel, and show this Honorable Court the following:

1.

This civil action was filed in the State Court of Fulton County, Georgia, said county being part of the Northern District of Georgia. (N.D.G.A. Local Rule 3.1(A), LR App. A, I). This, the Atlanta Division of this Court, is the proper Division for this removal as further set forth below.

2.

The action is a civil action for personal bodily injuries, medical expenses, and other damages and the United States District Court for the Northern District of Georgia has jurisdiction by reason of the diversity of citizenship of the parties.

3.

The amount in controversy exceeds $75,000.00, the statutory minimum amount, exclusive of interest and costs.  Although Plaintiff's Complaint only alleges special damages "in excess of $19,683.24," Plaintiff admitted on August 9, 2023, that Plaintiff seeks to recover more than $75,000 in this case. [Complaint for Damages, attached as Exhibit "1," p. 5, ¶ 11]; [Plaintiff's Response to Def's 2nd RFAs, attached as Exhibit "2," p. 1, ¶¶ 1-2].

4.

(a)    At the time of the commencement of this action in State Court, upon information and belief, Plaintiff Katavius Threatt and her minor child were citizens of Georgia.

(b)    Defendant New Home LLC, at the time the action was commenced and at the present time, was and still is a Georgia limited liability company. Defendant New Home LLC's sole member is Akram Wassef who is a citizen of the State of New York.

(c) Defendant Pine Ridge Macon, LLC, at the time the action was commenced and at the present time, was and still is a Georgia limited liability company. Defendant Pine Ridge Macon, LLC's sole member is Akram Wassef who is a citizen of the State of New York.

(d) Although Plaintiff named Tiesha Kay as a defendant, Kay has not been personally served with a copy of the summons and complaint. [Plaintiff's Response to Def's 1st RFAs, attached as Exhibit "3," p. 1, ¶ 1]. No proof of service has been filed on the record for Kay, personally or otherwise. Plaintiff intends to serve Kay by publication, but this has not occurred. Therefore, Kay should not be considered when determining complete diversity among the parties. See 28 U.S.C. § 1441(b)(2) ("A civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest *properly joined and served as defendants* is a citizen of the State in which such action is brought.") (emphasis added).

(e) Plaintiff also named fictious defendants but their citizenship "shall be disregarded." See 28 U.S.C. § 1441(b)(1).

5.

A true and correct copy of all process, pleadings, and orders served upon Defendants Pine Ridge and New Home in this action are attached hereto as Exhibit "4."

6.

This civil action is based on a controversy between citizens of different states, and as outlined above, the amount in controversy exceeds $75,000.00. As such, this matter has become ripe for removal based on federal diversity jurisdiction.

7.

The instant Petition is being timely filed, pursuant to and in accordance with 28 U.S.C. § 1446(b)(3), within thirty days of the service of Plaintiff's Response to Defendant Pine Ridge Macon, LLC's Second Request for Admissions, wherein Plaintiff admitted that the amount in controversy exceeds the jurisdictional amount. [See Exhibit 2, p. 1, ¶¶ 1-2].

8.

The instant Petition is timely filed, pursuant to and in accordance with 28 U.S.C. § 1446(c)(1), within one year of the commencement of the action.

9.

Accordingly, this action, over which this Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1332, is removable to the United States District Court for the Northern District of Georgia, pursuant to 28 U.S.C. § 1441.

10.

Venue is proper in the Atlanta Division of the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1391, and N.D.G.A. Local Rule 3.1(B)(1)(a). Specifically, Plaintiff's Complaint was filed in the State Court of Fulton County, which is part of the Atlanta Division. See N.D.G.A. Local Rule 3.1(A), LR App. A, I.

11.

As required by 28 U.S.C. § 1446(d), Defendants shall give written notice hereof to all adverse parties and shall file a copy of this Petition with the Clerk of the State Court of Fulton County.

WHEREFORE, Defendants New Home, LLC and Pine Ridge Macon, LLC request that this action proceed in this Court as an action properly removed to it.

Respectfully submitted, this the  11th  day of  August , 2023.

**GRAY, RUST, ST. AMAND,
MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road
Suite 1700-Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:  (404) 870-7448
Facsimile:   (404) 870-1030
Email:        mmoffett@grsmb.com
                   cperniciaro@grsmb.com

*/s/ Chris J. Perniciaro*
Matthew G. Moffett
Georgia State Bar No.:  515323
Chris J. Perniciaro
Georgia State Bar No.: 618477
*Attorneys for Defendants New Home, LLC and Pine Ridge Macon, LLC*

## **CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1**

This is to certify that I have this day served the forgoing with the Clerk of Court and upon all counsel of record using the CM/ECF system which will automatically send email notification of such filing to the following:

**Ashley Cameron-Bivins**
**DOZIER LAW FIRM, LLC**
**487 Cherry Street**
**P.O. Box 13**
**Macon, Georgia 31202**

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1.  It is prepared in Times New Roman 14 point font.

Respectfully submitted, this the 11th day of  August, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road
Suite 1700-Salesforce Tower Atlanta            */s/ Chris J. Perniciaro*
Atlanta, Georgia 30326                          Matthew G. Moffett
Telephone:  (404) 870-7448                      Georgia State Bar No.:  515323
Facsimile:   (404) 870-1030                     Chris J. Perniciaro
Email:        mmoffett@grsmb.com                Georgia State Bar No.: 618477
                cperniciaro@grsmb.com           *Attorneys for Defendants New Home, LLC and Pine Ridge Macon, LLC*