# Exhibit 1

Complaint for Damages

***Defendants Pine Ridge Macon, LLC And New Home, LLC's Petition For Removal***

Case 1:23-mi-99999-UNA   Document 2571-1   Filed 08/11/23   Page 2 of 7

State Court of Fulton County
**E-FILED**
23EV000464
1/20/2023 2:16 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| KATAVIUS THREATT, Individually and as Next Friend of NIASIA THREATT,<br><br>  Plaintiffs,<br>v.<br><br>PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS, NEW HOME, LLC, TIESHA KAY, and JOHN DOE NOS. 1-10.<br><br>  Defendants. | CIVIL ACTION NO. _____ |

## COMPLAINT FOR DAMAGES

COMES NOW, KATAVIUS THREATT, Individually and as Next Friend of NIASIA THREATT, Plaintiffs in the above-captioned case, by and through their undersigned counsel of record, and files this, her Complaint for Damages, and respectfully shows:

1.

Defendant PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS, is a domestic limited liability company whose registered agent resides in Fulton County, Georgia, subjecting it to the venue and jurisdiction of this Court.

2.

Defendant NEW HOME, LLC is a domestic limited liability company whose registered agent resides in Fulton County, Georgia, subjecting it to the venue and jurisdiction of this Court as a joint tort-feasor.

3.

Defendant TIESHA KAY is subject to the venue and jurisdiction of this Court as a joint tort-feasor.

4.

Defendant(s) JOHN DOE NOS. 1-10, at all times relevant to this Complaint for Damages, was and is an employee and/or agent of PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS and/or NEW HOME, LLC, subjecting him/her to the venue and jurisdiction of this Court as a joint tort-feasor.

5.

Defendant PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS at all times relevant to this Complaint, owned, operated, maintained and/or managed the apartment complex located at 1966 Clinton Road (1968 Clinton Road), Macon, Bibb County, Georgia 31211.

6.

Defendant NEW HOME, LLC at all times relevant to this Complaint, owned, operated, maintained and/or managed the apartment complex located at 1966 Clinton Road (1968 Clinton Road), Macon, Bibb County, Georgia 31211.

7.

On or about January 20, 2021, Plaintiff Niasia Threatt entered onto the subject premises as an invitee.

8.

While on the premises as an invitee, Plaintiff Niasia Threatt was shot and seriously injured by Defendant TIESHA KAY.

9.

At all times relevant to this Complaint for Damages, Defendants had a legal duty to keep the subject premises in a state consistent with the due regard for the safety of their invitees and guests. Further, Defendants had a legal duty to protect invitees and their guests from third-party

criminal attacks. Defendants breached their duty owed to Plaintiff by failing to exercise ordinary care to keep the premises safe in one or more of the following ways:

- a) Failing to remove dangerous persons from its property on January 20, 2021;
- b) Failing to have any security guards and/or off-duty police officers patrolling the subject premises at the time Plaintiff was shot;
- c) Allowing dangerous persons to roam the premises for a lengthy period of time, undeterred and unencumbered by any security measures, just looking for a victim;
- d) Failing to remove the assailant who shot Plaintiff from the property prior to Plaintiff getting shot;
- e) Failing to have adequate security officers and/or off-duty security patrols despite their knowledge of numerous prior violent crimes having occurred;
- f) Failing to install, maintain or repair security equipment such as surveillance cameras so that such equipment would be properly functioning on and prior to January 20, 2021;
- g) Failing to monitor surveillance cameras so as to keep dangerous persons from coming onto the subject premises and/or loitering on the subject premises;
- h) Failing to maintain and enforce criminal trespass lists and procedures, including, but not limited to, "banned persons" policies and procedures;
- i) Failing to take appropriate action to deter foreseeable crime such as the shooting that led to Plaintiff's injuries;
- j) Failing to take reasonable actions in response to prior employee and/or customer safety concerns;
- k) Failing to properly document prior employee and/or customer safety concerns;

l)     Failing to properly allocate enough resources to security measures despite actual knowledge of extensive violent crime occurring in the common areas of the premises prior to January 20, 2021;

m)     Failing to take reasonable steps to make itself aware of the dangerous conditions that existed at the subject premises on and prior to January 20, 2021;

n)     Failing to remedy one or more security deficiencies about which they were aware of and on notice;

o)     Failing to maintain, inspect, secure, patrol, and manage the subject premises;

p)     Falsely representing to invitees and their guests that the subject premises was safe;

q)     Knowingly violating their own policies, protocols, and procedures which were designed in whole or in part to prevent or deter unauthorized persons from coming onto the premises and engaging in criminal activity;

r)     Failing to adequately supervise, hire, train, and retain their employees and agents and for the entrustment of the premises to their agents and employees;

s)     Failing to warn business invitees, including Plaintiff, of dangerous conditions and criminal activity at the subject premises; and,

t)     All other acts of negligence as may be shown at the time of trial.

10.

The aforementioned shooting pled in ¶ 8 of this Complaint for Damages, which was the foreseeable and proximate result of Defendants' negligent breach of duty, resulted in serious injuries to Plaintiff Niasia Threatt's body, which required immediate medical attention and rehabilitation.

11.

As a foreseeable and proximate result of Defendants' negligence, Plaintiff Katavius Threatt has incurred medical expenses on behalf of her minor child Niasia Threatt in excess of $19,683.24.

12.

In addition to the aforementioned damages, Plaintiff Niasia Threatt has endured and will continue to endure pain and suffering and emotional distress.

13.

Plaintiffs have a cause of action against Defendant PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS for negligence, negligent hiring and retention of an unsafe employee(s), respondeat superior, and all other applicable theories of liability.

14.

Plaintiffs have a cause of action against Defendant NEW HOME, LLC for negligence, negligent hiring and retention of an unsafe employee(s), respondeat superior, and all other applicable theories of liability.

15.

Plaintiff have a cause of action against Defendant TIESHA KAY for the intentional torts of aggravated assault and intentional infliction of emotional distress.

16.

Plaintiffs have a cause of action against Defendant JOHN DOE NOS. 1-10 for negligence and all other applicable theories of liability.

17.

Plaintiffs are entitled to recover from Defendants for Niasia Threatt's past and future medical expenses, past and future pain and suffering, emotional distress, and all other damages as permitted by Law.

WHEREFORE, Plaintiffs pray that they have a judgment against Defendants in an amount determined by a jury to be adequate and just.

This 20th day of January, 2023.

                                              Ashley Cameron-Bivins
                                              GA Bar No. 914842
                                              Attorney for Plaintiff

DOZIER LAW FIRM, LLC
487 Cherry Street
P.O. Box 13
Macon, GA 31202-0013
478-742-8441
ashley@dozierlaw.com