# **Exhibit 2**

Plaintiff's Response to Def's 2nd RFAs

## ***Defendants Pine Ridge Macon, LLC And New Home, LLC's Petition For Removal***

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| KATAVIUS THREATT, Individually and as Next Friend of NIASIA THREATT,<br><br>    Plaintiffs,<br><br>v.<br><br>PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS, NEW HOME, LLC, TIESHA KAY, and JOHN DOE NOS. 1-10.,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO. 23EV000464 |

### PLAINTIFF'S RESPONSE TO DEFENDANT PINE RIDGE MACON, LLC D/B/A PINE RIDGE APARTMENT'S SECOND REQUEST FOR ADMISSIONS TO PLAINTIFF KATAVIOUS THREATT, INDIVIDUALLY AND AS NEXT OF FRIEND OF NIASIA THREATT

COMES NOW, Plaintiff Katavius Threatt, Individually and as Next Friend of Niasia Threatt (hereinafter referred to as "Plaintiffs") and respond to Defendant Pine Ridge Macon, LLC d/b/a Pine Ridge Apartment's (hereinafter referred to as "Defendant") Second Requests for Admissions, as follows:

1.

Admit that Plaintiff seeks to recover in this case more than $75,000 in damages.

**RESPONSE: Admit**

2.

Admit that Plaintiffs damages in this case exceed $75,000.

**RESPONSE: Admit**

3.

Admit that Plaintiff seeks to recover in this case $75,000 or less in damages.

**RESPONSE: Deny**

4.

Admit that Plaintiffs damages in this case are $75,000 or less.

**RESPONSE: Deny**

This 9th day of August, 2023.

_____
Ashley Cameron-Bivins
Georgia Bar No. 914842
Attorney for Plaintiffs

DOZIER LAW FIRM, LLC
487 Cherry Street
P.O. Box 13
Macon, GA 31202
(478) 742-8441
ashley@dozierlaw.com