# **Exhibit 3**

Plaintiff's Response to Def's 1st RFAs

## ***Defendants Pine Ridge Macon, LLC And New Home, LLC's Petition For Removal***

**IN THE STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| KATAVIUS THREATT, Individually and as Next Friend of NIASIA THREATT,<br><br>Plaintiffs,<br><br>v.<br><br>PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS, NEW HOME, LLC, TIESHA KAY, and JOHN DOE NOS. 1-10.,<br><br>Defendants. | CIVIL ACTION<br>FILE NO. 23EV000464 |

## PLAINTIFF'S RESPONSE TO DEFENDANT PINE RIDGE MACON, LLC D/B/A PINE RIDGE APARTMENT'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF KATAVIOUS THREATT, INDIVIDUALLY AND AS NEXT OF FRIEND OF NIASIA THREATT

COMES NOW, Plaintiff Katavius Threatt, Individually and as Next Friend of Niasia Threatt (hereinafter referred to as "Plaintiffs") and respond to Defendant Pine Ridge Macon, LLC d/b/a Pine Ridge Apartment's (hereinafter referred to as "Defendant") First Requests for Admissions, as follows:

1.

Admit that you have not personally served Tiesha Kay with a copy of the summons and complaint in this case.

**RESPONSE: Admitted. There is currently a pending Motion for Service by Publication in this Court for service on Tiesha Kay.**

2.

Admit that you have not made attempts to serve Tiesha Kay with a copy of the summons

and complaint in this case as of the date of these requests (June 30, 2023).

**RESPONSE: Denied.**

3.

Admit that you do not intend to serve Tiesha Kay with a copy of the summons and complaint in this case.

**RESPONSE: Denied.**

This 27th day of July, 2023.

Ashley Cameron-Bivins
Georgia Bar No. 914842
Attorney for Plaintiffs

DOZIER LAW FIRM, LLC
487 Cherry Street
P.O. Box 13
Macon, GA 31202
(478) 742-8441
ashley@dozierlaw.com