# **Exhibit 4**

Copy of All Process, Pleadings, and
Orders served upon Defendants Pine
Ridge and New Home

***Defendants Pine Ridge Macon, LLC And New
Home, LLC's Petition For Removal***

State Court of Fulton County
**E-FILED**
23EV000464
1/20/2023 2:16 PM
Donald Talley, Clerk
Civil Division

**General Civil and Domestic Relations Case Filing Information Form**

☐ Superior or ■ State Court of <u>FULTON</u> County

| For Clerk Use Only | |
|---|---|
| Date Filed _____ | Case Number _____ |
| MM-DD-YYYY | |

**Plaintiff(s)**

THREATT  KATAVIUS

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

THREATT  NIASIA

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**

PINE RIDGE MACON, LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

NEW HOME, LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

KAY  TIESHA

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

JOHN DOE NOS. 1-10

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** <u>ASHLEY CAMERON-BIVINS</u>   **Bar Number** <u>914842</u>   **Self-Represented** ☐

**Check One Case Type in One Box**

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ■ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**

- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
Case Number            Case Number

■ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

Version 1.1.18

State Court of Fulton County
**E-FILED**
23EV000464
1/20/2023 2:16 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

KATAVIUS THREATT, Individually and as
Next Friend of NIASIA THREATT,

      Plaintiffs,

v.

PINE RIDGE MACON, LLC d/b/a PINE
RIDGE APARTMENTS, NEW HOME, LLC,
TIESHA KAY, and JOHN DOE NOS. 1-10.

      Defendants.

CIVIL ACTION NO. _____

## COMPLAINT FOR DAMAGES

COMES NOW, KATAVIUS THREATT, Individually and as Next Friend of NIASIA THREATT, Plaintiffs in the above-captioned case, by and through their undersigned counsel of record, and files this, her Complaint for Damages, and respectfully shows:

1.

Defendant PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS, is a domestic limited liability company whose registered agent resides in Fulton County, Georgia, subjecting it to the venue and jurisdiction of this Court.

2.

Defendant NEW HOME, LLC is a domestic limited liability company whose registered agent resides in Fulton County, Georgia, subjecting it to the venue and jurisdiction of this Court as a joint tort-feasor.

3.

Defendant TIESHA KAY is subject to the venue and jurisdiction of this Court as a joint tort-feasor.

4.

Defendant(s) JOHN DOE NOS. 1-10, at all times relevant to this Complaint for Damages, was and is an employee and/or agent of PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS and/or NEW HOME, LLC, subjecting him/her to the venue and jurisdiction of this Court as a joint tort-feasor.

5.

Defendant PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS at all times relevant to this Complaint, owned, operated, maintained and/or managed the apartment complex located at 1966 Clinton Road (1968 Clinton Road), Macon, Bibb County, Georgia 31211.

6.

Defendant NEW HOME, LLC at all times relevant to this Complaint, owned, operated, maintained and/or managed the apartment complex located at 1966 Clinton Road (1968 Clinton Road), Macon, Bibb County, Georgia 31211.

7.

On or about January 20, 2021, Plaintiff Niasia Threatt entered onto the subject premises as an invitee.

8.

While on the premises as an invitee, Plaintiff Niasia Threatt was shot and seriously injured by Defendant TIESHA KAY.

9.

At all times relevant to this Complaint for Damages, Defendants had a legal duty to keep the subject premises in a state consistent with the due regard for the safety of their invitees and guests. Further, Defendants had a legal duty to protect invitees and their guests from third-party

criminal attacks. Defendants breached their duty owed to Plaintiff by failing to exercise ordinary care to keep the premises safe in one or more of the following ways:

a)     Failing to remove dangerous persons from its property on January 20, 2021;

b)     Failing to have any security guards and/or off-duty police officers patrolling the subject premises at the time Plaintiff was shot;

c)     Allowing dangerous persons to roam the premises for a lengthy period of time, undeterred and unencumbered by any security measures, just looking for a victim;

d)     Failing to remove the assailant who shot Plaintiff from the property prior to Plaintiff getting shot;

e)     Failing to have adequate security officers and/or off-duty security patrols despite their knowledge of numerous prior violent crimes having occurred;

f)     Failing to install, maintain or repair security equipment such as surveillance cameras so that such equipment would be properly functioning on and prior to January 20, 2021;

g)     Failing to monitor surveillance cameras so as to keep dangerous persons from coming onto the subject premises and/or loitering on the subject premises;

h)     Failing to maintain and enforce criminal trespass lists and procedures, including, but not limited to, "banned persons" policies and procedures;

i)     Failing to take appropriate action to deter foreseeable crime such as the shooting that led to Plaintiff's injuries;

j)     Failing to take reasonable actions in response to prior employee and/or customer safety concerns;

k)     Failing to properly document prior employee and/or customer safety concerns;

l)    Failing to properly allocate enough resources to security measures despite actual knowledge of extensive violent crime occurring in the common areas of the premises prior to January 20, 2021;

m)    Failing to take reasonable steps to make itself aware of the dangerous conditions that existed at the subject premises on and prior to January 20, 2021;

n)    Failing to remedy one or more security deficiencies about which they were aware of and on notice;

o)    Failing to maintain, inspect, secure, patrol, and manage the subject premises;

p)    Falsely representing to invitees and their guests that the subject premises was safe;

q)    Knowingly violating their own policies, protocols, and procedures which were designed in whole or in part to prevent or deter unauthorized persons from coming onto the premises and engaging in criminal activity;

r)    Failing to adequately supervise, hire, train, and retain their employees and agents and for the entrustment of the premises to their agents and employees;

s)    Failing to warn business invitees, including Plaintiff, of dangerous conditions and criminal activity at the subject premises; and,

t)    All other acts of negligence as may be shown at the time of trial.

10.

The aforementioned shooting pled in ¶ 8 of this Complaint for Damages, which was the foreseeable and proximate result of Defendants' negligent breach of duty, resulted in serious injuries to Plaintiff Niasia Threatt's body, which required immediate medical attention and rehabilitation.

11.

As a foreseeable and proximate result of Defendants' negligence, Plaintiff Katavius Threatt has incurred medical expenses on behalf of her minor child Niasia Threatt in excess of $19,683.24.

12.

In addition to the aforementioned damages, Plaintiff Niasia Threatt has endured and will continue to endure pain and suffering and emotional distress.

13.

Plaintiffs have a cause of action against Defendant PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS for negligence, negligent hiring and retention of an unsafe employee(s), respondeat superior, and all other applicable theories of liability.

14.

Plaintiffs have a cause of action against Defendant NEW HOME, LLC for negligence, negligent hiring and retention of an unsafe employee(s), respondeat superior, and all other applicable theories of liability.

15.

Plaintiff have a cause of action against Defendant TIESHA KAY for the intentional torts of aggravated assault and intentional infliction of emotional distress.

16.

Plaintiffs have a cause of action against Defendant JOHN DOE NOS. 1-10 for negligence and all other applicable theories of liability.

17.

Plaintiffs are entitled to recover from Defendants for Niasia Threatt's past and future medical expenses, past and future pain and suffering, emotional distress, and all other damages as permitted by Law.

WHEREFORE, Plaintiffs pray that they have a judgment against Defendants in an amount determined by a jury to be adequate and just.

This 20ᵗʰ day of January, 2023.

_____
Ashley Cameron-Bivins
GA Bar No. 914842
Attorney for Plaintiff

DOZIER LAW FIRM, LLC
487 Cherry Street
P.O. Box 13
Macon, GA 31202-0013
478-742-8441
ashley@dozierlaw.com

State Court of Fulton County
**E-FILED**
23EV000464
1/25/2023 12:38 PM
Donald Talley, Clerk
Civil Division

**GEORGIA, FULTON COUNTY**

DO NOT WRITE IN THIS SPACE

# STATE COURT OF FULTON COUNTY
### Civil Division

CIVIL ACTION FILE #: _____

_____

_____

_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

_____

_____

_____

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [x] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | ************ |
| [ ] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

  You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: _____

Address: _____

City, State, Zip Code: _____     Phone No.:_____

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

Donald Talley, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*

 Served, this _____ day of _____, 20_____.     _____

DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:

We, the jury, find for _____

_____

This _____ day of _____, 20_____.     _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV000464**
**1/25/2023 12:38 PM**
**Donald Talley, Clerk**
**Civil Division**

**GEORGIA, FULTON COUNTY**

DO NOT WRITE IN THIS SPACE

## STATE COURT OF FULTON COUNTY
### Civil Division

CIVIL ACTION FILE #: _____

_____

_____

_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

_____

_____

_____

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [x] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ _____ |
| [ ] SPECIAL LIEN | |
| | ************ |
| [ ] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

  You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: _____

Address: _____

City, State, Zip Code: _____     Phone No.:_____

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

Donald Talley, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*

 Served, this _____ day of _____, 20_____.     _____
                                                                                                                      DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.     _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV000464**
**1/25/2023 12:38 PM**
**Donald Talley, Clerk**
**Civil Division**

**GEORGIA, FULTON COUNTY**

DO NOT WRITE IN THIS SPACE

# STATE COURT OF FULTON COUNTY
### Civil Division

CIVIL ACTION FILE #: _____

_____

_____

_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

_____

_____

_____

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [x] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ _____ |
| [ ] SPECIAL LIEN | |
| | ************ |
| [ ] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

  You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: _____

Address: _____

City, State, Zip Code: _____     Phone No.:_____

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

Donald Talley, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*

 Served, this _____ day of _____, 20_____.     _____

DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.     _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV000464**
**2/1/2023 3:31 PM**
**Donald Talley, Clerk**
**Civil Division**

## AFFIDAVIT OF SERVICE

State of Georgia                    County of Fulton                    State Court

Case Number: 23EV000464

Plaintiff:
**Katavious Threatt, Individually and as Next Friend of Miasia Threat**

vs.

Defendant:
**New Homes, LLC, Pine Ridge Macon LLC d/b/a Pine Ridge Apartments,
Tiesha Kay and John Does Nos 1-10**

For:
Ashley Cameron-Bivins
Dozier Law Firm, LLC

Received by Perma Investigations on the 25th day of January, 2023 at 1:35 pm to be served on **New homes LLC c/o Registered Agent Solutions Inc, 900 Old Roswell Lakes Parkway, Suite 310, Roswell, GA 30076**.

I, Marc Perlson, being duly sworn, depose and say that on the **26th day of January, 2023** at **1:55 pm, I:**

served **New homes LLC c/o Registered Agent Solutions Inc** by delivering a true copy of the **Summons, Complaint for Damages** to: Registered Agent Solutions Inc as **Registered Agent, BY LEAVING THE SAME WITH** Elise Buell as **Authorized to Accept** at the address of: **900 Old Roswell Lakes Parkway, Suite 310, Roswell, GA 30076**.

**Additional Information pertaining to this Service:**
1/26/2023  1:55 pm  Service was made by leaving the documents with Elise Buell, who is authorized to accept.  She can be described as a white female mid 30's with blond hair about 5'7" tall and weighs 130 lbs

I am an agent of Perma Investigations and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and I have been appointed by this Court to serve process.

Subscribed and Sworn to before me on the ____
day of _____, _____ by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

_____
**Marc Perlson**
Perma

**Perma Investigations**
2020 Hembree Grove Drive
Roswell, GA 30076
(770) 664-8005

Our Job Serial Number: ANC-2023000803

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV000464**
**2/1/2023 3:31 PM**
**Donald Talley, Clerk**
**Civil Division**

## AFFIDAVIT OF SERVICE

State of Georgia                     County of Fulton                     State Court

Case Number: 23EV000464

Plaintiff:
**Katavious Threatt, Individually and as Next Friend of Miasia Threat**

vs.

Defendant:
**New Homes, LLC, Pine Ridge Macon LLC d/b/a Pine Ridge Apartments,
Tiesha Kay and John Does Nos 1-10**

For:
Ashley Cameron-Bivins
Dozier Law Firm, LLC

Received by Perma Investigations on the 25th day of January, 2023 at 1:35 pm to be served on **Pine Ridge Macon LLC d/b/a Pine Ridge Apartments c/o Mitchell Bagwell, 400 Northridge Rd, Suite 1225, Atlanta, GA 30350**.

I, Marc Perlson, being duly sworn, depose and say that on the **26th day of January, 2023** at **1:30 pm, I:**

served Pine Ridge Macon LLC d/b/a Pine Ridge Apartments c/o Mitchell Bagwell by delivering a true copy of the **Summons, Complaint for Damages** to: **Mitchell Bagwell** as **Authorized Agent** for **Pine Ridge Macon LLC d/b/a Pine Ridge Apartments**, at the address of: **400 Northridge Rd, Suite 1225, Atlanta, GA 30350**, .

**Additional Information pertaining to this Service:**
1/26/2023  1:30 pm  Service was made by leaving the documents with Mitchell Bagwell.  He can be descried as a white male about 50 years old with salt and pepper hair and weighs about 170 lbs.

I am an agent of Perma Investigations and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and I have been appointed by this Court to serve process.

Subscribed and Sworn to before me on the 30th
day of _____, 20___ by the affiant
who is personally known to me.

NOTARY PUBLIC

_JULIE _____ON_
_NOTARY_
_EXPIRES_
**GEORGIA**
01-10-2027
_PUBLIC_
_FULTON COUNTY_

**Marc Perlson**
Perma

**Perma Investigations**
2020 Hembree Grove Drive
Roswell, GA 30076
(770) 664-8005

Our Job Serial Number: ANC-2023000801

Copyright © 1993-2023 Database Services, Inc. - Process Server's Toolbox V8.2i

State Court of Fulton County
**E-FILED**
23EV000464
4/3/2023 12:39 PM
Donald Talley, Clerk
Civil Division

**IN THE STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| KATAVIUS THREATT, Individually and as Next Friend of NIASIA THREATT, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION ) FILE NO.  23EV000464 |
| | ) |
| PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS, NEW HOME, LLC, TIESHA KAY, and JOHN DOE NOS. 1-10., | ) ) )) )) |
| Defendants. | ) |

**AFFIDAVIT OF AKRAM WASSEF, M.D.**

**STATE OF NEW YORK_____**                )

**COUNTY OF** _Westchester_                )

    **AKRAM WASSEF, M.D.** ("Affiant") personally appeared before the undersigned officer duly authorized by law to administer oaths the undersigned, who, upon being duly sworn, deposed and said as follows:

    1.    My name is Akram Wassef, M.D., I am well above the age of 18 years, and suffer from no impediment which would prevent me from giving this Affidavit.

    2.    The facts contained within this Affidavit are based upon my personal knowledge, and I understand that this Affidavit will be used in support of a Motion to open the default as against New Home, LLC and Pine Ridge Macon, LLC in the above-captioned matter.

    3.    I am the sole owner and manager of New Home, LLC ("New Home") and Pine Ridge Macon, LLC ("Pine Ridge").

    4.    On or about March 16, 2023, I was notified through e-mail by Pine Ridge Macon, LLC's registered agent that he had received service papers in this lawsuit.

    5.    After receiving notice of the lawsuit, Pine Ridge Macon, LLC's representative, Kathy Fein, reported this lawsuit to our liability insurance carrier.

    6.    I was unaware of this lawsuit prior to the registered agent reporting it to us for the first time through email on March 16, 2023.

    7.    I have reviewed an Affidavit of Service, filed in this case on February 1, 2023, purportedly documenting service on "New Homes, LLC c/o Registered Agent Solutions Inc." on January 25, 2023.

    8.    I was unaware that New Home, LLC's registered agent was served with this lawsuit. To my knowledge, I did not receive a notification from Registered Agent Solutions that it had been served with this lawsuit. New Home, LLC's accountant assisted me with setting up the registered agent in Georgia for New Home, LLC. However, this accountant has since retired. I am unaware of what e-mail account our former accountant designated to receive notifications from Registered Agent Solutions.

    9.    The information in New Home, LLC's and Pine Ridge Macon, LLC's Verified Answers are true and correct to the best of my personal knowledge, information, and belief on behalf of the corporate entity.

    FURTHER AFFIANT SAYETH NOT.

This 31 day of March, 2023.

_____
AKRAM WASSEF, M.D.

Sworn to and subscribed before me
this 31 day of March, 2023.

_____ (SEAL)
Notary Public

My commission expires: MAY 6th
2023

NICHOLAS J LAFFIN
Notary Public · State of New York
NO. 01LA6391403
Qualified in Dutchess County
My Commission Expires May 6, 2023



**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV000464**
**4/3/2023 12:39 PM**
**Donald Talley, Clerk**
**Civil Division**

**IN THE STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| KATAVIUS THREATT, Individually and as Nex Friend of NIASIA THREATT, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO.  23EV000464 |
| v. | ) ) | |
| PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS, NEW HOME, LLC, TIESHA KAY, and JOHN DOE NOS. 1-10., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## CONSENT MOTION TO OPEN DEFAULT

COMES NOW Defendants Pine Ridge Macon, LLC ("Pine Ridge") and New Home, LLC ("New Home") with the consent of Plaintiff Katavius Threatt ("Plaintiff"), by and through counsel, and hereby move this Court by consent and pursuant to O.C.G.A. § 9-11-55 for an order opening default and accepting Defendants Pine Ridge's and New Home's answers and payment of costs.  This Consent Motion to Open Default is being filed to open any default status created by Defendants Pine Ridge's and New Home's failure to file their Answer within thirty (30) days of the filing of the Return of Service. Plaintiff, Pine Ridge, and New Home consent to default being opened because Defendants Pine Ridge and New Home have shown excusable neglect and providential cause.

No judgment has been entered upon the default, so the rule permitting the opening of default should be liberally applied to allow this action to be decided on its merits. Therefore, the proper exercise of this Court's broad discretion is to grant the parties' Consent Motion to Open Default and allow Defendants Pine Ridge and New Home to

answer Plaintiff's Complaint.   Defendants Pine Ridge and New Home are paying all

outstanding court costs contemporaneously with the filing of this Consent Motion.

> *Opening default.* At any time before final judgment, the court, in its discretion, upon payment of costs, may allow the default to be opened for providential cause preventing the filing of required pleadings or for excusable neglect or where the judge, from all the facts, shall determine that a proper case has been made for the default to be opened, on terms to be fixed by the court. In order to allow the default to be thus opened, the showing shall be made under oath, shall set up a meritorious defense, shall offer to plead instanter, and shall announce ready to proceed with the trial.

O.C.G.A. § 9-11-55(b).

## I.    <u>THERE IS PROVIDENTIAL CAUSE TO OPEN DEFAULT</u>.

Providential cause has come to mean a basis for failing to timely answer centered in "events

over which a party or his attorney had no control". <u>Bowen v. Savoy</u>, 839 S.E.2d 546, 549 (Ga.

2020). This includes, for example, sickness and acts of god. <u>Carhart & Ross & Co. v. Jno. B. Ross</u>

<u>& Co.</u>, 15 Ga. 186, 188 (1854) ("Will not even the act of God, sickness, high-waters, or any other

Providential cause, protect him . . .").

Here, Defendant Pine Ridge's registered agent failed to notify Pine Ridge of service until

after more than forty-five days after he had supposedly received service of process.[1]  Pine Ridge's

owner and manager was unaware of any service on Pine Ridge until after this case was already in

default, constituting providential cause because of the mistake by Pine Ridge's registered agent.[2]

Similarly, and inexplicably, New Home's owner and manager failed to receive notification of

service on its registered agent also constituting providential cause.[3]

---

[1] Affidavit of Akram Wassef, attached as Exhibit "1," at ¶ 4.
[2] <u>Id.</u>, ¶ 6.
[3] <u>Id.</u>, ¶¶ 7-8.

## II.    <u>THERE IS EXCUSABLE NEGLECT TO OPEN DEFAULT</u>.

Excusable neglect would also substantiate opening the default.  Excusable neglect has been defined as a reasonable excuse of failing to answer, as distinguished from willful disregard of the process of the Court.  <u>Georgia Farm Bldgs, Inc. v. Willard</u>, 170 Ga. App. 327, 317 S.E. 2d 229 (1984).  Analysis of whether there is excusable neglect is a fact-specific inquiry to be conducted on a case-by-case basis. <u>Spikes v. Holloway</u>, 212 Ga. App. 653, 655, 442 S.E.2d 471, 473 (1994).

As discussed above, there is a reasonable excuse for Pine Ridge's and New Home's failure to file an answer.  Although their registered agents seemingly received a copy of the summons and complaint, the notification failed to reach Pine Ridge and New Home so that a timely response could be filed.  Furthermore, upon learning of this neglect on March 16, 2023, Pine Ridge's representative reported this lawsuit to the insurance carrier for Pine Ridge and New Home.[4]  This Motion to Open Default is subsequently being filed within eighteen days of notice.  Consequently, there is a reasonable explanation or excusable neglect to validate the opening of default here.

## III.   <u>ALL OTHER REQUIREMENTS TO OPEN DEFAULT ARE MET</u>.

Pine Ridge's and New Home's attached Verified Answers to Plaintiff's Complaint fulfill the meritorious defense requirement.[5]  Pine Ridge's and New Home's Verified Answers also fulfill their duties to plead instanter and Pine Ridge and New Home request that this Court accept the attached Verified Answers. without requiring the same to be separately filed upon the opening of default.  Pine Ridge and New Home paid $238.00 in court costs as part of and prior to the filing of their Motion.  Pine Ridge and New Home, by and through the undersigned counsel of record, announce ready to proceed with trial.

---

[4] Wassef Affidavit, ¶ 5.
[5] Proposed Verified Answers for Pine Ridge and New Home are attached hereto as Exhibit "2."  Wassef's Affidavit verifies Pine Ridge's and New Home's Answers.  Wassef Affidavit, ¶ 9.

WHEREFORE, the Plaintiff and Defendants Pine Ridge and New Home respectfully request this Honorable Court grant this Consent Motion to Open Default and enter the Proposed Order Opening Default.

Respectfully submitted, this the 3rd day of April, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | */s/ Chris J. Perniciaro* |
| **MOFFETT & BRIESKE, L.L.P.** | Matthew G. Moffett |
| 950 East Paces Ferry Road, N.E. | Georgia Bar No.  515323 |
| Suite 1700 – Salesforce Tower Atlanta | Chris J. Perniciaro |
| Atlanta, Georgia 30326 | Georgia Bar No.  618477 |
| Telephone:    (404) 870-7448 | *Attorneys for Defendants Pine Ridge* |
| Facsimile:     (404) 870-1072 | *Macon, LLC and New Home, LLC* |

**CONSENTED TO BY:**

*/s/ Ashley Cameron-Bivins*
*[Signed w/express permission by Chris J. Perniciaro]*
Ashley Cameron-Bivins
Georgia State Bar No.: 914842
*Attorney for Plaintiff*

**DOZIER LAW FIRM, LLC**
487 Cherry Street
P.O. Box 13
Macon, GA 31202-0013
478-742-8441
ashley@dozierlaw.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a copy of the foregoing **CONSENT MOTION TO OPEN DEFAULT** with the Clerk of Court using the Odyssey eFileGA electronic filing system, which will send electronic notification to the following counsel of record or in the alternative, via United States Postal Service with adequate postage affixed thereto to the following:

**Ashley Cameron-Bivins**
**DOZIER LAW FIRM, LLC**
**487 Cherry Street**
**P.O. Box 13**
**Macon, GA 31202-0013**

Respectfully submitted, this the <u>3rd</u> day of <u>April</u>, 2023.

**GRAY, RUST, ST. AMAND,**             */s/ Chris J. Perniciaro*
**MOFFETT & BRIESKE, L.L.P.**          Matthew G. Moffett
950 East Paces Ferry Road, N.E.        Georgia Bar No.  515323
Suite 1700 – Salesforce Tower Atlanta  Chris J. Perniciaro
Atlanta, Georgia 30326                 Georgia Bar No.  618477
Telephone:    (404) 870-7448           *Attorneys for Defendant Pine Ridge*
Facsimile:    (404) 870-1072           *Macon, LLC*

State Court of Fulton County
**E-FILED**
23EV000464
4/3/2023 12:43 PM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| KATAVIUS THREATT, Individually and as Next Friend of NIASIA THREATT, <br><br> Plaintiffs, <br><br> v. <br><br> PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS, NEW HOME, LLC, TIESHA KAY, and JOHN DOE NOS. 1-10., <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION<br>FILE NO.  23EV000464 |

### DEFENDANT NEW HOME, LLC'S VERIFIED ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES

COMES NOW New Home, LLC ("New Home"), in the Complaint of Plaintiff Katavius Threatt, Individually and as Next Friend of Niasia Threatt (hereinafter referred to as "Plaintiff"), in the above-styled civil action, by and through undersigned counsel, and files this, its *Answer and Defenses* thereto, further showing this honorable Court as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's Complaint may be barred by the statute of limitations.

### THIRD DEFENSE

Defendant has breached no duty owed to Plaintiff or Niasia Threatt.

### FOURTH DEFENSE

If Plaintiff or Niasia Threatt minor sustained any injuries or incurred any damages, the

same were proximately caused in whole or in part by the acts or omissions of persons other than Defendant, over whom Defendant had no control, or by the superseding intervention of causes outside Defendant's control. Pursuant to O.C.G.A. § 51-12-33, Defendant identifies unknown assailant(s) that may have shot Niasia Threatt minor or contributed to the injuries as at fault nonparties for injuring Plaintiff or Niasia Threatt. Defendant identifies these individuals as John Does #1-3, last known addresses unknown that are at fault nonparties who caused or contributed to the gunshot injury to Niasia Threatt as a result of their intentional, willful, wanton, reckless, and/or negligent conduct. This Notice is that nonparties are wholly or partially at fault for the purpose of having the jury in the trial of this case consider and apportion the intentional actions, recklessness, negligence, and/or fault of John Does #1-3. Pursuant to this Notice, the intentional actions, recklessness, negligence, and/or fault of John Does #1-3 shall be considered by the trier of fact in assessing percentages of fault of all persons or entities who contributed to the personal injuries of Plaintiff or Niasia Threatt regardless of whether the persons or entities were or could have been named as parties to this lawsuit. O.C.G.A. §§ 51-12-33(c)-(d).

## **FIFTH DEFENSE**

This action is or may be barred by the doctrines of contributory/comparative negligence, equal knowledge, and assumption of the risk.

## **SIXTH DEFENSE**

Plaintiff may have failed to join an indispensable party under O.C.G.A. § 9-11-19.

## **SEVENTH DEFENSE**

Defendant asserts the defenses of insufficiency of process and insufficiency of service of process.

**EIGHTH DEFENSE**

Defendant reserves the right to assert any additional affirmative defenses as may be disclosed during the course of additional investigation and discovery.

1.

Paragraph 1 of Plaintiff's Complaint is admitted.

2.

Paragraph 2 of Plaintiff's Complaint is denied.

3.

Defendant New Home is without knowledge or information sufficient to allow it to either admit or deny the allegations contained in Paragraph 3 of Plaintiff's Complaint, which therefore are denied.

4.

Defendant New Home is without knowledge or information sufficient to allow it to either admit or deny the allegations contained in Paragraph 4 of Plaintiff's Complaint, which therefore are denied.

5.

In response to Paragraph 5, Defendant New Home admits that Defendant Pine Ridge owned the Pine Ridge Apartments on January 20, 2021, and continues to own the premises.  All remaining allegations of Paragraph 5 not expressly admitted herein are denied.

6.

In response to Paragraph 6, Defendant New Home denies that it owned the Pine Ridge Apartments on January 20, 2021.  All remaining allegations of Paragraph 6 not expressly admitted herein are denied.

7.

Defendant New Home is without knowledge or information sufficient to allow it to either admit or deny the allegations contained in Paragraph 7 of Plaintiff's Complaint, which therefore are denied.

8.

Defendant New Home is without knowledge or information sufficient to allow it to either admit or deny the allegations contained in Paragraph 8 of Plaintiff's Complaint, which therefore are denied.

9.

Paragraph 9 states a legal conclusion to which no response is owed.  To the extent there are facts alleged in Paragraph 9 of Plaintiff's Complaint requiring a response, those facts are denied, including all subparagraphs a) through and including t).

10.

Paragraph 10 of Plaintiff's Complaint is denied.

11.

Paragraph 11 of Plaintiff's Complaint is denied.

12.

Defendant New Home is without knowledge or information sufficient to allow it to either admit or deny the allegations contained in Paragraph 12 of Plaintiff's Complaint, which therefore are denied.

13.

Paragraph 13 states a legal conclusion to which no response is owed.  To the extent there are facts alleged in Paragraph 13 of Plaintiff's Complaint requiring a response, those facts are denied.

14.

Paragraph 14 states a legal conclusion to which no response is owed.  To the extent there are facts alleged in Paragraph 14 of Plaintiff's Complaint requiring a response, those facts are denied.

15.

Paragraph 15 states a legal conclusion to which no response is owed.

16.

Paragraph 16 states a legal conclusion to which no response is owed.  To the extent there are facts alleged in Paragraph 16 of Plaintiff's Complaint requiring a response, those facts are denied.

17.

Paragraph 17 states a legal conclusion to which no response is owed.  To the extent there are facts alleged in Paragraph 17 of Plaintiff's Complaint requiring a response, those facts are denied.

In response to Plaintiff's unnumbered WHEREFORE paragraph following Paragraph 17, Defendant New Home denies any and all facts and allegations contained therein requiring a response.

WHEREFORE, having fully responded to the averments in Plaintiff's *Complaint for Damages*, Defendant New Home, LLC, respectfully prays:

(a)     That judgment is rendered in favor of New Home, LLC and against Plaintiff;

(b)     That New Home, LLC be discharged with all costs cast against Plaintiff;

(c)     That this matter be tried by a jury of twelve persons regarding any issues not subject to summary adjudication; and

(d)     For such other and further relief as is just and proper.

Respectfully submitted, this the 3rd day of April, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | ***/s/ Chris J. Perniciaro*** |
| **MOFFETT & BRIESKE, L.L.P.** | Matthew G. Moffett |
| 950 East Paces Ferry Road, N.E. | Georgia Bar No.  515323 |
| Suite 1700 – Salesforce Tower Atlanta | Chris J. Perniciaro |
| Atlanta, Georgia 30326 | Georgia Bar No.  618477 |
| Telephone:    (404) 870-7448 | *Attorneys for Defendant New Home, LLC* |
| Facsimile:     (404) 870-1072 | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **DEFENDANT NEW HOME, LLC'S VERIFIED ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT FOR DAMAGES** with the Clerk of Court using the Odyssey eFileGA electronic filing system, which will send electronic notification to the following counsel of record or in the alternative, via United States Postal Service with adequate postage affixed thereto to the following:

**Ashley Cameron-Bivins**
**DOZIER LAW FIRM, LLC**
**487 Cherry Street**
**P.O. Box 13**
**Macon, GA 31202-0013**

Respectfully submitted, this the 3rd day of April, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | */s/ Chris J. Perniciaro* |
| **MOFFETT & BRIESKE, L.L.P.** | Matthew G. Moffett |
| 950 East Paces Ferry Road, N.E. | Georgia Bar No.  515323 |
| Suite 1700 – Salesforce Tower Atlanta | Chris J. Perniciaro |
| Atlanta, Georgia 30326 | Georgia Bar No.  618477 |
| Telephone:    (404) 870-7448 | *Attorneys for Defendant New Home, LLC* |
| Facsimile:    (404) 870-1072 | |

7

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV000464**
**4/3/2023 12:43 PM**
**Donald Talley, Clerk**
**Civil Division**

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| KATAVIUS THREATT, Individually and as<br>Next Friend of NIASIA THREATT,<br><br>    Plaintiffs,<br><br>v.<br><br>PINE RIDGE MACON, LLC d/b/a PINE<br>RIDGE APARTMENTS, NEW HOME, LLC,<br>TIESHA KAY, and JOHN DOE NOS. 1-10.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION<br>     FILE NO.  23EV000464 |

## DEFENDANT NEW HOME, LLC'S
## DEMAND FOR TWELVE PERSON JURY

COMES NOW New Home, LLC ("Defendant"), in the *Complaint* of Plaintiff Katavius

Threatt, Individually and as Next Friend of Niasia Threatt, by and through undersigned counsel,

pursuant to O.C.G.A. § 15-12-122(a)(2), and hereby demands that this case be tried by a jury of

twelve persons.

Respectfully submitted, this the 3rd day of April, 2023.


**GRAY, RUST, ST. AMAND,**                    */s/ Chris J. Perniciaro*
**MOFFETT & BRIESKE, LLP**                    Matthew G. Moffett
950 East Paces Ferry Road, N.E.                  Georgia Bar No.  515323
Suite 1700 – Salesforce Tower Atlanta            Chris J. Perniciaro
Atlanta, Georgia 30326                           Georgia Bar No.  618477
Telephone:    (404) 870-7448                     *Attorneys for Defendant New Home, LLC*
Facsimile:    (404) 870-1072

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed a copy of the foregoing **DEFENDANT NEW HOME, LLC'S DEMAND FOR TWELVE PERSON JURY** with the Clerk of Court using the Odyssey eFileGA electronic filing system, which will send electronic notification to the following counsel of record or in the alternative, via United States Postal Service with adequate postage affixed thereto to the following:

**Ashley Cameron-Bivins**
**DOZIER LAW FIRM, LLC**
**487 Cherry Street**
**P.O. Box 13**
**Macon, GA 31202-0013**

Respectfully submitted, this the <u>3rd</u> day of <u>April</u>, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | */s/ Chris J. Perniciaro*_____ |
| **MOFFETT & BRIESKE, L.L.P.** | Matthew G. Moffett |
| 950 East Paces Ferry Road, N.E. | Georgia Bar No. 515323 |
| Suite 1700 – Salesforce Tower Atlanta | Chris J. Perniciaro |
| Atlanta, Georgia 30326 | Georgia Bar No. 618477 |
| Telephone:    (404) 870-7448 | *Attorneys for Defendant New Home, LLC* |
| Facsimile:    (404) 870-1072 | |

State Court of Fulton County
**E-FILED**
23EV000464
4/3/2023 12:39 PM
Donald Talley, Clerk
Civil Division

### IN THE STATE COURT OF FULTON COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| KATAVIUS THREATT, Individually and as Nex Friend of NIASIA THREATT, <br><br> Plaintiffs, <br><br> v. <br><br> PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS, NEW HOME, LLC, TIESHA KAY, and JOHN DOE NOS. 1-10., <br><br> Defendants. | CIVIL ACTION <br> FILE NO.  23EV000464 |

### DEFENDANT PINE RIDGE MACON, LLC'S VERIFIED ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES

COMES NOW Pine Ridge Macon, LLC ("Pine Ridge"), in the Complaint of Plaintiff Katavius Threatt, Individually and as Next Friend of Niasia Threatt (hereinafter referred to as "Plaintiff"), in the above-styled civil action, by and through undersigned counsel, and files this, its *Answer and Defenses* thereto, further showing this honorable Court as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's Complaint may be barred by the statute of limitations.

### THIRD DEFENSE

Defendant has breached no duty owed to Plaintiff or Niasia Threatt.

### FOURTH DEFENSE

If Plaintiff or Niasia Threatt minor sustained any injuries or incurred any damages, the

same were proximately caused in whole or in part by the acts or omissions of persons other than Defendant, over whom Defendant had no control, or by the superseding intervention of causes outside Defendant's control. Pursuant to O.C.G.A. § 51-12-33, Defendant identifies unknown assailant(s) that may have shot Niasia Threatt minor or contributed to the injuries as at fault nonparties for injuring Plaintiff or Niasia Threatt. Defendant identifies these individuals as John Does #1-3, last known addresses unknown that are at fault nonparties who caused or contributed to the gunshot injury to Niasia Threatt as a result of their intentional, willful, wanton, reckless, and/or negligent conduct. This Notice is that nonparties are wholly or partially at fault for the purpose of having the jury in the trial of this case consider and apportion the intentional actions, recklessness, negligence, and/or fault of John Does #1-3. Pursuant to this Notice, the intentional actions, recklessness, negligence, and/or fault of John Does #1-3 shall be considered by the trier of fact in assessing percentages of fault of all persons or entities who contributed to the personal injuries of Plaintiff or Niasia Threatt regardless of whether the persons or entities were or could have been named as parties to this lawsuit. O.C.G.A. §§ 51-12-33(c)-(d).

## **FIFTH DEFENSE**

This action is or may be barred by the doctrines of contributory/comparative negligence, equal knowledge, and assumption of the risk.

## **SIXTH DEFENSE**

Plaintiff may have failed to join an indispensable party under O.C.G.A. § 9-11-19.

## **SEVENTH DEFENSE**

Defendant asserts the defenses of insufficiency of process and insufficiency of service of process.

## **EIGHTH DEFENSE**

Defendant reserves the right to assert any additional affirmative defenses as may be disclosed during the course of additional investigation and discovery.

1.

Paragraph 1 of Plaintiff's Complaint is admitted.

2.

Paragraph 2 of Plaintiff's Complaint is denied.

3.

Defendant Pine Ridge is without knowledge or information sufficient to allow it to either admit or deny the allegations contained in Paragraph 3 of Plaintiff's Complaint, which therefore are denied.

4.

Defendant Pine Ridge is without knowledge or information sufficient to allow it to either admit or deny the allegations contained in Paragraph 4 of Plaintiff's Complaint, which therefore are denied.

5.

In response to Paragraph 5, Defendant Pine Ridge admits that it owned the Pine Ridge Apartments on January 20, 2021, and continues to own the premises.  All remaining allegations of Paragraph 5 not expressly admitted herein are denied.

6.

In response to Paragraph 6, Defendant Pine Ridge denies that Defendant New Home owned the Pine Ridge Apartments on January 20, 2021.  All remaining allegations of Paragraph 6 not expressly admitted herein are denied.

7.

Defendant Pine Ridge is without knowledge or information sufficient to allow it to either admit or deny the allegations contained in Paragraph 7 of Plaintiff's Complaint, which therefore are denied.

8.

Defendant Pine Ridge is without knowledge or information sufficient to allow it to either admit or deny the allegations contained in Paragraph 8 of Plaintiff's Complaint, which therefore are denied.

9.

Paragraph 9 states a legal conclusion to which no response is owed.  To the extent there are facts alleged in Paragraph 9 of Plaintiff's Complaint requiring a response, those facts are denied, including all subparagraphs a) through and including t).

10.

Paragraph 10 of Plaintiff's Complaint is denied.

11.

Paragraph 11 of Plaintiff's Complaint is denied.

12.

Defendant New Home is without knowledge or information sufficient to allow it to either admit or deny the allegations contained in Paragraph 12 of Plaintiff's Complaint, which therefore are denied.

13.

Paragraph 13 states a legal conclusion to which no response is owed.  To the extent there are facts alleged in Paragraph 13 of Plaintiff's Complaint requiring a response, those facts are denied.

14.

Paragraph 14 states a legal conclusion to which no response is owed.  To the extent there are facts alleged in Paragraph 14 of Plaintiff's Complaint requiring a response, those facts are denied.

15.

Paragraph 15 states a legal conclusion to which no response is owed.

16.

Paragraph 16 states a legal conclusion to which no response is owed.  To the extent there are facts alleged in Paragraph 16 of Plaintiff's Complaint requiring a response, those facts are denied.

17.

Paragraph 17 states a legal conclusion to which no response is owed.  To the extent there are facts alleged in Paragraph 17 of Plaintiff's Complaint requiring a response, those facts are denied.

In response to Plaintiff's unnumbered WHEREFORE paragraph following Paragraph 17, Defendant Pine Ridge denies any and all facts and allegations contained therein requiring a response.

WHEREFORE, having fully responded to the averments in Plaintiff's *Complaint for Damages*, Defendant Pine Ridge Macon, LLC, respectfully prays:

(a)     That judgment is rendered in favor of Pine Ridge Macon, LLC and against Plaintiff;

(b)     That Pine Ridge Macon, LLC be discharged with all costs cast against Plaintiff;

(c)     That this matter be tried by a jury of twelve persons regarding any issues not subject to summary adjudication; and

(d)     For such other and further relief as is just and proper.

Respectfully submitted, this the <u>3rd</u> day of <u>April</u>, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,**<br>**MOFFETT & BRIESKE, L.L.P.**<br>950 East Paces Ferry Road, N.E.<br>Suite 1700 – Salesforce Tower Atlanta<br>Atlanta, Georgia 30326<br>Telephone:     (404) 870-7448<br>Facsimile:     (404) 870-1072 | ***/s/ Chris J. Perniciaro***<br>Matthew G. Moffett<br>Georgia Bar No.  515323<br>Chris J. Perniciaro<br>Georgia Bar No.  618477<br>*Attorneys for Defendant Pine Ridge Macon,*<br>*LLC* |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a copy of the foregoing **DEFENDANT PINE RIDGE MACON, LLC'S VERIFIED ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT FOR DAMAGES** with the Clerk of Court using the Odyssey eFileGA electronic filing system, which will send electronic notification to the following counsel of record or in the alternative, via United States Postal Service with adequate postage affixed thereto to the following:

**Ashley Cameron-Bivins**
**DOZIER LAW FIRM, LLC**
**487 Cherry Street**
**P.O. Box 13**
**Macon, GA 31202-0013**

Respectfully submitted, this the <u>3rd</u> day of <u>April</u>, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | */s/ Chris J. Perniciaro* |
| **MOFFETT & BRIESKE, L.L.P.** | Matthew G. Moffett |
| 950 East Paces Ferry Road, N.E. | Georgia Bar No.  515323 |
| Suite 1700 – Salesforce Tower Atlanta | Chris J. Perniciaro |
| Atlanta, Georgia 30326 | Georgia Bar No.  618477 |
| Telephone:     (404) 870-7448 | *Attorneys for Defendant Pine Ridge Macon,* |
| Facsimile:      (404) 870-1072 | *LLC* |

7

State Court of Fulton County
**E-FILED**
23EV000464
4/3/2023 12:39 PM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| KATAVIUS THREATT, Individually and as Next Friend of NIASIA THREATT, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO.  23EV000464 |
| PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS, NEW HOME, LLC, TIESHA KAY, and JOHN DOE NOS. 1-10., | ) ) ) ) | |
| Defendants. | ) ) ) | |

### DEFENDANT PINE RIDGE MACON, LLC'S
### DEMAND FOR TWELVE PERSON JURY

COMES NOW Pine Ridge Macon, LLC ("Defendant"), in the *Complaint* of Plaintiff Katavius Threatt, Individually and as Next Friend of Niasia Threatt, by and through undersigned counsel, pursuant to O.C.G.A. § 15-12-122(a)(2), and hereby demands that this case be tried by a jury of twelve persons.

Respectfully submitted, this the 3rd day of April, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, LLP**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:     (404) 870-7448
Facsimile:     (404) 870-1072

*/s/ Chris J. Perniciaro*
Matthew G. Moffett
Georgia Bar No.  515323
Chris J. Perniciaro
Georgia Bar No.  618477
*Attorneys for Defendant New Home, LLC*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day filed a copy of the foregoing **DEFENDANT PINE RIDGE MACON, LLC'S DEMAND FOR TWELVE PERSON JURY** with the Clerk of Court using the Odyssey eFileGA electronic filing system, which will send electronic notification to the following counsel of record or in the alternative, via United States Postal Service with adequate postage affixed thereto to the following:

**Ashley Cameron-Bivins**
**DOZIER LAW FIRM, LLC**
**487 Cherry Street**
**P.O. Box 13**
**Macon, GA 31202-0013**

Respectfully submitted, this the <u>3rd</u> day of <u>April</u>, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | */s/ Chris J. Perniciaro* |
| **MOFFETT & BRIESKE, L.L.P.** | Matthew G. Moffett |
| 950 East Paces Ferry Road, N.E. | Georgia Bar No. 515323 |
| Suite 1700 – Salesforce Tower Atlanta | Chris J. Perniciaro |
| Atlanta, Georgia 30326 | Georgia Bar No. 618477 |
| Telephone:    (404) 870-7448 | *Attorneys for Defendant New Home, LLC* |
| Facsimile:    (404) 870-1072 | |

State Court of Fulton County
**E-FILED**
23EV000464
4/3/2023 12:39 PM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| KATAVIUS THREATT, Individually and as Nex Friend of NIASIA THREATT, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO.  23EV000464 |
| PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS, NEW HOME, LLC, TIESHA KAY, and JOHN DOE NOS. 1-10., | ) ) ) ) | |
| Defendants. | ) ) ) | |

### ORDER ON CONSENT MOTION TO OPEN DEFAULT

Pursuant to O.C.G.A. § 9-11-55, the Court hereby **ORDERS** that Consent Motion to Open Default, submitted by Defendants Pine Ridge Macon, LLC and New Home, LLC with the consent of Plaintiff, be in all respects **GRANTED**.

The Court **ORDERS** that default be opened as to Defendants Pine Ridge Macon, LLC and New Home, LLC and that Defendants Pine Ridge Macon, LLC's and New Home, LLC's previously filed verified answers and payment of costs are accepted.

**SO ORDERED,** this _____ day of _____, 2023.

_____
Honorable
Judge, State Court of Fulton County

Prepared by:
*/s/ Chris J. Perniciaro*
Chris J. Perniciaro
Georgia Bar No. 618477
Gray, Rust, St. Amand, Moffett, & Brieske, LLP
950 East Paces Ferry Rd., N.E. Suite 1700-Salesforce Tower Atlanta

Atlanta, Georgia 30326
*Attorney for Defendants Pine Ridge Macon, LLC and New Home, LLC*

**CONSENTED TO BY:**

_/s/ Ashley Cameron-Bivins_____
*(Signed w/express permission by Chris J.
Perniciaro, Esq]*
Ashley Cameron-Bivins
Georgia State Bar No.: 914842
*Attorney for Plaintiff*

**DOZIER LAW FIRM, LLC**
487 Cherry Street
P.O. Box 13
Macon, GA 31202-0013
478-742-8441
ashley@dozierlaw.com

State Court of Fulton County
**E-FILED**
23EV000464
4/4/2023 8:14 PM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| KATAVIUS THREATT, Individually and as Nex Friend of NIASIA THREATT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | FILE NO.  23EV000464 |
| | ) | |
| PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS, NEW HOME, LLC, TIESHA KAY, and JOHN DOE NOS. 1-10., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER ON CONSENT MOTION TO OPEN DEFAULT

Pursuant to O.C.G.A. § 9-11-55, the Court hereby **ORDERS** that Consent Motion to Open Default, submitted by Defendants Pine Ridge Macon, LLC and New Home, LLC with the consent of Plaintiff, be in all respects **GRANTED**.

The Court **ORDERS** that default be opened as to Defendants Pine Ridge Macon, LLC and New Home, LLC and that Defendants Pine Ridge Macon, LLC's and New Home, LLC's previously filed verified answers and payment of costs are accepted.

**SO ORDERED,** this _____ day of _____, 2023

_____
Honorable
Judge, State Court of Fulton County

Prepared by:
*/s/ Chris J. Perniciaro*
Chris J. Perniciaro
Georgia Bar No. 618477
Gray, Rust, St. Amand, Moffett, & Brieske, LLP
950 East Paces Ferry Rd., N.E. Suite 1700-Salesforce Tower Atlanta

Atlanta, Georgia 30326
*Attorney for Defendants Pine Ridge Macon, LLC and New Home, LLC*

**CONSENTED TO BY:**

*/s/ Ashley Cameron-Bivins*
*(Signed w/express permission by Chris J.*
*Perniciaro, Esq]*
Ashley Cameron-Bivins
Georgia State Bar No.: 914842
*Attorney for Plaintiff*

**DOZIER LAW FIRM, LLC**
487 Cherry Street
P.O. Box 13
Macon, GA 31202-0013
478-742-8441
ashley@dozierlaw.com

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV000464**
**4/6/2023 2:07 PM**
**Donald Talley, Clerk**
**Civil Division**

TO:           All Judges, Clerks of Court, and Counsel of Record

FROM:         Matthew G. Moffett, Esq.
              GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.

RE:           Notice of Leave of Absence

DATE:         April 6, 2023

---

COMES NOW Matthew G. Moffett and respectfully notifies all Judges before whom he has cases pending, all affected Clerks of Court, and all Opposing Counsel, that he will be on leave pursuant to Georgia Uniform Court Rule 16.  See the attached Exhibit "A" for the list of pending cases.

1.     The period of leave during which time Applicant will be away from the practice of law is:

- May 5, 2023: Daughter's graduation event – out of town;
- June 6-7, 2023: SP+ Counsel meeting;
- June 14-16, and June 19, 2023: Georgia Defense Lawyers Association annual meeting – out of town;
- July 24-28, 2023: Federation of Defense and Corporate Counsel annual meeting – out of town;
- August 23-25, 2023: GDLA Trial Academy faculty; and
- October 19-20, 2023: Out of town - family event.

2.     All affected judges and opposing counsel shall have ten days from the date of this Notice to object to it.  If no objections are filed, the leave shall be granted.

Respectfully submitted, this the 6th day of April, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:    (404) 870-7390
Facsimile:    (404) 870-1030

*/s/ Matthew G. Moffett*
Matthew G. Moffett
Georgia Bar No. 515323

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing *Notice of Leave of Absence* with the Clerk of Court, using the Court's electronic filing-and-service system, which will send electronic notification to all parties having appeared of record in this action for the case listed on the attached "Exhibit A."

Respectfully submitted, this 6th day of April, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.                    */s/ Matthew G. Moffett*
Suite 1700 – Salesforce Tower Atlanta              Matthew G. Moffett
Atlanta, Georgia 30326                             Georgia Bar No. 515323
Telephone:    (404) 870-7390
Facsimile:    (404) 870-1030

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| State Court of Fulton County | Judge | Opposing Counsel |
|---|---|---|
| Katavius Threatt, Individually and as Next Friend of Niasia Threatt v. Pine Ridge Macon, LLC d/b/a Pine Ridge Apartments, New Home, LLC, Tiesha Kay, and John Doe Nos. 1-10<br><br>23EV000464<br><br>Our File No. 4460.0042 | Honorable Fred C. Eady Judge, State Court of Fulton County 185 Central Ave SW Courtroom 3B/T-3755 Atlanta, GA 30303 | Ashley Cameron-Bivins, Esq. DOZIER LAW FIRM, LLC 487 Cherry Street P.O. Box 13 Macon, Georgia 31202-0013 Email: ashley@dozierlaw.com |

State Court of Fulton County
**E-FILED**
23EV000464
4/7/2023 12:53 PM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| KATAVIUS THREATT, Individually and as Next Friend of NIASIA THREATT, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO.  23EV000464 |
| PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS, NEW HOME, LLC, TIESHA KAY, and JOHN DOE NOS. 1-10., | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

## RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

THIS CERTIFIES that pursuant to Uniform Rule of State Court 5.2, I have this day served a copy of the following discovery documents upon counsel in the above-styled action:

1. **Defendant Pine Ridge Macon, LLC d/b/a Pine Ridge Apartments' First Continuing Interrogatories to Plaintiff Katavius Threatt, Individually and as Next Friend of Niasia Threatt; and**

2. **Defendant Pine Ridge Macon, LLC d/b/a Pine Ridge Apartments' Request for Production of Documents and Things to Plaintiff Katavius Threatt, Individually and as Next Friend of Niasia Threatt**

Respectfully submitted this 7th day of April, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:     (404) 870-7448
Facsimile:     (404) 870-1030

*/s/ Chris J. Perniciaro*
Matthew G. Moffett
Georgia State Bar No.:  515323
Chris J. Perniciaro
Georgia State Bar No.: 618477
*Attorneys for Pine Ridge Macon, LLC d/b/a*
*Pine Ridge Apartments and New Home, LLC*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS** with the Clerk of Court using the Court's electronic filing-and-service system, which will send electronic notification to all parties having appeared of record in this action:

**Ashley Cameron-Bivins**
**DOZIER LAW FIRM, LLC**
**487 Cherry Street**
**P.O. Box 13**
**Macon, GA 31202-0013**

Dated this 7th day of April, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**          */s/ Chris J. Perniciaro*
950 East Paces Ferry Road, N.E.          Matthew G. Moffett
Suite 1700 – Salesforce Tower Atlanta    Georgia State Bar No.:  515323
Atlanta, Georgia 30326                   Chris J. Perniciaro
Telephone:    (404) 870-7448             Georgia State Bar No.: 618477
Facsimile:    (404) 870-1030             *Attorneys for Pine Ridge Macon, LLC d/b/a*
                                         *Pine Ridge Apartments and New Home, LLC*

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV000464**
**5/23/2023 1:16 PM**
**Donald Talley, Clerk**
**Civil Division**

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

KATAVIUS THREATT, Individually and as
Next Friend of NIASIA THREATT,

     Plaintiff,

v.

PINE RIDGE MACON, LLC d/b/a PINE
RIDGE APARTMENTS, NEW HOME, LLC,
TIESHA KAY, AND JOHN DOE NOS 1-10.,

     Defendants.

CIVIL ACTION
FILE NO. 23EV000464

---

Pursuant to Uniform Rule 5.2(2), this is to certify that all parties to this action were

served with copies of the *PLAINTIFF'S RESPONSE TO DEFENDANT PINE RIDGE MACON,*

*LLC'S FIRST INTERROGATORIES* and *PLAINTIFF'S RESPONSE TO DEFENDANT PINE*

*RIDGE MACON, LLC'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS*

depositing a copy of the same in the United States mail in an envelope properly addressed to the

following, with adequate postage thereon to ensure proper delivery:

Chris Perniciaro, Esq.
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326

This 23rd May 2023.

THE DOZIER LAW FIRM, LLC
P. O. Box 13
487 Cherry Street
Macon GA 31202-3312
Phone: 478-742-8441
ashley@dozierlaw.com

Ashley Cameron-Bivins
Georgia Bar No. 914842
Attorney for Plaintiff

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV000464**
**5/24/2023 12:24 PM**
**Donald Talley, Clerk**
**Civil Division**

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

KATAVIUS THREATT, Individually and as
Next Friend of NIASIA THREATT,

     Plaintiff,

                                CIVIL ACTION
                                FILE NO. 23EV000464

v.

PINE RIDGE MACON, LLC d/b/a PINE
RIDGE APARTMENTS, NEW HOME, LLC,
TIESHA KAY, AND JOHN DOE NOS 1-10.,

     Defendants.

---

Pursuant to Uniform Rule 5.2(2), this is to certify that all parties to this action were

served with copies of the *PLAINTIFF'S INTERROGATORIES TO DEFENDANT PINE RIDGE*

*MACON, LLC d/b/a PINE RIDGE APARTMENTS* and *PLAINTIFF'S REQUEST FOR*

*PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT PINE RIDGE MACON,*

*LLC d/b/a PINE RIDGE APARTMENTS* depositing a copy of the same in the United States mail

in an envelope properly addressed to the following, with adequate postage thereon to ensure

proper delivery:

Chris Perniciaro, Esq.
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326

This 24th day of May 2023.

THE DOZIER LAW FIRM, LLC                  Ashley Cameron-Bivins
P. O. Box 13                                        Georgia Bar No. 914842
487 Cherry Street                             Attorney for Plaintiff
Macon GA 31202-3312
Phone: 478-742-8441ashley@dozierlaw.com

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV000464**
**6/20/2023 1:17 PM**
**Donald Talley, Clerk**
**Civil Division**

TO:        All Judges, Clerks of Court, and Counsel of Record

FROM:    Matthew G. Moffett, Esq.
            GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.

RE:        Notice of Leave of Absence

DATE:    June 20, 2023

---

COMES NOW Matthew G. Moffett and respectfully notifies all Judges before whom he has cases pending, all affected Clerks of Court, and all Opposing Counsel, that he will be on leave pursuant to Georgia Uniform Court Rule 16. See the attached Exhibit "A" for the list of pending cases.

1.    The period of leave during which time Applicant will be away from the practice of law is:

- July 24-28, 2023: Federation of Defense and Corporate Counsel annual meeting – out of town;

- August 23-25, 2023: GDLA Trial Academy - faculty;

- September 21-22, 2023: Client seminar;

- September 25-29 and October 2-6, 2023: Anniversary trip; and

- October 19-20, 2023: Out of town - family event.

2.    All affected judges and opposing counsel shall have ten days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

Respectfully submitted, this the 20th day of June, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:    (404) 870-7390
Facsimile:    (404) 870-1030

*/s/ Matthew G. Moffett*
Matthew G. Moffett
Georgia Bar No. 515323

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing *Notice of Leave of Absence* with the Clerk of Court, using the Court's electronic filing-and-service system, which will send electronic notification to all parties having appeared of record in this action for the case listed on the attached "Exhibit A."

Respectfully submitted, this 20th day of June, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.          ***/s/ Matthew G. Moffett***
Suite 1700 – Salesforce Tower Atlanta      Matthew G. Moffett
Atlanta, Georgia 30326                Georgia Bar No. 515323
Telephone:     (404) 870-7390
Facsimile:     (404) 870-1030

*Page 2 of 2*

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| State Court of Clayton County | Judge | Opposing Counsel |
|---|---|---|
| Krista Barnes v. Pilotwastesolutions.com, LLC and Jaime Rechy<br><br>2022CV01659<br><br>Our File No. 4468.0015 | Honorable Tammi Hayward<br>Judge, State Court of Clayton County<br>Harold R. Banke Justice Center<br>9151 Tara Boulevard<br>Room 3JC402<br>Jonesboro, GA 30236 | J. Martin Futrell, Esq.<br>WLG ATLANTA, LLC<br>Bank of America Plaza<br>600 Peachtree Street NE, Suite 4010<br>Atlanta, Georgia 30308<br>Email:<br>martin.futrell@witheritelaw.com |
| Calvin Brown v. The Kroger Co., CRS Center T1C 1 LLC, Michael Ferguson, ABC Corp 1-3, and John Doe 1-3<br><br>2022CV01175<br><br>Our File No. 3558.0545 | Honorable Tammi Long Hayward<br>Judge, State Court of Clayton County<br>9151 Tara Boulevard<br>Room 3JC402<br>Jonesboro, Georgia 30236 | Michael Johnson, Esq.<br>MORGAN & MORGAN ATLANTA PLLC<br>Post Office Box 57007<br>Atlanta, Georgia 30343-1007<br>Email: majohnson@forthepeople.com<br><br>Gwendolyn D. Havlik, Esq.<br>DREW ECKL & FARNHAM, LLP<br>303 Peachtree St., NE, Suite 3500<br>Atlanta, Georgia 30308<br>Email: havlikg@deflaw.com |
| Joan Livermore, as Administrator of the Estate of Mary Chappell v. Mission Health Communities, LLC, Mission Health of Georgia, LLC and Arrowhead Operator, LLC<br><br>2021CV01695<br><br>Our File No. 3530.0022 | Honorable Tammi Hayward<br>Judge, State Court of Clayton County<br>Harold R. Banke Justice Center<br>9151 Tara Boulevard<br>Room 3JC402<br>Jonesboro, GA 30236 | Miranda N. Hanley, Esq.<br>SMITH, WELCH, WEBB & WHITE, LLC<br>280 Country Club Drive<br>Suite 300<br>Stockbridge, GA 30281<br>Email: mhanley@smithwelchlaw.com |
| Bennie Evans v. John Henderson, Jr., Bhugesh Investments, LLC and Chubb Insurance Company<br><br>2022CV02437<br><br>Our File No. 4021.0002 | Honorable Tammi Hayward<br>Judge, State Court of Clayton County<br>Harold R. Banke Justice Center<br>9151 Tara Boulevard<br>Jonesboro, GA 30236 | Dwayne L. Brown, Esq.<br>LAW OFFICE OF DWAYNE L. BROWN<br>3390 Peachtree Road, Suite 1100<br>Atlanta, Georgia 30326<br>Email: dbrown@dbrownatty.com<br><br>Marriah N. Paige, Esq.<br>Joshua S. Wood, Esq.<br>WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC<br>3344 Peachtree Road NE, Suite 2400<br>Atlanta, Georgia 30326<br>Email: jwood@wwhgd.com<br>Email: mpaige@wwhgd.com |
| John Goodman v. The Kroger Co. and Joseph Powell<br><br>2022CV00810<br><br>Our File No. 3558.0539 | Honorable Michael T. Garrett<br>Judge, State Court of Clayton County<br>Harold R. Banke Justice Center<br>9151 Tara Boulevard<br>Room 3JC102<br>Jonesboro, GA 30236 | Richard D. Hobbs, Esq.<br>RICHARD D. HOBBS AND ASSOCIATES P.C.<br>101 Devant Street, Suite 403<br>Fayetteville, GA 30214<br>Email: thelitigator@bellsouth.net |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| B.J., An Adult Female v. Park at Tara Lake Owner, LLC Pinnacle Property Management Services, LLC, Rich Camacho and XYZ Security<br><br>2022CV02082<br><br>Our File No. 3556.0435 | Honorable Tammy Hayward Judge, State Court of Clayton County Harold R. Banke Justice Center 9151 Tara Boulevard Room 3JC402 Jonesboro, GA 30236 | Shean D. Williams, Esq. Samuel L. Starks, Esq. Sydni S. Marshall, Esq. THE COCHRAN FIRM-ATLANTA 100 Peachtree Street, NW Suite 2600 Atlanta, GA 30303 Email: SWilliams@cochranfirmatl.com Email: sstarks@cochranfirmatl.com Email: smarshall@cochranfirmatl.com |
| E.J., An Adult Female v. Park at Tara Lake Owner, LLC, Pinnacle Property Management Services, LLC, Rich Camacho and XYZ Security<br><br>2022CV02084<br><br>Our File No. 3556.0435 | Honorable M. Garrett Judge, State Court of Clayton County Harold R. Banke Justice Center 9151 Tara Boulevard Room 3JC402 Jonesboro, GA 30236 | Shean D. Williams, Esq. Samuel L. Starks, Esq. Sydni S. Marshall, Esq. THE COCHRAN FIRM-ATLANTA 100 Peachtree Street, NW Suite 2600 Atlanta, GA 30303 Email: SWilliams@cochranfirmatl.com Email: sstarks@cochranfirmatl.com Email: smarshall@cochranfirmatl.com |
| Andrew Kaiser, ESQ. as the Administrator of the Estate of Leonardo De Jesus Vazquez and Leonardo De Jesus Santiago Individually, and as the Parent of Leonardo De Jesus Vazquez v. Kroger, et al.<br><br>2019CV00978<br><br>Our File No. 3556.0433 | Honorable Michael T. Garrett Judge, State Court of Clayton County Harold R. Banke Justice Center 9151 Tara Boulevard Room 3JC102 Jonesboro, GA 30236 | Darren W. Penn, Esq. PENN LAW GROUP LLC 4200 Northside Parkway, NW Building One, Suite 100 Atlanta, Georgia 30327 Email: Darren@pennlawgroup.com<br><br>Ms. Alexandra Catherine Cole, Esq. David N. Dreyer, Esq. PENN LAW LLC Building One Suite 100 4200 Northside Parkway NW Atlanta, Georgia 30327 Email: sachi@pennlawgroup.com<br><br>Uchenna Ekuma-Nkama, Esq. Matthew Martin, Esq. DENTONS US LLP 303 Peachtree Street NE Suite 5300 Atlanta, Georgia 30308 Email: uchenna.ekuma-nkama@dentons.com Email: Matt.martin@dentons.com<br><br>Gerardo (Jerry) Alcazar, Esq. Blackwell Burke PA 421 South Seventh St. Ste. 2500 Minneapolis, MN 55414 Email: galcazar@blackwellburke.com<br><br>Charles M. McDaniel, Jr., Esq. CARLOCK, COPELAND & STAIR, |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | LLP<br>191 Peachtree Tower, Suite 3600<br>Atlanta, GA 30303<br>Email:<br>cmcdaniel@carlockcopeland.com<br><br>K. Chris Collins, Esq.<br>HUSCH BLACKWELL LLP<br>736 Georgia Ave, Ste 300<br>Chattanooga, TN 37402-2059<br>Email:<br>Chris.collins@huschblackwell.com<br><br>James Felton Taylor III<br>James William Hardee<br>FAIN MAJOR & BRENNAN P.C.<br>100 Glenridge Point Pkwy<br>Suite 500<br>Atlanta, GA 30342-1440<br>Email: jtaylor@fainmajor.com<br>Email: jhardee@fainmajor.com<br><br>Scott D. Huray, Esq.<br>LEWIS BRISBOIS, BISGAARD &<br>SMITH, LLP<br>600 Peachtree St., NE<br>Suite 4700<br>Atlanta, Georgia 30308<br>Email: scott.huray@lewisbrisbois.com<br><br>Matthew George McLaughlin, Esq.<br>MCLAUGHLIN LAW FIRM<br>11575 Great Oaks Way Suite 100<br>Alpharetta, GA 30022<br>Email: mamclaughlin@mgmesq.com |
| Alberta Saunders v. Sabatini Atlanta Enterprises, Inc.; The Kroger Co.; and Elijah Joel Cantrell<br><br>2023CV00568<br><br>Our File Number: 3558.0588 | Honorable Sonyja George<br>Judge, State Court of Clayton County<br>9151 Tara Boulevard<br>Room 3JC101<br>Jonesboro, GA 30236 | Shellea D.Crochet, Esq.<br>MORGAN & MORGAN ATLANTA PLLC<br>191 Peachtree Street, N.E.<br>Suite 4200<br>Atlanta, Georgia 30303<br>Email: scrochet@forthepeople.com |
| Ralph Brandon Shepard III v. Stonecrest Heights Community Association, Inc., Community Management Associates, Inc., Annmarie Dallen, Gary Boykins, Sr., and John Doe Security Company<br><br>2021CV01295<br><br>Our File No. 3011.0012 | Honorable Tammi Hayward<br>Judge, State Court of Clayton County<br>Harold R. Banke Justice Center<br>9151 Tara Boulevard<br>Jonesboro, GA 30236 | Shean D. Williams, Esq.<br>Samuel L. Starks, Esq.<br>Sydni S. Marshall, Esq.<br>THE COCHRAN FIRM ATLANTA<br>100 Peachtree Street, NW<br>Suite 2600<br>Atlanta, GA 30303<br>Email: swilliams@cochranfirmatl.com<br>Email: sstarks@cochranfirmatl.com<br>Email: smarshall@cochranfirmatl.com<br><br>William T. Mitchell, Esq. |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | Matthew I. Dowling, Esq. CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP 275 Scientific Dr., NW Suite 2000 Peachtree Corners, GA 30092 Email: bmitchell@cmlawfirm.com Email: mdowling@cmlawfirm.com<br><br>Allison B Shear, Esq. LAW OFFICE OF J. ANDREW WILLIAMS 2970 Clairmont Road NE, Suite 600 Brookhaven, GA 30329 Email: blooma3@nationwide.com |
|---|---|---|
| Nadra Williams, Individually and as Administrator of The Estate of Curtis Monroe Williams, Deceased, and as Natural Born Child and Surviving Next of Kin of Curtis Monroe Williams, Deceased, and Yolanda Georges, Markia Williams, and Curtis Williams, Jr., Individually and as Natural Born Children and Surviving Next of Kin of Curtis Monroe Williams, Deceased v. A1 Contracting, LLC, Luna General Construction, Inc., City of Union City<br><br>2020CV00374<br><br>Our File No. 3230.0001 | Honorable Linda S. Cowen Judge, State Court of Clayton County Harold R. Banke Justice Center 9151 Tara Boulevard Room 3JC101 Jonesboro, GA 30236 | Marla Eastwood, Esq. Daniel Beer, Esq. SHIVER HAMILTON 3490 Piedmont Rd. NE, Suite 640 Atlanta, GA 30305 Email: marla@shiverhamilton.com Email: daniel@shiverhamilton.com<br><br>Taylor Hanks, Esq. Andrew D. Horowitz, Esq. DREW, ECKL & FARNHAM 303 Peachtree Street, NE, Suite 3500 Atlanta, GA 30308 Email: hankst@deflaw.com<br><br>Daniel J. Kingsley, Esq. SWIFT, CURRIE, MCGHEE & HIERS, LLP 1420 Peachtree Street, NE Suite 800 Atlanta, Georgia 30309 Email: Dan.Kingsley@swiftcurrie.com<br><br>Theodore P. Meeker III, Esq. SUMNER MEEKER LLC 14 East Broad Street Newnan, GA 30263 Email: tmeeker@numail.org |
| Vivian D. Williams v. Atonies London and Jamco Properties, Inc., and Woods at Southlake, LLC and John Does 1 – 3<br><br>2017CV02072<br><br>Our File No. 3556.0414 | Honorable Michael Garrett Judge, State Court of Clayton County 9151 Tara Boulevard Jonesboro, GA 30236 | Paul B. Mazur, Esq. PAUL B. MAZUR, P.C. 44 Broad Street, N.W. Suite 600 Atlanta, GA 30303 Email: paul@pbmjustice.com<br><br>John D. Hadden, Esq. TURKHEIMER & HADDEM, L.L.C. 44 Broad Street, N.W. |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | Suite 600<br>Atlanta, GA 30303<br>Email: jhadden@haddenfirm.com<br><br>Jed D. Manton, Esq.<br>Madeline E. McNeeley, Esq.<br>HARRIS LOWRY MANTON, LLP<br>1418 Dresden Dr. NE, Unit 250<br>Brookhaven, GA 30319<br>Email: jed@hlmlawfirm.com<br>Email: molly@hlmlawfirm.com |
|---|---|---|
| **Superior Court of Clayton County** | **Judge** | **Opposing Counsel** |
| Dianne Rheinschmidt and David Rheinschmidt v. The Kroger Co. and Shomari Spencer<br><br>2021CV03410-09<br><br>Our File No. 3558.0512 | Honorable Geronda V. Carter<br>Judge, Superior Court of Clayton County<br>9151 Tara Boulevard<br>Room 4JC401<br>Jonesboro, Georgia 30236 | Justin Oliverio, Esq.<br>THE MILLAR LAW FIRM<br>151 N. Main Street<br>Jonesboro, GA 30236<br>Email: justin@atlantaadvocate.com |
| **State Court of Coweta County** | **Judge** | **Opposing Counsel** |
| James English and Rebecca English vs. Elite Burgers, LLC d/b/a Wendy's<br><br>22SV0316E<br><br>Our File No. 16000.0644 | Judge John Herbert Cranford<br>72 Greenville Street<br>Coweta County Justice Center<br>P.O. Box 1925<br>Newnan, Georgia 30264 | Bhrett J. Pizza, Esq.<br>BHRETT J. PIZZA, ATTORNEY AT LAW, P.C.<br>216 Alexander Street<br>Marietta, Georgia 30060<br>Email: pizzalawga@hotmail.com |
| Christopher Hofmann v. Dewayne Lamont Hand, Sunbelt Rentals, Inc., and Travelers Property Casualty Company of America<br><br>21SV0527E<br><br>Our File No. 3562.0017 | Honorable Seay Vanpatten Poulakos<br>Judge, State Court of Coweta County<br>72 Greenville Street<br>P.O. Box 1925<br>Newnan, GA 30264 | Riley W. Snider, Esq.<br>Jason B. Green, Esq.<br>MORGAN & MORGAN ATLANTA PLLC<br>178 South Main Street<br>Unit 300<br>Alpharetta, GA 30009<br>Email: rsnider@forthepeople.com<br>Email: jgreen@forthepeople.com |
| **State Court of DeKalb County** | **Judge** | **Opposing Counsel** |
| Cedric Asher and Charees Asher v. Frederick North and Zurix Building Solutions, LLC<br><br>23A00379<br><br>Our File No. 853.0040 | Honorable Mike Jacobs<br>Judge, State Court of DeKalb County<br>556 N. McDonough St.<br>Suite 3230<br>Decatur, GA 30030 | Stephen R. Fowler<br>M. Andrew Echols<br>The Fowler Firm, LLC<br>Peachtree 25th Building<br>1720 Peachtree Street NW<br>Suite 118<br>Atlanta, GA 30309<br>stephen@fowlerfirmlaw.com<br>andrew@fowlerfirmlaw.com |
| Isjonle Shuntay Aught, Individually, and as Anticipated Administrator of the Estate of Devora Aught v. | Honorable Janis C. Gordon<br>Judge, State Court of DeKalb County<br>556 N McDonough Street | Michael A. Prieto, Esq.<br>Jonathan Marigliano, Esq.<br>Joan M. Woolley, Esq. |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Meadowbrook Operator, LLC d/b/a Meadowbrook Health and Rehab; Mission Health of Georgia, LLC; John/Jane Does I and II; and ABC Corporation<br><br>20A81596<br><br>Our Case No. 3530.0020 | Suite 300<br>Decatur, Georgia 30030 | PRIETO, MARIGLIANO, HOLBERT & PRIETO, LLC<br>1555 Mount Vernon Road<br>Atlanta, GA 30338<br>Email: mprieto@pmhplaw.com<br>Email: jmarigliano@pmhplaw.com<br>Email: jwoolley@pmhplaw.com |
| Brandon Avila v. FCCI Insurance Company, Road Tested Parts, LLC, and Kenric Heard,<br>23A01706<br>Our File No. 853.0042 | Honorable Johnny Panos<br>Judge, State Court of DeKalb County<br>556 N. McDonough St.<br>Suite 2230<br>Decatur, GA 30030 | Zachary S. Shewmaker, Esq.<br>Jarrett L. Miller, Esq.<br>HORST SHEWMAKER, LLC<br>10745 Westside Way, Suite 165<br>Alpharetta, Georgia 30009 |
| Kelly Blake and William Blake as parent and natural guardians of William Blake, Jr a minor v. Dynamo Pool Management, Inc.<br><br>21A03053<br><br>Our File No. 3024.0035 | Honorable Kimberly K. Anderson<br>Judge, State Court of DeKalb County<br>556 N. McDonough St<br>Suite 2210<br>Decatur, GA 30030 | R. Randy Edwards, Esq.<br>COCHRAN & EDWARDS, LLC<br>2950 Atlanta Road SE<br>Smyrna, GA 30080<br>Email:<br>randy@cochranedwardslaw.com<br>Email: eric@cochranedwardslaw.com |
| Joel Dobbins vs. J&S Specialty Services, LLC d/b/a Jimmy's Tequila & Carnes and Calaveritas Holdings, LLC d/b/a Jimmy's Tequila & Carnes<br><br>22A02699<br><br>Our File No. 3011.0021 | Honorable Kimberly Anderson<br>Judge, State Court of DeKalb County<br>DeKalb County Courthouse<br>556 N. McDonough St.<br>Suite 2210<br>Decatur, GA 30030 | Michael L. Goldberg, Esq.<br>Eric J.D. Rogers, Esq.<br>Daniel J. Kingsley, Esq.<br>Three Alliance Center<br>3550 Lenox Road, Ste. 1500<br>Atlanta, Georgia 30326-4302<br>Email: michael@friedgoldberg.com<br>Email: eric@friedgoldberg.com<br>Email: dan@friedgoldberg.com<br><br>Lisa F. Harper, Esq.<br>TAYLOR FEIL HARPER & LUMSDEN, P.C.<br>3400 Peachtree Road, N.E., Suite 1515<br>Atlanta, Georgia 30326<br>Email: lfharper@tfhlegal.com |
| Christian Escalera v. The Kroger Co., ACE American Insurance Company, and Quitavis Scandrett<br><br>23A00501<br><br>Our File No. 3558.0583 | Honorable Kimberly K. Anderson<br>Judge, State Court of DeKalb County<br>556 N. McDonough St.<br>Suite 2210<br>Decatur, GA 30030 | Michael L. Goldberg, Esq.<br>Eric J.D. Rogers, Esq.<br>Daniel J. Kingsley, Esq.<br>FRIED GOLDBERG, LLC<br>Three Alliance Center<br>3550 Lenox Road, Ste. 1500<br>Atlanta, Georgia 30326-4302<br>Email: michael@friedgoldberg.com<br>Email: eric@friedgoldberg.com<br>Email: dan@friedgoldberg.com |
| Jennifer Giles, Individually, and as Administrator of the Estate of Barbara Giles, Deceased, v.<br>Meadowbrook Operator, LLC d/b/a Meadowbrook Health and Rehab; Mission Health of Georgia, LLC; Georgia Long Term Care and | Honorable Dax E. Lopez<br>Judge, State Court of DeKalb County<br>DeKalb County Courthouse<br>556 N. McDonough Street<br>Suite 3240<br>Decatur, GA 30030 | Michael A. Prieto, Esq.<br>William F. Holbert, Esq.<br>Elizabeth Evinger, Esq.<br>PRIETO, MARIGLIANO, HOLBERT & PRIETO, LLC<br>1555 Mount Vernon Road<br>Atlanta, GA 30338 |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Consulting, P.C.; Terence Andrew Frinks, MD; Chae Lee, NP; John/Jane Does I and II; and ABC Corporation<br><br>21A01880<br><br>Our File No. 3530.0021 | | Email: mprieto@prnhplaw.com<br>Email: bholbert@prnhplaw.com<br>Email: eevinger@pmhplaw.com<br><br>Heather H. Miller, Esq.<br>Samuel E. Britt, Esq.<br>MCGREW MILLER BOMAR & BAGLEY, LLC<br>50 Hurt Plaza, SE<br>Suite 1200<br>Atlanta, GA 30303<br>Email: hmiller@mmbblaw.com<br>Email: sbritt@mmbblaw.com |
| Gabriel Green v. Confidential Security Agency Inc., Department of Health and Human Services, CGL Facility Management, LLC, and John Does 1-3<br><br>21A-00427<br><br>Our File No. 3556.0451 | Honorable Mike Jacobs<br>Judge, State Court of DeKalb County<br>556 N McDonough Street<br>Suite 3230<br>Decatur, GA 30030 | Jeffry M. Dougan, Esq.<br>PRINCENTHAL, MAY & WILSON, LLC<br>750 Hammond Drive<br>Building 12, Suite 200<br>Sandy Springs, Georgia 30328<br>Email: jeff@princemay.com<br><br>Matt Dowling, Esq.<br>CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP<br>275 Scientific Drive NW<br>Meridian II, Suite 2000<br>Norcross, Georgia 30092<br>Email: mdowling@cmlawfirm.com<br><br>Loretta Pinkston-Pope, Esq.<br>Kimberly L. Schwartz, Esq.<br>OFFICE OF THE ATTORNEY GENERAL<br>40 Capitol Square, SW<br>Atlanta, GA 30334<br>Email: kschwartz@law.ga.gov |
| LaRon Harper v. The Kroger Co., Southern Cleaning Service Inc., Teresa Jackson, and John Doe 3<br><br>20A83911<br><br>Our File No. 3558.0485 | Honorable Kimberly A. Alexander<br>Judge, State Court of DeKalb County<br>556 N. McDonough St.<br>Suite 2220<br>Decatur, GA 30030 | Jameson Sackey, Esq.<br>MONGE & ASSOCIATES<br>8205 Dunwoody Place, Building 19<br>Atlanta, Georgia 30350<br>Email: Jameson@Monge.Lawyer |
| Marie Hughes, as Administrator of the Estate of George Hughes, deceased v. Venetian Hills Apartments, LLC and John Maughan<br><br>19A73694<br><br>Our File No. 528.0001 | Honorable Ana Maria Martinez<br>Judge, State Court of Dekalb County<br>556 N. McDonough Street<br>Suite 3240<br>Decatur, GA 30030 | Jeff P. Shiver, Esq.<br>SHIVER HAMILTON, LLC<br>One Securities Centre<br>3490 Piedmont Rd., NE<br>Suite 640<br>Atlanta, GA 30305<br>Email: jeff@shiverhamilton.com<br><br>Warner S. Fox, Esq.<br>Bryan M. Grantham, Esq. |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | HAWKINS PARNELL & YOUNG LLP<br>303 Peachtree Street, NE<br>Suite 4000<br>Atlanta, Georgia 30308-3243<br>Email: wfox@hpylaw.com<br>Email: bgrantham@hpylaw.com<br><br>James B. McClung, Esq.<br>CAROL CLARK LAW<br>6075 Lake Forrest Drive, Suite 200<br>Atlanta, Georgia 30328<br>Email: Brad@carolclarklaw.com |
| LaJuna Jarrell, individually and as Administrator of the Estate of Ahmaud Jarrell, deceased v. The Forest at Columbia 2019, LP, The Forest at Columbia, LLC, Yellow Stone Group, LLC, XYZ Corporations 1-3 and John Does 1-3<br><br>23A00093<br><br>Our File No. 531.0002 | Honorable Alvin T. Wong<br>Judge, State Court of Dekalb County<br>DeKalb County Courthouse<br>556 N. McDonough Street<br>Decatur, GA 30030 | Jonathan W. Johnson, Esq.<br>JONATHAN W. JOHNSON, LLC<br>2296 Henderson Mill Road, Suite 406<br>Atlanta, Georgia 30345<br>Email:<br>jwj@jonathanjohnsonatlantalawyer.com<br><br>S.K. Rod Dixon, Esq.<br>THE DIXON FIRM, PC<br>The Waterstone, Suite 272<br>4751 Best Road<br>Atlanta, Georgia 30337<br>Email: rod@dixonfirm.com<br><br>Greg Michell<br>Garrett E. Land<br>STANLEY, ESREY & BUCKLEY, LLP<br>Promenade Tower, Suite 2400<br>1230 Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>Email: gmichell@seblaw.com<br>Email: gland@seblaw.com |
| Alecia B. Kelley, Carlos R. Henry III, Steven Middlebrooks, Jahlil Hill-Armstrong v. MDA Prime, LLC, Sadiya Investments Inc.<br><br>22A02654<br><br>Our File No. 3525.0023 | Honorable Kimberly A. Alexander<br>Judge, State Court of DeKalb County<br>556 N. McDonough St.<br>Suite 2220<br>Decatur, GA 30030 | Alan G. Parker<br>ALAN PARKER LAW FIRM, LLC<br>226 North McDonough Street, Suite A<br>Jonesboro, Georgia 30236<br>Email: Parkerlaw1983@gmail.com<br><br>Jerald R. Hanks, Esq.<br>Brando G. Day, Esq.<br>HANKS LAW GROUP, LLC<br>1380 West Paces Ferry Road<br>Suite 2265<br>Atlanta, Georgia 30327<br>Email: jrhanks@hankslawgroup.com<br>Email: bday@hankslawgroup.com |
| Shenia Moore, Individually as Surviving Daughter of Florence Moore, deceased, | Honorable Alvin T. Wong<br>Judge, State Court of DeKalb County | Gretchen H. Wagner, Esq.<br>Katherine G. Hughes, Esq. |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| and as Anticipated Administrator of the Estate of Florence Moore, deceased, v. Meadowbrook Operator, LLC d/b/a Meadowbrook Health and Rehab, Mission Health of Georgia, LLC. GBD, LLC, Frederick K. Youngman, John Does (1-5), and ABC Corporations (1-5)<br><br>22A03147<br><br>Our File No. 3530.0030 | DeKalb County Courthouse<br>556 N. McDonough Street<br>Suite 2240<br>Decatur, GA 30030 | WAGNER HUGHES, LLC<br>2860 Piedmont Rd., NE<br>Suite 130<br>Atlanta, GA 30305<br>Email:<br>gwagner@wagnerhugheslaw.com<br>Email:<br>khughes@wagnerhugheslaw.com |
| Shakera Reese, as mother and natural parent of Samiya Reese, a minor, and Sariyah Reese, a minor v. CC Clarkston, LLC, Alexander Properties Group, Inc., et al.<br><br>21A03064<br><br>Our File No. 4460.0026 | Honorable Alvin T. Wong<br>Judge, State Court of DeKalb County<br>556 N. McDonough Street<br>Suite 2240<br>Decatur, GA 30030 | Shean D. Williams, Esq.<br>Gary B. Andrews, Esq.<br>Sydni S. Marshall, Esq.<br>THE COCHRAN FIRM – ATLANTA<br>100 Peachtree Street, NW<br>Suite 2600<br>Atlanta, GA 30303<br>Email: swilliams@cochranfirmatl.com<br>Email: gandrews@cochranfirmatl.com<br>Email: smarshall@cochranfirmatl.com |
| Kaaliyah Smith v. Barclay Blanchard and Jean Blanchard<br><br>23A00542<br><br>Our File No. 504.1125 | Honorable Wayne M. Purdom<br>Judge, State Court of DeKalb County<br>556 N. McDonough St.<br>Suite 3220<br>Decatur, GA 30030 | R. Lee Page, Jr., Esq.<br>FARAH & FARAH, P.A.<br>2310 Parklake Drive, NE<br>Suite 262<br>Atlanta, GA 30345<br>Email: Rlp-pleadings@farahandfarah.com<br><br>James Hughes, Esq.<br>D. Nathan Chong, Esq.<br>Jay F. Eidex, Esq.<br>GROWTH, MAKARENKO, KAISER & EIDEX, LLC<br>One Sugarloaf Centre<br>1960 Satellite Blvd, Suite 2000<br>Duluth, Georgia 30097<br>Email: jhughes@gmke.law<br>Email: nc@gmke.law<br>Email: je@gmke.law<br><br>Dexter J. Youmans, Esq.<br>LAW OFFICES OF KELLY GOODWIN<br>5 Concourse Pkwy, NE<br>Suite 2440<br>Atlanta, GA 30328<br>Email: dexter.youmans@usaa.com |
| Augusta Starling v. The Kroger Co., and Ariel Belvedere Owner Holdings, LLC, and Ariel Belvedere Owner, LLC, 1045, LLC, CBRE, Inc., John Doe Company and John Doe | Honorable Johnny Panos<br>Judge, State Court of DeKalb County<br>3rd Floor Administrative Tower<br>556 N. McDonough St. #300<br>Decatur, GA 30030 | Minerva A. Steele, Esq.<br>Steele Law, LLC<br>3340 Peachtree Road<br>Suite 1800<br>Atlanta, GA 30326 |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| 22A01456<br><br>Our File No. 3558.0544 | | Email: msteele@steeleinjurylaw.com<br><br>Brian F. Williams, Esq.<br>John H.A. Brogdon, Esq.<br>WALDON ADELMAN CASTILLA<br>HIESTAND & PROUT<br>900 Circle 75 Parkway<br>Suite 1040<br>Atlanta, Georgia 30339<br>Email: bwilliams@wachp.com<br>Email: jbrogdon@wachp.com |
| Willie Swift and Glenn Ellis v. Rahmell Mitchell, G's Hauling LLC, and Graphic Arts Mutual Insurance Company<br><br>20A81176<br><br>Our File No. 16000.0630 | Honorable Kimberly Anderson<br>Judge, State Court of DeKalb County<br>556 N. McDonough St.<br>Suite 2210<br>Decatur, GA 30030 | James A. Rice, Jr., Esq.<br>JAMES A. RICE, JR., P.C.<br>563 Spring Street, NW<br>Atlanta, GA 30308<br>Email: jim@ricefirm.com<br><br>Wayne S. Melnick Esq.<br>Aaron P. Miller Esq.<br>100 Galleria Parkway, Suite 1600<br>Atlanta GA 30339<br>Email: wmelnick@fmglaw.com |
| Detral Treadwell and Lillie Treadwell v. The Kroger Company<br><br>19A74711<br><br>Our File No. 3558.0420 | Honorable Kimberly A. Alexander<br>Judge, State Court of DeKalb County<br>556 N. McDonough St.<br>Suite 2220<br>Decatur, GA 30030 | Danielle B. Obiorah, Esq.<br>Teri D. Fields, Esq.<br>OBIORAH FIELDS, LLC<br>157 South McDonough Street<br>Jonesboro, GA 30236<br>Email: dbo@obiorahfields.com |
| Carolyn Wilson v. The Kroger Company<br><br>22A02632<br><br>Our File No. 3558.0569 | Honorable Kimberly Anderson<br>Judge, State Court of DeKalb County<br>556 N. McDonough St.<br>Suite 2210<br>Decatur, GA 30030 | Michael A. Baskin, Esq.<br>THE BASKIN LAW GROUP, P.C.<br>Peachtree Center North Tower<br>235 Peachtree Street, N.E., Ste. 400<br>Atlanta, GA 30303<br>Email: mbaskin@baskinlg.com |
| **Superior Court of DeKalb County** | **Judge** | **Opposing Counsel** |
| Georgia Insurers Insolvency Pool v. Modivcare Solutions, LLC f/k/a Logisticare Solutions, LLC<br><br>21CV9783<br><br>Our File No. 3523.0001 | Honorable Tangela Barrie<br>Judge, Superior Court of DeKalb County<br>556 North McDonough Street<br>Room 5230<br>Decatur, GA 30030 | Michael J. Gorby, Esq.<br>Amy C. M. Burns, Esq.<br>Whitney B. Arp, Esq.<br>GORBY, PETERS & ASSOCIATES, LLC<br>6075 Barfield Rd., Ste 224<br>Atlanta, GA 30328<br>Email: mgorby@gorbypeters.com<br>Email: aburns@gorbypeters.com<br>Email: warp@gorbypeters.com |
| Catrina Langston v. The Kroger Co.<br><br>22CV3947<br><br>Our File No. 3558.0542 | Honorable Nora Polk<br>Judge, Superior Court of DeKalb County<br>556 North McDonough Street<br>Room 6210<br>Decatur, GA 30030 | Brandon Price-Crum, Esq.<br>SERIOUS INJURY LAW GROUP, PC<br>2901 Zelda Road<br>Montgomery, AL 36106<br>Email: brandon@seriouslawyers.com |
| Dionna Mccord, as Surviving Natural | Honorable Nora Polk | Natalee Drummond-Fairley, Esq. |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Parent and Administrator of The Estate of Dy'shea Hall v. Sabatini Atlanta Enterprises, Inc., The Kroger Co. and Michael Mongo<br><br>23CV2713<br><br>Our File No. 3558.0546 | Judge, Superior Court of DeKalb County<br>556 North McDonough Street<br>Room 6210<br>Decatur, GA 30030 | THE FAIRLEY FIRM, LLC<br>1745 Phoenix Boulevard, Suite 400<br>Atlanta, Georgia 30349<br>Email: natalee@fairleyfirm.com<br><br>Michael D. Johnson, Esq.<br>TAYLOR ENGLISH DUMA, LLP<br>1600 Parkwood Circle, Suite 200<br>Atlanta, Georgia 30339<br>Email: Mjohnson@taylorenglish.com<br><br>M. Austin Moretz, Esq.<br>Kenny R. Cantrell, Esq.<br>GALLOWAY JOHNSON TOMPKINS BURR & SMITH, P.L.C.<br>990 Hammond Drive, Suite 210<br>Atlanta, Georgia 30328<br>Email:<br>KCantrell@gallowaylawfirm.com |
| Micah Smith, Individually V. David Clark & Antonio Valenzuela, Individually, Alvin P. Nash & Judith Nash, Individually, Ted Shannon Steward & Shannon Marie Steward, Individually, And John & Jane Doe Individuals & Entities (1-3),<br><br>19CV8283<br><br>Our File No. 3556.0424 | | Terry D. Jackson<br>TERRY D. JACKSON, P.C.<br>600 Edgewood Avenue<br>Atlanta, GA 30312<br>Terry@terryjacksonlaw.com<br><br>Patrick J. O'Connor<br>Joey Logan-Pugh<br>Denval Stewart<br>OFFICE OF THE FULTON COUNTY ATTORNEY<br>141 Pryor Street, SW, Suite 4038<br>Atlanta, Georgia 30303<br>patrick.oconnor@fultoncountyga.gov<br><br>Maren R. Cave<br>Jennifer Nichols<br>SWIFT, CURRIE, MCGHEE & HIERS, LLP<br>Suite 300, The Peachtree<br>1355 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>maren.cave@swiftcurrie.com<br>Jennifer.nichols@swiftcurrie.com<br><br>Charles M. Medlin<br>Winfield L. Pollidore<br>BOVIS, KYLE, BURCH & MEDLIN, LLC<br>200 Ashford Center North, Suite 500<br>Atlanta, GA 30338-2680<br>cmm@boviskyle.com<br>traimey@boviskyle.com |
| MICAH SMITH, Individually, and as | | Andrew Lampros, Esq. |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| the Court Appointed Personal Administrator of The Estate of SYDNEY SMITH,<br><br>v.<br><br>Ann Herrera, The Court Appointed Personal Administrator Of The Estate Of Robert Steven Smith, David Clark & Antonio Valenzuela, Individually, Alvin P. Nash & Judith Nash, Individually, Ted Shannon Steward & Shannon Marie Steward, Individually, And John & Jane Doe Individuals & Entities (1-3),<br><br>19CV8282<br><br>AND<br><br>ANN HERRERA, the Court Appointed Personal Administrator of the Estate of ROBERT STEVEN SMITH,<br><br>Cross-Claim & Third Party Plaintiff,<br><br>v.<br><br>David Clark & Antonio Valenzuela, Individually, Alvin P. Nash & Judith Nash, Individually, Ted Shannon Steward & Shannon Marie Steward, Individually, and John And Jane Doe And Jane Doe and Jane Doe, Individuals & Entities (1-3) and John Doe,<br><br>Cross-Claim & Third Party Defendants.<br><br>Our File No. 3556.0424 | | Patrick J. Hannon, Esq.<br>HALL & LAMPROS, LLP<br>400 Galleria Pkwy, Suite 1150<br>Atlanta, GA 30339<br>Email: alampros@hallandlampros.com<br>Email: patrick@hallandlampros.com<br><br>Terry D. Jackson, Esq.<br>TERRY D. JACKSON, P.C.<br>600 Edgewood Avenue<br>Atlanta, Georgia 30312<br>Email: terry@terryjacksonlaw.com<br><br>Hilliard V. Castilla, Esq.<br>Matthew J. Hurst, Esq.<br>WALDON ADELMAN CASTILLA, HIESTAND & PROUT<br>900 Circle 75 Parkway, Suite 1040<br>Atlanta, Georgia 30339<br>hcastilla@wachp.com<br>mhurst@wachp.com<br><br>Patrick J. O'Connor, Esq.<br>Joey Logan-Pugh, Esq.<br>Denval Stewart, Esq.<br>OFFICE OF THE FULTON COUNTY ATTORNEY<br>141 Pryor Street, SW, Suite 4038<br>Atlanta, Georgia 30303<br>Email:<br>patrick.oconnor@fultoncountyga.gov<br><br>Maren R. Cave, Esq.<br>Jennifer Nichols, Esq.<br>SWIFT, CURRIE, MCGHEE & HIERS, LLP<br>1420 Peachtree St., NE<br>Suite 800<br>Atlanta, GA 30309<br>Email: maren.cave@swiftcurrie.com<br>Email:<br>Jennifer.nichols@swiftcurrie.com<br><br>Charles M. Medlin<br>Winfield L. Pollidore<br>Bovis, Kyle, Burch & Medlin, LLC<br>200 Ashford Center North, Suite 500<br>Atlanta, GA 30338-2680<br>Email: cmm@boviskyle.com<br>Email: traimey@boviskyle.com |
| Shana Williams v. The Kroger Co.<br><br>22CV9696<br><br>Our File No. 3558.0575 | Honorable Mark Anthony Scott<br>Judge, Superior Court of DeKalb County<br>556 North McDonough Street<br>Decatur, GA 30030 | Randolph Frails, Esq.<br>Edwin A. Wilson, Esq.<br>Stacy Y. Norris, Esq.<br>FRAILS & WILSON, LLC<br>211 Pleasant Home Road, Suite A-1 |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | Augusta, GA 30907<br>Email:<br>randyfrails@frailswilsonlaw.com<br>Email:<br>edwinwilson@frailswilsonlaw.com<br>Email:<br>stacynorris@frailswilsonlaw.com |
| **State Court of Forsyth County** | **Judge** | **Opposing Counsel** |
| Daniel Mygrant v. Reid & Reid Construction, LLC, Reid & Reid Contractors, LLLP and Dylan Lane Reid<br><br>22SC-1970-B<br><br>Our File No. 853.0041 | Honorable T. Russell McClelland<br>Judge, State Court of Forsyth County<br>101 East Courthouse Square<br>Suite 4016<br>Cumming GA 30040 | Peter A. Law, Esq.<br>E. Michael Moran, Esq.<br>Brian C. Kaplan, Esq.<br>LAW & MORAN<br>563 Spring Street, NW<br>Atlanta, Georgia 30308<br>Email: pete@lawmoran.com<br>Email: mike@lawmoran.com<br>Email: brian@lawmoran.com<br><br>Jason B. Mosteller, Esq.<br>MOSTELLER LAW FIRM<br>327 Dahlonega Street, Suite 302A<br>Cumming, Georgia 30040<br>Email: jason@mostellerlawfirm.com<br><br>Jesse A. Van Sant, Esq.<br>Joshua A. Scoggins, Esq.<br>MILES HANSFORD & TALLANT, LLC<br>202 Tribble Gap Road, Suite 200<br>Cumming, Georgia 30040<br>Email: jvansant@mhtlegal.com<br>Email: jscoggins@mhtlegal.com<br><br>Lori McGowan, Esq.<br>LYNN LEONARD & ASSOCIATES<br>2400 Century Parkway, Suite 2400<br>Atlanta, Georgia 30345<br>Email: Lori.McGowan@statefarm.com |
| **Superior Court of Forsyth County** | **Judge** | **Opposing Counsel** |
| Sudhakar Malapati v. Atlanta Gas Light Company, Southern Company Gas, Southeast Connections LLC, Artera Services LLC<br><br>21CV-1116-1<br><br>Our File No. 4486.0004 | Honorable Phillip C. Smith<br>Judge, Superior Court of Forsyth County<br>101 East Courthouse Square<br>Suite 5032<br>Cumming, GA 30040 | Harold L. Johnson, Esq.<br>WAKHISI-DOUGLAS, LLC<br>2002 Summit Blvd.<br>Suite 300<br>Atlanta, Georgia 30319<br>Email: hljohnson@wd-law.net<br><br>Daniel J. Huff, Esq.<br>David D. MacKenzie, Esq.<br>HUFF, POWELL & BAILEY, LLC<br>999 Peachtree St., Suite 950<br>Atlanta, Georgia 30309<br>Email: dhuff@huffpowellbailey.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

|  |  | Email:<br>dmackenzie@huffpowellbailey.com |
|---|---|---|
| **State Court of Fulton County** | **Judge** | **Opposing Counsel** |
| Lamar Astin v. Hickory Park, LTD (L.P) and Ledic Realty Management, LLC, now known as Envolve Community Management, LLC d/b/a/ Envolve Community Services, LLC, and Envolve Community Management, LLC d/b/a Envolve Community Services, LLC and Lisa Martin-Poore, Olivia Lewis, and John Does 1-10<br><br>21EV007502<br><br>Our File No. 3525.0004 | Honorable Myra H. Dixon<br>Judge, State Court of Fulton County<br>185 Central Avenue, SW<br>Suite T-3655<br>Atlanta, Georgia 30303 | Brian C. Mickelsen, Esq.<br>MICKELSEN DALTON, LLC<br>25 Society Street<br>Charleston, SC 29401<br>Email: brian@mickelsendalton.com |
| Linwood Burns and Octavia Burns v. Great Divide Insurance Company, Prewett Enterprises, Inc. d/b/a B&P Enterprises, and Larry Dorsey<br><br>19EV002661<br><br>Our File No. 4468.0003 | Honorable Susan E. Edlein<br>Judge, State Court of Fulton County<br>Justice Center Tower, Suite 2655<br>185 Central Avenue, SW<br>Atlanta, GA 30303 | Matthew B. Stoddard, Esq.<br>Keith N. Evra, Esq.<br>THE STODDARD FIRM<br>1534 N. Decatur Rd., NE<br>Atlanta, GA 30307<br>Email: matt@legalhelpga.com<br>Email: keith@legalhelpga.com<br>Email: pleadings@legalhelpga.com |
| Johnny Butts v. David Crooke, Georgia Power Company, Asplundh Tree Expert, Llc, Kendall Vegetation Services d/b/a Seelbach And Company, LLC, Townsend Tree Service Company, LLC And Gunnison Tree Services, LLC<br><br>23EV001608<br><br>Our File No. 4485.0034 | Honorable Susan E. Edlein<br>Judge, State Court of Fulton County<br>185 Central Ave SW,<br>Atlanta, GA 30303 | Michael M. Smith, Esq.<br>CLARK & SMITH LAW FIRM, LLC<br>150 College Street<br>Macon, Georgia 31201<br>Email: mike@clarksmithlaw.com<br><br>Callie D. Bryan, Esquire<br>JONES CORK, LLP<br>P.O. Box 6437<br>Macon, Georgia 31208-6437<br>Email: callie.bryan@jonescork.com<br><br>John D. Easley, III, Esq.<br>HALL BOOTH SMITH, P.C.<br>191 Peachtree Street, NE, Suite 2900<br>Atlanta, Georgia 30303<br>Email: jeasley@hallboothsmith.com<br><br>Erica L. Morton, Esq<br>SWIFT CURRIE MCGHEE & HIERS, LLP<br>1420 Peachtree Street, NE<br>Suite 800<br>Atlanta, Georgia 30309-3231<br>Email: erica.morton@swiftcurrie.com<br><br>Matthew F. Boyer, Esquire |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | Geoffrey F. Calderaro, Esquire<br>FREEMAN MATHIS & GARY, LLP<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, Georgia 30339-5948<br>Email: mboyer@fmglaw.com<br>Email:<br>geoffrey.calderaro@fmglaw.com<br><br>J. Anderson Davis, Esquire<br>Samuel L. Lucas, Esquire<br>BRINSON, ASKEW, BERRY,<br>SEIGLER, RICHARDSON &<br>DAVIS, LLP<br>Post Office Box 5007<br>Rome, Georgia 30162-5007<br>Email: adavis@brinson-askew.com<br>Email: slucas@brinson-askew.com |
| Earlin Clemmons v. Dolly Enterprises, Inc.<br><br>22EV006935<br><br>Our File No. 3525.0028 | Honorable Patsy Y. Porter<br>Judge, State Court of Fulton County<br>185 Central Ave., SW<br>Suite T-2855<br>Atlanta, GA 30303 | Andre Dennis, Esq.<br>Rian Banks, Esq.<br>THE DENNIS LAW FIRM, LLC<br>101 Marietta Street NW<br>Suite 2200<br>Atlanta, Georgia 30303<br>Email: Adennis@afirmthatfights.com<br>Email: rian@afirmthatfights.com |
| Community Association Underwriters of America, Inc. 2 Caufield Place Newtown, PA 18940 v. Thrasher Electric, LLC, d/b/a TE Certified Electricians, Heating & Cooling 9800 Old Dogwood Road Roswell GA 30075<br><br>22EV004794<br><br>Our File No. 16000.0664 | Honorable John R. Mather<br>Judge, State Court of Fulton County<br>185 Central Ave SW<br>Atlanta, GA 30303 | Katrina L. Williams Watson, Esq.<br>THE WILLIAMS WATSON LAW FIRM, LLC<br>265 South Culver Street<br>Lawrenceville, GA 30046<br>Email: kwilliams@thewwlf.com<br><br>Amy Wirth, Esq.<br>de LUCA LEVINE, LLC<br>301 E. Germantown Pike<br>3rd Floor<br>East Norriton, PA 19401 |
| Joseph Coscia and Tiffany Coscia v. Kids II, Inc.<br><br>21EV000319<br><br>Our File No. 4408.0003 | Honorable Patsy Y. Porter<br>Judge, State Court of Fulton County<br>185 Central Avenue, SW<br>Suite T-2855<br>Atlanta, GA 30303 | Don C. Keenan, Esq.<br>THE KEENAN LAW FIRM<br>148 Nassau Street, N.W.<br>Atlanta, GA 30303<br>E-mail: dkeenan@keenanlawfirm.com<br><br>David Bernstein, Esq.<br>Bernstein Law Building<br>P.O. Box 1692<br>Norman, OK 73070<br>Email: dbnormanok@aol.com<br><br>Douglas "Monte" Tynes, Jr., Esq.<br>TYNES LAW FIRM, P.A.<br>P.O. Drawer 966 |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | 525 Krebs Ave.<br>Pascagoula, MS 39568-0966<br>Email: monte@tyneslawfirm.com |
| Naole Djalleta, Mihret Hamda and Darlington Amadi v. Providence Christian Academy, Inc., Michael Mord, Luke Krakovia, Kellie Krakoviak, Gwinnett County, Georgia, Edward Aponte and Plantation Homeowners Association, Inc.<br><br>23EV001735<br><br>Our File No. 16000.0683 | Honorable Jay M. Roth<br>Judge, State Court of Fulton County<br>Justice Center Tower<br>185 Central Avenue<br>Suite T3955<br>Atlanta, Georgia 30303 | Mathew K. Titus, Esq.<br>PEACHTREE INJURY LAW, LLC<br>5755 North Point Parkway, Suite 88<br>Alpharetta, GA 30022<br>Email: mathew@peachtreeinjnury.com<br><br>Kristie FitzGerald, Esq.<br>LYNN LEONARD & ASSOCIATES<br>2400 Century Parkway<br>Suite 200<br>Atlanta, GA 30345<br>Email:<br>kristie.fitzgerald@statefarm.com<br><br>Joseph Dent, Esq.<br>P. O. Box 70549<br>Albany, GA 31708<br>joe@joedentlaw.com<br><br>Jenny S. Carter, Esq.<br>Tracy L. Lettsome, Esq.<br>Gwinnett County Department of Law<br>75 Langley Drive<br>Lawrenceville, Georgia 30046<br>Tracy.Lettsome@gwinnettcounty.com<br><br>Jason D. Darneille, Esq.<br>GOWER WOOTEN & DARNEILLE, LLC<br>4200 Northside Parkway, NW,<br>Building 12<br>Atlanta, GA 30327<br>Email: jdarneille@gwdlawfirm.com<br><br>Michelle E. Rossi, Esq.<br>LAW OFFICES OF ASSUNTA S. FIORINI<br>P.O. Box 258829<br>Oklahoma City, OK 73125<br>Email:<br>michelle.rossi@farmersinsurance.com<br><br>Amy Dessel Katz, Esq.<br>CALLAHAN & FUSCO, LLC<br>160 Clairemont Avenue<br>Suite 340<br>Decatur, Georgia 30030<br>Email: akatz@callahanfusco.com |
| Jane Doe 1 v. Pace Academy, Inc., et al. | Honorable Myra H. Dixon<br>Judge, State Court of Fulton County | Tricia P. Hoffler Esq.<br>THE CK HOFFLER FIRM |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| 20EV005536<br><br>Our File No. 2521.0001 | Justice Center Tower, Suite T3655<br>185 Central Avenue, SW<br>Atlanta, GA 30303 | 23 Lenox Pointe, NE<br>Atlanta, Georgia 30324<br>Email: ck@ckhofflerfirm.com<br><br>Latif-Oduola-Owoo, Esq.<br>ARRINGTON OWOO, P.C.<br>1230 Peachtree Street NE, Ste. 1900<br>Atlanta, GA 30309<br>Email: latif@aomlaw.com<br><br>Darren Summerville, Esq.<br>THE SUMMERVILLE FIRM, LLC<br>1226 Ponce De Leon Avenue, NE<br>Atlanta, GA 30306<br>Email: darren@summerville.com<br><br>Brynda Rodriguez Insley<br>TAYLOR ENGLISH, DUMA, LLP<br>1600 Parkwood Circle, Suite 200<br>Atlanta, Georgia 30339<br>Email: binsley@taylorenglish.com |
| Jane Doe 2 v. Pace Academy, Inc., et al.<br><br>20EV005744<br><br>Our File No. 2521.0001 | Honorable Myra H. Dixon<br>Judge, State Court of Fulton County<br>Justice Center Tower, Suite T3655<br>185 Central Avenue, SW<br>Atlanta, GA 30303 | Tricia P. Hoffler Esq.<br>THE CK HOFFLER FIRM<br>23 Lenox Pointe, NE<br>Atlanta, Georgia 30324<br>Email: ck@ckhofflerfirm.com<br><br>Latif-Oduola-Owoo, Esq.<br>ARRINGTON OWOO, P.C.<br>1230 Peachtree Street NE, Ste. 1900<br>Atlanta, GA 30309<br>Email: latif@aomlaw.com<br><br>Darren Summerville, Esq.<br>THE SUMMERVILLE FIRM, LLC<br>1226 Ponce De Leon Avenue, NE<br>Atlanta, GA 30306<br>Email: darren@summerville.com<br><br>Brynda Rodriguez Insley<br>TAYLOR ENGLISH, DUMA, LLP<br>1600 Parkwood Circle, Suite 200<br>Atlanta, Georgia 30339<br>Email: binsley@taylorenglish.com |
| Tomkica Essix v. Pilotwastesolutions.com, et al.<br><br>23EV001007<br><br>Our File No. 4468.0020 | Honorable Diane E. Bessen<br>Judge, State Court of Fulton County<br>185 Central Ave., SW<br>3D/T-3855<br>Atlanta, GA 30303 | Kendrick K. McWilliams, Sr. Esq<br>HAGEN ROSSKOPF, LLC<br>119 North McDonough Street<br>Decatur, Georgia 30030-3300<br>Email: Kendrick@hagen-law.com |
| Kyle A. Glenn v. Mid-America Apartments, LP; Post Alexander II, LLC; Development Authority of Fulton County; Thyssenkrupp Elevator Corporation; Mid America Apartment | Honorable Patsy Y. Porter<br>Judge, State Court of Fulton County<br>185 Central Ave., SW<br>Suite T-2855<br>Atlanta, GA 30303 | Michael P. Walker, Esq.<br>PIASTA NEWBERN WALKER, LLC<br>3301 Windy Ridge Parkway, Suite 110<br>Atlanta, Georgia 30339<br>Email: mike@pnwlaw.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Communities, Inc.; XYZ Entity 1; and XYZ Entity 2<br><br>20EV007449<br><br>Our File No. 3680.0002 | | Mary-Margaret F. Noland, Esq.<br>MCANGUS GOUDELOCK & COURIE, LLC<br>P.O. Box 57365<br>270 Peachtree Street, NW, Ste. 1800<br>Atlanta, Georgia 30343<br>Email: Mary-margaret.noland@mgclaw.com |
| Corisa Goodman v. Benihana National Corp.<br><br>23EV002830<br><br>Our File No. 3750.0022 | Honorable Fred C. Eady<br>Judge, State Court of Fulton County<br>185 Central Avenue, SW<br>Suite T3855<br>Atlanta, Georgia 30303 | Cristina L. Gill<br>235 Peachtree Street NE, Suite 400<br>Atlanta, Georgia 30303<br>cgill@christinagill.com |
| Samuel Green and Ronda Reid v. Express Lanes, Inc. d/b/a Midtown Bowl, First Development Co.<br><br>22EV006710<br><br>Our File No. 3525.0027 | Honorable John Mather<br>Judge, State Court of Fulton County<br>185 Central Ave., SW<br>Suite T-2905<br>Atlanta, Georgia 30303 | James P Myers, Esq.<br>Charles L. Clay, Jr. Esq.<br>Wesley C. Taulbee, Esq.<br>CLAY, TAULBEE, & MYERS, LLC<br>3372 Peachtree Road, Suite 115<br>Atlanta, Georgia 30326<br>Email: jim@ctmjustice.com<br>Email: chuck@ctmjustice.com<br>Email: wes@ctmjustice.com |
| Antonio Gresham v. Roderick Smith, Jr., Tog Kona Macadamia, LLC D/B/A STK Steakhouse, John Doe 1, John Doe 2, Traffik Kitchen and Cocktails, Jane Doe<br><br>22EV004222<br><br>Our File No. 3556.0464 | Honorable Eric Richardson<br>Judge, State Court of Fulton County<br>Justice Center Tower<br>185 Central Avenue, Suite T3755<br>Atlanta, Georgia 30303 | Sarah R. Jett, Esq.<br>Gary Martin Hays, Esq.<br>GARY MARTIN HAYS & ASSOCIATES, P.C.<br>3098 Breckinridge Blvd.<br>Duluth, GA 30096<br>Email: sarah@garymartinhays.com<br>Email: gary@garymartinhays.com<br><br>Brycen D. Maenza, Esq.<br>Brantley Rowlen, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH, LLP<br>24 Drayton Street<br>Suite 300<br>Savannah, GA 31401<br>Email: Brantley.Rowlen@lewisbrisbois.com<br>Email: Brycen.maenza@lewisbrisbois.com<br><br>Alan J. Hamilton, Esq.<br>Marla Eastwood, Esq.<br>SHIVER HAMILTON CAMPBELL, LLC<br>3490 Piedmont Road<br>Suite 640<br>Atlanta, GA 30305<br>Email: alan@shiverhamilton.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | Email: marla@shiverhamilton.com<br><br>Jamelah J. Plato, Esq.<br>Kristin L. Yoder, Esq.<br>CRUSER, MITCHELL, NOVITZ,<br>SANCHEZ, GASTON & ZIMET, LLP<br>Meridian II, Suite 2000<br>275 Scientific Drive<br>Peachtree Corners, Georgia 30092<br>Email: jplato@cmlawfirm.com<br>Email: kyoder@cmlawfirm.com<br><br>Nicholas Roger, Esq.<br>LYNN LEONARD & ASSOCIATES<br>2400 Century Parkway<br>Suite 200<br>Atlanta, Georgia 30345<br>Email: Nick.roger@statefarm.com |
| Vondale Harris v. RA Sushi Atlanta Midtown Corp., Nationwide Investigations and Security Incorporated, and XYZ Corp.<br><br>23EV00060<br><br>Our File No. 3750.0016 | Honorable Patsy Y. Porter<br>Judge, State Court of Fulton County<br>185 Central Ave SW<br>Suite T-2855<br>Atlanta, GA 30303 | Aaron L. Michelman, Esq.<br>FOY & ASSOCIATES, P.C.<br>3343 Peachtree Road, N.E.<br>Suite 350<br>Atlanta, Georgia 30326<br>Email: amichelman@johnfoy.com |
| Keith Henry and Rosa Henry, husband and wife v. The Kroger Co., Mark Allen and John Does 1-5<br><br>22EV004386<br><br>Our File No. 3558.0561 | Honorable Jay M. Roth<br>Judge, State Court of Fulton County<br>185 Central Ave., SW<br>Suite T-3955<br>Atlanta, Georgia 30303 | Stephen R. Fowler, Esq.<br>M. Andrew Echols, Esq.<br>THE FOWLER FIRM, LLC<br>Peachtree 25th Building<br>1720 Peachtree Street, NW<br>Suite 118<br>Atlanta, GA 30309<br>Email: stephen@fowlerfirmlaw.com<br>Email: andrew@fowlerfirmlaw.com |
| Colin Hertz v. Morguard Briarhill Apartments, LLC, Morguard Management Company, Inc. and Landscape Management Services, Inc.<br><br>21EV004722<br><br>Our File No. 3724.0001 | Honorable Patsy Porter<br>Judge, State Court of Fulton County<br>185 Central Ave., SW<br>Suite T-2855<br>Atlanta, Georgia 30303 | Crystal D. Kesler, Esq.<br>CKESLER LAW, LLC<br>3645 Marketplace Blvd<br>Ste. 130-497<br>Atlanta, GA 30344<br>Email: ckesler@ckeslerlaw.com<br><br>Paul L. Groth, Esq.<br>GROTH, MAKARENKO, KAISER &<br>EIDEX, LLC<br>One Sugarloaf Centre<br>1960 Satellite Boulevard<br>Suite 2000<br>Duluth, GA 30097<br>Email: pg@gmke.law |
| Sheena Huff v. Cortavious Tyson, SP Plus Corporation, Terease Gilmer and | Honorable Wesley B. Tailor<br>Judge, State Court of Fulton County | Gregory J. Bosseler, Esq.<br>MORGAN & MORGAN ATLANTA, |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| ABC Corporation 1-3<br><br>22EV002369<br><br>Our File No. 3221.0037 | 185 Central Avenue, Suite T3905<br>Atlanta, Georgia 30303 | PLLC<br>191 Peachtree Street, N.E., Suite 4200<br>Atlanta, Georgia 30303<br>Email: gbosseler@forthepeople.com |
| Rodricus Jackson v. The Voo 2 Sports Bar & Lounge, LLC; Jonnika Hart Gray; Jonathan Hart; Janeen Soler and John Does 1, 3-10<br><br>21EV003432<br><br>Our File No. 3011.0009 | Honorable Diane E. Bessen<br>Judge, State Court of Fulton County<br>185 Central Ave SW # 3855<br>Atlanta, GA 30303 | Matthew T. Wilson, Esq.<br>PRINCENTHAL, MAY & WILSON, LLC<br>750 Hammond Drive<br>Building 12<br>Sandy Springs, GA 30328<br>Email: Matthew@princemay.com<br><br>Wesley Starrett, Esq.<br>Starrett & Harris Law, LLC<br>5000 Austell Powder Springs Rd., SW<br>Suite 251<br>Austell, GA 30106<br>Email: Wesley@injurylawpros.com |
| Daniel Kang v. Jack's Pizza, LLC<br><br>22EV001686<br><br>Our File No. 3556.0460 | Honorable John R. Mather<br>Judge, State Court of Fulton County<br>185 Central Avenue<br>Suite T2905<br>Atlanta, GA 30303 | Michael M. Calabro, Esq.<br>LOWE LAW FIRM<br>3644 Chamblee Tucker Road<br>Suite F<br>Atlanta, GA 30341<br>Email: calabro@lowelawatl.com |
| Jihad Karim v. Integral Property Management, LLC<br><br>22EV002045<br><br>Our File No. 3556.0475 | Honorable Diane E. Bessen<br>Judge, Fulton County State Court<br>185 Central Ave., SW<br>Suite T-3855<br>Atlanta, GA 30303 | James A. Rice, Jr., Esq.<br>JAMES A. RICE, JR., P.C.<br>563 Spring Street, SW<br>Atlanta, Georgia 30308<br>Email: Jim@Ricefirm.com<br><br>Sean Keenan, Esq.<br>Matthew I. Dowling, Esq.<br>CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP<br>275 Scientific Drive, Suite 200<br>Peachtree Corners, Georgia 30092<br>Email: skeenan@cmlawfirm.com<br>Email: mdowling@cmlawfirm.com |
| Rose Kibuku v. Carson Clements, Steven Schebler. Jose Marrero Diaz, and Evolution Cars Corp.<br><br>22EV004202<br><br>Our File No. 16000.0667 | Honorable Diane E. Bessen<br>Judge, State Court of Fulton County<br>185 Central Avenue<br>Suite T3855<br>Atlanta, GA 30303 | Joshua S. Stein, Esq.<br>J. STEIN LAW FIRM<br>1040 Crown Pointe Parkway<br>Suite 800<br>Atlanta, GA 30338<br>Email: josh@jsteinlawfirm.com |
| Tracy Krohn v. Sheeriff Green, Michael Green, Shankteka Hoke and John Doe<br><br>22EV002293<br><br>Our File No. 3556.0467 | Honorable Diane E. Bessen<br>Judge, State Court of Fulton County<br>185 Central Avenue<br>Suite T3855<br>Atlanta, GA 30303 | Alwyn R. Fredericks, Esq.<br>Lisa E. McNary, Esq.<br>CASH, KRUGLER & FREDERICKS, LLC<br>5447 Roswell Road, NE<br>Atlanta, GA 30342<br>Email: afredericks@ckandf.com<br>Email: lmcnary@ckandf.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | John E. Searcy, Jr., Esq.<br>4200 Northside Parkway, NW<br>Building 12<br>Atlanta, GA 30327<br>Email: jsearcy@gwdlawfirm.com<br><br>Benjamin S. Dorfman, Esq.<br>FAIN, MAJOR & BRENNAN, P.C.<br>One Premier Plaza<br>5605 Glenridge Drive NE, Suite 900<br>Atlanta, GA 30342<br>Email: bdorfman@fainmajor.com |
| Robert Lastinger v. Five Star Burgers Loganville Co d/b/a Five Guys; and Cole MT Loganville GA, LLC<br><br>22EV000226<br><br>Our File No. 16000.0642 | Honorable Fred C. Eady<br>Judge, State Court of Fulton County<br>Justice Center Tower<br>185 Central Ave., SW<br># T3855<br>Atlanta, GA 30303 | Charles E. Johnson, III, Esq.<br>JOHN FOY & ASSOCIATES, P.C.<br>3343 Peachtree Road, NE<br>Suite 350<br>Atlanta, GA 30326<br>Email: cjohnson@johnfoy.com<br><br>Briana A. Burrows, Esq.<br>Johnathan T. Krawcheck, Esq.<br>WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC<br>3344 Peachtree Road, NE<br>Suite 2400<br>Atlanta, GA 30326<br>Email: bburrows@wwhgd.com<br>Email: jkrawcheck@wwhgd.com |
| Greg LeClair v. MVL Streaming Productions, LLC, a/k/a Thine Selves Productions, LLC, Industrial Services of Peachtree City, LLC, And Trilith Studios, LLC<br><br>22-C-02894-S5<br><br>Our Matter No. 4021.0001 | Honorable Erica K. Dove<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, Georgia 30046 | Andrew Lampros, Esq.<br>HALL & LAMPROS, LLP<br>400 Galleria Parkway, Suite 1150<br>Atlanta, GA 30339<br>Email: alampros@hallandlampros.com<br>Email: gordon@hallandlampros.com<br><br>Jason D. Darneille, Esq.<br>GOWER WOOTEN & DARNEILLE, LLC<br>4200 Northside Parkway, NW<br>Building 12<br>Atlanta, GA 30327<br>Email: jdarneille@gwdlawfirm.com<br><br>Joshua S. Wood, Esq.<br>WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC<br>3344 Peachtree Road, Suite 2400<br>Atlanta, GA 30326<br>Email: jwood@wwhgd.com |
| Lavina Marie Lewis and Andy Davis Lewis v. Agon Variety I, LLC and Tri Mac Event Staffing, LLC | Honorable Eric Richardson<br>Judge, State Court of Fulton County<br>185 Central Avenue, Suite T3755 | Ryals D. Stone, Esq.<br>William S. Stone, Esq.<br>THE STONE LAW GROUP – TRIAL |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| 20-EV-006879<br><br>Our File No. 4460.0028 | Atlanta, GA 30303 | LAWYERS, LLC<br>5229 Roswell Road, NE<br>Atlanta, GA 30342<br>Email: ryals@stonelaw.com<br>Email: billstone@stonelaw.com<br><br>Robert G. Ballard, Esq.<br>ROBERT G. BALLARD, PC<br>One Glenlake Parkway, Suite 700<br>Atlanta, GA 30328<br>Email: theballardlawfirm@gmail.com<br><br>John E. Hall, Jr. Esq.<br>Duane L. Cochenour, Esq.<br>D. Michael Williams, Esq.<br>HALL BOOTH SMITH, PC<br>191 Peachtree Street NE, Suite 2900<br>Atlanta, Georgia 30303<br>Email: JHall@hallboothsmith.com<br>Email:<br>DCochenour@hallboothsmith.com<br>Email:<br>Dmwilliams@hallboothsmith.com |
| Selwyn Lloyd v. Joe Moseley and<br>National Salvage & Service Corporation<br><br>21EV005291<br><br>Our File No.: 4468.0006 | Honorable Fred C. Eady<br>Judge, State Court of Fulton County<br>185 Central Avenue, SW<br># T3855<br>Atlanta, GA 30303 | Romero Pearson, Esq.<br>PEARSON LAW GROUP, LLC<br>16 Towne Park Drive<br>Lawrenceville, GA 30044<br>Email: plg@pearsonlawgroup.com |
| Beth A. Main v. The Kroger Co.<br><br>19EV006649<br><br>Our File No. 3558.0448 | Honorable Diane E. Bessen<br>Judge, State Court of Fulton County<br>185 Central Ave.<br>Atlanta, GA 30303 | Kevin S. Kovalchik, Esq.<br>KEVIN S. KOVALCHIK, LLC<br>278 W. Main Street<br>Buford, GA 30518<br>Email: Kevin@ksklegal.com<br><br>Russell T. Deutschman, Esq.<br>Jan P. Cohen, Esq.<br>KENNETH S. NUGENT, P.C.<br>4227 Pleasant Hill Road<br>Building 11, Suite 300<br>Duluth, GA 30096<br>Email:<br>rdeutschman@attorneykennugent.com<br>Email: jcohen@attorneykennugent.com |
| Andre Manuel v. Premier Kings of<br>Georgia Inc., d/b/a Burger King and<br>Premier Kings of Northern Alabama,<br>LLC d/b/a Burger King and John Doe<br><br>21EV001378<br><br>Our File No. 3519.0003 | Honorable Wesley B. Tailor<br>Judge, State Court of Fulton County<br>Justice Center Tower, Suite T3905<br>185 Central Avenue, SW<br>Atlanta, GA 30303 | Peter D. Copeland, Esq.<br>PETER D. COPELAND, P.C.<br>P.O. Box 448<br>989 Montreal Road<br>Clarkston, GA 30021<br>Email: pdcpc@bellsouth.net |
| Stanley Neely v. Hickory Park, LTD | Honorable Diane E. Bessen | Brian C. Mickelsen, Esq. |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| (L.P) and Ledic Realty Management, LLC, now known as Envolve Community Management, LLC d/b/a/ Envolve Community Services, LLC, and Envolve Community Management, LLC d/b/a Envolve Community Services, LLC and Lisa Martin-Poore, Olivia Lewis, and John Does 1-10<br><br>22EV000199<br><br>Our File No. 3525.0005 | Judge, State Court of Fulton County 185 Central Avenue, SW Suite T-3855 Atlanta, Georgia 30303 | MICKELSEN DALTON, LLC 25 Society Street Charleston, SC 29401 Email: brian@mickelsendalton.com<br><br>Melissa A. Segel, Esq. Kayla M. McCallum, Esq. SWIFT, CURRIE, McGHEE, & HIERS, LLP 1420 Peachtree Street, NE, Suite 800 Atlanta, GA 30309 Email: melissa.segel@swiftcurrie.com Email: kayla.mccallum@swiftcurrie.com |
| Erica Riley v. Alternative Waste Solutions U.S. LLC and Allen Smith<br><br>23EV000567<br><br>Our File No. 4468.0010 | Honorable Susan E. Edlein Judge, State Court of Fulton County Justice Center Tower 185 Central Avenue SW Atlanta, Georgia 30303 | Michael L. Werner, Esq. Nola D. Jackson, Esq. Daniell R. Fink, Esq. Casey J. Brown, Esq. WERNER LAW, LLC 2860 Piedmont Road Atlanta, Georgia 30305 Email: mike@wernerlaw.com Email: nola@wernerlaw.com Email: dan@wernerlaw.com Email: casey@wernerlaw.com |
| Christi Stowers v. LNS Nail Salon, LLC, LNS Nail Spa, LLC, My Hien Tran, Mark Dinh and Jane Doe<br><br>23EV002386<br><br>Our File No. 3750.0019 | Honorable Patsy Porter Judge, State Court of Fulton County 185 Central Ave Atlanta, GA 30303 | Michael J. Moran, Esq. Mark A. Molina, Esq. MONTLICK & ASSOCIATES, P.C. 17 Executive Park Drive, Ste. 300 Atlanta, Georgia 30329 Email: mmoran@montlick.com Email: mmolina@montlick.com |
| Tamarra Studdard-Wilson, as Administrator and Executor of the Estate of Richard K. Giles v. The Voo 2 Sports Bar & Lounge, LLC, Gray's Automotive and Towing, LLC, Trederick Gray, Janeen Soler, Jonnika Hart Gray, Jonathan Hart and John Does 1-10<br><br>22EV003927<br><br>Our File No. 3011.0009 | Honorable Diane E. Bessen Judge, State Court of Fulton County 185 Central Avenue SW Suite T-3855 Atlanta, Georgia 30303 | Matthew T. Wilson, Esq. Adam P. Princenthal, Esq. PRINCENTHAL, MAY & WILSON, LLC 750 Hammond Drive Building 12 Sandy Springs, GA 30328 Email: matthew@princemay.com |
| Katavius Threatt, Individually and as Next Friend of Iasia Threatt v. Pine Ridge Macon, LLC d/b/a Pine Ridge Apartments, New Home, LLC, Tiesha Kay, and John Doe Nos. 1-10<br><br>23EV000464<br><br>Our File No. 4460.0042 | Honorable Fred C. Eady Judge, Fulton State Court 185 Central Ave., SW Courtroom 3B/T-3755 Atlanta, GA 30303 | Ashley Cameron-Bivins, Esq. DOZIER LAW FIRM, LLC 487 Cherry Street P.O. Box 13 Macon, Georgia 31202-0013 Email: ashley@dozierlaw.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Charles Van Morgan v. Pure Taqueria, LLC, Pure Taqueria Franchising USA, LLC, Sedgwick Management, Inc., and Brett J. Speaks<br><br>23EV001670<br><br>Our File No. 3556.0490 | Honorable Patsy Y. Porter<br>Judge, State Court of Fulton County<br>Justice Center Tower<br>185 Central Avenue SW<br>Atlanta, Georgia 30303 | Erica L. Morton and Monica L. Wingler<br>Swift, Currie, McGhee & Hiers, LLP<br>1420 Peachtree St., NE, Suite 800<br>Atlanta, GA 30309-3231<br>erica.morton@swiftcurrie.com<br>monica.wingler@swiftcurrie.com<br><br>Patrick J. Wheale<br>Wheale Law Firm<br>500 E. Elm Street, Suite 200<br>Rockmart, GA 30153<br>patrick@whealelaw.com<br><br>Claire A. Sumner<br>Othman G. Awad<br>LUEDER, LARKIN & HUNTER, LLC<br>3535 Piedmont Road<br>Building 14, Suite 205<br>Atlanta, Georgia 30305<br>csumner@luederlaw.com<br>oawad@luederlaw.com |
| Jeffrey Washington v. David Crooke, Georgia Power Company, Asplundh Tree Expert,<br>Llc, Kendall Vegetation Services d/b/a Seelbach And Company, LLC, Townsend Tree Service Company, LLC And Gunnison Tree Services, LLC<br><br>23EV001602<br><br>Our File No. 4485.0035 | Honorable Judge Jay M. Roth<br>Judge, State Court of Fulton County<br>185 Central Ave., SW<br>Atlanta, GA 30303 | Michael M. Smith, Esq.<br>CLARK & SMITH LAW FIRM, LLC<br>150 College Street<br>Macon, Georgia 31201<br>Email: mike@clarksmithlaw.com<br><br>Callie D. Bryan, Esquire<br>JONES CORK, LLP<br>P.O. Box 6437<br>Macon, Georgia 31208-6437<br>Email: callie.bryan@jonescork.com<br><br>John D. Easley, III, Esq.<br>HALL BOOTH SMITH, P.C.<br>191 Peachtree Street, NE, Suite 2900<br>Atlanta, Georgia 30303<br>Email: jeasley@hallboothsmith.com<br><br>Erica L. Morton, Esq<br>SWIFT CURRIE MCGHEE & HIERS, LLP<br>1420 Peachtree Street, NE<br>Suite 800<br>Atlanta, Georgia 30309-3231<br>Email: erica.morton@swiftcurrie.com<br><br>Matthew F. Boyer, Esquire<br>Geoffrey F. Calderaro, Esquire<br>FREEMAN MATHIS & GARY, LLP<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, Georgia 30339-5948 |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | Email: mboyer@fmglaw.com<br>Email:<br>geoffrey.calderaro@fmglaw.com<br><br>J. Anderson Davis, Esquire<br>Samuel L. Lucas, Esquire<br>BRINSON, ASKEW, BERRY,<br>SEIGLER, RICHARDSON &<br>DAVIS, LLP<br>Post Office Box 5007<br>Rome, Georgia 30162-5007<br>Email: adavis@brinson-askew.com<br>Email: slucas@brinson-askew.com |
| **Superior Court of Fulton County** | **Judge** | **Opposing Counsel** |
| Imani Abdul-Hakim v. Gerald Caslin and Metropolitan Atlanta Rapid Transit Authority<br><br>2022CV362039<br><br>4300.0022 | Honorable Rachel Krause<br>Superior Court of Fulton County<br>136 Pryor Street, SW<br>T-4705<br>Atlanta, GA 30303 | Catherine D. Payne, Esq.<br>Anne Marie du Toit, Esq.<br>PAYNE & DU TOIT<br>2275 Marietta Blvd., NW<br>Suite 270-245<br>Atlanta, GA 30318-2019<br>Email: cpayne@pdtfirm.com<br>Email: adutoit@pdtfirm.com |
| Ketra Cambridge, Individually and as Surviving Parent of Dante L. Cambridge, Deceased.<br><br>2023CV77996<br><br>Our File No.: 4300.0023 | Honorable Melynee Leftridge<br>Judge, Superior Court of Fulton County<br>185 Central Ave, S.W.<br>Chambers: 8755<br>Atlanta, GA 30303 | Nathaniel K. Hofman<br>STEWART MILLER SIMMONS<br>TRIAL ATTORNEYS<br>55 Ivan Allen Jr. Boulevard<br>Suite 700<br>Atlanta, GA 30308<br>nhofman@smstrial.com |
| Cherish Edmunson v. Bar Vegan, LLC, and Clark McCants<br><br>2022CV359958<br><br>Our File No. 3556.0463 | Honorable Shukura L. Ingram<br>Judge, Superior Court of Fulton County<br>185 Central Avenue SW<br>Suite T-7905<br>Atlanta, GA 30303 | Daniel Milton, Esq.<br>SPELLEN LAW<br>1933 Richard Arrington Jr. Blvd. S.<br>Suite 123<br>Birmingham, AL 35209<br>Email: Daniel@spellenlaw.com<br><br>Trenton W. Edwards, Esq.<br>GOWER WOOTEN & DARNEILLE, LLC<br>4200 Northside Parkway, NW<br>Building 12<br>Atlanta, GA 30327<br>Email: tedwards@gwdlawfirm.com |
| Stephanie Graham, as Administrator of the Estate of Tarien Shaquille Colquitt, Deceased, Brittany Porter, Mother and next friend of Tarien Colquitt, Jr., Tarihanna Colquitt and Te'Naya Colquitt (minor children of Tarien | Honorable Rachel Krause<br>Judge, Superior Court of Fulton County<br>136 Pryor Street SW<br>Suite J2-640<br>Atlanta, GA 30303 | Hannah E. Sbaity, Esq.<br>James I. Seifter, Esq.<br>Darren W. Penn, Esq.<br>PENN LAW LLC<br>4200 Northside Parkway, NW<br>Building One, Suite 100 |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Colquitt); Katrenia R. Collins, guardian ad litem for Tarien Colquitt, Jr., Tarihanna Colquitt and Te'Naya Colquitt; Shavondra Johnson, mother and next friend of Omari Johnson (minor child of Tarien Colquitt); William Jenkins, guardian ad litem for Omari Johnson, Alexandra Robinson, mother and next friend of Nikarri Robinson (minor child of Tarien Colquitt), and Dana C. Ashford, Esq., guardian ad litem for Nikarri Robinson v. VCP Hammond, LLC<br><br>2022CV363118<br><br>Our File No. 4460.0036 | | Atlanta, Georgia 30327<br>Email: darren@pennlawgroup.com<br>Email: jim@pennlawgroup.com<br><br>Joel M. Baskin, Esq.<br>JOEL M. BASKIN, P.C.<br>2791 Main Street<br>East Point, Georgia 30344<br>Email: jbaskin@joelbaskin.com |
| Sabrina Hardison, Individually and as Personal Representative of the Estate of Davin Pierre Guilford, Deceased v. Metropolitan Atlanta Rapid Transit Authority and Darnell Williams<br><br>2022CV361588<br><br>Our File No. 4300.0021 | Honorable Charles Eaton<br>Judge, Superior Court of Fulton County<br>136 Pryor Street SW<br>T-5755<br>Atlanta, GA 30303 | Keenan R.S. Nix, Esq.<br>Christopher J. Graddock, Esq.<br>MORGAN & MORGAN ATLANTA PLLC<br>P.O. Box 57007<br>191 Peachtree Street, NE<br>Suite 4200<br>Atlanta, GA 30303<br>Email: KNix@ForThePeople.com<br>Email: CGraddock@ForThePeople.com |
| Wenszell v. Metropolitan Atlanta Rapid Transit Authority<br><br>2020CV341987<br><br>Our File No. 4300.0017 | Honorable Belinda E. Edwards<br>Judge, Superior Court of Fulton County<br>136 Pryor Street, SW<br>Suite T-8905<br>Atlanta, GA 30303 | Matthew B. Stoddard, Esq.<br>Keith N. Evra, Esq.<br>THE STODDARD FIRM<br>1534 N. Decatur Road, NE<br>Atlanta, GA 30307<br>Email: matt@legalhelpga.com<br>Email: keith@legalhelpga.com |
| Tommie White v. Metropolitan Atlanta Rapid Transit Authority and Reginald Davis<br><br>2022CV370613<br><br>Our File No. 4300.0020 | Honorable Paige Reese Whitaker<br>Judge, Superior Court of Fulton County<br>185 Central Ave, S.W.<br>Suite 5855<br>Atlanta, GA 30303 | Clark R. Karell, Jr., Esq.<br>KARELL TRIAL ATTORNEYS, LLC<br>3344 Peachtree Road, NE<br>Suite 800<br>Atlanta, GA 30326<br>Email: clark@karell.law |
| **State Court of Glynn County** | **Judge** | **Opposing Counsel** |
| Jesse Cole v. Sidney Hopkins and Enterprise Pizza, Inc.<br><br>CV20190040<br><br>Our File No. 4460.0030 | Honorable Bart Altman<br>Judge, State Court of Glynn County<br>701 H Street, 1st Floor<br>Brunswick, GA 31520 | Seth M. Diamond, Esq.<br>MORGAN & MORGAN<br>200 Stephenson Ave., Suite 200<br>Savannah, Georgia 31405<br>Email: sdiamond@forthepeople.com<br><br>Kelly Crutchfield, Esq. |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

|  |  | Beverly G. O'Hearn, Esq.<br>LUEDER, LARKIN & HUNTER, LLC<br>7 E Congress Street<br>Suite 712<br>Savannah, GA 31401<br>kcrutchfield@luederlaw.com<br>bohearn@luederlaw.com<br><br>J. Robb Cruser, Esq.<br>Glenn C. Tomillo, Esq.<br>Kristin L. Yoder, Esq.<br>CRUSER, MITCHELL, NOVITZ,<br>SANCHEZ, GASTON & ZIMET, LLP<br>Meridian II, Suite 2000<br>275 Scientific Drive<br>Norcross, GA 30092<br>Email: rcruser@cmlawfirm.com<br>Email: gtornillo@cmlawfirm.com<br>Email: kyoder@cmlawfirm.com |
|---|---|---|
| **State Court of Gwinnett County** | **Judge** | **Opposing Counsel** |
| Joseph Ash and Mary Ash v. Jimmy Wayne Smith and Summit Construction and Development, LLC<br><br>22-C-07395-S6<br><br>Our File No. 4468.0008 | Honorable Veronica Cope<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, Georgia 30046 | Michael George, Esq.<br>Michael Weaver, Esq.<br>Katherine Hall, Esq.<br>WEAVER LAW FIRM<br>P.O. Box 414<br>Gainesville, GA 30503<br>Email:<br>mgeorge@weaverlawfirmga.com<br>Email: michael@weaverlawfirmga.com<br>Email:<br>katherine@weaverlawfirmga.com |
| Jarrett Ashley v. Publix Super Markets, Inc., Slate Asset Management, L.P., Peach State Roofing, Inc., Rosales Waterproofing, LLC and SUSO 4 Duluth, LP<br><br>21-C-08682-S6<br><br>Our File No. 4485.0026 | Honorable Veronica Cope<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, Georgia 30046 | Taylor M. Barrett, Esq.<br>Campbell Williamson, Esq.<br>SCHNEIDER HAMMERS LLC<br>5555 Glenridge Connector, Suite 975<br>Atlanta, Georgia 30342<br>Email: taylor@schneiderhammers.com<br>Email:<br>campbell@schneiderhammers.com<br><br>Kathleen Edwards-Opperman, Esq.<br>MONLICK & ASSOCIATES, P.C.<br>17 Executive Park, Suite 300<br>Atlanta, Georgia 30329<br>Email: kopperman@montlick.com<br><br>Gene A. Major, Esq.<br>James W. Hardee, Esq.<br>Joseph Knight, Esq.<br>FAIN MAJOR & BRENNAN, P.C.<br>One Premier Plaza<br>5605 Glenridge Drive, NE, Suite 900 |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | Atlanta, Georgia 30342<br>Email: gmajor@fainmajor.com<br>Email: jhardee@fainmajor.com<br>Email: jknight@fainmajor.com<br><br>Cody M. McCollum, Esq.<br>VERNIS & BOWLING OF ATLANTA, LLC<br>30 Perimeter Park Drive, Suite 200<br>Atlanta, Georgia 30341<br>Email: cmccollum@georgia-law.com<br><br>Sean Keenan, Esq.<br>Jaci Gilliland, Esq.<br>CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP<br>Meridian II, Suite 2000<br>275 Scientific Drive<br>Norcross, GA 30092<br>Email: skeenan@cmlawfirm.com<br>Email: jgilliland@cmlawfirm.com |
| Darin Burgess v. The Kroger Co., Phillips Edison & Company LTD., Phillips Edison Grocery Center Operating Partnership I, L.P. Roderick Lee, Shavaughn Angelle, John Does (1-3), ABC Company and XYZ Company<br><br>20-C-02973-S7<br><br>Our File No. 3558.0446 | Honorable Jaletta L. Smith<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | R. Michael Coker, Esq.<br>THE LAW OFFICES OF R. MICHAEL COKER, LLC<br>90 Langley Drive<br>Lawrenceville, GA 30046<br>Email: coker@coker-law.com<br><br>Richard E. Zelonka, Jr., Esq.<br>Molly L. Moyer, Esq.<br>Jenna M. Fowler, Esq.<br>WOOD, SMITH, HENNING & BERMAN LLP<br>1230 Peachtree Street<br>Suite 925<br>Atlanta, GA 30309<br>Email: rzelonka@wshblaw.com<br>Email: mmoyer@wshblaw.com<br>Email: jfowler@wshblaw.com |
| Marsha Calloway, Individually and as Administrator of the Estate of Terrance Calloway v. Target Corporation, Northlake Surgical Center LP, and John Doe<br><br>20-C-06688-S3<br><br>Our File No. 4200.0014 | Honorable Carla E. Brown<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Jerome D. Lee, Esq.<br>TAYLOR LEE & ASSOCIATES, LLC<br>6855 Jimmy Carter Boulevard, Suite 2150<br>Norcross, GA 30071<br>Email: jlee@htlweb.com |
| Ianna R. Campbell, as Next Friend and Natural Guardian of Innaya McNeil, a Minor v. GIG Atlanta Galleria PropCo LLC; GIG Atlanta Galleria OpCo LLC; | Honorable Emily J. Brantley<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Michael P. Walker, Esq.<br>Edward A. Piasta, Esq.<br>PIASTA NEWBERN WALKER, LLC<br>3301 Windy Ridge Parkway, Suite 110 |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Hospitality Ventures Management, LLC. Hospitality Ventures Management-Galleria LLC; S&A Industries, Inc.; C&S Construction, LLC; Assa Abloy Accessories and Door Controls Group, Inc.; Pemko Manufacturing Co.; and Does 1-5<br><br>23-C-01751-S1<br><br>Our File No. 3750.0013 | | Atlanta, GA 30339<br>Email: mike@pnwlaw.com<br><br>Tyra V. Walker, Esq.<br>CHARTWELL LAW<br>3200 Cobb Galleria Parkway, Suite 250<br>Atlanta, GA 30339<br>Email: twalker@chartwelllaw.com<br><br>Mary-Margaret Noland, Esq.<br>Zachary J. Warfel, Esq.<br>MCHANGUS GOUDELOCK & COURIE, LLC<br>270 Peachtree Street NW<br>Suite 1900<br>Atlanta, GA30343<br>Email: Mary-margaret@mgclaw.com<br>Email: Zachary.warfel@mgclaw.com<br><br>Mark D. Lefkow, Esq.<br>Michael J. Yates, Jr., Esq.<br>COPELAND, STAIR, VALZ, & LOVELL, LLP<br>191 Peachtree Street, NE<br>Suite 3600<br>P.O. Box 56887 (30343-0887)<br>Atlanta, GA 30303<br>Email: mlefkow@csv.law<br>Email: mjyates@csv.law |
| Moses Cobb and Alice Cobb v. Jascha Coles and Grubhub Holdings, Inc.<br><br>22-C-01383-S3<br><br>Our File No. 3233.0003 | Honorable Carla Brown<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Raymond T. Brooks, Jr., Esq.<br>LAW OFFICE OF RAYMOND BROOKS, JR.<br>281 Scenic Highway<br>Lawrenceville, Georgia 30046<br>Email: rtboffice@yahoo.com |
| Sade Davidson v. Joseph Bajon, Ferraro Fine Foods Corp., Ferraro Foods of NJ LLC, UTICA National Insurance Group, Zurich North America<br><br>23-C-01832-S7<br><br>Our File No. 16000.0684 | Honorable Jaletta L. Smith<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, Georgia 30046 | Marcus A. Dickerson<br>THE DICKERSON FIRM, LLC<br>1995 North Park Place SE, Suite 210<br>Atlanta, Georgia 30339<br>Email: marcus@dickersonfirm.com |
| Jane Doe v. Banyan Tree Management, LLC, Albany Downtown Hotel Partners, LLC and John Doe<br><br>19-C-04673-S3<br><br>Our File No. 3750.0009 | Honorable Carla Brown<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Charles L. Clay, Jr., Esq.<br>PRATT CLAY, LLC<br>4401 Northside Parkway<br>Suite 520<br>Atlanta, GA 30327<br>Email: chuck@prattclay.com<br><br>Micajah D. Boatright, Esq.<br>Roland Christensen, Esq.<br>Joseph R. McGowin, IV, Esq. |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | ARNOLD & ITKIN LLP<br>6009 Memorial Drive<br>Houston, TX 77007<br>Email: cboatright@arnolditkin.com<br>Email: rchristensen@arnolditkin.com<br>Email: jmcgowin@arnolditkin.com |
| Alicia Eiland v. The Kroger Co., Nigel T. Veeren, ABC Corporation, and John Does #1-3<br><br>21-C-04239-S5<br><br>Our File No. 3558.0500 | Honorable Erica K. Dove<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Rachel Deloach, Esq.<br>MONGE & ASSOCIATES<br>8205 Dunwoody Place<br>Building 19<br>Atlanta, GA 30350<br>Email: rachel@monge.lawyer |
| Michael Floyd and Mary Floyd, et al. v. Fieldturf USA, Inc., Sports Consulting Group, LLC, Ryan S. Wright, Bailey Fence Company, ELA Sport Group, Inc., and Precision Turf, LLC<br><br>20-C-05585-S3<br><br>Our File No. 853.0022 | Honorable Carla Brown<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Thomas A. Nash, Jr., Esq.<br>NASH LAW FIRM, P.C.<br>340 Eisenhower Drive, Suite 800<br>Savannah, GA 31406<br>Email: tnash@nashlawfirm.com<br><br>Andrew D. Horowitz, Esq.<br>Jordan E. Wilkinson, Esq.<br>DREW, ECKL & FARNHAM, LLP<br>303 Peachtree Street, N.E.,<br>Suite 3500<br>Atlanta, GA 30308<br>Email: HorowitzA@deflaw.com<br>Email: wilkinsonj@deflaw.com<br><br>Christine L. Mast, Esq.<br>HAWKINS PARNELL & YOUNG, LLP<br>303 Peachtree Street, N.E.<br>Ste. 400<br>Atlanta, GA 30308<br>Email: cmast@hpylaw.com<br><br>Franklin D. Miller, Esq.<br>FRANKLIN D. MILLER LAW, LLC<br>P.O. Box 443<br>Milledgeville, GA 31059<br>Email:<br>fdmiller@franklindmillerlaw.com<br><br>Patrick M. Phillips, Esq.<br>GREENFIELD, BOST & KLIROS, P.C.<br>980 Hammond Drive, N.E.<br>Ste 740<br>Atlanta, GA 30328<br>Email: pphillips@gbklaw.com<br><br>Gene A. Major, Esq.<br>FAIN, MAJOR & BRENNAN, PC |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | One Premier Plaza<br>5605 Glenridge Drive, Suite 900<br>Atlanta, GA 30342<br>Email: gmajor@fainmajor.com<br><br>Bradley S. Wolff, Esq.<br>SWIFT, CURRIE, MCGHEE &<br>HIERS, LLP<br>1420 Peachtree Street N.E.<br>Suite 800<br>Atlanta, GA 30309-3231<br>Email: brad.wolff@swiftcurrie.com |
| Austin Herndon v. Curtis Bay Medical Waste Services, LLC d/b/a Earthwise Industries, INC., Cameron A. Smith, and Aurora Capital Partners<br><br>21-C-08841-S6<br><br>Our File No.: 4468.0005 | Honorable Veronica Cope<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Keenan R.S. Nix, Esq.<br>Christopher Graddock, Esq.<br>Evan T. Rosenberg, Esq.<br>MORGAN & MORGAN, PLLC<br>Post Office Box 57007<br>Atlanta, Georgia 30343-1007 Email:<br>KNix@ForThePeople.com<br>Email:<br>CGraddock@ForThePeople.com<br>Email:<br>ERosenberg@ForThePeople.com<br><br>D. Michael Williams, Esq.<br>HALL BOOTH SMITH, P.C.<br>191 Peachtree Street, NE<br>Suite 2900<br>Atlanta, GA 30303<br>Email:<br>Dmwilliams@hallboothsmith.com |
| Lonny Johnson v. Forty One Connector, LTD. (L.P.), and FQSR, LLC<br><br>22-C-06307-S5<br><br>Our File No. 3750.0018 | Honorable Erica Dove<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, Georgia 30046 | Joel A. Thrift, Esq.<br>2860 Piedmont Road, NE<br>Atlanta, GA 30305<br>Email: jthrift@joelthriftlaw.com<br><br>William Tinkler, Jr., Esq.<br>P.O. Box 237<br>Suches, GA 30572<br>Email: wpt@tinkler.com |
| Brenda Key v. Great Divide Insurance Company; Liquid Services and Logistics, LLC, Liquid Waste Management Holdings, LLC d/b/a Hulsey Environmental Services, Inc. and Jeffery Lee Parr, an Individual<br><br>21-C-06959-S5<br><br>Our File No.: 4468.0007 | Honorable Erica K. Dove<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, Georgia 30046 | R. Shane Lazenby, Esq.<br>LAZENBY LAW GROUP, LLC<br>P.O. Box 2875<br>Gainesville, Georgia 30503<br>Email: shane@lazlawgroup.com<br><br>Oliver R. Ladd, Esq.<br>STOW, GARVIN & GLEN<br>P.O. Box 974<br>Gainesville, Georgia 30503<br>Email: oladd@sgglegal.com |
| Daniel Kim v. Building Cleaning Solutions, et al. | Honorable Erica K. Dove<br>Judge, State Court of Gwinnett County<br>75 Langley Drive | Thomas P. Willingham, Esq.<br>Mary Leah Miller, Esq.<br>BEASLEY, ALLEN, CROW, |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| 22-C-06592-S5<br><br>Our File No. 16000.0668 | Lawrenceville, GA 30046 | METHVIN,<br>PORTIS & MILES, P.C.<br>Overlook II<br>2839 Paces Ferry Road, SE<br>Suite 400<br>Atlanta, Georgia 30339<br>Email:<br>Tom.willingham@beasleyallen.com<br>Email:<br>Maryleah.miller@beasleyallen.com<br><br>Amanda Matthews, Esq.<br>Alain P. Fernandez, Esq.<br>NALL & MILLER, LLP<br>235 Peachtree Street, NE<br>North Tower, Suite 1500<br>Atlanta, Georgia 30303<br>Email: amatthews@nallmiller.com<br>Email: afernandez@nallmiller.com<br><br>Harold E. Franklin, Jr., Esq.<br>Anneke J. Shepard, Esq.<br>KING & SPALDING, LLC<br>1180 Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>Email: hfranklin@kslaw.com<br>Email: ashepard@kslaw.com<br><br>Perry W. Miles, IV, Esq.<br>Jonathan T. Tan, Esq.<br>MCGUIRE WOODS, LLP<br>800 East Canal Street<br>Richmond, Virginia 23219<br>Email: pmiles@mcguirewoods.com<br>Email: jtan@mcguirewoods.com |
| Nicole Lehner v. Target Corporation,<br>James Shaffer, and Jane Doe<br><br>20-C-07599-S7<br><br>Our File No. 4200.0021 | Honorable Jaletta L. Smith<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Lloyd Hoffspiegel, Esq.<br>Alexander Hoffspiegel, Esq.<br>Melissa Cruz, Esq.<br>HOFFSPIEGEL LAW<br>2900 Chamblee Tucker Road, Bldg. 15<br>Atlanta, GA 30341<br>Email: lh@hoff-law.com<br>Email: AH@hoff-law.com<br>Email: mc@hoff-law.com |
| Leja Lo, Individually, and as<br>Administrator of the Estate of Elejina<br>Lo, Deceased, v. Curtis Bay Medical<br>Waste Services, LLC d/b/a Earthwise<br>Industries, Inc., Cameron A. Smith, and<br>Aurora Capital Partners<br><br>21-C-06893-S2 | Honorable Shawn F. Bratton<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, Georgia 30046 | Evan T. Rosenberg, Esq.<br>Keith Mitnick, Esq.<br>MORGAN & MORGAN, PLLC<br>191 Peachtree Street, NE<br>Suite 4200<br>Atlanta, GA 30303<br>Email: erosenberg@forthepeople.com<br><br>Ben C. Brodhead, Esq. |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Our File No.: 4468.0005 | | Ashley B. Fournet, Esq.<br>Michael Arndt, Esq.<br>BRODHEAD LAW, LLC<br>3350 Riverwood Parkway<br>Suite 2230<br>Atlanta, GA 30339<br>Email: ben@brodheadlaw.com<br>Email: ashley@brodheadlaw.com<br>Email: michael@brodheadlaw.com<br><br>D. Michael Williams, Esq.<br>HALL BOOTH SMITH, P.C.<br>191 Peachtree Street, NE<br>Suite 2900<br>Atlanta, GA 30303<br>Email:<br>dmwilliams@hallboothsmith.com |
| Duane A. Marcus v. Dillard M. Cook, The Comtran Group, Inc, and John Doe<br><br>18-C-03811-S7<br><br>Our File No. 853.0001 | Honorable Jaletta L. Smith<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Charles Scholle, Esq.<br>Todd Shugart. Esq.<br>CHARLES SCHOLLE LAW<br>6340 Sugarloaf Parkway<br>Suite 200<br>Duluth, GA 30097<br>Email: cscholle@schollelaw.com<br>Email: tshugart@schollelaw.com<br><br>Gary M. Cooper, Esq.<br>GARY M. COOPER, P.C.<br>3991 Saint Andrews Square<br>Duluth, GA 30096<br>Email: garymcooper@gmail.com |
| Betty Martin, Individually, and Frank Martin, Jr., as Anticipated Administrator of the Estate of Frank Martin, Sr., Deceased v. Roberta Operator, LLC d/b/a Roberta Health and Rehab; GDB, LLC; Barres, LLC; T and C Capital Assets, LLC; Windward Health Partners, LLC; and Mission Health of Georgia, LLC, ABC Corporations, and John/Jane Does I and II<br><br>23-C-01217-S7<br><br>Our File No. 3530.0031 | Honorable Jaletta L. Smith<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Michael A. Prieto, Esq.<br>William F. Holbert, Esq.<br>Elizabeth Evinger, Esq.<br>PRIETO, MARIGLIANO,<br>HOLBERT & PRIETO, LLC<br>1555 Mount Vernon Road<br>Atlanta, GA 30338<br>Email: mprieto@prnhplaw.com<br>Email: bholbert@prnhplaw.com Email: eevinger@pmhplaw.com |
| Sandra McDaniel v. Capco Corporation, et al<br><br>23-C-01067-S4<br><br>Our File No. 16000.0680 | Honorable Ronda S. Colvin<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | David M. Thomas, Esq.<br>THOMAS LAW FIRM<br>P.O. Box 767939<br>Roswell, GA 30076<br>Email: David@dmthomaslaw.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| State Farm Mutual Automobile Insurance Co. as Subrogee of Shreyaben Mehta vs. Ruben Duran and Summit Construction and Development, LLC<br><br>22-C-06083-S5<br><br>Our File No. 4468.0017 | Honorable Judge Erica K. Dove Judge, State Court of Gwinnett County 75 Langley Drive Lawrenceville, Georgia 30046 | Keshia Townsend, Esq. Candace M. Boutwell, Esq. 2280 Satellite Boulevard, Bldg. B. Duluth, Georgia 30097 Email: cboutwell@subrofirm.com Email: k.townsend@subrofirm.com |
| Asta Phillips v. Elvira Ortiz Cacoj and Francisco Polanco<br><br>22-C-04748-S4<br><br>Our File No. 3556.0479 | Honorable Ronda Colvin Leary Judge, State Court of Gwinnett County 75 Langley Dr. Lawrenceville, GA 30046 | Christopher M. Simon, Esq. Alexander Grace, Esq. THE SIMON LAW FIRM, P.C. 2860 Piedmont Road NE, Suite 210 Atlanta, Georgia 30305 Email: cms@christophersimon.com Email: alex@simon.law<br><br>Sean L. Hynes, Esq. William R. Gordon, Jr., Esq. DOWNEY & CLEVELAND, LLP 288 Washington Avenue Marietta, GA 30060-1979 Email: hynes@downeycleveland.com Email: gordon@downeycleveland.com |
| Lolita Poindexter, V. Eat-1617, LLC (Dba Village Shoppes At Creekside); Yellowstone Landscape – Southeast, LLC; Larc Asset Management And Realty, Inc.; Commons Enterprises, Inc. (Dba My Salon Suites); John Does 1 2 And 3 And Fictitious Corporate Defendants A B And C, All Of Those Whose True And Correct Names Are Not Further Known To Plaintiff At This Time, But When Ascertained, Will Be Added By Way Of Amendment<br><br>22-C-01782-S6<br><br>Our File No. 3750.0017 | Honorable Veronica Cope Judge, State Court of Gwinnett County 75 Langley Drive Lawrenceville, GA 30046 | Charles H. McAleer, Esq. THE MCALEER LAW FIRM 830 Grove Bend Decatur, Georgia 30030 Email: mcaleerlaw@gmail.com<br><br>Carrie L. Christie, Esq. Arika J. Song, Esq. RUTHERFORD & CHRISTIE, LLP 285 Peachtree Center Avenue, NE Marquis II, Suite 1650 Atlanta, Georgia 30303 Email: clc@rclawllp.com Email: dpm@rclawllp.com |
| Charles E. Smith v. The Kroger Co., Fairview Oaks Station, LLC, Phillips Edison & Company, LTD., Phillips Edison Grocery Center Operating Partnership I, L.P., Let's Pave, LLC; Thomas Prandato; Southern Paving Solutions, LLC; XYZ Entity 1, and XYZ Entity 2<br><br>22-C-04687-S6<br><br>Our File No. 3558.0566 | Honorable Veronica Cope Judge, State Court of Gwinnett County 75 Langley Drive Lawrenceville, Georgia 30046 | Michael P. Walker, Esq. Andrew L. Hagenbush, Esq. PIASTA NEWBERN WALKER, LLC 3301 Windy Ridge Parkway, Suite 110 Atlanta, GA 30339 Email: mike@pnwlaw.com andrew@pnwlaw.com<br><br>Steven N. Newton, Esq. STEVEN N. NEWTON, LLC 401 Westpark Court, Suite 200 Peachtree City, GA 30269 Email: steven@mynewtonlaw.com<br><br>Meghan E. Olson, Esq. |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | FAIN, MAJOR & BRENNAN, PC<br>One Premier Plaza<br>5605 Glenridge Drive, NE, Suite 900<br>Atlanta, GA 30342<br>Email: molson@fainmajor.com<br><br>R. Scott Masterson, Esq.<br>Michael P. DiOrio, Esq.<br>G. Ches Graham, Esq.<br>LEWIS, BRISBOIS, BISGAARD &<br>SMITH, LLP<br>600 Peachtree Street, N.E.<br>Suite 4700<br>Atlanta, Georgia 30308<br>Scott.Masterson@lewisbrisbois.com<br>Michael.DiOrio@lewisbrisbois.com<br>Ches.Graham@lewisbrisbois.com<br><br>Kevin P. Branch, Esq.<br>Amy B. Knight, Esq.<br>MCMICKLE, KUREY & BRANCH,<br>LLP<br>217 Roswell Road, Suite 200<br>Alpharetta, GA 30009<br>Email: kpb@mkblawfirm.com<br>Email: aknight@mkblawfirm.com |
| Heather Smith v. Town Center at Cobb<br>LLC, Simon Property Group LP and<br>Aarna Enterprise, LLC<br>23-C-00886-S7<br><br>Our File No. 3750.0021 | Honorable Jaletta L. Smith<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, Georgia 30046 | Patrick J. Hannon, Esq.<br>Hall & Lampros, LLP<br>300 Galleria Parkway, SE<br>Suite 300<br>Atlanta, Georgia 30309<br>Email: patrick@hallandlampros.com |
| Alexis Marie Sprague v. Caitlyn Renee<br>Hume<br><br>21-C-03323-S7<br><br>Our File No. 3011.0014 | Honorable Jaletta L. Smith<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, Georgia 30046 | Kevin S. Kovalchik, Esq.<br>KEVIN S. KOVALCHIK, LLC<br>278 W. Main Street<br>Buford, Georgia 30518<br>Email: kevin@ksklegal.com |
| Laurel Stone, Individually, and Laurel<br>Stone as Administrator of the Estate of<br>Ricky Stone (Deceased) v. The Kroger<br>Co., Liquid Environmental Solutions of<br>Georgia, LLC, Valley Proteins, Inc.,<br>Stacey Robinson, John Doe 2-10, and<br>Doe Company 1-5<br><br>22-C-00889-S4<br><br>Our File No. 3558.0496 | Honorable Ronda Colvin Leary<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, Georgia 30046 | Daniel J. Prieto, Esq.<br>Jonathan Marigliano, Esq.<br>William Holbert, Esq.<br>PRIETO, MARIGLIANO, HOLBERT<br>& PRIETO, LLC<br>1555 Mount Vernon Road<br>Atlanta, GA 30338<br>Email: dprieto@pmhplaw.com<br>Email: jmarigliano@pmhplaw.com<br>Email: wholbert@pmhplaw.com<br><br>Stephanie F. Brown, Esq.<br>DODSON & ASSOCIATES<br>P.O. Box 2903<br>Hartford, CT 06104<br>Email: sfbrown@travelers.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | Vincent Bushnell, Esq.<br>Kenneth Thompson, Jr., Esq.<br>FISHERBROYLES, LLP<br>945 East Paces Ferry Road, NE<br>Suite 2000<br>Atlanta, GA 30326<br>Email:<br>Vincent.bushnell@fisherbroyles.com<br>Email:<br>kenneth.thompson@fisherbroyles.com |
| Kenneth Trinklein v. Jimmy Smith, Summit Construction and Development, LLC, Express Hauling & Dumpsters, LLC, and Key Risk Insurance Company<br><br>22-C-00457-S6<br><br>Our File No. 4468.0008 | Honorable Veronica Cope<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Jon Brockman, Esq.<br>JONATHAN R. BROCKMAN, P.C.<br>320 Dahlonega Street<br>Cumming, Georgia 30040<br>Email:<br>jbrockman@brockmaninjurylawyer.com |
| Ronald W. Ward v The Kroger Co. and VPCC Cherokee, LLC<br><br>22-C-06226-S2<br><br>Our File No. 3558.0574 | Honorable Shawn F. Bratton<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, Georgia 30046 | Michael W. Horst, Esq.<br>Jarrett L. Miller, Esq.<br>HORST SHEWMAKER, LLC<br>10745 Westside Way, Suite 165<br>Alpharetta, GA 30009<br>Email: michael@horstshewmaker.com<br>Email: jarrett@horstshewmaker.com<br><br>Kevin F. Duda, Esq.<br>3740 Davinci Court, Suite 460<br>Peachtree Corners, Georgia 30092<br>Email: kevin_duda@staffdefense.com |
| Steven Wells v. Greenwich Insurance Company et al<br><br>19-C-00819-S6<br><br>Our File No. 3221.0026 | Honorable Veronica Cope<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Miguel A. Dominguez, Esq.<br>MORGAN & MORGAN ATLANTA, PLLC<br>Post Office Box 57007<br>Atlanta, Georgia 30343-1007<br>E-mail:<br>mdominguez@forthepeople.com |
| Victoria Zellars, individually v. Anthony Wagoner, individually<br><br>22-C-02992-S1<br><br>Our File No. 4486.0007 | Honorable Emily J. Brantley<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, Georgia 30046 | Jason T. Schneider, Esq.<br>Campbell Williamson, Esq.<br>SCHNEIDER HAMMERS LLC<br>5555 Glenridge Connector<br>Suite 975<br>Atlanta, Georgia 30342<br>Email: jason@schneiderhammers.com |
| **Superior Court of Gwinnett County** | **Judge** | **Opposing Counsel** |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Allstate Vehicle and Property Company a/s/o Beth Graham v. Whirlpool & Robertshaw Controls<br><br>21-A-04764-3<br><br>Our File No. 4475.0008 | Honorable Deborah R. Fluker Judge, Superior Court of Gwinnett County 75 Langley Drive Lawrenceville, GA 30046 | Christopher Rentschler, Esq. RONALD W. PARNELL, P.C. Post Office Drawer 81085 Conyers, GA 30013 Email: th@rwpsubro.com |
| Allstate Insurance Company a/s/o Julie Hatcher v. Whirlpool & Robertshaw Controls<br><br>21-A-07569-3<br><br>Our File No. 4475.0013 | Honorable Deborah R. Fluker Judge, Superior Court of Gwinnett County 75 Langley Drive Lawrenceville, GA 30046 | Christopher Rentschler, Esq. RONALD W. PARNELL, P.C. Post Office Drawer 81085 Conyers, GA 30013 Email: th@rwpsubro.com |
| Allstate Fire and Casualty Insurance Company a/s/o Jodi Holmes v. Whirlpool Corporation and Robertshaw Controls Company<br><br>21-A-07081-3<br><br>Our File No. 4475.0003 | Honorable Deborah R. Fluker Judge, Superior Court of Gwinnett County 75 Langley Drive Lawrenceville, GA 30046 | Christopher Rentschler, Esq. RONALD W. PARNELL, P.C. Post Office Drawer 81085 Conyers, GA 30013 Email: th@rwpsubro.com |
| Allstate Fire and Casualty Insurance Company a/s/o Jessica Munro v. Whirlpool & Robertshaw Controls<br><br>21-A-02112-3<br><br>Our File No. 4475.0009 | Honorable Deborah R. Fluker Judge, Superior Court of Gwinnett County 75 Langley Drive Lawrenceville, GA 30046 | Christopher Rentschler, Esq. RONALD W. PARNELL, P.C. Post Office Drawer 81085 Conyers, GA 30013 Email: th@rwpsubro.com |
| Xtreme Asset Holdings, LLC v. Omni Group North America, LLC, Guerdy Claimon, Oliver D. Banks, Olivia France, The Office of Eric McGlothen, CPA, LLC, Eric McGlothen, LLC, Eric McGlothen, Management Services & Solutions, Inc., Hybrid Transport International, Inc., and Adecco USA, Inc.<br><br>16-A12174-11<br><br>Our File No. 3011.0008 | Honorable Angela D. Duncan Judge, Superior Court of Gwinnett County 75 Langley Drive Lawrenceville, GA 30046 | Mary Donne Peters, Esq. Michael H. Gorby, Esq. Sarah Phaff, Esq. Whitney Arp, Esq. GORBY, PETERS & ASSOCIATES, LLC 1175 Peachtree St., NE 10th Floor, Suite 1000 Atlanta, GA 30361 Email: mpeters@gorbypeters.com Email: mgorby@gorbypeters.com |
| **State Court of Rockdale County** | **Judge** | **Opposing Counsel** |
| Demetra Young v. RS LSJ, LLC, Realsource Management LLC, & John Does 1-3<br><br>2022-SV-2166<br><br>Our File No. 3524.0011 | Honorable Richard R. Read Judge, State Court of Rockdale County 922 Court Street Room 107 Conyers, Georgia 30012 | Sara R. Landeryou, Esq. Harlan H.F. Wood, Esq. WOOD CRAIG MILLER, LLC 3520 Piedmont Road, NE, Suite 280 Atlanta, Georgia 30305 Email: harlan@woodcraig.com Email: sara@woodcraig.com Email: roshni@woodcraig.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| State Court of Spalding County | Judge | Opposing Counsel |
|---|---|---|
| Lewis Bennett v. Eugene Dabbs, as Administrator of The Estate of James J. Evans, Transcontinental Carriers, Inc., Occidental Fire & Casualty Company of North Carolina, and John Does 1-5<br><br>20SV-302<br><br>Our File No. 3755.0002 | Honorable Josh W. Thacker Judge, State Court of Spalding County P.O. Box 843 Griffin Ga 30224 | Charles Scholle, Esq. Annette S. Malena, Esq. SCHOLLE LAW 6340 Sugarloaf Parkway, Suite 150 Duluth, Georgia 30097 Email: cscholle@schollelaw.com Email: amalena@schollelaw.com<br><br>Alexander Patorgis, Esq. CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP 275 Scientific Drive Peachtree Corners, Georgia 30092 Email: zpatorgis@cmlawfirm.com |

State Court of Fulton County
**E-FILED**
23EV000464
6/20/2023 3:33 PM
Donald Talley, Clerk
Civil Division

# IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

---

| | |
|---|---|
| KATAVIUS THREATT, Individually and as Next Friend of NIASIA THREATT, | : CIVIL ACTION |
| | : FILE NO.: 23EV000464 |
| Plaintiff(s) | : |
| v. | : |
| | : |
| PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS, NEW HOME, LLC, TIESHA KAY, and JOHN DOE NOS. 1-10., | : |
| Defendant(s) | |

---

## DEFENDANT PINE RIDGE MACON, LLC D/B/A PINE RIDGE APARTMENTS AND NEW HOME, LLC'S RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL

The undersigned hereby certifies, pursuant to Uniform Rule of State Court 5.2, that the following non-parties were served with document requests pursuant to O.C.G.A. § 9-11-34(c), and that copies of said discovery were served upon all parties of record in this action:

**Macon-Bibb County Sheriff's Office**

**Permanent General Assurance Corporation**

**BALLARD-HUDSON MIDDLE SCHOOL**

**The Rawlings Company**

**GEICO Indemnity Company**

**Erthal Chiropractic Center**

**Central Georgia Emergency Group, LLC**

**Atrium Health Navicent The Medical Center - Macon**

**Radiology Associates of Macon | Main Office**

**Anderson Family Medicine**

**River Edge Behavioral Health**

**WellCare of Georgia, Inc.**

**Atrium Health Navicent Beverly Knight Olson Children's Hospital**

**Respectfully Submitted on 06/20/2023.**

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | **/s/Chris J. Perniciaro** |
| **MOFFETT & BRIESKE, LLP** | Matthew G. Moffett |
| 950 East Paces Ferry Road, NE | Georgia State Bar Number: 515323 |
| Suite 1700 - Salesforce Tower Atlanta | Chris J. Perniciaro |
| Atlanta, Georgia 30326 | Georgia State Bar Number: 618477 |
| Telephone: (404) 870-7373 | *Attorneys for Defendant Pine Ridge Macon, LLC* |
| Facsimile: (404) 870-7374 | *d/b/a Pine Ridge Apartments and New Home, LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to O.C.G.A. § 9-11-5, that the foregoing **DEFENDANT**

**Pine Ridge Macon, LLC d/b/a Pine Ridge Apartments and New Home, LLC's, RULE 5.2**

**CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL** is being filed with the Clerk of

Court using the Court's electronic filing and-service system, which will send electronic notification to

all parties having appeared of record in this action:

Ashley Cameron-Bivins
**DOZIER LAW FIRM, LLC**
487 Cherry Street P.O. Box 13
Macon, GA 31202

      **Respectfully Submitted on 06/20/2023.**

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | **/s/Chris J. Perniciaro** |
| **MOFFETT & BRIESKE, LLP** | Matthew G. Moffett |
| 950 East Paces Ferry Road, NE | Georgia State Bar Number: 515323 |
| Suite 1700 - Salesforce Tower Atlanta | Chris J. Perniciaro |
| Atlanta, Georgia 30326 | Georgia State Bar Number: 618477 |
| Telephone: (404) 870-7373 | *Attorneys for Defendant Pine Ridge Macon, LLC* |
| Facsimile: (404) 870-7374 | *d/b/a Pine Ridge Apartments and New Home, LLC* |

State Court of Fulton County
**E-FILED**
23EV000464
6/21/2023 3:31 PM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

|  |  |  |
|---|---|---|
| KATAVIUS THREATT, Individually and as Next Friend of NIASIA THREATT, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO.  23EV000464 |
| PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS, NEW HOME, LLC, TIESHA KAY, and JOHN DOE NOS. 1-10., | ) ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF ENTRY OF APPEARANCE

Pursuant to Uniform State Court Rule 4.2, Nada A. Paisant and the law firm of Gray, Rust, St. Amand, Moffett & Brieske, LLP, hereby files her Notice of Entry of Appearance, showing that she will join Matthew G. Moffett and Chris J. Perniciaro as counsel for Defendant Pine Ridge Macon, LLC and New Home, LLC  in this action.  Please have all future notices and pleadings and other documents pertaining to the case sent to the following counsel of record in the above-styled action:

Matthew G. Moffett, Esq.
Georgia State Bar No.: 515323
Chris J. Perniciaro, Esq.
Georgia State Bar No.: 618477
Nada A. Paisant, Esq.
Georgia State Bar No.: 135270
GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, GA 30326
Telephone: (404) 870-7443
Facsimile: (404) 870-1030

Respectfully submitted this <u>21st </u>day of <u>June,</u> 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:     (404) 870-7443
Facsimile:      (404) 870-1030

<u>***/s/ Nada A. Paisant***        </u>
Matthew G. Moffett
Georgia State Bar No.: 515323
Chris J. Perniciaro
Georgia State Bar No.: 618477
Nada A. Paisant
Georgia State Bar No.: 135270
Nada A. Paisant
*Attorneys for Defendant Pine Ridge Macon,*
*LLC and New Home, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this date served the within and foregoing **NOTICE OF ENTRY**

**OF APPEARANCE** upon opposing counsel of record for all parties by electronic filing and by

placing a copy of same in the United States Mail with adequate postage affixed thereon and

addressed as follows:

**Ashley Cameron-Bivins**
**DOZIER LAW FIRM, LLC**
**487 Cherry Street**
**P.O. Box 13**
**Macon, GA 31202-0013**

Respectfully submitted this <u>21st</u> day of <u>June</u>, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**                    <u>*/s/ Nada A. Paisant*</u>
950 East Paces Ferry Road, N.E.                  Matthew G. Moffett
Suite 1700 – Salesforce Tower Atlanta            Georgia State Bar No.: 515323
Atlanta, Georgia 30326                           Chris J. Perniciaro
Telephone:    (404) 870-7443                     Georgia State Bar No.: 618477
Facsimile:    (404) 870-1030                     Nada A. Paisant
                                                 Georgia State Bar No.: 135270
                                                 *Attorneys for Defendant Pine Ridge Macon,*
                                                 *LLC and New Home, LLC*

State Court of Fulton County
**E-FILED**
23EV000464
6/26/2023 9:36 AM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| KATAVIUS THREATT, Individually and as Next Friend of NIASIA THREATT, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO.  23EV000464 |
| v. | ) ) ) | |
| PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS, NEW HOME, LLC, TIESHA KAY, and JOHN DOE NOS. 1-10., | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

## CONSENT STIPULATION EXTENDING DEFENDANT PINE RIDGE MACON, LLC'S DEADLINE TO RESPOND TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

COME NOW all parties to the above-referenced case, and, pursuant to O.C.G.A. § 9-11-6(b), hereby stipulate and agree that Defendant Pine Ridge Macon, LLC shall have through and including **July 7, 2023** to respond to Plaintiff's First Interrogatories and Request for Production of Documents, served May 24, 2023.

Respectfully submitted this 26th day of June, 2023.

**DOZIER LAW FIRM, LLC**
487 Cherry Street
P.O. Box 13
Macon, Georgia 31202
ashley@dozierlaw.com

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:     (404) 870-7448
Facsimile:      (404) 870-1030

*/s/ Ashley Cameron*
*[signed with express permission by Chris J. Perniciaro]*
Ashley Cameron
Georgia State Bar No.: 914842
*Attorney for Plaintiff*

*/s/ Chris J. Perniciaro*
Matthew G. Moffett
Georgia State Bar No.: 515323
Chris J. Perniciaro
Georgia State Bar No.: 618477
Nada A. Paisant

Georgia State Bar No.: 135270
*Attorneys for Defendants Pine Ridge Macon,*
*LLC and New Home, LLC*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a copy of the foregoing **CONSENT STIPULATION EXTENDING DEFENDANT PINE RIDGE MACON, LLC'S DEADLINE TO RESPOND TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** with the Clerk of Court using the Court's electronic filing-and-service system, which will send electronic notification to all parties having appeared of record in this action:

**Ashley Cameron-Bivins**
**DOZIER LAW FIRM, LLC**
**487 Cherry Street**
**P.O. Box 13**
**Macon, GA 31202**

Respectfully submitted this <u>26th</u> day of <u>June</u>, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | */s/ Chris J. Perniciaro* |
| **MOFFETT & BRIESKE, L.L.P.** | Matthew G. Moffett |
| 950 East Paces Ferry Road, N.E. | Georgia State Bar No.: 515323 |
| Suite 1700 – Salesforce Tower Atlanta | Chris J. Perniciaro |
| Atlanta, Georgia 30326 | Georgia State Bar No.: 618477 |
| Telephone:     (404) 870-7448 | Nada A. Paisant |
| Facsimile:      (404) 870-1030 | Georgia State Bar No.: 135270 |
| | *Attorneys for Defendants Pine Ridge Macon,* |
| | *LLC and New Home, LLC* |

3

State Court of Fulton County
**E-FILED**
23EV000464
6/30/2023 3:10 PM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| KATAVIUS THREATT, Individually and as Next Friend of NIASIA THREATT, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO.  23EV000464 |
| PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS, NEW HOME, LLC, TIESHA KAY, and JOHN DOE NOS. 1-10., | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

## RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

THIS CERTIFIES that pursuant to Uniform Rule of State Court 5.2, I have this day served a copy of the following discovery documents upon counsel in the above-styled action:

1. **Defendant Pine Ridge Macon, LLC d/b/a Pine Ridge Apartments' First Request for Admissions to Plaintiff Katavius Threatt, Individually and as Next Friend of Niasia Threatt.**

Respectfully submitted this <u>30th</u> day of <u>June</u>, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:    (404) 870-7448
Facsimile:    (404) 870-1030

*/s/ Chris J. Perniciaro*
Matthew G. Moffett
Georgia State Bar No.: 515323
Chris J. Perniciaro
Georgia State Bar No.: 618477
Nada A. Paisant
Georgia State Bar No.: 135270
*Attorneys for Defendants Pine Ridge Macon,*
*LLC and New Home, LLC*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS** with the Clerk of Court using the Court's electronic filing-and-service system, which will send electronic notification to all parties having appeared of record in this action:

**Ashley Cameron-Bivins**
**DOZIER LAW FIRM, LLC**
**487 Cherry Street**
**P.O. Box 13**
**Macon, GA 31202-0013**

Dated this <u>30th</u> day of <u>June</u>, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:     (404) 870-7448
Facsimile:      (404) 870-1030

_/s/ Chris J. Perniciaro_
Matthew G. Moffett
Georgia State Bar No.: 515323
Chris J. Perniciaro
Georgia State Bar No.: 618477
Nada A. Paisant
Georgia State Bar No.: 135270
_Attorneys for Defendants Pine Ridge Macon,_
_LLC and New Home, LLC_

State Court of Fulton County
**E-FILED**
23EV000464
7/6/2023 10:38 AM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

KATAVIUS THREATT, Individually and as
Next Friend of NIASIA THREATT,

       Plaintiff,

v.

PINE RIDGE MACON, LLC d/b/a PINE
RIDGE APARTMENTS, NEW HOME, LLC,
TIESHA KAY, AND JOHN DOE NOS 1-10.,

       Defendants.

CIVIL ACTION
FILE NO. 23EV000464

---

### MOTION TO APPOINT SPECIAL AGENT FOR SERVICE OF PROCESS

Comes now the Plaintiff herein, and pursuant to O.C.G.A. § 15-10-43 (b) [9-11-4(c)]

moves this Court to appoint Michael Lewis as special agent to perfect service of the Summons

and Complaint filed herein upon the Defendant Tiesha Kay, and in support thereof shows to this

Court as follows:

1.

Plaintiff filed the above-noted action on January 25, 2023, and has attempted to serve

process on Defendant Tiesha Kay, but has been unable to locate her.

2.

Plaintiff believes that Defendant Tiesha Kay currently resides in Macon, Georgia. It is

reasonably believed that service by the Sheriff's Department will not be possible.

3.

The proposed special agent to serve process, Michael Lewis, is a citizen of the United States above the age of eighteen years and is qualified to locate and perfect service of process on Defendant Tiesha Kay.

4.

Attached hereto is an affidavit of Michael Lewis detailing his qualifications as a private process server.

Wherefore, Plaintiff prays that an Order is issued appointing the above-listed person as special agent to perfect service of the summons and complaint filed herein upon the Defendant Tiesha Kay.

This ___6th___ Day of July, 2023.

Ashley Cameron-Bivins
GA Bar No. 914842
Attorney for Plaintiff

DOZIER LAW FIRM, LLC
487 Cherry Street
P.O. Box 13
Macon, Georgia 31202-3312
Phone: 478-742-8441
ashley@dozierlaw.com

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

KATAVIUS THREATT, Individually and as
Next Friend of NIASIA THREATT,

      Plaintiff,

v.

PINE RIDGE MACON, LLC d/b/a PINE
RIDGE APARTMENTS, NEW HOME, LLC,
TIESHA KAY, AND JOHN DOE NOS 1-10.,

      Defendants.

CIVIL ACTION
FILE NO. 23EV000464

## AFFIDAVIT OF MICHAEL LEWIS

PERSONALLY APPEARED before the undersigned attesting officer duly authorized to administer oaths, Michael Lewis, who, after being duly sworn, deposes and states on oath the following:

1.

My name is Michael Lewis. I am past the age of majority and otherwise competent to make this Affidavit.

2.

I have owned and operated Central Georgia Special Investigations since 1997.

3.

During the past eighteen (18) years I have been a court appointed process server in numerous Georgia counties including Bibb, Houston, Jones, Peach, Crawford, and the Ocmulgee Judicial Circuit.

4.

I am a permanently appointed process server in Bibb Superior Court, Bibb State

Court, and Houston State Court.

This 6th day of July, 2023.

Michael Lewis

Sworn to and subscribed before me

this 6th day of July, 2023.

Notary Public

My Commission Expires:

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV000464**
**7/6/2023 10:38 AM**
**Donald Talley, Clerk**
**Civil Division**

**IN THE STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

KATAVIUS THREATT, Individually and as
Next Friend of NIASIA THREATT,

     Plaintiff,

                                 **CIVIL ACTION**
                                 **FILE NO. 23EV000464**

v.

PINE RIDGE MACON, LLC d/b/a PINE
RIDGE APARTMENTS, NEW HOME, LLC,
TIESHA KAY, AND JOHN DOE NOS 1-10.,

     Defendants.

<u>**ORDER APPOINTING SPECIAL AGENT FOR SERVICE OF PROCESS**</u>

     Plaintiff's Motion to Appoint a Special Agent for Service of Process, having been read

and considered, and it appearing to the Court that Michael Lewis is qualified for this purpose, it

is,

     ORDERED that Michael Lewis is appointed special agent for service of process in this

case.

     This _____ day of _____, 2023.

_____
**JUDGE, FULTON COUNTY STATE COURT**

Order Prepared by:
Ashley Cameron Bivins
GA Bar No. 914842
DOZIER LAW FIRM, LLC
487 Cherry Street
P.O. Box 13
Macon, Georgia 31202-3312
Phone: 478-742-8441
ashley@dozierlaw.com

State Court of Fulton County
**E-FILED**
23EV000464
7/7/2023 12:23 PM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| KATAVIUS THREATT, Individually and as Next Friend of NIASIA THREATT, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO.  23EV000464 |
| v. | ) ) | |
| PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS, NEW HOME, LLC, TIESHA KAY, and JOHN DOE NOS. 1-10., | ) ) ) | |
| Defendants. | ) | |

### RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

THIS CERTIFIES that pursuant to Uniform Rule of State Court 5.2, I have this day served

a copy of the following discovery documents upon opposing counsel in the above-styled action:

1. **Defendant Pine Ridge Macon, LLC d/b/a Pine Ridge Apartments' Responses and Objections to Plaintiffs' First Interrogatories;**
2. **Defendant Pine Ridge Macon, LLC d/b/a Pine Ridge Apartments' Responses and Objections to Plaintiffs' Request for Production of Documents; and**
3. **Defendant Pine Ridge Macon, LLC d/b/a Pine Ridge Apartments and New Home, LLC'S Privilege Log.**

Respectfully submitted this  7th  day of  July, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:     (404) 870-7448
Facsimile:      (404) 870-1030

*/s/ Chris J. Perniciaro*
Matthew G. Moffett
Georgia State Bar No.:  515323
Christopher J. Perniciaro
Georgia Bar No.  618477
*Counsel for Defendant Pine Ridge Macon,*
*LLC d/b/a Pine Ridge Apartments*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a copy of the foregoing *RULE 5.2*

*CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS* with the Clerk of Court using

the Court's electronic filing-and-service system, which will send electronic notification to all

parties having appeared of record in this action:

**Ashley Cameron-Bivins**
**DOZIER LAW FIRM, LLC**
**487 Cherry Street**
**P.O. Box 13**
**Macon, GA 31202**

Dated this  7th day of July, 2023.

**GRAY, RUST, ST. AMAND,**              */s/ Chris J. Perniciaro*
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.          Matthew G. Moffett
Suite 1700 – Salesforce Tower Atlanta    Georgia State Bar No.:  515323
Atlanta, Georgia 30326                   Christopher J. Perniciaro
Telephone:    (404) 870-7448             Georgia Bar No.  618477
Facsimile:    (404) 870-1030             *Counsel for Defendant Pine Ridge Macon,*
                                         *LLC d/b/a Pine Ridge Apartments*

State Court of Fulton County
**E-FILED**
23EV000464
7/10/2023 2:54 PM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| KATAVIUS THREATT, Individually and as Next Friend of NIASIA THREATT, )<br><br>Plaintiffs, )<br><br>v. )<br><br>PINE RIDGE MACON, LLC d/b/a PINE RIDGE APARTMENTS, NEW HOME, LLC, TIESHA KAY, and JOHN DOE NOS. 1-10., )<br><br>Defendants. ) | CIVIL ACTION<br>FILE NO.  23EV000464 |

### RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

THIS CERTIFIES that pursuant to Uniform Rule of State Court 5.2, I have this day served a copy of the following discovery documents upon opposing counsel in the above-styled action:

1. **Defendant Pine Ridge Macon, LLC d/b/a Pine Ridge Apartments' Second Request for Admissions to Plaintiff Katavius Threatt, Individually and as Next Friend of Niasia Threatt**

Respectfully submitted this _10th_ day of _July_, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:    (404) 870-7448
Facsimile:    (404) 870-1030

_/s/ Chris J. Perniciaro_____
Matthew G. Moffett
Georgia State Bar No.:  515323
Christopher J. Perniciaro
Georgia Bar No.  618477
_Counsel for Defendant Pine Ridge Macon,_
_LLC d/b/a Pine Ridge Apartments_

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing *RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS* with the Clerk of Court using the Court's electronic filing-and-service system, which will send electronic notification to all parties having appeared of record in this action:

**Ashley Cameron-Bivins**
**DOZIER LAW FIRM, LLC**
**487 Cherry Street**
**P.O. Box 13**
**Macon, GA 31202**

Dated this  10th day of July, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:     (404) 870-7448
Facsimile:      (404) 870-1030

*/s/ Chris J. Perniciaro*
Matthew G. Moffett
Georgia State Bar No.:  515323
Christopher J. Perniciaro
Georgia Bar No.  618477
*Counsel for Defendant Pine Ridge Macon,*
*LLC d/b/a Pine Ridge Apartments*

State Court of Fulton County
**E-FILED**
23EV000464
7/10/2023 8:58 AM
Donald Talley, Clerk
Civil Division

FF'S ENTRY OF SERVICE                    SC-85-2                    CLYDE CASTLEBERRY CO., COVINGTON, GA 30015

| | |
|---|---|
| Civil Action No. ___23LV000464___ | Superior Court ☐   Magistrate Court ☐ |
| | State Court ☒   Probate Court |
| Date Filed  01-20-2023 | Juvenile Court ☐ |

Georgia, __Fulton__ COUNTY

__Katrina Threat, Individually, and as__
__Next Friend of Nicole Threat__

Attorney's Address

**Ashley Cameron, Esq.**
**Dozier Law Firm**
**P. O. Box 13**
**Macon, GA 31202**                                        Plaintiff

VS.

Name and Address of Party to be Served.

__Tiesha Kay__

__Tiesha Kay__
__Columbian Ave__                    JAN 27 2023
__Macon, GA 31204__          CIVIL PROCESS DESK   86864                    Defendant

                                                                        Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
☐ Served the defendant _____ a corporation
by leaving a copy of the within action and summons with _____
in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said
affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the
defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the
place stated in the summons.

**NON EST**
☑ Diligent search made and defendant __TIESHA KAY__
not to be found in the jurisdiction of this Court. __NOT A VALID ADDRESS__

This __6__ day of __FEB__, 20 __23__.

__J ROWE__
                                                                        DEPUTY

SHERIFF DOCKET_____ PAGE _____

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV000464**
**7/12/2023 4:14 PM**
**Donald Talley, Clerk**
**Civil Division**

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

KATAVIUS THREATT, Individually and as
Next Friend of NIASIA THREATT,

     Plaintiff,

v.

PINE RIDGE MACON, LLC d/b/a PINE
RIDGE APARTMENTS, NEW HOME, LLC,
TIESHA KAY, AND JOHN DOE NOS 1-10.,

     Defendants.

CIVIL ACTION
FILE NO. 23EV000464

## ORDER APPOINTING SPECIAL AGENT FOR SERVICE OF PROCESS

Plaintiff's Motion to Appoint a Special Agent for Service of Process, having been read

and considered, and it appearing to the Court that Michael Lewis is qualified for this purpose, it

is,

ORDERED that Michael Lewis is appointed special agent for service of process in this

case.

This _____ day of _____, 2023.

**JUDGE, FULTON COUNTY STATE COURT**

Order Prepared by:
Ashley Cameron Bivins
GA Bar No. 914842
DOZIER LAW FIRM, LLC
487 Cherry Street
P.O. Box 13
Macon, Georgia 31202-3312
Phone: 478-742-8441
ashley@dozierlaw.com

State Court of Fulton County
**E-FILED**
23EV000464
7/26/2023 2:58 PM
7/26/2023 11:19 AM
Donald Talley, Clerk
Civil Division

# STATE COURT OF FULTON COUNTY, GEORGIA

Date Filed: 1/25/2023

Case No: 23EV000464

Katavious Threatt, Individually and

As Next Friend of Niasaia Threatt

**Plaintiff(s)**

vs

Pine Ridge Macon, LLC d/b/a Pine Ridge Apartments, New Home, LLC, Tiesha Kay, John Does Nos 1-10

**Defendant(s)**

**SPECIAL AGENT'S AFFIDAVIT OF ENTRY OF SERVICE**

**Name and Address of Party to be Served:**
Tiesha Kay
286 Pio Nono Avenue
Macon Ga, 31204

---

DATE OF SERVICE: 7-26-2023          (This date must be written and clearly legible on def./garnishee's copy)

[ ] **PERSONAL** Place of Service [ ] same as above; [ ] other, as follows: _____
I served this defendant with a copy of the action & summons:

[ ] **NOTORIOUS** I served Defendant by leaving a copy of the action and summons at the most notorious place of abode in the county: _____.

Delivered the same to_____described as follows: approximate age _____ years; approximate weight_____pounds; approximate height_____feet and_____inches, living at the residence of the defendant.

[ ] **CORPORATION** Upon corporation_____

By serving_____, in charge of the office and place of business of the corporation in this county.
By serving_____, its registered agent.

[ ] **TACK & MAIL** I served the defendant by posting a copy to the door of the defendant's premises designated above in the affidavit and, on the same day, by depositing a true copy in the mail with first class postage in an envelope properly addressed to the address shown in the summons with adequate notice to answer the summons at the place stated in the summons. (Dispossessory only)

[X] **NON EST** Did not serve because after a diligent search the def/garnishee could not be found in the jurisdiction of the court.
Other: SUBJECT DOES NOT RESIDE AT ABOVE ADDRESS NOR THREE OTHERS CHECKED IN MACON.

(This portion shall be completed, under oath, after service and before filing with the Clerk of this Court, except for printed name.) I, the undersigned, and being duly sworn, and under penalty of law, swear that I have personally effectuated service of process on the date, time, place and manner as set forth above and that all the facts set forth herein are true and correct and that I have served a copy of this document which both my printed name, exclusive of my signature under oath, upon the def./garnishee simultaneous with service of all documents associated with this action. *(Please use a blue ink which clearly indicates this is an original affidavit.)*
Sworn to before me this _____ day of _____

_____
Signature of Process Server (signed only before notary public/clerk)

Notary Public, my commission expires: /Clerk
Notary shall affix seal

Print Name: MICHAEL A. LEWIS
(Must be clearly legible on def./garnishee copy to indicate who made service at the time service was made.)

____(Initial if applicable) I am designated as a Special Agent for Service of Process under a standing order of this Court.

<u>AFFIDAVIT OF MICHAEL LEWIS</u>

BIBB COUNTY
STATE OF GEORGIA

Personally appeared before me the undersigned officer duly authorized to administer oaths in this state, MICHAEL LEWIS, who having been sworn, deposes and states the following:

1.

My name is Michael Lewis. I am over eighteen (18) years of age and am competent to make this Affidavit. I suffer no legal disabilities and I make this Affidavit of my own personal knowledge.

2.

I received the assignment of serving Tiesha Kay on July 13, 2023.

3.

On that date, I traveled to 286 Pio Nono Avenue, in Macon to serve the Summons and Complaint for the case in Fulton County State Court (Civil Action No. 23-SV-00464). However, I found no one at home, no vehicles present, and several busted and boarded windows. I came back later that evening with the same results.

4.

On July 17, 2023, I again attempted service at the same address at 6:55 p.m., with negative results after numerous doorbell rings and knocks on doors and windows.

5.

I attempted service again on July 21, 2023, at 4:25 p.m. Then again on July 24, 2023, at 7:12 p.m., with the same negative results.

6.

On the July 24, 2023, I traveled to Prestige Properties, a rental agent for the homeowner, at 507 Hillcrest Industrial Blvd, Macon, Georgia, but the office was closed, and I left a telephone message. On July 25, 2023, they returned my call and informed me the home was vacant and no one was living there. However, they were familiar with Tiesha Kay as she had been living there under a lease in the name of Gloria Harvey. They were evicted from the home due to failure to pay rent by Teisha Kay.

7.

On the July 25, 2023, I ran a locator report for Tiesha Kay and found three additional possible addresses: 1172 Dewey Street, 171 Bobby Jones Street, (both of Macon, Georgia) and 7324 Quail Run Road in Lizella, Georgia. After checking each of these addresses, Tiesha Kay was not a resident and the current residents had no

knowledge of her whereabouts. Also, on this date I called (478) 206-3282, a possible

phone number for Tiesha Kay, and received no answer and left a text message

requesting a call back. Later that day, an unidentified male called back and advised

this was his phone, and he was the father of one of Tiesha Kay's children. He

explained he did not have a telephone number or address for her, but he would

contact their child to see if he could obtain the information for me. He did inform

me that Tiesha Kay was still residing in the middle Georgia area. He never called

me back and quit responding to my text messages.

8.

After checking multiple addresses with negative results and having no new

information regarding her current whereabouts, we are closing our file at this time.

We will continue to develop leads and notify you of any new developments.

FURTHER AFFIANT SAYETH NOT, this 26TH day of July, 2023.

MICHAEL LEWIS
CENTRAL GA SPEICAL
INVESTIGATIONS

Subscribed and sworn to before me in the county of Bibb, State of Georgia,
this 26th day of July, 2023.

(Notary's official signature)

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV000464**
**7/26/2023 2:58 PM**
**Donald Talley, Clerk**
**Civil Division**

## IN THE STATE COURT OF FULTON COUNTY
### STATE OF GEORGIA

KATAVIUS THREATT, Individually and as
Next Friend of NIASIA THREATT,

      Plaintiff,

                      CIVIL ACTION
                      FILE NO. 23EV000464

v.

PINE RIDGE MACON, LLC d/b/a PINE
RIDGE APARTMENTS, NEW HOME, LLC,
TIESHA KAY, AND JOHN DOE NOS 1-10.,

      Defendants.

## MOTION FOR SERVICE BY PUBLICATION

COMES NOW, Plaintiff, pursuant to O.C.G.A. § 9-11-4, and moves the court for an

order directing that service on the Defendant Tiesha Kay be made by publication upon the

grounds that she cannot, after due diligence, be found within the state, as more fully appears

from the affidavit herewith and attached hereto.

This 26th day of ___July___, 2023.

                                   Ashley Cameron-Bivins
                                   GA Bar No. 914842
                                   Attorney for Plaintiff

DOZIER LAW FIRM, LLC
487 Cherry Street
P.O. Box 13
Macon, GA 31202-0013
(478) 742-8441
ashley@dozierlaw.com

State Court of Fulton County
**E-FILED**
23EV000464
7/26/2023 2:58 PM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

KATAVIUS THREATT, Individually and as
Next Friend of NIASIA THREATT,

      Plaintiff,

v.

PINE RIDGE MACON, LLC d/b/a PINE
RIDGE APARTMENTS, NEW HOME, LLC,
TIESHA KAY, AND JOHN DOE NOS 1-10.,

      Defendants.

CIVIL ACTION
FILE NO. 23EV000464

### ORDER FOR SERVICE BY PUBLICATION

Plaintiff having moved the court for an order directing service to to be made upon

Defendant Tiesha Kay in the above-styled action by publication of summons, and it appearing to

the court from the Affidavit in support of such motion that defendant cannot be found within the

state after due diligence, it is

ORDERED, that service upon Tiesha Kay be made by publication as provided by law.

This _____ day of _____, 2023.

_____
**JUDGE, FULTON COUNTY STATE COURT**

Order Prepared by:
Ashley Cameron Bivins
GA Bar No. 914842
DOZIER LAW FIRM, LLC
487 Cherry Street
P.O. Box 13
Macon, Georgia 31202-3312
Phone: 478-742-8441
ashley@dozierlaw.com

State Court of Fulton County
**\*\*E-FILED\*\***
**23EV000464**
**7/26/2023 11:19 AM**
**Donald Talley, Clerk**
**Civil Division**

## STATE COURT OF FULTON COUNTY, GEORGIA

Date Filed: 1/25/2023

Case No: 23EV000464

Katavious Threatt, Individually and

As Next Friend of Niasaia Threatt

**Plaintiff(s)**

**vs**

Pine Ridge Macon, LLC d/b/a Pine Ridge Apartments, New Home, LLC, Tiesha Kay, John Does Nos 1-10

**Defendant(s)**

**SPECIAL AGENT'S AFFIDAVIT OF ENTRY OF SERVICE**

**Name and Address of Party to be Served:**
Tiesha Kay
286 Pio Nono Avenue
Macon Ga, 31204

**DATE OF SERVICE:** 7-26-2023

*(This date must be written and clearly legible on def. /garnishee's copy)*

[ ] **PERSONAL** Place of Service [ ] same as above; [ ] other, as follows: _____
I served this defendant with a copy of the action & summons:

[ ] **NOTORIOUS** I served Defendant by leaving a copy of the action and summons at the most notorious place of abode in the county: _____.

Delivered the same to_____ described as follows: approximate age _____ years; approximate weight_____ pounds; approximate height_____ feet and_____ inches, living at the residence of the defendant.

[ ] **CORPORATION** Upon corporation_____

By serving_____, in charge of the office and place of business of the corporation in this county.
By serving_____, its registered agent.

[ ] **TACK & MAIL** I served the defendant by posting a copy to the door of the defendant's premises designated above in the affidavit and, on the same day, by depositing a true copy in the mail with first class postage in an envelope properly addressed to the address shown in the summons with adequate notice to answer the summons at the place stated in the summons. (Dispossessory only)

[X] **NON EST** Did not serve because after a diligent search the def/garnishee could not be found in the jurisdiction of the court.
Other: SUBJECT DOES NOT RESIDE AT ABOVE ADDRESS NOR THREE OTHERS CHECKED IN MACON.

**(This portion shall be completed, under oath, after service and before filing with the Clerk of this Court, except for printed name.)** I, the undersigned, and being duly sworn, and under penalty of law, swear that I have personally effectuated service of process on the date, time, place and manner as set forth above and that all the facts set forth herein are true and correct and that I have served a copy of this document which I bolt my printed name, exclusive of my signature under oath, upon the def./garnishee simultaneous with service of all documents connected with this action.*(Please use a blue ink which clearly indicates this is an original affidavit.)*
Sworn to before me this _____

_____
Notary Public, my commission expires:/Clerk
Notary shall affix seal

Signature of Process Server (signed only before notary public/clerk)

Print Name: MICHAEL A. LEWIS
(Must be clearly legible on **def./garnishee copy** to indicate who made service at the time service was made.)
_____(Initial if applicable) I am designated as a Special Agent for Service of Process under a standing order of this Court.

<u>AFFIDAVIT OF MICHAEL LEWIS</u>

BIBB COUNTY
STATE OF GEORGIA

Personally appeared before me the undersigned officer duly authorized to administer oaths in this state, MICHAEL LEWIS, who having been sworn, deposes and states the following:

1.

My name is Michael Lewis. I am over eighteen (18) years of age and am competent to make this Affidavit. I suffer no legal disabilities and I make this Affidavit of my own personal knowledge.

2.

I received the assignment of serving Tiesha Kay on July 13, 2023.

3.

On that date, I traveled to 286 Pio Nono Avenue, in Macon to serve the Summons and Complaint for the case in Fulton County State Court (Civil Action No. 23-SV-00464). However, I found no one at home, no vehicles present, and several busted and boarded windows. I came back later that evening with the same results.

4.

On July 17, 2023, I again attempted service at the same address at 6:55 p.m., with negative results after numerous doorbell rings and knocks on doors and windows.

5.

I attempted service again on July 21, 2023, at 4:25 p.m. Then again on July 24, 2023, at 7:12 p.m., with the same negative results.

6.

On the July 24, 2023, I traveled to Prestige Properties, a rental agent for the homeowner, at 507 Hillcrest Industrial Blvd, Macon, Georgia, but the office was closed, and I left a telephone message. On July 25, 2023, they returned my call and informed me the home was vacant and no one was living there. However, they were familiar with Tiesha Kay as she had been living there under a lease in the name of Gloria Harvey. They were evicted from the home due to failure to pay rent by Teisha Kay.

7.

On the July 25, 2023, I ran a locator report for Tiesha Kay and found three additional possible addresses: 1172 Dewey Street, 171 Bobby Jones Street, (both of Macon, Georgia) and 7324 Quail Run Road in Lizella, Georgia. After checking each of these addresses, Tiesha Kay was not a resident and the current residents had no

knowledge of her whereabouts. Also, on this date I called (478) 206-3282, a possible

phone number for Tiesha Kay, and received no answer and left a text message

requesting a call back. Later that day, an unidentified male called back and advised

this was his phone, and he was the father of one of Tiesha Kay's children. He

explained he did not have a telephone number or address for her, but he would

contact their child to see if he could obtain the information for me. He did inform

me that Tiesha Kay was still residing in the middle Georgia area. He never called

me back and quit responding to my text messages.

8.

After checking multiple addresses with negative results and having no new

information regarding her current whereabouts, we are closing our file at this time.

We will continue to develop leads and notify you of any new developments.

FURTHER AFFIANT SAYETH NOT, this 26TH day of July, 2023.

MICHAEL LEWIS
CENTRAL GA SPEICAL
INVESTIGATIONS

Subscribed and sworn to, before me in the county of Bibb, State of Georgia,
this 26 day of _____, 2023.

(Notary's official signature)



**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV000464**
**7/27/2023 10:40 AM**
**Donald Talley, Clerk**
**Civil Division**

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

KATAVIUS THREATT, Individually and as
Next Friend of NIASIA THREATT,

      Plaintiff,

                          CIVIL ACTION
                          FILE NO. 23EV000464

v.

PINE RIDGE MACON, LLC d/b/a PINE
RIDGE APARTMENTS, NEW HOME, LLC,
TIESHA KAY, AND JOHN DOE NOS 1-10.,

      Defendants.

---

Pursuant to Uniform Rule 5.2(2), this is to certify that all parties to this action were

served with copies of the *PLAINTIFF'S RESPONSE TO DEFENDANT PINE RIDGE MACON,*

*LLC'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF KATAVIOUS THREATT,*

*INDIVIDUALLY AND AS NEXT OF FRIEND OF NIASIA THREATT.*

Counsel for the opposing party has been served via U.S. Mail to the following address

with sufficient postage affixed thereto:

Chris Perniciaro, Esq.
GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326

This 27th July 2023.

THE DOZIER LAW FIRM, LLC
P. O. Box 13
487 Cherry Street
Macon GA 31202-3312
Phone: 478-742-8441
ashley@dozierlaw.com

Ashley Cameron-Bivins
Georgia Bar No. 914842
Attorney for Plaintiff

State Court of Fulton County
**E-FILED**
23EV000464
8/8/2023 3:08 PM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

KATAVIUS THREATT, Individually and as
Next Friend of NIASIA THREATT,

      Plaintiff,

v.

PINE RIDGE MACON, LLC d/b/a PINE
RIDGE APARTMENTS, NEW HOME, LLC,
TIESHA KAY, AND JOHN DOE NOS 1-10.,

      Defendants.

CIVIL ACTION
FILE NO. 23EV000464

## ORDER FOR SERVICE BY PUBLICATION

    Plaintiff having moved the court for an order directing service to to be made upon

Defendant Tiesha Kay in the above-styled action by publication of summons, and it appearing to

the court from the Affidavit in support of such motion that defendant cannot be found within the

state after due diligence, it is

    ORDERED, that service upon Tiesha Kay be made by publication as provided by law.

    This _____ day of _____, 2023.

                                        **JUDGE, FULTON COUNTY STATE COURT**

Order Prepared by:
Ashley Cameron Bivins
GA Bar No. 914842
DOZIER LAW FIRM, LLC
487 Cherry Street
P.O. Box 13
Macon, Georgia 31202-3312
Phone: 478-742-8441
ashley@dozierlaw.com

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV000464**
**8/9/2023 9:16 AM**
**Donald Talley, Clerk**
**Civil Division**

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

KATAVIUS THREATT, Individually and as
Next Friend of NIASIA THREATT,

      Plaintiff,

                    CIVIL ACTION
                    FILE NO. 23EV000464

v.

PINE RIDGE MACON, LLC d/b/a PINE
RIDGE APARTMENTS, NEW HOME, LLC,
TIESHA KAY, AND JOHN DOE NOS 1-10.,

      Defendants.

---

Pursuant to Uniform Rule 5.2(2), this is to certify that all parties to this action were

served with copies of the *PLAINTIFF'S RESPONSE TO DEFENDANT PINE RIDGE MACON,*

*LLC'S SECOND REQUEST FOR ADMISSIONS TO PLAINTIFF KATAVIOUS THREATT,*

*INDIVIDUALLY AND AS NEXT OF FRIEND OF NIASIA THREATT.*

Counsel for the opposing party has been served via U.S. Mail to the following address

with sufficient postage affixed thereto:

Chris Perniciaro, Esq.
GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326

This **9th** August 2023.

THE DOZIER LAW FIRM, LLC
P. O. Box 13
487 Cherry Street
Macon GA 31202-3312
Phone: 478-742-8441
ashley@dozierlaw.com

Ashley Cameron-Bivins
Georgia Bar No. 914842
Attorney for Plaintiff

**State Court of Fulton County**
**\*\*\*EFILED\*\*\***
**File & ServeXpress**
Transaction ID: 70603444
Case Number: Multi-Case
Date: Aug 10 2023 10:20AM
Donald Talley, Chief Clerk
Civil Division

**JUDGE FRED C. EADY**
**CIVIL DIVISION**
**VIRTUAL NO-SERVICE & DEFAULT CALENDAR**

## _DO NOT APPEAR IN COURT FOR THIS CALENDAR_

## _All hearings will be held via Zoom Conference_

This is a ONE DAY **VIRTUAL** No Service and Default Calendar for **Monday, September 18, 2023 at 9:00 a.m.**

**The ZOOM conference invitation can be found on the last page of this order.**

A livestream of this hearing will be broadcast at https://www.youtube.com/channel/UCuWps_uOk_CYGjs9YVEqGoQ/live.[1]

**TRIALS WILL BE HELD VIA ZOOM CONFERENCE.**

**SERVICE**: **Service upon all defendants must be perfected and written proof of service efiled and emailed to the Court at** ritu.bahri@fultoncountyga.gov **no later than Thursday, September 14, 2023.** The Court will not grant any resets other than for legal cause. Failure to do so will subject the case to immediate dismissal without prejudice.

**DEFAULT CASES:**

Attorneys and pro se Plaintiffs shall submit a **WRITTEN REPORT no later than Thursday, September 14, 2023** via email to ritu.bahri@fultoncountyga.gov with the case status and shall include the following information:

1. Attorney names and parties represented;
2. Expected length of trial;
3. **DEFAULT LIQUIDATED:** For cases in **DEFAULT** with **liquidated damages**, Plaintiff must file a Motion for Default Judgment no later than **Thursday, September 14, 2023**. In that event, a copy Motion for Default Judgment shall be sent to the Court via email listed above. Failure to timely file a Motion for Default judgment will result in the case being dismissed without prejudice.
4. **DEFAULT UNLIQUIDATED:** For cases in **DEFAULT** with **unliquidated damages**, Plaintiff must file a Motion for Default Judgment as to liability and an affidavit supporting the claim for unliquidated damages no later than **Thursday, September 14, 2023**. A copy of Motion for Default Judgment shall be sent to the Court via email listed above.

---

[1] This site may be accessed directly, or by visiting FultonState.org > Life Stream tab > Chief Judge Fred C. Eady.

5. **SUBROGATION CASES**:  Plaintiff shall efile an affidavit supporting the claim for unliquidated damages no later than **Thursday, September 14, 2023.**

## Fred Eady is inviting you to a scheduled Zoom meeting.

Topic: NO SERVICE / DEFAULT CALENDAR
Time: Sep 18, 2023 09:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://zoom.us/j/96238357416?pwd=OXV1MDhkWFNQNmF1VDFjK2k2MVVOZz09

Meeting ID: 962 3835 7416
Passcode: 756485

---

Join by SIP
• 96238357416@zoomcrc.com

---

Join by H.323
• 162.255.37.11 (US West)
• 162.255.36.11 (US East)
• 115.114.131.7 (India Mumbai)
• 115.114.115.7 (India Hyderabad)
• 213.19.144.110 (Amsterdam Netherlands)
• 213.244.140.110 (Germany)
• 103.122.166.55 (Australia Sydney)
• 103.122.167.55 (Australia Melbourne)
• 149.137.40.110 (Singapore)
• 64.211.144.160 (Brazil)
• 149.137.68.253 (Mexico)
• 69.174.57.160 (Canada Toronto)
• 65.39.152.160 (Canada Vancouver)
• 207.226.132.110 (Japan Tokyo)
• 149.137.24.110 (Japan Osaka)

Meeting ID: 962 3835 7416
Passcode: 756485



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

## VIRTUAL NO SERVICE & DEFAULT
### Division Y - Judge Eady
09/25/2023
JUDGE:  Eady, Fred C      9:00 AM

**1 --**

| 23EV000077 | Plaintiff:  Ashley Whatley | Attorney:  Paul, Michael D., Jr. |
|---|---|---|
| Ashley Whatley | | |
| VS.Jon Sink | Defendant:  Jon T. Sink | Attorney: |
| **FILE DATE:  01/04/2023** | | |

**2 --**

| 23EV000127 | Plaintiff:  Samuel Urda | Attorney:  GASTLEY, DAVID |
|---|---|---|
| Samuel Urda | Defendant:  AICA Orthopedics; Atlas Surgery Center | Attorney: |
| VS.AICA Orthopedics,Atlas | | |
| Surgery Center | | |
| **FILE DATE:  01/06/2023** | | |

**3 --**

| 23EV000217 | Plaintiff:  Galaxy International Purchasing, LLC | Attorney:  Diaz-Caballero, Hernan |
|---|---|---|
| Galaxy International | Defendant:  Joshua Winfrey | Attorney: |
| Purchasing, LLC | | |
| vs. | | |
| Joshua Winfrey | | |
| **FILE DATE:  01/11/2023** | | |

**4 --**

| 23EV000313 | Plaintiff:  VELOCITY INVESTMENTS, LLC ASSIGNEE OF PROSPER FUNDING, LLC | Attorney:  REAGIN, ROY D, Jr. |
|---|---|---|
| VELOCITY INVESTMENTS, LLC ASSIGNEE OF PROSPER FUNDING, LLC | Defendant:  JACQUENETTE DYSON | Attorney: |
| vs. | | |
| JACQUENETTE DYSON | | |
| **FILE DATE:  01/16/2023** | | |



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE:  Eady, Fred C      9:00 AM

---

5 --

| | | |
|---|---|---|
| **23EV000322** | Plaintiff:  DNF ASSOCIATES, LLC ASSIGNEE OF CNU ONLINE HOLDINGS, LLC | Attorney:  REAGIN, ROY D, Jr. |
| DNF ASSOCIATES, LLC ASSIGNEE OF CNU ONLINE HOLDINGS, LLC | Defendant:  AMANDA THOMAS | Attorney: |
| vs. | | |
| AMANDA THOMAS | | |
| FILE DATE:  01/16/2023 | | |

---

6 --

| | | |
|---|---|---|
| **23EV000393** | Plaintiff:  Navy Federal Credit Union | Attorney:  Whittemore, Donald J. |
| Navy Federal Credit Union | Defendant:  Alex D Burden | Attorney: |
| vs. | | |
| Alex Burden | | |
| FILE DATE:  01/18/2023 | | |

---

7 --

| | | |
|---|---|---|
| **23EV000404** | Plaintiff:  AMERICAN EXPRESS NATIONAL BANK | Attorney:  Jackson, Cameron |
| AMERICAN EXPRESS NATIONAL BANK | Defendant:  JUSTIN D HEAD a/k/a JUSTIN DEVON HEAD | Attorney: |
| vs. | | |
| JUSTIN D HEAD JUSTIN DEVON HEAD | | |
| FILE DATE:  01/19/2023 | | |

---

8 --

| | | |
|---|---|---|
| **23EV000416** | Plaintiff:  Gregory Lino | Attorney:  JACKSON, ALEC KENNETH |
| Gregory Lino | Defendant:  Preston Smith | Attorney:  Shaw, Victoria L. |
| VS.Preston Smith | | |



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE:  Eady, Fred C     9:00 AM

FILE DATE:  01/19/2023

**9 --**

| | | |
|---|---|---|
| 23EV000448 | Plaintiff:  AMERICAN EXPRESS NATIONAL BANK | Attorney:  Kirschenheiter, Michael |
| AMERICAN EXPRESS NATIONAL BANK | Defendant:  ALLIETTE CASSEUS | Attorney: |
| vs. | | |
| ALLIETTE CASSEUS | | |
| FILE DATE:  01/20/2023 | | |

**10 --**

| | | |
|---|---|---|
| 23EV000454 | Plaintiff:  Galaxy International Purchasing, LLC | Attorney:  Diaz-Caballero, Hernan |
| Galaxy International Purchasing, LLC | Defendant:  Autumn Page | Attorney: |
| vs. | | |
| Autumn Page | | |
| FILE DATE:  01/20/2023 | | |

**11 --**

| | | |
|---|---|---|
| 23EV000464 | Plaintiff:  KATAVIUS THREATT; NIASIA THREATT | Attorney:  CAMERON, ASHLEY; CAMERON, ASHLEY |
| KATAVIUS THREATT,NIASIA THREATT | Defendant:  JOHN DOE NOS. 1-10; NEW HOME, LLC; PINE RIDGE MACON, LLC; TIESHA KAY | Attorney:  MOFFETT, MATTHEW G; MOFFETT, MATTHEW G |
| VS.JOHN DOE NOS. 1-10,NEW HOME, LLC | | |
| FILE DATE:  01/20/2023 | | |

**12 --**

| | | |
|---|---|---|
| 23EV000507 | Plaintiff:  Autovest, L.L.C. A/A/O U.S. Auto Sales, Inc. | Attorney:  Tadday, Cherice |



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE:  Eady, Fred C      9:00 AM

Autovest, L.L.C. A/A/O U.S.
Auto Sales, Inc.
vs.
Karen Lemasters
**FILE DATE:  01/23/2023**

Defendant:  Karen Elizabeth Lemasters          Attorney:

---

**13 --**

**23EV000540**
 DNF ASSOCIATES, LLC
ASSIGNEE OF CNU ONLINE
HOLDINGS
vs.
KAYWAN BRADLEY
**FILE DATE:  01/24/2023**

Plaintiff:  DNF ASSOCIATES, LLC ASSIGNEE OF     Attorney:  REAGIN, ROY D, Jr.
CNU ONLINE HOLDINGS
Defendant:  KAYWAN BRADLEY          Attorney:

---

**14 --**

**23EV000578**
 Armstrong Transport Group,
LLC
vs.
Stonehedge Produce Corp.
**FILE DATE:  01/26/2023**

Plaintiff:  Armstrong Transport Group, LLC     Attorney:  Hays, James W

Defendant:  Stonehedge Produce Corp.          Attorney:

---

**15 --**

**23EV000585**
 Holley Medley
VS.Jordan Henderson
**FILE DATE:  01/26/2023**

Plaintiff:  Holley Medley          Attorney:  Pro Se

Defendant:  Jordan Henderson          Attorney:



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE:  Eady, Fred C    9:00 AM

**16 --**

| | | |
|---|---|---|
| **23EV000614** | Plaintiff:  DreamSpring, Inc. | Attorney:  ROGERS, BETH E |
| DreamSpring, Inc. | | |
| vs. | Defendant:  Jerrell McCullough; M-D Express Transport LLC | Attorney: |
| M-D Express Transport LLCet al. | | |
| FILE DATE:  01/27/2023 | | |

**17 --**

| | | |
|---|---|---|
| **23EV000626** | Plaintiff:  LM GENERAL INSURANCE COMPANY | Attorney:  Purvis, R. Ryan |
| LM GENERAL INSURANCE COMPANY | Defendant:  JAMES KING | Attorney: |
| VS.JAMES KING | | |
| FILE DATE:  01/27/2023 | | |

**18 --**

| | | |
|---|---|---|
| **23EV000633** | Plaintiff:  SECURITY CREDIT SERVICES, LLC | Attorney:  MATTESON, ANDREW C. |
| SECURITY CREDIT SERVICES, LLC | Defendant:  JUSTIN SCHMIDT | Attorney: |
| vs. | | |
| JUSTIN SCHMIDT | | |
| FILE DATE:  01/27/2023 | | |

**19 --**

| | | |
|---|---|---|
| **23EV000695** | Plaintiff:  Cavalry SPV I, LLC, as assignee of Citibank, N.A. | Attorney:  Nadler, James A |
| Cavalry SPV I, LLC, as assignee of Citibank, N.A. | Defendant:  TIMOTHY W BOYD | Attorney: |
| vs. | | |
| TIMOTHY BOYD | | |
| FILE DATE:  01/31/2023 | | |



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE:  Eady, Fred C      9:00 AM

20 --

| 23EV000794 | Plaintiff:  Wells Fargo Bank, N.A. | Attorney:  Capers, Alexandria |
| --- | --- | --- |
| Wells Fargo Bank, N.A.<br>vs.<br>Elijah Bashir<br>FILE DATE:  02/06/2023 | Defendant:  Elijah A Bashir | Attorney: |

21 --

| 23EV000903 | Plaintiff:  CROWN ASSET MANAGEMENT, LLC ASSIGNEE OF FIRST NATIONAL BANK OF OMAHA | Attorney:  REAGIN, ROY D, Jr. |
| --- | --- | --- |
| CROWN ASSET<br>MANAGEMENT, LLC<br>ASSIGNEE OF FIRST<br>NATIONAL BANK OF OMAHA<br>vs.<br>DOREEN BLAKE<br>FILE DATE:  02/10/2023 | Defendant:  DOREEN D BLAKE | Attorney: |

22 --

| 23EV000937 | Plaintiff:  FELIX BERNARD JONES | Attorney:  Pro Se |
| --- | --- | --- |
| Felix Bernard Jones vs<br>Kimberly Propset<br>FILE DATE:  02/13/2023 | Defendant:  KIMBERLY PROPSET, Esquire | Attorney: |

23 --

| 23EV000951 | Plaintiff:  FORSYTHE FINANCE, LLC ASSIGNEE OF HEARTLAND EMS, INC | Attorney:  REAGIN, ROY D, Jr. |
| --- | --- | --- |



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE:  Eady, Fred C        9:00 AM

FORSYTHE FINANCE, LLC
ASSIGNEE OF HEARTLAND
EMS, INC
vs.
JUSTIN ROGERS
FILE DATE:  02/13/2023

Defendant:  JUSTIN ROGERS

Attorney:

---

24 --

**23EV000982**
Townhomes at Southwind
Community Association Inc
vs.
Richshanna Rich
FILE DATE:  02/14/2023

Plaintiff:  Townhomes at Southwind
Community Association Inc
Defendant:  Richshanna Rich

Attorney:  stojanovic, stefan

Attorney:

---

25 --

**23EV001017**
JESSICA SCREEN
VS.EDGE LAVISTA WALK, LLC
FILE DATE:  02/16/2023

Plaintiff:  JESSICA SCREEN

Defendant:  EDGE LAVISTA WALK, LLC

Attorney:  Foster, Keith R.

Attorney:

---

26 --

**23EV001076**
David Pavel,Michaela
Nimmerrichter
VS.Molly Webb,State Farm
Mutual Automobile
Insurance Co
FILE DATE:  02/20/2023

Plaintiff:  David Pavel; Michaela
Nimmerrichter
Defendant:  Molly Webb; State Farm Mutual
Automobile Insurance Co

Attorney:  Brisendine, David Griffin, III.;
Brisendine, David Griffin, III.
Attorney:



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

## VIRTUAL NO SERVICE & DEFAULT
### Division Y - Judge Eady
#### 09/25/2023
JUDGE: Eady, Fred C     9:00 AM

---

**27 --**

| 23EV001097 | Plaintiff:  VELOCITY INVESTMENTS, LLC ASSIGNEE OF PROSPER FUNDING, LLC | Attorney:  REAGIN, ROY D, Jr. |
|---|---|---|
| VELOCITY INVESTMENTS, LLC ASSIGNEE OF PROSPER FUNDING, LLC | Defendant:  DOROTHEA ANDERSON | Attorney: |
| vs. | | |
| DOROTHEA ANDERSON | | |
| FILE DATE:  02/22/2023 | | |

---

**28 --**

| 23EV001143 | Plaintiff:  Tamia  Sanders | Attorney:  SIMANOVSKY, ALEXANDER |
|---|---|---|
| Tamia  Sanders | Defendant:  Makisha Holiday | Attorney: |
| VS.Makisha Holiday | | |
| FILE DATE:  02/23/2023 | | |

---

**29 --**

| 23EV001184 | Plaintiff:  SECURITY CREDIT SERVICES, LLC, | Attorney:  MATTESON, ANDREW C. |
|---|---|---|
| SECURITY CREDIT SERVICES, LLC, | Defendant:  JUSTIN SCHMIDT | Attorney: |
| vs. | | |
| JUSTIN SCHMIDT | | |
| FILE DATE:  02/25/2023 | | |

---

**30 --**

| 23EV001187 | Plaintiff:  American Express National Bank | Attorney:  Diaz-Caballero, Hernan |
|---|---|---|
| American Express National Bank | Defendant:  June Noble | Attorney: |
| vs. | | |
| June Noble | | |
| FILE DATE:  02/26/2023 | | |



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE:  Eady, Fred C      9:00 AM

---

**31 --**

| | | |
|---|---|---|
| 23EV001226 | Plaintiff:  Assurance America Corporation as Subrogee of Phil Lamorris Chambers | Attorney:  Smith, Deanna R |
| Assurance America Corporation as Subrogee of Phil Lamorris Chambers Vs. Robert James Gaines | Defendant:  Robert James Gaines | Attorney: |
| FILE DATE:  02/27/2023 | | |

---

**32 --**

| | | |
|---|---|---|
| 23EV001275 | Plaintiff:   VELOCITY INVESTMENTS, LLC ASSIGNEE OF UPSTART NETWORK, INC | Attorney:  REAGIN, ROY D, Jr. |
| VELOCITY INVESTMENTS, LLC ASSIGNEE OF UPSTART NETWORK, INC vs. CLIFFORD MUHAMMAD | Defendant:   CLIFFORD MUHAMMAD | Attorney: |
| FILE DATE:  03/02/2023 | | |

---

**33 --**

| | | |
|---|---|---|
| 23EV001297 | Plaintiff:  VELOCITY INVESTMENTS, LLC ASSIGNEE OF UPSTART NETWORK INC | Attorney:  REAGIN, ROY D, Jr. |
| VELOCITY INVESTMENTS, LLC ASSIGNEE OF UPSTART NETWORK INC vs. JOSHUA MORSE | Defendant:   JOSHUA MORSE | Attorney:  DAVIS, J MAX |
| FILE DATE:  03/02/2023 | | |

---

**34 --**



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

## VIRTUAL NO SERVICE & DEFAULT
### Division Y - Judge Eady
#### 09/25/2023
JUDGE:  Eady, Fred C      9:00 AM

---

**23EV001304**
 JPMorgan Chase Bank, N.A.
vs.
Samuel Lyles
**FILE DATE:  03/02/2023**

Plaintiff:  JPMorgan Chase Bank, N.A.

Defendant:  Samuel C Lyles

Attorney:  ADAMS, ANSON A

Attorney:

---

**35 --**

**23EV001385**
 Galaxy International
Purchasing, LLC
vs.
Telethia Holmes
**FILE DATE:  03/07/2023**

Plaintiff:  Galaxy International Purchasing, LLC

Defendant:  Telethia Y Holmes

Attorney:  Diaz-Caballero, Hernan

Attorney:

---

**36 --**

**23EV001449**
 FIRST FINANCIAL
INVESTMENT FUND NI, LLC
ASSIGNEE OF IASIS
HEALTHCARE LLC
vs.
DASHAYE CANTY
**FILE DATE:  03/10/2023**

Plaintiff:  FIRST FINANCIAL INVESTMENT FUND NI, LLC ASSIGNEE OF IASIS HEALTHCARE LLC

Defendant:  DASHAYE CANTY

Attorney:  REAGIN, ROY D, Jr.

Attorney:

---

**37 --**

**23EV001464**
 MARINER FINANCE, LLC
vs.
CORTNEY DASH
**FILE DATE:  03/10/2023**

Plaintiff:  MARINER FINANCE, LLC

Defendant:  CORTNEY DASH

Attorney:  Hecht , Frederick S

Attorney:



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE:  Eady, Fred C      9:00 AM

---

38 --

| 23EV001509 | Plaintiff:  Joaquin Paulino Ramos; Maria Reyna Lucas Chavez; Rodolfo Joaquin Ramos Lucas | Attorney:  GONZALEZ, ALFONSO; GONZALEZ, ALFONSO; GONZALEZ, ALFONSO |
| --- | --- | --- |
| Rodolfo Ramos Lucas,Maria Lucas Chavez | | |
| VS.Jessica Redmond | Defendant:  Jessica Redmond | Attorney: |
| FILE DATE:  03/13/2023 | | |

---

39 --

| 23EV001583 | Plaintiff:  Pawnee Leasing Corporation | Attorney:  MCCULLOUGH, JEREMY T |
| --- | --- | --- |
| Pawnee Leasing Corporation | | |
| vs. | Defendant:  Braham McLeod; McLeod Towing LLC | Attorney: |
| McLeod Towing LLCet al. | | |
| FILE DATE:  03/16/2023 | | |

---

40 --

| 23EV001644 | Plaintiff:  Tamara Barton | Attorney:  Parker, Alan G |
| --- | --- | --- |
| Tamara Barton | | |
| VS.Logan Grant | Defendant:  Logan B. Grant | Attorney:  Pro Se |
| FILE DATE:  03/19/2023 | | |

---

41 --

| 23EV001672 | Plaintiff:  CROWN ASSET MANAGEMENT, LLC ASSIGNEE OF SYNCHRONY BANK | Attorney:  REAGIN, ROY D, Jr. |
| --- | --- | --- |



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE:  Eady, Fred C      9:00 AM

CROWN ASSET
MANAGEMENT, LLC
ASSIGNEE OF SYNCHRONY
BANK
vs.
TASHA HOLMES aka TASHA
SHAWN HOLMES
FILE DATE:  03/21/2023

Defendant:  TASHA HOLMES aka TASHA
SHAWN HOLMES

Attorney:

---

42 --

23EV001679

VELOCITY INVESTMENTS,
LLC ASSIGNEE OF UPSTART
NETWORK,INC
vs.
CHASE CHRISTMAS
FILE DATE:  03/21/2023

Plaintiff:  VELOCITY INVESTMENTS, LLC
ASSIGNEE OF UPSTART NETWORK,INC
Defendant:  CHASE CHRISTMAS

Attorney:  REAGIN, ROY D, Jr.

Attorney:

---

43 --

23EV001713

LVNV Funding LLC
vs.
Afrakuma Bannerman
FILE DATE:  03/22/2023

Plaintiff:  LVNV Funding LLC

Defendant:  Afrakuma Bannerman

Attorney:  JENKINS, AUDREY J

Attorney:

---

44 --

23EV001716

Reuben Uluocha
VS.Brittiney Latimore
FILE DATE:  03/21/2023

Plaintiff:  Reuben Uluocha

Defendant:  Brittiney Latimore

Attorney:

Attorney:



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE:  Eady, Fred C      9:00 AM

---

45 --

| | | |
|---|---|---|
| **23EV001744** | Plaintiff:  Wells Fargo Bank, N.A. | Attorney:  Abrams, Ayanna |
| Wells Fargo Bank, N.A. | | |
| vs. | Defendant:  Colleen P Ryan | Attorney: |
| Colleen Ryan | | |
| **FILE DATE:**  03/23/2023 | | |

46 --

| | | |
|---|---|---|
| **23EV001791** | Plaintiff:  Emery Sparks | Attorney:  CHAMPION, DARL H, Jr. |
| Emery Sparks | | |
| VS.Views Bar and Grill | Defendant:  Mystical Valet Company, LLC; | Attorney: |
| Atlanta, LLC,Mystical Valet | Views Bar and Grill Atlanta, LLC | |
| Company, LLC | | |
| **FILE DATE:**  03/23/2023 | | |

47 --

| | | |
|---|---|---|
| **23EV001804** | Plaintiff:  COYOTE LOGISTICS, LLC | Attorney:  BRANCH, KEVIN P |
| COYOTE LOGISTICS, LLC | | |
| vs. | Defendant:  Marcos Oritz; MGO TRUCKING, | Attorney: |
| MGO TRUCKING, LLCet al. | LLC | |
| **FILE DATE:**  03/24/2023 | | |

48 --

| | | |
|---|---|---|
| **23EV001825** | Plaintiff:  GFS II LLC dba Gateway Financial | Attorney:  Schisler, Scott A. |
| GFS II LLC dba Gateway | Solutions | |
| Financial Solutions | Defendant:  TERRY SMITH | Attorney: |
| vs. | | |
| TERRY SMITH | | |
| **FILE DATE:**  03/27/2023 | | |



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE:  Eady, Fred C      9:00 AM

---

**49 --**

| | | |
|---|---|---|
| 23EV001867 | Plaintiff:  JPMorgan Chase Bank, N.A. | Attorney:  Abrams, Ayanna |
| JPMorgan Chase Bank, N.A. | Defendant:  Joanie M Carroll | Attorney: |
| vs. | | |
| Joanie Carroll | | |
| **FILE DATE:  03/28/2023** | | |

---

**50 --**

| | | |
|---|---|---|
| 23EV001891 | Plaintiff:  FLEXIBILITY CAPITAL INC | Attorney:  MATTESON, ANDREW C. |
| FLEXIBILITY CAPITAL INC | Defendant:  BENCHMARK TRANSPORTATION LLC; GLENN LOVE II | Attorney: |
| vs. | | |
| BENCHMARK | | |
| TRANSPORTATION LLCet al. | | |
| **FILE DATE:  03/29/2023** | | |

---

**51 --**

| | | |
|---|---|---|
| 23EV001901 | Plaintiff:  Annabella Radomski | Attorney:  Carter, Christopher |
| Annabella Radomski | Defendant:  Andrew James Dunn | Attorney: |
| VS.Andrew Dunn | | |
| **FILE DATE:  03/29/2023** | | |

---

**52 --**

| | | |
|---|---|---|
| 23EV001964 | Plaintiff:  TOWANA COLLINS | Attorney:  Hiffa, Austin |
| TOWANA COLLINS | Defendant:  FELTON CURRY | Attorney: |
| VS.FELTON CURRY | | |
| **FILE DATE:  03/31/2023** | | |



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE: Eady, Fred C     9:00 AM

---

53 --

23EV001990

STATE FARM MUTUAL
AUTOMOBILE  INSURANCE
CO. AS SUBROGEE OF
MARCIA ANDRITA PARK, V.
CITY OF EAST POINT,

FILE DATE:  04/03/2023

Plaintiff:   STATE FARM MUTUAL
AUTOMOBILE INSURANCE CO. AS SUBROGEE
OF MARCIA ANDRITA PARK
Defendant:  CITY OF EAST POINT

Attorney:  Townsend, Keshia

Attorney:

---

54 --

23EV002016

VELOCITY INVESTMENTS,
LLC ASSIGNEE OF UPSTART
NETWORK INC
vs.
TEVIN JOHNSON
FILE DATE:  04/05/2023

Plaintiff:   VELOCITY INVESTMENTS, LLC
ASSIGNEE OF UPSTART NETWORK INC
Defendant:  TEVIN JOHNSON

Attorney:  REAGIN, ROY D, Jr.

Attorney:

---

55 --

23EV002028

AMERICAN EXPRESS
NATIONAL BANK
vs.
KRISTEN VERMETTEN
FILE DATE:  04/05/2023

Plaintiff:   AMERICAN EXPRESS NATIONAL
BANK
Defendant:  KRISTEN E VERMETTEN

Attorney:  Kirschenheiter, Michael

Attorney:

---

56 --

23EV002060

American Standard

Plaintiff:   American Standard Insurance
Company of Ohio as Subrogee of Sasha
Kovacs-Johnson

Attorney:  Smith, Deanna R



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

| | |
|---|---|
| **VIRTUAL NO SERVICE & DEFAULT** | |
| **Division Y - Judge Eady** | |
| 09/25/2023 | |
| JUDGE:  Eady, Fred C      9:00 AM | |

Insurance Company of Ohio
as Subrogee of Sasha
Kovacs-Johnson Vs. Terrance
James Burt
**FILE DATE:  04/05/2023**

Defendant:  Terrance James Burt          Attorney:

---

**57 --**

| | | |
|---|---|---|
| **23EV002094** | Plaintiff:  THE CINCINNATI INSURANCE COMPANY | Attorney:  Purvis, R. Ryan |
| THE CINCINNATI INSURANCE COMPANY VS.ISAAC PALACIOS,MARCO ARELLANO | Defendant:  ISAAC ECHEVERRIA PALACIOS; MARCO TAPIA ARELLANO | Attorney: |
| **FILE DATE:  04/07/2023** | | |

---

**58 --**

| | | |
|---|---|---|
| **23EV002100** | Plaintiff:  VELOCITY INVESTMENTS, LLC ASSIGNEE OF UPSTART NETWORK, INC | Attorney:  REAGIN, ROY D, Jr. |
| VELOCITY INVESTMENTS, LLC ASSIGNEE OF UPSTART NETWORK, INC vs. CHELSEY NEUMANN | Defendant:  CHELSEY NEUMANN | Attorney: |
| **FILE DATE:  04/10/2023** | | |

---

**59 --**

| | | |
|---|---|---|
| **23EV002136** | Plaintiff:  CAMDEN DEVELOPMENT, INC. | Attorney:  Brooks, Douglas Leon |
| CAMDEN DEVELOPMENT, INC VS. PAUL WILLIAMS | Defendant:  PAUL WILLIAMS | Attorney: |
| **FILE DATE:  04/10/2023** | | |



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE:  Eady, Fred C      9:00 AM

**60 --**

| | | |
|---|---|---|
| **23EV002138** | Plaintiff:  Georgia United Credit Union | Attorney:  CLEVELAND, ADAM L |
| Georgia United Credit Union | | |
| vs. | Defendant:  Tanesha  Sanders | Attorney: |
| Tanesha  Sanders | | |
| **FILE DATE:** 04/11/2023 | | |

**61 --**

| | | |
|---|---|---|
| **23EV002200** | Plaintiff:  CH Retail Fund II/Atlanta Brookleigh, LLC | Attorney:  WITHERS, C KNOX |
| CH Retail Fund II/Atlanta Brookleigh, LLC | Defendant:  Jose Mata; Patel Kunal; Paulo Junior; Viral Patel | Attorney:   Leitman, Hal; Leitman, Hal; Leitman, Hal; Leitman, Hal |
| vs. | | |
| Paulo Junioret al. | | |
| **FILE DATE:** 04/13/2023 | | |

**62 --**

| | | |
|---|---|---|
| **23EV002202** | Plaintiff:  Robreia Crawford | Attorney:  DORER, DAVID THOMAS |
| Robreia Crawford | | |
| VS.James McKeehan,Larry Herd | Defendant:  James McKeehan; Larry Herd | Attorney: |
| **FILE DATE:** 04/13/2023 | | |

**63 --**

| | | |
|---|---|---|
| **23EV002212** | Plaintiff:  Cynetha Bradley-Graham | Attorney:  CRIDER, LANDON E |
| Cynetha Bradley-Graham | | |
| VS.Melissa Henry | Defendant:  Melissa Henry | Attorney: |
| **FILE DATE:** 04/14/2023 | | |



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE:  Eady, Fred C      9:00 AM

---

**64 --**

| | | |
|---|---|---|
| 23EV002230 | Plaintiff:  Anella Young | Attorney:  MOORE, ROSS |
| Anella Young | | |
| VS.John  Doe,Progressive | Defendant:  John  Doe; Progressive Direct | Attorney: |
| Direct Insurance Company | Insurance Company | |
| FILE DATE:  04/14/2023 | | |

---

**65 --**

| | | |
|---|---|---|
| 23EV002255 | Plaintiff:  FIRST PORTFOLIO VENTURES I LLC | Attorney:  REAGIN, ROY D, Jr. |
| FIRST PORTFOLIO | ASSIGNEE OF GENESIS FS CARD SERVICES, | |
| VENTURES I LLC ASSIGNEE | INC. | |
| OF GENESIS FS CARD | Defendant:  ARA DIAZ | Attorney: |
| SERVICES, INC. | | |
| vs. | | |
| ARA DIAZ | | |
| FILE DATE:  04/17/2023 | | |

---

**66 --**

| | | |
|---|---|---|
| 23EV002293 | Plaintiff:  James Merritt, Jr. | Attorney:  DORER, DAVID THOMAS |
| James Merritt, JR | | |
| VS.Big Dan's Car Wash, | Defendant:  Big Dan's Car Wash, LLC; John | Attorney: |
| LLC,Mo'Niya Pike | Does Nos 1-10; Mo'Niya Pike | |
| FILE DATE:  04/18/2023 | | |

---

**67 --**

| | | |
|---|---|---|
| 23EV002307 | Plaintiff:  CAPITAL ONE, N.A. | Attorney:  WHIDDON, JAMES G, III. |
| CAPITAL ONE, N.A. | | |
| vs. | Defendant:  NATACHA BUTLER | Attorney: |
| NATACHA BUTLER | | |
| FILE DATE:  04/19/2023 | | |



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE:  Eady, Fred C        9:00 AM

---

**68 --**

| 23EV002315 | Plaintiff:  Wells Fargo Bank, N.A. | Attorney:  Capers, Alexandria |
|---|---|---|
| Wells Fargo Bank, N.A. | | |
| vs. | Defendant:  Cynthia C Ferrell | Attorney: |
| Cynthia Ferrell | | |
| **FILE DATE:  04/20/2023** | | |

**69 --**

| 23EV002346 | Plaintiff:  MAA HIGHLANDS LLC | Attorney:  Brooks, Douglas Leon |
|---|---|---|
| MAA HIGHLANDS LLC VS. | | |
| JAMARK GOODWIN | Defendant:  JAMARK GOODWIN | Attorney: |
| **FILE DATE:  04/21/2023** | | |

**70 --**

| 23EV002376 | Plaintiff:  Fedex Corporate Services, Inc. | Attorney:  Tadday, Cherice |
|---|---|---|
| Fedex Corporate Services, Inc. | | |
| vs. | Defendant:  Saltyk Swim LLC | Attorney: |
| Saltyk Swim LLC | | |
| **FILE DATE:  04/24/2023** | | |

**71 --**

| 23EV002416 | Plaintiff:  Pratt and Wall, Attorneys | Attorney:  Wall, James H |
|---|---|---|
| Pratt and Wall, Attorneys | | |
| vs. | Defendant:  Gracie  Alexander | Attorney: |
| Gracie  Alexander | | |
| **FILE DATE:  04/25/2023** | | |



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE: Eady, Fred C      9:00 AM

---

**72 --**

| | | |
|---|---|---|
| 23EV002471 | Plaintiff: TRACY ALLEN | Attorney: PERKINS, TOYA L. |
| TRACY ALLEN | | |
| VS.PANDORA MEDIA, | Defendant: ABC CORPS; JOHN DOES; | Attorney: |
| LLC,ABC CORPS | PANDORA MEDIA, LLC | |
| FILE DATE: 04/26/2023 | | |

**73 --**

| | | |
|---|---|---|
| 23EV002478 | Plaintiff: Ford Motor Credit Company, LLC | Attorney: DRIGGERS, WILL |
| Ford Motor Credit | c/o MacDowell & Associates, Ltd | |
| Company, LLC c/o | Defendant: Deandrea Kristen Jones | Attorney: |
| MacDowell & Associates, Ltd | | |
| vs. | | |
| Deandrea Jones | | |
| FILE DATE: 04/27/2023 | | |

**74 --**

| | | |
|---|---|---|
| 23EV002521 | Plaintiff: DAYERA BROWN | Attorney: Johnson, Michael |
| DAYERA BROWN | | |
| VS.REPUBLIC LOUNGE, | Defendant: ABC CORPS #1-3; JOHN DOES | Attorney: |
| INC.,ABC CORPS #1-3 | #1-3; REPUBLIC LOUNGE, INC. | |
| FILE DATE: 04/28/2023 | | |

**75 --**

| | | |
|---|---|---|
| 23EV002543 | Plaintiff: Portfolio Recovery Associates, LLC | Attorney: STARKS, TAMARA D |
| Portfolio Recovery | assignee of Citibank, N.A./Best Buy | |
| Associates, LLC assignee of | Defendant: Adreen Canterberry | Attorney: |
| Citibank, N.A./Best Buy | | |
| vs. | | |
| Adreen Canterberry | | |

.



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE: Eady, Fred C     9:00 AM

FILE DATE:  05/01/2023

**76 --**

| | | |
|---|---|---|
| **23EV002549** | Plaintiff:  CREDIT CORP SOLUTIONS, INC. | Attorney:  MATTESON, ANDREW C. |
| CREDIT CORP SOLUTIONS, INC. | Defendant:  EVA SELMAN | Attorney: |
| vs. | | |
| EVA SELMAN | | |
| FILE DATE:  05/01/2023 | | |

**77 --**

| | | |
|---|---|---|
| **23EV002554** | Plaintiff:  Simone  Woods | Attorney:  Woods, Corey |
| Simone Woods vs Lowe's Home Improvement, LLC | Defendant:  Lowe's Home Improvement, LLC | Attorney: |
| FILE DATE:  04/28/2023 | | |

**78 --**

| | | |
|---|---|---|
| **23EV002562** | Plaintiff:  Ayonna Shanks | Attorney:  CRIDER, LANDON E |
| Ayonna Shanks | Defendant:  John Doe | Attorney: |
| VS.John Doe | | |
| FILE DATE:  05/01/2023 | | |

**79 --**

| | | |
|---|---|---|
| **23EV002577** | Plaintiff:  Edmund Urbanski | Attorney:  Lamonte, Darius |
| Edmund Urbanski | Defendant:  Sarah Wambari | Attorney: |
| VS.Sarah Wambari | | |
| FILE DATE:  05/01/2023 | | |



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE:  Eady, Fred C     9:00 AM

---

80 --

| 23EV002615 | Plaintiff:  Medlock Shopping Center, LLC | Attorney:  WILSON, A CHRISTIAN |
|---|---|---|
| Medlock Shopping Center, LLC vs. Route 66 Restaurant & Music Venue LLCet al. FILE DATE:  05/03/2023 | Defendant:  Ricardo Lewis; Route 66 Restaurant & Music Venue LLC; The Crab Spot Inc. (Hapeville) | Attorney: |

81 --

| 23EV002633 | Plaintiff:  TARPON FINANCIAL CORPORATION DBA RED HOT CAR LOT | Attorney:  DAY, CHARLES T, III. |
|---|---|---|
| TARPON FINANCIAL CORPORATION DBA RED HOT CAR LOT VS OZIELINE LAVEL BOYKIN FILE DATE:  05/04/2023 | Defendant:  OZIELINE  LAVEL BOYKIN | Attorney: |

82 --

| 23EV002647 | Plaintiff:  AMERICAN EXPRESS NATIONAL BANK | Attorney:  Purvis, R. Ryan |
|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK vs. OSARUMENSE OGBEVON FILE DATE:  05/04/2023 | Defendant:  OSARUMENSE L OGBEVON | Attorney: |

83 --

| 23EV002663 | Plaintiff:  American Express National Bank | Attorney:  Fagen, Jessica J |
|---|---|---|



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE: Eady, Fred C      9:00 AM

American Express National
Bank
vs.
Sandeep Elimineti
FILE DATE: 05/05/2023

Defendant: Sandeep Elimineti      Attorney:

---

84 --

23EV002721
CROWN ASSET
MANAGEMENT LLC
ASSIGNEE OF PROSPER
FUNDING LLC
vs.
MATTHEW HERRINGTON
FILE DATE: 05/08/2023

Plaintiff: CROWN ASSET MANAGEMENT LLC
ASSIGNEE OF PROSPER FUNDING LLC

Defendant: MATTHEW W HERRINGTON

Attorney: REAGIN, ROY D, Jr.

Attorney:

---

85 --

23EV002728
Autovest, L.L.C. A/A/O U.S.
Auto Sales, Inc.
vs.
Marla Harmon
FILE DATE: 05/08/2023

Plaintiff: Autovest, L.L.C. A/A/O U.S. Auto
Sales, Inc.

Defendant: Marla Edwina Harmon

Attorney: Tadday, Cherice

Attorney:

---

86 --

23EV002786
Wells Fargo Bank, N.A.
vs.
Soo Lim
FILE DATE: 05/09/2023

Plaintiff: Wells Fargo Bank, N.A.

Defendant: Soo Lim

Attorney: Capers, Alexandria

Attorney:



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE:  Eady, Fred C      9:00 AM

---

87 --

| 23EV002823 | Plaintiff: AMERICAN EXPRESS NATIONAL BANK | Attorney: Kirschenheiter, Michael |
|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | Defendant: MILDRED WASHINGTON | Attorney: |
| vs. | | |
| MILDRED WASHINGTON | | |
| FILE DATE: 05/10/2023 | | |

---

88 --

| 23EV002828 | Plaintiff: AMERICAN EXPRESS NATIONAL BANK | Attorney: Purvis, R. Ryan |
|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | Defendant: OLUWABUNMI ADETUNJI a/k/a OLUWABUNMI E. ADETUNJI | Attorney: |
| vs. | | |
| OLUWABUNMI ADETUNJI | | |
| OLUWABUNMI E. ADETUNJI | | |
| FILE DATE: 05/10/2023 | | |

---

89 --

| 23EV002843 | Plaintiff: KEVIN THOMPSON | Attorney: |
|---|---|---|
| KEVIN THOMPSON | Defendant: JOHN DOE; LASHEON KYLES | Attorney: |
| VS.JOHN DOE,LASHEON KYLES | | |
| FILE DATE: 05/11/2023 | | |

---

90 --

| 23EV002871 | Plaintiff: JPMorgan Chase Bank, N.A. | Attorney: Abrams, Ayanna |
|---|---|---|
| JPMorgan Chase Bank, N.A. | Defendant: Amy M Moreno | Attorney: |
| vs. | | |
| Amy Moreno | | |



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE:  Eady, Fred C      9:00 AM

FILE DATE:  05/12/2023

**91 --**

| | | |
|---|---|---|
| **23EV002925** | Plaintiff:  VELOCITY INVESTMENTS, LLC ASSIGNEE OF UPSTART NETWORK, INC | Attorney:  REAGIN, ROY D, Jr. |
| VELOCITY INVESTMENTS, LLC ASSIGNEE OF UPSTART NETWORK, INC | Defendant:  ASHLEY STARKS | Attorney:  DAVIS, J MAX |
| vs. | | |
| ASHLEY STARKS | | |
| FILE DATE:  05/16/2023 | | |

**92 --**

| | | |
|---|---|---|
| **23EV002930** | Plaintiff:  CROWN ASSET MANAGEMENT, LLC ASSIGNEE OF GENESIS FS CARD SERVICES, INC. | Attorney:  REAGIN, ROY D, Jr. |
| CROWN ASSET MANAGEMENT, LLC ASSIGNEE OF GENESIS FS CARD SERVICES, INC. | Defendant:  JANAYA S JOYNER | Attorney: |
| vs. | | |
| JANAYA JOYNER | | |
| FILE DATE:  05/16/2023 | | |

**93 --**

| | | |
|---|---|---|
| **23EV002942** | Plaintiff:  Shericka King | Attorney:  CRAIG, BRIAN W. |
| Shericka King v. Andrew Harvey | Defendant:  Andrew Harvey | Attorney: |
| FILE DATE:  05/17/2023 | | |

**94 --**



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE:  Eady, Fred C      9:00 AM

---

**23EV003103**
FIRST PORTFOLIO
VENTURES II, LLC ASSIGNEE
OF UPLIFT INC
vs.
SHAQUANDRIA SPURLIN
FILE DATE:  05/24/2023

Plaintiff:  FIRST PORTFOLIO VENTURES II, LLC
ASSIGNEE OF UPLIFT INC
Defendant:  SHAQUANDRIA SPURLIN

Attorney:  REAGIN, ROY D, Jr.

Attorney:

---

95 --

**23EV003116**
FIRST PORTFOLIO
VENTURES II, LLC ASSIGNEE
OF TIME PAYMENT
CORPORATION
vs.
MASSIEL MOTA
FILE DATE:  05/24/2023

Plaintiff:  FIRST PORTFOLIO VENTURES II, LLC
ASSIGNEE OF TIME PAYMENT CORPORATION
Defendant:  MASSIEL MOTA

Attorney:  REAGIN, ROY D, Jr.

Attorney:

---

96 --

**23EV003126**
Wells Fargo Bank, N.A.
vs.
Taryn Owens
FILE DATE:  05/24/2023

Plaintiff:  Wells Fargo Bank, N.A.

Defendant:  Taryn W Owens

Attorney:  Abrams, Ayanna

Attorney:

---

97 --

**23EV003149**
Emcor Services Aircond
Corporation
vs.
Fruition Hat Company LLC

Plaintiff:  Emcor Services Aircond
Corporation
Defendant:  Fruition Hat Company LLC

Attorney:  Hays, James W

Attorney:



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE:  Eady, Fred C      9:00 AM

**FILE DATE:**  05/25/2023

**98 --**

| 23EV003155 | Plaintiff:  AMERICAN EXPRESS NATIONAL BANK | Attorney:  Purvis, R. Ryan |
|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | Defendant:  B'ENCORE LLC; OLUWABUNMI ADETUNJI a/k/a OLUWABUNMI E ADETUNJI | Attorney: |
| vs. | | |
| OLUWABUNMI ADETUNJI OLUWABUNMI E ADETUNJIet al. | | |
| **FILE DATE:**  05/25/2023 | | |

**99 --**

| 23EV003176 | Plaintiff:  Navy Federal Credit Union | Attorney:  Whittemore, Donald J. |
|---|---|---|
| Navy Federal Credit Union | Defendant:  Tyreese L Williams | Attorney: |
| vs. | | |
| Tyreese Williams | | |
| **FILE DATE:**  05/26/2023 | | |

**100 --**

| 23EV003204 | Plaintiff:  MARINER FINANCE, LLC | Attorney:  Hecht , Frederick S |
|---|---|---|
| MARINER FINANCE, LLC | Defendant:  DONTEZ T FORSHEE | Attorney: |
| vs. | | |
| DONTEZ FORSHEE | | |
| **FILE DATE:**  05/27/2023 | | |

**101 --**

| 23EV003220 | Plaintiff:  Lakeview Townhomes Condominium Association, Inc. | Attorney:  Ost, Benjamin, Esquire |
|---|---|---|



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**VIRTUAL NO SERVICE & DEFAULT**
**Division Y - Judge Eady**
09/25/2023
JUDGE:  Eady, Fred C     9:00 AM

Lakeview Townhomes
Condominium Association,
Inc.

vs.

Limoli Tom M., JR

FILE DATE:  05/30/2023

Defendant:  Limoli Tom M., Jr.

Attorney:

---

102 --

**23EV003222**

ROBERT WEST

VS.COCA COLA ,PUBLIX

SUPER MARKETS INC

FILE DATE:  05/30/2023

Plaintiff:  ROBERT WEST

Attorney:  Pro Se

Defendant:  COCA COLA; PUBLIX SUPER
MARKETS INC

Attorney:

**Multi-Case Filing Detail:** The document above has been filed and/or served into multiple cases, see the details below including the case number and name.

## Transaction Details

**Court:** GA State Court of Fulton County

**Transaction ID:** 70603444

**Submitted Date & Time:** Aug 10 2023 10:20AM

**Document Type:** NOTICE

**Document Title:** NOTICE OF HEARING 09282023

## Case Details

| Case Number | Case Name |
| --- | --- |
| 23EV000077 | Ashley Whatley VS.Jon Sink |
| 23EV000127 | Samuel Urda VS.AICA Orthopedics,Atlas Surgery Center |
| 23EV000217 | Galaxy International Purchasing, LLC vs. Joshua Winfrey |
| 23EV000313 | VELOCITY INVESTMENTS, LLC ASSIGNEE OF PROSPER FUNDING, LLC vs. JACQUENETTE DYSON |
| 23EV000322 | DNF ASSOCIATES, LLC ASSIGNEE OF CNU ONLINE HOLDINGS, LLC vs. AMANDA THOMAS |
| 23EV000393 | Navy Federal Credit Union vs. Alex Burden |
| 23EV000404 | AMERICAN EXPRESS NATIONAL BANK vs. JUSTIN D HEAD JUSTIN DEVON HEAD |
| 23EV000416 | Gregory Lino VS.Preston Smith |
| 23EV000448 | AMERICAN EXPRESS NATIONAL BANK vs. ALLIETTE CASSEUS |
| 23EV000454 | Galaxy International Purchasing, LLC vs. Autumn Page |
| 23EV000464 | KATAVIUS THREATT,NIASIA THREATT VS.JOHN DOE NOS. 1-10,NEW HOME, LLC |
| 23EV000507 | Autovest, L.L.C. A/A/O U.S. Auto Sales, Inc. vs. Karen Lemasters |

| Case Number | Case Name |
|---|---|
| 23EV000540 | DNF ASSOCIATES, LLC ASSIGNEE OF CNU ONLINE HOLDINGS vs. KAYWAN BRADLEY |
| 23EV000578 | Armstrong Transport Group, LLC vs. Stonehedge Produce Corp. |
| 23EV000585 | Holley Medley VS.Jordan Henderson |
| 23EV000614 | DreamSpring, Inc. vs. M-D Express Transport LLCet al. |
| 23EV000626 | LM GENERAL INSURANCE COMPANY VS.JAMES KING |
| 23EV000633 | SECURITY CREDIT SERVICES, LLC vs. JUSTIN SCHMIDT |
| 23EV000695 | Cavalry SPV I, LLC, as assignee of Citibank, N.A. vs. TIMOTHY BOYD |
| 23EV000794 | Wells Fargo Bank, N.A. vs. Elijah Bashir |
| 23EV000903 | CROWN ASSET MANAGEMENT, LLC ASSIGNEE OF FIRST NATIONAL BANK OF OMAHA vs. DOREEN BLAKE |
| 23EV000937 | Felix Bernard Jones vs Kimberly Propset |
| 23EV000951 | FORSYTHE FINANCE, LLC ASSIGNEE OF HEARTLAND EMS, INC vs. JUSTIN ROGERS |
| 23EV000982 | Townhomes at Southwind Community Association Inc vs. Richshanna Rich |
| 23EV001017 | JESSICA SCREEN VS.EDGE LAVISTA WALK, LLC |
| 23EV001076 | David Pavel,Michaela Nimmerrichter VS.Molly Webb,State Farm Mutual Automobile Insurance Co |
| 23EV001097 | VELOCITY INVESTMENTS, LLC ASSIGNEE OF PROSPER FUNDING, LLC vs. DOROTHEA ANDERSON |
| 23EV001143 | Tamia Sanders VS.Makisha Holiday |
| 23EV001184 | SECURITY CREDIT SERVICES, LLC, vs. JUSTIN SCHMIDT |
| 23EV001187 | American Express National Bank vs. June Noble |
| 23EV001226 | Assurance America Corporation as Subrogee of Phil Lamorris Chambers Vs. Robert James Gaines |
| 23EV001275 | VELOCITY INVESTMENTS, LLC ASSIGNEE OF UPSTART NETWORK, INC vs. CLIFFORD MUHAMMAD |
| 23EV001297 | VELOCITY INVESTMENTS, LLC ASSIGNEE OF UPSTART NETWORK INC vs. JOSHUA MORSE |
| 23EV001304 | JPMorgan Chase Bank, N.A. vs. Samuel Lyles |

| Case Number | Case Name |
|---|---|
| 23EV001385 | Galaxy International Purchasing, LLC vs. Telethia Holmes |
| 23EV001449 | FIRST FINANCIAL INVESTMENT FUND NI, LLC ASSIGNEE OF IASIS HEALTHCARE LLC vs. DASHAYE CANTY |
| 23EV001464 | MARINER FINANCE, LLC vs. CORTNEY DASH |
| 23EV001509 | Rodolfo Ramos Lucas,Maria Lucas Chavez VS.Jessica Redmond |
| 23EV001583 | Pawnee Leasing Corporation vs. McLeod Towing LLCet al. |
| 23EV001644 | Tamara Barton VS.Logan Grant |
| 23EV001672 | CROWN ASSET MANAGEMENT, LLC ASSIGNEE OF SYNCHRONY BANK vs. TASHA HOLMES aka TASHA SHAWN HOLMES |
| 23EV001679 | VELOCITY INVESTMENTS, LLC ASSIGNEE OF UPSTART NETWORK,INC vs. CHASE CHRISTMAS |
| 23EV001713 | LVNV Funding LLC vs. Afrakuma Bannerman |
| 23EV001716 | Reuben Uluocha VS.Brittiney Latimore |
| 23EV001744 | Wells Fargo Bank, N.A. vs. Colleen Ryan |
| 23EV001791 | Emery Sparks VS.Views Bar and Grill Atlanta, LLC,Mystical Valet Company, LLC |
| 23EV001804 | COYOTE LOGISTICS, LLC vs. MGO TRUCKING, LLCet al. |
| 23EV001825 | GFS II LLC dba Gateway Financial Solutions vs. TERRY SMITH |
| 23EV001867 | JPMorgan Chase Bank, N.A. vs. Joanie Carroll |
| 23EV001891 | FLEXIBILITY CAPITAL INC vs. BENCHMARK TRANSPORTATION LLCet al. |
| 23EV001901 | Annabella Radomski VS.Andrew Dunn |
| 23EV001964 | TOWANA COLLINS VS.FELTON CURRY |
| 23EV001990 | STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. AS SUBROGEE OF MARCIA ANDRITA PARK, V. CITY OF EAST POINT, |
| 23EV002016 | VELOCITY INVESTMENTS, LLC ASSIGNEE OF UPSTART NETWORK INC vs. TEVIN JOHNSON |
| 23EV002028 | AMERICAN EXPRESS NATIONAL BANK vs. KRISTEN VERMETTEN |
| 23EV002060 | American Standard Insurance Company of Ohio as Subrogee of Sasha Kovacs-Johnson Vs. Terrance James Burt |

| Case Number | Case Name |
|---|---|
| 23EV002136 | CAMDEN DEVELOPMENT, INC VS. PAUL WILLIAMS |
| 23EV002094 | THE CINCINNATI INSURANCE COMPANY VS.ISAAC PALACIOS,MARCO ARELLANO |
| 23EV002100 | VELOCITY INVESTMENTS, LLC ASSIGNEE OF UPSTART NETWORK, INC vs. CHELSEY NEUMANN |
| 23EV002138 | Georgia United Credit Union vs. Tanesha Sanders |
| 23EV002200 | CH Retail Fund II/Atlanta Brookleigh, LLC vs. Paulo Junioret al. |
| 23EV002202 | Robreia Crawford VS.James McKeehan,Larry Herd |
| 23EV002212 | Cynetha Bradley-Graham VS.Melissa Henry |
| 23EV002230 | Anella Young VS.John Doe,Progressive Direct Insurance Company |
| 23EV002255 | FIRST PORTFOLIO VENTURES I LLC ASSIGNEE OF GENESIS FS CARD SERVICES, INC. vs. ARA DIAZ |
| 23EV002293 | James Merritt, JR VS.Big Dan's Car Wash, LLC,Mo'Niya Pike |
| 23EV002307 | CAPITAL ONE, N.A. vs. NATACHA BUTLER |
| 23EV002315 | Wells Fargo Bank, N.A. vs. Cynthia Ferrell |
| 23EV002346 | MAA HIGHLANDS LLC VS. JAMARK GOODWIN |
| 23EV002376 | Fedex Corporate Services, Inc. vs. Saltyk Swim LLC |
| 23EV002416 | Pratt and Wall, Attorneys vs. Gracie Alexander |
| 23EV002471 | TRACY ALLEN VS.PANDORA MEDIA, LLC,ABC CORPS |
| 23EV002478 | Ford Motor Credit Company, LLC c/o MacDowell & Associates, Ltd vs. Deandrea Jones |
| 23EV002554 | Simone Woods vs Lowe's Home Improvement, LLC |
| 23EV002521 | DAYERA BROWN VS.REPUBLIC LOUNGE, INC.,ABC CORPS #1-3 |
| 23EV002543 | Portfolio Recovery Associates, LLC assignee of Citibank, N.A./Best Buy vs. Adreen Canterberry |
| 23EV002549 | CREDIT CORP SOLUTIONS, INC. vs. EVA SELMAN |
| 23EV002577 | Edmund Urbanski VS.Sarah Wambari |
| 23EV002615 | Medlock Shopping Center, LLC vs. Route 66 Restaurant & Music Venue LLCet al. |
| 23EV002633 | TARPON FINANCIAL CORPORATION DBA RED HOT CAR LOT VS OZIELINE LAVEL BOYKIN |
| 23EV002647 | AMERICAN EXPRESS NATIONAL BANK vs. OSARUMENSE OGBEVON |
| 23EV002663 | American Express National Bank vs. Sandeep Elimineti |

| Case Number | Case Name |
|---|---|
| 23EV002562 | Ayonna Shanks VS.John Doe |
| 23EV002721 | CROWN ASSET MANAGEMENT LLC ASSIGNEE OF PROSPER FUNDING LLC vs. MATTHEW HERRINGTON |
| 23EV002728 | Autovest, L.L.C. A/A/O U.S. Auto Sales, Inc. vs. Marla Harmon |
| 23EV002786 | Wells Fargo Bank, N.A. vs. Soo Lim |
| 23EV002823 | AMERICAN EXPRESS NATIONAL BANK vs. MILDRED WASHINGTON |
| 23EV002828 | AMERICAN EXPRESS NATIONAL BANK vs. OLUWABUNMI ADETUNJI OLUWABUNMI E. ADETUNJI |
| 23EV002843 | KEVIN THOMPSON VS.JOHN DOE,LASHEON KYLES |
| 23EV002871 | JPMorgan Chase Bank, N.A. vs. Amy Moreno |
| 23EV002925 | VELOCITY INVESTMENTS, LLC ASSIGNEE OF UPSTART NETWORK, INC vs. ASHLEY STARKS |
| 23EV002930 | CROWN ASSET MANAGEMENT, LLC ASSIGNEE OF GENESIS FS CARD SERVICES, INC. vs. JANAYA JOYNER |
| 23EV002942 | Shericka King v. Andrew Harvey |
| 23EV003103 | FIRST PORTFOLIO VENTURES II, LLC ASSIGNEE OF UPLIFT INC vs. SHAQUANDRIA SPURLIN |
| 23EV003116 | FIRST PORTFOLIO VENTURES II, LLC ASSIGNEE OF TIME PAYMENT CORPORATION vs. MASSIEL MOTA |
| 23EV003126 | Wells Fargo Bank, N.A. vs. Taryn Owens |
| 23EV003149 | Emcor Services Aircond Corporation vs. Fruition Hat Company LLC |
| 23EV003155 | AMERICAN EXPRESS NATIONAL BANK vs. OLUWABUNMI ADETUNJI OLUWABUNMI E ADETUNJIet al. |
| 23EV003176 | Navy Federal Credit Union vs. Tyreese Williams |
| 23EV003204 | MARINER FINANCE, LLC vs. DONTEZ FORSHEE |
| 23EV003220 | Lakeview Townhomes Condominium Association, Inc. vs. Limoli Tom M., JR |
| 23EV003222 | ROBERT WEST VS.COCA COLA ,PUBLIX SUPER MARKETS INC |