UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **Caleb Blehm** individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>**MH Pizza, LLC and Keene Murphy,**<br><br>          Defendants. | No.<br><br>**PLAINTIFF CALEB BLEHM'S CONSENT TO JOIN COLLECTIVE ACTION AS NAMED PLAINTIFF** |

    I, Caleb Blehm, pursuant to 29 U.S.C. § 216(b) do hereby consent to be a party plaintiff to the above-entitled action. I authorize my attorneys, James L. Simon, Michael L. Fradin, James W. Hurt and their associated attorneys ("the Attorneys"), to file the Complaint on my behalf and for other employees similarly situated. I authorize the Attorneys to represent me in the Lawsuit and make decisions on my behalf, including how to conduct the Lawsuit, settlement, and all other matters related to the Lawsuit.

_Caleb Blehm_ (signature)
Caleb Blehm (Aug 2, 2023 13:41 EDT)

Caleb Blehm

Aug 2, 2023

Date

# MH PIZZA; CONSENT FORM; 8-2-23

Final Audit Report                                                                 2023-08-02

| | |
|---|---|
| Created: | 2023-08-02 |
| By: | James Simon (james@simonsayspay.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAxDJJou08i_6s_xRdOkNZ5ZHFu1NRuD38 |

## "MH PIZZA; CONSENT FORM; 8-2-23" History

- Document created by James Simon (james@simonsayspay.com)
  2023-08-02 - 2:24:52 PM GMT

- Document emailed to calebblehm34@gmail.com for signature
  2023-08-02 - 2:25:10 PM GMT

- Email viewed by calebblehm34@gmail.com
  2023-08-02 - 5:40:16 PM GMT

- Signer calebblehm34@gmail.com entered name at signing as Caleb Blehm
  2023-08-02 - 5:41:20 PM GMT

- Document e-signed by Caleb Blehm (calebblehm34@gmail.com)
  Signature Date: 2023-08-02 - 5:41:22 PM GMT - Time Source: server

- Agreement completed.
  2023-08-02 - 5:41:22 PM GMT

Adobe Acrobat Sign