# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMAREE JAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) CASE NO. _____ |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court and state as follows:

1.   Experian is a named Defendant in Civil Action No. 23-M-26767 filed by Plaintiff Jamaree James ("Plaintiff") in the Magistrate Court for the State of Georgia, County of Gwinnett (the "State Court Action").

2.   The Complaint in the State Court Action was filed with the Clerk of the Gwinnett County Magistrate Court on July 11, 2023.

3.	This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4.	This Court is the proper district court for removal because the State Court Action is pending within this district.

5.	Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as Exhibit A.

6.	Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties.  Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7.	The claims for relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*.  Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.  The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

8. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated:	August 11, 2023		Respectfully submitted,

   /s/ *Megan Kirk*
Megan A. Kirk
Georgia Bar No. 559988
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Telephone: (404) 581-8773
Facsimile: (404) 581-8330
mkirk@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2023, a copy of the foregoing was filed using the CM/ECF system, and served via U.S. Mail to *pro se* Plaintiff Jamaree James at the following address:

Jamaree James
6470 Saint Mark Way
Fairburn, Georgia 30213
jamaree.rjames@gmail.com

*/s/     Megan Kirk*
Megan A. Kirk

*Counsel for Defendant*
*Experian Information Solutions, Inc.*