# EXHIBIT A

Civil Action No. __23M26767__

Date Filed __7/11/23__

Attorney's Address
Jamaree James
6470 Saint Mark Way
Fairburn Ga 30213

Name and Address of party to be served.
CT Corporation System
289 S Culver St, Lawrenceville
Ga 30046-4805

Magistrate Court ☑
Superior Court ☐
State Court ☐
Georgia, Gwinnett County

__Jamaree R. James__

**Plaintiff**

vs.

__Experian Information Solutions Inc.__

**Defendant**

**Garnishee**

## Sheriff's Entry Of Service

**Personal** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows
age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**Corporation** ☑ Served the defendant __Experian Information Solutions Inc__ a corporation by leaving a copy of the within action and summons with __Jane Richardson__ in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This __14__ day of __July__, 20__23__.

__W. Coberly S01332__
**Deputy**

Sheriff Docket _____ Page _____

Gwinnett County, Georgia

WHITE: Clerk    CANARY: Plaintiff / Attorney    PINK: Defendant

SC-2 Rev.3.13

# Gwinnett County Sheriff's Office
## Cover Sheet



**Sheriff #:** 23022233

**Person Served:** EXPERIAN INFORMATION SOLUTIONS INC
289 S CULVER ST
Lawrenceville GA 30046
PHONE:

**Process Information:**

Date Received: 07/13/2023
Assigned Zone: 289 S. Culver
Expiration Date:
Paper Types: STATEMENT OF CLAIM & NOTICE AND SUMMONS
Notes/Alerts:

Court Case #: 23-M-26767
Hearing Date:

**Notes:**

**IN THE MAGISTRATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA**

Jamaree R. James (6)775-9078
6470 Saint Mark Way
Fairburn Ga 30213

Clerk, Gwinnett Magistrate Court, P.O. Box 246
Lawrenceville, GA 30046-0246 (770.822.8100, Ext. Civil Division)

Civil Action No. 23M26767

Plaintiff(s)

vs.

Experian Information Solutions Inc.
475 Anton Boulevard
Costa Mesa, CA 92626

Defendant(s)

INFO & FORMS ON INTERNET
www.gwinnettcourts.com
E-mail: mag@gwinnettcounty.com

## STATEMENT OF CLAIM

Telephone (Daytime number if known, otherwise, evening number)

[ ] Suit on Note   [ ] Suit on Account   [✓] Other _____

1. The Court has jurisdiction over the defendant(s) [✓] the Defendant(s) is a resident of Gwinnett County; [ ] Other (please specify)

2. Plaintiff(s) claims the Defendant(s) is/are indebted to the Plaintiff as follows: (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim)

Defendants violated 15 USC 1681n - Civil liability for willful noncompliance willfully failing to comply with any requirement imposed under 15 USC 1681, reporting info on willful noncompliance of 15 USC 1681b(a)(1)(2). Plantiff is claiming identity theft in accordance to FCRA subchapter F 603.2 also claiming defamation of character, willful negligence, & willful damage of consumer cred worthiness.

3. That said claim is in the amount of: $ 15,000 principal; $ 0 interest, plus $ court fees ($0 costs to date, and all future costs of this suit.    $106

State of Georgia, Gwinnett County:

Jamaree R. James _____ being duly sworn on oath, says the foregoing is a just and true statement of the amount owing by defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this

_11_ day of _July_ 20 _23_

Plaintiff or Agent

(If Agent -- Title or Capacity)

Day Time Phone Number (6)775-9078

Notary Public/Attesting Official

I request a civil trial [✓] during normal business hours  - OR -  [ ] 6:30 PM, evening trials. **ALL CONFLICTS ARE SCHEDULED FOR 6:30 PM.**

### NOTICE AND SUMMONS

**TO: All Defendant(s)**

You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. **YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained from the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, *JUDGMENT BY DEFAULT* WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE.** If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period. **NO TELEPHONE ANSWERS ARE PERMITTED.** The court will hold a hearing on this claim at the Gwinnett Justice & Administration Center, 75 Langley Dr., Lawrenceville, GA 30046, at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff, you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff's claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

Filed this _11_ day of _July_ 20 _23_  _____
Magistrate or Deputy Clerk of Court

See Instructions on Reverse Side of This of this Document

# GWINNETT COUNTY MAGISTRATE COURT

JAMAREE R JAMES

Plaintiff,

v.

Experian

Defendant,

Case NO.:

23M26767

FILED IN OFFICE
CLERK MAGISTRATE COURT
GWINNETT COUNTY, GA
2023 JUL 11 PM 2: 06
TIANA P. GARNER, CLERK

## COMPLAINT DEMAND FOR JURY TRIAL

### I. INTRODUCTION

1. This is a civil action by Plaintiff, an individual consumer, seeking actual, statutory and punitive damages against Defendant Experian for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (Hereinafter "FCRA"), and defamation. The FCRA states that credit reporting agencies must follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates and that a credit reporting agency can furnish data on a consumer report by way of court with the proper jurisdiction for judgment file against the consumer or by written consent of the consumer in whom it relates in accordance to 15 U.S. Code § 1681b(a)(1)(2).

### II. JURISDICTION AND VENUE

2. Jurisdiction of this court arise under 15 U.S. Code § 1681(p) and 28 U.S.C. 1331. Venue in this District is proper in that the Defendant transacts business in the city Fairburn, Fulton County, Georgia the conduct complained of occurred in Fairburn, Fulton County, Georgia.

### III. Parties

3. Plaintiff is a natural person residing in Fairburn, Fulton County, Georgia. Plaintiff is a "consumer" as defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681a, (b) and (c).

4. Upon information and belief Defendant, Experian is a corporation with its principal place of business located at 475 Anton Blvd. Costa Mesa, CA 92626 and its registered is CT Corporation System agent located at 1999 Bryan St. Ste. 900, Dallas, TX, 75201-3136.

5. Upon information and belief, Defendant Experian is a California corporation duly authorized and qualified to do business in the State, of Georgia.

6. Other parties are Dacy Yee - Chief Customer Officer, Direct to Consumer at Experian Consumer Services, Craig Boundy - CEO Experian North America.

### IV. FACTS OF THE COMPLAINT

7. Plaintiff is a natural person residing in Fairburn, Fulton County, Georgia. Plaintiff is a "consumer" as defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681a, (b) and (c).

8. Defendant is a 'credit reporting agency in accordance with the Fair Credit Reporting Act, 15 U.S.C. § 1681

9. On or about May 20, 2023 Plaintiff reviewed his credit report on "identityiq.com"

10. On the report Plaintiff noticed fraudulent trade lines being reported on his consumer report from Defendant, TransUnion.

11. Defendant reported the following trade lines 1. FIRST CITIZENS BANK 91000373****, 2.NAVY FCU 395******, 3.NAVY FCU 561****, 4. NAVY FCU 2030****, 5. NAVY FCU 654****, 6. NAVY FCU 94526**, 7. SYNCB/AMERSG 601919380994****

12. On May 20, 2023, Plaintiff sent a mailed complaint asking Defendant for evidence of its proof of authority, legal and/or lawful authority to report these accounts in accordance to 15 USC 1681b(a)(1)(2).
15 U.S. Code § 1681b - Permissible purposes of consumer reports

**(a) In general**

Subject to subsection (c), any consumer reporting agency may furnish a consumer report under the following circumstances and no other:

**(1)** In response to the order of a court having jurisdiction to issue such an order, a subpoena issued in connection with proceedings before a Federal grand jury, or a subpoena issued in accordance with section 5318 of title 31 or section 3486 of title 18.

**(2)** In accordance with the written instructions of the consumer to whom it relates.

13. Defendant responded with the accounts being verified.

14. Plaintiff sent multiple demand letters and invoices for payment for Defendants violations of the FCRA, with the last one being sent 6/22/2023, Plaintiff never received any monetary compensation for damages in accordance with the FCRA.

15. Defendant continues to report these accounts on Plaintiffs consumer report.

16. Defendant's falsely and fraudulent reporting these tradeline has severely damaged the credit reputation of

Plaintiff lowering Plaintiff's FICO scores, causing severe humiliation, emotional distress, mental anguish, financial

damages, several denials of extension of consumer credit and defamation of Plaintiffs character.

17. Plaintiff is seeking damages in the amount of $15,000, for violations of the FCRA and identity theft.

18. On 6/22/2023, Plaintiff sent a certified mail complaint to Dacy Yee - Chief Customer Officer, Direct to Consumer at Experian Consumer Services, Craig Boundy - CEO Experian North America.

asking Defendant for evidence of its proof of authority, legal and/or lawful authority to report these accounts in accordance to 15 USC 1681b(a)(1)(2).

19. Also pursuant to FCRA Subchapter F 603.2 you are committing identity theft, as defined:

§ 603.2 Identity theft. (a) The term "identity theft" means a fraud committed or attempted using the identifying information of another person without authority.

### V. FIRST CLAIM FOR RELIEF 15 U.S. Code § 1681n

20. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

21. The Defendant violated the FCRA.

22. The Defendant violations include, but are not limited to the following:

15 U.S. Code § 1681n - Civil liability for willful noncompliance by willfully failing to comply with any requirement imposed under 15 U.S. Code § 1681, reporting information in willful noncompliance of 15 U.S. Code § 1681b(a)(1)(2). Plaintiff, is claiming identity theft in accordance to FCRA Subchapter F 603.2, also claiming defamation of character, willful negligence and willful damage of consumer credit worthiness.

23. As a result of the above violation(s) of the FCRA, the Defendant is liable to Plaintiff for actual damages, statutory damages, cost and violations of the FCRA in the amount of $1,000 per violation.

### JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands a jury and request that the judgment be entered in favor of Plaintiff and against the Defendants for:

A. Judgement for violations occurred for violating the FCRA in the amount of $1,000 per inaccurate reported trade lines;
B. Actual damages pursuant to 15 U.S. Code § 1681n(1)(2)
C. Statutory damages pursuant 15 U.S. Code § 1681n(2);
D. Cost pursuant 15 U.S. Code § 1681n(3);
E. For such other and further relief as the Court may deem just and proper.
F. Removal of the negative reporting trade lines from consumer report.
G. Award $15,000 in damages for FCRA Violations and Identity Theft.

Dated: 7-5-2023

Respectfully submitted,

By: JAMAREE R JAMES
Address: 6470 SAINT MARK WY FAIRBURN, GA 30213
Tel:(678)-775-9078
Email: jamaree.rjames@gmail.com
Plaintiff

*JAMAREE R JAMES*