**EXHIBIT 1**

ID# E-CBLCPM2N-2KK
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-2796**

JUN 26, 2023 10:43 AM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

CIVIL ACTION NUMBER 23-A-2796

$198.00 COST PAID

Lopez Orellana, Yoselin

**PLAINTIFF**

VS.

LIDL US, LLC, DBA C/O C T Corporation System
Doe, John

**DEFENDANTS**

## SUMMONS

TO: LIDL US, LLC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Claudia Caycho Acosta
Acosta Injury Law
2965 Flowers Rd S
Suite 120
Chamblee, Georgia 30341**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 26th day of June, 2023.**

Clerk of State Court



*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1



## STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

ID# E-CBLCPM2N-KNF
**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-2796**

JUN 26, 2023 10:43 AM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

CIVIL ACTION NUMBER 23-A-2796

$198.00 COST PAID

Lopez Orellana, Yoselin

**PLAINTIFF**

VS.

LIDL US, LLC, DBA C/O C T Corporation System
Doe, John

**DEFENDANTS**

### SUMMONS

TO: DOE, JOHN

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Claudia Caycho Acosta**
**Acosta Injury Law**
**2965 Flowers Rd S**
**Suite 120**
**Chamblee, Georgia 30341**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 26th day of June, 2023.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1



ID# E-CBLCPM2N-SYV
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-2796**

JUN 26, 2023 10:43 AM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

YOSELIN LOPEZ,

    Plaintiff,

v.

LIDL US, LLC.

&

JOHN DOE,

    Defendants.

CIVIL ACTION
FILE NO.:

## COMPLAINT FOR DAMAGES

Plaintiff Yoselin Lopez (hereinafter "Plaintiff") files her Complaint against LIDL US, LLC. (hereinafter "Defendant LIDL US, LLC") and John Doe (hereinafter "Defendant John Doe") and shows the Court the following:

### JURISDICTION AND VENUE

1.

Plaintiff is a resident of Georgia and resides at 4231 Brookwood Dr. Austell GA 30106.

2.

Defendant LIDL US, LLC. is a global corporation with its principal place of business located at 3500 South Clark Street, Arlington VA 22202, USA; however, Defendant LIDL US also transacts business in Georgia. Defendant may be served with process by serving its registered agent, C T Corporation System located at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092.

3.

Venue of this action is properly laid in Cobb County, Georgia, and this Court has proper



jurisdiction over this action as per OCGA 14-2-510 (b) (3)

4.

Defendant John Doe is a corporation. Defendant John Doe may be liable, in part or whole, for the damages alleged herein. John Doe is a corporation authorized to do business in Georgia and is subject to the jurisdiction and venue of this court.

## STATEMENT OF FACT

5.

On April 18th, 2022, Plaintiff was an invitee at LIDL US, LLC. store located at 4844 Floyd Rd. Mableton GA 30126 (the "Premises"). While Plaintiff was walking down the aisle on the premises of LIDL US, LLC., she slipped and fell as a result of the hazardous condition located on the ground of the Premises.

6.

At all times material to this action, Defendants operated, managed and/or controlled the Premises.

## NEGLIGENCE

7.

At all times material to this action, Plaintiff was an invitee on the premises at the time of the fall.

8.

At all times material to this action, Defendants had a non-delegable duty to properly maintain the Premises and to ensure that the Premises was free of hazards that could foreseeably cause bodily injury and harm to invitees, including Plaintiff.

9.

Defendants had a duty to inspect the Premises to discover dangerous and hazardous

conditions that may cause injuries to its invitees and to either eliminate such dangerous and hazardous conditions or to warn its invitees, including Plaintiff, of the existence of any such dangerous or hazardous conditions.

10.

On April 18th, 2022, Defendants caused, created and/or permitted an unsafe, dangerous and hazardous condition to exist at the Premises, failed to undertake reasonable inspections of the Premises and/or failed to either eliminate such unsafe, dangerous and hazardous condition or to warn Plaintiff of the existence of the hazardous and dangerous condition.

11.

On April 18th, 2022, Plaintiff, while lawfully on the Premises as an invitee of Defendants, Plaintiff was injured as a result of the dangerous, hazardous and unsafe condition of the premises caused, created and/or unlawfully permitted by Defendants and/or its employees or agents for whom Defendants is vicariously liable.

12.

Defendants failed to cure the dangerous and hazardous condition of the floor of the Premises while Plaintiff was an invitee of Defendants and failed to warn Plaintiff of the dangerous and hazardous condition.

13.

Defendants knew or should have known of the dangerous condition, should have corrected it and should have warned Plaintiff of said dangerous condition.

14.

As a direct and proximate result of Defendants' negligence as set forth above, Plaintiff sustained bodily injury, continues to endure pain and suffering, and continues to incur medical expenses and other damages to be proven at trial.

15.

At all times pertinent here to, Defendants and their agents and/or employees had superior knowledge of the unsafe condition of their Premises that proximately caused Plaintiff's injuries, said condition at all times prior to her injury being unknown to Plaintiff.

**WHEREFORE**, Plaintiff prays for the following:

a) That Defendants be served with process required by law;

b) That Plaintiff be granted a trial by jury;

c) That Defendants be found liable for damages sustained by Plaintiff due to the negligence of Defendants;

d) That Defendants be found liable for all court costs associated with this action and for all other costs and damages to be determined by this Court;

e) That Plaintiff be awarded damages in such sums as this Court and jury shall find appropriate based upon the evidence submitted at the time of trial; and

f) That Plaintiff be granted such other and further relief as this Honorable Court may deem as necessary and proper.

This the 26th day of June, 2023.

Respectfully submitted,
**ACOSTA INJURY LAW**

*Cacosta*

Claudia Caycho Acosta
Georgia Bar No.: 828889
Tandeka Sitole
Georgia Bar No.: 376987
*Attorneys for Plaintiff*

**Acosta Injury Law**
2965 Flowers Rd S, Ste 120
Chamblee, GA 30341
(404) 476-4477
claudia@acostainjurylaw.com
tandeka@acostainjurylaw.com

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

ID# E-3DD2MEVF-LJY
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**23-A-2796**

JUL 18, 2023 10:18 AM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

| | | |
|---|---|---|
| YOSELIN LOPEZ | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | FILE NO.: 23-A-2796 |
| v. | ) | |
| | ) | |
| LIDL US, LLC and JOHN DOE | ) | |
| | ) | |
| Defendants. | | |

### AFFIDAVIT OF SERVICE

PERSONALLY appeared before me, **SONIA L. DANIELS**, the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that she is a citizen of the United States and 18 years of age or over, and is a party having no interest in the above-styled case. Affiant is appointed as process server by this Court.

Affiant further states that on July 12, 2023 at 12:44 PM, she personally served **LIDL US, LLC c/o its Registered Agent, CT Corporation System, accepted by Jane Richardson and logged signed,** at the address of **289 S. Culver Street, Lawrenceville, GA 30046** with a copy of the: General Civil and Domestic Relations Case Filing Information Form; Summons; Complaint for Damages; Plaintiff's Request for Admissions to Defendant LIDL, US, LLC; Plaintiff's First Interrogatories to Defendant LIDL, US, LLC; Plaintiff's First Request for Production of Documents to Defendant LIDL, US, LLC; and Notice of Consent to Electronic Service.

Service Comments: Caucasian Female; Blond hair; Approx. 40-50 years; Approx. 5'7"; Approx. 200 lbs.; eyeglasses

_____
SONIA L. DANIELS

Subscribed and sworn to before me on the 17th day of July 2023 by the affiant who is personally known to me or produced identification

_____
NOTARY PUBLIC



