**EXHIBIT 3**



**ACOSTA INJURY LAW**

2965 Flowers Road South, Suite 120
Chamblee, GA 30341
TELEPHONE: 404.476.4477 | FAX: 404.719.5879

**PRIVILEGED AND CONFIDENTIAL**
**RELATING TO SETTLEMENT DISCUSSIONS**

Travelers Property Casualty Insurance
Airyauna Walker
P.O. BOX 660889
Dallas, TX 75266

September 13th, 2022

RE:  **Our Client:**           **Yoselin Lopez Orellana**
     **Negligent Party:**      **Lidl US, LLC**
     **Date of Loss:**         **April 18, 2022**
     **Claim No.:**            **FPJ4939**

Dear Airyauna Walker:

The following material, including medical reports, bills, receipts, analysis, evaluations, and other documents, has been compiled to evaluate the liability of your insured, the nature of our client's injuries, and the extent of damages sustained by our client as a result of the dangerous conditions of your insured's property.

This material is being submitted to you for purposes of negotiation only. Your review of this information is under the condition that nothing contained herein shall constitute an admission by our client and that nothing contained herein shall be admissible against our client at any hearing or trial.

## LIABILITY

Liability is not an issue. On or about April 18, 2022, in the evening, Ms. Lopez Orellana was walking through the Lidl US grocery store located at 4844 Floyd Road SW, Mableton, GA 30126. Ms. Lopez Orellana was walking in an aisle of the store when she slipped and fell due to yogurt on the floor which was not visible to Ms. Lopez Orellana. No warning signs were present. Ms. Lopez Orellana fell, landed on her buttocks, hit her right thumb, and hit her right ankle on a nearby refrigerator, causing her severe and painful injuries to her neck, back, right ankle, and right thumb. Ms. Lopez Orellana had no reason to believe that there was a spill on the floor or that the floor she was walking on was unsafe for travel.

Under Georgia law O.C.G.A. § 51-3-1, where an owner or occupier of land, by express or implied invitation, induces or leads others to come upon his premises for any lawful purpose, he is liable in damages to such persons for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe. Liability in this matter is clear.

Under Georgia law, an owner or occupier of land is liable for damages to an invitee "for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe." See O.C.G.A. § 51-3-1. Here, Lidl US, LLC was under a statutory duty to keep the areas open to its invitees in a safe condition. An owner/occupier must "exercise the diligence toward making the premises safe that a good business person is accustomed to use in such matters." This includes inspecting the premises to discover possible dangerous conditions of which the owner/occupier does not have actual knowledge, and taking reasonable precautions to protect invitees from dangers foreseeable from the arrangement or use of the premises. See, Jackson v. Waffle House, Inc., 245 Ga. App. 371, 537 S.E.2d 188 (2000). Under the law, an owner/occupier "is on constructive notice of what a reasonable inspection would reveal." Id.

Additionally, the Georgia Supreme Court has noted that "constructive knowledge of a defect, i.e., that the defendant ought to have known of the defect in the exercise of ordinary care, is sufficient to charge the defendant with liability for injuries caused by the defect." See, Keaton v. A.B.C. Drug Company, 266 Ga. 385, 467 S.E.2d 558 (1996). Here, Lidl US, LLC was under a statutory duty to keep its premises in a safe condition. A reasonable inspection would have revealed the water spot on the floor. Lidl US, LLC Agents and/or employees failed to adequately inspect the premises, thereby failing to uphold its duty under O.C.G.A. § 51-3-1.

**Immediately following the incident, Management sent their employees to help and clean the area were the fall happened. This action implies ownership and responsibility of the hazardous area by the Lidl US, LLC agents, a fact a jury would weigh when determining liability.**

### INJURIES AND TREATMENT

Georgia law requires that Ms. Lopez Orellana be compensated by your at-fault insured for Ms. Lopez Orellana's pain and suffering which includes damages for: 1) physical and emotional pain; 2) discomfort; 3) anxiety; 4) hardship; 5) distress; 6) suffering; 7) inconvenience; 8) physical impairment; 9) mental anguish; 10) disfigurement; 11) loss of enjoyment of life; 12) loss of society and companionship; 13) loss of consortium; 14) injury to reputation; and 15) all other non-pecuniary losses of any kind.

Ms. Lopez Orellana was shocked, embarrassed and scared after the fall. Ms. Lopez Orellana had an initial onset of **sharp neck pain, sharp mid back pain, sharp lower back pain, sharp headaches, sharp chest pain, sharp right thumb pain, sharp right ankle pain, and aching stomach pain after the fall.** Ms. Lopez Orellana's neck pain is exacerbated by rotating and flexing/extending the neck. The back pain is aggravated with sitting, standing, and bending. Ms. Lopez Orellana's pain is overall increased with sneezing, coughing, and sleeping.

On April 22, 2022, Ms. Lopez Orellana sought treatment with Maral Hosseini, D.C. at Dominguez Chiropractic Auto Injury Center with complaints of sharp neck, mid back, lower back, headaches, chest pain, right thumb, right ankle, and stomach pain. Ms. Lopez Orellana was diagnosed with the following: cervicalgia, thoracic pain, traumatically induced headaches, chest pain, right finger pain, muscle spasms, muscle weakness, lower back pain, right ankle pain, and

abdominal pain. She was recommended intersegment vertebral traction, trigger point muscle massage, and corrective orthopedic exercises as part of her treatment plan. Ms. Lopez Orellana continued receiving care from Dominguez Chiropractic Auto Injury Center until July 27th, 2022. ***See Exhibit A, Dominguez Chiropractic Auto Injury Center, Medical Records.***

On May 24, 2022, Ms. Lopez Orellana visited Advanced Imaging Center for an MRI of the lumbar spine without contrast. The impressions of the MRI revealed the following: at L5-S1 there was a posterior herniation with annular tear with anterior impression on the thecal sac. There was abutment of the left and right S1 nerves and mild spinal stenosis. There was a disc bulge, desiccation, osteophytes, and facet hypertrophy. The disc herniation extended beyond the osteophytes. Jonathan C. Eugenio, M.D and Sean M. Mahan, M.D noted that it is medically probable that this is an acute disc herniation superimposed on degenerative changes caused by the Ms. Lopez Orellana's recent incident. ***See Exhibit B, Advanced Imaging Center, MRI Report.***

On June 2, 2022, Ms. Lopez Orellana visited Ortho Sport & Spine Physicians with initial complaints of lower back pain and left shoulder pain. Melissa Hagin, NP-C assessed that Ms. Lopez Orellana had left shoulder pain, lower back pain, myalgia, lumbar disc displacement, and lumbar facet joint pain. Melissa Hagin NP-C prescribed Ms. Lopez Orellana to take Cyclobenzaprine HCL 10mg tablet, Dendracin Neurodendraxcin Lotion 0.025-10-30%, and Meloxicam 15mg tablets as part of her treatment plan. Ms. Lopez Orellana was recommended bilateral L2-L5 intra-articular lumbar facet injections. Ms. Lopez Orellana continued her care with Ortho Sport & Spine Physicians until August 3, 2022. ***See Exhibit C, Ortho Sport & Spine Physicians, Medical Records.***

## PAIN AND SUFFERING

In addition to special damages, the law provides that Ms. Lopez Orellana recover for her physical pain and emotional suffering. Someone with your claims experience surely knows the injuries he sustained are very painful. The medical records are full of notes about his pain – even while on some of the medications available.

Suffice it to say the pain, scarring, and all of the other aspects of this injury are very significant. Add to this the emotional aspects secondary to the physical injury and the damages increase exponentially. Ms. Lopez Orellana will never recover from what happened that day and she is destined to live in pain and be emotionally haunted by this forever. Ms. Lopez Orellana conditions are extremely painful, and she has suffered a traumatic injury due to the negligence of the Lidl US, LLC by not keeping its premises safe.

Georgia law is also very clear that in weighing the future damages, which a Plaintiff has sustained as a result of the injuries, the trier of fact is not limited to the consideration of future earning capacity or future physical pain and suffering. Impaired capacity "to pursue ordinary applications of life" or "to perform normal physical function" is compensated as part of pain and suffering, irrespective of whether there is evidence of a loss of diminishment of future earning capacity. (See Jones v. Hutchins, 101 Ga. App. 141 (1960); Cobb and Eldridge, Georgia Law of Damages (Second Edition) Section 38-4, Page 685.)

In order to further document the injuries and pain experienced by our client, we are enclosing medical records and billing statements, which provide a detailed account of our client's injuries, diagnosis, and treatment.

## MEDICAL EXPENSES

Yoselin Lopez Orellana has incurred medical expenses to date as follows:

| Medical Provider | Dates | Amount Charged |
| --- | --- | --- |
| Dominguez Chiropractic Auto Injury Center | 04/22/2022 - 07/27/2022 | $6,825.00 |
| Ortho Sport & Spine Physicians | 06/02/2022 - 08/03/2022 | $18,655.62 |
| Advanced Imaging Centers | 05/24/2022 | $2,225.00 |
| **Total Special Damages** | | **$27,705.62** |

## SETTLEMENT DEMAND

In light of the severe pain and suffering which our client, Yoselin Lopez Orellana, was forced to endure, due to the negligence of your insured, as well as the financial strain on her life, we are willing to settle this claim for the amount of **ONE MILLION DOLLARS ($1,000,000.00).** We are willing to recommend this figure to our client as a fair and reasonable resolution to this matter.

Acceptance of this demand should be made by delivery of a draft payable to **Yoselin Lopez Orellana** and **Acosta Injury Law, LLC**, with **Tax ID No: 83-1431852**, 2965 Flowers Road South, Suite 120, Chamblee, GA 30341 within thirty (30) days of your receipt of this demand.

This correspondence is written in the spirit of compromise and settlement. All of the enclosed materials shall remain the property of our client and shall be returned upon request. I look forward to your response to this letter within **thirty (30) days**.

Sincerely,
**ACOSTA INJURY LAW**

*Cacosta*

Claudia Caycho Acosta
Attorney for Yoselin Lopez Orellana