# EXHIBIT 4

**From:** Andrew Horowitz <HorowitzA@deflaw.com>
**Sent:** Thursday, August 10, 2023 2:02 PM
**To:** Tandeka Sitole <tandeka@acostainjurylaw.com>; Claudia Acosta <claudia@acostainjurylaw.com>
**Cc:** Kimberly Coleman <ColemanK@deflaw.com>; Michelle Dimas <michelle@acostainjurylaw.com>; YoselinLopezOrellanaZ990230900@acostainjurylaw.filevineapp.com
**Subject:** RE: Lopez v. Lidl

Hey Tandy. In light of your client's medical bills, is your client willing to stipulate that her total alleged damages do not exceed $75k? Thanks.



Andrew Horowitz
Partner
303 Peachtree St. NE, Suite 3500
Atlanta, GA 30308
O: 404.885.6145
F: 404.876.0992
HorowitzA@deflaw.com
My Bio

Notice: This email and any attachments are PRIVILEGED AND CONFIDENTIAL and constitute an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510. If you have received this email as a result of an inadvertent disclosure or unauthorized transmittal, Sender reserves and asserts all rights to confidentiality, including all privileges that may apply. If you are not an intended recipient please immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of the receipt of this email by return e-mail or at 404-885-1400. DO NOT review, copy, forward, or rely on the email and its attachments in any way.

| | |
|---|---|
| From: | Claudia Acosta <claudia@acostainjurylaw.com> |
| Sent: | Friday, August 11, 2023 1:54 AM |
| To: | Tandeka Sitole; Andrew Horowitz |
| Cc: | Kimberly Coleman; Michelle Dimas; YoselinLopezOrellanaZ990230900@acostainjurylaw.filevineapp.com |
| Subject: | Re: Lopez v. Lidl |

◎ External email >

◎ First time sender >

◎ Contains topics of a financial nature >

Andrew:

Hope you are well. Tandy is stating that we are able to establish and stipulate right now (with you) the amount of my client's past medical expenses however we are not going to stipulate in writing and with the court that the amount sought does not exceed the $75,000 simply because we do not know that at the moment.

You are free to seek a removal to federal court however, we would likely oppose the removal as well. Defendant must show by a preponderance of the evidence that the amount in controversy exceeds the $75,000 (a lack of listing the special damages or a mere speculation would not meet the defendant's standard of a removal to federal court)

I will not sign the stipulation sent by you, apologies for the misunderstanding.

Additionally, please state what was the issue with the summons/entity service - I know that you mentioned this in one of your emails.

Thanks,

Claudia Acosta