# EXHIBIT 5

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

ID# E-DZNQGJBA-SKD
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-2796**

JUL 31, 2023 02:45 PM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

CIVIL ACTION NUMBER  23-A-2796

$0.00 COST PAID

Lopez Orellana, Yoselin
LOPEZ, YOSELIN

**PLAINTIFF**

**VS.**

LIDL US, LLC, DBA C/O Corporation Service Company
LIDL US, LLC, DBA C/O Corporation Service Company
DOE, JOHN

**DEFENDANTS**

**SUMMONS**

TO: LIDL US, LLC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Claudia Caycho Acosta**
> **Acosta Injury Law**
> **2965 Flowers Rd S**
> **Suite 120**
> **Chamblee, Georgia 30341**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 1st day of August, 2023.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**23-A-2796**

JUL 31, 2023 02:45 PM

Robin C. Bishop
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

**IN THE STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

**YOSELIN LOPEZ,**

**Plaintiff,**

v.

**LIDL US, LLC**

&

**JOHN DOE,**

**Defendants.**

**CIVIL ACTION**
**FILE NO.:**

## PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

Plaintiff Yoselin Lopez (hereinafter "Plaintiff") files this First Amended Complaint for Damages against LIDL US, LLC (hereinafter "Defendant LIDL US, LLC") and John Doe (hereinafter "Defendant John Doe"), amending her Complaint as a matter of right pursuant to O.C.G.A § 9-11-15 as follows:

## JURISDICTION AND VENUE

1.

Defendant LIDL US, LLC is a global corporation with its principal place of business located at 3500 South Clark Street, Arlington VA 22202, USA; however, Defendant LIDL US, LLC also transacts business in Georgia. Defendant may be served with process by serving its registered agent, Corporation Service Company located at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092.

2.

Plaintiff hereby incorporates and re-alleges all of the other paragraphs as stated in Plaintiff's initial filed complaint for damages as if fully set forth herein.

(signature on following page)

This the 31st day of July 2023.

Respectfully submitted,
**ACOSTA INJURY LAW**

_Cacosta_

_____

Claudia Caycho Acosta
Georgia Bar No.: 828889
Tandeka Sitole
Georgia Bar No.: 376987
_Attorneys for Plaintiff_

**Acosta Injury Law**
2965 Flowers Rd S, Ste 120
Chamblee, GA 30341
(404) 476-4477
claudia@acostainjurylaw.com
tandeka@acostainjurylaw.com

ID# CBLCPM2N-L3X
⚡ EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**General Civil and Domestic Relations Case Filing Information Form**

**23-A-2796**

☐ Superior or ☑ State Court of _Cobb_ _____ **County**

JUN 26, 2023 10:43 AM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

| **For Clerk Use Only** | |
| --- | --- |
| **Date Filed** _06-26-2023_ **MM-DD-YYYY** | **Case Number** _23-A-2796_ |

**Plaintiff(s)**

Lopez Orellana, Yoselin

| Last | First | Middle I. | Suffix | Prefix |
| --- | --- | --- | --- | --- |

| Last | First | Middle I. | Suffix | Prefix |
| --- | --- | --- | --- | --- |

| Last | First | Middle I. | Suffix | Prefix |
| --- | --- | --- | --- | --- |

| Last | First | Middle I. | Suffix | Prefix |
| --- | --- | --- | --- | --- |

**Defendant(s)**

LIDL US, LLC

| Last | First | Middle I. | Suffix | Prefix |
| --- | --- | --- | --- | --- |
| Doe, John | | | | |

| Last | First | Middle I. | Suffix | Prefix |
| --- | --- | --- | --- | --- |

| Last | First | Middle I. | Suffix | Prefix |
| --- | --- | --- | --- | --- |

| Last | First | Middle I. | Suffix | Prefix |
| --- | --- | --- | --- | --- |

**Plaintiff's Attorney** _Caycho Acosta, Claudia_ _____   **Bar Number** _828889_ _____   **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

| **General Civil Cases** |
| --- |
| ☑ **Automobile Tort** |
| ☐ **Civil Appeal** |
| ☐ **Contract** |
| ☐ **Contempt/Modification/Other Post-Judgment** |
| ☐ **Garnishment** |
| ☐ **General Tort** |
| ☐ **Habeas Corpus** |
| ☐ **Injunction/Mandamus/Other Writ** |
| ☐ **Landlord/Tenant** |
| ☐ **Medical Malpractice Tort** |
| ☐ **Product Liability Tort** |
| ☐ **Real Property** |
| ☐ **Restraining Petition** |
| ☐ **Other General Civil** |

| **Domestic Relations Cases** |
| --- |
| ☐ **Adoption** |
| ☐ **Contempt** |
|   ☐ **Non-payment of child support, medical support, or alimony** |
| ☐ **Dissolution/Divorce/Separate Maintenance/Alimony** |
| ☐ **Family Violence Petition** |
| ☐ **Modification** |
|   ☐ **Custody/Parenting Time/Visitation** |
| ☐ **Paternity/Legitimation** |
| ☐ **Support – IV-D** |
| ☐ **Support – Private (non-IV-D)** |
| ☐ **Other Domestic Relations** |

☐   Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
**Case Number**   **Case Number**

☑   I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☑   Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_Spanish_ _____   **Language(s) Required**

☐   Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

Version 1.1.20

ID# ECBLCPM2N-SYV
⚖ EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-2796**

JUN 26, 2023 10:43 AM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

YOSELIN LOPEZ,

      **Plaintiff,**

v.

LIDL US, LLC.

&

JOHN DOE,

      **Defendants.**

CIVIL ACTION
FILE NO.:

### COMPLAINT FOR DAMAGES

Plaintiff Yoselin Lopez (hereinafter "Plaintiff") files her Complaint against LIDL US, LLC. (hereinafter "Defendant LIDL US, LLC") and John Doe (hereinafter "Defendant John Doe") and shows the Court the following:

### JURISDICTION AND VENUE

1.

Plaintiff is a resident of Georgia and resides at 4231 Brookwood Dr. Austell GA 30106.

2.

Defendant LIDL US, LLC. is a global corporation with its principal place of business located at 3500 South Clark Street, Arlington VA 22202, USA; however, Defendant LIDL US also transacts business in Georgia. Defendant may be served with process by serving its registered agent, C T Corporation System located at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092.

3.

Venue of this action is properly laid in Cobb County, Georgia, and this Court has proper

jurisdiction over this action as per OCGA 14-2-510 (b) (3)

4.

Defendant John Doe is a corporation. Defendant John Doe may be liable, in part or whole, for the damages alleged herein. John Doe is a corporation authorized to do business in Georgia and is subject to the jurisdiction and venue of this court.

## STATEMENT OF FACT

5.

On April 18th, 2022, Plaintiff was an invitee at LIDL US, LLC. store located at 4844 Floyd Rd. Mableton GA 30126 (the "Premises"). While Plaintiff was walking down the aisle on the premises of LIDL US, LLC., she slipped and fell as a result of the hazardous condition located on the ground of the Premises.

6.

At all times material to this action, Defendants operated, managed and/or controlled the Premises.

## NEGLIGENCE

7.

At all times material to this action, Plaintiff was an invitee on the premises at the time of the fall.

8.

At all times material to this action, Defendants had a non-delegable duty to properly maintain the Premises and to ensure that the Premises was free of hazards that could foreseeably cause bodily injury and harm to invitees, including Plaintiff.

9.

Defendants had a duty to inspect the Premises to discover dangerous and hazardous

conditions that may cause injuries to its invitees and to either eliminate such dangerous and hazardous conditions or to warn its invitees, including Plaintiff, of the existence of any such dangerous or hazardous conditions.

10.

On April 18th, 2022, Defendants caused, created and/or permitted an unsafe, dangerous and hazardous condition to exist at the Premises, failed to undertake reasonable inspections of the Premises and/or failed to either eliminate such unsafe, dangerous and hazardous condition or to warn Plaintiff of the existence of the hazardous and dangerous condition.

11.

On April 18th, 2022, Plaintiff, while lawfully on the Premises as an invitee of Defendants, Plaintiff was injured as a result of the dangerous, hazardous and unsafe condition of the premises caused, created and/or unlawfully permitted by Defendants and/or its employees or agents for whom Defendants is vicariously liable.

12.

Defendants failed to cure the dangerous and hazardous condition of the floor of the Premises while Plaintiff was an invitee of Defendants and failed to warn Plaintiff of the dangerous and hazardous condition.

13.

Defendants knew or should have known of the dangerous condition, should have corrected it and should have warned Plaintiff of said dangerous condition.

14.

As a direct and proximate result of Defendants' negligence as set forth above, Plaintiff sustained bodily injury, continues to endure pain and suffering, and continues to incur medical expenses and other damages to be proven at trial.

15.

At all times pertinent here to, Defendants and their agents and/or employees had superior knowledge of the unsafe condition of their Premises that proximately caused Plaintiff's injuries, said condition at all times prior to her injury being unknown to Plaintiff.

**WHEREFORE**, Plaintiff prays for the following:

a) That Defendants be served with process required by law;

b) That Plaintiff be granted a trial by jury;

c) That Defendants be found liable for damages sustained by Plaintiff due to the negligence of Defendants;

d) That Defendants be found liable for all court costs associated with this action and for all other costs and damages to be determined by this Court;

e) That Plaintiff be awarded damages in such sums as this Court and jury shall find appropriate based upon the evidence submitted at the time of trial; and

f) That Plaintiff be granted such other and further relief as this Honorable Court may deem as necessary and proper.

This the 26th day of June, 2023.

Respectfully submitted,
**ACOSTA INJURY LAW**

Claudia Caycho Acosta
Georgia Bar No.: 828889
Tandeka Sitole
Georgia Bar No.: 376987
*Attorneys for Plaintiff*

**Acosta Injury Law**
2965 Flowers Rd S, Ste 120
Chamblee, GA 30341
(404) 476-4477
claudia@acostainjurylaw.com
tandeka@acostainjurylaw.com

**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-2796**

**JUN 26, 2023 10:43 AM**

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

YOSELIN LOPEZ,

    **Plaintiff,**

v.

LIDL US, LLC.

&

JOHN DOE,

    **Defendants.**

**CIVIL ACTION
FILE NO.:**

## PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANT LIDL US, LLC.

    **COMES NOW** Plaintiff herewith submits to Defendant the following Request for

Admissions:

1.

Please admit that you were properly served with the Summons and Complaint in this action.

2.

Please admit proper Service of Process.

3.

Please admit that this Court has jurisdiction over this case.

4.

Please admit that this Court has proper Venue for this case.

5.

Please admit that your negligence caused the incident set forth in Plaintiff's Complaint.

6.

Please admit that Plaintiff was injured as a result of your negligence.

7.

Please admit that your negligence proximately caused Plaintiff to incur medical expenses for

treatment of injuries sustained in the incident forming the basis of Plaintiff's Complaint.

8.

Please admit that Plaintiff sustained injuries which caused pain and suffering.

This the 26th day of June, 2023.

                              Respectfully submitted,
                              **ACOSTA INJURY LAW**

                              *Cacosta*
                              _____

                              Claudia Caycho Acosta
                              Georgia Bar No.: 828889
                              Tandeka Sitole
                              Georgia Bar No.: 376987
                              *Attorneys for Plaintiff*

**Acosta Injury Law**
2965 Flowers Rd S, Ste 120
Chamblee, GA 30341
(404) 476-4477
claudia@acostainjurylaw.com
tandeka@acostainjurylaw.com

**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-2796**

**JUN 26, 2023 10:43 AM**

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

**YOSELIN LOPEZ,**

       **Plaintiff,**

v.

**LIDL US, LLC.**

**&**

**JOHN DOE,**

       **Defendants.**

**CIVIL ACTION**
**FILE NO.:**

## PLAINTIFF'S FIRST INTERROGATORIES TO
## DEFENDANT LIDL US, LLC.

Pursuant to O.C.G.A. §§9-11-26 and 9-11-33, Plaintiff submits to Defendant the following Interrogatories:

## INSTRUCTIONS

(i)     You are required to answer all the following Interrogatories, separately and fully in writing under oath, within thirty (30) days of receipt.

(ii)     You are under a duty to seasonably supplement your responses with respect to any question or request directly addressed to (a) the identity and location of persons having knowledge of discoverable matters; and (b) the identity of each person expected to be called as an expert witness at trial, the subject matter on which he/she is expected to testify and the substance of his/her testimony.

(iii)     You are under a duty to seasonably amend a prior response if you obtain information upon the basis of which (a) you know that the response was incorrect when made, or (b) is no longer true.

(iv) Except where specifically limited to a different time period, all inquiries require responses through the date of final disposition of this litigation.

## DEFINITIONS

1.     The term "Plaintiff" shall mean Plaintiff Yoselin Lopez, her attorneys or agents, and all

persons acting on his behalf. Accordingly, as used herein, the term "Plaintiff" refers without limitation to Plaintiff Yoselin Lopez and her representatives, executors, administrators, successors-in-interest, assigns, agents, attorneys, employees, consultants, partners, and anyone else currently or formerly acting or purporting to act on her behalf for any purpose whatsoever.

2.      As used herein, the terms "Defendant" shall refer to LIDL US, LLC and its representatives, predecessors, successors, parents, subsidiaries, affiliates, divisions, executors, administrators, successors-in-interest, assigns, agents, attorneys, employees, officers, directors, consultants, partners, and anyone else currently or formerly acting or purporting to act on its behalf for any purpose whatsoever.

3.      The terms "communication[s]," "communicate," and "communicated" shall be construed to refer to any contact, oral or written, formal or informal, at any time or place, under any circumstances, in any manner, whereby information of any nature is transmitted or transferred.

4.      "Complaint" means the complaint for damages that was filed under the civil action file number appearing on the caption of the instant document.

5.      The term "Answer" shall mean Defendant's answer to the complaint that was filed or will be filed by Defendant under the civil action file number appearing on the caption of the instant document.

6.      "Concern" or "concerning" means relating to, bearing on, involving, engaging, occupying or regarding.

7.      "Document" is used herein in its broadest sense and includes any writings, recordings or photographs, whether original or duplicate, as defined in O.C.G.A. § 9-11-34(a), and shall also include but not be limited to all writings, emails, letters, telephone memoranda, inter-office memoranda, memoranda of conversations, notes, telegrams, telexes, diaries, minutes, calendars, studies, logs, accounting reports, ledgers, journals, books, notebooks, plans, records, forms, charts, graphs, worksheets, estimating sheets, computation sheets, computer printouts and programs, and all other things of like nature, including drafts or non-identical reproductions, in any form, of the foregoing items. "Document" also includes and refers to information recorded and/or stored on tape, disc, record or by electronic or other means, as well as information stored on computer systems, microfilms, microfiche, and the like. Any document containing written or other interlineations in addition to that contained on another document must be produced in addition to that other document. "Document" also includes and refers to the file or any container holding, or which once held any documents, as well as to any writing or printing which may appear on such file or container. "Documents" also

includes all documents annexed to the responsive document.

8.      When used in reference to a person, "identify" means to set forth: the person's name; the person's present or last known business address and telephone number and, if applicable e-mail address; the person's present or last known residence address and telephone number; the person's present employer and position; and if the person is employed by you, and holds or once held an executive, managerial, and/or supervisory position for any kind of commercial or financial activity, each position the person has held with you and the period of time during which such position was held.

9.      When used in reference to a document, "identify" means to set forth: the document's date and approximate date of preparation; the document's title, if any; the type of document; the substance of the document, including, but not limited to, its subject matter; the present and/or last known location of the document and any copies of it, as well as the name of the custodian of the document and/or any copies of it; the identity of each person who was its author and/or signatory.

10.     When used in reference to a payment or to a transfer of property, "identify" means to set forth: the date of that day if the payment or other transfer was completed in the course of a single day; state if the payment or other transfer was not completed in the course of a single day: the date the transferor sent the property to the transferee/recipient; and the date the transferee received the property; the method of payment or other transfer (i.e., check, cash, cashier's check, wire transfer, etc.); if the payment or other transfer was by check, state: the date of the check; the amount of the check; the payer of the check; the payee of the check; the endorser of the check; the date the check was cashed or deposited; and if the check was returned for insufficient funds and was later re-deposited, the date the check was returned, the date it was re-deposited, and the date it was honored; the identity of the transferor and transferee of the property transferred; the nature and amount of the property transferred; the benefit or consideration received by the transferor in exchange for the property transferred; and the identification of all documents relating to or referring to the payment or other transfer.

11.     "Person" shall be construed to include any natural person and legal entity, including without limitation individuals, partnerships, firms, associations, joint ventures, corporations, proprietorships, or other entities, whether real or fictitious, and/or arising by operation of law.

12.     The terms "referring" or "relating to" shall be construed to mean constituting, reflecting, representing, supporting, contradicting, stating, describing, recording, noting, embodying, containing, relevant to, mentioning, studying, analyzing, discussing, or evaluating.

13.     "Reflecting" means embodying, containing, recording, noting, referring to, relating to, describing, or mentioning.

14.     The term "Incident" shall mean the incident involving Plaintiff described in the Complaint wherein Plaintiff fell while at Defendant LIDL US, LLC.'s store location at 4844 Floyd Rd. Mableton GA 30126 on or about April 18, 2022.

15.     The term "Premises" shall mean Defendant LIDL US, LLC.'s store location at 4844 Floyd Rd. Mableton GA 30126.

<strong><u>INTERROGATORIES</u></strong>

1.     If you contend that jurisdiction, venue, or service is improper as to you or that you are not a proper party to this action, please state all facts upon which you rely in support of your contention, state the county in which venue is proper, the address at which you can be properly served, why you are not a proper party to this action and the name and address of any party who you claim is the proper party defendant in this action.

2.     Please identify the name, address and telephone number of all persons who to your knowledge: (a) were witnesses to the incident; (b) arrived at the scene within thirty (30) minutes of the incident; and/or (c) has knowledge concerning the incident.

3.     Describe fully and completely all arrangements the Defendant or any of its agents or employees had for the care and maintenance of the premises, including the floors of the premises and the floors in the area where the incident occurred.

4.     State the name, address, and employer of all persons who, to your knowledge, information, or belief, have investigated any aspect of the incident described in Plaintiff's complaint.

5.     Identify the substance of any and all statements made by Plaintiff to any other individual with regard to the incident described in Plaintiff's complaint, including the identity, address and telephone number of the person or persons to whom such statements were made.

6.     Please indicate whether Defendant is in possession of any reports related to the incident. If so, please provide the names, addresses and telephone numbers of all persons who participated in

preparing the report, as well as the names, addresses and telephone numbers of those persons who presently have custody of said report(s).

7.      List the names and addresses of all persons who were employed by Defendant, whose duties included any aspect of store inspections and/or maintenance at the premises, including, but not limited to, inspections and/or maintenance of the area of the incident involving Plaintiff and described in the complaint, for the period commencing April 18, 2021 through and including April 18, 2022 and in providing your answer, please indicate which individuals are no longer employed by Defendant.

8.      Please state with specificity any and all procedures that were in place for the period commencing April 18, 2021 through and including April 18, 2022, regarding the inspection and maintenance of the area where the Incident forming the basis of Plaintiff's complaint occurred.

9.      Please state the names, addresses, telephone numbers and titles of the persons having the most knowledge concerning Defendant's inspection procedures with respect to the area where the incident forming the basis of Plaintiff's complaint occurred commencing April 18, 2021 through and including April 18, 2022.

10.     Please identify any dates of inspection, for the period commencing April 18, 2021, through and including April 18, 2022 on which Defendant inspected the area where the incident occurred.

11.     Was the condition of the area where the incident occurred remediated or altered in any way after the incident? If so, please indicate who ordered the remediation or alteration, the reason for the remediation or alteration, and what was done to remediate or alter the area.

12.     Please state in detail the factual basis for each defense raised in your answer to Plaintiff's complaint.

13.     If Defendant alleges that Plaintiff caused or contributed in any way to the incident forming the basis of her complaint, please state all facts supporting such allegations and identify all persons possessing knowledge of said facts.

14.     Please state whether or not you contend any other person contributed in any way to the subject incident, and if so, pleases state:

      A.     the name and address of the person who you contend contributed to same; and

      B.     please state in detail the allegations of negligence, common law or negligence per se, allegations which you contend were committed by said person.

15.     What are the names, addresses, home telephone numbers, places of employment, job title or capacities, and present whereabouts of all witnesses known to you or to your representatives acting on your or their behalf who saw, or claim they saw, all or any part of the occurrence complained of in this action.

16.     What are the names, addresses, home telephone numbers, places of employment, job title or capacities, and present whereabouts of all persons having knowledge of any aspect of this case?

17.     What are the names, addresses, home telephone numbers, places of employment, job title or capacities, and present whereabouts of all persons known to you or your representative who have given written or recorded statements covering the facts and circumstances of the incident which is the subject matter of this litigation, listing for each such statement, the date of same and by whom each said statement was given, and who presently has possession, custody or control of any statement?

18.     Do you, your attorneys, your insurer or anyone acting on your or their behalf have or know of any photographs, motion pictures, video tapes, maps, drawings, diagrams, measurements, surveys, or other descriptions concerning the events and happenings alleged in this action, the scene of the incident, or the area made either before, after, or at the time of the incident in question, including any photographs, video tapes, or movies made of Plaintiff herein at any time since the incident referred to in the complaint.

19.     Please state whether or not there was any liability insurance in force on the date of the occurrence complained of which extended coverage to you, and for each such policy please state:

A.      The name of the insured in said policy;

B.      The policy number of each said policy;

C.      The name of each insurance company who issued said policy; and,

D.      The limits of liability for personal injury under each and every applicable policy.

20.     Please identify all experts you have engaged or will engage to assist in the investigation and/or defense of this lawsuit.

21.     Please state the name, address, and telephone number of each person you expect to call as an expert witness at the trial of this case and for each such person give the subject matter on which he or she is expected to testify, the substance of the facts and opinions to which he or she is expected to testify and a summary of the grounds for each such opinion.

22.     In regard to any document that has not been produced on grounds of alleged privilege or protection of any kind, please state the following: (a) the date each document was generated; (b) the person generating each document; (c) the present custodian of each document; and (d) a description of each document

This the 26th day of June, 2023.

Respectfully submitted,
**ACOSTA INJURY LAW**

*Cacosta*

_____

Claudia Caycho Acosta
Georgia Bar No.: 828889
Tandeka Sitole
Georgia Bar No.: 376987
*Attorneys for Plaintiff*

**Acosta Injury Law**
2965 Flowers Rd S, Ste 120
Chamblee, GA 30341
(404) 476-4477
claudia@acostainjurylaw.com
tandeka@acostainjurylaw.com

BLCPM2N-RME
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**23-A-2796**

JUN 26, 2023 10:43 AM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

**YOSELIN LOPEZ,**

       **Plaintiff,**

v.

**LIDL US, LLC.**

**&**

**JOHN DOE,**

       **Defendants.**

**CIVIL ACTION**
**FILE NO.:**

### PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
### OF DOCUMENTS TO DEFENDANT LIDL US, LLC.

Pursuant to O.C.G.A. §§9-11-26 and 9-11-34, Plaintiff serves LIDL US, LLC. with Plaintiff's

First Request for Production of Documents. The documents are to be produced at the offices of

Acosta Injury Law located at 2965 Flowers Rd S, Ste 120 Chamblee, GA 30341

### DEFINITIONS.

The following definitions apply to Plaintiff's First Request for Production of Documents to
Defendant:

1.     The term "Plaintiff" shall mean Plaintiff Yoselin Lopez, her attorneys or agents, and all
persons acting on her behalf. Accordingly, as used herein, the term "Plaintiff" refers without limitation
to Plaintiff Yoselin Lopez and her representatives, executors, administrators, successors-in-interest,
assigns, agents, attorneys, employees, consultants, partners, and anyone else currently or formerly
acting or purporting to act on her behalf for any purpose whatsoever.

2.     As used herein, the terms "Defendant" shall refer to LIDL US, LLC. and its representatives,
predecessors, successors, parents, subsidiaries, affiliates, divisions, executors, administrators,
successors-in-interest, assigns, agents, attorneys, employees, officers, directors, consultants, partners,
and anyone else currently or formerly acting or purporting to act on its behalf for any purpose
whatsoever.

3.      The terms "communication[s]," "communicate," and "communicated" shall be construed to refer to any contact, oral or written, formal or informal, at any time or place, under any circumstances, in any manner, whereby information of any nature is transmitted or transferred.

4.      "Complaint" means the Complaint for Damages that was filed under the civil action file number appearing on the caption of the instant document.

5.      The term "Answer" shall mean Defendant's Answer to the complaint that was filed or will be filed by Defendant under the civil action file number appearing on the caption of the instant document.

6.      "Concern" or "concerning" means relating to, bearing on, involving, engaging, occupying, or regarding.

7.      "Document" is used herein in its broadest sense and includes any writings, recordings or photographs, whether original or duplicate, as defined in O.C.G.A. § 9-11-34(a), and shall also include but not be limited to all writings, emails, letters, telephone memoranda, inter-office memoranda, memoranda of conversations, notes, telegrams, telexes, diaries, minutes, calendars, studies, logs, accounting reports, ledgers, journals, books, notebooks, plans, records, forms, charts, graphs, worksheets, estimating sheets, computation sheets, computer printouts and programs, and all other things of like nature, including drafts or non-identical reproductions, in any form, of the foregoing items. "Document" also includes and refers to information recorded and/or stored on tape, disc, record or by electronic or other means, as well as information stored on computer systems, microfilms, microfiche and the like. Any document containing written or other interlineations in addition to that contained on another document must be produced in addition to that other document. "Document" also includes and refers to the file or any container holding, or which once held any documents, as well as to any writing or printing which may appear on such file or container. "Documents" also includes all documents annexed to the responsive document.

8.      When used in reference to a person, "identify" means to set forth: the person's name; the person's present or last known business address and telephone number and, if applicable e-mail address; the person's present or last known residence address and telephone number; the person's present employer and position; and if the person is employed by you, and holds or once held an executive, managerial, and/or supervisory position for any kind of commercial or financial activity, each position the person has held with you and the period of time during which such position was held.

9.      When used in reference to a document, "identify" means to set forth: the document's date and

approximate date of preparation; the document's title, if any; the type of document; the substance of the document, including, but not limited to, its subject matter; the present and/or last known location of the document and any copies of it, as well as the name of the custodian of the document and/or any copies of it; the identity of each person who was its author and/or signatory.

10.     When used in reference to a payment or to a transfer of property, "identify" means to set forth: the date of that day if the payment or other transfer was completed in the course of a single day; state if the payment or other transfer was not completed in the course of a single day: the date the transferor sent the property to the transferee/recipient; and the date the transferee received the property; the method of payment or other transfer (i.e., check, cash, cashier's check, wire transfer, etc.); if the payment or other transfer was by check, state: the date of the check; the amount of the check; the payer of the check; the payee of the check; the endorser of the check; the date the check was cashed or deposited; and if the check was returned for insufficient funds and was later re-deposited, the date the check was returned, the date it was re-deposited, and the date it was honored; the identity of the transferor and transferee of the property transferred; the nature and amount of the property transferred; the benefit or consideration received by the transferor in exchange for the property transferred; and the identification of all documents relating to or referring to the payment or other transfer.

11.     "Person" shall be construed to include any natural person and legal entity, including without limitation individuals, partnerships, firms, associations, joint ventures, corporations, proprietorships, or other entities, whether real or fictitious, and/or arising by operation of law.

12.     The terms "referring" or "relating to" shall be construed to mean constituting, reflecting, representing, supporting, contradicting, stating, describing, recording, noting, embodying, containing, relevant to, mentioning, studying, analyzing, discussing, or evaluating.

13.     "Reflecting" means embodying, containing, recording, noting, referring to, relating to, describing, or mentioning.

14. The term "Incident" shall mean the incident involving Plaintiff described in the Complaint wherein Plaintiff fell while at Defendant LIDL US, LLC.'s store location at 4844 Floyd Rd. Mableton GA 30126 on or about April 18, 2022.

15.     The term "Premises" shall Defendant mean Defendant LIDL US, LLC.'s store location at 4844 Floyd Rd. Mableton GA 30126.

## REQUESTS TO PRODUCE

1.

Please produce any and all reports, findings, records, or any other documents, letters or other items of documentary or tangible evidence which prove, support or constitute evidence of any fact or circumstance upon which you base the allegations or defenses contained in your answer.

2.

Please produce any and all reports, findings, records or any other documents, letters or other items of documentary or tangible evidence referred to in your answers to Plaintiff's First Interrogatories to Defendant.

3.

Please produce any and all reports, findings, records or any other document, letters or other items of documentary or tangible evidence relied upon to demonstrate or support facts relevant to this litigation.

4.

Please produce any and all books, documents or reports outlining the opinions of any "expert" witnesses referred to in your answers to Interrogatories.

5.

Please produce any statements (written, recorded or otherwise) obtained from Plaintiff.

6.

Please produce any statements (written, recorded or otherwise) obtained from any person who claims to have seen or who saw any part of the incident complained of in this action.

7.

Please produce any statements (written, recorded or otherwise) obtained from any person who has knowledge of any aspect of this case.

8.

Please produce any photographs, motion pictures, video tapes, maps, drawings, diagrams, measurements, surveys or other descriptions concerning the events and happenings alleged in this action and /or the scene of the Incident, made before, during, after, or at the time of the incident in question, including, but not limited to, any photographs, video tapes, or movies made of the area where the Incident occurred, the Incident itself, and/or Plaintiff herein at any time since the incident referred to in the complaint.

9.

For the time period of April 18, 2021, through and including April 18, 2022, please produce any documents referring to, evidencing or referencing any maintenance performed at the Premises, including, but not limited to, maintenance of the area where the Incident occurred.

10.

For the time period of April 18, 2021, through and including April 18, 2022, please produce any documents referring to, evidencing or referencing any inspection performed on the Premises, including, but not limited to, any inspection of the area where the incident occurred.

11.

Please produce any and all policy and procedure manuals, guidelines, memoranda or other documents evidencing any policies and procedures concerning the inspection, cleaning or maintenance of the area where the incident forming the basis of Plaintiff's complaint occurred.

12.

To the extent that there have been any complaints made to Defendant about the area where the incident forming the basis of Plaintiff's complaint occurred, please produce any correspondence, memoranda, report, record, or any other document evidencing, referencing or relating to any such complaints.

13.

To the extent that any remedial or other measures were undertaken to repair, fix or change in any way the area where the incident forming the basis of Plaintiff's complaint occurred after said incident, please produce any and all documents evidencing, referencing or relating to any such measures.

14.

Please produce any and all leases or contracts with any outside contractors or agencies for performance of maintenance services in the area where Plaintiff fell.

15.

Please produce any e-mail, interoffice correspondence, memoranda, report, telephone log, message or other documents concerning the Incident forming the Plaintiff's complaint.

16.

Please produce any e-mail, interoffice correspondence, memoranda, report, telephone log, message or other documents concerning Plaintiff.

17.

Please produce any documents relating to any changes made to policies, procedures, protocols, rules, regulations and guidelines since the incident forming the basis of Plaintiff's complaint.

18.

Please produce any invoices, records, proposals, work orders, maintenance records or other documents for work performed in the area where the Incident forming the basis of Plaintiff's complaint occurred in the last five years.

19.

Please produce any surveillance videos taken on the day of the Incident forming the basis of Plaintiff's complaint.

20.

Please produce any invoices, receipts, change orders, work orders, spreadsheets, computer documents or other records concerning any audits, evaluations, maintenance, cleaning or inspections of the area where Plaintiff fell for the past five years.

This the 26th day of June, 2023.

Respectfully submitted,
**ACOSTA INJURY LAW**

Claudia Caycho Acosta
Georgia Bar No.: 828889
Tandeka Sitole
Georgia Bar No.: 376987
*Attorneys for Plaintiff*

**Acosta Injury Law**
2965 Flowers Rd S, Ste 120
Chamblee, GA 30341
(404) 476-4477
claudia@acostainjurylaw.com
tandeka@acostainjurylaw.com

ID# 2CBLCPM2N-33D
**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-2796**

**JUN 26, 2023 10:43 AM**

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

**YOSELIN LOPEZ,**

     **Plaintiff,**

v.

**LIDL US, LLC.**

**&**

**JOHN DOE,**

     **Defendants.**

**CIVIL ACTION
FILE NO.:**

## NOTICE OF CONSENT TO ELECTRONIC SERVICE

In conformity with O.C.G.A. § 9-11-5(f)(1)(A), Counsel for Plaintiff(s) Claudia Caycho-Acosta hereby gives notice that Plaintiff consents to being served with *STATUTORY ELECTRONIC SERVICE*, of pleadings and other legal notifications at the following email addresses:

claudia@acostainjurylaw.com

tandeka@acostainjurylaw.com

The undersigned will not accept such service at any other email address. It is also requested that Service conform to statute by stating STATUTORY ELECTRONIC SERVICE in the subject line.

This the 26th day of June 2023.

Respectfully submitted,
**ACOSTA INJURY LAW**

Claudia Caycho Acosta
Georgia Bar No.: 828889
Tandeka Sitole
Georgia Bar No.: 376987
*Attorneys for Plaintiff*

**Acosta Injury Law**
2965 Flowers Rd S, Ste 120
Chamblee, GA 30341
(404) 476-4477
claudia@acostainjurylaw.com
tandeka@acostainjurylaw.com