# EXHIBIT 6

# IN THE STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| YOSELIN LOPEZ | ) |
| | ) |
| *Plaintiff,* | ) CIVL ACTION |
| | ) FILE NO. 23-A-2796 |
| vs. | ) |
| | ) |
| LIDL US, LLC & JOHN DOE, | ) |
| | ) |
| *Defendants.* | ) |

**DEFENDANT LIDL, US LLC'S NOTICE OF FILING OF NOTICE OF REMOVAL**

TO:   Clerk, State Court of Cobb County, Georgia.

In compliance with 28 U.S.C. § 1446(d), you are hereby notified of the filing of a Notice of Removal of this action to the United States District Court for the Northern District of Georgia, Atlanta Division, a copy of said Notice of Removal being attached hereto as **Exhibit 1.**

This 11th day of August, 2023.

                                                      **DREW ECKL & FARNHAM, LLP**

                                                      */s/ Andrew D. Horowitz*
                                                      Andrew D. Horowitz
                                                      Georgia Bar No. 367815
                                                      Kimberly E. Coleman
                                                      Georgia Bar No. 585929
                                                      ***Attorneys for Defendants***

303 Peachtree Street
Suite 3500
Atlanta, Georgia 30308
T: (404) 885-1400
E: ahorowitz@deflaw.com
E: colemank@deflaw.com

13717670v1
07642-263791

## CERTIFICATE OF SERVICE

I certify that, on the date below, I served all parties in the foregoing matter with a copy of the foregoing *Notice of Filing of Notice of Removal* by statutory electronic service on each party's counsel of record, properly addressed as follows:

>Claudia Caycho Acosta
>Tandeka Sitole
>Acosta Injury Law
>2965 Flowers Road S, Ste 120
>Chamblee, GA 30341
>claudia@acostainjurylaw.com
>tandeka@acostainjurylaw.com
>***Attorneys for Plaintiff***

This 11th day of August, 2023.

>**DREW ECKL & FARNHAM, LLP**
>
>*/s/ Kimberly E. Coleman*
>Kimberly E. Coleman
>Georgia Bar No. 585929
>***Attorney for Defendants***

303 Peachtree Street
Suite 3500
Atlanta, Georgia 30308
T: (404) 885-1400
E: colemank@deflaw.com

13717670v1
07642-263791