# EXHIBIT A

**IN THE MAGISTRATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA**

Plaintiff(s): Jamaree R. James (6)775-9078
10470 Saint Mark Way
Fairburn Ga 30213

vs.

Defendant(s): Transunion LLC
555 W Adams St
Chicago, IL 60661-5719

Clerk, Gwinnett Magistrate Court, P.O. Box 246
Lawrenceville, GA 30046-0246 (770.822.8100, Ext. Civil Division)

Civil Action No. 23M26768

INFO & FORMS ON INTERNET
www.gwinnettcourts.com
E-mail: mag@gwinnettcounty.com

**STATEMENT OF CLAIM**

Telephone (Daytime number if known, otherwise, evening number)

[ ] Suit on Note   [ ] Suit on Account   [✓] Other _____

1. The Court has jurisdiction over the defendant(s) [✓] the Defendant(s) is a resident of Gwinnett County; [ ] Other (please specify)

2. Plaintiff(s) claims the Defendant(s) is/are indebted to the Plaintiff as follows: (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim)

Defendants violated 15 USC 1681n- Civil liability for willful noncompliance by willfully failing to comply with any requirement imposed under 15 USC 1681, reporting info in willful noncompliance of 15 USC 1681b(a)(1)(2). Plaintiff is claiming identity theft in accordance to FCRA subchapter F 603.2, also claiming defamation of character, willful negligence & willful damage to consumer credit worthiness.

3. That said claim is in the amount of: $ 15,000   principal,   $ 0   interest, plus   $ court fees ($100)
costs to date, and all future costs of this suit.

State of Georgia, Gwinnett County:

Jamaree R. James _____ being duly sworn on oath, says the foregoing is a just and true statement of the amount owing by defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this 11 day of July 20 23

Plaintiff or Agent: [signature]
(If Agent – Title or Capacity)
Day Time Phone Number (6) 775-9078

Notary Public/Attesting Official: [signature]

I request a civil trial [✓] during normal business hours   - OR -   [ ] 6:30 PM, evening trials. **ALL CONFLICTS ARE SCHEDULED FOR 6:30 PM.**

**NOTICE AND SUMMONS**

TO: All Defendant(s)
You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. **YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER** (answer forms can be obtained from the above listed web-site or clerk's office) **TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, *JUDGMENT BY DEFAULT* WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE.** If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period. **NO TELEPHONE ANSWERS ARE PERMITTED.** The court will hold a hearing on this claim at the Gwinnett Justice & Administration Center, 75 Langley Dr., Lawrenceville, GA 30046, at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff, you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff's claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

Filed this 11 day of July 20 23   [signature]
Magistrate or Deputy Clerk of Court

See Instructions on Reverse Side of This of this Document

**GENERAL INSTRUCTIONS --IF YOUR CASE GOES TO TRIAL**

The instructional tape, "I PRESENT MY CASE" is currently scheduled for viewing on the Gwinnett County Public Access Channel, Channel 23. Current scheduling can be confirmed on the web-site, www.gwinnettcounty.com, click on Calendar and then on TV Gwinnett. This video gives general instructions on some aspects of presenting your own case at trial.

Additional information about the Magistrate Court and civil proceedings is available on the courts website at www.gwinnettcourts.com. Click on the "Magistrate" tab.

You must be prepared and **ON TIME**. Bring all of your witnesses, documents, photographs, etc. to court with you. If you are late, you may automatically lose your case and you may not have an opportunity to present your side of the issue. If you must be late, contact the court well in advance during normal business hours so that the calendar can be properly marked.

The following may help you in preparing your claim or defense:
- All parties shall notify the Clerk of Court in writing of any address change, or daytime telephone number change. All court notices come by regular mail. If you fail to provide your new address, you may miss your trial & lose your case.
- Bring the following to court to help prove your case:
    - Written contracts, leases, IOUs, notes, and all written documents applicable to the case.
    - Letters and/or papers relating to the case.
    - Bills or estimates, invoices. (The person(s) who prepared the bills or estimates should accompany you to court.)
    - Canceled checks and/or other proof of payment.
    - Photographs, audio and video tapes and the means for playing them in court.
    - Witnesses. (They should accompany you. Notarized statements CANNOT be accepted as evidence at a trial.)
    - All other evidence you consider relevant.
- Bring to court all witnesses having firsthand knowledge of the case meaning that they have not heard evidence from someone else. [NOTE: Impartial witnesses who have no stake in the outcome of the case are generally more believable.]
- Get a subpoena (order to appear) from the Clerk of Court for some witnesses to make certain that they appear.
- To obtain documents, get subpoenas for the production of documents from the Clerk of Court.
- This case involves damage to property. (for example, a car, the home, etc.)
    - I can describe the damage in detail and I have repair bills, written estimates of damage or repair, or other reliable evidence to help support **my opinion of the value of the property before and/or after** the damage. [NOTE: a case involving damages must always be proved by LIVE TESTIMONY]. Bring/subpoena the person to court who prepared any estimates.
    - I can describe the condition of the property before the damage and I have determined what it was worth then. I have a Bluebook/Blackbook guide or newspaper ads to help prove my opinion. I can describe with reasonable certainty the cost of repairs. I have researched the law as to the correct measure of damages.

For the Plaintiffs:
- The party I have named is the one who is liable to me. (There is not another person or corporation who really owes the money to me. Just because a person is an officer/registered agent of a corporation does not make that person liable.)
- I can prove the amount of the complaint. I have not asked for more money than is really owed me.

For the Defendants:
- I filed an answer/counterclaim to the Plaintiff's claim on time.
- I do not owe the money because someone else is legally responsible, a third party or a corporation.
- I do not owe the Plaintiff anything for some other reasons.
- The Plaintiff is suing for more than the damage done.
- The Plaintiff owes me money and I have set forth the amount owed me in my counterclaim. (A counterclaim must be proven to a "preponderance of the evidence" in the same manner as Plaintiff's claim.)
- I owe most or all of the money the Plaintiff claims but I need more time to pay it. I need to set up a payment plan. I will try to work this out with the plaintiff before court. Otherwise, I will tell the judge I need a payment plan at the court date.

NOTE: This is not an exhaustive list of the items you may need in court nor is it a complete list of the things to be considered in presenting your case. Each case is different and should be considered carefully before appearing in court.

The Magistrate Court attempts to use simple procedures but is subject to the same rules of law and evidence as any other court. You may wish to seek legal advice from an attorney if the importance of your case warrants it. You have the responsibility for presenting your case and this form gives only general advice which may not be adequate in your case.

# GWINNETT COUNTY MAGISTRATE COURT

JAMAREE R JAMES

Plaintiff,

v.

TransUnion

Defendant,

Case NO.: 23M26768

FILED IN OFFICE
CLERK MAGISTRATE COURT
GWINNETT COUNTY, GA
2023 JUL 11 PM 2:06
TIANA P. GARNER, CLERK

## COMPLAINT DEMAND FOR JURY TRIAL

### I. INTRODUCTION

1. This is a civil action by Plaintiff, an individual consumer, seeking actual, statutory and punitive damages against Defendant TransUnion for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (Hereinafter "FCRA"), and defamation. The FCRA states that credit reporting agencies must follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates and that a credit reporting agency can furnish data on a consumer report by way of court with the proper jurisdiction for judgment file against the consumer or by written consent of the consumer in whom it relates in accordance to 15 U.S. Code § 1681b(a)(1)(2).

### II. JURISDICTION AND VENUE

2. Jurisdiction of this court arise under 15 U.S. Code § 1681(p) and 28 U.S.C. 1331. Venue in this District is proper in that the Defendant transacts business in the city Fairburn, Fulton County, Georgia the conduct complained of occurred in Fairburn, Fulton County, Georgiaia.

### III. Parties

3. Plaintiff is a natural person residing in Fairburn, Fulton County, Georgia. Plaintiff is a "consumer" as defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681a, (b) and (c).

4. Upon information and belief Defendant, TransUnion is a corporation with its principal place of business located at 555 W Adams St, Chicago, IL 60661 and its registered is Prentice Hall Corporation agent located at 211 E. 7th Street Suite 620, Austin, TX, 78701.

5. Upon information and belief, Defendant TransUnion is an Illinois corporation duly authorized and qualified to do business in the State of Georgia.

6. Other parties, Danielle Nowlin Senior Analyst Legal Operations.

### IV. FACTS OF THE COMPLAINT

7. Plaintiff is a natural person residing in Fairburn, Fulton County, Georgia. Plaintiff is a "consumer" as defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681a, (b) and (c).

8. Defendant is a 'credit reporting agency in accordance with the Fair Credit Reporting Act, 15 U.S.C. § 1681

9. On or about May 20, 2023 Plaintiff reviewed his credit report on "identityiq.com"

10. On the report Plaintiff noticed fraudulent trade lines being reported on his consumer report from Defendant, TransUnion.

11. Defendant reported the following trade lines 1. NAVY FCU 00014300152693****, 2.NAVY FCU 00014300153435****, 3.NAVY FCU 00014300155746****, 4. NAVY FCU 014032****, 5. FIGURELEND 821281****, 6. SYNCB/AMERSG 601919380994****.

12. On May 20, 2023, Plaintiff sent a certified mail complaint asking Defendant for evidence of its proof of authority, legal and/or lawful authority to report these accounts in accordance to 15 USC 1681b(a)(1)(2).

15 U.S. Code § 1681b - Permissible purposes of consumer reports

(a) **In general**

Subject to subsection (c), any consumer reporting agency may furnish a consumer report under the following circumstances and no other:

(1) In response to the order of a court having jurisdiction to issue such an order, a subpoena issued in connection with proceedings before a Federal grand jury, or a subpoena issued in accordance with section 5318 of title 31 or section 3486 of title 18.

(2) In accordance with the written instructions of the consumer to whom it relates.

13. Defendant responded with the accounts being verified.

14. Plaintiff sent multiple demand letters and invoices for payment for Defendants violations of the FCRA, with the last one being sent 6/22/2023, Plaintiff never received any monetary compensation for damages in accordance with the FCRA.

15. Defendant continues to report these accounts on Plaintiffs consumer report.

16. Defendant's falsely and fraudulent reporting these tradeline has severely damaged the credit reputation of

Plaintiff lowering Plaintiff's FICO scores, causing severe humiliation, emotional distress, mental anguish, financial

damages, several denials of extension of consumer credit and defamation of Plaintiffs character.

17. Plaintiff is seeking damages in the amount of $15,000, for violations of the FCRA and identity theft.

18. On 6/22/2023, Plaintiff sent a certified mail complaint again to Danielle Nowlin Senior Analyst Legal Operations asking Defendant for evidence of its proof of authority, legal and/or lawful authority to report these accounts in accordance to 15 USC 1681b(a)(1)(2).

19. Also pursuant to FCRA Subchapter F 603.2 the Defendant is committing identity theft, as defined:

§ 603.2 Identity theft.

(a) The term "identity theft" means a fraud committed or attempted using the identifying information of another person without authority.

## V. FIRST CLAIM FOR RELIEF 15 U.S. Code § 1681n

20. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

21. The Defendant violated the FCRA.

22. The Defendant violations include, but are not limited to the following:

15 U.S. Code § 1681n - Civil liability for willful noncompliance by willfully failing to comply with any requirement imposed under 15 U.S. Code § 1681, reporting information in willful noncompliance of 15 U.S. Code § 1681b(a)(1)(2). Plaintiff, is claiming identity theft in accordance to FCRA Subchapter F 603.2, also claiming defamation of character, willful negligence and willful damage of consumer credit worthiness.

23. As a result of the above violation(s) of the FCRA, the Defendant is liable to Plaintiff for actual damages, statutory damages, cost and violations of the FCRA in the amount of $1,000 per violation.

## JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands a jury and request that the judgment be entered in favor of Plaintiff and against the Defendants for:

A. Judgement for violations occurred for violating the FCRA in the amount of $1,000 per inaccurate reported trade lines;
B. Actual damages pursuant to 15 U.S. Code § 1681n(1)(2)
C. Statutory damages pursuant 15 U.S. Code § 1681n(2);
D. Cost pursuant 15 U.S. Code § 1681n(3);
E. For such other and further relief as the Court may deem just and proper.
F. Removal of the negative reporting trade lines from consumer report.
G. Award $15,000 in damages for FCRA Violations and Identity Theft.

Dated: 7-5-2023

Respectfully submitted,

By: JAMAREE R JAMES
Address: 6470 SAINT MARK WY FAIRBURN, GA 30213
Tel:(678)-775-9078
Email: jamaree.rjames@gmail.com
Plaintiff

*JAMAREE R JAMES*

Civil Action No. __23M06768__
Date Filed __7/11/23__

Transunion LLC

**Attorney's Address**
Jamaree James
6470 Saint Mark Way
Fairburn Ga 30213

Name and Address of party to be served.
Prentice-Hall Corporation (SYST)
2 Sun Court, Suite 400
Peachtree Corners, Ga 30092

Magistrate Court ☐
Superior Court ☐
State Court ☐
Georgia, Gwinnett County

Jamaree R. James

Plaintiff

VS.

Transunion LLC

Defendant

Garnishee

## Sheriff's Entry Of Service

**Personal** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County. Delivered same into hands of _____ described as follows: age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches; domiciled at the residence of defendant.

**Corporation** ☒ Served the defendant __Transunion LLC__ a corporation by leaving a copy of the within action and summons with __Alista Smith__ in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This __14__ day of __July__, 20__23__

__J. Williams 3035__
Deputy

Sheriff Docket _____ Page _____

Gwinnett County, Georgia

WHITE: Clerk    CANARY: Plaintiff / Attorney    PINK: Defendant

SC-2 Rev.3.13

Civil Action No. __23M26768__

Date Filed __7/11/23__

Magistrate Court ☐
Superior Court ☐
State Court ☐
Georgia, Gwinnett County

__Jamaree R. James__

**Plaintiff**

Attorney's Address
Jamaree James
6470 Saint Mark Way
Fairburn Ga 30213

Name and Address of party to be served.
Transunion Mail Combination (SYS)
2 Sun Court, Suite 400
Peachtree Corners Ga 30092

VS.

__Transunion LLC__

**Defendant**

**Garnishee**

## Sheriff's Entry Of Service

**Personal ☐** I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious ☐** I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation ☒** Served the defendant __Transunion LLC__ a corporation
by leaving a copy of the within action and summons with __Elisa Turner__
in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail ☐** I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est ☐** Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This __14__ day of __July__, 20__23__.

_____
Deputy

Sheriff Docket _____ Page _____

Gwinnett County, Georgia

WHITE: Clerk     CANARY: Plaintiff / Attorney     PINK: Defendant

SC-2 Rev.3.13