AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| RANDALL BONDS, Individually and For Others Similarly Situated <br><br> *Plaintiff(s)* <br> v. <br><br> CURVATURE LANDSCAPES & DESIGN, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Curvature Landscapes & Design, Inc.
c/o: Lisa Bennette
1427 Railroad Ave.
Sugar Hill, Georgia 30518

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeremy Stephens, Esquire
Morgan & Morgan, P.A.
191 Peachtree Street, N.E.
Suite 4200
Atlanta, Georgia 30343-1007
Telephone (404) 965-1682

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*