# EXHIBIT "B"



**PRITCHARD**
I N J U R Y   F I R M

February 9, 2023

20230215066465

*Via Email katherine.vance@sedgwick.com*
**and Certified Mail, RRR**
Sedgwick Claims Management
**ATTN: Katherine Vance**
P.O. Box 14432
Lexington, KY 40512

|  | RE: | Claim Number: | 4A2211176RG-0001 |
|---|---|---|---|
|  |  | My Client: | Nicole Jeanne Hall Whitehead |
|  |  | Your Insured: | Dollar Tree Stores, Inc. |
|  |  | Date of Loss: | 11/02/2022 |

Dear Katherine,

Nicole Jeanne Hall Whitehead has authorized me to demand $150,000.00 of your insured's policy with Sedgwick Claims Management to resolve the bodily injury claims she has against your insured resulting from the above-referenced incident. In consideration for the 150,000.00, Nicole Jeanne Hall Whitehead will agree to execute a general liability release in favor of Dollar Tree Stores, Inc., and Sedgwick Claims Management. The general liability release is a material term of this offer to settle and is attached hereto as **Exhibit 1**.

### Liability

On November 2, 2022, Nicole Whitehead on the premises of the Dollar Tree store in Acworth, Cobb County, Georgia. As she was shopping, Nicole slipped on some water that had been left on the floor, causing her to fall to the ground. Notably, there were no "wet floor signs" in the area. However, immediately after Nicole fell, a Dollar Tree employee put out a "wet floor sign" in the area in which Nicole fell. Further, prior to her fall, Nicole had not successfully navigated the area.

### Medical

Immediately after the incident, Nicole presented to Piedmont Cartersville Medical Center Emergency Department for evaluation. Nicole reported experiencing left-sided abdominal pain and right knee pain after her fall. It is significant to note that Nicole had her gallbladder removed two weeks earlier. Abdomen and pelvis CT scans were run, as well as right knee x-rays.

The following day, Nicole called Dr. Simmons, the doctor who removed her gall bladder, and informed him of her fall and explained that she was now experiencing increased abdominal pain. Nicole did as Dr. Simmons instructed and returned to the Piedmont Cartersville Medical Center Emergency Department. Nicole reported severe abdominal pain. Dr. Matthew Womack and Ms. Jennifer Vernon, NP conducted a physical examination and noted abdominal tenderness in the periumbilical area, left upper quadrant, and left lower quadrant. Laboratory tests were ordered, and additional CT scans of Nicole's abdomen and pelvis were run. The CT scan revealed an abdominal wall contusion. Nicole was advised to continue her pain medications (Percocet) left over from her surgery, and to follow up with Dr. Simmons.

Page 1

---

Due to worsening right knee and ankle pain, Nicole presented to Resurgens Orthopedics on November 21, 2022. Nicole reported ongoing pain and swelling in both her right knee and ankle. She also reported that her knee felt unstable and was going to buckle. Nicole rated her pain as a seven (7) out of ten (10) on the pain scale. Mr. Trevor Wallace, PA performed an examination and noted antalgic gait, pain with right knee flexion, significant medial joint line tenderness, and anterolateral ankle tenderness. Right knee and ankle x-rays were obtained and reviewed. Nicole was diagnosed with *a* suspected right knee meniscus tear and right anterolateral ankle sprain. Mr. Wallace administered a **right knee depo-medrol injection** for pain relief. Heather was prescribed Meloxicam, recommended to undergo an MRI, and referred for physical therapy.

Pursuant to Mr. Wallace's referral, Nicole began physical therapy at Resurgens Orthopedics on November 30, 2022. Nicole reported right knee felt instability with extension when walking. She also reported right lateral malleolus (ankle joint) pain. Mr. Kevin Zember, PT conducted a physical examination and noted antalgic gait, right knee tenderness, and restricted range of motion in her right knee and ankle. Nicole's lower extremity functional scale (LEFS) score was 19/80, indicating a maximum function of 23% only. She was recommended to undergo physical therapy two (2) times a week for six (6) weeks in order to alleviate her pain and restore her function.

On December 10, 2022, Nicole reported to the Institute for Orthopedic Imaging for a right knee MRI. The results revealed a **nondisplaced subchondral stress fracture**, grade-III patellofemoral compartment chondrosis, and small knee joint effusion with synovitis.

On December 19, 2022, Nicole returned to Mr. Wallace at Resurgens Orthopedics for review of her right knee MRI. She reported ongoing right knee pain and that she had to miss work for a couple of weeks due to the pain. Mr. Wallace reviewed the right knee MRI and confirmed the abnormal findings. Nicole was diagnosed with **nondisplaced right lateral tibial plateau subchondral stress fracture and a right anterior lateral ankle sprain.** Mr. Wallace advised Nicole to continue physical therapy for her right ankle. For her knee, Mr. Wallace instructed Nicole to offload her right knee with crutches, go toe-touch weight bearing, and follow up in about a month.

Nicole continued physical therapy treatment as outlined by Mr. Zember. During her visit on January 5, 2023, Nicole reported some improvement with pains levels and range of motion. However, she continued to demonstrate an inability to complete or perform daily activities of prolonged driving or walking. Nicole was recommended to undergo skilled therapeutic intervention to maximize her functional improvement.

To date, Nicole has incurred a total of **$24,696.00** in special damages. Copies of her medical records and itemized statements are attached **Exhibits 2- 5.**

| PROVIDER | CHARGES |
|---|---|
| Piedmont Cartersville Medical Center (2) | $17,388.00 |
| Allatoona Emergency Group, PC (3) | $1,416.00 |
| Resurgens Orthopedics (4) | $5,560.00 |
| Summit Radiology Services (5) | $332.00 |
| TOTAL | S24,696.00 |

Page 2

**Life Impact Statement**

In our clients' own words:

2023021596646 5 *"Ever since I fell in Dollar Tree, I've been in constant pain, which is affecting my quality of life. I'm in pain when I'm driving the school bus for work. I used to drive for Instacart and clean houses for extra money, but I am unable to do anymore because of the of the pain. The pain affects my sleep at night. I walk with a constant limp and must wear a knee brace and compression sock just to get some pain relief."*

*Finally, I am missing out on family time and activities. For example, I can no longer go bowling since the fall. We went bowling as a family frequently prior to my fall. It is my sincerest hope that the injuries and pain from this incident do not continue to affect me for the rest of my life.*

**Conclusion**

This demand is made pursuant to the Georgia Unliquidated Damages Interest Act O.C.G.A. § 51-12-14, its terms and provisions incorporated herein by reference. This demand is also made pursuant to O.C.G.A. § 9-11-67.1 and on behalf of Nicole Jeanne Hall Whitehead. We are providing a reasonable opportunity to settle the claims against your insured under the following terms, as well as those set forth in a general liability release:

(1) You have thirty (30) days from your receipt of this offer to accept it. The 30-day period shall be conclusively established by the green return-receipt-requested postcard provided by the US postal service or proof of receipt/delivery provided by Federal Express.

If we do not receive a timely acceptance, this offer will be deemed rejected, and we will file a lawsuit against your insured to recover the total amount of losses caused by your insured, instead of the general amount afforded by your coverage and other coverage that may be available. Your acceptance of this offer must be made in writing to: **201 West Main Street Cartersville, GA 30120.**

(2) Payment in the amount of $150,000.00 must be made payable to "Nicole Jeanne Hall Whitehead and Pritchard Injury Firm, LLC" within ten (10) days after your written acceptance of this offer to settle. Timely payment is an essential element of acceptance.

(3) Dollar Tree Stores, Inc. and Sedgwick Claims Management will be released from liability subject to the general liability release.

(4) The claims released by accepting this offer are all claims against your above-referenced insured, subject to the terms of the general liability release.

This firm's Tax Identification Number is: 84-1810521. We will be happy to provide a signed W-9 upon your request, but your request does not extend any time limits under this offer.

Should you have any questions or need any additional information to evaluate this demand, please do not hesitate to call. With kind personal regards, I remain

Very truly yours,

David J. Amos

Enclosures (mailed on CD)
cc: Nicole Jeanne Hall Whitehead

Page 3