# EXHIBIT "C"

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| NICOLE WHITEHEAD,<br><br>  Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC., D/B/A DOLLAR TREE STORE #8487, XYZ CORPORATION, and JOHN DOE as MANAGER | Civil Action<br>File No.:    23-A-3033 |

NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant DOLLAR TREE STORES, INC. by and through its counsel of record, has filed a Petition of Removal in the office of the clerk of the United States District Court for the Northern District of Georgia, Atlanta Division. A copy of the Petition for Removal is attached hereto as Exhibit A. By virtue of law, the aforesaid case is removed and all further proceedings in the State Court of Cobb County are stayed.

This 14th day of August, 2023.

                        Goodman McGuffey LLP
                        Attorneys for Dollar Tree Stores, Inc.

        By:    */s/ James T. Hankins, III*
                   JAMES T. HANKINS, III
                   GA State Bar No.  188771
                   JHankins@GM-LLP.com
                   3340 Peachtree Road NE, Suite 2100
                   Atlanta, GA 30326-1084
                   (404) 264-1500 Phone
                   (404) 264-1737 Fax

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| NICOLE WHITEHEAD,<br><br>    Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC., D/B/A DOLLAR TREE STORE #8487, XYZ CORPORATION, and JOHN DOE as MANAGER | Civil Action<br>File No.:    23-A-3033 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel and parties of record with a copy of Notice of Removal by statutory electronic service pursuant to O.C.G.A. § 9-11-5(b) or by depositing a copy of same in the United States Mail, postage prepaid, as follows:

Amber L. Wigley, Esq.
Pritchard Injury Firm, LLC
201 W. Main St.
Cartersville, GA 30120
amber@pritchardinjuryfirm.com
*Attorney for Plaintiff*

P. Zachary Pritchard, Esq.
Pritchard Injury Firm, LLC
P.O. Box 667
Cartersville, Georgia 30120
zach@pritchardinjuryfirm.com
*Attorney for Plaintiff*

David J. Amos, Esq.
Pritchard Injury Firm, LLC
Emerson Overlook
326 Roswell Street
Marietta, GA 30060
david@pritchardinjuryfirm.com
*Attorney for Plaintiff*

This 14th day of August, 2023.

                                <u>*/s/James T. Hankins, III*</u>
                                JAMES T. HANKINS, III
                                GA State Bar No. 188771
                                JHankins@GM-LLP.com
                                Goodman McGuffey LLP
                                3340 Peachtree Road NE, Suite 2100
                                Atlanta, GA 30326-1084
                                (404) 264-1500 Phone
                                (404) 264-1737 Fax