State Court of Fulton County
**E-FILED**
23EV001627
8/14/2023 12:18 PM
Donald Talley, Clerk
Civil Division

# IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| INDIA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE NO.: |
| | ) 23EV001627 |
| v. | ) |
| | ) |
| JOHN DOE, ALI BORE, BORE | ) |
| TRANSPORT, INC., ABSHIR BORE, | ) |
| BORE EXPRESS, INC., AMGUARD | ) |
| INSURANCE COMPANY, and | ) |
| INFINITY SELECT INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING NOTICE OF REMOVAL

NOTICE IS HEREBY GIVEN that that AMGUARD INSURANCE COMPANY, Defendant in the above-styled action, on this date has filed its Notice of Removal in the Office of the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division. A copy of the Notice of Removal (without exhibits) is attached hereto as **Exhibit A**.

This 14th day of August, 2023.

Respectfully submitted,

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

By:      /s/ Drew C. Timmons
      Drew C. Timmons
      Georgia Bar No. 358626
      *Attorney for Defendant AmGUARD*
      *Insurance Company*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309-3231
404.874.8800
404.888.6199 [facsimile]
drew.timmons@swiftcurrie.com



DEFENDANT'S
EXHIBIT
"B"

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **NOTICE OF FILING**

**NOTICE OF REMOVAL** with the Clerk of Court via electronic transmission using Odyssey

eFileGA and served a copy of the foregoing electronically upon all parties of record via Odyssey

eFileGA and via First Class U.S. Mail to Plaintiff.

This 14th day of August, 2023.

Respectfully submitted,

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

By:    /s/ Drew C. Timmons
          Drew C. Timmons
          Georgia Bar No. 358626

          *Attorney for Defendant AmGUARD*
          *Insurance Company*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309-3231
404.874.8800
404.888.6199 [facsimile]
drew.timmons@swiftcurrie.com

4870-8085-5671, v. 1