IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SHEILA THERESA LOGHERY,<br><br>   Plaintiff,<br>v.<br><br>THE TJX COMPANIES, INC., MARSHALLS OF MA, INC., XYZ CORPORATIONS 1-3, and JOHN DOES 1-3,<br><br>   Defendants. | Civil Action<br>File No.:   23-C-04216-S4 |

**DEFENDANT MARSHALLS OF MA, INC.'S NOTICE OF REMOVAL**

PLEASE TAKE NOTICE, Defendant Marshalls of MA, Inc., by and through counsel of record, have filed a Petition for Removal in the office of the clerk of the United States District Court, Northern District of Georgia, Atlanta Division. A copy of the Petition for Removal is attached hereto as Exhibit "1". By virtue of law, the aforesaid case is now removed and all further proceedings in Gwinnett County State Court are stayed.

This 14th day of August, 2023.

                                               Chartwell Law
                                               Attorneys for Defendants

                      By:    */S/ROBERT E. NOBLE, III*
                                        Robert E. Noble, III
                                        GA State Bar No.:  261331
                                        rnoble@chartwelllaw.com
                                        Danielle N. Glover
                                        GA State Bar No.:  650569
                                        dglover@chartwelllaw.com
                                        3200 Cobb Galleria Parkway, Suite 250
                                        Atlanta, GA 30339
                                        Main (404) 410-1151
                                        Fax (404) 738-1632

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SHEILA THERESA LOGHERY,<br><br>    Plaintiff,<br>v.<br><br>THE TJX COMPANIES, INC., MARSHALLS OF MA, INC., XYZ CORPORATIONS 1-3, and JOHN DOES 1-3,<br><br>    Defendants. | Civil Action<br>File No.:    23-C-04216-S4 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel and parties of record with a copy of ***DEFENDANT MARSHALLS OF MA, INC.'S NOTICE OF REMOVAL*** by statutory electronic service pursuant to O.C.G.A. § 9-11-5(b) **or** by depositing a copy of same in the United States Mail, postage prepaid, as follows:

Inna Voronkina
**Foy & Associates, P.C**
3343 Peachtree Road NE, Ste 350
Atlanta, GA 30326
ivoronkina@johnfoy.com
*Attorney for Plaintiff*

This 14th day of August, 2023.

/s/ROBERT E. NOBLE, III
Robert E. Noble, III
GA State Bar No.:  261331
rnoble@chartwelllaw.com
3200 Cobb Galleria Parkway, Suite 250
Atlanta, GA 30339
Main (404) 410-1151
Fax (404) 738-1632