# EXHIBIT B



David S. Eichholz (GA, SC, TN)
Fatima A. Zeidan (GA, SC)
Kathryn E. Sherry
J.D. Blevins

## NOTICE OF IMMINENT LITIGATION:
### RELATING TO ATTEMPT TO COMPROMISE DISPUTED CLAIMS

April 26, 2023

Sedgwick Claims Management Services Inc
Ms. Orene Terry
PO Box 14565
Lexington, KY  40512
Via Facsimile (954) 247-6758
Via Electronic Mail claimsmail@sedgwick.com

**VIA CERTIFIED MAIL,**
**RETURN RECEIPT REQUESTED**
**#7019 2970 0001 3626 1963**

RE:   MY CLIENT          **Andrew Stewart**
      YOUR INSURED       **McKesson Corporation**
      DATE OF LOSS       9/3/2021
      CLAIM NUMBER       4A2207L58YK-0001

Dear Ms. Terry:

### INADMISSIBILITY OF OFFER OF COMPROMISE

Pursuant to O.C.G.A. § 24-4-408, statements made with a view toward compromise are inadmissible at trial. This Georgia law was enacted to encourage the settlement of controversies by permitting parties to discuss their cases candidly, with the assurance that admissions and proposals for compromise made in the course of good-faith settlement negotiations may not be used against them in any subsequent lawsuit. Benn v. McBride, 140 Ga. App. 698 (1976). This entire letter and all the exhibits attached hereto are submitted with a view towards compromise of this claim. If you do not agree that everything that follows, the entire transmission is inadmissible during the litigation of this matter; please stop reading and immediately destroy this letter and its attachments, and notify us of your refusal to review our attempt to compromise this claim.

### OFFER OF COMPROMISE

This notice is directed to you as the insurer of McKesson Corporation. This letter is written to submit a demand for compromise of Andrew Stewart's claim for personal injury against your insured in the above-referenced matter.

## DETAILS OF THE INCIDENT

On September 3, 2021, my client was making a delivery to McKesson Medical. As he attempted to get a pallet jack to move another pallet out of the way for his delivery, the handle on the pallet jack came completely off causing him to fall backward. As he fell he still had the handle in his hand. The fall caused him to suffer a broken wrist.

Liability in this case is clear in view of the fact that your insured's equipment broke causing my client to fall and injure himself. Your insured has a duty to ensure their equipment is in good working condition to receive deliveries from carriers.

In view of the fact that this extremely unsafe condition existed in an area where the warehouse's customers frequently passed, and in view of the fact that the warehouse personnel in the area either were aware or should have been aware of the dangerous condition, liability is not an issue in this case.

## INJURIES AND DAMAGES



Redacted

In view of the fact that there is no liability issue involved in this matter, this letter shall constitute our formal demand of the sum of $200,000.00[1] to settle the matter. **THIS IS A TIME LIMITED DEMAND, AND, AT 5:00 P.M. EST ON THE THIRTY-FIRST DAY FOLLOWING YOUR RECEIPT OF THIS DEMAND, THIS OFFER WILL BE WITHDRAWN AND WE WILL OBTAIN A JUDGMENT AGAINST YOUR INSURED.**

Payment must be made as described herein, and payment by any other method, including payment through the registry of any court or through the filing of an interpleader action, will not satisfy the terms of this demand and will result in the immediate and automatic withdrawal of this demand. Pursuant to Georgia law, our demand must be accepted unequivocally and without variance of any sort.

---

[1] Payment can be made out to "The Eichholz Law Firm, P.C. and Andrew Stewart." The firm's Tax I.D. number is 58-1310390.

Please be aware that a purported acceptance of this demand which imposes conditions beyond those contained in this demand will be construed as a counteroffer to our demand.

**Please make the check payable to "The Eichholz Law Firm P.C. and Andrew Stewart" and forward same to our office at 319 Eisenhower Drive, Savannah, GA 31406. The firm's Tax I.D. number is** ▮Redacted▮ **Our W-9 is attached hereto.**

We have supplied you with information necessary to evaluate this demand; however, should you have any questions regarding this demand, please do not hesitate to contact me. Of course, this letter relates to settlement discussions and nothing contained herein shall be deemed admissible except to enforce a claim for bad-faith failure to properly adjust this claim. Please fax return correspondence to (912) 303-7090, phone calls to (912) 303-7090, or electronic mail to David@TheJusticeLawyer.com.

I look forward to hearing from you once you have had an opportunity to review this demand.

Very sincerely yours,
**THE EICHHOLZ LAW FIRM, P.C.**

David S. Eichholz, Esq.

DSE/cn
Enclosures