# EXHIBIT C

# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 03/18/2023 10:03:47

## BUSINESS INFORMATION

| | | |
|---|---|---|
| **BUSINESS NAME** | : | MCKESSON CORPORATION |
| **CONTROL NUMBER** | : | K421351 |
| **BUSINESS TYPE** | : | Foreign Profit Corporation |
| **JURISDICTION** | : | Delaware |
| **ANNUAL REGISTRATION PERIOD** | : | 2023 |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 6535 STATE HIGHWAY 161, IRVING, TX, 75039, USA |
| **REGISTERED AGENT NAME** | : | Corporation Service Company |
| **REGISTERED OFFICE ADDRESS** | : | 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| BRITT J. VITALONE | CFO | ONE POST STREET, SAN FRANCISCO, CA, 94104, USA |
| BRIAN S TYLER | CEO | 6555 NORTH STATE HIGHWAY 161, IRVING, TX, 75039, USA |
| JAMES BRASHEAR | Secretary | 6535 STATE HIGHWAY 161, IRVING, TX, 75039, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 6535 STATE HIGHWAY 161, IRVING, TX, 75039, USA |
| **REGISTERED AGENT NAME** | : | Corporation Service Company |
| **REGISTERED OFFICE ADDRESS** | : | 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Britt Vitalone | CFO | 6535 State Highway 161, Irving, TX, 75039, USA |
| Brian S. Tyler | CEO | 6535 State Highway 161, Irving, TX, 75039, USA |
| Saralisa Brau | Secretary | 6535 State Highway 161, Irving, TX, 75039, USA |

## AUTHORIZER INFORMATION

| | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | Juliet Pate |
| **AUTHORIZER TITLE** | : | Officer |