# EXHIBIT D

# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**Annual Registration**　　　　　　　　　　　　　　　　　　　　　　　　*Electronically Filed*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Secretary of State
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Filing Date: 03/18/2023 10:09:36

## BUSINESS INFORMATION

| | |
|---|---|
| **BUSINESS NAME** | : MCKESSON MEDICAL-SURGICAL INC. |
| **CONTROL NUMBER** | : J050541 |
| **BUSINESS TYPE** | : Foreign Profit Corporation |
| **JURISDICTION** | : Virginia |
| **ANNUAL REGISTRATION PERIOD** | : 2023 |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 9954 MAYLAND DRIVE, SUITE 4000, RICHMOND, VA, 23233, USA |
| **REGISTERED AGENT NAME** | : Corporation Service Company |
| **REGISTERED OFFICE ADDRESS** | : 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA |
| **REGISTERED OFFICE COUNTY** | : Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| JAMES BRASHEAR | Secretary | 6535 STATE HIGHWAY 161, IRVING, TX, 75039, USA |
| STANTON J. MCCOMB | CEO | 9954 MAYLAND DRIVE, SUITE 4000, RICHMOND, VA, 23233, USA |
| WILL STATION | CFO | 6535 STATE HIGHWAY 161, IRVING, TX, 75039, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 9954 MAYLAND DRIVE, SUITE 4000, RICHMOND, VA, 23233, USA |
| **REGISTERED AGENT NAME** | : Corporation Service Company |
| **REGISTERED OFFICE ADDRESS** | : 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA |
| **REGISTERED OFFICE COUNTY** | : Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| SARALISA BRAU | Secretary | 9954 MAYLAND DRIVE, SUITE 4000, RICHMOND, VA, 23233, USA |
| STANTON J. MCCOMB | CEO | 9954 MAYLAND DRIVE, SUITE 4000, RICHMOND, VA, 23233, USA |
| WILL STATION | CFO | 9954 MAYLAND DRIVE, SUITE 4000, RICHMOND, VA, 23233, USA |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | : Juliet Pate |
| **AUTHORIZER TITLE** | : Officer |