# EXHIBIT E

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 03/18/2023 10:36:17

### BUSINESS INFORMATION

| | | |
|---|---|---|
| **BUSINESS NAME** | : | McKesson Medical-Surgical Supply Chain Services LLC |
| **CONTROL NUMBER** | : | 18011868 |
| **BUSINESS TYPE** | : | Foreign Limited Liability Company |
| **JURISDICTION** | : | Florida |
| **ANNUAL REGISTRATION PERIOD** | : | 2023 |

### BUSINESS INFORMATION CURRENTLY ON FILE

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 4345 SOUTHPOINT BLVD., JACKSONVILLE, FL, 32216, USA |
| **REGISTERED AGENT NAME** | : | Corporation Service Company |
| **REGISTERED OFFICE ADDRESS** | : | 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

### UPDATES TO ABOVE BUSINESS INFORMATION

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 9954 MAYLAND DRIVE, SUITE 4000, RICHMOND, VA, 23233, USA |
| **REGISTERED AGENT NAME** | : | Corporation Service Company |
| **REGISTERED OFFICE ADDRESS** | : | 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

### AUTHORIZER INFORMATION

| | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | Juliet Pate |
| **AUTHORIZER TITLE** | : | Authorized Person |