**EXHIBIT F**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ANDREW STEWART, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION FILE NO. ) 23-C-04518-S4 |
| MCKESSON CORPORATION, MCKESSON MEDICAL-SURGICAL INC., MCKESSON MEDICAL-SURGICAL SUPPLY CHAIN SERVICES LLC, and ABC CORPORATION | ) ) ) ) ) ) |
|     Defendants. | ) |

## NOTICE OF FILING NOTICE OF REMOVAL

Notice is hereby given that Defendants McKesson Corporation, McKesson Medical-Surgical Inc., McKesson Medical-Surgical Supply Chain Services LLC (collectively, the "McKesson Defendants") have on this date removed the above-captioned action to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. A copy of McKesson Defendant's Federal Notice of Removal is attached as Exhibit 1.

Respectfully submitted, this the 14th day of August, 2023.

                                            **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                                          By:    */s/ Negin K. Portivent*
                                                     Joseph J. Angersola
                                                     Georgia Bar No. 890572
                                                     Negin K. Portivent
                                                     Georgia Bar No. 149654
                                                     *Attorneys for Defendants McKesson*
                                                     *Corporation, McKesson Medical-Surgical*
                                                     *Inc., and McKesson Medical-Surgical*
                                                     *Supply Chain Services LLC*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
404-874-8800 (ph)
404-888-6199 (fax)
joseph.angersola@swiftcurrie.com
negin.portivent@swiftcurrie.com

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** with the Clerk of Court via the Court's electronic filing system and electronically served a copy of same upon all parties of record as follows:

Brian J. Kennedy, Jr.<br>
David S. Eichholz<br>
The Eichholz Law Firm, P.C.<br>
319 Eisenhower Drive<br>
Savannah, GA  31406<br>
bkennedy@thejusticelawyer.com

This 14th day of August, 2023.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

By: */s/ Negin K. Portivent*
Joseph J. Angersola
Georgia Bar No. 890572
Negin K. Portivent
Georgia Bar No. 149654
*Attorneys for Defendants McKesson Corporation, McKesson Medical-Surgical Inc., and McKesson Medical-Surgical Supply Chain Services LLC*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
404-874-8800 (ph)
404-888-6199 (fax)
joseph.angersola@swiftcurrie.com
negin.portivent@swiftcurrie.com

4888-3686-8982, v. 1