# EXHIBIT 2

## (Medical Illustrations)



80 Jesse Hill Jr. Drive S.E., Atlanta, Georgia 30303-3050

# MEDICAL RECORDS CERTIFICATE OF AUTHENTICATION

Based upon information and knowledge, the enclosed documents constitute a true and accurate reproduction of the medical record of

| Quennel Warren | 100745867 |
| --- | --- |
| (Patient's Name) | (Medical Record Number) |

The undersigned certifies that these records are maintained under the care, custody and control of the Director of Medical Records, and are kept and collected in the ordinary course of business of this facility. The records are made at or near the time of the described acts, events, conditions, opinions, or diagnoses; are made by, or from information transmitted by, a person with personal knowledge and a business duty to report; are kept in the course of a regularly conducted business activity; and it is the regular practice of the person reporting to make the memorandum, report, record or data compilation.

This certificate is given pursuant to O.C.G.A. § 24-8-803(6) and O.C.G.A. § 24-9-902(11) in lieu of the personal appearance of the person certifying hereto.

Mary Johnson, Supervisor

Digitally signed by Mary Johnson, Supervisor
DN: cn=Mary Johnson, Supervisor, o=Grady Health System, ou=Health Information Management, email=mjohnson2@gmh.edu, c=US
Date: 2022.05.06 14:07:43 -04'00'

_____
(Signature)

_____
(Name)

_____
(Title)

_____
Notary Public

Sworn to and subscribed before me
this _____ 5th _____ day of _____ May _____ , _____ 2022 _____

My Commission expires:
October 8, 2023

**Exceptional Care, Remarkable Service, Extraordinary Grady**

306-00323   Rev. 01/2013

 **Grady**

| | GRADY HOSPITAL | Warren, Quennel |
|---|---|---|
| | 80 Jesse Hill Jr. Drive SE | MRN: 100745867, DOB: 9/30/1986, Sex: F |
| | Atlanta GA 30303 | Visit date: 11/10/2021 |
| | PROGRESS NOTES (ALL) | |

**Progress Notes**

**Progress Notes by Gosnell, Allison O., PA at 11/10/2021 11:00 AM**                                        Version 1 of 1

| Author: Gosnell, Allison O., PA | Author Type: Physician Assistant | Filed: 11/10/2021  2:16 PM |
|---|---|---|
| Encounter Date: 11/10/2021 | Status: Attested | |
| Editor: Gosnell, Allison O., PA (Physician Assistant) | | Cosigner: Maceroli, Michael A., MD at 11/11/2021  9:14 AM |

Attestation signed by Maceroli, Michael A., MD at 11/11/2021  9:14 AM

I saw and evaluated the patient.  Discussed with the APP and agree with the findings and plan as documented in the note.

Michael Maceroli, MD
Orthopaedic Trauma Attending
11/11/2021

**Orthopaedic Clinic Note**
Date of Visit: 11/10/2021
Attending Surgeon: Dr. Maceroli

**Procedures**: 9/20/21 ORIF with ROEF Right pilon ankle fracture.

9/13/21 Percutaneous fixation posterior pelvic ring with ORIF anterior pelvic ring, application of EF R ankle (Pilon fx)

**Dx:** 1. Right LC-1 pelvic ring injury with right complete zone 2 sacral fracture
   and right superior inferior rami fractures.
2. Right pilon ankle fracture.

**Brief History:** Quennel is a 35 y.o.  female[AG.1] 7 weeks[AG.2] out s/p[AG.1] pilon fixation and 8 weeks from pelvis fixation.[AG.2] The patient is doing[AG.1] ok[AG.2].  Pain is rated as[AG.1] 5[AG.2]/10[AG.1] mostly to the right ankle[AG.2]. Taking[AG.1] tramadol[AG.2] for pain control[AG.1] 5 at a time. Asking for hydrocodone instead.[AG.2]  No fever or chills[AG.1]. R ankle incision[AG.2] . Has been TTWB RLE[AG.1]. Reports occasional bleeding from proximal portion of lateral ankle incision. Her 1 year old son fell on right ankle several days ago and had  right ankle pain, now improved.[AG.2]  Taking ASA 81mg BID for DVT prophylaxis as instructed and prescribed upon discharge. No complaints of numbness or tingling to affected extremity.

**Physical Exam:**
BP 124/66 (Patient Position: Sitting)  | Pulse 99  | Temp 36.6 °C (97.8 °F)
Ambulatory status:[AG.1] walker[AG.2]
GEN: NAD, A&Ox3.[AG.1]

Pelvis: incisions healed.

R[AG.2]LE:
-Incision:[AG.1] 2,[AG.2] Small pinpoint areas[AG.1] at[AG.2] proximal incision[AG.1] on midline of incision with dehiscence. No active drainage. Superficial in nature.  Otherwise-[AG.2] C/D/I,  no erythema, induration, or exudate. Well healed without signs of infection

 **Grady**

| | |
|---|---|
| GRADY HOSPITAL | Warren, Quennel |
| 80 Jesse Hill Jr. Drive SE | MRN: 100745867, DOB: 9/30/1986, Sex: F |
| Atlanta GA 30303 | Visit date: 11/10/2021 |
| PROGRESS NOTES (ALL) | |

**Progress Notes (continued)**

**Progress Notes by Gosnell, Allison O., PA at 11/10/2021 11:00 AM (continued)**                    Version 1 of 1

-Appropriately TTP[AG.1] right ankle[AG.2],[AG.1] minimal[AG.2] soft tissue swelling. No discoloration[AG.1]. Ankle slightly warm with palpation.[AG.2]
-palpable 2+ PT and DP pulses. Toes are warm to touch with capillary refill <3s
-SILT: SP/DP/Sa/Su/T
-Femoral, Tibial, DP, SP motor intact
-ROM:[AG.1] ankle neutral to 25 PF[AG.2]
-Strength 5/5 Hip flex/ext, Knee flex/ext, plantar/dorsiflexion of the foot, and GT flex/ext

**Imaging:** X-rays obtained today[AG.1] 3v R ankle show orthopedic HW in place. Fracture well reduced. Possible slight loosening of  2nd most distal screw at distal fibula plate. No other HW changes.

XR AP Pelvis shows[AG.2] Percutaneous fixation posterior pelvic ring with ORIF anterior pelvic ring,[AG.1] pelvic ring stable.[AG.2]

**Assessment/Plan:**
Quennel  is a 35 y.o.  female  s/p ORIF with ROEF Right pilon ankle fracture[AG.1] 9/20/21 and[AG.2] Percutaneous fixation posterior pelvic ring with ORIF anterior pelvic ring, application of EF R ankle[AG.1] 9/13/21[AG.2]  and overall recovering rather well. The plan will be as follows:

- Wound care:[AG.1] continue to monitor right lateral ankle wounds - patient will RTC if wounds worsen[AG.2]
- Pain control: no rx given today[AG.1]. OTC as needed[AG.2]
- DVT ppx: completed Lovenox for 6 weeks, 30 mg subcu twice daily postoperative.
- Weightbearing status: weightbearing as tolerated on the
left lower extremity, TTWB RLE. Beginning 12/1/21 can start WBAT RLE in 3D boot.
- I did explain to the patient today that if they experience any worsening of symptoms such as: increase in size of open wounds, increase in pain, redness, swelling, increase in drainage amount, inability to bear weight on the limb, fever or chills, or malaise, that they should call the clinic immediately or go directly to the nearest ER.
- Follow up in clinic in 5 weeks with xrays (order placed in Epic)


Allison O. Gosnell, PA-C
Emory Orthopedic Surgery
**Work cell:** 404) 354-5486
**Fax:** 404) 616-5203
**PIC:** 102745; After hours and weekends: 50110 or 80240[AG.1]




Electronically signed by Maceroli, Michael A., MD at 11/11/2021  9:14 AM
Attribution Key
AG.1 - Gosnell, Allison O., PA on 11/10/2021 11:55 AM
AG.2 - Gosnell, Allison O., PA on 11/10/2021  1:36 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Warren, Quennel
MRN: 100745867, DOB: 9/30/1986, Sex: F
Visit date: 11/10/2021

**Progress Notes (continued)**

**Progress Notes by Gosnell, Allison O., PA at 11/10/2021 11:00 AM (continued)**          Version 1 of 1

 **Grady**

| | GRADY HOSPITAL | Warren, Quennel |
|---|---|---|
| | 80 Jesse Hill Jr. Drive SE | MRN: 100745867, DOB: 9/30/1986, Sex: F |
| | Atlanta GA 30303 | Visit date: 1/5/2022 |
| | PROGRESS NOTES (ALL) | |

**Progress Notes**

**Progress Notes by Gosnell, Allison O., PA at 1/5/2022 11:00 AM**                                    Version 1 of 1

| Author: Gosnell, Allison O., PA | Author Type: Physician Assistant | Filed: 1/5/2022  2:43 PM |
|---|---|---|
| Encounter Date: 1/5/2022 | Status: Attested | |
| Editor: Gosnell, Allison O., PA (Physician Assistant) | | Cosigner: Maceroli, Michael A., MD at 1/6/2022  7:13 AM |

Attestation signed by Maceroli, Michael A., MD at 1/6/2022  7:13 AM

I saw and evaluated the patient.  Discussed with the APP and agree with the findings and plan as documented in the note.

Michael Maceroli, MD
Orthopaedic Trauma Attending
1/6/2022

**Orthopaedic Clinic Note**
Date of Visit:[AG.1] 1/5/2022[AG.2]
Attending Surgeon: Dr. Maceroli

**Procedures**: 9/20/21 ORIF with ROEF Right pilon ankle fracture.

9/13/21 Percutaneous fixation posterior pelvic ring with ORIF anterior pelvic ring, application of EF R ankle (Pilon fx)

**Dx:** 1. Right LC-1 pelvic ring injury with right complete zone 2 sacral fracture
    and right superior inferior rami fractures.
2.  Right pilon ankle fracture.

**Brief History:**[AG.1] Quennel[AG.2] is a[AG.1] 35 y.o.  female[AG.2] almost 4 months  weeks out s/p pilon fixation and 3.5 months from pelvis fixation. The patient is doing ok. Pain is rated as 0/10 mostly to the right ankle. Taking tramadol for pain control.  No fever or chills. R ankle incision . As of 12/1/21 he has been WBAT RLE in 3D boot.
C/o right flank soreness. No complaints of numbness or tingling to affected extremity.

**Physical Exam:**[AG.1]
BP 120/66 (Patient Position: Sitting)  | Pulse 67  | Temp 36.7 °C (98.1 °F)  | Ht 1.778 m (5' 10")  | Wt 55.8 kg (123 lb)  | BMI 17.65 kg/m2[AG.2]
Ambulatory status: + trendelenburg gait
GEN: NAD, A&Ox3.

Pelvis: incisions healed.

RLE:
-Incision: healed
- ankle ROM neutral to 45
-palpable 2+ PT and DP pulses. Toes are warm to touch with capillary refill <3s



| | GRADY HOSPITAL | Warren, Quennel |
| --- | --- | --- |
| | 80 Jesse Hill Jr. Drive SE | MRN: 100745867, DOB: 9/30/1986, Sex: F |
| | Atlanta GA 30303 | Visit date: 1/5/2022 |
| | PROGRESS NOTES (ALL) | |

**Progress Notes (continued)**

**Progress Notes by Gosnell, Allison O., PA at 1/5/2022 11:00 AM (continued)**                    Version 1 of 1

-SILT: SP/DP/Sa/Su/T
-Femoral, Tibial, DP, SP motor intact
-Strength 5/5 Hip flex/ext, Knee flex/ext, plantar/dorsiflexion of the foot, and GT flex/ext

**Imaging**: X-rays obtained today 3v R ankle show orthopedic HW in place. Fracture well reduced.  slight loosening of  2nd most distal screw at distal fibula plate- unchanged. No other HW changes. Fractures with interval healing.

XR AP Pelvis shows Percutaneous fixation posterior pelvic ring with ORIF anterior pelvic ring, pelvic ring stable. Fractures with interval healing.

**Assessment/Plan:**[AG.1]
Quennel[AG.2]  is a[AG.1] 35 y.o.  female[AG.2]  s/p ORIF with ROEF Right pilon ankle fracture 9/20/21 and Percutaneous fixation posterior pelvic ring with ORIF anterior pelvic ring, application of EF R ankle  9/13/21 and overall recovering rather well. The plan will be as follows:

- Wound care: healed
- Pain control: no rx given today. OTC as needed[AG.1]
-PT: external referral for PT[AG.3]
- DVT ppx: completed Lovenox for 6 weeks, 30 mg subcu twice daily postoperative.
- Weightbearing status:  WBAT BLE
- Follow up in clinic in 3 months with xrays (order placed in Epic)


Allison O. Gosnell, PA-C
Emory Orthopedic Surgery
**Work cell:** 404) 354-5486
**Fax:** 404) 616-5203
**PIC:** 102745; After hours and weekends: 50110 or 80240[AG.1]


Electronically signed by Maceroli, Michael A., MD at 1/6/2022  7:13 AM
Attribution Key
AG.1 - Gosnell, Allison O., PA on 1/5/2022 1:59 PM
AG.2 - Gosnell, Allison O., PA on 1/5/2022 2:00 PM
AG.3 - Gosnell, Allison O., PA on 1/5/2022 2:39 PM



| GRADY HOSPITAL | Warren, Quennel |
|---|---|
| 80 Jesse Hill Jr. Drive SE | MRN: 100745867, DOB: 9/30/1986, Sex: F |
| Atlanta GA 30303 | Visit date: 4/13/2022 |
| PROGRESS NOTES (ALL) | |

**Progress Notes**

**Progress Notes by Godfrey, William Strawn, MD at 4/13/2022 3:00 PM** Version 1 of 1

| Author: Godfrey, William Strawn, MD   Author Type: Resident | Filed: 4/14/2022 7:46 PM |
|---|---|
| Encounter Date: 4/13/2022                        Status: Attested | |
| Editor: Godfrey, William Strawn, MD (Resident) | Cosigner: Maceroli, Michael A., MD at 4/14/2022 7:46 PM |

Attestation signed by Maceroli, Michael A., MD at 4/14/2022 7:46 PM

I saw and evaluated the patient.  Discussed with resident and agree with resident's findings and plan as documented in the resident's note.  At this point Quennel Warren  has healed her fracture clinically and radiographically.  She has returned to all activities without pain or limitation.  She is very happy with her result.  At this point they will follow up on an as needed basis.


Michael Maceroli, MD
Orthopaedic Trauma Attending
4/14/2022




**Orthopaedic Clinic Note**
Date of Visit: 4/13/2022
Attending Surgeon: Dr. Maceroli

**Procedures**: 9/20/21 ORIF with ROEF Right pilon ankle fracture.

9/13/21 Percutaneous fixation posterior pelvic ring with ORIF anterior pelvic ring, application of EF R ankle (Pilon fx)

**Dx:** 1. Right LC-1 pelvic ring injury with right complete zone 2 sacral fracture
   and right superior inferior rami fractures.
2.  Right pilon ankle fracture.


**Brief History:** Quennel is a 35 y.o.  female 6 months out s/p pilon fixation and pelvis fixation. The patient is doing well.  Some plantar fasciitis on the right, and also endorsing a Right thumb trigger finger. Pain is rated as 0/10 mostly to the right ankle. Taking tramadol for pain control.  No fever or chills. R ankle incision . As of 12/1/21 has been WBAT.  C/o right flank soreness. No complaints of numbness or tingling to affected extremity.

**Physical Exam:**
BP 112/69 (Patient Position: Sitting)  | Pulse 116  | Temp 37.2 °C (99 °F) (Oral)
Ambulatory status: + trendelenburg gait
<u>GEN:</u> NAD, A&Ox3.

Pelvis: incisions healed.

<u>RLE</u>:



| | GRADY HOSPITAL | Warren, Quennel |
|---|---|---|
| | 80 Jesse Hill Jr. Drive SE | MRN: 100745867, DOB: 9/30/1986, Sex: F |
| | Atlanta GA 30303 | Visit date: 4/13/2022 |
| | PROGRESS NOTES (ALL) | |

**Progress Notes (continued)**

**Progress Notes by Godfrey, William Strawn, MD at 4/13/2022  3:00 PM (continued)**          Version 1 of 1

-Incision: healed
- ankle ROM neutral to[WG.1] 35[WG.2]
-palpable 2+ PT and DP pulses. Toes are warm to touch with capillary refill <3s
-SILT: SP/DP/Sa/Su/T
-Femoral, Tibial, DP, SP motor intact
-Strength 5/5 Hip flex/ext, Knee flex/ext, plantar/dorsiflexion of the foot, and GT flex/ext

**Imaging**: X-rays obtained today 3v R ankle show orthopedic HW in place. Fracture well reduced.  slight loosening of  2nd most distal screw at distal fibula plate- unchanged. No other HW changes. Fractures with interval healing.

XR AP Pelvis shows Percutaneous fixation posterior pelvic ring with ORIF anterior pelvic ring, pelvic ring stable. Fractures with interval healing.

**Assessment/Plan:**
Quennel  is a 35 y.o.  female  s/p ORIF with ROEF Right pilon ankle fracture 9/20/21 and  Percutaneous fixation posterior pelvic ring with ORIF anterior pelvic ring, application of EF R ankle  9/13/21  and overall recovering well. The plan will be as follows:

**- Referral to hand team for Right thumb trigger finger**
- Instructed patient on conservative management of plantar fasciitis, including massage with ice and periods of rest in a 3D boot, use of supportive shoe wear
- Wound care: healed
- Pain control: no rx given today. OTC as needed
-PT: Complete
- DVT ppx: Complete.
- Weightbearing status:  WBAT BLE
- Follow up in clinic[WG.1] PRN[WG.2]

Godfrey
60065[WG.1]

Electronically signed by Godfrey, William Strawn, MD at 4/14/2022  7:46 PM

Attribution Key
  WG.1 - Godfrey, William Strawn, MD on 4/13/2022  4:24 PM
  WG.2 - Godfrey, William Strawn, MD on 4/13/2022  4:44 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Warren, Quennel
MRN: 100745867, DOB: 9/30/1986, Sex: F
Visit date: 4/13/2022

| Results | XR ANKLE RIGHT AP LATERAL AND OBLIQUE (Order 220358528) |
|---|---|

Resulted: 01/05/22 1330, Result status: Final result

XR ANKLE RIGHT AP LATERAL AND OBLIQUE [220358528]

| | |
|---|---|
| Resulted by: Wong, Philip, MD | Performed: 01/05/22 1222 - 01/05/22 1232 |
| Accession number: B9266350 | Resulting lab: GRADY RADIOLOGY |

Narrative:
XR ANKLE RIGHT AP LATERAL AND OBLIQUE

INDICATION:  Pain/Deformity Following Trauma

COMPARISON:  11/10/2021

FINDINGS:

See below.

Impression:
IMPRESSION:
Unchanged plate and screw fixation construct fixating the distal tibia and fibula. Increased sclerosis around the fracture margins with trace residual fracture lucency. No hardware complication is identified. Ankle mortise appears maintained.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - GRADYRAD** | GRADY RADIOLOGY | Unknown | Unknown | 12/11/09 1042 - Present |

| Order | XR ANKLE RIGHT AP LATERAL AND OBLIQUE [IMG144] (Order 220358528) |
|---|---|

XR ANKLE RIGHT AP LATERAL AND OBLIQUE [220358527]

Electronically signed by: **Gosnell, Allison O., PA on 11/10/21 1230**                    Status: **Completed**
Ordering user: Gosnell, Allison O., PA 11/10/21 1230          Authorized by: Gosnell, Allison O., PA
Frequency: 1 Time 01/05/22 1209 - 1  occurrence
Diagnoses
Closed displaced pilon fracture of right tibia with routine healing, subsequent encounter [S82.871D]
Questionnaire

| Question | Answer |
|---|---|
| Clinical Indication: | Pain/Deformity Following Trauma |
| Physician contact number | p |

| Results | XR PELVIS COMPLETE (Order 220358530) |
|---|---|

Resulted: 01/05/22 1348, Result status: Final result

XR PELVIS COMPLETE [220358530]

| | |
|---|---|
| Resulted by: Wong, Philip, MD | Performed: 01/05/22 1222 - 01/05/22 1232 |
| Accession number: B9266351 | Resulting lab: GRADY RADIOLOGY |

Narrative:
EXAM: XR PELVIS COMPLETE

| GRADY HOSPITAL | Warren, Quennel |
|---|---|
| 80 Jesse Hill Jr. Drive SE | MRN: 100745867, DOB: 9/30/1986, Sex: F |
| Atlanta GA 30303 | Adm: 1/5/2022, D/C: 1/5/2022 |

CLINICAL INDICATION: Pelvic/Hip Pain Following Trauma

COMPARISON: 11/10/2021

FINDINGS:

See below.

Impression:
IMPRESSION: No significant change in screw fixation of the bilateral SI joints without significant widening. Interval healing of the right superior and inferior pubic rami fractures with unchanged partially threaded screw fixating the anterior column of
the right hemipelvis. No widening of the pubic symphysis. Right sacral fracture appears similar compared to prior exam. Bilateral hip joints are unchanged.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - GRADYRAD** | GRADY RADIOLOGY | Unknown | Unknown | 12/11/09 1042 - Present |

| Order | XR PELVIS COMPLETE [IMG72] (Order 220358530) |
|---|---|

**XR PELVIS COMPLETE [220358529]**

Electronically signed by: **Gosnell, Allison O., PA on 11/10/21 1230**                    Status: **Completed**
Ordering user: Gosnell, Allison O., PA 11/10/21 1230          Authorized by: Gosnell, Allison O., PA
Frequency: 1 Time 01/05/22 1209 - 1  occurrence
Diagnoses
Closed pelvic ring fracture, initial encounter (CMS-HCC) [S32.810A]

Questionnaire

| Question | Answer |
|---|---|
| Clinical Indication: | Pelvic/Hip Pain Following Trauma |
| Physician contact number | p |

| Results | XR ANKLE RIGHT AP LATERAL AND OBLIQUE (Order 220358534) |
|---|---|

Resulted: 04/13/22 1554, Result status: Final
XR ANKLE RIGHT AP LATERAL AND OBLIQUE [220358534]                                        result
Resulted by: Love, Miles Arthur, MD          Performed: 04/13/22 1535 - 04/13/22 1544
Accession number: B9402201                    Resulting lab: GRADY RADIOLOGY
Narrative:
XR ANKLE RIGHT AP LATERAL AND OBLIQUE

INDICATION: Pain/Deformity Following Trauma

COMPARISON: 1/5/2022, 11/10/2021

FINDINGS:

See below.

Impression:

| GRADY HOSPITAL | Warren, Quennel |
|---|---|
| 80 Jesse Hill Jr. Drive SE | MRN: 100745867, DOB: 9/30/1986, Sex: F |
| Atlanta GA 30303 | Adm: 1/5/2022, D/C: 1/5/2022 |

IMPRESSION:
Unchanged plate and screw fixation construct fixating the distal tibia and fibula. Increased sclerosis around the fracture margins with interim decreased conspicuity/resolution of fracture lucencies in keeping with healing. No hardware complication
identified. Ankle mortise appears maintained. No new discrete fracture or dislocation.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - GRADYRAD** | GRADY RADIOLOGY | Unknown | Unknown | 12/11/09 1042 - Present |

| Order | XR ANKLE RIGHT AP LATERAL AND OBLIQUE [IMG144] (Order 220358534) |
|---|---|

**XR ANKLE RIGHT AP LATERAL AND OBLIQUE [220358533]**

Electronically signed by: **Gosnell, Allison O., PA on 01/05/22 1422**                                    Status: **Completed**
Ordering user: Gosnell, Allison O., PA 01/05/22 1422          Authorized by: Gosnell, Allison O., PA
Frequency: 1 Time 04/13/22 1532 - 1  occurrence
Diagnoses
Fracture [T14.8XXA]
Questionnaire

| Question | Answer |
|---|---|
| Clinical Indication: | Pain/Deformity Following Trauma |

| Results | XR PELVIS COMPLETE (Order 220358536) |
|---|---|

Resulted: 04/13/22 1556, Result status: Final
result

XR PELVIS COMPLETE [220358536]

| Resulted by: Love, Miles Arthur, MD | Performed: 04/13/22 1535 - 04/13/22 1544 |
|---|---|
| Accession number: B9402202 | Resulting lab: GRADY RADIOLOGY |

Narrative:
EXAM: XR PELVIS COMPLETE

CLINICAL INDICATION:  Pelvic/Hip Pain Following Trauma

COMPARISON: 1/5/2022, 11/10/2021

FINDINGS:

See below.

Impression:
IMPRESSION: No significant change in screw fixation of the bilateral SI joints without significant widening. Interval healing of the right superior and inferior pubic rami fractures with unchanged partially threaded screw fixating the anterior column of
the right hemipelvis. No widening of the pubic symphysis. Previously identified right sacral fracture not well appreciated on today's exam. Bilateral hip joints are unchanged.

Testing Performed By

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Warren, Quennel
MRN: 100745867, DOB: 9/30/1986, Sex: F
Adm: 4/13/2022, D/C: 4/13/2022

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - GRADYRAD** | GRADY RADIOLOGY | Unknown | Unknown | 12/11/09 1042 - Present |

| Order | XR PELVIS COMPLETE [IMG72] (Order 220358536) |
|---|---|

**XR PELVIS COMPLETE [220358535]**

Electronically signed by: **Gosnell, Allison O., PA on 01/05/22 1422**          Status: **Completed**
Ordering user: Gosnell, Allison O., PA 01/05/22 1422          Authorized by: Gosnell, Allison O., PA
Frequency: 1 Time 04/13/22 1532 - 1  occurrence
Diagnoses
Fracture [T14.8XXA]
   Questionnaire

| Question | Answer |
|---|---|
| Clinical Indication: | Pelvic/Hip Pain Following Trauma |

---

### END OF REPORT

 **Grady**

80 Jesse Hill Jr. Drive S.E., Atlanta, Georgia 30303-3050

## MEDICAL RECORDS CERTIFICATE OF AUTHENTICATION

Based upon information and knowledge, the enclosed documents constitute a true and accurate reproduction of the medical record of

| Warren, Quennel | 100745867 |
|---|---|
| (Patient's Name) | (Medical Record Number) |

The undersigned certifies that these records are maintained under the care, custody and control of the Director of Medical Records, and are kept and collected in the ordinary course of business of this facility. The records are made at or near the time of the described acts, events, conditions, opinions, or diagnoses; are made by, or from information transmitted by, a person with personal knowledge and a business duty to report; are kept in the course of a regularly conducted business activity; and it is the regular practice of the person reporting to make the memorandum, report, record or data compilation.

This certificate is given pursuant to O.C.G.A. § 24-8-803(6) and O.C.G.A. § 24-9-902(11) in lieu of the personal appearance of the person certifying hereto.

Mary Johnson, Supervisor

Digitally signed by Mary Johnson, Supervisor
DN: cn=Mary Johnson, Supervisor, o=Grady Health System, ou=Health Information Management, email=mjohnson2@gmh.edu, c=US
Date: 2022.06.20 14:42:11 -04'00'

(Signature)

_____ (Name)

_____ (Title)

_Adrienne Williams_
Notary Public

Sworn to and subscribed before me

this __20th__ day of __June__, __2022__

My Commission expires:

_October 8, 2023_

**Exceptional Care, Remarkable Service, Extraordinary Grady**

306-00323   Rev. 01/2013

 **Grady**

80 Jesse Hill Jr. Drive S.E., Atlanta, Georgia 30303-3050

## MEDICAL RECORDS CERTIFICATE OF AUTHENTICATION

Based upon information and knowledge, the enclosed documents constitute a true and accurate reproduction of the medical record of

| Warren, Quennel | 100745867 |
|---|---|
| (Patient's Name) | (Medical Record Number) |

The undersigned certifies that these records are maintained under the care, custody and control of the Director of Medical Records, and are kept and collected in the ordinary course of business of this facility. The records are made at or near the time of the described acts, events, conditions, opinions, or diagnoses; are made by, or from information transmitted by, a person with personal knowledge and a business duty to report; are kept in the course of a regularly conducted business activity; and it is the regular practice of the person reporting to make the memorandum, report, record or data compilation.

This certificate is given pursuant to O.C.G.A. § 24-8-803(6) and O.C.G.A. § 24-9-902(11) in lieu of the personal appearance of the person certifying hereto.



(Signature)       **Davida Albritton, MPH, RHIA**

Digitally signed by Davida Albritton, MPH, RHIA
DN: cn=Davida Albritton, MPH, RHIA, o=Grady Health System, ou=HIM, email=dalbritton@gmh.edu, c=US
Date: 2022.06.29 11:47:50 -04'00'

(Name)

(Title)

_Adrienne Williams_
Notary Public

Sworn to and subscribed before me

this __30th__ day of __June__ , __2022__

My Commission expires:

_October 8, 2023_

**Exceptional Care, Remarkable Service, Extraordinary Grady**

306-00323    Rev. 01/2013

# QUENNEL WARREN
## POST-IMPACT CONDITION

RIGHT SACRAL
FRACTURES

COMPRESSION
FRACTURE
OF L1

RIGHT PUBIC RAMI
FRACTURES OF PELVIS

PEDICLE
FRACTURE
OF L5

ZONE 2
FRACTURE
OF SACRUM

RIGHT
ANKLE TIBIA
FRACTURE

RIGHT
ANKLE
FIBULA
FRACTURE

© 2023 MEDICAL VISIONS, INC. ALL RIGHT RESERVED

# QUENNEL WARREN
## POST-IMPACT CONDITION OF SPINE, 9/9/21



SPINAL CORD

T11

T12

COMPRESSION
FRACTURE
OF L1

L1

L2

NERVE
ROOT

L3

PEDICLE
FRACTURE
OF L5

L4

L5

ZONE 2
FRACTURE
OF SACRUM

S1

WW: 1257

S Warren Qu
CtTraumaC
5.15  TR04

© 2023 MEDICAL VISIONS, INC. ALL RIGHT RESERVED

# QUENNEL WARREN

## PRE-OP CONDITION OF RIGHT ANKLE, 9/9/21



© 2023 MEDICAL VISIONS, INC. ALL RIGHT RESERVED

# QUENNEL WARREN

## POST-OP CONDITION OF RIGHT ANKLE, 11/10/21



PLATE
& SCREWS
FIXATING
FIBULA
FRACTURE

3 PLATES
& SCREWS
FIXATING
TIBIA
FRACTURE



© 2023 MEDICAL VISIONS, INC. ALL RIGHT RESERVED

# QUENNEL WARREN
## PRE-OP CONDITION OF PELVIS, 9/9/21



RIGHT SACRAL FRACTURES

RIGHT PUBIC RAMI FRACTURES OF PELVIS

R7

GRADY

© 2023 MEDICAL VISIONS, INC. ALL RIGHT RESERVED

# QUENNEL WARREN
## POST-OP CONDITION OF PELVIS, 10/13/21



RIGHT SACRAL FRACTURES

SCREWS

RIGHT PUBIC RAMI FRACTURES OF PELVIS



GRADY

© 2023 MEDICAL VISIONS, INC. ALL RIGHT RESERVED