# EXHIBIT 6

## (SSA – Diabetic Ketoacidosis)

THOMSON REUTERS
WESTLAW EDGE        All content        20 C.F.R. § Pt. 404, Subpt.        Georgia                    Search Tips        Sign out
                                                                                                  Advanced

APPENDIX 1–PART–B2 TO SUBPART P OF PART 404—LISTING OF …
ode of Federal Regulations  •  Title 20. Employees' Benefits  •  Effective: April 2, 2021 to October 5, 2023   (Approx. 80 pages)

§

Code of Federal Regulations
   Title 20. Employees' Benefits
      Chapter III. Social Security Administration
         Part 404. Federal Old–Age, Survivors and Disability Insurance (1950– ) (Refs & Annos)
            Subpart P. Determining Disability and Blindness (Refs & Annos)
               Appendices [Heading Editorially Supplied]
                  Appendix 1. To Subpart P of Part 404—Listing of Impairments (Refs & Annos)

Proposed Regulation

Effective: April 2, 2021 to October 5, 2023

20 C.F.R. Pt. 404, Subpt. P, App. 1

## APPENDIX 1–PART–B2 TO SUBPART P OF PART 404—LISTING OF IMPAIRMENTS

[Currentness]

<Text of appendix effective until Oct. 6, 2023.>

106.00 GENITOURINARY DISORDERS

A. Which disorders do we evaluate under these listings?

We evaluate genitourinary disorders resulting in chronic kidney disease (CKD). Examples of such disorders include chronic glomerulonephritis, hypertensive nephropathy, diabetic nephropathy, chronic obstructive uropathy, and hereditary nephropathies. We also evaluate nephrotic syndrome due to glomerular dysfunction, and congenital genitourinary disorders, such as ectopic ureter, exstrophic urinary bladder, urethral valves, and Eagle–Barrett syndrome (prune belly syndrome), under these listings.

B. What evidence do we need?

1. We need evidence that documents the signs, symptoms, and laboratory findings of your CKD. This evidence should include reports of clinical examinations, treatment records, and documentation of your response to treatment. Laboratory findings, such as serum creatinine or serum albumin levels, may document your kidney function. We generally need evidence covering a period of at least 90 days unless we can make a fully favorable determination or decision without it.

2. Estimated glomerular filtration rate (eGFR). The eGFR is an estimate of the filtering capacity of the kidneys that takes into account serum creatinine concentration and other variables, such as your age, gender, and body size. If your medical evidence includes eGFR findings, we will consider them when we evaluate your CKD under 106.05.

3. Kidney or bone biopsy. If you have had a kidney or bone biopsy, we need a copy of the pathology report. When we cannot get a copy of the pathology report, we will accept a statement from an acceptable medical source verifying

Back to top

the requirements of a listing in another body system, medically equals (see §§ 404.1526 and 416.926 of this chapter) the severity of a listing, or functionally equals the severity of the listings.

2. If you have not received ongoing treatment or do not have an ongoing relationship with the medical community despite the existence of a severe impairment(s), or if your skin lesions have not persisted for at least 3 months but you are undergoing continuing treatment as prescribed, you may still have an impairment(s) that meets a listing in another body system or that medically equals a listing. If you do not have an impairment(s) that meets or medically equals a listing, we will consider whether your impairment(s) functionally equals the listings. (See § 416.924 of this chapter.) When we decide whether you continue to be disabled, we use the rules in § 416.994a of this chapter.

108.01 Category of Impairments, Skin Disorders

108.02 Ichthyosis, with extensive skin lesions that persist for at least 3 months despite continuing treatment as prescribed.

108.03 Bullous disease (for example, pemphigus, erythema multiforme bullosum, epidermolysis bullosa, bullous pemphigoid, dermatitis herpetiformis), with extensive skin lesions that persist for at least 3 months despite continuing treatment as prescribed.

108.04 Chronic infections of the skin or mucous membranes, with extensive fungating or extensive ulcerating skin lesions that persist for at least 3 months despite continuing treatment as prescribed.

108.05 Dermatitis (for example, psoriasis, dyshidrosis, atopic dermatitis, exfoliative dermatitis, allergic contact dermatitis), with extensive skin lesions that persist for at least 3 months despite continuing treatment as prescribed.

108.06 Hidradenitis suppurativa, with extensive skin lesions involving both axillae, both inguinal areas, or the perineum that persist for at least 3 months despite continuing treatment as prescribed.

108.07 Genetic photosensitivity disorders, established as described in 108.00E.

A. Xeroderma pigmentosum. Consider the individual disabled from birth.

B. Other genetic photosensitivity disorders, with:

1. Extensive skin lesions that have lasted or can be expected to last for a continuous period of at least 12 months, or

2. Inability to function outside of a highly protective environment for a continuous period of at least 12 months (see 108.00E2).

108.08 Burns, with extensive skin lesions that have lasted or can be expected to last for a continuous period of at least 12 months. (See 108.00F.)

109.00 Endocrine Disorders

A. What is an endocrine disorder?

An endocrine disorder is a medical condition that causes a hormonal imbalance. When an endocrine gland functions abnormally, producing either too much of a specific hormone (hyperfunction) or too little (hypofunction), the hormonal imbalance can cause various complications in the body. The major glands of the endocrine system are the pituitary, thyroid, parathyroid, adrenal, and pancreas.

B. How do we evaluate the effects of endocrine disorders? The only listing in this body system addresses children from birth to the attainment of age 6 who have diabetes mellitus (DM) and require daily insulin. We evaluate other impairments that result from endocrine disorders under the listings for other body systems. For example:

1. Pituitary gland disorders can disrupt hormone production and normal functioning in other endocrine glands and in many body systems. The effects of pituitary gland disorders vary depending on which hormones are involved. For

Back to top

example, when pituitary growth hormone deficiency in growing children limits bone maturation and results in pathological short stature, we evaluate this linear growth impairment under 100.00. When pituitary hypofunction affects water and electrolyte balance in the kidney and leads to diabetes insipidus, we evaluate the effects of recurrent dehydration under 106.00.

2. Thyroid gland disorders affect the sympathetic nervous system and normal metabolism. We evaluate thyroid-related changes in linear growth under 100.00; thyroid-related changes in blood pressure and heart rate that cause cardiac arrhythmias or other cardiac dysfunction under 104.00; thyroid-related weight loss under 105.00; and cognitive limitations, mood disorders, and anxiety under 112.00.

3. Parathyroid gland disorders affect calcium levels in bone, blood, nerves, muscle, and other body tissues. We evaluate parathyroid-related osteoporosis and fractures under 101.00; abnormally elevated calcium levels in the blood (hypercalcemia) that lead to cataracts under 102.00; kidney failure under 106.00; and recurrent abnormally low blood calcium levels (hypocalcemia) that lead to increased excitability of nerves and muscles, such as tetany and muscle spasms, under 111.00.

4. Adrenal gland disorders affect bone calcium levels, blood pressure, metabolism, and mental status. We evaluate adrenal-related linear growth impairments under 100.00; adrenal-related osteoporosis with fractures that compromises the ability to walk or to use the upper extremities under 101.00; adrenal-related hypertension that worsens heart failure or causes recurrent arrhythmias under 104.00; adrenal-related weight loss under 105.00; and mood disorders under 112.00.

5. Diabetes mellitus and other pancreatic gland disorders disrupt the production of several hormones, including insulin, that regulate metabolism and digestion. Insulin is essential to the absorption of glucose from the bloodstream into body cells for conversion into cellular energy. The most common pancreatic gland disorder is diabetes mellitus (DM). There are two major types of DM: type 1 and type 2. Both type 1 and type 2 DM are chronic disorders that can have serious, disabling complications that meet the duration requirement. Type 1 DM—previously known as "juvenile diabetes" or "insulin-dependent diabetes mellitus" (IDDM)—is an absolute deficiency of insulin secretion that commonly begins in childhood and continues throughout adulthood. Treatment of type 1 DM always requires lifelong daily insulin. With type 2 DM—previously known as "adult-onset diabetes mellitus" or "non-insulin-dependent diabetes mellitus" (NIDDM)—the body's cells resist the effects of insulin, impairing glucose absorption and metabolism. Type 2 is less common than type 1 DM in children, but physicians are increasingly diagnosing type 2 DM before age 18. Treatment of type 2 DM generally requires lifestyle changes, such as increased exercise and dietary modification, and sometimes insulin in addition to other medications. While both type 1 and type 2 DM are usually controlled, some children do not achieve good control for a variety of reasons including, but not limited to, hypoglycemia unawareness, other disorders that can affect blood glucose levels, inability to manage DM due to a mental disorder, or inadequate treatment.

a. Hyperglycemia. Both types of DM cause hyperglycemia, which is an abnormally high level of blood glucose that may produce acute and long-term complications. Acute complications of hyperglycemia include diabetic ketoacidosis. Long-term complications of chronic hyperglycemia include many conditions affecting various body systems but are rare in children.

b. Diabetic ketoacidosis (DKA). DKA is an acute, potentially life-threatening complication of DM in which the chemical balance of the body becomes dangerously hyperglycemic and acidic. It results from a severe insulin deficiency, which can occur due to missed or inadequate daily insulin therapy or in association with an acute illness. It usually requires hospital treatment to correct the acute complications of dehydration, electrolyte imbalance, and insulin deficiency. You may have serious complications resulting from your treatment, which we evaluate under the affected body system. For example, we evaluate cardiac arrhythmias under 104.00, intestinal necrosis under 105.00, and cerebral edema and seizures under 111.00. Recurrent episodes of DKA in adolescents may result from mood or eating disorders, which we evaluate under 112.00.

Back to top

c. Hypoglycemia. Children with DM may experience episodes of hypoglycemia, which is an abnormally low level of blood glucose. Most children age 6 and older recognize the symptoms of hypoglycemia and reverse them by consuming substances containing glucose; however, some do not take this step because of hypoglycemia unawareness. Severe hypoglycemia can lead to complications, including seizures or loss of consciousness, which we evaluate under 111.00, or altered mental status, cognitive deficits, and permanent brain damage, which we evaluate under 112.00.

C. How do we evaluate DM in children? Listing 109.08 is only for children with DM who have not attained age 6 and who require daily insulin. For all other children (that is, children with DM who are age 6 or older and require daily insulin, and children of any age with DM who do not require daily insulin), we follow our rules for determining whether the DM is severe, alone or in combination with another impairment, whether it meets or medically equals the criteria of a listing in another body system, or functionally equals the listings under the criteria in § 416.926a of this chapter, considering the factors in § 416.924a of this chapter. The management of DM in children can be complex and variable from day to day, and all children with DM require some level of adult supervision. For example, if a child age 6 or older has a medical need for 24–hour-a-day adult supervision of insulin treatment, food intake, and physical activity to ensure survival, we will find that the child's impairment functionally equals the listings based on the example in § 416.926a(m)(2) of this chapter.

D. How do we evaluate other endocrine disorders that do not have effects that meet or medically equal the criteria of any listing in other body systems? If your impairment(s) does not meet or medically equal a listing in another body system, we will consider whether your impairment(s) functionally equals the listings under the criteria in § 416.926a, considering the factors in § 416.924a. When we decide whether you continue to be disabled, we use the rules in § 416.994a.

109.01 Category of Impairments, Endocrine

109.08 Any type of diabetes mellitus in a child who requires daily insulin and has not attained age 6. Consider under a disability until the attainment of age 6. Thereafter, evaluate the diabetes mellitus according to the rules in 109.00B5 and C.

110.00 Congenital Disorders That Affect Multiple Body Systems

A. Which disorders do we evaluate under this body system? We evaluate non-mosaic Down syndrome and catastrophic congenital disorders under this body system.

B. What is non-mosaic Down syndrome? Non-mosaic Down syndrome is a genetic disorder. Most children with non-mosaic Down syndrome have three copies of chromosome 21 in all of their cells (chromosome 21 trisomy); some have an extra copy of chromosome 21 attached to a different chromosome in all of their cells (chromosome 21 translocation). Virtually all children with non-mosaic Down syndrome have characteristic facial or other physical features, delayed physical development, and intellectual disability. Children with non-mosaic Down syndrome may also have congenital heart disease, impaired vision, hearing problems, and other disorders. We evaluate non-mosaic Down syndrome under 110.06. If you have non-mosaic Down syndrome documented as described in 110.00C, we consider you disabled from birth.

C. What evidence do we need to document non-mosaic Down syndrome under 110.06?

1. Under 110.06A, we will find you disabled based on laboratory findings.

a. To find that your disorder meets 110.06A, we need a copy of the laboratory report of karyotype analysis, which is the definitive test to establish non-mosaic Down syndrome. We will not purchase karyotype analysis. We will not accept a fluorescence in situ hybridization (FISH) test because it does not distinguish between the mosaic and non-mosaic forms of Down syndrome.

Back to top

3. For children from age 2 to attainment of age 18, three BMI–for–age measurements that are:

a. Within a consecutive 12–month period; and

b. At least 60 days apart; and

c. Less than the third percentile on the appropriate BMI–for–age table under 105.08B2.

## Credits

[81 FR 66161, Sept. 26, 2016; 81 FR 86923, Dec. 2, 2016; 81 FR 86928, Dec. 2, 2016; 82 FR 5872, Jan. 18, 2017; 85 FR 78175, Dec. 3, 2020]

SOURCE: 45 FR 55584, Aug. 20, 1980; 50 FR 35066, Aug. 28, 1985; 50 FR 38113, Sept. 20, 1985; 50 FR 50126, Dec. 6, 1985; 51 FR 5989, Feb. 19, 1986; 51 FR 7933, March 7, 1986; 51 FR 10616, March 28, 1986; 51 FR 16016, April 30, 1986; 51 FR 16824, May 7, 1986; 51 FR 17617, May 14, 1986; 52 FR 27541, July 22, 1987; 53 FR 29020, Aug. 2, 1988; 53 FR 29879, Aug. 9, 1988; 54 FR 50235, Dec. 5, 1989; 55 FR 2806, Jan. 29, 1990; 55 FR 35287, Aug. 28, 1990; 55 FR 35578, Aug. 31, 1990; 55 FR 38190, Sept. 17, 1990; 55 FR 51101, 51208, 51229, 51230, Dec. 12, 1990; 55 FR 51208, Dec. 12, 1990; 55 FR 51687, Dec. 17, 1990; 56 FR 11304, 11305, March 15, 1991; 56 FR 26031, June 6, 1991; 56 FR 40781, Aug. 16, 1991; 56 FR 57941, Nov. 14, 1991; 56 FR 60060, Nov. 27, 1991; 57 FR 1383, Jan. 14, 1992; 57 FR 23946, 23947, June 5, 1992; 57 FR 24187, June 8, 1992; 57 FR 30120, July 8, 1992; 57 FR 30121, July 8, 1992; 57 FR 57666, Dec. 7, 1992; 57 FR 61796, Dec. 29, 1992; 58 FR 31907, June 7, 1993; 58 FR 36051, 36052, 36056, July 2, 1993; 58 FR 36134, July 6, 1993; 58 FR 44445, Aug. 23, 1993; 58 FR 52359, Oct. 7, 1993; 58 FR 64123, Dec. 6, 1993; 58 FR 64123, Dec. 6, 1993;; 58 FR 64883, Dec. 10, 1993; 58 FR 65243, Dec. 13, 1993; 59 FR 671, Jan. 6, 1994; 59 FR 1275, 1416, Jan. 10, 1994; 59 FR 1635, Jan. 12, 1994; 59 FR 6497, 6501, Feb. 10, 1994; 59 FR 30389, June 13, 1994; 59 FR 41975, Aug. 16, 1994; 60 FR 8147, Feb. 10, 1995; 60 FR 43710, Aug. 23, 1995; 60 FR 43710, Aug. 23, 1995;; 60 FR 53267, Oct. 13, 1995; 60 FR 62330, Dec. 6, 1995; 61 FR 5941, Feb. 15, 1996; 61 FR 28047, June 4, 1996; 61 FR 64616, Dec. 6, 1996; 62 FR 6418, 6420, Feb. 11, 1997; 62 FR 6418, Feb. 11, 1997; 62 FR 13733, March 21, 1997; 62 FR 30747, June 5, 1997; 63 FR 4571, Jan. 30, 1998; 63 FR 30411, June 4, 1998; 64 FR 29788, June 3, 1999; 64 FR 46128, 46129, Aug. 24, 1999; 64 FR 67720, Dec. 3, 1999; 65 FR 31802, May 19, 2000; 65 FR 50775, 50780, Aug. 21, 2000; 65 FR 54776, Sept. 11, 2000; 65 FR 57947, Sept. 27, 2000; 66 FR 34362, June 28, 2001; 66 FR 58037, 58040, 58041, 58044, 58045, Nov. 19, 2001; 67 FR 20024, April 24, 2002; 67 FR 35723, May 21, 2002; 67 FR 43538, June 28, 2002; 68 FR 36912, June 20, 2003; 68 FR 51693, Aug. 28, 2003; 69 FR 32269, June 9, 2004; 69 FR 67032, Dec. 15, 2004;; 70 FR 15227, March 25, 2005; 70 FR 35029, June 16, 2005; 70 FR 38590, July 5, 2005; 70 FR 51259–51261, Aug. 30, 2005; 71 FR 2325, 2335, Jan. 13, 2006; 71 FR 16443, March 31, 2006; 71 FR 26412, May 5, 2006; 71 FR 66853, 66866, Nov. 17, 2006; 71 FR 67050, Nov. 20, 2006; 71 FR 77098, Dec. 22, 2006; 72 FR 33664, June 19, 2007; 72 FR 59422, 59426, Oct. 19, 2007; 73 FR 14601, March 18, 2008; 73 FR 31027, May 30, 2008; 74 FR 5808, Feb. 2, 2009; 74 FR 51232, Oct. 6, 2009; 75 FR 30701, June 2, 2010; 75 FR 32846, June 10, 2010; 75 FR 33167, June 11, 2010; 75 FR 62680, Oct. 13, 2010; 76 FR 16532, March 24, 2011; 76 FR 19696, April 8, 2011; 76 FR 65108, Oct. 20, 2011; 77 FR 10655, Feb. 23, 2012; 77 FR 35265, June 13, 2012; 77 FR 43494, July 25, 2012; 78 FR 7660, Feb. 4, 2013; 78 FR 18839, March 28, 2013; 78 FR 46501, Aug. 1, 2013; 78 FR 54757, Sept. 6, 2013; 78 FR 72572, Dec. 3, 2013; 79 FR 10662, Feb. 26, 2014; 79 FR 61224, Oct. 10, 2014; 79 FR 67350, Nov. 13, 2014; 80 FR 2, Jan. 2, 2015;; 80 FR 19525, April 13, 2015; 80 FR 21165, April 17, 2015; 80 FR 28826, May 20, 2015; 80 FR 34050, June 15, 2015; 80 FR 48248, Aug. 12, 2015; 81 FR 32645, May 24, 2016; 81 FR 37143, June 9, 2016; 81 FR 43052, July 1, 2016; 81 FR 51102, Aug. 3, 2016; 81 FR 66161, Sept. 26, 2016; 81 FR 86923, Dec. 2, 2016; 81 FR 86928, Dec. 2, 2016; 82 FR 5863, Jan. 18, 2017; 82 FR 5872, Jan. 18, 2017; 82 FR 39665, Aug. 22, 2017; 82 FR 59515, Dec. 15, 2017; 83 FR 11143, March 14, 2018; 83 FR 13863, April 2, 2018; 83 FR 23581, May 22, 2018; 84 FR 49951, Sept. 24, 2019; 85 FR 10279, Feb. 24, 2020; 85 FR 30844, May 21, 2020; 85 FR 78175, Dec. 3, 2020; 86 FR 38925, July 23, 2021; 86 FR 41383, Aug. 2, 2021; 86 FR 64069, Nov. 17, 2021; 86 FR 70729, Dec. 13, 2021; 87 FR 26270, May 4, 2022; 87 FR 42643, July 18, 2022; 88 FR 37731, June 8, 2023, unless otherwise noted.

AUTHORITY: Secs. 202, 203, 204(a) and (e), 205(a) and (c), 216(l), 222(c), 223(e), 224, 225, 702(a)(5), and 1129A of the Social Security Act (42 U.S.C. 402, 403, 404(a) and (e), 405(a) and (c), 416(l), 422(c), 423(e), 424a, 425, 902(a)(5), and

Back to top

1320a–8a); 48 U.S.C. 1801.; Secs. 202, 205(a)-(b) and (d)-(h), 216(i), 221(a) and (h)-(j), 222(c), 223, 225, and 702(a)(5) of the Social Security Act (42 U.S.C. 402, 405(a)-(b) and (d)-(h), 416(i), 421(a) and (h)-(j), 422(c), 423, 425, and 902(a)(5)); sec. 211(b), Pub.L. 104–193, 110 Stat. 2105, 2189; sec. 202, Pub.L. 108–203, 118 Stat. 509 (42 U.S.C. 902 note).

Current through Aug. 1, 2023, 88 FR 50066. Some sections may be more current. See credits for details.

---

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Contact us   •   Live chat   •   Training and support   •   Improve Westlaw Edge/Report an error   •   Transfer My Data   •   Pricing guide   •   Sign out



1-800-REF-ATTY (1-800-733-2889)

Westlaw Edge. © 2023 Thomson Reuters     Accessibility   •   Privacy   •   Supplier terms          *Thomson Reuters is not providing professional advice*

Back to top