# EXHIBIT 7

## (*Curriculum Vitae* – Renee Dahring)

Renee Dahring, MSN, RN, CNP,CCHP, FAANP
3110 Evelyn Street, Roseville, MN   55113

Home: 651-484-6183
Cell: 651-336-7217
Email: mindthegaps@comcast.net

**Education**

    University of Minnesota, Minneapolis, Minnesota
        Masters of Science in Nursing – May 2000
        Family Nurse Practitioner Program

    North Dakota State University, Fargo, North Dakota
        Bachelor of Science in Nursing – May1989

    Moorhead State University, Moorhead, Minnesota – 1985 through1987
        Pre-nursing coursework

**Licensure and Certification**

    ANCC Board certification - Family Nurse Practitioner
    Minnesota State Registered Nurse
    Minnesota State Public Health Certification
    DEA registration
    DEA X-waiver registration
    Certified Correctional Health Professional (CCHP)

**Professional Experience**

    Centurion, Rosevile, MN
      Per diem NP – July 2020 to present
        Provide acute and primary care for Hennepin County Adult Workhouse and Juvenile Correctional Facilities

    Anoka County Jail, Anoka, Minnesota
      Independent contractor, March 2018 to October 2020.
        Nurse Practitioner services to inmates in the jail.

    Metropolitan State University, St. Paul, Minnesota
      Community Faculty September 2019 to present
        Family Nurse Practitioner program clinical skills instructor
      Community Faculty 2009 - 2012
        Instructor for pre and post licensure nursing health assessment course

    University of Minnesota, Minneapolis, Minnesota
      Teaching Specialist,   Sept 2011 to present
        College of Nursing – Family Nurse Practitioner Program, Entry Level Masters Program

    Advanced Practice Solutions,  Little Canada, Minnesota
      Director of Clinical Services, 2016 to 2018
      Nurse Practitioner, October 2001 to 2019
        Acute and primary care to adults and juveniles of both genders in Ramsey County Correctional facilities. Other assignments included prisons, Healthcare for the Homeless project, public health agencies, refugee screening, family planning and urgent care centers.
      Clinical Director 2006 - 2009
        Recruiting and hiring of NP's and PA's for per diem and locum tenens assignments.  Development of job descriptions, hiring strategies, strategic planning.  Responsible for coordination and oversight of website and database development as well as marketing and public relations initiatives.  Involved in company strategic planning.

    Centurion, Roseville, Minnesota
      Nurse Practitioner, casual - October 2016 to March 2019
        Provide direct care to inmates in the state prison


EXHIBIT A

Renee Dahring, MSN, RN, CNP,CCHP, FAANP
3110 Evelyn Street, Roseville, MN   55113

Home: 651-484-6183
Cell: 651-336-7217
Email: mindthegaps@comcast.net

    MEnd Correctional Care, Waite Park, Minnesota
        Nurse Practitioner, part time April 2012 to August 2016
            Provide direct care to inmates in several jails throughout Minnesota

    Open Cities Health Center
        Nurse Practitioner, Sept 2011 to May 2014
            Acute and primary care for inmates in Ramsey County Correctional Facilities
            Development policies and procedures, provided continuing education for nursing staff

    RHSC, Minneapolis, Minnesota
        Nurse Practitioner, February 2003 to December 2004
            Provide acute and primary care to adults and juveniles in Ramsey County correctional facilities.

    Quickmedx, St. Louis Park, Minnesota
        Nurse Practitioner, September 2000 to February 2004
            Retail health.  Served on the operating policy committee

**Leadership and Committees**

    National Commission on Correctional Health – Nursing Education Subcommittee – 2018 to present
    Minnesota APRN Coalition – NP director 2020 – present, President 2014-2018 Chair of Education Planning Committee and Legislative Committee 2018 to present, Communications Chair 2013-2014,
    Minnesota Prescription Monitoring Program Advisory Task Force 2016 to present
    Reviewer – Rural Advanced Practice Provider Loan Forgiveness Program 2019
    Legislative Advisory Committee on Standards of Care for Incarcerated Pregnant Women – 2014 to 2018
    Clinician 1 Editorial Advisory Board Member 2015 to 2019
    Board of Directors 3rd District Nurses Association – APRN Director 2005-2007
    APRN Steering Committee – 3rd District Nurses Association 2005-2008
    Fellow American Association of Nurse Practitioners (FAANP)

**Memberships**

    American Association of Nurse Practitioners
    Academy of Correctional Health Professionals
    Minnesota APRN Coalition
    American Correctional Nurses Association

**Awards**

    2018 State Award for Excellence – American Association of Nurse Practitioners


**PRESENTATIONS**
**National**

| | |
|---|---|
| 06/2022 | "Hiding in Plain Sight: Raising Awareness of the Abuse of Non-controlled Prescription Medications", AANP National Conference, Orlando, FL |
| 04/2022 | "APRN Leadership in Correctional Settings" Roundtable, NCCHC Spring Conference, Atlanta, GA |
| 11/2021 | "Correctional Nurse Practice Update:  Protecting Your Practice, NCCHC Fall Conference, Chicago, IL |

Renee Dahring, MSN, RN, CNP, CCHP, FAANP  
3110 Evelyn Street, Roseville, MN  55113

Home: 651-484-6183  
Cell: 651-336-7217  
Email: mindthegaps@comcast.net

| | |
|---|---|
| 11/2021 | "APRN Grand Rounds: Analysis of Complex Patient Care Needs", Roundtable, NCCHC Fall Conference, Chicago, IL |
| 04/2021 | "Let us Count the Ways: How APRNs Can Add Value To Your Correctional Healthcare Operation. Roundtable, NCCHC Virtual Spring Conference |
| 10/2018 | "APRNs in Corrections" NCCHC Fall Conference, Las Vegas, NV |
| 10/2018 | "Breathing Easier – Managing Asthma in Corrections" NCCHC Fall Conference, Las Vegas, NV |
| 11/207 | "Breathing Easier – Managing Asthma in Corrections" NCCHC Fall Conference, Chicago, IL |
| 06/2017 | "Resumes Worth Reading", American Association of Nurse Practitioners Conference, Philadelphia, PA |
| 05/2017 | "Alcohol Withdrawal Management Protocols and Staff Education", NCCHC Spring Conference, Atlanta, GA |
| 04/2011 | "Job Search Secrets and Resumes Worth Reading", American Academy of Anesthesiologist Assistants 35th Annual Conference, Destin, FL, |

**State, and Local**

| | |
|---|---|
| 10/ 2021 | "What Every Correctional Nurse Should Know about Buprenorphine". Correctional Health Conference, Alexandria, MN |
| Annually 02/2015 through 02/2020 | "Resumes Worth Reading", Annual Minnesota Nurse Practitioner and Nurse-Midwife Student Conference, Minneapolis, MN |
| 10/2020 | "De-mystifying the Intake Process, Correctional Health Conference, virtual, MN |
| 09/2019 | "Protecting your Practice" Correctional Health Conference, Alexandria, MN |
| 10/2018 | "APRN Advocacy" MN NACNS Fall Conference, Burnsville, MN |
| 10/2018 | "Finding the Sweet Spot – Diabetes in Corrections" Correctional Health Conference, Alexandria, MN |
| 04/2018 | "Legislative Update" APRN Summit and Pharmacology Review, St. Paul, MN |
| 09/2017 | "Diagnostic Cues and Clues" Correctional Health Conference, Alexandria, MN |
| 06/2017 | "Common Clinical Issues – I'm all Ears", 1st Annual Correctional Healthcare Nursing Conference, St. Cloud, MN |

Renee Dahring, MSN, RN, CNP,CCHP, FAANP  
3110 Evelyn Street, Roseville, MN   55113

Home: 651-484-6183  
Cell: 651-336-7217  
Email: mindthegaps@comcast.net

| | |
|---|---|
| 09/2015 | "Breaking Bad - The Role of the Correctional Nurse" Correctional Health Conference, Alexandria, MN |
| 02/2015 | "Healthcare in Corrections", Southeast Asian Services, Minneapolis, MN |
| 09/2014 | "Breathing Easier – Managing Asthma in Corrections" Correctional Health Conference, Alexandria, MN |
| 11/2013 | "Gut Feelings: Assessing Abdominal Pain" Correctional Health Conference, Alexandria, MN |
| 06/2013 | "Women in Corrections" HealthPartners OB/GYN Wabasha Clinic, St. Paul, MN |
| 11/2012 | "A Systematic Approach to Assessing Chest Pain", American Correctional Health Services Association (MN Chapter), Alexandria, MN |
| 03/2010 | "OB 101: The Pregnant Inmate", Adult Detention Center, St Paul, MN |

**Publications (soliciteD)**

Dahring, R. (2010). Taking Call, Lessons from Experience.  *Advance for Nurse Practitioners, 18 (4), 45-46*

Dahring, R. (2010).  Today's Job Market? Bound to change. *Advance for NPs & PAs, 1(1), 16*

Dahring, R. (2010). New Grad or unemployed? Don't get rusty while waiting. *Advance for NPs & PAs, 1(3), 14*

*Dahring, R. (2011).* Need Job, will Travel: Consider locum tenens. *Advance for NPs & PAs, 2(1), 18*

*Dahring, R. (2011).* Locum Tenens, part 2: What's in it for you? *Advance for NPs & PAs,* 2 (3), 20

Dahring, R. (2011). Your Journey is just beginning. *Advance for NPs & PAs,* 2(4) 39-40

Dahring, R. (2011). Working with recruiters: What's the real deal? *Advance for NPs & PAs,* 2(5) 14

Dahring, R. (2011). Overcoming negatives in your work history. *Advance for NPs & PAs.* 2(7) 16

Dahring, R. (2011). The big question: How can you find the right fit? *Advance for NPs & PAs.* 2(9) 11

Dahring, R. (2011). Image Alert: What do you look like online? *Advance for NPs & PAs.* 2(11)  17

Dahring, R. (2012). What's on tap for NP and PA jobs in 2012? *Advance for NPs & PAs.* 3(1) 11

Dahring, R. (2012). Contract Negotiation: Don't be afraid. *Advance for NPs & PAs.* 3(3) 18

Dahring, R. (2012). Finding Your First Job. Timing, resume writing and other advice. *Advance for NPs & PAs.* 3(4) 26-27

Dahring, R. (2012). Who –or what – is reading your resume? *Advance for NPs & PAs.* 3(5) 15  
Dahring, R. (2012). The top 5 faux pas committed by job seekers. *Advance for NPs & PAs.* 3(7) 18

Dahring, R. (2012). Before you answer the phone, Read this.  *Advance for NPs & PAs.* 3(9) 13

Renee Dahring, MSN, RN, CNP,CCHP, FAANP
3110 Evelyn Street, Roseville, MN  55113

Home: 651-484-6183
Cell: 651-336-7217
Email: mindthegaps@comcast.net

Dahring, R. (2012).  Conferences offer much more than education. *Advance for NPs & PAs.* 3(11) 17

Dahring, R. (2013).  Predictions and Resolutions for 2013. *Advance for NPs & PAs.* 4(1) 7

Dahring, R. (2013).  How to Plan for Your Job Search. *Advance for NPs & PAs.* 4(5) 19

Dahring, R. (2013).  Contracts: Avoiding the Wrong Regrets. *Advance for NPs & PAs.* 4(7) 16

Dahring, R. (2013).  Where's Your Mountain and how will you climb it? *Advance for NPs & PAs.* 4(9) 13

Dahring, R. (2013).  Cover Letter Caveats. *Advance for NPs & PAs.* 4(11) 13

Dahring, R. (2013).  Don't sabotage your 2014 Job Search. *Advance for NPs & PAs.* 5(1)

**Other publications (solicited)**

Author of a biweekly blog titled "Career Coach" (2009 to 2017) for Advance (Merion Publishing) Topics are market, professional issues and job search advice for NPs and PAs.  www.advanceweb.com