# EXHIBIT 9

# (*Curriculum Vitae* – Timothy Beck, M.D.)

# Timothy Scott Beck M.D.
## Curriculum Vitae



**ADDRESS / CONTACT**

Third Opinion MD, LLC            Tel. 706-982-4156
PO Box 384                       Fax 706-782-0180
Clayton, GA 30525

tsbeckmd@yahoo.com
referrals@thirdopinionmd.com

**EDUCATION AND POSTGRADUAE TRAINING**
Bachelor of Science in Biology with Minor in Chemistry, Georgia Southern University 1997
Medical Doctor, Medical College of Georgia 2001
Greenville Memorial Hospital Internship, Department of Internal Medicine 2002
Greenville Memorial Hospital Residency, Department of Internal Medicine 2004

**LICENSURE AND CERTIFICATIONS**
Board Certification, American Board of Internal Medicine 2004, 2014 - present
Georgia Medical License 2004 - present
North Carolina Medical License 2011 - present
South Carolina Medical License 2011 - present

**MEDICAL LEGAL EXPERIENCE**
Expert Witness / Consulting 2012 – present
Trial and Deposition Experience
Greater than 100 Professional Medical Opinions Rendered
- Internal Medicine
- Plaintiff and Defense
- Standard of Care
- Wrongful Death
- Personal Injury
- Elder Abuse

- Nursing Home
    - Infections
    - Pressure Wounds
    - Lift Failure
    - Assault
    - Medication Errors
- Long-term Care
- Failure to Diagnose

**MEDICAL PROFESSIONAL EXPERIENCE**
Life Point Medical, LLC, Internist 2016 – present, full time practicing physician
Mountain View Nursing Home, Internist- 2005-2009, 2017-present
Personal Lab Services, Medical Director 2013 - 2017
Third Opinion MD, Internist 2011 - present
Toccoa Clinic Medical Associates, Internist 2012 - 2016
Network Geriatric Services, Internist 2011 - 2012
Greenville Memorial Hospital, Hospitalist 2010 - 2011
Beck's Healthcare, LLC, Physician/Owner 2004 - 2009

**DISCIPLINARY ACTIONS, SANCTIONS, LAWSUITS**
None

**PROFESSIONAL AND HONOR SOCIETY MEMBERSHIPS**
Golden Key Honor Society, 1997 - present
Beta Beta Beta Biological Honor Society
American Academy of Family Physicians
Georgia Academy of Family Physicians
National Board of Physicians and Surgeons

**HONORS AND AWARDS**
Leadership and Service Award
Academic Excellence Award
Foxfire Foundation Academic Scholarship
Who's Who Among Students in American Universities and Colleges

**COMMUNITY VOLUNTEER, MILITARY AND CIVIC ACTIVITIES**
Foster Parent, 2019-Present
Founder and Board Member, Bring the Light, Inc 2019-present
Board Member, Place of Hope 2019-present
Board Member, Foxfire Community Board 2004 - 2009, 2011 - 2016
Board Member, Citizens Against Violence 1996 - 1997

Preceptor, Phase 1 Physical Diagnosis, Medical College of Georgia 2000
Clinical Mentor, Medical College of Georgia 1999 - 2000
President, Family Medicine Interest Group, Medical College of Georgia 1998
Beta Beta Beta Biological Honor Society, Georgia Southern University 1997
Volunteer, United Cerebral Palsy of the CSRA, 600+ Hours 1994 - 1996
Volunteer, Big Brother and Sisters of America 1990 - 1992
Blood Drive Coordinator, American Red Cross 1995 -1996
Honor Guard, Bugler, Fairchild Air Force Base 1991 - 1992
United States Air Force, Active Duty, Enlisted 1989-1994

**PERSONAL INTERESTS**
Community Health and Prevention
Education / Children's Welfare
Family, Banjo, Reading, Mountain Biking, Hiking

Revised 4/28/2021

3