# EXHIBIT 11

**(*Curriculum Vitae* – Robert Cooper, M.D.)**

# Robert J. Cooper, M.D., F.A.C.E., F.A.C.P.

20 Cherry Lane
Longmeadow, MA  01106
Phone:  (413) 387-5971
Fax:  (413) 567-3950
ShaRobCoop@aol.com

*PROFESSIONAL EXPERIENCE:*

**Holyoke Medical Center**                                                                                               02/2022 - Present
10 Hospital Drive
Holyoke, MA 10140

Clinical Endocrinologist; Clinical practice treating thyroid disorders, adrenal disorders, pituitary disorders, lipid disorders, calcium and bone disorders, diabetes and general endocrine disorders.

**Harrington Physician Services**                                                                                    05/2020 – 01/2022
198 Charlton Road
Sturbridge, MA  01566

Clinical Endocrinologist; Clinical practice treating thyroid disorders, adrenal disorders, pituitary disorders, lipid disorders, calcium and bone disorders, diabetes and general endocrine disorders.  Work directly with and educate endocrine physician assistant.

**Baystate Medical Center**                                                                                               10/2015 – 04/2020
3300 Main Street
Springfield, MA  01199

Attending Physician, Department of Endocrinology; Work directly with and educate Fellows, Medical Residents and Medical Students.  Perform ultrasound guided thyroid biopsies, fine needle aspirations, and radioactive iodine treatments.  Teaching practice treating diabetes, thyroid disorders, adrenal disorders, pituitary disorders, lipid disorders, calcium and bone disorders, and general endocrine disorders.

**New England Endocrine & Thyroid Center, PC**                                                           04/2013 – 09/2015
299 Carew Street
Suite 323
Springfield, MA 01104

Owner of single specialty solo medical practice; Clinical Endocrinologist.  Established newly formed endocrine practice.  Manage personnel including medical assistant and front desk personnel.  Clinical practice treating thyroid disorders, adrenal disorders, pituitary disorders, lipid disorders, calcium and bone disorders, diabetes and general endocrine disorders. Perform ultrasound guided thyroid biopsies, fine needle aspirations, and radioactive iodine treatments. Work directly with and educate cytopathology fellows and pathology residents.

**Baystate Medical Center**                                                                                               03/2012 – 03/2013
3300 Main Street
Springfield, MA  01199

Attending Physician, Department of Endocrinology; Work directly with and educate Fellows, Medical Residents and Medical Students.  Perform ultrasound guided thyroid biopsies, fine needle aspirations, and radioactive iodine treatments.  Teaching practice treating diabetes, thyroid disorders, adrenal disorders, pituitary disorders, lipid disorders, calcium and bone disorders, and general endocrine disorders.

Robert J. Cooper, MD, FACE, FACP
Page - 2 -

**Holyoke Medical Center**  12/2003 - 03/2012
575 Beech Street, Suite 404
Holyoke, MA  01040

Chief of Medicine (05/2005 – 03/2009); Director of Endocrine Center for Excellence; Director of Ultrasound Thyroid Biopsy/Fine Needle Aspiration Clinic; Attending Physician, Department of Endocrinology.  Manage personnel including registered nurse, office manager and front desk personnel.  Perform ultrasound guided thyroid biopsies, fine needle aspirations, and radioactive iodine treatments.  Clinical practice treating thyroid disorders, adrenal disorders, pituitary disorders, lipid disorders, calcium and bone disorders, and general endocrine disorders.

**Baystate Medical Center**  03/2000 – 11/2003
3300 Main Street
Springfield, MA  01199

Attending Physician, Department of Endocrinology; Director of Ultrasound Thyroid Biopsy/Fine Needle Aspiration Clinic; Coordinator of Endocrine Resident elective; Assistant Fellowship Director (05/2002 – 01/2003); Worked directly with and educated Fellows, Medical Residents and Medical Students.  Performed ultrasound guided thyroid biopsies, fine needle aspirations, and radioactive iodine treatments.  Teaching practice treating diabetes, thyroid disorders, adrenal disorders, pituitary disorders, lipid disorders, calcium and bone disorders, and general endocrine disorders.

**East End Endocrine Associates, P.C.**  11/1998 – 02/2000
82 Old Riverhead Road
Westhampton Beach, NY  11978

Co-partner of single specialty group; Clinical Endocrinologist.  Established newly formed endocrine practice.  Managed personnel including medical assistant, office manager and front desk personnel.  Initiated glucose monitoring protocol at Southampton Hospital, Southampton, NY. Clinical practice treating diabetes, thyroid disorders, adrenal disorders, pituitary disorders, lipid disorders, calcium and bone disorders, and general endocrine disorders.

**Fellowships (See Education Section)**  07/1996 – 10/1998

**Queens-Long Island Medical Group**  07/1995 – 06/1996
140-15 Sanford Avenue
Flushing, NY  11355

Internal Medicine Physician, HMO affiliated multispecialty group.  Clinical practice treating general medical care of adults 18 years of age and older.


*EDUCATION*:

**University of Pennsylvania**  09/1982 – 06/1983
Philadelphia, PA

**State University of New York at StonyBrook**  09/1983 – 06/1988
StonyBrook, NY
*Degree:* B.S. in Biology and Psychology

**Albert Einstein College of Medicine**  08/1988 - 06/1992
1300 Morris Park Avenue
Bronx, NY  10461
*Degree***:** M.D.

Robert J. Cooper, MD, FACE, FACP
Page - 3 -

**Long Island Jewish Hospital**                                                                                      07/1992 – 06/1993
270-05 76th Avenue
New Hyde Park, NY  11040
*Position:*  First Year Medical Intern (PGY1)

**Long Island Jewish Hospital**                                                                                      07/1993 – 06/1994
270-05 76th Avenue
New Hyde Park, NY  11040
*Position:*  Second Year Medical Resident (PGY2)

**Long Island Jewish Hospital**                                                                                      07/1994 – 06/1995
270-05 76th Avenue
New Hyde Park, NY  11040
*Position:*  Third Year Medical Resident (PGY3)

**See Employment Section**                                                                                            07/1995 – 06/1996

**Medical College of Pennsylvania**                                                                                   07/1996 – 10/1996
3300 Henry Avenue
Philadelphia, PA  19129
*Position:*  First Year Fellow in Cardiology

**Long Island Jewish Hospital**                                                                                      11/1996 – 06/1997
270-05 76th Avenue
New Hyde Park, NY  11040
*Position*:  First year Fellow in Endocrinology (PGY4)

**Winthrop University Hospital**                                                                                     07/1997 – 10/1998
259 First Street
Mineola, NY  11501
*Position:* Second year Fellow in Endocrinology (PGY5)


*LICENSURE AND BOARD CERTIFICATIONS*:

MA License #204180 - Current
NY License #198082-01 - Current
PA License #MD-057608-L - Current
NJ License #25MA07589200 – Current
CT License #55818 – Current
SD License #11201 – Current
AR License #E-12766 – Current
WI License #71829-20 – Current

1996 - Certified Diplomate, American Board of Internal Medicine
1998 - Certified Diplomate, American Board of Internal Medicine –
        Subspecialty Boards on Endocrinology, Diabetes and Metabolism
2000 - Certified Thyroid Ultrasound and Ultrasound Guided FNA Biopsy
2004 - Certified Bone Densitometry
2008, 2017 - Recertified ABIM - Endocrinology
2006, 2016 - Recertified ABIM – Internal Medicine

Robert J. Cooper, MD, FACE, FACP
Page - 4 -

## *HONORS AND AWARDS:*

2004 - Fellow - American College of Endocrinology (F.A.C.E.)
2015 - Fellow - American College of Physicians (F.A.C.P.)

## *TEACHING APPOINTMENTS:*

| | |
|---|---|
| Tufts University School of Medicine<br>136 Harrison Avenue<br>Boston, MA  02111<br>**Position:**  Assistant Professor of Medicine | 2000 – Present |
| University of Connecticut Health Center<br>263 Farmington Avenue<br>Farmington, CT 06030<br>**Position:**  Assistant Professor of Medicine | 2017 – 2018 |

## *OTHER PROFESSIONAL EXPERIENCE:*

| | |
|---|---|
| SEAK Alumni<br>Courses in expert witness testifying and deposition<br>Courses in disability file review<br>Course in medical writing | 2017 - Present |
| VeriMed HealthCare Network<br>2426 Embassy Drive<br>West Palm Beach, FL 33401<br>**Position:**  Consultant Services – Reviewing medical content and accuracy | 2008 – Present |
| Professional Disability Associates<br>1 Monument Square #201<br>Portland, ME 04101<br>**Position:**  Disability Peer Reviewer | 2006 - Present |
| University Disability Consortium<br>76 Chestnut St<br>West Newton, MA 02465<br>**Position:**  Disability Peer Reviewer | 2006 - Present |
| National Medical Reviews Inc.<br>260 Knowles Ave., Suite 330<br>Southampton, PA 18966<br>**Position:**  Disability Peer Reviewer | 2010 - Present |
| Gerson Lehrman Group, Inc.<br>60 E 42nd St.<br>New York, NY 10165<br>**Position:**  Council Member | 2011 - Present |
| Guidepoint HQ<br>730 Third Avenue, 11th Floor<br>New York, NY  10017<br>**Position:**  Expert Consultant | 2011 - Present |

Robert J. Cooper, MD, FACE, FACP
Page - 5 -

| | |
|---|---|
| Change Healthcare (McKesson) | 2017 – Present |

275 Grove Street, Suite 1-310
Auburndale, MA  02466
**Position:**  Consultant/Content Reviewer

| | |
|---|---|
| Various Expert Witness Companies | 2010 - Present |

Direct to Attorney
**Position:**  Expert Medical Witness – Endocrinology


## *PROFESSIONAL MEMBERSHIPS:*

American College of Physicians
American Association of Clinical Endocrinologists
American Thyroid Association
American Diabetes Association
American College of Thyroidology
The Endocrine Society


## *OFFICE AND COMMITTEE ASSIGNMENTS IN PROFESSIONAL SOCIETIES:*

| | |
|---|---|
| Editor MedStudy Internal Medicine Board Review | 2013 – Present |
| Advisory Board for the Connecticut American Diabetes Association Annual Meeting | 2003 - Present |
| Cardiometabolic Health Congress | |
|  – Panelist for Symposium on Oral Anti-Hyperglycemic Therapy and Cardiovascular Risk Reduction | 2009 |
|  – Advisory Board | 2005 - Present |
| American Association of Clinical Endocrinologists – | |
| Legislative and Regulatory Committee | 2002 - 2015 |
| Endocrine Board Review Committee | 2013 - 2014 |
| Radiation Safety Committee Member | 2003 - 2012 |
|  – Baystate Heath Systems and Holyoke Medical Center | |
| Contracts Committee Member | 2003 - 2012 |
|  – Holyoke Medical Center | |
| Pharmacy and Therapeutics Committee | 2003 - 2012 |
|  – Holyoke Medical Center | |
| Faculty Member of Testosterone Update | 2009 |
| Quality Assurance and Quality Improvement Committee | 2005 - 2009 |
|  – Holyoke Medical Center | |
| Practice Care Assessment Committee | 2005 - 2009 |
|  – Holyoke Medical Center | |
| The Endocrine Society – Clinical Endocrinology Update | 2004 and 2001 |
|  – Lecture and demonstration on Use of Thyroid Ultrasound in Evaluating Thyroid Nodules | |
| The Endocrine Society –National Meeting | 2003 |
|  – Preceptor for Thyroid Ultrasound Course | |

Robert J. Cooper, MD, FACE, FACP
Page - 6 -

| | |
|---|---|
| American Board of Internal Medicine | 2002 |

– Subspecialty Board of Endocrinology, Diabetes and Metabolism – Committee
to review ABIM Subspecialty Board Examination Questions

| | |
|---|---|
| American Association of Clinical Endocrinologists – National Meeting | 2001 |

– Lecture and Preceptor for Thyroid Ultrasound Certification Course

## *PUBLICATIONS:*

Pantanowitz L, Panetti C, Goulart R, Cooper RJ.  Cholesterol Crystals in the Thyroid Gland.  ACTA Cytologica: The Journal of Clinical Cytology and Cytopathology 51(2): 249-251, March-April 2007.

Tollin SR, Resta C, Cooper RJ, Westra WH, Udelsman R.  Familial Cushing's Syndrome with Idiopathic ACTH-Independent Bilateral Macronodular Adrenocortical Hyperplasia Successfully Treated by Laparoscopic Adrenalectomy.  The Endocrinologist 10(5): 341-346, 2000.

Cooper RJ, Belilos E, Drexler S, et al.  Idiopathic Giant-Cell Granulomatous Hypophysitis Mimicking Acute Meningitis.  Am J Med Sci 318(5): 339-342 (November),1999.

## *RESEARCH EXPERIENCE:*

| | |
|---|---|
| FutureCare Studies, Inc. | 2004 - Present |

354 Birnie Avenue, 4th Floor
Springfield, MA 01107

**Position:**  Sub-Investigator

"A multi-center, double-blind, randomized, parallel-group study to compare the effect of 24 weeks treatment with LAF 237 (50mg qd or bid) to placebo as add-on therapy to pioglitazone 45 mg qd in patients with type 2 diabetes inadequately controlled with thiazolidinedione monotherapy"

"A double-blind, randomized, placebo-controlled, parallel study to evaluate the efficacy and safety of AndroGel, as an adjunct to oral hypoglycemic therapy, in the treatment of hypogonadal men with type 2 diabetes"

"Efficacy and safety of inhaled human insulin (Exubera) compared with subcutaneous human insulin in the therapy of adult subjects with type 1 or type 2 diabetes mellitus and chronic asthma:  A one-year, multi-center, randomized, outpatient, open-label, parallel-group comparative trial"

"Efficacy and safety of inhaled human insulin (Exubera) compared with subcutaneous human insulin in the therapy of adult subjects with type 1 or type 2 diabetes mellitus and chronic obstructive pulmonary disease:  A one-year, multi-center, randomized, outpatient, open-label, parallel-group comparative trial"

"A one-year, open, randomized, parallel, three-arm study comparing Exubera (insulin dry powder pulmonary inhaler) vs. Avandia (rosiglitazone maleate) as add-on therapy vs. Exubera substitution of sulfonylurea in patients with type 2 diabetes, poorly controlled on combination sulfonylurea and metformin treatment"

| | |
|---|---|
| **Position:**  Principal Investigator | October 2006 |

"Acrostudy – A multicenter, post marketing surveillance study of Somavert therapy in patients with Acromegaly in the US and Europe"

Robert J. Cooper, MD, FACE, FACP
Page - 7 -

***SPEAKER/LECTURE BUREAUS:***

Jansen Pharmaceuticals
Shire Pharmaceuticals