# EXHIBIT 12

## (Robert Cooper, M.D. Preliminary Report)



Robert J. Cooper, MD, FACE, FACP
20 Cherry Lane
Longmeadow, MA  01106
413-387-5971
ShaRobCoop@aol.com

May 29, 2023

Patrick J. Wheale, Attorney
Wheale Law Firm
Attorney at Law
500 E. Elm Street, Suite 200
P.O. Box 272
Rockmart, GA  30153

RE:  Quennel Warren

Dear Atty. Wheale:

As you requested, I am providing this report summarizing my analysis and conclusions following review of the above matter.

To begin, I am a diplomate of the American Board of Internal Medicine (i.e., board certified in Internal Medicine) and hold subspecialty certification by that board in Endocrinology, Diabetes and Metabolism.  My analysis will focus on the relationship of the jail provider's potential identification, treatment, monitoring, and management of Ms. Warren's Type 1 diabetes and potential diabetic crisis/diabetic ketoacidosis, and her fall on September 9, 2021 while she was in custody at the Clayton County Jail from September 7 – 12, 2021.

I have reviewed the following documents:

- 911 call for service by Quennel Warren on 09/07/2021.
- Eagles Landing Diabetes and Endocrinology, various providers, office visit notes from 03/14/2019 to 10/06/2021.
- Southside Medical Center, various providers, office visit notes from 12/07/2021 to 04/13/2022.
- Clayton County EMS records on 09/07/2021 and 09/09/2021.
- Clayton County jail records from Correcthealth from 10/17/2018 to 09/09/2021.
- Grady Memorial Hospital, inpatient notes, from 09/09/2021 to 09/21/2021.

**DEFINITION OF TERMS:**

- **Diabetes Subtypes and Management:**  Diabetes is characterized as two subtypes, Type 1 diabetes and Type 2 diabetes.  Type 1 diabetes results from an autoimmune destruction of cells in the pancreas, known as islet cells.  This destruction results in lack of production of insulin.  Insulin is the cornerstone of treatment for Type 1 diabetes.  Omission of insulin in a Type 1

    diabetic patient results in the production of ketones, as well as hyperglycemia.  Type 2 diabetes can be treated with non-insulin based therapies, as well as insulin.  The omission of insulin in a Type 2 diabetic patient can result in hyperglycemia, but may not lead to development of ketones.

- **Acute Diabetic Complication:**  Diabetic ketoacidosis is an acute complication of diabetes.  It is more likely to develop in a patient with Type 1 diabetes, with the most common underlying reason being a lack of insulin administration or as a result of infection.  Common symptoms of diabetic ketoacidosis include dehydration, weakness, nausea, vomiting, and in severe cases, coma and death.

**SUMMARY OF FACTS:**

Ms. Quennel Warren is a 37-year-old female with a history of Type 1 diabetes since age 13.

Ms. Warren saw various providers at Eagles Landing Diabetes and Endocrinology for management of Type 1 diabetes.  On 08/19/2021, Ms. Sonya Shaheed noted Ms. Warren had stated she was checking her blood sugars 4 times per day.  She was being treated with 75/25 insulin and Ademalog.  Her fingerstick glucose was greater than 600.  HBA1C was noted to be 9% in 07/2021.  She was instructed to go to the emergency room, but declined.  She was advised to monitor her point-of-care glucose daily.

Ms. Warren had a history of pervious detentions at Clayton County Jail.  From 10/17/2018 to 10/18/2018, records indicate she was identified as a Type 1 diabetic, being treated with 70/30 insulin.  Blood sugar measured was 306. She was also detained from 10/17/2020 to 10/19/2020.  At that time, she was pregnant, and was treated with Novolin R insulin and 70/30 insulin.  She had 2 blood sugar measurements at 182 and 361.

On 09/07/2021, Ms. Warren called 911 at 12:00pm.  She was detained by the police, and placed in the backseat of the police car.  She complained of hypoglycemic symptoms, and a call for medical attention went out at 2:05pm.  EMT services arrived and blood sugar was recorded at 48.  Hypoglycemia was treated with candy.

Ms. Warren was admitted into the Clayton County Jail on 09/07/2021 at 3:51pm.  At 5:16pm, medical intake was completed by Latisha Smith, MA, and co-signed by Katherine Calderon, RN at 5:24pm.  Ms. Warren was classified as a Type 2 diabetic.  Ms. Warren's blood glucose reading was 140.  She was noted to have diabetes and taking two types of insulins – Humalog and Humulin R.  Her physical exam was documented as within normal limits.

At 6:00pm, Katherine Calderon, RN entered an order written by Marvet Wint, NP for Ms. Warren to receive Novolin 70/30 10 units BID (twice daily), Novolin R sliding scale coverage BID, and Accuchecks (blood glucose readings) BID, along with a 2,800 calorie ADA diet and bedtime snack.

On 09/08/2021 at 4:34am, blood glucose reading was 430, and Sakelya Bea, RN administered 10 units of Novolin 70/30 insulin and 1 unit of Novolin R U-100 insulin to Ms. Warren.

On 09/08/2021 at 3:52pm, John Sims, NP admitted Ms. Warren to the infirmary for dizziness, nausea, and vomiting.  His initial impression was poorly controlled diabetes, dehydration, and nausea.  Mr. Sims ordered a diabetic diet and blood sugar readings 3 times per day, along with lab orders to check her urine for ketones, a complete blood count, a comprehensive metabolic panel, lipids, and an HBA1C.  He also ordered an intravenous infusion of 1 liter of normal saline to be given as rapid administration, and then to be followed by

an additional liter at a rate of 250ml/hour.  An order for 10 units of 70/30 insulin and 8 units of regular insulin was to be administered immediately, and a repeat blood sugar was to be checked in 2 hours with notification of results.  There is no documentation that the labs, IV fluids, or the repeat blood sugar check was completed as ordered.  At 10:13pm, Geraldine Eccleston, NP noted on infirmary rounds that Ms. Warren was sleeping, but awakes easily and denies pain, but reports feeling weak and tired.  Ms. Eccleston's clinical impression was dehydration and diabetes, and orders were placed to continue the current therapy.

On 09/09/2021 at 2:39am, a blood glucose reading was noted to be 206, and Larika Mann, LPN administered 1 unit of Novolin R insulin.  At 3:08am, Ms. Mann administered 14 units of Novolin 70/30 insulin.  At 7:50am, Amber Reid, RN marked the orders for urine, labs, blood glucose recheck, and IV fluids as having been completed, although there is no documentation these orders were ever carried out.  At 11:07am, Ms. Reid entered a note in the flow sheet which included no clinical information or assessment, except for recording a regular diet and a diagnosis of Type 2 diabetes.

On 09/09/2021 at 11:54am, Ms. Warren was transferred back to the general population per order from Charles Clopton, MD.  There is no encounter or examination noted.  Orders for BID regular insulin coverage per protocol are entered.

On 09/09/2021 at 1:51pm, Ms. Warren fell from a top tier railing and landed on her feet.  At 2:07pm, Ms. Warren was transferred to the infirmary and placed on suicide watch.  At 5:25pm, Madu Sterling, RN, entered a note stating time of fall was 2:02pm and documented "Inmate on floor crying and complaining of pain to right leg."  At 5:47pm, paramedics were called to evaluate Ms. Warren for a fractured leg.  Her blood sugar was 436.

On 09/09/2021 at 7:00pm, Ms. Warren was admitted to Grady Memorial Hospital and diagnosed with pelvic, ankle, and lumbar spine fractures.  At 9:45pm, records at Grady Memorial Hospital show a basic metabolic panel that reflects that Ms. Warren was in diabetic ketoacidosis with positive beta hydroxybutyrate.  She was treated with intravenous insulin.  Once her diabetic ketoacidosis was stabilized, she underwent surgical repair of her fractures, and was discharged on 09/21/2021.

**ANALYSIS:**

- **Diabetes Subtypes**
  Ms. Warren had a long-standing history of Type 1 diabetes, diagnosed since age 13, and treated with various types of insulins.  She had been previously identified as a Type 1 diabetic on previous detentions at Clayton County Jail.  On admission to Clayton County Jail on 09/07/2021, she was mistakenly identified as a Type 2 diabetic.

- **Acute Diabetic Complication**
  Upon entry to Clayton County Jail on 09/07/2021, it is unclear if Ms. Warren received administration of insulin from 09/07/2021 to 09/09/2021.  This lack of insulin administration in a Type 1 diabetic patient results in the development and progression of diabetic ketoacidosis.  On 09/07/2021, Ms. Warren was developing signs of dehydration and hyperglycemia, with point-of-care glucose on 09/08/2021 of 430.  A ketone test was ordered on 09/08/2021, but was never documented that it was performed.  On 09/09/2021, Ms. Warren lost her balance and fell from a top tier railing.  She was subsequently found to have biochemical manifestations of diabetic ketoacidosis on 09/09/2021 at Grady Memorial Hospital.

Warren, Quennel
Page 4

**CONCLUSIONS:**

To reasonable medical certainty, my conclusions are as follows:

Ms. Warren had a long-standing history of Type 1 diabetes, managed with insulin.  Due to mislabeling, Ms. Warren was identified as a Type 2 diabetic. There was a lack of treatment of insulin and failure to monitor for onset and progression of diabetic ketoacidosis.  This led to worsening diabetic ketoacidosis resulting in dehydration and lack of coordination.  Her untreated symptoms from diabetic ketoacidosis more likely than not contributed to affect her strength and endurance in such a way that impacted her ability to pull herself up or hold on for a longer period of time after hanging from the railing for a short period of time. This resulted in a fall from a top tier railing at the Clayton County Jail, resulting in the orthopedic injuries previously outlined.

The overall lack of accurate and consistent documentation, the failure to carry out orders, and poor communication among the heath care team, falls far below the standard of care.

For purposes of satisfying Georgia medical opinion requirements, specifically with regard to diabetes care, my current findings include, but are not limited to:

1. Katherine Calderon, RN's inaccurate recording of Ms. Warren's diabetes diagnosis led to mismanagement of diabetes, leading to development of diabetic crisis and resulting in the fall on 09/09/2021 and post-fall diabetic ketoacidosis.
2. Sakelya Bea, RN's failure to conduct a proper assessment and notify a provider of a dangerously high blood sugar led to development of Ms. Warren's diabetic crisis and resulting in the fall on 09/09/2021 and post-fall diabetic ketoacidosis.
3. John Sims, NP failed to do a complete assessment when Ms. Warren was admitted to the infirmary with signs of a diabetic crisis, which led to worsening of her diabetic crisis and resulting in the fall on 09/09/2021 and post-fall diabetic ketoacidosis.
4. Geraldine Eccleston, NP, Larika Mann, RN and Amber Reid, RN all failed to execute and/or follow up on current orders in the system for Ms. Warren, which led to worsening of her diabetic crisis and resulting in the fall on 09/09/2021 and post-fall diabetic ketoacidosis.
5. Amber Reid, RN falsely marked orders complete without carrying out those orders, which led to worsening of Ms, Warren's diabetic crisis and resulting in the fall on 09/09/2021 and post-fall diabetic ketoacidosis.
6. Madu Sterling, RN's failure to provide immediate nursing interventions, carry out prescribed orders, or escalate to a higher level of care when Ms. Warren was admitted to the infirmary, led to the worsening of Ms, Warren's diabetic crisis and resulting in the fall on 09/09/2021 and post-fall diabetic ketoacidosis.

I hold my opinions stated above to a reasonable degree of medical certainty. My opinions are based on the documents I have reviewed, and I reserve the right to change my opinions if additional information or documents are provided to me.

Sincerely,

*Robert Co, MD* (signature)

Robert J. Cooper, MD, FACE, FACP