# EXHIBIT 13

## (*Curriculum Vitae* – Howard Krone, M.D.)

CURRICULUM VITAE

HOWARD BARRY KRONE, M.D.

HOME ADDRESS
675-5 West Paces Ferry Road, N.W.
Atlanta, GA 30327
(404) 261-7463
howardkrone@gmail.com

OFFICE ADDRESS
2665 North Decatur Road, Suite 345
Decatur, GA 30033
(404) 296-4025
Fax (404) 296-4028

EDUCATION:
Undergraduate:
Amherst College
Amherst, MA
1958-1962, B.A., Cum Laude

Graduate
University of Pittsburgh School of Medicine
Pittsburgh, PA
1962-1966, graduated 1966 M.D.

Internship
St. Vincent's Hospital
New York, NY
1966 - 1967, straight surgical internship
1967 - 1968, straight surgical residency

U.S. AIR FORCE
General Surgeon, 1968 – 1970

RESIDENCY PROGRAMS
Emory University, orthopaedic residency program 1970 – 1973
Chief of Orthopaedics Resident, Grady Hospital 1973

PRIVATE PRACTICE
Orthopaedic Surgery, Decatur, GA 1973 – present
Orthopaedic Surgery, Snellville, GA 1990 – 2007

FELLOWSHIP AND MEMBERSHIP
Fellow, American Academy of Orthopaedic Surgeons

Diplomate, American Board of Orthopaedic Surgeons

Fellow – Eastern Orthopaedic Association

Member, Atlanta Orthopaedic Society

ACTIVE STAFF
Dekalb Medical Center, Decatur, GA