# EXHIBIT 15

## (CGL – Clayton County Justice Facilities)



# CLAYTON COUNTY JUSTICE FACILITIES

The $120 million Justice Complex in Clayton County is the biggest set of building projects ever undertaken in Jonesboro. CGL worked to deliver a remarkable and achievable schedule, a budget that met every County criminal justice need for 30 years, and quality management throughout the planning, design and construction phases that ensured functionality of finished building.

CGL delivered 726,500 SF, including a jail larger than 500,000 SF, in 28 months while maintaining the aggressive budget funded by the County's SPLOST program. The project was fast-tracked, using the Construction Manager at Risk delivery method. CGL provided planning and project management services and continues to provide maintenance services throughout the facility. Contingency money was returned to the County at project completion.

Through CGL's aggressive and prudent management, the 1,536-bed jail and 18-courtroom Harold R. Banke Justice Center was designed and constructed on schedule for $126 per square foot. CGL's strict cost control measures reduced the original budget by more than $3 million and brought in the completed project $1 million under budget, not including total cost avoidance achieved by the short construction schedule.







The juvenile court is an expansion to the $100 million Harold R. Banke Justice Complex, which CGL also served as the program manager. CGL provided comprehensive study and planning documents for the new justice center; then, managed, coordinated and assisted the County in the selection of both the architect and the CM-at-risk. The addition of the Youth Development and Justice Center in 2012 made the facility 795,676 total square feet.

CGL continues its work in Clayton County by providing facility maintenance in all three of the County's justice facilities. CGL employs 10 on-site technicians and managers to complete, on average, approximately 11,000 work orders per year. CGL's on-site personnel includes HVAC technicians, plumbers, locksmiths, and security electronics experts. CGL has been involved in the maintenance of the Clayton County Justice Center since its opening in 2000.



Learn About our GA Statewide Maintenance Contract

(https://www.cglgastatewide.com)