# EXHIBIT 16

## (*Curriculum Vitae* – Christine Richardson)

# CURRICULUM VITAE
## Christine Richardson
(404)858-1867 home (407)488-2772 cell
**famulawgrl@yahoo.com**

## *EDUCATION*

**Jan 2020- April 2021 Atlantic International University Honolulu, HI**

- Doctor of Philosophy General Psychology (Phd).
- Dissertation Title: Systemic Racism. The Reconciliation of Black America. Abbreviated Title

**Jan 2014- December 2016 Capella University Harold Able School of Psychology**

- Doctor of Philosophy, General Psychology
- Completed all Residencies

**July 2010- September 2011. Argosy University, Atlanta, GA**

- Master of Arts, Forensic Psychology
- Master Thesis: Forensic Clinical Assessment, Re-Entry Programs, Utilizing A Holistic Approach to Decrease Recidivism, Mental Health Program Development

**May 2006-May 2009, Florida A&M University College of Law**

- Juris Doctorate, Law
- Dean's List Fall Semester 2009

**August 2004-December 2005, Colorado Technical University, Boulder, CO**

- Bachelor of Science, Criminal Justice
- Dean's List, President's List  2004-2005

**October 2001-December 2002 Atlanta Technical College, Atlanta, GA**

- Associates Degree, Nursing Dean's List
- Practical Nursing

## *OCCUPATION*

**Nurses' On Call Staffing Agency**          **February 2022- September 2022**          **Decatur, GA**

- Administered medication in a Correctional Forensic Setting Governed by the State of Georgia
- Performed intake procedures for MH detainees under court order
- Performed routine assessments for all MH assessments on arrival to facility
- Administered insulin to detainees on caseload diagnosed with Type 1 Diabetes
- Documented all care given procedures performed
- Administered medication by injection as needed and per formulary
- Attended Care Meetings with staff on weekly basis
- Documented medication compliance data sheet for attending psychiatrist
- All duties, responsibilities and obligations were performed under contract at Georgia Regional Forensic Hospital.

**Medical Sub Specialty (MSS)**　　　　　**August 2020- December 2021**　　　　　**Gainesville, GA**

- Administered medication at all women's correctional facility
- Performed Medical and Mental Health Assessments
- Performed routine clinical procedures under medical provider's orders
- Facilitated patient education groups related to substance abuse, mental health and chronic care treatment
- Performed routine tests and evaluations under medical providers supervision and order
- Performed administrative functions as needed
- All other duties as instructed by supervising nurse and/or medical provider
- All duties, responsibilities and obligations were performed under contract at Lee Arrendale State Prison for Women

**Global Diagnostics, Inc.**　　　　　**Jan 2020-June 2020**　　　　　**Conyers, GA**

- Performed nursing assessments for MH detainees
- Administered Anti-Psychotic medication to MH populus
- Administered all diabetic medication for all detainees diagnosed with Type 1 Diabetes
- Instructed Diabetic education class once weekly for newly diagnosed cases
- Scheduled all offsite medical appointments for detainees requiring surgery
- Documented all care given and all procedures performed
- Performed medication administration for medical detainees housed in the infirmary
- Performed post op assessments for detainees housed in the infirmary under the instruction of attending MD
- Performed intake procedures for all incoming detainees
- All other duties as requested by supervising nurse manager
- All duties, responsibilities and obligations were performed under contract at Georgia Diagnostic and Classification Prison (GDCP)

**MBA Wellness Center, Inc**　　　　　**Mar 2020- Jan 2022**　　　　　**Stockbridge, GA**

- Dispensed Schedule II medication to patients being treated for Substance Abuse
- Facilitated Therapeutic Group for program participants
- Maintained documentation for annual review related to licensing
- Performed new patient assessments
- Performed routine intake procedures
- Placed all medication in inventory on a daily basis
- Performed critical count for all DEA Controlled Medication on a daily basis

**BOS Medical Staffing, Inc.**　　　　　**June 2018- Jan 2020**　　　　　**Athens, GA**

- Performed intake duties for all incoming detainees brought to facility
- Scheduled all inhouse referrals for medical provider
- Performed telehealth duties with medical provider
- Documented all care given and procedures performed
- Worked with EMT/Paramedic in Emergency Clinic
- Administered medication to female dorm
- Operated Diabetic Clinic on dayshift, administering medication to detainees diagnosed with Type 1 Diabetes.
- Performed MH Assessments as needed
- All other duties as requested by supervising nurse manager
- All duties, responsibilities and obligations were performed under contract at Clayton County Jail , and Forsyth County Jail.

**Correct Consultant, LLC**　　　　　**October 2017- present**　　　　　**Atlanta, GA (per diem)**

- Advise and Consult Correctional Facilities related to Accreditation Standards
- Instruct Correctional Professionals related to annual trainings for their facility

- Give technical assistance on how to construct specific Request For Proposals (RFP)
- Administer/Proctor National Certification Exam for Correctional Healthcare Standards
- Advise technical advice related to Pharmaceutical Services
- Advise and Instruct Correctional Facilitators related to Accreditation Processes
- Teach class on prevention of Jail Deaths
- Devise Mental Health Care Plans Facility Specific
- Teach Correctional Administrators Accreditation Standards

**June 2012- June 2016     Corizon Healthcare, Inc. Fulton County Jail, (Atlanta, GA)**

- Provide Detox Assessments to all patients diagnosed with substance abuse issues
- Administer Anti-Retroviral medication to all HIV positive inmates
- Provide mental health referrals when applicable
- Perform mental health assessments
- Evaluate all Sick Call/Inmate Health Grievance Request
- Perform initial intake assessments for all incoming inmates
- Provide Chronic Care referrals for both internal and external clinics
- Assist mid-level provider with emergency clinic procedures and duties
- Transcribe medication and treatment orders
- Trained all nursing staff on Electronic Medical Charting System (EMR)
- All other duties as prescribed and outlined under Director of Nursing

**March 2012----May 2014  Atlanta Pre-Trial Detention Center (Atlanta, GA)**

- Administer medication to predominately male inmate population
- Provide patient education relating to all medications dispensed
- Perform routine nursing duties and responsibilities under the direction and leadership of Nursing Supervisor
- Perform initial intake assessment on all incoming inmates
- Assist in house Physician with all sick calls
- Perform all emergency room procedures at the request of physician
- Perform Administrative Functions per the request of Chief Diane Jones
- Perform all other duties as directed by the Director of Nursing

## *AWARDS*

- 2008-2009, Best Advocate/Lead Counsel Thurgood Marshall Mock Trial Competition, Memphis, TN
- 2010-2011 Honorary Scholar of Excellence and Research Award, Argosy University Atlanta, GA

## *COMPETENCIES*

- NCCHC/ACA  Jail and Prison Standards Compliance Training
- Forensic Psychology Research
- Infectious Disease Training
- Academic Advisement
- Contract Compliance Evaluator
- Correctional Clinical Site Survey
- Devising Mental Health Care Plans
- Proficient Use of all Microsoft Software and Programs
- Dissertation Research Quantitative Studies

## *CERTIFICATIONS*

- Certified Correctional Healthcare Provider (CCHP)
- Basic Life Saving/BLS American Red Cross
- Train the Trainer Certification
- Electronic Medical Record Trainer/ Electronic Health Record Certification (EMR, EHR)

**PUBLICATIONS AND RESEARCH**

Published Juris Doctor Thesis, " Women And Infanticide" May 2009" Florida A&M College of Law Compilations, 3rd year Upper Level Writing Requirement

Richardson, C.D. (2017, October )  " America's Real Healthcare Crisis".  Retrieved from www.correctconsultant.com

" The New Asylum: The Mentally Ill Inmate, A Comprehensive Writing." (2021) Collaborative writing with co-author, Lemons, Khadiajh current research and writing for submission to the Criminal Justice Journal Fall 2021