# EXHIBIT 17

# (Christine Richardson Preliminary Opinions)

## DECLARATION
## (Christine Richardson, LPN, J.D., M.F.P., Ph.D.)

1.

My name is Christine D. Richardson, and I am a licensed practical nurse in the State of Georgia (License no. LPN065399).

2.

I am of sound mind and suffer from no legal or physical disability that would prevent me from giving this affidavit. I am over the age of 18 and give this affidavit under oath and based upon my personal knowledge.

3.

In 2018, I was employed at Clayton County Jail as an infirmary nurse, emergency room nurse, and intake nurse.

4.

In giving this Declaration, I have reviewed various medical records pertaining to the detention, care, and treatment of Quennel Warren including, but not limited to:
  a) Certified medical records from Eagles Landing Diabetes for Quennel Warren;
  b) Certified medical records from Southside Medical Center for Quennel Warren;
  c) Certified medical records from Clayton County EMS for Quennel Warren;
  d) Certified medical records from CorrectHealth Clayton, LLC for Quennel Warren;
  e) Certified medical records from Grady Hospital for Quennel Warren;
  f) Certified medical records from Grady Orthopaedic Clinic for Quennel Warren;
  g) Clayton County Police Department incident report no. 21050864;
  h) Clayton County Police Department incident report no. 21050868;
  i) Inmate Classification History for Quennel Warren;
  j) Housing Unit Logs for Quennel Warren;
  k) Suicide Watch Log for Quennel Warren;
  l) Grady Hospital Radiology Films and Reports for Quennel Warren;
  m) 911 Call for Service for Quennel Warren dated September

7, 2021;
n) 911 Call for Service from Clayton County Jail dated September 9, 2021;
o) Clayton County Police Department Bodycam Video dated September 7, 2021;
p) Quennel Warren Telephone Call Audio dated September 7, 2019;
q) Quennel Warren Telephone Call Audio dated September 9, 2019;
r) Audio Interview of M. Barnes dated October 20, 2021;
s) Audio Interview of CCJ Correctional Officer K. Johnson dated October 20, 2021;
t) Audio Interview of CCJ Correctional Officer A. Fraser dated October 20, 2021.

5.

I have had an opportunity to review records for CorrectHealth and Clayton County Jail including but not limited to the following:
a) Clayton County Request for Proposal for Inmate Health Care Services dated April 18, 2018 (RFP PKG #SO-02);
b) Health Services Contract and attached exhibits for Clayton County Jail executed August 2018;
c) 2019 Health Services Contract Amendment;
d) 2020 Health Services Contract Amendment;
e) CorrectHealth CEO Email to former Sheriff Victor Hill dated June 3, 2021;
f) 2019 inmate population spreadsheets;
g) 2020 inmate population spreadsheets;
h) 2021 inmate population spreadsheets;
i) CorrectHealth and other medical provider timesheets for September 7-9, 2021;
j) 2018 Inmate Grievances (October 16, 2018 – November 26, 2018);
k) 2019 Inmate Grievances (January 1, 2019 – January 18, 2019);
l) 2020 Inmate Grievances (January 1, 2020 – January 24, 2020);
m) 2021 Inmate Grievances (January 1, 2021 – January 21, 2021); and
n) 2022 Inmate Grievances (January 1, 2022 – January 20, 2022).

6.

Based on a review the records and my education, training, and experience, I am prepared to offer the following preliminary opinions and conclusions:

- The quality of medical care Quennel Warren received was below minimum standards, generally, for both her diabetes and its deterioration as well as her post-fall injuries.

- It's my opinion that inadequate medical staffing, including the number of medical professionals staffed each day, their total hours worked each day, and the average number of hours worked per provider, as well as the over-reliance on independent contractors/agency staff does have a direct impact to the quality-of-care Warren received.

- Based on my experience and for the same reasons Ms. Quennel Warren received poor quality of care, other inmates and pretrial detainees have received similar poor quality of care in the management and monitoring of their diabetes as well as response to serious injuries, such as broken bones due to the medical staffing.

- Based on my experience, the poor quality of care provided at Clayton County Jail due to insufficient medical professionals has been an ongoing issue known to CorrectHealth leadership and administrators. I personally complained to the Sheriff. I would characterize it as a pattern that has not been adequately addressed.

Christine Richardson, LPN, J.D., M.F.P. Ph.D.

Page 2 of 4