# EXHIBIT 18

## (Declaration of Former Inmate B. Watkins)

## DECLARATION OF BARRY WATKINS

1.

My name is Barry Watkins. I am of sound mind and suffer from no legal or physical disability that would prevent me from giving this declaration. I am over the age of 18 and give this declaration based upon my personal knowledge.

2.

I am a former inmate at Clayton County Jail (Inmate ID 1973257) where I was detained for approximately thirty-four (34) months and until approximately June 2021.

3.

I have type 2 diabetes. While detained, my diabetes was managed by insulin treatments and blood sugar measurements twice a day, along with a diabetic diet.

4.

While detained, I received blood sugar measurements and insulin treatments with other diabetics in my housing unit.

5.

During my detention, I observed multiple diabetic inmates and/or pretrial detainees whose diabetes and blood sugar levels were apparently mismanaged, displayed symptoms consistent with diabetic ketoacidosis, and were admitted to the Clayton County Jail infirmary as a result.

This 02 day of MAY, 2023.

_____
Barry Watkins