# EXHIBIT 19

## (Affidavit of Former Inmate J. Dichristopher)

STATE OF GEORGIA
COUNTY OF ~~POLK~~ HENRY

## AFFIDAVIT

Before me, the undersigned Notary Public, appeared Jude J. Dichristopher, who after being duly sworn does state on oath the following, to-wit:

1.

My name is Jude J. Dichristopher. I am of sound mind and suffer from no legal or physical disability that would prevent me from giving this affidavit. I am over the age of 18 and give this affidavit under oath and based upon my personal knowledge.

2.

I am a former inmate at Clayton County Jail (Inmate ID 2039622) where I was detained on or about December 24, 2019.

3.

On or about that date, a housing unit door was shut on my right hand pinky finger, and I was sent for medical evaluation at Clayton County infirmary.

4.

Based on the appearance of my finger and my complaints of severe pain, a Clayton County Jail nurse identified a suspected broken bone and referred for an x-ray that was scheduled for December 26, 2019, but it was never performed. Based on my current recollection, I was not given any pain medication.

5.

Clayton County Jail medical personnel redressed my finger on December 27, 2019, and they again identified a possible broken bone and the need for an x-ray, which was scheduled for

Friday, December 28, 2019, but it was not performed. Based on my current recollection, I was not given any pain medication again.

6.

On January 7, 2019, I filed an inmate grievance complaining about my swollen and painful finger and requesting help. In response to this grievance, my finger was eventually x-rayed and referred for further treatment and pain management with the orthopaedist. Base on my current recollection, I was identified with a partially broken/fracture finger.

7.

Attached as Exhibit A is my inmate grievance, used to refresh my recollection forming the basis of this affidavit.

_____
Jude J. Dichristopher

Sworn to and subscribed before me
This  5  day of ____April____, 20 23 .

_____
Notary Public for the State of Georgia
My Commission Expires:  1/31/26



| Field | Value | Field | Value |
|---|---|---|---|
| Inmate Name | JUDE DICHRISTOPHER | Inmate ID | 2039622 |
| Created | 01/07/2019 7:22:01 am EST | Request ID | 108697 |
| Location | D316 | Kiosk | Kiosk |
| Assigned To | (all) | Kiosk ID | 7766 |
| Status | Resolved Substantiated | Status Entered | 08/20/2020 11:25:26 am EDT |
| Status By | A Glenn | Classification | (no classification assigned) |

**Grievance**

I was injured on monday 12/24 my right pinky fingure was crushed in housing unit door The nurse pracitioner assured me numerous times the injured finger needed to be xrayed and this would take place on wed 12/26 it never occured I WAS called back down to medical on 12/27 to have the finger re-dressed and once again re assured pertaining my xrayes for friday the 28th once again never transpired my finger is still swollen and continues to throb with pain can somebody please help me pertaining to this matter

**Admin Notes**   Seen, xrayed and referred to ortho.

**Notes to Inmate**

