# EXHIBIT 20

## (Affidavit of Former Inmate K. Moyer)

STATE OF GEORGIA
COUNTY OF __LAMAR__

## AFFIDAVIT

Before me, the undersigned Notary Public, appeared Krystal A. Moyer, who after being duly sworn does state on oath the following, to-wit:

1.

My name is Krystal A. Moyer. I am of sound mind and suffer from no legal or physical disability that would prevent me from giving this affidavit. I am over the age of 18 and give this affidavit under oath and based upon my personal knowledge.

2.

I am a former inmate at Clayton County Jail (Inmate ID 1199056) where I was detained on or about December 17, 2019.

3.

On or about that date, I fell off the top bunk in my cell, and broke my hip bone.

4.

I complained of extreme pain to Clayton County jail deputies and medical personnel, but my hip was not x-rayed until December 31, 2019. I was not given any pain medication during this period.

5.

Based on my current recollection, my x-rays identified 3 brakes in my hip. I underwent surgery on or about January 1, 2020, and pins were implanted.

6.

After surgery, Clayton County Jail refused to provide me with pain medication. I filed an inmate grievance on January 8, 2019.

7.

Attached as Exhibit A is my inmate grievance, used to refresh my recollection forming the basis of this affidavit.

_Krystal Moyer_
Krystal A. Moyer

Sworn to and subscribed before me
This 5th day of April 2023

_Stephanie Melton_
Notary Public for the State of Georgia
My Commission Expires: 1-26-27

[Notary Seal: Stephanie J. Melton, Notary Public, Lamar County, Georgia, Expires 01/26/2027]

| Field | Value |
|---|---|
| Inmate Name | KRYSTAL MOYER |
| Inmate ID | 1199056 |
| Created | 01/08/2019 3:59:51 pm EST |
| Request ID | 109209 |
| Location | M04 |
| Kiosk | Kiosk |
| Assigned To | A Redding |
| Kiosk ID | 7774 |
| Status | Resolved Substantiated |
| Status Entered | 01/17/2019 03:48:13 pm EST |
| Status By | A Redding |
| Classification | (no classification assigned) |

**Grievance:** i want to requst a bond hearing to go home and rcover and come back for court i have been through hell i sat 15 days in godly pain i have bald spots in my head where i have pulled my hair out being i have out being so much pain because yall would not give me an xray after i fell off top bunk on dec 17 they finally get me xrayed on dec 31 had surgeryon jan 1st my hip was broke in 3 places and they wont give me my pain meds now i cant have store what is really going on i want to talk to my lawyer my hip is getting infected they put pins in my hip im really tired of getting treated like this i cant even get my glasses from my pod 3305 my ben off stuff

**Admin Notes:**

**Notes to Inmate:** YOU CAN ONLY SUBMIT ONE COMPLAINT AT A TIME. YOU NEED TO CONTACT YOUR ATTORNEY. I WILL MAIL OUT YOUR ATTORNEYS INFORMATION TO YOU TOMORROW

EXHIBIT A — Blumberg No. 5119