# EXHIBIT 21

## (Testimony of Former Inmate J. Mills)

```
                   UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION


RHONDA JONES, ET AL,              )
                                  )
     PLAINTIFF,                   )
                                  ) DOCKET NO. 1:20-CV-02791-JPB-CCB
     -VS-                         )
                                  ) VOLUME 1 OF 2
VICTOR HILL, ET AL,               )
                                  )
     DEFENDANT.                   )
```

**TRANSCRIPT OF PRELIMINARY INJUNCTION PROCEEDINGS**
**BEFORE THE HONORABLE J.P. BOULEE**
**UNITED STATES DISTRICT JUDGE**
**DECEMBER 8, 2020**

APPEARANCES:

ON BEHALF OF THE PLAINTIFFS:

    SARAH H. GERAGHTY, ESQ.
    STEPHEN L. PEVAR, ESQ. (VIA ZOOM)
    AMERICAN CIVIL LIBERTIES UNION FOUNDATION

    JOSEPH LOVELAND, ESQ.
    KING & SPALDING, LLP.

    JEREMY D. CUTTING, ESQ.
    SOUTHERN CENTER FOR HUMAN RIGHTS

    NICK BARBER - ALSO PRESENT


ON BEHALF OF THE DEFENDANTS:

    JACK R. HANCOCK, ESQ.
    ARASH A. SABZEVARI, ESQ.
    JANEEN SMITH, ESQ.
    FREEMAN, MATHIS & GARY, LLP.


               PENNY PRITTY COUDRIET, RMR, CRR
                  OFFICIAL COURT REPORTER
               UNITED STATES DISTRICT COURT
                    ATLANTA, GEORGIA

```
1               MS. GERAGHTY:  No, sir, your Honor.
2               THE COURT:  You are, sir.
3               THE WITNESS:  Thank you, your Honor.
4               THE COURT:  Thank you.
5               (Witness excused)
6               THE COURT:  Good morning, ma'am.  Ms. Geraghty, you can
7    begin.
8               COURTROOM DEPUTY CLERK:  Give me one second.
9               MS. GERAGHTY:  Your Honor, should I wait for Ms. Walker
10   to swear in the witness?
11              COURTROOM DEPUTY CLERK:  Yes.
12              Ms. Mills, can you please raise your right hand.
13              (Witness was duly sworn)
14              COURTROOM DEPUTY CLERK:  Can you state your name for the
15   record.
16              THE WITNESS:  Jamie Mills.
17              COURTROOM DEPUTY CLERK:  I'm going to give this to you
18   to hold.
19                       _____
20                                JAMIE MILLS
21            a witness herein, being first duly sworn,
22            was examined and testified as follows:
23                            DIRECT EXAMINATION
24   BY MS. GERAGHTY:
25   Q.  Good morning, Ms. Mills.  I'll be asking you questions from
```

1  over here.  Thank you for your patience with us this morning.
2      May I ask you to spell your name for the court reporter,
3  please.
4  **A.**  Jamie, J-A-M-I-E, Mills, M-I-L-L-S.
5  **Q.**  May I ask your age, please, ma'am?
6  **A.**  Fifty-eight.
7  **Q.**  Ms. Mills, do you have any medical conditions that might put
8  you at heightened risk of getting very sick if you contract
9  COVID-19?
10 **A.**  I have multiple sclerosis, osteoporosis, high blood pressure
11 and degenerative disc disease.
12 **Q.**  Ms. Mills, you were recently incarcerated in the Clayton
13 County Jail, is that correct?
14 **A.**  Yes.
15 **Q.**  If you remember, when were you arrested?
16 **A.**  The 2nd, October 2nd.
17 **Q.**  October 2nd?
18 **A.**  Yes, ma'am.
19 **Q.**  And approximately, if you remember, when were you released
20 from the jail?
21 **A.**  The 14th.
22 **Q.**  Before that had you ever been incarcerated before?
23 **A.**  No, ma'am.
24 **Q.**  Had you ever been arrested before?
25 **A.**  No, ma'am.

1  **Q.**  I don't want to get into anything relating to your criminal
2  matter, but let me just ask you the name of the offense for which
3  you were incarcerated.
4  **A.**  Battery, it was domestic violence.
5  **Q.**  I'm going to ask you a few questions about what happened right
6  after you got to the jail.
7       At the time of your arrest, were you wearing your own personal
8  face covering mask that you had from home?
9  **A.**  Yes.
10 **Q.**  Were you permitted to keep that mask upon arrival at the jail?
11 **A.**  No.
12 **Q.**  Were you given a jail-issued mask upon arrival?
13 **A.**  Yes.
14 **Q.**  Did there come a time when you were placed in a so-called
15 suicide cell for observation?
16 **A.**  Yes.
17 **Q.**  If you know, why were you placed there?
18 **A.**  Because I put my bra around my neck, and I tried to choke
19 myself because I was ashamed for being arrested and scared.
20 **Q.**  Ms. Mills, were you permitted to keep your mask upon placement
21 into that suicide observation cell?
22 **A.**  No, I was not.
23 **Q.**  Were you permitted to keep your clothing?
24 **A.**  No, I was not.
25 **Q.**  Was all clothing and your mask taken from you at that time?

1 **A.** Yes.
2 **Q.** Were you wearing anything at all?
3 **A.** No.  I was given a paper gown, which fell apart about five to
4 ten minutes after you wear it, so I was -- I was completely naked.
5 **Q.** While you were in this cell, were other people placed into the
6 cell with you?
7 **A.** Yes.
8 **Q.** How many other people?
9 **A.** Two.
10 **Q.** Did they have face masks?
11 **A.** No.
12 **Q.** How long did you spend in this cell?
13 **A.** Twenty-four hours.
14 **Q.** Were you without clothes and a mask for all of that time?
15 **A.** Yes.
16 **Q.** Did there come a time when you were in that cell when you were
17 strapped into a restraint chair?
18 **A.** Yes.
19 **Q.** Do you know why you were strapped into the restraint chair?
20 **A.** Because I requested something, anything, to sit on the floor,
21 it was very, very nasty.  I was afraid of COVID.  And they said if
22 you want a chair, we'll give you a chair.
23 **Q.** I want to make sure that the court reporter heard that because
24 of the masks.
25 **A.** Yes, ma'am.  They said -- they got irritated with me for

1  continuing to ask, you know, and they said if you want a chair,
2  we'll give you a chair.
3  **Q.**   How long did you spend in the restraint chair?
4  **A.**   Four hours.
5  **Q.**   And how were you restrained in that chair?  Like describe it
6  if you wouldn't mind, please.
7  **A.**   Your legs are strapped like this with Velcro.  Your arms are
8  put behind like this and handcuffed.  And mine were too tight and
9  to this day my shoulder is messed up.  They were angry at me and
10 they put me in there too tightly.  When they finally -- after four
11 hours of ungodly pain, when they finally let me out, I had -- it
12 had dug into my skin.  I had a blood red mark about this big
13 (indicating) here where -- where it had been too tight, where the
14 restraint had been too tight.
15 **Q.**   Did there come a point when you were removed from that
16 observation cell?
17 **A.**   Yes.  I would like to add, I was completely naked the whole
18 time I was in there.  Male inmate workers and male staff were
19 allowed.  I'm sorry.
20 **Q.**   When you were removed from that cell, you were taken to --
21 where were you taken?
22 **A.**   I was taken to a room on the medical unit.
23 **Q.**   Were you given a mask at this point?
24 **A.**   No, ma'am.  I was never given a mask again.
25          MS. GERAGHTY:  Thank you, Ms. Walker.

1  **Q.**  Did you ask for a mask in the medical unit?
2  **A.**  Yes, ma'am, I did, I...
3  **Q.**  And where were you moved after the medical unit?
4  **A.**  The general population I assume is what it's called there.
5  **Q.**  Were you given a mask in general population?
6  **A.**  No, ma'am.  I was never given a mask again my whole time
7  there.
8  **Q.**  Did you ask for one while you were in general population?
9  **A.**  Yes, ma'am, every day, every day, every shift.  Every time a
10 shift would change, I asked every employee for a mask.  I was told
11 you already were given a mask, you only get one mask.
12 **Q.**  How many people would you say -- how many jail staff members
13 would you say you asked for a mask?
14 **A.**  Ten.
15 **Q.**  And I think you stated that you were not given a replacement
16 mask at any point, is that correct?
17 **A.**  Yes, ma'am, I was never given a mask again for the rest of my
18 stay here.
19 **Q.**  Did there come a time when you injured yourself when you were
20 in your cell in housing unit three?
21 **A.**  Yes, ma'am.
22 **Q.**  Do you recall approximately when that happened?
23 **A.**  About a week into my -- about a week into my stay.
24 **Q.**  And tell us just very briefly what happened, what was the
25 injury?

1 **A.** I was trying to get off the top bunk and due to my MS, I
2 couldn't grip -- I couldn't grip the top of the bunk, and I fell
3 onto the concrete and I broke my hip.
4 **Q.** You were taken to the medical unit that day, is that correct?
5 **A.** Yes, ma'am.
6 **Q.** By wheelchair?
7 **A.** Yes, ma'am.  I couldn't walk.
8 **Q.** Were you in any pain that day?
9 **A.** Ungodly pain, yes, ma'am.
10 **Q.** Were you examined in the medical unit?
11 **A.** Briefly, yes, ma'am.  And I was told that the person who does
12 the X-rays wasn't there and as soon as she returned, they would
13 come get me and they would X-ray me.
14 **Q.** You were sent back to your dorm that day, is that correct?
15 **A.** Correct.
16 **Q.** So what happened the day after that?  Were you X-rayed the day
17 after that?
18 **A.** No, ma'am.
19 **Q.** What about the day after that?
20 **A.** No, ma'am.
21 **Q.** What about the day after that?
22 **A.** No, ma'am.
23 **Q.** Could you walk at all during this point?
24 **A.** No, ma'am.
25 **Q.** What about -- were you able to send a request or a grievance

1 about not having a mask during those days after you hurt yourself?
2 **A.** No, ma'am, I couldn't leave my bunk, my bottom bunk, I
3 couldn't walk.
4 **Q.** Towards the end of your stay at the jail on October 14th, did
5 you, in fact, have an X-ray?
6 **A.** Yes, ma'am.
7 **Q.** What was the finding?
8 **A.** I wasn't told anything, ma'am.  They just took me to a room on
9 medical and they put me in there.  And then about 30 to 40 minutes
10 later a sergeant came through the door and told me I was being
11 released on my own recognizance and EMTs from Grady and an
12 ambulance were there.  And I was transported to Grady Hospital
13 from there.
14 **Q.** And did you ever find out what injury you sustained as a
15 result of your fall?
16 **A.** Yes, ma'am.  At Grady I found out that my hip was broken and
17 one of the bones was impacted into my socket.
18       MS. GERAGHTY:  Thank you, Ms. Mills.  No further
19 questions.
20       CROSS-EXAMINATION
21 BY MS. SMITH:
22 **Q.** Good morning, Ms. Mills, I'm Janeen Smith.  I'm right over
23 here (indicating).
24 **A.** Hi.
25 **Q.** Hi.  I'm one of the attorneys for the CCJ.  I have just a few

1        C E R T I F I C A T E
2
3   UNITED STATES DISTRICT COURT
4   NORTHERN DISTRICT OF GEORGIA
5
6        I do hereby certify that the foregoing pages are a true and
7   correct transcript of the proceedings taken down by me in the case
8   aforesaid.
9        This the 21st day of December, 2020.
10
11
12
13
14
15
16   _____
     PENNY PRITTY COUDRIET, RMR, CRR
17   OFFICIAL COURT REPORTER
18
19
20
21
22
23
24
25