AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia ▼

MONICA LANEE JONES )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
COLUMBIA SUSSEX CORPORATION; COLUMBIA )
PROPERTIES SAVANNAH, LLC; COLUMBIA )
SUSSEX MANAGEMENT LLC; CRESTVIEW )
MANAGEMENT, LLC; and MARRIOTT )
INTERNATIONAL, INC. )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CRESTVIEW MANAGEMENT, LLC
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James W. Howard
THE HOWARD LAW FIRM, P.C.
Suite 200, Kyleif Center
1479 Brockett Road
Tucker, Georgia 30084
(770) 270-5080
jhoward@howardfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                         *Signature of Clerk or Deputy Clerk*