# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-346-837**

**Effective Date of Registration:**
April 12, 2023
**Registration Decision Date:**
May 13, 2023

## Title
- **Title of Work:** Firefighter Leprechaun

## Completion/Publication
- **Year of Completion:** 2015
- **Date of 1st Publication:** March 15, 2015
- **Nation of 1st Publication:** United States

## Author
- **Author:** Brian Michael Allen
  - **Author Created:** 2-D artwork
  - **Citizen of:** United States
  - **Domiciled in:** United States

## Copyright Claimant
- **Copyright Claimant:** Brian Michael Allen
  481 Millgate Road, Bellefonte, PA, 16823, United States

## Rights and Permissions
- **Name:** Brian Michael Allen
- **Email:** brian@flylanddesigns.com
- **Telephone:** (814)571-6141
- **Address:** 481 Millgate Road
  Bellefonte, PA 16823 United States

## Certification
- **Name:** Brian Allen

**Date:**   April 12, 2023

---

**Copyright Office notes:**   Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).