# Exhibit 2



USA FIREWORKS

PRODUCTS ▾   COUPONS   LOCATIONS   SOCIAL   MY ACCOUNT

Search site for …   🔍

$0.00
0 Item(s)





# Angry Leprechaun
## $79.99

Stunning green chrysanthemums with white glitter. Like St. Patrick's day exploding in the sky.

**Brand:** World Class

**Shots:** 53

**Grams:** 500

**Height:** 140 Ft

**Loudness:** 7 out of 10

**Firing Pattern:** Vertical

**Duration:** 32 Seconds

**Color:** Green, White

**Size:** 19-2/5″ H x 11″ W x 9″ D

Quantity:

−  1  +

ADD TO CART

## INFORMATION

ABOUT US

BLOGS

CONTACT US

TERMS & CONDITIONS

BECOME AN OPERATOR

## COUPONS & OFFERS

COUPONS

MILITARY & SERVICE DISCOUNTS

REWARDS PROGRAM

## MY ACCOUNT

SIGN IN

## BUSINESS DAYS / HOURS

**4th of July Selling Season:**

June 24 – July 2          10am – 10pm

July 3 – 4                     8am – Midnight

**New Years Selling Season:**

Dec 20 – Dec 30          10am – 10pm

Dec 31                          9am – Midnight

HOME    CATALOG    WISHLIST    ABOUT    CONTACT

Home / 500 Gram / ANGRY LEPRECHAUN





## $49.99

53 shots

SKU: 1003346      Category: 500 Gram

Add to wishlist

| Description |
| --- |



## RELATED PRODUCTS











# Victory Fireworks

Search keyword, brand or SKU

Add SKU to Cart | 1 | Add to Cart

Create Account

1

Shop Fireworks ⌄   How to Order ⌄   Pricing & Discounts ⌄   About Us ⌄

Need Help? 715-273-3590    Your Lists

**Our offices will be closed Saturday May 27th through Monday May 29th in observance of Memorial Day.**

Home / Shop Fireworks / Angry Leprechaun 53s



World Class

## Angry Leprechaun 53s

No reviews yet   Write a Review

SKU:  ME1003346

### $153.65

Quantity:

1

**Add to Cart**

Add to Your List ⌄

## Description

Simply beyond description, the finest ever seen.

## Extra Information

| Brand: | World Class |
|---|---|
| Weight: | 37.40 LBS |
| Packing : | 4/1 |
| # of Shots : | 53 |
| A Price : | $153.65 Unit $38.41 |
| B Price : | $125.71 Unit $31.43 |
| C Price : | $107.45 Unit $26.86 |



shopjakestees.com/products/angry-leprechaun?_pos=1&_sid=e9bd7e982&_ss=r

HOME    APPAREL ⌄    BLOG              BANNERS & SIGNS    GENDER REVEAL

JAKE'S TEES



# ANGRY LEPRECHAUN

$8.00

SIZE

YM

QUANTITY

−  1  +

**ADD TO CART**

Green St. Patrick's Day themed shirt with our "Angry Leprechaun" 500 gram cake logo on the front!

Share



‹



World Class Fireworks Performa...
$20.00



Cutting Edge Hoodie - Black
$18.00



12" Gold Wedding Confetti Cann...
$41.99



World Class Heavy Blend Quarte.
$24.00

›




### Grave Digger

Purple, Red, and Green. Quick Shooting Mines to Brocade Crowns. Great Finale Cake!

30 shots. 15 seconds




### Dead Diva

Mine up to Purple and Orange Mums!
Purple, orange, & gold chrysanthemum mine up to purple, orange, & gold chrysanthemums

25 shots. 19 seconds




### One Bad Mother-in-Law

Over 32 Different Colors! Thundering Bursting Peonies! Colorful Brocades! Colored, Crackling Willows! Finishes Finishes with a quickened four shot finale.

16 shots. 32 seconds




### Angry Leprechaun

Stunning green chrysanthemums with white glitter.Â Like St. Patrick&39;s day exploding in the sky.Â

53 shots. 32 seconds




### Greeeen

All Green! Fast!
Intense Dahlia Sparklers.

30 shots. 17 seconds




### Viper

Neon orange mine to neon orange.

25 shots. 23 seconds










shopjakestees.com/products/angry-leprechaun-t-shirt

HOME | APPAREL ⌄ | BLOG          BANNERS & SIGNS | GENDER REVEAL





## ANGRY LEPRECHAUN T-SHIRT

$7.00

SIZE

YM ▾

QUANTITY

− 1 +     **ADD TO CART**

Based on the 500 gram finale firework, we love this Angry Leprechaun tee!

See the firework HERE!

Share











Cutting Edge Hoodie - Black
$18.00

World Class Fireworks Sweatshirt
$20.00

Rainbow Pitt TSHIRT
$20.00

Carnie Smith TSHIRT
$20.00

BOTTOM MENU | COLLECTIONS | CONTACT US



JOIN OUR MAILING LIST





victoryfireworkswholesale.com/index.php?main_page=product_info&cPath=6&products_id=1441&zeni...

# VICTORY FIREWORKS
### HOME OF PYRO KING - ALWAYS THE BEST!

wholesale fireworks :: full cases only

Categories  Brands  About Us  Info  Connect  Customer Service

Enter search keywords here

## Categories

- Assortments (56)
- Roman Candles (25)
- Cones
- Mortar Tubes (74)
- Bulk Shell
- Multi-Shots (175)
- 500 Gram Multi-Shots (230)
- Multi-Shots Large Diameter 500 G (42)
- Fountains (119)
- Firecrackers (16)
- Novelties (55)
- Parachutes (11)
- Rockets (32)
- Sparklers (13)
- Ground Spinners (5)
- Smoke Items (14)
- Wheels (3)
- Missiles (8)
- Flying Items (16)
- Supplies (20)
- SPECIALS
- New Products ...
- All Products ...
- All Brands ....

Home  500 Gram Multi-Shots  Angry Leprechaun 53 shot

500 Gram Multi-Shots

Product 121/230

Prev  Listing  Next

### Angry Leprechaun 53 shot

larger image

Add to Cart: 1

**Add This To My Cart**

PACKED 4-1

- Model: ME1003346
- Manufactured by: World Class

**Write A Review**

This product was added to our catalog on Tuesday 12 March, 2019.

## Customers who bought this product also purchased...

Fixin To Fire

HAPPY 4TH OF JULY 18 shot (NEW)

Elvis Presley DON'T BE CRUEL 12 shot (NEW)

SHOGUN DISCO FLASH (NEW)

Red Hot Deal 16 SHOT

Game Changer 35 new

## Manufacturer Info

WORLD-CLASS FIREWORKS

Other products

## Contact Information
715.273.3590

## Information
About Us
Site Map

## Customer Support
Contact Us
Shipping & Returns

## Useful Links
Price List
FAQ



USA FIREWORKS

PRODUCTS   COUPONS   LOCATIONS   SOCIAL   MY ACCOUNT

Search site for ...

$0.00
0 item(s)



## Angry Leprechaun

### $85.00

Angry Leprechaun – Stunning green chrysanthemums with white glitter. Like St. Patrick's day exploding in the sky.

**Brand:** World Class

**Shots:** 53

**Duration:** 32 seconds

**Size:** 19-2/5″ H x 11″ W x 9″ D

ADD TO CART

**Cart unavailable until April 16, 2023.**



## INFORMATION

ABOUT US

BLOGS

CONTACT US

TERMS & CONDITIONS

BECOME AN OPERATOR

VISIT SUPER STORE

## COUPONS & OFFERS

COUPONS

MILITARY & SERVICE DISCOUNTS

REWARDS PROGRAM

## MY ACCOUNT

SIGN IN

VIEW CART

## CREDIT CARDS ACCEPTED

## BUSINESS DAYS / HOURS

**4th of July Selling Season:**

June 24 – July 2                10am – 10pm

July 3 – 4                            8am – Midnight

**New Years Selling Season:**

Dec 20 – Dec 30              10am – 10pm

Dec 31                              9am – Midnight

Jan 1                                10am – 8pm

**Memorial Day Selling Season:**

Dates vary by year

  



Home / Products without category / ANGRY LEPRECHAUN 53 SH

## ANGRY LEPRECHAUN 53 SH

**World Class**

**Store:** Kneppy's Fireworks   💬 Contact

**SKU:** 1003346

**Stock Level:** In stock

### Pricing

**$73.00**

Quantity: 1

Add to cart

---

Availability in stores: ➤

🛒 Available in 1 store

| Availability in stores | Other Information |

Search store   ● List   ○ Map

| Store and address | Working hours | Phone | Stock Level |
| --- | --- | --- | --- |
| **Kneppy's Fireworks**<br>1265 Kylertown-Drifting Highway Morrisdale, PA 16858 | 9AM to 5PM | (814)-345-5757 | **In stock** |

## Join the party!

Our team  •  Privacy policy

Home / Angry Leprechaun



 ▶

This is a beautiful and majestic cake that is guaranteed to make a big impression! It is a multiple shot repeater cake and has 53 shots! It is made up of green and white colors, which make it perfect for the summer.

4 Cakes Per Case

# Angry Leprechaun

SKU: 1003346

~~$564.59~~ $189.00

Limited Inventory (not available in all warehouse locations) (optional)

500

Quantity

1

[ Add to Cart ]  ♡

## Related Products

‹          ›

$58.00     $80.00     $53.00     $70.00

▶ Video     ▶ Video



Evil Clown

$60.00



Super Beast

$200.00



2 Minute Show

$110.00

Gunfighter

$75.00



Diamond In The Sky

$43.00

▶ Video



21 Gun Salute

Sold Out



Sky Rave

$150.00



Angry Leprechaun

$89.00



Perfect Ten

$90.00



Blaze & Ice

$66.00



Chasing Booty

$90.00



Dead Diva

$83.00

GET FREE FIREWORKS WITH LOYALTY POINTS!

**AREA 51 FIREWORKS**

ABOUT | FIREWORKS | SHOP MERCH | CAREERS | REWARDS

LOCATION | CONTACT | 08:00AM - 12:00AM | 775-727-6223

HOME / CAKES - MULTI-SHOT / 500 GRAM

# ANGRY LEPRECHAUN (EACH)

$**149.99**

Out of stock

SKU: 1003346-EA

Categories: 500 GRAM, Cakes - Multi-shot, Miscellaneous

Tags: archive, bogo2



**Buy 1 Get 2 FREE!**




---

ADDITIONAL INFORMATION | REVIEWS (0)

| WEIGHT | 0.0000000 kg |
| --- | --- |
| DIMENSIONS | 0.0000000 × 0.0000000 × 0.0000000 cm |

## RELATED PRODUCTS


**50% OFF!**


**50% OFF!**


**50% OFF!**


**50% OFF!**


**50% OFF!**

500 GRAM

119 SHOT MAJOR COMBAT (TASK FORCE) (EACH)












# Discount Fireworks of Texas

*We Now Serve DFW, Houston Metro, Austin, and Waco*

 

HOME   Case Pricing   500 Gram   200 Gram   Artillery Shells   Family Assortments   Contact Us   Fountains   More...

Home / Angry Leprechaun



## Angry Leprechaun

**$72.50**

Pay in 4 interest-free payments of $18.13. **PayPal** Learn More

Quantity

| 1 |

**Add to Cart**

53 Shot, 500 gram - Stunning green chrysanthemums with white glitter. Like St. Patrick's day exploding in the sky.





Fireworks World

Home  Open Dates  Product Categories  Locations  Year Round  Special Occasions  Contact Us  Groups  About

Search for products  **Search**

# Angry Leprechaun

Home / Product Categories / 500 Gram Cakes / Angry Leprechaun

Category: **500 Gram Cakes**





You may purchase fireworks by appt, year round at the Oklahoma store.  **Click Here**

## About Us

We love pyrotechnics! Fireworks are our passion and we enjoy personally testing and selecting new products to bring to your backyard Independence Day celebrations with family and friends. Use our expertise in planning your show!

Fireworks World is locally-owned with our families living in Gainesville and Sherman. We seek to bring you quality fireworks at the lowest price.

## Explore

Home
Open Dates
Product Categories
Locations
Year Round
Special Occasions
Contact Us
Groups
About

### Calera
154 Spivey Drive
Calera, Oklahoma 74730

### Sherman
7645 E US Hwy 82
Sherman, Texas 75090

### Gainesville
7475 E US Hwy 82
Gainesville, Texas 76240

### Alvord
5821 N US Hwy 287
Alvord, Texas 76225



Not a customer?
BECOME A WHOLESALER

WHOLESALE
Customer Site

Wholesale Login

Fireworks   Find A Store   Coupons   Fundraising   Wholesale   Video   Contact Us

New Products   Fountains   Show Starters   Finales   Artillery Shells   Family Packs   More ▾

Home » Fireworks » Finales

# Angry Leprechaun

**Product SKU:** 1003346

**Product Description**

Stunning green chrysanthemums with white glitter.  Like St. Patrick's day exploding in the sky.



| | |
|---|---|
| **Type:** | 500 Gram Finales |
| **Color(s):** | White<br>Green |
| **Effect(s):** | chrysanthemum<br>crackling<br>glitter |
| **Duration:** | 32 seconds |
| **Shots:** | 53 |

## Write a Review

## Reviews

Your Name *

Leave a Message









