Case 1:23-mi-99999-UNA   Document 2602-2   Filed 08/15/23   Page 1 of 1

E-FILED IN OFFICE - CB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-04678-S7**
**7/7/2023 12:13 PM**
TIANA P. GARNER, CLERK

EXHIBIT 2

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

_____

_____

_____

PLAINTIFF

CIVIL ACTION NUMBER:_____

23-C-04678-S7

VS.

_____

_____

_____

DEFENDANT

# SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of  7th day of July, 2023 _____,  20_____.

Tiana P. Garner
**Clerk of State Court**

By _____
**Deputy Clerk**

**INSTRUCTIONS**: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

**SC-1 Rev. 2011**