Case 1:23-mi-99999-UNA   Document 2602-4   Filed 08/15/23   Page 1 of 1

EXHIBIT 4

E-FILED IN OFFICE - CB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-04678-S7**
**7/7/2023 12:13 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| **DEBORAH HENDERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 23-C-04678-S7 |
| | ) | **CIVIL ACTION** |
| v. | ) | **FILE NO.:** |
| | ) | |
| **DELTA AIR LINES, INC., UNIFI AVIATION, LLC and JOHN/JANE DOE 1-4,** | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

The undersigned hereby certifies that, pursuant to O.C.G.A. § 9-11-29.1 and other applicable provisions of law, he has this day delivered for service upon Defendants true and correct copies of Plaintiff's First Interrogatories, Request for Admissions, and Request for Production of Documents as provided by law.

This 7th day of June, 2023.

**KENNETH S. NUGENT, P.C.**

*/s/ Barton H. Goode*
Barton H. Goode
Georgia Bar No.: 465035
*Attorney for Plaintiff*

4227 Pleasant Hill Road
Building 11, Suite 300
Duluth, GA 30096
T | (404) 253-5812
F | (404) 253-5793
bgoode@attorneykennugent.com

1