SHERIFF'S ENTRY OF SERVICE | CLYDE CASTLEBERRY CO. COVINGTON, GA 30015

Civil Action No. **23-C-04678-S7**

Date Filed **7/7/23**

Superior Court ☐
State Court ☒
Juvenile Court ☐
Magistrate Court ☐
Probate Court ☐

Georgia, **Gwinnett** COUNTY

**Deborah Henderson**
Plaintiff

VS.

**Delta Air Lines, Inc., Unifi Aviation, LLC and John/Jane Doe 1-4**
Defendant

Attorney's Address

Kenneth S. Nugent, P.C.
4227 Pleasant Hill Road
Building 11 Suite 300
Duluth, GA 30096

Name and Address of Party to be Served.

**Unifi Aviation, LLC**
**c/o RA Corp. Service Company**
**2 Sun Court, Suite 400**
**Peachtree Corners, GA 30092**

Garnishee

### SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows: age, about ___ years; weight ___ pounds; height, about ___ feet and ___ inches, domiciled at the residence of defendant.

**CORPORATION** ☒ Served the defendant **Unifi Aviation, LLC** a corporation by leaving a copy of the within action and summons with **Atisha Smith** in charge of the office and place of doing business of said Corporation in this County. **and discovery**

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This **17** day of **July**, 20**23**.

**Sgt. Collins, SO 580**
DEPUTY

SHERIFF DOCKET ___ PAGE ___

# Gwinnett County Sheriff's Office
## Cover Sheet



**Sheriff #:** 23022414

**Person Served:** UNIFI AVIATION LLC
2 SUN COURT, SUITE 400
PEACHTREE CORNERS GA 30092
PHONE:

## Process Information:

| | |
|---|---|
| Date Received: | 07/14/2023 |
| Assigned Zone: | 2 Sun Court |
| Expiration Date: | |
| Paper Types: | COMPLAINT FOR DAMAGES |
| Notes/Alerts: | |

Court Case #: 23-C-04678-S7
Hearing Date:

**Notes:**