SHERIFF'S ENTRY OF SERVICE

EXHIBIT 8

CLYDE CASTLEBERRY CO., COVINGTON, GA 30015

| | |
|---|---|
| Superior Court ☐ | Magistrate Court ☐ |
| State Court ☒ | Probate Court ☐ |
| Juvenile Court ☐ | |

Civil Action No. **23-C-04678-S7**

Date Filed **7/7/23**

Georgia, **Gwinnett** COUNTY

Attorney's Address

Kenneth S. Nugent, P.C.
4227 Pleasant Hill Road
Building 11 Suite 300
Duluth, GA 30096

**Deborah Henderson**
Plaintiff

VS.

**Delta Air Lines, Inc., Unifi Aviation, LLC and John/Jane Doe 1-4**
Defendant

Name and Address of Party to be Served.

**Delta Air Lines, Inc.**
**c/o RA Corp. Service Company**
**2 Sun Court, Suite 400**
**Peachtree Corners, GA 30092**

_____ Garnishee

SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☒ Served the defendant **Delta Airlines, INC.** a corporation by leaving a copy of the within action and summons with **Alisha Smith and discovery** in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This **17** day of **July**, 20**23**.

**Sgt. Collins, SO 510**
DEPUTY

SHERIFF DOCKET _____ PAGE _____

WHITE-CLERK    CANARY-PLAINTIFF    PINK-DEFENDANT

# Gwinnett County Sheriff's Office
## Cover Sheet



**Sheriff #:** 23022414

**Person Served:** DELTA AIR LINES INC
2 SUN COURT, SUITE 400
PEACHTREE CORNERS GA 30092
PHONE:

**Process Information:**

| | | | |
|---|---|---|---|
| Date Received: | 07/14/2023 | | |
| Assigned Zone: | 2 Sun Court | Court Case #: | 23-C-04678-S7 |
| Expiration Date: | | Hearing Date: | |
| Paper Types: | COMPLAINT FOR DAMAGES | | |
| Notes/Alerts: | | | |

**Notes:**