Fulton County Superior Court
***EFILED***AC
Date: 6/9/2023 1:28 PM
Cathelene Robinson, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

SALUS 33 PEACHTREE PLACE, LLC, successor by merger to 33 PEACHTREE HOLDINGS, LP,

    Plaintiff,

v.

BALFOUR BEATTY CONSTRUCTION, LLC,

    Defendant.

Civil Action No.: 2020 CV 341255

## JUDGMENT

This action was duly tried by a jury, with said jury returning a verdict in favor of the Plaintiff, SALUS 33 PEACHTREE PLACE, LLC, successor by merger to 33 PEACHTREE HOLDINGS, LP, and against Defendant BALFOUR BEATTY CONSTRUCTION, LLC, for breach of contract and negligent construction in the amount of $5,500,000.00 (comprising $3,700,000.00 for direct damages and $1,800,000 in consequential damages). The Court finds that there is no just reason for delay of this judgment, notwithstanding that the Court reserves the issue of the determination and award of prevailing party costs and expenses (including attorneys' fees), and directs the entry of judgment as to the foregoing jury verdict. *See* O.C.G.A. § 9-11-54(b). The Court retains jurisdiction to hear and enter at a later date a separate judgment on Plaintiff's forthcoming Motion for Costs, Expenses, and Attorneys' Fees.

95553676v.2



EXHIBIT A

2

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff, SALUS 33 PEACHTREE PLACE, LLC, successor by merger to 33 PEACHTREE HOLDINGS, LP, shall recover from Defendant BALFOUR BEATTY CONSTRUCTION, LLC, the jury verdict amount of $5,500,000.00.

This _9th____ day of ___June_____, 2023.

_____
The Honorable Jane C. Barwick
Judge, Superior Court of Fulton County