# EXHIBIT 2

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| LATANYA RHODES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO.: |
| v. ) | |
| ) | 23-C-04235-S2 |
| HOSPITALITY VENTURES ) | |
| MANAGEMENT, LLC d/b/a EMBASSY ) | |
| SUITES BY HILTON ATLANTA ) | |
| PERIMETER CENTER, ) | |
| ) | |
| Defendant(s). ) | |

**PLAINTIFF'S ANSWERS TO HOSPITALITY VENTURES MANAGEMENT, LLC'S FIRST REQUEST FOR ADMISSIONS**

COMES NOW LATANYA RHODES, Plaintiff in the above-captioned matter, and hereby answers HOSPITALITY VENTURES MANAGEMENT, LLC'S (hereinafter referred to as "Defendant") First Request for Admissions as follows:

1.

The amount in controversy, exclusive of interest and costs, in this matter exceeds $75,000.00.

**RESPONSE**: Admitted.

2.

Plaintiff Latanya Rhodes seeks to recover special damages in this case in an amount greater than or equal to $75,000.00.

**RESPONSE**: Admitted.

3.

Plaintiff Latanya Rhodes seeks to recover damages in this case in an amount greater than or equal to $75,000.00.

**RESPONSE**: Admitted.

This 10th day of August 2023.

Respectfully submitted,

**THE EICHHOLZ LAW FIRM, P.C.**

*/s/ David S. Eichholz*

DAVID S. EICHHOLZ
Georgia State Bar No. 502134
*Attorney for Plaintiff*

319 Eisenhower Drive
Savannah, GA  31406
(912) 232-2791 *(phone)*
(912) 629-2560 *(facsimile)*
david@thejusticelawyer.com