IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATANYA RHODES, | ) |
|     Plaintiff, | ) |
| v. | ) CIVIL ACTION<br>) FILE NO.: |
| HOSPITALITY VENTURES MANAGEMENT, LLC d/b/a EMBASSY SUITES BY HILTON ATLANTA PERIMETER CENTER, | ) |
|     Defendant. | ) |

**DEFENDANT HOSPITALITY VENTURES MANAGEMENT, LLC
DEMAND FOR TWELVE PERSON JURY**

COMES NOW Defendant Hospitality Ventures Management, LLC d/b/a Embassy Suites by Hilton Atlanta Perimeter Center by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure, Rule 38, and hereby demands a trial by jury of twelve persons.

Respectfully submitted this 15th day of August, 2023.

**GRAY, RUST, ST. AMAND,
MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:  (404) 870-7378
Facsimile:  (404) 870-1030
E-mail:  mmoffett@grsmb.com
jreeves@grsmb.com

/s/ James R. Reeves
Matthew G. Moffett
Georgia State Bar No. 515323
James R. Reeves
Georgia State Bar No. 455711
*Attorneys for Defendant Hospitality Ventures Management, LLC .*

**CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1**

This is to certify that I have this day served the foregoing with the Clerk of Court and upon all counsel of record using the CM/ECF system which will automatically send email notification of such filing to the following:

**David S. Eichholz, Esq.**
**THE EICHHOLZ LAW FIRM**
**319 Eisenhower Drive**
**Savannah, GA 31406**
david@thejusticelawyer.com

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14 point font.

Respectfully submitted, this 15th day of August, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | |
| **MOFFETT & BRIESKE, L.L.P.** | */s/ James R. Reeves* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia State Bar No. 515323 |
| Atlanta, Georgia 30326 | James R. Reeves |
| Telephone:  (404) 870-7378 | Georgia State Bar No. 455711 |
| Facsimile:   (404) 870-1030 | *Attorneys for Defendant Hospitality* |
| E-mail:        mmoffett@grsmb.com | *Ventures Management, LLC* |
|                      jreeves@grsmb.com | |