# EXHIBIT 1

**IN THE STATE COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| LATANYA RHODES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| v. | ) | |
| | ) | 23-C-04235-S2 |
| HOSPITALITY VENTURES | ) | |
| MANAGEMENT, LLC d/b/a EMBASSY | ) | |
| SUITES BY HILTON ATLANTA | ) | |
| PERIMETER CENTER, | ) | |
| | ) | |
| Defendant(s). | ) | |

---

**PLAINTIFF'S ANSWERS TO HOSPITALITY VENTURES MANAGEMENT, LLC'S FIRST REQUEST FOR ADMISSIONS**

---

COMES NOW LATANYA RHODES, Plaintiff in the above-captioned matter, and hereby answers HOSPITALITY VENTURES MANAGEMENT, LLC'S (hereinafter referred to as "Defendant") First Request for Admissions as follows:

1.

The amount in controversy, exclusive of interest and costs, in this matter exceeds $75,000.00.

**RESPONSE**: Admitted.

2.

Plaintiff Latanya Rhodes seeks to recover special damages in this case in an amount greater than or equal to $75,000.00.

**RESPONSE**: Admitted.

3.

Plaintiff Latanya Rhodes seeks to recover damages in this case in an amount greater than or equal to $75,000.00.

**<u>RESPONSE</u>**: Admitted.

This 10th day of August 2023.

Respectfully submitted,

**THE EICHHOLZ LAW FIRM, P.C.**

*/s/ David S. Eichholz*

_____

DAVID S. EICHHOLZ
Georgia State Bar No. 502134
*Attorney for Plaintiff*

319 Eisenhower Drive
Savannah, GA  31406
(912) 232-2791 *(phone)*
(912) 629-2560 *(facsimile)*
david@thejusticelawyer.com