# EXHIBIT C

## SOCIAL SECURITY ADMINISTRATION

**Refer to:** Anita Wiley

Office of Appellate Operations
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone: (877) 670-2722
Date: July 21, 2023

Kathleen Flynn
315 W. Ponce De Leon
Avenue, Suite 940
Decatur, GA 30030

Dear Representative Flynn:

Re: Anita Wiley, 1632 Wood Creek Trail, Roswell, GA 30076-1972

On March 23, 2020, the Appeals Council denied a request for review of the Administrative Law Judge's decision. The Council has now received your request for more time to file a civil action (ask for court review).

### We Are Giving You More Time to File a Civil Action

The Appeals Council now extends the time within which you may file a civil action (ask for court review) for 30 days from the date you receive this letter because you requested additional time to find a new attorney. We assume that you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.

### Need More Help?

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this notice when you call.
3. You may also call your local office at (866)964-4690.

> Social Security
> Suite 250
> 200 Chastain Ctr Blvd
> Kennesaw, GA 30144-9801

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

/s/ *Maurice A. Perry*
Maurice A. Perry



See Next Page

_____
Administrative Appeals Judge

cc:
Anita Wiley
1632 Wood Creek Trail
Roswell, GA 30076-1972



Dcaro CCPRB 3 Section
Room 801
5107 Leesburg Pike
Falls Church, VA 22041

3258 1 MA 0.561 P1 T6 160447 1 34 1 CIPA R230721 0000
Kathleen Flynn
315 W. Ponce De Leon
Avenue, Suite 940
Decatur, GA 30030



