# EXHIBIT C

**SOCIAL SECURITY ADMINISTRATION**

Refer to: Joshua Tavion Favors

Office of Appellate Operations
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone: (877) 670-2722
Date: July 22, 2023

Kathleen Flynn
315 W. Ponce De Leon
Avenue, Suite 940
Decatur, GA 30030

Dear Representative Flynn:

Re: Joshua Tavion Favors, 4016 Gladesworth Lane, Decatur, GA 30035-1616

On May 12, 2020, the Appeals Council denied a request for review of the Administrative Law Judge's decision. The Council has now received your request for more time to file a civil action (ask for court review).

**We Are Giving You More Time to File a Civil Action**

The Appeals Council now extends the time within which you may file a civil action (ask for court review) for 30 days from the date you receive this letter because you requested additional time to find a new attorney. We assume that you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.

**Need More Help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this notice when you call.
3. You may also call your local office at (877)626-9909.

  Social Security
  3554 Covington Hwy
  Decatur, GA 30032-9803

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

/s/ *Eun Sook Chung*
Eun Sook Chung
Administrative Appeals Judge



See Next Page

cc:
Joshua Tavion Favors
4016 Gladesworth Lane
Decatur, GA 30035-1616



Dcaro CCPRB 3 Section
Room 801
5107 Leesburg Pike
Falls Church, VA 22041



2519 1 MA 0.561 P2 T6 160607 1 2 1 CIPA R230724 0000

Kathleen Flynn
315 W. Ponce De Leon
Avenue, Suite 940
Decatur, GA 30030

