# EXHIBIT C

**SOCIAL SECURITY ADMINISTRATION**

Refer to: Joseys Bonus Joseph

Office of Appellate Operations
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone: (877) 670-2722
Date: July 21, 2023

Kathleen Flynn
315 W. Ponce De Leon
Avenue, Suite 940
Decatur, GA 30030

Dear Representative Flynn:

Re: Joseys Bonus Joseph, 11303 Fairington Ridge Circle, Apt 11, Lithonia, GA 30038-5635

On June 7, 2021, the Appeals Council denied a request for review of the Administrative Law Judge's decision. The Council has now received your request for more time to file a civil action (ask for court review).

**We Are Giving You More Time to File a Civil Action**

The Appeals Council now extends the time within which you may file a civil action (ask for court review) for 30 days from the date you receive this letter because you requested additional time to find a new attorney. We assume that you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.

**Need More Help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this notice when you call.
3. You may also call your local office at (877)626-9909.

> Social Security
> 3554 Covington Hwy
> Decatur, GA 30032-9803

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

/s/ *Pamela D. Crawford*
Pamela D. Crawford
Administrative Appeals Judge

See Next Page

cc:
Joseys Bonus Joseph
11303 Fairington Ridge Circle
Apt 11
Lithonia, GA 30038-5635



Dcaro CCPRB 3 Section
Room 801
5107 Leesburg Pike
Falls Church, VA 22041

3273 1 MA 0.561 P1 T6 160447 1 34 1 CIPA R230721 0000
Kathleen Flynn
315 W. Ponce De Leon
Avenue, Suite 940
Decatur, GA 30030





Case 1:23-mi-99999-UNA   Document 2611-3   Filed 08/16/23   Page 5 of 5