IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| CLUB POINTE CONDOMINIUM ASSOCIATION., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action File |
| v. | ) ) | No. 23-A-06093-3 |
| STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation, | ) ) ) ) | |
| Defendant. | | |

### NOTICE OF FILING REMOVAL

TO: Michael D. Turner
Foster L. Peebles
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, GA 30075
mdturner@lawhuggins.com
fpeebles@lawhuggins.com

Please take notice that State Farm Fire and Casualty Company, Defendant in the above-styled action, has on this date filed its Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division.

This 17th day of August, 2023.

SWIFT CURRIE MCGHEE & HIERS

*/s/ Kayla M. McCallum*
Melissa A. Segel
Georgia Bar No. 020406
Kayla M. McCallum, Esq.
Georgia Bar No. 240946
***Attorneys for Defendant***

1420 Peachtree Street NE
Suite 800
Atlanta, GA  30309
(404) 874-8800
melissa.segel@swiftcurrie.com
kayla.mccallum@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

I hereby certify I have this day electronically filed the foregoing *Notice of Filing Removal* with the Clerk of Court via the Odyssey Court e-filing system, which will send automatic notification to the following:

Michael D. Turner
Foster L. Peebles
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, GA  30075
mdturner@lawhuggins.com
fpeebles@lawhuggins.com
***Attorneys for Plaintiff***

This 17th day of August, 2023.

                                              **SWIFT CURRIE MCGHEE & HIERS**

                                              */s/  Kayla M. McCallum*
                                              Melissa A. Segel
                                              Georgia Bar No. 020406
                                              Kayla M. McCallum, Esq.
                                              Georgia Bar No. 240946
                                              ***Attorneys for Defendant***

1420 Peachtree Street NE
Suite 800
Atlanta, GA  30309
(404) 874-8800
melissa.segel@swiftcurrie.com
kayla.mccallum@swiftcurrie.com

4878-1524-1077, v. 1