## Georgia Uniform Motor Vehicle Private Property Accident Report

| Case # | Accident Date | Time Officer Notified |
|---|---|---|
| 21002360 | 06/17/2021 | 04:48 |

| County | City | Time Officer Arrived |
|---|---|---|
| CLAYTON | FOREST PARK | 04:55 |

**Location of Accident:** 2000 ANVIL BLOCK RD

### VEHICLE #1

**DRIVER INFORMATION**

| Name | Sex | Race | Date of Birth |
|---|---|---|---|
| COLEMAN, CHRISTOPHER HENRY | M | B | … |

**Address:** 1333 STUMP RIDGE RD, CANTON, MS 39046  
**Phone #:** [redacted]

| Driver's License # | State | Class |
|---|---|---|
| 800217074 | MS | A |

**VEHICLE INFORMATION**

| License Plate # | State | Plate Year | Make | Model | Year | Color | VIN |
|---|---|---|---|---|---|---|---|
| A301048 | GA | 2021 | MACK | TK | 2019 | WHI | 1M1AN4GY5KM009734 |

| Owner Name | Address | Phone # |
|---|---|---|
| COLEMAN, CHRISTOPHER HENRY | 1333 STUMP RIDGE RD, CANTON, MS 39046 | [redacted] |

| Trailer Tag # | State | County | Year |
|---|---|---|---|
|  |  |  |  |

| Insurance Company | Policy Number |
|---|---|
| CANAL INSURANCE COMPANY | I-50704001-1 |

**Removed By:** DRIVER  
**Vehicle Damage:** ☐ None  ☐ Slight  ☒ Moderate  ☐ Extensive

### VEHICLE #

**DRIVER INFORMATION**

| Name | Sex | Race | Date of Birth |
|---|---|---|---|
| CLOUD, ADOLPH | M | B | … |

**Address:** 3401 GOLDEN DR A, CHALMETTE, LA 70043  
**Phone #:** [redacted]

| Driver's License # | State | Class |
|---|---|---|
| 009600040 | LA | A |

**VEHICLE INFORMATION**

| License Plate # | State | Plate Year | Make | Model | Year | Color | VIN |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

| Owner Name | Address | Phone # |
|---|---|---|
|  | , |  |

| Trailer Tag # | State | County | Year |
|---|---|---|---|
|  |  |  |  |

| Insurance Company | Policy Number |
|---|---|
|  |  |

**Removed By:**  
**Vehicle Damage:** ☐ None  ☐ Slight  ☐ Moderate  ☐ Extensive

### OTHER PROPERTY DAMAGE

### INJURIES

| Vehicle # | Name | Age | Sex |
|---|---|---|---|
|  |  |  |  |

| Officer | Badge # | Supervisor |
|---|---|---|
| RICHARD, P. L. | 1508 | YERMACK, C. H. |

**Agency:** FOREST PARK POLICE DEPARTMENT

Page 1 of 2

EXHIBIT "D"

## WITNESSES

| Name | Address | Phone # |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## DIAGRAM (not required)

(Indicate North. P.O.C. Diagram shows vehicle 2 and vehicle 1 at point of collision near 2000 ANVIL BLK RD. Drawing Not To Scale.)

## REMARKS

Driver 1 stated, when he placed vehicle 1 into park, vehicle 1 rolled into vehicle 2. Driver 1 stated, vehicle 1's front bumper collided into vehicle 2's rear bumper. Driver 2 stated, while parked on private property, vehicle 2 was hit from the rear by vehicle 1. I observed no damage to vehicle 2, and functional damage to vehicle 1's front grill. Vehicle 1 also sustained a small crack over the passenger side front headlight. Neither driver nor passenger complained of any injuries.

Both drivers were given a case card.

**END**