# D & H Transport Services, LLC

## User Actions

View Filed Documents    Opt-in or Opt-out of Email updates    Print Business Details

## Name History

| Name | Name Type |
| --- | --- |
| D & H Transport Services, LLC | Legal |
| D & H Hotshot, LLC | Previous Legal |
| D & H Trucking, LLC | Previous Legal |

## Business Information

**Business Type:** Limited Liability Company
**Business ID:** 951960
**Status:** Good Standing
**Effective Date:** 07/08/2009
**State of Incorporation:** Mississippi
**Principal Office Address:** 384 Hunt Rd
Lake, MS 39092

## Registered Agent

**Name**
Coleman, Christopher
384 Hunt Rd Lake Ms 39092
Lake, MS 39092

## Officers & Directors

| Name | Title |
| --- | --- |
| Christopher Coleman<br>384 HUNT RD.<br>LAKE, MS 39092 | Member |

EXHIBIT "E"