# BUSINESS SEARCH

## BUSINESS INFORMATION

**Business Name:** CANAL INSURANCE COMPANY
**Control Number:** H852191
**Business Type:** Foreign Insurance Company
**Business Status:** Active/Compliance
**Business Purpose:** NONE
**Principal Office Address:** 101 N Main Street, Suite 400, GREENVILLE, SC, 29601-1618, USA
**Date of Formation / Registration Date:** 3/25/1953
**Jurisdiction:** South Carolina
**Last Annual Registration Year:** 2023

## REGISTERED AGENT INFORMATION

**Registered Agent Name:** Corporation Service Company
**Physical Address:** 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA
**County:** Gwinnett

## OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Christopher B Greene | Secretary | P O BOX 7, GREENVILLE, SC, 29602, USA |
| John Rzepinski | CFO | P O BOX 7, GREENVILLE, SC, 29602, USA |
| Paul Brocklebank | CEO | P O BOX 7, GREENVILLE, SC, 29602, USA |

Filing History   Name History   Return to Business Search

Back

EXHIBIT "F"