Case 1:23-mi-99999-UNA   Document 2624-7   Filed 08/17/23   Page 1 of 1

e-Filed 5/12/2023 2:47 PM
2023CV01161

*Tiki Brown*
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Shalonda Green

## IN THE STATE COURT OF CLAYTON COUNTY, GEORGIA
### 9151 TARA BOULEVARD, ROOM 1CL181, JONESBORO, GEORGIA 30236
### TELEPHONE: (770) 477-3388 * FACSIMILE: (770) 472-8159

| | |
|---|---|
| Navarrion Williams, and<br><br>Adolph Cloud<br><br>**Plaintiff** | |
| Vs. | 2023CV01161<br>_____<br>Case Number |
| Christopher H. Coleman<br><br>14172 Summer Run Court<br><br>Moreno Valley, CA 92555<br><br>**Defendant** | |

# SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

Nathaniel Miller, Esq
Karell Trial Attorneys, LLC
3344 Peachtree Road, NE
Suite 800
Atlanta Georgia 30326
Ph: 678-999-3331

answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

**GAIL CARNES**
**CLERK OF COURT**
**State Court of Clayton County**

Shalonda Green
By:_____
Deputy Clerk

EXHIBIT "G"