2023CV01161    e-Filed 5/12/2023 2:47 PM

*Tiki Brown*
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Shalonda Green

# IN THE STATE COURT OF CLAYTON COUNTY, GEORGIA

9151 TARA BOULEVARD, ROOM 1CL181, JONESBORO, GEORGIA 30236
TELEPHONE: (770) 477-3388 * FACSIMILE: (770) 472-8159

| |
|---|
| Navarrion Williams, and |
| Adolph Cloud |
| |

Plaintiff

Vs.

2023CV01161

_____

Case Number

| |
|---|
| Canal Insurance Company c/o Corporation Service Co |
| 2 Sun Court, Suite 400 |
| Peachtree Corners, GA 30092 |

Defendant

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

| |
|---|
| Nathaniel Miller, Esq |
| Karell Trial Attorneys, LLC |
| 3344 Peachtree Road, NE |
| Suite 800 |
| Atlanta Georgia 30326 |
| Ph: 678-999-3331 |

answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

**GAIL CARNES**
**CLERK OF COURT**
**State Court of Clayton County**

Shalonda Green

By:_____

Deputy Clerk

EXHIBIT "I"