SHERIFF'S ENTRY OF SERVICE

2023CV01161   eFiled 5/31/2023 10:20 AM
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Latasha Currie

ction No. 2023CV01161

Superior Court ☐
State Court ☒
Magistrate Court ☐
Probate Court ☐
Juvenile Court ☐

Date Filed 5/12/2023

Georgia, CLAYTON COUNTY

Navarrion Williams, and

Adolph Cloud
                                    Plaintiff

Attorney's Address

Karell Trial Attorneys
3344 Peachtree Road NE
Suite 800
Atlanta, Georgia 30326

VS.

Christopher Coleman, D & H Transport
Services, Et al
                                    Defendant

Name and Address of Party to Served

D & H Transport Services, LLC

c/o Cody Gillies as registered agent

5704 Veterans Pkwy, Columbus GA 31904

                                    Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**
☒ Served the defendant D+H Transport Services, LLC a corporation by leaving a copy of the within action and summons with Cody Gillies In charge of the office and place of doing business of said Corporation in this County. ~~the agent of~~ a.m subpoena

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 23 day of May , 2023 1400 hrs.

Dp. Bellvin Jr
00186 98

DEPUTY

**RETURN THIS COPY TO SHERIFF'S OFFICE**

CLERK'S COPY

2301213

EXHIBIT "J"