Case 1:23-mi-99999-UNA Document 2624-13 Filed 08/17/23 Page 1 of 3

2023CV01161 e-Filed 7/6/2023 11:08 AM

*Tiki Brown*
**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
Latasha Currie

IN THE STATE COURT OF CLAYTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| NAVARRION WILLIAMS and ADOLPH CLOUD | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CHRISTOPHER H. COLEMAN, D & H TRANSPORT SERVICES, LLC, CANAL INSURANCE COMPANY, JOHN DOE 1-5, AND ABC CORP. 1-5, | ) ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION FILE NO. 2023CV01161

## ACKNOWLEDGEMENT OF SERVICE

The undersigned, as attorney for Defendants Christopher H. Coleman and D & H Transport Services, LLC (hereinafter "these Defendants"), hereby acknowledges service of a copy of the Summons to these Defendants, Plaintiff's Complaint, and Plaintiff's First Request for Admissions, First Interrogatories and First Request for Production of Documents directed to each of these Defendants, and hereby waives defenses as to service of process. No further service on these Defendants is required. These Defendants reserve all other defenses. These Defendants responses to the discovery served shall be due 45 days from the date of this acknowledgement.

This 6th day of July, 2023.

                                                **NALL & MILLER, LLP**

By:     */s/ Quinn Curtis Bennett*

235 Peachtree Street NE                 **QUINN CURTIS BENNETT**
North Tower, Suite 1500                 Georgia Bar No. 356087
Atlanta, Georgia 30303
Telephone: 404-522-2200               *Attorneys for Defendants*
Facsimile: 404-522-2208                *Christopher H. Coleman, D & H*
qbennett@nallmiller.com                *Transport Services, LLC and Canal*
                                                *Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this day the foregoing **ACKNOWLEDGEMENT OF SERVICE** was electronically filed with the Clerk of Court using the Odyssey Electronic Filing System which caused all parties-of-record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Nathaniel Miller, Esq.
Clark R. Karell, Jr.
KARELL TRIAL ATTORNEYS, L.L.C.
3344 Peachtree Road, NE
Suite 800
Atlanta, Georgia 30326
E-Mail: clark@karell.law; nate4@karell.law

*Attorneys for Plaintiff*

Respectfully submitted this 6th day of July, 2023.

                                                            **NALL & MILLER, LLP**

|  |  |
|---|---|
|  | By: */s/ Quinn Curtis Bennett* |
| 235 Peachtree Street NE | **QUINN CURTIS BENNETT** |
| North Tower, Suite 1500 | Georgia Bar No. 356087 |
| Atlanta, Georgia 30303 |  |
| Telephone: 404-522-2200 | *Attorneys for Defendants* |
| Facsimile: 404-522-2208 | *Christopher H. Coleman, D & H* |
| qbennett@nallmiller.com | *Transport Services, LLC and Canal Insurance Company* |