Case 1:23-mi-99999-UNA   Document 2624-14   Filed 08/17/23   Page 1 of 3

2023CV01161   e-Filed 7/6/2023 11:08 AM

Tiki Brown
Clerk of State Court
Clayton County, Georgia
Latasha Currie

## IN THE STATE COURT OF CLAYTON COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| NAVARRION WILLIAMS and ADOLPH CLOUD | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   CIVIL ACTION FILE NO.<br>)   2023CV01161 |
| CHRISTOPHER H. COLEMAN, D & H TRANSPORT SERVICES, LLC, CANAL INSURANCE COMPANY, JOHN DOE 1-5, AND ABC CORP. 1-5, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## **STIPULATION**

COME NOW Plaintiffs Navarrion Williams and Adolph Cloud, and Defendants Christopher H. Coleman and D & H Transport Services, LLC (hereinafter "these Defendants"), and hereby stipulate that these Defendants' Answer filed on June 27, 2023 was timely filed.

This 6th day of July, 2023.

                                                  **KARELL TRIAL ATTORNEYS, L.L.C.**

                                                  By:   */s/ Nathaniel Miller*
                                                      **NATHANIEL MILLER**

3344 Peachtree Road NE                                       Georgia Bar No. 611669
Suite 800
Atlanta, Georgia 30326                                   ***ATTORNEY FOR PLAINTIFF***
Telephone: 678-999-3331
Nate@Karell.Law

                                           **NALL & MILLER, LLP**

                                     By:   */s/ Quinn Curtis Bennett*
                                                     **QUINN CURTIS BENNETT**
235 Peachtree Street NE,             Georgia Bar No. 356087
North Tower, Suite 1500
Atlanta, Georgia 30303              *Attorneys for Defendants Christopher H.*
Telephone: 404-522-2200            *Coleman, D & H Transport Services, LLC*
Facsimile: 404-522-2208             *and Canal Insurance Company*
qbennett@nallmiller.com

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on this day the foregoing **STIPULATION** was electronically filed with the Clerk of Court using the Odyssey Electronic Filing System which caused all parties-of-record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Nathaniel Miller, Esq.
Clark R. Karell, Jr.
KARELL TRIAL ATTORNEYS, L.L.C.
3344 Peachtree Road, NE
Suite 800
Atlanta, Georgia 30326
E-Mail: clark@karell.law; nate4@karell.law

*Attorneys for Plaintiff*

Respectfully submitted this 6th day of July, 2023.

**NALL & MILLER, LLP**

By: */s/ Quinn Curtis Bennett*
**QUINN CURTIS BENNETT**
Georgia Bar No. 356087

235 Peachtree Street NE
North Tower, Suite 1500
Atlanta, Georgia 30303
Telephone: 404-522-2200
Facsimile: 404-522-2208
qbennett@nallmiller.com

*Attorneys for Defendants*
*Christopher H. Coleman, D & H*
*Transport Services, LLC and Canal*
*Insurance Company*