SHERIFF'S ENTRY OF SERVICE

23016081

Tiki Brown

Civil Action No. 2023CV01161

| Superior Court ☐ | Magistrate Court ☐ |
| State Court ☒ | Probate Court ☐ |
| Juvenile Court ☐ | |

Clerk of State Court
Clayton County, Georgia
Ashley Murphy

Date Filed 5/12/2023

Georgia, CLAYTON COUNTY

Navarrion Williams and

Adolph Cloud

Plaintiff

Attorney's Address

Karell Trial Attorneys
3344 Peachtree Road NE
Suite 800
Atlanta, Georgia 30326

VS.

Coleman; D & H Transport, Et al

Name and Address of Party to Served

Canal Insurance Company; c/o Corporation

Service Company at 2 Sun Court, Suite 400

Peachtree Corners, GA 30092

Defendant

Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**
Served the defendant *Canal Insurance Company* a corporation

☒ by leaving a copy of the within action and summons with *Alisha Smith* in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This 23 day of May, 20 23

DEPUTY                    *Sct Collins 500*

**CLERK'S COPY**

EXHIBIT "O"