# EXHIBIT 1

# *Schedule*

| Line 1 | Claim No. | 1 |
|--------|-----------|---|
| Line 2 | Musical Composition | All My Ex's Live In Texas |
| Line 3 | Writer(s) | Sanger D. Shafer; Lyndia J. Shafer |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music;  Tracy Dee Shafer, an individual d/b/a Sangerdee Music |
| Line 5 | Date(s) of Registration | 9/24/86 |
| Line 6 | Registration No(s). | PA 303-954 |
| Line 7 | Date(s) of Infringement | 4/30/23 |
| Line 8 | Place of Infringement | Old Fountain Tavern |

| Line 1 | Claim No. | 2 | |
|--------|-----------|---|---|
| Line 2 | Musical Composition | Georgia On My Mind | |
| Line 3 | Writer(s) | Stuart Gorrell; Hoagy Carmichael | |
| Line 4 | Publisher Plaintiff(s) | Peermusic III Ltd. | |
| Line 5 | Date(s) of Registration | 12/23/57 | 12/31/57 |
| Line 6 | Registration No(s). | R 205803 | R 205347 |
| Line 7 | Date(s) of Infringement | 4/30/23 | |
| Line 8 | Place of Infringement | Old Fountain Tavern | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Goodbye Time |
| Line 3 | Writer(s) | Roger Murrah; James Dean Hicks |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music |
| Line 5 | Date(s) of Registration | 10/1/87 |
| Line 6 | Registration No(s). | PA 343-738 |
| Line 7 | Date(s) of Infringement | 4/30/23 |
| Line 8 | Place of Infringement | Old Fountain Tavern |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Total Eclipse Of The Heart |
| Line 3 | Writer(s) | Jim Steinman |
| Line 4 | Publisher Plaintiff(s) | James Richard Steinman d/b/a Lost Boys Music |
| Line 5 | Date(s) of Registration | 8/8/83 |
| Line 6 | Registration No(s). | PA 182-428 |
| Line 7 | Date(s) of Infringement | 4/30/23 |
| Line 8 | Place of Infringement | Old Fountain Tavern |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Cover Me Up |
| Line 3 | Writer(s) | Michael Jason Isbell |
| Line 4 | Publisher Plaintiff(s) | Fame Publishing Company LLC; Michael Jason Isbell, an individual d/b/a Songs of Emchant |
| Line 5 | Date(s) of Registration | 7/3/13 |
| Line 6 | Registration No(s). | PA 1-871-257 |
| Line 7 | Date(s) of Infringement | 4/30/23 |
| Line 8 | Place of Infringement | Old Fountain Tavern |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Stressed Out |
| Line 3 | Writer(s) | Tyler Joseph |
| Line 4 | Publisher Plaintiff(s) | Tyler Joseph Music LLC d/b/a Stryker Joseph Music; Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 2/3/16 |
| Line 6 | Registration No(s). | PA 1-973-974 |
| Line 7 | Date(s) of Infringement | 4/30/23 |
| Line 8 | Place of Infringement | Old Fountain Tavern |