# EXHIBIT

# "A"

State Court of Fulton County
**E-FILED**
23EV004183
7/14/2023 10:34 AM
Donald Talley, Clerk
Civil Division

GEORGIA, FULTON COUNTY

**STATE COURT OF FULTON COUNTY**
Civil Division

DO NOT WRITE IN THIS SPACE

CIVIL ACTION FILE #: _____

Amy Beasley, and
_____
John Beasley
_____
_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

Amber Marie Schmidt
_____
2508 Ridgewood Rd.
_____
Fultondale, AL 35068
_____

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [X] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | ************ |
| [X] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

**SUMMONS**

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Andrew Lampros
Address: 300 Galleria Pkwy, Ste. 300
City, State, Zip Code: Atlanta, GA 30339          Phone No.: 404/876-8100

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED,** via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Donald Talley, Chief Clerk (electronic signature)

_____

**SERVICE INFORMATION:**

Served, this _____ day of _____, 20_____.       _____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____
_____

This _____ day of _____, 20_____.       _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

State Court of Fulton County
**E-FILED**
23EV004183
7/13/2023 3:49 PM
Donald Talley, Clerk
Civil Division

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of **Fulton** _____ County

| For Clerk Use Only |
|---|
| Date Filed _____  Case Number _____ |
| **MM-DD-YYYY** |

**Plaintiff(s)**

Beasley                Amy
Last     First     Middle I.     Suffix     Prefix

Beasley                John
Last     First     Middle I.     Suffix     Prefix

Last     First     Middle I.     Suffix     Prefix

Last     First     Middle I.     Suffix     Prefix

**Defendant(s)**

Schmidt          Amber          M
Last     First     Middle I.     Suffix     Prefix

Last     First     Middle I.     Suffix     Prefix

Last     First     Middle I.     Suffix     Prefix

Last     First     Middle I.     Suffix     Prefix

Plaintiff's Attorney **Andrew Lampros** _____   State Bar Number **432328**   Self-Represented ☐

### Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**

- ☒ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____          _____
Case Number          Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

State Court of Fulton County
**E-FILED**
23EV004183
7/13/2023 3:49 PM
Donald Talley, Clerk
Civil Division

# IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| Amy Beasley and | ) | |
| John Beasley, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) | FILE NO. _____ |
| | ) | |
| Amber Marie Schmidt, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## COMPLAINT

Plaintiffs, Amy Beasley and John Beasley, by and through counsel, file this Complaint against Defendant Amber Marie Schmidt ("Defendant" or "Schmidt"), and allege as follows:

### PARTIES, JURISDICTION & VENUE

1. This action arises from a motor vehicle collision that occurred on or about February 9, 2020 in Fulton County, Georgia.

2. This action is a renewal of a previously filed action that was dismissed without prejudice on January 22, 2023.

3. This renewal action is filed timely pursuant to the provisions of O.C.G.A. § 9-2-61.

4. Plaintiffs are citizens and residents of Tennessee.

5. Defendant is a citizen and resident of Alabama.

6. Defendant is subject to the jurisdiction of this Court.

7. Venue is appropriate in this Court.

## FACTS

8. On February 9, 2020, Plaintiff John Beasley was lawfully operating his vehicle southbound on Interstate 285 ("I-285") as it approaches Interstate 20 ("I-20") in Fulton County, Georgia and was exiting I-285 for I-20 westbound.

9. Plaintiff Amy Beasley was a passenger in the vehicle with Plaintiff John Beasley.

10. As Plaintiffs proceeded southbound on State Route 5, Defendant also was traveling south on I-285 also exiting onto I-20.

11. As Defendant exited I-285 for I-20, she was following too closely and failed to maintain her lane of travel causing Defendant's vehicle to collide with Plaintiffs' vehicle.

12. At all relevant times, Plaintiff John Beasley obeyed all traffic laws, exercised reasonable care and had no opportunity to avoid the collision.

13. Defendant, in following too closely and failing to maintain her lane of travel, was operating her vehicle in a negligent manner at the time of the collision.

14. At the time and place alleged, Defendant operated her vehicle in violation of O.C.G.A. § 40-6-48 and that violation caused the collision between Defendant

and Plaintiffs. Thus, Defendant's actions in causing the collision and all resulting damages amount to negligence *per se*.

15. The investigating officer cited Defendant for following too closely and failing to maintain her lane, both in violation of the Georgia Rules of the Road.

16. Defendant's citation was not resolved until on or about May 15, 2020.

17. Plaintiffs did nothing to contribute to the cause of the collision, their injuries or damages.

18. Defendant is completely at fault for the collision and the resulting damages to Plaintiffs.

**Damages**

19. Plaintiff Amy Beasley suffered personal injuries as a result of the collision caused by Defendant's negligence and negligence *per se*.

20. The injuries that Plaintiff Amy Beasley sustained in the collision required that she seek medical treatment, which continues.

21. Plaintiff Amy Beasley incurred medical bills as a result of that treatment and will incur additional medical bills in the future.

22. The collision caused Plaintiff Amy Beasley to endure pain and suffering, and will cause her to endure pain and suffering in the future.

23. Plaintiff Amy Beasley's injuries and damages were and continue to be proximately caused by the negligence and negligence *per se* of Defendant.

24. Plaintiff John Beasley suffered personal injuries as a result of the collision caused

by Defendant's negligence and negligence *per se*.

25. The injuries that Plaintiff John Beasley sustained in the collision required that he seek medical treatment.

26. Plaintiff John Beasley incurred medical bills as a result of that treatment.

27. The collision caused Plaintiff John Beasley to endure pain and suffering.

28. Plaintiff John Beasley's injuries and damages were and continue to be proximately caused by the negligence and negligence *per se* of Defendants.

29. Plaintiffs suffered the complete loss of other personal property as a result of Defendant's negligence and negligence *per se*.

30. Defendant's negligence and negligence *per se* is the proximate cause of all of Plaintiffs' damages set forth in this complaint.

**WHEREFORE**, Plaintiffs demand a trial by jury and judgment against the Defendants, as follows:

(a)   All special damages as shown by the evidence;

(b)   General damages in an amount to be determined by the enlightened conscious of a jury;

(d)     For all attorneys' fees and costs incurred;

(e)     Costs of this action;

(f)     Such other further, general and equitable relief as this Court deems just.


**HALL & LAMPROS, LLP**


By:     /S/ Andrew Lampros
         Andrew Lampros
         GA Bar No. 432328

**HALL & LAMPROS, LLP**
300 Galleria Pkwy
Suite 300
Atlanta, GA 30339
(404) 876-8100
_alampros@hallandlampros.com_


*Attorneys for Plaintiffs*

**IN THE STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| AMY BEASLEY and JOHN BEASLEY, | : | |
| | : | |
| Plaintiffs, | : | |
| vs. | : | CIVIL ACTION |
| | : | FILE NO. 23EV004183 |
| AMBER MARIE SCHMIDT, | : | |
| | : | |
| Defendant. | : | |

## ANSWER OF DEFENDANT

**COMES NOW** Defendant Amber Marie Schmidt and files this, her Answer to the Plaintiffs'

Complaint, respectfully showing this Court the following facts:

### FIRST DEFENSE

Plaintiffs' Complaint fails to state or set forth a claim against the Defendant for which the legal

relief sought can be granted.

### SECOND DEFENSE

Plaintiffs' failure to specifically plead items of special damages bars their recovery in this

action.

### THIRD DEFENSE

The Plaintiffs' Complaint fails to name a proper and indispensable party.

### FOURTH DEFENSE

Venue is improper as to Defendant Amber Marie Schmidt.

### FIFTH DEFENSE

This Court lacks jurisdiction over the person of Defendant Amber Marie Schmidt.

### SIXTH DEFENSE

Responding specifically to each and every allegation of the Plaintiffs' Complaint, Defendant

Amber Marie Schmidt shows as follows:

1.

Responding to Paragraph 1, Defendant admits the allegations contained therein.

2.

Responding to Paragraph 2, Defendant admits the allegations contained therein.

3.

Responding to Paragraph 3, Defendant admits the allegations contained therein.

4.

Responding to Paragraph 4, Defendant admits the allegations contained therein.

5.

Responding to Paragraph 5, Defendant admits the allegations contained therein.

6.

Responding to Paragraph 6, Defendant denies the allegations contained therein.

7.

Responding to Paragraph 7, Defendant denies the allegations contained therein.

8.

Responding to Paragraph 8, Defendant denies the allegations contained therein, as stated.

9.

Responding to Paragraph 9, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies the same.

10.

Responding to Paragraph 10, Defendant admits the allegations contained therein.

11.

Responding to Paragraph 11, Defendant admits she collied with the rear of Plaintiffs' vehicle but denies the remaining allegations contained therein.

12.

Responding to Paragraph 12, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies the same.

13.

Responding to Paragraph 13, Defendant denies the allegations contained therein, as stated.

14.

Responding to Paragraph 14, Defendant denies the allegations contained therein, as stated.

15.

Responding to Paragraph 15, Defendant admits the allegations contained therein.

16.

Responding to Paragraph 16, Defendant admits the allegations contained therein.

17.

Responding to Paragraph 17, Defendant denies the allegations contained therein.

18.

Responding to Paragraph 18, Defendant denies the allegations contained therein.

19.

Responding to Paragraph 19, Defendant denies the allegations contained therein.

20.

Responding to Paragraph 20, Defendant denies the allegations contained therein.

21.

Responding to Paragraph 21, Defendant denies the allegations contained therein.

22.

Responding to Paragraph 22, Defendant denies the allegations contained therein.

23.

Responding to Paragraph 23, Defendant denies the allegations contained therein.

24.

Responding to Paragraph 24, Defendant denies the allegations contained therein.

25.

Responding to Paragraph 25, Defendant denies the allegations contained therein.

26.

Responding to Paragraph 26, Defendant denies the allegations contained therein.

27.

Responding to Paragraph 27, Defendant denies the allegations contained therein.

28.

Responding to Paragraph 28, Defendant denies the allegations contained therein.

29.

Responding to Paragraph 29, Defendant denies the allegations contained therein.

30.

Responding to Paragraph 30, Defendant denies the allegations contained therein.

31.

Any allegation of the Plaintiffs' Complaint not specifically responded to herein is hereby denied.

**WHEREFORE,** Defendant Amber Marie Schmidt prays as follows:

(a)     That the Complaint against her be dismissed and that she be discharged without any liability to the Plaintiffs whatsoever;

(b)     That all costs of this action be cast against the Plaintiffs; and,

(c)     For such other and further relief as the Court deems just under the circumstances.

*{signature on next page}*

**[CAFN 23EV004183]**

THIS 17th day of August 2023.

GOWER WOOTEN & DARNEILLE, LLC

*/s/ Jason D. Darneille*
JASON D. DARNEILLE
Georgia Bar No. 224108
Attorney for Defendant

4200 Northside Parkway NW, Building 12
Atlanta, GA 30327
(404) 662-2333
jdarneille@gwdlawfirm.com

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this date served upon opposing counsel a copy of the within and foregoing ANSWER OF DEFENDANT by filing the same with this Court through the designated electronic filing system and/or depositing a copy of same in the United States mail in an appropriately addressed envelope with adequate postage thereon as follows:

P. Andrew Lampros, Esq.<br>
Hall & Lampros, LLP<br>
300 Galleria Parkway, Suite 300<br>
Atlanta, GA 30339

THIS 17th day of August 2023.

GOWER WOOTEN & DARNEILLE, LLC

*/s/ Jason D. Darneille*
JASON D. DARNEILLE
Georgia Bar No. 224108
Attorney for Defendant

4200 Northside Parkway NW, Building 12
Atlanta, GA 30327
(404) 662-2333
(678) 981-5182 Fax
jdarneille@gwdlawfirm.com

**IN THE STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| AMY BEASLEY and JOHN BEASLEY, | : | |
| | : | |
| Plaintiffs, | : | |
| vs. | : | CIVIL ACTION |
| | : | FILE NO. 23EV004183 |
| AMBER MARIE SCHMIDT, | : | |
| | : | |
| Defendant. | : | |

<u>**DEMAND FOR TRIAL BY JURY OF TWELVE**</u>

      **COME NOW** Defendant Amber Marie Schmidt and files this, her Demand for Trial by Jury of Twelve as provided by law.

      THIS 17th day of August 2023.

                    GOWER WOOTEN & DARNEILLE, LLC

                    */s/ Jason D. Darneille*
                    JASON D. DARNEILLE
                    Georgia Bar No. 224108
                    Attorney for Defendant

4200 Northside Parkway NW, Building 12
Atlanta, GA 30327
(404) 662-2333
(678) 981-5182 Fax
jdarneille@gwdlawfirm.com

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this date served upon opposing counsel a copy of the within and foregoing DEMAND FOR TRIAL BY JURY OF TWELVE by filing the same with this Court through the designated electronic filing system and/or depositing a copy of same in the United States mail in an appropriately addressed envelope with adequate postage thereon as follows:

P. Andrew Lampros, Esq.
Hall & Lampros, LLP
300 Galleria Parkway, Suite 300
Atlanta, GA 30339

THIS 17th day of August 2023.

GOWER WOOTEN & DARNEILLE, LLC

*/s/ Jason D. Darneille*
JASON D. DARNEILLE
Georgia Bar No. 224108
Attorney for Defendant

4200 Northside Parkway NW, Building 12
Atlanta, GA 30327
(404) 662-2333
(678) 981-5182 Fax
jdarneille@gwdlawfirm.com

**IN THE STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

AMY BEASLEY and JOHN BEASLEY,    :
    :
        Plaintiffs,    :
vs.    :  CIVIL ACTION
    :  FILE NO. 23EV004183
AMBER MARIE SCHMIDT,    :
    :
        Defendant.    :

## NOTICE OF LEAVE OF ABSENCE

**COMES NOW** Jason D. Darneille, attorney for the Defendant and hereby notifies the

Court pursuant to Uniform Superior/State Court Rule 16.1 as follows:

1.    Defendant's counsel will be out of town and/or on vacation and will be absent from

all proceedings including trials, hearings and depositions in the above-referenced matter during

the following dates:

> **August 18, 2023-August 21, 2023, August 31, 2023-September 05, 2023, September 11, 2023-September 18, 2023, November 09, 2023, November 22, 2023-November 27, 2023 and December 15, 2023-January 03, 2024.**

2.    All affected judges and opposing counsel shall have ten days from the date of this

Notice to object to it.  If no objections are filed, the leave shall be granted.

THIS 17th day of August 2023.

        GOWER WOOTEN & DARNEILLE, LLC

        */s/ Jason D. Darneille*
        JASON D. DARNEILLE
        Georgia Bar No. 224108
        Attorney for Defendant

4200 Northside Parkway NW, Building 12
Atlanta, GA 30327
(404) 662-2333
(678) 981-5182 Fax
jdarneille@gwdlawfirm.com

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this date served upon opposing counsel a copy of the within and foregoing NOTICE OF LEAVE OF ABSENCE by filing the same with this Court through the designated electronic filing system and/or depositing a copy of same in the United States mail in an appropriately addressed envelope with adequate postage thereon as follows:

P. Andrew Lampros, Esq.
Hall & Lampros, LLP
300 Galleria Parkway, Suite 300
Atlanta, GA 30339

THIS 17th day of August 2023.

GOWER WOOTEN & DARNEILLE, LLC

*/s/ Jason D. Darneille*
JASON D. DARNEILLE
Georgia Bar No. 224108
Attorney for Defendant

4200 Northside Parkway NW, Building 12
Atlanta, GA 30327
(404) 662-2333
(678) 981-5182 Fax
jdarneille@gwdlawfirm.com