# EXHIBIT "B"

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV004183**
**7/20/2023 3:05 PM**
**Donald Talley, Clerk**
**Civil Division**

**IN THE STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| Amy Beasley and<br>John Beasley, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) | FILE NO. <u>23EV004183</u> |
| | ) | |
| Amber Marie Schmidt, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**NOTICE OF FILING OF RETURN OF SERVICE**

Plaintiffs, Amy Beasley and John Beasley, by and through counsel, file the return of service as to Defendant Amber Marie Schmidt.

Defendant Schmidt is a citizen and resident of Alabama. She is subject to the jurisdiction of this Court pursuant to O.C.G.A. § 9-10-91(2) (commission of a tort within the state). Plaintiffs effectuated service upon Defendants pursuant to O.C.G.A. § 9-10-94. Alabama law provides that service may be effectuated by "any person not less than nineteen (19) years of age, who is not a party and is not related within the third degree by blood or marriage to the party seeking service of process." AL ST RCP Rule 4.

Plaintiffs attach hereto as Exhibit 1, the declaration (as permitted by Alabama law) of Quana Burpo establishing personal service on Defendant on July 19, 2023, making Defendant's Answer or other response due no later than August 18, 2023.

-1-

-2-

Dated: July 20, 2023.

                              **HALL & LAMPROS, LLP**


                    By:   /S/ Andrew Lampros
                          Andrew Lampros
                          GA Bar No. 432328

**HALL & LAMPROS, LLP**
300 Galleria Pkwy
Suite 300
Atlanta, GA 30339
(404) 876-8100

*alampros@hallandlampros.com*


 *Attorneys for Plaintiffs*

-2-