# EXHIBIT "C"

# IN THE STATE COURT OF FULTON COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| AMY BEASLEY and JOHN BEASLEY, | : |
| Plaintiffs, | : |
| vs. | : CIVIL ACTION |
| | : FILE NO. 23EV004183 |
| AMBER MARIE SCHMIDT, | : |
| Defendant. | : |

## DEFENDANT'S NOTICE OF FILING REMOVAL

**TO:** Counsel for Plaintiff
P. Andrew Lampros, Esq.
Hall & Lampros, LLP
300 Galleria Parkway, Suite 300
Atlanta, GA 30339

Please take notice that on the date of this filing, Defendant Amber Marie Schmidt has filed a Notice of Removal in the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. A copy of the Notice of Removal is attached hereto.

THIS 17th day of August 2023.

                                                                           GOWER WOOTEN & DARNEILLE, LLC

                                                                           */s/ Jason D. Darneille*
                                                                           JASON D. DARNEILLE
                                                                           Georgia Bar No. 224108
                                                                           Attorney for Defendant

4200 Northside Parkway NW, Building 12
Atlanta, GA 30327
(404) 662-2333
(678) 981-5182 Fax
jdarneille@gwdlawfirm.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon opposing counsel a copy of the within and foregoing NOTICE OF FILING REMOVAL by filing the same with this Court through the designated electronic filing system and/or depositing a copy of same in the United States mail in an appropriately addressed envelope with adequate postage thereon as follows:

P. Andrew Lampros, Esq.
Hall & Lampros, LLP
300 Galleria Parkway, Suite 300
Atlanta, GA 30339

THIS 17th day of August 2023.

                                        GOWER WOOTEN & DARNEILLE, LLC

                                        */s/ Jason D. Darneille*
                                        JASON D. DARNEILLE
                                        Georgia Bar No. 224108
                                        Attorney for Defendant

4200 Northside Parkway NW, Building 12
Atlanta, GA 30327
(404) 662-2333
(678) 981-5182 Fax
jdarneille@gwdlawfirm.com