# EXHIBIT A

## **APPENDIX**

Hospitality Staffing Solutions LLC's ("HSS") corporate office is located at 1117 Perimeter Center West, Suite E401, Atlanta, GA 30338

On June 2, 2023, HSS discovered that an unauthorized third party accessed our network environment. HSS immediately took steps to secure its computer systems and initiated an investigation. The investigation determined that an unauthorized person gained access to some of HSS's computer systems on March 2, 2023, with a gap in activity until May 30, 2023. HSS's investigation determined that files containing personal information were accessed by the unauthorized third party. HSS determined that one or more of the files contained the personal information of one Maine resident, including their name and one or more of the following: (1) financial account number (2) Social Security number (3) driver's license number.

Between August 1 to August 2, 2023, HSS mailed a notification letter to the Maine resident in accordance with Me. Rev. Stat. Tit. 10, §1348 via United State First-Class mail. A copy of the notification letter is enclosed. HSS is offering the affected Maine resident a complimentary one-year membership to credit monitoring and identity theft protection services. In addition, a dedicated, toll-free call center has been established that individuals can call to obtain more information regarding the incident.

To help prevent this type of incident from happening again, HSS is enhancing its existing security protocols and technical safeguards.



<<Date>> (Format: Month Day, Year)

<<first_name>> <<middle_name>> <<last_name>> <<suffix>>
<<address_1>>
<<address_2>>
<<city>>, <<state_province>> <<postal_code>>
<<country>>

Dear <<first_name>> <<middle_name>> <<last_name>> <<suffix>>:

Hospitality Staffing Solutions is writing to notify you that we experienced a data security incident that may have involved some of your personal information. This notice explains the incident, what information was involved, what we are doing, and steps you may want to take in response.

*What Happened?* On June 2, 2023, we discovered that an unauthorized third party accessed our network environment. We immediately took steps to secure our systems and initiated an investigation to determine the nature and scope of the incident. Our investigation determined that files containing personal information were accessed by the unauthorized third party.

*What Information Was Involved?* We reviewed the contents of the files involved to determine what information may have been accessible to the unauthorized individual(s). Our review identified files that included your name and one or more of the following: Social Security number, driver's license number, and/or financial account number.

*What We Are Doing.* We have implemented additional security measures to enhance our existing cybersecurity protocols. Additionally, we are offering you a complimentary one-year membership to Experian's® IdentityWorks$^{SM}$. This product provides you with identity detection and resolution of identity theft. It is completely free to you and enrolling in this program will not hurt your credit score.

*What You Can Do.* We encourage you to remain vigilant by reviewing your account statements and credit reports for any unauthorized activity. If you see unauthorized charges or activity, please contact your financial institution immediately. For more information on IdentityWorks$^{SM}$, including instructions on how to activate your complimentary membership, as well as some additional steps you can take in response, please see the pages that follow this letter.

*For More Information.* Your confidence and trust are important to us. We regret that this occurred and apologize for any inconvenience this incident may have caused. If you have any questions, please call (866) 373-9105, Monday through Friday, 8:00 a.m. to 5:30 p.m., Central Time, excluding major U.S. holidays.

Sincerely,

*Kevin J. Murphy*

Kevin J. Murphy
EVP & Division CFO

ELN-18381



[Spanish Mail Date, To Be Hardcoded]

<<first_name>> <<middle_name>> <<last_name>> <<suffix>>
<<address_1>>
<<address_2>>
<<city>>, <<state_province>> <<postal_code>>
<<country>>

Estimado/a <<first_name>> <<middle_name>> <<last_name>> <<suffix>>:

Nos comunicamos de Hospitality Staffing Solutions para notificarle que hemos sufrido un incidente de seguridad de datos que puede haber afectado parte de su información personal. Este aviso explica el incidente, qué información se vio afectada, qué estamos haciendo y qué medidas puede adoptar en respuesta.

*¿Qué sucedió?* El 2 de junio de 2023, descubrimos que un tercero no autorizado accedió a nuestro entorno de red. Inmediatamente adoptamos medidas para proteger nuestros sistemas e iniciamos una investigación para determinar la naturaleza y el alcance del incidente. Nuestra investigación determinó que el tercero no autorizado accedió a los archivos que contenían información personal.

*¿Qué información se vio afectada?* Revisamos el contenido de los archivos afectados para determinar a qué información pudieron haber accedido las personas no autorizadas. Nuestra revisión identificó archivos que incluían su nombre y uno o más de los siguientes datos: número de Seguro Social, número de licencia de conducir y/o número de cuenta financiera.

*Qué estamos haciendo.* Hemos implementado medidas de seguridad adicionales para mejorar nuestros protocolos de ciberseguridad existentes. Además, le ofrecemos una membresía gratuita por un año con IdentityWorks$^{SM}$ de Experian®. Este producto le ofrece el servicio de detección de identidad y resolución ante el robo de identidad. Puede acceder de manera completamente gratuita y la inscripción en este programa no afectará su calificación crediticia.

*Qué puede hacer usted.* Le recomendamos que permanezca atento al revisar sus estados de cuenta e informes crediticios para detectar cualquier actividad no autorizada. Si ve actividades o cargos no autorizados, comuníquese con su institución financiera de inmediato. Para obtener más información sobre IdentityWorks$^{SM}$, incluidas instrucciones sobre cómo activar su membresía gratuita, así como algunas medidas adicionales que puede adoptar en respuesta, consulte las páginas que encontrará a continuación de esta carta.

*Cómo obtener más información.* Su confianza es importante para nosotros. Lamentamos que esto haya ocurrido y nos disculpamos por cualquier inconveniente que este incidente pueda haber causado. Si tiene alguna pregunta, llame al (866) 373-9105, de lunes a viernes, de 8:00 a. m. a 5:30 p. m., hora central, excepto los feriados principales de los EE. UU.

Atentamente,

*Kevin J. Murphy*

Kevin J. Murphy
Vicepresidente ejecutivo y director financiero de división

ELN-18381

**Activate IdentityWorks in Three Easy Steps**

1. ENROLL by: <> **(**Your code will not work after this date.**)**
2. VISIT the **Experian IdentityWorks website** to enroll: https://www.experianidworks.com/3bcredit
3. PROVIDE the **Activation Code**: <<Activation Code s_n>>

If you have questions about the product, need assistance with Identity Restoration that arose as a result of this incident or would like an alternative to enrolling in Experian IdentityWorks online, please contact Experian's customer care team at 833-919-4741**.** Be prepared to provide engagement number <> as proof of eligibility for the identity restoration services by Experian.

**ADDITIONAL DETAILS REGARDING YOUR**
**12 MONTH EXPERIAN IDENTITYWORKS MEMBERSHIP:**

A credit card is **not** required for enrollment in Experian IdentityWorks.

You can contact Experian **immediately without needing to enroll in the product** regarding any fraud issues. Identity Restoration specialists are available to help you address credit and non-credit related fraud.

Once you enroll in Experian IdentityWorks, you will have access to the following additional features:

- **Experian credit report at signup:** See what information is associated with your credit file. Daily credit reports are available for online members only.*
- **Credit Monitoring:** Actively monitors Experian file for indicators of fraud.
- **Identity Restoration:** Identity Restoration specialists are immediately available to help you address credit and non-credit related fraud.
- **Experian IdentityWorks ExtendCARE™**: You receive the same high-level of Identity Restoration support even after your Experian IdentityWorks membership has expired.
- **$1 Million Identity Theft Insurance**\*\***:** Provides coverage for certain costs and unauthorized electronic fund transfers.

**Activate your membership today at** https://www.experianidworks.com/3bcredit
**or call 833-919-4741 to register with the activation code above.**

**What you can do to protect your information:** There are additional actions you can consider taking to reduce the chances of identity theft or fraud on your account(s). Please refer to www.ExperianIDWorks.com/restoration for this information. If you have any questions about IdentityWorks, need help understanding something on your credit report or suspect that an item on your credit report may be fraudulent, please contact Experian's customer care team at 833-919-4741.

\* Offline members will be eligible to call for additional reports quarterly after enrolling.

\*\* The Identity Theft Insurance is underwritten and administered by American Bankers Insurance Company of Florida, an Assurant company. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions

**Active IdentityWorks realizando tres sencillos pasos**

1. INSCRÍBASE antes del: <> (su código no funcionará después de esta fecha).
2. VISITE **el sitio web de Experian IdentityWorks** para inscribirse: https://www.experianidworks.com/3bcredit.
3. SUMINISTRE el **código de activación**: <<Activation Code s_n>>

Si tiene preguntas sobre el producto, necesita ayuda con la restauración de identidad que surgió como resultado de este incidente o si desea una alternativa para inscribirse en Experian IdentityWorks en línea, comuníquese con el equipo de atención al cliente de Experian al 833-919-4741**.** Tenga a mano el número de referencia <> como prueba de su elegibilidad para tener acceso a los servicios de restauración de identidad brindados por Experian.

**INFORMACIÓN ADICIONAL SOBRE LA MEMBRESÍA POR
12 MESES CON EXPERIAN IDENTITYWORKS:**

**No** se necesita una tarjeta de crédito para inscribirse en Experian IdentityWorks.

En caso de cualquier problema relacionado con un fraude, puede comunicarse con Experian **de inmediato sin necesidad de inscribirse en el producto**. Los especialistas de restauración de identidad están disponibles para ayudarlo a solucionar fraudes crediticios o de otra índole.

Una vez que se inscriba en Experian IdentityWorks, tendrá acceso a las siguientes funciones adicionales:

- **Informe crediticio Experian en el momento de la inscripción:** consultar qué información está asociada con su archivo de crédito. Los informes crediticios diarios están disponibles únicamente para miembros inscritos en línea.*
- **Monitoreo de crédito:** monitorea activamente archivos de Experian para conocer indicadores de un posible fraude.
- **Restauración de identidad:** los especialistas de restauración de identidad están disponibles de manera inmediata para ayudarlo a solucionar fraudes crediticios o de otra índole.
- **Experian IdentityWorks ExtendCARE™**: usted recibe el mismo apoyo de alto nivel de restauración de identidad, incluso después de que su membresía con Experian IdentityWorks haya expirado.
- **Seguro contra robo de identidad valuado en $1 millón**\*\***:** brinda cobertura por determinados costos y transferencias de fondos electrónicos no autorizados.

**Active su membresía hoy mismo en** https://www.experianidworks.com/3bcredit
**o llame al 833-919-4741 para registrarse con el código de activación anterior.**

**Qué puede hacer para proteger su información:** existen medidas adicionales que puede adoptar para disminuir las posibilidades de un robo de identidad o fraude en su(s) cuenta(s). Consulte www.ExperianIDWorks.com/restoration para conocer esta información. Si tiene alguna pregunta sobre IdentityWorks, necesita ayuda para comprender alguna información en su informe crediticio o sospecha que una partida de su informe puede ser fraudulenta, comuníquese con el equipo de atención al cliente de Experian al 833-919-4741.

* Después de inscribirse, los miembros inscritos fuera de línea serán elegibles para solicitar informes adicionales trimestralmente.

** American Bankers Insurance Company of Florida, una compañía de Assurant, suscribe y administra el seguro contra robo de identidad. Consulte las políticas propiamente dichas para conocer los términos, las condiciones y las exclusiones de la cobertura. Es posible que la cobertura no esté disponible en todas las jurisdicciones.

**ADDITIONAL STEPS YOU CAN TAKE**

We remind you that it is always advisable to be vigilant for incidents of fraud or identity theft by reviewing your account statements and free credit reports for any unauthorized activity. You may obtain a copy of your credit report, free of charge, once every 12 months from each of the three nationwide credit reporting companies. To order your annual free credit report, please visit www.annualcreditreport.com or call toll free at 1-877-322-8228. Contact information for the three nationwide credit reporting companies is as follows:

- *Equifax*, PO Box 740241, Atlanta, GA 30374, www.equifax.com, 1-800-685-1111
- *Experian*, PO Box 2002, Allen, TX 75013, www.experian.com, 1-888-397-3742
- *TransUnion*, PO Box 2000, Chester, PA 19016, www.transunion.com, 1-800-916-8800

If you believe you are the victim of identity theft or have reason to believe your personal information has been misused, you should immediately contact the Federal Trade Commission and/or the Attorney General's office in your state. You can obtain information from these sources about steps an individual can take to avoid identity theft as well as information about fraud alerts and security freezes. You should also contact your local law enforcement authorities and file a police report. Obtain a copy of the police report in case you are asked to provide copies to creditors to correct your records. Contact information for the Federal Trade Commission is as follows:

- *Federal Trade Commission*, Consumer Response Center, 600 Pennsylvania Avenue NW, Washington, DC 20580, 1-877-IDTHEFT (438-4338), www.identitytheft.gov

**Fraud Alerts and Credit or Security Freezes**:

*Fraud Alerts:* There are two types of general fraud alerts you can place on your credit report to put your creditors on notice that you may be a victim of fraud—an initial alert and an extended alert. You may ask that an initial fraud alert be placed on your credit report if you suspect you have been, or are about to be, a victim of identity theft. An initial fraud alert stays on your credit report for one year. You may have an extended alert placed on your credit report if you have already been a victim of identity theft with the appropriate documentary proof. An extended fraud alert stays on your credit report for seven years.

To place a fraud alert on your credit reports, contact one of the nationwide credit bureaus. A fraud alert is free. The credit bureau you contact must tell the other two, and all three will place an alert on their versions of your report. For those in the military who want to protect their credit while deployed, an Active Duty Military Fraud Alert lasts for one year and can be renewed for the length of your deployment. The credit bureaus will also take you off their marketing lists for pre-screened credit card offers for two years, unless you ask them not to.

*Credit or Security Freezes:* You have the right to put a credit freeze, also known as a security freeze, on your credit file, free of charge, which makes it more difficult for identity thieves to open new accounts in your name. That's because most creditors need to see your credit report before they approve a new account. If they can't see your report, they may not extend the credit.

*How do I place a freeze on my credit reports?* There is no fee to place or lift a security freeze. Unlike a fraud alert, you must separately place a security freeze on your credit file at each credit reporting company. For information and instructions to place a security freeze, contact each of the credit reporting agencies at the addresses below:

- *Equifax Security Freeze*, PO Box 105788, Atlanta, GA 30348, www.equifax.com
- *Experian Security Freeze*, PO Box 9554, Allen, TX 75013, www.experian.com
- *TransUnion Security Freeze*, PO Box 160, Woodlyn, PA 19094, www.transunion.com

You'll need to supply your name, address, date of birth, Social Security number and other personal information. After receiving your freeze request, each credit bureau will provide you with a unique PIN (personal identification number) or password. Keep the PIN or password in a safe place. You will need it if you choose to lift the freeze.

*How do I lift a freeze?* A freeze remains in place until you ask the credit bureau to temporarily lift it or remove it altogether. If the request is made online or by phone, a credit bureau must lift a freeze within one hour. If the request is made by mail, then the bureau must lift the freeze no later than three business days after getting your request.

If you opt for a temporary lift because you are applying for credit or a job, and you can find out which credit bureau the business will contact for your file, you can save some time by lifting the freeze only at that particular credit bureau. Otherwise, you need to make the request with all three credit bureaus.

**MEDIDAS ADICIONALES QUE PUEDE ADOPTAR**

Le recordamos que siempre es aconsejable estar atento a los incidentes de fraude o robo de identidad al revisar sus estados de cuenta e informes crediticios gratuitos para detectar cualquier actividad no autorizada. Usted puede obtener de forma gratuita una copia de su informe crediticio, una vez cada 12 meses, de cada una de las tres compañías nacionales de informes crediticios. Para solicitar su informe crediticio anual gratuito, visite www.annualcreditreport.com o llame gratis al 1-877-322-8228. La información de contacto de las tres compañías nacionales de informes crediticios es la siguiente:

- *Equifax*, PO Box 740241, Atlanta, GA 30374, www.equifax.com, 1-800-685-1111
- *Experian*, PO Box 2002, Allen, TX 75013, www.experian.com, 1-888-397-3742
- *TransUnion*, PO Box 2000, Chester, PA 19016, www.transunion.com, 1-800-916-8800

Si usted cree que es víctima de robo de identidad o tiene razones para creer que su información personal se ha utilizado de forma indebida, debe comunicarse inmediatamente con la Comisión Federal de Comercio y/o la oficina del procurador general de su estado. Puede obtener información de estas fuentes sobre las medidas que un individuo puede adoptar para evitar el robo de identidad, así como información sobre alertas de fraude y bloqueos de seguridad. También debe ponerse en contacto con las autoridades locales encargadas de hacer cumplir la ley y presentar una denuncia policial. Obtenga una copia de la denuncia policial en caso de que se le solicite que proporcione copias a los acreedores para corregir sus registros. La información de contacto de la Comisión Federal de Comercio es la siguiente:

- *Federal Trade Commission*, Consumer Response Center, 600 Pennsylvania Avenue NW, Washington, DC 20580, 1-877-IDTHEFT (438-4338), www.identitytheft.gov

**Alertas de fraude y bloqueos de crédito o seguridad:**

*Alertas de fraude:* existen dos tipos de alertas de fraude generales que puede incluir en su informe crediticio para notificar a sus acreedores que puede ser víctima de un fraude: una alerta inicial y una alerta ampliada. Puede solicitar que se incluya una alerta inicial de fraude en su informe crediticio si sospecha que ha sido, o está a punto de ser, víctima de un robo de identidad. La alerta inicial de fraude permanece en su informe crediticio durante un año. Puede hacer que se incluya una alerta ampliada en su informe crediticio si ya ha sido víctima de un robo de identidad con las pruebas documentales adecuadas. Una alerta de fraude ampliada permanece en su informe crediticio durante siete años.

Para incluir una alerta de fraude en sus informes crediticios, póngase en contacto con una de las agencias de crédito de todo el país. La alerta de fraude es gratuita. La agencia de crédito con la que se ponga en contacto debe informar a las otras dos, y las tres incluirán una alerta en sus versiones de su informe. Para los militares que quieren proteger su crédito mientras están desplegados, una alerta de fraude para militares en servicio activo tiene una duración de un año y puede renovarse mientras dure su despliegue. Las agencias de crédito también lo retirarán de sus listas de marketing para ofertas de tarjetas de crédito preseleccionadas durante dos años, a menos que usted les solicite que no lo hagan.

***Bloqueos de crédito o seguridad***: usted tiene el derecho de aplicar un bloqueo de crédito, también conocido como bloqueo de seguridad, en su archivo de crédito, sin cargo, lo que dificulta más la apertura de nuevas cuentas a su nombre por parte de ladrones de identidad. Esto se debe a que la mayoría de los acreedores necesitan ver su informe crediticio antes de aprobar una cuenta nueva. Si no pueden verlo, es posible que no le concedan el crédito.

*¿Cómo puedo bloquear mis informes crediticios?* No se cobra ningún cargo por aplicar o levantar un bloqueo de seguridad. A diferencia de una alerta de fraude, usted debe aplicar por separado un bloqueo de seguridad en su archivo de crédito en cada compañía de informes crediticios. Para obtener información e instrucciones para aplicar un bloqueo de seguridad, comuníquese con cada una de las agencias de informes crediticios en las direcciones que se indican a continuación:

- *Equifax Security Freeze*, PO Box 105788, Atlanta, GA 30348, www.equifax.com
- *Experian Security Freeze*, PO Box 9554, Allen, TX 75013, www.experian.com
- *TransUnion Security Freeze*, PO Box 160, Woodlyn, PA 19094, www.transunion.com

Deberá proporcionar su nombre, dirección, fecha de nacimiento, número de Seguro Social y otra información personal. Después de recibir su solicitud de bloqueo, cada agencia de informes crediticios le proporcionará un PIN (número de identificación personal) o contraseña únicos. Guarde el PIN o la contraseña en un lugar seguro. Lo necesitará si decide levantar el bloqueo.

*¿Cómo se levanta un bloqueo?* El bloqueo se mantiene hasta que usted solicita a la oficina de informes crediticios que lo levante temporalmente o lo elimine por completo. Si la solicitud se hace por Internet o por teléfono, la oficina de crédito debe levantar el bloqueo en el plazo de una hora. Si se hace por correo postal, la oficina debe levantar el bloqueo a más tardar tres días hábiles después de recibir su solicitud.

Si opta por un levantamiento temporal porque está solicitando un crédito o un trabajo, y puede averiguar a qué oficina de crédito se dirigirá la empresa para obtener su archivo, puede ahorrar algo de tiempo levantando el bloqueo solo en esa oficina de informes crediticios en particular. De lo contrario, debe realizar la solicitud en las tres agencias de informes crediticios.

**Additional information for residents of the following states:**

**Maryland:** You may contact and obtain information from your state attorney general at: *Maryland Attorney General's Office*, 200 St. Paul Place, Baltimore, MD 21202, 1-888-743-0023 / 1-410-576-6300, www.oag.state.md.us

**New York:** You may contact and obtain information from these state agencies: *New York Department of State Division of Consumer Protection,* One Commerce Plaza, 99 Washington Ave., Albany, NY 12231-0001, 518-474-8583 / 1-800-697-1220, http://www.dos.ny.gov/consumerprotection; and *New York State Office of the Attorney General,* The Capitol, Albany, NY 12224-0341, 1-800-771-7755, https://ag.ny.gov

**North Carolina:** You may contact and obtain information from your state attorney general at: *North Carolina Attorney General's Office*, 9001 Mail Service Centre, Raleigh, NC 27699, 1-919-716-6000 / 1-877-566-7226, www.ncdoj.gov

**Rhode Island:** This incident involves 86 individuals in Rhode Island. Under Rhode Island law, you have the right to file and obtain a copy of a police report. You also have the right to request a security freeze, as described above. You may contact and obtain information from your state attorney general at: *Rhode Island Attorney General's Office*, 150 South Main Street, Providence, RI 02903, 1-401-274-4400, www.riag.ri.gov

**West Virginia:** You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft, as described above. You also have a right to place a security freeze on your credit report, as described above.

**A Summary of Your Rights Under the Fair Credit Reporting Act:** The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Your major rights under the FCRA are summarized below. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

- You must be told if information in your file has been used against you.
- You have the right to know what is in your file.
- You have the right to ask for a credit score.
- You have the right to dispute incomplete or inaccurate information.
- Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.
- Consumer reporting agencies may not report outdated negative information.
- Access to your file is limited.
- You must give your consent for reports to be provided to employers.
- You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.
- You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.
- You may seek damages from violators.
- Identity theft victims and active duty military personnel have additional rights.

**Información adicional para residentes de los siguientes estados:**

**Maryland:** puede comunicarse y obtener información del procurador general de su estado en *Maryland Attorney General's Office*, 200 St. Paul Place, Baltimore, MD 21202, 1-888-743-0023 / 1-410-576-6300, www.oag.state.md.us

**Nueva York:** puede comunicarse y obtener información de estas agencias estatales: *New York Department of State Division of Consumer Protection,* One Commerce Plaza, 99 Washington Ave., Albany, NY 12231-0001, 518-474-8583/ 1-800-697-1220, http://www.dos.ny.gov/consumerprotection; y *New York State Office of the Attorney General,* The Capitol, Albany, NY 12224-0341, 1-800-771-7755, https://ag.ny.gov

**Carolina del Norte:** puede comunicarse y obtener información del procurador general de su estado en *North Carolina Attorney General's Office*, 9001 Mail Service Centre, Raleigh, NC 27699, 1-919-716-6000/1-877-566-7226, www.ncdoj.gov

**Rhode Island:** este incidente involucra a 86 personas en Rhode Island. En virtud de la legislación de Rhode Island, usted tiene derecho a presentar y obtener una copia de una denuncia policial. También tiene derecho a solicitar un bloqueo de seguridad, como se describe anteriormente. Puede comunicarse y obtener información del procurador general de su estado en *Rhode Island Attorney General's Office*, 150 South Main Street, Providence, RI 02903, 1-401-274-4400, www.riag.ri.gov

**Virginia Occidental:** usted tiene derecho a solicitar que las agencias nacionales de informes crediticios del consumidor incluyan "alertas de fraude" en su expediente para informar a los posibles acreedores y a otros que usted podría ser víctima de un robo de identidad, según se describe arriba. También tiene derecho a aplicar un bloqueo de seguridad en su informe crediticio, como se describió anteriormente.

**Resumen de sus derechos en virtud de la Ley de Informes de Crédito Justos:** la Ley Federal de Informes de Crédito Justos (Fair Credit Reporting Act, FCRA) promueve la exactitud, equidad y privacidad de la información en los archivos de las agencias de informes crediticios del consumidor. Existen muchos tipos de agencias de informes crediticios del consumidor, incluidas agencias de informes crediticios y agencias especializadas (como agencias que venden información sobre historiales de escritura de cheques, registros médicos y registros de historial de alquileres). A continuación, se resumen sus principales derechos en virtud de la FCRA. Para obtener más información, incluida información sobre derechos adicionales, visite www.consumerfinance.gov/learnmore o escriba a Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

- Se le debe comunicar si la información de su archivo se ha utilizado en su contra.
- Tiene derecho a saber qué hay en su archivo.
- Tiene derecho a solicitar una calificación crediticia.
- Tiene derecho a impugnar información incompleta o inexacta.
- Las agencias de informes crediticios del consumidor deben corregir o eliminar la información inexacta, incompleta o no verificable.
- Las agencias de informes crediticios del consumidor no pueden comunicar información negativa obsoleta.
- El acceso a su archivo es limitado.
- Debe otorgar su consentimiento para que los informes se puedan proporcionar a los empleadores.
- Puede limitar las ofertas de crédito y seguro "preseleccionadas" que obtenga sobre la base de la información incluida en su informe crediticio.
- Usted tiene derecho a aplicar un "bloqueo de seguridad" en su informe crediticio, lo cual prohibirá que una agencia de informes crediticios del consumidor divulgue información en su informe sin su autorización expresa.
- Puede solicitar compensación por daños y perjuicios a los infractores.
- Las víctimas de robo de identidad y el personal militar en servicio activo tienen derechos adicionales.