| | |
|---|---|
| From: | Philip Lorenz |
| To: | Matt R. Sessions |
| Subject: | Re: A Case With Less to Fight About- Saurel v. CR England |
| Date: | Tuesday, August 15, 2023 8:51:19 AM |

Like I said, the person who was "negotiating" isn't an attorney



So like I said, draft up an extension, can even make it 30 days, and once I did into the case we can talk.  But the number sure as hell won't be $75,000.

On Tue, Aug 15, 2023 at 7:18 AM Matt R. Sessions <msessions@mkblawfirm.com> wrote:

> The number I saw in the claim notes was 75K. Does that mean that the number you guys are seeking has gone up from that?
>
>
> Matthew R. Sessions
>
> McMickle, Kurey & Branch, LLP
>
> 217 Roswell Street
>
> Alpharetta, GA 30009
>
> Phone: (678) 824-7810
>
> Toll Free: (877) 744-4954
>
> Fax: (678) 824-7801
>
> msessions@mkblawfirm.com
>
>
> The preceding e-mail message (including any attachments) contains information that may be confidential, be protected by the attorney-client privileges, or constitute non-public information. It is intended to be conveyed