IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MARGARETH JEAN-SAUREL, | |
| Plaintiff, | CIVIL ACTION<br>FILE NO.: 23-C-04920-S6 |
| v. | |
| C.R. ENGLAND, INC. AND JAMIE BENNETT, | |
| Defendants. | |

## NOTICE OF FILING NOTICE OF REMOVAL

Notice is hereby given of the filing of a Notice of Removal of the above-styled civil action to the United States District Court, for the Northern District of Georgia, Atlanta Division. A copy of the Notice of Removal filed with the United States District Court is attached hereto as Exhibit "A." Pursuant to 28 U.S.C. § 1446(d), all future proceedings in this Court are stayed.

Respectfully submitted this 17th day of August, 2023.

/s/ Matthew R. Sessions_____
KEVIN P. BRANCH
Georgia Bar No. 111839
MATTHEW R. SESSIONS
Georgia Bar No. 899806
*Attorneys for Defendants*

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone: (678) 824-7800
Facsimile: (678) 824-7801
Email: kpb@mkblawfirm.com
msessions@mkblawfirm.com

M1080255.1 16691

## **CERTIFICATE OF SERVICE**

This is to certify that on this date I have electronically filed the foregoing **Notice of Removal** upon all counsel of record via the Clerk of the Court using the *Odyssey* e-Filing system, which will automatically send a notification attaching same thereon as follows:

Scott A. Pryor, Esq.
scott@scottpryorlaw.com
Philip Lorenz
Philip@scottpryorlaw.com
Scott Pryor Law
6185 Crooked Creek Road NW, Suite H
Peachtree Corners, GA 30092
***Attorneys for Plaintiff***

This 17th day of August, 2023.

                                               */s/ Matthew R. Sessions*_____
                                               MATTHEW R. SESSIONS
                                               For the Firm