# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOE N GUY CO., INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK and JOHN DOE,<br><br>    Defendants. | Civil Action No.: _____<br><br>Removed from Superior Court of Gwinnett County, Georgia<br>Case No. 23-A-05850-2 |

## NOTICE OF REMOVAL

Defendant JPMORGAN CHASE BANK, N.A.[1] ("Chase") hereby removes this civil action from the Superior Court of Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia, pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, as follows:

### I. PROCEEDINGS TO DATE

1.  On July 7, 2023, Plaintiff Joe N Guy Co., Inc. ("Plaintiff") filed a Complaint (the "Complaint") in the Superior Court of Gwinnett County, Georgia (the "Gwinnett County Court"), against Chase and an unnamed John Doe defendant. On

---

[1] Chase is improperly identified as "JPMorgan Chase Bank" in Plaintiff's Complaint. Chase's proper identification is "JPMorgan Chase Bank, N.A."

1

July 19, 2023, Plaintiff served a copy of the Complaint and Summons on Chase. In the Complaint, Plaintiff purports to assert state law claims against Chase for gross negligence, conversion, and civil theft under O.C.G.A. § 51-10-6.

2. No proceedings have taken place in the Gwinnett County Court since Chase was served with the Complaint and Chase's time to file a responsive pleading has not yet expired. Pursuant to Federal Rule of Civil Procedure 81(c)(2), Chase's deadline to file a responsive pleading will be seven (7) days from the date of this removal. Accordingly, Chase reserves all rights to assert any and all defenses to the Complaint. Chase further reserves the right to amend or supplement this Notice of Removal.

3. As required by 28 U.S.C. § 1446, copies of the Gwinnett County Court docket, all process, pleadings and other papers previously filed with the Gwinnett County Court are attached hereto as Composite Exhibit "A."

## II.  GROUNDS FOR REMOVAL

4. The Complaint is not an action described in 28 U.S.C. § 1445.

5. Plaintiff's action may be removed to federal court if diversity jurisdiction exists pursuant to 28 U.S.C. § 1332. Diversity jurisdiction exists where an action is between citizens of different states and the amount in controversy exceeds the statutorily prescribed amount, in this case $75,000. 28 U.S.C. § 1332(a)(1) (stating the

requirements for diversity jurisdiction). As set forth below, this action satisfies both of these jurisdictional requirements.

6. Diversity of citizenship exists in this case because this is a civil action between citizens of different states. *See* 28 U.S.C. § 1332(a)(1).

7. According to the Complaint, Plaintiff is a citizen of Cobb County, Georgia. Compl. ¶ 2.

8. Under 28 U.S.C. § 1348, "all national banking associations," such as Chase, "shall, for the purposes of all other actions by or against them, be deemed citizens of the States in which they are respectively located." Further, "a national bank, for § 1348 purposes, is a citizen of the State in which its main office, as set forth in its articles of association, is located." *Wachovia Bank, N.A. v. Schmidt, et al.*, 546 U.S. 303, 307 (2006); *see Hunt v. Nationstar Mortg., LLC*, 684 F. App'x 938, 942 (11th Cir. 2017) ("A national association is a citizen of the state designated in its articles of association as its main office.").

9. Chase is, and was at the time the action was filed, a national banking association, organized under the laws of the United States, with its main office, as designated in its articles of association, in Columbus, Ohio. *See* Compl. ¶ 1. Accordingly, Chase is a citizen of Ohio for the purpose of diversity jurisdiction. *See Casault v. JPMorgan Chase Bank, N.A.*, Case No. 6:14-cv-135-

Orl-18DAB, 2014 WL 12610864, at *2 (M.D. Fla. Mar. 19, 2014) (collecting cases recognizing Chase as a citizen of Ohio for diversity purposes); *Blackman v. JPMorgan Chase*, N.A., No. 20-CV-5539, 2022 WL 970729, at *5 (E.D.N.Y. Mar. 31, 2022) ("Because Chase is a national banking association, it is a citizen of Ohio and thus diverse.").

10. For purposes of removal, the citizenship of the unnamed John Doe defendant need not be considered. 28 U.S.C. § 1441(b)(1); *Walker v. CSX Transp., Inc.*, 650 F.3d 1392, 1395 n.11 (11th Cir. 2011); *Roper v. Saxon Mortg. Servs., Inc.*, Civil Action No. 1:09-CV-312-RWS, 2009 WL 1259193, at *2 (N.D. Ga. May 5, 2009) (denying motion to remand).

11. Accordingly, because Plaintiff is a citizen of Georgia and Chase is a citizen of Ohio, this lawsuit satisfies the diversity of citizenship requirement under 28 U.S.C. § 1332(a).

12. This lawsuit also satisfies the amount in controversy requirement for purposes of removal because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest, costs, and attorneys' fees. Compl. at 8 (alleging that Plaintiff's damages total $2,191,000.00 and that the damages Plaintiff purports to seek from Chase total $980,000.00).

13. Accordingly, because the amount in controversy in this lawsuit exceeds the jurisdictional requirement and because citizenship of the parties is diverse, this lawsuit provides a basis for original diversity jurisdiction under 28 U.S.C. § 1332 and may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

### III.  VENUE

14. Plaintiff's lawsuit is pending in the Gwinnett County Court, which is within this judicial district and division. *See* 28 U.S.C. § 90(a)(2). This Court is therefore the proper venue for removal under 28 U.S.C. §§ 1441(a), 1446(a).

### IV.  TIMELINESS

15. Chase was served on July 19, 2023, and is filing this Notice within thirty (30) days from the date that Plaintiff's Complaint was served. Accordingly, this Notice of Removal is timely filed. *See* 28 U.S.C. § 1446(b) (stating notice of removal must be filed within thirty days after receipt by the defendant of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based).

### V. NOTICE

16. As required by 28 U.S.C. § 1446(d), Chase will serve written notice of this Notice of Removal on Plaintiff, and will file a copy of it with the clerk of the Gwinnett County Court. *See* Notice of Filing Notice of Removal, attached hereto as Exhibit B.

## **CONCLUSION**

For the foregoing reasons, Defendant JPMorgan Chase Bank, N.A. respectfully requests that this action, previously pending in the Superior Court of Gwinnett County, Georgia, be removed to this Court, and that this Court proceed as if this case had been originally initiated in this Court.

Dated: August 17, 2023.                      Respectfully submitted,

/s/  *Eva M. Spahn*
EVA M. SPAHN
Georgia Bar No. 995675
Email: Eva.Spahn@gtlaw.com
GREENBERG TRAURIG LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212

***Attorneys for Defendant
JPMorgan Chase Bank, N.A.***

## **CERTIFICATE OF RULE 5.1(C) COMPLIANCE**

I hereby certify that this document was prepared with Times New Roman 14-point font, one of the fonts and type sizes approved by Local Rule 5.1(c).

This 17th day of August, 2023.

/s/  *Eva M. Spahn*
EVA M. SPAHN

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of August, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Eva M. Spahn*
EVA M. SPAHN

## **SERVICE LIST**

HUDSON LAMBERT PARROT, LLC
Kevin H. Hudson
Alexander J. Bell
Emily H. Kornfeld
3575 Piedmont Road NE
15 Piedmont Center, Suite 200
Atlanta, Georgia 30305
Telephone: (404) 554-8166
Facsimile: (404) 554-8171
Email: khudson@hlpwlaw.com
      abell@hlpwlaw.com
      ekornfeld@hlpwlaw.com

*Counsel for Plaintiff*