# EXHIBIT B

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **JOE N GUY CO., INC.**, <br><br> *Plaintiff*, <br><br> v. <br><br> **JPMORGAN CHASE BANK** and **JOHN DOE**, <br><br> *Defendants*. | CIVIL ACTION <br><br> FILE NO.: 23-A-05850-2 |

### NOTICE OF FILING OF NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on August 17, 2023, Defendant JPMorgan Chase Bank, N.A.[1] filed a Notice of Removal of the above-captioned case with the United States District Court for the Northern District of Georgia. A true and correct copy of the Notice of Removal is attached hereto as **Exhibit 1**.

Dated: August 17, 2023

*/s/ Eva M. Spahn*
Eva M. Spahn
Georgia Bar No. 995675
Eva.Spahn@gtlaw.com
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Phone: 678-553-2100
Fax:    678-553-2212
*Counsel for Defendant*
*JPMorgan Chase Bank, N.A.*

---

[1] Plaintiff's Complaint improperly identifies Defendant as "JPMorgan Chase Bank." The proper identification is "JPMorgan Chase Bank, N.A."

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2023, I electronically transmitted the foregoing **NOTICE OF FILING OF NOTICE OF REMOVAL** using the Odyssey eFileGA electronic filing system, which will automatically send notification of such filing to the participants registered to receive such service.

Dated: August 17, 2023

*/s/ Eva M. Spahn*
Eva M. Spahn
