UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOE N GUY CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK and JOHN DOE, <br><br> Defendants. | Civil Action No.: _____ <br><br> Removed from Superior Court of Gwinnett County, Georgia <br> Case No. 23-A-05850-2 |

**DEFENDANT JPMORGAN CHASE BANK N.A.'S
CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant JPMorgan Chase Bank, N.A. ("Chase") files this Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

1. The undersigned counsel of record for Chase certifies that Chase is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation. JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and

1

institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co. In addition to Chase, the other parties in this action are Plaintiff Joe N Guy Co., Inc. and an unnamed John Doe defendant, and Chase is without knowledge as to whether either of these parties has a parent corporation or whether any publicly held corporation owns 10% or more of their stock.

2. The undersigned further certifies that the following is a complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

   a. Plaintiff Joe N Guy Co., Inc.

   b. Defendant JPMorgan Chase Bank, N.A.

   c. JPMorgan Chase & Co. (Corporate parent of Chase)

   d. Defendant John Doe

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

   a. Attorneys for Plaintiff:

      Kevin H. Hudson
      Alexander J. Bell
      Emily H. Kornfeld
      Hudson Lambert Parrott, LLC

      3575 Piedmont Road NE
      15 Piedmont Center, Suite 200
      Atlanta, GA 30305

  b. Attorneys for Defendant JPMorgan Chase Bank, N.A.:

      Eva M. Spahn
      Greenberg Traurig, LLP
      Terminus 200
      3333 Piedmont Road NE
      Suite 2500
      Atlanta, GA 30305

4. The undersigned further certifies that Defendant JPMorgan Chase Bank, N.A., on whose behalf this certificate is filed, is a national banking association, with its main office in Ohio as set forth in its Articles of Association and, therefore, is a citizen of Ohio.

Dated: August 17, 2023      Respectfully submitted,

      /s/ *Eva M. Spahn*
      EVA M. SPAHN
      Georgia Bar No. 995675
      Email: Eva.Spahn@gtlaw.com
      GREENBERG TRAURIG LLP
      3333 Piedmont Road NE, Suite 2500
      Atlanta, Georgia 30305
      Telephone: (678) 553-2100
      Facsimile: (678) 553-2212

      ***Attorneys for Defendant***
      ***JPMorgan Chase Bank, N.A.***

## **CERTIFICATE OF RULE 5.1(C) COMPLIANCE**

I hereby certify that this document was prepared with Times New Roman 14-point font, one of the fonts and type sizes approved by Local Rule 5.1(c).

This 17th day of August, 2023.

>/s/  *Eva M. Spahn*
>EVA M. SPAHN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of August, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/  *Eva M. Spahn*
EVA M. SPAHN

## **SERVICE LIST**

HUDSON LAMBERT PARROT, LLC
Kevin H. Hudson
Alexander J. Bell
Emily H. Kornfeld
3575 Piedmont Road NE
15 Piedmont Center, Suite 200
Atlanta, Georgia 30305
Telephone: (404) 554-8166
Facsimile: (404) 554-8171
Email: khudson@hlpwlaw.com
abell@hlpwlaw.com
ekornfeld@hlpwlaw.com

*Counsel for Plaintiff*