maEEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 410-2022-02843 |

__Null__ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Sheila Alkamel<br>c/o HKM Employment Attorneys LLP | 404-496-0645 | 06/26/65 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3355 Lenox Road N.E. Suite 705 | Atlanta, Georgia   30326 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| JB Hunt | 100+ | 1-800-777-4968 |

**US EEOC ATDO RECEIVED FEBRUARY 4, 2022**

| Street Address | City, State and ZIP Code |
|---|---|
| 648 Sydney Court | Lithia Springs, Georgia 30122 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Unum | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: July 2020   Latest: January 2022
☒ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

In August of 2019 I began working as a truck driver for JB Hunt from its 648 Sidney Court, Lithia Springs, Georgia location.

On or about September 2019 through February 2020 l reported multiple incidents of sexual harassment and gender harassment to Ivy Williams, the onsite H.R. Rep from J.B. Hunt Corporate.

On or about March 4, 2020, l called the Douglas County Sheriff's dept. regarding the ongoing and relentless harassment l was forced to endure as l was tormented daily by a team of all male fleet managers including the operations manager at the terminal Billy Mosley. He oversaw the other managers who were harassing me.

On or about July 2020, I was approached by a fellow J.B. Hunt employee named Herman who proceeded to tell me that Billy Mosley said to him that he would send his goons after me to harm me once things calmed down at work because he was very upset with me for complaining to H.R.

On or about July 2020 to Dec 2020. l was harassed by a dispatcher named Andrew Charles Carson. Andrew would give me cold creepy hostile stares when l entered the office for work. Andrew would also walk very close to me while looking at me in a intimidating manor. Andrew would also repeatedly omit workloads from the computer system that l had completed causing me not to get paid on those loads. I reported this issue to HR Vice President Megan Perez.

On or about August 2020 through Feb 2021. l would constantly be harassed by Phillip Busino a dispatcher at J.B.Hunt. Phillip would snap at me and speak to me harshly when l would ask him or even other dispatchers in the office for loads. Phillip would also constantly dispatch me on loads that had already been picked up and delivered by other drivers then he would ask me why I went to those locations and laugh about it like it was funny. He would also dispatch me on loads to pick up and deliberately give me the wrong pick-up information and then not answer my calls for hours when l tried to call the office to get the correct information.

Doc ID: 8b3e671c27197f04494153fca2c20b76a3330151

On or about September 25, 2020, l received a phone call from Ivy Williams and her supervisor Doug Steward. They called me to discuss their alleged investigation into my claims of harassment. What l got instead was both yelling and screaming at me over the phone at the same time. They were badgering and bullying me and trying to convince me that the harassment didn't happen and that there was no evidence or witnesses to support my claims. I ended the phone call by asking them both not to call me again after telling them l didn't appreciate being bullied by HR reps who were supposed to be trying to remedy my situation. Instead, they were both in support of the management team who had harassed me, and they made that quite clear.

On or about Oct 2020, my personal vehicle was vandalized on JB Hunt's property in broad daylight. Someone cut my lower radiator hose causing me to have to replace my engine. That vandal is suspected to be Sandra's adult son as he was standing very close to my vehicle and acting as if he had damaged my vehicle. He and Sandra had also been harassing me for months prior and leading up to the vandalism.

On or about Dec 1, 2021. I was stalked by a strange man in Atlanta to multiple locations. The man kept communicating with someone by phone as he followed me to each location. The man looked threatening and made me feel unsafe, so I took a picture of him and his car and reported the incident to the police.

On or about Jan 27, 2021. I was approached by Sandra's adult son, a worker at JB Hunt, in a threatening manor while in the break room of J.B. Hunt. He abruptly walked up on me invading my personal space and yelled at me while I was accessing my work on a company computer. I felt threatened by his behavior and left to call the police about the incident.

On or about Jan 28, 2021, one day after l called the Sheriff's Dept regarding Sandra's adult son approaching me in a threatening manner and invading my personal space, l received dirty looks from him.

On January 28, 2021, I received dirty looks from management staff member Ian, at the Lithia Springs Terminal

The very next day my, on or about January 29, 2021, my workload decreased from 4 or 5 loads per day down to 1 or 2 loads per day and the dispatchers started playing games with my loads and not answering my phone calls and hanging up on me when l was able to get through to someone on the phone.

On or about February 7, 2021, as l returned to my dwelling after work at around 4 a.m. I encountered a strange man in an older model red car sitting in the parking lot. As l began to walk toward the door of my dwelling the man began to follow me at a slow pace with his car lights off. I felt l was in danger, so I stepped behind a large 20 ft. container in the parking lot. The stranger then stopped his car, backed up and sped out of the parking lot backwards.

On or about May 9, 2021, another strange man in a gold van followed me into the gated community of a friend's house. The man was waiting around trying to look busy in the parking lot but never went to visit anyone in the gated community. He quickly dashed behind the wheel of his van when he saw me get into my vehicle and begin to leave out of the gate behind me. I felt very uncomfortable as he leered at me but didn't want to scare my friends with the encounter, so l sped out of the gate and turned off the street as quickly as l could in order to lose the man who was following me.

On or about August 2021. A strange man began knocking on my back bedroom window at around 3:45 a.m. in the morning. The back yard was super dark and private, but the man was caught on an infrared surveillance camera. I was terrified and did not answer the knock. I called the police instead. When police arrived, the man was gone.

There have been several other strange encounters with men l don't know following me around since February 2021 but most notably there is a man who followed to two different locations before l noticed that he was following me. He was looking at me angrily, but I managed to take his picture and also got his license plate number and made a report to the police as well.

On December 31, 2021, I drove my personal vehicle to an outdoor public car wash around 8 p.m. I parked my vehicle in a car wash stall and walked out of the stall to dump some trash from my car. It was then that I saw a man in a black car pull into the lot but did not enter a stall. The man just sat in the car staring at me. I quickly approached my vehicle. The man backed his car up 20 feet or so and popped his trunk. He then got out of his car and walked toward his trunk. His behavior seemed suspicions to me, so l felt uncomfortable and hopped behind the wheel of my vehicle and drove off through the back side of the car wash parking lot. The man saw me driving off and closed his trunk and got behind the wheel of his car and began to drive backwards out of the car wash parking lot as he watched me drive out the back side. I quickly sped off to get away from that strange situation.

The above-described encounters have been terrifying for me, as these men have been "goonish" indeed. I have never in my life encountered such an unnerving and malicious situation as this, which started after Billy Mosley said he was going to send his "goons" after me.  The retaliatory harassing conduct has been ongoing since July of 2020, with the latest incident occurring in January of 2022. I'm being forced to live in fear for my life from these angry, hostile, and dangerous looking men who look like psychopaths or worse and who look like they're looking for an opportunity to do me bodily harm. I've been stalked, harassed,

followed, and deliberately intimidated by JB Hunt. I have informed J.B. Hunt of these incidents and they have yet to respond to this matter.

On or about February of 2021 I filed for FMLA leave and short-term disability with JB Hunt and the agent it uses for processing these requests, UNUM. My request for FMLA and short-term disability were because of issues I was having with my knees. While on leave it converted to long-term disability leave and I was in the process of having my FMLA leave extended as a reasonable accommodation.

In January of 2022 I learned that J B Hunt prematurely ended my extended leave request that I was in the process of obtaining as an accommodation under the Americans with Disabilities Act, despite the fact that the requested documents were already provided, and I received an extension to resolve any supposed issue concerning the documents provided by my medical providers.

On January 16, 2022, I found out that J.B. Hunt cancelled my Cigna employee medical insurance and discontinued my benefits effective January 7, 2022.

On January 17, 2022, I contacted JB Hunt's H.R. Department, and it was then that they confirmed that my employment with J.B. Hunt ended effective January 7, 2022.  I told a supervisor, Amanda, that l had not been given notice that my employment and insurance had ended. She checked the system and told me that Billy Mosley inputted the discontinuance of my employment and was supposed to have contacted me regarding the matter as it is not J.B. Hunt's policy to notify anyone of the loss of their job via email or by letter.

JB Hunt continuously harassed me because of my gender. JB Hunt has also retaliated against me and mistreated me for complaining about sexual and gender harassment. In doing so, J.B. Hunt is in violation of Title VII of the Civil Rights Act of 1964. J.B. Hunt also denied my request for a reasonable accommodation, by prematurely ending my leave request process, in violation of the Americans with Disabilities Act, as amended, 42 U.S.C. § 12111 *et. seq.* ("ADA"). Lastly, J.B. Hunt terminated my employment in violation of the ADA.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 02 / 04 / 2022            *[signature]*<br>———————————   ———————————<br>Date                    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

Doc ID: 8b3e671c27197f04494153fca2c20b76a3330151