EEOC Form 5 (11/09)

|  |  |
|---|---|
| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:   Agency(ies) Charge No(s):<br>☐ FEPA<br>☒ EEOC       410-2022-02843<br>             First Amended |

_____Null_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Sheila Alkamel – email: sheilaalkamel1@gmail.com<br>c/o HKM Employment Attorneys LLP | 404-496-0645 | 06/26/65 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3355 Lenox Road N.E. Suite 705 | Atlanta, Georgia   30326 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| JB Hunt | 100+ | 1-800-777-4968 |

| Street Address | City, State and ZIP Code |
|---|---|
| 648 Sydney Court | Lithia Springs, Georgia 30122 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Unum | 10,000 | 423-294-1011 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1 Fountain Square Suite 1 | Chattanooga, TN 37402-1203 |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*              DATE(S) DISCRIMINATION TOOK PLACE

☐ Mar     ☐ COLOR     ☒ SEX     ☐ RELIGION     ☐ NATIONAL ORIGIN

☒ RETALIATION     ☐ AGE     ☒ DISABILITY     ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

Earliest: July 2020     Latest: March 8, 2022

☒ CONTINUING ACTION

This charge amends my Charge of Discrimination filed against UNUM on February 4, 2022, by adding its street address, number of employees and phone number, to the extent that it is a joint or integrated employer with J.B. Hunt concerning all of my claims pertaining to the ADA. Additionally, this charge amends my Charge of Discrimination filed against JB Hunt on February 4, 2022, by adding the following claims against JB Hunt as follows:

On March 8, 2022, I received a copy of my State of Georgia Department of Labor Separation Notice prepared and issued by J.B. Hunt the notice falsely states that I separated from JB Hunt because of: Attendance/Tardiness.  My separation from JB Hunt had nothing to do with not showing up for work or being late to work when I was supposed to be present. JB Hunt issued this notice to me as an act of continued retaliatory mistreatment and retaliation for complaining about sexual and gender harassment and/or filing my February 4th EEOC Charge.

Doc ID: b3bf5779998728532e0f91b6951caf78c2d8cf73

On March 21, 2021 and on March 28, 2021 I learned that management at the JB Hunt Lithia Springs location fraudulently used my personal Alpha code (ALkS0 ) which represents my name to log onto to a J.B. Hunt truck on two separate occasions on the dates listed above and pretend it was me to put in in violation of my FMLA leave which they called vacation status leave. JB Hunt issued this notice to me as an act of continued retaliatory mistreatment and retaliation for complaining about sexual and gender harassment and/or filing my February 4th EEOC Charge.

By taking the above-described actions, J.B. Hunt is in violation of Title VII of the Civil Rights Act of 1964.  Additionally, to the extent that it is an joint employer or integrated employer UNUM is in violation of the Americans with Disabilities Act, as amended, 42 U.S.C. § 12111 *et. seq.* ("ADA").

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br><br>SIGNATURE OF COMPLAINANT |
| 03 / 31 / 2022         *[signature]*<br>————————    ————————————<br>       Date              Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

Page **2** of **2**

Doc ID: b3bf5779998728532e0f91b6951caf78c2d8cf73