**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **BERT L. MOORE,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | No. _____ |
| | * | |
| **CIRCLE K STORES, INC.** | * | |
| **AND JANE DOE,** | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF REMOVAL

Without waiving any available defenses, including, without limitation, lack of

personal jurisdiction, improper venue, statute of limitations, insufficient process, or

insufficient service of process, Defendant Circle K Stores, Inc. ("Circle K"), by and

through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446,

hereby files this Notice of Removal of the above-described action to the United

States District Court for the Northern District of Georgia, Atlanta Division, from the

State Court of Gwinnett County, Georgia where the action is now pending and states

as follows:

1.      Plaintiff, Bert L. Moore ("Plaintiff"), commenced this action in the

State Court of Gwinnett County, Georgia on July 18, 2023 and process was served

on Circle K on July 19, 2023. A copy of Plaintiff's Complaint setting forth the claim

for relief upon which the action is based was first received by the Circle K on July

19, 2023.  Thus, removal is timely.

2.      This is a civil action for damages arising out of alleged injuries sustained by Plaintiff in a slip and fall incident on July 5, 2022 at the Circle K gas station located at 11418 US Hwy 41, Ringgold, Georgia 30736.

3.      The United States District Court for the Northern District of Georgia, Atlanta Division, has jurisdiction by reason of the diversity citizenship of the parties. 28 U.S.C. § 1332.

4.      This is a suit between citizens of different states. At the time he commenced this action and at all times thereafter, Plaintiff was and continues to be a citizen and resident of Dalton, Whitfield County, Georgia.

5.      Circle K is a Texas corporation with its principal place of business in Arizona. Therefore, Circle K is a citizen of Texas and Arizona and not a citizen of Georgia.

6.      In his Complaint, Plaintiff seeks to recover no more than "FIVE MILLION AND NO/100 ($5,000,000.00) DOLLARS" from Circle K. (Compl.). Thus, the matter in dispute exceeds the jurisdictional threshold of $75,000.00, exclusive of interests and costs.

7.      A copy of all pleadings and Orders served upon Circle K is filed with this Notice and attached hereto as **Exhibit A**.

8.      Circle K will give written notice of the filing of this Notice as required

by 28 U.S.C. § 1446(d).

9.      A copy of this Notice will be filed with the Clerk of the State Court of

Gwinnett County, Georgia as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, Circle K requests that this action proceed in this Court as an

action properly removed to it pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

This 17th day of August, 2023.

Respectfully submitted,

**CARR ALLISON**

By:   /s/ Sean W. Martin
        **SEAN W. MARTIN, GA BAR #474125**
        **STEPHEN A. SWANSON, GA BAR #759751**
        *Attorneys for Defendant Circle K Stores, Inc.*
        736 Market St., Suite 1320
        Chattanooga, TN 37402
        (423) 648-9832 / (423) 648-9869 FAX
        swmartin@carrallison.com
        sswanson@carrallison.com

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify the foregoing document complies with the font and point selections permitted by Local Rule 5.1(B). This document was prepared on a computer using Times New Roman font in 14 point.

This 18th day of August, 2023.

By: ___/s/ Sean W. Martin_____
**SEAN W. MARTIN, GA BAR #474125**
**STEPHEN A. SWANSON, GA BAR #759751**

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Tim O. Henshaw
Alexander Shunnarah Trial Attorneys
1604 Reggie White Blvd. Ste. 102
Chattanooga, TN 37402

**CARR ALLISON**

By: ___/s/ Sean W. Martin_____
**SEAN W. MARTIN, GA BAR #474125**
**STEPHEN A. SWANSON, GA BAR #759751**