# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 410-2022-07970 |
| | | and EEOC |

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Loreto Hernalsteen | (678) 358-6897 | ▓▓▓▓ |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| ▓▓▓▓▓▓▓ | Milton, Georgia ▓▓▓▓ | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| One Trust, LLC | 3000+ | (844) 847-7154 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 1200 Abernathy Road - Building 600 | Atlanta, Georgia 30342 | |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| EEOC RECEIVED 2022-08-01 | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☒ NATIONAL ORIGIN<br>☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest: May 1, 2021   Latest: Feb 4, 2022<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am of Chilean descent and was employed by One Trust, LLC (the "Company"), for 4 1/2 years. My title was Localization Manager and I had approximately 20 years of experience in my field of expertise.

In approximately May of 2021, I was given a new immediate supervisor, Nandini Chennur ("Chennur"). During the time I reported to her, Chennur began treating me with disrespect. For instance, she began circumventing my authority with my 14 direct reports by communicating with them directly, and excluding me from the process. I was removed from the Company managers' group email, so that I was basically isolated from my peers in regard to the day-to-day business and managerial communications within the Company.

In or about December of 2021, one of my direct reports began behaving unprofessionally in an insubordinate manner, and using abusive language toward me. I advised Chennur, who was completely non-responsive in regard to my requests for assistance or intervention regarding the abusive employee. Therefore, I advised the Human Resources Department ("HR") and Legal Team of the situation. To my knowledge, neither HR, the Legal team, nor Chennur did anything to stop the abusive behavior of the employee. Instead, on February 4, 2022, I was terminated due to "inability to perform her duties in a management role." The Company filled my vacated position with a White male, who had little or no similar experience as compared to me.

During my tenure with the Company, I was paid a salary that was less than market value, in general, for a similar position in my field. However, I was encouraged to consider that the stock options potential would make up for my lower salary. In fact, my stock options, which were valued at approximately $120,000.00 by the end of 2021, became fully-vested one (1) week before I was terminated. I lost my stock options due to my discriminatory termination.

I believe I have been discriminated and retaliated against due to my sex, race and national origin in violation of Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. §§ 2000e, et seq.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| | ROBERT P ALDEN II |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>Robert Alden II |
| 7/30/22 _____<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>7/30/22 |