| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER<br>EAC1816050728 - EAC1816050764 | NOTICE DATE<br>06/15/2018 |
|---|---|---|
| CASE TYPE<br>I918 - I765 | SOCIAL SECURITY NUMBER | USCIS A#<br>A215 526 681 | CODE<br>3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>VSC | PAGE<br>1 of 1 |

NEETINKUMAR VISHNUBHAI PATEL
283 CHAMBERS RD
JASPER  TN  37347



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER<br>USCIS NASHVILLE<br>1400 Donelson Pike Suite B-13<br>Nashville TN  37217 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY.<br>DATE AND TIME OF APPOINTMENT<br>07/02/2018<br>02:00PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**NOTE:** USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28, C.F.R., Section 16.34.

**NOTE:** If the USCIS ASC is <u>closed</u> due to inclement weather or for other unforeseen circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**REQUEST FOR RESCHEDULING**

❏ **Please reschedule my appointment.** Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586

BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
ON  JUL 0 2 2018
PRINTS QA REVIEW BY:
ON  JUL 0 2 2018

| APPLICATION NUMBER<br>I918 - EAC1816050728 | APPLICATION NUMBER 2<br>I765 - EAC1816050764 |
|---|---|



If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.  Form I-797C 07/11/14 Y

If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

## Notice for Customers with Disabilities

USCIS is committed to providing customers with disabilities the same level of access to its programs and activities that customers without disabilities have (see the USCIS Web site for an explanation and examples of accommodations). If you need an accommodation for your appointment due to a disability that affects your access to a USCIS program or activity OR if a disability prevents you from going to the designated USCIS location for your appointment, please call the National Customer Service Center (NCSC) at 1-800-375-5283 (TTY: 1-800-767-1833) to request an accommodation.

**Call the NCSC even if you indicated on your application or petition that you require an accommodation. Also, you must contact the NCSC to request an accommodation each time you have an appointment with USCIS.** For example, you must call the NCSC to request an accommodation for your biometrics appointment and again for an accommodation for your interview appointment.

**NOTICE:** All domestic USCIS offices are accessible to individuals with physical disabilities. You do not need to request an accommodation if your ONLY need is an accommodation that would enable or facilitate you having physical access to a domestic USCIS office.

**NOTE:** Naturalization applicants should **not** call the NCSC to request an exception from the English and/or civics testing requirement. You must submit Form N-648, Medical Certification for Disability Exceptions to request an exception. See the Form Instructions for additional information.

## Applicant Information Worksheet (AIW)

NAME: __Neetinkumar   Vishnubhai   Patel__
         First                          Middle                       Last

LIST ANY OTHER NAMES YOU HAVE USED: (Include maiden name, previous marriage, AKA, etc.)

1. _____
      First                  Middle                  Last

2. _____
      First                  Middle                  Last

DATE OF BIRTH: __02__ / __21__ / __1987__
                (Month)  (Day)   (Year)

COUNTRY OF BIRTH: __India__

GENDER: (Circle One)

(Male)
Female
Other

RACE: (Circle One)

(Asian)
Black
American Indian
White or Hispanic
Unknown

COUNTRY OF CITIZENSHIP: __India__

EYE COLOR: (Circle One)

Black
Blue
(Brown)
Gray
Green
Hazel
Maroon
Multicolored
Pink
Unknown

HAIR COLOR: (Circle One)

Bald
(Black)
Blond or Strawberry
Blue
Brown
Gray
Green
Orange
Pink
Purple
Red or Auburn
Sandy
White
Unknown

WEIGHT: __185__ (Pounds) OR _____ (Kilograms)

HEIGHT: __5__ (Feet) __5__ (Inches) OR _____ (Centimeters)

**RETURN AIW TO APPLICANT UPON PROCESSING**

## ATTESTATION LANGUAGE

English Version:

By signing here, I declare under penalty of perjury that I have reviewed and understand my application, petition, or request I-90, as identified by the receipt number displayed on the screen above, and all supporting documents, application(s), petition(s), or request(s) filed with my application, petition, or request I-90, and that I (or my attorney or accredited representative) filed with USCIS, and that all of the information in these materials is complete, true and correct.

Spanish Version:

Al firmar aquí, declaro bajo pena de perjurio que he revisado y entiendo mi solicitud, petición o requerimiento I-90, según identificado por el número de recibo mostrado en la pantalla anterior, así como todos los documentos de apoyo, solicitud(es), petición(es), o requerimiento(s) presentados con mi solicitud, petición o requerimiento I-90, que yo (o mi abogado o representante autorizado) presenté/presentó ante USCIS, y que toda la información en estos documentos es completa, verídica y correcta.

June 2015