# **EXHIBIT A** – NOTICE OF REMOVAL

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV003390**
**6/8/2023 9:34 AM**
**Donald Talley, Clerk**
**Civil Division**

**GEORGIA, FULTON COUNTY**

DO NOT WRITE IN THIS SPACE

## STATE COURT OF FULTON COUNTY
### Civil Division

CIVIL ACTION FILE #: _____

_____

_____

_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

_____

_____

BERKSHIRE HATHAWAY HOMESTATE INS.

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | \*\*\*\*\*\*\*\*\*\*\*\* |
| [X] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:   DANNY MOORE JR.

  You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: STEVEN FAIR/MORGAN AND MORGAN

Address: P.O. BOX 57007

City, State, Zip Code: ATLANTA, GA 30343          Phone No.: 404-965-1918

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

Donald Talley, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*

 Served, this _____ day of _____, 20_____.          _____
                                                                                          DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.     _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

**\*\*E-FILED\*\***
23EV003390
6/8/2023 9:34 AM
Donald Talley, Clerk
Civil Division

**GEORGIA, FULTON COUNTY**

**DO NOT WRITE IN THIS SPACE**

**STATE COURT OF FULTON COUNTY**
**Civil Division**

**CIVIL ACTION FILE #:** _____

JOSEPH KARRIEM
_____
_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

DANNY MOORE JR., DANNY

MOORE TRUCKING, LLC AND

BERKSHIRE HATHAWAY HOMESTATE INS.

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| *********** | |
| [X] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

**SUMMONS**

TO THE ABOVE NAMED-DEFENDANT:  DANNY MOORE TRUCKING LLC

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: STEVEN FAIR/MORGAN AND MORGAN

Address: P.O. BOX 57007

City, State, Zip Code: ATLANTA, GA 30343                          Phone No.: 404-965-1918

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Donald Talley, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*

Served, this _____ day of _____, 20_____.     _____
                                                                  DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.     _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

State Court of Fulton County
**E-FILED**
23EV003390
6/8/2023 9:34 AM
Donald Talley, Clerk
Civil Division

**GEORGIA, FULTON COUNTY**

**DO NOT WRITE IN THIS SPACE**

**STATE COURT OF FULTON COUNTY**
Civil Division

**CIVIL ACTION FILE #:** _____

JOSEPH KARRIEM

_____

_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

DANNY MOORE JR., DANNY

MOORE TRUCKING, LLC AND

BERKSHIRE HATHAWAY HOMESTATE INS.

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| ************ | |
| [X] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

**SUMMONS**

TO THE ABOVE NAMED-DEFENDANT:   BERKSHIRE HATHAWAY HOMESTATE INS

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: STEVEN FAIR/MORGAN AND MORGAN

Address: P.O. BOX 57007

City, State, Zip Code: ATLANTA, GA 30343                     Phone No.: 404-965-1918

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Donald Talley, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*

Served, this _____ day of _____, 20_____.     _____
                                                                DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.     _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV003390**
**6/8/2023 9:34 AM**
**Donald Talley, Clerk**
**Civil Division**

**GEORGIA, FULTON COUNTY**

DO NOT WRITE IN THIS SPACE

## STATE COURT OF FULTON COUNTY
### Civil Division

CIVIL ACTION FILE #: _____

_____

_____

_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

_____

_____

BERKSHIRE HATHAWAY HOMESTATE INS.
_____

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | \*\*\*\*\*\*\*\*\*\*\*\* |
| [X] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

### SUMMONS

TO THE ABOVE NAMED-DEFENDANT:   STATE FARM MUTUAL INS

 You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: STEVEN FAIR/MORGAN AND MORGAN

Address: P.O. BOX 57007

City, State, Zip Code: ATLANTA, GA 30343                    Phone No.: 404-965-1918

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

Donald Talley, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*

 Served, this _____ day of _____, 20_____.      _____

DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:

We, the jury, find for _____

_____

This _____ day of _____, 20_____.      _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

State Court of Fulton County
**E-FILED**
23EV003390
6/8/2023 9:34 AM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **JOSEPH KARRIEM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **vs.** ) | **CIVIL ACTION** |
| ) | **FILE NO:** _____ |
| **DANNY MOORE, JR, DANNY** ) | |
| **MOORE TRUCKING, LLC and** ) | |
| **BERKSHIRE HATHAWAY** ) | **JURY TRIAL DEMANDED** |
| **HOMESTATE INSURANCE** ) | |
| **COMPANY** ) | |
| ) | |
| **Defendants.** ) | |

### COMPLAINT FOR DAMAGES

COMES NOW JOSEPH KARRIEM, Plaintiff in the above-styled action, and brings this Complaint for Damages, and shows the Court the following:

**1.**

JOSEPH KARRIEM ("Plaintiff") is, and at all times material to this action, was a resident of the State of Georgia.

**2.**

Defendant DANNY MOORE, JR. is a resident of the state of South Carolina and may be personally served at 6905 Flat Creek Road, Kershaw, South Carolina, 29067. Pursuant to O.C.G.A. § 40-12-2, Defendant may be served by serving a copy of the complaint and summons on the Secretary of State of Georgia, along with sending a copy of the complaint and summons to the Defendant's address.

**3.**

Defendant DANNY MOORE TRUCKING, LLC (hereinafter "Danny Moore Trucking") is a for-profit, foreign business authorized to do business in the state of Georgia with its principal

place of business located at 6905 Flat Creek Road, Kershaw, South Carolina 29067. Defendant,

Danny Moore Trucking may be served by issuing a summons and complaint to its registered agent,

InCorp Services, Inc., located at 317 Ruth Vista Road, Lexington, South Carolina 29073.

**4.**

Defendant BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY

(hereinafter "Berkshire Hathaway") is a for-profit, foreign corporation authorized to do business in

the State of Georgia with its principal place of business located at 1314 Douglas Street, Suite 1300,

Omaha, Nebraska 68102. Defendant, Berkshire Hathaway, may be served by issuing a summons

and complaint to its registered agent, Andrea Conarro, located at Law Office of Andrea Conarro,

LLC, 439 South Park Street, Unit A, Dahlonega, GA 30533.

**5.**

Defendants Danny Moore, Jr., Danny Moore Trucking and Berkshire Hathaway are joint

tortfeasors and as such, venue as to all Defendants is proper in Fulton County, Georgia, pursuant

to O.C.G.A. §40-12-3.

## COUNT I – NEGLIGENCE OF DEFENDANT DANNY MOORE, JR.

**6.**

Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 5 above as

if they were fully restated verbatim.

**7.**

On or about January 30, 2022, Plaintiff Karriem was operating a 2021 Toyota Camry,

traveling eastbound on Lee Street SW at or near its intersection with Oglethorpe Avenue SW in

the city of Atlanta, Fulton County, Georgia.

**8.**

On or about the same time and place, Defendant Danny Moore, Jr. was driving a 2013 Freightliner Cascadia and was also traveling eastbound on Lee Street SW at or near its intersection with Oglethorpe Avenue SW when he negligently, recklessly, carelessly and unlawfully operated said vehicle so as to collide with Plaintiff's vehicle causing extreme damage to the vehicle operated by Plaintiff Karriem.

**9.**

As a result of the accident, Plaintiff Karriem suffered multiple injuries.

**10.**

At all relevant times, Defendant Danny Moore, Jr. owed certain civil duties to Plaintiff Karriem. Notwithstanding those duties, Defendant Danny Moore, Jr. did violate them in the following particulars:

a.  In failing to make reasonable and proper observations while driving his vehicle; or, if reasonable and proper observations were made, failing to act thereon;

b.  In making an improper right turn in violation of O.C.G.A. § 40-6-120;

c.  In failing to make timely and proper application of its brakes in violation of O.C.G.A. § 40-6-241;

d.  In failing to observe or undertake the necessary precautions to keep his vehicle from colliding with the Plaintiff's vehicle in violation of O.C.G.A. § 40-6-390;

e.  In driving his vehicle without due caution and circumspection and in a manner so as to endanger the person and/or property of others in the immediate vicinity in violation of O.C.G.A. § 40-6-241;

f.     In driving his vehicle in reckless disregard for the safety of persons and/or property in violation of O.C.G.A. § 40-6-390; and

g.     In committing other negligent and reckless acts and omissions as may be shown by the evidence and proven at trial.

## 11.

Defendant Danny Moore, Jr.'s violations of the aforementioned duties of care constitute negligence *per se*.

## 12.

As a direct and proximate result of the aforesaid negligence and breaches of duty by Defendant Danny Moore, Jr., Plaintiff Karriem has suffered significant injuries, medical expenses, and damages. These damages include emotional distress, personal inconvenience, mental and physical pain and suffering, and loss of enjoyment of life, due to the violence of the collision and injuries to the Plaintiff's body and nervous system, plus an inability to lead a normal life. As a result of the subject collision, Plaintiff Karriem has incurred past medical expenses, in addition to wage loss.

## COUNT II – NEGLIGENCE OF DEFENDANT DANNY MOORE TRUCKING, LLC

## 13.

Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 12 above as if they were fully restated verbatim.

## 14.

At all relevant times, Defendant Danny Moore, Jr. was an employee and agent of Defendant Danny Moore Trucking and Defendant Danny Moore, Jr. was driving his vehicle within the course and scope of his employment with Defendant Danny Moore Trucking.

**15.**

Defendant Danny Moore Trucking is liable for the acts and omissions of Defendant Danny Moore, Jr. as Defendant Danny Moore Trucking's agent and employee at the time of the collision-in-suit, under the theory of *respondeat superior*.

**16.**

Defendant Danny Moore Trucking negligently hired, retained, and supervised Defendant Danny Moore, Jr.

**17.**

Defendant Danny Moore Trucking negligently entrusted its vehicle to Defendant Danny Moore, Jr. when they knew or should have known that its driver was incompetent or unfit to perform the duties given to the driver by the company.

**18.**

As a direct and proximate result of the aforesaid negligence and breaches of duty by Defendant Danny Moore Trucking, Plaintiff Karriem has suffered significant injuries, medical expenses, and damages. These damages include emotional distress, personal inconvenience, mental and physical pain and suffering, and loss of enjoyment of life, due to the violence of the collision and injuries to the Plaintiff's body and nervous system, plus an inability to lead a normal life. As a result of the subject collision, Plaintiff Karriem has incurred past medical expenses, in addition to wage loss.

## CONTRACT

### 19.

Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 18 above as if they were fully restated verbatim.

### 20.

At the time of the collision-in-suit, on January 30, 2022, Defendant Berkshire Hathaway had issued a policy of liability insurance, policy number 02TRM040359-01, naming Danny Moore Trucking as an insured.

### 21.

Berkshire Hathaway's policy number 02TRM040359-01was in effect on January 30, 2022, and provides coverage up to $1,000,000.00 for the negligent acts and omissions of Danny Moore Trucking and Danny Moore, Jr. as a result of the collision-in-suit.

### 22.

Defendant Berkshire Hathaway is subject to suit by direct action pursuant to the provisions of O.C.G.A. § 40-1-112(c).

### 23.

Pursuant to the terms and conditions of its policy of insurance and applicable Georgia law, Defendant Berkshire Hathaway is liable to Plaintiff Karriem and responsible for payment of damages incurred by and occasioned upon the Plaintiff Karriem as a result of the negligent acts and omissions of Defendants Danny Moore, Jr. and Danny Moore Trucking.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Joseph Karriem respectfully prays and demands as follows:

a.      That Process and Summons issue, as provided by law, requiring Defendants to appear and answer Plaintiff's Complaint;

b.      That service be had upon Defendants as provided by law;

c.      That Plaintiff have and recover general damages from Defendants, as the jury deems is liable to Plaintiff, and in such an amount as the jury deems just and appropriate to fully and completely compensate Plaintiff for all of their injuries and pain and suffering, mental, physical, and emotional, past, present, and future;

d.      That Plaintiff have and recover from Defendants, special damages for past and future medical expenses and loss of income in the past and future in such an amount as shall be proven at trial;

e.      That this matter be tried to a jury;

f.      That all costs be cast against the Defendants; and

g.      For such other and further relief as this Court deems just and appropriate.


This 8th day of June, 2023.

Respectfully submitted,

/s/ Steven M. Fair
Steven M. Fair
Georgia Bar No. 259488
Attorney for Plaintiff

**Morgan & Morgan Atlanta, PLLC**
191 Peachtree Street, NE, Suite 4200
P. O. Box 57007
Atlanta, GA  30343-1007
Telephone:     (404) 965-1928
Facsimile:      (470) 639-6914

State Court of Fulton County
**E-FILED**
23EV003390
7/21/2023 9:40 AM
Donald Talley, Clerk
Civil Division

# Lancaster County Sheriff's Office

## Certificate of Service

OUT OF STATE

KARRIEM, JOSEPH

**vs.**

MOORE, DANNY Jr

_____ / Served

_____ Unserved

**Civil Paper Number -**  2023-00000925

**Affidavit of Service**

23EV003390

W - SUMMONS AND COMPLAINT

I, Deputy Gabriel Vargas, Badge # 3826 of the Lancaster County Sheriff's Office, certify and affirm that on 06/30/2023 at 14:22:00, at 6905 FLAT CREEK RD, in the city/township of KERSHAW, SC, served within authenticated W - SUMMONS AND COMPLAINT upon DANNY MOORE Jr, the defendant named here in the following manner.

PERSONAL

By delivering to and leaving with DANNY MOORE Jr personally, a true copy thereof, said person being known or identified to me as the person mentioned and described therein.

If unserved, I have made due search and inquiry and exercised due diligence, but I am returning W - SUMMONS AND COMPLAINT after making the following attempts.

| Date | Time | Comments |
|------|------|----------|
| 06/30/2023 | 14:22:00 | |

_____

Gabriel Vargas                                    3826

Deputy Sheriff                              Badge Number

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV003390**
**8/16/2023 8:59 AM**
**Donald Talley, Clerk**
**Civil Division**



# Office of the Sheriff
# LEXINGTON COUNTY
## Bryan "Jay" Koon

State Of SOUTH CAROLINA   )
                              )      Affidavit of Service
COUNTY OF LEXINGTON       )

Case #:23EV00390

JOSEPH KARRIEM

-vs-

DANNY MOORE TRUCKING INC

The undersigned, being duly sworn, says on oath that he/she served the
SUMMONS AND COMPLAINT FOR DAMAGES in this action by delivering same to: AGENT
FOR SERVICE, INCORP SERVICES PERSONAL SERVICE And leaving with him/her one
copy of same at 317 RUTH VISTA RD LEXINGTON SC 29073 on the 6 of July, 2023
at 09:30 Hrs. And that Defendant/Respondent is not a member of the U.S.
Forces.

Signed _____
               DAVID HELLMAN, LCSD

Sworn to before me on this
6 day of July, 2023

_____
Notary Public for South Carolina
My Commission Expires:



A Nationally Accredited Law Enforcement Agency
P.O. Box 639 Lexington, South Carolina 29071 (803) 785-2498, Fax (803) 785-2532

**County Of Lexington**

Lexington, South Carolina

No. 249333

Date 6/30 20 23

Received From Morgan & Morgan

CK 228339

Fifteen

Dollars $ 15

For 23EV003390

Previous Balance $ _____

Amount Paid $ _____   2638 44 000

Balance Due $ _____   REVENUE CODE

Signature

MORGAN & MORGAN ATLANTA PLLC

228339

6/8/2023

**Payee:** Lexington County Sheriff's Department

**Check No:** 228339

**Amount:** $15.00     **For:** 12402707/KARRIEM/AmilaN/SF

**Requested By:** ATL-Amila Nguyen

| Inv No | In. Date | Due Date | G/L No. | Amount |
|--------|----------|----------|---------|--------|
| 12402707 | 6/8/2023 | 6/8/2023 | | $15.00 |

MORGAN & MORGAN
FOR THE PEOPLE.COM

1244707 / AW)

NO POSTAGE STAMP NECESSARY
POSTAGE HAS BEEN PREPAID BY

MORGAN & MORGAN®

A PROFESSIONAL ASSOCIATION

ATTORNEYS AT LAW
P.O. Box 57007
ATLANTA, GA 30343-1007

3094381007 E013



DFE — 1104811922

State Court of Fulton County
**E-FILED**
23EV003390
6/16/2023 8:59 AM
Donald Talley, Clerk
Civil Division

SHERIFF'S ENTRY OF SERVICE

Civil Action No. __23EV003390__

| | |
|---|---|
| Superior Court ☐ | |
| State Court ☒ | |
| Juvenile Court ☐ | |

Date Filed _____

Attorney's Address

STEVEN FAIR ESQ./MORGAN AND MORGAN

P.O. BOX 57007

ATLANTA, GA 30343

Georgia, __FULTON__ COUNTY

JOSEPH KARRIEM
_____
Plaintiff

VS.

Name and Address of Party to Served

Berkshire Hathway Homestate Ins. c/o Andrea Conarro

439 South Park Street, Unit A

Dahlonega, GA 30533

DANNY MOORE JR., DANNY MOORE

TRUCKING and BERKSHIRE HATHAWA
_____
Defendant

_____
Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant Berkshire Hathway Home state Ins a corporation
☒ by leaving a copy of the within action and summons with Paula Alicea
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This 6 day of July , 20 23 .

DEPUTY

**CLERK'S COPY**

LUMPKIN CO SHERIFF'S OFFICE
COURT SERVICES
325 RILEY RD BOX 1
DAHLONEGA, GA 30533

ATLANTA METRO 301

11 JUL 2023 PM 8 L

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 30533
02 7H
0006089127

$ 000.63⁰

JUL 11 2023

Ste... Fair
Ma...y Morgan
P.O. Box 57007
Atlanta, GA 30343

30343-100707

Batch #S2013750 Seq #12 Tracking #

Batch #520137750 Seq #12 Tracking #

DFE-1104834584

State Court of Fulton County
**E-FILED**
23EV003390
6/23/2023 10:39 AM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **JOSEPH KARRIEM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION** |
| | ) | **FILE NO: 23EV003390** |
| **DANNY MOORE, JR, DANNY** | ) | |
| **MOORE TRUCKING, LLC and** | ) | |
| **BERKSHIRE HATHAWAY** | ) | |
| **HOMESTATE INSURANCE** | ) | |
| **COMPANY** | ) | |
| | ) | |
| **Defendants.** | ) | |

### AFFIDAVIT OF SERVICE

PERSONALLY appeared before me, an officer duly qualified to administer oaths, ERIC

D. ECHOLS, a permanent process server who, after being duly sworn, states the following:

1.

Affiant states that he is over 18 years of age, a citizen of the United States, and not related

to the parties herein. The statements made in the affidavit are true and correct and are based upon

my personal knowledge.  Affiant states that service was conducted as a permanent process server

with the STATE COURT OF FULTON COUNTY, and a copy of the Order authorizing me to

service process is attached hereto (see Exhibit "A").

2.

I personally served ALISHA SMITH, the designated person to accept service for registered

agent CORPORATION SERVICE COMPANY on behalf of STATE FARM MUTUAL

INSURANCE on Friday, June 16, 2023, at 1:25 p.m., located at 2 Sun Court Suite 400, Peachtree

Corners, Gwinnett County, Georgia 30092, and served a copy of the following document(s) as

provided by the court:

1. SUMMONS; and

2. COMPLAINT FOR DAMAGES.

I declare under penalty of perjury that the foregoing is true and correct.

This _2¹ᵗʰ_ day of June 2023.

Eric D. Echols, CFI
Permanent Process Server
TFP Company
P. O. Box 6096
Marietta, GA 30065
770.579.0188

Sworn to and subscribed before

me this _21ˢᵗ_ day of _June_, 2023.

Notary Public Signature

My Commission Expires: April 13, 2026

Notary Public
Dacie P. Holcomb
Paulding County, GA
Exp. April 13, 2026



# IN THE STATE COURT OF FULTON COUNTY

## STATE OF GEORGIA

**Administrative Order No. 23EX000001**

## IN RE: ORDER FOR APPOINTMENT FOR SERVICE OF PROCESS

It appearing that the State Court of Fulton County has read and considered petitions and criminal records for the persons listed below, and the same having met certification requirements, this Court hereby allows the same to serve process for State Court proceedings,

**IT IS HEREBY ORDERED** that the following persons:

ABRAHAM, ROBYN L.
ADAMS JR., JOHN G.
ADCOCK, KYLE
ALLEN, LAKEITA T.
ANDERSON, QAISAR C.
ANDERSON, WILLIAM J.
ANDREWS II, GENE E.
ARMSTRONG, CHRISTOPHER
ARMSTRONG, CYNARA J.
ARMSTRONG, MIATEUE DENISE
BACKO, MUSTAFA
BAILEY, ANNA MARIE
BARNES, KRISTOPHER KEVIN
BARNES, STACY
BARNEY JR., STEVEN MICHAEL
BARRON, SHANE WILLIS
BASHAM, JAMES STEVEN
BENITO, RICHARD
BETHEL-MAXIE, VAQUISHA R.
BEYENE, EUAEL B.
BLAKENEY, KRISTIAN JOHN
BLALOCK, JAMES S.P.
BLESSMAN, SHARON CAMPBELL
BOLLING, KATHERINE DEVORE
BRAZEMAN, CRAIG PHILIP
BRIDGES, KAYLA DENISE
BRILEY, DONNIE CHAPPELLE
BROWN, IRISH J.
BRYANT, SHEMIKA
BUNCH, KIM
BUTTS, KIMBERLY L.
BYER, EDMOND JOHN
CABRERA-ANDERSON, SANDY
CHASTAIN, MICHAEL ALAN
CHESTER, ROSETTA L.
CHILDRESS, CLIFTON
CLEMMONS, JOYCE YVONNE
CLINE, TRAVIS DANIEL
COCHRANE, BABETTE DAWN
CRUMP, THOMAS RAYNARD
CUNNINGHAM, SALLY K.
DALMAN, JONATHAN B.
DAMBACH-CIRKO, PATRICIA J.
DANIELS, SONIA LYNN
DAVIDSON, DANNY DOUGLAS
DAVIDSON, MITCHELL T.

DAY, DUANE DAVIDSON
DEVAUGHN, CARL L.
DOLBIER, JEFFREY ALAN
EARTHRISE, ROCHELLE
ECHOLS, ERIC DWIGHT
ECHOLS, PATRICIA IZETTA
ELLIOTT, MAURICE
FARKAS, BELA
FAULKNER, DANA V.
FAZZIO, DEDREA L.
FERRERO, AMY L.
FISHER, DAWN W.
FITZGERALD, FLORETTA
FOLDS, CATHERINA P.
FOLDS, GEORGE LARRY
FORD, RONNIE
FOX, JUHANI ALLEN
FREESE, JESSICA RENEE
FULLER, THOMAS W.
GALVIN, ELIZABETH M.
GARMON, JASON H.
GAYLE, EARL WINSTON
GEORGE, RANDAL LEE
GIBBS III, THOMAS D.
GILES, HEBERT F.
GREEN ANJENAI G.
GREENWAY, KIMBERLY B.
HANDLEY, WILEY D.
HARBUCK, MICHAEL A.
HARRIS, PARKS WAYNE
HASSAN, MUHSIN SHAHID
HERNENDEZ, BRYAN C.
HIGHTOWER, ANTHONIO
HILL, HOLLIS JEROME
HILL, LISA WILSON
HINES, JAMES W.
HORTON, CHRISTOPHER T.
HUDSON, HAKIMAH
HUDSON, KYLE
HUGULEY, CK ADONNI
HUMPHREY JR., RONALD
HUNTER, JERMARCUS D.
IRVINE, XAVIER A.
JACKSON II, ANTHONY
JACKSON, CHIQUITA W.
JAMES, FRANK HUGH

JENKINS, STEPHANIE
JOHNSON, EARL C.
KAHSSU, HAILE T.
KENERSON, LORENZO
KING, AMOS
KIRKLAND, SHIRLEY P.
KOTLAR, MICHAEL J.
LAUSMAN, MARSHA C.
LAWSON, ZURI M.
LEWIS, KEVIN J.
LOUIS, CLYDE A.
LUSTER, JERALD DEON
MAGGARD JR., ANDREW
MALLAS, NICHOLAS A.
MANCE, KAY
MATHES, GABRIELLE
MCCLELLAN, RODNEY
MCGAHEE, LARRY L.
MCMILLON, ERICKA D.
MITCHELL, KEVIN J.
MORGAN, TODD V.
MUHAMMAD, AZIZAH
MURPHY JR., GREGORY
MURRAH, JANQUALO D.
NICHOLS, JEAN GRINWIS
NICHOLS, LATHAN OTTO
NOLEN, MILTON LEE
O'BRIEN, CHRISTOPHER
O'LEARY, CHRISTINE L.
PALMER, ALITA
PANNELL, NICOLE D.
PARKER, ATARI L.
PARKER, ERNESQUESHIA
PERLSON, MARC DAMON
RANSOME, MAURICE
RASHID, HASSAN M.
RECKERSDREES, THOMAS
REDDICK, DEREK LAMAR
REYES, REAGAN J.
RHODES, KATHRYN D.
RICHARDSON, LEROY
RIVERS, MICHAEL T.
ROWE, LYNN
RUDDOCK, MARGARET
SAXON, JASMINE N.
SAXON, ROBIN L.

SAXON-FORD, VIRGINIA
SEKLECKI, CHRISTIAN
SIBBALD, JOHN W.
SINGLETON, WANDA
SINGLETON, WESLEY G.
SMITH JR., BRUCE R.
SMITH, RONALD L.
SMITH, VIRGINIA E.C.
SNELLINGS, SHARON
SPEARS, JOYE L.
SPELLEN, ELIZABETH B.
SPELLEN, GEOFFREY B.
STARKS, MARC ANTONY
STEPHENS, GERI S.
STEWART, RONNIE N.
STIGGERS, JAMES
STONE, RODNEY D.
STOVER, CIERRA B.
SWINDLE, FRANK L.
SWINGER, INA L.
TASSAW, BERHANE
THOMAS, JEFFREY A.
THOMPSON, CHRISSANA
THOMPSON, VANESSA
TORT, HENRY
VELASQUEZ, JULIUS
WASHINGTON, SABRINA
WATTS II, ROOSEVELT
WEBBER, MELINA MARY
WEST, ERIC NOEL
WILLIAMS, LAVERN A.
WINKELMAN, NAN L.
WOLFE, LISA LYNN
WRIGHT, CHRISTOPHER K.

be appointed and authorized to serve as Permanent Process Servers for the calendar year of 2023, without the necessity of an order for appointment in each individual case.

**SO ORDERED,** this 1st day of January, 2023.

FILED IN OFFICE

JAN 1 2023

DEPUTY CLERK STATE COURT
FULTON COUNTY, GA

Chief Judge Wesley B. Tailor
State Court of Fulton County

## EXHIBIT A

State Court of Fulton County
**E-FILED**
23EV003390
6/8/2023 9:34 AM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **JOSEPH KARRIEM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **CIVIL ACTION** |
| | ) | **FILE NO:** _____ |
| **DANNY MOORE, JR, DANNY** | ) | |
| **MOORE TRUCKING, LLC and** | ) | |
| **BERKSHIRE HATHAWAY** | ) | **JURY TRIAL DEMANDED** |
| **HOMESTATE INSURANCE** | ) | |
| **COMPANY** | ) | |
| | ) | |
| **Defendants.** | ) | |

### RULE 5.2 CERTIFICATE OF SERVICE

This is to certify that pursuant to Uniform Court Rule 5.2, I have served upon all

Defendants in the foregoing matter with a copy of the following:

Plaintiff hereby certifies that a true and correct copy of the following was delivered for service

with the summons.


1.    PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT MOORE JR.;

DANNY MORE TRUCKING AND BEKSHIRE HATTAWAY;

2.    PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF

DOCUMENTS TO DEFENDANT MOORE JR.; DANNY MOORE TRUCKING AND

KERSHIRE HATTAWAY.


This 8th day of June, 2023.


**\*SIGNATURE ON FOLLOWING PAGE\***

Respectfully submitted,

*/s/ Steven M. Fair*

Steven M. Fair
Georgia Bar No. 259488
Attorney for Plaintiff

**Morgan & Morgan Atlanta, PLLC**
191 Peachtree Street, NE, Suite 4200
P. O. Box 57007
Atlanta, GA  30343-1007
Telephone:     (404) 965-1928
Facsimile:     (470) 639-6914

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV003390**
**6/8/2023 9:34 AM**
**Donald Talley, Clerk**
**Civil Division**

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of ___FULTON_____ County

| For Clerk Use Only |
|---|
| Date Filed _____ |
| **MM-DD-YYYY** |
| Case Number _____ |

**Plaintiff(s)**
KARRIEM  JOSEPH
_____
Last          First          Middle I.     Suffix     Prefix
_____
Last          First          Middle I.     Suffix     Prefix
_____
Last          First          Middle I.     Suffix     Prefix
_____
Last          First          Middle I.     Suffix     Prefix

**Defendant(s)**
MOORE  JR.   DANNY
_____
Last          First          Middle I.     Suffix     Prefix
DANNY MOORE TRUCKING, LLC
_____
Last          First          Middle I.     Suffix     Prefix
BERKSHIRE HATHAWAY HOMESTATE INS.
_____
Last          First          Middle I.     Suffix     Prefix
_____
Last          First          Middle I.     Suffix     Prefix

**Plaintiff's Attorney** ___STEVEN FAIR_____   **State Bar Number** ___259488_____   **Self-Represented** ☐

### Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**
- ☒ **Automobile Tort**
- ☐ **Civil Appeal**
- ☐ **Contempt/Modification/Other Post-Judgment**
- ☐ **Contract**
- ☐ **Garnishment**
- ☐ **General Tort**
- ☐ **Habeas Corpus**
- ☐ **Injunction/Mandamus/Other Writ**
- ☐ **Landlord/Tenant**
- ☐ **Medical Malpractice Tort**
- ☐ **Product Liability Tort**
- ☐ **Real Property**
- ☐ **Restraining Petition**
- ☐ **Other General Civil**

**Domestic Relations Cases**
- ☐ **Adoption**
- ☐ **Contempt**
  - ☐ **Non-payment of child support, medical support, or alimony**
- ☐ **Dissolution/Divorce/Separate Maintenance/Alimony**
- ☐ **Family Violence Petition**
- ☐ **Modification**
  - ☐ **Custody/Parenting Time/Visitation**
- ☐ **Paternity/Legitimation**
- ☐ **Support – IV-D**
- ☐ **Support – Private (non-IV-D)**
- ☐ **Other Domestic Relations**

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
Case Number                              Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

State Court of Fulton County
**E-FILED**
23EV003390
7/10/2023 11:28 AM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

JOSEPH KARRIEM,                    )
                                   )
          Plaintiff,               )
                                   )
     vs.                           )
                                   )
DANNY MOORE, JR., DANNY            )  CIVIL ACTION NO. 23EV003390
MOORE TRUCKING, LLC, and           )
BERKSHIRE HATHAWAY                 )
HOMESTATE INSURANCE                )
COMPANY,                           )
                                   )
          Defendant.               )
_____    )

## ANSWER AND DEFENSIVE PLEADINGS OF STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

COMES NOW, State Farm Mutual Automobile Insurance Company, upon whom a copy of Plaintiff's Complaint has been served, apparently pursuant to the provisions of O.C.G.A. § 33-7-11 asserting that the named Defendant is an uninsured or underinsured motorist as defined by law, and without submitting to the jurisdiction of this Court, and without waiving any of its rights, but expressly subject thereto, files this its Answer and shows the Court the following:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against State Farm Mutual Automobile Insurance Company upon which relief may be granted, and, therefore, it should be dismissed.

### SECOND DEFENSE

Plaintiff apparently contends that the Defendant is an uninsured or underinsured motorist within the meaning of the term as defined by O.C.G.A. § 33-7-11, et seq. In this regard, State Farm Mutual Automobile Insurance Company asserts that the Defendant was not or may not be an uninsured or underinsured motorist as defined by law. If it should later be shown that the Defendant has a separate policy or policies of automobile liability insurance coverage, Plaintiff must first look to that coverage for any claim and State Farm Mutual Automobile Insurance Company shall be relieved of any liability to the Plaintiff to the extent of any such insurance coverage.

### THIRD DEFENSE

In the event that the Plaintiff is awarded damages against Defendant in an amount which exceeds any liability coverage available to Defendant, State Farm Mutual Automobile Insurance Company is entitled to a write-off or credit for any payments made to or on behalf of the Plaintiff under the medical payments provisions of any policy issued by State Farm Mutual Automobile Insurance Company which might provide medical payments coverage to the Plaintiff.

### FOURTH DEFENSE

As a fourth defense, and by way of answer, State Farm Mutual

Automobile Insurance Company responds to each and every separately numbered paragraph of Plaintiff's Complaint, as follows:

1.

The allegations contained in paragraph 1 of Plaintiff's Complaint are admitted.

2.

The allegations contained in paragraph 2 of Plaintiff's Complaint are neither admitted nor denied due to State Farm Mutual Automobile Insurance Company's lack of knowledge or information sufficient upon which to form a belief as to their truthfulness.

3.

The allegations contained in paragraph 3 of Plaintiff's Complaint are neither admitted nor denied due to State Farm Mutual Automobile Insurance Company's lack of knowledge or information sufficient upon which to form a belief as to their truthfulness.

4.

The allegations contained in paragraph 4 of Plaintiff's Complaint are neither admitted nor denied due to State Farm Mutual Automobile Insurance Company's lack of knowledge or information sufficient upon which to form a belief as to their truthfulness.

5.

The allegations contained in paragraph 5 of Plaintiff's Complaint are neither admitted nor denied due to State Farm Mutual

Automobile Insurance Company's lack of knowledge or information sufficient upon which to form a belief as to their truthfulness.

6.

The allegations contained in paragraph 6 of Count I of Plaintiff's Complaint do not call for a response from State Farm Mutual Automobile Insurance Company; however, insofar as a response may be deemed necessary, said allegations are denied in their entirety.

7.

The allegations contained in paragraph 7 of Count I of Plaintiff's Complaint are admitted.

8.

The allegations contained in paragraph 8 of Count I of Plaintiff's Complaint are neither admitted nor denied due to State Farm Mutual Automobile Insurance Company's lack of knowledge or information sufficient upon which to form a belief as to their truthfulness.

9.

The allegations contained in paragraph 9 of Count I of Plaintiff's Complaint are neither admitted nor denied due to State Farm Mutual Automobile Insurance Company's lack of knowledge or information sufficient upon which to form a belief as to their truthfulness. By way of further response, State Farm Mutual

Automobile Insurance Company shows that the accident report reflects that the Plaintiff had no apparent injuries at the accident scene.

10.

The allegations contained in paragraph 10 of Count I of Plaintiff's Complaint are admitted insofar as it is alleged that Defendant Danny Moore, Jr., owed certain civil duties to Plaintiff. The remaining allegations, including subparagraphs (a) through (g), are neither admitted nor denied due to State Farm Mutual Automobile Insurance Company's lack of knowledge or information sufficient upon which to form a belief as to their truthfulness.

11.

The allegations contained in paragraph 11 of Count I of Plaintiff's Complaint are neither admitted nor denied due to State Farm Mutual Automobile Insurance Company's lack of knowledge or information sufficient upon which to form a belief as to their truthfulness.

12.

The allegations contained in paragraph 12 of Count I of Plaintiff's Complaint are neither admitted nor denied due to State Farm Mutual Automobile Insurance Company's lack of knowledge or information sufficient upon which to form a belief as to their truthfulness.

13.

The allegations contained in paragraph 13 of Count II of Plaintiff's Complaint do not call for a response from State Farm Mutual Automobile Insurance Company; however, insofar as a response may be deemed necessary, said allegations are denied in their entirety.

14.

The allegations contained in paragraph 14 of Count II of Plaintiff's Complaint are neither admitted nor denied due to State Farm Mutual Automobile Insurance Company's lack of knowledge or information sufficient upon which to form a belief as to their truthfulness.

15.

The allegations contained in paragraph 15 of Count II of Plaintiff's Complaint are neither admitted nor denied due to State Farm Mutual Automobile Insurance Company's lack of knowledge or information sufficient upon which to form a belief as to their truthfulness.

16.

The allegations contained in paragraph 16 of Count II of Plaintiff's Complaint are neither admitted nor denied due to State Farm Mutual Automobile Insurance Company's lack of knowledge or information sufficient upon which to form a belief as to their

truthfulness.

17.

The allegations contained in paragraph 17 of Count II of Plaintiff's Complaint are neither admitted nor denied due to State Farm Mutual Automobile Insurance Company's lack of knowledge or information sufficient upon which to form a belief as to their truthfulness.

18.

The allegations contained in paragraph 18 of Count II of Plaintiff's Complaint are neither admitted nor denied due to State Farm Mutual Automobile Insurance Company's lack of knowledge or information sufficient upon which to form a belief as to their truthfulness.

19.

The allegations contained in paragraph 19 of Count II of Plaintiff's Complaint are do not call for a response from State Farm Mutual Automobile Insurance Company; however, insofar as a response may be deemed necessary, said allegations are denied in their entirety.

20.

The allegations contained in paragraph 20 of Count II of Plaintiff's Complaint are neither admitted nor denied due to State Farm Mutual Automobile Insurance Company's lack of knowledge or

information sufficient upon which to form a belief as to their truthfulness.

21.

The allegations contained in paragraph 21 of Count II of Plaintiff's Complaint are neither admitted nor denied due to State Farm Mutual Automobile Insurance Company's lack of knowledge or information sufficient upon which to form a belief as to their truthfulness.

22.

The allegations contained in paragraph 22 of Count II of Plaintiff's Complaint are neither admitted nor denied due to State Farm Mutual Automobile Insurance Company's lack of knowledge or information sufficient upon which to form a belief as to their truthfulness.

23.

The allegations contained in paragraph 23 of Count II of Plaintiff's Complaint are neither admitted nor denied due to State Farm Mutual Automobile Insurance Company's lack of knowledge or information sufficient upon which to form a belief as to their truthfulness.

WHEREFORE, having fully answered the Complaint, State Farm Mutual Automobile Insurance Company prays:

(a) That State Farm Mutual Automobile Insurance Company be

discharged from this action with all costs cast against the Plaintiff;

(b)   That there be a trial before a jury of twelve (12) persons and that such jury render a judgment in favor of the Defendant and against the Plaintiff; and

(c)   That State Farm Mutual Automobile Insurance Company be granted such other and further relief as this Court may find just and reasonable under the circumstances.

This 10th day of July, 2023.

COWSERT HEATH, LLP
ATTORNEYS FOR STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY


By: _____
    William S. Cowsert
    Georgia Bar No.: 192259


By: _____
    S. Tyler Normandia
    Georgia Bar No.: 219879

P.O. Box 627
Athens, Georgia 30603
(706)543-7700
efilings@cowsertheath.com

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

JOSEPH KARRIEM,                    )
                                   )
          Plaintiff,               )
                                   )
     vs.                           )
                                   )
DANNY MOORE, JR., DANNY            )  CIVIL ACTION NO. 23EV003390
MOORE TRUCKING, LLC, and          )
BERKSHIRE HATHAWAY                 )
HOMESTATE INSURANCE                )
COMPANY,                           )
                                   )
          Defendant.               )
_____    )

## CERTIFICATE OF SERVICE

The undersigned, counsel for State Farm Mutual Automobile
Insurance Company in the above civil action, hereby certifies that
he has this day served all parties with a copy of the foregoing
Answer of State Farm Mutual Automobile Insurance Company by mailing
same, properly stamped and addressed as follows:

    Steven M. Fair
    MORGAN & MORGAN ATLANTA, PLLC
    191 Peachtree Street, NE
    Suite 4200
    Post Office Box 57007
    Atlanta, Georgia 30343
    **ATTORNEYS FOR PLAINTIFF**

    Danny Moore, Jr.
    Danny Moore Trucking, LLC
    6905 Flat Creek Road
    Kershaw, South Carolina, 29067

Berkshire Hathaway Homestate
Insurance Company
c/o Andrea Conarro
439 South Park Street
Unit A
Dahlonega, Georgia 30533
**DEFENDANTS**

This \_\_\_\_ day of July, 2023.

William S. Cowsert

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV003390**
**7/10/2023 11:28 AM**
**Donald Talley, Clerk**
**Civil Division**

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JOSEPH KARRIEM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DANNY MOORE, JR., DANNY | ) CIVIL ACTION NO. 23EV003390 |
| MOORE TRUCKING, LLC, and | ) |
| BERKSHIRE HATHAWAY | ) |
| HOMESTATE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## RULE 5.2 CERTIFICATE OF SERVICE

Pursuant to Uniform Superior Court Rule 5.2, I, William S·
Cowsert, Counsel for State Farm Mutual Automobile Insurance Company
(State Farm), certify that I have this day served a copy of State
Farm Mutual Automobile Insurance Company's Interrogatories and
Request for Production of Documents by placing same in the United
States Mail, postage prepaid, addressed as follows:

Steven M. Fair
MORGAN & MORGAN ATLANTA, PLLC
191 Peachtree Street, NE
Suite 4200
Post Office Box 57007
Atlanta, Georgia 30343
**ATTORNEYS FOR PLAINTIFF**

Danny Moore, Jr.
Danny Moore Trucking, LLC
6905 Flat Creek Road
Kershaw, South Carolina, 29067

Berkshire Hathaway Homestate
Insurance Company
c/o Andrea Conarro
439 South Park Street
Unit A
Dahlonega, Georgia 30533
**DEFENDANTS**

This _10th_ day of July, 2023.

           COWSERT HEATH, LLP
           ATTORNEYS FOR STATE FARM MUTUAL
           AUTOMOBILE INSURANCE COMPANY

By: _____
        William S. Cowsert
        Georgia Bar No.: 192259

P.O. Box 627
Athens, Georgia 30603
(706)543-7700
efilings@cowsertheath.com

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV003390**
**7/10/2023 11:28 AM**
**Donald Talley, Clerk**
**Civil Division**

# C|H **COWSERT | HEATH**

A LIMITED LIABILITY PARTNERSHIP

William S. Cowsert
M. Steven Heath
Susan S. Elder
Matthew A. Moseley

William S. Cowsert
Bill.Cowsert@cowsertheath.com

Michael S. Broun
Joseph D. Stephens
W. Alexander McQueen
S. Tyler Normandia

**July 10, 2023**

**To:**     All Judges, Clerks of Court and Counsel of Record

**From:**   William S. Cowsert

**Re:**     Notice of Leave of Absence

COMES NOW **William S. Cowsert** and respectfully notifies all judges before whom he has cases pending, all affected clerks of court, and all opposing counsel and pro se parties, that he will be on leave pursuant to O.C.G.A. §9-10-150, O.C.G.A. §17-8-26, Georgia Uniform Superior Court Rule 16 and Rule 16 of the Federal Rules of Civil Procedure.

1.

The applicant will also be on leave away from the practice of law for personal vacation and professional conferences from October 26-27, 2023; May 28-31, 2024; June 5-7, 2024; and June 13-18, 2024. This request for leave is in accordance with Georgia Uniform Superior Court Rule 16 and Rule 16 of the Federal Rules of Civil Procedure.

2.

The Applicant shall be on leave away from the practice of law from August 14-16, 2023, to attend the National Conference of State Legislators; September 11-13, 2023, to attend Senate Republican Caucus Meeting; and January 8, 2024, through April 8, 2024, for the purpose of serving in the State Senate. This request for leave is in accordance with the provisions of O.C.G.A. §9-10-150 and O.C.G.A. §17-8-26.

3.

All affected judges and opposing counsel shall have ten (10) days from the date of this

Notice to object to it.  If no objections are filed, the leave shall be granted.

This ⟶16⟵ day of July, 2023.

Respectfully submitted,

William S. Cowsert
Georgia State Bar No. 192259

COWSERT HEATH, LLP
P. O. Box 627
Athens, Georgia 30603
(706) 543-7700

IN RE:        WILLIAM S. COWSERT APPLICATION FOR LEAVE OF COURT

EXHIBIT "A"

**STATE COURT OF FULTON COUNTY**

| Case Name/ Number | Court / Judge | Counsel |
|---|---|---|
| Karrem v. Moore, et. al. 23EV03390 | State Court of Fulton County Hon. Diane E. Bessen | Steven M. Fair MORGAN & MORGAN ATLANTA, PLLC 191 Peachtree Street, NE Suite 4200 Post Office Box 57007 Atlanta, Georgia 30343 <br><br> Danny Moore, Jr. Danny Moore Trucking, LLC 6905 Flat Creek Road Kershaw, South Carolina, 29067 <br><br> Berkshire Hathaway Homestate Insurance Company c/o Andrea Conarro 439 South Park Street Unit A Dahlonega, Georgia 30533 |

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV003390**
**8/11/2023 1:36 PM**
**Donald Talley, Clerk**
**Civil Division**

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JOSEPH KARRIEM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) FILE NO. 23EV003390 |
| DANNY MOORE, JR., DANNY MOORE | ) |
| TRUCKING, LLC and BERKSHIRE | ) |
| HATHAWAY HOMESTATE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION EXTENDING TIME FOR DEFENDANT BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Joseph Karriem ("Plaintiff" herein) and Defendant Berkshire Hathaway Homestate Insurance Company ("Berkshire Hathaway" herein), file this Joint Stipulation Extending Time to Respond to Plaintiff's Complaint pursuant to O.C.G.A. § 9-11-6(b), showing the Court as follows:

On June 8, 2023, Plaintiff filed a Complaint with this Court and, as a result thereof, initiated the above-styled action against the named Defendants Danny Moore, Jr., Danny Moore Trucking, LLC, and Berkshire Hathaway. Plaintiff served a copy of the Summons and Complaint upon Defendant Berkshire Hathaway on or about July 6, 2023, though no Affidavit of Service was ever filed with this Court as to same. Nevertheless, out of an abundance of caution and pursuant to O.C.G.A. § 9-11-6(b), Plaintiff and Defendant Berkshire Hathaway hereby stipulate that Defendant Berkshire Hathaway shall have up to and including **Friday, August 18, 2023,** to file an Answer or other responsive pleading to Plaintiff's Complaint without waiver of any affirmative defenses or objections.

It is further stipulated that Defendant Berkshire Hathaway shall have up to and including **Friday, September 1, 2023,** in which to serve their objections and responses to Plaintiff's Interrogatories, Request for Production of Documents, and Request for Admissions served with Plaintiff's Complaint, without waiver of any objections.

Respectfully submitted, this 11th day of August, 2023.

**MORGAN & MORGAN, PLLC**

*/s/ Steven M. Fair, Esq.*
Steven M. Fair, Esq.
Georgia Bar No. 259488
191 Peachtree Street NE, Suite 4200
P. O. Box 57007
Atlanta, GA  30343-1007
(404) 965-1928
sfair@forthepeople.com
*Attorney for Plaintiff*
*\*Signed by LOC w/ express permission*

**CHARTWELL LAW**

*/s/ Lara Ortega Clark*
Lara Ortega Clark
Georgia Bar No. 281245
Whitney Lay Greene
Georgia Bar No. 955783
Amanda Nardi
Georgia Bar No. 181539

3200 Cobb Galleria Parkway
Suite 250
Atlanta, GA  30339
(404) 334-9340
lclark@chartwelllaw.com
wgreene@chartwelllaw.com
anardi@chartwelllaw.com
*Attorneys for Defendants*

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

JOSEPH KARRIEM,                          )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )        CIVIL ACTION
                                         )        FILE NO. 23EV003390
DANNY MOORE, JR., DANNY MOORE            )
TRUCKING, LLC and BERKSHIRE             )
HATHAWAY HOMESTATE INSURANCE            )
COMPANY,                                 )
                                         )
        Defendants.                      )

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and foregoing **JOINT STIPULATION EXTENDING TIME FOR DEFENDANT BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT** using the Court's electronic filing system, which automatically sends notice to the following counsel of record:

Steven M. Fair, Esq.
Georgia Bar No. 259488
191 Peachtree Street NE, Suite 4200
P. O. Box 57007
Atlanta, GA 30343-1007
(404) 965-1928
sfair@forthepeople.com
*Attorney for Plaintiff*

Submitted this <u>11</u><sup>th</sup> day of August, 2023.

*Signature on Following Page*

**CHARTWELL LAW**

3200 Cobb Galleria Parkway
Suite 250
Atlanta, GA  30339
(404) 410-1151
wgreene@chartwelllaw.com
lclark@chartwelllaw.com
anardi@chartwelllaw.com

*/s/Lara Ortega Clark*
Lara Ortega Clark
Georgia Bar No. 281245
Whitney Lay Greene
Georgia Bar No. 955783
Amanda Nardi
Georgia Bar No. 181539
*Attorneys for Defendants*

State Court of Fulton County
**E-FILED**
23EV003390
8/18/2023 10:49 AM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| JOSEPH KARRIEM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO. 23EV003390 |
| DANNY MOORE, JR., DANNY MOORE | ) | |
| TRUCKING, LLC and BERKSHIRE | ) | |
| HATHAWAY HOMESTATE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS DANNY MOORE, JR., DANNY MOORE TRUCKING, LLC AND BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT FOR DAMAGES

COME NOW Defendants Danny Moore, Jr. ("Moore" herein), Danny Moore Trucking, LLC ("Danny Moore Trucking" herein) and Berkshire Hathaway Homestate Insurance Company ("BHHIC" herein) (collectively "Defendants" herein), and file this Answer and Affirmative Defenses to Plaintiff's Complaint for Damages, showing the Court as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state or set forth claims against some or all of these Defendants upon which relief may be granted.

### SECOND DEFENSE

Defendants did not breach any duty of care owed to Plaintiff.

### THIRD DEFENSE

Plaintiff may not recover against Defendants because no act or omission of Defendants was the actual cause or the proximate cause of Plaintiff's alleged injuries and damages.

## FOURTH DEFENSE

Defendants deny that Defendants, their agents, and/or employees were in any way negligent in connection with the incident made subject of Plaintiff's Complaint.

## FIFTH DEFENSE

Pending further discovery and to preserve defenses, Defendants assert the defenses of contributory negligence and comparative negligence.

## SIXTH DEFENSE

Pending further investigation and discovery Defendant Danny Moore, Jr.'s violation of any applicable laws, statutes, or regulations was unintentional and in the exercise of ordinary care.

## SEVENTH DEFENSE

Any damages awarded to Plaintiff should be reduced proportionally based upon the negligence of Plaintiff, if any, and/or other unnamed responsible parties pursuant to O.C.G.A. § 51-12-33.

## EIGHTH DEFENSE

Plaintiff's alleged medical expenses must be reduced to the extent that they exceed reasonable and customary amounts.

## NINTH DEFENSE

Plaintiff's alleged medical expenses must be reduced to the extent that the expenses are for treatment for injuries and/or conditions which pre-date the subject collision and were not proximately caused by the subject collision.

**TENTH DEFENSE**

Any claims for negligent hiring, training, supervision, and/or retention are improper and unsupported as a matter of law and must be dismissed.

**ELEVENTH DEFENSE**

Any claims for negligent entrustment are improper and unsupported as a matter of law and must be dismissed.

**TWELFTH DEFENSE**

Defendants assert that the proximate cause of the incident and damages alleged in Plaintiff's Complaint were the unforeseeable actions, non-actions, and/or negligence of persons and/or entities other than Defendants and over whom Defendants had no control.

**THIRTEENTH DEFENSE**

Plaintiff is not entitled to any special damages to the extent that Plaintiff failed to specifically plead them in accordance with O.C.G.A. 9-11-9(g).

**FOURTEENTH DEFENSE**

In the event any benefits have been paid by or on behalf of Defendants, Defendants are entitled to a setoff against any verdict for the amount of benefits paid.

**FIFTEENTH DEFENSE**

Defendants deny all allegations of malicious, willful, wanton, reckless, or negligent acts alleged in the Complaint.

**SIXTEENTH DEFENSE**

Pending further investigation and discovery, Defendants reserve the right to assert all applicable affirmative defenses provided under the Georgia Civil Practice Act.

1.

Defendants lack sufficient information or knowledge to admit or deny the allegations in Paragraph 1 of Plaintiff's Complaint, and, as a result, are unable to admit or deny same.

2.

Paragraph 2 of Plaintiff's Complaint calls for conclusions of law for which no response is required.  To the extent a response is required, Defendants deny the allegations as pled. Further responding, Defendants admit that Defendant Danny Moore, Jr. is a resident of South Carolina and may be personally served at 6905 Flat Creek Road, Kershaw, South Carolina 29067. Defendants further admit that methods for service of process are set by operation of applicable law. Anything inconsistent with the preceding statement is denied.

3.

Paragraph 3 of Plaintiff's Complaint calls for conclusions of law for which no response is required.  To the extent a response is required, Defendants deny the allegations as pled.  Further responding, Defendants admit that Defendant Danny Moore Trucking, LLC maintains its principal place of business at 6905 Flat Creek Road, Kershaw, South Carolina 29067 and may be served via its registered agent, InCorp Services, Inc., located at 317 Ruth Vista Road, Lexington, South Carolina 29073. However, Defendants show that Defendant Danny Moore Trucking, LLC is a foreign limited liability company.

4.

Paragraph 4 of Plaintiff's Complaint calls for conclusions of law for which no response is required.  To the extent a response is required, Defendants deny the allegations as pled. Further responding, Defendants admit that Defendant BHHIC is authorized to do business in the State of Georgia, maintains its principal place of business at 1314 Douglas Street, Suite 1300, Omaha,

Nebraska 68102, and may be served via its registered agent, Andrea Conarro, Esq., located at the Law Office of Andrea Conarro, LLC, 439 South Park Street, Unit A, Dahlonega, Georgia 30533. However, Defendants show that Defendant BHHIC is a foreign insurance company.

5.

Paragraph 5 of Plaintiff's Complaint calls for conclusions of law for which no response is required.  To the extent a response is required, Defendants deny the allegations as pled.

**<u>COUNT I – NEGLIGENCE OF DEFENDANT DANNY MOORE, JR.</u>**

6.

Defendants hereby reincorporate all objections and responses to Paragraphs 1 through 5 of Plaintiff's Complaint as if fully restated herein.

7.

Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained within Paragraph 7 of Plaintiff's Complaint and, as a result, are unable to admit or deny same. However, upon information and belief, admitted.

8.

Paragraph 8 of Plaintiff's Complaint calls for conclusions of law for which no response is required.  To the extent a response is required, Defendants deny the allegations as pled. Further responding, Defendants admit only that on or about January 30, 2022, Defendant Moore's vehicle made contact with Plaintiff's vehicle. Defendants deny the remaining allegations contained within Paragraph 8 of Plaintiff's Complaint, and specifically deny any and all allegations or inferences of negligence, recklessness, carelessness, unlawfulness and/or liability as to Defendant Moore.

9.

Paragraph 9 of Plaintiff's Complaint calls for conclusions of law for which no response is required.  To the extent a response is required, Defendants lack sufficient information or knowledge to admit or deny the allegations contained within Paragraph 9 of Plaintiff's Complaint, which are therefore denied by operation of law.

10.

Paragraph 10 of Plaintiff's Complaint, including but not limited to sub-paragraphs (a) through (g), calls for conclusions of law for which no response is required.  To the extent a response is required, Defendants deny the allegations as pled. Further responding, Defendants admit that duties owed by the motoring public are as set by operation of applicable law. Anything inconsistent with the preceding statement is denied. Defendants further deny the any remaining allegations contained within Paragraph 10 of Plaintiff's Complaint, including but not limited to sub-paragraphs (a) through (g), and specifically deny any and all allegations or inferences of negligence, negligence per se and/or liability as to Defendant Moore.

11.

Paragraph 11 of Plaintiff's Complaint calls for conclusions of law for which no response is required.  To the extent a response is required, denied.

12.

Paragraph 12 of Plaintiff's Complaint calls for conclusions of law for which no response is required.  To the extent a response is required, denied.  Defendants specifically deny any and all allegations or inferences of negligence and/or liability as to Defendant Moore and further deny that Plaintiff is entitled to recover any damages from Defendants.

## <u>COUNT II – NEGLIGENCE OF DEFENDANT DANNY MOORE TRUCKING, LLC</u>

13.

Defendants hereby reincorporate all objections and responses to Paragraphs 1 through 12 of Plaintiff's Complaint as if fully restated herein.

14.

Paragraph 14 of Plaintiff's Complaint calls for conclusion of law for which no response is required. To the extent a response is required, admitted.

15.

Paragraph 15 of Plaintiff's Complaint calls for conclusion of law for which no response is required. To the extent a response is required, Defendants deny the allegations as pled. Further responding, Defendants admit that Defendant Moore was operating the subject vehicle within the course and scope of his employment for Defendant Danny Moore Trucking at the time of the subject accident. However, Defendants deny the any remaining allegations contained within Paragraph 15 of Plaintiff's Complaint, and specifically deny any and all allegations or inferences of negligence, and/or liability as to Defendants Danny Moore and/or Danny Moore Trucking.

16.

Paragraph 16 of Plaintiff's Complaint calls for conclusion of law for which no response is required. To the extent a response is required, denied.

17.

Paragraph 17 of Plaintiff's Complaint calls for conclusion of law for which no response is required. To the extent a response is required, denied.

18.

Paragraph 18 of Plaintiff's Complaint calls for conclusion of law for which no response is required.  To the extent a response is required, denied.  Defendants specifically deny any and all allegations or inferences of negligence and/or liability as to Defendants Moore and/or Danny Moore Trucking and further deny that Plaintiff is entitled to recover any damages from Defendants.

## **CONTRACT**

19.

Defendants hereby incorporate all objections and responses to Paragraphs 1 through 18 of Plaintiff's Complaint as if fully restated herein.

20.

Paragraph 20 of Plaintiff's Complaint calls for conclusion of law for which no response is required.  To the extent a response is required, Defendants admit that Defendant BHHIC issued a Policy of business auto insurance to Defendant Danny Moore Trucking, LLC which is applicable to the accident that is the subject matter of this lawsuit  subject to the Policy's terms, conditions, exclusions and limits. All remaining allegations contained within Paragraph 20 of Plaintiff's Complaint are denied and Defendants specifically deny any liability to Plaintiff.

21.

Paragraph 21 of Plaintiff's Complaint calls for conclusion of law for which no response is required.  To the extent a response is required, Defendants admit that Defendant BHHIC issued a Policy of business auto insurance to Defendant Danny Moore Trucking, LLC  which is applicable to the accident that is the subject matter of this lawsuit and includes liability coverage subject to the Policy's terms, conditions, exclusions and limits. The liability coverage has a combined single limit of $1,000,000 which has been reduced to $965,301 through the payment of other claims

associated with this accident. All remaining allegations contained within Paragraph 21 of Plaintiff's Complaint are denied and Defendants specifically deny any liability to Plaintiff.

22.

Paragraph 22 of Plaintiff's Complaint calls for conclusion of law for which no response is required.  To the extent a response is required, Defendants deny the allegations as pled. Further responding, Defendants admit that an insurance carrier may be joined as a party-defendant as set by operation of applicable law. Anything inconsistent with the preceding statement is denied. All remaining allegations contained within Paragraph 22 of Plaintiff's Complaint are denied and Defendants specifically deny any liability to Plaintiff.

23.

Paragraph 23 of Plaintiff's Complaint calls for conclusion of law for which no response is required.  To the extent a response is required, denied.

24.

In response to Plaintiff's prayer for relief appearing immediately after Paragraph 23 of Plaintiff's Complaint, including sub-paragraphs (a) through (g), Defendants deny the allegations contained therein, and further deny that Plaintiff is entitled to the relief sought therein.

25.

Any allegations not previously admitted, denied, or otherwise responded to are hereby denied. Defendants deny all allegations in Plaintiff's Complaint not specifically admitted herein.

26.

**DEFENDANTS HEREBY DEMAND TRIAL BY JURY OF TWELVE (12) AS TO ALL ISSUES SET FORTH IN PLAINTIFF'S COMPLAINT.**

WHEREFORE having specifically responded to Plaintiff's Complaint, Defendants respectfully request that said Complaint be dismissed, that judgment be entered in favor of Defendants, and that Defendants be discharged without cost.

This 18th day of August, 2023.


|  |  |
|---|---|
|  | **CHARTWELL LAW** |
|  | _/s/Lara Ortega Clark_ |
| 3200 Cobb Galleria Parkway | Lara Ortega Clark |
| Suite 250 | Georgia Bar No. 281245 |
| Atlanta, GA  30339 | Whitney Lay Greene |
| (404) 410-1151 | Georgia Bar No. 955783 |
| lclark@chartwelllaw.com | Amanda Nardi |
| wgreene@chartwelllaw.com | Georgia Bar No. 181539 |
| anardi@chartwelllaw.com | _Attorneys for Defendants Danny Moore, Jr.,_ |
|  | _Danny Moore Trucking, LLC, and Berkshire_ |
|  | _Hathaway Homestate Insurance Company_ |

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| JOSEPH KARRIEM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO. 23EV003390 |
| DANNY MOORE, JR., DANNY MOORE | ) | |
| TRUCKING, LLC and BERKSHIRE | ) | |
| HATHAWAY HOMESTATE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **DEFENDANTS DANNY MOORE, JR., DANNY MOORE TRUCKING, LLC AND BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT FOR DAMAGES** using the Court's electronic filing system, which automatically sends notice to the following counsel of record:

Steven M. Fair
Morgan & Morgan Atlanta, PLLC
191 Peachtree Street NE, Suite 4200
P. O. Box 57007
Atlanta, GA  30343-1007
404-965-1928
sfair@forthepeople.com

This 18th day of August, 2023.

*(Signature on following page)*

Page -11-

**CHARTWELL LAW**

3200 Cobb Galleria Parkway
Suite 250
Atlanta, GA  30339
(404) 410-1151
lclark@chartwelllaw.com
wgreene@chartwelllaw.com
anardi@chartwelllaw.com

*/s/Lara Ortega Clark*

Lara Ortega Clark
Georgia Bar No. 281245
Whitney Lay Greene
Georgia Bar No. 955783
Amanda Nardi
Georgia Bar No. 181539
*Attorneys for Defendants Danny Moore, Jr.,*
*Danny Moore Trucking, LLC, and Berkshire*
*Hathaway Homestate Insurance Company*