# **<u>EXHIBIT C</u> – NOTICE OF REMOVAL**

South Carolina Secretary of State

# Business Entities Online

File, Search, and Retrieve Documents Electronically

## Danny Moore Trucking LLC

### Corporate Information

**Entity Id:** 01035683

**Entity Type:** Limited Liability Company

**Status:** Good Standing

**Domestic/Foreign:** Domestic

**Incorporated State:** South Carolina

### Important Dates

**Effective Date:** 06/18/2020

**Expiration Date:** N/A

**Term End Date:** N/A

**Dissolved Date:** N/A

### Registered Agent

**Agent:** InCorp Services, Inc.

**Address:** 317 Ruth Vista Road
Lexington, South Carolina   29073

## Official Documents On File

| Filing Type | Filing Date |
|---|---|
| Articles of Organization | 06/18/2020 |

For filing questions please contact us at **803-734-2158**        Copyright © 2023 State of South Carolina