# **<u>EXHIBIT D</u> – NOTICE OF REMOVAL**

1000139495  Pgs: 5
CORNHUSKER CASUALTY COMPANY
Filed: 01/09/1970 04:30 PM
NE Sec of State John A Gale - CORP AP

Articles of Incorporation

of

Cornhusker Casualty Company

Omaha

Filing 500.00
Recording 3.00

perpetual

R.A.
John R. Ringwalt
3024 Harney St.
Omaha

Receipt No. B38828

STATE OF NEBRASKA } ss
SECRETARY'S OFFICE
Received and filed for record JAN 9 1970
and recorded on film roll No. 35
at page 2088

Secretary of State

ARTICLES OF INCORPORATION

OF

CORNHUSKER CASUALTY COMPANY

State of Nebraska
DEPARTMENT OF INSURANCE
APPROVED

JAN 8 1970

Benjamin C. Neff
Director of Insurance

The undersigned, natural persons of the age of twenty-one years or more, acting as incorporators pursuant to the applicable provisions of Chapters 21 and 44, Reissue Revised Statutes of Nebraska, 1943, as amended, and other applicable laws, do hereby adopt these Articles of Incorporation:

### Article I
### Name

The name of the corporation is CORNHUSKER CASUALTY COMPANY.

### Article II
### Duration

The period of duration of the corporation is perpetual.

### Article III
### Purposes and Powers

The purposes for which the corporation is organized are, in general, to act as insurer and reinsurer of any risk and transact insurance business of every kind other than life and title insurance; to contract for and issue bonds, certificates, policies, and other insurance instruments, and reinsure all or any part of any insured risk in any manner as permitted by applicable law in conformity with certificates of authority, licenses, or other permits heretofore or hereafter granted or issued to it by the appropriate regulatory agencies of the State of Nebraska and other authorities having jurisdiction of its insurance business; to acquire by purchase or otherwise, hold for investment or otherwise, and dispose of for profit or otherwise, any interest in or species of personal or real property wherever located; and to undertake any commercial or other venture for which a corporation may be organized under the Nebraska Business Corporation Act, as amended, to the extent appropriate, convenient, incidental, or necessary to its insurance business; and, for the effectuation of its purposes, the powers of the corporation include without limitation all powers heretofore, now, or hereafter permitted by Chapters 21 and 44, Reissue Revised Statutes of Nebraska, 1943, as amended, and other applicable law to be exercised by a corporation and the power to do or perform to the fullest extent as might a natural person any act appropriate, convenient, or necessary to effect its purposes and not forbidden by applicable law to be done or performed by a corporation.

### Article IV
### Shares

The corporation has authority, not limited by any preemptive or other rights of its shareholders, to issue an aggregate of Ten Thousand (10,000) shares of nonassessable common capital stock of the par value of One Hundred Dollars ($100.00) each subject to such conditions and other terms with respect to transfer thereof and other rights therein of its shareholders as are set out in its Bylaws at the time of its acquisition by them or as are adopted from time to time by their unanimous agreement.

## Article V
### Directors and Officers

The affairs and business of the corporation are conducted and operated by a board of not fewer than five directors or such greater or other number of directors as is permitted by applicable law and determined from time to time in the manner set out in its Bylaws and by a president, a vice president, a secretary, a treasurer, and such one or more other officers or assistants thereto as are found from time to time appropriate, convenient, or necessary to the conduct or operation of its affairs or business; and the corporation has authority, in the manner set out in its Bylaws, to provide for indemnification of its directors and officers and for nonvoidability of transactions with respect to any adverse interest therein of its directors or officers.

State of Nebraska
DEPARTMENT OF INSURANCE
APPROVED
JAN 8 1970
Benjamin C. ___
Director of Insurance

## Article VI
### Bylaws

The Board of Directors of the corporation has authority from time to time to alter, amend, or revoke all or any part of its Bylaws in any manner appropriate, convenient, or necessary to the government and regulation of its affairs or business and not inconsistent with applicable law or these Articles of Incorporation.

## Article VII
### Registered Office and Agent

Subject to change from time to time as permitted by applicable law, the registered office of the corporation shall be at 3024 Harney Street in Omaha, Douglas County, Nebraska, and the registered agent at such address is John R. Ringwalt.

## Article VIII
### Amendment

The shareholders of the corporation have authority from time to time to alter, amend, or revoke all or any part of these Articles of Incorporation at any annual, regular or special meeting by a vote of not fewer than two-thirds in interest thereof, or in any other manner as permitted by applicable law.

## Article IX
### Incorporators

The name and address of each incorporator is:

| Incorporator | Address |
|---|---|
| Warren E. Buffett | 5505 Farnam Street, Omaha, Nebr. |
| Jack D. Ringwalt | 1320 So. 80th St., Omaha, Nebraska |
| John R. Ringwalt | 3418 So. 77th St., Omaha, Nebraska |
| Quentin M. Breunig | 912 So. 89th St., Omaha, Nebraska |
| John W. Scott | 5414 Nicholas St., Omaha, Nebraska |
| Philip L. Liesche | 1406 Crawford Road, Omaha, Nebr. |

_____  212 No. 55th St., Omaha, Nebraska
Howard Kennedy

_____  611 So. 93rd Avenue, Omaha, Nebr.
Daniel J. Monen, Jr.

_____  848 Fairacres Road, Omaha, Nebr.
George D. Young

State of Nebraska
DEPARTMENT OF INSURANCE
**APPROVED**

JAN 8 1970

Benjamin C. Neff
Director of Insurance

-3-

2090

To be filed with the Secretary of State.

# THE DAILY RECORD
## OF OMAHA
### A. H. HENNINGSEN, Publisher
### PROOF OF PUBLICATION

UNITED STATES OF AMERICA,
THE STATE OF NEBRASKA,
DISTRICT OF NEBRASKA,
COUNTY OF DOUGLAS,
CITY OF OMAHA,
} ss.

JOHN P. EGLSAER

being duly sworn, deposes and says that he is

### ADVERTISING MANAGER

of THE DAILY RECORD, of Omaha, a legal newspaper, printed and published daily in the English language, having a bona fide paid circulation in Douglas County in excess of 300 copies, printed in Omaha, in said County of Douglas, for more than fifty-two weeks last past: that the printed notice hereto attached was published in THE DAILY RECORD,

of Omaha, for........3........consecutive weeks, on the same day of each

week, beginning on............January 15, 1970..............................

and ending on..................February 5, 1970..............................

That said Newspaper during that time was regularly published and in general circulation in the County of Douglas, and State of Nebraska.

Publisher's Fee  $ ...22.08..

Additional Copies  _____

Total  - -  $ ...22.08..

John P. Eglsaer

Subscribed in my presence and sworn to
before me this......5th..........day of
..........February.........., 19.70..

Patricia Waters

Notary Public in and for Douglas County,
State of Nebraska

---

**MONEN, SEIDLER, & RYAN**
Attorneys
1400 Kiewit Plaza

**NOTICE OF INCORPORATION**

Notice is hereby given that the undersigned has formed a corporation under the Nebraska Business Corporation Act.

I.
The name of the corporation is CORNHUSKER CASUALTY COMPANY.

II.
The address of the registered office of the corporation is 1024 Harney Street, Omaha, Nebraska.

III.
The general nature of the business to be transacted is to conduct an insurance business and to reinsure any risk or every kind of insurance business title insurance and to sell and hold any and all licenses, permits, certificates of authority necessary or useful in connection with the business.

IV.
The amount of the capital stock authorized is One Million Dollars ($1,000,000), divided into ten thousand (10,000) shares of One Hundred Dollar ($100.00) par value. One Hundred (100) shares shall be issued and said shares shall be fully paid for. Said stock is not assessable and the fair value to be determined by the Board of Directors.

V.
The corporation commenced business on the 8th day of January, 1970, and has perpetual existence.

VI.
The affairs of the corporation shall be conducted by a Board of Directors and the following Officers: President, Vice President, Secretary, Treasurer, and such other officers as may be provided for in the By-Laws.

DANIEL J. MONEN, JR.
Incorporator

Case 1:23-mi-99999-UNA   Document 2641-5   Filed 08/18/23   Page 7 of 7

NEBRASKA DEPT INSURANCE

APR 1 2 2011
Tentative Approval
NOT FINAL

CERTIFICATE OF AMENDMENT TO

ARTICLES OF INCORPORATION

CORNHUSKER CASUALTY COMPANY



NE Sec of State John A Gale - CORP NN
1001058827          Pgs: 1
BERKSHIRE HATHAWAY HOMESTATE I
Filed: 04/22/2011 10:47 AM

Donald F. Wurster, President & Jackie L. Perry, Secretary hereby certify that as of March 11, 2011:

1. The name of the corporation is Cornhusker Casualty Company, a Nebraska Corporation.

2. Article I of the Articles of Incorporation is amended to read as follows:
   The name of the corporation is BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY.

3. No exchange, reclassification or cancellation of any issued shares shall occur as a result of this amendment.

4. The effective date of this amendment is March 11, 2011.

5. The board of directors has duly approved the foregoing amendment to the Articles of Incorporation.

6a. The number of shares of the Corporation outstanding at the time of such adoption was Forty Thousand (40,000); and the number of shares entitled to vote thereon was Forty Thousand (40,000).

6b. The number of shares voted for such amendment was Forty Thousand (40,000) and the number of shares voted against such amendment was zero (0).

7. No change in the stated capital shall be affected as a result of this amendment.

We further declare under penalty of perjury under the laws of the State of Nebraska that the matters set forth in this certificate are true and correct of our own knowledge.

_____
Donald F. Wurster, President

_____
Jackie L. Perry, Secretary

Effective Date: March 11, 2011