# EXHIBIT B

E-FILED IN OFFICE - JT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**22-A-01926-10**
3/15/2022 8:55 AM
TIANA P. GARNER, CLERK

# AFFIDAVIT OF SERVICE

| Case: 22-A-01926-10 | Court: IN THE SUPERIOR COURT OF GWINNETT COUNTY STATE OF GEORGIA | County: Gwinnett, GA | Job: 6806770 (22-A-01926-10) |
|---|---|---|---|
| **Plaintiff / Petitioner:** IQUATICS TROPICAL FISH, LLC, | | **Defendant / Respondent:** DIAL GOD, LLC, | |
| **Received by:** Ready Serve-Process Service Investigations, LLC | | **For:** C. David Joyner, P.C. Law Firm | |
| **To be served upon:** Registered Agent: Dial God, LLC | | | |

I, Ronnie N. Stewart, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Tanisha Wilson Registered Agent: Dial God, LLC, 1420 Southlake Plaza Dr. Morrow, Ga. 30260   (Authorized person at Answer.net, who accepted.)

**Manner of Service:** Registered Agent: On the 14th of March 2022 at 11:50am EDT

**Documents:** SUMMONS / General Civil and Domestic Relations Case Filing Information Form / COMPLAINT FOR DAMAGES /( Exhibit's A,B,C,D, and E)/ MOTION TO APPOINT SPECIAL CIVIL PROCESS SERVER / AFFIDAVIT OF RONNIE N. STEWART / ORDER APPOINTING CIVIL PROCESS SERVER

**Additional Comments:**
Description of Person Served: Age:46-51 Sex:F Race:Black Ht:5'-7" Wt:200lbs. Hair: Black Eyes: Blk/Brw Glasses:N Other: N

Ronnie N. Stewart        Date 3/14/2022

Ready Serve-Process Service Investigations, LLC
PO Box 496
Redan, GA 30074

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 03-14-2022        Commission Expires 02-28-2025

