# EXHIBIT C

Case 1:23-mi-99999-UNA   Document 2644-3   Filed 08/18/23   Page 2 of 2

E-FILED IN OFFICE - MX
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**22-A-01926-10**
**7/14/2022 7:30 AM**
TIANA P. GARNER, CLERK

## AMENDED AFFIDAVIT OF SERVICE

| Case:<br>22-A-01926-10 | Court:<br>IN THE SUPERIOR COURT OF GWINNETT COUNTY STATE OF GEORGIA | County:<br>Gwinnett, GA | Job:<br>6806770 (22-A-01926-10) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>IQUATICS TROPICAL FISH, LLC, | | Defendant / Respondent:<br>DIAL GOD, LLC, | |
| Received by:<br>Ready Serve-Process Service Investigations, LLC | | For:<br>C. David Joyner, P.C. Law Firm | |
| To be served upon:<br>Registered Agent: Dial God, LLC | | | |

I, Ronnie N. Stewart, being duly sworn, depose and say; I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:  Tanisha Wilson of United States Corporation Agents, Inc., Registered Agent: Dial God, LLC, 1420 Southlake Plaza Dr. Morrow, Ga. 30260   (Authorized person who accepted.)

Manner of Service:  Registered Agent: On the 14th of March 2022 at 11:50am EDT

Documents:  SUMMONS / General Civil and Domestic Relations Case Filing Information Form / COMPLAINT FOR DAMAGES /( Exhibit's A,B,C,D, and E)/ MOTION TO APPOINT SPECIAL CIVIL PROCESS SERVER / AFFIDAVIT OF RONNIE N. STEWART / ORDER APPOINTING CIVIL PROCESS SERVER

Additional Comments:
Description of Person Served: Age:46-51 Sex:F Race:Black Ht:5'-7" Wt:200lbs. Hair: Black Eyes: Blk/Brw Glasses:N Other: N

_____  7/13/2022
Ronnie N. Stewart        Date

Ready Serve-Process Service Investigations, LLC
PO Box 496
Redan, GA 30074

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

7/13/2022                 9/30/2024
Date                      Commission Expires

**Malissa L Brown**
**NOTARY PUBLIC**
**Gwinnett County, GEORGIA**
**My Commission Expires 09/30/2024**