# EXHIBIT E

E-FILED IN OFFICE - JT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**22-A-01926-10**
**9/16/2022 9:57 AM**
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **IQUATICS TROPICAL FISH, LLC,**<br><br>    Plaintiff,<br><br>vs.<br><br>**DIAL GOD LLC,**<br><br>    Defendant. | **Civil Action File No. 22-A-01926-10** |

## FINAL JUDGMENT

This case came before the Court for a Final Hearing on Damages on August 8, 2022. Plaintiff appeared, represented by counsel.  Defendant failed to appear.

After hearing testimony and reviewing documentary evidence, the Court finds that the Plaintiff is entitled to an award of damages.

IT IS THEREFORE ORDERED AND ADJUDGED that judgment be awarded to Plaintiff, and against Defendant, in the amount of $252,429.44, plus court costs in the amount of $211.00. Additionally, Plaintiff is awarded attorney's fees ($3,118.75) and expenses of litigation ($388.00), an aggregate amount of $3,506.75.  Accordingly, the **total judgment** in favor of Plaintiff and against Defendant is: Two-hundred fifty-six thousand, one-hundred forty-seven dollars and nineteen cents (**$256,147.19**).

SO ORDERED this 15th day of September, 2022.

        **JUDGE REGINA J. MATTHEWS**
        **Gwinnett County Superior Court**
        **By Designation**

CC:    Counsel for Plaintiff