# EXHIBIT

# F



P.O. Box 302
Marietta, PA 17547-0302
(800)877-0600
www.donegalgroup.com

# Commercial Package Policy Declarations Page

Coverage provided by:

Atlantic States Insurance Company

| | |
|---|---|
| **Policy Number:** | **CPA9256987** |
| **Policy Type:** | Commercial Package Policy |
| **Reason Issued:** | New Business |
| **Effective Date:** | 01/15/2020 |

**Named Insured & Mailing Address:**

Dial God LLC
5825 PASTURE CT
SUWANEE GA 30024

**Your Agency:**

GRIFFIN & COMPANY INSURANCE
PO Box 71725
Albany GA 31708
(229)432-9892
Agency Number: 5510342-00  (A)

**Policy Period: From 01/15/2020 to 01/15/2021**

This policy period begins and ends at 12:01 a.m. at the named insured's address shown above.

In consideration of the premium, insurance is provided for those coverages for which specific limits of insurance are shown or are otherwise stated as included; all subject to the provisions of this policy including its policy jacket, forms and endorsements. The total annual premium as shown is provisional and is subject to the premium audit provisions of the policy.

## Policy Summary

| Insured Premises: | |
|---|---|
| **Description of Business:**<br>LRO | **Form of Business:**<br>Limited Liability Company |
| **Property** | $7,842 |
| **General Liability** | $915 |
| Certified Acts of Terrorism Coverage | |
| Property | $118 |
| General Liability | $14 |
| **Total Annual Premium:** | **$8,889** |

*Donegal Mutual Insurance Company and affiliated insurance companies conduct business together as the Donegal Insurance Group.*

POLICY NUMBER:          CPA9256987

## Common Forms and Endorsements

Common Forms and Endorsements are applicable to all coverage parts, unless otherwise stated in the form or endorsement

| CMOF 599 | 01/15 | Policyholder Disclosure Notice Regarding Terrorism Insurance Coverage |
| IL 00 03 | 04/98 | Calculation of Premium |
| IL 00 17 | 11/98 | Common Policy Conditions |
| IL 00 21 | 04/98 | Nuclear Energy Liability Exclusion Endorsement Broad Form |
| IL 02 62 | 02/15 | GA Changes - Cancellation and Nonrenewal |

POLICY NUMBER:            CPA9256987

# Property Coverage

## Location of Described Premises

**Premises 1:**    1197 OLD PEACHTREE RD NW, SUWANEE GA 30024

**Description:**    Multiple Occupancy Mercantile Buildings, Other Than Large Area    **Class Code:**    0434

**Occupancy:**    **Protection Class:** 3

**Construction:**  Non-Combustible    **Year Built:**    2004

| Premises **1** - Building **1** | | | |
|---|---|---|---|
| **Coverages** | | | |
| Building Limit Of Insurance: | $1,701,700 | **Premium:** | $2,655 |
| Deductible: | $1,000 | Inflation Guard: | N/A |
| Valuation: | Replacement Cost | Coinsurance: | 80% |
| Covered Cause of Loss: | Special Form Including Theft | | |

## Location of Described Premises

**Premises 2:**    3492 SATELLITE BLVD, DULUTH GA 30096

**Description:**    Mercantile - Multiple Occupancy - Large Area (Over 15k Sq Ft)    **Class Code:**    0433

**Occupancy:**    **Protection Class:** 2

**Construction:**  Frame    **Year Built:**    1994

| Premises **2** - Building **1** | | | |
|---|---|---|---|
| **Coverages** | | | |
| Building Limit Of Insurance: | $3,307,500 | **Premium:** | $4,762 |
| Deductible: | $1,000 | Inflation Guard: | N/A |
| Valuation: | Replacement Cost | Coinsurance: | 80% |
| Covered Cause of Loss: | Special Form Including Theft | | |

# Silver Series Property Coverage Enhancement Supplemental Declarations

| CPD-910 (09-15) Silver Series Plus Preferred Property Coverage Enhancement Endorsement |
|---|

**Increased Limits of Insurance:**

Each coverage shown below applies separately per location.  The coverages and limits provided are in addition to and will be applied in excess of any other limits provided in this policy for the same coverage.

| Coverage | Limit of Insurance | Deductibles |
|---|---|---|
| **Property Coverages** | | |
| Accounts Receivable Coverage Extension | $100,000 Additional Limit of Insurance | Applicable Your Business Personal Property Deductible |
| Employee Theft (including coverage for welfare and pension plans that are subject to ERISA) | $25,000 Additional Limit of Insurance | $500 |
| Money and Securities - Inside the Premises | $25,000 Additional Limit of Insurance | $250 |
| Money and Securities - Outside the Premises | $25,000 Additional Limit of Insurance | $250 |
| Tenant Glass | $10,000 Additional Limit of Insurance | $250 |
| Tenant Lease Assessment | $5,000 Additional Limit of Insurance | $250 |
| Tenant Leasehold Improvements | $25,000 Additional Limit of Insurance | None |
| Valuable Papers and Records Coverage Extension | $50,000 Additional Limit of Insurance | Applicable Your Business Personal Property Deductible |
| Water Backup of Sewers, Drains, or Sumps | $50,000 Additional Limit of Insurance | Applicable Your Business Personal Property Deductible |

| Coverages Amendments: |
|---|

Each coverage shown below applies separately per location.  These coverages amend the coverage as found in the policy.

| Coverage | Limit of Insurance | Deductibles |
|---|---|---|
| **Property Coverages** | | |
| Brands and Labels | $25,000 | None |
| Broadened Preservation of Property (60 days) | Included in Applicable Building and/or Your Personal Property Limit of Insurance | None |
| Business Income and Extra Expense | $50,000 | 72 hours |
| Business Income and Extra Expense – Alterations and New Building Extension | Included in Business Income and Extra Expense Limit of Insurance | 72 hours |
| Business Income – Business Income from Dependent Properties | Included in Business Income and Extra Expense Limit of Insurance | 72 hours |
| Business Income and Extra Expense – Civil Authority Extension (3 weeks) | Included in Business Income and Extra Expense Limit of Insurance | 72 hours |

# Silver Series Property Coverage Enhancement Supplemental Declarations
*(Continued)*

| CPD-910 (09-15) Silver Series Plus Preferred Property Coverage Enhancement Endorsement *(Continued)* | | |
|---|---|---|
| **Coverage** | **Limit of Insurance** | **Deductibles** |
| **Property Coverages** | | |
| Business Income and Extra Expense – Extended Business Income (180 days) | Included in Business Income and Extra Expense Limit of Insurance | 72 hours |
| Business Income and Extra Expense – Newly Acquired Properties Extension | Included in Business Income and Extra Expense Limit of Insurance | 72 hours |
| Business Income and Extra Expense – Pollutant Cleanup and Removal | $25,000 | 72 hours |
| Business Income – Property In Transit | $25,000 | 72 hours |
| Business Income and Extra Expense – Tenant Move Back Expenses | $10,000 | None |
| Business Income and Extra Expense – Utility Services – Time Element | $25,000 | 72 hours |
| Business Income and Extra Expense – Water Backup of Sewers, Drains or Sumps | $50,000 | 72 hours |
| Premises Boundary – Broadened to 1,000 feet | Included in Applicable Building and/or Your Business Personal Property Limit of Insurance | None |
| Personal Property of Others – Replacement Cost Valuation | Included in Applicable Personal Property of Others Limit of Insurance | Applicable Personal Property of Others Deductible |
| Theft Loss to Building | Included in Applicable Your Business Personal Property Limit of Insurance | None |

| Additional Coverages and Coverage Extensions: | | |
|---|---|---|
| The additional coverages and coverage extensions shown below apply separately per location. | | |
| **Coverage** | **Limit of Insurance** | **Deductibles** |
| **Property Coverages** | | |
| Appurtenant Structures | $25,000 | Applicable Building Deductible |
| Broadened Building Coverage | Included in applicable Building Limit of Insurance | Applicable Building Deductible |
| Broadened Debris Removal | $50,000 | None |
| Broadened Fire Department Service Charge | $5,000 | None |
| Broadened Pollutant Clean Up and Removal | $25,000 | None |
| Building Ordinance or Law – Loss to the Undamaged Portion of the Building | Included in applicable Building Limit of Insurance | Applicable Building Deductible |
| Building Ordinance or Law – Demolition Cost and Increased Cost of Construction | $200,000 | None |

POLICY NUMBER:        CPA9256987

# Silver Series Property Coverage Enhancement Supplemental Declarations
*(Continued)*

| CPD-910 (09-15) Silver Series Plus Preferred Property Coverage Enhancement Endorsement *(Continued)* | | |
|---|---|---|
| **Coverage** | **Limit of Insurance** | **Deductibles** |
| **Property Coverages** | | |
| Building Ordinance or Law – Demolition Cost and Increased Cost of Construction – Tenants Improvements and Betterments | $25,000 | None |
| Building Ordinance or Law Coverage – Increased Period of Restoration | $50,000 | None |
| Business Personal Property Limit of Insurance – Seasonal Increase | 10% of the applicable Your Business Personal Property Limit of Insurance | None |
| Consequential Loss to Stock | $10,000 | None |
| Credit Card Slips | $5,000 | Applicable Your Business Personal Property Deductible |
| Equipment Breakdown Coverage | Included Refer to Endorsement CPD-920 | $500 |
| Fine Arts Coverage Extension | $25,000 | Applicable Your Business Personal Property Deductible |
| Fire Extinguishing Equipment Recharge | $5,000 | None |
| Forgery or Alteration | $25,000 | $250 |
| Foundations Coverage | Included in applicable Building Limit of Insurance | Applicable Building Deductible |
| Inside The Premises – Robbery Or Safe Burglary Of Other Property | $25,000 | Applicable Your Business Personal Property Deductible |
| Inventory and Appraisals | $25,000 | None |
| Lock and Key Replacement | $1,000 Per Occurrence $5,000 Policy Year | Applicable Building Deductible |
| Mobile Equipment | $25,000 | Highest Your Business Personal Property Deductible Shown In Declarations |
| Non-owned Detached Trailers | $10,000 | Applicable Your Business Personal Property Deductible |
| Ornamental Display Gardens | $10,000 | Applicable Your Business Personal Property Deductible |
| Ornamental Landscape Displays | $10,000 | Applicable Your Business Personal Property Deductible |
| Outdoor Fences | $10,000 | Applicable Your Business Personal Property Deductible |
| Outdoor Growing Stock | $25,000 | Applicable Your Business Personal Property Deductible |
| Outdoor Light Posts | $10,000 | Applicable Your Business Personal Property Deductible |
| Outdoor Signs | $10,000 | Applicable Your Business Personal Property Deductible |
| Outdoor Trees, Shrubs and Plants | $10,000 | Applicable Your Business Personal Property Deductible |
| Radio and Television Antennas | $25,000 | Applicable Your Business Personal Property Deductible |

POLICY NUMBER:          CPA9256987

# Silver Series Property Coverage Enhancement Supplemental Declarations
*(Continued)*

| CPD-910 (09-15) Silver Series Plus Preferred Property Coverage Enhancement Endorsement *(Continued)* | | |
|---|---|---|
| **Coverage** | **Limit of Insurance** | **Deductibles** |
| **Property Coverages** | | |
| Spoilage | $50,000 | Applicable Your Business Personal Property Deductible |
| Spoilage – In Transit | $25,000 | Highest Your Business Personal Property Deductible Shown In Declarations |
| Utility Services – Direct Damage | $50,000 | Applicable Building and/or Your Business Personal Property Deductible |
| Voluntary Parting | $10,000 | Highest Your Business Personal Property Deductible Shown In Declarations |

| Increased Limit of Insurance: | | |
|---|---|---|
| Each coverage shown below applies to the entire policy and is the most we will pay regardless of the number of locations insured.  The coverages and limits provided are in addition to and will be applied in excess of any other limits provided in this policy for the same coverage. | | |
| **Coverage** | **Limit of Insurance** | **Deductibles** |
| **Property Coverages** | | |
| Broadened Property Off Premise Coverage Extension | $50,000 | $250 |

| Additional Coverages and Coverage Extensions: | | |
|---|---|---|
| The additional coverages and coverage extensions shown below apply to the entire policy and is the most we will pay regardless of the number of locations insured. | | |
| **Coverage** | **Limit of Insurance** | **Deductibles** |
| **Property Coverages** | | |
| Arson, Theft or Vandalism Rewards | $10,000 | None |
| Broadened Newly Acquired or Constructed Property Coverage Extension – Building | $500,000 | Highest  Building Deductible Shown In Declarations |
| Broadened Newly Acquired or Constructed Property Coverage Extension – Your Business Personal Property | $250,000 | Highest Your Business Personal Property Deductible Shown In Declarations |
| Broadened Personal Effects and Property of Others Coverage Extension | $25,000 | Applicable Your Business Personal Property Deductible |
| Broadened Personal Property in Transit Additional Coverage Extension | $25,000 Per Occurrence $25,000 Policy Year | Highest Your Business Personal Property Deductible Shown In Declarations |
| Computer, Electronic Data and Media | $75,000 | Highest Your Business Personal Property Deductible Shown In Declarations |
| Deferred payments | $25,000 | Applicable Your Business Personal Property Deductible |

POLICY NUMBER:          CPA9256987

# Silver Series Property Coverage Enhancement Supplemental Declarations
*(Continued)*

| CPD-910 (09-15) Silver Series Plus Preferred Property Coverage Enhancement Endorsement *(Continued)* |||
|---|---|---|
| **Increased Limit of Insurance:** |||
| Each coverage shown below applies to the entire policy and is the most we will pay regardless of the number of locations insured.  The coverages and limits provided are in addition to and will be applied in excess of any other limits provided in this policy for the same coverage. |||
| **Coverage** | **Limit of Insurance** | **Deductibles** |
| Installation Coverage Extension | $25,000 | Highest Your Business Personal Property Deductible Shown In Declarations |
| Personal Property At Exhibition | $10,000 | Highest Your Business Personal Property Deductible Shown In Declarations |
| Salespersons Samples | $10,000 | Highest Your Business Personal Property Deductible Shown In Declarations |
| | **Premium:** | $425 |

| CPD 920 (06-10) Equipment Breakdown Coverage - INCLUDED ||
|---|---|
| **Coverages** | **Limit of Insurance** |
| Equipment Breakdown Limit | Included in applicable Building or Your Business Personal Property Limit of Insurance |
| Business Income | Included in applicable Business Income Limit of Insurance |
| Extra Expense | Included in applicable Extra Expense Limit of Insurance |
| Expediting Expenses | $50,000 |
| Hazardous Substances | $50,000 |
| Spoilage | $50,000 |
| Data Restoration | $50,000 |
| Service Interruption | Included in applicable Business Income, Extra Expense or Spoilage Limit of Insurance |
| **Deductibles** ||
| Direct Coverages | Maximum of $2,500 or the Applicable Building and/or Your Business Personal Property Deductible shown in Declarations |
| Indirect Coverages | 1 times ADV |

POLICY NUMBER:        CPA9256987

# Property Form, Coverage and Endorsement Supplemental Information

| IL 04 15 (04-98) Protective Safeguards |
| --- |
| Premises: 2      Building: 1        Symbol: P-1 Automatic Sprinkler System Sprinklered |

POLICY NUMBER:                    CPA9256987

## Property Forms and Endorsements

Coverage Forms and Endorsements are applicable to all coverage parts, unless otherwise stated in the form or endorsement

| CP 00 10 | 06/07 | Building and Personal Property |
| CP 00 90 | 07/88 | Commercial Property Conditions |
| CP 01 40 | 07/06 | Exclusion of Loss Due to Virus or Bacteria |
| CP 10 32 | 08/08 | Water Exclusion Endorsement |
| CPD 01 31 | 12/00 | Georgia Changes |
| CPD 90 07 | 01/09 | Amendment - Earth Movement Exclusion |
| CPD 90 09 | 09/12 | Diminution of Value Exclusion |
| CPD 920 | 06/10 | Equipment Breakdown Coverage - INCLUDED |
| CPD 910 | 09/15 | Silver Series Plus Preferred Property Coverage Enhancement Endorsement |
| IL 09 35 | 07/01 | Exclusion of Certain Computer-Related Losses |
| ILD 09 52 | 01/15 | Cap On Losses From Certified Acts of Terrorism |
| CP 10 30 | 06/07 | Causes of Loss Special Form |
| IL 04 15 | 04/98 | Protective Safeguards |

POLICY NUMBER:            CPA9256987

# General Liability Coverage

| Limit of Insurance | | |
|---|---|---|
| General Aggregate | $2,000,000 | |
| Products - Completed Operations Aggregate | $2,000,000 | |
| Personal and Advertising Injury | $1,000,000 | Any One Person or Organization |
| Each Occurrence | $1,000,000 | |
| Damage to Premises Rented to You | $100,000 | Any One Premises |
| Medical Expense | $5,000 | Any One Person |

| Deductibles | |
|---|---|
| Bodily Injury - Bodily Injury/Property Damage | Not Applicable |
| Property Damage Only | Not Applicable |

**Location of Described Premises**

Premises 1 : 1197 OLD PEACHTREE RD NW, SUWANEE GA 30024

Premises 2 : 3492 SATELLITE BLVD, DULUTH GA 30096

| Classifications | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Loc | Classification | Class Code | Premium Basis | Exposure | Rate | | Premium | |
| | | | | | Prem/Ops | Products | Prem/Ops | Products |
| 1 | Shopping Centers-Lessors Risk | 67635 | Area IN Sq.Ft. (A) | 12,150 | 21.481 | INCL | $261 | $0 |
| 2 | Shopping Centers-Lessors Risk | 67635 | Area IN Sq.Ft. (A) | 23,452 | 21.481 | INCL | $504 | $0 |

**AUDIT FREQUENCY : Not Applicable**

POLICY NUMBER:                   CPA9256987

# Silver Series General Liability Coverage Enhancement Supplemental Declarations

| CGD 09 06 (07-16) Silver Series Plus Preferred General Liability Coverage | |
|---|---|
| **Coverage** | **Limit of Insurance** |
| Amendment of General Aggregate Limit of Insurance – Per Project and Per Location | Included with a Stop Loss Limitation |
| Broad Form Named Insured Coverage | Included in Applicable Limit of Insurance |
| Broadened Damage to Premises Rented To You Coverage | $500,000 |
| Broadened Newly Formed or Acquired Organizations Coverage (180 days) | Included in Applicable Limit of Insurance |
| Electronic Data Liability | $50,000 |
| Incidental Malpractice Liability – Nurse, EMT or Paramedic Coverage | Included in Applicable Limit of Insurance |
| Knowledge of an Occurrence, Offense, Claim or Suit | Included in Applicable Limit of Insurance |
| Lessors of Leased Equipment as Additional Insured | Included in Applicable Limit of Insurance |
| Medical Expense Increased Limit of Insurance | $15,000 |
| Mobile Equipment Redefined | Included in Applicable Limit of Insurance |
| Non-Owned Watercraft Coverage | Included in Applicable Limit of Insurance |
| Supplementary Payments – Coverages A and B<br>    Bail Bonds Increased Limit of Insurance<br>    Loss of Earnings Increased Limit of Insurance | <br>$3,000<br>$1,000 per day |
| Unintentional Failure to Disclose Hazards | Included in Applicable Limit of Insurance |
| Vendors as Additional Insureds | Included in Applicable Limit of Insurance |
| Waiver of Transfer of Rights of Recovery | Included in Applicable Limit of Insurance |
| | **Premium:**                   $150 |

POLICY NUMBER:          CPA9256987

## General Liability Forms and Endorsements

Coverage Forms and Endorsements are applicable to all coverage parts, unless otherwise stated in the form or endorsement

| | | |
|---|---|---|
| CG 00 01 | 12/04 | Commercial General Liability Coverage Form |
| CG 21 32 | 05/09 | Communicable Disease Exclusion |
| CG 21 47 | 12/07 | Employment - Related Practices Exclusion |
| CG 21 60 | 09/98 | Exclusion - Year 2000 Computer-Related and Other Electronic Problems |
| CG 21 96 | 03/05 | Silica Or Silica-Related Dust Exclusion |
| CG 24 26 | 04/13 | Amendment Of Insured Contract Definition |
| CG 32 01 | 12/04 | Georgia Limited Fungi or Bacteria Coverage Small Business |
| CGD 00 67 | 07/09 | Exclusion - Violation of Communications and Information Privacy Laws |
| CGD 09 06 | 07/16 | Silver Series Plus Preferred General Liability Coverage Enhancement Endorsement |
| CGD 21 07 | 09/13 | Exclusion - Access or Disclosure of Confidential or Personal Information and Data-Related Liability |
| CGD 21 70 | 01/15 | Cap On Losses From Certified Acts Of Terrorism |
| CGD 90 33 | 04/09 | Amendments To Policy Definitions |
| ILD 90 10 | 01/19 | Asbestos Exclusion |
| ILD 90 11 | 01/19 | Lead Exclusion |

POLICY NUMBER:          CPA9256987

# Policy Forms Inventory Schedule

## Common Forms, Coverages and Endorsements

| | | |
|---|---|---|
| CMOF 599 | 01/15 | Policyholder Disclosure Notice Regarding Terrorism Insurance Coverage |
| IL 00 03 | 04/98 | Calculation of Premium |
| IL 00 17 | 11/98 | Common Policy Conditions |
| IL 00 21 | 04/98 | Nuclear Energy Liability Exclusion Endorsement Broad Form |
| IL 02 62 | 02/15 | GA Changes - Cancellation and Nonrenewal |

## Commercial Property Forms, Coverages and Endorsements

| | | |
|---|---|---|
| CP 00 10 | 06/07 | Building and Personal Property |
| CP 00 90 | 07/88 | Commercial Property Conditions |
| CP 01 40 | 07/06 | Exclusion of Loss Due to Virus or Bacteria |
| CP 10 32 | 08/08 | Water Exclusion Endorsement |
| CPD 01 31 | 12/00 | Georgia Changes |
| CPD 90 07 | 01/09 | Amendment - Earth Movement Exclusion |
| CPD 90 09 | 09/12 | Diminution of Value Exclusion |
| CPD 920 | 06/10 | Equipment Breakdown Coverage - INCLUDED |
| CPD 910 | 09/15 | Silver Series Plus Preferred Property Coverage Enhancement Endorsement |
| IL 09 35 | 07/01 | Exclusion of Certain Computer-Related Losses |
| ILD 09 52 | 01/15 | Cap On Losses From Certified Acts of Terrorism |
| CP 10 30 | 06/07 | Causes of Loss Special Form |
| IL 04 15 | 04/98 | Protective Safeguards |

## Commercial General Liability Forms, Coverages and Endorsements

| | | |
|---|---|---|
| CG 00 01 | 12/04 | Commercial General Liability Coverage Form |
| CG 21 32 | 05/09 | Communicable Disease Exclusion |
| CG 21 47 | 12/07 | Employment - Related Practices Exclusion |
| CG 21 60 | 09/98 | Exclusion - Year 2000 Computer-Related and Other Electronic Problems |
| CG 21 96 | 03/05 | Silica Or Silica-Related Dust Exclusion |
| CG 24 26 | 04/13 | Amendment Of Insured Contract Definition |
| CG 32 01 | 12/04 | Georgia Limited Fungi or Bacteria Coverage Small Business |
| CGD 00 67 | 07/09 | Exclusion - Violation of Communications and Information Privacy Laws |
| CGD 09 06 | 07/16 | Silver Series Plus Preferred General Liability Coverage Enhancement Endorsement |
| CGD 21 07 | 09/13 | Exclusion - Access or Disclosure of Confidential or Personal Information and Data-Related Liability |
| CGD 21 70 | 01/15 | Cap On Losses From Certified Acts Of Terrorism |
| CGD 90 33 | 04/09 | Amendments To Policy Definitions |
| ILD 90 10 | 01/19 | Asbestos Exclusion |
| ILD 90 11 | 01/19 | Lead Exclusion |

## COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

### SECTION I - COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

Copyright, ISO Properties, Inc., 2003

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

**(b)** the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3), (4), (5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Copyright, ISO Properties, Inc., 2003

p. **Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

   b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions**

   This insurance does not apply to:

   a. **Knowing Violation Of Rights Of Another**

      "Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

   b. **Material Published With Knowledge Of Falsity**

      "Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

   c. **Material Published Prior To Policy Period**

      "Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

   d. **Criminal Acts**

      "Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

   e. **Contractual Liability**

      "Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

   f. **Breach Of Contract**

      "Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

   g. **Quality Or Performance Of Goods - Failure To Conform To Statements**

      "Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

   h. **Wrong Description Of Prices**

      "Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

   i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

      "Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

      However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

   j. **Insureds In Media And Internet Type Businesses**

      "Personal and advertising injury" committed by an insured whose business is:

      (1) Advertising, broadcasting, publishing or telecasting;

      (2) Designing or determining content of web-sites for others; or

      (3) An Internet search, access, content or service provider.

Copyright, ISO Properties, Inc., 2003

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## COVERAGE C MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(1)** The accident takes place in the "coverage territory" and during the policy period;

**(2)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All costs taxed against the insured in the "suit".

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A;** and

   b. Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance**

   If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

   a. **Primary Insurance**

      This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

   b. **Excess Insurance**

      This insurance is excess over:

      (1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

         (a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.** **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.** **Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6.** **Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7.** **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8.** **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9.** **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in **a.** above;

**(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

**a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

**b.** Your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

    **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    **b.** While it is in or on an aircraft, watercraft or "auto"; or

    **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **b.** Vehicles maintained for use solely on or next to premises you own or rent;

    **c.** Vehicles that travel on crawler treads;

    **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

        **(1)** Power cranes, shovels, loaders, diggers or drills; or

        **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

    **e.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

        **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

        **(2)** Cherry pickers and similar devices used to raise or lower workers;

    **f.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

    However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

        **(1)** Equipment designed primarily for:

            **(a)** Snow removal;

            **(b)** Road maintenance, but not construction or resurfacing; or

            **(c)** Street cleaning;

        **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

        **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    **a.** False arrest, detention or imprisonment;

    **b.** Malicious prosecution;

    **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

    **f.** The use of another's advertising idea in your "advertisement"; or

    **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

    **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

        **(1)** Products that are still in your physical possession; or

        **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

            **(a)** When all of the work called for in your contract has been completed.

Copyright, ISO Properties, Inc., 2003

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

**(2)** The providing of or failure to provide warnings or instructions.

Copyright, ISO Properties, Inc., 2003

COMMERCIAL GENERAL LIABILITY
CG 21 32 05 09

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

Copyright, Insurance Services Office, Inc., 2008

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**EMPLOYMENT-RELATED PRACTICES EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

  **(a)** Refusal to employ that person;

  **(b)** Termination of that person's employment; or

  **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

  **(a)** Refusal to employ that person;

  **(b)** Termination of that person's employment; or

  **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

COMMERCIAL GENERAL LIABILITY
CG 21 60 09 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**EXCLUSION - YEAR 2000 COMPUTER-RELATED AND
OTHER ELECTRONIC PROBLEMS**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" (or "personal and advertising injury" if defined as such in your policy) arising directly or indirectly out of:

**a.** Any actual or alleged failure, malfunction or inadequacy of:

  **(1)** Any of the following, whether belonging to any insured or to others:

    **(a)** Computer hardware, including microprocessors;

    **(b)** Computer application software;

    **(c)** Computer operating systems and related software;

    **(d)** Computer networks;

    **(e)** Microprocessors (computer chips) not part of any computer system; or

    **(f)** Any other computerized or electronic equipment or components; or

  **(2)** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **2.a.(1)** of this endorsement

due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

**b.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **2.a.** of this endorsement.

 Copyright, Insurance Services Office, Inc.,  1998

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**SILICA OR SILICA-RELATED DUST EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

Copyright, ISO Properties, Inc., 2004

COMMERCIAL GENERAL LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**AMENDMENT OF INSURED CONTRACT DEFINITION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

Copyright, Insurance Services Office, Inc., 2012

POLICY NUMBER:                                    **COMMERCIAL GENERAL LIABILITY**
                                                          **CG 32 01 12 04**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GEORGIA LIMITED FUNGI OR BACTERIA
# COVERAGE - SMALL BUSINESSES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| | |
|---|---|
| **Fungi And Bacteria Property Damage Aggregate Limit** | $ 50,000 |

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **a.** "Bodily Injury" arising out of a "fungi or bacteria incident".

   **b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

   This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **a.** "Personal and advertising injury" arising out of a "fungi or bacteria incident".

   **b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** Coverage provided by this insurance for "property damage", arising out of a "fungi or bacteria incident", is subject to the Fungi and Bacteria Property Damage Aggregate Limit as described in Paragraph **D.** of this endorsement.

**D.** The following are added to **Section III - Limits Of Insurance:**

   **1.** Subject to Paragraphs **2.** and **3.** of Section **III -** Limits Of Insurance, as applicable, the Fungi and Bacteria Property Damage Aggregate Limit shown in the Schedule of this endorsement is the most we will pay under Coverage **A** for all "property damage" arising out of one or more "fungi or bacteria incident".

   **2.** Paragraph **5.,** the Each Occurrence Limit and Paragraph **6.,** the Damage To Premises Rented To You Limit, of Section **III -** Limits Of Insurance continue to apply to "property damage" arising out of a "fungi or bacteria incident" but only if, and to the extent that, limits are available under the Fungi and Bacteria Property Damage Aggregate Limit.

**E.** The following definitions are added to the **Definitions** Section:

   **1.** "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

   **2.** "Fungi or bacteria incident" means an incident which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such damage.

COMMERCIAL GENERAL LIABILITY
CGD 00 67 07 09

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## EXCLUSION - VIOLATION OF COMMUNICATIONS
## AND INFORMATION PRIVACY LAWS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

"Bodily injury", "property damage", or "personal and advertising injury" arising directly or indirectly out of:

**a.** Any action or omission that violates or is alleged to violate:

   **(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

   **(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

   **(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

   **(4)** Any statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**b.** The unauthorized viewing, copying, collection, dissemination, disclosure, manipulation, printing, disposal, recording or use of personal information in any manner, by any person that is in violation of any applicable law, statute, ordinance or regulation.

POLICY NUMBER: CPA9250987
August 4, 2023 (WF)

POLICY NUMBER:                                          **COMMERCIAL GENERAL LIABILITY**
                                                     **CGD 09 06 07 16**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**SILVER SERIES PLUS PREFERRED**
**GENERAL LIABILITY COVERAGE ENHANCEMENT ENDORSEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SCHEDULE\***

| **Coverage** | **Limit(s) of Insurance** | **Page** |
|---|---|---|
| | | |

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

Donegal Insurance Group

The following Coverages apply only if they are shown in the Schedule above. Each of the Coverages is subject to the limit of insurance associated with such Coverage in the Schedule.

## I. NON-OWNED WATERCRAFT COVERAGE

**A.** Subparagraph **g.(2)** under paragraph **2. Exclusions** as found in **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** (**SECTION I - COVERAGES**) is deleted and replaced by the following:

**(2)** A watercraft you do not own that is:

**(a)** Less than 51 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**B.** With respect to **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** only, the following provision is added to **SECTION II - WHO IS AN INSURED**:

**4.** Any person is an insured with respect to a watercraft you do not own that is less than 51 feet long and is not being used to carry persons or property for a charge, while using such watercraft with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the watercraft.

However, no person or organization is an insured:

**a.** With respect to "bodily injury" to a co-"employee" of the person operating the watercraft;

**b.** With respect to "property damage" to property owned by, rented to, loaned to, occupied by, or otherwise in the care, custody or control of, you or the employer of any person who is insured under this provision; or

**c.** If other insurance of any kind is available to that person or organization for this liability, unless such insurance was written to apply specifically in excess of this policy.

## II. BROADENED DAMAGE TO PREMISES RENTED TO YOU COVERAGE

The following provisions apply only if a Limit of Insurance is shown in the Declarations for Damage To Premises Rented To You. If no Limit of Insurance is shown in the Declarations for Damage To Premises Rented To You, or if Damage To Premises Rented To You is shown as excluded, the following provisions do not apply.

**A.** Subparagraph **j. Damage To Property** under paragraph **2. Exclusions** as found in **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** (**SECTION I - COVERAGES**) is deleted and replaced by the following:

**j.** **Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**B.** The last subparagraph under paragraph **2. Exclusions** as found in **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** (**SECTION I - COVERAGES**) is deleted and replaced by the following:

Exclusions **c.** through **e.** and **g.** through **n.** do not apply to "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner. Exclusion **f.** does not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance and as provided under the Broadened Damage To Premises Rented To You Coverage.

**C.** Subject to the Each Occurrence Limit Shown in the Declarations, the Limit of Insurance shown in the Schedule above for Broadened Damage To Premises Rented To You Coverage is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you or temporarily occupied by you with permission of the owner. The Limit of Insurance for Broadened Damage To Premises Rented To You Coverage shown in the Schedule above is in addition to any Limit of Insurance shown in the Declarations for Damage To Premises Rented To You.

## III. ELECTRONIC DATA LIABILITY

**A.** Subparagraph **p. Electronic Data** under paragraph **2.** Exclusions as found in **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** (**SECTION I - COVERAGES**) is deleted and replaced by the following:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to, or disclosure or theft of, any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, an individual's name, social security number, driver's license number, state identification number, credit card information, debit card information, account number, account histories, passwords, health information, medical information, or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, inability to transmit or receive, or inability to manipulate "electronic data" that does not result from physical injury to tangible property.

This exclusion applies even if damages are claimed for notification costs, monitoring expenses, forensic or investigation expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

**B.** The following paragraph is added to **SECTION III - LIMITS OF INSURANCE**:

Subject to **5.** above, the Electronic Data Liability Limit shown in the Schedule above is the most we will pay under **COVERAGE A** for "property damage" because of all loss of "electronic data" arising out of any one "occurrence".

**C.** With respect to the insurance provided by this endorsement, the definition of "Property Damage" in the Definitions Section is replaced by the following:

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it;

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it; or

**c.** Loss of, loss of use of, damage to, corruption of, inability to access, or inability to properly manipulate "electronic data", resulting from physical injury to tangible property. All such loss of "electronic data" shall be deemed to occur at the time of the "occurrence" that caused it.

"Property damage" does not include any loss, cost or expense to correct any defective, faulty or incorrect work performed by you or by any contractors or subcontractors working directly or indirectly on your behalf.

For the purposes of this insurance, "electronic data" is not tangible property.

**D.** With respect to the insurance provided by this endorsement, the following Definition is added to **SECTION V - DEFINITIONS**:

"Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

## IV. SUPPLEMENTARY PAYMENTS - COVERAGES A AND B INCREASED LIMITS

**A.** Subparagraph **b.** under paragraph **1.** as found in **SUPPLEMENTARY PAYMENTS - COVERAGES A AND B (SECTION I - COVERAGES)** is deleted and replaced by the following:

**b.** Up to the Limit of Insurance shown in the Schedule above for Supplementary Payments - Coverages A and B - Bail Bonds Increased Limit for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**B.** Subparagraph **d.** under paragraph **1.** as found in **SUPPLEMENTARY PAYMENTS - COVERAGES A AND B (SECTION I - COVERAGES)** is deleted and replaced by the following:

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit". Expenses paid under this provision includes actual loss of earnings, up to the Limit of Insurance shown in the Schedule above for Supplementary Payments - Coverages A and B - Loss of Earnings Increased Limit, because of time off from work.

## V. BROAD FORM NAMED INSURED COVERAGE

With respect to **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY**, the following provision is added to paragraph **1.** as found in **SECTION II - WHO IS AN INSURED**:

**f.** An organization other than a partnership, joint venture or limited liability company, your legally incorporated subsidiaries are insureds if you own a financial interest of more than 50 percent of the voting stock on the effective date of this endorsement.

However, coverage under this provision does not apply to "bodily injury", "property damage", or "personal and advertising injury" with respect to which an insured under this policy, including any endorsement attached to and made a part of this policy, is also an insured under another policy, or would be an insured under such policy but for its termination or the exhaustion of the applicable limits of insurance, unless such policy was written to apply specifically in excess of this policy.

## VI. INCIDENTAL MALPRACTICE LIABILITY - NURSE, EMT OR PARAMEDIC COVERAGE

Paragraph **2.a.(1)(d)** as found in **SECTION II - WHO IS AN INSURED** is deleted and replaced by the following:

**(d)** Arising out of his or her providing or failing to provide professional health care services. This paragraph **2.a.(1)(d)** does not apply to a nurse, emergency medical technician (EMT) or paramedic employed by you.

## VII. BROADENED NEWLY FORMED OR ACQUIRED ORGANIZATIONS COVERAGE

Paragraph **3.a.** as found in **SECTION II - WHO IS AN INSURED** is deleted and replaced by the following:

**a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

## VIII. BROADENED WHO IS AN INSURED

The following is added to **SECTION II - WHO IS AN INSURED**:

The following is an additional insured:

**A. 1.** Any person or organization from whom you lease equipment when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an insured only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person or organization. A person's or organization's status as an insured under this endorsement ends when their contract or agreement with you for such leased equipment ends.

However, such person or organization is not an insured with respect to any "occurrence" which takes place after the equipment lease expires.

2. Any person or organization (referred to below as vendor) with whom you agree in a written contract or agreement to provide insurance such as is afforded under this policy, but only with respect to "bodily injury" or "property damage" caused, in whole or in part, by "your products" which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

(a) The insurance afforded the vendor does not apply to:

(1) "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

(2) Any express warranty unauthorized by you;

(3) Any physical or chemical change in the product made intentionally by the vendor;

(4) Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

(5) Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

(6) Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

(7) Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

(8) "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to:

(i) The exceptions contained in Subparagraphs **(4)** or **(6)** above; or

(ii) Such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products.

(b) This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

B. The insurance afforded to such person or organization described in paragraph **A.** above only applies to the extent permitted by law.

C. The insurance afforded to such person or organization described in paragraph **A.** above will not be broader than:

1. The coverage you have agreed to provide in the written contract or agreement; or
2. The coverage provided by this endorsement.

D. A person's or organization's status as an additional insured under this endorsement ends when their contract or agreement with you ends.

E. The insurance provided to such person or organization described in paragraph **A.** above does not apply to "bodily injury" or "property damage" occurring:

1. Prior to the date the written contract or agreement was executed and in effect;
2. After your contract or agreement with such additional insured ends; or
3. After the requirement in the written contract or agreement to add such person or organization as an additional insured on your policy ends.

**CGD 09 06 07 16**                    Includes copyrighted material of Insurance Services Office, Inc., with its permission.                    **Page 5 of 7**

Donegal Insurance Group

**F.** The insurance afforded to any additional insured is excess over any other valid and collectible insurance, whether primary, excess, contingent or on any other basis, unless you have agreed in a written contract or agreement for this insurance to apply on either a:

    **1.** Primary and non-contributory basis; or

    **2.** Contributory basis.

## IX. MEDICAL EXPENSE INCREASED LIMIT

The following provision applies only if a Limit of Insurance is shown in the Declarations for Medical Expense. If no Limit of Insurance is shown in the Declarations for Medical Expense, or if Medical Expense is shown as excluded, the following provision does not apply.

Subject to the Each Occurrence Limit Shown in the Declarations, the Limit of Insurance shown in the Schedule above for Medical Expense Increased Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person. The Limit of Insurance for Medical Expense Increased Limit shown in the Schedule above is in addition to any Limit of Insurance shown in the Declarations for Medical Expense.

## X. AMENDMENT OF GENERAL AGGREGATE LIMIT OF INSURANCE - PER PROJECT AND PER LOCATION

**A.** With respect to **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE C. MEDICAL PAYMENTS** only, the following provision is added to **SECTION III - LIMITS OF INSURANCE**:

The General Aggregate as described in paragraph **2.** under **SECTION III - LIMITS OF INSURANCE** applies separately to each of your projects away from premises owned by or rented to you and separately to each of your "locations" owned by or rented to you. However:

**1.** This Amendment of General Aggregate Limit of Insurance - Per Project and Per Location provision does not apply if a single "occurrence" under Coverage **A**, or a single accident under Coverage **C**, can be attributed to multiple projects or "locations". The General Aggregate Limit of Insurance shown in the Declarations will apply to the sum of all damages under Coverage **A** arising out of such "occurrence" and all medical expenses under Coverage **C** arising out of such accident;

**2.** This Amendment of General Aggregate Limit of Insurance - Per Project and Per Location does not apply to damages under Coverage **B**. The General Aggregate Limit of Insurance shown in the Declarations continues to apply to the sum of all damages under Coverage **B**, regardless of the number of projects or "locations";

**3.** If Included with a Stop Loss Limitation is indicated in the Schedule above under Limit(s) of Insurance, the most we will pay under this Amendment of General Aggregate Limit of Insurance - Per Project and Per Location for the sum of all damages under Coverage **A** (except for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard") and for all medical expenses under Coverage **C**, occurring during any one period of twelve (12) consecutive months (or portion thereof) beginning with the effective date of the policy to which this endorsement is attached, is three (3) times the General Aggregate Limit of Insurance shown in the Declarations. This applies regardless of the number of:

    **a.** Projects away from premises owned by or rented to you;

    **b.** "Locations" owned by or rented to you;

    **c.** Insureds;

    **d.** Claims made or "suits" brought; or

    **e.** Persons or organizations making claims or bringing "suits".

**B.** With respect to the insurance provided by this endorsement, the following Definition is added to **SECTION V - DEFINITIONS**:

"Locations" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

## XI. KNOWLEDGE OF AN OCCURRENCE, OFFENSE, CLAIM OR SUIT

Subparagraphs **a.** and **b.** under paragraph **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** as found in **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** are deleted and replaced by the following:

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

This Condition only applies when the "occurrence", offense, claim or "suit" is known to you (if you are an individual), to a partner (if you are a partnership), a manager (if you are a limited liability company), or an officer or insurance manager of a corporation (if you are a corporation). Knowledge of an "occurrence", offense, claim or "suit" by an agent, servant or "employee" of an insured (other than a partner, manager, officer, or insurance manager) does not imply knowledge by the insured unless the insured has received notice from the agent, servant or "employee".

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable. Failure by an agent, servant or "employee" of an insured (other than a partner, manager, officer, or insurance manager) to notify us of an "occurrence", offense, claim or "suit" will not jeopardize your coverage.

## XII. WAIVER OF TRANSFER OF RIGHTS OF RECOVERY

The following is added to the paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** as found in **SECTION IV - COMMERCIAL LIABILITY CONDITIONS**:

We waive any right of recovery we may have against any person or organization because of payments we make for injury or damage arising out of "your work" included in the "products-completed operations hazard" or your ongoing operations, subject to the following:

**a.** You are required under a written contract to waive your rights to recover from that person or organization; and

**b.** The written contract was executed and in effect before any injury or damage that would give rise to a claim under this Commercial General Liability Coverage Part.

This waiver does not apply to any person who is an engineer or architect, or to any organization with respect to an engineer or architect employed by such organization, unless agreed to in writing by us.

## XIII. UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS

The following Condition is added to **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**:

**10. Unintentional Failure To Disclose Hazards**

Any unintentional error or omission in the description of, or failure to completely describe, any premises or operations intended to be covered by this Coverage Part will not invalidate or affect coverage for those premises or operations. Such unintentional error or omission must be reported to us as soon as practicable after its discovery.

This Condition does not affect our right to collect any additional premium associated with such unintentional error or omission or our right to cancel or non-renew this policy.

## XIV. MOBILE EQUIPMENT REDEFINED

Subparagraph **f.(1)** under the definition of "mobile equipment" as found in **SECTION V - DEFINITIONS** is deleted and replaced by the following:

**(1)** Equipment with a gross vehicle weight of 1000 pounds or more and designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning.

**CGD 09 06 07 16**     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     **Page 7 of 7**

Donegal Insurance Group

COMMERCIAL GENERAL LIABILITY
**CGD 21 07 09 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to, or disclosure or theft of, any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, an individual's name, social security number, driver's license number, state identification number, credit card information, debit card information, account number, account histories, passwords, health information, medical information, or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, inability to transmit or receive, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, monitoring expenses, forensic or investigation expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to, or disclosure or theft of, any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, an individual's name, social security number, driver's license number, state identification number, credit card information, debit card information, account number, account histories, passwords, health information, medical information, or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, monitoring expenses, forensic or investigation expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**CGD 21 07 09 13**        Includes copyrighted material of Insurance Services Office, Inc., with its permission.        **Page 1 of 1**

Donegal Insurance Group

ILD 09 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM**

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Program, established by the Terrorism Risk Insurance Act and any applicable renewal, extension or continuation of the Terrorism Risk Insurance Program by the federal government. The criteria contained in that Act for a "certified act of terrorism" includes the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Program; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Program exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Program, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage otherwise excluded under this Policy.

POLICY NUMBER: CPA9256987
August 4, 2023 (WF)

POLICY NUMBER:                                                      **COMMERCIAL GENERAL LIABILITY**
**CGD 90 33 04 09**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**AMENDMENTS TO POLICY DEFINITIONS**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**I.** The definition of an "occurrence" as found in **SECTION V - DEFINITIONS** is replaced by the following:

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions. "Occurrence" also means an accident involving:

    **a.** "Property damage" to "your work" if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor and the "property damage" is included within the "products-completed operations hazard"; or

    **b.** "Property damage" to other than "your work" that arises from "your work".

**II.** The following is added to Paragraph **17.** "Property Damage" as found in **SECTION V - DEFINITIONS**:

    **c.** "Property damage" does not include any loss, cost or expense to correct any defective, faulty or incorrect work performed by you or by any contractors or subcontractors working directly or indirectly on your behalf.

COMMERCIAL PROPERTY
CP 00 10 06 07

# BUILDING AND PERSONAL PROPERTY
## COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.,** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property - Separation Of Coverage form:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

### 2. Property Not Covered

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

   **(1)** The lowest basement floor; or

   **(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns;

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

   **(1)** Are licensed for use on public roads; or

   **(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

   **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

   **(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

   **(c)** Rowboats or canoes out of water at the described premises; or

   **(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers;

**q.** The following property while outside of buildings:

   **(1)** Grain, hay, straw or other crops;

   **(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss Form as shown in the Declarations.

**4. Additional Coverages**

  **a. Debris Removal**

   **(1)** Subject to Paragraphs **(3)** and **(4),** we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

   **(2)** Debris Removal does not apply to costs to:

    **(a)** Extract "pollutants" from land or water; or

    **(b)** Remove, restore or replace polluted land or water.

   **(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

    **(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

    **(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Copyright, ISO Properties, Inc., 2007

**(4)** We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

  **(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

  **(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

  Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

**(5)** **Examples**

  The following examples assume that there is no Coinsurance penalty.

**EXAMPLE #1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $   500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |
| ($10,000 is 20% of $50,000.) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**EXAMPLE #2**

| | | |
|---|---|---|
| Limit of Insurance: | | $ 90,000 |
| Amount of Deductible: | | $   500 |
| Amount of Loss: | | $ 80,000 |
| Amount of Loss Payable: | | $ 79,500 |
| | | ($80,000 - $500) |
| Debris Removal Expense: | | $ 30,000 |
| Debris Removal Expense Payable | | |
| | Basic Amount: | $ 10,500 |
| | Additional Amount: | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b.** **Preservation Of Property**

  If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

  **(1)** While it is being moved or while temporarily stored at another location; and

  **(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c.** **Fire Department Service Charge**

  When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000, unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

  **(1)** Assumed by contract or agreement prior to loss; or

  **(2)** Required by local ordinance.

  No Deductible applies to this Additional Coverage.

**d.** **Pollutant Clean-up And Removal**

  We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

 Copyright, ISO Properties, Inc., 2007

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

  **(a)** If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

  **(b)** If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

  **(c)** If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

  **(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

  **(1) Buildings**

  If this policy covers Building, you may extend that insurance to apply to:

  **(a)** Your new buildings while being built on the described premises; and

  **(b)** Buildings you acquire at locations, other than the described premises, intended for:

    **(i)** Similar use as the building described in the Declarations; or

    **(ii)** Use as a warehouse.

  The most we will pay for loss or damage under this Extension is $250,000 at each building.

  **(2) Your Business Personal Property**

  **(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

    **(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)** Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(3)** If the Causes Of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

### e. Outdoor Property

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

### f. Non-owned Detached Trailers

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

## B. Exclusions And Limitations

See applicable Causes Of Loss Form as shown in the Declarations.

## C. Limits Of Insurance

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

## D. Deductible

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**EXAMPLE #1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance - Building #1: | $ 60,000 |
| Limit of Insurance - Building #2: | $ 80,000 |
| Loss to Building #1: | $ 60,100 |
| Loss to Building #2: | $ 90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1:

$ 60,100
- 250
$ 59,850 Loss Payable - Building #1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building #2. Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

Copyright, ISO Properties, Inc., 2007

**EXAMPLE #2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example #1.

| | |
|---|---|
| Loss to Building #1: | $  70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building #2: | $  90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable - Building #1: | $  60,000 |
| (Limit of Insurance) | |
| Loss Payable - Building #2: | $  80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

**E.  Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1.  Abandonment**

There can be no abandonment of any property to us.

**2.  Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.**  Pay its chosen appraiser; and

**b.**  Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3.  Duties In The Event Of Loss Or Damage**

**a.**  You must see that the following are done in the event of loss or damage to Covered Property:

**(1)**  Notify the police if a law may have been broken.

**(2)**  Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)**  As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)**  Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)**  At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)**  As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)**  Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)**  Cooperate with us in the investigation or settlement of the claim.

**b.**  We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4.  Loss Payment**

**a.**  In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)**  Pay the value of lost or damaged property;

**(2)**  Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)**  Take all or any part of the property at an agreed or appraised value; or

**(4)**  Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

                Copyright, ISO Properties, Inc., 2007

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1);**

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2);** and

**(4)** Subtract the deductible from the figure determined in Step **(3).**

We will pay the amount determined in Step **(4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**EXAMPLE #1 (UNDERINSURANCE)**

| When: | The value of the property is: | $ 250,000 |
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step **(1):** $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $100,000 divided by $200,000 = .50

Step **(3):** $40,000 x .50 = $20,000

Step **(4):** $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**EXAMPLE #2 (ADEQUATE INSURANCE)**

| When: | The value of the property is: | $ 250,000 |
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

Copyright, ISO Properties, Inc., 2007

**EXAMPLE #3**

When:   The value of the property is:

| | |
|---|---:|
| Building at Location #1: | $ 75,000 |
| Building at Location #2: | $100,000 |
| Personal Property at Location #2: | $ 75,000 |
| | $250,000 |

The Coinsurance percentage for it is:                       90%

| | |
|---|---:|
| The Limit of Insurance for Buildings and Personal Property at Locations #1 and #2 is: | $180,000 |
| The Deductible is: | $ 1,000 |

The amount of loss is:

| | |
|---|---:|
| Building at Location #2: | $ 30,000 |
| Personal Property at Location #2: | $ 20,000 |
| | $ 50,000 |

Step **(1)**:  $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2)**:  $180,000 divided by $225,000 = .80

Step **(3)**:  $50,000 x .80 = $40,000

Step **(4)**:  $40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**EXAMPLE**

| | | |
|---|---|---|
| If: | The applicable Limit of Insurance is: | $ 100,000 |
| | The annual percentage increase is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| | The amount of increase is: $100,000 x .08 x 146 divided by 365 = | $ 3,200 |

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2)** or **(3),** subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

 Copyright, ISO Properties, Inc., 2007

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

## H. Definitions

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

Copyright, ISO Properties, Inc., 2007

## COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

**1.** We cover loss or damage commencing:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

**2.** The coverage territory is:

**a.** The United States of America (including its territories and possessions);

**b.** Puerto Rico; and

**c.** Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

**a.** Someone insured by this insurance;

**b.** A business firm:

**(1)** Owned or controlled by you; or

**(2)** That owns or controls you; or

**c.** Your tenant.

This will not restrict your insurance.

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA**

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

   **1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

   **2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

Copyright, ISO Properties, Inc., 2006

COMMERCIAL PROPERTY
CP 10 30 06 07

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.,** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.,** Exclusions; or

**2.** Limited in Section **C.,** Limitations;

that follow.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

### a. Ordinance Or Law

The enforcement of any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

### b. Earth Movement

**(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

### c. Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

### d. Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

### e. Utility Services

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows from a sewer, drain or sump; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if Water, as described in **g.(1)** through **g.(4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**1.** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**2.** To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. (1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage - Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

Copyright, ISO Properties, Inc., 2007

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.,** Ordinance Or Law;

**(b)** Paragraph **B.1.c.,** Governmental Action;

**(c)** Paragraph **B.1.d.,** Nuclear Hazard;

**(d)** Paragraph **B.1.e.,** Utility Services; and

**(e)** Paragraph **B.1.f.,** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

Copyright, ISO Properties, Inc., 2007

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property.

**LOSS OR DAMAGE TO PRODUCTS**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)** Business Income Coverage or Extra Expense Coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

**(1)** Glass; or

**(2)** Containers of property held for sale.

**c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

**(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

**(2)** To Business Income Coverage or to Extra Expense Coverage.

**3.** The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

Copyright, ISO Properties, Inc., 2007

d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

a. Results in discharge of any substance from an automatic fire protection system; or

b. Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

## D. Additional Coverage - Collapse

The coverage provided under this Additional Coverage - Collapse applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

a. Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

b. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

c. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

d. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

(1) A cause of loss listed in **2.a.** or **2.b.;**

(2) One or more of the "specified causes of loss";

(3) Breakage of building glass;

(4) Weight of people or personal property; or

(5) Weight of rain that collects on a roof.

3. This **Additional Coverage - Collapse** does **not** apply to:

a. A building or any part of a building that is in danger of falling down or caving in;

b. A part of a building that is standing, even if it has separated from another part of the building; or

c. A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

b. Awnings, gutters and downspouts;

c. Yard fixtures;

d. Outdoor swimming pools;

e. Fences;

f. Piers, wharves and docks;

g. Beach or diving platforms or appurtenances;

h. Retaining walls; and

i. Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

(1) Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

(2) The property is Covered Property under this Coverage Form.

5. If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

a. The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

b. The personal property which collapses is inside a building; and

c. The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

Copyright, ISO Properties, Inc., 2007

**6.** This Additional Coverage - Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage - Collapse will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

  **a.** A "specified cause of loss" other than fire or lightning; or

  **b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

  **a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

  **b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

  **c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage - Collapse.

**6.** The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

  **a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

  **b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

**1. Property In Transit**

  This Extension applies only to your personal property to which this form applies.

  **a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

Copyright, ISO Properties, Inc., 2007

**b.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3. Glass**

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, **F.3.,** does not increase the Limit of Insurance.

**G. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

COMMERCIAL PROPERTY
CP 10 32 08 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WATER EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion in Paragraph **B.** replaces the **Water** Exclusion in this Coverage Part or Policy.

**B. Water**

1. Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

2. Mudslide or mudflow;

3. Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

4. Water under the ground surface pressing on, or flowing or seeping through:

   **a.** Foundations, walls, floors or paved surfaces;

   **b.** Basements, whether paved or not; or

   **c.** Doors, windows or other openings; or

5. Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1., 3.** or **4.,** or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **1.** through **5.,** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **1.** through **5.,** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

Copyright, Insurance Services Office, Inc., 2008

COMMERCIAL PROPERTY
**CPD 01 31 12 00**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## GEORGIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following exclusion and related provisions are added to Paragraph **B.2. Exclusions** in the Causes Of Loss Forms and to any Coverage Form or policy to which a Causes Of Loss Form is not attached:

  **1.** We will not pay for loss or damage arising out of any act committed:

    **a.** By or at the direction of any insured; and

    **b.** With the intent to cause a loss.

  **2.** However, this exclusion will not apply to deny coverage to an innocent co-insured, provided the loss:

    **a.** Is otherwise covered under this Coverage Part; and

    **b.** Arose out of an act of family violence by an insured against whom a family violence complaint is brought for such act.

  **3.** If we pay a claim pursuant to Paragraph **B.2.,** our payment to the insured is limited to that insured's legal interest in the property less any payments we first made to a mortgageholder or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**CPD 01 31 12 00**          Includes copyrighted material of Insurance Services Office, Inc., with its permission          **Page 1 of 1**
Copyright, Insurance Services Office, Inc., 2000, 1999, 1994
Donegal Insurance Group

POLICY NUMBER: CPA9250987
August 4, 2023 (WF)

POLICY NUMBER:                                                    COMMERCIAL PROPERTY
                                                                   CPD 90 07 01 09

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**AMENDMENT - EARTH MOVEMENT EXCLUSION**

This endorsement modifies insurance provided under the following:

    STANDARD PROPERTY POLICY
    CAUSES OF LOSS - BASIC FORM
    CAUSES OF LOSS - BROAD FORM
    CAUSES OF LOSS - SPECIAL FORM

The following provisions apply with respect to the insurance provided by the Standard Property Policy, Causes of Loss - Basic Form, the Causes of Loss - Broad Form and the Causes of Loss - Special Form.

Subparagraph **1.b. Earth Movement** as found under paragraph **B. Exclusions** is replaced by the following:

**b. Earth Movement**

   **(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

   **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

   **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   **(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   **(5)** Volcanic eruption, explosion or effusion.

   This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

   But if Earth Movement, as described in Paragraphs **(1)** through **(5)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**COMMERCIAL PROPERTY**
**CPD 90 09 09 12**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**DIMINUTION OF VALUE EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

The following provisions apply with respect to the insurance provided by the Commercial Property Coverage Part, including any form or endorsement that is attached to and made a part of this policy, and that modifies the property coverage.

**A.** The following is added to the Loss Payment Condition as found in the Commercial Property Coverage Forms and the STANDARD PROPERTY POLICY:

We will not pay for "diminution in value" to any property.

**B.** The following exclusion is added:

We will not pay for "diminution in value" to any property.

**C.** With respect to the provisions of this endorsement, the following Definitions are added:

"Diminution in value" means any actual, alleged or perceived difference in:

**a.** Market value;

**b.** Resale value; or

**c.** Pre-loss and post-loss value.

**CPD 90 09 09 12**            Includes copyrighted material of Insurance Services Office, Inc., with its permission            **Page 1 of 1**

Donegal Insurance Group

POLICY NUMBER: COMMERCIAL PROPERTY
CPD-910 09 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

### SILVER SERIES PLUS PREFERRED
### PROPERTY COVERAGE ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**SCHEDULE\***

| Coverage | Limit(s) of Insurance | Deductible(s) | Page |
|----------|----------------------|---------------|------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

I. **PREMISES BOUNDARY**

Any reference in the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, the BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM, the BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM, the CAUSES OF LOSS - SPECIAL FORM, the EXTRA EXPENSE COVERAGE FORM, and any form or endorsement that is made a part of the Commercial Property Coverage Part, to within 100 feet of the described premises is broadened to within 1,000 feet of the described premises.

II. **FOUNDATIONS COVERAGE**

Subparagraph **g.** as contained in Paragraph **2. Property Not Covered** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM does not apply.

III. The following Coverages apply only if they are shown in the Schedule above along with a limit of insurance. Each of the Coverages is subject to the limit of insurance and deductible associated with such Coverage in the Schedule.

**BROADENED BUILDING COVERAGE**

The following provision amends the insurance provided by the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

The second paragraph regarding the most we will pay for loss or damage to outdoor signs attached to buildings, as found in section **C. LIMITS OF INSURANCE**, is deleted.

IV. The following Additional Coverages apply only if they are shown in the Schedule above along with a limit of insurance. Each of the Additional Coverages is subject to the limit of insurance and deductible associated with such Additional Coverage in the Schedule.

A. **BROADENED DEBRIS REMOVAL**

Subparagraph **a.(4) Debris Removal** under paragraph **4. Additional Coverages** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced by the following:

**(4)** We will pay up to the additional limit of insurance shown in the Schedule above as applicable to Broadened Debris Removal Additional Coverage for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus the additional limit of insurance shown in the Schedule above as applicable to Broadened Debris Removal Additional Coverage.

B. **BROADENED PRESERVATION OF PROPERTY**

Subparagraph **b.(2) Preservation of Property** under paragraph **4. Additional Coverages** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced by the following:

**(2)** Only if the loss or damage occurs within 60 days after the property is first moved.

C. **BROADENED FIRE DEPARTMENT SERVICE CHARGE**

Subparagraph **c. Fire Department Service Charge** under paragraph **4. Additional Coverages** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced by the following:

c. **Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Causes of Loss, we will pay up to the limit of insurance shown in the Schedule above as applicable to Broadened Fire Department Service Charge Additional Coverage for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No deductible applies to this Additional Coverage.

## D. BROADENED POLLUTANT CLEAN UP AND REMOVAL

Subparagraph **d. Pollutant Clean Up and Removal** under paragraph **4. Additional Coverages** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced by the following:

### d. Pollutant Clean Up and Removal

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Causes of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Causes of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is the limit of insurance shown in the Schedule above as applicable to Broadened Pollutant Clean Up and Removal Additional Coverage for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

## E. ARSON, THEFT AND VANDALISM REWARD

The following provision is added to paragraph **4. Additional Coverages** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

### Arson, Theft and Vandalism Reward

In the event that a covered loss was the result of arson, theft or vandalism, we will reimburse you for rewards you pay to any person or persons, other than your officers, your partners or your "employees", for information which leads to a conviction for that act of arson, theft and vandalism. The most we will pay under this Additional Coverage, regardless of the number of persons involved in providing the information, is the limit of insurance shown in the Schedule above as applicable to Arson, Theft and Vandalism Reward Additional Coverage.

## F. BRANDS AND LABELS

The following provisions are added to paragraph **4. Additional Coverages** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

### Brands and Labels

If branded or labeled merchandise that is Covered Property is damaged by a Covered Causes of Loss, and we take all or any part of the damaged property at an agreed or appraised value, we will pay:

1. Expenses you incur to:

   a. Stamp salvage on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

   b. Remove the brands or labels, if doing so will not physically damage the merchandise or its containers, and relabel the merchandise or its containers to comply with the law;

2. Any reduction in the salvage value of the damaged merchandise with the brand or label removed.

You must relabel the merchandise or its containers to comply with the law. The most we will pay under this Additional Coverage in any one occurrence is the limit of insurance shown in the Schedule above as applicable to Brands and Labels Additional Coverage.

## G. BUILDING ORDINANCE OR LAW

Subparagraph **e. Increased Cost of Construction** under paragraph **4. Additional Coverages** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced by the following:

### e. Building Ordinance Or Law

**(1) Application of Coverage**

This Additional Coverage applies only if the ordinance or law:

**(a)** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

**(b)** Is in force at the time of loss.

Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this Additional Coverage.

**(2) Coverage**

**(a) Loss to the Undamaged Portion of the Building**

**(i)** If a Covered Causes of Loss occurs to covered Building property, we will pay for the loss in value of the undamaged portion of the building as a consequence of enforcement of any ordinance or law that requires the demolition of parts of the same property not damaged by a Covered Causes of Loss.

**(ii)** Coverage for Loss to the Undamaged Portion of the Building is included in, and not in addition to, the Limit of Insurance shown in the Declarations as applicable to the covered Building property.

**(iii)** When coverage for Loss to the Undamaged Portion of the Building applies, loss to the building, including loss in value of the undamaged portion of the building due to enforcement of an ordinance or law, will be determined as follows:

**a.** If the Replacement Cost Coverage Option applies and is indicated in the Declarations and the property is repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

**i.** The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

**ii.** The Limit of Insurance shown in the Declarations as applicable to the covered Building property.

**b.** If the Replacement Cost Coverage Option applies and is indicated in the Declarations and the property is not repaired or replaced, or if the Replacement Cost Coverage Option does not apply, we will not pay more than the lesser of:

**i.** The actual cash value of the building at the time of loss; or

**ii.** The Limit of Insurance shown in the Declarations as applicable to the covered Building property.

**(b) Demolition Cost and Increased Cost of Construction**

**(i)** If a Covered Causes of Loss occurs to covered Building property or to existing tenant's improvements and betterments contained in covered Building property, we will pay for:

**a.** Demolition Cost - The cost to demolish and clear the site of undamaged parts of the property caused by enforcement of building, zoning or land use ordinance or law; and

**b.** Increased Cost of Construction - The increased cost to repair or reconstruct damaged portions of that Building property and/or reconstruct or remodel undamaged portions of that Building property, whether or not demolition is required, when the increased cost is a consequence of enforcement of building, zoning or land use ordinance or law.

Increased Cost of Construction also includes:

**i.** The cost of excavation, grading, backfilling and filling;

**ii.** Foundations of the building;

**iii.** Pilings; and

**iv.** Underground pipes, flues and drains.

However this coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

**(ii) Loss Payment**

**a.** The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, at each building per occurrence:

**i.** For covered Building property is the Limit of Insurance shown in the Schedule above as applicable to Building Ordinance or Law Additional Coverage - Demolition Cost and Increased Cost of Construction.

**ii.** For existing tenant's improvements and betterments contained in covered Building property is the Limit of Insurance shown in the Schedule above as applicable to Building Ordinance or Law Additional Coverage - Demolition Cost and Increased Cost of Construction - Tenant's Improvements and Betterments.

**b.** Subject to **a.** above the following loss payment provisions apply:

**i.** We will not pay more under Demolition Cost than the amount you actually spend to demolish and clear the site of the described premises.

**ii.** We will not pay under Increased Cost of Construction:

**a.** Until the property is actually repaired or replaced, at the same or another premises; and

**b.** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

   **iii.** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Increased Cost of Construction is the increased cost of construction at the same premises.

   **iv.** If the ordinance or law requires relocation to other premises, the most we will pay under Increased Cost of Construction is the increased cost of construction at the new premises.

   **v.** Coverage for existing tenant's improvements and betterments contained in covered Building property is excess to any other valid insurance for tenant's improvements and betterments maintained by a tenant(s) whether collectible or not.

**(c) Increased Period of Restoration**

If a Covered Causes of Loss occurs to covered Building property, coverage is extended to include the actual loss of "business income" you sustain during the increased period of time of a necessary "suspension" of "operations" resulting from the enforcement of a building, zoning or land use ordinance or law.

The most we will pay for all loss of "business income" sustained in any one occurrence is the limit of insurance shown in the Schedule above as applicable to Building Ordinance or Law Additional Coverage - Increased Period of Restoration.

**(3)** We will not pay under this Additional Coverage for:

**(a)** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants";

**(b)** The enforcement of the ordinance or law is due to wear and tear, deterioration or lack of maintenance by the owner or the owner's legal designee of the covered building;

**(c)** The covered building at the time of original construction was not in compliance with the governing ordinances or laws;

**(d)** Previous to the loss, renovations were made to the covered building and the renovations were not completed in compliance with governing ordinances or laws; or

**(e)** Loss due to any ordinance or law that you were required, and you failed, to comply with such ordinance or law before the loss, even if the building was undamaged.

**H. BUSINESS INCOME AND EXTRA EXPENSE**

**1.** The following provision is added to paragraph **4. Additional Coverages** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Business Income and Extra Expense**

**a.** We will pay for the actual loss of "business income" you sustain due to the necessary "suspension" of "operations" during the "period of restoration", but not to exceed the limit of insurance shown in the Schedule above. The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations, including personal property in the open, or in a vehicle, within 1,000 feet, caused by or resulting from a Covered Causes of Loss.

If you are a tenant, your premises are the portion of the building which you rent, lease or occupy including:

**(1)** All routes within the building to gain access to the described premises; and

**(2)** Your personal property in the open (or in a vehicle) within 1,000 feet.

**b.** We will also pay necessary "extra expense" you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss of or damage to property caused by or resulting from a Covered Causes of Loss.

**c.** We will only pay for loss of "business income" and "extra expense" incurred that occurs within 12 consecutive months after the date of the direct physical loss or damage.

**d.** The most we will pay for all loss of "business income" and "extra expense" incurred in any one occurrence is the limit of insurance shown in the Schedule above as applicable to Business Income and Extra Expense.

**e.** If earthquake and volcanic eruption are Covered Causes of Loss and the covered building is over 4 stories in height, we will only pay for loss of "business income" or "extra expense" you sustain after the first 168 hours following direct physical loss or damage caused by or resulting from such earthquake or volcanic eruption.

**f.** The following Business Income and Extra Expense Additional Coverages apply only if they are shown in the Schedule above along with a limit of insurance. Each of the Additional Coverages is subject to the limit of insurance and deductible associated with such Additional Coverage in the Schedule. The Additional Coverages provided below are included in, and will not increase, the limit of insurance shown in the Schedule for Business Income and Extra Expense Additional Coverage:

**(1) Alterations and New Buildings Extension** - We will pay for the actual loss of "business income" you sustain and "extra expenses" incurred due to direct physical loss or damage at the described premises caused by or resulting from any Covered Causes of Loss to:

**(a)** New buildings or structures, whether complete or under construction;

**(b)** Alterations or additions to existing buildings or structures; and

**(c)** Machinery, equipment, supplies or materials located on or within 1,000 feet of the described premises and:

**(i)** Used in the construction, alterations or additions; or

**(ii)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**(2) Business Income From Dependent Properties**

**(a)** We will pay for the actual loss of "business income" you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to a dependent property caused by or resulting from a Covered Causes of Loss.

**(b)** We will reduce the amount of your "business income" loss to the extent you can resume "operations", in whole or in part, by using any other available:

**(i)** Source of materials; or

**(ii)** Outlet for your products.

**(c)** Dependent property means property owned by others whom you depend on to:

**(i)** Deliver materials or services to you or to others for your account (Contributing Locations). But any property which delivers any of the following services is not a Contributing Location with respect to such services:

**i.** "Water supply services";

**ii.** "Communication supply services"; or

**iii.** "Power supply services".

**(ii)** Accept your products or services (Recipient Locations);

**(iii)** Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations); or

**(iv)** Attract customers to your business (Leader Locations).

The dependent property must be located in the coverage territory of this policy.

**(3) Civil Authority** - We will pay for the actual loss of "business income" you sustain and necessary "extra expenses" incurred caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Causes of Loss.

The coverage for "business income" will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

The coverage for "extra expense" will begin immediately after the time of that action and will end either three consecutive weeks after the time of that action or when your coverage for "business income" ends, whichever is later.

**(4) Extended Business Income**

If the necessary "suspension" of your "operations" produces a "business income" loss payable under this policy, we will pay for the actual loss of "business income" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the "business income" amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 180 consecutive days after the date determined in **(4)(a)** above.

However, Extended Business Income does not apply to loss of "business income" incurred as a result of unfavorable business conditions caused by the impact of the Covered Causes of Loss in the area where the described premises are located.

Loss of "business income" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Causes of Loss.

**(5) Newly Acquired Properties** - We will pay for the actual loss of "business income" and "extra expense" you sustain due to the necessary "suspension" of "operations" during the "period of restoration" caused by direct physical loss or damage by a Covered Causes of Loss to property at newly acquired buildings, including personal property in the open, or in a vehicle, within 1,000 feet. But this coverage ends for each newly acquired location upon the earlier of:

**(a)** The expiration of this policy;

**(b)** The day you report the new property to us; or

**(c)** The 30th day after you acquire the property or begin the construction.

**(6) Pollutant Clean Up and Removal** - We will pay for the actual loss of "business income" and "extra expense" you sustain due to the necessary "suspension" of "operations" during the "period of restoration". The "suspension" must be due to the discharge, dispersal, seepage, migration, release or escape of "pollutants" to land or water at the described premises caused by or resulting from a Covered Causes of Loss that occurs during the policy period.

The most we will pay for all loss of "business income" and "extra expense" incurred in any one occurrence is the limit of insurance shown in the Schedule above as applicable to Business Income and Extra Expense Additional Coverage - Pollutant Clean Up and Removal.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Donegal Insurance Group

**(7) Property In Transit** - We will pay for the actual loss of "business income" you sustain due to the necessary "suspension" of "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss or damage to covered property while in transit between points in the Coverage Territory, caused by or resulting from a Covered Causes of Loss that occurs during the policy period.

The most we will pay for all loss of "business income" sustained in any one occurrence is the limit of insurance shown in the Schedule above as applicable to Business Income Additional Coverage - Property In Transit.

**(8) Utility Services - Time Element**

**(a)** We will pay for the actual loss of "business income" and "extra expense" you sustain due to the necessary "suspension" of "operations" during the "period of restoration". The "suspension" must be caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Causes of Loss to the following property not on the premises described in the Declarations:

**(i)** "Water Supply Services";

**(ii)** "Communication Supply Services"; and

**(iii)** "Power Supply Services".

**(b)** This Additional Coverage is not subject to the terms of subparagraph **1.e. Utility Services** as found in section **B. Exclusions** of the CAUSES OF LOSS - SPECIAL FORM, to the extent that the Utility Services Exclusion would conflict with the provisions of this Additional Coverage.

**(c)** The most we will pay for all loss of "business income" and "extra expense" incurred in any one occurrence is the limit of insurance shown in the Schedule above as applicable to Business Income and Extra Expense Additional Coverage - Utility Services - Time Element.

**(9) Water Backup of Sewers, Drains or Sumps**

**(a)** We will pay for the actual loss of "business income" and "extra expense" you sustain due to the necessary "suspension" of "operations" during the "period of restoration". The "suspension" must be caused by water that backs up or overflows from a sewer, drain or sump inside a covered Building at a described premises.

**(b)** This Business Income Additional Coverage - Water Backup of Sewers, Drains or Sumps does not apply if the "suspension" is caused directly or indirectly by:

**(i)** "Flood" or conditions related to "flood", including but not limited to, the backup of sewers, drains or sumps due to the overwhelming of such sewers, drains or sumps by "flood";

**(ii)** An insured's failure to:

**i.** Keep a sump pump or its related equipment in proper working condition; or

**ii.** Perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

regardless of any other cause or event that contributes concurrently or in any sequence to such "suspension" of "operations".

**(c)** The most we will pay for loss or damage under this Additional Coverage at each described premises in any one occurrence is the limit of insurance shown in the Schedule above as applicable to Business Income Additional Coverage - Water Backup of Sewers, Drains or Sumps.

**(d)** With respect to the insurance provided under the Business Income Additional Coverage - Water Backup of Sewers, Drains or Sumps, Exclusion paragraph **1.g.(3)** as found in section **B. EXCLUSIONS** of the CAUSES OF LOSS - SPECIAL FORM and paragraph **B.3.** of the WATER EXCLUSION ENDORSEMENT is deleted.

**2.** The following provisions are added to section **E. LOSS CONDITIONS** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Loss Conditions Applicable to Business Income and Extra Expense**

**a.** Loss Determination

**(1)** The amount of "business income" loss, if covered by this endorsement, will be determined based on:

**(a)** The Net Income of the business before the direct physical loss or damage occurred;

**(b)** The likely Net Income of the business if no loss or damage occurred;

**(c)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(d)** Other relevant sources of information, including:

**(i)** Your financial records and accounting procedures;

**(ii)** Bills, invoices and other vouchers; and

**(iii)** Deeds, liens or contracts.

**(2)** The amount of "extra expense" will be determined based on:

**(a)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(i)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(ii)** Any "extra expense" that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(b)** All necessary expenses that:

**(i)** Reduce the "business income" loss that otherwise would have been incurred; or

**(ii)** Minimize the "suspension" of business.

**b.** Loss Payment

We will pay for covered loss within 30 days after we receive the sworn statement of loss, if you have complied with all of the terms of this Coverage Part and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**c.** Resumption Of Operations

We will reduce the amount of your:

**(1)** "Business income" loss, other than "extra expense", to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or "stock") at the described premises or elsewhere.

**(2)** "Extra expense" loss to the extent you can return "operations" to normal and discontinue such "extra expense".

If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**3.** The following provisions amend the insurance provided by the CAUSES OF LOSS - SPECIAL FORM:

**a.** The following provisions are added to paragraph **B. EXCLUSIONS** and apply in addition to the Exclusions found in paragraphs **B.** and the Limitations found in paragraph **C.**:

**Additional Exclusions Applicable to Business Income and Extra Expense**

We will not pay for:

**(1)** Any loss caused by or resulting from:

  **(a)** Damage or destruction of "finished stock"; or

  **(b)** The time required to reproduce "finished stock".

  This exclusion does not apply to "extra expense".

**(2)** Any loss by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

  **(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

  **(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your "business income" during the "period of restoration".

**(4)** Any "extra expense" caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b.** The following provision is added to paragraph **C. LIMITATIONS** and applies in addition to the Exclusions found in paragraph **B.** and the Limitations found in paragraph **C.**:

**Additional Limitations Applicable to Business Income and Extra Expense Limitation - "Electronic Data" and "Media"**

We will not pay for any loss of "business income" caused by direct physical loss of or damage to "electronic data" and "media" after the longer of:

**(1)** 60 consecutive days from the date of direct physical loss or damage; or

**(2)** The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace, with reasonable speed and similar quality, other property at the described premises due to loss or damage caused by the same occurrence.

This limitation does not apply to "extra expense".

**I.** **CONSEQUENTIAL LOSS TO STOCK**

The following provision is added to paragraph **4. Additional Coverages** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Consequential Loss To Stock**

We will pay the reduction in value of the remaining parts of "stock" when the reduction is caused by direct physical loss or damage from a Covered Causes of Loss to other parts of "stock" at the described premises.

The most we will pay for any reduction in value under this Additional Coverage in any one occurrence is the limit of insurance shown in the Schedule above as applicable to Consequential Loss To Stock.

**J.** **DEFERRED PAYMENTS**

The following provision is added to paragraph **4. Additional Coverages** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Deferred Payments**

We will pay for your interest in lost or damaged Personal Property sold by you under a conditional sale or trust agreement or any installment or deferred payment plan after delivery to buyers. The loss or damage must be caused by a Covered Causes of Loss.

When a total loss to that property occurs, deferred payments are valued on the amount shown on your books as due from the buyer.

When partial loss to that property occurs and the buyer refuses to continue payment, forcing you to repossess, deferred payments are valued as follows:

1. If the realized value of the repossessed property is greater than or equal to the amount shown on your books as due from the buyer, we will make no payment; but

2. If the realized value of the repossessed property is less than the amount shown on your books as due from the buyer, we will pay the difference.

When a partial loss occurs and the buyer continues to pay you, there will be no loss payment.

The most we will pay under this Additional Coverage in any one occurrence is the limit of insurance shown in the Schedule above as applicable to Deferred Payments Additional Coverage.

## K. EMPLOYEE THEFT

1. The following provision is added to paragraph **4. Additional Coverages** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Employee Theft**

We will pay for loss of or damage to:

a. "Money";

b. "Securities"; and

c. Any tangible property, other than "money" and "securities", that has intrinsic value,

resulting directly from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

This Employee Theft Additional Coverage also includes payment for loss caused by any "employee" while temporarily outside the Coverage Territory for a period not more than 90 days.

The most we will pay under this Additional Coverage in any one occurrence is the limit of insurance shown in the Schedule above as applicable to Employee Theft Additional Coverage. All loss or damage caused by, or involving, one or more "employees", whether the result of a single act or series of acts, is considered one occurrence.

2. The following provisions are added to section **E. LOSS CONDITIONS** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Loss Conditions Applicable to Employee Theft Additional Coverage**

a. Cancellation As To Any Employee

Employee Theft Additional Coverage is cancelled as to any "employee":

(1) Immediately upon discovery by:

(a) You; or

(b) Any of your partners, members or managers (if you are a limited liability company), officers, directors or trustees not in collusion with the "employee",

of "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you.

(2) On the date specified in a notice mailed to you. That date will be at least 30 days after the date of mailing. The mailing of notice to you at the last mailing address known to us will be sufficient proof of notice. Delivery of notice is the same as mailing.

b. Employee Benefit Plan(s)

(1) Any employee welfare benefit plan or employee pension benefit plan (employee benefit plan) that is subject to the Employee Retirement Income Security Act of 1974 (ERISA), which you provide solely for the benefit of your "employees" is also an insured under this Employee Theft Additional Coverage.

(2) With respect to any employee benefit plan that is insured under this Additional Coverage, "employee" also includes any natural person who is:

(a) A trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor, employee benefit plan that is insured under this Additional Coverage; and

**(b)** Your director or trustee while that person is handling "money", "securities" or other property of any employee benefit plan that is insured under this Additional Coverage.

**(3)** If any employee benefit plan(s) is insured jointly with any other entity under this Additional Coverage, you or the Plan Administrator must select a Limit of Insurance that is sufficient to provide a Limit of Insurance for each Plan that is at least equal to that required if each Plan were separately insured.

**(4)** Any payment we make to you for loss sustained by any employee benefit plan will be held by you for the use and benefit of the employee benefit plan(s) sustaining the loss.

**(5)** If two or more employee benefit plans are insured under this insurance, any payment we make for loss:

**(a)** Sustained by two or more employee benefit plans; or

**(b)** Of commingled "money", "securities", or other property of two or more employee benefit plans;

that arises out of one occurrence, is to be shared by each employee benefit plan sustaining loss in the proportion that the Limit of Insurance required for each employee benefit plan bears to the total of those limits.

**(6)** No deductible applies loss sustained by any plan that is subject to ERISA that is insured under this Additional Coverage.

**c.** Loss Covered Under This Insurance And Prior Insurance Issued By Us Or Any Affiliate

If any loss is covered:

**(1)** Partly by this insurance; and

**(2)** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest,

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or policy period to policy period.

**d.** Loss Sustained

We will pay only for loss that you sustain through acts committed or events occurring during the policy period shown in the Declarations. We will pay only for covered loss discovered no later than one year from the end of the Policy Period.

Discovery of loss occurs when you first become aware of facts which would cause a reasonable person to assume that a loss covered by this insurance has been or will be incurred, even though the exact amount or details of loss may not then be known.

Discovery also occurs when you receive notice of an actual or potential claim against you alleging facts that if true would constitute a covered loss under this insurance.

**e.** Loss Sustained During Prior Insurance

**(1)** If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

**(a)** This insurance became effective at the time of cancellation or termination of the prior insurance; and

**(b)** The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

**(2)** The insurance under this Condition is part of, not in addition to, the Limits of Insurance applying to this insurance and is limited to the lesser of the amount recoverable under:

**(a)** This insurance as of its effective date; or

**(b)** The prior insurance had it remained in effect.

3. With respect to the insurance provided under the Employee Theft Additional Coverage, the following provisions amend the insurance provided by the CAUSES OF LOSS - SPECIAL FORM:

a. Subparagraph **2.h.** as found in section **B. EXCLUSIONS** does not apply to "theft" committed by an "employee".

b. The following provisions are added to paragraph **B. EXCLUSIONS** and apply in addition to the Exclusions found in paragraph **B.** and the Limitations found in paragraph **C.**:

**Additional Exclusions Applicable to Employee Theft Additional Coverage**

The insurance provided by the Employee Theft Additional Coverage does not apply to:

**(1) Acts Committed By You, Your Partners Or Your Members**

Loss resulting from "theft" or any other dishonest act committed by you, any of your partners, or any of your members if you are a limited liability company, whether acting alone or in collusion with other persons;

**(2) Employee Cancelled Under Prior Insurance**

Loss caused by any "employee" of yours, or predecessor in interest of yours, for whom similar prior insurance has been cancelled and not reinstated since the last such cancellation.

**(3) Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(a)** Any inventory computation; or

**(b)** A profit and loss computation.

**(4) Trading**

Loss resulting directly or indirectly from trading, whether in your name or in a genuine or fictitious account.

**(5) Warehouse Receipts**

Loss resulting from fraudulent or dishonest signing, issuing, cancelling or failing to cancel, a warehouse receipt or any papers connected with it.

**L. FIRE EXTINGUISHING EQUIPMENT RECHARGE**

The following provision is added to paragraph **4. Additional Coverages** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Fire Extinguishing Equipment Recharge**

We will pay for the cost of:

**1.** Recharging your Underwriter's Laboratories listed or Factory Mutual approved type ABC (multipurpose) fire extinguishers; or

**2.** Refilling your dry chemical fixed pipe fire extinguishing systems,

after being used in fighting a fire on your premises or on adjoining premises.

The most we will pay under this Additional Coverage in any one occurrence is the limit of insurance shown in the Schedule above as applicable to Fire Extinguishing Equipment Recharge Additional Coverage.

**M. FORGERY OR ALTERATION**

**1.** The following provision is added to paragraph **4. Additional Coverages** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Forgery Or Alteration**

**a.** We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money" that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

**b.** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**c.** The most we will pay for any loss, including legal expenses, under this Additional Coverage is the limit of insurance shown in the Schedule above as applicable to Forgery or Alteration.

**2.** With respect to the insurance provided under the Forgery or Alteration Additional Coverage, subparagraph **2.h.** as found in section **B. EXCLUSIONS** of the CAUSES OF LOSS - SPECIAL FORM does not apply to loss caused by an "employee".

**N. INSIDE THE PREMISES - ROBBERY OR SAFE BURGLARY OF OTHER PROPERTY**

The following provision is added to paragraph **4. Additional Coverages** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Inside The Premises - Robbery Or Safe Burglary Of Other Property**

1. We will pay for loss of or damage to any tangible property other than "money" or "securities":

   a. Inside the described premises resulting directly from an actual or attempted robbery of you, or any of your partners or members, or any "employee" while having care and custody of property; or

   b. Inside the described premises in a safe or vault resulting directly from an actual or attempted taking of:

      (1) Property from within a locked safe or vault by a person unlawfully entering the safe or vault as evidenced by marks of forcible entry upon its exterior; or

      (2) A safe or vault from inside the described premises.

2. We will pay for loss of or damage to a locked safe or vault located inside the described premises resulting directly from an event described in **1.** above.

3. The most we will pay under this Additional Coverage in any one occurrence is the limit of insurance shown in the Schedule above as applicable to Inside The Premises - Robbery Or Safe Burglary Of Other Property.

**O. INVENTORY AND APPRAISALS**

The following provision is added to paragraph **4. Additional Coverages** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Inventory and Appraisals**

In the event of loss or damage caused by a Covered Causes of Loss, we will pay reasonable expenses incurred by you at our request to assist us in the investigation of a claim or the determination of the amount of loss such as taking inventory or making appraisals.

We will not pay for any expenses:

1. To prove that loss or damage is covered;

2. To prepare claims not covered by this Coverage Part;

3. Incurred under Section **E. Loss Conditions**, subparagraph **2. Appraisal**;

4. Incurred for examinations under oath that are requested by you; or

5. Billed by, or payable to, independent or public adjusters.

The most we will pay under this Additional Coverage is the limit of insurance shown in the Schedule above as applicable to Inventory and Appraisals Additional Coverage.

**P. LOCK AND KEY REPLACEMENT**

The following provision is added to paragraph **4. Additional Coverages** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Lock and Key Replacement**

We will pay reasonable expenses incurred to:

1. Replace entry keys or key-cards and adjust locks to accept new entry keys or key-cards, if keys to a lock at a described premises are lost or stolen;

2. Replace locks, including the cost of their installation, if master or grand master keys or key-cards are lost or stolen; and

3. Repair or replace premises entry locks if such repair or replacement is made necessary because of damage to the premises entry locks resulting directly from theft or attempted theft at described premises.

We will not pay for the replacement of your premises entry locks if you discharge an "employee" and fail to have them return any keys that were provided for their use.

The most we will pay for all loss or damage in any one policy year under this Additional Coverage is the Policy Year Limit of Insurance shown in the Schedule above applicable to Lock and Key Replacement Additional Coverage, subject to the Per Occurrence Limit of Insurance shown in the Schedule. Any amount paid for loss or damage for each claim will reduce the amount of the Policy Year Limit of Insurance available for payment of loss or damage for any other claim under this Additional Coverage in the same policy year. Each policy year begins with the inception or anniversary date of this policy and ends at the expiration or at the next anniversary date of this policy.

### Q. MONEY AND SECURITIES

1. The following provision is added to paragraph **4. Additional Coverages** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Money and Securities**

a. We will pay for loss of "money" and "securities" used in your business resulting directly from theft, disappearance or destruction while inside:

   (1) A described premises; or

   (2) The premises of a banking or savings institution or similar safe depository.

   We will also pay for loss of, or loss from damage to a locked safe, vault, cash register, cash box or cash drawer located in the described premises resulting directly from actual or attempted theft of or unlawful entry into such containers.

   The most we will pay for losses payable under this paragraph **a.** is the limit of insurance shown in the Schedule above for Money and Securities Additional Coverage - Inside the Premises.

b. We will pay for loss of "money" and "securities" used in your business resulting directly from theft, disappearance or destruction while outside a described premises in the care and custody of :

   (1) You;

   (2) Any of your partners;

   (3) Any "employee" who has been given permission by you to have care and custody of such "money" and "securities"; or

   (4) An armored motor vehicle company.

   The most we will pay for losses payable under this paragraph **b.** is the limit of insurance shown in the Schedule above for Money and Securities Additional Coverage - Outside the Premises. We will subtract from any amount payable the amount you can recover under your contract with an armored vehicle company and from any insurance or indemnity carried by, or for the benefit of customers of, an armored vehicle company.

c. All loss arising out of:

   (1) An act or series of related acts involving one or more persons; or

   (2) An act or event, or a series of related acts or events, not involving any person,

   is considered one occurrence.

d. You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

e. In the event of loss or damage, we will determine the value of "money" issued by the United States of America at its face value and "securities" at their value at the close of business on the day the loss was discovered.

   We may, at our option, also pay for:

   (1) Loss of "money" issued by any country other than the United States of America in the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered; and

   (2) The cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

      (a) Value of the "securities" at the close of business on the day the loss was discovered; or

      (b) Limit of insurance shown in the Schedule as applicable to this coverage.

2. The following provision is added to paragraph **B. EXCLUSIONS** of the CAUSES OF LOSS - SPECIAL FORM and applies in addition to the Exclusions found in paragraph **B.** and the Limitations found in paragraph **C.**:

**Additional Exclusions Applicable to Money and Securities Additional Coverage**

We will not pay for loss:

a. Resulting from accounting or arithmetical errors or omissions;

**b.** Due to the giving or surrendering of property in any exchange or purchase; or

**c.** Of property contained in any "money"-oriented device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

## R. TENANT GLASS

The following provision is added to paragraph **4. Additional Coverages** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

### Tenant Glass

We will pay for direct physical loss of or damage to building glass (other than art glass windows or stained glass), including encasements, frames, alarm tape, lettering and ornamentation, at a described premises and for which you are contractually liable as a tenant, if such loss or damage is caused by or resulting from a Covered Causes of Loss.

We will also pay under this Additional Coverage expenses incurred to:

**1.** Put up temporary plates or board up openings if repair or replacement of damaged glass is delayed; and

**2.** Remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

The most we will pay for loss or damage under this Additional Coverage at each described premises is the limit of insurance shown in the Schedule above as applicable to Tenant Glass Additional Coverage.

## S. UTILITY SERVICES - DIRECT DAMAGE

The following provision is added to paragraph **4. Additional Coverages** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

### Utility Services - Direct Damage

**1.** We will pay for direct physical loss of or damage to Covered Property caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Causes of Loss to the following property not on the premises described in the Declarations:

**a.** "Water Supply Services";

**b.** "Communication Supply Services"; and

**c.** "Power Supply Services".

**2.** This Additional Coverage is not subject to the terms of subparagraph **1.e. Utility Services** as found in section **B. Exclusions** of the CAUSES OF LOSS - SPECIAL FORM, to the extent that the Utility Services Exclusion would conflict with the provisions of this Additional Coverage.

**3.** This Additional Coverage does not apply to loss or damage to property that is maintained under controlled temperature or humidity conditions for preservation and is susceptible to loss of damage if the controlled temperature or humidity conditions change.

**4.** The most we will pay for loss or damage under this Additional Coverage in any one occurrence is the limit of insurance shown in the Schedule above for Utility Services - Direct Damage.

## T. VOLUNTARY PARTING

**1.** The following provision is added to paragraph **4. Additional Coverages** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

### Voluntary Parting

We will pay for loss or damage to covered property resulting from voluntary parting with the property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

The most we will pay for loss or damage under this Additional Coverage is the limit of insurance shown in the Schedule above as applicable to Voluntary Parting.

**2.** Subparagraph **2.i.** as found in section **B. EXCLUSIONS** of the CAUSES OF LOSS - SPECIAL FORM is deleted.

## U. WATER BACKUP OF SEWERS, DRAINS OR SUMPS

**1.** The following provision is added to paragraph **4. Additional Coverages** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

### Water Backup of Sewers, Drains or Sumps

We will pay for loss or damage to Covered Property, located at a premises described in the Declarations, caused by water that backs up or overflows from a sewer, drain or sump inside a covered Building at a described premises.

This Water Backup of Sewers, Drains or Sumps Additional Coverage does not apply to loss or damage caused directly or indirectly by:

**a.** "Flood" or conditions related to "flood", including but not limited to, the backup of sewers, drains or sumps due to the overwhelming of such sewers, drains or sumps by "flood";

**b.** An insured's failure to:

**(1)** Keep a sump pump or its related equipment in proper working condition; or

**(2)** Perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

regardless of any other cause or event that contributes concurrently or in any sequence to such loss or damage.

The most we will pay for loss or damage under this Additional Coverage at each described premises in any one occurrence is the limit of insurance shown in the Schedule above as applicable to Water Backup of Sewers, Drains or Sumps Additional Coverage.

**2.** With respect to the insurance provided under the Water Backup of Sewers, Drains or Sumps Additional Coverage, paragraph **1.g.(3)** as found in section **B. EXCLUSIONS** of the CAUSES OF LOSS - SPECIAL FORM and paragraph **B.3.** of the WATER EXCLUSION ENDORSEMENT is deleted.

**V.** The following Coverage Extensions apply only if they are shown in the Schedule above along with a limit of insurance. Each of the Coverage Extensions is subject to the limit of insurance and deductible associated with such Coverage Extension in the Schedule.

**A. BROADENED NEWLY ACQUIRED OR CONSTRUCTED PROPERTY - BUILDING**

Subparagraph **a.(1)** under paragraph **5. Coverage Extensions** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced by the following:

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Coverage Extension at each building is the limit of insurance shown in the Schedule above as applicable to Broadened Newly Acquired Or Constructed Property Coverage Extension - Building.

**B. BROADENED NEWLY ACQUIRED OR CONSTRUCTED PROPERTY - YOUR BUSINESS PERSONAL PROPERTY**

Subparagraph **a.(2)(a)** under paragraph **5. Coverage Extensions** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced by the following:

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)** Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Coverage Extension at each building is the limit of insurance shown in the Schedule above as applicable to Broadened Newly Acquired Or Constructed Property Coverage Extension - Your Business Personal Property.

**C. OUTDOOR PROPERTY**

The following provisions amend the insurance provided by the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**1.** With respect to the insurance provided under the Outdoor Property Coverage Extension, subparagraph **2.I. Property Not Covered** as found in section **A. Coverage** is deleted.

**2.** Subparagraph **e. Outdoor Property** under paragraph **5. Coverage Extensions** as found in section **A. COVERAGE** is deleted and replaced by the following:

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your:

**(1) Radio and Television Antennas**

Radio and television antennas, satellite dishes and similar audio/visual receiving equipment, their lead in wiring, masts or towers, including debris removal expense, caused by or resulting from a Covered Causes of Loss.

The most we will pay for loss or damage under this Coverage Extension is the limit of insurance shown in the Schedule above for Radio and Television Antennas.

**(2) Outdoor Trees, Shrubs and Plants**

Outdoor trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from a Covered Causes of Loss.

The most we will pay for loss or damage under this Coverage Extension is the limit of insurance shown in the Schedule above for Outdoor Trees, Shrubs and Plants.

**(3) Outdoor Fences**

Outdoor fences and retaining walls (other than retaining walls that are used to contain water) that are not part of a building, including debris removal expense, caused by or resulting from a Covered Causes of Loss.

The most we will pay for loss or damage under this Coverage Extension is the limit of insurance shown in the Schedule above for Outdoor Fences.

**(4) Outdoor Signs**

Outdoor signs (other than signs attached to buildings), including debris removal expense, caused by or resulting from a Covered Causes of Loss.

The most we will pay for loss or damage under this Coverage Extension is the limit of insurance shown in the Schedule above for Outdoor Signs.

**(5) Outdoor Light Posts**

Outdoor light posts, including debris removal expense, caused by or resulting from a Covered Causes of Loss.

The most we will pay for loss or damage under this Coverage Extension is the limit of insurance shown in the Schedule above for Outdoor Light Posts.

**(6) Ornamental Display Gardens**

Ornamental display gardens, used for display or promotional purposes, located at the described premises or within 1,000 feet of the personal residence of a landscape or nursery proprietor, partner, officer, or designated "employee", including debris removal expense, caused by or resulting from a Covered Causes of Loss.

The most we will pay for loss or damage under this Coverage Extension is the limit of insurance shown in the Schedule above for Ornamental Display Gardens.

**(7) Ornamental Landscape Displays**

Ornamental masonry or stone bridges, walks, patios, retaining walls or similar surfaces, or wooden landscaping bridges, gazeboes, storage sheds or similar structures, used for display or promotional purposes, located at the described premises or within 1,000 feet of the personal residence of a landscape or nursery proprietor, partner, officer, or designated "employee", including debris removal expense, caused by or resulting from a Covered Causes of Loss.

The most we will pay for loss or damage under this Coverage Extension is the limit of insurance shown in the Schedule above for Ornamental Landscape Displays.

**(8) Outdoor Growing Stock**

Outdoor growing stock, including debris removal expense, caused by or resulting from a Covered Causes of Loss.

With respect to the insurance provided by this Coverage Extension, outdoor growing stock means:

**(a)** Seeds, seedlings, bulbs, cuttings, or cultivated plants or trees, from the time they are deposited in the ground, until removed from the ground; and

**(b)** Outdoor trees, shrubs and plants held for sale that are contained in pots, flats, or other similar individual containers.

The most we will pay for loss or damage under this Coverage Extension is the limit of insurance shown in the Schedule above for Outdoor Growing Stock.

**D. BROADENED PERSONAL EFFECTS AND PROPERTY OF OTHERS**

The last subparagraph under paragraph **b. Personal Effects and Property of Others** as found in section **5. Coverage Extensions (A. COVERAGE)** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced by the following:

The most we will pay for loss or damage under this Coverage Extension at each described premises is the limit of insurance shown in the Schedule above as applicable to Broadened Personal Effects and Property Of Others Coverage Extension. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**E. BROADENED PROPERTY OFF-PREMISES**

Subparagraph **d.** under paragraph **5. Coverage Extensions** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced by the following:

**d. Property Off-Premises**

You may extend the insurance provided by this Coverage Form to apply to your Covered Property that is temporarily at a location you do not own, lease or operate. This Coverage Extension does not apply to Covered Property:

**(1)** In or on a vehicle;

**(2)** In the care, custody or control of your salespersons;

**(3)** At any fair or exhibition;

**(4)** Covered under the Newly Acquired or Constructed Property Coverage Extension;

**(5)** Covered under the Broadened Newly Acquired or Constructed Property - Business Personal Property Coverage Extension as provided by this endorsement;

**(6)** Covered under the Computers, Electronic Data and Media Coverage Extension as provided by this endorsement;

**(7)** Covered under the Installation Coverage Extension as provided by this endorsement;

**(8)** Sold under any conditional sale, trust agreement, installment plan, or any other deferred payment plan; or

**(9)** Carried by you under a contract or agreement as a bailee for hire.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Coverage Extension.

The most we will pay for loss or damage under this Coverage Extension in any one occurrence is the limit of insurance shown in the Schedule above as applicable to Broadened Property Off-Premises Coverage Extension. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**F. ACCOUNTS RECEIVABLE**

**1.** The following provision is added to paragraph **5. Coverage Extensions** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Accounts Receivable**

You may extend the insurance that applies to Your Business Personal Property to cover the following loss amounts and expenses that are a direct result of loss or damage by a Covered Causes of Loss to your records of accounts receivable:

**a.** All amounts due from your customers that you are unable to collect;

**b.** Interest charges on any loan you secure to offset amounts you are unable to collect pending our payment of these amounts;

**c.** Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

**d.** Other reasonable expenses you incur to re-establish your records of accounts receivable following such loss or damage.

The most we will pay under this Coverage Extension at each described location, per occurrence, is the limit of insurance shown in the Schedule above as applicable to Accounts Receivable Coverage Extension.

**2.** With respect to the insurance provided under the Accounts Receivable Coverage Extension, paragraph **7. Valuation** as found in section **E. LOSS CONDITIONS** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced by the following:

Accounts Receivable loss payment will be determined as follows:

**a.** When there is proof that a covered loss has occured but you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the amount will be computed as follows:

**(1)** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs; and

**(2)** Adjust that total for any normal fluctuation in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**b.** We will deduct from the total amount of accounts receivable, however that amount is established:

**(1)** The amount of the accounts for which there is no loss or damage;

**(2)** The amount of the accounts that you are able to re-establish or collect;

**(3)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(4)** All unearned interest and service charges.

**c.** If you recover the amount of any accounts receivable that were included in the amount of the paid loss, you will return the recovered amount to us, up to the total amount of the paid loss. You will keep the amount of any accounts receivable you recover in excess of the amount of the paid loss.

**3.** The following provision is added to paragraph **B. EXCLUSIONS** of the CAUSES OF LOSS - SPECIAL FORM and applies in addition to the Exclusions found in paragraph **B.** and the Limitations found in paragraph **C.**:

**Additional Exclusions Applicable to Accounts Receivable Coverage Extension**

We will not pay for any loss or damage:

**a.** Caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property. But this exclusion applies only to the extent of the wrongful giving, taking or withholding;

**b.** Caused by or resulting from bookkeeping, accounting or billing errors or omissions;

**c.** Caused by or resulting from electronic or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

**(1)** Programming errors or faulty machine instructions; or

**(2)** Faulty installation or maintenance of data processing equipment or component parts.

**d.** Caused by or resulting from unauthorized instructions to transfer property to any person or to any place; or

**e.** That requires an audit of records or an inventory computation to prove its factual existence.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

Donegal Insurance Group

**G. APPURTENANT STRUCTURES**

The following provision is added to paragraph **5. Coverage Extensions** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Appurtenant Structures**

**1.** You may extend the insurance that applies to Buildings to apply to your incidental appurtenant structures at the described premises.

**2.** You may extend the insurance that applies to Your Business Personal Property to apply to Business Personal Property within incidental appurtenant structures at the described premises.

**3.** Incidental appurtenant structures include storage buildings, carports, garages and similar structures which have not been specifically described in the Declarations.

**4.** The most we will pay for loss or damage under this Coverage Extension at each described premises for any combination of loss or damage to Building and Business Personal Property is the limit of insurance shown in the Schedule above as applicable to Appurtenant Structures.

**H. COMPUTERS, ELECTRONIC DATA AND MEDIA**

**1.** Subparagraph **f. Electronic Data** under paragraph **4. Additional Coverages** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted.

**2.** The following provision is added to paragraph **5. Coverage Extensions** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Computers, Electronic Data and Media**

**a.** You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** "Computer equipment", "electronic data" and "media" you own or that you rent or lease from others; and

**(2)** Similar property of others in your care, custody or control and for which you are liable.

while located anywhere in the Coverage Territory.

The most we will pay for loss or damage under this Coverage Extension is the limit of insurance shown in the Schedule above as applicable to Computers, Electronic Data and Media.

**b. Additional Coverages - Computers, Electronic Data and Media**

The following additional coverages apply whenever coverage is extended to apply to "computer equipment", "electronic data" and "media".

The Additional Coverages provided below are part of and not in addition to the limit of insurance shown in the Schedule above as applicable to Computers, Electronic Data and Media.

**(1) Computer Virus, Harmful Code Or Similar Instruction**

We will cover direct physical loss or damage resulting from a computer virus, harmful code or similar instruction.

For the purposes of this additional coverage, computer virus, harmful code or similar instruction means a malicious, self-replicating electronic data processing code or other code that is intended to result in, but is not limited to:

**(a)** Deletion, destruction, generation, or modification of "data" or "media";

**(b)** Alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "data" or "media";

**(c)** Damage, destruction, inadequacy, malfunction, degradation, or corruption of any "computer equipment"; or

**(d)** Denial of access to or denial of services from "computer equipment".

**(2) Flood Coverage**

We will pay for direct physical loss of or damage to Covered Property resulting from "flood". The most we will pay for loss or damage is $25,000.

**(3) Duplicate "Data" and "Media"**

We will pay for direct physical loss of or damage caused by or resulting from a Covered Causes of Loss to duplicate and back-up "data" and "media" at a separate storage location which is at least 100 feet away from a described premises.

The most we will pay for such duplicate and backup "data" and "media" is 10% of the total "data" and "media" Limit of Insurance or $25,000, whichever is less.

**(4) Mysterious Disappearance/Theft**

We will pay for loss due to unexplained or mysterious disappearance or theft of Covered Property.

**(5) Utility Interruption**

We will pay for direct physical loss or damage to Covered Property caused by surge, lightning, or mechanical breakdown.

**3.** With respect to the insurance provided under the Computers, Electronic Data and Media Coverage Extension, paragraph **7. Valuation** as found in section **E. LOSS CONDITIONS** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced by the following:

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** The value of "computer equipment" will be:

**(1)** The cost of replacing the equipment with new property functionally identical to the damaged equipment if replaced; or

**(2)** Actual cash value if the property is not repaired or replaced.

In the event of partial damage to an item of "computer equipment", we will not pay more than the cost of reasonably restoring the property to its condition immediately prior to the loss.

**b.** The value of "electronic data" will be the actual cost to reproduce. If the "data" is not replaced or reproduced, we will pay the cost of the value of the "media" with no stored "data".

**c.** The value of "media" will be the cost to repair or replace the "media" with substantially identical property.

**d.** Financial documents are only covered as "electronic data", not for any face value.

**4.** With respect to the insurance provided under the Computers, Electronic Data and Media Coverage Extension, the following provisions amend the CAUSES OF LOSS - SPECIAL FORM:

**a.** Paragraph **B.1. Exclusions** does not apply except for:

**(1)** Paragraph **a. Ordinance Or Law.**

**(2)** Paragraph **c. Governmental Action.**

**(3)** Paragraph **d. Nuclear Hazard.**

**(4)** Paragraph **f. War And Military Action.**

**(5)** Paragraph **h. "Biological Contaminants" Or "Chemical Contaminants"**

**b.** Subparagraph **B.2.a. Exclusions** does not apply.

**c.** Subparagraph **B.2.d.(6) Exclusions** does not apply.

**d.** Subparagraph **C.1.e. Limitations** does not apply.

**e.** The following provisions are added:

**Additional Exclusions Applicable to the Computers, Electronic Data and Media Coverage Extension**

We will not pay for any loss or damage caused by or resulting from any:

**(1)** Lightning, surge, or mechanical breakdown when Covered Property connected to electrical, data, or telecommunications lines is not connected to an "approved surge protective device".

**(2)** Virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation.

This exclusion applies except to the extent coverage is provided under Additional Coverage - Computers, Electronic Data and Media - Computer Virus, Harmful Code Or Similar Instruction.

**(3)** Programming errors or incorrect instructions.

**(4)** Work upon the property.

But if work upon the property results in fire or explosion, we will pay for direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this endorsement.

## I. CREDIT CARD SLIPS

The following provision is added to paragraph **5. Coverage Extensions** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Credit Card Slips**

You may extend the insurance that applies to Your Business Personal Property to apply to amounts you are unable to collect due to loss of or damage to credit card slips while located at the described premises as the result of a Covered Causes of Loss.

It is your responsibility to establish the amount of the loss under this Coverage Extension. If it is not possible, the amount of the loss will be determined as follows:

**1.** If you have been in business for more than twelve months at the location of the loss, one-thirtieth (1/30) of the average monthly amount of credit card slips will be considered as average daily credit card slips for that location.

The twelve months immediately preceding the discovery of the loss will be used to determine the average monthly amount.

**2.** If you have been in business for less than twelve months at the location of the loss, the average daily credit card slips shall be one-thirtieth (1/30) of the average monthly amount of credit card slips for the number of months you have been in business at that location.

**3.** The average daily credit card slips will be multiplied by the number of days for which slips are lost to determine the amount of the loss subject to the maximum limit indicated below.

The most we will pay as a result of loss or damage to credit card slips under this Coverage Extension is the limit of insurance shown in the Schedule above as applicable to Credit Card Slips.

## J. FINE ARTS

**1.** The following provision is added to paragraph **5. Coverage Extensions** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Fine Arts**

You may extend the insurance that applies to Your Business Personal Property to apply to "fine arts" that you own or that are in your care, custody or control.

The most we will pay for loss or damage under this Coverage Extension at each described premises is the limit of insurance shown in the Schedule above as applicable to Fine Arts Coverage Extension.

**2.** The following provision is added to paragraph **B. EXCLUSIONS** of the CAUSES OF LOSS - SPECIAL FORM and applies in addition to the Exclusions found in paragraph **B.** and the Limitations found in paragraph **C.**:

**Additional Exclusions Applicable to Fine Arts Coverage Extension**

We will not pay for any loss or damage caused by or resulting from any repairing, restoration or retouching of "fine arts".

## K. INSTALLATION

**1.** The following provision is added to paragraph **5. Coverage Extensions** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Installation**

You may extend the insurance that applies to Your Business Personal Property to apply to the following property located anywhere in the Coverage Territory:

**a.** Materials, supplies, equipment, machinery and fixtures owned by you, or in your care, custody or control, and which are to be installed, fabricated, or erected by you or at your direction. Coverage only applies while such personal property is:

**(1)** At a "job site" you do not own lease or operate:

**(a)** Awaiting and during installation;

**(b)** Awaiting and during testing;

**(c)** Awaiting acceptance by the buyer;

**(2)** At a "temporary storage location"; or

**(3)** In transit to a "job site".

**b.** Temporary structures at the "job site", including cribbing, scaffolding, construction forms, free-standing fences and walls not attached to buildings or other structures, and site preparation costs for these temporary structures.

Installation Coverage does not apply to property that is not a part of, or intended to become a part of, the installation.

Installation Coverage ends at any "job site" at the time that your interest in the property ceases, when the buyer accepts the property, or at the time this policy terminates, whichever is earlier.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Coverage Extension.

The most we will pay for loss or damage under this Coverage Extension at a "job site" is the limit of insurance shown in the Schedule above as applicable to Installation Coverage Extension.

**2.** With respect to the insurance provided under the Installation Coverage Extension, Limitation **1.d.** as found in section **C. LIMITATIONS** of the CAUSES OF LOSS - SPECIAL FORM is deleted.

**L.  MOBILE EQUIPMENT**

**1.** The following provisions amend the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**a.** With respect to the insurance provided under the Mobile Equipment Coverage Extension, the first subparagraph **2.p.(2) Property Not Covered** as found in section **A. Coverage** is deleted.

**b.** The following provision is added to paragraph **5. Coverage Extensions** as found in section **A. COVERAGE**:

**Mobile Equipment**

You may extend the insurance that applies to Your Business Personal Property to apply to your mobile equipment, including equipment you rent or lease, located anywhere in the Coverage Territory.

Mobile equipment includes forklifts, lawn mowers, electric carts, tractors and other vehicles designed for use principally off public roads.

Mobile equipment does not include vehicles which are licensed for use on public roads.

The most we will pay for loss or damage under this Coverage Extension is the limit of insurance shown in the Schedule above as applicable to Mobile Equipment.

**2.** With respect to the insurance provided under the Mobile Equipment Coverage Extension, Limitation **2.c.** as found in section **C. LIMITATIONS** of the CAUSES OF LOSS - SPECIAL FORM is deleted.

**M.  NON-OWNED DETACHED TRAILERS**

Subparagraph **f.(3) Non-Owned Detached Trailers** as contained in paragraph **5. Coverage Extensions** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is replaced by the following:

**(3)** The most we will pay for loss or damage under this Extension is the limit of insurance shown in the Schedule above as applicable to Non-Owned Detached Trailers.

**N.  PERSONAL PROPERTY AT EXHIBITION**

The following provision is added to paragraph **5. Coverage Extensions** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Personal Property At Exhibition**

You may extend the insurance that applies to Your Business Personal Property to apply to personal property that you own or that is in your care, custody or control while temporarily on display to the public at premises you do not regularly occupy.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Coverage Extension.

The most we will pay for loss or damage under this Coverage Extension per occurrence is the limit of insurance shown in the Schedule above as applicable to Personal Property At Exhibition Coverage Extension.

**O. SALESPERSONS SAMPLES**

The following provision is added to paragraph **5. Coverage Extensions** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Salespersons Samples**

You may extend the insurance that applies to Your Business Personal Property to apply to samples of your goods or products (including their containers) and similar property of others while in the custody of a salesperson or any "employee" who travels with sales samples while more than 1,000 feet from the described premises, including while in transit between points in the Coverage Territory.

Salespersons Samples does not include:

1. Property that has been sold;

2. Property shipped by mail;

3. Property that you loan, lease or rent to others;

4. Property while in a described premises or in storage at a premises that is owned, leased, or operated by you, your salespersons, or an "employee";

5. Property covered under the:

   a. Accounts Receivable Coverage Extension;

   b. Fine Arts Coverage Extension;

   c. Installation Coverage Extension;

   d. Personal Property At Exhibition Coverage Extension; or

   e. Personal Property In Transit Additional Coverage Extension

6. Coverage for "money", "securities", jewelry, precious or semi-precious stones, gold, silver, platinum, or other precious metals or alloys.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Coverage Extension.

The most we will pay for loss or damage under this Coverage Extension per occurrence is the limit of insurance shown in the Schedule above as applicable to Salespersons Samples Coverage Extension.

**P. SPOILAGE**

1. The following provision is added to paragraph **5. Coverage Extensions** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

   **Spoilage**

   You may extend the insurance that applies to Your Business Personal Property to apply to personal property inside a building insured under this policy that is maintained under controlled temperature or humidity conditions for preservation and is susceptible to loss or damage if the controlled temperature or humidity conditions change.

   The most we will pay under this Coverage Extension per location is the limit of insurance shown in the Schedule above as applicable to Spoilage.

2. With respect to the insurance provided by the Spoilage Coverage Extension, the following provisions amend the CAUSES OF LOSS - SPECIAL FORM:

   a. The following provisions are added to section **A. Covered Causes of Loss**:

      3. Breakdown or contamination, meaning:

         a. Change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment, only while such apparatus or equipment is at the described premises shown in the Schedule; or

         b. Contamination by a refrigerant, only while the refrigerating apparatus or equipment is at the described premises shown in the Schedule.

      Mechanical breakdown and mechanical failure do not mean power interruption, regardless of how or where the interruption is caused and whether or not the interruption is complete or partial.

4. Power outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises. The interruption must result from direct physical loss or damage by a Covered Causes of Loss to "power supply services".

b. Subparagraph **1.e. Utility Services** and subparagraph **2.d.(6)** as found in section **B. Exclusions** does not apply.

c. The following provision is added to paragraph **B. EXCLUSIONS**:

**Additional Exclusions Applicable to Spoilage Coverage Extension**

We will not pay for any loss or damage resulting from:

(1) The disconnection of any refrigerating, cooling or humidity control system from the source of power.

(2) The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

(3) The inability of an electrical utility company or other power source to provide sufficient power due to:

(a) Lack of fuel; or

(b) Governmental order.

(4) The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

(5) Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

## Q. SPOILAGE - IN TRANSIT

1. The following provision is added to paragraph **5. Coverage Extensions** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Spoilage - In Transit**

You may extend the insurance that applies to Your Business Personal Property to apply to personal property that is maintained under controlled temperature or humidity conditions for preservation and is susceptible to loss or damage if the controlled temperature or humidity conditions change, while in transit between any points in the coverage territory.

The most we will pay under this Coverage Extension per location is the limit of insurance shown in the Schedule above as applicable to Spoilage - In Transit.

2. With respect to the insurance provided by the Spoilage - In Transit Coverage Extension, the following provisions amend the CAUSES OF LOSS - SPECIAL FORM:

a. The following provisions are added to section **A. Covered Causes of Loss**:

3. Breakdown or contamination, meaning:

a. Change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment; or

b. Contamination by a refrigerant.

Mechanical breakdown and mechanical failure do not mean power interruption, regardless of how or where the interruption is caused and whether or not the interruption is complete or partial.

b. Subparagraph **2.d.(6)** as found in section **B. Exclusions** does not apply.

c. The following provision is added to paragraph **B. EXCLUSIONS**:

**Additional Exclusions Applicable to Spoilage - In Transit Coverage Extension**

We will not pay for any loss or damage resulting from:

(1) The disconnection of any refrigerating, cooling or humidity control system from the source of power.

(2) The deactivation of power caused by the manipulation of any switch or other device used to control the power.

(3) The inability of a power source to provide sufficient power due to lack of fuel.

(4) The inability of a power source to provide sufficient power due to lack of generating capacity to meet demand.

(5) Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

### R. THEFT LOSS TO BUILDING

The following provision is added to paragraph **5. Coverage Extensions** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Theft Loss to Building**

If you are a tenant, you may extend the insurance that applies to Your Business Personal Property to cover loss directly resulting from an act of theft to that portion of the described premises that you occupy.

### S. BUILDING OWNERS-TENANT MOVE BACK EXPENSES

The following provision is added to paragraph **5. Coverage Extensions** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Building Owners-Tenant Move Back Expenses**

If you are a building owner, you may extend the insurance provided by this Coverage Form to apply to expenses you incur to move back tenants into a described premises due to temporary untenantability caused by direct physical loss or damage by a Covered Causes of Loss.

We will pay only for the following move back expenses that are documented, reasonable and necessary:

**1.** Packing, insuring and transporting Business Personal Property;

**2.** Re-establishing electric utility and communication services, less any refunds due tenants from discontinued services;

**3.** Assembly and setting up fixtures and equipment; or

**4.** Unpacking and reshelving stock and supplies.

We will pay only for move back expenses incurred within 60 days of the date that the portion of the building rented by your tenant has been repaired or rebuilt and is ready for occupancy.

The most we will pay under this Coverage Extension per location is the limit of insurance shown in the Schedule above as applicable to Building Owners-Tenant Move Back Expenses. Coverage for move back expenses is excess to any other valid insurance for move back expenses maintained by a tenant(s) whether collectible or not.

### T. TENANT LEASE ASSESSMENT

The following provision is added to paragraph **5. Coverage Extensions** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Tenant Lease Assessment**

If you are a tenant, you may extend the insurance that applies to Your Business Personal Property to apply to your share of any assessment charged by the building owner as a result of direct physical loss or damage caused by or resulting from a covered Causes of Loss to building property as required in a written lease agreement. The most we will pay under this Coverage Extension per location is the limit of insurance shown in the Schedule above as applicable to Tenant Lease Assessment.

### U. TENANT LEASEHOLD IMPROVEMENTS

The following provision is added to paragraph **5. Coverage Extensions** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Tenant Leasehold Improvements**

If you are a tenant and your lease is cancelled in accordance with a written lease agreement as the direct result of a Covered Causes of Loss to property at the location in which you are a tenant, and you cannot legally remove tenant's improvements and betterments, you may extend the insurance that applies to Your Business Personal Property to apply to the unamortized value of tenant's improvements and betterments that remain and that you were forced to abandon. The most we will pay under this Coverage Extension per location is the limit of insurance shown in the Schedule above as applicable to Tenant Leasehold Improvements.

### V. VALUABLE PAPERS AND RECORDS

**1.** Subparagraph **c. Valuable Papers and Records - Cost of Research** under paragraph **5. Coverage Extensions** as found in section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced by the following:

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Donegal Insurance Group

**c. Valuable Papers and Records**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to research, restore or replace lost information on "valuable papers and records" that you own, or that are in your care, custody or control, and for which duplicates do not exist. The lost information must be a result of direct physical loss or damage to "valuable papers and records" caused by or resulting from a Covered Causes of Loss. This Extension does not apply to "valuable papers and records" which exist as "electronic data".

**(2)** This Coverage Extension does not apply to property:

    **(a)** Held as samples or delivery after sale; or

    **(b)** That cannot be replaced with other property of like kind and quality; or

    **(c)** Away from the premises described in the Declarations unless the removal of such "valuable papers and records" is necessary because of imminent danger of loss or damage and you give us written notice of the removal within 10 days following the removal.

**(3)** The most we will pay under this Coverage Extension for the cost to research, restore or replace lost information on "valuable papers and records":

    **(a)** In any one occurrence at the described premises is the limit of insurance shown in the Schedule above as applicable to Valuable Papers and Records Coverage Extension; or

    **(b)** In storage away from the premises described in the Declarations, including while being taken to and returned from such place of storage, because of imminent danger of loss or damage, is $5,000.

Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

Our payment for loss or damage to "valuable papers and records" of others that are in your care, custody or control will only be for the account of the owner of the "valuable papers and records".

**2.** The following provisions amend the insurance provided by the CAUSES OF LOSS - SPECIAL FORM:

    **a.** With respect to the insurance provided under the Valuable Papers and Records Coverage Extension, section **B. EXCLUSIONS** does not apply except for:

      **(1)** Exclusion **B.1.c. Governmental Action**;

      **(2)** Exclusion **B.1.d. Nuclear Hazard**;

      **(3)** Exclusion **B.1.f. War and Military Action**;

      **(4)** Exclusion **B.1.h. "Biological Contaminants" Or "Chemical Contaminants"**;

      **(5)** Exclusion **B.2.b.**;

      **(6)** Exclusion **B.2.d.(1)**;

      **(7)** Exclusion **B.2.d.(2)**;

      **(8)** Exclusion **B.2.d.(5)**;

      **(9)** Exclusion **B.2.h.**;

      **(10)** Exclusion **B.2.i.**;

      **(11)** Exclusion **B.2.k.**; and

      **(12)** **Additional Exclusions Applicable to Valuable Papers and Records Coverage Extension** (subparagraph **b.** below).

**b.** With respect to the insurance provided under the Valuable Papers and Records Coverage Extension, the following provision is added to paragraph **B. EXCLUSIONS**:

**Additional Exclusions Applicable to Valuable Papers and Records Coverage Extension**

We will not pay for any loss or damage resulting from errors or omissions in processing or copying. But if errors or omissions in processing or copying results in fire or explosion, we will pay for the direct loss or damage caused by the fire and explosion.

**VI.** The following paragraph is added to section **C. LIMITS OF INSURANCE** as found in the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Business Personal Property Limit - Seasonal Increase**

**A.** The Limit of Insurance for Business Personal Property will automatically increase by the percentage shown in the Schedule above as applicable to Business Personal Property Limit - Seasonal Increase to provide for seasonal variations.

**B.** This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

**1.** The 12 months immediately preceding the date the loss or damage occurs; or

**2.** The period of time you have been in business as of the date the loss or damage occurs.

**VII.** The following paragraph is added to section **D. Deductible** as found in the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

In the event of loss or damage arising out of a single occurrence where more than one Deductible may apply, we will not deduct more from the entire amount of loss or damage than the largest Deductible applying to the occurrence.

**VIII.** The following Additional Coverage Extensions apply only if they are shown in the Schedule above along with a limit of insurance. Each of the Additional Coverage Extensions is subject to the limit of insurance and deductible associated with such Additional Coverage Extension in the Schedule.

**BROADENED PROPERTY IN TRANSIT**

The following provisions amend the insurance provided by the CAUSES OF LOSS - SPECIAL FORM:

**A.** Paragraph **1.** as found in section **F. ADDITIONAL COVERAGE EXTENSIONS** is deleted and replaced by the following:

**1. Property In Transit**

You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 1,000 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the Coverage Territory.

**a.** Coverage under this Additional Coverage Extension includes:

**(1)** Property you have sold when your responsibility continues until the property is delivered;

**(2)** Outgoing shipments where the risk of loss or damage is transferred to the consignee when such property leaves your premises. If the consignee refuses to pay because the shipment is lost or damaged, you may elect to claim that loss under this insurance. You must use all reasonable means to collect the amount due you from the consignee. We will not make payment under this Additional Coverage Extension until you grant us the right of recovery against the consignee;

**(3)** Shipments during loading or unloading and within 1,000 feet of any transporting conveyance;

**(4)** Necessary additional expenses you incur to inspect, re-package and reship undamaged Covered Property when the shipment is damaged as a result of a Covered Causes of Loss;

**(a)** Outgoing shipments which have been rejected by the consignee or are not deliverable, while:

**(b)** In due course of transit, being returned to you; or

**(c)** Up to 30 days after delivery or attempted delivery awaiting return to you.

**b.** Coverage under this Additional Coverage Extension does not include:

**(1)** Property of others for which you are responsible as a carrier for hire or car loader, consolidator, broker, freight forwarder, shipping association or other arranger of transportation;

**(2)** Mail shipments (other than registered mail) in the custody of the US Postal Service;

**(3)** Shipments while waterborne, including any General Average and Salvage Charges you incur on shipments while waterborne;

**(4)** Shipments imported into the United States prior to unloading from an aircraft or ocean vessel, or shipments exported from the United States after loading onto an aircraft or ocean vessel;

**(5)** Property covered under the:

**(a)** Accounts Receivable Coverage Extension;

**(b)** Computers, Electronic Data and Media Coverage Extension;

**(c)** Fine Arts Coverage Extension;

**(d)** Installation Coverage Extension; or

**(e)** Salespersons Samples Coverage Extension.

**c.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**d.** This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**e.** The most we will pay for all loss or damage in any one policy year under this Additional Coverage Extension is the Policy Year Limit of Insurance shown in the Schedule above applicable to Broadened Property In Transit Additional Coverage Extension, subject to the Per Occurrence Limit of Insurance shown in the Schedule. Any amount paid for loss or damage for each claim will reduce the amount of the Policy Year Limit of Insurance available for payment of loss or damage for any other claim under this Additional Coverage Extension in the same policy year. Each policy year begins with the inception or anniversary date of this policy and ends at the expiration or at the next anniversary date of this policy.

**B.** The following provision is added to paragraph **B. EXCLUSIONS** and applies in addition to the Exclusions found in paragraph **B.** and the Limitations found in paragraph **C.**:

**Additional Exclusions Applicable to Personal Property In Transit Additional Coverage Extension**

We will not pay for any loss or damage:

**1.** Caused by or resulting from rough handling, or poor or insufficient packaging or packing;

**2.** If you impair our rights to recover from any carrier for hire. But you may accept from carriers for hire bills of lading, receipts or contracts of transportation which contain a limitation of value.

**IX. PERSONAL PROPERTY OF OTHERS - REPLACEMENT COST VALUATION**

The following valuation provisions apply to Personal Property of Others:

In the event of loss or damage, we will determine the value of Covered Personal Property of Others at Replacement Cost (without deduction for depreciation), except as provided below:

**A.** Replacement cost valuation does not apply to:

**1.** Contents of a residence;

**2.** Manuscripts; or

**3.** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

**B.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**C.** We will not pay on a replacement cost basis for any loss or damage:

  **1.** Until the lost or damaged property is actually repaired or replaced; and

  **2.** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

**D.** We will not pay more for loss or damage on a replacement cost basis than the least of **1.**, **2.** or **3.**, subject to **E.** and **F.** below:

  **1.** The Limit of Insurance applicable to the lost or damaged property;

  **2.** The cost to replace, the lost or damaged property with other property:

    **a.** Of comparable material and quality; and

    **b.** Used for the same purpose; or

  **3.** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

**E.** If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**F.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**X.** With respect to the insurance provided by this endorsement, the following Definitions are added:

**A.** "Approved Surge Protective Device" means a surge protective device that is Underwriters Laboratories (UL) listed and that bears any of the following words or abbreviations:

  **1.** Transient Voltage Surge Suppressor or TVSS,

  **2.** Uninterruptible Power Supply or UPS,

  **3.** Secondary Protector for Communications Circuits.

**B.** "Business income" means the:

  **1.** Net income (Net Profit or Loss before income taxes);

  **2.** Continuing normal operating expenses, including payroll; and

  **3.** "Rental value",

that would have been earned or incurred if there had been no direct physical loss or damage.

"Business income" does not include any Net Income that would likely have been earned as a result of the increase in the volume of business due to favorable business conditions caused by the impact of the Covered Causes of Loss on customers or on other business. "Business income" also does not include loss of "rental value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Causes of Loss in the area where the described premises are located.

**C.** "Communication Supply Services" means property supplying communication services, including telephone, radio, microwave, television or Internet services to the described premises, such as:

  **1.** Communication and data transmission lines, including fiber optic transmission lines;

  **2.** Coaxial cables; and

  **3.** Microwave radio relays except satellites.

**D.** "Computer Equipment" means:

  **1.** Your programmable electronic equipment that is used to store, retrieve and process data. "Computer Equipment" includes but is not limited to:

    **a.** Mainframe and mid-range computers and network servers;

    **b.** Personal computers and workstations;

    **c.** Laptops, palmtops, notebook PCs, other portable computer devices and accessories including, but not limited to, multimedia projectors;

    **d.** Air conditioning, fire suppression equipment and electrical equipment used exclusively with your "computer equipment"; and

    **e.** Associated peripheral equipment that provides communication including input and output functions such as printing or auxiliary functions such as data transmission.

2. "Computer Equipment" does not include:

    a. Equipment used to operate production type machinery or equipment;

    b. "Electronic data" and "media"; or

    c. "Stock".

**E.** "Electronic data" means:

1. Files, documents, and information in an electronic format and that are stored on "media"; and

2. Computer programs, meaning a set of related electronic instructions which direct the actions and functions of "computer equipment", which enable it to receive, process, store, retrieve or send data.

**F.** "Media" means electronic data processing, recording or storage media such as hard or floppy disks, CD-ROMs, tapes, drives, cells, or computer software (including systems and applications software).

**G.** 1. "Employee" means:

    a. Any natural person:

      **(1)** While in your service or for 30 days after termination of service;

      **(2)** Who you compensate directly by salary, wages or commissions; and

      **(3)** Who you have the right to direct and control while performing services for you;

    b. Any natural person who is furnished temporarily to you:

      **(a)** To substitute for a permanent "employee" as defined in paragraph **F.1.a.** above, who is on leave; or

      **(b)** To meet seasonal or short-term work load conditions;

      while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the described premises.

2. "Employee" does not mean any:

    a. Agent, broker, person leased to you by a labor leasing firm, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

    b. Any manager of a limited liability company, director or trustee except while performing acts coming within the scope of the usual duties of an "employee".

**H.** "Extra expense" means necessary expenses incurred to:

1. Avoid or minimize the "suspension" of business and to continue "operations":

    a. At the described premises; or

    b. At replacement premises or temporary locations, including:

      **(1)** Relocation expenses; and

      **(2)** Costs to equip and operate the replacement or temporary locations.

2. Minimize the "suspension" of business if you cannot continue "operations".

3. a. Repair or replace any property; or

    b. Research, replace or restore the lost information on damaged valuable papers and records,

    to the extent it reduces the amount of loss that otherwise would be payable under paragraphs **1.a.** and **1.b.** above, or as "business income".

**I.** "Fine arts" means property that is rare or has historic or artistic value, such as paintings, etchings, drawings, pictures, rare books, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique silver, manuscripts, porcelains, rare glass, bric-a-brac, stained glass, murals, decoratively painted walls and other bonafide works of art or rarity.

**J.** "Finished stock" means "stock" you have manufactured. "Finished stock" also includes whiskey and alcoholic products being aged.

"Finished stock" does not include "stock" you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

**K.** "Flood" means:

1. Surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge); or

2. Mudslide or mudflow.

regardless of whether any of the above is caused by an act of nature or is otherwise caused. An example is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

**L.** "Job site" means premises where you are installing, repairing or erecting property. It does not include the construction site of a dam, tunnel, flood control project, bridge, overpass, pier, wharf or dock.

**M.** "Money" means:

1. Currency, coins and bank notes in current use and having a face value; and

2. Travelers checks, register checks and money orders held for sale to the public.

**N.** "Operations" means:

1. Your business activities occurring at the described premises;

2. The tenantability of the described premises, with respect to "rental value".

**O.** "Period of Restoration" means the period of time that:

1. Begins:

   **a.** 72 hours after the time of the direct physical loss or damage that gives rise to a covered "business income" loss under this endorsement; or

   **b.** Immediately after the time of the direct physical loss or damage that gives rise to incurred "extra expense" covered under this endorsement,

   caused by or resulting from any Covered Causes of Loss at the described premises.

2. Ends on the earlier of:

   **a.** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

   **b.** The date when business is resumed at a new permanent location.

3. Does not include any increased period required due to the enforcement of any ordinance or law that:

   **a.** Regulates the construction, use or repair, or requires the tearing down of any property; or

   **b.** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**P.** "Power Supply Services" means the following types of property supplying electricity, steam or gas to the described premises:

1. Utility generating plants;

2. Switching stations;

3. Substations;

4. Transformers; and

5. Transmission lines.

**Q.** "Rental Value" means the :

1. Total anticipated net rental income (net profit or loss before income taxes) from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including the fair rental value of any portion of the described premises which is occupied by you; and

2. Amount of all charges which are the legal obligations of the tenant(s) and which would otherwise be your obligations.

**R.** "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

1. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

2. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

"Securities" does not include "money" or lottery tickets held for sale.

**S.** "Suspension" means:

1. The slowdown or cessation of your business activities; or

2. That a part or all of the described premises is rendered untenantable.

**T.** "Temporary storage location" means a location where property that is to become a permanent part of a completed project is stored while waiting to be delivered to a covered "job site":

1. That you do not own, lease or operate; or

2. Where work is in progress, or will begin in 30 days.

**U.** "Theft" means the unlawful taking of:

    **1.** "Money";

    **2.** "Securities"; or

    **3.** Any tangible property, other than "money" and "securities", that has intrinsic value,

to your deprivation.

**V.** "Valuable papers and records" means inscribed, printed, or written documents; manuscripts or records, including abstracts, books, card index systems, deeds, drawings, films, maps or mortgages.

"Valuable papers and records" does not mean "money" or "securities", "electronic data", or "media".

**W.** "Water Supply Services" means the following types of property supplying water to the described premises:

    **1.** Pumping stations; and

    **2.** Water mains.

POLICY NUMBER:

COMMERCIAL PROPERTY
CPD-920 06 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**EQUIPMENT BREAKDOWN COVERAGE**

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM

**A.** The following is added as an Additional Coverage to the Causes of Loss - Basic Form, Broad Form or Special Form.

**Additional Coverage - Equipment Breakdown**

The term Covered Cause of Loss includes the Additional Coverage Equipment Breakdown as described and limited below.

**1.** We will pay for direct physical damage to Covered Property that is the direct result of an "accident." As used in this Additional Coverage, "accident" means a fortuitous event that causes direct physical damage to "covered equipment." The event must be one of the following:

**a.** mechanical breakdown, including rupture or bursting caused by centrifugal force;

**b.** artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

**c.** explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

**d.** loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

**e.** loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

**2.** Unless otherwise shown in a Schedule, the following coverages also apply to the direct result of an "accident." These coverages do not provide additional amounts of insurance.

**a.** Expediting Expenses

With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

**(1)** make temporary repairs; and

**(2)** expedite permanent repairs or permanent replacement.

The most we will pay for loss or expense under this coverage is $50,000 unless otherwise shown in a Schedule.

**b.** Hazardous Substances

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance." This includes the additional expenses to clean up or dispose of such property.

This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in **2.c.(1)(b)** below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $50,000 unless otherwise shown in a Schedule.

**c.** Spoilage

**(1)** We will pay:

**(a)** for physical damage to "perishable goods" due to spoilage;

**(b)** for physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

**(c)** any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

(2) If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident," less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition.

The most we will pay for loss, damage or expense under this coverage is $50,000 unless otherwise shown in a Schedule.

**d.** Data Restoration

We will pay for your reasonable and necessary cost to research, replace and restore lost "data."

The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $50,000 unless otherwise shown in a Schedule.

**e.** Service Interruption

(1) Any insurance provided for Business Income, Extra Expense or Spoilage is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

(2) Unless otherwise shown in a Schedule, Service Interruption coverage will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident."

(3) The most we will pay for loss, damage or expense under this coverage is the limit that applies to Business Income, Extra Expense or Spoilage, except that if a limit is shown in a Schedule for Service Interruption, that limit will apply to Business Income and Extra Expense loss under this coverage.

**f.** Business Income and Extra Expense

Any insurance provided under this coverage part for Business Income or Extra Expense is extended to the coverage provided by this endorsement.
However, if a deductible is shown in a Schedule, then as respects Equipment Breakdown coverage, the "period of restoration" will begin immediately after the "accident," and the deductible shown in the Schedule will apply. The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense, unless otherwise shown in a Schedule.

**3. EXCLUSIONS**

All exclusions in the Causes of Loss form apply except as modified below and to the extent that coverage is specifically provided by this Additional Coverage Equipment Breakdown.

**a.** The following exclusions are modified:

(1) If the Causes of Loss -- Basic Form or Causes of Loss -- Broad Form applies, the following is added to **Exclusion B.2.**:

Depletion, deterioration, corrosion, erosion, wear and tear, or other gradually developing conditions. However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident."

(2) The following is added to **Exclusion B.1.g.**:

However, if electrical "covered equipment" requires drying out because of Water as described in **g.(1)** through **g.(3)** above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

(3) If the Causes of Loss - Special Form applies, as respects this endorsement only, the last paragraph of **Exclusion B.2.d.** is deleted and replaced with the following:

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in an "accident," we will pay for the loss, damage or expense caused by that "accident."

**b.** The following exclusions are added:

**(1)** We will not pay for loss, damage or expense caused by or resulting from:

**(a)** your failure to use all reasonable means to protect Covered Property from damage following an "accident";

**(b)** a hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or

**(c)** any of the following:

**(i)** defect, programming error, programming limitation, computer virus, malicious code, loss of "data," loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind; or

**(ii)** misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident."

**(2)** With respect to Service Interruption coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in **A.1.c.** above); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

**(3)** With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for:

**(a)** loss caused by your failure to use due diligence and dispatch and all reasonable means to resume business; or

**(b)** any increase in loss resulting from an agreement between you and your customer or supplier.

**(4)** We will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident": Any mold, fungus, mildew or yeast, including any spores or toxins produced by or emanating from such mold, fungus, mildew or yeast. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such mold, fungus, mildew or yeast, spores or toxins. However, this exclusion does not apply to spoilage of personal property that is "perishable goods," to the extent that spoilage is covered under Spoilage coverage.

**(5)** We will not pay for any loss or damage to animals.

**4. DEFINITIONS**

The following definitions are added:

**a.** "Boilers and vessels" means:

**(1)** Any boiler, including attached steam, condensate and feedwater piping; and

**(2)** Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

This term does not appear elsewhere in this endorsement, but may appear in a Schedule.

**b.** "Covered equipment"

**(1)** "Covered equipment" means, unless otherwise specified in a Schedule, Covered Property:

**(a)** that generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

**(b)** which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

**(2)** None of the following is "covered equipment":

**(a)** structure, foundation, cabinet, compartment or air supported structure or building;

**(b)** insulating or refractory material;

**(c)** sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

**(d)** water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

**(e)** "vehicle" or any equipment mounted on a "vehicle";

**(f)** satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

**(g)** dragline, excavation or construction equipment; or

**(h)** equipment manufactured by you for sale.

**c.** "Data" means information or instructions stored in digital code capable of being processed by machinery.

**d.** "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

**e.** "Media" means material on which "data" is recorded, such as magnetic tapes, hard disks, optical disks or floppy disks.

**f.** "One accident" means: If an initial "accident" causes other "accidents," all will be considered "one accident." All "accidents" that are the result of the same event will be considered "one accident."

**g.** "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

**h.** "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. However, "production machinery" does not mean any fired or unfired pressure vessel other than a cylinder containing a movable plunger or piston.

This term does not appear elsewhere in this endorsement, but may appear in a Schedule.

**i.** "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle."

**B.** The Building and Personal Property Coverage Form is modified as follows.

The definitions stated above also apply to section **B.** of this endorsement.

**1. DEDUCTIBLE**

The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in a Schedule. If a separate Equipment Breakdown deductible is shown, the following applies.

Only as regards Equipment Breakdown Coverage, provision **D. DEDUCTIBLE** is deleted and replaced with the following:

**a.** Deductibles for Each Coverage

**(1)** Unless the Schedule indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one accident."

**(2)** We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

**(3)** If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one accident," only the highest deductible for each coverage will apply.

**b.** Direct and Indirect Coverages

**(1)** Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the Schedule.

**(2)** Unless more specifically indicated in the Schedule:

**(a)** Indirect Coverages Deductibles apply to Business Income and Extra Expense loss; and

**(b)** Direct Coverages Deductibles apply to all remaining loss, damage or expense covered by this endorsement.

**c.** Application of Deductibles

**(1)** Dollar Deductibles

We will not pay for loss, damage or expense resulting from any "one accident" until the amount of loss, damage or expense exceeds the applicable Deductible shown in the Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

**(2)** Time Deductible

If a time deductible is shown in the Schedule, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident." If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

**(3)** Multiple of Average Daily Value (ADV)

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration."

The number indicated in the Schedule will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

**(4)** Percentage of Loss Deductibles

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

**2. CONDITIONS**

The following conditions are in addition to the Conditions in the Building and Personal Property Coverage Form, the Commercial Property Conditions and the Common Policy Conditions.

**a.** Suspension

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment." This can be done by mailing or delivering a written notice of suspension to:

**(1)** your last known address; or

**(2)** the address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment." If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**b.** Jurisdictional Inspections

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**c.** Environmental, Safety and Efficiency Improvements

If "covered equipment" requires replacement due to an "accident," we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

**d.** Coinsurance

If a coinsurance percentage is shown in a Schedule for specified coverages, the following condition applies.

We will not pay for the full amount of your loss if the applicable limit is less than the product of the specified coinsurance percentage times the value of the property subject to the coverage at the time of the loss. Instead, we will determine what percentage this calculated product is compared to the applicable limit and apply that percentage to the gross amount of loss. We will then subtract the applicable deductible. The resulting amount, or the applicable limit, is the most we will pay. We will not pay for the remainder of the loss. Coinsurance applies separately to each insured location.

The most we will pay for loss, damage or expense under this endorsement arising from any "one accident" is the applicable Limit of Insurance in the Declarations unless otherwise shown in a Schedule. Coverage provided under this endorsement does not provide an additional amount of insurance.

**INTERLINE**
**IL 00 03 04 98**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    BUSINESSOWNERS POLICY
    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL CRIME COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    PROFESSIONAL LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY - NEW YORK

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc.,  1998

INTERLINE
IL 00 21 04 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

Copyright, Insurance Services Office, Inc.,  1997

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

IL 02 62 02 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

### GEORGIA CHANGES - CANCELLATION
### AND NONRENEWAL

This endorsement modifies insurance provided under the following:

> CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **A.1.** of the **Cancellation** Common Policy Condition is replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation stating a future date on which the policy is to be cancelled, subject to the following:

**a.** If only the interest of the first Named Insured is affected, the effective date of cancellation will be either the date we receive notice from the first Named Insured or the date specified in the notice, whichever is later. However, upon receiving a written notice of cancellation from the first Named Insured, we may waive the requirement that the notice state the future date of cancellation, by confirming the date and time of cancellation in writing to the first Named Insured.

**b.** If by statute, regulation or contract this policy may not be cancelled unless notice is given to a governmental agency, mortgagee or other third party, we will mail or deliver at least 10 days' notice to the first Named Insured and the third party as soon as practicable after receiving the first Named Insured's request for cancellation.

Our notice will state the effective date of cancellation, which will be the later of the following:

**(1)** 10 days from the date of mailing or delivering our notice; or

**(2)** The effective date of cancellation stated in the first Named Insured's notice to us.

**B.** Paragraph **A.5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5. Premium Refund**

**a.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

**b.** If we cancel, the refund will be pro rata, except as provided in **c.** below.

**c.** If the cancellation results from failure of the first Named Insured to pay, when due, any premium to us or any amount, when due, under a premium finance agreement, then the refund may be less than pro rata. Calculation of the return premium at less than pro rata represents a penalty charged on unearned premium.

**d.** If the first Named Insured cancels, the refund may be less than pro rata.

**e.** The cancellation will be effective even if we have not made or offered a refund.

**C.** The following is added to the **Cancellation** Common Policy Condition and supersedes any other provisions to the contrary:

If we decide to:

**1.** Cancel or nonrenew this policy; or

**2.** Increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification or resulting from an audit of auditable coverages); or

**3.** Change any policy provision which would limit or restrict coverage;

then:

We will mail or deliver notice of our action (including the dollar amount of any increase in renewal premium of more than 15%) to the first Named Insured and lienholder, if any, at the last mailing address known to us. Except as applicable as described in Paragraph **D.** or **E.** below, we will mail or deliver notice at least:

**a.** 10 days before the effective date of cancellation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium; or

**b.** 45 days before the effective date of cancellation if this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium; or

**c.** 45 days before the expiration date of this policy if we decide to nonrenew, increase the premium or limit or restrict coverage.

**D.** The following provisions apply to insurance covering residential real property only provided under the:

Capital Assets Program (Output Policy) Coverage Part;

Commercial Property Coverage Part;

Farm Coverage Part;

if the named insured is a natural person.

With respect to such insurance, the following is added to the **Cancellation** Common Policy Condition and supersedes any provisions to the contrary except as applicable as described in Paragraph **E.:**

**1.** When this policy has been in effect for 60 days or less and is not a renewal with us, we may cancel for any reason by notifying the first Named Insured at least 10 days before the date cancellation takes effect.

**2.** When this policy has been in effect for more than 60 days, or at any time if it is a renewal with us, we may cancel for one or more of the following reasons:

**a.** Nonpayment of premium, whether payable to us or to our agent;

**b.** Upon discovery of fraud, concealment of a material fact, or material misrepresentation made by or with the knowledge of any person insured under this policy in obtaining this policy, continuing this policy or presenting a claim under this policy;

**c.** Upon the occurrence of a change in the risk which substantially increases any hazard insured against; or

**d.** Upon the violation of any of the material terms or conditions of this policy by any person insured under this policy.

We may cancel by providing notice to the first Named Insured at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 45 days before the effective date of cancellation if we cancel for any of the reasons listed in **b., c.** or **d.** above.

**E.** With respect to a policy that is written to permit an audit, the following is added to the **Cancellation** Common Policy Condition:

If you fail to submit to or allow an audit for the current or most recently expired term, we may cancel this policy subject to the following:

**1.** We will make two documented efforts to send you and your agent notification of potential cancellation. After the second notice has been sent, we have the right to cancel this policy by mailing or delivering a written notice of cancellation to the first Named Insured at least 10 days before the effective date of cancellation, but not within 20 days of the first documented effort.

**2.** If we cancel this policy based on your failure to submit to or allow an audit, we will send the written notice of cancellation to the first Named Insured at the last known mailing address by certified mail or statutory overnight delivery with return receipt requested.

POLICY NUMBER: CBP0256987
August 4, 2023 (WF)

POLICY NUMBER: _____

**INTERLINE**
**IL 04 15 04 98**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

### SCHEDULE*

| | Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|---|
| | | | |
| **Describe any "P-9":** | | | |
| | | | |

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.** The following is added to the:

Commercial Property Conditions
General Conditions in the
Farm Property - Other Farm
Provisions Form - Additional Coverages,
Conditions, Definitions
General Conditions in the Mobile Agricultural
Machinery and Equipment Coverage Form
General Conditions in the Livestock Coverage
Form

**PROTECTIVE SAFEGUARDS**

**1.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

**2.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1"** **Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

**(1)** Sprinklers and discharge nozzles;

**(2)** Ducts, pipes, valves and fittings;

**(3)** Tanks, their component parts and supports; and

**(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

**(1)** Non-automatic fire protective systems; and

**(2)** Hydrants, standpipes and outlets.

**"P-2"** **Automatic Fire Alarm,** protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3"** **Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4"** **Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-9"** The protective system described in the Schedule.

**IL 04 15 04 98**      Copyright, Insurance Services Office, Inc., 1997      **Page 1 of 2**

**B.** The following is added to the EXCLUSIONS section of:

CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM
MORTGAGE HOLDERS ERRORS AND
   OMISSIONS COVERAGE FORM
STANDARD PROPERTY POLICY
CAUSES OF LOSS FORM - FARM
   PROPERTY
MOBILE AGRICULTURAL MACHINERY AND
   EQUIPMENT COVERAGE FORM
LIVESTOCK COVERAGE FORM

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

**1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

**2.** Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

IL 09 35 07 01

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES**

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

**1.** The failure, malfunction or inadequacy of:

**a.** Any of the following, whether belonging to any insured or to others:

**(1)** Computer hardware, including microprocessors;

**(2)** Computer application software;

**(3)** Computer operating systems and related software;

**(4)** Computer networks;

**(5)** Microprocessors (computer chips) not part of any computer system; or

**(6)** Any other computerized or electronic equipment or components; or

**b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

**2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

**1.** In a Covered Cause of Loss under the Boiler And Machinery Coverage Part, the Commercial Crime Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

**2.** Under the Commercial Property Coverage Part:

**a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

**b.** In a Covered Cause of Loss under the Causes Of Loss - Basic Form or the Causes Of Loss - Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

 Copyright, ISO Properties, Inc.,  2000

ILD 09 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM**

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

## A. Cap On Certified Terrorism Losses

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Program, established by the Terrorism Risk Insurance Act and any applicable renewal, extension or continuation of the Terrorism Risk Insurance Program by the federal government. The criteria contained in that Act for a "certified act of terrorism" includes the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Program; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Program exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Program, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

## B. Application Of Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage otherwise excluded under this Policy.

**INTERLINE**
**ILD 90 10 01 19**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ASBESTOS EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
GARAGE COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
TRADESMAN'S ADVANTAGE CONTRACTORS' POLICY

The following provisions apply with respect to the insurance provided by this policy, including any form or endorsement that is attached to and made a part of this policy and that modifies the liability coverage.

This insurance does not apply to:

**A.** Any sums the insured becomes legally obligated to pay as damages, or any loss, cost or expense, including costs or expenses for defense, arising out of, traceable to, or relating in any way to, the existence or presence of asbestos, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such damages, loss, cost or expense. This exclusion includes, but is not limited to:

**1.** The inhaling, ingesting or absorption of, or prolonged physical exposure to products containing asbestos;

**2.** The use of asbestos in constructing or manufacturing any products or structures;

**3.** The abatement, removal, remediation or containment of asbestos from or within any products or structures; and

**4.** The handling, installation, manufacture, transportation, storage or disposal of asbestos or products containing asbestos.

**B.** Any sums that the insured becomes legally obligated to pay as damages, or any loss, cost or expense, including costs or expenses for defense, because of the actual, alleged, or threatened discharge, dispersal, release, leakage, leaching, friability, flaking, escape, existence or presence of asbestos at any time.

**C.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, asbestos, by any insured or by any other person or entity.

**D.** Any loss, cost or expense arising out of any:

**1.** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of asbestos; or

**2.** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, asbestos.

**E.** Any sums that the insured becomes legally obligated to pay as damages, or any loss, cost or expense, including costs or expenses for defense, because of any instruction, recommendation, failure to warn, alert, caution, notification or advice regarding any existence or presence of asbestos.

**F.** Asbestos includes but is not limited to, asbestos, asbestos fibers, asbestos dust, or any substances, materials, products, or matter containing asbestos.

INTERLINE
ILD 90 11 01 19

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LEAD EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
GARAGE COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
TRADESMAN'S ADVANTAGE CONTRACTORS' POLICY

The following provisions apply with respect to the insurance provided by this policy, including any form or endorsement that is attached to and made a part of this policy and that modifies the liability coverage.

This insurance does not apply to:

**A.** Any sums the insured becomes legally obligated to pay as damages, or any loss, cost or expense, including costs or expenses for defense, arising out of, traceable to, or relating in any way to, the existence or presence of lead, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such damages, loss, cost or expense. This exclusion includes, but is not limited to:

**1.** The inhaling, ingesting or absorption of, or prolonged physical exposure to products containing lead;

**2.** The use of lead in constructing or manufacturing any products or structures;

**3.** The abatement, removal, remediation or containment of lead from or within any products or structures; and

**4.** The handling, installation, manufacture, transportation, storage or disposal of lead or products containing lead.

**B.** Any sums that the insured becomes legally obligated to pay as damages, or any loss, cost or expense, including costs or expenses for defense, because of the actual, alleged, or threatened discharge, dispersal, release, leakage, leaching, friability, flaking, escape, existence or presence of lead at any time.

**C.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, lead, by any insured or by any other person or entity.

**D.** Any loss, cost or expense arising out of any:

**1.** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of lead; or

**2.** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, lead.

**E.** Any sums that the insured becomes legally obligated to pay as damages, or any loss, cost or expense, including costs or expenses for defense, because of any instruction, recommendation, failure to warn, alert, caution, notification or advice regarding any existence or presence of lead.

ILD 90 11 01 19     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     **Page 1 of 1**
Donegal Insurance Group