# EXHIBIT

# G

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 1/10/2020 5:56:31 PM

| BUSINESS INFORMATION | |
|---|---|
| **CONTROL NUMBER** | 13425321 |
| **BUSINESS NAME** | Dial God LLC |
| **BUSINESS TYPE** | Domestic Limited Liability Company |
| **EFFECTIVE DATE** | 01/10/2020 |
| **ANNUAL REGISTRATION PERIOD** | 2020, 2021, 2022 |

| PRINCIPAL OFFICE ADDRESS | |
|---|---|
| **ADDRESS** | 5825 pasture ct, Suwanee, GA, 30024, USA |

| REGISTERED AGENT | | |
|---|---|---|
| **NAME** | **ADDRESS** | **COUNTY** |
| United States Corporation Agents, Inc. | 1420 Southlake Plaza Dr., Morrow, GA, 30260, USA | Clayton |

| AUTHORIZER INFORMATION | |
|---|---|
| **AUTHORIZER SIGNATURE** | David lee |
| **AUTHORIZER TITLE** | Organizer |