# EXHIBIT H

| | |
|---|---|
| **STATEMENT OF CHANGE OF ADDRESS**<br>**OF REGISTERED OFFICE** | *Electronically Filed*<br>Secretary of State<br>Filing Date: 07/21/2022 14:41:42 PM |

### REGISTERED AGENT INFORMATION

**NAME OF REGISTERED AGENT**   UNITED STATES CORPORATION AGENTS, INC

### ENTITY INFORMATION

**ENTITY NAME**   Dial God LLC

**ENTITY CONTROL NUMBER**   13425321

### NEW STREET ADDRESS AND COUNTY OF REGISTERED OFFICE

**REGISTERED OFFICE ADDRESS**   8905 Indian Wells Ct., Duluth, GA, 30097, USA

**REGISTERED OFFICE COUNTY**   Forsyth

### STATEMENTS

- The address of the entity's registered office and the business address of the registered agent, as changed, will be identical.
- **Statement of notification:** The undersigned certifies that written notice of the registered agent's change of address or a copy of this statement has been delivered or mailed to the above-named entity in accordance with the applicable provisions of the Official Code of Georgia Annotated.

### AUTHORIZER INFORMATION

**AUTHORIZER SIGNATURE**   Lisa Sung Won Koh

**AUTHORIZER TITLE**   Registered Agent