# EXHIBIT

# I

 Forsyth County, GA

### Online Appeal

Would you like to submit an appeal to the Board of Assessors? Click Here for more information.

### Summary

| | |
|---|---|
| Parcel Number | 161 082 |
| Location Address | 8905 INDIAN WELLS CT DULUTH GA 30097 |
| Legal Description | 2-1 1216 LT754 POD26 PH1A ST MARLO |
| Property Class | R3 - Residential Lots |
| Neighborhood | 00752 |
| Tax District | 0 |
| Zoning | CR1 |
| Acres | 0.5 |
| Homestead | Y |
| Exemptions | S1 |

View Map



### Owner

LEE DAVID & LISA K LIVING TRUST
8905 INDIAN WELLS CT
DULUTH GA 30097

### Assessment Information

| | | 2022 | 2021 |
|---|---|---:|---:|
| | LUC | 0100 | 0100 |
| | Class | R3 | R3 |
| + | Land Value | $150,000 | $150,000 |
| + | Building Value | $1,443,820 | $1,165,670 |
| = | Total Value | **$1,593,820** | **$1,315,670** |
| | Assessed Value | $637,528 | $526,268 |

### Tax Commissioner

Tax Commissioner Link

### Assessment Notices 2022

### Land

| Description | Land Type | Land Code | Square Feet | Acres | Price |
|---|---|---|---:|---:|---:|
| SINGLE FAMILY RESIDENTIAL | U | 100 | 0 | 0.5000 | $150,000 |

**Total Acres:**
0.5000
**Total Land-Value:**
$150,000

## Residential Improvement Information

| | | | |
|---|---|---|---|
| Card | 1 | Heating System | WARM AIR |
| Stories | 1.5 | Heat | CENTRAL AIR |
| Exterior Wall | FACE BRICK | Total Fixtures | 14 |
| Style | Single Family Residence | Masonry Fireplaces | 0 |
| Year Built | 2003 | Heating Fuel Type | GAS |
| Res Sq Ft | 5567 | Pre Fab Fireplace | 1 |
| Basement | | Miscellaneous Feature | |
| Finished Bsmt Sqft | 0 | Miscellaneous Feature 2 | |
| Full Bath/Half Bath | 4/1 | Grade Factor | A |
| Bedrooms | 4 | Cost/Design Factor | 0% |
| Attic | | CDU | GD |
| Additional Fixtures | 0 | | |

## Additions

### Card 1

| Line | Lower | First | Second | Third | Area | Value |
|---|---|---|---|---|---|---|
| 0 | | | | | 3797 | 0 |
| 1 | | FOP - PORCH,OPEN,FIN. | | | 252 | 15,593 |
| 2 | | FOP - PORCH,OPEN,FIN. | | | 91 | 5,670 |
| 3 | | FGD - GARAGE,FIN.WITH DOOR | | | 842 | 74,655 |
| 4 | | PTO - PATIO | | | 252 | 2,205 |
| 6 | | | FUS - UPPERSTORY,FIN. | | 1770 | 279,563 |
| 7 | FBM - BASEMENT,FIN. | | | | 3797 | 336,578 |

## Accessory Information

### Card 1

| Description | Year Built | Area | Grade | Value |
|---|---|---|---|---|
| CON PAVING | 2003 | 1,000 | C -AVERAGE | $5,120 |
| POOL/GUNIT | 2009 | 410 | A -VERY GOOD | $28,070 |
| SPA/TUB | 2009 | 1 | A -VERY GOOD | $9,450 |
| APRON CONC | 2009 | 1,100 | A -VERY GOOD | $7,850 |
| FIREPLACE | 2009 | 1 | A -VERY GOOD | $18,900 |
| PORCH OP F | 2009 | 288 | A -VERY GOOD | $6,530 |

## Sales Information

| Sale Date | Sale Price | Instrument | Deed Book | Deed Page | Qualification | Sales Validity | Grantee | Grantor | Recording |
|---|---|---|---|---|---|---|---|---|---|
| 10/13/2021 | $10 | QC | 10448 | 0232 | Unqualified | Related Individuals or Corporation | LEE DAVID & LISA K LIVING TRUST | LEE DAVID & LEE LISA KOH | 10448 0232 |
| 10/15/2019 | $1,252,500 | LW | 9073 | 0489 | Qualified | | LEE DAVID & | BAKARICH DEREK W | 9073 0489 |
| 12/1/2003 | $807,500 | WD | 03173 | 0197 | Qualified | | | | 03173 0197 |
| 10/1/2002 | $242,200 | WD | 02559 | 0532 | Unqualified | Sale Includes more than one parcel | | | 02559 0532 |

## Photos



## Sketches



| | Room Type | Area |
|---|---|---|
| | A Main Area | 3797 |
| | B Second Floor: Upper Story, Fin. | 1770 |
| | C Garage, Fin. wth Door | 842 |
| | D Porch, Open, Fin. | 252 |
| | E Patio | 252 |
| | F Porch, Open, Fin. | 91 |

**No data available for the following modules:** Commercial Improvement Information, Interior/Exterior Information, Other Features.

Schneider GEOSPATIAL

User Privacy Policy
GDPR Privacy Notice

Last Data Upload: 3/8/2023, 6:49:25 AM