# Exhibit B

Case 1:23-mi-99999-UNA   Document 2645-2   Filed 08/18/23   Page 2 of 2

E-FILED IN OFFICE - NL
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**23-A-05959-3**

**7/12/2023 10:42 AM**

TIANA P. GARNER, CLERK

# SUMMONS

### IN THE SUPERIOR COURT OF _____GWINNETT_____ COUNTY
### STATE OF GEORGIA

STACY COX and SCOTT MEWBORN

CIVIL ACTION NUMBER: 23-A-05959-3

PLAINTIFF

vs.

NEW YORK LIFE INSURANCE COMPANY (AARP OPERATIONS)

DEFENDANT

### SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **DANIEL M. DUPREE, Esq.**
> **Smith, Gilliam, Williams & Miles, P.A.**
> **P.O. Box 1098**
> **Gainesville, GA  30503**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This ____ day of _____12th day of July, 2023_____, 2023.

Tiana P. Garner

**Clerk of Superior Court**

BY _____*Natalie Light*_____

**Deputy Clerk**