

SHERIFF'S ENTRY OF SERVICE

| | |
|---|---|
| Civil Action No. _____ | Superior Court ☒  Magistrate Court ☐ |
| Date Filed **JULY 11, 2023** | State Court ☐  Probate Court ☐ |
| | Juvenile Court ☐ |
| | Georgia, **GWINNETT** COUNTY |

**STACY COX and SCOTT MEWBORN**

_____
Plaintiff

Attorney's Address
**DANIEL DUPREE**

**P.O. BOX 1098**

**GAINESVILLE, GA 30503**

VS.

**NEW YORK LIFE INSURANCE COMPANY**

**(AARP OPERATIONS)**

_____
Defendant

Name and Address of Party to be Served
**LINDA BANKS c/o CT CORPORATION SYSTEM**

**289 S CULVER STREET**

**LAWRENCEVILLE, GA 30046**

_____
Garnishee

SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows age, about_____years; weight, about_____pounds; height, about_____feet and_____inches, domiciled at the residence of defendant.

**CORPORATION**
☒ Served the defendant **New York Life Insurance Company** a corporation by leaving a copy of the within action and summons with **Jane Richardson** in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This **21** day of **July**, **2023**

**Lt. Higgins S0541**
_____
DEPUTY

SHERIFF DOCKET_____ PAGE_____

WHITE-CLERK  CANARY-PLAINTIFF  PINK-DEFENDANT

# Gwinnett County Sheriff's Office
## Cover Sheet



**Sheriff #:**  23022943

**Person Served:**  NEW YORK LIFE INSURANCE COMPANY
289 S CULVER STREET
LAWRENCEVILLE GA 30046
PHONE:

**Process Information:**

| | | | |
|---|---|---|---|
| Date Received: | 07/20/2023 | | |
| Assigned Zone: | 289 S. Culver | Court Case #: | 23-A-05959-3 |
| Expiration Date: | | Hearing Date: | |
| Paper Types: | COMPLAINT | | |
| Notes/Alerts: | | | |

**Notes:**