| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |



**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number<br>EAC2233750040 | | Case Type<br>I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
|---|---|---|
| Received Date<br>09/19/2022 | Priority Date | Applicant<br>PATEL, RAKESHKUMAR BALDEVBHAI |
| Notice Date<br>09/21/2022 | Page<br>1 of 2 | Beneficiary<br>PATEL, RAKESHKUMAR BALDEVBHAI |

BHAVYA CHAUDHARY AND ASSOC LLC
c/o BHAVYA CHAUDHARY
700 HOLCOMB BRIDGE RD
NORCROSS  GA  30071

**Notice Type:** Receipt Notice
Fee Waived
Class requested: C14

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above.** It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

Based on your responses in Part 2 on the Form I-765, you have consented to the disclosure of your information to the Social Security Administration (SSA). If USCIS approves your application for employment authorization, USCIS will electronically transmit the data to SSA and the SSA may assign you a Social Security Number (SSN) and issue a card.

**Automatic Employment Authorization Document (EAD) Extension** - This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if:

- You have timely filed to renew your current Form I-766 EAD; and
- Your EAD renewal is under a category that is eligible for an automatic extension (see www.uscis.gov/I-765 for a list of categories); and
- The category on your current EAD matches the "Class Requested" listed on this Notice of Action (Note: If you are a Temporary Protected Status beneficiary or applicant, your EAD and this Notice must contain either the A12 or C19 class, but they do not need to match each other.) and
- You do not receive your renewal EAD before your current EAD expires;
- Then this Notice of Action automatically extends the validity of your EAD for up to 540 days from the expiration date printed on the face of the card. If all of the above conditions apply with respect to your EAD renewal application, you may present this Notice of Action with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. If your renewal application is denied, the automatic extension immediately terminates, and you may not provide this Notice of Action with your expired EAD for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole. For more information, please visit our website at https://www.uscis.gov/working-in-the-united-states/information-for-employers-and-employees/automatic-employment-authorization-document-ead-extension.
- Applicants for A17, A18 EAD renewal and C26 employment authorization and EAD renewal must show this receipt notice, an unexpired I-94 showing valid E, L, or H-4 spouse status, and an expired A17, A18 or C26 EAD that matches this receipt notice, to demonstrate employment authorization during the auto-extension period. The EAD auto-extension terminates the earlier of: the end date on the I-94, the adjudication of this application, or 540 days after the expiration date on the EAD.

**Processing time** - Processing times vary by form type.

- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

You can receive updates on your case.

- Visit the Case Status Online website at www.uscis.gov/casestatus. Provide your receipt number and get the latest update on your case.
- Create an account at my.uscis.gov/account and receive email updates on your case.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001

RECEIVED
SEP 2 6 2022



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.        Form I-797C   10/13/21



**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | | Case Type |
|---|---|---|
| EAC2233750040 | | I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| Received Date | Priority Date | Applicant |
| 09/19/2022 | | PATEL, RAKESHKUMAR BALDEVBHAI |
| Notice Date | Page | Beneficiary |
| 09/21/2022 | 2 of 2 | PATEL, RAKESHKUMAR BALDEVBHAI |

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

**If your address changes** - If you move while your case is pending, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the INA, the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001
USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C   10/13/21