# EXHIBIT A

THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **HARRY'S HOME RENOVATIONS, L.L.C.,**<br><br>     **Plaintiff,**<br><br>v.<br><br>**WELLS FARGO BANK, N.A.,**<br><br>     **Defendant.** | **Civil Action File<br>No. 23-C-04744-S2** |

## NOTICE OF FILING NOTICE OF REMOVAL

COMES NOW Defendant Wells Fargo Bank, National Association ("Wells Fargo"), appearing without waiving any defenses available under state and/or federal law, including Wells Fargo's right to demand arbitration pursuant to the parties' contractual agreement and the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.*, and respectfully notifies the Court that Wells Fargo has filed a Notice of Removal with the Clerk for the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removing this action from the State Court of Gwinnett County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, on August 18, 2023.

A copy of Wells Fargo's Notice of Removal is attached hereto as Exhibit A.

Respectfully submitted this 18th day of August, 2023.

                                               **BURR & FORMAN LLP**

                                               */s/ Grace B. Callanan*
                                               Tala Amirfazli
                                               Georgia Bar No. 523890

171 17th Street NW                      tamirfazli@burr.com
Suite 1100                               Grace B. Callanan
Atlanta, Georgia 30363             Georgia Bar No. 909597
Telephone:    (404) 815-3000       gcallanan@burr.com
Facsimile:     (404) 817-3244       COUNSEL FOR WELLS FARGO BANK, NATIONAL ASSOCIATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF FILING NOTICE OF REMOVAL was served by U.S. Mail, postage prepaid, on the following:

Justin T. Holcombe
Kris Skaar
SKAAR & FEAGLE, LLP
133 Mirramont Lake Drive
Woodstock, Georgia 30189

Cliff R. Dorsen
James M. Feagle
SKAAR & FEAGLE, LLP
2374 Main Street, Suite B
Tucker, Georgia 30084

This 18th day of August, 2023.

                                              **BURR & FORMAN LLP**

                                              */s/ Grace B. Callanan*

| | |
|---|---|
| | Tala Amirfazli |
| | Georgia Bar No. 523890 |
| 171 17th Street NW | tamirfazli@burr.com |
| Suite 1100 | Grace B. Callanan |
| Atlanta, Georgia 30363 | Georgia Bar No. 909597 |
| Telephone:   (404) 815-3000 | gcallanan@burr.com |
| Facsimile:   (404) 817-3244 | COUNSEL FOR WELLS FARGO BANK, NATIONAL ASSOCIATION |

51456101 v1                                                                 2