# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 2/2/2023 11:10:21 AM

## BUSINESS INFORMATION

| | |
|---|---|
| **CONTROL NUMBER** | 17098597 |
| **BUSINESS NAME** | ASDEN MANAGEMENT LLC |
| **BUSINESS TYPE** | Foreign Limited Liability Company |
| **EFFECTIVE DATE** | 02/02/2023 |
| **ANNUAL REGISTRATION PERIOD** | 2023 |

## PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **ADDRESS** | 2431 ATLANTIC AVENUE, SUITE 1, MANASQUAN, NJ, 08736, USA |

## REGISTERED AGENT

| NAME | ADDRESS | COUNTY |
|---|---|---|
| FIRST CORPORATE SOLUTIONS, INC. | 900 Old Roswell Lakes, Suite 310, ROSWELL, GA, 30076, USA | Fulton |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | LAWRENCE STEINBERG |
| **AUTHORIZER TITLE** | Authorized Person |