# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

ANNUAL REGISTRATION

*Electronically Filed*
Secretary of State
Filing Date: 2/2/2023 11:10:21 AM

| BUSINESS INFORMATION | |
|---|---|
| **CONTROL NUMBER** | 18005857 |
| **BUSINESS NAME** | ASDEN MANAGEMENT II LLC |
| **BUSINESS TYPE** | Foreign Limited Liability Company |
| **EFFECTIVE DATE** | 02/02/2023 |
| **ANNUAL REGISTRATION PERIOD** | 2023 |

| PRINCIPAL OFFICE ADDRESS | |
|---|---|
| **ADDRESS** | 2431 ATLANTIC AVE, SUITE 1, MANASQUAN, NJ, 08736, USA |

| REGISTERED AGENT | | |
|---|---|---|
| **NAME** | **ADDRESS** | **COUNTY** |
| FIRST CORPORATE SOLUTIONS, INC. | 900 Old Roswell Lakes, Suite 310, ROSWELL, GA, 30076, USA | Fulton |

| AUTHORIZER INFORMATION | |
|---|---|
| **AUTHORIZER SIGNATURE** | LAWRENCE STEINBERG |
| **AUTHORIZER TITLE** | Authorized Person |