# Exhibit A

# PURCHASE ORDER

**ASP GLOBAL**

3450 ATLANTA INDUSTRIAL PARKWAY
ATLANTA, GA 30331
Phone: 404-696-6999
Fax: 404-699-6080



| DATE | 2/10/2021 |
|---|---|
| PO # | 1005047-M |

| **VENDOR** | **SHIP TO** |
|---|---|
| SMART GLOVE INTERNATIONAL PTE LTD<br>NO 2, KALLANG AVE #07-05, CT HUB<br>SINGAPORE 339407 | **SHIP TO**<br>ASP GLOBAL<br>7800 THIRD FLAG PARKWAY<br>AUSTELL, GA 30168<br>USA |

| REQUISITIONER | SHIP VIA | F.O.B. | SHIPPING TERMS |
|---|---|---|---|
| JILL BORGER | | PORT KLANG | |

| ITEM # | DESCRIPTION | QTY | UOM | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 100032C | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), SMALL | 837 | CS1000 | $130.00 | $108,810.00 |
| 100032B | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), MEDIUM | 1340 | CS1000 | $130.00 | $174,200.00 |
| 100032D | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), LARGE | 1005 | CS1000 | $130.00 | $130,650.00 |
| 100032E | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), X-LARGE | 168 | CS1000 | $130.00 | $21,840.00 |
| | | 3350 | | SUBTOTAL | $435,500.00 |
| | | | | TAX | - |
| | | | | SHIPPING | - |
| | | | | OTHER | - |
| | | | | **TOTAL** | **$435,500.00** |

**Comments or Special Instructions**

**MARCH 2021 PRODUCTION**

# PURCHASE ORDER

**ASP GLOBAL**

3450 ATLANTA INDUSTRIAL PARKWAY
ATLANTA, GA 30331
Phone: 404-696-6999
Fax: 404-699-6080



| DATE | 2/10/2021 |
|---|---|
| PO # | 1005048-M |

| VENDOR | SHIP TO |
|---|---|
| SMART GLOVE INTERNATIONAL PTE LTD<br>NO 2, KALLANG AVE #07-05, CT HUB<br>SINGAPORE 339407 | **SHIP TO**<br>ASP GLOBAL<br>7800 THIRD FLAG PARKWAY<br>AUSTELL, GA 30168<br>USA |

| REQUISITIONER | SHIP VIA | F.O.B. | SHIPPING TERMS |
|---|---|---|---|
| JILL BORGER | | PORT KLANG | |

| ITEM # | DESCRIPTION | QTY | UOM | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 100032C | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), SMALL | 837 | CS1000 | $130.00 | $108,810.00 |
| 100032B | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), MEDIUM | 1340 | CS1000 | $130.00 | $174,200.00 |
| 100032D | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), LARGE | 1005 | CS1000 | $130.00 | $130,650.00 |
| 100032E | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), X-LARGE | 168 | CS1000 | $130.00 | $21,840.00 |
| | | 3350 | | SUBTOTAL | $435,500.00 |
| | | | | TAX | - |
| | | | | SHIPPING | - |
| | | | | OTHER | - |
| | | | | TOTAL | $435,500.00 |

**Comments or Special Instructions**

**MARCH 2021 PRODUCTION**

# PURCHASE ORDER

**ASP GLOBAL**

3450 ATLANTA INDUSTRIAL PARKWAY
ATLANTA, GA 30331
Phone: 404-696-6999
Fax: 404-699-6080



| DATE | 2/10/2021 |
|---|---|
| PO # | 1005049-M |

| VENDOR | SHIP TO |
|---|---|
| SMART GLOVE INTERNATIONAL PTE LTD<br>NO 2, KALLANG AVE #07-05, CT HUB<br>SINGAPORE 339407 | **SHIP TO**<br>ASP GLOBAL<br>7800 THIRD FLAG PARKWAY<br>AUSTELL, GA 30168<br>USA |

| REQUISITIONER | SHIP VIA | F.O.B. | SHIPPING TERMS |
|---|---|---|---|
| JILL BORGER | | PORT KLANG | |

| ITEM # | DESCRIPTION | QTY | UOM | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 100032C | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), SMALL | 837 | CS1000 | $130.00 | $108,810.00 |
| 100032B | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), MEDIUM | 1340 | CS1000 | $130.00 | $174,200.00 |
| 100032D | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), LARGE | 1005 | CS1000 | $130.00 | $130,650.00 |
| 100032E | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), X-LARGE | 168 | CS1000 | $130.00 | $21,840.00 |
| | | 3350 | | SUBTOTAL | $435,500.00 |
| | | | | TAX | - |
| | | | | SHIPPING | - |
| | | | | OTHER | - |
| | | | | **TOTAL** | **$435,500.00** |

**Comments or Special Instructions**

**MARCH 2021 PRODUCTION**

# PURCHASE ORDER

**ASP GLOBAL**

3450 ATLANTA INDUSTRIAL PARKWAY
ATLANTA, GA 30331
Phone: 404-696-6999
Fax: 404-699-6080



| DATE | 2/10/2021 |
|---|---|
| PO # | 1005050-M |

| VENDOR | SHIP TO |
|---|---|
| SMART GLOVE INTERNATIONAL PTE LTD<br>NO 2, KALLANG AVE #07-05, CT HUB<br>SINGAPORE 339407 | **SHIP TO**<br>ASP GLOBAL<br>7800 THIRD FLAG PARKWAY<br>AUSTELL, GA 30168<br>USA |

| REQUISITIONER | SHIP VIA | F.O.B. | SHIPPING TERMS |
|---|---|---|---|
| JILL BORGER | | PORT KLANG | |

| ITEM # | DESCRIPTION | QTY | UOM | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 100032C | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), SMALL | 837 | CS1000 | $130.00 | $108,810.00 |
| 100032B | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), MEDIUM | 1340 | CS1000 | $130.00 | $174,200.00 |
| 100032D | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), LARGE | 1005 | CS1000 | $130.00 | $130,650.00 |
| 100032E | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), X-LARGE | 168 | CS1000 | $130.00 | $21,840.00 |
| | | 3350 | | SUBTOTAL | $435,500.00 |
| | | | | TAX | - |
| | | | | SHIPPING | - |
| | | | | OTHER | - |
| | | | | **TOTAL** | **$435,500.00** |

**Comments or Special Instructions**

**MARCH 2021 PRODUCTION**

# PURCHASE ORDER

**ASP GLOBAL**

3450 ATLANTA INDUSTRIAL PARKWAY
ATLANTA, GA 30331
Phone: 404-696-6999
Fax: 404-699-6080



| DATE | 2/12/2021 |
|---|---|
| PO # | 1005052-M |

| **VENDOR** | | **SHIP TO** |
|---|---|---|
| SMART GLOVE INTERNATIONAL PTE LTD | | **SHIP TO** |
| NO 2, KALLANG AVE #07-05, CT HUB | | ASP GLOBAL |
| SINGAPORE 339407 | | 7800 THIRD FLAG PARKWAY |
| | | AUSTELL, GA 30168 |
| | | USA |

| REQUISITIONER | SHIP VIA | F.O.B. | SHIPPING TERMS |
|---|---|---|---|
| JILL BORGER | | PORT KLANG | |

| ITEM # | DESCRIPTION | QTY | UOM | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 100032C | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), SMALL | 837 | CS1000 | $130.00 | $108,810.00 |
| 100032B | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), MEDIUM | 1340 | CS1000 | $130.00 | $174,200.00 |
| 100032D | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), LARGE | 1005 | CS1000 | $130.00 | $130,650.00 |
| 100032E | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), X-LARGE | 168 | CS1000 | $130.00 | $21,840.00 |
| | | 3350 | | SUBTOTAL | $435,500.00 |
| | | | | TAX | - |
| | | | | SHIPPING | - |
| | | | | OTHER | - |
| | | | | **TOTAL** | **$435,500.00** |

| Comments or Special Instructions |
|---|
| |
| **APRIL 2021 PRODUCTION** |
| |
| |

# PURCHASE ORDER

**ASP GLOBAL**

3450 ATLANTA INDUSTRIAL PARKWAY
ATLANTA, GA 30331
Phone: 404-696-6999
Fax: 404-699-6080



| DATE | 2/12/2021 |
|---|---|
| PO # | 1005055-M |

| VENDOR | SHIP TO |
|---|---|
| SMART GLOVE INTERNATIONAL PTE LTD<br>NO 2, KALLANG AVE #07-05, CT HUB<br>SINGAPORE 339407 | **SHIP TO**<br>ASP GLOBAL<br>7800 THIRD FLAG PARKWAY<br>AUSTELL, GA 30168<br>USA |

| REQUISITIONER | SHIP VIA | F.O.B. | SHIPPING TERMS |
|---|---|---|---|
| JILL BORGER |  | PORT KLANG |  |

| ITEM # | DESCRIPTION | QTY | UOM | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 100032C | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), SMALL | 837 | CS1000 | $130.00 | $108,810.00 |
| 100032B | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), MEDIUM | 1340 | CS1000 | $130.00 | $174,200.00 |
| 100032D | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), LARGE | 1005 | CS1000 | $130.00 | $130,650.00 |
| 100032E | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), X-LARGE | 168 | CS1000 | $130.00 | $21,840.00 |
|  |  | 3350 |  | SUBTOTAL | $435,500.00 |
|  |  |  |  | TAX | - |
|  |  |  |  | SHIPPING | - |
|  |  |  |  | OTHER | - |
|  |  |  |  | TOTAL | $435,500.00 |

**Comments or Special Instructions**

**APRIL 2021 PRODUCTION**

# PURCHASE ORDER

**ASP GLOBAL**

3450 ATLANTA INDUSTRIAL PARKWAY
ATLANTA, GA 30331
Phone: 404-696-6999
Fax: 404-699-6080

| DATE | 2/16/2021 |
|---|---|
| PO # | 1005059-M |

| VENDOR | SHIP TO |
|---|---|
| SMART GLOVE INTERNATIONAL PTE LTD<br>NO 2, KALLANG AVE #07-05, CT HUB<br>SINGAPORE 339407 | **SHIP TO**<br>ASP GLOBAL<br>7800 THIRD FLAG PARKWAY<br>AUSTELL, GA 30168<br>USA |

| REQUISITIONER | SHIP VIA | F.O.B. | SHIPPING TERMS |
|---|---|---|---|
| JILL BORGER | | PORT KLANG | |

| ITEM # | DESCRIPTION | QTY | UOM | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 100032C | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), SMALL | 837 | CS1000 | $130.00 | $108,810.00 |
| 100032B | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), MEDIUM | 1340 | CS1000 | $130.00 | $174,200.00 |
| 100032D | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), LARGE | 1005 | CS1000 | $130.00 | $130,650.00 |
| 100032E | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), X-LARGE | 168 | CS1000 | $130.00 | $21,840.00 |
| | | 3350 | | SUBTOTAL | $435,500.00 |
| | | | | TAX | - |
| | | | | SHIPPING | - |
| | | | | OTHER | - |
| | | | | **TOTAL** | **$435,500.00** |

**Comments or Special Instructions**

**MAY 2021 PRODUCTION**

# PURCHASE ORDER

**ASP GLOBAL**

3450 ATLANTA INDUSTRIAL PARKWAY
ATLANTA, GA 30331
Phone: 404-696-6999
Fax: 404-699-6080



| DATE | 2/16/2021 |
|---|---|
| PO # | 1005060-M |

| VENDOR | SHIP TO |
|---|---|
| SMART GLOVE INTERNATIONAL PTE LTD<br>NO 2, KALLANG AVE #07-05, CT HUB<br>SINGAPORE 339407 | **SHIP TO**<br>ASP GLOBAL<br>7800 THIRD FLAG PARKWAY<br>AUSTELL, GA 30168<br>USA |

| REQUISITIONER | SHIP VIA | F.O.B. | SHIPPING TERMS |
|---|---|---|---|
| JILL BORGER | | PORT KLANG | |

| ITEM # | DESCRIPTION | QTY | UOM | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 100032C | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), SMALL | 837 | CS1000 | $130.00 | $108,810.00 |
| 100032B | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), MEDIUM | 1340 | CS1000 | $130.00 | $174,200.00 |
| 100032D | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), LARGE | 1005 | CS1000 | $130.00 | $130,650.00 |
| 100032E | 9" (3mil) S1 Powder Free Nitrile Finger Textured (Baby Blue) – Examination Grade (M Weight = 3.50gm (+/-0.2gm)), X-LARGE | 168 | CS1000 | $130.00 | $21,840.00 |
| | | 3350 | | SUBTOTAL | $435,500.00 |
| | | | | TAX | - |
| | | | | SHIPPING | - |
| | | | | OTHER | - |
| | | | | **TOTAL** | **$435,500.00** |

**Comments or Special Instructions**

**MAY 2021 PRODUCTION**