# Exhibit B

| | |
|---|---|
| **From:** | Sabrina Moore <sabrina.moore@aspglobal.com> |
| **Sent:** | Wednesday, February 16, 2022 3:24 PM |
| **To:** | zahier@smartgloveintl.com |
| **Cc:** | Bill Hable; Diana Rogers; 'Noorshazana'; 'Nurul Ain Aminah'; 'Ng Soon Lee'; 'Marisa Lau'; elina.koh@smartgloveintl.com; 'Catherine Ang'; Quality Assurance; Lisa Daniel; Tony Zhou |
| **Subject:** | ACTION REQUIRED--RE: (ASG) ASP GLOBAL - Purchase Order# 1018225 / 1018226 -   Smart Glove SCAR-19-0003 |
| **Attachments:** | 20220211_142044.jpg; 20220211_142345.jpg; 20220211_142436.jpg; 20220211_142540.jpg; 20220211_143628.jpg; 20220211_143727.jpg; 20220211_143934.jpg; 20220211_144913.jpg; 20220211_153828.jpg; 20220211_153832.jpg; 20220211_154152.jpg; 20220211_154201.jpg; SCAR-19-0093_16FEB2022.docx; RE: (ASG) ASP GLOBAL - Purchase Order# 1018225 / 1018226 - Smart Glove |
| **Importance:** | High |

Hello Mr. Zahier,

Please find attached Supplier Corrective Action Request (SCAR) Investigation form, SCAR-19-0093 for **Gen -X Nitrile Examination gloves Item # ASGN230-28010032C through ASGN230-28010032F**.

Our customer is one of the largest hospital organizations in our regions.  The following defects were observed amongst multiple lots from nurses throughout various hospitals within their network.

Customer samples were supplied for evaluation from the following lots and inspected by our quality staff.  The following defects were observed as noted below:

- 3 dispensers-Lot Number S1798R21C02, Size Medium:  Multiple defects, tearing while donning, holes /tears along fingers, poor beading, foreign material

- 2 dispensers- Lot Number S1798R21D003, Size L:  torn cuff, poor beading, gloves stick together near cuff, poorly packed and discolored

- 3 dispensers-Lot Number S1798R21C004, Size XL:  poor beading, coagulant on glove surface, gloves stick together near cuff, poorly packed, discoloring, torn cuff

Samples are available for evaluation.  Please provide address for sample submission.

I kindly ask that you reply with a completed investigation by **25FEB2022**. Please advise if you have any questions.

Regards,

*Sabrina Moore*
Director, Quality & Regulatory Compliance
**ASP Global**
7800 Third Flag Parkway