# Exhibit C

# SIGMA GLOVE INDUSTRIES SDN BHD
### CUSTOMER COMPLAINT NOTIFICATION (CCN)

**Part A .For Customer / Sender / Complaint Receiver Use Only**

| **1. Complainant's Information** | | | | |
|---|---|---|---|---|
| Complaint Received by (OIC-CS/Marketing) | NANA | | Complaint Date | 03-Mar-22 |
| Customer Name | Sabrina Moore | | E-mail | Sabrina.Moore@aspglobal.com |
| Company | ASP Global (ASG) | | Tel. Number | 404-696-6999 |
| Customer Ref. Number | CA203SI/3/2022 (0093) | | | |
| Complaint by : (Tick / if applicable) | ☐ Phone   ☑ *E-Mail   ☐ *Fax   ☐ *Letter   ☐ Other_____ *If the customer complaint is through email or any written report, please forward to Complaint PIC/QA . | | | |
| *Attachment : (Tick / if applicable) | ☑ Report   ☑ Photo   ☑ Sample   ☐ Other_____ *If have attachment please forward to Complaint PIC/QA | | | |

| **2. Origin of Report / Complaint (If Applicable)** | | | | |
|---|---|---|---|---|
| Name of Hospital / Clinics / Others | N/A | | | |
| Telephone No. | | | | |
| Report Enclosed | ☐ Yes          ☐ No | | Date of Reporting | |

**3. Details of Product Affected**

| | |
|---|---|
| *Type of Glove | 9" (3MIL-S1) PF NITRILE EXAM FT BABY BLUE GLOVES |
| Customer's Brand Name | GEN-X |

| Purchase Order Number | 1005047-M &  1005049-M | *Job Order Number | SIASG0001 & SIASG0003 |
|---|---|---|---|
| Shipment Date | 23-04-2021 & 29-04-2021 | Location of Product | AUSTELL, GA USA |

| *Lot Number | Size | Shipped Qty | *Defective Qty | Defective Sample Returned (Y/N) | Date Sample Receive |
|---|---|---|---|---|---|
| S1798R21C002 | M | 1340 CASES | 3 DISP | Y | 4/3/2022 |
| S1798R21C004 | XL | 168 CASES | 3 DISP | Y | 4/3/2022 |
| S1798R21D003 | L | 1005 CASES | 2 DISP | Y | 4/3/2022 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Required Information for Investigation to be conducted*

**4. Complaint Description**

-Multiple defects, tearing while donning, holes / tears along fingers, poor beading, foreign material, torn cuff, gloves stick together near cuff, poorly packed and discolored, coagulant on glove surface, gloves stick together near cuff

| **5.Complaint Registration** | | **(For QA use only)** | |
|---|---|---|---|
| Complaint Log Number : (XXX-YYY/ZZ) | SGI-007/22 | Complaint Distribution : (To tick any relevant department based on nature of the complaint) | |
| Date of CCN Received By QA : | 3/3/2022 | ☑ QA          ☐ Warehouse | |
| CAPAR Reply Date : ( 7 working days after CCN Recieved) : | 15/3/2022 | ☐ Packing   ☑ Prod. (Dipline' Team) | |
| Received By (Complaint PIC/QA) : | KOMALA (QA) | | |
| Complaint Assigned To : Dept & Name | PRODUCTION (MR.SEAN) | ☐ Compounding | |
| CAPAR's Format | ☐ Customer   ☑ Inhouse | ☑ Others_____ | |

*Note : Complaint PIC/QA to attach email received and evidence required for reference.*

# SIGMA GLOVE INDUSTRIES SDN BHD

**CORRECTIVE ACTION / PREVENTIVE ACTION REPORT (CAPAR)**

N 004/13-04 SM
Effective date: 12.08.2019

**Part B : Identify, Investigate and Action of Complaint to Customer**

### I. Particulars / Customer Data *(Source of Nonconformity or Complaint)*

| | | CCN Received Date | |
|---|---|---|---|
| Customer Name | **Sabrina Moore** | *Complaint Log Number | **SGI-007/22** |
| Company | **ASP Global (ASG)** | JO Number | **SIASG0001** |
| Customer's Brand Name | **GEN-X** | Type of Glove | **9" (3MIL-S1) PF NITRILE EXAM FT BABY BLUE GLOVES** |
| Customer Ref. Number (if have) | **CA203SI/3/2022 (0093)** | Size and Lot Number (Product Affected) | **Size : M, L, XL**<br>**Lot No: S1798R21C002, S1798R21C004 & S1798R21D003** |

### 2. Complaint Description

Multiple defects, tearing while donning, holes / tears along fingers, poor beading, foreign material, torn cuff, gloves stick together near cuff, poorly packed and discolored, coagulant on glove surface, gloves stick together near cuff

   

**Above images shows defect sample photos shared by customer**

### 3. Grasp the Situation *(Investigate & explain the current situation)*

1. Returned samples was shared among factory operation team to assist for further investigation.
2. From Device History Record (DHR):
   - The manufacturing details are as stated below.

| Lot Number | Production date |
|---|---|
| S1798R21C002 | |
| S1798R21C004 | Apr-21 |
| S1798R21D003 | |

   - In the internal pre-shipment (PSI) the affected lot were passed the shipment and released upon met the final release criteria.
   - All incoming, in process and final inspection were complete and passed with specification limit.
3. Returned samples from customer were inspected visually. Below are the findings:

| Lot | Total Return Quantities (Dispenser) | Findings |
|---|---|---|
| S1798R21C02 | 3 | Drop 1: 2pc Hole & 1pc torn cuff<br>Drop 2: 1pc Hole & Sticky<br>Drop 6: 2pc Hole |
| S1798R21C004 | 3 | Drop 4: Sticky & Discolouration<br>Drop 4: 1pc Hole, Sticky & Discolouration<br>Drop 5: Discolouration |
| S1798R21D003 | 3 | Drop 7: Sticky, 2pc Hole & 1pc poor beading<br>Drop 8: Sticky & 1pc Knocking<br>Drop 9: Sticky & 6pcs Hole |

**Table 1.0: Above shows table of returns sample defect & Findings**

   - The returned samples from customer total had 9 dispensers. Each dispenser were carried out visual inspections for similar defects as stateted in the table. Findings were attached above.
   - Returns samples of gloves was proceed for water tight test and found holes as stated in findings above.

### 4. Root Cause Analysis

**Tearing**
Due to poor latex pick up which caused by bubble formation in latex tank. Bubble forms due to loosen former holder. When dip into the latex tank, this loosen former holder tend to vibrate and cause bubble in latex tank. Bubbles that stick on former that leads to poor latex pick up and causes thin spot on the gloves. Gloves with thin spot tend tear easily.

**Poor Beading**
The probable root cause could be due to misalignment of beading roller. This hapenned due to loosen screw in the beading roller holder bracket that caused the cuff unable to roll completely.

**Foreign matter**
The probable root cause of foreign matter from the defect photo provided, happened due to accumulated oily particles that from former holders dropped into coagulant or latex tank and stucked on the former while dipping.

**Torn Cuff**
Tearing at cuff was due to worn out auto stripping clipper units. The worn out clipper unit can tear the gloves when pulled the gloves from former during stripping.

**Sticky at Cuff**
Sticky at cuff area of the gloves probably due to moisture content that was trapped inside the gloves. This could have cause due to temperature fluctuations at final drying oven. During packing and in-process inspection  this defect cannot be identified immediately. Hennce, moisture content tend to form when gloves packed and stored before shipment. This resulted to cause sticky at cuff.

**Poorly Packed**
This happened due to stack and packing the gloves too fast and overlooked on layering of the gloves.

**Discolouration**
The probable root cause of discolouration due to spike at final drying oven temperature. This is however did not give immediate discolouration to the gloves, thus it was not detected during QA inspection and the gloves were packed after meeting inspection criteria and allowed for shipment. After some time, during storage the glove colour changed.

### 5. Corrective Action / Preventive Action

**Tearing**
Training to provided to Dipline Support on revised SOP -J/3.2 Former Fitting onto Machine Procedure on the additional action added.
**Responsible Person: Mr.Sean (Production) Expected Date: Immediately**

**Poor Beading**
Production team to tighten and re-align the beading roller position to ensure the gloves have complete beading.
**Responsible person: Mr.Sean (Production) Expected Date: Immediately**

**Foreign matter**
1. Production team to remove and filter out the dirts from coagulant and latex tank to remove the foreign matter.
**Responsible person: Mr.Sean (Production) Expected Date: Daily Monitoring**
2. QA IPQC team to immediately highlight to production supervisor when found foreign matter on gloves.
**Responsible Person: Komala (QA IPQC) Expected Date: Immediately**

**Torn cuff**
Production team to monitor daily on the condition of auto clipper unit and change immediate when found worn out.
**Responsible person: Mr.Sean (Production) Expected Date: Daily Monitoring**

**Sticky at Cuff**
1. Production supervisor to monitor the final drying oven temperature on daily basis to meet its specification
**Responsible person: Mr. Sean Expected Date: Immediately**
2. Re-trained in-process quality control operators to inform immediately to production team if found sticky defect.
**Responsible person: Komala (QA IPQC) Expected Date: Immediately**

**Poorly Packed**
1. Packing executive to brief packing operators on goves layering while packing gloves into dispenser.
**Responsible Person: Ms.Teh (Packing) Expected Date: Immediately**

**Discolouration**
Production to monitor final drying oven temperature every 2 hour to ensure there is no spike in temperature.
**Responsible Person: Rajan (Production) Implementation Date : Daily monitoring**

*Expected Completion date : Refer above*

### 5. Standardize the Process ( *if required)

*\*If the action taken required further changes / update of the procedure, please mention which SOP involved and relevant department involved.*
N/A

*Expected Implementation date: N/A*

### 6. CAPAR Review and Approval

| **Prepared by** | **Verified and Approved by** | **Reviewed & Approved by** |
|---|---|---|
| **PIC/QA** | **QA Manager /HOD/ Manager (Manufacturing)** | **GM/Senior Manager/Director (Manufacturing)** |
| **Name:Komala** | **Name:Ms. Shalani/Mr. Sean** | **Name:Mr. Benard** |
| **Date: 15/3/2022** | **Date:15/3/2022** | **Date:15/3/2022** |