# Exhibit D

NOTICE : This e-mail (including any attachments) may contain confidential and/or privileged information and transmitted only for its intended purposes and/or the intended recipient(s) to whom it is expressly addressed.  Any review, copying, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) and/or not for its intended purposes are strictly prohibited.  If you have received this e-mail in error, please notify the sender or our company immediately and erase the original message including the attachments. Smart Glove Group of Companies expressly disclaim any responsibility for any activity that may be considered to be an improper, unauthorised and/or illegal use of e-mail.  In addition, all liability arising from or in connection with computer viruses and/or corrupted e-mails is excluded to the fullest extent permitted by law.

**From:** Sabrina Moore <sabrina.moore@aspglobal.com>
**Sent:** Friday, 5 August, 2022 5:49 AM
**To:** Zhaqri <zhaqri@smartgloveintl.com>; Diana Rogers <diana.rogers@aspglobal.com>
**Cc:** Quality Assurance <QualityAssurance@aspglobal.com>; 'Ng Soon Lee' <soonlee@smartgloveintl.com>; 'Catherine Ang' <pfang@platinumglove.com.my>; kpfoo@smartgloveintl.com; elina.koh@smartgloveintl.com; Geetha@smartgloveintl.com
**Subject:** RE: (ASG) ASP GLOBAL SCAR-19-0003 Collection.

Hello Zhaqri,

Thank you for the update.

Based on your summary, the defects have been confirmed for 6 of the 30 lots in scope.

When do you anticipate completing your internal review for the remaining 24 lots?

Kind regards,



Sabrina Moore
Director, Quality & Regulatory Compliance

direct    404968999 | x207
email    Sabrina.Moore@aspglobal.com

**From:** Zhaqri <zhaqri@smartgloveintl.com>
**Sent:** Wednesday, August 3, 2022 1:30 AM
**To:** Sabrina Moore <sabrina.moore@aspglobal.com>; Diana Rogers <diana.rogers@aspglobal.com>
**Cc:** Quality Assurance <QualityAssurance@aspglobal.com>; 'Ng Soon Lee' <soonlee@smartgloveintl.com>; 'Catherine Ang' <pfang@platinumglove.com.my>; kpfoo@smartgloveintl.com; elina.koh@smartgloveintl.com; Geetha@smartgloveintl.com
**Subject:** (ASG) ASP GLOBAL SCAR-19-0003 Collection.

Hi Sabrina,

Good day.

Kindly find attached revise Investigation report on SCAR-19-0003.

Thank you.

Kind Regards,
**Zhaqri (Mr.)**
Customer Service Department

  

**SMART GLOVE INTERNATIONAL PTE. LTD.**
3, Coleman Street #03-24, Singapore 179804
Email: zhaqri@smartgloveintl.com | Website: www.smartgloveintl.com

**MALAYSIA ADMINISTRATION OFFICE**
A-06-01 & A-06-02, Level 6, Empire Tower 1, Empire Subang, Jalan SS 16/1, 47500 Subang Jaya, Selangor Darul Ehsan
O: +603 5614 7611 | Fax: +603 8601 9488



https://www.margma.com.my/10th-international-rubber-glove-conference-and-exhibition-2022/
https://congress.nsc.org/nsc2022/public/eBooth.aspx?IndexInList=0&FromPage=Exhibitors.aspx&ParentBoothID=&ListByBooth=true&BoothID=182826

NOTICE : This e-mail (including any attachments) may contain confidential and/or privileged information and transmitted only for its intended purposes and/or the intended recipient(s) to whom it is expressly addressed.  Any review, copying, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) and/or not for its intended purposes are strictly prohibited.  If you have received this e-mail in error, please notify the sender or our company immediately and erase the original message including the attachments. Smart Glove Group of Companies expressly disclaim any responsibility for any activity that may be considered to be an improper, unauthorised and/or illegal use of e-mail.  In addition, all liability arising from or in connection with computer viruses and/or corrupted e-mails is excluded to the fullest extent permitted by law.

---

**From:** Sabrina Moore <sabrina.moore@aspglobal.com>
**Sent:** Tuesday, 2 August, 2022 8:56 PM
**To:** Zhaqri <zhaqri@smartgloveintl.com>; Diana Rogers <diana.rogers@aspglobal.com>
**Cc:** Quality Assurance <QualityAssurance@aspglobal.com>; 'Ng Soon Lee' <soonlee@smartgloveintl.com>; 'Catherine Ang' <pfang@platinumglove.com.my>; kpfoo@smartgloveintl.com; elina.koh@smartgloveintl.com; Geetha@smartgloveintl.com
**Subject:** RE: (ASG) ASP GLOBAL SCAR-19-0003 Collection.

Hello Zhaqri,

Could you provide an update on the sample evaluation and SCAR response?  What is your estimated time for completion?