# Exhibit E

# SIGMA GLOVE INDUSTRIES SDN BHD

**CUSTOMER COMPLAINT NOTIFICATION (CCN)**

**Part A. For Customer / Sender / Complaint Receiver Use Only**

## 1. Complainant's Information

| | | | |
|---|---|---|---|
| Complaint Received by (OIC-CS/Marketing) | NANA | Complaint Date | 01-Jun-22 |
| Customer Name | Sabrina Moore | E-mail | Sabrina.Moore@aspglobal.com |
| Company | ASP Global (ASG) | Tel. Number | 404-696-6999 |
| Customer Ref. Number | CA205SI/6/2022 (SCAR-19-0003) | | |
| Complaint by: (Tick / if applicable) | ☐ Phone  ☑ *E-Mail  ☐ *Fax  ☐ *Letter  ☐ Other_____ *If the customer complaint is through email or any written report, please forward to Compalint PIC/QA. | | |
| *Attachment: (Tick / if applicable) | ☑ Report  ☑ Photo  ☐ Sample  *If have attachment please forward to Complaint PIC/QA | | ☐ Other_____ |

## 2. Origin of Report / Complaint (If Applicable)

| | | | |
|---|---|---|---|
| Name of Hospital / Clinics / Others | N/A | | |
| Telephone No. | | | |
| Report Enclosed | ☐ Yes  ☐ No | Date of Reporting | |

## 3. Details of Product Affected

| | |
|---|---|
| *Type of Glove | 9"( 3 MIL-S1) NITRILE EXAM POWDER FREE FINGER TEXTURED BLUE GLOVES |
| Customer's Brand Name | GEN-X |
| Purchase Order Number | 1005047-M, 1005048-M, 1005049-M |
| *Job Order Number | SIASG0001, SIASG0002, SIASG0003 |
| Shipment Date | Apr-2021 to May-2021 |
| Location of Product | USA |

| *Lot Number | Size | Shipped Qty | *Defective Qty | Defective Sample Returned (Y/N) | Date Sample Receive |
|---|---|---|---|---|---|
| SI798R21C001 | S | 837 CASE | 482 CASE | Y | 15/7/2022 |
| SI798R21C002 | M | 1,340 CASE | 836 CASE | Y | 15/7/2022 |
| SI798R21C003 | L | 1,005 CASE | 320 CASE | Y | 15/7/2022 |
| SI798R21C101 | S | 837 CASE | 567 CASE | Y | 15/7/2022 |
| SI798R21C102 | M | 1,340 CASE | 551 CASE | Y | 15/7/2022 |
| SI798R21C103 | L | 1,005 CASE | 1,008 CASE | Y | 15/7/2022 |
| SI798R21D001 | S | 837 CASE | 724 CASE | Y | 15/7/2022 |
| SI798R21D002 | M | 1,340 CASE | 448 CASE | Y | 15/7/2022 |
| SI798R21D003 | L | 1,005 CASE | 450 CASE | Y | 15/7/2022 |
| SI798R21D004 | XL | 168 CASE | 5 CASE | Y | 15/7/2022 |

*Required Information for Investigation to be conducted*

## 4. Complaint Description

-Gloves Tear

## 5. Complaint Registration                                               (For QA use only)

| | | | |
|---|---|---|---|
| Complaint Log Number: (XXX-YYY/ZZ) | SGI-009/22 | Complaint Distribution : (To tick any relevant department based on nature of the complaint) | |
| Date of CCN Received By QA : | 1/6/2022 | ☑ QA   ☐ Warehouse | |
| CAPAR Reply Date : ( 7 working days after CCN Recieived) : | 18/6/2022 4/8/2022 - R1 | ☐ Packing  ☑ Prod. (Dipline' Team) | |
| Received By (Complaint PIC/QA) : | KOMALA (QA) | | |
| Complaint Assigned To : Dept & Name | KOMALA (QA) MR. ROSLAN (PRODUCTION) | ☐ Compounding | |
| CAPAR's Format | ☐ Customer   ☑ Inhouse | ☑ Others_____ | |

*Note : Complaint PIC/QA to attach email received and evidence required for reference.*

N 004/13-04 SM
Effective date: 12.08.2019

# SIGMA GLOVE INDUSTRIES SDN BHD
**CORRECTIVE ACTION / PREVENTIVE ACTION REPORT (CAPAR)**

**Part B : Identify, Investigate and Action of Complaint to Customer**

| **1. Particulars / Customer Data** *(Source of Nonconformity or Complaint)* | | CCN Received Date | 1/6/2022 |
|---|---|---|---|
| Customer Name | **Sabrina Moore** | *Complaint Log Number | **SGI-009/22** |
| Company | **ASP Global (ASG)** | JO Number | **SIASG0001, SIASG0002, SIASG0003** |
| Customer's Brand Name | **GEN-X** | Type of Glove | **9"( 3 MIL-S1) NITRILE EXAM POWDER FREE FINGER TEXTURED BLUE GLOVES** |
| Customer Ref. Number (if have) | **CA205SI/6/2022 (SCAR-19-0003)** | Size and Lot Number (Product Affected) | **Size: S, M, L & XL** <br> **Lot No: SI798R21C001, SI798R21C002, SI798R21C003, SI798R21C101, SI798R21C102, SI798R21C103, SI798R21D001, SI798R21D002, SI798R21D003, & SI798R21D004** |

**2. Complaint Description**

Gloves Tear

**3. Grasp the Situation** *(Investigate & explain the current situation)*

1. Defect sample from customer were received on 15/7/2022. Defect samples was shared among factory operation team to proceed for further investigation.
2. From Device History Record (DHR):
- The manufacturing details are as stated below.

| Lot Number | Production Month |
|---|---|
| SI789R21C001 | Apr-21 |
| SI798R21C002 | |
| SI798R21C003 | |
| SI798R21C101 | |
| SI798R21C102 | |
| SI798R21C103 | |

| Lot Number | Production Month |
|---|---|
| SI798R21C104 | Apr-21 |
| SI798R21D001 | |
| SI798R21D002 | |
| SI798R21D003 | |
| SI798R21D004 | |

3. - All in-process, final random inspection and pre-shipment inspection were completed.
   - In the internal pre-shipment (PSI) the affected lot were passed the shipment and were released upon met the final release criteria.
   - The library samples were retrieved from DHR. Library samples from DHR were inspected visually, all the lots were within specification limit.
4. <u>Customer returned sample evaluation</u>
   - Customer had returned 5 dispensers from each lot on 15/7/2022. QA team verified by perform 100% visual inspection, hence no tearing defect was found. Further donning test were carried, no tearing occured during donning. Below attached photos of donning test.

 SI798R21C001
 SI798R21C002
 SI798R21C003
 SI798R21C101
 SI798R21C102
 SI798R21C103
 SI798R21D001
 SI798R21D002
 SI798R21D003
 SI798R21D004

- Customer written the defect and returned defect samples in separate zip lock plastic.

# SIGMA GLOVE INDUSTRIES SDN BHD

**CORRECTIVE ACTION / PREVENTIVE ACTION REPORT (CAPAR)**

**Part B : Identify, Investigate and Action of Complaint to Customer**

   

- Above photos shows returned gloves samples with tear defect at cuff and finger area, this gloves could have becomes tear upon further use.
- Gloves samples were sent for physical properties test. Tensile strength were recorded accordingly. The gloves were tested all within our standard specification. Below, table shows tensile strength records.

| Size | Lot Number | Average Tensile Strength (Mpa) |
|---|---|---|
| S | SI789R21C001 | 26.62 |
| M | SI798R21C002 | 23.31 |
| L | SI798R21C003 | 22.03 |
| S | SI798R21C101 | 25.63 |
| M | SI798R21C102 | 24.78 |
| L | SI798R21C103 | 19.63 |

| Size | Lot Number | Average Tensile Strength (Mpa) |
|---|---|---|
| S | SI798R21D001 | 24.38 |
| M | SI798R21D002 | 22.32 |
| L | SI798R21D003 | 21.67 |
| XL | SI798R21D004 | 24.72 |

**4. Root Cause Analysis**

Defect samples from customer seems tears during donning. Howver, the probable root cause tear could be due to weak spots on gloves. The weak spots at cuff part occurred due to poor former cleanliness, thus created poor latex pickup during dipping process resulting weak spot on the gloves. Therefore, this causes the glove to tear during donning.

**5. Corrective Action / Preventive Action**

1. Production team to carry out daily former checking to screen out the defective and dirty former.
**Responsible person: Mr Rajan (Production). Expected Date: Daily monitoring**
2. QA IPQC/FRI immediate feedback to production for futher action if found any lot with tearing defect .
**Responsible person: Komala (QA IPQC). Expected Date : Daily monitoring**

*Expected Completion date :*     NA

**5. Standardize the Process ( *if required)**

*If the action taken required further changes / update of the procedure, please mention which SOP involved and relevant department involved.*

*Expected Implementation date:*     NA

**6. CAPAR Review and Approval**

| Prepared by | Verified and Approved by | Reviewed & Approved by |
|---|---|---|
| PIC/QA | QA Manager /HOD/ Manager (Manufacturing) | GM/Senior Manager/Director (Manufacturing) |
| Name: Komala Krishnan | Name: Ms. Shalani Genasan | Name: Mr. Bernard |
| Date: 4/8/2022 | Date:4/8/2022 | Date: 4/8/2022 |