IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ASP GLOBAL, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| | ) | |
| v. | ) | _____ |
| | ) | |
| SMART GLOVE INTERNATIONAL PTE. LTD., a Singaporean company, | ) ) | Jury Trial Demanded |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW Plaintiff ASP Global, LLC ("ASP" or "Plaintiff"), pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, and makes the following disclosure of corporate ownership and other interested persons:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

**Plaintiff ASP Global, LLC**:

- Incline Elevate ASP Splitter, LP

1

- The Tritt Family Gift Trust

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**Plaintiff:**

None known other than as reflected in #1.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

**Attorneys for Plaintiff**:

Steven G. Hall, Esq.
Kristin Tucker, Esq.
Jordana K. Oppenheim, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz PC
3414 Peachtree Rd. NE, Ste 1500
Atlanta, Georgia 30326

(4) The undersigned further certifies that the following is a full and complete list of the citizenship* of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**Plaintiff is a citizen of Georgia.**

*Allegations of an individual's residence do not enable the Court to determine an individual's citizenship. *Travaglio v. Am. Express Co.*, 735 F.3d 1266, 1269 (11th Cir. 2013).  For purposes of diversity jurisdiction, citizenship is equivalent to domicile, which is a party's "true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom." *McCormick v. Aderholt*, 293 F.3d 1254, 1257–58 (11th Cir. 2002) (quoting *Mas v. Perry*, 489 F.2d 1396, 1399 (5th Cir. 1974)).

"[A] limited partnership is a citizen of each state in which any of its partners, limited or general, are citizens." *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1021 (11th Cir. 2004) (citing Carden v. Arkoma Assocs., 494 U.S. 185, 195-196 (1990)).

A limited liability company, like other unincorporated entities, "is a citizen of any state of which a member of the company is a citizen." *Rolling Greens MHP*, 374 F.3d at 1022.

A traditional trust is a citizen of the state of which its trustee is a citizen, not its beneficiaries. *Alliant Tax Credit 31, Inc. v. Murphy*, 924 F.3d 1134, 1143 (11th Cir. 2019).

Respectfully submitted this 18th day of August, 2023.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*/s/ Steven G. Hall*
Steven G. Hall
Georgia Bar No. 319308
Jordana K. Oppenheim
Georgia Bar No. 825750
3414 Peachtree Road, NE, Ste 1500
Atlanta, GA 30326
404.577.6000 (Telephone)
404.221.6501 (Facsimile)
shall@bakerdonelson.com
joppenheim@bakerdonelson.com

*Counsel for Plaintiff*