**EXHIBIT 2:** INFRINGEMENT #1
URL: http://atlantachosun.com/322899

