**EXHIBIT 2:** INFRINGEMENT # 1-2

URL: https://rollingout.com/2021/07/10/aap-rocky-brings-his-fashion-swag-to-pacsun-with-new-collaborations/





MUSIC

# A$AP Rocky brings his fashion swag to PacSun with new collaborations

BY MICHAEL "ICE-BLUE" HARRIS   JUL 10, 2021
10:33 AM





A$AP Rocky arrives at the Knicks game in NYC. (Photo credit: Ron Asadorian / Splash News)

Harlem rapper A$AP Rocky is known for his flair for fashion and lifestyle apparel brand PacSun has taken notice. A$AP Rocky was recently named the company's first-ever guest artistic director and will oversee designer collaborations, brand campaigns, and in-store activations to support launches in the PacSun DTLA and Soho stores.

The "Fashion Killa" rapper will help drive PacSun's upcoming streetwear styles over the next 18 months. A$AP Rocky's first collaboration with PacSun will focus on Vans shoes. The Vans capsule collection will include three styles inspired by the Old Skool look, including black canvas, white leather, and silver reflective colorways and materials featuring very particularly executed flame embroidery.

"This partnership is special to me because it's a collaboration that combines my roots, A$AP Worldwide, and some of the most respected heritage brands that have roots in both the sportswear and lifestyle worlds. Together with PacSun, we will be releasing several limited-edition collections that are both nostalgic and forward at the same time," the rapper also known as Pretty Flacko told *Complex*.

A$AP Rocky is also expected to help attract a broader audience for the line and expand its current consumer market of ages 16-24 to now include 28– to 30-year-olds.



"Our community of customers is looking for something unexpected, that elevates their daily experience and lets them express their personal style. Nobody bridges the gap between high fashion and streetwear like A$AP Rocky. We are proud to welcome him to the PacSun family and [we are] energized about making his ideas a reality that can be shared … by millions and lead a global style conversation," PacSun CEO Alfred Chang also told *Complex*.

A$AP Rocky was spotted this week sporting a pair of his new Vans before they hit the market on July 16. Check them out below.



(Image source: Instagram – @prettyflackofits)