EXHIBIT D



# US Patent 8,160,980 Versus Hotwire Communications (dba "Fision tv") Systems for TV Programming Guides



*{For Fision tv+ Mobile App}*

2

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 8,160,980 by Hotwire Communications*

| **Claims 5, 7-10** |
|---|
| 5. An information system, said information system comprising:<br><br>at least one client that displays information related to a plurality of information channels;<br><br>a data mining cluster which performs user profiling and time, space and relevance analysis, wherein suggestions are provided to said at least one client based on a user profile and said time, space, and relevance analysis, and wherein said plurality of information channels are updated based on said suggestions.<br><br>7. The system according to claim 5, wherein said at least one client comprises a proxy that collects and parses data.<br>8. The system according to claim 5, wherein said plurality of information channels are periodically updated.<br>9. The system according to claim 5, wherein said suggestions are automatically provided to said at least one client.<br>10. The system according to claim 7, wherein the data collected by the proxy is in extensible markup language (XML) format. |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 8,160,980 by Hotwire Communications*

| Claim 5 | |
|---|---|
| An information system, said information system comprising: | Source: https://www.researchgate.net/figure/IPTV-system-architecture_fig5_292605488<br><br>{Overview of systems for streaming TV, which Hotwire Communications would operate. Servers shown below can be reached by the "Fision tv+" set top box and also the "Fision tv+" mobile app.} Hotwire Communications provides its Fision tv+ apps for various operating systems that, on information and belief, operate similarly in relevant part.<br><br> |

4

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 8,160,980 by Hotwire Communications*

| Claim 5 | |
|---|---|
| at least one client that displays information related to a plurality of information channels; |  |

{ shown in grayscale for highlighting.}

{The Fision tv+ mobile apps are an example of a client. Fision tv+ set top box also includes a client with equivalent functionality.}

5

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 8,160,980 by Hotwire Communications*

| Claim 5 | |
|---|---|
| a data mining cluster which performs user profiling and time, space and relevance analysis, wherein suggestions are provided to said at least one client based on a user profile and said time, space, and relevance analysis, and wherein said plurality of information channels are updated based on said suggestions. | https://www.researchgate.net/figure/IPTV-system-architecture_fig5_292605488<br><br>{Note: The servers for "VoD" (video on demand) include a data mining cluster to provide the recited functionality as shown on the next slide.}<br><br> |

6

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 8,160,980 by Hotwire Communications*

| Claim 5 | |
|---|---|
| a data mining cluster which performs user profiling and time, space and relevance analysis, wherein suggestions are provided to said at least one client based on a user profile and said time, space, and relevance analysis, and wherein said plurality of information channels are updated based on said suggestions. | <br>How to Use the Guide & Menu on Fision TV+<br><br>{Channels displayed will be based on geographical location of service for client/user (e.g. space), such as local TV channels.}<br><br>https://apps.apple.com/us/app/fision-tv/id1583087749?platform=iphone<br><br>  |

7

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 8,160,980 by Hotwire Communications*

| Claim 5 | |
|---|---|
| a data mining cluster which performs user profiling and time, space and relevance analysis, wherein suggestions are provided to said at least one client based on a user profile and said time, space, and relevance analysis, and wherein said plurality of information channels are updated based on said suggestions. |  https://apps.apple.com/us/app/fision-tv/id1583087749?platform=ipad {in grayscale}<br><br> https://appadvice.com/app/hotwire-fision/1215470042<br><br>{Relevant programs will be displayed under "What to Watch". The Fision tv+ app operating on an iPad is an example of a client, in addition to the smartphone app and client on the Fision tv+ set top box. Content is selected based on a user profile, which is also shown on slide 7 above. Suggestions include information channels for streaming video. The Fision tv+ set top box has equivalent functionality.} |

8

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 8,160,980 by Hotwire Communications*

| Claim 7 | | |
|---|---|---|
| The system according to claim 5, wherein said at least one client comprises a proxy that collects and parses data. | {Grayscale screen shot for a Fision tv+ mobile app.}<br> | {View of an exemplary directory installed by a Fision tv+ mobile app, where the directory has the name "unknown". The files shown below are examples of the proxy function within the app/client.} |

9

| Claim 8 | |
|---|---|
| The system according to claim 5, wherein said plurality of information channels are periodically updated. | {Grayscale screen shot for a Fision tv+ mobile app. The plurality of information channels will be periodically updated according based on date+time.}<br><br>https://apps.apple.com/us/app/fision-tv/id1583087749?platform=ipad<br>{in grayscale}<br><br> |

| Claim 9 | |
|---|---|
| The system according to claim 5, wherein said suggestions are automatically provided to said at least one client. | {As shown in "What to Watch", the suggestions are automatically provided.}  |

11

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 8,160,980 by Hotwire Communications*

| Claim 10 | |
|---|---|
| The system according to claim 7, wherein the data collected by the proxy is in extensible markup language (XML) format. |   Source: View of an exemplary directory installed by a Fision tv+ mobile app. The above "splunk>mint" tool (i) sends data on usage in XML format, and (ii) is also in the subdirectory named "unknown" for the proxy shown in slide 7. |

12