EXHIBIT E

# US Patent 7,065,778 Versus Hotwire Communications (dba "Fision TV+") Video Recording



https://www.youtube.com/watch?v=gujLsUc1E4M

*{Cloud DVR functionality was provided by Hotwire Communications Communications before patent expiration, including 2017: https://gethotwired.com/documents/mediaroom30/FisionTV_CurrentFeatures_Overview_100317.pdf .}*

1

| Claim 31 |
|---|
| 31. A method comprising:<br><br>a server computer receiving a request from a receiver device for a television show;<br><br>said server computer locating a plurality of digital video recorders capable of receiving a broadcast of said television show that satisfies said request;<br><br>each of said plurality of digital video recorders receiving a programming instruction from said server computer to record said television show when broadcast by a television content provider, after said server computer locating said plurality of digital video recorders;<br><br>at least one of said plurality of digital video recorders recording said television show during broadcast of said television show by said television content provider, after said each of said plurality of digital video recorders receiving said programming instruction; and<br><br>said receiver device receiving said television show recorded by said at least one of said plurality of digital video recorders.<br><br>On information and belief, Defendant performs all steps of this claim or, alternatively, to the extent a user performs any step, Defendant conditions the user's use of the functionality of the Defendant's accused instrumentalities described herein on the performance of that step as disclosed herein. For example, on information and belief, a user cannot use the functionality of the accused instrumentality as described in this claim chart without performance of the steps recited in this claim. By providing the accused instrumentality as disclosed herein, Defendant also controls the manner and/or timing of the functionality described in this claim chart. In other words, for a user to utilize the functionality described in this claim chart, the steps of this claim must be performed in the manner described herein. Without performance of the steps as described herein, the Defendant's functionality will not be available to users. |

2

| **Claims 32, 33, and 37** |
| --- |
| 32. The method as described in claim 31 further comprising each of said plurality of digital video recorders adding said programming instruction to its programmable task list.<br>33. The method as described in claim 31 further comprising said receiver device receiving an electronic programming guide from said server computer.<br>37. The method as described in claim 31 further comprising:<br>　　a cache server computer receiving and storing said television show recorded by said at least one of said plurality of digital video recorders; and<br>　　said cache server transmitting a first copy of said television show to said receiver device. |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,065,778 by Hotwire Communications*

| Claim 31 | |
|---|---|
| A method comprising: <br><br> a server computer receiving a request from a receiver device for a television show; | Source: https://www.thebroadcastbridge.com/content/entry/2533/comcast-selects-elemental-to-support-cloud-dvr  {changed to grayscale for highlighting shown} <br><br> {Note: The below diagram to support Cloud DVR functionality from the vendor "Elemental." The network to support recording functionality for Hotwire Communications would be equivalent. The server computer within the Hotwire Communications network receives requests for DVR commands from Hotwire Communications "Fision TV+" box and mobile app app.} |

4

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,065,778 by Hotwire Communications*

| Claim 31 | |
|---|---|
| said server computer locating a plurality of digital video recorders capable of receiving a broadcast of said television show that satisfies said request; | Source: https://www.thebroadcastbridge.com/content/entry/2533/comcast-selects-elemental-to-support-cloud-dvr {changed to grayscale for highlighting shown}<br><br>{Note: A plurality of recorders/encoders <u>are used for redundancy</u>, such that shows are still recorded if one encoder is offline.  The server computer can locate the plurality of digital video recorders with a programming database including using IP addresses and domain names.}<br><br>[Diagram showing: SOURCE (Channels 1-M) → ACTIVE ENCODERS (ELEMENTAL LIVE) and STANDBY ENCODER (ELEMENTAL LIVE), with MANAGEMENT (ELEMENTAL CONDUCTOR) above, feeding into NETWORK (Core IP Network) → ACTIVE DELIVERY (ELEMENTAL STATMUX) and STANDBY DELIVERY (ELEMENTAL STATMUX) → NETWORK (Cable/Satellite Distribution) → DISPLAY (TV & STB); also to VIDEO DELIVERY PLATFORM (ELEMENTAL DELTA × 2) via CISCO UCS B-SERIES OR C-SERIES → CDN (Public or Private) → DISPLAY (Devices)] |

5

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,065,778 by Hotwire Communications*

| Claim 31 | | |
|---|---|---|
| each of said plurality of digital video recorders receiving a programming instruction from said server computer to record said television show when broadcast by a television content provider, after said server computer locating said plurality of digital video recorders; | {Note: The Hotwire Communications Fision tv+/app will send the "record" command to the server computer, and the plurality of digital video recorders will receive the programming instruction from the server computer.<br><br>"After said server computer locating …" is the step shown on the previous slide.} | https://www.thebroadcastbridge.com/content/entry/2533/comcast-selects-elemental-to-support-cloud-dvr<br><br><br><br>https://www.youtube.com/watch?v=gujLsUc1E4M (in grayscale)<br><br> |

6

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,065,778 by Hotwire Communications*

| Claim 31 | | |
|---|---|---|
| at least one of said plurality of digital video recorders recording said television show during broadcast of said television show by said television content provider, after said each of said plurality of digital video recorders receiving said programming instruction; and | <br> | https://www.youtube.com/watch?v=gujLsUc1E4M<br>(in grayscale)<br><br>{Note: "after said each of said plurality of digital video recorders receiving …" is the step shown on the previous slide.} |

7

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,065,778 by Hotwire Communications*

| Claim 31 | | |
|---|---|---|
| said receiver device receiving said television show recorded by said at least one of said plurality of digital video recorders. |  | https://www.youtube.com/watch?v=gujLsUc1E4M (in grayscale) |

https://www.thebroadcastbridge.com/content/entry/2533/comcast-selects-elemental-to-support-cloud-dvr

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,065,778 by Hotwire Communications*

| Claim 32 | |
|---|---|
| The method as described in claim 31 further comprising each of said plurality of digital video recorders adding said programming instruction to its programmable task list. | https://www.thebroadcastbridge.com/content/entry/2533/comcast-selects-elemental-to-support-cloud-dvr  {Note: The consumer DVR interface is shown below, but the "Cloud DVR" shown with "Active Encoders" will add the programming instruction to its programmable task list, equivalent to the list of scheduled recordings shown below.}  https://www.youtube.com/watch?v=gujLsUc1E4M (in grayscale) |

9

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,065,778 by Hotwire Communications*

| Claim 33 | |
|---|---|
| The method as described in claim 31 further comprising said receiver device receiving an electronic programming guide from said server computer. | https://www.thebroadcastbridge.com/content/entry/2533/comcast-selects-elemental-to-support-cloud-dvr <br><br> https://www.youtube.com/watch?v=gujLsUc1E4M (in grayscale) <br><br> {Note: The Fision tv+ set top box receives an electronic programming guide from the server.} |

10

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,065,778 by Hotwire Communications*

| Claim 37 | |
|---|---|
| The method as described in claim 31 further comprising: a cache server computer receiving and storing said television show recorded by said at least one of said plurality of digital video recorders; and said cache server transmitting a first copy of said television show to said receiver device. | Source: https://www.thebroadcastbridge.com/content/entry/2533/comcast-selects-elemental-to-support-cloud-dvr {changed to grayscale for highlighting shown}<br><br>  https://www.youtube.com/watch?v=gujLsUc1E4M (in grayscale)<br><br>{Note: A cache server within the Hotwire Communications Network will perform the recited step.} |

11