Case 1:23-mi-99999-UNA   Document 2659-7   Filed 08/21/23   Page 1 of 9

EXHIBIT F

# US Patent 6,807,568 vs. Hotwire Communications (dba "fision tv") Streaming Apps



https://www.youtube.com/watch?v=92-XwiwZKLQ

{The relevant functionality of fision tv+ apps was available before patent expiration in June 2022, such as the option for accessing apps shown at 11:00 of video from 2020: https://www.youtube.com/watch?v=chuYtN3MICk.}

1

1. A method of delivering information to a requesting user, said method comprising the steps of:

making a request available to information providers by a user that said user desires certain information content;

accessing said request by any information provider other than said user and wherein said accessing is under control of said accessing information provider independent from said user;

determining by said information provider whether said information provider has control of information content that said user desires; and

under at least partial control of said determining step delivering said information content which is under the control of said information provider and which information content is desired by said user.

On information and belief, Defendant performs all steps of this claim or, alternatively, to the extent a third party performs any step, Defendant conditions the third party's use of the functionality of the Defendant's accused instrumentalities described herein on the performance of that step as disclosed herein. For example, on information and belief, third parties, such as users or content providers, cannot use the functionality of the accused instrumentality as described in this claim chart without performance of the steps recited in this claim. By providing the accused instrumentality, Defendant also controls the manner and/or timing of the functionality described in this chart. In other words, for a third party to utilize the functionality described in this claim chart, the steps of this claim must be performed in the manner described herein. Without performance of the steps as described herein, the Defendant's functionality will not be available to third parties.

**2**

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 6,807,568 by Hotwire Communications*

| Claim 1 | |
|---|---|
| A method of delivering information to a requesting user, said method comprising the steps of: | Source: https://www.youtube.com/watch?v=CwCuwxn8jHk ( in grayscale)<br><br>{Hotwire Communications provides a method of delivering information, such as streaming apps with content, to requesting users. Apps can also be individually installed and opened.}<br><br><br><br>How to Use Downloading Apps on Fision TV+ |

3

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 6,807,568 by Hotwire Communications*

| Claim 1 | | |
|---|---|---|
| making a request available to information providers by a user that said user desires certain information content; |  https://troypoint.com/hbo-max-firestick/  | https://www.youtube.com/watch?v=CwCuwxn8jHk<br><br>(In grayscale. Starting an app is an example of a request. Apps can be started by either (1) clicking on the icon or (2) by selecting "Open" below. Starting an app by either (1) or (2) makes the request available to information providers.<br><br>The operating system and user interface shown below are the same used by the "Fision tv+" box interface shown to the left.)<br><br>https://mitvhacks.com/apps/install-tubi-tv-on-mi-tv-stick/  |

4

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 6,807,568 by Hotwire Communications*

| Claim 1 | |
|---|---|
| accessing said request by any information provider other than said user and wherein said accessing is under control of said accessing information provider independent from said user; | {After the "Fision tv+" box starts an app, an information provider (e.g. app owner/operator) accesses the request by receiving data from the "Fision tv+" box.<br><br>The example below is for the information provider "Tubi" shown in slide 5 above, and other information providers will receive equivalent data when their apps are started by the "Fision tv+" box.<br><br>The information provider (e.g. "Tubi" as one example) accesses the request by receiving data at "**analytics-ingestion.production-public.tubi.io**", as shown below. }<br><br>[Wireshark capture screenshot showing TLS packets between 107.206.78.139 and 52.13.79.48, with Server Name Indication extension showing Server Name: analytics-ingestion.production-public.tubi.io] |

5

| Claim 1 | |
|---|---|
| **determining by** said information provider **whether** said information provider **has control of** information **content** that said user desires; and | {Hotwire Communications provides at least an IP address for information providers, such as Tubi, to determine geographical location.  Control of information content by information providers (such as regional/national restriction of media content licenses) is determined based on geographical location of users.  Tubi is shown below, but other information providers shown on slide 4 above will also determine control of content based on geographical location.}<br><br>https://privacysavvy.com/geoblocking/streaming/tubi-tv-outside-us/<br><br>Tubi TV has copyright agreements with Paramount, Lionsgate, and MGM, so **it can offer a lot of legal content that is both fresh, interesting, and exclusive**. The platform's flagship shows include The LostRoom, Death Note, and Taboo, so this website will surely be your cup of tea if you're a fan.<br><br>So it's plain to see why Tubi TV is a desirable website to visit (or an app to have on your device). There's a catch, though. <u>Tubi TV is a geo-restricted service that only serves users from the US.</u> So American users can use it freely, but if you're overseas, you can't. |

6

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 6,807,568 by Hotwire Communications*

| Claim 1 | |
|---|---|
| under at least partial control of said determining step delivering said information content which is under the control of said information provider and which information content is desired by said user. | https://www.forbes.com/sites/danafeldman/2018/01/09/with-35m-in-investments-tubi-tv-has-established-itself-as-a-leading-free-streaming-service/ {in grayscale}<br><br>{Hotwire Communications provides at least an IP address for information providers, such as Tubi, to determine geographical location. The information content shown below is delivered to the Hotwire Communications IP address and "Fision tv+" box. The example below is Tubi, which is equivalent for other information providers with apps shown on slide 4.}<br><br> |

7

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 6,807,568 by Hotwire Communications*

| Claim 1 | |
|---|---|
| **under at least partial control of said determining step** delivering said information content which is under the control of said information provider and which information content is desired by said user. | {Hotwire Communications provides at least an IP address for information providers, such as Tubi, to determine geographical location.  An example is below showing if the IP address is outside the US. The example below is Tubi, which is equivalent for other information providers with apps shown on slide 4.}<br>https://thevpn.guru/get-american-tubi-tv-uk-canada-australia<br> |

8