IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DIGIMEDIA TECH, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOTWIRE COMMUNICATIONS, LLC,<br><br>　　　　Defendant. | CIVIL ACTION<br><br>NO. _____<br><br>**Jury Trial Demanded** |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff DigiMedia Tech, LLC ("Plaintiff") states that:

1.　Plaintiff is a limited liability company organized and existing under the laws of the State of Georgia;

2.　Plaintiff is 100% owned by Brainbox Innovations, LLC; and

3.　No publicly held corporation owns 10% or more of Plaintiff.

This 21st day of August, 2023.

　　　　　　　　　　　　　　　　　　　/s/ *Cortney S. Alexander*
　　　　　　　　　　　　　　　　　　Cortney S. Alexander
　　　　　　　　　　　　　　　　　　　cortneyalexander@kentrisley.com
　　　　　　　　　　　　　　　　　　　Tel:  (404) 855-3867
　　　　　　　　　　　　　　　　　　　Fax:  (770) 462-3299
　　　　　　　　　　　　　　　　　　KENT & RISLEY LLC
　　　　　　　　　　　　　　　　　　5755 N Point Pkwy Ste 57
　　　　　　　　　　　　　　　　　　Alpharetta, GA 30022

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff