AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia ▼

Melissa Francis Dunstan )
*Plaintiff* )
v. ) Case No.
Merrick Garland, et. al., )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Ms. Melissa Francis Dunstan

Date: 08/21/2023

*Attorney's signature*

Shirley Zambrano GA 741429
*Printed name and bar number*
Zambrano and Ruiz LLC
1995 N. Park Place, Suite 360
Atlanta, GA 30339

*Address*

szambrano@zambranoandruiz.com
*E-mail address*

(770) 769-5821
*Telephone number*

(770) 769-5810
*FAX number*