# EXHIBIT B

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Record of Sworn Statement**

| | | | | | |
|---|---|---|---|---|---|
| APPLICANT NAME: | MELISSA ANTOINETTE FRANCIS | FILE NO | A089623055 | DATE | 5/18/2016 |

EXECUTED AT   PHILADELPHIA PA FIELD OFFICE, PHILADELPHIA, PA

Before the following officer of the U.S. Citizenship & Immigration Services:   Alexander, Courtney C
(NAME AND TITLE)

in the _____ language. Interpreter _____ used.

I, MELISSA ANTOINETTE FRANCIS, acknowledge that the above named officer has identified himself/herself to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He/she has informed me that he/she desires to take my sworn statement regarding: FALSE TESTIMONY

He/she has told me that my statement must be made freely and voluntarily. I am willing to make such a statement. I swear that I will tell the truth the whole truth, and nothing but the truth, so help me, God.

Being duly sworn, I make the following statement:

Q. What is your true, full and complete name? *Melissa Francis-Dunstan*

Q. What is your place and date of birth? *Jamaica*

Have you ever given any U.S. Government official(s) any information or documentation that was false, fraudulent or misleading? *yes NO*

Have you ever lied to any U.S. Government official to gain entry or admission into the United States or to gain immigration benefits while in the United States? *yes NO*

*I was denied before, because at the time of my interview I wasn't physically living in my marital home, I did not move out as I had stuff there. My application then was submitted before. The officer ruled that I falsify my application but I didn't. I didn't appeal the decision because after speaking to the officer he mentioned that I would just have to wait before I can apply again. In completing my new application, I checked no because I didn't provide any fraudulent documentation and I honestly didn't lied to the officer at the time*

I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit that I am seeking.

Signature of Applicant _Melissa Francis Dunstan_

___ day of MAY 18 2016 ___. Sworn and subscribed before me:

Signature USCIS Officer _Alexander_

Signature of Witness

of my previous interview. I false documentation was submitted. ~~And~~ I didn't lie to gain entry or admission to the U.S. For this, this is the reason why I checked <u>no</u> for my answers. At the time of the first interview back in 2010, I was still married and was living with my spouse, we were having issues and I ~~went~~ left the home. I <u>did not</u> move out. The paper work was submitted before I am not trying to be dishonest. It is not my intent and by checking ~~not~~ no for the questions above I am not, ~~trying~~ to deceive the officer. ~~All my documentation~~