# EXHIBIT D

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
CITIZENSHIP AND IMMIGRATION SERVICES

RECORD OF SWORN STATEMENT

APPLICANT NAME: Melissa Antoinette Francis Dunstan   FILE NO. A089623055   DATE: May 20, 2022

EXECUTED AT: USCIS, Atlanta District Office

Before the following Officer of the U.S. Citizenship and Immigration Services: (Name and Title) Burns, ISO

In the English language, Interpreter None

---

I, Melissa Antoinette Francis Dunstan, acknowledge that the above named officer has identified himself/herself to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He/she has informed me that he/she desires to take my sworn statement regarding:

He/she has told me that my statement must be made freely and voluntarily. I am willing to make such a statement. I swear that I will tell the truth the whole truth, and nothing but the truth, so help me, God.

Being duly sworn, I make the following statement:

Q. What is your true, full and complete name (spell)?
A. Melissa Antoinette Francis Dunstan   MFD

Q. Have you at any point in time used any other names, if so what are they?
A. Melissa Antoinette Francis Bennett, Melissa Antoinette Francis   MFD

Q. What is your place and date of birth?
A. Jamaica, April 7, 1979   MFD

Q. Have you ever used any other dates of birth?
A. No   MFD

Q. Have you ever given any U.S. Government officials any information or documentation that was false, fraudulent, or misleading?
A. No   MFD

Q. While going over your N-400 application today you stated that you have given U.S. Government officials information or documentation that was false, fraudulent, or misleading, but now you are stating no. Could you please explain why you are changing your answer?   MFD
A. I think I mis interpret the question so if I could explain, when I gave my application the first time the information I gave wasn't false I was still married when I applied for my original N-400 filing, at the time of the interview I was married but I was separated. So I wasn't asked if I was separated because we were still married so at the time I thought it was ok to proceed with the N-400 form even though I was separated so the reason why I said no is because I was still married and I wasn't asked the question if I was separated so in my opinion I didn't lie or give false information but since then it is an honest mistake not disclosing or letting them know because I was not asked and because it was an honest mistake and I didn't give information to represent myself something that I am not because I was asked if I was married so I did not give any false documentation because I was married at that time.   MFD

Q. Just to confirm because you provided 2 answers here today, have you ever given any U.S. Government officials any information or documentation that was false, fraudulent, or misleading?
A. Yes   MFD

Q. Have you ever lied to any U.S. Government officials to gain entry or admission to the United States or to gain immigration benefits while in the United States?
A. No   MFD

Q. How many times have you been married?
A. Twice   MFD

1

Q. Who was your first spouse?
A. Noel Bennett

Q. What is Noel Bennett's date of birth?
A. August 17, 19 I do not remember the year

Q. When did you last live with Noel Bennett?
A. I last lived with Noel Bennett November 2010.

Q. What address did you last live with Noel Bennett at?
A. The 2846 New Kirk Street, Philadelphia, 19150

Q. When did you marry Noel Bennett?
A. I got married to Noel Bennett in, I am sorry.

Q. Do you remember when you were married to Noel Bennett?
A. No

Q. Did you live with Noel Bennett for the entire time of your marriage from the time that you were married up until you separated in November 2010?
A. No

Q. Records show you married Noel Bennett September 29, 2006. From that date until November 2010 what times did you live together and what times did you live separately?
A. So at the beginning of the marriage we lived together, and then I went back to my mom maybe about I lived separately towards the end of the marriage I filed my paperwork maybe in the summer I think when I officially move out was summer of 2008, sometime in 2008 I believe I do not remember.

Q. Did you live with Noel Bennett in November 2009?
A. No

Q. You filed a joint petition with Noel Bennett on November 30, 2009 on the form I-751 Petition to Remove Conditions on Residence. This form stated you were living together. Why are you stating today you did not live with him at that point in time if you told USCIS in 2009 that you were living together?
A. I mislead USCIS.

Q. This is a copy of the second page of the I-751 petition you filed jointly with Noel Bennett on November 30, 2009, could you tell me whose signatures are at the bottom and who actually signed this document?
A. It is my signature and I signed it and Noel's signature and Noel signed it.

Q. Here is a copy of Noel's signature on the I-130 petition for alien relative that he submitted for you on November 19, 2006, could you please explain why his signature is different from the I-130 to the I-751 petition?
A. That is his signature.

Q. Did you witness Noel provide the signature on both of these documents?
A. Yes I did.

Q. Could you please explain why on the I-751 page 2 it says N/A under Part 5 information about your children?
A. It was a mistake.

Q. Could you please explain why on your first N-400 application you did not list your child and then during your interview on November 9, 2010 you stated to the officer that you did not have any children?
A. I don't remember it has been soo long.

Q. Is this your signature when you appeared for the N-400 interview on November 9, 2010?
A. Yes

Q. When was your child born?
A. My child was born in 2007 October.

 

Q. Is your current husband the father of your child?
A. Yes

Q. When you had this child with your current husband were you still living with Noel Bennett?
A. Yes.

Q. When you filed your I-751 Petition with USCIS you were not living with Noel Bennett as you testified today, and you had not disclosed your child that you had outside of your marriage to Noel Bennett to USCIS which cut off relevant lines of questioning about your marital relationship with Noel Bennett. Could you please explain why you provided this false information on your I-751 petition?
A. At the time back in that time I was just trying to be able to stay with my mom here and I was just trying to not find myself in a status where I was not able to be there for my family and my mom and I filed the form to change my status. I was just trying everything that I could just to be here without having to without having to be here with my mom

Q. Did you believe that supplying this information to USCIS would affect your eligibility to remain in the United States and your permanent resident status?
A. I did

Q. Do you have anything else that you would like to add to this statement?
A. I have made mistakes, I came here as a student my only child from my mom she was not in the position at the time to help me a cancer survivor and only child was with her and my first job with New Jersey state college tried to help and change my status and that was denied and I met Noel and we Started dating and we had a relationship I met Noel through a friend. The relationship started and changed, and things happened, and I just made some mistakes. What I did was wrong it is not the person that I am today 12 years later I have not been in any trouble, and I try to live a good live and follow all of the rules to be honest if I could rewind some stuff and go back, I would change or have waited because quite frankly I would not be in this position now. A few years later my mom could have assisted me, and she was not in the position to and she was sick recovering from cancer. So that's the truth I know me saying that that is the truth may be hard to believe and I did it in order to be here with my mom and I am now in a position that I am not comfortable to be in right now.

I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records, which the Citizenship and Immigration Service needs to determine eligibility for the benefit that I am seeking.

Signature of Applicant _____

20th Day of May 2022.  Sworn and subscribed before me:

_____  _____
Signature CIS Officer                           Signature of Witness

(Rev. 11/1/98)

3