# EXHIBIT F



**ZAMBRANO & RUIZ**
IMMIGRATION ATTORNEYS

**Shirley C. Zambrano**                **Email:szambrano@zambranoandruiz.com**

September 22, 2022

**VIA PRIORITY MAIL**

U.S. Citizenship and Immigration Services
Attn: NATZ
P.O. Box 4088
Carol Stream, IL  60197-4088

> **RE:**   **Form N-336, Request for a Hearing on a Decision in Naturalization**
> **Proceedings.**
> **Applicant: Ms. Melissa Antoinette FRANCIS DUNSTAN**
> **Receipt Number: IOE0914486876**

Dear Sir or Madam:

   We represent Ms. Melissa A. Francis Dunstan ("Ms. Francis") in her immigration matters. Our Form G-28, Notice of Entry of Appearance as Attorney is enclosed. We are in receipt of the U.S. Citizenship & Immigration Services' ("USCIS") denial of Ms. Francis' Form N-400 Application for Naturalization ("N-400"). Ms. Francis appeals USCIS' erroneous denial of her N-400. Please note that pursuant to the USCIS COVID-19 extension flexibilities, Ms. Francis is timely submitting this Form N-336 within 90 calendar days from the issuance of the decision. In connection with this appeal, we enclose the following documents:

1. **Form G-28,** Notice of Entry of Appearance as Attorney or Representative;

2. **Form N-336,** Request for Hearing on a Decision in Naturalization Proceedings, and the required filing fee of $700.00;

3. A copy of USCIS' decision denying Ms. Francis' N-400;

4. Brief in Support of Form N-336; and

5. Applicant's Sworn Declaration

**1995 N Park PL SE, Suite 240**
**Atlanta, GA 30339**
**T.** 770-769-5820
**F.** 770-769-5810                                    **www.zambranoandruiz.com**

Based on the foregoing, we respectfully request the favorable adjudication of the Form N-336, Request for a Hearing on a Decision in Naturalization Proceedings filed by our client, Ms. Francis. Thank you for your assistance with the enclosed request. Please contact me at (770) 769-5821 if you require any further information.

Very truly yours,

SHIRLEY C. ZAMBRANO

## BRIEF IN SUPPORT OF REQUEST FOR A HEARING ON A DECISION IN NATURALIZATION PROCEEDINGS

### STATEMENT OF FACTS

Ms. Melissa Antoinette Francis Dunstan ("Ms. Francis") is a native and citizen of Jamaica. On September 29, 2006, Ms. Francis married her U.S. citizen former spouse, Mr. Noel Bennet ("former spouse"). On June 16, 2007, Ms. Francis was granted conditional permanent resident status as the spouse of a United States citizen. On November 13, 2009, USCIS removed Ms. Francis' conditions. Ms. Francis and her former spouse divorced on July 27, 2011.

In 2009, Ms. Francis submitted Form N-400, Application for Naturalization before USCIS. Ms. Francis and her former spouse were legally married at the time, but they were separated and contemplating a divorce. On December 16, 2010, USCIS denied Ms. Francis' application for naturalization alleging that she provided false information with the intent of obtaining an immigration benefit as she had failed to disclose that she was separated from her former spouse at the time she filed her citizenship application, and she was residing with the father of her child. Ms. Francis was advised that she would be eligible to refile 5 years after the decision.

On February 5, 2016, Ms. Francis once again submitted an application for naturalization. On May 18, 2016, she attended her naturalization interview. During the interview, she was asked whether she had ever lied to an immigration officer to obtain admission to the United States or to gain an immigration benefit while in the United States. Ms. Francis answered "NO" and did not disclose that she had previously failed to reveal that she was separated from her former spouse when she filed for her application for naturalization in 2009. On June 29, 2016, USCIS once again denied Ms. Francis' application for naturalization, this time alleging that Ms. Francis was not statutorily eligible for naturalization as she had not established that she was a person of good moral character during the statutory period as she provided false information or testimony in order to obtain an immigration benefit. Ms. Francis was advised that she would be eligible to reapply again on May 18, 2021.

On December 9, 2021, Ms. Francis submitted an application for naturalization for a third time. On May 20, 2022, Ms. Francis attended her naturalization interview. During the interview, Ms. Francis truthfully and consistently testified under oath that she had previously provided false information. She also testified that during her marriage to her former spouse and prior to the submission of her Form I-751, Petition to Remove Conditions, she had given birth to a child fathered by someone else. She truthfully testified that she and her former spouse were having marital issues but nonetheless decided to stay together and save their marriage despite the existence of her child.

On July 18, 2022, USCIS once again denied Ms. Francis' application for naturalization alleging that USCIS improperly removed her conditions and that she was not a lawful permanent resident because she allegedly removed her conditions through fraud and misrepresentation. Specifically, USCIS denied the petition alleging that Ms. Frances failed to disclose when she filed the petition to remove conditions that she had a child outside of her marriage and that she was separated and not residing with her former spouse at the time of filing.

## ARGUMENT

### 1. MS. FRANCIS' APPLICATION FOR REMOVAL OF CONDITIONS WAS NOT APPROVED IN ERROR.

USCIS erroneously alleges that Ms. Francis' petition to remove conditions was approved in error. Section 216(a) of the INA states that a petitioner and beneficiary may file a joint petition to remove conditions. The parties must establish that: (1) the marriage was legal where it took place; (2) the marriage has not been terminated; (3) the marriage was not entered into for purposes of procuring residency; and (4) no fee (other than an attorney's fee to assist filing) was paid. *Memo Neufeld, Acting Asso. Director, USCIS, I-751 Filed Prior to Termination of Marriage* (April 3, 2009). USCIS may not deny a petition solely because the spouses are separated and/or have initiated divorce annulment proceedings." *Id.*

In this case, USCIS erroneously concluded that Ms. Francis' petition to remove conditions was approved in error because there is nothing in the regulations indicating that giving birth to a child fathered by someone else is a bar to a removal of conditions. To the contrary, the evidence in the record demonstrates that Ms. Francis complied with all the statutory requirements to remove conditions. Ms. Francis' marriage to her former spouse was legal in the United States and the marriage had not been terminated at the time USCIS approved the petition to remove conditions. In fact, Ms. Francis and her former spouse were not even legally divorced, nor had they initiated divorce proceedings. [1] -5As the record indicates, Ms. Francis did not initiate divorce proceedings until 2011—two years after the removal of her conditions. Additionally, there is plenty of evidence in the record indicating that the marriage between Ms. Francis and her former spouse was not entered into for the purpose of procuring residency. Consequently, Ms. Francis' petition to remove condition was properly approved.

### 2. MS. FRANCIS DID NOT OBTAIN HER REMOVAL OF CONDITIONAL RESIDENT STATUS THROUGH FRAUD AND MISREPRESENTATION BECAUSE THE OMISSION IN HER FORM I-751 WAS NOT MATERIAL.

Here, USCIS cannot charge Ms. Francis with misrepresentation because her misrepresentation during the removal of conditions was not material. A person who, by willfully misrepresenting a *material* fact, seeks, sought, or has procured a visa, other documentation, or admission into the U.S. or other [INA] benefits is inadmissible. INA § 212(a)(6)(C)(i) [8 USC(a)(6)(i)].

An alien's misrepresentation is *material* if it "had a natural tendency to influence the decisions" of an immigration official. *Kungys v. U.S.,* 485 U.S. 759, 72 (1988). An alien's misrepresentation as to an application for a visa or for entry into the United States

---

[1] Please note that separation is not the same as "legal separation." Ms. Francis was residing in the State of Pennsylvania at the time of her removal of conditions. Pennsylvania does not recognize legal separation.

is material if: (1) the alien is inadmissible on the true facts; or (2) "the misrepresentation tends to shut off a line of inquiry *which is relevant to the alien's eligibility and which might well have resulted in a proper determination that he was inadmissible*". *Azim v. U.S. Atty. Gen.,* 314 F. App'x 193, 196 (11th Cir. 2008). Materiality can require disclosure that would have made the inadmissibility "apparent" and "would have adversely affected [the] application for permanent resident." *Ali v. U.S. Att'y Gen.,* 443 F.3d 804, 812 (11th Cir. 2006). *See Forbes v. I.N.S.,* 48 F.3d 439 (9th Cir. 1995) (finding misrepresentation of failure to disclose criminal arrest was not material since charges were subsequently dismissed and hence no statutory disqualifying fact existed).

In this case, Ms. Francis' misrepresentation is not material because she was not inadmissible under the true facts. Ms. Francis was not inadmissible for having an extra marital affair that resulted in the procreation of a child. In its denial of Ms. Francis' application for naturalization, USCIS alleges that Ms. Francis misrepresented a material fact during her removal of conditions application. That allegation, however, is incorrect. A misrepresentation is material *only if* the misrepresentation would have resulted in her ineligibility to remove conditions. *See* 8 USCIS-PM, Pt. J, Ch 3, ¶ E (Guidelines for determining whether misrepresentation is material). Ms. Francis' omission of her child during the removal of conditions would have not resulted in a determination that she was ineligible to remove condition as Ms. Francis and his former spouse were legally married. As mentioned earlier, USCIS may not deny a petition solely because the spouses are separated and/or have initiated divorce annulment proceedings." *See Memo, Neufeld, Acting Associate Director, USCIS, I-751 Filed Prior Termination of Marriage (Apr. 3, 2009).* Here. Ms. Francis was neither legally separated nor divorce from her former spouse.

### 3. THE EVIDENCE IN THE RECORD DEMOSNTRATES THAT MS. FRANCIS' MARRIAGE WITH HER FORMER SPOUSE WAS NOT ENTERED FOR THE PUPOSE OF EVADING THE IMMIGRATION LAWS.

An applicant must demonstrate that the marriage was bona fide at its inception, and "not entered into for the purpose of evading the immigration laws." *Laureano,* 19 I&N Dec. 1, 3 (BIA 1983). Although evidence to establish intent at the time of marriage can take many forms, some of those forms include: "proof that the beneficiary has been listed as the petitioner's spouse on insurance policies, property leases, income tax forms, or bank accounts; and testimony or other evidence regarding courtship, wedding ceremony, shared residence, and experiences." *Id.* at 3. So long as the marriage in question was valid at inception, subsequent breakdowns in the marriage do not invalidate eligibility for benefits sought. *See Matter of McKee,* 17 I. & N. Dec. 332, 333–334 (BIA 1980) (distinguishing between "fraudulent or sham marriage" and "nonviable or non-subsisting" marriage). There is no requirement that a marriage, entered into in good faith, must last any certain number of days, months, or years. Much less is there any requirement that a bona fide and lasting marital relationship (whatever that may mean) exists as of the time the INS questions the validity of the marriage. *Chan v. Bell,* 464 F. Supp. 125, 129 (D.D.C. 1978).

Here, having an extra marital affair and procreating a child does not indicate that a marriage is fraudulent. It indicates, however, that Mr. Francis was not loyal and faithful in her relationship which just merely indicates that the marriage was non-viable or nonsubsisting. In her letter, Ms. Francis indicates that they "fell in love" and like "any other couple they had their ups and down" and that she had an affair that led to the birth of her biological daughter but that they worked hard to save their marriage. As such, Ms. Francis' marriage was valid at inception and the breakdown and cheating in their marriage from Ms. Francis' part does not invalidate her eligibility to remove conditions.

## CONCLUSION

USCIS erroneously denied Ms. Francis' N-400 application based on an incorrect reading and application of the immigration laws. We therefore respectfully request a hearing on this matter so that it may be rectified as soon as possible.

Very truly yours,

SHIRLEY C. ZAMBRANO



# Notice of Entry of Appearance
## as Attorney or Accredited Representative
### Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

## Part 1.  Information About Attorney or Accredited Representative

**1.** USCIS Online Account Number (if any)

▶ 0 3 6 4 4 4 9 9 7 2 8 5

### *Name of Attorney or Accredited Representative*

**2.a.** Family Name (Last Name)  Zambrano

**2.b.** Given Name (First Name)  Shirley

**2.c.** Middle Name  Cristina

### *Address of Attorney or Accredited Representative*

**3.a.** Street Number and Name  1995 N. Park Pl SE

**3.b.** ☐ Apt.  ☒ Ste.  ☐ Flr.  240

**3.c.** City or Town  Atlanta

**3.d.** State  GA   **3.e.** ZIP Code  30339

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country  United States

### *Contact Information of Attorney or Accredited Representative*

**4.** Daytime Telephone Number  770-769-5821

**5.** Mobile Telephone Number (if any)  770-778-4450

**6.** Email Address (if any)  szambrano@zambranoandruiz.com

**7.** Fax Number (if any)  770-769-5810

## Part 2.  Eligibility Information for Attorney or Accredited Representative

Select **all** applicable items.

**1.a.** ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia.  If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

Licensing Authority  Georgia

**1.b.** Bar Number (if applicable)  741429

**1.c.** I (select **only one** box) ☒ am not  ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law.  If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable)  Zambrano and Ruiz, LLC.

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization

**2.c.** Date of Accreditation (mm/dd/yyyy)

**3.** ☐ I am associated with

_____ ,

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** [X] U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

N-336

**2.a.** [ ] U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** [ ] U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

[X] Applicant   [ ] Petitioner   [ ] Requestor
[ ] Beneficiary/Derivative   [ ] Respondent (ICE, CBP)

### Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)   Francis Dunstan

**6.b.** Given Name (First Name)   Melissa

**6.c.** Middle Name   Antoinette

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

▶

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A- | 0 | 8 | 9 | 6 | 2 | 3 | 0 | 5 | 5 |

### Client's Contact Information

**10.** Daytime Telephone Number

215-570-1839

**11.** Mobile Telephone Number (if any)

215-570-1839

**12.** Email Address (if any)

yolandemf34@gmail.com

### Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name   64 Hillview Drive

**13.b.** [ ] Apt.  [ ] Ste.  [ ] Flr.

**13.c.** City or Town   Acworth

**13.d.** State   GA      **13.e.** ZIP Code   30101

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

United States

### Part 4. Client's Consent to Representation and Signature

#### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

**Part 4.  Client's Consent to Representation and Signature (continued)**

*Options Regarding Receipt of USCIS Notices and Documents*

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery.  USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below.  You may change these elections through written notice to USCIS.

**1.a.**  ☒  I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.**  ☐  I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

  **NOTE:**  If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative.  If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.**  ☐  I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

*Signature of Client or Authorized Signatory for an Entity*

**2.a.**  Signature of Client or Authorized Signatory for an Entity

➡  *Melissa Francis-Dunst*

**2.b.**  Date of Signature (mm/dd/yyyy)   09 / 12 / 2022

**Part 5.  Signature of Attorney or Accredited Representative**

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS.  I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.**  Signature of Attorney or Accredited Representative

**1.b.**  Date of Signature (mm/dd/yyyy)   09/12/22

**2.a.**  Signature of Law Student or Law Graduate

**2.b.**  Date of Signature (mm/dd/yyyy)

## Part 6.  Additional Information

If you need extra space to provide any additional information
within this form, use the space below.  If you need more space
than what is provided, you may make copies of this page to
complete and file with this form or attach a separate sheet of
paper.  Type or print your name at the top of each sheet;
indicate the **Page Number**, **Part Number**, and **Item Number**
to which your answer refers; and sign and date each sheet.

**1.a** Family Name
(Last Name)   Francis Dunstan

**1.b.** Given Name
(First Name)   Melissa

**1.c.** Middle Name   Antoinette

**2.a.** Page Number    **2.b.** Part Number    **2.c.** Item Number

**2.d.** _____

**3.a.** Page Number    **3.b.** Part Number    **3.c.** Item Number

**3.d.** _____

**4.a.** Page Number    **4.b.** Part Number    **4.c.** Item Number

**4.d.** _____

**5.a.** Page Number    **5.b.** Part Number    **5.c.** Item Number

**5.d.** _____

**6.a.** Page Number    **6.b.** Part Number    **6.c.** Item Number

**6.d.** _____

## Request for a Hearing on a Decision in Naturalization Proceedings Under Section 336

**USCIS Form N-336**
OMB No. 1615-0050
Expires 08/31/2024

### Department of Homeland Security
U.S. Citizenship and Immigration Services

| For USCIS Use Only | |
|---|---|
| **Barcode** | **Date Stamp** |
| **Remarks** | |
| ☐ Re-Affirm N-400 Denial   ☐ Re-Determine N-400 Denial | |

| To be completed by an Attorney or Accredited Representative (if any). | ☒ Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable)<br>741429 | Attorney or Accredited Representative USCIS Online Account Number (if any)<br>0 3 6 4 4 4 9 9 7 2 8 5 |
|---|---|---|---|

▶ **START HERE - Type or print in black ink.**

**NOTE:** Type or print "N/A" if an item is not applicable. Type or print "None" if the answer is none. Failure to answer all of the questions may delay your Form N-336.

### Part 1. Information About You, the Naturalization Applicant

Enter Your 9 Digit A-Number:
▶ A- 0 8 9 6 2 3 0 5 5

**1.** Current Legal Name (do **not** provide a nickname)

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| Francis Dunstan | Melissa | Antoinette |

**2.** Other Names Used (if any)

Provide all other names you have ever used, including aliases, maiden name, and nicknames. If you need extra space to complete this section, use the space provided in **Part 8. Additional Information.**

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| Francis-Bennett | Melissa | |

**3.** Date of Birth (mm/dd/yyyy)
04/07/1979

**4.** USCIS Online Account Number (if any)

**5.** Physical Address (do not provide a PO Box in this space unless it is your only address)

| Street Number and Name | Apt. | Ste. | Flr. | Number |
|---|---|---|---|---|
| 64 Hillview Drive | ☐ | ☐ | ☐ | |

| City or Town | County | State | ZIP Code |
|---|---|---|---|
| Acworth | | GA | 30101 |

| Province or Region | Postal Code | Country |
|---|---|---|
| | | United States |

## Part 1. Information About You, the Naturalization Applicant (continued)

▶ A- | 0 | 8 | 9 | 6 | 2 | 3 | 0 | 5 | 5 |

**6.** Mailing Address

In Care Of Name (if any)

Street Number and Name
64 Hillview Drive

Apt. ☐  Ste. ☐  Flr. ☐  Number

City or Town
Acworth

County

State
GA

ZIP Code
30101

Province or Region

Postal Code

Country
United States

**7.** Contact Information

**A.** Work Telephone Number

**B.** Evening Telephone Number
215-570-1839

## Part 2. Information About Form N-400 Denial On Which You (the Naturalization Applicant) Are Requesting a Hearing

**1.** Form N-400 Receipt Number
IOE0914486876

**2.** Date of Form N-400 Denial Notice (mm/dd/yyyy)
07/18/2022

**3.** USCIS Office That Issued Form N-400 Denial Notice
Atlanta Field Office

**4.** Did you file your Form N-400 on the basis of qualifying military service?  ☐ Yes  ☒ No

## Part 3. Biographic Information

**1.** Ethnicity (Select only one box)
☐ Hispanic or Latino   ☒ Not Hispanic or Latino

**2.** Race (Select all applicable boxes)
☐ American Indian or Alaska Native  ☐ Asian  ☒ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☐ White

**3.** Height  Feet 5  Inches 7

**4.** Weight  Pounds 1 8 2

**5.** Eye Color (Select only one box)
☐ Black  ☐ Blue  ☒ Brown  ☐ Gray  ☐ Green  ☐ Hazel  ☐ Maroon  ☐ Pink  ☐ Unknown/Other

**6.** Hair Color (Select only one box)
☐ Bald (No hair)  ☒ Black  ☐ Blond  ☐ Brown  ☐ Gray  ☐ Red  ☐ Sandy  ☐ White  ☐ Unknown/Other

**Part 4.  Reason You Are Requesting a Hearing** ▶ A- | 0 | 8 | 9 | 6 | 2 | 3 | 0 | 5 | 5 |

Provide the reasons you are requesting a hearing on your denied Form N-400.  If you need extra space to complete this section, use the space provided in **Part 8. Additional Information.**

Please see brief in support of Applicant's N-336 petition.

**Part 5.  Naturalization Applicant's Statement, Contact Information, Certification, and Signature**

▶ A- | 0 | 8 | 9 | 6 | 2 | 3 | 0 | 5 | 5 |

**NOTE:** Read the **Penalties** section of the Form N-336 Instructions before completing this section.

### Naturalization Applicant's Statement

**NOTE:** Select the box for either **Item A.** or **B.** in **Item Number 1.** If applicable, select the box for **Item Number 2.**

1.  Naturalization Applicant's Statement Regarding the Interpreter

   **A.** ☐ I can read and understand English, and I have read and understand every question and instruction on this request and my answer to every question.

   **B.** ☐ The interpreter named in **Part 6.** read to me every question and instruction on this request and my answer to every question in _____, a language in which I am fluent, and I understood everything.

2.  Naturalization Applicant's Statement Regarding the Preparer

   ☒ At my request, the preparer named in **Part 7.,** Shirley Zambrano , prepared this request for me based only upon information I provided or authorized.

### Naturalization Applicant's Contact Information

3.  Naturalization Applicant's Daytime Telephone Number
   215-570-1839

4.  Naturalization Applicant's Mobile Telephone Number (if any)

5.  Naturalization Applicant's Email Address (if any)
   yolandemf34@gmail.com

### Naturalization Applicant's Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date.  Furthermore, I authorize the release of any and all of my records that USCIS may need to determine my eligibility for the immigration benefit that I seek.

I furthermore authorize release of information contained in this request, in supporting documents, and in my USCIS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I understand that USCIS may require me to appear for an appointment to take my biometrics and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

   1)  I reviewed and provided or authorized all of the information in my request;

   2)  I understood all of the information contained in, and submitted with, my request; and

   3)  All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that I provided or authorized all of the information in my request, I understand all of the information contained in, and submitted with, my request, and that all of this information is complete, true, and correct.

### Naturalization Applicant's Signature

6.  Naturalization Applicant's Signature
   *Melissa Francis-Austa*

   Date of Signature (mm/dd/yyyy)
   09/12/2022

**NOTE TO ALL NATURALIZATION APPLICANTS:** If you do not completely fill out this request, USCIS may deny your request.

| **Part 6.  Interpreter's Contact Information, Certification, and Signature** | ▶ A- | 0 | 8 | 9 | 6 | 2 | 3 | 0 | 5 | 5 |

Provide the following information about the interpreter.

## Interpreter's Full Name

**1.** Interpreter's Family Name (Last Name)    Interpreter's Given Name (First Name)

**2.** Interpreter's Business or Organization Name (if any)

## Interpreter's Mailing Address

**3.** Street Number and Name    Apt. Ste. Flr.  Number
☐  ☐  ☐

City or Town    State    ZIP Code

Province or Region    Postal Code    Country

## Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number    **5.** Interpreter's Mobile Telephone Number (if any)

**6.** Interpreter's Email Address (if any)

## Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and _____, which is the same language specified in **Part 5.**, **Item B.**, in **Item Number 1.**; and I have read to this naturalization applicant in the identified language every question and instruction on this request and his or her answer to every question.  The naturalization applicant informed me that he or she understands every instruction, question, and answer on the request, including the **Naturalization Applicant's Certification**, and has verified the accuracy of every answer.

## Interpreter's Signature

**7.** Interpreter's Signature    Date of Signature (mm/dd/yyyy)

**Part 7. Contact Information, Declaration, and Signature of the Person Preparing this Request, if Other Than the Naturalization Applicant**   ▶ A- [0][8][9][6][2][3][0][5][5]

Provide the following information about the preparer.

## Preparer's Full Name

1. Preparer's Family Name (Last Name)

   Zambrano

   Preparer's Given Name (First Name)

   Shirley

2. Preparer's Business or Organization Name (if any)

   Zambrano and Ruiz, LLC.

## Preparer's Mailing Address

3. Street Number and Name

   1995 N. Park Pl SE

   Apt. ☐   Ste. ☒   Flr. ☐   Number  240

   City or Town

   Atlanta

   State  GA

   ZIP Code  30339

   Province or Region

   Postal Code

   Country

   United States

## Preparer's Contact Information

4. Preparer's Daytime Telephone Number

   770-769-5821

5. Preparer's Mobile Telephone Number (if any)

   770-769-5821

6. Preparer's Email Address (if any)

   szambrano@zambranoandruiz.com

## Preparer's Statement

7.  A. ☐  I am not an attorney or accredited representative but have prepared this request on behalf of the naturalization applicant and with the naturalization applicant's consent.

   B. ☒  I am an attorney or accredited representative and my representation of the naturalization applicant in this case
      ☒ extends  ☐ does not extend beyond the preparation of this request.

   **NOTE:** If you are an attorney or accredited representative, you may need to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this request.

## Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this request at the request of the naturalization applicant. The naturalization applicant then reviewed this completed request and informed me that he or she understands all of the information contained in, and submitted with, his or her request, including the **Naturalization Applicant's Certification**, and that all of this information is complete, true, and correct. I completed this request based only on information that the naturalization applicant provided to me or authorized me to obtain or use.

## Preparer's Signature

8. Preparer's Signature

   Date of Signature (mm/dd/yyyy)

   9/21/22

## Part 8. Additional Information

If you need extra space to provide any additional information within this request, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this request or attach a separate sheet of paper. Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.** Family Name (Last Name)   Given Name (First Name)   Middle Name

Francis Dunstan   Melissa   Antoinette

**2.** A-Number (if any) ▶ A- 0 8 9 6 2 3 0 5 5

**3. A.** Page Number   **B.** Part Number   **C.** Item Number

**D.**

**4. A.** Page Number   **B.** Part Number   **C.** Item Number

**D.**

**5. A.** Page Number   **B.** Part Number   **C.** Item Number

**D.**

**6. A.** Page Number   **B.** Part Number   **C.** Item Number

**D.**

July 18, 2022

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
2150 Parklake Drive
Atlanta, GA 30345



**U.S. Citizenship and Immigration Services**

MELISSA ANTOINETTE FRANCIS DUNSTAN
64 HILLVIEW DRIVE
ACWORTH, GA 30101

IOE0914486876



RE: MELISSA ANTOINETTE FRANCIS DUNSTAN
N-400, Application for Naturalization

A089-623-055

## DECISION

Dear MELISSA FRANCIS DUNSTAN:

On December 9, 2021, you filed a Form N-400, Application for Naturalization, with U.S. Citizenship and Immigration Services (USCIS) under section 316 of the Immigration and Nationality Act (INA).

After a thorough review of the information provided in your application for naturalization, the documents supporting your application, and your testimony during your naturalization interview, USCIS has determined that you are not eligible for naturalization. Accordingly, USCIS must deny your application for naturalization.

Generally, to qualify for naturalization, under INA 316, an applicant must:

- Be 18 years of age or older at the time of filing Form N-400;
- Be lawfully admitted for permanent residence;
- Be a lawful permanent resident for at least 5 years at the time of filing Form N-400;
- Demonstrate good moral character for at least 5 years prior to the Form N-400 filing date, and during the period leading to administration of the Oath of Allegiance;
- Have resided continuously in the United States for at least 5 years as a lawful permanent resident before filing Form N-400;
- Have resided for at least 3 months in the State or USCIS District where residency is claimed before filing Form N-400;
- Have resided continuously in the United States from the date of filing Form N-400 up to the time of administration of the Oath of Allegiance;
- Be physically present in the United States for at least 2½ years at the time of filing Form N-400;
- Demonstrate a basic knowledge of U.S. history and government;
- Demonstrate the ability to read, write, and speak words in ordinary usage in the English language; and
- Establish an attachment to the principles of the U.S. Constitution and be disposed to the good order and happiness of the United States.

### Statement of Facts and Analysis Including Ground(s) for Denial

On June 16, 2007, you obtained conditional permanent resident status through your spouse in immigrant classification CR6 and your conditions were removed on November 13, 2009. USCIS received your Form N-400 on December 9, 2021, and on May 20, 2022, you appeared for an interview to determine your eligibility for naturalization.

During your interview and review of your record, USCIS determined that you are not a lawful permanent resident. The record reflects that you obtained your removal of conditional resident status through fraud and misrepresentation and did not properly have your conditions removed. During your N-400 interview you admitted that you had a child outside of your marriage with your current husband that you failed to disclose to USCIS and at the time when you filed your I-751 petition that you were not living with your petitioning U.S. citizen husband (Noel Bennett) as indicated on this petition.

During your N-400 interview you admitted that you mislead USCIS and you did it because you believed it would affect your eligibility to remain in the United States and your permanent resident status. Therefore, you improperly had your conditions removed with this I-751 petition.

To qualify for naturalization under INA 316, you must demonstrate that you meet all the requirements for naturalization, including the requirement of being a lawful permanent resident. You have not demonstrated that you are a lawful permanent resident and, therefore, are ineligible for naturalization. See INA 318.

If you believe that you can overcome the grounds for this denial, you may submit a request for a hearing on Form N-336, Request for a Hearing on a Decision in Naturalization Proceedings, within 30 calendar days of service of this decision (33 days if this decision was mailed). See attached 8 CFR 336.2 (a) and 103.8(b). Without a properly filed Form N-336, this decision will become final. See INA 336.

For questions about your application, you can use our many online tools (www.uscis.gov/tools) including our virtual assistant, Emma. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting www.uscis.gov/contactcenter.

Sincerely,

Shineka C. Miller
Field Office Director

cc: REGINA KANE

**Attachment**
**(Applicable Law/Regulations)**

To better assist you, the sections of the law referenced in your decision are provided below:

**INA 336**

(a) If, after an examination under section 335, an application for naturalization is denied, the applicant may request a hearing before an immigration officer.

(b) If there is a failure to make a determination under section 335 before the end of the 120-day period after the date on which the examination is conducted under such section, the applicant may apply to the United States district court for the district in which the applicant resides for a hearing on the matter. Such court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter.

(c) The Attorney General shall have the right to appear before any immigration officer in any naturalization proceedings for the purpose of cross-examining the applicant and the witnesses produced in support of the application concerning any matter touching or in any way affecting the applicant's right to admission to citizenship, and shall have the right to call witnesses, including the applicant, produce evidence, and be heard in opposition to, or in favor of, the granting of any application in naturalization proceedings.

(d) The immigration officer shall, if the applicant requests it at the time of filing the request for the hearing, issue a subpoena for the witnesses named by such applicant to appear upon the day set for the hearing, but in case such witnesses cannot be produced upon the hearing other witnesses may be summoned upon notice to the Attorney General, in such manner and at such time as the Attorney General may by regulation prescribe. Such subpoenas may be enforced in the same manner as subpoenas under section 335(b) may be enforced.

(e) It shall be lawful at the time and as a part of the administration by a court of the oath of allegiance under section 337(a), for the court, in its discretion, upon the bona fide prayer of the applicant included in an appropriate petition to the court, to make a decree changing the name of said person, and the certificate of naturalization shall be issued in accordance therewith.

**8 CFR 336.2**

(a) The applicant, or his or her authorized representative, may request a hearing on the denial of the applicant's application for naturalization by filing a request with USCIS within thirty days after the applicant receives the notice of denial.

**8 CFR 103.8**

This section states authorized means of service by the Service on parties and on attorneys and other interested persons of notices, decisions, and other papers (except warrants and subpoenas)in administrative proceedings before Service officers as provided in this chapter.

(b) Effect of service by mail. Whenever a person has the right or is required to do some act within a prescribed period after the service of a notice upon him and the notice is served by mail, 3 days shall be added to the prescribed period. Service by mail is complete upon mailing.

### <u>Declaration of Melissa Francis-Dunstan</u>

1. My name is Melissa Francis-Dunstan. Born April 7. 1979

2. I will describe in my own words everything that happened between Noel Bennet and I since the day we got married until our divorce.

3. Noel and I met through a mutual friend, we dated for about a year and on September 29th, 2006, we got married.

4. I applied for Conditional Permanent Residence status later that year after our marriage.

5. At the beginning of our marriage everything was going well. I was pursuing my Graduate degree and he was working three jobs to take care of his responsibilities and his two older kids. I needed to help and to get a job, which is the reason why I applied for my Conditional Permanent Residence Status. I also wanted to assist my now deceased grandmother (US Citizen) who at the time was living with my mom (US Citizen). In June of 2007, my Permanent Residence status was granted.

6. As he was working multiple jobs, started drinking more, things started to change, his habits and pattern changed, and I started hanging out more with college friends that I had met during my undergrad studies. I would also spend a lot of time at helping out with my grandmother who was dear to me because she primarily raised me from a child through adulthood. As I started hanging out with friends, I crossed the line and I had sexual intercourse with one of my college friends and got pregnant. Noel was informed and he stood by me even though I was pregnant with another man's child. Our relationship like most had its own share of issues.

7. Noel is a great person, he was encouraging and wanted me to complete my studies. We tried very hard to make the marriage work. We were very young and naïve and really though we could make it work despite of my infidelity. My daughter was born on October 5th, 2007 and it changed my life forever. I love her so much and she became the center of my life. I always wanted to provide for her and be there for her as how a mom should for their child.

8. After the birth of my child, a few months later, I submitted an application to remove conditions on my permanent residence. Noel and I both decided to send the application  since we were both still married and making relationship to work. I made an error by not listing my child on the form because she wasn't his child. I did not mean to lie, I just believed that my daughter did not need to be included since it wasn't his child.

9. Shortly thereafter, our issues were growing and communication between us broke down. Keith, my daughter's dad (current husband) was in his daughter's life. He purchased a house in 2008 and I would sometime visit him and at first so that he could see his daughter. Not being proud of myself, I cheated while I was married to Noel.

17. On December 9, 2021, I filled another N-400 application, this time I acquired the assistance of a lawyer. On the application I answered yes to questions 31 and 32. During the interview, the officer noticed that I didn't list my daughter that was born during my marriage with Noel for another man (Keith my current husband) on my previous applications. And for that I am not eligible because I haven't met the requirements for that of a lawful permanent resident.

18. I made mistakes that I am not proud of, but that doesn't make me a horrible person. I am a resident in good standing with no criminal record and no outstanding tax debt. My husband and my daughter are both US citizens. My husband has been a citizen prior to my marriage to Noel so my reason for filing wasn't just for immigration benefits. I also help in my community.

