# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRAVIS NELSON, individually and on behalf of all similarly situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>MARQUETTE SOCIAL CLUB, INC. d/b/a MARQUETTE RESTAURANT & LOUNGE and JOHNNY MIMS,<br><br>    Defendants. | Civil Action No. _____<br><br><br>**JURY TRIAL DEMANDED** |

## **CONSENT TO JOIN**

By my signature below, I hereby consent, pursuant to Section 216(b) of the Fair Labor Standards Act ("FLSA"), to become a Party Plaintiff in the above-captioned FLSA action and authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of Defendants Marquette Social Club, Inc. d/b/a Marquette Restaurant & Lounge and Johnny Mims to pay me all wages required by the FLSA. I designate Justin M. Scott, Tierra M. Monteiro, and Grace A. Starling of Scott Employment Law, P.C. to represent me in this suit.

1

Travis Nelson
_____
Name (Printed)

_Travis Nelson_ (Aug 21, 2023 11:13 EDT)
_____
Signature

Aug 21, 2023
_____
Date

2