

CT Corporation
Service of Process Notification
07/21/2023
CT Log Number 544339473

## Service of Process Transmittal Summary

**TO:** CATHY SCHUDA, Director Assistant
Target Corporation
1000 NICOLLET MALL, MS: TPS-3155
MINNEAPOLIS, MN 55403-2542

**RE:** Process Served in Georgia

**FOR:** Target Corporation  (Domestic State: MN)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| TITLE OF ACTION: | Re: JILL WRIGHT // To: Target Corporation |
| CASE #: | 23C04718S2 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| PROCESS SERVED ON: | C T Corporation System, Lawrenceville, GA |
| DATE/METHOD OF SERVICE: | By Process Server on 07/21/2023 at 09:25 |
| JURISDICTION SERVED: | Georgia |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 07/21/2023, Expected Purge Date: 07/26/2023 |
| | Image SOP |
| | Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| REGISTERED AGENT CONTACT: | C T Corporation System
289 S. Culver St.
Lawrenceville, GA 30046
877-564-7529
MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



Page 1 of  1

7-24-2023   162049H0001   6020230724015586