**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JILL WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | _____ |
| ) | |
| TARGET CORPORATION, ABC ) | |
| CORPORATIONS #1-3, and JOHN DOES ) | Removed From Gwinnett |
| #1-3, ) | State Court Civil Action File |
| ) | No.: 23-C-04718-S2 |
| Defendants. ) | |
| ) | |

**DEFENDANT TARGET CORPORATION'S**
**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE-PARTY DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant Target Corporation ("Target") files its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1)   The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation, that owns 10% or more of the stock of a party:

      **a. Defendant Target Corporation.**

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

      **a. Kevin Adamson;**

      **b. Brittany Schwanitz; and**

      **c. Kevin Adamson, P.C.**

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

      **a. Kevin Adamson and Brittany Schwanitz (Kevin Adamson, P.C.) for Plaintiff Jill Wright; and**

      **b. Brian K. Mathis (Huff, Powell & Bailey, LLC) for Defendant Target Corporation.**

(4)    The undersigned further certifies that the following is a list of citizenship of all parties:

      **a. Defendant Target Corporation is a domestic for Profit (Business) Corporation incorporated and domiciled in the State of Minnesota, with its principal place of business in Minnesota; for purposes of**

**determining diversity jurisdiction, Target is therefore a citizen of Minnesota. 28 U.S.C. § 1332(c)(2);**

b. **Plaintiff Jill Wright is a citizen of the State of Georgia.**

This 21st day of August, 2023.

HUFF, POWELL & BAILEY, LLC

*/s/ Brian K. Mathis*
BRIAN K. MATHIS
Georgia Bar No. 477026

*Counsel for Defendant*
*Target Corporation*

999 Peachtree Street, NE,
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
bmathis@huffpowellbailey.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

                                    HUFF, POWELL & BAILEY, LLC

                                    */s/ Brian K. Mathis*
                                    BRIAN K. MATHIS
                                    Georgia Bar No. 477026

                                    *Counsel for Defendant*
                                    *Target Corporation*

999 Peachtree Street, NE,
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
bmathis@huffpowellbailey.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy the DEFENDANT TARGET CORPORATION'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE-PARTY DISCLOSURE STATEMENT upon all parties or their counsel of record via CM/ECF's Electronic Case Filing System and by Statutory Electronic Service, addressed as follows to assure delivery to:

Kevin A. Adamson
Brittany D. Schwanitz
KEVIN A. ADAMSON, P.C.
4295 International Blvd., Suite D
Norcross, Georgia 30093
kevin@kaapc.com
brittany@kaapc.com

*Counsel for Plaintiff*

This 21st day of August, 2023.

                HUFF, POWELL & BAILEY, LLC

                */s/ Brian K. Mathis*
                BRIAN K. MATHIS
                Georgia Bar No. 477026

                *Counsel for Defendant*
                *Target Corporation*

999 Peachtree Street, NE, Suite 950
Atlanta, Georgia 30309
(404) 892-4022
bmathis@huffpowellbailey.com