

# IMPERIAL INVESTMENTS GROUP INC.
## 330 RESEARCH COURT, STE. 200
## PEACHTREE CORNERS, GA 30092
## (678) 514-2350

# IMPERIAL INVESTMENTS GROUP, Inc.
# Employee Handbook
### (Resource manual)

The contents of this resource manual are presented as a matter of information only and are not to be understood or construed as a promise or contract between the Imperial Investments Group, Inc. (In this manual referred to as "The Company"), its companies, hotels and team members (In this manual referred to as "The employee").

The words "Team Member", "Employee" and "associates" are interchangeable. The word employee is used to emphasize certain legal issues.  The spirit of the Company is to treat all "employees" as team members.

*The Company reserves the right to modify, rescind, change, disregard, suspend or cancel at any time and without written or verbal notice, all or part of the contents of this resource manual as circumstances may require.*

Please understand that you have the right to terminate your employment at any time and the Company retains a similar right at which time this manual must be returned to the Company. The Company's personnel policies, its manuals, its compensation programs, benefits and its verbal comments do not constitute an employment contract.

As an employee of the Company, I agree to faithfully perform my job in a responsible manner. I further agree to policies and procedures as detailed in the Company's employee handbook and I agree to read and  / or learn all present rules and regulations, policies and procedures, codes of conduct and any future rules and regulations, policies and procedures and codes of conduct that may be issued by the Company through material provided to me.

This resource manual is the property of the Company.  It shall not be copied or reprinted without prior written permission of an authorized person of the Company

*All Rights Reserved.*
*January 2018*
*Imperial Investments Group, Inc.*

---

Imperial Investments Group, Inc. operates various hotels and/or motels as a franchisee of the nation's leading hotel chains, which include many nationally, recognized trade names. However, please be aware that your employer is actually a respective individual company which owns this company.  The entity which owns the hotel is a franchisee of one of these leading hotel chains.

*Welcome to the Imperial Team!*

As a member of the Imperial team, you have joined a very special group of people dedicated to hospitality and service. You were selected because we believe you have the abilities and desire to embrace our commitment of 100% guest satisfaction each and every time.

Our commitment to our guests extends far beyond the front desk, maintenance, housekeeping and food and beverage departments. It is embedded in our desire to serve you, our employees. You are the key to our success! You make total guest satisfaction reality and not just theory! At Imperial, we understand that if we treat you with the special attention and care that you deserve as a member of our dynamic team, you will reciprocate and exemplify that same treatment to our guests and your fellow employees.

Our management team strives to create a work environment that is hassle free and enjoyable; where team members can be effective in responding to the needs and expectations of each guest while immediately resolving any guest concerns.

Through our combined efforts Imperial has become one of the *"up and* coming" hospitality organizations in the southeastern United States. We value you as a member of the Imperial team and have developed this resource manual as a means to maintain consistent practices in communication, consideration and cooperation for all team members. Your understanding of our philosophy, policies and your desire to provide uncompromising service will ensure the success of Imperial Investments Group, Inc. for years to come.

Best wishes for a rewarding career and welcome again to our Team![1]

**1.     OUR MISSION STATEMENT:**

"To provide
uncompromising
hospitality and service
to each guest
and
team member
each and every time"

**2.     OUR CORPORATE PHILOSOPHY:**

• *Guests:* We serve and satisfy the guests of our hotels by providing them quality hospitality at competitive rates. We strive for 100% satisfaction from our guests to make them feel at home away from home.

• *Team Members (Employees and associates):* We serve and satisfy our team members by providing rewarding work in a fair and equitable environment; thereby creating a climate that allows each member to grow to their full potential while being a part of a winning team.

• *Community:* We will be good corporate citizens in communities we serve and will actively participate for the good of the community.

• *Stakeholders:* We wish to make fair profits and reasonable return on investment for our stakeholders.

**3. MUTUAL EXPECTATIONS:**

We all want to feel that our efforts contribute to the success of the Company, to have opportunities to grow and to be recognized for our efforts.

You can expect the Company to provide opportunities for you to grow and achieve success in your job and to recognize your efforts. In turn, The Company has expectations of you.

You are expected to:

• *Serve and satisfy your customers by "going the extra mile".*
• *Know your job and do it well, cooperate with others and support the goals of your team.*
• *Maintain regular attendance, be punctual, work safely, use good judgment; and*
• *Avoid conduct that is not in the best interest of our guests, customers, colleagues, or the Company.*
♦ *Be honest.*
♦ *Learn all aspects of your position and cross train for other positions if asked.*

**4. CODE OF CONDUCT**

The Company is committed to compliance with the law and maintaining high ethical standards. This commitment is critical to the Company, your team members and our guests.

Generally speaking, conduct, which is disruptive, unproductive, immoral, unethical or illegal, will not be tolerated. Violation of our code of conduct will lead to disciplinary action, which based on the circumstances of the individual case, could result in corrective action up to and including discharge.

The following list outlines some, but not all, of the examples of misconduct or undesirable behavior that will not be tolerated.

- Insubordination – includes but is not limited to:  Failure to act with respect; refusal or failure to perform assigned duties in accordance with performance standards; refusal to adhere to Company policies and procedures; and refusal or failure to observe all safety, health and fire codes and practices. Disobeying any Company rules, department policies and procedures, supervisor's instructions, regulations, and/or statues of local, state and the federal government.

- Gossip – Every employee has the right to his or her opinion.  Every employee has the responsibility of their opinion and how they communicate their opinion.  It is NEVER acceptable to share your opinion with others when the information you are sharing states negative comments about another person, your property, or the Imperial company as your employer. This includes posting or blogging on Facebook, MySpace or any networking or social network or site during employment or anytime thereafter. When any employee is aware that another employee is spreading malicious gossip about a co-worker, it is their responsibility to address this with their manager immediately.  If the employee fails to address the issue with their manager, they allow a negative work environment and will be subject to discipline for failure to promote Imperial standards and procedures.

- Unauthorized use, possession or distribution of intoxicants, drugs or other controlled substances on Company premises

- Reporting to work while under the influence of intoxicants or drugs or testing positive for same

- Fighting, threatening, or engaging in bodily harm to co-workers or guests

- Willful or careless destruction or damage to property of the Company, guest or another employee
- Discriminatory harassment of co-workers or guests (on or off property); or, disrupting the work environment, creating a hostile environment for others and sexual or any other from of discriminatory harassment (See supplemental sheet)

- Unauthorized use or taking of the Company's property, guests' property or any other person's property

- Dishonesty

- Carrying, concealing or possessing weapons of any kind on Company property

- Disregarding or violating Company policies and procedures

- Horseplay; or violation of safety rules

- Falsifying reports or Company records, cheating, stealing Company, guests, or fellow employee's property

- Sleeping on the job, watching TV while on duty

- Fraternizing with guests on or off property; including visiting guests' rooms

- Excessive absenteeism or tardiness; or unexcused absence or tardiness

- Leaving the job without permission, taking longer lunches or breaks other than permitted

- Creating unsafe conditions for fellow employees or guests – Every employee has the right to do worthwhile work in a positive, respectful and genuinely friendly environment.  Every guest deserves our very best at all times. Our commitment to our employees and to our guests is to ensure that our standards are maintained and exceeded.

- Unauthorized use of Company property

As an Imperial Investments employee, we have the expectation that our employees will treat everyone they meet in a genuinely friendly and respectful manner.  We are aware that co-workers will disagree with each other on occasion.  The manner in which an employee approaches and handles this disagreement is of the utmost importance.  Every employee is expected to express his or her questions and concerns in a calm, professional manner.  The General Manager has the responsibility to address an employee's concerns and issues in a timely, professional manner.  If an employee feels that their manager is not resolving their issue, the employee should contact the Vice President of Operations, Corporate office HR, and the owners.

The Company may consider a team member's job performance, any prior violation(s) of our work rules, and other relevant circumstances in determining what disciplinary actions to take. It is up to the team [2]member's supervisor, manager, and the Company to decide whether corrective action up to and including discharge is appropriate. If you believe that an adverse personnel action is unfair, you can ask to have it reviewed through the Complaint Resolution Process. **(See page 8 "Grievance Policy").**

### 5. BUSINESS ETHICS:

The Company has an excellent reputation for conducting its business with integrity, fairness and in accordance with the highest ethical standards. As an employee of the Company, you enjoy the benefits of that reputation and are obligated to uphold these beliefs in all business activities and endeavors.

If you are ever in doubt of whether an activity or business pursuit meets the Company's standards or compromises the Company's reputation, please discuss it with your General Manager or contact any member of the Corporate Support Center for proper guidance and instruction.

### 6. EQUAL EMPLOYMENT OPPORTUNITY:

The Company is committed to the principles of Equal Employment Opportunity. As an equal opportunity employer, the Company's decisions regarding employment are designed to comply with all federal and state regulations.

While our employment philosophy stresses the need to employ and promote the best qualified person/s for a particular job, it provides for Equal Employment Opportunity without regard to race, color, religion, sex, national origin, age, marital status, veteran status, political belief or disability (except where physical or mental abilities are a bona fide occupational qualification), in connection with but not limited to, hiring, placement upgrading, transfer or demotion, recruiting, advertising or solicitation, compensation, training, layoff or termination, participation in social or recreational functions and use of Company facilities.

Breach of this policy by any employee of the Company is cause for immediate disciplinary action.

If you believe you have not received fair treatment with regard to any employment practices of the Company, its management or staff members, please contact the General Manager or the Director of Human Resources, or other appropriate member of the management team at the Corporate Support Center.

### 7. EQUAL OPPORTUNITY FOR AMERICANS WITH DISABILITIES:

It is the Company's policy to provide Equal Employment Opportunity for persons with disabilities in full compliance with the Americans Disabilities Act of 1990 and the regulations of the Equal Employment Opportunity Commission in connection with but not limited to hiring, training, accommodating and promoting individuals with disabilities.

## 8. HARRASSMENT AND HOSTILE BEHAVIOR IN THE WORKPLACE:

The Company is committed to maintaining an environment where all team members work free from harassment and hostility and all guests reside free from harassment by any employee. We will not tolerate harassment of any type and will take immediate disciplinary action toward any team member who engages in such activity.

The Company is committed to providing a workplace free of sexual harassment, as well as harassment based on factors such as race, color, religion, national origin, age, disability, veteran status, and/or creating a hostile environment that is offensive to fellow team members or guests. It is the responsibility of any employee who is subjected to harassment or observes this activity to inform the General Manager at their property, or any other appropriate member of management. If immediate action is not taken, or if it is the General Manager that is accused or it is otherwise inappropriate to contact the General Manager, contact the Director of Human Resources at the Corporate Support Center, or any other appropriate member of management immediately and inform them of the facts regarding the harassment so that appropriate corrective action can be taken. There will not be any retaliation against a person using these procedures.
An investigation of the alleged harassment will be conducted and the appropriate corrective action will be taken. The team member reporting the activity will be informed of the investigation and apprised of subsequent action. However, please note that no disciplinary action will be taken without a written statement of details from the reporting employee and a thorough investigation of the facts from both sides.

## 9. LIFE-THREATENING ILLNESSES AND RELATED CONDITIONS IN THE WORKPLACE:

The Company recognizes that team members with life-threatening illnesses including but not limited to cancer, heart disease and AIDS may wish to continue in as many of their normal pursuits as the conditions allows, including work. As long as these employees are able to meet their performance standards and medical evidence indicates that their conditions are not a significant current risk of substantial harm to themselves, others, or property, they may report to work.

Managers will be sensitive to their conditions and treat them consistently with other ill employees. If a significant risk of substantial harm exists, the Company will consider whether the risk can be eliminated or reduced so that it is not a direct threat by reasonable accommodation as provided by the American With Disabilities Act.

It is our policy not to ask team members about their health unless there exists a business justification to do so. The Company must maintain a safe workplace for all employees and guests.

## 10. OPEN COMMUNICATIONS:

The Company welcomes the opportunity to consider any team member's ideas, suggestions or concerns; therefore we maintain an open-door policy. Every team member is encouraged to speak with his or her supervisor whenever there is a question or concern. Your supervisor is in the best position to respond quickly and informatively. Should you desire further clarification, please feel free to speak with any manager or officer of the Company at the Corporate Support Center (CSC).  The direct phone number is 678-514-2350.  The mailing address is 330 Research Court, Ste. 200, Norcross GA 30092.

## 11. EMPLOYMENT VERIFICATION:

Any inquiries which are received either by telephone or in writing regarding a present or past team member should be referred to the General Manager and in case of inquiries regarding the employment of a General Manager, these calls and written requests should be forwarded to the CSC. The General Manager will only verify employment dates. No other person is allowed to give out information of any employee past or present.

The Company's policy is to preserve the privacy of the team member as much as is practical. Our policy is to only verify (state) that a person is (was) employed with the Company, the dates of employment, and employee's title or position. Additional information may be released only if an employee submits a request

in writing. Furthermore, the team member must provide a written release of the Company from any liability for responding to the request. This pertains to both present and past employees. No statements will be made regarding eligibility for rehire or other trait.

## 12. EMPLOYMENT CLASSIFICATION:

"Exempt', team members are executive, administrative and professional employees who are paid a salary.

No team member shall be classified "exempt" without the prior written approval of the Corporate office. Federal statutes governing the "exempt" classifications are very rigid and specify in detail the restrictive guidelines for making such determinations.

## 13. PROBATIONARY PERIOD:

The probationary and training periods are established to provide the new hire, transfer, or newly promoted employee with an opportunity to train in an environment conducive to successfully mastering the desired skills and job performance. This period is mutually beneficial to both the new employee and the Company.

The probationary period is essential for the orientation, training, observation, preliminary performance evaluation and final assessment of the individual's capacity to successfully perform the functions of their assigned position while adhering to the Company's policies and its commitment to guest satisfaction.

•    A newly hired, transferred or promoted employee is classified "probationary" for the first 90 days of employment. "Successful completion of the probationary period does not mean that an employee is guaranteed employment for any specified length of time". The "probation" period may be subject to change.

•    During this period, the employee shall have no benefits as conferred to full-time regular team members. Essentially, the employee is paid for the hours worked with no fringe or additional benefits.

•    Upon successful completion of this period, the full time employee is entitled to participate in all benefits offered by the company according to the eligibility requirements of the particular benefit.  After the probationary period is completed, a salary raise is not guaranteed.

## 14. PERFORMANCE REVIEWS:

To ensure that you perform your job to the best of your ability, it is important that you be recognized for good performance and in cases that your performance needs improvements; you will receive appropriate suggestions for improvement. Consistent with this goal, your performance may be evaluated by your supervisor on an ongoing basis. You may also receive periodic written evaluations of your performance.

All new hires may receive a 90 day performance review, however, a salary raise is not guaranteed.

Specific Performance Reviews:

**Annual performance review:**

On or about your anniversary date of employment, your performance may be evaluated based on your overall performance in relation to your job responsibilities and will also take into account your conduct, demeanor and record of attendance and tardiness and other matters of importance.[3]

Yearly reviews may be conducted for all employees including supervisors and General Managers. Reviews for the General Manager and Sales Team Members will be conducted by the Corporate Office.

All team members will be required to sign and date their individual review.  Hourly team member reviews require the signature of their immediate supervisor and the General Manager.

**15. GRIEVANCE POLICY:**

The Company believes that all employees have a right to voice their concerns. We recognize the meaningful value and importance of full discussion in resolving misunderstandings and preserving good relations between the management team and employees. In order to ensure that each concern receives full consideration, the following procedure is required.

Should a condition exist which an employee feels is unsatisfactory, it is important that he or she bring it to the attention of the appropriate person in the proper manner. Normally that person is the employee's immediate supervisor. If the supervisor is the source of the complaint, the employee is to contact the General Manager. If for some valid reason, it is inappropriate to contact the General Manager, contact the Director of Human Resources at the CSC, or a member of the management staff at the CSC immediately. We encourage you to use this procedure to get your concerns resolved – it is for your benefit!

**16. VOLUNTARY SEPARATION:**

In the event that an employee leaves the employment of the Company, a minimum of two weeks separation notice is requested in writing so that we may adequately recruit and train your replacement.

Terminating employee must return all hotel property to their supervisor or the General Manager.

Your acknowledgement and adherence to this courtesy will be reflected in your file should you desire to rejoin the Company.

**17. SUSPENSIONS OR TERMINATION OF EMPLOYMENT:**

When an incident or a series of incidents occur which may warrant suspension or termination, the employee's supervisor will inform the employee that he/she is being placed on suspension, or that the manager is recommending termination. The suspension will be without pay. During the suspension, the facts may be investigated to determine if the information presented on the suspension documents is accurate.

The employee may be terminated without the benefit of suspension if progressive discipline has been applied whether in writing or verbal, or without it, if the incident is of gross misconduct, violation of code of conduct, and/or negligence.

**18. REHIRE POLICY:**

The Company wants to make certain that all candidates ultimately hired are those with the best possible chance of successfully performing their duties.

It is the Company's policy to on its merit, rehire or not, any individual who was discharged with just cause based on each individual situation. However, a former employee who voluntarily left the employment of the Company may be considered for rehire. In consideration of the General Manager, a review by Corporate officers is required.

**19. EMPLOYMENT OF RELATIVES:**
**CORPORATE APPROVAL MUST BE OBTAINED PRIOR TO HIRING OF ANY RELATIVE.**

In extreme emergencies when there is no choice but to hire a relative, the General Manager must obtain approval from the Corporate office before committing to such employment.

Relatives of persons currently employed by the Company may or may not be hired as long as they are not working directly for, or supervising a relative. Furthermore, a relative may not work directly above another relative's immediate supervisor or directly for the relative's immediate subordinate.
In other cases where a conflict or potential conflict arises, even if there is no existing supervisory relationship involved, the parties may be separated by reassignment or termination of employment.

*For the purposes of this policy, a relative is a person who is related by blood or marriage, or whose relationship with the employee is similar to that of persons who are related by blood or marriage.*

## 20. DRUG-FREE WORKPLACE & TESTING:

A drug-free workplace:

• Enhances the quality of services provided

• Is consistent with the philosophy, beliefs and integrity of the Company

• And promotes the safety and security of all team members and guests

The Company is committed to maintaining a drug-free workplace and will enforce and regulate any applicable federal, state and local laws in compliance with this policy including but not limited to random testing without notice.  Although the Company does not regularly conduct testing for drugs and alcohol, it reserves the right to do so, and employees who test positive are in violation of this policy, and will be subject to immediate termination.

The use of controlled substances is not consistent with the behavior expected of team members. Furthermore, this behavior subjects all of our guests, team members and facilities to unacceptable safety risks and undermines the Company's ability to operate efficiently and effectively.

## 21. YOUR COMMITMENT TO GUEST SATISFACTION:

In order for the Company to ensure complete satisfaction of all guests each employee must embrace the Company's commitment to guest satisfaction.

Everyday before reporting to your shift, remember that your job directly affects the lives of others; their safety, security and satisfaction is contingent upon your ability to promptly respond to their needs and expectations.

If you feel at any moment during your shift or the performance of your duties that the safety, security and ultimate satisfaction of any guest or employee is being compromised notify your supervisor or the General Manager immediately.

Your prompt attention and commitment to guest satisfaction will enhance the overall quality of the Company's service and will be recognized.[4]

## 22. COMPENSATION POLICY:

The Company has an effective wage administration program, which provides for a wage range for most positions. New employees enter the job at the "hire rate".

Every new employee of the Company upon employment must sign the "New hire" form which includes such information as the Department in which they work, their job, their rate of pay, their hire date and pay rate. The Company will require various forms of identification. Every new hire shall execute and fill out all required forms.

The new employee must sign the new hire form as acknowledgement of clear understanding of all information that the form contains. Some of these forms are required by the US labor department or other authority having jurisdiction over this matter. If you do not understand the content of the form, you must ask your supervisor or the General Manager.

**23. PAY PERIODS, PAY DAYS AND PLACE TO PICK UP YOUR PAYCHECK:**

For purposes of computing hours worked, the pay period begins on Sunday at 7:01 a.m. (first shift) and ends at the end of Saturday's (3rd shift) at 7:00 a.m. on Sunday. These may be subject to change.

The General Manager every other Monday will collect all time cards and will tabulate the total hours worked. The General Manager will send the time sheets to payroll department for processing. The payroll department will send the checks to the General Manager for distribution on Tuesday.

Employees are paid bi-weekly and Tuesday is the standard payday. This day is subject to change.

You can pick up your paycheck after 2:00 PM on Tuesday from the General Manager's office. You must be present to sign for your paycheck.  If you are on the direct deposit program, you are still required to sign off that your pay was received and correct.

No one else will be allowed to pick up your check without a signed note from you requesting that they do so.

**24. TIME CARDS/TIME KEY CARDS:**

During your employment orientation your General Manager will show you the location of your time clock/terminal. Team members are not permitted to punch/register in earlier than five minutes before the start of their shift, and no more than 5 minutes after ending of your scheduled work period unless authorized by the General Manager.

Uniformed team members must be in uniform when punching/registering in and out. The supervisor or manager indicating approval must initial any and all changes to the time card.

**25. TIME RECORDS:**

Time records must be for actual worked scheduled time. Employees cannot sign "out or in" for others. Your employment can be immediately terminated if you falsify time sheets or any other records of the Company.

Here are some guidelines for signing/clocking in and out:

- Beginning of shift - Be in uniform and ready to work.
- Meal Period - You must sign out during lunch period.
- Lunch breaks are 30 minutes only and must to be taken by all team members working more than 6 hours continuously on an 8 hour shift.
  Exception:  Front desk agents when only one person is working the desk on any of the three designated shifts.
- No other breaks are allowed.
- End of Shift - Sign out immediately after you finish your shift.
- Hours worked beyond your schedule- Must be authorized by your supervisor in advance.
- At no time shall an employee leave the property without signing out unless it is work related and authorized by your supervisor.

Some important reminders about time clock and time records:

- Employee may not punch in more than 5 minutes prior to scheduled start time.
- Employee may not stay on the clock more than 5 minutes after the scheduled end of work shift, unless authorized by the General Manager.
- Employees must punch out and in before and after lunch.
  - No employee will punch the card of another employee

If you forget to punch in or out, and if you must write your time In or Out, It is the responsibility of the employee to find management personnel to witness the time In or Out.

Excessive missed punches may result in termination of employment.

General Managers, Sales team members, and all other salaried employees are required to fill out a timesheet, sign and date, and scan to Corporate Office HR Department.

**26. REPORTING PAY:**

Each employee is responsible for making sure that the hours reported are accurate. Therefore, it is the responsibility of the team member to sign in and out each day worked to help eliminate possible error.

**27. DEDUCTIONS:**

All deductions from an employee's wages shall be in accordance with applicable state and federal laws and will require the employee's consent or otherwise be required by law. Deductions not taken for any pay period may be carried over to succeeding pay period to the extent allowed by law. Employees are notified of all deductions and shall be required to complete all applicable forms necessary for deductions as may be required by law; such forms include the federal W-4 among others.

If an employee objects to a deduction, such as a garnishment, child support or other court ordered deduction, the employee should notify their General Manager in writing immediately and present such proof from applicable authority, which would require such removal of deductions.

**28. GARNISHMENTS:**

 All garnishments will be handled by the General Manager and the payroll department. The GM will consult with the payroll department and the employee before action is taken. Wage garnishment will not under any circumstance provide job protection as it relates to performance. An employee's employment may be terminated for performance reasons or violation of any provisions provided in this handbook without regard to garnishment of wage.

The Company will conform to all applicable local, state and federal laws relating to garnishments.

**29. OVERTIME:**

No overtime will be allowed unless authorized in advance by your General Manager. Donated time is not permitted.

For purposes of computing overtime, the workweek begins Sunday morning, 7:01a.m. (1st Shift) through Saturday evening (3rd shift) sign out at 7:00a.m. Sunday morning).

If during that seven (7) day period, you work more than 40 hours, you will be paid one and one-half times your regular rate of pay for all time over 40 hours (unless you are exempt from overtime by Federal law). If you are to report to work for any time other than scheduled time, you are to clock in immediately before you start work and clock out immediately after you have finished your work.[5]If you are not scheduled to work, do not come to the property unless you are called by your Supervisor or General Manager.

**30. TIPPED EMPLOYEES:**

For properties with Food and Beverage outlets, the United States Congress requires restaurants to disclose employee tip income to the IRS. This bill, called the "Tip Disclosure Bill," requires companies such as ours to report the combined tip income for food and beverage servers and bell persons to the IRS.

In addition, we are required to report gross income for all food and beverage outlets. The IRS uses this data to make certain that all tipped employees in the food and beverage areas (excluding catering) report a minimum tip income of 8% of gross food and beverage sales.

Failure to make declaration and sign the form may cause a delay in payroll processing and disciplinary action, as well as, IRS penalties and other actions.

## 31. WORK SCHEDULES:

Written work schedules will be posted at least 24 hours in advance for the work that begins on the following day. While every effort will be made to honor special requests, scheduling is based on business demands and no requests are guaranteed.

Department managers are the only individuals authorized to make changes to posted schedules. Failure to meet your scheduled hours without proper notification will result in disciplinary action including suspension or discharge.

## 32. VACATION POLICY:

Vacations provide an opportunity break away from work responsibilities and help maintain a balance between work and personal life.  You are encouraged to take this time, whether to enjoy other activities or take care of personal business.

---

A.  EARNED VACATION **(Non-exempt) Hourly Associates Only** - Part time and full time
**(This does not apply to exempt – salaried associates)**

---

Vacation days are earned based on the NUMBER of HOURS worked.

**Vacation accrual is calculated as follows:**

| | |
|---|---|
| 1st Year | 0.02 hrs – per hour worked |
| 2nd Year | 0.02 hrs – per hour worked |
| 3rd Year to 5th Year | 0.04 hrs – per hour worked |
| 5th Year or more | 0.06 hrs – per hour worked |

No vacation time off may be taken during the first 6 months of employment. However, vacation accrual starts from the first day of service.

All earned vacation time will be available after the completion of the required 6 months of continued service.

Example: In the first and second year of employment, if your work 7 hours each day, and you work for 8 days, you have a total of 56 hours for the payroll period.  You will have earned 56X.02 = 1.12 vacation hours.

All vacation time taken must **equal 8 hours** even though you may not work 8 hours per day.  If you have accumulated 40 hours your vacation time would be equal to 5 days.

The vacation policy is in effect from January 1st through December 31st of each calendar year and all accruals will reset at the beginning of every year.

The vacation benefit may be carried forward for a maximum of ten (10) days into the following one year only for the previous year only. Associate will lose any accumulated time beyond 10 days. In addition, the accrued time must be used by August 31st of the following year.  The maximum time allowed for any approved vacation leave is fifteen (15) business days.


**DO NOT ACCUMULATE MORE THAN TEN (10) DAYS OF VACATION FROM PREVIOUS YEAR OR YOU WILL LOSE IT.**

The total hours worked by associates will be tracked by the payroll company.  Every year from the beginning of the year (January 1st) the total hours worked and vacation hours accumulated will be reflected on your pay stub.

Vacation will be scheduled at a time mutually convenient to the team member and the hotel.

- Payment will not be made in lieu of time off.
- Advance notice of at least 30 days is required before taking vacation.
- An **Absence Request form** must be filled out, signed, and dated.
- All vacations shall be approved by the General Manager, and other key employee's vacations will be determined by the management at the CSC.

Any unused earned vacation pay is forfeited upon separation from the company.

Furthermore, The Company may alter its vacation policy at any time.

---

B.  EARNED VACATION **(Exempt) Associates Only**
   **(This does not apply to non-exempt – hourly associates)**

---

Vacation time for EXEMPT (Salaried) associates is calculated as follows:

Accumulated vacation for the first year up to December 31st
- 0-3 months continued service ---------------------   1 day   vacation earned
- 3-6 months continued service ---------------------   2 days  vacation earned
- 6-9 months continued service ---------------------   3 days  vacation earned
- 9-12 months or more continued service  ---------   4 days  vacation earned

After one full year of continued service
- 12-36 months continued service ------------------   5 days   vacation earned
- 36 months continued service ----------------------  10 days   vacation earned
- 5 years or more continued service ----------------  15 days   vacation earned

If a holiday falls during the vacation period, an alternate day off may be taken to compensate for the holiday.

Example:  An associate is hired on February 21st of 2010.  He/she will be allowed to take vacation after August 22nd, 2010 for 2 days maximum.
Until December 31st, 2010 he/she would have worked more than 9 months and he/she has earned 4 days vacation.  These 4 days can be taken after December 22, 2010.
From January 1st, 2011 to December 31st, 2011, he/she will accumulate an additional 5 days.
On January 1st, 2012, he/she will have earned a total of 9 days vacation.
If no vacation days were taken, the accumulated vacation would equal 9 days.

The vacation policy is in effect from January 1st through December 31st of each calendar year and all accruals will reset at the beginning of every year.

The vacation benefit may be carried forward for a maximum of ten (10) days into the following one year only for the previous year only. Associate will lose any accumulated time beyond 10 days. In addition, the accrued time must be used by August 31st of the following year.  The maximum time allowed for any approved vacation leave is fifteen (15) business days.

**DO NOT ACCUMULATE MORE THAN TEN (10) DAYS OF VACATION FROM PREVIOUS YEAR OR YOU WILL LOSE IT.**

Vacation will be scheduled at a time mutually convenient to the team member and the hotel.

- Payment will not be made in lieu of time off.
- Advance notice of at least 30 days is required before taking vacation.

- An **Absence Request form** must be filled out, signed, and dated.
- All vacations must be approved by the General Manager, and other key employee's vacations will be determined by the management at the CSC.

Any unused earned vacation pay is forfeited upon separation from the company.

Furthermore, The Company may alter its vacation policy at any time.

## 33. HOLIDAYS:

Although the nature of our business requires that holidays be observed with "business as usual," the Company recognizes six major holidays as paid holidays.

The six holidays include:
New Year's Day
Memorial Day
Independence Day
Labor Day
Thanksgiving
Christmas

All employees are eligible to receive holiday pay after 90 days of employment however, Holiday pay is only available to those employees **scheduled to work** on the holidays described above.

All employees scheduled to work the holiday will receive an additional one-half hour of pay for each hour worked (up to eight hours).

## 34. LEAVE OF ABSENCE:

A leave of absence may be granted when an employee requires time off from work, beyond earned vacation or sick leave, for a legitimate reason, and when he or she has a definite intention to return to work. A Leave of Absence protects continuous service and eligibility of benefits, *but is not a guarantee of reinstatement.*

## 35. FAMILY AND MEDICAL LEAVE:

In locations having fifty or more employees within a seventy-five mile radius, provisions of the Family and Medical Leave Act may be applicable. The Company acknowledges the Family and Medical Leave Act of 1993 (FMLA) which entitles eligible employees to take up to 12 weeks of unpaid, job-protected leave each year for specified family and medical reasons. Proper proof of need for such leave may be required as provided by law.  A summary of this policy is available from the Director of Human Resources at the CSC.

## 36. BEREAVEMENT LEAVE:

Regular full-time and part-time employees are eligible to receive up to 2 days of paid funeral leave for loss of scheduled working time in the event of death in the immediate family. For benefit purposes, immediate family is defined as the spouse, parent, brother, sister, children or grandparents of the employee or his/ her spouse.

## 37. MEDICAL/SICK LEAVE:

The Company understands that the inability to work because of personal illness or injury may cause economic distress for its team members. However, The Company does not provide paid medical/sick leave to all full-time employees at this time.

**38. MILITARY DUTY:**

Military leaves of absence without pay are granted to fulltime regular and part-time regular employees. If you are called to act in military duty or to Reserve or National Guard training, or if you volunteer for the same, you should submit copies of your military orders to your supervisor as soon as you are notified. You will be granted a military leave of absence without pay for the period of military service, in accordance with applicable federal and state laws.
If you are a Reservist or member of the National Guard, you are granted time off without pay for required military training. Your eligibility for reinstatement after your military duty or training is completed is determined in accordance with applicable federal and state laws.

**39. JURY DUTY:**

A full time employee subpoenaed for jury service during regularly scheduled working hours will be paid the difference between straight time pay and jury pay. Certification of hours served and compensation received must be presented to the General Manager prior to reporting for that pay period in order for difference to be calculated. Otherwise the difference will be reflected in the next payroll.

If you are dismissed from jury duty early or if the jury duty is postponed, you are expected to report to work or lose the benefit for that day.

**40. HOTEL ROOM DISCOUNT:**

Team members have the privilege to receive a discounted rate when staying at other properties owned and managed by the Company.  However, it may not be available during high occupancy periods such as holidays.

The discount rate is available at the discretion of the General Manager and only with the General Manager's prior approval. Reservations should be made in advance. Proof of current employment will be required upon check-in and this benefit is subject to availability at the host hotel.

**41. ATTENDANCE & PUNCTUALITY:**

Especially due to the nature of our business, our work depends on a team working together and we cannot do that if you are not here! You should make every effort to be:

- On the job,
- On time,
- In uniform and
- With the spirit of hospitality and service!

Remember your job is one of the most important responsibilities, and it is your responsibility to know your work schedule and follow it with a high degree of reliability and consistency. If you are ever faced with a real emergency and must be away from work, you must report this information to your manager as soon as you are aware so that a replacement may be found.

Employees are responsible for reporting absences personally, and should not rely on other people to notify your manager regarding absences.

Repeated tardiness and absenteeism is definitely a sign of unreliability and will result in disciplinary action and/or termination.

Three (3) or more days of unexcused absence will be considered a voluntary abandonment of the job and will result in termination. A physician's certificate (letter) may be required after two (2) days absence.

**42. CALL-IN POLICY:**

Employees who cannot arrive to work at their scheduled day or time must call their supervisor or General Manager to inform him/her of anticipated absence or tardiness. The notification to the supervisor must occur at least two hours prior to start of the work schedule. Employees themselves must call. The call

may not be made by others unless the employee is unable to call in extreme situations (i.e. If the employee is in the emergency room or intensive care).

If the supervisor is not present on the property, the absent employee may contact the next available manager within the department or the Manager on Duty.

It is not acceptable to leave a message with the switchboard or a co-worker. Failure to call-in may result in the denial of sick leave or other designated benefits and may result in further disciplinary action. Failure to "call-in" for three (3) consecutive days will be considered voluntary abandonment of the job and may result in termination.

**43. REPORTING TO WORK:**

When reporting to work each day:

- Always park in the area designated for employee parking,
- Enter the building immediately through employee designated entrance and
- Do not loiter in the parking lots.

**44. PERSONAL STANDARDS:**

**All associates:**

- All team members are to dress in good, clean and professional business clothing or uniform appropriate to their job.

- Good grooming includes personal hygiene be mindful of offensive body odors as well as strong and offensive perfumes, deodorants and colognes.

- Dress or skirts length must be appropriate.

- Shoes are to conform to approved safety standards or present business-like appearance.

- Jewelry is to be worn in moderation. No more than two rings per hand.

- Bracelets and bangles are not to be worn during the performance of duties.

- Nose rings are strictly prohibited, any body piercing should not be visible.

- Long dangling earrings are not permitted.

- Sunglasses are for outside daytime use only.

- Gum chewing and eating is not permitted at any workstation or in the presence of any guest.

- Smoking or vaping is not permitted in any guest service area or entire work facility. Team members must be out of sight of guests and out of the building to smoke.
  Smoking refers to the use of traditional tobacco products.
  Vaping refers to the use of electronic nicotine delivery systems or electronic smoking devices. These are commonly called e- cigarettes, e-pipes, e-hookahs and e-cigars.

If you are ever in doubt about appearance, dress, or grooming standards, please consult with your General Manager for guidance.

**For male associates:**

- Hair must be neat, clean and trimmed, so as not to exceed past the top of the collar in the back. If hair is long then you should pull it back during your scheduled shift. Business standards do not permit extreme dying, bleaching or tinting (purple, green, pink to name a few)

- Hairstyle must project a professional appearance.

- Sideburns may not extend below earlobe.

- Moustaches are to be clean, neatly trimmed and not extend over the upper lip or past the corners of the mouth.

- Beards must be clean, neatly trimmed and well groomed.

- Shorts, Jeans and T. Shirts are not permitted unless approved by the General Manager.

- Men should wear the appropriate undergarments at all times.

**For female associates:**

- Our business standards do not permit extreme dying, bleaching or tinting (purple, yellow, blue, green or any loud colors)

- Hairstyle must project a professional image. Hair may not be excessively abnormal or arranged with jewelry, ribbons, wires or clutter.

- Makeup should be appropriate for the work setting. Makeup is to be used in moderation to convey a natural and unexaggerated appearance.

- Fingernail length should be kept moderate at all times.

- Stockings' tights or hosiery must be worn while wearing a dress or skirt.

- Women should wear the appropriate undergarments at all times.

- Shorts, Jeans and T. Shirts are not permitted unless approved by the General Manager.

- Hip huggers if worn, should be covered with an appropriate length blouse that does not expose the midriff when standing or sitting.

## 45. FITNESS FOR DUTY:

All employees are expected to be physically and mentally fit to perform their jobs in a safe manner and to the expected standard at all times.

If you are not able to do your job or if you are taking any medication, which impairs your ability to perform essential job functions or raises any direct threat to the health and safety of yourself and others, you are to inform your supervisor immediately. If a supervisor believes that you are not fit to perform your duties, you may be sent home, relieved of certain duties, assigned to different duties, assigned to light duties, requested to take a medical examination, or asked for an explanation.

## 46. PARKING:

Parking is available on Company property. The General Manager will designate this area to you during your employment orientation. No employee should park under the canopy or portico.  The Company will not reimburse employees for parking tickets. The Company will not be liable for fire, theft, damage or personal injury involving associates automobiles. Team members should always lock their doors.

General Managers, Department Heads, or any team member should not park under the canopy except for pick up and delivery of supplies.

The canopy is for the convenience of arriving and departing guests.
Company vehicle should be parked in the designated area and not under the canopy.

## 47. BREAKS:

The only authorized break is your scheduled meal break, which you should take at the direction of your supervisor. You must punch out and in at meal breaks, they are not considered working time. Lunch breaks must be taken in an area designated by your property's General Manager.

Hourly employees working a continued shift of 6 hours are required to take a lunch break of 30 minutes. Each team member should punch in and out for lunch.  General Managers shall deduct the 30 minute lunch break and report time accordingly.

Front desk agents may take a meal break during non busy hours.  In particular, on 2nd shift, and night shift when only one agent is on the desk.

As the business flow permits, your supervisor may authorize an additional break period during working hours. These extra breaks are your opportunity to enjoy a few minutes of personal time before the flow of business changes again.

## 48. PERSONAL PHONE CALLS:

Business phones should not be used for personal calls. All employees should discourage friends and family from calling during your scheduled working hours.

## 49. VISITORS:

Employees are not to have children, friends or relatives visit them while in the performance of assigned duties during scheduled working hours.

If there is a valid reason for someone to see you at work, they should go to the General Manager's office and wait until the General Manager calls your department.

Visitors are never allowed in "Employee's" areas of the hotel. Since our business is operated in the public eye, personal visitations must be limited to emergencies only. For safety reasons, do not bring children to work or work areas.

## 50. LEAVING PROPERTY DURING YOUR SCHEDULED SHIFT:

It is recognized that, at times, an employee may need to leave the hotel (building & property) during working hours. However, the manager is responsible for the location of all scheduled team members in the department at all times. Therefore, when it is necessary for you to leave the property during your scheduled shift (hours), you must:

- First, obtain permission from your supervisor before leaving.
- Second, you must punch out and in on your time card and;
- Third, you must check in with your supervisor when you return to your assigned department.

## 51. DEPARTMENT MEETINGS:

Each department conducts regular monthly meetings to share ideas. All employees are encouraged to participate by offering suggestions, asking questions and expressing opinions. Employees are not required to attend non-mandatory meetings on their day off, but are encouraged to do so.

When attending a mandatory meeting outside of working hours, team members should punch in and out so that they may be paid for their time in attendance.  You must attend all mandatory meetings if asked.

## 52. SOLICITATION & DISTRIBUTION:

19

In the interest of maintaining a proper business environment and preventing interference with work and the inconvenience to others, employees may not distribute or post literature or printed material of any kind, sell merchandise, solicit financial contributions or political endorsements, or solicit for any other cause during work time. Team members who are not on work time (i.e. before scheduled shift, after scheduled shift or during scheduled breaks) may not solicit team members who are in the performance of their duties or on scheduled work time for any cause or distribute literature of any kind to them.

Furthermore, employees may not distribute literature or printed material of any kind in working areas at any time; nor may they post any literature or printed material on the Company's bulletin board, nor may they post any literature or printed material on Company property. Non-employees are also prohibited from distributing materials or soliciting employees on Company property at any time.

## 53. LOITERING AND RETURNING TO WORK AFTER HOURS:

Employees are not permitted to loiter inside the hotel premises. Employees should not be inside the premises more than 15 minutes before or after their scheduled shifts.

Returning to the hotel after your scheduled shift, for any reason, requires prior approval of your manager. If special circumstances prevail and your manager is not available to authorize your return, the Manager On Duty may grant such permission if he/she feels your request is justified.

## 54. CONFIDENTIALITY OF COMPANY INFORMATION:

It should go without saying that the business knowledge and information, which you acquire during your day's work, should stay within the confines of your office, department, workstation and headquarters. It is no one's business to know detailed information about Company affairs, and while industrial espionage (spying) may seem far-fetched, it does happen and it could happen to you. Team members are not permitted to give out such information as Occupancy, ADR, RevPar, Revenue or expenses to anyone. Team members are not permitted to remove photocopies or original business documents of the Company.  All material,  inventions, ideas, etc. discovered or invented belong to the Company.

Deliberate leaks of confidential information can be damaging to the Company.
Employees must refrain from unnecessary conversations about Company specific information. Any knowledge of your participating in these activities may possibly remove you from the team.

## 55. CONFLICT OF INTEREST:

The Company recognizes and respects the individual team member's right to engage in activities outside of his or her employment, which are private in nature and do not in any way conflict with or reflect poorly on the Company.

Management reserves the right, however to determine when an employee's activities represent a conflict to the Company's interest and to take whatever action necessary to resolve the situation – including terminating the employee.

It isn't possible in a general policy statement of this sort to define all of the various circumstances and re-lationships that would be considered "unethical."

The list below suggests some types of activity that would reflect in a negative way on an employee's personal integrity or that might compromise their ability to discharge job functions and responsibilities in an ethical manner:

- Simultaneous employment by another hotel or company, if the other hotel or company is a competitor or supplier.
- Business dealings with a company in which the team member or a close relative of the team member has a substantial ownership or interest.
- Misusing, copying, distributing, selling or exchanging privileged or confidential Company information to individuals or entities that are not authorized to receive that information.

- Borrowing money from supervisors, customers, guests, subordinates, vendors, suppliers or firms, other than those recognized financial institutions from which our Company or hotel buys services, materials, equipment or supplies.
- Accepting substantial gifts or excessive entertainment from an outside organization, agency or guests, vendors, or any other form of compensation.
- Speculating or dealing in materials, equipment, supplies, services or property purchased by the Company.
- Participating in civic or professional organization activities in a manner whereby confidential Company information is disclosed or divulged.
- Misusing, copying, distributing, selling or exchanging privileged information or revealing confidential data to outsiders.
- Using one's position in the Company or knowledge of its affairs for outside personal gains.
- Engaging in practices or procedures that violate price fixing and Anti-Trust Laws or other laws regulating the conduct of Company business.

## 56. BUSINESS GIFTS, GRATUITIES OR VENDOR COMMISSIONS:

The practice of accepting gifts, gratuities, kickbacks, or any other type of compensation from vendors and suppliers is , unacceptable, undesirable and contrary to the interests of the Company and may be cause for immediate termination or other penalty.

In order to maintain good relations, with vendors, suppliers and others with whom the Company may have business dealings and to prevent gift-bearing businesses from interfering with and/or influencing an employee, you must refrain from this practice.

## 57. PRIVACY:

The Company reserves the right to use any lawful method of investigation which it, in its sole discretion, deems reasonable and necessary to determine whether any employee has engaged in conduct warranting disciplinary action. These investigations may include review of employee's off-duty activities, which impact our business.

As all Company facilities are to be used for business purposes, all information on Company premises is presumed to be related to Company business and is considered owned by the Company. You therefore should not have any expectation of privacy with respect to information on Company property that is presumed to be related to Company business. The Company reserves the right to inspect any documents, computer records or other information on its premises.  The Company also reserves the right to check personal brief cases, bags, individual's work areas, desks, cabinets, or any other items at any time.

Privacy of guests is of utmost importance to the Company; all team members are expected to refrain from taking any action that will interfere with guest privacy. No team member should enter an occupied guestroom or meeting room without permission from the guest.

## 58. CASH HANDLING:

Employees in cash handling positions are directly responsible for cash issued to them and for cash reported sales. Negligence of an employee's cash handling responsibility will lead to disciplinary action and/or removal from a position and/or reimbursement of lost funds. Cash in drawers will be subject to periodic, unannounced audits. Misappropriation of hotel funds will result in immediate termination.

## 59. RESPONSIBILITY OF HOTEL KEYS / KEYCARDS:

An employee to whom keys / keycards are issued is responsible for those keys / keycards and is required to be 100% accountable for them between the time they are issued and returned. All keys / keycards must be returned to the front desk prior to completion of your duties, or leaving the hotel.

Housekeeper and Maintenance Engineer will not leave key / keycard on the Housekeeping cart or at work location.  Key / Keycard must be kept on their person at all times.

If keys / keycards are misplaced, it is the employee's responsibility to report this to his/her supervisor immediately so that an investigation can be done. Hotel keys / keycards are never to leave the property. Lack of accountability for keys / keycards will result in disciplinary action including termination.

**60. PARCELS / PACKAGES / REMOVAL FROM PROPERTY:**

Employees are instructed not to bring any parcels or packages into the hotel, nor to remove any from the hotel, without management authorization.

In the event you are authorized to remove something from the property, You must have your supervisor inspect the package prior to leaving the hotel property.

**61. LOCKERS AND PERSONAL ITEMS:**

Lockers, where available, will be furnished to employees by management.

It is the team member's responsibility to keep his/her locker neat and clean at all times.

Please do not bring large amounts of cash, jewelry or valuable to work with you. The hotel is not responsible for valuables left in lockers. The General Manager will conduct periodic, unannounced locker inspections with or without a member of the management team and an hourly team member present. Storage of such items as alcoholic beverages, controlled substances and any other hazardous material is strictly prohibited.

**62. SAFETY & SECURITY PROGRAM:**

The Company is committed to providing a safe and secure environment for its guests and employees. Employees are required to follow safe work practices and adhere to safety and security precautions at all times while on duty.
It is the responsibility of every team member to ensure that the safety and security of others is maintained and any unsafe item is either removed or reported immediately.
The General Manager coordinates safety and security activities and training with the assistance of the Corporate support team. Activities include establishing procedures for promoting safe and secure working conditions, conducting meetings, reviewing accidents, reviewing loss prevention strategies, recommending measures to reduce accidents, health hazards, thefts, and vandalism.

In addition, the General Manager and the Corporate Human Resource Director work closely with the Workmen's Compensation carrier, and the local, state, and federal agencies to ensure that safety and health standards meet requirements.

**63. SAFETY TEAM (COMMITTEE):**

The Safety Team (Committee) may be composed of one or more representatives from different departments. The Team's job is to stay alert to hazardous behavior and conditions (internal and external) including weather conditions and make recommendations to the General Manager and Management Team, who can approve special training, changes in equipment, modifications to work areas, etc.

The members of this committee "spread the word" about safety in their own departments and bring safety matters to the attention of management. All safety instructions given to hotel associates and Safety Team members must be followed.

**64. REPORTING INCIDENTS:**

The following types of incidents must be reported:

- Criminal acts on Company property, including gambling, possession or use of narcotics and prostitution.

22

- Bomb or any other terrorist threats via phone, mail, etc or actual bomb incidents
- Thefts or misappropriation of Company assets; including loss, theft or suspected theft of Company property or proprietary information. Also, any inadvertent or unauthorized use/disclosure of proprietary data.
- Theft or damage to property of Company, guests or employees while on Company premises involving actual or suspected mischief, vandalism or criminal intent/negligence.
- Natural or man-made disasters.
- Attempts by persons to misrepresent themselves as employees or agents.
- Actual or suspected industrial espionage or subversive activity.
- Any riot, civil disorder or insurrection
- Any illegal action proposed by a purchasing agent, contractor representative or employees thereof.
- Any unauthorized use of Company property.
- Any unethical or illegal activity.
- Any incident, accident, or casualty.
- Unattended child or children unattended around the pool.
- Any employee, manager, or staff member of the hotel who is involved in any of the above activities or any other illegal activities.

## 65. REPORTING EMERGENCIES:

Should you encounter an emergency situation in the hotel, notify your General Manager or Manager on Duty immediately.

- Stay calm.
- Tell them the nature of the emergency.
- Location
- Do not dispense <u>any</u> medication to anyone.

Do not attempt to treat a guest with first aid unless you have proper training. If necessary call 911 - Emergency Assistance at once. DO NOT dispense <u>any</u> medication (i.e. aspirin, Tylenol).

Call the front desk, the General Manager and seek professional help immediately.

## 66. ACCIDENT OR INCIDENT PREVENTION:

Any incident or accident should be prevented. As much as possible, stay abreast of any communications or new safety procedures.

**In case of an accident:**
Call 911, the front desk and the General Manager.

**In case of fire:**
Pull the fire alarm, call the front desk, call 911, call the General Manager, direct guests to the nearest exit, notify others to leave the area, and you do the same.

## 67. FIRST AID:

First Aid stations are available at the property. Every department has a first aid kit.

During your employment orientation your Manager will let you know the location of the station in your area. However, please note that in the event of serious injury, professional medical attention should be provided.
DO NOT DISPENSE any over the counter medication (i.e. aspirin, Tylenol) to any person (employees as well as guests).

## 68. ON THE JOB INJURIES:

If you are injured or become ill on the job, you must report such illness or injury immediately to your supervisor. This ensures that the Company can assist you in obtaining appropriate medical treatment.

In case of a serious injury, call 911 and seek professional help.

Failure to adhere to safety rules and regulations will result in a disciplinary warning and/or termination of employment.  If you are injured on the job, and you refuse medical attention, you must sign and date a medical waiver stating that you have voluntarily asked not to have medical treatment.

The Company and its insurance carrier will not be responsible for the payment of work related injury benefits for any injury that is a result of alcohol or drug use.

## 69. LOST AND FOUND:

Lost and Found is located in the designated location of each property. Items found should be turned into the Lost and Found department immediately. Items are logged in and kept for 90 days. If the items are not claimed at the end of the 90-day period, the hotel General Manager will determine how to dispose of the items.
The Lost and Found logbook must be brought to the front desk after the housekeeping office is closed.

## 70. LEGAL CONTRACTS OR REPRESENTATION:

Employees of members of the management team are not permitted to enter into oral or written legal contracts on behalf of the Company or hotel.
Employees or members of the management team may not represent themselves as an official representative or officer of the Company. Signatures required for binding contracts is restricted to CSC officers of the Company.

## 71. LEGAL NOTICES, CERTIFIED MAIL, SERVICE BY THE SHERIFF'S OFFICE, OR RETURNED CHECKS:
- All legal notices, certified mail or any important messages, written or oral, legal threats etc. must be reported to the Corporate Support Center immediately.

## 72. ENERGY CONSERVATION:

All employees should be aware that the use of energy (gas and electricity) has become one of the most expensive necessities of operating our hotels.  The management team expects every associate to contribute to the conservation of this precious commodity by following these basic practices as part of your job requirements:

- Turn off all lights where practical as soon as they are not needed.
- Turn off all machinery after a job is completed
- Turn off all radios, televisions, lights and A/C or heat in unoccupied rooms.
- Set all thermostats at prescribed settings.
- Abide by the specific procedures that may be announced periodically concerning the use of energy.

A common sense approach to energy at work will result in a substantial savings to you and your hotel.

## 73:  USE OF INTERNET/COMPUTERS/EMAIL ACCOUNTS:

- Each team member while at work shall use the Internet for conducting Company business only.
- Use of the Internet for surfing, playing games, or playing computer games while on duty is strictly prohibited.  No modifications, installations, downloads, deleting or changes are permitted.  In addition, no changes are to be made to the default setting display.
- Any pornographic pictures or materials, or materials deemed explicit in nature are strictly prohibited.  Any team member who downloads or visits sites on the internet of the nature is subject to disciplinary action including but not limited to suspension or termination.

- Personal email accounts may not be used for business correspondence. Any team member requiring an email account will have one assigned to them.

    **HOTEL BUSINESS CENTER COMPUTER:**
    **THIS COMPUTER IS FOR GUESTS ONLY AND NOT TO BE USED BY**
    **EMPLOYEES/ASSOCIATES UNLESS AUTHORIZED.**

## 74:  CELL PHONES or other such devices:

- Personal cell phones must be turned off during business hours for all non-authorized associates.
- Personal cell phone usage while working during a shift is prohibited.
- Any authorized associates who are provided with a company cell phone to carry out legitimate company business shall surrender the phone, phone numbers and any related items at their departure from the company.
- All company owned cell phones and cell numbers are the properties of the company.
- The company owned cell phones shall not be used for personal use or non company related business.
- During working hours like the front desk, housekeeping, maintenance etc., no personal cell phone shall be used to make or receive calls, take pictures, play music, browse internet, play games or any other use.
- Unauthorized use of personal cell phones will be a cause of disciplinary actions including but not limited to suspension or termination.
- Portable CD players, DVD players, game machines, PDA's or any other such device that will disturb the work shall not be used during working hours.

    **THE USE OF A COMPANY ISSUED CELL PHONE OR PERSONAL CELL PHONE WHILE**
    **DRIVING FOR THE COMPANY IS STRICTLY PROHIBITED.**

## 75:  SOCIAL MEDIA POLICY

At Imperial, we understand that social media can be a fun and rewarding way to share your life and opinions with family, friends and co-workers around the world. However, use of social media also presents certain risks and carries with it certain responsibilities. To assist you in making responsible decisions about your use of social media, we have established these guidelines for appropriate use of social media.

This policy applies to all associates who work for Imperial, or one of its companies.

**Guidelines**
In the rapidly expanding world of electronic communication, social media can mean many things. Social media includes all means of communicating or posting information or content of any sort on the Internet, including to your own or someone else's web log or blog, journal or diary, personal web site, social networking or affinity web site, web bulletin board or a chat room, whether or not associated or affiliated with Imperial, as well as any other form of electronic communication. The same principles and guidelines found in Imperial policies apply to your activities online. Ultimately, you are solely responsible for what you post online. Before creating online content, consider some of the risks and rewards that are involved. Keep in mind that any of your conduct that adversely affects your job performance, the performance of fellow associates or otherwise adversely affects members, customers, suppliers, people who work on behalf of Imperial's legitimate business interests may result in disciplinary action up to and including termination.

**Know and follow the rules**
Carefully read these guidelines, and ensure your postings are consistent with these policies. Inappropriate postings that may include discriminatory remarks, harassment, and threats of violence or similar inappropriate or unlawful conduct will not be tolerated and may subject you to disciplinary action up to and including termination.

**Be respectful**

Always be fair and courteous to fellow associates, customers, members, suppliers or people who work on behalf of Imperial. Also, keep in mind that you are more likely to resolve work related complaints by speaking directly with your co-workers, your supervisor,  General Manager, or by utilizing our Open Door Policy, than by posting complaints to a social media outlet. Nevertheless, if you decide to post complaints or criticism, avoid using statements, photographs, video or audio that reasonably could be viewed as malicious, obscene, threatening or intimidating, that disparage customers, members, associates or suppliers, or that might constitute harassment or bullying. Examples of such conduct might include offensive posts meant to intentionally harm someone's reputation or posts that could contribute to a hostile work environment on the basis of race, sex, disability, religion or any other status protected by law or company policy.

**Be honest and accurate**
Make sure you are always honest and accurate when posting information or news, and if you make a mistake, correct it quickly. Be open about any previous posts you have altered. Remember that the Internet archives almost everything; therefore, even deleted postings can be searched. Never post any information or rumors that you know to be false about Imperial, fellow associates, members, customers, suppliers, people working on behalf of Imperial or competitors.

**Post only appropriate and respectful content.**
- Maintain the confidentiality of Imperial trade secrets and private or confidential information. Trades secrets may include information regarding the development of systems, processes, products, know-how and technology. Do not post internal reports, policies, procedures or other internal business-related confidential communications.

- Respect financial disclosure laws. It is illegal to communicate or give a "tip" on inside information to others so that they may buy or sell stocks or securities. Such online conduct may also violate the Insider Trading Policy.

- Do not create a link from your blog, website or other social networking site to a Imperial website without identifying yourself as a Imperial associate.

- Express only your personal opinions. Never represent yourself as a spokesperson for Imperial. If Imperial is the subject of the content you are creating, be clear and open about the fact that you are an associate and make it clear that your views do not represent those of Imperial, fellow associates, members, customers, suppliers or people working on behalf of Imperial. If you do publish a blog or post online related to the work you do or subjects associated with Imperial, make it clear that you are not speaking on behalf of Imperial] It is best to include a disclaimer such as "The postings on this site are my own and do not necessarily reflect the views of Imperial."

**Using social media at work**
Refrain from using social media while on work time or on equipment we provide, unless it is work-related as authorized by your manager or consistent with the Company Equipment Policy. Do not use Imperial email addresses to register on social networks, blogs or other online tools utilized for personal use.

**Retaliation is prohibited**
Imperial prohibits taking negative action against any associate for reporting a possible deviation from this policy or for cooperating in an investigation. Any associate who retaliates against another associate for reporting a possible deviation from this policy or for cooperating in an investigation will be subject to disciplinary action, up to and including termination.

**Media contacts**
Associates should not speak to the media on the Employer's behalf without contacting Corporate.  All media inquiries should be directed to them.

**For more information**
If you have questions or need further guidance, please contact your HR representative.


**76:     FRANCHISE OR OTHER INSPECTIONS:**

- If any individual claims to be a franchise or health department inspector, or an inspector from any other organization, the manager and CSC must be notified immediately.

### RECEIPT OF EMPLOYEE HANDBOOK (resource manual)

I hereby acknowledge that I have received, and read each page, or will have read to me a copy of the Company's Employee handbook. I understand that the information contained in this manual is intended only as a general guide for associates. This Handbook and the representations made in it do not constitute any form of employment contract or guarantee. The Company may change its policy with regard to items covered herein and such changes may not be reflected from time to time by the Company and shall supersede any written information previously distributed.

_____        _____
Signature                Date                   Name

_____
Witnessed By            Date

To ensure that the handbook has been read and thoroughly reviewed, please answer the following:

1.   What day of the week is payday?

2.   How many sick days does the company pay?

3.   If you are unable to report to work as scheduled, whom should you notify?

4.   If you left a message at the front desk that you cannot come to work should you call back to make sure your supervisor got the message?

5.   Is it okay to punch in or out for someone as long as you tell the supervisor?

The above questions have been correctly answered.

_____
General Manager                    Date

## THIS PAGE MUST BE INCLUDED IN THE EMPLOYEE FILE!!