## 2021 W-2 and EARNINGS SUMMARY 

| Employee Reference Copy | |
|---|---|
| **W-2** Wage and Tax Statement | **2021** OMB No. 1545-0008 |

Copy C for employee's records.

| Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 324427  MIAM/N4H | 00HK16 | A | 41 |

Employer's name, address, and ZIP code
IMPERIAL INVESTMENTS AIR PORT LLC
3450 BOBBY BROWN PARKWAY
EAST POINT GA 30344

Batch #01839

e/f Employee's name, address, and ZIP code
SHARON LEVERETT


| Employer's FED ID number | a Employee's SSA number |
|---|---|
| 58-2463706 | XXX-XX-6039 |
| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |
| 15 State  Employer's state ID no. | 16 State wages, tips, etc. |
| GA  2118069-JN | XXXX |

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

**1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

Wages, Tips, other Compensation
Box 1 of W-2

Gross Pay       8,100.00
**Reported W-2 Wages**

**2. Employee Name and Address.**

SHARON LEVERETT
