EXHIBIT C

UNITED STATES OF AMERICA

STATE OF GEORGIA

COUNTY OF FULTON

MEETING OF THE ELECTORAL COLLEGE OF GEORGIA

RE GEORGIA'S ELECTORAL VOTES

FOR

PRESIDENT and VICE PRESIDENT

OF THE

UNITED STATES

**CERTIFIED COPY**

* * *

December 14, 2020

12:05 p.m.

Georgia State Capitol

206 Washington Street

Room 216

Atlanta, Georgia   30334

Anne Hansen, RPR, CCR #2711

Videographer, Ben Jones

ELECTORAL COLLEGE OF GEORGIA
MEETING on 12/14/2020

Page 2

1                A P P E A R A N C E S
2      Representing the 2020 Electors for the
3      State of Georgia:
4            Chairman David Shafer
5            Joseph Brannan
6            James "Ken" Carroll
7            Vikki Townsend Consiglio
8            Carolyn Hall Fisher
9            Honorable Burt Jones
10           Gloria Kay Godwin
11           David G. Hanna
12           Mark W. Hennessy
13           Mark Amick
14           John Downey
15           Cathleen Alston Latham
16           Daryl Moody
17           Brad Carver
18
19     Representing President Donald J. Trump:
20           Ray S. Smith, III, ESQ.
21           Smith & Liss, LLC
22           Five Concourse Parkway, Suite 2600
23           Atlanta, Georgia   30328
24           (404)760-6000
25

|    |                                                              |
|----|--------------------------------------------------------------|
| 1  | PROCEEDINGS                                                  |
| 2  | CHAIRMAN SHAFER: My name is David Shafer.                    |
| 3  | I'm the chairman of the Georgia Republican Party. And        |
| 4  | the hour of noon having arrived, it's my privilege to        |
| 5  | call to order this meeting of the Republican nominees        |
| 6  | for the Electoral College from the State of Georgia.         |
| 7  | The President has filed a contest to the                     |
| 8  | certified returns. That contest has -- is pending.           |
| 9  | It's not been decided or even heard by any judge with        |
| 10 | the authority to hear it. And so in order to preserve        |
| 11 | his rights, it's important that the Republican               |
| 12 | nominees for Presidential Elector meet here today and        |
| 13 | cast their votes.                                            |
| 14 | From my observation, 13 of the 16 nominees                   |
| 15 | are present. The first order of business is for the          |
| 16 | electors who are present to fill the three vacancies         |
| 17 | for those who are not present.                               |
| 18 | Is there a motion to elect Mark Amick, Brad                  |
| 19 | Carver, and Burt Jones as Substitute Presidential            |
| 20 | Electors?                                                    |
| 21 | MS. FISHER: I so move.                                       |
| 22 | JOSEPH BRANNAN: Second.                                      |
| 23 | CHAIRMAN SHAFER: It's been moved and                         |
| 24 | seconded that Mark Amick, Brad Carver, and Burt Jones        |
| 25 | be elected Substitute Presidential Electors.                 |

1    Is there any discussion on that motion?
2    The Chair hears no discussion, and the motion
3    will be put to a vote.
4    All those in favor signify so by saying
5    "Aye."
6    Those opposed "No."
7    The "Ayes" have it. The motion carries. And
8    we now have a full slate of 16 Presidential Electors.
9    I will pause for a moment and say that Pat
10   Garland, one of our Presidential Electors, his wife
11   died last week, and he is taking care of his family.
12   And our hearts are -- obviously all go out to him.
13   We will suspend for a moment while the
14   paperwork is prepared to reflect the new slate of
15   Presidential Electors, and then we will conduct the
16   balloting. So this meeting is suspended momentarily.
17   (Recess 12:07-12:11 p.m.)
18   CHAIRMAN SHAFER: All right. Is there any
19   objection to Carolyn Fisher serving as the secretary
20   of this meeting?
21   The Chair hears no objection, and Carolyn
22   Fisher is now the secretary of this meeting.
23   Now, Secretary, if you would call the roll of
24   the Presidential -- Presidential Electors.
25   MS. FISHER: Joseph Brannan.

1  MR. BRANNAN: Here.
2  MS. FISHER: Ken Carroll.
3  MR. CARROLL: Here.
4  MS. FISHER: Vikki Consiglio.
5  MS. CONSIGLIO: Here.
6  MS. FISHER: Carolyn Fisher.
7  Kay Godwin.
8  MS. GODWIN: Here.
9  MS. FISHER: David Hanna.
10  MR. HANNA: Here.
11  MS. FISHER: Mark Hennessy.
12  MR. HENNESSY: Here.
13  MS. FISHER: John Isakson.
14  CHAIRMAN SHAFER: No. I'm sorry. He was
15  replaced. He was substituted.
16  MS. FISHER: Sorry.
17  Cathy Latham.
18  MS. LATHAM: Here.
19  MS. FISHER: Daryl Moody.
20  MR. MOODY: Here.
21  MS. FISHER: David Shafer.
22  MR. SHAFER: Here.
23  MS. FISHER: Shawn Still.
24  MR. STILL: Here.
25  MS. FISHER: Chandra Yadav.

1    MR. YADAV:  Here.

2    MS. FISHER:  Mark Amick.

3    MR. AMICK:  Here.

4    MS. FISHER:  Brad Carver.

5    MR. CARVER:  Here.

6    MS. FISHER:  Burt Jones.

7    MR. JONES:  Here.

8    MS. FISHER:  And Frank -- what's that?

9    CHAIRMAN SHAFER:  I'm sorry.

10   Oh.  Can I confer with you for just a moment,
11   please?

12   MR. SMITH:  Yes.

13   CHAIRMAN SHAFER:  Okay.  So there is -- we
14   will need to elect one more.

15   Robert, do you need me to elect one more?

16   One of our -- one of our presidential
17   electors has -- is no longer eligible because he
18   registered to vote in another state to further his
19   college studies.

20   Is there a motion to elect John Matt Downey
21   as a substitute presidential elector?

22   MS. FISHER:  I so move.

23   MS. LATHAM:  Second.

24   CHAIRMAN SHAFER:  It's been moved and
25   seconded that John Downey be elected as a substitute

1  presidential elector.  All those -- is there any
2  discussion on that motion?
3         The Chair hears no discussion and will put
4  the motion to a vote.
5         All those in favor signify so by saying
6  "Aye."
7         Those opposed "No."
8         The "Ayes" have it.  The motion carries, and
9  John Downey is a -- now a Presidential -- Republican
10 Candidate for Presidential Elector.  And he is
11 present.
12        MR. DOWNEY:  Yes, sir.
13        CHAIRMAN SHAFER:  And -- and so all 16 are
14 present.  And we will conduct the voting momentarily.
15        Ray Smith is a lawyer for President Trump.
16 Do you wish to make any comments at this time?
17        MR. SMITH:  Yes.  We're -- we're conducting
18 this as -- as Chairman Shafer said, we're conducting
19 this because the contest of the election in Georgia is
20 ongoing.  And so we continue to contest the election
21 of the electors in Georgia.  And so we're going to
22 conduct this in accordance with the Constitution of
23 the United States, and we're going to conduct the
24 electorate today similar to what happened in 1960 in
25 Hawaii.

ELECTORAL COLLEGE OF GEORGIA
MEETING on 12/14/2020

Page 8

1  CHAIRMAN SHAFER: And if we did not hold this
2  meeting, then our election contest would effectively
3  be abandoned; is --
4      MR. SMITH: That's correct.
5      CHAIRMAN SHAFER: -- that not correct?
6      MR. SMITH: That's correct.
7      CHAIRMAN SHAFER: And so the only way for us
8  to have any judge consider the merits of our
9  complaint, the thousands of people who we allege voted
10 unlawfully, is for us to have this meeting and permit
11 the contest to continue; is that not correct?
12     MR. SMITH: That's correct. That's correct,
13 Mr. Chairman.
14     MR. SINNERS: Chairman Shafer --
15     CHAIRMAN SHAFER: Yes, sir.
16     MR. SINNERS: -- I have John A. Isakson as an
17 original elector being replaced by John Downey.
18     CHAIRMAN SHAFER: That's correct.
19     MR. SINNERS: Patrick Garland, Mark -- being
20 replaced by Mark Amick.
21     CHAIRMAN SHAFER: That's correct.
22     MR. SINNERS: C.J. Pearson being replaced by
23 Honorable Burt Jones, and Susan Holmes being replaced
24 by Brad Carver.
25     CHAIRMAN SHAFER: That's -- that's fine.

```
 1   Yes.  And they all 16 are present.  And you've got the
 2   paperwork ready?
 3           MR. SINNERS:  Yes, sir.
 4           CHAIRMAN SHAFER:  So if you would -- do you
 5   know these people by sight or probably not?
 6           MR. SINNERS:  Yes.
 7           CHAIRMAN SHAFER:  So how are you going to
 8   distribute the --
 9           MR. SINNERS:  The ballots?
10           CHAIRMAN SHAFER:  Yeah.
11           MR. SINNERS:  One at a time individually
12   today to cast their ballot.
13           CHAIRMAN SHAFER:  So why don't we . . .
14           Okay.  I want to thank Carolyn Fisher for her
15   service as the secretary of the meeting.
16           Because the documents have been prepared with
17   Shawn Still listed as the secretary of the meeting --
18   of the meeting, I would like to avoid reprinting the
19   documents, that there would be a motion to thank
20   Carolyn Fisher for her service and to elect Shawn
21   Still as the proper secretary of the meeting.  Is
22   there --
23           MR. CARROLL:  So moved.
24           CHAIRMAN FISHER:  And is there a second?
25           MS. LATHAM:  Second.
```

ELECTORAL COLLEGE OF GEORGIA
MEETING on 12/14/2020

Page 10

```
 1        CHAIRMAN SHAFER:  Is there any discussion on
 2   that motion?  No discussion.
 3        All those in favor signify so by saying
 4   "Aye."
 5        Those opposed "No."
 6        The "Ayes" have it.  The motion carries.
 7   Shawn Still is elected to Permanent Secretary of this
 8   meeting.
 9        MR. STILL:  Mr. Chairman, I'd like to take a
10   moment to thank Carolyn for her hard work in this
11   role, and I appreciate all that you've done.
12        MS. FISHER:  Thank you.
13        CHAIRMAN SHAFER:  Shawn, if you would come
14   forward and sign these documents electing the
15   substitute electors so we can move next to the vote.
16        All right.  So the certificates have been
17   executed.  Are we prepared now to vote?
18        MR. SINNERS:  Yes, we are.
19        CHAIRMAN SHAFER:  Are the ballots individual?
20        MR. SINNERS:  Yes.
21        CHAIRMAN SHAFER:  So do you want me to -- do
22   you want to call out the name and have that person
23   raise their hand and maybe --
24        MR. SINNERS:  Come up to sign.
25        CHAIRMAN SHAFER:  Huh?
```

AHReporting, LLC        (970)231-0859
                        ahreporting@gmail.com

```
 1         MR. SINNERS:  Come up to sign.
 2         CHAIRMAN SHAFER:  Okay.  So call the name.
 3   And then if the elector would come forward and
 4   complete the ballot and sign.  So why don't you call
 5   the name.
 6         MR. SINNERS:  Joseph Brannan.
 7         James Ken Carroll.
 8         Vikki Consiglio.
 9         Carolyn Fisher.
10         Kay Godwin.
11         David Hanna.
12         Mark Hennessy.
13         Mark Amick.
14         Brad Carver.
15         The Honorable Burt Jones.
16         Cathy Latham.
17         John Downey.
18         Chairman David Shafer.
19         Shawn Still.
20         Chandra Yadav.
21         CHAIRMAN SHAFER:  Did you call Daryl Moody?
22         MR. SINNERS:  Daryl Moody.
23         16 votes.
24         CHAIRMAN SHAFER:  Do we have 16 votes cast?
25         MR. SINNERS:  16 have been cast for Vice
```

```
 1   President Pence.  And 16 have been cast for President
 2   Trump.  Congratulations.
 3            CHAIRMAN SHAFER:  Is there any other business
 4   to come before this meeting?
 5            Hearing none, the chair declares this meeting
 6   of the Republican Nominees for the Electoral College.
 7            Are you trying to get my attention?
 8            MR. SINNERS:  Yes.  We must complete some
 9   paperwork in private to certify.
10            CHAIRMAN SHAFER:  Okay.  So we'll adjourn
11   this meeting.  And then if the electors would remain
12   behind for a few minutes for us to complete the
13   paperwork.
14            But hearing nothing else, this meeting of the
15   electors is hereby adjourned.
16            (The meeting adjourned at 12:31 p.m.)
17
18
19
20
21
22
23
24
25
```

CERTIFICATE

STATE OF GEORGIA       )
                       )
                       )
COUNTY OF HENRY        )

I hereby certify that the foregoing meeting was taken down, as stated in the caption, and was reduced to typewriting under my direction; that the foregoing transcript is a true and correct record of evidence given.

The above certification is expressly withdrawn and denied upon the disassembly or photocopying of the foregoing transcript, unless said disassembly or photocopying is done under the auspices of AHReporting, Certified Court Reporters, and the signatures and original seal is attached thereto.

I further certify that I am not a relative, employee, attorney of any present, nor am I financially interested in the outcome of this meeting.

This, the 18th day of December, 2020.

*[signature: Anne Hansen]*

Anne Hansen, RPR, CCR #2711
Commission expires 3/31/2021

Case 1:23-mi-99999-UNA   Document 2669-3   Filed 08/21/23   Page 15 of 17

ELECTORAL COLLEGE OF GEORGIA
MEETING on 12/14/2020

Page 14

```
 1                     D I S C L O S U R E

 2    STATE OF GEORGIA    )

 3                        )

 4    COUNTY OF HENRY     )

 5          Pursuant to Article 10.B of the Rules and

 6    Regulations of the Board of Court Reporting of the

 7    Judicial Council of Georgia, I make the following

 8    disclosure:

 9          I am a Georgia Certified Court Reporter here

10    as a representative of AHReporting to report the

11    foregoing matter.

12          AHReporting is not taking this meeting under

13    any contract that is prohibited by O.C.G.A Sec.

14    9-11-28 (c).

15          AHReporting will be charging its usual and

16    customary rates for this transcript.

17

18

19

20

21

22

23

24

25
```

AHREPORTING, LLC                    (970)231-0859
                                    ahreporting@gmail.com

| **Exhibits** |
| --- |
| **Exhibit 1** |

**1**

12:07-12:11 4:17
13 3:14
16 3:14 4:8 7:13 9:1
1960 7:24

**A**

abandoned 8:3
accordance 7:22
allege 8:9
**Amick** 3:18,24 6:2,3 8:20
arrived 3:4
authority 3:10
avoid 9:18
Aye 4:5 7:6 10:4
Ayes 4:7 7:8 10:6

**B**

ballot 9:12
balloting 4:16
ballots 9:9 10:19
**Brad** 3:18,24 6:4 8:24
**Brannan** 3:22 4:25 5:1
**Burt** 3:19,24 6:6 8:23
business 3:15

**C**

C.J. 8:22
call 3:5 4:23 10:22
Candidate 7:10
care 4:11

**Carolyn** 4:19,21 5:6 9:14,20 10:10
carries 4:7 7:8 10:6
**Carroll** 5:2,3 9:23
**Carver** 3:19,24 6:4,5 8:24
cast 3:13 9:12
**Cathy** 5:17
certificates 10:16
certified 3:8
**Chair** 4:2,21 7:3
chairman 3:2,3,23 4:18 5:14 6:9,13,24 7:13,18 8:1,5,7,13,14,15,18,21, 25 9:4,7,10,13,24 10:1, 9,13,19,21,25
**Chandra** 5:25
college 3:6 6:19
comments 7:16
complaint 8:9
conduct 4:15 7:14,22, 23
conducting 7:17,18
confer 6:10
**Consiglio** 5:4,5
**Constitution** 7:22
contest 3:7,8 7:19,20 8:2,11
continue 7:20 8:11
correct 8:4,5,6,11,12, 18,21

**D**

**Daryl** 5:19
**David** 3:2 5:9,21
decided 3:9
died 4:11
discussion 4:1,2 7:2,3 10:1,2
distribute 9:8

documents 9:16,19 10:14
**Downey** 6:20,25 7:9,12 8:17

**E**

effectively 8:2
elect 3:18 6:14,15,20 9:20
elected 3:25 6:25 10:7
electing 10:14
election 7:19,20 8:2
elector 3:12 6:21 7:1, 10 8:17
Electoral 3:6
electorate 7:24
electors 3:16,20,25 4:8,10,15,24 6:17 7:21 10:15
eligible 6:17
executed 10:17

**F**

family 4:11
favor 4:4 7:5 10:3
filed 3:7
fill 3:16
fine 8:25
**Fisher** 3:21 4:19,22,25 5:2,4,6,9,11,13,16,19, 21,23,25 6:2,4,6,8,22 9:14,20,24 10:12
forward 10:14
**Frank** 6:8
full 4:8

**G**

**Garland** 4:10 8:19
**Georgia** 3:3,6 7:19,21

**Godwin** 5:7,8

**H**

hand 10:23
**Hanna** 5:9,10
happened 7:24
hard 10:10
**Hawaii** 7:25
hear 3:10
heard 3:9
hears 4:2,21 7:3
hearts 4:12
**Hennessy** 5:11,12
hold 8:1
**Holmes** 8:23
**Honorable** 8:23
hour 3:4

**I**

important 3:11
individual 10:19
individually 9:11
**Isakson** 5:13 8:16

**J**

**John** 5:13 6:20,25 7:9 8:16,17
**Jones** 3:19,24 6:6,7 8:23
**Joseph** 3:22 4:25
judge 3:9 8:8

**K**

**Kay** 5:7
**Ken** 5:2

**L**

Latham 5:17,18 6:23 9:25
lawyer 7:15
listed 9:17
longer 6:17

**M**

make 7:16
Mark 3:18,24 5:11 6:2 8:19,20
Matt 6:20
meet 3:12
meeting 3:5 4:16,20,22 8:2,10 9:15,17,18,21 10:8
merits 8:8
moment 4:9,13 6:10 10:10
momentarily 4:16 7:14
Moody 5:19,20
motion 3:18 4:1,2,7 6:20 7:2,4,8 9:19 10:2,6
move 3:21 6:22 10:15
moved 3:23 6:24 9:23

**N**

nominees 3:5,12,14
noon 3:4

**O**

objection 4:19,21
observation 3:14
ongoing 7:20
opposed 4:6 7:7 10:5
order 3:5,10,15
original 8:17

**P**

p.m. 4:17
paperwork 4:14 9:2
Party 3:3
Pat 4:9
Patrick 8:19
pause 4:9
Pearson 8:22
pending 3:8
people 8:9 9:5
Permanent 10:7
permit 8:10
person 10:22
prepared 4:14 9:16 10:17
present 3:15,16,17 7:11,14 9:1
preserve 3:10
President 3:7 7:15
presidential 3:12,19,25 4:8,10,15,24 6:16,21 7:1,9,10
privilege 3:4
PROCEEDINGS 3:1
proper 9:21
put 4:3 7:3

**R**

raise 10:23
Ray 7:15
ready 9:2
recess 4:17
reflect 4:14
registered 6:18
replaced 5:15 8:17,20, 22,23
reprinting 9:18

Republican 3:3,5,11 7:9
returns 3:8
rights 3:11
Robert 6:15
role 10:11
roll 4:23

**S**

seconded 3:24 6:25
secretary 4:19,22,23 9:15,17,21 10:7
service 9:15,20
serving 4:19
Shafer 3:2,23 4:18 5:14,21,22 6:9,13,24 7:13,18 8:1,5,7,14,15, 18,21,25 9:4,7,10,13 10:1,13,19,21,25
Shawn 5:23 9:17,20 10:7,13
sight 9:5
sign 10:14,24
signify 4:4 7:5 10:3
similar 7:24
SINNERS 8:14,16,19, 22 9:3,6,9,11 10:18,20, 24
sir 7:12 8:15 9:3
slate 4:8,14
Smith 6:12 7:15,17 8:4, 6,12
state 3:6 6:18
States 7:23
studies 6:19
substitute 3:19,25 6:21,25 10:15
substituted 5:15
Susan 8:23
suspend 4:13

suspended 4:16

**T**

taking 4:11
thousands 8:9
time 7:16 9:11
today 3:12 7:24 9:12
Trump 7:15

**U**

United 7:23
unlawfully 8:10

**V**

vacancies 3:16
Vikki 5:4
vote 4:3 6:18 7:4 10:15, 17
voted 8:9
votes 3:13
voting 7:14

**W**

week 4:11
wife 4:10
work 10:10

**Y**

Yadav 5:25 6:1