EXHIBIT E

9/19/22, 4:43 PM — re:SearchGA - Donald Trump,Donald J. Trump for President, Inc.,David Shafer VS. Brad Raffensperger,Rebecca Sullivan,David Worley,Matthew Mashburn,Anh Le,Richard Barron,Janine Eveler,E…

Case 1:23-mi-99999-UNA Document 2669-5 Filed 08/21/23 Page 2 of 12

https://researchga.tylerhost.net/CourtRecordsSearch/ViewCasePrint/8c0af4a46d7c5911b06f6551009023c9

# Case Information

Donald Trump,Donald J. Trump for President, Inc.,David Shafer VS. Brad Raffensperger,Rebecca Sullivan,David Worley,Matthew Mashburn,Anh Le,Richard Barron,Janine Eveler,Erica Hamilton,Kristi Royston,Russell Bridges,Anne Dover,Shauna Dozier,Mandy Smith,Ameika Pitts,Lynn Bailey,Debra Presswood,Vanessa Waddell,Julianne Roberts,Joseph Kirk,Gerald McCown

2020CV343255

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Fulton - Superior Court | Civil | OTHER CIVIL CAUSE OF ACTION | 12/4/2020 |

| Judge | Case Status | | |
|---|---|---|---|
| JUDGE, COBB COUNTY | Closed (Closed) | | |

## Parties [23]

| Type | Name | Attorneys |
|---|---|---|
| DEFENDANT | Lynn Bailey | RACHEL N. MACK |
| DEFENDANT | Richard L. Barron | CHERYL M. RINGER, Kaye Woodard Burwell |
| DEFENDANT | Russell Bridges | |
| DEFENDANT | Anne Dover | ANN S. BRUMBAUGH |
| DEFENDANT | Shauna Dozier | A ALI SABZEVARI, Jack R. Hancock |
| DEFENDANT | Janine Eveler | DANIEL W. WHITE, Gregg E. Litchfield |
| DEFENDANT | Erica Hamilton | Bennett D. Bryan, IRENE BAKER VANDER ELS |
| DEFENDANT | Joseph Kirk | James Jayson Phillips |
| DEFENDANT | Anh Le | |
| DEFENDANT | Matthew Mashburn | |
| DEFENDANT | Gerald McCown | ANDREA J. GRANT |
| DEFENDANT | Ameika Pitts | PATRICK JAUGSTETTER |
| DEFENDANT | Debra Presswood | |
| DEFENDANT | Brad Raffensperger | |
| DEFENDANT | Julianne Roberts | |
| DEFENDANT | Kristi Royston | Melanie Felicia Wilson, Ms TUWANDA RUSH WILLIAMS |
| DEFENDANT | Mandy Smith | |
| DEFENDANT | Rebecca N. Sullivan | |
| DEFENDANT | Vanessa Waddell | |
| DEFENDANT | David J. Worley | |
| PLAINTIFF | Donald J. Trump for President, Inc. | James Randolph Evans, KURT R HILBERT, Ray S Smith, III |
| PLAINTIFF | David J. Shafer | KURT R HILBERT, Ray S Smith, III |
| PLAINTIFF | Donald J. Trump | KURT R HILBERT, Ray S Smith, III |

## Events [177]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 12/4/2020 | Filing | NOTICE OF FILING | Exhibit 18 to Verified Petition | NOTICE OF FILING.pdf |
| 12/4/2020 | Filing | NOTICE OF FILING | Exhibit 17 (Part 2) to Verified Petition | NOTICE OF FILING.pdf |
| 12/4/2020 | Filing | NOTICE OF FILING | Exhibit 17 (Part 1) to Verified Petition | NOTICE OF FILING.pdf |
| 12/4/2020 | Filing | NOTICE OF FILING | Exhibit 15 to Verified Petition | NOTICE OF FILING.pdf |
| 12/4/2020 | Filing | NOTICE OF FILING | Exhibit 16 to Verified Petition | NOTICE OF FILING.pdf |
| 12/4/2020 | Filing | NOTICE OF FILING | Exhibit 14 to Verified Petition | NOTICE OF FILING.pdf |
| 12/4/2020 | Filing | NOTICE OF FILING | Exhibit 13 to Verified Petition | NOTICE OF FILING.pdf |
| 12/4/2020 | Filing | NOTICE OF FILING | Exhibit 12 to Verified Petition | NOTICE OF FILING.pdf |

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 12/4/2020 | Filing | NOTICE OF FILING | Exhibit 12 to Verified Petition | NOTICE OF FILING.pdf |
| 12/4/2020 | Filing | NOTICE OF FILING | Exhibit 11 to Verified Petition | NOTICE OF FILING.pdf |
| 12/4/2020 | Filing | NOTICE OF FILING | Exhibit 2 to Verified Petition | NOTICE OF FILING.pdf |
| 12/4/2020 | Filing | NOTICE OF FILING | Exhibit 1 to Verified Petition | NOTICE OF FILING.pdf |
| 12/4/2020 | Filing | NOTICE OF FILING | Exhibit 10 to Verified Petition | NOTICE OF FILING.pdf |
| 12/4/2020 | Filing | NOTICE OF FILING | Exhibit 9 to Verified Petition | NOTICE OF FILING.pdf |
| 12/4/2020 | Filing | NOTICE OF FILING | Exhibit 8 to Verified Petition | NOTICE OF FILING.pdf |
| 12/4/2020 | Filing | NOTICE OF FILING | Exhibit 7 to Verified Petition | NOTICE OF FILING.pdf |
| 12/4/2020 | Filing | NOTICE OF FILING | Exhibit 6 to Verified Petition | NOTICE OF FILING.pdf |
| 12/4/2020 | Filing | NOTICE OF FILING | Exhibit 5 to Verified Petition | NOTICE OF FILING.pdf |
| 12/4/2020 | Filing | NOTICE OF FILING | Exhibit 4 to Verified Petition | NOTICE OF FILING.pdf |
| 12/4/2020 | Filing | PETITION | VERIFIED PETITION TO CONTEST GEORGIA'S PRESIDENTIAL ELECTION RESULTS FOR VIOLATIONS OF THE CONSTITUTION AND LAWS OF THE STATE OF GEORGIA AND REQUEST FOR EMERGENCY DECLARATORY AND INJUNTIVE RELIEF | PETITION.pdf |
| 12/4/2020 | Filing | NOTICE OF FILING | Exhibit 3 to Verified Petition | NOTICE OF FILING.pdf |
| 12/4/2020 | Filing | MEMORANDUM OF LAW | Memorandum of Law in Support of Verified Petition | MEMORANDUM OF LAW.pdf |
| 12/4/2020 | Filing | VERIFICATION | Verification of David Shafer | VERIFICATION.pdf |
| 12/4/2020 | Filing | VERIFICATION | Verification of Robert Sinners | VERIFICATION.pdf |
| 12/4/2020 | Filing | VERIFICATION | Verification of Donald J. Trump | VERIFICATION.pdf |
| 12/4/2020 | Filing | SUMMONS | FOR SERVICES UPON DEFENDANTS | SUMMONS.pdf |
| 12/4/2020 | Filing | CASE INITIATION FORM | OTHER GENERAL CIVIL | CASE INITIATION FORM.pdf |
| 12/7/2020 | Filing | MOTION | PD 2 Motion for Emergency Injunctive Relief and for Leave of Court to Add All Other Electors as Respondents and Incorporated Brief in Support | MOTION.pdf |
| 12/7/2020 | Filing | ENTRY/NOTICE OF APPEARANCE | PD 1 Entry of Appearance for Petitioners | ENTRY/NOTICE OF APPEARANCE.pdf |
| 12/8/2020 | Filing | Withdrawal Of Demand | PD 7 Voluntary Withdrawal of Motion For Emergency Injunctive Relief | WITHDRAWAL OF DEMAND/MOTION/PETITION.pdf |
| 12/8/2020 | Filing | APPLICATION FOR PRO HAC VICE | Verified Application for Pro Hac Vice Admission - K. Hamilton | APPLICATION FOR PRO HAC VICE.pdf |
| 12/8/2020 | Filing | MOTION | Proposed Intervenor's Emergency Motion for Oral Argument | MOTION.pdf |
| 12/8/2020 | Filing | ENTRY/NOTICE OF APPEARANCE | Special Appearance for Limited Purpose of Receiving Notice | ENTRY/NOTICE OF APPEARANCE.pdf |
| 12/8/2020 | Filing | APPLICATION FOR PRO HAC VICE | Verified Application for Pro Hac Vice Admission - A. Callais | APPLICATION FOR PRO HAC VICE.pdf |
| 12/8/2020 | Filing | MOTION | Emergency Motion to Intervene as Defendants | MOTION.pdf |
| 12/8/2020 | Filing | ENTRY/NOTICE OF APPEARANCE | Notice of Appearance of Counsel | ENTRY/NOTICE OF APPEARANCE.pdf |
| 12/9/2020 | Filing | ORDER | ORDER ON CASE STATUS | ORDER.pdf |
| 12/9/2020 | Filing | ENTRY/NOTICE OF APPEARANCE | Notice of Special Entry of Appearance | ENTRY/NOTICE OF APPEARANCE.pdf |

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 12/9/2020 | Filing | ENTRY/NOTICE OF APPEARANCE | Notice of Special Entry of Appearance | ENTRY/NOTICE OF APPEARANCE.pdf |
| 12/9/2020 | Filing | OBJECTIONS | PD 11 Petitioners Objection to (Proposed) Intervenors' Emergency Motion for Oral Argument | OBJECTIONS.pdf |
| 12/9/2020 | Filing | AMENDMENT | TO PETITIONER'S NOTICE OF FILING OF EXHIBIT 14 TO VERIFIED PETITION (ENVELOPE) | AMENDMENT.pdf |
| 12/9/2020 | Filing | RESPONSE | PD 10 Response and Objection to (Proposed) Intervenor-Defendants' Emergency Motion to Intervene | RESPONSE.pdf |
| 12/9/2020 | Filing | ENTRY/NOTICE OF APPEARANCE | Special Entry of Appearance on Behalf of Respondent Anne Dover for Limited Purpose of Receiving Notice | ENTRY/NOTICE OF APPEARANCE.pdf |
| 12/9/2020 | Filing | OBJECTIONS | PD 8 Objection to (Proposed) Intervenor-Defendant's Motion to Dismiss Petitioners' Petition for Election Contest | OBJECTIONS.pdf |
| 12/9/2020 | Filing | MOTION | PD 12 Motion for Leave to Amend Verified Petition to Contest Georgia's Presidential Election Results for Violations of the Constitution and Laws of the State of Georgia and Request for Emergency Declaratory and Injunctive Relief and to Add Parties | MOTION.pdf |
| 12/10/2020 | Filing | MEMO OF LAW IN SUPPORT | Memorandum of Law in Support of Emergency Motion to Intervene | MEMO OF LAW IN SUPPORT.pdf |
| 12/10/2020 | Filing | NOTICE | Notice of Emergency Request to Appoint Administrative Law Judge | NOTICE.pdf |
| 12/10/2020 | Filing | MOTION | Motion to Intervene | MOTION.pdf |
| 12/10/2020 | Filing | RESPONSE | Response and Objection to Emergency Motion to Intervene by the Georgia State Conference | RESPONSE.pdf |
| 12/10/2020 | Filing | MOTION | Emergency Motion to Intervene By the Georgia State Conference of the National Association for the Advancement of Colored People, Georgia Coalition for the People's Agenda, James Woodall, and Helen Butler | MOTION.pdf |
| 12/10/2020 | Filing | MOTION | Motion for Admission Pro Hac Vice | MOTION.pdf |
| 12/11/2020 | Filing | NOTICE OF APPEAL | Notice of Filing Appeal | NOTICE OF APPEAL.pdf |
| 12/11/2020 | Filing | MOTION | Second Motion For Emergency Injunctive Relief and Incorporated Brief in Support | MOTION.pdf |
| 12/11/2020 | Filing | NOTICE | Notice of Time for Response to Request To Appoint Administrative Law Judge | NOTICE.pdf |
| 12/11/2020 | Filing | CERTIFICATE OF SERVICE | PD 26 Certificate of Service | CERTIFICATE OF SERVICE.pdf |
| 12/11/2020 | Filing | MOTION | Motion to Intervene | MOTION.pdf |

9/19/22, 4:43 PM  re:SearchGA - Donald Trump...David Shafer v. Brad Raffensperger,Rebecca Sullivan,David Worley,Matthew Mashburn,Anh Le,Richard Barron,Janine Eveler,E…

Case 1:23-mi-99999-UNA Document 2669-5 Filed 08/31/23 Page 5 of 12

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 12/11/2020 | Filing | MOTION | Motion to Intervene | MOTION.pdf |
| 12/11/2020 | Filing | NOTICE OF FILING | PD 25 Notice of Filing Additional Evidence in Further Support of Petition as Part of Exhibit 17 to Verified Petition 12.11.2020 | NOTICE OF FILING.pdf |
| 12/11/2020 | Filing | ENTRY/NOTICE OF APPEARANCE | Special Appearance for Limited Purpose of Receiving Notice | ENTRY/NOTICE OF APPEARANCE.pdf |
| 12/11/2020 | Filing | CERTIFICATE OF SERVICE | Certificate of Service | CERTIFICATE OF SERVICE.pdf |
| 12/11/2020 | Filing | APPLICATION FOR PRO HAC VICE | Verified Application for Pro Hac Vice Admission - S. Holstein | APPLICATION FOR PRO HAC VICE.pdf |
| 12/11/2020 | Filing | CERTIFICATE OF SERVICE | Certificate of Service | CERTIFICATE OF SERVICE.pdf |
| 12/14/2020 | Filing | ANOAL | NZ-7020-0640-0000-9552-3649 | |
| 12/14/2020 | Filing | ENTRY/NOTICE OF APPEARANCE | Special ENTRY OF APPEARANCE ON BEHALF OF RESPONDENT RICHARD BARRON FOR LIMITED PURPOSE OF RECEIVING NOTICE | ENTRY/NOTICE OF APPEARANCE.pdf |
| 12/14/2020 | Filing | APPLICATION | Verified Application for Pro Hac Vice Admission - M. Elias | APPLICATION.pdf |
| 12/14/2020 | Filing | ENTRY/NOTICE OF APPEARANCE | NOTICE OF ENTRY OF APPEARANCE- Jack R. Hancock | ENTRY/NOTICE OF APPEARANCE.pdf |
| 12/14/2020 | Filing | ENTRY/NOTICE OF APPEARANCE | NOTICE OF ENTRY OF APPEARANCE- A. Ali Sabzevari | ENTRY/NOTICE OF APPEARANCE.pdf |
| 12/15/2020 | Filing | RESPONSE | Respondents Raffensperger, Sullivan, Worley, Mashburn and Le's Response to Petitioners' Motion For Leave to Amend Verified Petition | RESPONSE.pdf |
| 12/15/2020 | Filing | OPPOSITION-OTHER | Respondents Raffensperger, Sullivan, Worley, Mashburn and Le's Opposition to John Wood's Motion to Intervene With Petition For Election Contest | OPPOSITION-OTHER.pdf |
| 12/15/2020 | Filing | MOTION | Respondents Raffensperger, Sullivan, Worley, Mashburn and Le's Motion to Dismiss Verified Petition to Contest Georgia's Presidential Electioni | MOTION.pdf |
| 12/15/2020 | Filing | MOTION | Respondents Raffensperger, Sullivan, Worley, Mashburn and Le's Motion to Exclude Affidavits and Testimony of Petitioners' Experts | MOTION.pdf |
| 12/15/2020 | Filing | Answer | State Defendants' Special Appearance Answer to Verified Petition to Contest Georgia's Presidential Election Results, and Request for Emergency Declaratory and Injunctive Relief (ENVELOPE) | No Documents |
| 12/15/2020 | Filing | ENTRY/NOTICE OF APPEARANCE | Special Entry of Appearance on Behalf of Respondent Joseph Kirk for Limited Purpose of Receiving Notice | ENTRY/NOTICE OF APPEARANCE.pdf |
| 12/17/2020 | Filing | ENTRY/NOTICE OF APPEARANCE | Special Appearance for Limited Purpose of Receiving Notice | ENTRY/NOTICE OF APPEARANCE.pdf |

9/19/22, 4:43 PM  re:SearchGA - Donald Trump,David Shafer,Brad Raffensperger,Rebecca Sullivan,David Worley,Matthew Mashburn,Anh Le,Richard Barron,Janine Eveler,E…

Case 1:23-mi-99999-UNA Document 2669-5 Filed 08/21/23 Page 6 of 12

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 12/17/2020 | Filing | OBJECTIONS | PD Objection to Requests for Admission Pro Hac Vice of Kevin Hamilton, Mark Elias, and Amanda Callais | OBJECTIONS.pdf |
| 12/17/2020 | Filing | MOTION | Proposed Intervenor-Defendants Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, James Woodall, and Helen Butler's Motion for Judgment on the Pleadings and Memorandum in Support | MOTION.pdf |
| 12/18/2020 | Filing | MOTION | [Proposed] Intervenors Motion for Leave to File Reply Brief in Support of Emergency Motion to Intervene | MOTION.pdf |
| 12/18/2020 | Filing | PROPOSED ORDER | Proposed Order for Verified Application for Pro Hac Vice Admission for Ezra D. Rosenberg | PROPOSED ORDER FOR APPLICATION FOR PRO HAC VICE ADMISSION.pdf |
| 12/18/2020 | Filing | APPLICATION FOR PRO HAC VICE | Verified Application for Pro Hac Vice Admission for Ezra D. Rosenberg | APPLICATION FOR PRO HAC VICE.pdf |
| 12/18/2020 | Filing | PROPOSED ORDER | Proposed Order for Verified Application for Pro Hac Vice Admission for John Powers | PROPOSED ORDER FOR VERIFIED APPLICATION FOR PRO HAC VICE ADMISSION JOHN POWERS.pdf |
| 12/18/2020 | Filing | PROPOSED ORDER | Proposed Order for Verified Application for Pro Hac Vice Admission for Julie M. Houk | PROPOSED ORDER FOR VERIFIED APPLICATION FOR PRO HAC VICE ADMISSION JULIE M. HOUK.pdf |
| 12/18/2020 | Filing | APPLICATION FOR PRO HAC VICE | Verified Application for Pro Hac Vice Admission for John Powers | APPLICATION FOR PRO HAC VICE.pdf |
| 12/18/2020 | Filing | APPLICATION FOR PRO HAC VICE | Verified Application for Pro Hac Vice Admission for Julie M. Houk | APPLICATION FOR PRO HAC VICE.pdf |
| 12/21/2020 | Filing | REQUEST | PD 50 Request For Disqualification of All Counsel for Proposed Intervenor-Biden Electors Due to Unwaiveable Conflict of Interest | REQUEST.pdf |
| 12/22/2020 | Filing | MOTION | Respondents Brad Raffensperger, Rebecca N. Sullivan, David J. Worley, Matthew Mashburn, and Anh Le's Supplemental Motion to Dismiss for Failure to Perfect Service | MOTION.pdf |
| 12/22/2020 | Filing | MOTION | Proposed Intervenor-Defendants Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, James Woodall, and Helen Butler's Motion to Exclude the Affidavits and Testimony of Plaintiff's Experts and Memorandum in Support | MOTION TO EXCLUDE THE AFFIDAVITS AND TESTIMONY OF PLAINTIFF'S EXPERTS.pdf |

9/19/22, 4:43 PM  re:SearchGA - Donald Trump, David Shafer, The President of the United States, Brad Raffensperger, Rebecca Sullivan, David Worley, Matthew Mashburn, Anh Le, Richard Barron, Janine Eveler, E…

Case 1:23-mi-99999-UNA Document 2669-5 Filed 08/21/23 Page 7 of 12

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 12/22/2020 | Filing | OBJECTIONS | PD 52 Conditional Objection and Brief in Opposition to Proposed Intervenor Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, James Woodall, and Helen Butler's Conditional Motion for Judgment on the Pleadings | OBJECTIONS.pdf |
| 12/23/2020 | Filing | RESPONSE | Respondents Brad Raffensperger, Rebecca N. Sullivan, David J. Worley, Matthew Mashburn, and Anh Le's Response to Petitioners' Second Request for Emergency Declaratory and Injunctive Relief | RESPONSE.pdf |
| 12/23/2020 | Filing | CERTIFICATE OF SERVICE | O.C.G.A. 21-2-524(b) Certificate of Service of Summons and Complaint with Exhibit A | CERTIFICATE OF SERVICE.pdf |
| 12/23/2020 | Filing | RETURN RECEIPT OF CERT MAIL | NZ-7020-0640-0000-9552-3649 | |
| 12/23/2020 | Filing | MOTION | Proposed Intervenors' Motion for Leave to File Consolidated Response to Petitioners' objections to Requests for Admissions and Request for Disqualification of Counsel | MOTION.pdf |
| 12/28/2020 | Filing | OBJECTIONS | PD 57 Objection and Brief in Opposition to Respondents Supplemental Motion to Dismiss For Failure to Perfect Service | OBJECTIONS.pdf |
| 12/28/2020 | Filing | NOTICE | PD 56 Notice of and Request for Clerk of Fulton Superior Court to Issue Notice in the Form of "Special Process" to Sheriff of Fulton County | NOTICE.pdf |
| 12/29/2020 | Filing | REQUEST | Renewed Request to Immediately Appoint Administrative Law Judge and Motion for Reconsideration of the Court's Status Order of December 29,2020 and Incorporated Brief in Support. | REQUEST.pdf |
| 12/29/2020 | Filing | REPLY | Respondents Brad Raffensperger, Rebecca N. Sullivan, David J. Worley, Matthew Mashburn, and Anh Le's Reply to Petitioners' Objection to State Defendants' Motion to Dismiss for Failure to Perfect Service | REPLY.pdf |
| 12/29/2020 | Filing | ORDER | STATUS OF REQUEST TO APPOINT ADMINISTRATIVE LAW JUDGE | ORDER.pdf |
| 12/29/2020 | Filing | RESPONSE | PD 60 Response in Opposition to Respondents Brad Raffensperger, Rebecca N. Sullivan, David Worley, Matthew Mashburn, And Ahn Le's Motion to Dismiss | RESPONSE.pdf |

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 12/30/2020 | Filing | ORDER | Order Directing the Clerk to Accept and File the Attached Order | ORDER.pdf |
| 12/30/2020 | Filing | SHERIFF'S ENTRY OF SERVICE | Sheriff's Entry of Service - Forsyth County - Mandi Smith SERVED 12-23-20 | SHERIFF'S ENTRY OF SERVICE.pdf |
| 12/30/2020 | Filing | SHERIFF'S ENTRY OF SERVICE | Sheriff's Entry of Service - Cherokee County - Anne Dover SERVED 12-22-20 | SHERIFF'S ENTRY OF SERVICE.pdf |
| 12/30/2020 | Filing | SHERIFF'S ENTRY OF SERVICE | Sheriff's Entry of Service - Bartow County - Joseph Kirk SERVED 12-22-20 | SHERIFF'S ENTRY OF SERVICE.pdf |
| 12/30/2020 | Filing | SHERIFF'S ENTRY OF SERVICE | Sheriff's Entry of Service - Gwinnett County - Kristi Royston SERVED 12-21-20 | SHERIFF'S ENTRY OF SERVICE.pdf |
| 12/30/2020 | Filing | SHERIFF'S ENTRY OF SERVICE | Sheriff's Entry of Service - Hancock County - Gerald McCown SERVED 12-21-20 | SHERIFF'S ENTRY OF SERVICE.pdf |
| 12/30/2020 | Filing | ORDER | ORDER RE-ASSIGNING CASE TO SEVENTH JUDICIAL ADMINISTRATIVE DISTRICT | ORDER.pdf |
| 12/31/2020 | Filing | RULE NISI | RULE NISI ORDER - 1/8/21 - 10:00AM | RULE NISI.pdf |
| 1/4/2021 | Filing | MOTION | Motion and Incorporated Brief in Support to Relate Filing Date Back to Initial Submission Date | MOTION.pdf |
| 1/4/2021 | Filing | OTHER | Supplement to Petitioners Objection and Response to Proposed Intervenor's Motion For Leave to File Consolidated Response to Petitioners' Objections to Requests for Admission and Request for Disqualification of Counsel | OTHER.pdf |
| 1/4/2021 | Filing | OBJECTIONS | Petitioners Objection and Response to [Proposed] Intervenor's Motion for Leave to File Consolidated Response to Petitioners' Objections to Requests for Admission and Request for Disqualification of Counsel | OBJECTIONS.pdf |
| 1/4/2021 | Filing | CERTIFICATE OF SERVICE | SPECIAL ENTRY OF APPEARANCE ON BEHALF OF RESPONDENT VANESSA WADDELL FOR LIMITED PURPOSE OF RECEIVING NOTICE | CERTIFICATE OF SERVICE.pdf |
| 1/5/2021 | Filing | MOTION | Respondents Brad Raffensperger, Rebecca N. Sullivan, David J. Worley, Matthew Mashburn, and Anh Le's Motion to Allow Testimony of Their Expert Witness by Videoconference | MOTION.pdf |
| 1/6/2021 | Filing | MOTION | Petitioners' Emergency Motion to Conduct Hearing and Trial Proceedings via Videoconferencing | MOTION.pdf |
| 1/6/2021 | Filing | SHERIFF'S ENTRY OF SERVICE | Sheriff's Entry of Service - Ameika Pitts SERVED 12-28- | SHERIFF'S ENTRY OF SERVICE.pdf |

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| | | | 20 (Henry County) | |
| 1/6/2021 | Filing | SHERIFF'S ENTRY OF SERVICE | Sheriff's Entry of Service - Russell Bridges SERVED 12-28-20 (Chatham County) | SHERIFF'S ENTRY OF SERVICE.pdf |
| 1/6/2021 | Filing | SHERIFF'S ENTRY OF SERVICE | Sheriff's Entry of Service - Shauna Dozier SERVED 12-30-20 (Clayton County) | SHERIFF'S ENTRY OF SERVICE.pdf |
| 1/6/2021 | Filing | MOTION | Proposed Intervenors Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, James Woodall, and Helen Butler's Motion to Allow Testimony of Their Expert Witness by Videoconference | Motion to Allow Testimony of Their Expert Witness by Videoconference.pdf |
| 1/6/2021 | Filing | ENTRY/NOTICE OF APPEARANCE | Entry/Notice of Appearance | ENTRY/NOTICE OF APPEARANCE.pdf |
| 1/6/2021 | Filing | NOTICE | SPECIAL APPEARANCE FOR LIMITED PURPOSE OF RECEIVING NOTICE | NOTICE.pdf |
| 1/6/2021 | Filing | SHERIFF'S ENTRY OF SERVICE | Sheriff's Entry of Service - Janine Eveler SERVED 12-29-20 (Cobb County) | SHERIFF'S ENTRY OF SERVICE.pdf |
| 1/7/2021 | Filing | NOTICE OF FILING | Notice of Filing Exhibits to Petitioners Response 22 | NOTICE OF FILING.pdf |
| 1/7/2021 | Filing | NOTICE OF FILING | Notice of Filing Exhibits to Petitioners Response 1-10 | NOTICE OF FILING.pdf |
| 1/7/2021 | Filing | RESPONSE | Petitioners' Response and Objection to Respondents Motion to Exclude Affidavits and Testimony of Plaintiffs' Experts | RESPONSE.pdf |
| 1/7/2021 | Filing | MOTION | Anne Dover Motion to Dismiss | MOTION.pdf |
| 1/7/2021 | Filing | RESPONSE | Response to Plaintiffs' Notice of Filing Voluntary Dismissal | RESPONSE.pdf |
| 1/7/2021 | Filing | Withdrawal Of Demand | Withdrawal of Motion to intervene | WITHDRAWAL OF DEMAND/MOTION/PETITION.pdf |
| 1/7/2021 | Filing | DISMISSAL WITHOUT PREJUDICE | Notice of Voluntary Dismissal | DISMISSAL WITHOUT PREJUDICE.pdf |
| 1/7/2021 | Filing | MOTION | MOTION TO DISMISS FILED ON BEHALF OF JANINE EVELER BY SPECIAL APPEARANCE OF COUNSEL | MOTION TO DISMISS.pdf |
| 1/7/2021 | Filing | SHERIFF'S ENTRY OF SERVICE | Sheriff's Entry of Service - Lynn Bailey SERVED 12-28-20 (Richmond County) | SHERIFF'S ENTRY OF SERVICE.pdf |
| 1/7/2021 | Filing | SHERIFF'S ENTRY OF SERVICE | Sheriff's Entry of Service - Julianne Roberts SERVED 12-22-20 (Pickens County) | SHERIFF'S ENTRY OF SERVICE.pdf |
| 1/7/2021 | Filing | NOTICE OF FILING | Notice of Filing Exhibits to Petitioners Response 25-28 | NOTICE OF FILING.pdf |
| 1/7/2021 | Filing | NOTICE OF FILING | Notice of Filing Exhibits to Petitioners Response 23-24 | NOTICE OF FILING.pdf |
| 1/7/2021 | Filing | NOTICE OF FILING | Notice of Filing Exhibits to Petitioners Response 11-21 | NOTICE OF FILING.pdf |
| 1/7/2021 | Filing | ORDER | Order Granting Proposed-Intervenor's Motion To Allow Testimony Of Their Expert Witness By Videoconference | ORDER.pdf |

9/19/22, 4:43 PM  re:SearchGA - Donald Trump, Donald J. Trump for President, Inc. v. David J. Worley, Rebecca N. Sullivan, David J. Worley, Matthew Mashburn, Anh Le, Richard Barron, Janine Eveler, E…

Case 1:23-mi-99999-UNA Document 2663-5 Filed 08/21/23 Page 10 of 12

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 1/11/2021 | Filing | SHERIFF'S ENTRY OF SERVICE | Sheriff's Entry of Service - Vanessa Waddell SERVED 12-29-20 (Floyd County) | SHERIFF'S ENTRY OF SERVICE.pdf |
| 1/11/2021 | Filing | SHERIFF'S ENTRY OF SERVICE | CORPORATION SERVED | SHERIFF'S ENTRY OF SERVICE.pdf |
| 1/13/2021 | Filing | NON EST SERVICE | NO SERVICE - DEFENDENT NOT AT THIS ADDRESS | NON EST SERVICE.pdf |
| 1/13/2021 | Filing | SHERIFF'S ENTRY OF SERVICE | CORPORATION SERVED | SHERIFF'S ENTRY OF SERVICE.pdf |
| 1/13/2021 | Filing | SHERIFF'S ENTRY OF SERVICE | CORPORTAION SERVED | SHERIFF'S ENTRY OF SERVICE.pdf |
| 1/13/2021 | Filing | SHERIFF'S ENTRY OF SERVICE | CORPORATION SERVED | SHERIFF'S ENTRY OF SERVICE.pdf |
| 1/13/2021 | Filing | SHERIFF'S ENTRY OF SERVICE | CORPORATION SERVED | SHERIFF'S ENTRY OF SERVICE.pdf |
| 1/14/2021 | Filing | SHERIFF'S ENTRY OF SERVICE | Sheriff's Entry of Service - Debra Presswood SERVED 12-28-20 (Houston County) | SHERIFF'S ENTRY OF SERVICE.pdf |
| 1/19/2021 | Filing | MOTION | Respondents Brad Raffensperger, Rebecca N. Sullivan, David J. Worley, Matthew Mashburn, and Anh Le's Emergency Motion to Seal | MOTION.pdf |
| 1/25/2021 | Filing | SHERIFF'S ENTRY OF SERVICE | Sheriff's Entry of Service - Matthew Mashburn SERVED 12-30-20 (Fulton County) | SHERIFF'S ENTRY OF SERVICE.pdf |
| 1/25/2021 | Filing | SHERIFF'S ENTRY OF SERVICE | Sheriff's Entry of Service - Anh Le SERVED 12-30-20 (Fulton County) | SHERIFF'S ENTRY OF SERVICE.pdf |
| 1/25/2021 | Filing | SHERIFF'S ENTRY OF SERVICE | Sheriff's Entry of Service - Rebecca Sullivan SERVED 12-30-20 (Fulton County) | SHERIFF'S ENTRY OF SERVICE.pdf |
| 1/25/2021 | Filing | SHERIFF'S ENTRY OF SERVICE | Sheriff's Entry of Service - Brad Raffensperger SERVED 12-30-20 (Fulton County) | SHERIFF'S ENTRY OF SERVICE.pdf |
| 1/25/2021 | Filing | SHERIFF'S ENTRY OF SERVICE | Sheriff's Entry of Service - David Worley SERVED 12-30-20 (Fulton County) | SHERIFF'S ENTRY OF SERVICE.pdf |
| 1/25/2021 | Filing | ORDER | Order | ORDER.pdf |
| 1/25/2021 | Filing | RESPONSE | Petitioner Shafer's Response to Defendant Raffensperger et al.'s Emergency Motion to Seal | RESPONSE.pdf |
| 1/27/2021 | Filing | SUPREME COURT REMITTITUR | DOCKETING NO. S21M0561 (DISMISSED) | |
| 1/28/2021 | Filing | JUDGMENT ORDER ON REMITTITUR | S21M0561 | JUDGMENT ORDER ON REMITTITUR.pdf |
| 2/1/2021 | Filing | AFFIDAVIT OF SERVICE | Affidavit of Service - Erica Hamilton SERVED 1-29-21 (Dekalb County) | AFFIDAVIT OF SERVICE.pdf |
| 2/22/2021 | Filing | MOTION | Motion For An Award Of Attorney's Fee's Pursuant To O.C.G.A. 9-15-14 | MOTION.pdf |
| 2/22/2021 | Filing | AFFIDAVIT | Affidavit of Daniel W. White | AFFIDAVIT.pdf |
| 2/22/2021 | Filing | MOTION | RESPONDENT ERICA HAMILTON S MOTION FOR ATTORNEYS FEES PURSUANT TO O.C.G.A. 9-15-14 | MOTION.pdf |

9/19/22, 4:43 PM  re:SearchGA - Donald Trump,David J. Shafer,Cathleen Alston Latham,Brian Pritchard,Stephen Cliffgard Lee,Burt Jones,David G. Worley,Matthew Mashburn,Anh Le,Richard Barron,Janine Eveler,E…

Case 1:23-mi-99999-UNA Document 2663-5 Filed 08/21/23 Page 11 of 12

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 2/26/2021 | Filing | LEAVE OF ABSENCE | Notice of Leave of Absence | LEAVE OF ABSENCE.pdf |
| 2/26/2021 | Filing | LEAVE OF ABSENCE | Notice of Leave of Absence | LEAVE OF ABSENCE.pdf |
| 3/5/2021 | Filing | ORDER | Order Setting Hearing for April 15, 2021 | ORDER.pdf |
| 3/22/2021 | Filing | LEAVE OF ABSENCE | Leave of Absence | LEAVE OF ABSENCE.pdf |
| 3/24/2021 | Filing | BRIEF | Petitioners' Joint Brief in Opposition to Respondent Janine Eveler's Motion for Attorneys' Fees Pursuant to OCGA 9-15-14 | BRIEF.pdf |
| 3/24/2021 | Filing | BRIEF | Petitioners' Joint Brief in Opposition to Respondent Erica Hamilton's Motion for Attorneys' Fees Pursuant to OCGA 9-15-14 | BRIEF.pdf |
| 3/24/2021 | Filing | REQUEST FOR ORAL HEARING | Petitioners' Joint Request for Oral Hearing | REQUEST FOR ORAL HEARING.pdf |
| 4/2/2021 | Filing | PROPOSED ORDER | [PROPOSED] Consent Order | PROPOSED ORDER.pdf |
| 4/2/2021 | Filing | MOTION FOR CONTINUANCE | Joint Motion for Continuance | MOTION FOR CONTINUANCE.pdf |
| 4/5/2021 | Filing | ORDER | Consent Order- signed by counsel and Judge Grubbs | eulco2y4wwcvvjy3aukqgw.pdf |
| 4/8/2021 | Filing | ORDER | OF HEARING SET JUNE 25, 2021 AT 9AM IN FULTON COUNTY SUPERIOR COURT | nhyyg2zaeorshdxihcxwx3.pdf |
| 4/21/2021 | Filing | LEAVE OF ABSENCE | Notice of Leave of Absence of Christopher S. Anulewicz | LEAVE OF ABSENCE.pdf |
| 4/27/2021 | Filing | LEAVE OF ABSENCE | Emergency Leave of Absence | LEAVE OF ABSENCE.pdf |
| 5/5/2021 | Filing | SHERIFF'S ENTRY OF SERVICE | Sheriff's Entry of Service - Mandi Smith SERVED 12-23-20 | SHERIFF'S ENTRY OF SERVICE.pdf |
| 5/13/2021 | Filing | ENTRY/NOTICE OF APPEARANCE | Notice and Entry of Appearance for Ambassador J. Randolph Evans (Retired) | ENTRY/NOTICE OF APPEARANCE.pdf |
| 5/26/2021 | Filing | MOTION | Petitioners' Motion for Judicial Notice of Adjudicative Facts, Including All Cases Relevant to the November 3, 2020 Presidential Election | MOTION.pdf |
| 5/26/2021 | Filing | MOTION | Petitioners' Motion for Judicial Notice of Adjudicative Facts | MOTION.pdf |
| 5/28/2021 | Filing | LEAVE OF ABSENCE | Notice of Leave of Absence for Ray S. Smith, III | LEAVE OF ABSENCE.pdf |
| 6/14/2021 | Filing | NOTICE | PD 115 Petitioners' Notice of Filing and Joint Request for Judicial Notice, O.C.G.A. 24-2-201(d) | mgzyossgg5br3txxdouwok.pdf |
| 6/14/2021 | Filing | NOTICE | PD 118 Petitioners' Notice of Filing and Joint Request for Judicial Notice, O.C.G.A. 24-2-201(d) | kohpuq125wtwvijen2tzt0.pdf |
| 6/14/2021 | Filing | NOTICE | PD 114 Petitioners' Notice of Filing and Joint Request for Judicial Notice, O.C.G.A. 24-2-201(d) | upy1rpfzndktlcj051eb0t.pdf |
| 6/14/2021 | Filing | NOTICE | PD 117 Petitioners' Notice of Filing and Joint Request for Judicial Notice, O.C.G.A. 24-2-201(d) | 53chjxguunrqotbks113um.pdf |

9/19/22, 4:43 PM — re:SearchGA - Donald Trump,Donald J. Trump for President, Inc.,David Shafer,Brad Raffensperger,Rebecca Sullivan,David Worley,Matthew Mashburn,Anh Le,Richard Barron,Janine Eveler,E…

Case 1:23-mi-99999-UNA Document 2668-5 Filed 08/21/23 Page 12 of 12

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 6/16/2021 | Filing | NOTICE | PD 116 Petitioners' Notice of Filing and Joint Request for Judicial Notice, O.C.G.A. 24-2-201(d) | embiqbdp5sbvzlhfkb2h2g.pdf |
| 6/17/2021 | Filing | NOTICE OF WITHDRAWAL | OF MOTION FOR ATTORNEY'S FEES | NOTICE OF WITHDRAWAL.pdf |
| 6/21/2021 | Filing | NOTICE OF WITHDRAWAL | RESPONDENT ERICA HAMILTON S NOTICE OF WITHDRAWAL OF HER MOTION FOR ATTORNEYS FEES PURSUANT TO O.C.G.A. 9-15-14 | NOTICE OF WITHDRAWAL.pdf |

© 2022 Tyler Technologies, Inc. | All Rights Reserved
Version: 2022.8.0.10117


EMPOWERED BY TYLER TECHNOLOGIES