# Exhibit A-1

PerDiemCo LLC v. NexTraq

PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS

U.S. Patent No. 11,716,595

This claim chart demonstrates NexTraq's infringement of U.S. Patent No. 11,716,595 (the 595 patent) by comparing each element of the asserted claims to corresponding components, aspects, and/or features of NexTraq products and services identified below, which provide event-based notifications/alerts based on locations of fleets of vehicles, equipment, objects, drivers, and other assets (herein referred to as "Accused Instrumentalities").  These claim charts include information provided by way of example and not by way of limitation.

As used herein, Accused Instrumentalities include:

1-NexTraq Fleet Tracking Platform knows as NexTraq® View™ for Fleet Managers (the Accused Application).

https://www.nextraq.com/resource/123net/

# A BIRD'S-EYE VIEW OF YOUR MOBILE ASSETS, DRIVERS, AND VEHICLES.

If you had NexTraq, you'd be addicted to launching our apps to see how drivers are doing throughout the day. You could see the trucks, trailers, and everything else you need to track on a map.

You'd have answers for customers wondering when your truck would arrive. Your teams would know what packages, tools, or parts were required to get the job done. If a team needed an updated route to a destination, you could use our mapping feature to talk them through the best way—powered by Google™ Maps.



1

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,716,595

https://www.nextraq.com/solutions/visibility-productivity/

The Accused application used for GPS Vehicle Tracking

https://www.nextraq.com/services/vehicle-tracking/

The Accused application used for GPS Asset Tracking

https://www.nextraq.com/services/asset-tracking/

The Accused application used for Geofencing and Mapping:

https://www.nextraq.com/services/geofencing-mapping/

The Accused application used for Real-Time Alerts

https://www.nextraq.com/services/real-time-alerts/

The Accused application used with NexTraq® Automatic Driver Assignment

https://www.nextraq.com/services/automatic-driver-assignment/

The Accused application used with Sensors

https://www.nextraq.com/services/sensors/

2- NexTraq Fleet Tracking Platform used with NexTraq Mobile Applications known as NexTraq® Connect™,  and

https://www.nextraq.com/resource/123net/

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,716,595

# BRING YOUR OFFICE ANYWHERE — WITH NEXTRAQ MOBILE APPS

Manage your fleet and keep your mobile workforce rolling with NexTraq® Mobile Apps, a suite of smartphone- and tablet-based workforce management applications.

Designed for both **supervisors and workers** in the field, NexTraq mobile apps can help give your team the knowledge required to **work better, faster, and smarter.**









**MOBILE APP FOR MANAGERS**

**NexTraq® View™** mobile app gives fleet supervisors the power to be more productive by providing intelligent, real-time access to their fleets and mobile workforces in the field.

**MOBILE APP FOR DRIVERS**

**NexTraq® Connect™** mobile app gives drivers and workers in the field the tools they need to stay connected from virtually anywhere.

https://www.nextraq.com/services/mobile-apps/

3

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,716,595

3- NexTraq Dashcam



NexTraq Dashcam is among the most advanced incident in-vehicle cameras in the industry.

Highlights include **downloadable videos** and **images**, **real-time alerts**, **GPS location** and **LTE connectivity**.

- HD video with wide angle lens
- Optional second camera for in-cab view
- Multiple infrared LEDs for night-time recording
- Real-time incident alerts with video and GPS location via email
- Video and image requests for a specific date and time
- Snapshots of what's going on in real time

https://www.nextraq.com/services/dashcam/

The analysis set forth below is based only upon information from publicly available resources regarding the Infringing Instrumentalities. An analysis of NexTraq's (or other third parties') technical documentation, and/or software source code, may assist in fully identifying all infringing features and functionality. Accordingly, PerDiemCo reserves the right to supplement this infringement analysis once such information is made available to PerDiemCo. Furthermore, PerDiemCo reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claim.

Unless otherwise noted, PerDiemCo alleges that NexTraq directly infringes the '595 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Infringing Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, PerDiemCo further contends that the evidence below supports a finding of indirect or contributory infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. NexTraq makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claims of the '595 patent, including without limitation, the Accused Instrumentalities.

4

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 11,716,595

   Unless otherwise noted, PerDiemCo alleges that each element of each claim asserted herein is literally met through NexTraq's provision of the Accused Instrumentalities.  However, to the extent that NexTraq attempts to allege that any asserted claim element is not literally met, PerDiemCo believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the Infringing Instrumentalities, PerDiemCo did not identify any substantial differences between the elements of the patent claim and the corresponding features of the Infringing Instrumentalities, as set forth herein.  In each instance, the identified feature of the Infringing Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

   To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, PerDiemCo asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim.  PerDiemCo reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by NexTraq.  PerDiemCo also reserves the right to amend this infringement analysis by citing other claims of the '595 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities.  PerDiemCo further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart. s

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| Indep. Cl. 1<br><br>1-p | A method for tracking events that occur based on locations of mobile devices, the method comprising: | The Accused Application implements a cloud-based tracking method.<br><br>**NexTraq Fleet Tracking Platform**<br><br>This chapter introduces the NexTraq Fleet Tracking platform with an overview of its function and requirements. GPS vehicle tracking has developed into an essential tool for managing fleets. The NexTraq Fleet Tracking platform is a cloud-based solution which provides an efficient and cost-effective method to track your vehicle or fleet using a standard Internet connection.<br><br>Once the NexTraq hardware, known as a mobile unit, is installed in a vehicle, it receives and sends data wirelessly. Data includes vehicle location and operational status, such as speed or time stopped. The NexTraq Fleet Tracking platform collects data from the mobile units which you can monitor and report on through the NexTraq web application and an Internet connection. The figure below illustrates the flow of data from locating the vehicle to the map information in the NexTraq Fleet Tracking platform on your computer screen.<br><br>*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>The Accused Application tracks events such as vehicle entry into or exits from geofenced areas. |

5

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Co., LLC'ꜱ Pʀᴇʟɪᴍɪɴᴀʀʏ Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴꜱ
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| | | **Geofencing**<br><br>Powered by Google™ Maps, NexTraq's geofencing technology allows you to create a virtual boundary around jobsites, vendors, customer locations —even areas you don't want your vehicles to enter. When your vehicles enter or exit these geofenced areas, you'll receive an alert.How can geofencing help your business?<br><br>• **Arrival and departure times:** Let's say you want to know when your employees are on a jobsite. By drawing a geofence around the site, you can set up alerts to easily monitor when your employees arrive or leave from that location. Not only that, you can **monitor for unauthorized vehicle use** during working hours.<br>• **Payroll and time management:** For payroll purposes and billing accuracy, geofences are a game changer. Automatic alerts can be used to notify you when your vehicles arrive and depart from a jobsite. This creates a virtual time card, logging the time spent on the job. This can prove to be beneficial for employees who are paid by the hour or service workers who have charge-out rates.<br>• **Asset protection:** Problems with unauthorized use of company vehicles puts more than your asset at risk. A vehicle used after-hours or without permission can result in **liability issues, increased insurance premiums, damaged property,** and increased **downtime**. Triggered alerts can be used to notify you when a vehicle or piece of equipment moves outside of a geofenced area. This not only **provides additional security**, it offers peace of mind that your vehicles are safe.<br>• **Stolen equipment:** When a piece of equipment or a vehicle is moved outside of your geofence, you can receive an alert to notify you right when this action occurs. These alerts will only notify you so while the thieves may think they are getting away with your equipment, you know their location and can alert the police, **saving you a great deal of money.**<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/geofencing-mapping/)*<br>The locations of vehicles are determined based on GPS locations received from  GPS tracking devices, which  are mobile devices carried by vehicles or assets.  The mobile devices used with that tracking application include:<br><br>1-Vehicle Trackers Family of products (e.g., VT-2300, VT-3030, VT-2630, VT-3640)<br>2-Asset Trackers Family of products (e.g., AT-730, AT-5100)<br>3-Trailer Trackers (e.g., TT-2830)<br>4-GPS Tracking Devices (e.g., LMU26H201-NXT01) |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|-------|----------------------|--------------------------------|
| | | **GPS VEHICLE TRACKERS FOR EVERY PURPOSE**<br><br>The NexTraq® Vehicle Tracker VT-3030<br><br>A versatile OBD-II telematics device for simplified GPS fleet management.<br><br>The NexTraq® Vehicle Tracker VT-3030 is an easy-to-install, flexible OBD telematics device. It is an ideal solution for the passenger or light-duty vehicle applications where access to the vehicle diagnostics interface (OBD-II) is essential for monitoring vehicle health and driver behavior.<br><br>*(Source: Page No. 2 of https://www.nextraq.com/services/vehicle-tracking/)*<br><br>**THE NEXTRAQ® VEHICLE TRACKER VT-2630**<br><br>Leading edge fleet tracker for advanced fleet management with extensive capabilities.<br><br>The NexTraq® Vehicle Tracker VT-2630 is a fleet tracking device incorporating a powerful processing engine, LTE Cat 1 connectivity and built-in triple-axis accelerometer. Hidden from your driver's view, it's optimal for measuring driver behavior, vehicle performance and location throughout the day.<br><br>*(Source: Page No. 2 of https://www.nextraq.com/services/vehicle-tracking/ )* |

7

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|-------|----------------------|---------------------------------|
| | | **THE NEXTRAQ® VEHICLE TRACKER VT-3640**<br><br>**Robust telematics device built for dynamic flexibility.**<br><br>The NexTraq® Vehicle Tracker VT-3640 is a next generation telematics device that can take sensors, Garmin connections, and be used as a three-wired connector. Equipped with built-in ECU (Engine Control Unit) vehicle interface technologies, odometer, and engine diagnostic trouble codes (DTC) for both light and heavy-duty vehicles.<br><br>*(Source: Page No. 3 of https://www.nextraq.com/services/vehicle-tracking/ )*<br><br>*(Source: Page No. 1 of https://www.ebay.com/itm/272838073110)* |

8

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| | |  The NexTraq® SmartOne C Satellite Asset Tracker (AT-5100) is a satellite-managed asset tracker that utilizes comparative GPS positions and sensors to gather and transmit asset status information. *(Source: Page No. 2 of https://www.nextraq.com/services/asset-tracking/)* Certified for use in the harshest conditions by the U.S. Department of Defense, this intrinsically-safe device features a built-in solar panel to help ensure battery life for up to ten years. NexTraq® Solar Asset Tracker (AT-5200) is a superior choice for use in remote conditions within virtually every industry. *(Source: Page No. 1 of https://www.nextraq.com/services/asset-tracking/)* |

9

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Co., LLC's Pʀᴇʟɪᴍɪɴᴀʀʏ Iɴғʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴs
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| | |  **The NexTraq® Asset Tracker (AT-730)** is an LTE-enabled, battery-operated, cellular asset tracker designed for multiyear deployment. Simple to install, this tracking device is perfect for unpowered assets in extreme and rugged environments. *(Source: Page No. 2 of https://www.nextraq.com/services/asset-tracking/)*  **The NexTraq® Trailer Tracker (TT-2830)** is a versatile asset tracker built for flexibility, with extensive monitoring capabilities to meet your needs. With a record of excellent field performance, it's ideal for assets. It is ideal for assets that are tethered but may sit disconnected to power sources for extended periods of time. *(Source: Page No. 3 of https://www.nextraq.com/services/asset-tracking/)* |

10

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| | | <br>*(Source: Page No. 1 of https://www.ebay.com/itm/174395543130?chn=ps&norover=1&mkevt=1&mkrid=711-213727-13078-0&mkcid=2&itemid=174395543130&targetid=4580359295528874&device=c&mktype=&googleloc=&poi=&campaignid=437225724&mkgroupid=1228154759183859&rlsatarget=pla-4580359295528874&abcId=9300907&merchantid=51291&msclkid=ac556c89a9351a832f4c0fa25eb06e08 )* |
| 1-a | administering a first information sharing environment comprising a first network of computing devices used by a tracking service to share event notifications with groups of users of the tracking service who are | See 1-p for tracking events, mobile devices, and mobile device locations.<br><br>NexTraq administers an information sharing environment (ISE) used to provide a tracking service using the Accused Application.<br><br>3. SERVICES DESCRIPTION.<br><br>3.1 The Services include access to our Platform that allows you to receive access and view Fleet Data generated by our telematics-based vehicle and asset tracking service.  From time to time, we may develop and provide Platform updates, upgrades, bug fixes, patches, or new features, or modify or delete in their entirety certain features and functionality. You agree that NexTraq has no obligation to provide such updates or to continue to provide or enable any particular features or functionality.<br><br>Source: https://www.nextraq.com/terms-and-conditions/<br><br>The ISE is implemented using a first network of computing devices comprising NexTraq servers, which are used by NexTraq's tracking service. |

11

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| | identified by corresponding user identification codes (UIDs), said tracking service using a tracking application software executed in a server that enables each user to access a user account served by the tracking service based on a corresponding UID; |  *Figure 1:  NexTraq Fleet Tracking Platform Overview* *(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)* The NexTraq Servers  **What is NexTraq's tech stack?** NexTraq uses these technologies: Microsoft Sharepoint 2013, Crazy Egg, Dell PowerEdge T100 Tower Server, Dell PowerEdge R805 Rack Server, Dell PowerEdge R715 Rack Server, Amazon AWS Identity and Access Management (IAM) See More *(Source: Page No. 4 of https://www.infotelligent.com/company/verizon-networkfleet/company/3485751)* The Accused Application when executed in NexTraq Servers is used to share event notifications via more than 37 reports and 25 alerts. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| | | **NEXTRAQ FLEET TRACKING HELPS IMPROVE CUSTOMER SERVICE** <br><br> With the NexTraq Fleet Tracking solution, you are able to gain clear insight into your fleet operations, allowing you to pinpoint exactly where improvements need to be made. With more than 37 reports and 25 alerts, you can make sure your employees are working productively and providing your customers with exceptional service. The Fleet Dispatch application and ClearPath routing feature ensure that your drivers are able to arrive to appointments on schedule, without running into any mishaps. By utilizing our fleet tracking solution, you are given the tools necessary to enhance your customer service levels and improve the success of your service business. <br><br> https://www.nextraq.com/resource/improving-customer-service-with-nextraq/ <br><br> Alerts comprise e-mails when alert thresholds are crossed. <br><br> **Alerts Tab** <br><br> The Alerts tab options allow you to establish alert thresholds and to send notification emails when those thresholds are crossed. Alerts may cover all mobile units, selected fleets, or selected mobile units. Alerts may be sent to any email-enabled computer or other Internet capable device. The units for the speed alert (miles or kilometers) are defined in User Preferences. <br><br> *(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br><br> The event notifications are shared with NexTraq customers and their employees after each customer submits and Order Form, whuch is accepted by NexTraq. <br><br> 1. INTRODUCTION; DEFINED TERMS.  These terms and conditions, together with any and all NexTraq authorized Order Forms submitted by you and accepted by us (each, an "Order Form" ), constitute the agreement (the "Customer Agreement") governing your use of the Services (as defined below). If we do not accept an Order Form from you for certain Services, any terms referring to those particular Services do not apply to you. <br><br> *(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/)* |

13

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|-------|----------------------|--------------------------------|
| | | Customers that use the Accused Application include, among others, FLEETCOR, Lee Health and Weyerhaeuser.<br><br><br><br>https://www.datanyze.com/market-share/transportation-and-fleet-management--386/nextraq-fleet-tracking-market-share<br>Other customers are identified in NexTraq case studies.<br>https://www.nextraq.com/resources/case-studies/<br><br>NexTraq or administrators employed by NexTraq receives each accepted Order Form from each customer and configures the Accused Application based on the Order Form by creating a corresponding customer account and user information.<br><br><br><br>*(Source: Page No. 18 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

14

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| | | As such, each customer contiture a group of users of the tracking service.<br><br>**Users**<br>Users must be defined in order to have access to the NexTraq platform. Account Administrators will be able to add and update Users from the Admin tab. The User List contains all the users associated with the current account.<br>*(Source: Page No. 207 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>The users of the tracking service are identified by corresponding usernames which are user identification codes (UIDs).<br><br>To access the NexTraq Fleet Tracking platform, use the login address:<br>http://go.nextraq.com/login.html<br>To log into the application:<br>   1. Type your user name in the Username text box.<br>   2. Type your password in the Password text box.<br>      NOTE: If you do not have a username and/or password, please contact NexTraq Customer Support for assistance.<br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>The Accused Application enables each user to access a user account served by the tracking service based on the corresponding username i.e., UID and a password. |

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Co., LLC's Pʀᴇʟɪᴍɪɴᴀʀʏ Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴꜱ
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|-------|---------------------|-------------------------------|
|  |  | **Logging Into NexTraq Fleet Tracking Platform**<br><br>NexTraq<br><br>Username: [____]<br>Password: [____]<br>☐ Remember me for two weeks<br>Forgot Password?<br>Log In<br><br>**Figure 2:** Login Options<br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-b | providing a user interface to a tracking service administrator to identify the groups by corresponding group identification codes (GIDs) in a database (DB) accessible by the server, which associates the GIDs with the UIDs in the DB, the groups including a group identified | See 1-p for tracking events, mobile devices, and mobile device locations.<br><br>See 1-a for a first information sharing environment, a first network of computing devices, a tracking service, event notifications, groups of users, user identification codes (UIDs), tracking application software, server, a user account.<br><br>The Accused Application provides a user interface to NexTraq, or administrators employed by NexTraq who act as administrator of the tracking service to define groups of users for different customers (the groups) identified by corresponding names, for example, by Customer name, which are group identification codes (GIDs).<br><br>All Account Information fields are completed by NexTraq Administrators, Accountants or Distributor Representatives and cannot be edited from this screen. All Contact Information fields can be modified.<br><br>**Account & Contact Information**<br><br>Account Information<br>Account ID: 800186<br>Company Name: DW - Demo Transport & Package<br>Distributor Company Name: (QA) Ellis Fleetworks   Distributor Rep Name: SalesRep, Role<br>Distributor Phone: 678-762-6800   Distributor Fax:<br>Distributor Email: wellis@effleetworks.com<br><br>*(Source: Page No. 199 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| | by a GID in the DB and a first user having a first authorized user account accessible by the first user based on a first UID that identifies the first user and is associated with the GID in the DB, wherein the tracking service administrator specifies a first role for performing a first administrative function in the group; | Each customer group, i.e., a group is identified by a customer name i.e., GID stored in the in the and has an account administrator who acts as a first user having a first authorized user account.<br><br>**Users**<br>Users must be defined in order to have access to the NexTraq platform. Account Administrators will be able to add and update Users from the Admin tab. The User List contains all the users associated with the current account.<br><br>*(Source: Page No. 207 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>The first authorized user account is accessible by the account administrator based on a username which is a first UID that identifies the first user and is associated with the Customer name in the DB.<br><br>To access the NexTraq Fleet Tracking platform, use the login address: http://go.nextraq.com/login.html<br><br>To log into the application:<br>1. Type your user name in the Username text box.<br>2. Type your password in the Password text box.<br><br>NOTE: If you do not have a username and/or password, please contact NexTraq Customer Support for assistance.<br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>NexTraq or administrators employed by NexTraq specifies permissions i.e., a first role to the account administrator for performing a first administrative function in the customer group. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| | | <br><br>**Figure 308:  New User Information**<br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**12.** In the **Tab Permissions** box, all checkboxes are checked by default except the **Dispatch Tab** and **Metrics** box. Check the **Dispatch Tab** box if the user will have the **NexTraq Dispatch** solution. Check the Metrics box if the user will have permission to run the Metrics Dashboard. Uncheck the other boxes according to the user's permissions.<br><br>**13.** If the user you are creating should have access to all tabs and the ability to create other users, check the box for **Account Administrator**.<br><br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-c | assigning the first role to the first authorized user after | See 1-p for tracking events, mobile devices, and mobile device locations.<br><br>See 1-a for a first information sharing environment, a first network of computing devices, a tracking service, event notifications, groups of users, user identification codes (UIDs), tracking application software, server, a user account. |

18

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| | granting access to the first authorized user account, said first role, which is associated with the first UID, enabling the first authorized user to perform the first administrative function, which includes 1) identifying a second authorized user in the group having a second authorized user account accessible by the second user based on a second UID associated with the GID and 2) specifying a second role to | See 1-b for tracking service administrator, group identification codes (GIDs), database (DB), first user, first authorized user account, first UID, and first administrative function.

The Accused Application assigns the permissions i.e., first role to the account administrator after granting access to the first authorized user account based on the username and password of the account administrator.



(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)

The permissions i.e., first role is associated with the username of the account administrator which enables the account administrator to perform the first administrative function which includes defining a user such as fleet manager as a second authorized user in the customer group. |

19

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| | the second authorized user; | **Admin Tab**<br><br>The Admin tab options allow you to edit, update, and maintain the application's data. You can perform the following administrative tasks on the Admin tab:<br><br>▪ Create, name, modify, delete, and set expiration dates for **Locations**<br>▪ Create, name, modify, delete, and set expiration dates for **Zones**<br>▪ Name **Mobiles** and edit mobile unit information<br>▪ Create Fuel Purchase records<br>▪ Create, modify, and delete **Driver** information<br>▪ Create, modify, and delete **Fleets**<br>▪ Make **Driver**-mobile assignments<br>▪ Edit **Account** contact information<br>▪ Maintain Fuel Information<br>▪ Activate Fuel Cards<br>▪ Create, edit, and delete custom map layers<br>▪ Create and edit **Users**.<br><br>*(Source: Page No. 168 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**The NexTraq Fleet Metrics** application integrates data from the NexTraq platform to provide a snapshot of a mobile's or fleet's performance on a single screen. It is a dashboard module designed to enable fleet managers to track high-level performance metrics and to identify trends and patterns in driver behavior over a given time frame. Focusing on a single driver or an entire fleet, Fleet Metrics reviews key data on each vehicle. Using up to 12 months' of data, you can compare actual performance against goals, identifying strengths and areas for improvement. These performance metrics include **Idle Time**, **Miles (or Kilometers) Driven**, **Engine On Time**, **Stopped Time**, **Moving Time**, and **Speed Alerts**.<br><br>*(Source: Page No. 87 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>The fleet manager who is a second authorized user in the customer group has a second authorized user account which is accessible by the fleet manager based on a second UID, such as username of the fleet manager associated with the customer name. |

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Co., LLC's Pʀᴇʟɪᴍɪɴᴀʀʏ Iɴғʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴs
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
|  |  | **Logging Into NexTraq Fleet Tracking Platform**<br><br>Figure 2:   Login Options<br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>The first administrative function includes specifying a second role to the fleet manager i.e., second authorized user.<br><br>**Figure 308:  New User Information** |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**12.** In the **Tab Permissions** box, all checkboxes are checked by default except the **Dispatch Tab** and **Metrics** box. Check the **Dispatch Tab** box if the user will have the **NexTraq Dispatch** solution. Check the Metrics box if the user will have permission to run the Metrics Dashboard. Uncheck the other boxes according to the user's permissions.<br><br>**13.** If the user you are creating should have access to all tabs and the ability to create other users, check the box for **Account Administrator**.<br><br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-d | assigning the second role to the second authorized user after granting access to the second authorized user account based on the second ID, which is associated with the second role in the DB, the first role or the second role being used for setting a zone, an event condition and an access list; | See 1-p for tracking events, mobile devices, and mobile device locations.<br><br>See 1-a for a first information sharing environment, a first network of computing devices, a tracking service, event notifications, groups of users, user identification codes (UIDs), tracking application software, server, a user account.<br><br>See 1-b for tracking service administrator, group identification codes (GIDs), database (DB), first user, first authorized user account, first UID, and first administrative function.<br><br>See 1-c for a second authorized user, a second authorized user account, a second UID and a second role.<br><br>The Accused Application assigns the permissions i.e., second role to the fleet manager i.e., a second authorized user after granting access to the second authorized user account based on the username and password of the fleet manager which is associated with the permissions i.e., a second role in the DB maintained by AWS server. |

22

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| | |  *(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>The permissions, i.e., the first role of the account administrator is used for setting a zone. |

23

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| | |  |

**Creating Zones**

To create a zone:

1. Choose Create Zone from the Admin Zones submenu or, from the Zone List screen, click Create Zone.

2. The Create Zone screen displays with your default location centered in the map and noted by a green shape with a centered red marker.

NOTE: Upon opening, the map centers on your account address.

Figure 260:  Initial Zone Position and New Zone Defined

*(Source: Page No. 177 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

The permissions, i.e., the first role of the account administrator, are used for setting an event condition such as entering or exiting a geofenced area.

24

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Co., LLC's Pʀᴇʟɪᴍɪɴᴀʀʏ Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴs
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| | | **Geofencing**<br><br>Powered by Google™ Maps, NexTraq's geofencing technology allows you to create a virtual boundary around jobsites, vendors, customer locations —even areas you don't want your vehicles to enter. When your vehicles enter or exit these geofenced areas, you'll receive an alert.How can geofencing help your business?<br><br>• **Arrival and departure times:** Let's say you want to know when your employees are on a jobsite. By drawing a geofence around the site, you can set up alerts to easily monitor when your employees arrive or leave from that location. Not only that, you can monitor for **unauthorized vehicle use** during working hours.<br>• **Payroll and time management:** For payroll purposes and billing accuracy, geofences are a game changer. Automatic alerts can be used to notify you when your vehicles arrive and depart from a jobsite. This creates a virtual time card, logging the time spent on the job. This can prove to be beneficial for employees who are paid by the hour or service workers who have charge-out rates.<br>• **Asset protection:** Problems with unauthorized use of company vehicles puts more than your asset at risk. A vehicle used after-hours or without permission can result in **liability issues**, **increased insurance premiums**, **damaged property**, and increased **downtime**. Triggered alerts can be used to notify you when a vehicle or piece of equipment moves outside of a geofenced area. This not only **provides additional security**, it offers peace of mind that your vehicles are safe.<br>• **Stolen equipment:** When a piece of equipment or a vehicle is moved outside of your geofence, you can receive an alert to notify you right when this action occurs. These alerts will only notify you so while the thieves may think they are getting away with your equipment, you know their location and can alert the police, saving you a great deal of money.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/geofencing-mapping/)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| | |  (*Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf*)<br><br>The permissions, i.e., the first role of the account administrator is used for setting an access list which identifies the email addresses of the recipients of the notifications. |

26

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| | |  |

**Alerts Tab**

The Alerts tab options allow you to establish alert thresholds and to send notification emails when those thresholds are crossed. Alerts may cover all mobile units, selected fleets, or selected mobile units. Alerts may be sent to any email-enabled computer or other Internet capable device. The units for the speed alert (miles or kilometers) are defined in User Preferences.

*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

Also, the access list is created by the account administrator to define permissions of the users, which allow them to view alert tab inlcuding event notifications.

**Figure 308:  New User Information**

*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

27

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| 1-e | receiving the zone, wherein the zone defines a boundary having coordinates specified on a map; | See 1-p for tracking events, mobile devices, and mobile device locations.<br><br>See 1-a for a first information sharing environment, a first network of computing devices, a tracking service, event notifications, groups of users, user identification codes (UIDs), tracking application software, server, a user account.<br><br>See 1-b for tracking service administrator, group identification codes (GIDs), database (DB), first user, first authorized user account, first UID, and first administrative function.<br><br>See 1-c for a second authorized user, a second authorized user account, a second UID and a second role.<br><br>See 1-d for granting access to the second authorized user account, a zone, an event condition and an access list.<br><br>The Accused Application receives a zone which defines a boundary having latitude and longitude coordinates specified on a map.<br><br>After signing into the platform, you will see the **Find** tab in a map view which can be modified in your User Preferences. The **Find** tab provides the capability to:<br>    ▪ Locate one or more mobile units from a Mobile list or selected fleet<br>    ▪ Find saved locations<br>    ▪ Locate zone that has been defined using the **Admin** tab<br>    ▪ Locate a specific address<br>    ▪ Find a location using its latitude and longitude coordinates<br>    ▪ Create saved locations from the site of mobile(s), addresses found, or latitude and longitude coordinates<br>*(Source: Page No. 29 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-f | receiving the event condition, wherein the event condition is met after a mobile device in | See 1-p for tracking events, mobile devices, and mobile device locations.<br><br>See 1-a for a first information sharing environment, a first network of computing devices, a tracking service, event notifications, groups of users, user identification codes (UIDs), tracking application software, server, a user account. |

28

PerDiemCo LLC v. NexTraq

PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS

U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| | the group crosses the boundary; | See 1-b for tracking service administrator, group identification codes (GIDs), database (DB), first user, first authorized user account, first UID, and first administrative function.<br><br>See 1-c for a second authorized user, a second authorized user account, a second UID and a second role.<br><br>See 1-d for granting access to the second authorized user account, a zone, an event condition and an access list.<br><br>See 1-e for boundary having coordinates.<br><br>The Accused Application receives the event condition, such as entering or exiting a geofenced area which is met after a mobile device, such as vehicle tracker, asset tracker, trailer tracker or GPS tracking device carried by a vehicle or an asset in the customer group crosses the boundary of the zone.<br><br>**Geofencing**<br>Powered by Google™ Maps, NexTraq's geofencing technology allows you to create a virtual boundary around jobsites, vendors, customer locations—even areas you don't want your vehicles to enter. When your vehicles enter or exit these geofenced areas, you'll receive an alert. How can geofencing help your business?<br><br>• **Arrival and departure times:** Let's say you want to know when your employees are on a jobsite. By drawing a geofence around the site, you can set up alerts to easily monitor when your employees arrive or leave from that location. Not only that, you can **monitor for unauthorized** vehicle use during working hours.<br>• **Payroll and time management:** For payroll purposes and billing accuracy, geofences are a game changer. Automatic alerts can be used to notify you when your vehicles arrive and depart from a jobsite. This creates a virtual time card, logging the time spent on the job. This can prove to be beneficial for employees who are paid by the hour or service workers who have charge-out rates.<br>• **Asset protection:** Problems with unauthorized use of company vehicles puts more than your asset at risk. A vehicle used after-hours or without permission can result in **liability issues, increased insurance premiums, damaged property,** and increased **downtime.** Triggered alerts can be used to notify you when a vehicle or piece of equipment moves outside of a geofenced area. This not only **provides additional security,** it offers peace of mind that your vehicles are safe.<br>• **Stolen equipment:** When a piece of equipment or a vehicle is moved outside of your geofence, you can receive an alert to notify you right when this action occurs. These alerts will only notify you so while the thieves may think they are getting away with your equipment, you know their location and can alert the police, **saving you a great deal of money.**<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/geofencing-mapping/)* |

29

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| 1-g | receiving the access list, wherein the access list identifies one or more recipients of an event notification; and | See 1-p for tracking events, mobile devices, and mobile device locations.<br><br>See 1-a for a first information sharing environment, a first network of computing devices, a tracking service, event notifications, groups of users, user identification codes (UIDs), tracking application software, server, a user account.<br><br>See 1-b for tracking service administrator, group identification codes (GIDs), database (DB), first user, first authorized user account, first UID, and first administrative function.<br><br>See 1-c for a second authorized user, a second authorized user account, a second UID and a second role.<br><br>See 1-d for granting access to the second authorized user account, a zone, an event condition and an access list.<br><br>See 1-e for boundary having coordinates.<br><br>The Accused Application receives an access list that identifies one or more recipients of an event notification in the form of e-mails.<br><br>**Alerts Tab**<br><br>The Alerts tab options allow you to establish alert thresholds and to send notification emails when those thresholds are crossed. Alerts may cover all mobile units, selected fleets, or selected mobile units. Alerts may be sent to any email-enabled computer or other Internet capable device. The units for the speed alert (miles or kilometers) are defined in **User Preferences**.<br><br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>Also, the access list is created by the account administrator to define permissions of the users, which allow them to view alert tab inlcuding event notifications. |

30

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|-------|----------------------|---------------------------------|
| | | <br><br>**Figure 308:  New User Information**<br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-h | conveying the event notification only to the one or more recipients after the event condition is met. | See 1-p for tracking events, mobile devices, and mobile device locations.<br><br>See 1-a for a first information sharing environment, a first network of computing devices, a tracking service, event notifications, groups of users, user identification codes (UIDs), tracking application software, server, a user account.<br><br>See 1-b for tracking service administrator, group identification codes (GIDs), database (DB), first user, first authorized user account, first UID, and first administrative function.<br><br>See 1-c for a second authorized user, a second authorized user account, a second UID and a second role.<br><br>See 1-d for granting access to the second authorized user account, a zone, an event condition and an access list.<br><br>See 1-e for boundary having coordinates. |

31

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| | | See 1-g for access list identifies one or more recipients.<br><br>The Accused Application conveys the event notifications after determining that the event condition is met, in the form of reports, or e-mails only to the one or more recipients, such as users having permissions to alert tab or fleet manager who are on the access list.<br><br>The Alerts report contains the following information:<br>  • Date range of the report<br>  • Mobile name<br>  • Date of alert<br>  • Time alert triggered<br>  • Driver's name<br>  • Alert type<br>  • Email address of recipient of the alert information<br>  • Location address/name, city, state, zip code<br>*(Source: Page No. 115 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**Alerts Tab**<br><br>The Alerts tab options allow you to establish alert thresholds and to send notification emails when those thresholds are crossed. Alerts may cover all mobile units, selected fleets, or selected mobile units. Alerts may be sent to any email-enabled computer or other Internet capable device. The units for the speed alert (miles or kilometers) are defined in User Preferences.<br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 4. | The method of claim 1, further including receiving sensor information from a sensor that | See 1-p for tracking events, mobile devices, and mobile device locations.<br><br>See 1-a for a first information sharing environment, a first network of computing devices, a tracking service, event notifications, groups of users, user identification codes (UIDs), tracking application software, server, a user account.<br><br>See 1-b for tracking service administrator, group identification codes (GIDs), database (DB), first user, first authorized user account, first UID, and first administrative function. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| | measures temperature. | See 1-c for a second authorized user, a second authorized user account, a second UID and a second role. |
| | | See 1-d for granting access to the second authorized user account, a zone, an event condition and an access list. |
| | | See 1-e for boundary having coordinates. |
| | | See 1-g for access list identifies one or more recipients. |
| | | The Accused Application receives temperature information from a temperature sensor installed in the vehicle or asset. |
| | | **Temperature Report**<br><br>For mobiles with temperature sensors installed and properly configured, the Temperature report provides a record of temperature readings of sensor surroundings. Where maintaining a temperature within a specified range is critical, such as in a refrigerated truck, the report provides an easy method of monitoring the temperature.<br><br>Mobile units may be configured to report temperature at specific intervals. For example, some fleet managers prefer that temperatures are transmitted with every moving track and once every 15 minutes with stopped tracks. Both intervals may be configured by our Customer Support staff.<br><br>*(Source: Page No. 143 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 5. | The method of claim 1, further including receiving image information from a camera. | See 1-p for tracking events, mobile devices, and mobile device locations.<br><br>See 1-a for a first information sharing environment, a first network of computing devices, a tracking service, event notifications, groups of users, user identification codes (UIDs), tracking application software, server, a user account.<br><br>See 1-b for tracking service administrator, group identification codes (GIDs), database (DB), first user, first authorized user account, first UID, and first administrative function.<br><br>See 1-c for a second authorized user, a second authorized user account, a second UID and a second role. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,716,595

| Claim | US Patent 11,716,595 | Description of the Infringement |
|---|---|---|
| | | See 1-d for granting access to the second authorized user account, a zone, an event condition and an access list.<br><br>See 1-e for boundary having coordinates.<br><br>See 1-g for access list identifies one or more recipients.<br><br>See claim 4 for sensor information and sensor.<br><br>The Accused Application receives image information from a dashcam.<br><br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/dashcam/)*<br><br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/dashcam/)* |

34

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,716,595

**Caveat:** The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.