# Exhibit B-1

PerDiemCo LLC v. NexTraq

PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS

U.S. Patent No. 10,284,662

     This claim chart demonstrates NexTraq's infringement of U.S. Patent No. 10,284,662 and provides notice of such infringement by comparing each element of the asserted claims to corresponding components, aspects, and/or features of Accused Instrumentalities identified below ("Accused Instrumentalities"), which provide driving event information, HOS alerts and information related to state border crossing based on locations of ELD devices installed in fleets of vehicles. These claim charts include information provided by way of example and not by way of limitation.

     As used herein the Accused Instrumentalities are:

     1-NexTraq® ELD for Tablets and Smartphones (the Accused ELDs):



## NEXTRAQ® ELD FOR TABLETS AND SMARTPHONES

Simple, reliable and affordable Hours of Service (HOS), Driver Vehicle Inspection Report (DVIR) and Record of Duty Status (RODS)—also known as Driver's Log—right from your teams' tablets or smartphones. Great training and a dedicated ELD Support Team stand ready to help get your fleet ELD compliant and on the road as quickly as possible.

Start using the FMCSA-certified ELD your team deserves and the customer support you need from NexTraq—a MICHELIN group company.




https://www.nextraq.com/services/eld-compliance/

1

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY Infringement Contentions
U.S. Patent No. 10,284,662

2-NexTraq ELD Android and NexTraq ELD iOS (the Accused App.), which are executed by the Accused ELDs.

| Device Name | Model Number | Software Version | ELD Identifier | Company |
|---|---|---|---|---|
| ⊕ NexTraq ELD Android | 1.0 and above | 1.0.1905.190710 | HOS001 | NexTraq |
| ⊕ NexTraq ELD iOS | 1.0 and above | 1.0.1905.190710 | HOS001 | NexTraq |

*(Source: Page No. 1 of* [https://eld.fmcsa.dot.gov/List](https://eld.fmcsa.dot.gov/List) *)*

3-NexTraq ELD Compliance Solution and Services for the Accused ELDs (the Accused ELD platform).



IMPROVE UPTIME.
STREAMLINE
MAINTENANCE.
GET ELD
COMPLIANT.



[https://www.nextraq.com/solutions/maintenance-compliance/](https://www.nextraq.com/solutions/maintenance-compliance/)

2

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

The Accused instrumentalities are offered by NexTraq to its customers based on orders submitted by customers and agreed to by NexTraq.

1. INTRODUCTION; DEFINED TERMS.  These terms and conditions, together with any and all NexTraq authorized Order Forms submitted by you and accepted by us (each, an "Order Form" ), constitute the agreement (the "Customer Agreement") governing your use of the Services (as defined below). If we do not accept an Order Form from you for certain Services, any terms referring to those particular Services do not apply to you.

https://www.nextraq.com/terms-and-conditions/

The Accused Instrumentalities include products and services and products of third parties that are offered by NexTraq for sale to and used by its customers.

and all other data made available by us through the Platform for the purpose of providing the Services to you; "Services" means (a) our telematics-based vehicle and asset location service that uses the Global Positioning System and Tracking Devices for position location reporting and a wireless or satellite network operated by one or more third parties for data communications, together with any and all other services and add-ons (including, but not limited to, third-party services) offered by NexTraq for use in connection with such service and purchased or used by you, (b) the Platform (as defined below), (c) the operation of one or more Tracking Devices or other Equipment, (d) if you submit and we accept an Order Form for online Services, any APIs and other items made available by NexTraq for fulfillment of those Services, and (e) any other or additional services provided to you by NexTraq; "Tracking Device" means a vehicle or asset mounted wireless tracking device provided by us to enable your authorized use of the Services in the operation of a single vehicle; "Equipment" means any Tracking Device or other hardware item provided by NexTraq for use in furtherance of the Services; and "Platform" means the NexTraq service platform by which the Customer or User may receive access and view Fleet Data generated by the telematics-based vehicle an asset tracking service, including any audio and visual devices, and through a web browser, mobile application, or any other means of access provided by NexTraq.

https://www.nextraq.com/terms-and-conditions/

Upon information and belief, NexTraq is a reseller of "White Labelled Hours of Service" offered by Vistracks Inc..   The services, known as VisTracks Hours of Service (HOS), are tablet/smartphone, like the Accused ELDs, and portal applications, like thosed offered on the accused ELD platform, which are compliant with US Department of Transportation Hours of Service regulations. VisTracks is part of Omnitracs, a SaaS-based fleet management and data analytics solution used in transportation technology (Omnitracs),  (https://www.vistracks.com/about-us/).  Upon information and belief, Omnitracs has Acquired VisTracks and act as its parent company (https://www.vistracks.com/omnitracs-acquires-vistracks-accelerates-innovation-of-omnitracs-one-platform-and-expansion-into-smb-market/).

3

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

Upon information and belief, Vistrack has registered its products with the Federal Motor Carrier Safety Administration (FMCSA).

| Search: vistrack | | | | |
|---|---|---|---|---|
| **Device Name** | **Model Number** | **Software Version** | **ELD Identifier** | **Company** |
| ⊕ Hours of Service | Android & Trackit | 3.0.2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours of Service | iOS & CalAmp 3035 | 2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours of Service | Android & CalAmp 3035 | 3.0.2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours of Service | Android & Calamp 3640 | 3.0.2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours of Service | iOS and CalAmp 3640 | 2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours of Service | iOS & Trackit | 2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours Of Service | iOS & GenEx GNX-6 | 2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours Of Service | Android & IOSiX | 3.0.2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours Of Service | iOS & CalAmp4230 | 2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours Of Service | Android & Atlas | 3.0.2116.210920 | HOS001 | VisTracks, Inc. |

https://eld.fmcsa.dot.gov/List

Vistrack's user guide for its products (the Vistrack User Guide) is publically available for download at (https://eld.fmcsa.dot.gov/List).



**VisTracks – Hours of Service**

April 2019/ V1.0.1825-1905

4

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

"NexTraq LLC – NexTraq ELD" is a user guide for using the Accused ELDs (the NexTraq ELD User Guide).   NexTraq ELD User Guide is publically available for download using *https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0b56-27fd-e053-0100007fc755)*.



**NexTraq LLC – NexTraq ELD**
January 2019/ V1.0.1817-1824

The NexTraq ELD User Guide is substantively identical to the Vistrack User Guide.  Upon information and belief, Vistrack is the author of the NexTraq ELD User Guide.

Upon information and belief, Vistracks and Omnitracks, either alone or jointly, are administrators of the Accused ELD Platform acting on behalf of NexTraq (the ELD Administrator).

The analysis set forth below is based only upon information from publicly available resources regarding the Infringing Instrumentalities. An analysis of NexTraq's technical documentation and/or software source code, may assist in fully identifying all infringing features and functionality. Accordingly, PerDiemCo reserves the right to supplement this infringement analysis once such information is made available to PerDiemCo. Furthermore, PerDiemCo reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claim.

Unless otherwise noted, PerDiemCo alleges that NexTraq directly infringes the '662 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Infringing Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, PerDiemCo further contends that the evidence below supports a finding of indirect or contributory infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. NexTraq makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell,

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claims the '662 patent, including without limitation, the Accused Instrumentalities.

Unless otherwise noted, PerDiemCo alleges that each element of each claim asserted herein is literally met through NexTraq's provision of the Accused Instrumentalities. However, to the extent that NexTraq attempts to allege that any asserted claim element is not literally met, PerDiemCo believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Infringing Instrumentalities, PerDiemCo did not identify any substantial differences between the elements of the patent claim and the corresponding features of the Infringing Instrumentalities, as set forth herein. In each instance, the identified feature of the Infringing Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, PerDiemCo asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim. PerDiemCo reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by NexTraq. PerDiemCo also reserves the right to amend this infringement analysis by citing other claims of the '662 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. PerDiemCo further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

| Claim | US Patent 10,284,662 | Description of the Infringement |
|---|---|---|
| Indep. Cl. 1 1-p | 1. A computing device having a device ID configured to track a driver that uses the computing device in a vehicle, the computing device comprising: | Each Accused ELD is a computing device having a device ID, which used for tracking a driver's Hours of Service (HOS). <br><br> Device table below. <br><br> (Source: Page No. 1 of https://eld.fmcsa.dot.gov/List ) |

Device table:

| Device Name | Model Number | Software Version | ELD Identifier | Company |
|---|---|---|---|---|
| NexTraq ELD Android | 1.0 and above | 1.0.1905.190710 | HOS001 | NexTraq |
| NexTraq ELD iOS | 1.0 and above | 1.0.1905.190710 | HOS001 | NexTraq |

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Co., LLC's PRELIMINARY Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴs
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      | **NEXTRAQ® ELD FOR TABLETS AND SMARTPHONES** Simple, reliable and affordable Hours of Service (HOS), Driver Vehicle Inspection Report (DVIR) and Record of Duty Status (RODS)—also known as Driver's Log—right from your teams' tablets or smartphones. Great training and a dedicated ELD Support Team stand ready to help get your fleet ELD compliant and on the road as quickly as possible. *(Source: Page No. 1 of https://www.nextraq.com/services/eld-compliance/)* <br><br> • **Transfer via Web Service** - this option enables the user to submit ELD output files, and verify that the ELD's certificate, ELD Identifier and Registration ID are still valid. <br><br> *Source: Page No. 42 of* https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755 *)* <br><br> The Accused App. when executed configures the Accused ELD to track a driver that uses the Accused ELD in a vehicle. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|---|---|---|
|  |  |  *(Source: Page No. 1 of  https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0b56-27fd-e053-0100007fc755)* |
| 1-a | one or more wireless interfaces configured to interface with a network that provides access to a driver user account of the driver in a database management system application (DBMSA) administered by an administrator that maintains a database (DB) | See 1-p for computing device, the device ID, track a driver. <br><br> The Accused ELD has a wireless interfaces with a data network for Internet access. <br><br> Ensure that the tablet/mobile phone is connected to a data network or Wi-Fi network with internet access. <br> *(Source: Page No. 132 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* <br><br> The wireless interfaces for internet access are configured to provide log in access to a driver user account with user name and password. <br><br> <table><tr><td>Username is required.</td><td>Ensure that the username field is not empty.</td></tr><tr><td>Password is required.</td><td>Ensure that the password field is not empty.</td></tr><tr><td>Login timed out.</td><td>Ensure that the tablet/mobile phone is connected to a data network or Wi-Fi network with internet access.</td></tr></table> <br> *(Source: Page No. 132 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

8

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Co., LLC's PRELIMINARY Iɴғʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴs
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|---|---|---|
| | that identifies the computing device with the device ID; |  *(Source: Page 120 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The driver user account is accessed in a web portal, which constitutes a database management system application (DBMSA), which maintains data associated with each driver account. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|---|---|---|
| | | *Login to Portal → Go to the Drivers Management page → Select on New Driver button or select the Edit driver button → Enable the Exempt Driver option*<br><br>(Source: Page No. 127 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)<br><br>The DBMSA, which is implemensted on the Accused ELD platform is administered by or on behalf of NexTraq by an ELD administraor.<br><br><br><br>NexTraq® is ready to help with the automated scheduling tools, hours of service (HOS), records of duty status (RODS), driver-vehicle inspection report (DVIR), engine diagnostic alerts and maintenance logs you need to help keep your vehicles performing at their best.<br><br>https://www.nextraq.com/solutions/maintenance-compliance/ |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|---|---|---|
| | | |
| 1-b | a location tracking software application (LTA) executed in the computing device, wherein the LTA records driving event information related to driving events that occur if the driver powers on and drives the vehicle, said driving event information comprising driving event location information associated with the device ID, said driving events including a power-on driving event that occurs when the LTA | See 1-p for computing device, the device ID, track a driver.<br><br>See 1-a for wireless interfaces, network, database management system application (DBMSA), driver user account, administrator, database (DB).<br><br>The Accused App. is a location tracking software application (LTA) executed in the Accused ELD to records driving event information related to HOS driving events.<br><br>**2 Customizing the NexTraq ELD App Preferences**<br>The app's settings and preferences can be customized in the Hours of Service Preferences screen.<br><br>To navigate to this part of the app, select the ▤ icon or swipe the screen to the right to display the main navigation menu, select the *Settings* option and then select the *Hours of Service* option, this will display the Settings screen.<br>*(Source: Page No. 9 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The HOS driving events are recorded if the driver powers on and drives the vehicle.<br><br>Published by the Federal Motor Carrier Safety Administration (FMCSA), the ELD mandate requires most commercial vehicles operating in the country to install ELDs by December 2019. The ELD mandate was developed to promote driver safety and accountability in the trucking industry— but achieving ELD compliance hasn't felt as straightforward as it should.<br><br>https://www.nextraq.com/resource/eight-essential-features-for-eld-compliance/<br><br>The HOS driving event information comprising driving event location information associated with the device ID, |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|---|---|---|
| | determines that the vehicle is powered on, the LTA being configured to: |  *(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The driving events includes a power-on driving event that occurs when the Accused App. determines that the vehicle is powered on. *)*<br><br>Events such as Power On, Power Off, Driving and OnDuty are automatically created when connecting to a device. Auto events created were recorded<br><br>*(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|---|---|---|
| 1-c | provide a log-in interface that allows the driver to log into the driver user account with a driver user ID and a driver password to access the recorded driving events information, | See 1-p for computing device, the device ID, track a driver.<br><br>See 1-a for wireless interfaces, network, database management system application (DBMSA), driver user account, administrator, database (DB).<br><br>See 1-b for Location Tracking Software Application (LTA), driving event information, driving events, driving event location information and power-on driving event.<br><br>The Accused App.  a log-in interface that allows the driver to log into the driver user account a driver password to access the recorded HOS events information such as "Driving", "On duty", "Off Duty", etc.<br><br><br><br>*(Source: Page No. 120 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

13

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|---|---|---|
| | |  *(Source: Page No. 52 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*  *(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 1-d | log driving event location information corresponding to locations of | See 1-p for computing device, the device ID, track a driver. See 1-a for wireless interfaces, network, database management system application (DBMSA), driver user account, administrator, database (DB). See 1-b for Location Tracking Software Application (LTA), driving event information, driving events, driving event location information and power-on driving event. |

14

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|---|---|---|
| | the driving events, | See 1-c for log-in interface, driver user Id, driver password, and access the recorded driving events information.<br><br>The NexTraq ELD app i.e., location tracking application logs location information corresponding to the driving events, such as "Driving", "On duty", "Off Duty".<br><br><br><br>*(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 1-e | record a first driving event information based on a movement driving event which occurs after the power- | See 1-p for computing device, the device ID, track a driver.<br><br>See 1-a for wireless interfaces, network, database management system application (DBMSA), driver user account, administrator, database (DB).<br><br>See 1-b for Location Tracking Software Application (LTA), driving event information, driving events, driving event location information and power-on driving event. |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|---|---|---|
| | on driving event by meeting a first driving event condition, said first driving event condition being met when the LTA determines that the vehicle is moving, wherein the recorded first driving event information comprises a logged driving event location information that corresponds to a location of the movement driving event, | See 1-c for log-in interface, driver user Id, driver password, and access the recorded driving events information. <br><br> The Accused App. records "Driving" event, which is a first driving event information based on a movement the occurs after Power On event. The Driving event is recorded when a speed event condition of 5 miles per hour is met. <br><br>  <br><br> *(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* <br><br> Driving Event Condition <br><br> (3) An ELD's set speed threshold for determination of the in-motion state for the purpose of this section must not be configurable to greater than 5 miles per hour. <br><br> *(Source: Page No. 61 of https://www.fmcsa.dot.gov/sites/fmcsa.dot.gov/files/docs/1153_DOTFMCSA_ELDTestProcedure_508_Combined_V1_LL.pdf)* |

16

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|-------|----------------------|--------------------------------|
| 1-f | provide a first user interface that allows the driver to edit the recorded driving event information after the driver logs into the driver user account, and | See 1-p for computing device, the device ID, track a driver.

See 1-a for wireless interfaces, network, database management system application (DBMSA), driver user account, administrator, database (DB).

See 1-b for Location Tracking Software Application (LTA), driving event information, driving events, driving event location information and power-on driving event.

See 1-c for log-in interface, driver user Id, driver password, and access the recorded driving events information.

See 1-e for first driving event information, a movement driving event, and first driving event condition.

The Accused App. provides an user interface that allows the driver to edit the recorded driving event information after the driver logs into the driver user account

User Interface to Edit the Recorded Driving Event Information

*5.2.12 Edit a Log*
Only driver logs that have not yet been certified can be edited, you will have to uncertify a driver log in order to update its contents, to do this, tap the Edit button to uncertify the selected log and reopen it for editing:
*(Source: Page No. 56 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|---|---|---|
| | | **Modify Log Event via Grid View Mode**<br><br>(Source: Page No. 60 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755) |
| 1-g | cause the recorded driving event information to be transmitted to the DBMSA using the one or more wireless interfaces; and | See 1-p for computing device, the device ID, track a driver.<br><br>See 1-a for wireless interfaces, network, database management system application (DBMSA), driver user account, administrator, database (DB).<br><br>See 1-b for Location Tracking Software Application (LTA), driving event information, driving events, driving event location information and power-on driving event.<br><br>See 1-c for log-in interface, driver user Id, driver password, and access the recorded driving events information.<br><br>See 1-e for first driving event information, a movement driving event, and first driving event condition.<br><br>See 1-f for edit the recorded driving event information.<br>Driver's ELD records contain HOS driving event information that are transferred via e-mail. |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      | Tap the ***Data Transfer*** button to transfer data of the compilation of the driver's ELD records. Once tapped, a selection of the supported data transfer options by the ELD will prompt to the user. The available data transfer options for iOS app are Bluetooth, Email and Web Service only.  *(Source: Page No. 37 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* <br><br> The log PDF contains the driving eevnt information that can be e-mailed to the portal. <br><br> ELD Output file i.e., the recorded driving event information is sent i.e., transmitted to the web-portal i.e., database management system application using the internet connection i.e., wireless interface. <br><br> *5.2.11 Email a Log* <br> When driver need to email a certified logs PDF to the back office, the driver can send directly from the **Mobile App** used (e.g Gmail app for Android) or have the HOS **Server** send the email instead of sending it directly from the mobile device. <br> *(Source: Page No. 54 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|---|---|---|
| | | When a certified log has been edited in the portal, it prompts the driver to either accept or reject the proposed changes through the "Edit Suggestions" dialog. Once the driver accepts an edit request, it will display a note on the daily driver's title log stating "***Recertify***", which indicates the log needs to be certified again in order to include the records changes. *Source: Page No. 48 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755* |
| 1-h | a display that is configured to display the recorded driving event information. | See 1-p for computing device, the device ID, track a driver. See 1-a for wireless interfaces, network, database management system application (DBMSA), driver user account, administrator, database (DB). See 1-b for Location Tracking Software Application (LTA), driving event information, driving events, driving event location information and power-on driving event. See 1-c for log-in interface, driver user Id, driver password, and access the recorded driving events information. See 1-e for first driving event information, a movement driving event, and first driving event condition. See 1-f for edit the recorded driving event information. See 1-g for driving event information to be transmitted to the DBMSA. The Accused ELD has a display that is configured to display the HOS duty status i.e., recorded driving event information. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|---|---|---|
| | | Selecting the **Logs** button from the **HOS Main Screen** will display the current days log and provide the ability to navigate backwards to view the previous seven logs:<br><br><br><br>(*Source: Page No. 43 of* https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755) |
| 3. | The device of claim 1, wherein the LTA is configured to record a second driving event information when a non-movement driving event occurs after the | See 1-p for computing device, the device ID, track a driver.<br><br>See 1-a for wireless interfaces, network, database management system application (DBMSA), driver user account, administrator, database (DB).<br><br>See 1-b for Location Tracking Software Application (LTA), driving event information, driving events, driving event location information and power-on driving event.<br><br>See 1-c for log-in interface, driver user Id, driver password, and access the recorded driving events information.<br><br>See 1-e for first driving event information, a movement driving event, and first driving event condition. |

21

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|---|---|---|
| | movement driving event by meeting a second driving event condition, said second driving event condition being met when the LTA determines that the vehicle is not moving. | See 1-f for edit the recorded driving event information.<br><br>See 1-g for driving event information to be transmitted to the DBMSA.<br><br>See 1-h for display.<br><br>The Accused App. is configured to record OffDuty status, which is a non-movement driving event occur after the occurs after the "Driving" status,<br><br><br><br>*(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The non-movement driving event is detected based on second driving event condition when the Accused App. determines that the vehicle is not moving, i.e., is stopped.    Such stop is detected when the speed stays at 0 miles per hour for three consecutive seconds i.e., second driving event condition is met when the vehicle is not moving.<br><br>Second Driving Event Condition |

22

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|---|---|---|
| | | (2) Once in motion, the vehicle must be considered in motion until its speed falls to 0 miles per hour and stays at 0 miles per hour for 3 consecutive seconds. Then, the vehicle will be considered stopped. *(Source: Page No. 61 of https://www.fmcsa.dot.gov/sites/fmcsa.dot.gov/files/docs/1153_DOTFMCSA_ELDTestProcedure_508_Combined_V1_LL.pdf)* |
| 4. | The device of claim 3, wherein a non-movement or a movement of the vehicle is determined based on information provided by a motion sensor. | See 1-p for computing device, the device ID, track a driver. See 1-a for wireless interfaces, network, database management system application (DBMSA), driver user account, administrator, database (DB). See 1-b for Location Tracking Software Application (LTA), driving event information, driving events, driving event location information and power-on driving event. See 1-c for log-in interface, driver user Id, driver password, and access the recorded driving events information. See 1-e for first driving event information, a movement driving event, and first driving event condition. See 1-f for edit the recorded driving event information. See 1-g for driving event information to be transmitted to the DBMSA. See 1-h for display. See claim 3 for second driving event information, non-movement driving event, and second driving event condition. Non-movement or movement of the vehicle is based on speed information provided by the onboard sensor i.e., motion sensor. |

23

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|-------|----------------------|---------------------------------|
| | | An ELD must monitor data it receives from the engine ECM or alternative sources as allowed in sections 4.3.1.1-4.3.1.4 of this appendix, its onboard sensors, and data record history to identify instances when it may not have complied with the power requirements specified in section 4.3.1.1, in which case, the ELD<br><br>*(Source: Page No. 80 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 5. | The device of claim 1, wherein a movement of the vehicle is determined based on the vehicle's speed. | See 1-p for computing device, the device ID, track a driver.<br><br>See 1-a for wireless interfaces, network, database management system application (DBMSA), driver user account, administrator, database (DB).<br><br>See 1-b for Location Tracking Software Application (LTA), driving event information, driving events, driving event location information and power-on driving event.<br><br>See 1-c for log-in interface, driver user Id, driver password, and access the recorded driving events information.<br><br>See 1-e for first driving event information, a movement driving event, and first driving event condition.<br><br>See 1-f for edit the recorded driving event information.<br><br>See 1-g for driving event information to be transmitted to the DBMSA.<br><br>See 1-h for display.<br><br>See claim 3 for second driving event information, non-movement driving event, and second driving event condition.<br><br>See claim 4 for a motion sensor. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|---|---|---|
| | | "Driving" duty status i.e., a movement of the vehicle is determined when the vehicle hits 5 miles per hour i.e., the vehicle's speed. <br><br> Vehicle Speed <br><br> (3) An ELD's set speed threshold for determination of the in-motion state for the purpose of this section must not be configurable to greater than 5 miles per hour. <br><br> *(Source: Page No. 61 of* *https://www.fmcsa.dot.gov/sites/fmcsa.dot.gov/files/docs/1153_DOTFMCSA_ELDTestProcedure_508_Combined_V1_LL.pdf)* |
| 13. | The device of claim 5, wherein the LTA is configured to log location information starting from when the vehicle exits a first boundary and ending when the vehicle enters a second boundary, wherein the LTA is further configured to allow a movement of the vehicle | See 1-p for computing device, the device ID, track a driver. <br><br> See 1-a for wireless interfaces, network, database management system application (DBMSA), driver user account, administrator, database (DB). <br><br> See 1-b for Location Tracking Software Application (LTA), driving event information, driving events, driving event location information and power-on driving event. <br><br> See 1-c for log-in interface, driver user Id, driver password, and access the recorded driving events information. <br><br> See 1-e for first driving event information, a movement driving event, and first driving event condition. <br><br> See 1-f for edit the recorded driving event information. <br><br> See 1-g for driving event information to be transmitted to the DBMSA. <br><br> See 1-h for display. <br><br> See claim 3 for second driving event information, non-movement driving event, and second driving event condition. <br><br> See claim 4 for a motion sensor. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|---|---|---|
| | between the first and second boundaries to be reviewed at a later time by a reviewer. | See claim 5 for vehicle speed.<br><br>For IFTA reporting, the Accused App. is configured to log location information when the vehicle crosses state line boundaries i.e., starting from when the vehicle exits a first boundary and ending when the vehicle enters a second boundary.<br><br>First boundary and a Second Boundary<br><br>• **Intrastate to Interstate driving rules**<br><br>If the driver is operating in intrastate mode and is crossing over a state line then the app automatically switches to federal rules. A dialog will display confirming that the driving rules have changed right after crossing boundaries.<br><br>*(Source: Page No. 17 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>**Crossing Boundaries**<br><br>The border crossing calculation uses the VBUS GPS coordinates if they are available, and the android coordinates if they are not. The following instances happens when the driver crossed boundaries between Canada and US (vice versa):<br><br>  a. If the GPS coordinates are changed to a different state or province, a remark event will be recorded in the driver log.<br><br>*(Source: Page No. 69 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The Accused App. is configured to log GPS coordinates for border crossing i.e., location information for IFTA reporting.<br><br>**Crossing Boundaries**<br><br>The border crossing calculation uses the VBUS GPS coordinates if they are available, and the android coordinates if they are not. The following instances happens when the driver crossed boundaries between Canada and US (vice versa):<br><br>  a. If the GPS coordinates are changed to a different state or province, a remark event will be recorded in the driver log.<br><br>*(Source: Page No. 69 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY Infringement Contentions
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|---|---|---|
| | | <br><br>*(Source: Page No. 69 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The Accused App. allows a movement of the vehicle within boundaries of a state or province i.e., a movement of the vehicle between the first and second boundaries to be audited i.e., reviewed at a later time by a reviewer.<br><br>Reviewed at a later time by a reviewer<br><br><br><br>*(Source: Page No. 1 of  https://www.dot.nd.gov/divisions/mv/docs/ELD_Info.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|---|---|---|
| 14 | The device of claim 13, wherein the first and second boundaries are based on State Plane Coordinates, wherein the logged location information indicates the movement of the vehicle within boundaries of a State. | See 1-p for computing device, the device ID, track a driver.<br><br>See 1-a for wireless interfaces, network, database management system application (DBMSA), driver user account, administrator, database (DB).<br><br>See 1-b for Location Tracking Software Application (LTA), driving event information, driving events, driving event location information and power-on driving event.<br><br>See 1-c for log-in interface, driver user Id, driver password, and access the recorded driving events information.<br><br>See 1-e for first driving event information, a movement driving event, and first driving event condition.<br><br>See 1-f for edit the recorded driving event information.<br><br>See 1-g for driving event information to be transmitted to the DBMSA.<br><br>See 1-h for display.<br><br>See claim 3 for second driving event information, non-movement driving event, and second driving event condition.<br><br>See claim 4 for a motion sensor.<br><br>See claim 5 for vehicle speed.<br><br>See claim 13 for a first boundary, a second boundary, log location information, and reviewed at a later time by a reviewer.<br><br>The NexTraq ELD app (i.e., LTA) determines the boundaries i.e., the first and second boundaries based on GPS coordinates i.e., State Plane Coordinates and logs location within a state i.e., the location information indicates the movement of the vehicle within boundaries of a State.<br><br><center>State Plane Coordinates</center> |

<center>28</center>

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,284,662

| Claim | US Patent 10,284,662 | Description of the Infringement |
|---|---|---|
| | | **_Crossing Boundaries_**<br><br>The border crossing calculation uses the VBUS GPS coordinates if they are available, and the android coordinates if they are not. The following instances happens when the driver crossed boundaries between Canada and US (vice versa):<br><br>a. If the GPS coordinates are changed to a different state or province, a remark event will be recorded in the driver log.<br><br>*(Source: Page No. 69 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

**Caveat:** The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner.  For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.