# Exhibit C-1

PerDiemCo LLC v. NexTraq

PᴇʀDɪᴇᴍ Cᴏ., LLC'ꜱ PRELIMINARY Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴꜱ

U.S. Patent No. 10,382,966

This claim chart demonstrates NexTraq's infringement of U.S. Patent No. 10,382,966 and provides notice of such infringement by comparing each element of the asserted claims to corresponding components, aspects, and/or features of Accused Instrumentalities identified below ("Accused Instrumentalities"), which provide driving event information, HOS alerts and information related to state border crossing based on locations of ELD devices installed in fleets of vehicles. These claim charts include information provided by way of example and not by way of limitation.

As used herein the Accused Instrumentalities are:

1-NexTraq® ELD for Tablets and Smartphones (the Accused ELDs):



 

https://www.nextraq.com/services/eld-compliance/

2-NexTraq ELD Android and NexTraq ELD iOS (the Accused App.), which are executed by the Accused ELDs.

1

Exhibit C-1
Page 1 of 48

PerDiemCo LLC v. NexTraq

PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS

U.S. Patent No. 10,382,966

| Device Name | | Model Number | Software Version | ELD Identifier | Company |
|---|---|---|---|---|---|
| ⊕ NexTraq ELD Android | | 1.0 and above | 1.0.1905.190710 | HOS001 | NexTraq |
| ⊕ NexTraq ELD iOS | | 1.0 and above | 1.0.1905.190710 | HOS001 | NexTraq |

*(Source: Page No. 1 of https://eld.fmcsa.dot.gov/List )*

3-NexTraq ELD Compliance Solution and Services for the Accused ELDs (the Accused ELD Service).





https://www.nextraq.com/solutions/maintenance-compliance/

The Accused instrumentalities are offered by NexTraq to its customers based on orders submitted by customers and agreed to by NexTraq.

1. INTRODUCTION; DEFINED TERMS.  These terms and conditions, together with any and all NexTraq authorized Order Forms submitted by you and accepted by us (each, an "Order Form" ), constitute the agreement (the "Customer Agreement") governing your use of the Services (as defined below). If we do not accept an Order Form from you for certain Services, any terms referring to those particular Services do not apply to you.

https://www.nextraq.com/terms-and-conditions/

2

Exhibit C-1
Page 2 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

The Accused Instrumentalities include products and services and products of third parties that are offered by NexTraq for sale to and used by its customers.

and all other data made available by us through the Platform for the purpose of providing the Services to you; "Services" means (a) our telematics-based vehicle and asset location service that uses the Global Positioning System and Tracking Devices for position location reporting and a wireless or satellite network operated by one or more third parties for data communications, together with any and all other services and add-ons (including, but not limited to, third-party services) offered by NexTraq for use in connection with such service and purchased or used by you, (b) the Platform (as defined below), (c) the operation of one or more Tracking Devices or other Equipment, (d) if you submit and we accept an Order Form for online Services, any APIs and other items made available by NexTraq for fulfillment of those Services, and (e) any other or additional services provided to you by NexTraq; "Tracking Device" means a vehicle or asset mounted wireless tracking device provided by us to enable your authorized use of the Services in the operation of a single vehicle; "Equipment" means any Tracking Device or other hardware item provided by NexTraq for use in furtherance of the Services; and "Platform" means the NexTraq service platform by which the Customer or User may receive access and view Fleet Data generated by the telematics-based vehicle an asset tracking service, including any audio and visual devices, and through a web browser, mobile application, or any other means of access provided by NexTraq.

https://www.nextraq.com/terms-and-conditions/

Upon information and belief, NexTraq is a reseller of "White Labelled Hours of Service" offered by Vistracks Inc. , a third-party, for resale by NexTraq (Vistracks).   The services, known as VisTracks Hours of Service (HOS), are tablet/smartphone, like the Accused ELDs,  and portal applications, like thosed offered on the Accused ELD Service, which are compliant with US Department of Transportation Hours of Service regulations. VisTracks is part of Omnitracs, a SaaS-based fleet management and data analytics solution used in transportation technology (Omnitracs), (https://www.vistracks.com/about-us/)   Upon information and belief, Omnitracs has Acquired VisTracks and act as its parent company (https://www.vistracks.com/omnitracs-acquires-vistracks-accelerates-innovation-of-omnitracs-one-platform-and-expansion-into-smb-market/).

Upon information and belief, Vistrack has registered its products with the Federal Motor Carrier Safety Administration (FMCSA).

Exhibit C-1
Page 3 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Search: vistrack | | | | |
|---|---|---|---|---|
| **Device Name** | **Model Number** | **Software Version** | **ELD Identifier** | **Company** |
| ⊕ Hours of Service | Android & Trackit | 3.0.2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours of Service | iOS & CalAmp 3035 | 2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours of Service | Android & CalAmp 3035 | 3.0.2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours of Service | Android & Calamp 3640 | 3.0.2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours of Service | iOS and CalAmp 3640 | 2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours of Service | iOS & Trackit | 2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours Of Service | iOS & GenEx GNX-6 | 2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours Of Service | Android & iOSiX | 3.0.2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours Of Service | iOS & CalAmp4230 | 2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours Of Service | Android & Atlas | 3.0.2116.210920 | HOS001 | VisTracks, Inc. |

https://eld.fmcsa.dot.gov/List

Vistrack's user guide for its products (the Vistrack User Guide) is publically available for download at (https://eld.fmcsa.dot.gov/List).



**VisTracks – Hours of Service**

April 2019/ V1.0.1825-1905

4

Exhibit C-1
Page 4 of 48

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

"NexTraq LLC – NexTraq ELD" is a user guide for using the Accused ELDs (the NexTraq ELD User Guide).   NexTraq ELD User Guide is publically available for download using https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755 ).



**NexTraq LLC – NexTraq ELD**
January 2019/ V1.0.1817-1824

The NexTraq ELD User Guide is substantively identical to the Vistrack User Guide.  Upon information and belief, Vistrack is the author of the NexTraq ELD User Guide.

Upon information and belief, Vistracks and Omnitracks, either alone or jointly, are administrators of the Accused ELD Service acting on behalf of NexTraq (the ELD Administrator).

The analysis set forth below is based only upon information from publicly available resources regarding the Infringing Instrumentalities. An analysis of NexTraq's technical documentation and/or software source code, may assist in fully identifying all infringing features and functionality. Accordingly, PerDiemCo reserves the right to supplement this infringement analysis once such information is made available to PerDiemCo. Furthermore, PerDiemCo reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claim.

Unless otherwise noted, PerDiemCo alleges that NexTraq directly infringes the '966 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Infringing Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, PerDiemCo further contends that the evidence below supports a finding of indirect or contributory infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. NexTraq makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell,

5

Exhibit C-1
Page 5 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claims the '966 patent, including without limitation, the Accused Instrumentalities.

Unless otherwise noted, PerDiemCo alleges that each element of each claim asserted herein is literally met through NexTraq's provision of the Accused Instrumentalities. However, to the extent that NexTraq attempts to allege that any asserted claim element is not literally met, PerDiemCo believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Infringing Instrumentalities, PerDiemCo did not identify any substantial differences between the elements of the patent claim and the corresponding features of the Infringing Instrumentalities, as set forth herein. In each instance, the identified feature of the Infringing Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, PerDiemCo asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim. PerDiemCo reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by NexTraq. PerDiemCo also reserves the right to amend this infringement analysis by citing other claims of the '966 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. PerDiemCo further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| Indep. Cl. 1  1-p | A method for tracking driving events in a zone, the method being performed in a mobile computing device (MCD) having a wireless interface, a | The Accused Application implements a method for tracking Hours of Service (HOS) driving events. . |

Exhibit C-1
Page 6 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|-------|----------------------|-------------------------------|
| | storage device and a display, the method comprising the steps of: | <br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/eld-compliance/)*<br><br>The HOS driving events are tracked in a state or province, i.e., zone.<br><br><br><br>*(Source: Page No. 69 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The Accused Application performs the method in an Accused ELD i.e., a mobile computing device (MCD). |

7

Exhibit C-1
Page 7 of 48

PerDiemCo LLC v. NexTraq

PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS

U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | | |

| Device Name | Model Number | Software Version | ELD Identifier | Company |
|---|---|---|---|---|
| ⊕ NexTraq ELD Android | 1.0 and above | 1.0.1905.190710 | HOS001 | NexTraq |
| ⊕ NexTraq ELD iOS | 1.0 and above | 1.0.1905.190710 | HOS001 | NexTraq |

*(Source: Page No. 1 of https://eld.fmcsa.dot.gov/List )*

NEXTRAQ® ELD FOR TABLETS AND SMARTPHONES

Simple, reliable and affordable Hours of Service (HOS), Driver Vehicle Inspection Report (DVIR) and Record of Duty Status (RODS)—also known as Driver's Log—right from your teams' tablets or smartphones. Great training and a dedicated ELD Support Team stand ready to help get your fleet ELD compliant and on the road as quickly as possible.

*(Source: Page No. 1 of https://www.nextraq.com/services/eld-compliance/)*

The Accused ELD has a wireless interface with a data network for Internet access.

Ensure that the tablet/mobile phone is connected to a data network or Wi-Fi network with internet access.

*(Source: Page No. 132 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*

The Accused ELD has a storage capacity i.e., storage device.

Exhibit C-1
Page 8 of 48

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Co., LLC's PRELIMINARY Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴs
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | | An ELD must monitor its storage capacity and integrity and must detect a data recording compliance malfunction if it can no longer record or retain required events or retrieve recorded logs that are not otherwise catalogued remotely by the motor carrier. *(Source: Page No. 76 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* The Accused ELD has a display.  *(Source: Page No. 1 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0b56-27fd-e053-0100007fc755)* |
| 1-a | receiving location information from a source comprising one or more wireless devices that are used to locate a driver of a | See 1-p for driving events, zone, mobile computing device (MCD), wireless interface, storage device, display. Location information i.e., GPS position is received from GPS Receiver which is a source comprising one or more wireless devices. A **GPS Receiver** option allows the user to change how to get the device GPS positions. The GPS Receiver settings can be set in a specific vehicle in the portal->equipment management page. |

9

Exhibit C-1
Page 9 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | vehicle that carries the MCD; | *(Source: Page No. 115 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The GPS receiver is used to locate a driver of a vehicle that carries the Accused ELD.<br><br>**Note:** For new drivers, the set default country in the driving rules is based on the device's location.<br><br>*(Source: Page No. 34 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 1-b | communicating with a database management system application (DBMSA) over a network of computing devices using the wireless interface to access a driver account of the driver having a driver ID and password; | See 1-p for driving events, zone, mobile computing device (MCD), wireless interface, storage device, display.<br><br>See 1-a for location Information, source comprising one or more wireless devices, driver of a vehicle.<br><br>When executed by the Accused ELD, the Accused ELD Application communicates with the Accused ELD Service. The Accused ELD Service is implemented by a web portal, which constitutes a database management system application (DBMSA).<br><br>*2.1.1 Set Hours of Service Preferences*<br>This is where the basic driver, vehicle, carrier and shipping data is entered and stored within the app. The identification data stored here is then used by the app, web portal and in the driver's daily log report.<br>*(Source: Page No. 9 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The DBMSA communicates over a data network of computing devices, such as tablet/mobile phone using the wireless interface.<br><br>The Accused ELD, which can be a phone or tablet, communicates with the Accused ELD Service using a wireless interface, such as a data network or Wi-Fi. |

Exhibit C-1
Page 10 of 48

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | | |

| | |
|---|---|
| Unable to communicate with HOS server. Check your internet connection. Continue without syncing? | Contact NexTraq LLC support at 800-358-6178 or send an email to ELDsupport@nextraq.com. |
| A timeout error has occurred. | Ensure that the tablet/mobile phone is connected to a data network or Wi-Fi network with internet access. If issue persists, try again later or contact NexTraq LLC support at 800-358-6178 or send an email to ELDsupport@nextraq.com. |

*(Source: Page No. 132 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*

The wireless interface is used accesses a driver account of the driver who has a driver username and a password i.e., a driver ID and password.

| | |
|---|---|
| Username is required. | Ensure that the username field is not empty. |
| Password is required. | Ensure that the password field is not empty. |
| Login timed out. | Ensure that the tablet/mobile phone is connected to a data network or Wi-Fi network with internet access. |

*(Source: Page No. 132 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*

11

Exhibit C-1
Page 11 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | |  *(Source: Page No. 120 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 1-c | receiving an indication that the vehicle is powered on to cause locating the driver and recording driver locations at a first rate, wherein the driver locations are recorded into an event log file stored in the storage device containing | See 1-p for driving events, zone, mobile computing device (MCD), wireless interface, storage device, display.\n\nSee 1-a for location Information, source comprising one or more wireless devices, driver of a vehicle.\n\nSee 1-b for a network of computing devices, a database management system application (DBMSA), a driver account, a driver ID and password.\n\nA "power on" event indication indicating that the vehicle is powered on is received to cause locating the driver and recording driver locations. |

12

Exhibit C-1
Page 12 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | recorded times and locations of a movement driving event and recorded times and locations of a non-movement driving event, | <br><br>*(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>Events such as Power On, Power Off, Driving and OnDuty are automatically created when connecting to a device. Auto events created were recorded<br><br>*(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The driver's locations are recorded at a first rate of every 60 minutes.<br><br>Location readings:<br>• Every 60 minutes<br>• Every change of duty status<br>• Engine on/Off at a precision of one mile when On-Duty and 10 miles when Off-Duty<br><br>*(Source: Page No. 1 of https://www.dot.nd.gov/divisions/mv/docs/ELD_Info.pdf)*<br><br>The driver's locations are recorded into an event log file stored in the storage device. |

13

Exhibit C-1
Page 13 of 48

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY Infringement Contentions
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     |  (Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755) <br><br> The event log file contains times i.e., 10:45 AM and locations i.e., 4mi NNW Red Oak, IA, of a movement driving event, e.g., "Driving" duty status. |

Exhibit C-1
Page 14 of 48

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|-------|---------------------|-------------------------------|
|       |                     |  *(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The event log file also contains times i.e., 12:00 AM and locations i.e., 1mi SW Oakville, CT of a non-movement driving event, e.g., "OFF" duty status. |

Exhibit C-1
Page 15 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|-------|----------------------|----------------------------------|
| | | <br><br>*(Source: Page No. 57 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 1-d | receiving access authorization to the driver account based on the driver ID and password transmitted in a log-in request over the network before providing a user interface on the MCD that enables the | See 1-p for driving events, zone, mobile computing device (MCD), wireless interface, storage device, display.<br><br>See 1-a for location Information, source comprising one or more wireless devices, driver of a vehicle.<br><br>See 1-b for a network of computing devices, a database management system application (DBMSA), a driver account, a driver ID and password.<br><br>See 1-c for vehicle is powered, a first rate, an event log file, times, and locations of movement driving events and times and locations of non-movement driving events.<br><br>Access authorization to the driver account is received based on the driver ID and password transmitted in a log-in request over the network. |

16

Exhibit C-1
Page 16 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | driver to 1) access the stored event log file in the storage device, 2) write or enter additional information in the accessed event log file and 2) authorize the event log file to be conveyed with the additional information; |  *(Source: Page No. 120 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>Once the access authorization is granted, a user interface is provided on the Accused ELD.<br><br>*(Source: Page No. 1 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0b56-27fd-e053-0100007fc755)*<br><br>The user interface enables the driver to view the log by accessing the stored event log file. |

17

Exhibit C-1
Page 17 of 48

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | |  *(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The user interface enables the driver to write or enter additional information by editing and certifying the accessed event log file.<br><br>*5.2.12 Edit a Log*<br>Only driver logs that have not yet been certified can be edited, you will have to uncertify a driver log in order to update its contents, to do this, tap the Edit button to uncertify the selected log and reopen it for editing:<br>*(Source: Page No. 56 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

Exhibit C-1
Page 18 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|-------|----------------------|----------------------------------|
|       |                      | **_Modify Log Event via Grid View Mode_** <br><br>  <br><br> *(Source: Page No. 60 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* <br><br> The user interface enables the driver to certify i.e., authorize, the event log file to be conveyed with additional information. |

19

Exhibit C-1
Page 19 of 48

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | | <br><br>*(Source: Page No. 53 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 1-e | conveying the event log file over the network using the wireless interface based on a first ID of a first authorized recipient, and | See 1-p for driving events, zone, mobile computing device (MCD), wireless interface, storage device, display.<br><br>See 1-a for location Information, source comprising one or more wireless devices, driver of a vehicle.<br><br>See 1-b for a network of computing devices, a database management system application (DBMSA), a driver account, a driver ID and password.<br><br>See 1-c for vehicle is powered, a first rate, an event log file, times, and locations of movement driving events and times and locations of non-movement driving events.<br><br>See 1-d for log-in request, access the stored event log file, write or enter additional information and authorize the event log file to be conveyed. |

20

Exhibit C-1
Page 20 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      | The event log file is transferred i.e., conveyed over the network using the wireless interface. <br><br>  <br><br> *(Source: Page No. 37 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* <br><br> The event log file is conveyed based on an e-mail address i.e., a first ID of an authorized safety official i.e., of first authorized recipient. <br><br>  <br><br> *(Source: Page No. 37 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* <br><br>  <br><br> *(Source: Page No. 42 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

21

Exhibit C-1
Page 21 of 48

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| 1-f | showing the recorded times of the movement driving event and the non-movement driving event on the display. | See 1-p for driving events, zone, mobile computing device (MCD), wireless interface, storage device, display.<br><br>See 1-a for location Information, source comprising one or more wireless devices, driver of a vehicle.<br><br>See 1-b for a network of computing devices, a database management system application (DBMSA), a driver account, a driver ID and password.<br><br>See 1-c for vehicle is powered, a first rate, an event log file, times, and locations of movement driving events and times and locations of non-movement driving events.<br><br>See 1-d for log-in request, access the stored event log file, write or enter additional information and authorize the event log file to be conveyed.<br><br>See 1-e for conveying the event log file, a first ID, and a first authorized recipient.<br><br>The recorded times e.g., 10:45 AM of the movement driving event, such as of "Driving" duty status are shown on the display. |

22

Exhibit C-1
Page 22 of 48

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY Infringement Contentions
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
|  |  |  *(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The recorded times e.g., 12:00 AM of the non-movement driving event, such as of "OFF" duty status are shown on the display. |

Exhibit C-1
Page 23 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | | <br>*(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 3 | The method of claim 1, further including the steps of determining the movement driving event based on a first detected motion characterized by a first speed and | See 1-p for driving events, zone, mobile computing device (MCD), wireless interface, storage device, display.<br><br>See 1-a for location Information, source comprising one or more wireless devices, driver of a vehicle.<br><br>See 1-b for a network of computing devices, a database management system application (DBMSA), a driver account, a driver ID and password.<br><br>See 1-c for vehicle is powered, a first rate, an event log file, times, and locations of movement driving events and times and locations of non-movement driving events.<br><br>See 1-d for log-in request, access the stored event log file, write or enter additional information and authorize the event log file to be conveyed. |

Exhibit C-1
Page 24 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | determining the non-movement driving event based on a second detected motion characterized by a second speed. | See 1-e for conveying the event log file, a first ID, and a first authorized recipient.<br><br>The movement driving event is determined based on a first detected motion characterized by a first speed i.e., when the vehicle is moving at the speed of 5 miles per hour.<br><br>    (3) An ELD's set speed threshold for determination of the in-motion state for the<br><br>purpose of this section must not be configurable to greater than 5 miles per hour.<br>*(Source: Page No. 61 of*<br>*https://www.fmcsa.dot.gov/sites/fmcsa.dot.gov/files/docs/1153_DOTFMCSA_ELDTestProcedure_508_Combined_V1_LL.pdf)*<br><br>The non-movement driving event is determined based on a second detected motion characterized by a second speed i.e., when the vehicle is not moving, e.g., is stopped, when the speed stays at 0 miles per hour for three consecutive seconds.<br><br>    (2) Once in motion, the vehicle must be considered in motion until its speed falls<br><br>to 0 miles per hour and stays at 0 miles per hour for 3 consecutive seconds. Then, the<br><br>vehicle will be considered stopped.<br>*(Source: Page No. 61 of*<br>*https://www.fmcsa.dot.gov/sites/fmcsa.dot.gov/files/docs/1153_DOTFMCSA_ELDTestProcedure_508_Combined_V1_LL.pdf)* |
| 8 | The method of claim 1, wherein the zone comprises one or more boundaries represented by boundary | See 1-p for driving events, zone, mobile computing device (MCD), wireless interface, storage device, display.<br><br>See 1-a for location Information, source comprising one or more wireless devices, driver of a vehicle.<br><br>See 1-b for a network of computing devices, a database management system application (DBMSA), a driver account, a driver ID and password. |

25

Exhibit C-1
Page 25 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | information, wherein the method further comprises the steps a) using the location information and the boundary information to determine i) a first crossing which occurs if the driver enters an area and ii) a second crossing when the driver exits the area, b) recording driver locations at a second rate within the area on a path between the first crossing and the second crossing and c) conveying the driver locations recorded at the | See 1-c for vehicle is powered, a first rate, an event log file, times, and locations of movement driving events and times and locations of non-movement driving events.<br><br>See 1-d for log-in request, access the stored event log file, write or enter additional information and authorize the event log file to be conveyed.<br><br>See 1-e for conveying the event log file, a first ID, and a first authorized recipient.<br><br>See claim 3 for a first speed and a second speed.<br><br>The zone i.e., state or province comprises one or more boundaries represented by boundary information.<br><br>_Crossing Boundaries_<br><br>The border crossing calculation uses the VBUS GPS coordinates if they are available, and the android coordinates if they are not. The following instances happens when the driver crossed boundaries between Canada and US (vice versa):<br><br>  a. If the GPS coordinates are changed to a different state or province, a remark event will be recorded in the driver log.<br><br>_(Source: Page No. 69 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)_<br><br>The location information of the driver and the boundary information of the zone is used to determine the border crossing i.e., a first crossing which occurs if the driver enters an area and a second crossing when the driver exits the area.<br><br>_Crossing Boundaries_<br><br>The border crossing calculation uses the VBUS GPS coordinates if they are available, and the android coordinates if they are not. The following instances happens when the driver crossed boundaries between Canada and US (vice versa):<br><br>  a. If the GPS coordinates are changed to a different state or province, a remark event will be recorded in the driver log. |

Exhibit C-1
Page 26 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | second rate using the wireless interface. | *(Source: Page No. 69 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br><br><br>*(Source: Page No. 69 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The driver locations are recorded every 15 minutes or less i.e., at a second rate during the state line crossing i.e., within the area on a path between the first crossing and the second crossing. |

27

Exhibit C-1
Page 27 of 48

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Cᴏ., LLC's PRELIMINARY Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴꜱ
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | | <br><br>| DISTANCE DATA Collection Elements | Electronic Logging Device (ELD) For Reporting Hours of Service | Electronic Logging Device (ELD) IFTA / IRP Compliant |<br>\|---\|---\|---\|<br>\| Original GPS or other location data for the vehicle to which the records pertain \| Required \| Required \|<br>\| Frequency of GPS Readings, date & time stamps, and distance recording requirements. \| Location readings:<br>• Every 60 minutes<br>• Every change of duty status<br>• Engine on/Off at a precision of one mile when On-Duty and 10 miles when Off-Duty \| Date and time of each GPS or other system reading: At intervals sufficient to validate the total distance traveled in each jurisdiction. *This is dependent on the carrier operation and could mean a location reading every 15 minutes or less.* \|<br><br>*(Source: Page No. 1 of https://www.dot.nd.gov/divisions/mv/docs/ELD_Info.pdf)*<br><br>The driver locations recorded at the second rate are transferred i.e., conveyed using the wireless interface.<br><br>Tap the *Data*<br>*Transfer* button to transfer data of the compilation of the driver's ELD records. Once tapped, a selection of the supported data transfer options by the ELD will prompt to the user. The available data transfer options for iOS app are Bluetooth, Email and Web Service only.<br><br><br><br>*(Source: Page No. 37 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| Indep. Cl. 13<br><br>13-p | A mobile computing device (MCD) carried in a vehicle driven by a driver for | The Accused ELD is a mobile computing device (MCD) used for tracking IFTA driving events. |

Exhibit C-1<br>Page 28 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | tracking driving events in a zone using location information received from a source comprising one or more wireless devices used to locate the driver, the MCD comprising: | **Manage IFTA Charges**<br>If your fleet routinely travels over state lines, IFTA will affect your fuel budget. With **NexTraq IFTA Reporting**, it's simpler than ever to be IFTA compliant. With this thorough quarterly report, you'll receive a comprehensive analysis of when and where your drivers purchased fuel in each jurisdiction. This not only keeps your business compliant with mandatory regulations but will also help you manage your costs to improve your fuel spending practices.<br><br>**Receive Real-Time Alerts**<br>Staying in the know is challenging when you're managing an entire fleet of vehicles. Since you can't be everywhere at once, **NexTraq real-time alerts** will deliver every relevant detail regarding your fuel consumption patterns straight to your inbox. With over 30 alerts available, you'll receive the actionable insights you need to make the best decisions for your fuel spend and your business.<br><br><table><tr><th>Device Name</th><th>Model Number</th><th>Software Version</th><th>ELD Identifier</th><th>Company</th></tr><tr><td>NexTraq ELD Android</td><td>1.0 and above</td><td>1.0.1905.190710</td><td>HOS001</td><td>NexTraq</td></tr><tr><td>NexTraq ELD iOS</td><td>1.0 and above</td><td>1.0.1905.190710</td><td>HOS001</td><td>NexTraq</td></tr></table>*(Source: Page No. 1 of https://eld.fmcsa.dot.gov/List )*<br><br>**NEXTRAQ® ELD FOR TABLETS AND SMARTPHONES**<br>Simple, reliable and affordable Hours of Service (HOS), Driver Vehicle Inspection Report (DVIR) and Record of Duty Status (RODS)—also known as Driver's Log—right from your teams' tablets or smartphones. Great training and a dedicated ELD Support Team stand ready to help get your fleet ELD compliant and on the road as quickly as possible.<br>*(Source: Page No. 1 of https://www.nextraq.com/services/eld-compliance/)*<br><br>The Accused ELD is carried in a vehicle driven by a driver. |

Exhibit C-1
Page 29 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | | • **Select Vehicle** - this option enables the ELD to produce a data file or a series of data files of ELD records for a subset of its vehicles used by the driver. Tap the **Select Vehicle** menu to show the list of vehicles used by the driver. *(Source: Page No. 38 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* The IFTA driving events are tracked in a state or province i.e., a zone. *Crossing Boundaries* The border crossing calculation uses the VBUS GPS coordinates if they are available, and the android coordinates if they are not. The following instances happens when the driver crossed boundaries between Canada and US (vice versa): a. If the GPS coordinates are changed to a different state or province, a remark event will be recorded in the driver log. *(Source: Page No. 69 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* GPS location information used for locating the driver are received from a GPS receiver, which is a source comprising one or more wireless devices. A **GPS Receiver** option allows the user to change how to get the device GPS positions. The GPS Receiver settings can be set in a specific vehicle in the portal->equipment management page. *(Source: Page No. 115 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 13-a | a wireless interface; a display device and a storage device storing | See 13-p for mobile computing device (MCD), a vehicle driven by a driver, tracking driving events, a zone, location information and a source comprising one or more wireless devices. The Accused ELD has a wireless interface with a data network for internet access. |

30

Exhibit C-1
Page 30 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | an executable location tracking software application (LTA) executing on the MCD to configure the MCD to: | Ensure that the tablet/mobile phone is connected to a data network or Wi-Fi network with internet access. *(Source: Page No. 132 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The Accused ELD has a display.<br><br><br>*(Source: Page No. 1 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0b56-27fd-e053-0100007fc755)*<br><br>The Accused ELD has a storage device.<br><br>An ELD must monitor its storage capacity and integrity and must detect a data recording compliance malfunction if it can no longer record or retain required events or retrieve recorded logs that are not otherwise catalogued remotely by the motor carrier.<br>*(Source: Page No. 76 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

31

Exhibit C-1
Page 31 of 48

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Co., LLC's PRELIMINARY Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴs
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | | The storage device stores the Accused Application, which is available at app store or Google Play as an executable location tracking software application (LTA) by the Accused ELD. <br><br>  <br><br> *(Source: Page No. 1 of* https://www.nextraq.com/services/eld-compliance/*)* |
| 13-b | communicate over a network of computing devices using the wireless network interface with a database management system application (DBMSA) to | See 13-p for mobile computing device (MCD), a vehicle driven by a driver, tracking driving events, a zone, location information and a source comprising one or more wireless devices. <br><br> See 13-a for a wireless interface, a display device, a storage device, and location tracking software application (LTA). <br><br> When executed by the Accused ELD, the Accused ELD Application communicates with the Accused ELD Service.  The Accused ELD Service is implemented by a web portal, which constitutes a database management system application (DBMSA). |

32

Exhibit C-1
Page 32 of 48

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | access a driver account of the driver having a driver ID and password; | *2.1.1 Set Hours of Service Preferences*<br>This is where the basic driver, vehicle, carrier and shipping data is entered and stored within the app. The identification data stored here is then used by the app, web portal and in the driver's daily log report.<br>*(Source: Page No. 9 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The Accused ELD, which can be a phone or tablet, communicates with the Accused ELD Service using a wireless interface, such as a data network or Wi-Fi.<br><br>Unable to communicate with HOS server. Check your internet connection. Continue without syncing? / Contact NexTraq LLC support at 800-358-6178 or send an email to ELDsupport@nextraq.com.<br>A timeout error has occurred. / Ensure that the tablet/mobile phone is connected to a data network or Wi-Fi network with internet access. If issue persists, try again later or contact NexTraq LLC support at 800-358-6178 or send an email to ELDsupport@nextraq.com.<br>*(Source: Page No. 132 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The wireless interface is used accesses a driver account of the driver who has a driver username and a password i.e., a driver ID and password.<br><br>Username is required. / Ensure that the username field is not empty.<br>Password is required. / Ensure that the password field is not empty.<br>Login timed out. / Ensure that the tablet/mobile phone is connected to a data network or Wi-Fi network with internet access.<br>*(Source: Page No. 132 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

33

Exhibit C-1<br>Page 33 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | | <br><br>*(Source: Page No. 120 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 13-c | receive an indication that the vehicle is powered on to cause the MCD to locate the driver and record driver locations at a first rate into an event log file stored in the storage device, wherein the event log file contains times and locations of | See 13-p for mobile computing device (MCD), a vehicle driven by a driver, tracking driving events, a zone, location information and a source comprising one or more wireless devices.<br><br>See 13-a for a wireless interface, a display device, a storage device, and location tracking software application (LTA).<br><br>See 13-b for a network of computing devices, database management system application (DBMSA), a driver account, a driver ID and password.<br><br>An "power on" event indication indicating that the vehicle is powered on is received to cause the Accused ELD to locate the driver and record driver locations. |

34

Exhibit C-1
Page 34 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | driving events within the zone having boundaries represented by boundary information; | <br><br>*(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>Events such as Power On, Power Off, Driving and OnDuty are automatically created when connecting to a device. Auto events created were recorded<br><br>*(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The driver's locations are recorded at a first rate of every 60 minutes. |

35

Exhibit C-1
Page 35 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | | Location readings:<br>• Every 60 minutes<br>• Every change of duty status<br>• Engine on/Off at a precision of one mile when On-Duty and 10 miles when Off-Duty<br><br>*(Source: Page No. 1 of https://www.dot.nd.gov/divisions/mv/docs/ELD_Info.pdf)*<br><br>The driver locations are recorded into an event log file stored in the storage device. The event log file contains times and locations of IFTA driving events. |

Exhibit C-1
Page 36 of 48

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY Infringement Contentions
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | | The border crossing calculation uses the VBUS GPS coordinates if they are available, and the android coordinates if they are not. The following instances happens when the driver crossed boundaries between Canada and US (vice versa):<br><br>a. If the GPS coordinates are changed to a different state or province, a remark event will be recorded in the driver log.<br><br><br><br>*(Source: Page No. 69 of* https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755*)*<br><br>The zone i.e., state or province has boundaries represented by boundary information. |

37

Exhibit C-1
Page 37 of 48

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | | **Crossing Boundaries**<br><br>The border crossing calculation uses the VBUS GPS coordinates if they are available, and the android coordinates if they are not. The following instances happens when the driver crossed boundaries between Canada and US (vice versa):<br><br>a. If the GPS coordinates are changed to a different state or province, a remark event will be recorded in the driver log.<br><br>*(Source: Page No. 69 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 13-d | use the location information and the boundary information to determine 1) a first crossing which occurs if the driver enters an area and 2) a second crossing when the driver exits the area; | See 13-p for mobile computing device (MCD), a vehicle driven by a driver, tracking driving events, a zone, location information and a source comprising one or more wireless devices.<br><br>See 13-a for a wireless interface, a display device, a storage device, and location tracking software application (LTA).<br><br>See 13-b for a network of computing devices, database management system application (DBMSA), a driver account, a driver ID and password.<br><br>See 13-c for vehicle is powered, a first rate, an event log file, times and locations of driving events and boundary information.<br><br>The location information of the driver and the boundary information of the zone is used to determine the border crossing i.e., a first crossing, which occurs if the driver enters an area and a second crossing when the driver exits the area.<br><br>**Crossing Boundaries**<br><br>The border crossing calculation uses the VBUS GPS coordinates if they are available, and the android coordinates if they are not. The following instances happens when the driver crossed boundaries between Canada and US (vice versa):<br><br>a. If the GPS coordinates are changed to a different state or province, a remark event will be recorded in the driver log.<br><br>*(Source: Page No. 69 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

38

Exhibit C-1
Page 38 of 48

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | | <br>*(Source: Page No. 69 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 13-e | record driver locations within the area on a path between the first crossing and the second crossing at a second rate different from the first rate; | See 13-p for mobile computing device (MCD), a vehicle driven by a driver, tracking driving events, a zone, location information and a source comprising one or more wireless devices.<br><br>See 13-a for a wireless interface, a display device, a storage device, and location tracking software application (LTA).<br><br>See 13-b for a network of computing devices, database management system application (DBMSA), a driver account, a driver ID and password.<br><br>See 13-c for vehicle is powered, a first rate, an event log file, times and locations of driving events and boundary information.<br><br>See 13-d for a first crossing and a second crossing. |

Exhibit C-1
Page 39 of 48

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | | Under IFTA rules, the driver locations are recorded within the area on a path between the first crossing and the second crossing at a second rate of every 15 minutes or less i.e., which is different from the first rate. <br><br>  <br><br> *(Source: Page No. 1 of https://www.dot.nd.gov/divisions/mv/docs/ELD_Info.pdf)* |
| 13-f | receive access authorization to the driver account based on the driver ID and password transmitted in a log-in request over the network before providing a user interface on the MCD that enables the driver to a) access the stored event log | See 13-p for mobile computing device (MCD), a vehicle driven by a driver, tracking driving events, a zone, location information and a source comprising one or more wireless devices. <br><br> See 13-a for a wireless interface, a display device, a storage device, and location tracking software application (LTA). <br><br> See 13-b for a network of computing devices, database management system application (DBMSA), a driver account, a driver ID and password. <br><br> See 13-c for vehicle is powered, a first rate, an event log file, times and locations of driving events and boundary information. <br><br> See 13-d for a first crossing and a second crossing. <br><br> See 13-e for a second rate different from the first rate. <br><br> Access authorization to the driver account is received based on the driver ID and password transmitted in a log-in request over the network. |

Exhibit C-1
Page 40 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | file and b) authorize the event log file to be conveyed; |  |

*(Source: Page No. 120 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*

Once access authorization is granted, a user interface is provided on the Accused ELD.

*(Source: Page No. 1 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0b56-27fd-e053-0100007fc755)*

The user interface enables the driver to view the log by accessing the stored event log file.

41

Exhibit C-1
Page 41 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | | <br><br>*(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The user interface enables the driver to certify i.e., authorize, the event log file to be conveyed. |

42

Exhibit C-1
Page 42 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | | <br>*(Source: Page No. 53 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 13-g | use the wireless interface to convey i) the recorded driver location within the area and ii) the event log file; and | See 13-p for mobile computing device (MCD), a vehicle driven by a driver, tracking driving events, a zone, location information and a source comprising one or more wireless devices.<br><br>See 13-a for a wireless interface, a display device, a storage device, and location tracking software application (LTA).<br><br>See 13-b for a network of computing devices, database management system application (DBMSA), a driver account, a driver ID and password.<br><br>See 13-c for vehicle is powered, a first rate, an event log file, times and locations of driving events and boundary information.<br><br>See 13-d for a first crossing and a second crossing. |

43

Exhibit C-1
Page 43 of 48

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | | See 13-e for a second rate different from the first rate. |
| | | See 13-f for log-in request, access the stored event log file and authorize the event log file to be conveyed. |
| | | The wireless interface is used to transfer i.e., convey the recorded driver locations within the state or province and the event log file. |
| | |  |
| | | (*Source: Page No. 37 of* https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755) |

44

Exhibit C-1
Page 44 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|-------|----------------------|----------------------------------|
| | | <br>*(Source: Page No. 69 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 13-h | show the times and locations of the driving events on the display. | See 13-p for mobile computing device (MCD), a vehicle driven by a driver, tracking driving events, a zone, location information and a source comprising one or more wireless devices.<br><br>See 13-a for a wireless interface, a display device, a storage device, and location tracking software application (LTA).<br><br>See 13-b for a network of computing devices, database management system application (DBMSA), a driver account, a driver ID and password.<br><br>See 13-c for vehicle is powered, a first rate, an event log file, times and locations of driving events and boundary information.<br><br>See 13-d for a first crossing and a second crossing. |

45

Exhibit C-1
Page 45 of 48

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|-------|----------------------|-------------------------------|
|       |                      | See 13-e for a second rate different from the first rate.<br><br>See 13-f for log-in request, access the stored event log file and authorize the event log file to be conveyed.<br><br>See 13-g for conveying.<br><br>The times e.g.,10:45 AM and locations e.g., 9mi NNE Lincoln, NE of the IFTA driving events are shown on the display.<br><br>The border crossing calculation uses the VBUS GPS coordinates if they are available, and the android coordinates if they are not. The following instances happens when the driver crossed boundaries between Canada and US (vice versa):<br><br>   a. If the GPS coordinates are changed to a different state or province, a remark event will be recorded in the driver log.<br><br><br><br>*(Source: Page No. 69 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

46

Exhibit C-1
Page 46 of 48

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| 18 | The device of claim 13, wherein the LTA configures the MCD to use the wireless interface to send a notification when the first crossing or the second crossing occurs containing a time or a date of the first crossing or a time or a date of the second crossing. | See 13-p for mobile computing device (MCD), a vehicle driven by a driver, tracking driving events, a zone, location information and a source comprising one or more wireless devices.<br><br>See 13-a for a wireless interface, a display device, a storage device, and location tracking software application (LTA).<br><br>See 13-b for a network of computing devices, database management system application (DBMSA), a driver account, a driver ID and password.<br><br>See 13-c for vehicle is powered, a first rate, an event log file, times and locations of driving events and boundary information.<br><br>See 13-d for a first crossing and a second crossing.<br><br>See 13-e for a second rate different from the first rate.<br><br>See 13-f for log-in request, access the stored event log file and authorize the event log file to be conveyed.<br><br>See 13-g for conveying.<br><br>The Accused Application configures the Accused ELD to use the internet connection to send a notification.<br><br>Driving Notifications and alerts which relates to the Driver<br>*(Source: Page No. 122 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>Notification is sent when border crossing occurs i.e., the first crossing or the second crossing occurs and contains a time or a date of the first crossing or a time or a date of the second crossing. |

Exhibit C-1
Page 47 of 48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,382,966

| Claim | US Patent 10,382,966 | Description of the Infringement |
|---|---|---|
| | | The border crossing calculation uses the VBUS GPS coordinates if they are available, and the android coordinates if they are not. The following instances happens when the driver crossed boundaries between Canada and US (vice versa): a. If the GPS coordinates are changed to a different state or province, a remark event will be recorded in the driver log.  *(Source: Page No. 69 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

**Caveat:** The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.

48

Exhibit C-1
Page 48 of 48