Exhibit D-1

PerDiemCo LLC v. NexTraq

PᴇʀDɪᴇᴍ Co., LLC's PRELIMINARY Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴꜱ

U.S. Patent No. 10,397,789

This claim chart demonstrates NexTraq's infringement of U.S. Patent No. 10,397,789 and provides notice of such infringement by comparing each element of the asserted claims to corresponding components, aspects, and/or features of Accused Instrumentalities identified below ("Accused Instrumentalities), which provide driving event information, HOS alerts and information related to state border crossing based on locations of ELD devices installed in fleets of vehicles. These claim charts include information provided by way of example and not by way of limitation.

As used herein the Accused Instrumentalities are:

1- NexTraq ELD Compliance Solution and Services for the Accused ELDs (the Accused ELD Service).





https://www.nextraq.com/solutions/maintenance-compliance/

1

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Co., LLC's PRELIMINARY Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴs
U.S. Patent No. 10,397,789

2- The Accused ELD Service used with NexTraq® ELD for Tablets and Smartphones (the Accused ELDs):



# NEXTRAQ® ELD FOR TABLETS AND SMARTPHONES

Simple, reliable and affordable Hours of Service (HOS), Driver Vehicle Inspection Report (DVIR) and Record of Duty Status (RODS)—also known as Driver's Log—right from your teams' tablets or smartphones. Great training and a dedicated ELD Support Team stand ready to help get your fleet ELD compliant and on the road as quickly as possible.

Start using the FMCSA-certified ELD your team deserves and the customer support you need from NexTraq—a MICHELIN group company.




https://www.nextraq.com/services/eld-compliance/

2

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

3- The Accused ELD Service used with NexTraq ELD Android and NexTraq ELD iOS (the Accused App.), which are executed by the Accused ELDs.

| Device Name | Model Number | Software Version | ELD Identifier | Company |
|---|---|---|---|---|
| NexTraq ELD Android | 1.0 and above | 1.0.1905.190710 | HOS001 | NexTraq |
| NexTraq ELD iOS | 1.0 and above | 1.0.1905.190710 | HOS001 | NexTraq |

*(Source: Page No. 1 of  https://eld.fmcsa.dot.gov/List )*

The Accused instrumentalities are offered by NexTraq to its customers based on orders submitted by customers and agreed to by NexTraq.

1. INTRODUCTION; DEFINED TERMS.  These terms and conditions, together with any and all NexTraq authorized Order Forms submitted by you and accepted by us (each, an "Order Form"), constitute the agreement (the "Customer Agreement") governing your use of the Services (as defined below). If we do not accept an Order Form from you for certain Services, any terms referring to those particular Services do not apply to you.

https://www.nextraq.com/terms-and-conditions/

The Accused Instrumentalities include products and services and products of third parties that are offered by NexTraq for sale to and used by its customers.

3

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

and all other data made available by us through the Platform for the purpose of providing the Services to you; "Services" means (a) our telematics-based vehicle and asset location service that uses the Global Positioning System and Tracking Devices for position location reporting and a wireless or satellite network operated by one or more third parties for data communications, together with any and all other services and add-ons (including, but not limited to, third-party services) offered by NexTraq for use in connection with such service and purchased or used by you, (b) the Platform (as defined below), (c) the operation of one or more Tracking Devices or other Equipment, (d) if you submit and we accept an Order Form for online Services, any APIs and other items made available by NexTraq for fulfillment of those Services, and (e) any other or additional services provided to you by NexTraq; "Tracking Device" means a vehicle or asset mounted wireless tracking device provided by us to enable your authorized use of the Services in the operation of a single vehicle; "Equipment" means any Tracking Device or other hardware item provided by NexTraq for use in furtherance of the Services; and "Platform" means the NexTraq service platform by which the Customer or User may receive access and view Fleet Data generated by the telematics-based vehicle an asset tracking service, including any audio and visual devices, and through a web browser, mobile application, or any other means of access provided by NexTraq.

https://www.nextraq.com/terms-and-conditions/

Upon information and belief, NexTraq is a reseller of "White Labelled Hours of Service" offered by Vistracks Inc., a third-party, for resale by NexTraq (Vistracks).   The services, known as VisTracks Hours of Service (HOS), are tablet/smartphone, like the Accused ELDs,  and portal applications, like thosed offered on the accused ELD Service, which are compliant with US Department of Transportation Hours of Service regulations. VisTracks is part of Omnitracs, a SaaS-based fleet management and data analytics solution used in transportation technology (Omnitracs),  (https://www.vistracks.com/about-us/)  Upon information and belief, Omnitracs has Acquired VisTracks and act as its parent company (https://www.vistracks.com/omnitracs-acquires-vistracks-accelerates-innovation-of-omnitracs-one-platform-and-expansion-into-smb-market/).

Upon information and belief, Vistrack has registered its products with the Federal Motor Carrier Safety Administration (FMCSA).

4

PerDiemCo LLC v. NexTraq

PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS

U.S. Patent No. 10,397,789

| Search: vistrack | | | | |
| Device Name | Model Number | Software Version | ELD Identifier | Company |
| --- | --- | --- | --- | --- |
| ⊕ Hours of Service | Android & Trackit | 3.0.2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours of Service | iOS & CalAmp 3035 | 2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours of Service | Android & CalAmp 3035 | 3.0.2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours of Service | Android & Calamp 3640 | 3.0.2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours of Service | iOS and CalAmp 3640 | 2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours of Service | iOS & Trackit | 2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours Of Service | iOS & GenEx GNX-6 | 2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours Of Service | Android & IOSiX | 3.0.2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours Of Service | iOS & CalAmp4230 | 2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours Of Service | Android & Atlas | 3.0.2116.210920 | HOS001 | VisTracks, Inc. |

https://eld.fmcsa.dot.gov/List

Vistrack's user guide for its products (the Vistrack User Guide) is publically available for download at (https://eld.fmcsa.dot.gov/List).



**VisTracks – Hours of Service**

April 2019/ V1.0.1825-1905

"NexTraq LLC – NexTraq ELD" is a user guide for using the Accused ELDs (the NexTraq ELD User Guide).   NexTraq ELD User Guide is publically available for download using *https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755*).

5

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789



**NexTraq LLC – NexTraq ELD**

January 2019/ V1.0.1817-1824

The NexTraq ELD User Guide is substantively identical to the Vistrack User Guide. Upon information and belief, Vistrack is the author of the NexTraq ELD User Guide.

Upon information and belief, Vistracks and Omnitracks, either alone or jointly, are administrators of the Accused ELD Service acting on behalf of NexTraq (the ELD Administrator).

The analysis set forth below is based only upon information from publicly available resources regarding the Infringing Instrumentalities. An analysis of NexTraq's technical documentation and/or software source code, may assist in fully identifying all infringing features and functionality. Accordingly, PerDiemCo reserves the right to supplement this infringement analysis once such information is made available to PerDiemCo. Furthermore, PerDiemCo reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claim.

Unless otherwise noted, PerDiemCo alleges that NexTraq directly infringes the '789 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Infringing Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, PerDiemCo further contends that the evidence below supports a finding of indirect or contributory infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. NexTraq makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claims of the '789 patent, including without limitation, the Accused Instrumentalities.

6

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

     Unless otherwise noted, PerDiemCo alleges that each element of each claim asserted herein is literally met through NexTraq's provision of the Accused Instrumentalities. However, to the extent that NexTraq attempts to allege that any asserted claim element is not literally met, PerDiemCo believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Infringing Instrumentalities, PerDiemCo did not identify any substantial differences between the elements of the patent claim and the corresponding features of the Infringing Instrumentalities, as set forth herein. In each instance, the identified feature of the Infringing Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

     To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, PerDiemCo asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim. PerDiemCo reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by NexTraq. PerDiemCo also reserves the right to amend this infringement analysis by citing other claims of the '789 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. PerDiemCo further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| Indep. Cl. 17<br><br>17-p | A method for tracking driving events comprising steps of: | The Accused ELD Service implements a method used for tracking Hours of Service driving events. |

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Co., LLC's PRELIMINARY Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴs
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | |   *(Source: Page No. 1 of https://www.nextraq.com/solutions/maintenance-compliance/)* |
| 17-a | (a) using a server to execute a database management system | See 17-p for tracking driving events.  The Accused ELD Service uses an App/HOS server. |

8

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | application (DBMSA) that performs functions based on multiple levels of administrative privileges including a first level of administrative privileges of a tracking service provider having a system administrator that uses the first level of administrative privileges for maintaining a database (DB) that identifies users of the tracking service by identification codes (IDs); | ***Note:*** *If you are logging in to the device that has no internet connection, the driver can login successfully to the app only if driver have logged in to the device before. Tap 'Continue without syncing' button to login. Logging into the app when* app server *is down will prompt a dialog stating that 'Unable to Communicate with* HOS server. *Check your internet connection displayed'.*<br><br>*(Source: Page No. 10 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>Based on information and belief, App/HOS server is implemented within Amazon Web Service for executing a database management system application (DBMSA) in a back-office platform the provides the Accused ELD Service.<br><br>The VisTracks Hours of Service uses industry standard REST architecture API's allowing for easy integration with existing Time and Attendance systems.  Integrating the VisTracks Hours of Service solution with time and attendances enables drivers to clock-in and out using and automatically transfers the timestamps into ELD OnDuty and OffDuty events, ensuring that drivers have 100% accurate logs while providing the billing convenience of Time and Attendance offerings. Using web services the transfers are seamless, real-time, and automatic.  The system is built using an AWS-based engine that polls the time and attendance APIs to gather real-time clock events and passes the events to the VisTracks ELD AWS-based back-office.  Then, when the driver logs onto the VisTracks ELD these events are automatically transferred to the mobile device running the VisTracks software providing accurate logs.<br><br>*(Source: Page No. 1 of https://www.vistracks.com/vistracks-eld-solution-is-easy-to-integrate-with-existing-time-and-attendance-systems/)*<br><br>The DBMSA provides a web portal for interface with users.<br><br>*2.1.1 Set Hours of Service Preferences*<br>This is where the basic driver, vehicle, carrier and shipping data is entered and stored within the app. The identification data stored here is then used by the app, web portal and in the driver's daily log report.<br>*(Source: Page No. 9 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

9

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | | The ELD Service is administered on behalf of NexTraq by an ELDadministrator, who as the system administrator of the Accused ELD service uses the first level of administrative privileges to accept order forms submitted by each customer.<br><br>1. INTRODUCTION; DEFINED TERMS.  These terms and conditions, together with any and all NexTraq authorized Order Forms submitted by you and accepted by us (each, an "**Order Form**"), constitute the agreement (the "**Customer Agreement**") governing your use of the Services (as defined below). If we do not accept an Order Form from you for certain Services, any terms referring to those particular Services do not apply to you.<br>*(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/)*<br><br>Once order forms are accepted, the system administrator of the Accused ELD Service acting on behalf of NexTraq configures the DBMSA to create corresponding customer accounts and user information.   Each customer has a group of users.<br><br><br>*(Source: Page No. 12 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

10

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY Infringement Contentions
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | | For each created customer account, the ELD admnistrator also creataes a user account and assignes "admin role" to a user identified in the account who becomes an account adminsitaror with a second level of administrative privileges.<br><br><br><br>*(Source: Page No. 14 of https://www.iorad.com/player/1706543/NexTraq-ELD#trysteps-1)*<br><br>As such, the DBMSA performs functions based on multiple levels of administrative privileges including a first level of administrative privileges of the ELD administrator and second level of administrative privileges of the account administrator. |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|----------------------------------|
|  |  | 1. INTRODUCTION; DEFINED TERMS.  These terms and conditions, together with any and all NexTraq authorized Order Forms submitted by you and accepted by us (each, an "Order Form"), constitute the agreement (the "Customer Agreement") governing your use of the Services (as defined below). If we do not accept an Order Form from you for certain Services, any terms referring to those particular Services do not apply to you.<br><br>As used in this Agreement, the terms "you" and "your" refer to the customer indicated on the Order Form; "we," "us," "our" "NexTraq" and similar terms refer to NEXTRAQ, LLC, a Delaware limited liability company, and its Affiliates; "Affiliates" means any existing or future legal entity which, directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with NexTraq with the notion of control consisting of the power to direct the management and policies of the legal entity whether through the ownership of a fraction of the share capital or by contract or otherwise and shall be deemed to exist upon the ownership of 50% or more of the share capital or voting rights;<br><br>*(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/)*<br><br>The ELD administrator maintains a database (DB) within AWS.<br><br>The VisTracks Hours of Service uses industry standard REST architecture API's allowing for easy integration with existing Time and Attendance systems.  Integrating the VisTracks Hours of Service solution with time and attendances enables drivers to clock-in and out using and automatically transfers the timestamps into ELD OnDuty and OffDuty events, ensuring that drivers have 100% accurate logs while providing the billing convenience of Time and Attendance offerings. Using web services the transfers are seamless, real-time, and automatic.  The system is built using an AWS-based engine that polls the time and attendance APIs to gather real-time clock events and passes the events to the VisTracks ELD AWS-based back-office.  Then, when the driver logs onto the VisTracks ELD these events are automatically transferred to the mobile device running the VisTracks software providing accurate logs.<br><br>*(Source: Page No. 1 of https://www.vistracks.com/vistracks-eld-solution-is-easy-to-integrate-with-existing-time-and-attendance-systems/)*<br><br>The AWS database (DB) identifies users of the Accused ELD Service by usernames which are identification codes (IDs). |

PerDiemCo LLC v. NexTraq

PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS

U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | |  *(Source:* https://www.iorad.com/player/1706543/NexTraq-ELD#trysteps-1*)* |
| 17-b | (b) using the first level of administrative privileges to 1) create company groups based on company IDs of | See 17-p for tracking driving events.<br><br>See 17-a for a server, a database management system application (DBMSA), multiple levels of administrative privileges, a first level of administrative privileges, a tracking service provider, a system administrator, a database (DB), users and identification codes (IDs). |

13

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | companies, 2) authorize a company group to use a second level of administrative privileges, which is not used by the system administrator, and 3) create an administrator account for a company administrator of the company who is authorized to use the second level of administrative privileges; | After accepting the order forms, the first level of administrative privilege is used to create customer accounts corresponding to company groups based on the company names (e.g., XYZ Company / Carrier DOT No), which are company IDs.<br><br><br><br>*(Source: Page No. 12 of* https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755*)*<br><br>The first level of administrative privilege is used to assign a user of each customer to be an account administrator who act as company administrator having an administrator account authorized to use a second level of administrative privileges which is not used by the ELD administrator (e.g., events, alerts, zones). |

14

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | |  *(Source: https://www.iorad.com/player/1706543/NexTraq-ELD#trysteps-1)* |
| 17-c | (c) based on a received company administrator ID in a request to log into the administrator account, providing access authorization to the administrator | See 17-p for tracking driving events.<br><br>See 17-a for a server, a database management system application (DBMSA), multiple levels of administrative privileges, a first level of administrative privileges, a tracking service provider, a system administrator, a database (DB), users and identification codes (IDs).<br><br>See 17-b for company groups, company IDs, a second level of administrative privileges, an administrator account, and a company administrator.<br><br>Access authorization to the administrator account is provided  based on a received company administrator ID by receiving account admin's username i.e., company administrator ID and a password in a request to log into the administrator account. |

15

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
|  | account before providing one or more user interfaces that receive an access list from the company administrator using the second level of administrative privileges, the access list identifying one or more authorize recipients of event information who are not authorized to use the second level of administrative privileges; | <br><br>*(Source: Page No. 1 of https://hos.nextraq.com/portal/login.html)*<br><br>Once access authorization is granted, one or more user interfaces are provided to the account admin. |

16

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | | *(Source:* https://www.iorad.com/player/1706935/NexTraq-ELD---Adding-a-New-Driver-and-Editing-an-Existing-Driver#trysteps-2*)*<br><br>The user interfaces are used to receive e-mail addresses i.e., access list from the account admin using the second level of administrative privileges.<br><br><br><br>*(Source:* https://www.iorad.com/player/1706543/NexTraq-ELD#trysteps-1*)*<br><br>The e-mail addresses i.e., an access list identifies fleet managers as one or more authorize recipients of event information. |

17

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY Infringement Contentions
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
|  |  |  *(Source: https://www.iorad.com/player/1706543/NexTraq-ELD#trysteps-1)*<br><br>The authorize recipients such as fleet manager receive event information which includes Hours of Service (HOS) events, including HOS violations and are not authorized to use the second level of administrative privileges. |

18

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | | <br><br>*(Source: https://www.iorad.com/player/1706543/NexTraq-ELD#trysteps-1)*<br><br>With a live display, both your drivers and office team will be able to see how close they are to a HOS violation, and whether or not they're missing crucial details for their DVIR. They can change status instantly, and record hours with minimal effort.<br>*(Source: https://fleetlogging.com/nextraq/)* |
| 17-d | (d) creating a driver account for a driver of a vehicle based on the second level of administrative | See 17-p for tracking driving events.<br><br>See 17-a for a server, a database management system application (DBMSA), multiple levels of administrative privileges, a first level of administrative privileges, a tracking service provider, a system administrator, a database (DB), users and identification codes (IDs). |

19

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | privileges which authorizes the driver to log into the driver account based on a driver ID and password to become an authorized user in the company group; | See 17-b for company groups, company IDs, a second level of administrative privileges, an administrator account, and a company administrator.<br><br>See 17-c for company administrator ID, providing access authorization to the administrator account, an access list, one or more authorize recipients and event information.<br><br>The second level of administrative privileges is used to create a driver account for a driver of a vehicle.<br><br><br><br>(*Source:* https://www.iorad.com/player/1706935/NexTraq-ELD---Adding-a-New-Driver-and-Editing-an-Existing-Driver#trysteps-2)<br><br>The driver logs into the driver account based on username & password i.e., a driver ID and password to become an authorized user in the customer company. |

20

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|--------------------------------|
| | | <br>*(Source: Page No. 120 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 17-e | (e) receiving a request to log into the driver account from a mobile computing device (MCD) carried by the vehicle; | See 17-p for tracking driving events.<br><br>See 17-a for a server, a database management system application (DBMSA), multiple levels of administrative privileges, a first level of administrative privileges, a tracking service provider, a system administrator, a database (DB), users and identification codes (IDs).<br><br>See 17-b for company groups, company IDs, a second level of administrative privileges, an administrator account, and a company administrator.<br><br>See 17-c for company administrator ID, providing access authorization to the administrator account, an access list, one or more authorize recipients and event information.<br><br>See 17-d for a driver account, a driver of a vehicle, driver ID and password. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | | A request is received from the Accused ELD which is the mobile computing device (MCD) to login into the driver account based on username and password.<br><br>Login to Portal → Go to the Drivers Management page → Select on New Driver button or select the Edit driver button → Enable the Exempt Driver option<br><br>*(Source: Page No. 127 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>NEXTRAQ® ELD FOR TABLETS AND SMARTPHONES<br>Simple, reliable and affordable Hours of Service (HOS), Driver Vehicle Inspection Report (DVIR) and Record of Duty Status (RODS)—also known as Driver's Log—right from your teams' tablets or smartphones. Great training and a dedicated ELD Support Team stand ready to help get your fleet ELD compliant and on the road as quickly as possible.<br>*(Source: Page No. 1 of https://www.nextraq.com/services/eld-compliance/)* |
| 17-f | (f) receiving driver location information indicating locations of the driver; | See 17-p for tracking driving events.<br><br>See 17-a for a server, a database management system application (DBMSA), multiple levels of administrative privileges, a first level of administrative privileges, a tracking service provider, a system administrator, a database (DB), users and identification codes (IDs). |

22

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|----------------------------------|
| | | See 17-b for company groups, company IDs, a second level of administrative privileges, an administrator account, and a company administrator. |
| | | See 17-c for company administrator ID, providing access authorization to the administrator account, an access list, one or more authorize recipients and event information. |
| | | See 17-d for a driver account, a driver of a vehicle, driver ID and password. |
| | | See 17-e for a request to log into the driver account and a mobile computing device (MCD). |
| | | The location information of the driver is received. |
| | |  |
| | | *(Source: Page No. 49 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

23

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| 17-g | (g) receiving driving event information indicating a) the vehicle is powered on, b) times and locations of a movement driving event, c) times and locations of a non-movement driving event, d) additional information entered or written by the driver in an event log file after providing the access authorization to the driver user account; | See 17-p for tracking driving events.<br><br>See 17-a for a server, a database management system application (DBMSA), multiple levels of administrative privileges, a first level of administrative privileges, a tracking service provider, a system administrator, a database (DB), users and identification codes (IDs).<br><br>See 17-b for company groups, company IDs, a second level of administrative privileges, an administrator account, and a company administrator.<br><br>See 17-c for company administrator ID, providing access authorization to the administrator account, an access list, one or more authorize recipients and event information.<br><br>See 17-d for a driver account, a driver of a vehicle, driver ID and password.<br><br>See 17-e for a request to log into the driver account and a mobile computing device (MCD).<br><br>See 17-f for driver location information.<br><br>The HOS driving event information is received indicating the vehicle "power ON" event i.e., vehicle is powered on.<br><br>Events such as Power On, Power Off, Driving and OnDuty are automatically created when connecting to a device. Auto events created were recorded<br><br>*(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

24

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      | <br><br>*(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The HOS driving event information is received indicating times and locations of a movement driving event such as 10:45 AM & 4mi NNW Red Oak, IA of "Driving" duty status. |

25

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY Infringement Contentions
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      |  *(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The HOS driving event information is received indicating times and location of non-movement driving event such as 12:00 AM & 1mi SW Oakville, CT of "OFF" duty status. |

26

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | |  *(Source: Page No. 57 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* <br><br> The HOS driving event information is received including the additional information entered or written e.g., to edit a log by the driver in an event log file after access authorization is provided to the driver user account based on driver username & password. <br><br> *5.2.12 Edit a Log* <br> Only driver logs that have not yet been certified can be edited, you will have to uncertify a driver log in order to update its contents, to do this, tap the Edit button to uncertify the selected log and reopen it for editing: <br> *(Source: Page No. 56 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

27

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | |  *(Source: Page No. 60 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 17-h | (h) conveying the driving event information based on the access list. | See 17-p for tracking driving events. See 17-a for a server, a database management system application (DBMSA), multiple levels of administrative privileges, a first level of administrative privileges, a tracking service provider, a system administrator, a database (DB), users and identification codes (IDs). See 17-b for company groups, company IDs, a second level of administrative privileges, an administrator account, and a company administrator. See 17-c for company administrator ID, providing access authorization to the administrator account, an access list, one or more authorize recipients and event information. |

28

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | | See 17-d for a driver account, a driver of a vehicle, driver ID and password.<br><br>See 17-e for a request to log into the driver account and a mobile computing device (MCD).<br><br>See 17-f for driver location information.<br><br>See 17-g for driving event information, the vehicle is powered on, times and locations of a movement driving event, times and locations of a non-movement driving event, additional information entered or written by the driver, and an event log file.<br><br>The HOS driving event information is conveyed based on the email addresses of the fleet managers in the access list.<br><br> |

29

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
|  |  | (Source: https://www.iorad.com/player/1706543/NexTraq-ELD#trysteps-1) |

**Caveat:** The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.