# Exhibit E-1

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

    This claim chart demonstrates NexTraq's infringement of U.S. Patent No. 10,602,364 and provides notice of such infringement by comparing each element of the asserted claims to corresponding components, aspects, and/or features of Accused Instrumentalities identified below ("Accused Instrumentalities), which provide driving event information, HOS alerts and information related to state border crossing based on locations of ELD devices installed in fleets of vehicles. These claim charts include information provided by way of example and not by way of limitation.

    As used herein the Accused Instrumentalities are:

    1-NexTraq ELD Compliance Solution and Services for the Accused ELDs (the Accused ELD Service).





https://www.nextraq.com/solutions/maintenance-compliance/

1

PerDiemCo LLC v. NexTraq

PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS

U.S. Patent No. 10,602,364

2-- The Accused ELD Service used with NexTraq® ELD for Tablets and Smartphones (the Accused ELDs):

 

https://www.nextraq.com/services/eld-compliance/

3- The Accused ELD Service used with NexTraq ELD Android and NexTraq ELD iOS (the Accused App.), which are executed by the Accused ELDs.

| Device Name | Model Number | Software Version | ELD Identifier | Company |
|---|---|---|---|---|
| NexTraq ELD Android | 1.0 and above | 1.0.1905.190710 | HOS001 | NexTraq |
| NexTraq ELD iOS | 1.0 and above | 1.0.1905.190710 | HOS001 | NexTraq |

*(Source: Page No. 1 of  https://eld.fmcsa.dot.gov/List )*

2

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY Infringement Contentions
U.S. Patent No. 10,602,364

The Accused instrumentalities are offered by NexTraq to its customers based on orders submitted by customers and agreed to by NexTraq.

1. INTRODUCTION; DEFINED TERMS.  These terms and conditions, together with any and all NexTraq authorized Order Forms submitted by you and accepted by us (each, an "Order Form" ), constitute the agreement (the "Customer Agreement") governing your use of the Services (as defined below). If we do not accept an Order Form from you for certain Services, any terms referring to those particular Services do not apply to you.

https://www.nextraq.com/terms-and-conditions/

The Accused Instrumentalities include products and services and products of third parties that are offered by NexTraq for sale to and used by its customers.

and all other data made available by us through the Platform for the purpose of providing the Services to you; "Services" means (a) our telematics-based vehicle and asset location service that uses the Global Positioning System and Tracking Devices for position location reporting and a wireless or satellite network operated by one or more third parties for data communications, together with any and all other services and add-ons (including, but not limited to, third-party services) offered by NexTraq for use in connection with such service and purchased or used by you, (b) the Platform (as defined below), (c) the operation of one or more Tracking Devices or other Equipment, (d) if you submit and we accept an Order Form for online Services, any APIs and other items made available by NexTraq for fulfillment of those Services, and (e) any other or additional services provided to you by NexTraq; "Tracking Device" means a vehicle or asset mounted wireless tracking device provided by us to enable your authorized use of the Services in the operation of a single vehicle; "Equipment" means any Tracking Device or other hardware item provided by NexTraq for use in furtherance of the Services; and "Platform" means the NexTraq service platform by which the Customer or User may receive access and view Fleet Data generated by the telematics-based vehicle an asset tracking service, including any audio and visual devices, and through a web browser, mobile application, or any other means of access provided by NexTraq.

https://www.nextraq.com/terms-and-conditions/

Upon information and belief, NexTraq is a reseller of "White Labelled Hours of Service" offered by Vistracks Inc. , a third-party, for resale by NexTraq (Vistracks).   The services, known as VisTracks Hours of Service (HOS), are tablet/smartphone, like the Accused ELDs,  and portal

3

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

applications, like those offered on the accused ELD platform, which are compliant with US Department of Transportation Hours of Service regulations. VisTracks is part of Omnitracs, a SaaS-based fleet management and data analytics solution used in transportation technology (Omnitracs),  (https://www.vistracks.com/about-us/)  Upon information and belief, Omnitracs has Acquired VisTracks and act as its parent company (https://www.vistracks.com/omnitracs-acquires-vistracks-accelerates-innovation-of-omnitracs-one-platform-and-expansion-into-smb-market/).

Upon information and belief, Vistrack has registered its products with the Federal Motor Carrier Safety Administration (FMCSA).



https://eld.fmcsa.dot.gov/List

Vistrack's user guide for its products (the Vistrack User Guide) is publically available for download at (https://eld.fmcsa.dot.gov/List).

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Co., LLC's PRELIMINARY Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴꜱ
U.S. Patent No. 10,602,364



**VisTracks – Hours of Service**
April 2019/ V1.0.1825-1905

"NexTraq LLC – NexTraq ELD" is a user guide for using the Accused ELDs (the NexTraq ELD User Guide).    NexTraq ELD User Guide is publically available for download using *https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*.



**NexTraq LLC – NexTraq ELD**
January 2019/ V1.0.1817-1824

The NexTraq ELD User Guide is substantively identical to the Vistrack User Guide.  Upon information and belief, Vistrack is the author of the NexTraq ELD User Guide.

Upon information and belief, Vistracks and Omnitracks, either alone or jointly, are administrators of the Accused ELD Platform acting on behalf of NexTraq (the ELD Administrator).

5

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

The analysis set forth below is based only upon information from publicly available resources regarding the Infringing Instrumentalities. An analysis of NexTraq's technical documentation and/or software source code, may assist in fully identifying all infringing features and functionality. Accordingly, PerDiemCo reserves the right to supplement this infringement analysis once such information is made available to PerDiemCo. Furthermore, PerDiemCo reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claim.

Unless otherwise noted, PerDiemCo alleges that NexTraq directly infringes the '364 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Infringing Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, PerDiemCo further contends that the evidence below supports a finding of indirect or contributory infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. NexTraq makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claims of the '364 patent, including without limitation, the Accused Instrumentalities.

Unless otherwise noted, PerDiemCo alleges that each element of each claim asserted herein is literally met through NexTraq's provision of the Accused Instrumentalities. However, to the extent that NexTraq attempts to allege that any asserted claim element is not literally met, PerDiemCo believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Infringing Instrumentalities, PerDiemCo did not identify any substantial differences between the elements of the patent claim and the corresponding features of the Infringing Instrumentalities, as set forth herein. In each instance, the identified feature of the Infringing Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, PerDiemCo asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim. PerDiemCo reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by NexTraq. PerDiemCo also reserves the right to amend this infringement analysis by citing other claims of the '364 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. PerDiemCo further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| Indep. Cl. 12<br><br>12-p | A method for tracking driving events in a tracking service that track locations of vehicles which carry mobile devices identified by mobile device IDs used by drivers of the vehicles who are authorized users of the tracking service, said authorized users having authorized user accounts used to access a first tracking application software executed in one or more | The Accused ELD Service is a tracking service offered by Nextraq that implements a method for tracking Hours of Service (HOS) driving events.<br><br><br><br>*(Source: Page No. 1 of https://www.nextraq.com/solutions/maintenance-compliance/)*<br><br>The Accused ELD Service is used to track locations of vehicles. |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | computing devices comprising one or more serves, where the authorized user accounts are accessed based on authorized user IDs that identify the authorized users, including divers user IDs that identify the drivers of the vehicles with corresponding driver user accounts used in the tracking service, the method comprising: |  *(Source: Page No. 57 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The vehicles carry the Accused ELDs, which are mobile devices.<br><br>*(Source: Page No. 1 of https://eld.fmcsa.dot.gov/List )* |

8

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | |  *(Source: Page No. 1 of https://www.nextraq.com/services/eld-compliance/)* <br><br> The Accused ELDs are identified by ELD Identifiers, which are mobile device IDs. <br><br>  *(Source: Page No. 42  of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0b56-27fd-e053-0100007fc755)* <br><br> Drivers of the vehicles who uses the Accused ELDs are the authorized users of the tracking service. |

9

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|-------|----------------------|----------------------------------|
|       |                      |  *(Source: Page No. 2 of https://www.iorad.com/player/1706935/NexTraq-ELD---Adding-a-New-Driver-and-Editing-an-Existing-Driver#trysteps-2)*<br><br>The authorized users have authorized user accounts. |

10

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | |  *(Source: Page No. 1 of https://www.iorad.com/player/1706935/NexTraq-ELD---Adding-a-New-Driver-and-Editing-an-Existing-Driver#trysteps-2)* <br><br> *(Source: Page No. 1 of https://hos.nextraq.com/portal/login.html)* <br><br> The Accused ELD Service uses a first tracking application software, i.e., "app", executed in App/HOS servers, which are one or more computing devices.. |

11

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | | *Note: If you are logging in to the device that has no internet connection, the driver can login successfully to the app only if driver have logged in to the device before. Tap 'Continue without syncing' button to login. Logging into the app when app server is down will prompt a dialog stating that 'Unable to Communicate with HOS server. Check your internet connection displayed'.*<br><br>*(Source: Page No. 10 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The authorized user accounts are used to access the first tracking application software, i.e., the "app," based on usernames i.e., authorized user IDs and passwords that identify the authorized users.<br><br>Sign in to start your session<br><br>👤 Username<br><br>🔒 Password<br><br>SIGN IN<br><br>Select Language<br><br>🇺🇸 English    🇫🇷 Français    🇪🇸 Español<br><br>Forgot Password<br><br>*(Source: Page No. 1 of https://hos.nextraq.com/portal/login.html)*<br><br>Drivers of the vehicles are identified by driver's usernames i.e., user IDs with corresponding driver user accounts in the tracking service. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|  |  | <br><br>*(Source: Page No. 120 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 12-a | using a first computing device in a first network of computing devices to cause transmission of a request to exercise a first level of administrative privilege given to a first administrator of | See 12-p for tracking driving events, tracking service, locations of vehicles, mobile devices, mobile device IDs, drivers of the vehicles, authorized users, authorized user accounts, a first tracking application software, computing devices, one or more serves, authorized user IDs, drivers user IDs and driver user accounts.<br><br>App/HOS server is a first computing device used in in NexTraq's network, which is a first network of computing devices.<br><br>***Note:*** *If you are logging in to the device that has no internet connection, the driver can login successfully to the app only if driver have logged in to the device before. Tap 'Continue without syncing' button to login. Logging into the app when* app server *is down will prompt a dialog stating that 'Unable to Communicate with* HOS server. *Check your internet connection displayed'.*<br>*(Source: Page No. 10 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

13

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Cᴏ., LLC's PRELIMINARY Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴꜱ
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | the tracking service to configure the first tracking application software to performs one or more administrative functions based on the authorized user IDs and the mobile device IDs including conveying log files that contain driving event information recoded by the mobile devices using event IDs, said driving event information indicating times or locations of | The Accused Tracking service is administered after customer orders are accepted by administrators acting on behalf of NexTraq who act as first administrators of the tracking service. <br><br> 1. INTRODUCTION; DEFINED TERMS.  These terms and conditions, together with any and all NexTraq authorized Order Forms submitted by you and accepted by us (each, an "Order Form" ), constitute the agreement (the "Customer Agreement") governing your use of the Services (as defined below). If we do not accept an Order Form from you for certain Services, any terms referring to those particular Services do not apply to you. <br> *(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/)* <br><br> Once the customer orders are accepted, the first administrators, who are identified by respective administrator ID, use NexTraq's API to transmit authentication requests to configure the Accused ELD Platform based on the customer orders. |

14

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | a plurality of driving events including vehicle movement events and vehicle non-movement events, the request containing a first administrator ID that identifies the first administrator; | As used in this Agreement, the terms "you" and "your" refer to the customer indicated on the Order Form; "we," "us," "our" "NexTraq" and similar terms refer to NEXTRAQ, LLC, a Delaware limited liability company, and its Affiliates; "Affiliates" means any existing or future legal entity which, directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with NexTraq with the notion of control consisting of the power to direct the management and policies of the legal entity whether through the ownership of a fraction of the share capital or by contract or otherwise and shall be deemed to exist upon the ownership of 50% or more of the share capital or voting rights; "API" means an application programming interface provided to you for use with web-based components of the Services; "Fleet Data" means the information and data generated by NexTraq Equipment and the provision of the Services, including geolocation, telemetry and movement data, including information that comes from the vehicles, and information that incorporates or is derived from the processing of such information or data, and all other data made available by us through the Platform for the purpose of providing the Services to you; "Services" means (a) our telematics-based vehicle and asset location service that uses the Global Positioning System and Tracking Devices for position location reporting and a wireless or satellite network operated by one or more third parties for data communications, together with any and all other services and add-ons (including, but not limited to, third-party services) offered by NexTraq for use in connection with such service and purchased or used by you, (b) the Platform (as defined below), (c) the operation of one or more Tracking Devices or other Equipment, (d) if you submit and we accept an Order Form for online Services, any APIs and other items made available by NexTraq for fulfillment of those Services, and (e) any other or additional services provided to you by NexTraq; "Tracking Device" means a vehicle or asset mounted wireless tracking device provided by us to enable your authorized *(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/)* <br><br> The authetication requests are used to authenticate the first administrators using usernames i.e., administrator IDs and passwords. |

15

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | | **Connecting Using a Configuration Object**<br><br>You must use the `configuration` object if you need to connect to the authenticated RESTful API endpoints. The `configuration` object allows you to pass in the username and password values.<br><br>The `configuration` object can have a number of properties which consist of:<br><br>• `url` The full URL for the TeamCity server, e.g. http://teamcity.domain.com:8111<br>• `protocol` The protocol for the connection, e.g. http<br>• `hostname` The hostname of the server, e.g. teamcity.domain.com<br>• `port` The port for the TeamCity server, e.g. 8111<br>• `username` The username if using authenticated endpoints<br>• `password` The password for the user you are authenticating as<br><br>*(Source: Page No. 2 of https://github.com/NexTraq/node-teamcity-api)*<br><br>Once authenticated, the first administrator is authorized on behalf of NexTraq to use respective first level of administrative privileges to configure the Accused ELD platform.<br><br>accrued and be payable with respect to all authorized Equipment, regardless of vehicle status, for the duration of the Term, unless a malfunction is reported to and acknowledged by NexTraq. For clarity and avoidance of doubt, unless you terminate this Agreement pursuant to the terms of this Agreement, Charges will be accrued and be payable for the entire Term even if you fully or partially discontinue the use of the Services. Any additional services provided by NexTraq or an authorized third party will be invoiced following the provision of such services. In the case of online Services, those Services and APIs set fort on the Order Form will be activated at the time that your access to the online account is configured and enabled by NexTraq. All invoices are stated in U.S. dollars and due within 25 days from the invoice date. If any amounts due hereunder are not pai by the applicable due date, a one-time late fee may be assessed on each late amount in an amount not to exceed the lesser of 10.0% of such late amount or the maximum amount permitted by law. All prices, fees and rates under this Agreement exclu sales, use, excise, or any other taxes assessed at any time. Except for taxes imposed upon NexTraq's income and FCC license<br><br>*(Source: Page No. 3 of https://www.nextraq.com/terms-and-conditions/)* |

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Co., LLC'ꜱ PRELIMINARY Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴꜱ
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|-------|----------------------|---------------------------------|
|       |                      | The Accused ELD platform is configured by the first administrator to perform one or more administrative functions based on the authorized user IDs and the mobile device IDs.<br><br><br><br>*(Source: Page No. 1 of https://hos.nextraq.com/portal/login.html)*<br><br>Log files contains HOS duty status i.e., driving event information. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | | <br><br>*(Source: Page No. 57 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The Log files are transferred i.e., conveyed by the Accused ELD. |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY Infringement Contentions
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | | <br><br>*(Source: Page No. 37 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The driving event information is recoded by the Accused ELD's using event IDs.<br><br><br><br>*(Source: Page No. 2 of https://www.transportengineer.org.uk/transport-engineer-features/big-data-comes-to-transport-1/249252/)*<br><br>The driving event information indicates times i.e., 10:45 AM or locations i.e., 4mi NNW Red Oak, IA, of a plurality of driving events including vehicle movement events, e.g., "Driving" duty status. |

19

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | |  *(Source: Page No. 57 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* The driving event information indicates times i.e., 12:00 AM or locations i.e., 1mi SW Oakville, CT of a plurality of driving events including vehicle non-movement events, e.g., "OFF" duty status. |

20

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|-------|----------------------|----------------------------------|
| | | <br><br>*(Source: Page No. 57 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 12-b | receiving an authorization based on the first administrator ID to exercise the first level of administrative privilege, the authorization being received | See 12-p for tracking driving events, tracking service, locations of vehicles, mobile devices, mobile device IDs, drivers of the vehicles, authorized users, authorized user accounts, a first tracking application software, computing devices, one or more serves, authorized user IDs, drivers user IDs and driver user accounts.<br><br>See 12-a for a first computing device, a first network of computing devices, a first level of administrative privilege, a first administrator, one or more administrative functions, conveying log files, driving event information, event IDs, times or locations of driving events, vehicle movement events and vehicle non-movement events.<br><br>An authorization of the request based on the transmitted first administrator ID is received to exercise the first level of administrative privilege from a computing device in back office, which a second computing device, in |

21

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | from a second computing device in a second network of computing devices that includes one or more servers that execute the first tracking application software by accessing a database (DB) storing the user IDs, the mobile device IDs and the event IDs, said DB being maintained by a second administrator of the second network that authorizes the request to exercise the first level of | AWS, which is a second network of commuting devices that includes servers that executes the Accused ELD platform by accessing a database (DB). The DB stores the user IDs, the mobile device IDs and the event IDs and is maintained by AWS, who is a second administrator of the second network that authorizes the request to exercise the first level of administrative privilege. <br><br> The VisTracks Hours of Service uses industry standard REST architecture API's allowing for easy integration with existing Time and Attendance systems. Integrating the VisTracks Hours of Service solution with time and attendances enables drivers to clock-in and out using and automatically transfers the timestamps into ELD OnDuty and OffDuty events, ensuring that drivers have 100% accurate logs while providing the billing convenience of Time and Attendance offerings. Using web services the transfers are seamless, real-time, and automatic. The system is built using an AWS-based engine that polls the time and attendance APIs to gather real-time clock events and passes the events to the VisTracks ELD AWS-based back-office. Then, when the driver logs onto the VisTracks ELD these events are automatically transferred to the mobile device running the VisTracks software providing accurate logs. <br><br> *(Source: Page No. 1 of https://www.vistracks.com/vistracks-eld-solution-is-easy-to-integrate-with-existing-time-and-attendance-systems/)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | administrative privilege; | |
| 12-c | using the first level of administrative in one or more central or distributed control stations to control access to the authorized user accounts of the authorized users in different groups identified in the database by corresponding group IDs before granting access to a group administrator account based on a group administrator ID that | See 12-p for tracking driving events, tracking service, locations of vehicles, mobile devices, mobile device IDs, drivers of the vehicles, authorized users, authorized user accounts, a first tracking application software, computing devices, one or more serves, authorized user IDs, drivers user IDs and driver user accounts.<br><br>See 12-a for a first computing device, a first network of computing devices, a first level of administrative privilege, a first administrator, one or more administrative functions, conveying log files, driving event information, event IDs, times or locations of driving events, vehicle movement events and vehicle non-movement events.<br><br>See 12-b for the second computing device, second network of computing devices, authorization of request, database (DB) and second administrator.<br><br>The first level of administrative privilege is used to identify different customer group i.e., groups which are identified in the database by corresponding names of the groups, for example, by Customer names or Carrier DOT No. which is group IDs.<br><br><br><br>*(Source: Page No. 12 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

23

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | identifies a group administrator of a group identified by a group ID, which is associated in the DB with the group administrator ID and the first administrator ID, wherein a second level of administrative privilege is given to the group administrator to identify one or more authorized users of the group in the database including identifying a | By granting access to the first administrator, the first level of administrative privilege is used to control access to the authorized user accounts of the authorized users and prevent unauthorized access.<br><br>3.3  We will assign you, and you will be responsible for controlling, username(s) and password(s) which permit you, your employees and independent contractors, access to the Platform and, if we have accepted an Order Form for online Services, access to and interaction with those Services and related APIs. You are responsible for ensuring that usernames and passwords are not shared or used by more than one individual. You must promptly notify NexTraq of any unauthorized use of the username(s) or password(s), and you will be responsible for all use thereof (whether authorized by you or not).  Until so notified, NexTraq shall not be responsible for any such unauthorized use.  NexTraq shall not be liable for any loss or damage arising from any unauthorized use of a username or password.  You shall not assign, transfer, or otherwise permit access to the Platform or Services or related APIs (as applicable) except as expressly set forth herein. Any use of the Platform, Services, or applications by an independent contractor of yours must be for your business purposes, and you will remain responsible for all the acts or omissions of any such independent contractor.<br><br>*(Source: Page No. 2 of https://www.nextraq.com/terms-and-conditions/)*<br><br>When creating customer accounts for the groups, the first level of administrative privilege is used to assign an account admin user type to at least one of the customer's users who is group administrator. |

24

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | first authorized user having a first user account associated with a first authorized user ID and one or more drivers having corresponding driver user accounts accessible based on corresponding driver IDs, which are associated with the group ID in the DB; | <br><br>(Source: https://www.iorad.com/player/1706543/NexTraq-ELD#trysteps-1)<br><br>Access to the group administrator account is granted based on a username of the group administrator, which is a group administrator ID that identifies a group administrator of a group identified by a group ID, which is associated in the DB with the group administrator ID and the first administrator ID. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | | <br><br>*(Source: Page No. 1 of https://hos.nextraq.com/portal/login.html)*<br><br>A second level of administrative privilege is given to the group administrator to define one or more authorized users of the group in the database including defining a user as first authorized user having a first user account associated with a username i.e., first authorized user ID. |

26

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | |  *(Source: https://www.iorad.com/player/1706543/NexTraq-ELD#trysteps-1)*\ <br><br> The second level of administrative privilege is used to define drivers in the customer group, who have corresponding driver user accounts accessible based on corresponding driver IDs and passwords, which are associated with the group ID in the DB. |

27

PerDiemCo LLC v. NexTraq

PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS

U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | | *(Source:    https://www.iorad.com/player/1706935/NexTraq-ELD---Adding-a-New-Driver-and-Editing-an-Existing-Driver#trysteps-2)* |
| 12-d | receiving an access request containing a driver ID to log into a diver user account of a driver in the group, the request being received over a wireless link from a mobile device before granting access to a second tracking application executed at the mobile device; | See 12-p for tracking driving events, tracking service, locations of vehicles, mobile devices, mobile device IDs, drivers of the vehicles, authorized users, authorized user accounts, a first tracking application software, computing devices, one or more serves, authorized user IDs, drivers user IDs and driver user accounts.<br><br>See 12-a for a first computing device, a first network of computing devices, a first level of administrative privilege, a first administrator, one or more administrative functions, conveying log files, driving event information, event IDs, times or locations of driving events, vehicle movement events and vehicle non-movement events.<br><br>See 12-b for the second computing device, second network of computing devices, authorization of request, database (DB) and second administrator.<br><br>See 12-c for access to the authorized user accounts, groups, group IDs, a group administrator account, a group administrator ID, a group administrator, a second level of administrative privilege, a first authorized user, a first user account, a first authorized user ID.<br><br>An access request containing driver ID to log into a diver user account of a driver in the group is received over a data network using internet access i.e., a wireless link from the Accused ELD.<br><br><br><br>*(Source: Page No. 132 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

28

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | | Based on the accessed request, an access is granted to the Accused Application which is available at app store or Google Play is a second tracking application and is executed at the Accused ELD.<br><br><br><br>(*Source: Page No. 1 of* https://www.nextraq.com/services/eld-compliance/) |
| 12-e | receive a log file from the second tracking application over the wireless link that contains edits or additional information | See 12-p for tracking driving events, tracking service, locations of vehicles, mobile devices, mobile device IDs, drivers of the vehicles, authorized users, authorized user accounts, a first tracking application software, computing devices, one or more serves, authorized user IDs, drivers user IDs and driver user accounts.<br><br>See 12-a for a first computing device, a first network of computing devices, a first level of administrative privilege, a first administrator, one or more administrative functions, conveying log files, driving event information, event IDs, times or locations of driving events, vehicle movement events and vehicle non-movement events. |

29

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | entered by the driver after the driver is granted access to the driver user account based on the driver ID; | See 12-b for the second computing device, second network of computing devices, authorization of request, database (DB) and second administrator.<br><br>See 12-c for access to the authorized user accounts, groups, group IDs, a group administrator account, a group administrator ID, a group administrator, a second level of administrative privilege, a first authorized user, a first user account, a first authorized user ID.<br><br>See 12-d for an access request containing a driver ID, a wireless link, a second tracking application.<br><br>After access is granted to the driver user account based on the driver ID, driver enters edits or additional information into a log file.<br><br>*5.2.12 Edit a Log*<br>Only driver logs that have not yet been certified can be edited, you will have to uncertify a driver log in order to update its contents, to do this, tap the Edit button to uncertify the selected log and reopen it for editing:<br>*(Source: Page No. 56 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

30

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | | *Modify Log Event via Grid View Mode* <br><br>  <br><br> *(Source: Page No. 60 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* <br><br> The log file containing edits or additional information is received from the Accused application over the wireless link. <br><br> *5.2.11 Email a Log* <br> When driver need to email a certified logs PDF to the back office, the driver can send directly from the **Mobile App** used (e.g Gmail app for Android) or have the HOS **Server** send the email instead of sending it directly from the mobile device. <br> *(Source: Page No. 54 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

31

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | | **Note:** *To send certified log PDF via HOS Sever, set the Email sender option to Server in the portal-* >account settings under App Controls -> Email Sender. *(Source: Page No. 55 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 12-f | granting access to the first user account based on the first authorized user ID before receiving an access list that identifies one or more recipients of the driving event information; and | See 12-p for tracking driving events, tracking service, locations of vehicles, mobile devices, mobile device IDs, drivers of the vehicles, authorized users, authorized user accounts, a first tracking application software, computing devices, one or more serves, authorized user IDs, drivers user IDs and driver user accounts. See 12-a for a first computing device, a first network of computing devices, a first level of administrative privilege, a first administrator, one or more administrative functions, conveying log files, driving event information, event IDs, times or locations of driving events, vehicle movement events and vehicle non-movement events. See 12-b for the second computing device, second network of computing devices, authorization of request, database (DB) and second administrator. See 12-c for access to the authorized user accounts, groups, group IDs, a group administrator account, a group administrator ID, a group administrator, a second level of administrative privilege, a first authorized user, a first user account, a first authorized user ID. See 12-d for an access request containing a driver ID, a wireless link, a second tracking application. See 12-e for receive a log file, edits or additional information entered by the driver. Access to the first user account is granted based on the first authorized user ID before receiving e-mail addresses i.e., access list. |

32

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|-------|----------------------|----------------------------------|
|       |                      | <br><br>*(Source: Page No. 23 of <u>https://www.iorad.com/player/1706543/NexTraq-ELD#trysteps-1</u>)*<br><br>The access list identifies fleet managers as one or more authorize recipients of driving event information. |

33

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY Infringement Contentions
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | | <br>*(Source: Page No. 23 of https://www.iorad.com/player/1706543/NexTraq-ELD#trysteps-1)* |
| 12-g | conveying the driving event information including the event IDs only to the one or more recipients on the access list. | See 12-p for tracking driving events, tracking service, locations of vehicles, mobile devices, mobile device IDs, drivers of the vehicles, authorized users, authorized user accounts, a first tracking application software, computing devices, one or more serves, authorized user IDs, drivers user IDs and driver user accounts.<br><br>See 12-a for a first computing device, a first network of computing devices, a first level of administrative privilege, a first administrator, one or more administrative functions, conveying log files, driving event information, event IDs, times or locations of driving events, vehicle movement events and vehicle non-movement events.<br><br>See 12-b for the second computing device, second network of computing devices, authorization of request, database (DB) and second administrator. |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

| Claim | US Patent 10,602,364 | Description of the Infringement |
|---|---|---|
| | | See 12-c for access to the authorized user accounts, groups, group IDs, a group administrator account, a group administrator ID, a group administrator, a second level of administrative privilege, a first authorized user, a first user account, a first authorized user ID.<br><br>See 12-d for an access request containing a driver ID, a wireless link, a second tracking application.<br><br>See 12-e for receive a log file, edits or additional information entered by the driver.<br><br>See 12-f for an access list, and one or more recipients.<br><br>The driving event information including the event IDs is conveyed only to the one or more recipients, such as users having RODS/HOS as enabled products or fleet managers who are on the access list.<br><br><br><br>*(Source: Page No. 23 of https://www.iorad.com/player/1706543/NexTraq-ELD#trysteps-1)* |

35

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,602,364

**Caveat:** The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.