# Exhibit F-1

PerDiemCo LLC v. NexTraq

PᴇʀDɪᴇᴍ Co., LLC's PRELIMINARY Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴꜱ

U.S. Patent No. 10,277,689

This claim chart demonstrates NexTraq's infringement of U.S. Patent No. 10,277,689 and provides notice of such infringement by comparing each element of the asserted claims to corresponding components, aspects, and/or features of Accused Instrumentalities identified below ("Accused Instrumentalities), which provide driving event information, HOS alerts and information related to state border crossing based on locations of ELD devices installed in fleets of vehicles. These claim charts include information provided by way of example and not by way of limitation.

As used herein the Accused Instrumentalities are:

1-NexTraq® ELD for Tablets and Smartphones (the Accused ELDs):





https://www.nextraq.com/services/eld-compliance/

2-NexTraq ELD Android and NexTraq ELD iOS (the Accused App.), which are executed by the Accused ELDs.

1

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Co., LLC's PRELIMINARY Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴs
U.S. Patent No. 10,277,689

| Device Name | Model Number | Software Version | ELD Identifier | Company |
|---|---|---|---|---|
| ⊕ NexTraq ELD Android | | 1.0 and above | 1.0.1905.190710 | HOS001 | NexTraq |
| ⊕ NexTraq ELD iOS | | 1.0 and above | 1.0.1905.190710 | HOS001 | NexTraq |

*(Source: Page No. 1 of* <u>https://eld.fmcsa.dot.gov/List</u> *)*

3-NexTraq ELD Compliance Solution and Services for the Accused ELDs (the Accused ELD platform).






IMPROVE UPTIME.
STREAMLINE
MAINTENANCE.
GET ELD
COMPLIANT.

<u>https://www.nextraq.com/solutions/maintenance-compliance/</u>

The Accused instrumentalities are offered by NexTraq to its customers based on orders submitted by customers and agreed to by NexTraq.

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY Infringement Contentions
U.S. Patent No. 10,277,689

1. INTRODUCTION; DEFINED TERMS.  These terms and conditions, together with any and all NexTraq authorized Order Forms submitted by you and accepted by us (each, an "Order Form" ), constitute the agreement (the "Customer Agreement") governing your use of the Services (as defined below). If we do not accept an Order Form from you for certain Services, any terms referring to those particular Services do not apply to you.

https://www.nextraq.com/terms-and-conditions/

The Accused Instrumentalities include products and services and products of third parties that are offered by NexTraq for sale to and used by its customers.

and all other data made available by us through the Platform for the purpose of providing the Services to you; "Services" means (a) our telematics-based vehicle and asset location service that uses the Global Positioning System and Tracking Devices for position location reporting and a wireless or satellite network operated by one or more third parties for data communications, together with any and all other services and add-ons (including, but not limited to, third-party services) offered by NexTraq for use in connection with such service and purchased or used by you, (b) the Platform (as defined below), (c) the operation of one or more Tracking Devices or other Equipment, (d) if you submit and we accept an Order Form for online Services, any APIs and other items made available by NexTraq for fulfillment of those Services, and (e) any other or additional services provided to you by NexTraq; "Tracking Device" means a vehicle or asset mounted wireless tracking device provided by us to enable your authorized use of the Services in the operation of a single vehicle; "Equipment" means any Tracking Device or other hardware item provided by NexTraq for use in furtherance of the Services; and "Platform" means the NexTraq service platform by which the Customer or User may receive access and view Fleet Data generated by the telematics-based vehicle an asset tracking service, including any audio and visual devices, and through a web browser, mobile application, or any other means of access provided by NexTraq.

https://www.nextraq.com/terms-and-conditions/

Upon information and belief, NexTraq is a reseller of "White Labelled Hours of Service" offered by Vistracks Inc. , a third-party, for resale by NexTraq (Vistracks).   The services, known as VisTracks Hours of Service (HOS), are tablet/smartphone, like the Accused ELDs,  and portal applications, like thosed offered on the accused ELD platform, which are compliant with US Department of Transportation Hours of Service regulations. VisTracks is part of Omnitracs, a SaaS-based fleet management and data analytics solution used in transportation technology (Omnitracs), (https://www.vistracks.com/about-us/)   Upon information and belief, Omnitracs has Acquired VisTracks and act as its parent company (https://www.vistracks.com/omnitracs-acquires-vistracks-accelerates-innovation-of-omnitracs-one-platform-and-expansion-into-smb-market/).

3

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

Upon information and belief, Vistrack has registered its products with the Federal Motor Carrier Safety Administration (FMCSA).

| Search: vistrack | | | | |
|---|---|---|---|---|
| **Device Name** | **Model Number** | **Software Version** | **ELD Identifier** | **Company** |
| ⊕ Hours of Service | Android & Trackit | 3.0.2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours of Service | iOS & CalAmp 3035 | 2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours of Service | Android & CalAmp 3035 | 3.0.2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours of Service | Android & Calamp 3640 | 3.0.2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours of Service | iOS and CalAmp 3640 | 2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours of Service | iOS & Trackit | 2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours Of Service | iOS & GenEx GNX-6 | 2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours Of Service | Android & IOSiX | 3.0.2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours Of Service | iOS & CalAmp4230 | 2116.210920 | HOS001 | VisTracks, Inc. |
| ⊕ Hours Of Service | Android & Atlas | 3.0.2116.210920 | HOS001 | VisTracks, Inc. |

https://eld.fmcsa.dot.gov/List

Vistrack's user guide for its products (the Vistrack User Guide) is publically available for download at (https://eld.fmcsa.dot.gov/List).



**VisTracks – Hours of Service**

April 2019/ V1.0.1825-1905

4

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

"NexTraq LLC – NexTraq ELD" is a user guide for using the Accused ELDs (the NexTraq ELD User Guide).    NexTraq ELD User Guide is publically available for download using *https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0b56-27fd-e053-0100007fc755)*.



**NexTraq LLC – NexTraq ELD**
January 2019/ V1.0.1817-1824

The NexTraq ELD User Guide is substantively identical to the Vistrack User Guide.  Upon information and belief, Vistrack is the author of the NexTraq ELD User Guide.

Upon information and belief, Vistracks and Omnitracks, either alone or jointly, are administrators of the Accused ELD Platform acting on behalf of NexTraq (the ELD Administrator).

The analysis set forth below is based only upon information from publicly available resources regarding the Infringing Instrumentalities. An analysis of NexTraq's technical documentation and/or software source code, may assist in fully identifying all infringing features and functionality. Accordingly, PerDiemCo reserves the right to supplement this infringement analysis once such information is made available to PerDiemCo. Furthermore, PerDiemCo reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claim.

Unless otherwise noted, PerDiemCo alleges that NexTraq directly infringes the '689 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Infringing Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, PerDiemCo further contends that the evidence below supports a finding of indirect or contributory infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. NexTraq makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell,

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claims the '689 patent, including without limitation, the Accused Instrumentalities.

Unless otherwise noted, PerDiemCo alleges that each element of each claim asserted herein is literally met through NexTraq's provision of the Accused Instrumentalities. However, to the extent that NexTraq attempts to allege that any asserted claim element is not literally met, PerDiemCo believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Infringing Instrumentalities, PerDiemCo did not identify any substantial differences between the elements of the patent claim and the corresponding features of the Infringing Instrumentalities, as set forth herein. In each instance, the identified feature of the Infringing Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, PerDiemCo asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim. PerDiemCo reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by NexTraq. PerDiemCo also reserves the right to amend this infringement analysis by citing other claims of the '689 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. PerDiemCo further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| Indep. Cl. 1 1-p | A method for controlling conveyance of event information in a tracking service provided to authorized users who track vehicles that use a plurality of electronic | The Accused ELD Platform is used for controlling conveyance of event information in a tracking service. |

6

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | logging devices (ELDs), wherein an ELD administrator of the tracking service provides access to user accounts in a first database management system application (DBMSA) executed by one or more central or distributed servers that provide user interfaces to the authorized users to log into to their respective user accounts, said DBMSA having access to a first database (DB) |  https://www.nextraq.com/solutions/maintenance-compliance/<br><br>The conveyed event information includes Hours of Service (HOS) events, including HOS violations, tracked in vehicles that use the Accused ELDs.<br><br>https://www.nextraq.com/services/eld-compliance/ |

7

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | that identifies the ELDs by corresponding ELD IDs, the vehicles by corresponding Vehicles IDs (VIDs), the authorized users including drivers of a group of vehicles by corresponding User IDs (UIDs), and the group by a group ID (GID), wherein a Driver administrator of the group is given a privilege to access an administrator account in the first DBSMA by the ELD administrator, | With a live display, both your drivers and office team will be able to see how close they are to a HOS violation, and whether or not they're missing crucial details for their DVIR. They can change status instantly, and record hours with minimal effort. *(Source: Page No. 122 of https://fleetlogging.com/nextraq/)* The tracking service provided to authorized users, including account admin, fleet manager etc., who track vehicles that use the Accused ELDs.  *(Source: Page No. 14 of https://www.iorad.com/player/1706543/NexTraq-ELD#trysteps-1)* Administrator of the Accused ELD Platform acting on behalf of NexTraq is the ELD administrator of the tracking service. The ELD administrator of the tracking service provides access to user accounts based on username and password in the Accused ELD platform. |

8

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | the method comprising the steps of: |  *(Source: Page No. 1 of https://hos.nextraq.com/portal/login.html)*<br><br>The Accused ELD Platform is implanted by a web portal, which constitutes a database management system application (DBMSA).<br><br> *(Source: Page No. 55 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

9

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | | NexTraq® is ready to help with the automated scheduling tools, hours of service (HOS), records of duty status (RODS), driver-vehicle inspection report (DVIR), engine diagnostic alerts and maintenance logs you need to help keep your vehicles performing at their best. |

*(Source: Page No. 1 of https://www.nextraq.com/solutions/maintenance-compliance/)*

The DBMSA is executed by the app/HOS server that provides user interfaces to the authorized users to log into to their respective user accounts based on the username and password.

> **Note:** If you are logging in to the device that has no internet connection, the driver can login successfully to the app only if driver have logged in to the device before. Tap 'Continue without syncing' button to login. Logging into the app when app server is down will prompt a dialog stating that 'Unable to Communicate with HOS server. Check your internet connection displayed'.

*(Source: Page No. 10 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*

Based on information and belief, app/HOS server is implemented in an ELD AWS based back office with access to AWS database (DB).

> The VisTracks Hours of Service uses industry standard REST architecture API's allowing for easy integration with existing Time and Attendance systems. Integrating the VisTracks Hours of Service solution with time and attendances enables drivers to clock-in and out using and automatically transfers the timestamps into ELD OnDuty and OffDuty events, ensuring that drivers have 100% accurate logs while providing the billing convenience of Time and Attendance offerings. Using web services the transfers are seamless, real-time, and automatic. The system is built using an AWS-based engine that polls the time and attendance APIs to gather real-time clock events and passes the events to the VisTracks ELD AWS-based back-office. Then, when the driver logs onto the VisTracks ELD these events are automatically transferred to the mobile device running the VisTracks software providing accurate logs.

The (DB) identifies the Accused ELDs by corresponding ELD IDs, such as ELD Identifiers.

PerDiemCo LLC v. NexTraq

PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS

U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | | • **Transfer via Web Service** - this option enables the user to submit ELD output files, and verify that the ELD's certificate, ELD Identifier and Registration ID are still valid. <br><br> *Source: Page No. 42 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0b56-27fd-e053-0100007fc755)* <br><br> The database (DB) identifies the vehicles by corresponding vehicle identification number/VIN. <br><br>  <br><br> *(Source: Page No. 112 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* <br><br> The database (DB) further identifies the authorized users including drivers of a group of vehicles by corresponding User IDs (UIDs), such as username. <br><br>  <br><br> https://www.iorad.com/player/1706935/NexTraq-ELD---Adding-a-New-Driver-and-Editing-an-Existing-Driver#trysteps-2 |

11

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | | The database (DB)  identifies each NextTraq customer, e.g., a motor carrier, by a company name (e.g., XYZ Company) as a group which is further identified by corresponding Carrier DOT No. <br><br> must not be used or disclosed to any third party by the recipient except as expressly permitted by the relevant agreement. If you (or your company) have not signed an agreement with NexTraq LLC you must not use this documentation, must treat it as strictly confidential and must promptly return it to NexTraq LLC. <br> *(Source: Page No. 4 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* <br><br>  <br> *(Source: Page No. 12 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* <br><br> When creating users, at least one use is assigned a role managing users, including the drivers.  A user with an assigned role, such as account admin, user admin or fleet manager, is allowed to manage the drivers as a driver administrator. Such user is given a privilege to access an administrator account based on the username and password. |

12

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|  |  | <br><br>(Source: https://www.iorad.com/player/1706543/NexTraq-ELD#trysteps-1)<br><br><br><br>(Source: Page No. 1 of https://hos.nextraq.com/portal/login.html) |
| 1-a | interfacing over one or more wireless networks with | See 1-p for conveyance of event information, tracking service, Authorized users, vehicle tracking, plurality of electronic logging devices (ELDs), ELD IDs, ELD administrator, first database management system application (DBMSA), servers, authorized users, UIDs, access to user accounts, first database (DB), vehicles IDs (VIDs), group, group ID (GID), driver administrator, administrator account. |

13

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | the plurality of ELDs including a first ELD and a second ELD that are respectively identified by a first ELD ID and a second ELD ID, wherein each ELD comprises one or more processors that execute a location tracking application (LTA), said each ELD being configured to: | The Accused ELD Platform interfaces over a wireless data network with a plurality of Accused ELDs, where each Accused ELD is identified by a respective ELD ID.<br><br><br><br>*(Source: Page No. 132 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The Accused ELDs are tablets or smartphones with processors that execute the Accused App., which is a location tracking application (LTA) available at app store or Google Play.<br><br><br><br>https://www.nextraq.com/services/eld-compliance/ |

14

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| 1-a (i) | receive a power up sensor information from one or more sensors that indicate a vehicle in the group that uses the ELD is powered up by a driver of the vehicle, said power up sensor information being received in order to record one or more driving events after the driver logs into a driver user account via the ELD; | See 1-p for conveyance of event information, tracking service, Authorized users, vehicle tracking, plurality of electronic logging devices (ELDs), ELD IDs, ELD administrator, first database management system application (DBMSA), servers, authorized users, UIDs, access to user accounts, first database (DB), vehicles IDs (VIDs), group, group ID (GID), driver administrator, administrator account.<br><br>See 1-a for wireless networks, and location tracking application (LTA).<br><br>The Accused ELD receives "power on" event i.e., a power up sensor information from onboard sensors that indicate a that uses the Accused ELD is powered up by a driver of the vehicle.<br><br>Events such as Power On, Power Off, Driving and OnDuty are automatically created when connecting to a device. Auto events created were recorded<br>*(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>An ELD must monitor data it receives from the engine ECM or alternative sources as allowed in sections 4.3.1.1-4.3.1.4 of this appendix, its onboard sensors, and data record history to identify instances when it may not have complied with the power requirements specified in section 4.3.1.1, in which case, the ELD<br>*(Source: Page No. 80 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>The power up sensor information is received in order to record one or more driving events, such as Driving. |

15

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | |  *(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br>--------------------------------------------------------------------------------------------------------------------------<br>The driving events, such as Driving, Driving etc., are recorded after the driver logs into a driver user account using the username and password via the Accused ELD. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|-------|------|-------------------------------|
| | | <br>*(Source: Page No. 120 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 1-a (ii) | periodically receive location information from a location information source (LIS) used by the ELD; | See 1-p for conveyance of event information, tracking service, Authorized users, vehicle tracking, plurality of electronic logging devices (ELDs), ELD IDs, ELD administrator, first database management system application (DBMSA), servers, authorized users, UIDs, access to user accounts, first database (DB), vehicles IDs (VIDs), group, group ID (GID), driver administrator, administrator account.<br><br>See 1-a for wireless networks, and location tracking application (LTA).<br><br>See 1-a(i) for sensor, power-up sensor information, driver user account, driving events.<br><br>The Accused ELD receives location information every 60 minutes from a GPS receiver which is a location information source used by ELD device.<br><br> |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 1 of https://www.dot.nd.gov/divisions/mv/docs/ELD_Info.pdf)*  *(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* GPS receiver is a location information source used by ELD device.  *(Source: Page No. 115 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 1-a (iii) | log location information received from the LIS, said | See 1-p for conveyance of event information, tracking service, Authorized users, vehicle tracking, plurality of electronic logging devices (ELDs), ELD IDs, ELD administrator, first database management system application (DBMSA), servers, authorized users, UIDs, access to user accounts, first database (DB), vehicles IDs (VIDs), group, group ID (GID), driver administrator, administrator account. |

18

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Co., LLC's PRELIMINARY Iɴғʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴꜱ
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | location information indicating where driving event conditions for occurrence of driving events are met; | See 1-a for wireless networks, and location tracking application (LTA). |
| | | See 1-a(i) for sensor, power-up sensor information, driver user account, driving events. |
| | | See 1-a(ii) for periodically receive location information and a location information source (LIS). |
| | | The Accused ELD logs location information received from the GPS receiver. The location information indicates where driving event conditions for occurrence of driving events are met. |
| | |  |
| | | *(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| | | For example, the Driving event location, SW Oakville CT, is occurred when vehicle hits 5mph. |
| | | (3) An ELD's set speed threshold for determination of the in-motion state for the purpose this section must not be configurable to greater than 5 miles per hour. |

19

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 61 of https://www.fmcsa.dot.gov/sites/fmcsa.dot.gov/files/docs/1153_DOTFMCSA_ELDTestProcedure_508_Combined_V1_LL.pdf)* |
| 1-a (iv) | record a driving event information related to a first driving event that occurs based on a first driving event condition, wherein the recorded driving event information comprises a logged location information that indicates where the first driving event occurs; | See 1-p for conveyance of event information, tracking service, Authorized users, vehicle tracking, plurality of electronic logging devices (ELDs), ELD IDs, ELD administrator, first database management system application (DBMSA), servers, authorized users, UIDs, access to user accounts, first database (DB), vehicles IDs (VIDs), group, group ID (GID), driver administrator, administrator account.

See 1-a for wireless networks, and location tracking application (LTA).

See 1-a(i) for sensor, power-up sensor information, driver user account, driving events.

See 1-a(ii) for periodically receive location information and a location information source (LIS).

See 1-a(iii) for driving event condition.

The Accused ELD records a driving event information related to "Driving" event which is first driving event that occurs when vehicle hits 5mph i.e., a first driving event condition.

(3) An ELD's set speed threshold for determination of the in-motion state for the

purpose of this section must not be configurable to greater than 5 miles per hour.

*(Source: Page No. 61 of https://www.fmcsa.dot.gov/sites/fmcsa.dot.gov/files/docs/1153_DOTFMCSA_ELDTestProcedure_508_Combined_V1_LL.pdf)*

The recorded driving event information comprises a logged location information that indicates where the "driving" event i.e., first driving event occurs. |

20

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | | <br>*(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 1-a(v) | provide a log-in interface via the LTA that allows the driver to log into the driver user account in the first DBMSA with a driver user ID and a driver password to access the | See 1-p for conveyance of event information, tracking service, Authorized users, vehicle tracking, plurality of electronic logging devices (ELDs), ELD IDs, ELD administrator, first database management system application (DBMSA), servers, authorized users, UIDs, access to user accounts, first database (DB), vehicles IDs (VIDs), group, group ID (GID), driver administrator, administrator account.<br><br>See 1-a for wireless networks, and location tracking application (LTA).<br><br>See 1-a(i) for sensor, power-up sensor information, driver user account, driving events.<br><br>See 1-a(ii) for periodically receive location information and a location information source (LIS).<br><br>See 1-a(iii) for driving event condition. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | recorded driving event, and | See 1-a(iv) for driving event information, first driving event, and first driving event condition.<br><br>The Accused ELD provides a log-in interface via the Accused App. that allows the driver to log into the driver user account in the web portal, which constitutes the first DBMSA with a driver user ID and a driver password to access the recorded driving event, such as "Driving", "On duty", "Off Duty", etc.<br><br><br><br>*(Source: Page No. 120 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | | <br>*(Source: Page No. 52 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)*<br><br>Events such as Power On, Power Off, Driving and OnDuty are automatically created when connecting to a device. Auto events created were recorded<br>*(Source: Page No. 67 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 1-a(vi) | provide an ELD interface via the LTA that allows the driver to edit | See 1-p for conveyance of event information, tracking service, Authorized users, vehicle tracking, plurality of electronic logging devices (ELDs), ELD IDs, ELD administrator, first database management system application (DBMSA), servers, authorized users, UIDs, access to user accounts, first database (DB), vehicles IDs (VIDs), group, group ID (GID), driver administrator, administrator account. |

23

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | the recorded driving event information after the driver logs into the driver user account; and | See 1-a for wireless networks, and location tracking application (LTA). |
| | | See 1-a(i) for sensor, power-up sensor information, driver user account, driving events. |
| | | See 1-a(ii) for periodically receive location information and a location information source (LIS). |
| | | See 1-a(iii) for driving event condition. |
| | | See 1-a(iv) for driving event information, first driving event, and first driving event condition. |
| | | See 1-a(v) for log-in interface, driver user Id, driver password, and access the recorded driving events. |
| | | The Accused ELD provides an ELD interface via the Accused App. that allows the driver to edit the recorded driving event information after the driver logs into the driver user account. |
| | | *5.2.12 Edit a Log* |
| | | Only driver logs that have not yet been certified can be edited, you will have to uncertify a driver log in order to update its contents, to do this, tap the Edit button to uncertify the selected log and reopen it for editing: |
| | | *(Source: Page No. 56 of* https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755*)* |

24

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Cᴏ., LLC's PRELIMINARY Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴꜱ
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | |  *(Source: Page No. 60 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 1-b | interfacing over one or more wired or wireless networks with a computing device that is configured to enable the Driver administrator to log into the | See 1-p for conveyance of event information, tracking service, Authorized users, vehicle tracking, plurality of electronic logging devices (ELDs), ELD IDs, ELD administrator, first database management system application (DBMSA), servers, authorized users, UIDs, access to user accounts, first database (DB), vehicles IDs (VIDs), group, group ID (GID), driver administrator, administrator account.<br><br>See 1-a for wireless networks, and location tracking application (LTA).<br><br>See 1-a(i) for sensor, power-up sensor information, driver user account, driving events.<br><br>See 1-a(ii) for periodically receive location information and a location information source (LIS).<br><br>See 1-a(iii) for driving event condition. |

25

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | administrator account by providing an administrator ID and an administrator password in order to: | See 1-a(iv) for driving event information, first driving event, and first driving event condition.<br><br>See 1-a(v) for log-in interface, driver user Id, driver password, and access the recorded driving events.<br><br>See 1-a(vi) for edit the recorded driving event information.<br><br>The Accused ELD platform interfaces over one or more wired or wireless networks with a computing device that is configured to enable the account administrator who is the driver administrator to log into the administrator account by providing a username and a password i.e., an administrator ID and an administrator password.<br><br><br><br>*(Source: Page No. 14 of https://www.iorad.com/player/1706543/NexTraq-ELD#trysteps-1)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | | Sign in to start your session<br><br>👤 Username<br><br>🔒 Password<br><br>**SIGN IN**<br><br>Select Language<br><br>🇺🇸 English   🇫🇷 Français   🇪🇸 Español<br><br>Forgot Password<br><br>*(Source: Page No. 1 of https://hos.nextraq.com/portal/login.html)* |
| 1-b (i) | identify a first vehicle by a first VID and a second vehicle by a second VID, said first VID and second VID being associated with the GID, | See 1-p for conveyance of event information, tracking service, Authorized users, vehicle tracking, plurality of electronic logging devices (ELDs), ELD IDs, ELD administrator, first database management system application (DBMSA), servers, authorized users, UIDs, access to user accounts, first database (DB), vehicles IDs (VIDs), group, group ID (GID), driver administrator, administrator account.<br><br>See 1-a for wireless networks, and location tracking application (LTA).<br><br>See 1-a(i) for sensor, power-up sensor information, driver user account, driving events.<br><br>See 1-a(ii) for periodically receive location information and a location information source (LIS).<br><br>See 1-a(iii) for driving event condition.<br><br>See 1-a(iv) for driving event information, first driving event, and first driving event condition. |

27

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | | See 1-a(v) for log-in interface, driver user Id, driver password, and access the recorded driving events. |
| | | See 1-a(vi) for edit the recorded driving event information. |
| | | See 1-b for administrator ID, and administrator password. |
| | | The driver administrator identifies a first vehicle by a first vehicle identification number/VIN and a second vehicle by a second vehicle identification number/VIN being associated with the company name or carrier DOT number i.e., GID. |
| | |  |
| | | *(Source: Page No. 112 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 1-b (ii) | specify a first authorized user identified by a first UID as a first driver of the first vehicle which uses the first ELD, | See 1-p for conveyance of event information, tracking service, Authorized users, vehicle tracking, plurality of electronic logging devices (ELDs), ELD IDs, ELD administrator, first database management system application (DBMSA), servers, authorized users, UIDs, access to user accounts, first database (DB), vehicles IDs (VIDs), group, group ID (GID), driver administrator, administrator account. |
| | | See 1-a for wireless networks, and location tracking application (LTA). |
| | | See 1-a(i) for sensor, power-up sensor information, driver user account, driving events. |
| | | See 1-a(ii) for periodically receive location information and a location information source (LIS). |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | | See 1-a(iii) for driving event condition. |
| | | See 1-a(iv) for driving event information, first driving event, and first driving event condition. |
| | | See 1-a(v) for log-in interface, driver user Id, driver password, and access the recorded driving events. |
| | | See 1-a(vi) for edit the recorded driving event information. |
| | | See 1-b for administrator ID, and administrator password. |
| | | See 1-b(i) for first vehicle, first VID, second vehicle, second VID. |
| | | The account administrator specifies a first authorized user identified by a first UID, such as username and password as a first driver of the first vehicle which uses the first Accused ELD. |
| | |  |
| | | https://www.iorad.com/player/1706935/NexTraq-ELD---Adding-a-New-Driver-and-Editing-an-Existing-Driver#trysteps-2 |

29

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|-------|----------------------|-------------------------------|
| | |  *(Source: Page No. 7 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 1-b (iii) | specify a second authorized user identified by a second UID as a second driver of the second vehicle which uses the second ELD, and | See 1-p for conveyance of event information, tracking service, Authorized users, vehicle tracking, plurality of electronic logging devices (ELDs), ELD IDs, ELD administrator, first database management system application (DBMSA), servers, authorized users, UIDs, access to user accounts, first database (DB), vehicles IDs (VIDs), group, group ID (GID), driver administrator, administrator account.<br><br>See 1-a for wireless networks, and location tracking application (LTA).<br><br>See 1-a(i) for sensor, power-up sensor information, driver user account, driving events.<br><br>See 1-a(ii) for periodically receive location information and a location information source (LIS).<br><br>See 1-a(iii) for driving event condition.<br><br>See 1-a(iv) for driving event information, first driving event, and first driving event condition.<br><br>See 1-a(v) for log-in interface, driver user Id, driver password, and access the recorded driving events.<br><br>See 1-a(vi) for edit the recorded driving event information.<br><br>See 1-b for administrator ID, and administrator password. |

30

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | | See 1-b(i) for first vehicle, first VID, second vehicle, second VID.<br><br>See 1-b(ii) for first authorized user, first UID.<br><br>The account administrator specifies a second authorized user identified by a second UID, such as username and password as a second driver of the second vehicle which uses the second Accused ELD.<br><br><br><br>https://www.iorad.com/player/1706935/NexTraq-ELD---Adding-a-New-Driver-and-Editing-an-Existing-Driver#trysteps-2 |

31

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | |  *(Source: Page No. 7 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 1-b (iv) | specify one or more recipients who are authorized to receive recorded driving event information; | See 1-p for conveyance of event information, tracking service, Authorized users, vehicle tracking, plurality of electronic logging devices (ELDs), ELD IDs, ELD administrator, first database management system application (DBMSA), servers, authorized users, UIDs, access to user accounts, first database (DB), vehicles IDs (VIDs), group, group ID (GID), driver administrator, administrator account. See 1-a for wireless networks, and location tracking application (LTA). See 1-a(i) for sensor, power-up sensor information, driver user account, driving events. See 1-a(ii) for periodically receive location information and a location information source (LIS). See 1-a(iii) for driving event condition. See 1-a(iv) for driving event information, first driving event, and first driving event condition. See 1-a(v) for log-in interface, driver user Id, driver password, and access the recorded driving events. |

32

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
|  |  | See 1-a(vi) for edit the recorded driving event information. |
|  |  | See 1-b for administrator ID, and administrator password. |
|  |  | See 1-b(i) for first vehicle, first VID, second vehicle, second VID. |
|  |  | See 1-b(ii) for first authorized user, first UID. |
|  |  | See 1-b(iii) for second authorized user, second UID. |
|  |  | The account administrator specifies fleet managers as one or more recipients who are authorized to receive HOS duty status i.e., recorded driving event information. |
|  |  |  |
|  |  | *(Source: Page No. 23 of https://www.iorad.com/player/1706543/NexTraq-ELD#trysteps-1)* |

33

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| 1-c | receiving a first recorded driving event information from the first ELD containing the first UID; | See 1-p for conveyance of event information, tracking service, Authorized users, vehicle tracking, plurality of electronic logging devices (ELDs), ELD IDs, ELD administrator, first database management system application (DBMSA), servers, authorized users, UIDs, access to user accounts, first database (DB), vehicles IDs (VIDs), group, group ID (GID), driver administrator, administrator account.<br><br>See 1-a for wireless networks, and location tracking application (LTA).<br><br>See 1-a(i) for sensor, power-up sensor information, driver user account, driving events.<br><br>See 1-a(ii) for periodically receive location information and a location information source (LIS).<br><br>See 1-a(iii) for driving event condition.<br><br>See 1-a(iv) for driving event information, first driving event, and first driving event condition.<br><br>See 1-a(v) for log-in interface, driver user Id, driver password, and access the recorded driving events.<br><br>See 1-a(vi) for edit the recorded driving event information.<br><br>See 1-b for administrator ID, and administrator password.<br><br>See 1-b(i) for first vehicle, first VID, second vehicle, second VID.<br><br>See 1-b(ii) for first authorized user, first UID.<br><br>See 1-b(iii) for second authorized user, second UID.<br><br>See 1-b(iv) for recipients. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | | Accused ELD platform receives first location information of HOS duty status i.e., first recorded driving event information from the first Accused ELD containing the username of first driver i.e., first UID. |
| 1-d | receiving a second recorded driving event information from the second ELD containing the second UID driver; and | See 1-p for conveyance of event information, tracking service, Authorized users, vehicle tracking, plurality of electronic logging devices (ELDs), ELD IDs, ELD administrator, first database management system application (DBMSA), servers, authorized users, UIDs, access to user accounts, first database (DB), vehicles IDs (VIDs), group, group ID (GID), driver administrator, administrator account.

See 1-a for wireless networks, and location tracking application (LTA).

See 1-a(i) for sensor, power-up sensor information, driver user account, driving events.

See 1-a(ii) for periodically receive location information and a location information source (LIS).

See 1-a(iii) for driving event condition.

See 1-a(iv) for driving event information, first driving event, and first driving event condition.
See 1-a(v) for log-in interface, driver user Id, driver password, and access the recorded driving events.

See 1-a(vi) for edit the recorded driving event information.

See 1-b for administrator ID, and administrator password.

See 1-b(i) for first vehicle, first VID, second vehicle, second VID.

See 1-b(ii) for first authorized user, first UID.

See 1-b(iii) for second authorized user, second UID.

See 1-b(iv) for recipients. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | | Accused ELD platform receives second location information of HOS duty status i.e., second recorded driving event information from the second Accused ELD containing the username of second driver i.e., second UID. |
| 1-e | sending notifications to one or more recipients who are authorized by the Driver administrator to receive the first recorded driving event information or the second recorded driving event information. | See 1-p for conveyance of event information, tracking service, Authorized users, vehicle tracking, plurality of electronic logging devices (ELDs), ELD IDs, ELD administrator, first database management system application (DBMSA), servers, authorized users, UIDs, access to user accounts, first database (DB), vehicles IDs (VIDs), group, group ID (GID), driver administrator, administrator account.<br><br>See 1-a for wireless networks, and location tracking application (LTA).<br><br>See 1-a(i) for sensor, power-up sensor information, driver user account, driving events.<br><br>See 1-a(ii) for periodically receive location information and a location information source (LIS).<br><br>See 1-a(iii) for driving event condition.<br><br>See 1-a(iv) for driving event information, first driving event, and first driving event condition.<br><br>See 1-a(v) for log-in interface, driver user Id, driver password, and access the recorded driving events.<br><br>See 1-a(vi) for edit the recorded driving event information.<br><br>See 1-b for administrator ID, and administrator password.<br><br>See 1-b(i) for first vehicle, first VID, second vehicle, second VID.<br><br>See 1-b(ii) for first authorized user, first UID.<br><br>See 1-b(iii) for second authorized user, second UID.<br><br>See 1-b(iv) for recipients. |

36

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | | The Accused ELD platform send notifications to fleet managers i.e., one or more recipients who are authorized by the account administrator to receive the first recorded driving event information or second recorded driving event information.<br><br><br><br>*(Source: Page No. 23 of https://www.iorad.com/player/1706543/NexTraq-ELD#trysteps-1)* |
| 4. | The method of claim 1, wherein the first driving event condition is met based on a sensed vehicle speed. | See 1-p for conveyance of event information, tracking service, Authorized users, vehicle tracking, plurality of electronic logging devices (ELDs), ELD IDs, ELD administrator, first database management system application (DBMSA), servers, authorized users, UIDs, access to user accounts, first database (DB), vehicles IDs (VIDs), group, group ID (GID), driver administrator, administrator account.<br><br>See 1-a for wireless networks, and location tracking application (LTA).<br><br>See 1-a(i) for sensor, power-up sensor information, driver user account, driving events. |

37

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|-------|----------------------|--------------------------------|
| | | See 1-a(ii) for periodically receive location information and a location information source (LIS). |
| | | See 1-a(iii) for driving event condition. |
| | | See 1-a(iv) for driving event information, first driving event, and first driving event condition. |
| | | See 1-a(v) for log-in interface, driver user Id, driver password, and access the recorded driving events. |
| | | See 1-a(vi) for edit the recorded driving event information. |
| | | See 1-b for administrator ID, and administrator password. |
| | | See 1-b(i) for first vehicle, first VID, second vehicle, second VID. |
| | | See 1-b(ii) for first authorized user, first UID. |
| | | See 1-b(iii) for second authorized user, second UID. |
| | | See 1-b(iv) for recipients. |
| | | See 1-e for notifications. |
| | | The vehicle hits 5 miles per hour i.e., the first driving event condition is met based on a sensed vehicle speed. |
| | | Vehicle Speed |
| | | (3) An ELD's set speed threshold for determination of the in-motion state for the purpose of this section must not be configurable to greater than 5 miles per hour. |

38

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 61 of https://www.fmcsa.dot.gov/sites/fmcsa.dot.gov/files/docs/1153_DOTFMCSA_ELDTestProcedure_508_Combined_V1_LL.pdf)* |
| 5. | The method of claim 1, wherein the first event condition is a pre-defined event condition specified at the application level of DBMSA by the ELD administrator. | See 1-p for conveyance of event information, tracking service, Authorized users, vehicle tracking, plurality of electronic logging devices (ELDs), ELD IDs, ELD administrator, first database management system application (DBMSA), servers, authorized users, UIDs, access to user accounts, first database (DB), vehicles IDs (VIDs), group, group ID (GID), driver administrator, administrator account. <br><br> See 1-a for wireless networks, and location tracking application (LTA). <br><br> See 1-a(i) for sensor, power-up sensor information, driver user account, driving events. <br><br> See 1-a(ii) for periodically receive location information and a location information source (LIS). <br><br> See 1-a(iii) for driving event condition. <br><br> See 1-a(iv) for driving event information, first driving event, and first driving event condition. <br><br> See 1-a(v) for log-in interface, driver user Id, driver password, and access the recorded driving events. <br><br> See 1-a(vi) for edit the recorded driving event information. <br><br> See 1-b for administrator ID, and administrator password. <br><br> See 1-b(i) for first vehicle, first VID, second vehicle, second VID. <br><br> See 1-b(ii) for first authorized user, first UID. <br><br> See 1-b(iii) for second authorized user, second UID. <br><br> See 1-b(iv) for recipients. |

39

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | | See 1-e for notifications.<br><br>See claim 4 for vehicle speed.<br><br>Crossing boundaries i.e., the first event condition is a pre-defined event condition specified at the application level of web portal, which constitutes a database management system application (DBMSA) by the administrator of the Accused ELD Platform acting on behalf of NexTraq i.e., ELD administrator.<br><br><u>*Crossing Boundaries*</u><br><br>The border crossing calculation uses the VBUS GPS coordinates if they are available, and the android coordinates if they are not. The following instances happens when the driver crossed boundaries between Canada and US (vice versa):<br><br>a. If the GPS coordinates are changed to a different state or province, a remark event will be recorded in the driver log.<br><br>*(Source: Page No. 69 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |
| 6. | The method of claim 5, wherein the first driving event condition is based on a pre-defined zone. | See 1-p for conveyance of event information, tracking service, Authorized users, vehicle tracking, plurality of electronic logging devices (ELDs), ELD IDs, ELD administrator, first database management system application (DBMSA), servers, authorized users, UIDs, access to user accounts, first database (DB), vehicles IDs (VIDs), group, group ID (GID), driver administrator, administrator account.<br><br>See 1-a for wireless networks, and location tracking application (LTA).<br><br>See 1-a(i) for sensor, power-up sensor information, driver user account, driving events.<br><br>See 1-a(ii) for periodically receive location information and a location information source (LIS).<br><br>See 1-a(iii) for driving event condition.<br><br>See 1-a(iv) for driving event information, first driving event, and first driving event condition. |

40

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | | See 1-a(v) for log-in interface, driver user Id, driver password, and access the recorded driving events. |
| | | See 1-a(vi) for edit the recorded driving event information. |
| | | See 1-b for administrator ID, and administrator password. |
| | | See 1-b(i) for first vehicle, first VID, second vehicle, second VID. |
| | | See 1-b(ii) for first authorized user, first UID. |
| | | See 1-b(iii) for second authorized user, second UID. |
| | | See 1-b(iv) for recipients. |
| | | See 1-e for notifications. |
| | | See claim 4 for vehicle speed. |
| | | See claim 5 for first event condition. |
| | | Crossing the boundaries i.e., the first driving event condition is based on a state/province i.e., pre-defined zone. |
| | | **Crossing Boundaries**<br><br>The border crossing calculation uses the VBUS GPS coordinates if they are available, and the android coordinates if they are not. The following instances happens when the driver crossed boundaries between Canada and US (vice versa):<br><br>  a. If the GPS coordinates are changed to a different state or province, a remark event will be recorded in the driver log.<br><br>*(Source: Page No. 69 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

41

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| 7. | The method of claim 6, wherein the pre-defined zone is based on State Plane Coordinates, wherein the logged location information indicates a movement of the first vehicle or the second vehicle within a State boundary, wherein the movement within the State boundary is recorded to be reviewed at a later time by a reviewer. | See 1-p for conveyance of event information, tracking service, Authorized users, vehicle tracking, plurality of electronic logging devices (ELDs), ELD IDs, ELD administrator, first database management system application (DBMSA), servers, authorized users, UIDs, access to user accounts, first database (DB), vehicles IDs (VIDs), group, group ID (GID), driver administrator, administrator account.<br><br>See 1-a for wireless networks, and location tracking application (LTA).<br><br>See 1-a(i) for sensor, power-up sensor information, driver user account, driving events.<br><br>See 1-a(ii) for periodically receive location information and a location information source (LIS).<br><br>See 1-a(iii) for driving event condition.<br><br>See 1-a(iv) for driving event information, first driving event, and first driving event condition.<br><br>See 1-a(v) for log-in interface, driver user Id, driver password, and access the recorded driving events.<br><br>See 1-a(vi) for edit the recorded driving event information.<br><br>See 1-b for administrator ID, and administrator password.<br><br>See 1-b(i) for first vehicle, first VID, second vehicle, second VID.<br><br>See 1-b(ii) for first authorized user, first UID.<br><br>See 1-b(iii) for second authorized user, second UID.<br><br>See 1-b(iv) for recipients.<br><br>See 1-e for notifications. |

PerDiemCo LLC v. NexTraq

PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS

U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|-------|----------------------|--------------------------------|
| | | See claim 4 for vehicle speed. <br><br> See claim 5 for first event condition. <br><br> See claim 6 for first driving event condition based on pre-defined zone. <br><br> The state/province i.e., pre-defined zone is based on GPS coordinates i.e., State Plane Coordinates. <br><br> *Crossing Boundaries* <br><br> The border crossing calculation uses the VBUS GPS coordinates if they are available, and the android coordinates if they are not. The following instances happens when the driver crossed boundaries between Canada and US (vice versa): <br><br> a. If the GPS coordinates are changed to a different state or province, a remark event will be recorded in the driver log. <br><br> *(Source: Page No. 69 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* <br><br> The logged GPS coordinates indicates a movement of the first vehicle or the second vehicle within a state boundary. <br><br> *Crossing Boundaries* <br><br> The border crossing calculation uses the VBUS GPS coordinates if they are available, and the android coordinates if they are not. The following instances happens when the driver crossed boundaries between Canada and US (vice versa): <br><br> a. If the GPS coordinates are changed to a different state or province, a remark event will be recorded in the driver log. <br><br> *(Source: Page No. 69 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)* |

43

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

| Claim | US Patent 10,277,689 | Description of the Infringement |
|---|---|---|
| | |  |

(Source: Page No. 69 of https://eld.fmcsa.dot.gov/File/Index/4bf98a83-0c56-27fd-e053-0100007fc755)

---------------------------------------------------------------------------------------------------------------------------------

The logged GPS coordinates within a state line of a state or province is recorded to be reviewed at a later time by a reviewer.

| Reporting Requirements | | |
|---|---|---|
| A monthly summary of the fleet's operations that includes distance traveled during a quarter, in total, by vehicle, and by jurisdiction | Not Required. *Reporting is by Driver, not unit or fleet* | Must be provided upon due notice |
| Differentiate distance recording accuracy between personal vehicle use and commercial use | **Required** | No distinction; all travel must be documented. |

(Source: Page No. 1 of  https://www.dot.nd.gov/divisions/mv/docs/ELD_Info.pdf)

44

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC's PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,277,689

**Caveat:** The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.