# EXHIBIT A-5

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| **STATE OF GEORGIA** | ) | |
| | ) | Case No. 23SC188947 |
| V. | ) | |
| | ) | Judge: Scott McAfee |
| **DONALD JOHN TRUMP** | ) | |

**CONSENT BOND ORDER FOR
DEFENDANT DONALD JOHN TRUMP**

The above-captioned matter having come before the Court for consideration of bond, and with consent of counsel for the State of Georgia and for the Defendant, the Court hereby **GRANTS** and **ORDERS** that bond is set in this matter as follows:

(1) Bond Amount:

| | | |
|---|---|---|
| Count 1: | Violation of GA RICO Act | $80,000 |
| Count 5: | Criminal Solicitation | $10,000 |
| Count 9: | Criminal Conspiracy | $10,000 |
| Count 11: | Criminal Conspiracy | $10,000 |
| Count 13: | Criminal Conspiracy | $10,000 |
| Count 15: | Criminal Conspiracy | $10,000 |
| Count 17: | Criminal Conspiracy | $10,000 |
| Count 19: | Criminal Conspiracy | $10,000 |
| Count 27: | Filing False Documents | $10,000 |
| Count 28: | Criminal Solicitation | $10,000 |
| Count 29: | False Statements | $10,000 |
| Count 38: | Criminal Solicitation | $10,000 |
| Count 39: | False Statements | $10,000 |

**TOTAL:**   $200,000

Defendant may post bond as cash, through commercial surety, or through the Fulton County Jail 10% program.

(2) The Defendant shall not violate the laws of this State, the laws of any other state, the laws of the United States of America, or any other local laws. *Ayala v. State*, 262 Ga. 704, 705 (1993).

(3) The Defendant shall appear in court as directed by the Court. *Id.*

(4) The Defendant shall perform no act to intimidate any person known to him or her to be a codefendant or witness in this case or to otherwise obstruct the administration of justice. *Id.* This shall include, but is not limited to, the following:

   a. The Defendant shall make no direct or indirect threat of any nature against any codefendant;

   b. The Defendant shall make no direct or indirect threat of any nature against any witness including, but not limited to, the individuals designated in the Indictment as an unindicted co-conspirators Individual 1 through Individual 30;

   c. The Defendant shall make no direct or indirect threat of any nature against any victim;

   d. The Defendant shall make no direct or indirect threat of any nature against the community or to any property in the community;

   e. The above shall include, but are not limited to, posts on social media or reposts of posts made by another individual on social media;

(5) The Defendant shall not communicate in any way, directly or indirectly, about the facts of this case with any person known to him to be a codefendant in this case except through his or her counsel.

(6) The Defendant shall not communicate in any way, directly or indirectly, about the facts of this case with any person known to him to be a witness in this case except through his or her counsel.

It is so **ORDERED** this the __21st__ day of August, 2023,

_____
**Hon. Scott McAfee, Judge**
Fulton County Superior Court

Consented to by:

_____
Fani T. Willis
District Attorney
Fulton County District Attorney's Office
*Counsel for the State of Georgia*

_____
Drew Findling
*Counsel for Defendant*

_____
Marissa Goldberg
*Counsel for Defendant*

_____
Jennifer Little
*Counsel for Defendant*