# EXHIBIT A-9

Fulton County Superior Court
***EFILED***AP
Date: 8/21/2023 11:52 AM
Che Alexander, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| STATE OF GEORGIA | ) | |
| | ) | **Case No. 23SC188947** |
| V. | ) | |
| | ) | **Judge: Scott McAfee** |
| SCOTT GRAHAM HALL | ) | |

## CONSENT BOND ORDER FOR
## DEFENDANT SCOTT GRAHAM HALL

The above-captioned matter having come before the Court for consideration of bond, and

with consent of counsel for the State of Georgia and for the Defendant, the Court hereby

**GRANTS** and **ORDERS** that bond is set in this matter as follows:

(1) Bond Amount:

| | | |
|---|---|---|
| Count 1: | Violation of GA RICO Act | $4,000 |
| Count 32: | Criminal Conspiracy | $1,000 |
| Count 33: | Criminal Conspiracy | $1,000 |
| Count 34: | Criminal Conspiracy | $1,000 |
| Count 35: | Criminal Conspiracy | $1,000 |
| Count 36: | Criminal Conspiracy | $1,000 |
| Count 37: | Criminal Conspiracy | $1,000 |

**TOTAL:     $10,000**

Defendant may post bond as cash, through commercial surety, or through the Fulton
County Jail 10% program.

(2) The Defendant shall report to pre-trial supervision every 30 days and may report by
telephone.

(3) The Defendant shall not violate the laws of this State, the laws of any other state, the laws
of the United States of America, or any other local laws. *Ayala v. State*, 262 Ga. 704, 705
(1993).

(4) The Defendant shall appear in court as directed by the Court. *Id.*

(5) The Defendant shall perform no act to intimidate any person known to him or her to be a codefendant or witness in this case or to otherwise obstruct the administration of justice. *Id.*

(6) The Defendant shall not communicate in any way, directly or indirectly, about the facts of this case with any person known to him to be a codefendant in this case except through his or her counsel.

(7) The Defendant shall not communicate in any way, directly or indirectly, about the facts of this case with any person known to him to be a witness in this case except through his or her counsel.

It is so **ORDERED** this the 21st day of August, 2023,

_____
**Hon. Scott McAfee, Judge**
Fulton County Superior Court

Consented to by:

_____
Deputy District Attorney Grant Rood
Fulton County District Attorney's Office
*Counsel for the State of Georgia*

_____
Lynsey Barron
*Counsel for Defendant*