IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA,<br><br>    v.<br><br>JEFFREY BOSSERT CLARK,<br><br>    DEFENDANT. | Case No. _____<br><br>(Related to:<br><br>Case No. 1:23-cv-03621-SCJ)<br><br>Judge Steve C. Jones<br><br><br>On removal from the Fulton County Superior Court |

# DECLARATION OF HARRY W. MACDOUGALD

My name is Harry W. MacDougald. I am over the age of 18, suffer no mental imparities, and have personal knowledge of the following:

1.

I am an attorney and partner at the law firm of Caldwell, Carlson, Elliott & DeLoach, LLP. I am a member of the State Bar of Georgia and am admitted to practice before this Court.  I represent Jeffrey B. Clark in this matter.

2.

On August 15, 2023, and thereafter, my assistant retrieved certain information from the website of the Clerk of the Superior Court of Fulton County.

1

3.

At the address https://www.fultonclerk.org/DocumentCenter a search for Case No. 22-EX-000024 will eventually lead one to the following webpage, https://www.fultonclerk.org/DocumentCenter/Index/94?Grid-orderBy=LastModifiedDate-desc which purports to list all filings in that case number, known as *In Re: Special Purpose Grand Jury*, Case No. 22-EX-000024. As of August 20, 2023, the search results listed 172 filings, in reverse chronological order. However, the documents available on that page do not include certain filings like the order approving the creation of the Special Purpose Grand Jury on January 9, 2022 and other filings from before July 19, 2022. Further, it appears that (a) several items in the Clerk's listing may be duplicates; (b) the filings were in chronological order on August 15 but are now in reverse chronological order on August 20; (c) only the first page of a several-hundred page filing by President Trump from May 20, 2023 is available; and (d) the case is simply not on the Court's electronic filing system — all filings are file-stamped by hand, and the case cannot be found on the e-filing vendors' systems, Odyssey or PeachCourt. This is despite the case being listed on the Clerk's "High Profile Cases" page. *See* https://www.fultonclerk.org/480/High-Profile-Cases (last visited Aug. 21, 2023). My assistant downloaded all the documents available at the webpage listed above on August 15, 2023 and I later retrieved an additional filing

made August 16, 2023. We ended up with 174 documents and have thus far been unable to reconcile the discrepancy, largely due to the changes in the presentation on the Clerk's website between August 15 and August 20, 2023, and the existence of what appear to be duplicate filings in the Clerk's listing. The list of documents in Exhibit A hereto is a document that I created from the file names for each filing, which we have edited to insert the Exhibit number and the date as a prefix. Exh. A to this Declaration is thus not an official docket but is a reasonable approximation that my assistant and I prepared based on the information available from the Clerk's website since no official docket is apparently available from the Clerk.

4.

The documents filed as exhibits to this declaration as Exhibits B-1 – B-174 are true and correct copies of all of the filings retrieved and downloaded as described above from the Clerk's listing for *In Re: Special Purpose Grand Jury*, Case No. 22-EX-000024.

5.

One particular document is not available in full, and that is the March 20, 2023 Motion to Quash filed by President Trump. For reasons unknown to me, only the first page of that very lengthy document will download from the Clerk's website, and that is Exh. B-145.

3

6.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on August 21, 2023.

_/s/ Harry W. MacDougald_
Harry W. MacDougald

**Docket**

**In Re: Special Purpose Grand Jury**

**Fulton Superior Court Case No. 2022-EX-000024**

**Judge Robert C. I. McBurney**

| | | |
|---|---|---|
| B-001 | 01.24.2022 | EX PARTE ORDER OF THE JUDGE.pdf |
| B-002 | 05.25.2022 | EX PARTE ORDER OF THE JUDGE 1 (1).pdf |
| B-003 | 05.25.2022 | EX PARTE ORDER OF THE JUDGE 1.pdf |
| B-004 | 05.25.2022 | EX PARTE PETITION.pdf |
| B-005 | 06.27.2022 | EX PARTE FILING.pdf |
| B-006 | 06.28.2022 | EX PARTE ORDER OF THE JUDGE Request to Use Recording Device_AJC.pdf |
| B-007 | 06.29.2022 | EX PARTE ORDER Request to Use Recording Device_CNN.pdf |
| B-008 | 06.30.2022 | EX PARTE FILING.pdf |
| B-009 | 06.30.2022 | EX PARTE ORDER Request to Use Recording Device_Kate Brumback.pdf |
| B-010 | 06.30.2022 | EX PARTE ORDER Request to Use Recording Device_WSB-TV_Radio.pdf |
| B-011 | 07.01.2022 | EX PARTE FILING 2.pdf |
| B-012 | 07.01.2022 | EX PARTE ORDER Request to Use Recording Device_WXIA.pdf |
| B-013 | 07.05.2022 | EX PARTE ORDER Certificate of Material Witness (2).pdf |
| B-014 | 07.05.2022 | EX PARTE ORDER Certificate of Material Witness 8.pdf |
| B-015 | 07.05.2022 | EX PARTE ORDER Certificate of Material Witness.pdf |
| B-016 | 07.05.2022 | EX PARTE ORDER OF THE JUDGE 9.pdf |
| B-017 | 07.05.2022 | EX PARTE ORDER OF THE JUDGE 11.pdf |
| B-018 | 07.05.2022 | EX PARTE ORDER OF THE JUDGE 12.pdf |

Exhibit A

| | | |
|---|---|---|
| B-019 | 07.05.2022 | EX PARTE ORDER OF THE JUDGE 13.pdf |
| B-020 | 07.05.2022 | EX PARTE PETITION 1.pdf |
| B-021 | 07.05.2022 | EX PARTE PETITION 2.pdf |
| B-022 | 07.05.2022 | EX PARTE PETITION 3.pdf |
| B-023 | 07.05.2022 | EX PARTE PETITION 4.pdf |
| B-024 | 07.05.2022 | EX PARTE PETITION 5.pdf |
| B-025 | 07.05.2022 | EX PARTE PETITION 6.pdf |
| B-026 | 07.05.2022 | EX PARTE PETITION 7.pdf |
| B-027 | 07.06.2022 | EX PARTE ORDER Denying Motion to Continue 15.pdf |
| B-028 | 07.06.2022 | EX PARTE ORDER Denying Motion to Quash 14.pdf |
| B-029 | 07.11.2022 | EX PARTE FILING 3.pdf |
| B-030 | 07.11.2022 | EX PARTE ORDER OF THE JUDGE 16.pdf |
| B-031 | 07.11.2022 | EX PARTE PETITION 8.pdf |
| B-032 | 07.15.2022 | EX PARTE FILING 4.pdf |
| B-033 | 07.18.2022 | EX PARTE FILING 5.pdf |
| B-034 | 07.19.2022 | MOTION TO QUASH AND DISQUALIFY.pdf |
| B-035 | 07.19.2022 | Notice of Hearing.pdf |
| B-036 | 07.19.2022 | Opposition to Motion to Disqualify Prosecutor.pdf |
| B-037 | 07.20.2022 | Notice to Appear -Rudolph Guilliani.pdf |
| B-038 | 07.20.2022 | Request to Install Recording Equipment_NBC.pdf |
| B-039 | 07.20.2022 | Request to Use Recording Device Rule 22_Claire Simms.pdf |
| B-040 | 07.20.2022 | Request to Use Recording Device Rule 22_CNN.pdf |
| B-041 | 07.20.2022 | Request to Use Recording Device Rule 22_Kate Brumback.pdf |
| B-042 | 07.20.2022 | Request to Use Recording Device Rule 22_Tamar Hallerman AJC.pdf |
| B-043 | 07.20.2022 | Request to Use Recording Device Rule 22_WSB-TV.pdf |
| B-044 | 07.22.2022 | Supplemental Brief in Support of Motion to Disqualify Prosecutor.pdf |

| | | |
|---|---|---|
| B-045 | 07.25.2022 | Order to Disqualify District Attorney.pdf |
| B-046 | 07.26.2022 | Addendum to Order Disqualifying District Attorneys Office.tif |
| B-047 | 07.29.2022 | Notice of Removal of Action to The United States Dictric Court for The Northern Dictrict of GA.pdf |
| B-048 | 08.01.2022 | Motion for Leave to File Under Seal.pdf |
| B-049 | 08.03.2022 | EX PARTE FILING.pdf |
| B-050 | 08.08.2022 | DA RESP TO EMERGENCY MOTION-R GIULIANI.pdf |
| B-051 | 08.08.2022 | R. GIULIANI - EMERGENCY MOTION TO CONTINUE HEARING.pdf |
| B-052 | 08.08.2022 | Request to Use Recording Device Rule 22_AJC.pdf |
| B-053 | 08.08.2022 | Request to Use Recording Device Rule 22_Associated Press.pdf |
| B-054 | 08.08.2022 | Request to Use Recording Device Rule 22_LeftRightTV.pdf |
| B-055 | 08.08.2022 | Request to Use Recording Device Rule 22_Warner Media.pdf |
| B-056 | 08.08.2022 | Request to Use Recording Device Rule 22_WSB-TV.pdf |
| B-057 | 08.08.2022 | RULE NISI-R GIULIANI.pdf |
| B-058 | 08.09.2022 | RUDY GIULIANIS REPLY TO THE STATES RESPONSE.pdf |
| B-059 | 08.16.2022 | Motion for Reconsideration of 7.25.22 Disqualification Order.pdf |
| B-060 | 08.17.2022 | Motion to Quash Subpoena Isssued to Gov. Brian Kemp.pdf |
| B-061 | 08.18.2022 | Request to Use a Recording Device Rule 22_FOX5.pdf |
| B-062 | 08.18.2022 | Request to Use a Recording Device Rule 22_HALLERMAN- RANKIN - AJC.pdf |
| B-063 | 08.18.2022 | Request to Use a Recording Device Rule 22_WSB-TV.pdf |
| B-064 | 08.18.2022 | Rule NISI Motion to Quash Subpoena Issued to Gov. Brian Kemp..pdf |
| B-065 | 08.23.2022 | Request to Use a Recording Device Rule 22_FAUSSET -OR KEENAN - OR HAKIM.pdf |
| B-066 | 08.23.2022 | Request to Use a Recording Device Rule 22_MORRIS - YOUD - KIRKLAND.pdf |
| B-067 | 08.23.2022 | Request to Use a Recording Device Rule 22_NEWKIRK - PULLEY - BLOOMBERG PHOTOGRAPHER.pdf |
| B-068 | 08.23.2022 | Request to Use a Recording Device Rule 22_SANDRA PARRISH.pdf |
| B-069 | 08.23.2022 | Request to Use a Recording Device Rule 22_WXIA-TV.pdf |
| B-070 | 08.23.2022 | RESPONSE IN OPPOSITION TO WITNESS GOV BRIAN KEMPS MOTION TO QUASH.pdf |

| | | |
|---|---|---|
| B-071 | 08.24.2022 | Request to Use a Recording Device Rule 22_WABE-NPR.pdf |
| B-072 | 08.25.2022 | CERTIFICATE OF MATERIAL WITNESS (BORIS EPSHTEYN).pdf |
| B-073 | 08.25.2022 | CERTIFICATE OF MATERIAL WITNESS (JAMES PHIL WALDRON).pdf |
| B-074 | 08.25.2022 | CERTIFICATE OF MATERIAL WITNESS (SIDNEY KATHERINE POWELL).pdf |
| B-075 | 08.25.2022 | CERTIFICATE OF MATERIALL WITNESS (MARK RANDALL MEADOWS).pdf |
| B-076 | 08.25.2022 | MOTION TO QUASH GRAND JURY SUBPOENA BY KENNETH CHESEBRO.pdf |
| B-077 | 08.25.2022 | MOTION TRANSCRIPT (7-25-22).pdf |
| B-078 | 08.25.2022 | NOTICE OF APPEARANCE-S DEREK BAUER.pdf |
| B-079 | 08.25.2022 | ORDER DENYING MOTION TO RECONSIDER DISQUALIFICATION REQUEST.pdf |
| B-080 | 08.25.2022 | PETITION FOR CERTFICATION (MARK RANDALL MEADOWS).pdf |
| B-081 | 08.25.2022 | PETITION FOR CERTIFICATION (BORIS EPSHTEYN).pdf |
| B-082 | 08.25.2022 | PETITION FOR CERTIFICATION (JAMES PHIL WALDRON).pdf |
| B-083 | 08.25.2022 | PETITION FOR CERTIFICATION (SIDNEY KATHERINE POWELL).pdf |
| B-084 | 08.26.2022 | DA RESPONSE TO MOTION TO QUASH GRAND JURY SUBPOENA BY KENNETH CHESEBRO.pdf |
| B-085 | 08.29.2022 | EX PARTE ORDER Denying Motion to Quash (2).pdf |
| B-086 | 08.29.2022 | EX PARTE ORDER Denying Motion to Quash.pdf |
| B-087 | 08.30.2022 | OPPOSITION TO STATES MOTION FOR LEAVE TO FILE UNDER SEAL.pdf |
| B-088 | 09.02.2022 | PETITION FOR CERTIFICATION- B. EPSHTEYN.pdf |
| B-089 | 09.02.2022 | CERTIFICATE OF MATERIAL WITNESS- B. EPSHTEYN.pdf |
| B-090 | 09.02.2022 | CERTIFICATE OF MATERIAL WITNESS- WILLIE FLOYD III.pdf |
| B-091 | 09.02.2022 | PETITION FOR CERTIFICATION- W. FLOYD III.pdf |
| B-092 | 09.06.2022 | EX PARTE FILING A.pdf |
| B-093 | 09.06.2022 | EX PARTE FILING.pdf |
| B-094 | 09.06.2022 | EX PARTE ORDER Setting Aside and Striking Cert of Material Witness.pdf |
| B-095 | 09.08.2022 | AJC'S RESPONSE TO MOTION FOR IN CAMERA PROCEEDING.pdf |
| B-096 | 09.15.2022 | ORDER Granting Verified Application for Pro Hac Vice - Miles M. Hart.pdf |

| | | |
|---|---|---|
| B-097 | 09.15.2022 | Verified Application for Pro Hac Vice Admission.pdf |
| B-098 | 09.21.2022 | AMENDED CERTIFICATE OF MATERIAL WITNESS.pdf |
| B-099 | 09.23.2022 | EX PARTE ORDER Sealing Order (2).pdf |
| B-100 | 09.23.2022 | EX PARTE ORDER Sealing Order.pdf |
| B-101 | 09.27.2022 | EX PARTE FILING.pdf |
| B-102 | 10.03.2022 | MOTION TO DISQUALIFY ATTORNEYS HOLLY A PIERSON - KIMBERLY BOUROUGHS DEBROW.pdf |
| B-103 | 10.03.2022 | ORDER SEALING MOTION.pdf |
| B-104 | 10.03.2022 | STANDING ORDER REGARDING THE SEALING OF WARRANTS WARRANT AFFIDAVITS WARRANT RETURNS AND NON- |
| B-105 | 10.07.2022 | Certificate of Material Witness (2).pdf |
| B-106 | 10.07.2022 | Certificate of Material Witness.pdf |
| B-107 | 10.07.2022 | EX PARTE FILING 1.pdf |
| B-108 | 10.07.2022 | EX PARTE FILING 2.pdf |
| B-109 | 10.07.2022 | EX PARTE FILING 3.pdf |
| B-110 | 10.07.2022 | EX PARTE FILING 4.pdf |
| B-111 | 10.07.2022 | EX PARTE FILING.pdf |
| B-112 | 10.07.2022 | EX PARTE PETITION 1.pdf |
| B-113 | 10.07.2022 | EX PARTE PETITION 2.pdf |
| B-114 | 10.07.2022 | EX PARTE PETITION 3.pdf |
| B-115 | 10.07.2022 | EX PARTE PETITION 4.pdf |
| B-116 | 10.07.2022 | EX PARTE PETITION.pdf |
| B-117 | 10.07.2022 | Petition for Certification of Need for Testimony Before SPGJ.pdf |
| B-118 | 10.07.2022 | Petition for Certification of Need for Testimony.pdf |
| B-119 | 10.24.2022 | RULE NISI.pdf |
| B-120 | 11.10.2022 | Elector Nominees' Opposition to State's Motion to Disqualify Counsel.pdf |
| B-121 | 11.10.2022 | EX PARTE ORDER Sealing Pleading.pdf |
| B-122 | 11.14.2022 | MOTION FOR LEAVE TO FILE UNDER SEAL.pdf |

| | | |
|---|---|---|
| B-123 | 11.14.2022 | ORDER Canceling Hearing on Attorney Disqualification Request.pdf |
| B-124 | 11.30.2022 | EX PARTE ORDER OF THE JUDGE B.pdf |
| B-125 | 11.30.2022 | EX PARTE ORDER Sealing Attachments A.pdf |
| B-126 | 12.05.2022 | MOTION FOR CERTIFICATE OF IMMEDIATE REVIEW.pdf |
| B-127 | 01.09.2022 | EX PARTE ORDER OF THE JUDGE.pdf |
| B-128 | 01.20.2022 | Request to Use Recording Device Rule 22_Associated Press Kate Brumback.pdf |
| B-129 | 01.20.2022 | Request to Use Recording Device Rule 22_CNN.pdf |
| B-130 | 01.20.2022 | Request to Use Recording Device Rule 22_Law-Crime Trial Network.pdf |
| B-131 | 01.20.2022 | Request to Use Recording Device Rule 22_New York Times.pdf |
| B-132 | 01.20.2022 | Request to Use Recording Device Rule 22_WSB Radio - Veronica Waters.pdf |
| B-133 | 01.20.2022 | Request to Use Recording Device Rule 22_WSB-TV.pdf |
| B-134 | 01.23.2022 | BRIEF OF MEDIA INTERVENORS ISO Public Filing of Grand Jury Report.pdf |
| B-135 | 01.23.2022 | Request to Use a Recording Device Rule 22_FOX 5.pdf |
| B-136 | 01.23.2022 | Request to Use a Recording Device Rule 22_LAWFARE.pdf |
| B-137 | 01.23.2022 | Request to Use a Recording Device Rule 22_NEXSTAR.pdf |
| B-138 | 01.23.2022 | Request to Use a Recording Device Rule 22_REUTERS TELEVISION.pdf |
| B-139 | 01.23.2022 | Request to Use a Recording Device Rule 22_WABE-NPR.pdf |
| B-140 | 01.23.2022 | Request to Use a Recording Device Rule 22_WASHINGTON POST.pdf |
| B-141 | 01.23.2022 | Request to Use a Recording Device Rule 22_WXIA- TV.pdf |
| B-142 | 02.13.2023Order re SPGJ FINAL | |
| B-143 | 02.16.2022 | EX PARTE ORDER Entering Portions of SPGJ's Final Report into Court Record.pdf |
| B-144 | 03.16.2022 | JUDGMENT ORDER ON REMITTITUR (S23D0646).pdf |
| B-145 | 03.20.2022 | EX PARTE FULTON COUNTY GRAND JURY.tif |
| B-146 | 03.27.2022 | SCHEDULING ORDER.pdf |
| B-147 | 04.13.2022 | MEDIA INTERVENORS NOTICE OF FILING.pdf |
| B-148 | 04.18.2022 | MOTION TO DISQUALIFY ATTY KIMBERLY BOURROUGHS DEBROW.pdf |

| | | |
|---|---|---|
| B-149 | 04.19.2022 | MEDIA INTERVENORS NOTICE OF APPEAL.pdf |
| B-150 | 04.20.2022 | SCHEDULING ORDER.pdf |
| B-151 | 04.28.2022 | MOTION JOINING THE TRUMP MOTION TO QUASH.pdf |
| B-152 | 04.28.2022 | NOTICE OF APPEARANCE-KIERAN J SHANAHAN.pdf |
| B-153 | 05.01.2022 | SCHEDULING ORDER.pdf |
| B-154 | 05.05.2022 | EX PARTE FILING.pdf |
| B-155 | 05.10.2022 | STATES MODIFICATION OF MOTION TO DISQUALIFY.pdf |
| B-156 | 05.15.2022 | EX PARTE FILING.pdf |
| B-157 | 05.15.2022 | STATES RESPONSE TO MOTIONS.pdf |
| B-158 | 05.16.2022 | REQUEST FOR TIME TO FILE A REPLY TO THE RESPONSES TO PRES TRUMP MOTION TO QUASH THE SPGJ REPORT.pdf |
| B-159 | 05.19.2022 | MOTION OF AMICI CURIAE.pdf |
| B-160 | 05.19.2022 | ORDER ON ADDITIONAL BRIEFING.pdf |
| B-161 | 05.22.2022 | EX PARTE FILING 1.pdf |
| B-162 | 05.22.2022 | EX PARTE FILING 2.pdf |
| B-163 | 05.22.2022 | EX PARTE FILING 3.pdf |
| B-164 | 05.22.2022 | EX PARTE FILING 4.pdf |
| B-165 | 05.22.2022 | EX PARTE FILING 5.pdf |
| B-166 | 05.22.2022 | EX PARTE FILING 6.pdf |
| B-167 | 05.22.2022 | EX PARTE FILING A.pdf |
| B-168 | 05.24.2022 | EX PARTE FILING A.pdf |
| B-169 | 05.24.2022 | EX PARTE FILING.pdf |
| B-170 | 07.31.2022 | Order on Motion to Quash, Preclude, and Recuse.pdf |
| B-171 | 07.31.2022 | Order on Motion.pdf |
| B-172 | 08.04.2022 | Notice of Appeal.pdf |
| B-173 | 08.10.2022 | SPGJ Motions Transcript - 8.25.22.pdf |
| B-174 | 08.16.2022 | EX PARTE FILING_Media Intervenors' Motion for Release of SPGJ Final Report.pdf |