# EXHIBIT B-027



IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| IN RE 2 MAY 2022 SPECIAL PURPOSE GRAND JURY | 2022-EX-000024 |
|---|---|

## ORDER DENYING MOTION TO CONTINUE

The District Attorney of Fulton County has subpoenaed former State Senator William Ligon to testify before the special purpose grand jury that has been authorized by the Chief Judge of the Superior Court of Fulton County (pursuant to a majority vote of the Court's twenty members) to investigate possible criminal interference with the lawful administration of the 2020 general elections in Georgia. Mr. Ligon has retained counsel in connection with the grand jury's investigation. His attorney has a trial starting on 18 July 2022 in Glynn County, Georgia, that he contends will render him (and thus his client) unavailable for the better part of a month, if not longer. Counsel has thus asked that Mr. Ligon's testimony be delayed until September 2022 to accommodate not Mr. Ligon's schedule, but his own.

The District Attorney is unwilling to delay Mr. Ligon's testimony for so many weeks, given the structure and pacing of the grand jury's investigation. Faced with this dispute and the competing interests of Mr. Ligon's attorney's civil trial obligations and the District Attorney's investigation into allegations of criminal electoral interference, the Court strikes the following balance: **Mr. Ligon must make himself available for a minimum of two hours of grand jury examination during the week of 11 July 2022.**[1] Should he wish to go longer, he may, but at the two hour mark -- assuming no

---

[1] The District Attorney has informed the Court and Mr. Ligon that the grand jury will be convening on July 12-14. Mr. Ligon can designate his two-hour block at any time the grand jury will be in session during that three-day window.

delays occasioned by the witness or his lawyer -- he and his attorney may halt the proceedings and the District Attorney will have to recall Mr. Ligon after his lawyer finishes his trial should she (or the grand jury) desire additional testimony from Mr. Ligon.

SO ORDERED this 6th day of July 2022.

Judge Robert C.I. McBurney
Superior Court of Fulton County
Atlanta Judicial Circuit