# EXHIBIT B-032

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA



FILED IN OFFICE
JUL 15 2022
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

IN RE: 2 MAY, 2022 SPECIAL PURPOSE GRAND JURY

CASE NO. 2022-EX-000024

JUDGE ROBERT McBURNEY

## MOTION TO DISQUALIFY PROSECUTOR AND FOR OTHER RELIEF

COMES NOW, Burt Jones ("Mr. Jones"), by and through his undersigned counsel, pursuant to the Fifth and Fourteenth Amendments to the United States Constitution, Article I, Section I, Paragraph I and Article VI, Section VIII, Paragraph I of the Georgia Constitution, O.C.G.A. §15-18-5, Georgia common law, and the inherent supervisory powers of this Court, and files this Motion to Disqualify Prosecutor. In support thereof, Mr. Jones shows as follows:

The Due Process Clause of the United States Constitution, and Constitution of the State of Georgia, guarantees Mr. Jones the right to be prosecuted by a "disinterested" prosecutor.

> **Prosecution by someone with conflicting loyalties "calls into question the objectivity of those charged with bringing a defendant to judgment." (internal citation omitted). It is a fundamental premise of our society that the state wield its formidable criminal enforcement powers in a rigorously disinterested fashion, for liberty itself may be at stake in such matters. We have always been sensitive to the possibility that important actors in the criminal justice system may be influenced by factors that threaten to compromise the performance of their duty.**

*Young v. United States ex rel. Vuitton Et Fils S.A.*, 481 U.S. 787, 810 (1987) (plurality opinion); *see generally Berger v. United States*, 295 U.S. 78 (1935).

Georgia courts have developed their own standard for disqualification of prosecutors. In *Whitworth v. State*, 275 Ga. App. 790, 793, 622 S.E.2d 21 (2005), the Court of Appeals of Georgia held:

> "There are two generally recognized grounds for disqualification of a prosecuting attorney. The first such ground is based on a conflict of interest, and the second ground has been described as "forensic misconduct."
> [For example, a] conflict of interest has been held to arise where the prosecutor previously has represented the defendant with respect to the offense charged, or has consulted with the defendant in a professional capacity with regard thereto; such conflict also has been held to arise where the prosecutor has acquired a personal interest or stake in the defendant's conviction."

*Id.* (citing *Williams v. State*, 258 Ga. 305, 314, 369 S.E.2d 232 (1988)).

The *Whitworth* Court then stated such a conflict of interest must be more than a "theoretical or speculative conflict", an actual conflict must be involved. *Whitworth*, 275 Ga. App. at 796 (2005).

ABA Criminal Justice Standard for the Prosecution Function Standard 3-1.7 addresses conflicts of interest and improper bias.[1] Notably, Standard 3-1.7(f) states that "the prosecutor should not permit the prosecutor's professional judgment or obligations to be affected by the prosecutor's *personal, political, financial*, professional, business, property, or other interests or relationships. A prosecutor should not allow interests in personal advancement or aggrandizement to affect judgments regarding what is in the best interests of justice in any case." (emphasis added).

---

[1] ABA Criminal Justice Standard for the Prosecution Function Standard 3-1.1(a) states that "these standards are intended to apply in any context in which a lawyer would reasonably understand that a criminal prosecution could result." Thus, these ethical standards apply in the special purpose grand jury proceedings here.

2

I. **DA WILLIS AND SPECIAL PROSECUTOR NATHAN WADE SHOULD BE DISQUALIFIED FOR THEIR POLITICAL AND PERSONAL INTERESTS IN THE OUTCOME OF MR. JONES' PROSECUTION.**

Here, both Fulton County District Attorney Fani Willis ("DA Willis") and Special Prosecutor Nathan Wade ("Special Prosecutor Wade") have conflicts of interest that require disqualification. Their investigation of Mr. Jones in this case, by having him appear before a special purpose grand jury to testify about his conduct, is affected by political motivations evident by their joint interest in the success of Charles Bailey's political campaign, both by actively campaigning for him and through financial support, that should therefore disqualify them *and* the Fulton County District Attorney's Office ("Fulton County DA") from the investigation and prosecution of Mr. Jones.

Mr. Jones is the Republican candidate running for Lieutenant Governor of Georgia in the November 2022 election. His only opponent is Democrat Charles Bailey ("Mr. Bailey"). In a state that "went blue" in November of 2020, there are numerous politicians pushing for another "blue" year in Georgia. It is evident from the facts that two politically motivated individuals actively supporting Mr. Bailey[2], *Mr. Jones' sole opponent*, include DA Willis and Special Prosecutor Wade.

---

[2] It is also noted that DA Willis has been an ardent supporter of Mr. Bailey predating the special grand jury proceedings, going so far as to prepare a video soliciting donations for Mr. Bailey's campaign for Attorney General – on or about January 30, 2021. This further shows the obvious conflict of interest in the outcome of the special grand jury proceedings against Mr. Jones. For a link to this video, see https://fb.watch/ediK9PVAfw/?fs=e&s=cl.

DA Willis' political interest is on full display to both this Court and the public. *She hosted and appeared* at a campaign fundraising event for Mr. Bailey on June 14, 2022, a month and a half after the Special Purpose Grand Jury proceedings commenced on May 2, 2022, as shown below.





Her involvement is a conflict because her active role in Mr. Bailey's campaign is clearly made in her capacity as Fulton County District Attorney, not as a private citizen. This support may otherwise not have been an issue if she and her office had not simultaneously initiated special purpose grand jury proceedings against Mr. Bailey's sole opponent, Mr. Jones. This is a blatant effort to sway the outcome of the election in Mr. Bailey's favor. Therefore, DA Fani Willis should be disqualified.

4

The conflict here is not "speculative" or "theoretical" as it can be distinguished from that in *Whitworth*. Here, DA Willis has not only donated to Mr. Bailey's campaign multiple times, but ***she has appeared and hosted a campaign fundraiser event in support of him while special purpose grand jury proceedings were underway***. Records of her campaign's donation of $2,500.00 are documented in Mr. Bailey's campaign finance report, attached hereto as **Exhibit 1**. (Exh. 1, p. 14.) It is most notable that her contributions were made *one week* after this special jury was approved by Court order on January 24, 2022 while DA Willis' contributions to Mr. Bailey's campaign were made January 31, 2022.

These donations and her active role in Mr. Bailey's campaign show that she has a special interest in the outcome of the special purpose grand jury proceedings, especially given that the special purpose grand jury report is likely to come out right before the election.[3] Therefore, DA Willis should be disqualified from the prosecution of Mr. Jones.

Special Prosecutor Wade should also be disqualified on similar grounds. Special Prosecutor Wade has donated to Bailey's campaign in an effort to advance Mr. Bailey to the seat of Lieutenant Governor in this election. Records of Special Prosecutor Wade's donations to Mr. Bailey's campaign are documented in Mr. Bailey's campaign finance reports attached hereto as **Exhibit 2** and **Exhibit 3**. (*See* Exh 2, p. 37; *see also* Exh. 3, p. 79).

Again, this is the same conflict of interest that is contemplated in Standard 3-1.7(f) that states, "The prosecutor should not permit the prosecutor's professional judgment or obligations to be affected by the prosecutor's…*political*…interests or other relationships." Where both prosecutors are actively and openly supportive of a political candidate, Mr. Bailey, and those same

---

[3] On information and belief, DA Willis' office has indicated that its Special Purpose Grand Jury will issue its report around October of 2022. This is in anticipation of impacting the November 8, 2022, elections for Governor, Lieutenant Governor, and Secretary of State.

individuals initiate *special purpose grand jury proceedings against his opponent*, Mr. Jones, it is abundantly clear that there is a conflict of interest. Therefore, DA Willis and Special Prosecutor Wade should be disqualified from the prosecution of Mr. Jones.

## II. THE FULTON COUNTY DISTRICT ATTORNEY'S OFFICE SHOULD ALSO BE DISQUALIFIED FROM MR. JONES' PROSECUTION.

It follows that the entire Fulton County DA's Office must also be disqualified if DA Willis is disqualified. "When the elected district attorney is wholly disqualified from a case, the assistant district attorneys — whose only power to prosecute a case is derived from the constitutional authority of the district attorney who appointed them — have no authority to proceed." *McLaughlin v. Payne*, 295 Ga. 609 (2014). The Georgia Supreme Court has recognized that "a Georgia district attorney is of counsel in all criminal cases or matters pending in his circuit. This *includes the investigatory stages of matters preparatory to the seeking of an indictment* as well as the pendency of the case." *Id.* (citing *King v. State*, 246 Ga. 386, 389, 271 SE2d 630 (1980)) (emphasis added). And, for a prosecutor to have a conflict in such a case is contrary to public policy, and can warrant a new trial. *Id.*[4]

## III. ALTERNATIVE RELIEF

In the event the Court should not disqualify the above-named individuals and Fulton County District Attorney's Office, Mr. Jones moves this Honorable Court for an Order to SEAL any Special Purpose Grand Jury Report until after the November 8, 2022 Election to prevent any improper and undue influence therein.

---

[4] Under O.C.G.A. § 15-18-5(a) in these circumstances, DA Willis is required to notify the Attorney General of her conflict and he may appoint a special prosecutor without a conflict to proceed, if necessary.

The U.S. Attorney General regularly issues memoranda detailing "Election Year Sensitivities" the Department of Justice must consider when initiating an election-related prosecution.

> "Simply put, politics *must play no role* in the decisions of federal investigators or prosecutors regarding any investigations or criminal charges. Law enforcement officers and prosecutors may never select the timing of investigative steps or criminal charges for the purpose of affecting any election, or for the purpose of giving an advantage or disadvantage to any candidate or political party. Such a purpose is inconsistent with the Department's mission and with the Principles of Federal Prosecution."

*See* Memorandum dated April 11, 2016, "Election Year Sensitivities" by Attorney General Loretta Lynch, p. 1. Those same considerations should apply in the instant case.

Therefore, the Court should find that DA Fani Willis, the Fulton County DA's Office, and/or Special Prosecutor Wade should be disqualified and issue an ORDER detailing as such. In the alternative, Mr. Jones respectfully requests that this Honorable Court issue an ORDER sealing any Report from the Special Purpose Grand Jury until after the November 8, 2022 Election.

As best stated in *Young*, "A concern for actual prejudice in such circumstances misses the point, for what is at stake is the public perception of the integrity of the justice system. 'Justice must satisfy the appearance of justice,' and a prosecutor with conflicting loyalties presents the appearance of precisely the opposite." *Young*, 481 U.S. at 811-812 (1987).

[signature page to follow]

Respectfully submitted this 15th day of July, 2022.

TAYLOR ENGLISH DUMA LLP

*/s/ William D. Dillon*
William D. Dillon
Georgia Bar No. 222410

*/s/ Hannah M. Clapp*
Hannah M. Clapp
Georgia Bar No. 778771

1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
(404) 640-5934 (o)
(770) 434-7376 (f)
bdillon@taylorenglish.com
hclapp@taylorenglish.com
*Counsel for Burt Jones*

8

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| IN RE: 2 MAY, 2022 SPECIAL PURPOSE GRAND JURY | CASE NO. 2022-EX-000024<br><br>JUDGE ROBERT McBURNEY |

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **MOTION TO DISQUALIFY PROSECUTOR AND FOR OTHER RELIEF** upon the following counsel this date via United State Postal Service and by electronic mail service:

Fani T. Willis, DA
Fulton County District Attorney's Office
Lewis Slaton Courthouse, Third Floor
136 Pryor Street, S.W.
Atlanta, Georgia 30305

So certified this 15th day of July, 2022.

TAYLOR ENGLISH DUMA LLP

William D. Dillon
Georgia Bar No. 222410
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
(404) 640-5934 (o)
(770) 434-7376 (f)
bdillon@taylorenglish.com
hclapp@taylorenglish.com
*Counsel for Burt Jones*

9

# EXHIBIT "1"

CFC FORM CCDR  
REV 12/2019

FILER ID: C2022000010

# State of Georgia
## Campaign Contribution Disclosure Report

| 1. Report Type | 2. Filing is being made on behalf of: | Filing Office Use Only |
|---|---|---|
| Original Report | Candidate or Public Official<br><br>C2022000010 -<br>Charles Curtis Bailey<br>Lieutenant Governor | *E-Filed on*<br>2/7/22  3:38 pm<br><br>Use Earlier of Post Mark or Hand Delivered Date |

**3. Identifying and Contact Information**

(1) Charles Curtis Bailey     (2) 02/04/2022
   *Full Name of Candidate or Non-Candidate Campaign Committee*            *Today's Date*

(3) 460 Grant St.  Atlanta, GA  30312
   *Mailing Address*

(4) (706) 255-5439
   *Contact Phone Number (We will understand the release of this information as permission to call your office if necessary.)*

(5) If a Candidate or Public Official, is there a campaign committee (one or more persons) to make campaign transactions, keep the financial records of the campaign, or file the reports? **NO**     (6) If so, is the Committee registered with the State Ethics Commission? **NO**

(7) _____
   *Name of Chairperson and / or Treasurer of Committee*

**4. Period for which you are Reporting**

| My Non Election Year | My Election Year | Run-Offs<br>(Report Require Only if you are in a Run Off Election) | Special Elections<br>(Report Require Only if you are in a Special Election) |
|---|---|---|---|
| ☐ January 31, 2022<br>☐ June 30, 2022<br>☐ December 31, 2022 | ☒ January 31, 2022<br>☐ April 30, 2022<br>☐ June 30, 2022<br>☐ September 30, 2022<br>☐ October 25, 2022<br>☐ December 31, 2022 | ☐ 6 days before Primary Run-Off, 2022<br>☐ 6 days before General Run-Off, 2022<br>☐ 6 days before Special Primary Run-Off, 2022<br>☐ 6 days before Special Run-Off, 2022 | ☐ 15 days before Special Primary, 2022<br>☐ 15 days before Special, 2022<br>☐ Dec. 31, 2022 |
| **Supplemental Reporting**<br>☐ June 30, 2022<br>☐ December 31, 2022<br>Supplemental reports are required of candidates who have unsuccessfully campaigned for office or have resigned from office. See §O.C.G.A. 21-5-34i. | | | |

The electronic filing of this document constitutes an affirmation that the statement is true, complete, and correct. As per modifications of the Ethics in Government Act, filing a separate notarized affidavit is no longer required. *See* O.C.G.A. §§ 21-5-34.1(e) and 21-5-50(e).

Campaign Contribution Disclosure Report for 2022 January 31st - Election Year - Original
Electronically Filed with the Georgia Government Transparency and
Campaign Finance Commission on: 2/7/2022  3:38:07PM -- Confirmation #C2022000010163550

(Page 1 of 45)

| Fani Willis for District Attorney<br>750 Piedmont Ave NE<br>Atlanta, GA 30308-1424 | 01/31/2022<br>Monetary | | 2022<br>(Primary) | $2,500.00 | $0.00 |
|---|---|---|---|---|---|
| Faress, Mary Lynn<br>1112 Mountain Dr<br>Hamilton, GA 31811-3603 | 01/24/2022<br>Monetary | a. Not Employed<br>b. Not Employed | 2022<br>Primary | $200.00 | $0.00 |
| Farmer, Katie<br>2485 Wood Trail Ln<br>Decatur, GA 30033-4846 | 01/29/2022<br>Monetary | a. Social Work<br>b. Intown Collaborative Ministries | 2022<br>Primary | $100.00 | $0.00 |
| Farokhi, Amir<br>422 Glen Iris Dr NE<br>Atlanta, GA 30308-2919 | 01/16/2022<br>Monetary | a. Director, Corporate Council<br>b. CARE USA | 2022<br>Primary | $500.00 | $0.00 |
| Federal, Keegan<br>10 Glenlake Pkwy<br>Atlanta, GA 30328-3495 | 01/31/2022<br>Monetary | a. Attorney<br>b. Self | 2022<br>Primary | $100.00 | $0.00 |
| Fentress, Dytre<br>705 Park Dr NE<br>Atlanta, GA 30306-3661 | 01/28/2022<br>Monetary | a. designer<br>b. Self | 2022<br>Primary | $200.00 | $0.00 |
| Ferguson, Howell<br>PO Box 707<br>Thomasville, GA 31799-0707 | 01/26/2022<br>Monetary | a. attorney<br>b. self | 2022<br>Primary | $250.00 | $0.00 |
| Finley, John<br>32 Clarendon Rd<br>Savannah, GA 31410-4105 | 01/31/2022<br>Monetary | a. Clergy<br>b. First Baptist Church Savannah Georgia | 2022<br>Primary | $100.00 | $0.00 |
| Finnell, Robert<br>1 W 4th Ave<br>Ste 200<br>Rome, GA 30161-1730 | 01/20/2022<br>Monetary | a. Attorney<br>b. The Finnell Firm | 2022<br>Primary | $7,600.00 | $0.00 |
| Floyd, John<br>4323 Valley Trail Dr SE<br>Atlanta, GA 30339-4646 | 01/31/2022<br>Monetary | a. Attorney<br>b. Bondurant Mixson & Elmore | 2022<br>Primary | $2,500.00 | $0.00 |



Campaign Contribution Disclosure Report for 2022 January 31st - Election Year - Original
Electronically Filed with the Georgia Government Transparency and
Campaign Finance Commission on: 2/7/2022 3:38:07PM -- Confirmation #C2022000010163550

Page 14 of 45

# EXHIBIT "2"

CFC FORM CCDR SEEO
REV 2/2014

FILER ID: C2018000105

# State of Georgia
## Campaign Contribution Disclosure Report - Statewide Elected Executive Officer

| 1. Report Type | 2. Filing is being made on behalf of: | Filing Office Use Only |
|---|---|---|
| Original Report | Candidate or Public Official<br><br>C2018000105 -<br>Charles Bailey for Georgia Inc.<br>Charles Curtis Bailey<br>Attorney General | *E-Filed on*<br>2/5/21  7:11 pm<br><br>Use Earlier of Post Mark or Hand Delivered Date |

### 3. Identifying and Contact Information

(1) Charles Curtis Bailey
*Full Name of Candidate or Non-Candidate Campaign Committee*

(2) 02/05/2021
*Today's Date*

(3) PO Box 50545  Atlanta, GA  30302
*Mailing Address*

(4) Telephone number is unavailable.
*Contact Phone Number (We will understand the release of this information as permission to call your office if necessary.)*

(5) If a Candidate or Public Official, is there a campaign committee (one or more persons) to make campaign transactions, keep the financial records of the campaign, or file the reports?  **YES**     (6) If so, is the Committee registered with the State Ethics Commission?  **YES**

(7) Chairperson: Charles C. Bailey    Treasurer: Charles C. Bailey
*Name of Chairperson and / or Treasurer of Committee*

### 4. Period for which you are Reporting

| My Non Election Year | My Election Year | Run-Offs<br>(Report Require Only if you are in a Run Off Election) | Special Elections<br>(Report Require Only if you are in a Special Election) |
|---|---|---|---|
| [X] January 31, 2021<br>[ ] June 30, 2021<br><br>Persons elected to office in each year following the year in which the election occurs<br><br>Persons leaving office with excess funds until such funds are expended as provided in the Act<br><br>Unsuccessful candidates with excess funds, or who receive contributions to retire debt incurred, until such funds are expended, or such unpaid debts are satisfied (December 31 filing only) | [ ] January 31, 2021<br>[ ] March 31, 2021<br>[ ] June 30, 2021<br>[ ] September 30, 2021<br>[ ] October 25, 2021<br>[ ] December 31, 2021 | [ ] 6 days before Primary Run-Off, 2021<br>[ ] 6 days before General Run-Off, 2021<br>[ ] 6 days before Special Primary Run-Off, 2021<br>[ ] 6 days before Special Run-Off, 2021 | [ ] 15 days before Special Primary, 2021<br>[ ] 15 days before Special, 2021<br>[ ] Dec. 31, 2021 |

The electronic filing of this document constitutes an affirmation that the statement is true, complete, and correct. As per modifications of the Ethics in Government Act, filing a separate notarized affidavit is no longer required. *See* O.C.G.A. §§ 21-5-34.1(e) and 21-5-50(e).

(Page 1 of 43)

| Contributor | Date / Type | Occupation / Employer | Election | Amount | Balance |
|---|---|---|---|---|---|
| ☐ Turner, Wesley<br>2215 Desmond Dr<br>Decatur, GA 30033-4740 | 12/31/2020<br>Monetary | a. Attorney<br>b. Krevolin & Horst, LLC | 2022 Primary | $1,500.00 | $0.00 |
| ☐ Vanderhooft, Joshua<br>775 French St<br>New Orleans, LA 70124-3057 | 12/26/2020<br>Monetary | a. Attorney<br>b. Jefferson Parish District Attorney | 2022 Primary | $1,032.70 | $0.00 |
| ☐ VARGHESE, MANOJ<br>478 Pasley Ave SE<br>Atlanta, GA 30316-1732 | 12/31/2020<br>Monetary | a. Attorney<br>b. Bondurant Mixson & Elmore | 2022 Primary | $1,000.00 | $0.00 |
| ☐ Victory Public Affairs<br>191 Peachtree St NE<br>Atlanta, GA 30303-1740 | 01/19/2021<br>Monetary | | 2022 Primary | $1,500.00 | $0.00 |
| ☐ Wade, Nathan<br>2000 Powers Ferry Rd SE<br>Ste 110<br>Marietta, GA 30067-1400 | 01/31/2021<br>Monetary | a. Attorney<br>b. Wade Bradley Campbell Firm | 2022 Primary | $1,000.00 | $0.00 |
| ☐ Wakeford, Donald<br>11 Doble Ave<br>#2<br>Medford, MA 02155-6121 | 12/15/2020<br>Monetary | a. Attorney<br>b. Suffolk County District Attorney's Office | 2022 Primary | $103.45 | $0.00 |
| ☐ Washington, Anre<br>1212 Utoy Springs Rd SW<br>Apt 46<br>Atlanta, GA 30331-2126 | 01/30/2021<br>Monetary | a. Consultant<br>b. Homegrown Strategy Group | 2022 Primary | $100.00 | $0.00 |
| ☐ Wasser, Brent<br>870 Berkshire Rd NE<br>Atlanta, GA 30324-4930 | 01/11/2021<br>Monetary | a. Lawyer<br>b. ETSW | 2022 Primary | $150.00 | $0.00 |
| ☐ Waymer, Mary Lou<br>3163 Wiltshire Dr<br>Avondale Estates, GA 30002-1441 | 01/12/2021<br>Monetary | a. Union Political Director<br>b. UFCW 1996 | 2022 Primary | $200.00 | $0.00 |

Page 37 of 43

Campaign Contribution Disclosure Report for 2021 January 31st - Non-Election Year - Original
Electronically Filed with the Campaign Finance Commission on: 2/5/2021 7:11:39PM -- Confirmation #C2018000105161378

# EXHIBIT "3"

CFC FORM CCDR SEEO
REV 2/2014

FILER ID: C2018000105

# State of Georgia
## Campaign Contribution Disclosure Report - Statewide Elected Executive Officer

| 1. Report Type | 2. Filing is being made on behalf of: | Filing Office Use Only |
|---|---|---|
| Original Report | Candidate or Public Official<br><br>C2018000105 -<br>Charles Bailey for Georgia Inc.<br>Charles Curtis Bailey<br>Attorney General | *E-Filed on*<br>7/8/21  7:23 pm<br><br>Use Earlier of Post Mark or Hand Delivered Date |

### 3. Identifying and Contact Information

(1) Charles Curtis Bailey                                             (2) 06/30/2021
    *Full Name of Candidate or Non-Candidate Campaign Committee*           *Today's Date*

(3) PO Box 50545 – Atlanta, GA  30302
    *Mailing Address*

(4) Telephone number is unavailable.
    *Contact Phone Number (We will understand the release of this information as permission to call your office if necessary.)*

(5) If a Candidate or Public Official, is there a campaign committee (one or more persons) to make campaign transactions, keep the financial records of the campaign, or file the reports?  **YES**     (6) If so, is the Committee registered with the State Ethics Commission?  **YES**

(7) Chairperson:  Charles C. Bailey    Treasurer:  Charles C. Bailey
    *Name of Chairperson and / or Treasurer of Committee*

### 4. Period for which you are Reporting

| My Non Election Year | My Election Year | Run-Offs<br>(Report Require Only if you are in a Run Off Election) | Special Elections<br>(Report Require Only if you are in a Special Election) |
|---|---|---|---|
| ☐ January 31, 2021<br>☒ June 30, 2021<br><br>Persons elected to office in each year following the year in which the election occurs<br><br>Persons leaving office with excess funds until such funds are expended as provided in the Act<br><br>Unsuccessful candidates with excess funds, or who receive contributions to retire debt incurred, until such funds are expended, or such unpaid debts are satisfied (December 31 filing only) | ☐ January 31, 2021<br>☐ March 31, 2021<br>☐ June 30, 2021<br>☐ September 30, 2021<br>☐ October 25, 2021<br>☐ December 31, 2021 | ☐ 6 days before Primary Run-Off, 2021<br>☐ 6 days before General Run-Off, 2021<br>☐ 6 days before Special Primary Run-Off, 2021<br>☐ 6 days before Special Run-Off, 2021 | ☐ 15 days before Special Primary, 2021<br>☐ 15 days before Special, 2021<br>☐ Dec. 31, 2021 |

The electronic filing of this document constitutes an affirmation that the statement is true, complete, and correct. As per modifications of the Ethics in Government Act, filing a separate notarized affidavit is no longer required. *See* O.C.G.A. §§ 21-5-34.1(e) and 21-5-50(e).

(Page 1 of 92)

| Name/Address | Date/Type | Occupation/Employer | Election | Amount | Balance |
|---|---|---|---|---|---|
| ☐ Towns, Travis<br>PO Box 861211<br>Lagrange, GA 30261-0211 | 06/29/2021<br>Monetary | a. Not employed<br>b. Not employed | 2022<br>Primary | $50.00 | $0.00 |
| ☐ Tribble, Philip<br>6060 Blackwater Trl<br>Atlanta, GA 30328-2715 | 02/09/2021<br>Monetary | a. Not Employed<br>b. Not Employed | 2022<br>Primary | $100.00 | $0.00 |
| ☐ Tribble, Philip<br>6060 Blackwater Trl<br>Atlanta, GA 30328-2715 | 04/29/2021<br>Monetary | a. Not Employed<br>b. Not Employed | 2022<br>Primary | $100.00 | $0.00 |
| ☐ Trotter, Michael<br>1600 Parkwood Cir SE<br>Ste 400<br>Atlanta, GA 30339-2119 | 02/27/2021<br>Monetary | a. Lawyer<br>b. Taylor English Duma LLP | 2022<br>Primary | $50.00 | $0.00 |
| ☐ Trotter, Michael<br>1600 Parkwood Cir SE<br>Ste 400<br>Atlanta, GA 30339-2119 | 04/01/2021<br>Monetary | a. Lawyer<br>b. Taylor English Duma LLP | 2022<br>Primary | $50.00 | $0.00 |
| ☐ TSCC LLC<br>3295 River Exchange Dr<br>Ste 250<br>Norcross, GA 30092-4222 | 06/17/2021<br>Monetary | | 2022<br>Primary | $5,000.00 | $0.00 |
| ☐ Union County Democratic Party<br>PO Box 2654<br>Blairsville, GA 30514-2654 | 04/15/2021<br>Monetary | | 2022<br>Primary | $200.00 | $0.00 |
| ☐ Valentine, Tommy<br>395 Cleveland Ave<br>Athens, GA 30601-2321 | 06/17/2021<br>Monetary | a. Executive Director<br>b. Historic Athens | 2022<br>Primary | $103.45 | $0.00 |
| ☐ Wade, Nathan<br>2000 Powers Ferry Rd SE<br>Ste 110<br>Marietta, GA 30067-1400 | 06/30/2021<br>Monetary | a. Attorney<br>b. Wade Bradley Campbell Firm | 2022<br>Primary | $1,000.00 | $0.00 |

Page 79 of 92

Campaign Contribution Disclosure Report for 2021 June 30th - Non-Election Year - Original
Electronically Filed with the Campaign Finance Commission on: 7/8/2021 7:23:23PM -- Confirmation #C2018000105162422