# EXHIBIT B-037

# IN THE SUPERIOR COURT OF FULTON COUNTY

## STATE OF GEORGIA

FILED IN OFFICE
JUL 20 2022
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

IN RE:                                    )
SPECIAL PURPOSE GRAND JURY    )       2022-EX-000024
                                          )
                                          )       Judge Robert C. I. McBurney
                                          )

## NOTICE OF ORDER TO APPEAR AND TESTIFY BEFORE THE
## FULTON COUNTY SPECIAL PURPOSE GRAND JURY
## PERTAINING TO WITNESS RUDOLPH WILLIAM LOUS GIULIANI

**COMES NOW** the State of Georgia, by and through Fani T. Willis, District Attorney,

Atlanta Judicial Circuit, Fulton County, Georgia, and gives notice to this Honorable Court that

an order to appear and testify before the Fulton County Special Purpose Grand Jury pertaining to

witness Rudolph William Louis Giuliani has been entered, and in support states as follows:

1.  On June 28, 2022, this Court issued a Certificate of Material Witness pertaining to

    witness Rudolph William Louis Giuliani (hereinafter, the "Witness").

2.  The Certificate of Material Witness was subsequently presented to Hon. Thomas

    Farber, Justice of the Supreme Court of the State of New York, County of New York:

    Part 52, who issued an Order to Show Cause to the Witness on July 11, 2022,

    directing him to appear and show cause why a summons of that court should not be

    issued directing the Witness to appear and testify before the Special Purpose Grand

    Jury. *See* Order to Show Cause, **"Exhibit A."**

3.  The Witness failed to appear at the show cause hearing, and a Final Order was issued

    by Justice Farber on July 13, 2022, ordering the Witness to appear and testify before

the Special Purpose Grand Jury on August 9, 2022, and on any such other dates as this Court may order. *See* Final Order, "**Exhibit B**."

4.   The Witness has been served with the Final Order.

Respectfully submitted this the 20th day of July, 2022,

> **FANI T. WILLIS**
> **DISTRICT ATTORNEY**
> **ATLANTA JUDICIAL CIRCUIT**
>
>      /s/ Fani T. Willis
> **GA Bar No. 223955**
> Atlanta Judicial Circuit
> 136 Pryor Street Southwest
> Third Floor
> Atlanta, Georgia 30303

# Exhibit A

JUL. 1 2 2022

I hereby certify that the foregoing
paper is a true copy of the original
thereof, filed in my office.

Clerk of the County
Supreme Court, New York
New York County

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK:  PART 52
------------------------------------------------------------------X

IN THE MATTER OF THE APPLICATION OF
FANI T. WILLIS, DISTRICT ATTORNEY,
ATLANTA JUDICIAL CIRCUIT, FULTON
COUNTY, GEORGIA, FOR THE
APPEARANCE OF RUDOLPH WILLIAM
LOUIS GIULIANI, AS A MATERIAL WITNESS
BEFORE THE SPECIAL PURPOSE GRAND
JURY, SUPERIOR COURT OF FULTON
COUNTY, ATLANTA JUDICIAL CIRCUIT,
STATE OF GEORGIA.

**ORDER TO SHOW
CAUSE
SCID#   SMW-72787-22**

------------------------------------------------------------------X

TO:   **Rudolph William Louis Giuliani**
      **45 East 66th Street**
      **New York, New York 10065-6102**

**WHEREAS**, there has been presented to me as a Justice of the Supreme Court, Part

52, State of New York, a Certificate to Secure the Attendance of Out-of-State Witnesses

signed by the Honorable Christopher S. Brasher, Chief Judge of the Superior Court of Fulton

County, Atlanta Judicial Circuit, State of Georgia, that a Special Purpose Grand Jury has

been drawn and impaneled in said county, that Rudolph William Louis Giuliani is a

necessary and material witness for the State of Georgia in said criminal proceeding, that

the presence of Rudolph William Louis Giuliani will be required to be in attendance and

testify before the Special Purpose Grand Jury commencing on July 12, 2022 and

continuing through and until the conclusion of the Witness's testimony on or before

August 31, 2022 and requesting that Rudolph William Louis Giuliani be ordered to appear

and testify as a necessary and material witness pursuant to the attached Certificate from the

Honorable Christopher S. Brasher, Chief Judge of the Superior Court of Fulton County,

Atlanta Judicial Circuit, State of Georgia, a court of record.

**IT IS HEREBY ORDERED,** that Rudolph William Louis Giuliani appear before me at the **New York State Supreme Court, Criminal Term, Part 63, 111 Centre Street, on the 13th day of July 2022 at 10:00 a.m.** to show cause why a summons of this court should not be issued directing Rudolph William Louis Giuliani to appear and testify before the Special Purpose Grand Jury of the State of Georgia for the County of Fulton.

**IT IS FURTHER ORDERED,** that if Rudolph William Louis Giuliani, having been properly served with this Order to Show Cause, fails to appear before me at **10:00 a.m. on the 13th day of July, 2022 at Part 63, 111 Centre Street** to show cause why a summons should not be issued as described, a final order will be issued by this Court which will direct Rudolph William Louis Giuliani to appear and testify before the Special Purpose Grand Jury in the Superior Court of the State of Georgia for the County of Fulton, from July 12, 2022, through August 31, 2022, and on any such other dates as the court there may order. To discuss this appearance further, contact District Attorney Fani T. Willis, Fulton County District Attorney's Office, 136 Pryor Street SW, Atlanta, Georgia, 30303 or Assistant District Attorney Lauren R. Angelo, New York County District Attorney's Office, One Hogan Place, New York, New York, 10013.

**ENTERED** as an order on this 11th day of July 2022.

JUSTICE OF THE SUPREME COURT

**HON. THOMAS FARBER**                JUL 1 2 2022

DATE

I hereby certify that the
paper is a true copy
thereof, filed in my off

2

# Exhibit B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK:  PART 52

------------------------------------------------------------------X

DATE
I hereby certify that the foregoing
paper is a true copy of the original
thereof, filed in my office.

*JUL 1 3 2022*

*Milton Adan Tingling*

County Clerk and Clerk of the
Supreme Court New York County
OFFICIAL USE

IN THE MATTER OF THE APPLICATION OF
FANI T. WILLIS, DISTRICT ATTORNEY,
ATLANTA JUDICIAL CIRCUIT, FULTON
COUNTY, GEORGIA, FOR THE
APPEARANCE OF RUDOLPH WILLIAM
LOUIS GIULIANI, AS A MATERIAL WITNESS
BEFORE THE SPECIAL PURPOSE GRAND
JURY, SUPERIOR COURT OF FULTON
COUNTY, ATLANTA JUDICIAL CIRCUIT,
STATE OF GEORGIA.

**FINAL ORDER**

**SCID#   SMW-72787-22**

------------------------------------------------------------------X

TO:   Rudolph William Louis Giuliani
45 East 66th Street
New York, New York 10065-6102

**WHEREAS,** there has been presented to me as a Justice of the Supreme Court, Part

52, State of New York, a Certificate to Secure the Attendance of Out-of-State Witnesses signed

by the Honorable Christopher S. Brasher, Chief Judge of the Superior Court of Fulton County,

Atlanta Judicial Circuit, State of Georgia, that a Special Purpose Grand Jury has been drawn

and impaneled in said county, that Rudolph William Louis Giuliani is a necessary and material

witness for the State of Georgia in said criminal proceeding, that the presence of Rudolph

William Louis Giuliani will be required to be in attendance and testify before the Special

Purpose Grand Jury commencing on July 12, 2022 and continuing through and until the

conclusion of the Witness's testimony on or before August 31, 2022 and requesting that

Rudolph William Louis Giuliani be ordered to appear and testify as a necessary and material

witness pursuant to the attached Certificate from the Honorable Christopher S. Brasher, Chief

Judge of the Superior Court of Fulton County, Atlanta Judicial Circuit, State of Georgia, a

court of record.

IT IS HEREBY ORDERED, that Rudolph William Louis Giuliani, having been properly served with an Order to Show Cause and having failed to appear before me at **10:00 a.m. on the 13th day of July, 2022 at Part 63, 111 Centre Street** to show cause why a summons should not be issued as described, a Final Order is hereby issued by this Court;

THIS COURT relying on the reciprocity between the State of Georgia and the State of New York pursuant to their mutual adoption of the Uniform Act to Secure Attendance of Witness Without the State in Criminal Cases, and being satisfied that the requested testimony of is material and necessary to the criminal proceeding and in the public interest;

IT IS HEREBY ORDERED that Rudolph William Louis Giuliani appear and testify before the Special Purpose Grand Jury in the Superior Court of the State of Georgia for the County of Fulton, on August 9, 2022, and on any such other dates as the court there may order.

ENTERED as an order on this 13th day of July 2022.

_____
JUSTICE OF THE SUPREME COURT

**HON. THOMAS FARBER**

2