# EXHIBIT B-038

FILED IN OFFICE
JUL 20 2022
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA    2022EX000024

IN RE 2 MAY 2022 SPECIAL PURPOSE GRAND JURY

REQUEST TO INSTALL RECORDING AND/OR PHOTOGRAPHING EQUIPMENT PURSUANT TO RULES AND GUIDELINS FOR ELECTRONIC AND PHOTOGRAPHICS NEWS COVERAGE OF JUDICIAL PROCEEDINGS.

Pursuant to Rule 22 of the Electronic and Photographic News Coverage of Judicial Proceedings in the Uniform Superior Court Rules, the undersigned hereby requests permission to install equipment in courtroom McBurney 8-D. In order to record, photograph or televise all or portions of the proceedings in the above captioned case. Consistent with the provisions of the rules and guidelines, the undersigned desires to install the following described equipment: camera, tripod, cellphones, laptop, audio devices in the following locations: courtroom/media room. The proceedings that the undersigned desires to record, photograph or televise commence on (date) 07/21/2022 2:00pm. Subject to direction from the court regarding possible pooled coverage, the undersigned wishes to install this equipment in the courtroom on (date) 07/21/2022. The personnel who will be responsible for the installation and operation of this equipment during its use are: NBC staff. The undersigned hereby certifies that the equipment to be installed and the locations and operation of such equipment will be in conformity with the rulers and guidelines issued by the court.

This 20th Day of January 2022

Anthony Cusumano
_____    (Individual Signature)

Assignment Manager, NBC News
_____    (Position)

2350 NW 117TH PL, Miami, FL 33182
_____    (Address)

305-619-9714
_____    (Phone Number)

APPROVED: _____ CA McBurney
Judge, Superior Court____Atlanta____Judicial Circuit