# EXHIBIT B-046

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

**FILED IN OFFICE**

JUL 2 6 2022

DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

IN RE 2 MAY 2022 SPECIAL PURPOSE
GRAND JURY

2022-EX-000024

## ADDENDUM TO ORDER DISQUALIFYING DISTRICT ATTORNEY'S OFFICE

On 25 July 2022, this Court entered an Order disqualifying the Office of the District Attorney of Fulton County from any further investigation into State Senator Burt Jones's alleged participation in efforts to interfere with the lawful administration of the November 2020 general election in Georgia.  In its Order, the Court identified the State Attorney General's Office as the entity responsible for designating a replacement prosecuting authority (if one were to be appointed).  Until recently, that was a correct assignment.  However, as of 1 July 2022, an amended O.C.G.A. § 15-18-5 now places upon the Prosecuting Attorneys' Council of the State of Georgia the responsibility for making a replacement assignment -- and the Court's Order should have reflected this change.  With this addendum, it now does.

SO CLARIFIED this 26th day of July 2022.

Judge Robert C.I. McBurney
Superior Court of Fulton County
Atlanta Judicial Circuit

1