# EXHIBIT B-048

FILED IN OFFICE
AUG 01 2022
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | 2022-EX-000024 |
| SPECIAL PURPOSE GRAND JURY | ) | |
| | ) | Judge Robert C. I. McBurney |
| | ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL
## PURSUANT TO UNIFORM SUPERIOR COURT RULE 21

**COMES NOW** the State of Georgia, by and through undersigned counsel, and moves this court for leave to file a subsequent motion under seal pursuant to Uniform Superior Court Rule 21, and in support says as follows:

1) The State submits that the filing contains sensitive information, the public disclosure of which would cause certain harm to the privacy of persons in interest that clearly outweighs the public's interest in disclosure.

2) The State requests that the filing, any subsequent pleading related to the filing made by any party, any subsequent order of the Court related to the filing, and any other item which may be made part of the record at any time related to the filing including any document or other thing admitted as evidence in any subsequent hearing related to the filing, be sealed in their entirety unless and until such time that the Court enters a further order unsealing them.

3) Further, should the Court hold a hearing on this matter, the State respectfully requests that the hearing be held in camera and that only the interested parties and their counsel be in attendance due to the sensitive nature of the request.

Respectfully submitted this the 1st day of August, 2022,

                                                        **FANI T. WILLIS**
                                                        **DISTRICT ATTORNEY**

                                                        Will Wooten, Bar No. 410684
                                                        Deputy District Attorney
                                                        Atlanta Judicial Circuit
                                                        136 Pryor Street Southwest
                                                        Third Floor
                                                        Atlanta, Georgia 30303

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion for Leave to File Under Seal Pursuant to Uniform Superior Court Rule 21 has been served upon Holly A. Pierson and Kimberly Bourroughs Debrow, counsel for the persons in interest, via electronic mail, this the 1st day of August, 2022,

                                                    Will Wooten, Bar No. 410684
                                                    Deputy District Attorney
                                                    Atlanta Judicial Circuit
                                                    136 Pryor Street Southwest
                                                    Third Floor
                                                    Atlanta, Georgia 30303