# EXHIBIT B-057

**IN THE SUPERIOR COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| IN RE 2 MAY 2022 SPECIAL PURPOSE GRAND JURY | 2022-EX-000024 |

FILED IN OFFICE
AUG 08 2022
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

## RULE NISI

PLEASE TAKE NOTICE that a hearing on Rudolph William Louis Giuliani's Emergency Motion to Continue Hearing/Grand Jury Appearance is set before Judge Robert C.I. McBurney on the 9th day of August 2022, at 12:30 p.m., in Courtroom 8-D.

SO ORDERED this 8th day of August 2022.

Judge Robert C.I. McBurney
Superior Court of Fulton County
Atlanta Judicial Circuit