# EXHIBIT B-062

**IN THE SUPERIOR COURT OF FULTON COUNTY**
**STATE OF GEORGIA**



In Re 2 May 2022 Special
Purpose Grand Jury                    ▪

V.                                    ▪   CASE NO. 2022-EX-000024

                                      ▪

**REQUEST TO USE A RECORDING DEVICE PURSUANT TO RULE 22 ON**
**RECORDING OF JUDICIAL PROCEEDINGS.**

Pursuant to Rule 22 of the Uniform Rules for Superior Court regarding Use of
Electronic Devices in Courtrooms and Recording of Judicial Proceedings, the
undersigned hereby requests permission to use a recording device in
**Courtroom 8D** in order to ☒record images and/or ☒sound during all or
portions of the proceedings in the above captioned case/calendar.

Consistent with the provisions of the rule, the undersigned desires to use the
following described **recording device(s):** ☒computer of any size, including a
tablet, a notebook, and a laptop; ☒smart phone, a cell phone or other wireless
phone; ☒ camera and other audio or video recording devices ☒ any similar
devices small audio recorders, still cameras.

The proceedings that the undersigned desires to record commence on *(date and
time)***10:30 a.m. Aug. 25, 2022**. Subject to direction from the court regarding
possible pooled coverage, the undersigned wishes to use this device in the
courtroom on *(date and time)***10:30 a.m. Aug. 25, 2022**.

The personnel who will be responsible for the use of this recording device are:
*(identify appropriate personnel or individual)***Tamar Hallerman, Bill Rankin and AJC
photographer**.

The undersigned hereby certifies that the device to be used and the locations
and operation of such device will be in conformity with Rule 22 and any

guidelines issued by the court.

**The Atlanta Journal-Constitution**
**(News Agency/Media Outlet/Law Firm/Individual Representative)**

**tamar.hallerman@ajc.com**
**(Email Address)**

**540-257-1446**
**(Phone Number)**

**ORDER APPROVING/DISAPPROVING REQUEST:**

        The request is:

                ☒Approved

                ☐Disapproved

        The requesting agency:

                ☐Shall be pool for its media

                ☒Shall not be pool for its media

Under no circumstances is this rule to be construed as permission for filming, recording, or photography in any other area of the courthouse or courtroom other than that for which permission is given. The undersigned understands and acknowledges that a violation of Rule 22 and any guidelines issued by the court may be grounds for removal or exclusion from the courtroom and a willful violation may subject the undersigned to penalties for contempt of court.

So ORDERED this 18th day of August 2022.

                              **Judge of Superior Court of Fulton County**
                                   **Atlanta Judicial Circuit**