# EXHIBIT B-064



### IN THE SUPERIOR COURT OF FULTON COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| IN RE 2 MAY 2022 SPECIAL PURPOSE GRAND JURY | 2022-EX-000024 |

### RULE NISI

PLEASE TAKE NOTICE that a hearing on the Motion to Quash Subpoena Issued to Governor Brian P. Kemp is set before Judge Robert C.I. McBurney on the 25th day of August 2022, at 10:30 a.m., in Courtroom 8-D.

SO ORDERED this 18th day of August 2022.

_____
Judge Robert C.I. McBurney
Superior Court of Fulton County
Atlanta Judicial Circuit