# EXHIBIT B-066

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

FILED IN OFFICE
AUG 23 2022
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

| | |
|---|---|
| May 2022 Special Purpose Grand Jury | 2022-EX-000024 |
| Hearing on motion to quash subpoena issued to Gov. Brian P. Kemp | |

**REQUEST TO USE A RECORDING DEVICE PURSUANT TO RULE 22 ON RECORDING OF JUDICIAL PROCEEDINGS.**

Pursuant to Rule 22 of the Uniform Rules for Superior Court regarding Use of Electronic Devices in Courtrooms and Recording of Judicial Proceedings, the undersigned hereby requests permission to use a recording device in **Courtroom 8D** in order to record images and/or sound during all or portions of the proceedings in the above captioned case/calendar.

Consistent with the provisions of the rule, the undersigned desires to use the following described **recording device(s):** Television camera and microphone(s), laptop computer and smart phones

The proceedings that the undersigned desires to record commence on *Aug 25th 10:30aET*. Subject to direction from the court regarding possible pooled coverage, the undersigned wishes to use this device in the courtroom on *Aug 25th at 10:30aET*

The personnel who will be responsible for the use of this recording device are: *Jason Morris, Christopher Youd, & Pamela Kirkland*

The undersigned hereby certifies that the device to be used and the locations and operation of such device will be in conformity with Rule 22 and any guidelines issued by the court.

Pamela Kirkland

---

*For questions or concerns email pio@fultoncountyga.gov*          1
*Rule 22 (Rev. 04/01/18)*

CNN Field Producer
(678) 763-9446
pamela.kirkland@warnermedia.com

Jason Morris
CNN Supervising Producer
(404) 536-7035
jason.morris@warnermedia.com

Chris Youd
CNN Producer
(404) 431-0683
Chris.youd@warnermedia.com

**ORDER APPROVING/DISAPPROVING REQUEST:**

The request is:
☒ Approved
☐ Disapproved

The requesting agency:
☐ Shall be pool for its media
☒ Shall not be pool for its media

Under no circumstances is this rule to be construed as permission for filming, recording, or photography in any other area of the courthouse or courtroom other than that for which permission is given. The undersigned understands and acknowledges that a violation of Rule 22 and any guidelines issued by the court may be grounds for removal or exclusion from the courtroom and a willful violation may subject the undersigned to penalties for contempt of court.

SO ORDERED this 22nd day of August 2022.

_____
**Judge of Superior Court of Fulton County**
**Atlanta Judicial Circuit**