# EXHIBIT B-078

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. |
| SPECIAL PURPOSE GRAND JURY | ) | 2022-EX-000024 |
| | ) | |
| | ) | |



## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Uniform Superior Court Rule 4.2, S. Derek Bauer of the law firm Baker & Hostetler LLP hereby respectfully enters his appearance as counsel of record for Governor Brian P. Kemp in this action. Copies of all future pleadings, motions, and other papers and notices concerning this action should be served on the undersigned at the address set forth below.

This appearance as counsel is in addition to and not a substitution for present counsel.

Respectfully submitted this 25th day of August, 2022.

/s/ S. Derek Bauer
S. Derek Bauer
Georgia Bar No. 042537
BAKER & HOSTETLER LLP
1170 Peachtree St. NE, Suite 2400
Atlanta, GA 30309
Tel: 404-256-8425
Fax: 404-459-5734
dbauer@bakerlaw.com

*Counsel for Governor Brian Kemp*

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. |
| SPECIAL PURPOSE GRAND JURY | ) | 2022-EX-000024 |
| | ) | |
| _____ | ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Superior Court of Fulton County and sent a copy via electronic mail to:

Nathan J. Wade
Special Prosecutor
Atlanta Judicial Circuit
136 Pryor Street Southwest
Third Floor
Atlanta, Georgia 30303
nathan@thewbcfirm.com

This 25th day of August, 2022.

/s/ S. Derek Bauer
S. Derek Bauer
Georgia Bar No. 042537
BAKER & HOSTETLER LLP
1170 Peachtree St. NE, Suite 2400
Atlanta, GA 30309
Tel: 404-256-8425
Fax: 404-459-5734
dbauer@bakerlaw.com
*Counsel for Governor Brian Kemp*