# EXHIBIT B-087

IN THE FULTON COUNTY SUPERIOR COURT
STATE OF GEORGIA

FILED IN OFFICE
AUG 30 2022
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

IN RE SUBPOENAS FROM MAY 2022 )   Case No. 2022-EX-000024
SPECIAL PURPOSE GRAND JURY )

**SUBPOENAS ISSUED TO:** Presidential Nominee Electors Mark Amick, Joseph Brannan, Brad Carver, Vikki Consiglio, John Downey, Carolyn Fish, Kay Godwin, Cathy Latham, David Shafer, Shawn Still, CB Yadav

### OPPOSITION TO STATE'S MOTION FOR LEAVE TO FILE UNDER SEAL

NOW COME the above-referenced subpoena recipients and join the Atlanta Journal Constitution's opposition to the State's August 1, 2022 Motion for Leave to File Under Seal.[1]

Respectfully submitted,

_____
Holly A. Pierson
Georgia Bar No. 579655
PIERSON LAW LLC
2951 Piedmont Road NE
Suite 200
Atlanta, GA 30305
hpierson@piersonlawllc.com
404-353-2316

_____
Kimberly Bourroughs Debrow
Georgia Bar No. 231480
STRICKLAND & DEBROW
246 Bullsboro Drive, Suite A
Newnan, GA 30263
kimberly@debrowlaw.com
678-350-1095

*Counsel for Nominee Electors*

---

[1] Sealing is disfavored, and the DA's Motion does not provide much information in support of its request to file under seal. The DA's Office has provided slightly more information in communications with this Court and the undersigned, but not enough for the undersigned to provide more specifics regarding their objection(s) to sealing at this time. The undersigned reserve the right to raise additional specific objections (or to withdraw their objection) if the DA's Office goes forward with the Motion and its factual basis is developed.

1

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing *Opposition to State's Motion for Leave to File Under Seal* with the Clerk of Court of the Fulton County Superior Court and that date-stamped copy will be hand-delivered to the Fulton County District Attorney's Office today.

Respectfully submitted this the 30th day of August, 2022.

_____
Holly A. Pierson
Georgia Bar No. 579655