# EXHIBIT B-094

*FILED IN OFFICE*
*SEP 06 2022*
*DEPUTY CLERK, SUPERIOR COURT*
*FULTON COUNTY, GA*

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| IN RE: )<br>SPECIAL PURPOSE GRAND JURY )<br>)<br>)<br>) | 2022-EX-000024<br><br>Judge Robert C. I. McBurney |

## ORDER SETTING ASIDE AND STRIKING CERTIFICATE OF MATERIAL WITNESS

On September 2, 2022, a Certificate of Material Witness was erroneously filed with the Clerk of Superior Court of Fulton County. The certificate, in its heading, referred to "In the Matter of Witness Willie Lewis Floyd III" but, in its body, made reference to another witness, Lindsey Olin Graham. Having determined that the certificate was filed and entered in error, the Court hereby **ORDERS** that the Certificate of Material Witness filed on September 2, 2022, which refers in its heading to "In the Matter of Witness Willie Lewis Floyd III" shall be set aside and stricken from the record in this matter.

**IT IS SO ORDERED** this the 6th day of September, 2022.

Hon. Robert C. I. McBurney
Superior Court of Fulton County
Atlanta Judicial Circuit
State of Georgia