# EXHIBIT B-096



# IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| IN RE: SPECIAL PURPOSE GRAND JURY | 2022-EX-000024 |

### ORDER GRANTING VERIFIED APPLICATION FOR PRO HAC VICE ADMISSION PRESENTED BY MILES M. HART

Upon Verified Application and with good cause shown, IT IS ORDERED that Miles M. Hart be admitted Pro Hac Vice in this matter.

It is so ORDERED this 15th of September, 2022.

Judge Robert C.I. McBurney
Superior Court of Fulton County
Atlanta Judicial Circuit

*Filed and served electronically via eFileGA*