# EXHIBIT B-119

FILED IN OFFICE

OCT 24 2022

DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| IN RE 2 MAY 2022 SPECIAL PURPOSE GRAND JURY | 2022-EX-000024 |

### RULE NISI

PLEASE TAKE NOTICE that a hearing on the District Attorney's Motion to Disqualify Attorneys Holly A. Pierson and Kimberly Bourroughs Debrow in their Simultaneous Representation of Mark Amick, Joseph Brannan, Brad Carver, Vikki Townsend Consiglio, John Downey, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, David Shafer, Shawn Still, and C.B. Yadav is set before Judge Robert C.I. McBurney on the 18th day of November 2022, at 9:00 a.m., in Courtroom 8-D.

SO ORDERED this 24th day of October 2022.

_____
Judge Robert C.I. McBurney
Superior Court of Fulton County
Atlanta Judicial Circuit