# EXHIBIT B-123

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| IN RE 2 MAY 2022 SPECIAL PURPOSE GRAND JURY | 2022-EX-000024 |

**ORDER CANCELING HEARING ON ATTORNEY DISQUALIFICATION REQUEST**

On 3 October 2022, the District Attorney of Fulton County filed a motion seeking to disqualify Attorneys Holly A. Pierson and Kimberly Bourroughs Debrow from representing eleven purported Republican presidential electors in connection with the Special Purpose Grand Jury's investigation into possible criminal interference with the 2020 general elections in Georgia. On 24 October 2022, the Court set a hearing on this motion for 18 November 2022. Since that time, Ms. Pierson and Ms. Debrow had an *ex parte* meeting with the Court to discuss certain privileged or otherwise protected information about their representation of their eleven clients and then filed a response to the District Attorney's motion.[1] Based on the written pleadings and the information the Court has received, the Court has determined that a hearing is not necessary to address the concerns raised in the District Attorney's motion. A written order will soon issue. The 18 November 2022 hearing is CANCELLED.

SO ORDERED this 14th day of November 2022.

Judge Robert C.I. McBurney
Superior Court of Fulton County
Atlanta Judicial Circuit

---

[1] The response was filed on 10 November 2022.