# EXHIBIT B-125

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

FILED IN OFFICE
NOV 30 2022
DEPUTY CLERK, SUPERIOR COURT
FULTON COUNTY, GA

| IN RE 2 MAY 2022 SPECIAL PURPOSE GRAND JURY | 2022-EX-000024 |
|---|---|

## ORDER SEALING ATTACHMENTS

The enclosed attachments are referenced in n.4 on page 4 of the Court's 30 November 2022 Order ruling on the District Attorney's motion to disqualify certain lawyers from collectively representing a group of eleven targets of the District Attorney's investigation into criminal interference with the 2020 general election in Georgia. The enclosed documents are legally privileged materials that contain confidential and protected communications between the referenced lawyers and their clients. The Court specifically finds that the harm that would result from disclosure of the enclosed documents to the privacy and confidential legal representation interests of the eleven targets clearly outweighs the public's interest in the substance of the enclosed documents. It is therefore proper for the documents to be sealed pursuant to Uniform Superior Court Rule 21.2.

SO ORDERED this 30th day of November 2022.

_____
Judge Robert C.I. McBurney
Superior Court of Fulton County
Atlanta Judicial Circuit

1