# EXHIBIT B-146

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

FILED IN OFFICE
MAR 27 2023
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

| IN RE 2 MAY 2022 SPECIAL PURPOSE GRAND JURY | 2022-EX-000024 |
|---|---|

## SCHEDULING ORDER

On 20 March 2023, former President Trump filed a motion that, if granted, would quash the final report of the Special Purpose Grand Jury, a body the Superior Court of Fulton County authorized to investigate possible criminal interference into the 2020 general election in Georgia. The motion also seeks the disqualification of the District Attorney's Office from any further investigation into or prosecution of such alleged interference. The District Attorney's Office is ORDERED to file a response to the motion no later than 1 May 2023. That response, beyond addressing the various contentions in the former President's motion, should also include an opinion on whether the motion requires a hearing for proper resolution.

SO ORDERED this 27th day of March 2023.

Judge Robert C.I. McBurney
Superior Court of Fulton County
Atlanta Judicial Circuit