# EXHIBIT B-150

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA



FILED IN OFFICE

APR 19 2023

DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

IN RE 2 MAY 2022 SPECIAL PURPOSE
GRAND JURY

2022-EX-000024

## SCHEDULING ORDER

On 18 April 2023, the District Attorney filed a motion seeking to disqualify the attorney who is simultaneously representing ten of the individuals who sought to serve as "alternate" presidential electors following the 2020 general election in Georgia. That attorney, Kimberly Bourroughs Debrow, has until 5 May 2023 to file a response.

SO ORDERED this 19th day of April 2023.

Judge Robert C.I. McBurney
Superior Court of Fulton County
Atlanta Judicial Circuit