# EXHIBIT B-158

ORIGINAL

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

FILED IN OFFICE
MAY 16 2023
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

IN RE: SPECIAL PURPOSE )  Case No.: 2022-EX-000024
GRAND JURY )

## REQUEST FOR TIME TO FILE A REPLY TO THE RESPONSES TO PRESIDENT DONALD J. TRUMP'S MOTION TO QUASH THE SPECIAL PURPOSE GRAND JURY'S REPORT, TO PRECLUDE THE USE OF ANY EVIDENCE DERIVED THEREFROM, AND TO RECUSE THE FULTON COUNTY DISTRICT ATTORNEY'S OFFICE

Comes now, President Donald J. Trump, by and through undersigned counsel and files this request to file a Reply to the Responses filed by both the State as well as the Media Intervenors. The Motion to Quash was filed on March 20, 2023, and this Court allowed time for the State to file a Response that was initially due on May 1, 2023, and then was extended to May 15, 2023, after a Motion to Join was filed by another movant. On May 15, 2023, the State timely filed its Response and an additional Response was filed on the same date by the Media Intervenors. Based on the above and the complexity of the issues at bar, undersigned counsel respectfully requests that this Court allow the movant time to file a Reply to both Responses. The requested amount of time to file this Reply is twenty-one days.

_____
JENNIFER L. LITTLE
Jennifer Little Law, LLC
400 Galleria Pkwy SE, Suite 1920
Atlanta, GA 30339
Tel: 404-947-7778
Georgia Bar 141596

*Counsel for President Donald J. Trump*

_____
DREW FINDLING
Findling Law Firm
3575 Piedmont Rd NE, Suite 1010
Atlanta, GA 30305
Tel: 404-460-4500
Georgia Bar 260425

*Counsel for President Donald J. Trump*

_____
MARISSA GOLDBERG
Findling Law Firm
3575 Piedmont Rd NE, Suite 1010
Atlanta, GA 30305
Tel: 404-460-4500
Georgia Bar 672798

*Counsel for President Donald J. Trump*

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

IN RE: SPECIAL PURPOSE ) CASE NO. 2022-EX-000024
GRAND JURY )
)
)
)
)
)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing: **REQUEST FOR TIME TO FILE A REPLY TO THE RESPONSES TO PRESIDENT DONALD J. TRUMP'S MOTION TO QUASH THE SPECIAL PURPOSE GRAND JURY'S REPORT, TO PRECLUDE THE USE OF ANY EVIDENCE DERIVED THEREFROM, AND TO RECUSE THE FULTON COUNTY DISTRICT ATTORNEY'S OFFICE**

was served on:

Fulton County District Attorney Fani T. Willis
Chief Senior Assistant District Attorney F. McDonald Wakeford
Fulton County District Attorney's Office

*By E-mail and Hand Delivery*

Kieran J. Shanahan
Shanahan Law Group, PLLC

*By E-mail*

Thomas M. Clyde
Lesli N. Gaither
Kurtis G. Anderson
Kilpatrick Townsend & Stockton LLP

*By E-mail*

This 16th day of May, 2023.

The Findling Law Firm
One Securities Centre
3490 Piedmont Road, Suite 600
Atlanta, Georgia 30305
404-460-4500

Respectfully submitted,

Drew Findling
Georgia Bar No. 260425