# EXHIBIT B-162




IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

FILED IN OFFICE
MAY 2 2 2023
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

| IN RE: SPECIAL PURPOSE GRAND JURY | Case No. 2022-EX-000024<br>Judge Robert C.I. McBurney |
|---|---|

## VERIFIED APPLICATION FOR *PRO HAC VICE* ADMISSION

Pursuant to Georgia Uniform Superior Court Rule 4.4, I, David K. Kessler (Applicant), hereby apply to this Honorable Court for admission to practice in the above-styled case *pro hac vice*.

In support of this application, Applicant states as follows:

1. ████████████

2. My business address is:
   Paul, Weiss, Rifkind, Wharton & Garrison LLP
   1285 6th Ave
   New York, New York 10019
   USA
   Phone: 212-373-3614
   dkessler@paulweiss.com

3. I have been retained to represent the following client(s):

   Donald Ayer, John Farmer, Stuart Gerson, Tanya Miller, J. Tom Morgan, Sarah Saldaña, William F. Weld, and Shan Wu

   c/o Brian Kammer
   241 E Lake Dr
   Decatur, GA 30030
   678-235-4964

4. I am a member in good standing of the following jurisdictions:
   Jurisdiction: U.S. Court of Appeals, 2nd Circuit
   Date Admitted: 03/27/2015
   Still Admitted: Yes
   Bar/Registration No.: N/A

   Jurisdiction: U.S. Court of Appeals, 9th Circuit
   Date Admitted: 11/07/2013

Still Admitted: Yes
Bar/Registration No.: N/A

Jurisdiction: U.S. District Court, Eastern District of New York
Date Admitted: 11/03/2011
Still Admitted: Yes
Bar/Registration No.: DK5304

Jurisdiction: U.S. District Court, Southern District of New York
Date Admitted: 12/14/2010
Still Admitted: Yes
Bar/Registration No.: DK0582

Jurisdiction: U.S. Court of Appeals, D.C. Circuit
Date Admitted: 04/15/2010
Still Admitted: Yes
Bar/Registration No.: 52798

Jurisdiction: New York, 2nd Department
Date Admitted: 03/24/2010
Still Admitted: Yes
Bar/Registration No.: 4761938

5. I have never been a member of the State Bar of Georgia.

6. I have never been denied *pro hac vice* admission in Georgia.

7. I have never had *pro hac vice* admission revoked in Georgia.

8. I have never been sanctioned or formally disciplined by a court in Georgia.

9. I have never been the subject of any formal disciplinary proceedings.

10. I have never been formally held in contempt, or otherwise sanctioned by a court in a written order, for disobedience to its rules or orders.

11. In the past two years I have not filed for *pro hac vice* admission in Georgia.

12. I have reviewed and am familiar with the Georgia Rules of Professional Conduct and all court rules relevant to practice before the court in which I am seeking admission.

13. My local sponsor is:

    Brian S. Kammer
    Bar No. 406322
    241 E Lake Dr
    Decatur, GA 30030
    678-235-4964

14. When I file my application I will forward a copy to the State Bar of Georgia along with a check or money order made payable to the State Bar of Georgia in the amount of $275, as this is my first application filed for this calendar year.

    I, David K. Kessler, applicant in the foregoing Verified Application for *Pro Hac Vice* Admission, hereby verify the facts contained therein are true and accurate to the best of my knowledge.

*[signature]*

This 19th day of May, 2023

Applicant Sworn to before me this 18 day of May, 2023

*Tija Odoms*

TIJA ODOMS
Notary Public, State of New York
No. 01OD6443426
Qualified in New York County
Commission Expires November 7, 2026

**Notary Public**

**My commission expires**

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| IN RE:<br>SPECIAL PURPOSE GRAND JURY | Case No. 2022-EX-000024 |

## CERTIFICATE OF SERVICE

This is to certify that I have caused a true and correct copy of the foregoing document to be served via electronic mail to the following counsel of the parties:

Jennifer L. Little
Jennifer Little Law, LLC
Jlittle@jllaw.com

Drew Findling
Marissa Goldberg
Findling Law Firm
drew@findlinglawfirm.com
marissa@findlinglawfirm.com

Kieran J. Shanahan
Shanahan Law Group, PLLC
kieran@shanahanlawgroup.com

Fani T. Willis
Will Wooten
Office of the District Attorney
Fani.willisda@fultoncountyga.gov
Will.wooten@fultoncountyga.gov

This 22nd day of May 2023.

_____
Brian Kammer
Ga. Bar No. 406322
241 E Lake Dr
Decatur, GA 30030
Tel: (678) 235-4964
attybkammer@gmail.com