**EXHIBIT B-163**




# IN THE SUPERIOR COURT OF FULTON COUNTY

# STATE OF GEORGIA

| IN RE: SPECIAL PURPOSE GRAND JURY | Case No. 2022-EX-000024<br>Judge Robert C.I. McBurney |
|---|---|

## VERIFIED APPLICATION FOR *PRO HAC VICE* ADMISSION

Pursuant to Georgia Uniform Superior Court Rule 4.4, I, Brad S. Karp (Applicant), hereby apply to this Honorable Court for admission to practice in the above-styled case *pro hac vice*. In support of this application, Applicant states as follows:



   My business address is:
   Paul, Weiss, Rifkind, Wharton & Garrison LLP
   1285 6th Ave
   New York, New York 10019
   USA
   Phone: 212-373-3316
   bkarp@paulweiss.com

3.   I have been retained to represent the following client(s):

   Donald Ayer, John Farmer, Stuart Gerson, Tanya Miller, J. Tom Morgan, Sarah Saldaña, William F. Weld, and Shan Wu

   c/o Brian S. Kammer
   241 E Lake Dr
   Decatur, GA 30030
   Tel: (678) 235-4964

4.   I am a member in good standing of the following jurisdictions:
   Jurisdiction: U.S. Court of Appeals, 11th Circuit
   Date Admitted: 04/09/2019
   Still Admitted: Yes
   Bar/Registration No.: N/A

Jurisdiction: U.S. Court of Appeals, 9th Circuit
Date Admitted: 08/20/2015
Still Admitted: Yes
Bar/Registration No.: N/A

Jurisdiction: U.S. Court of Appeals, 7th Circuit
Date Admitted: 04/13/2007
Still Admitted: Yes
Bar/Registration No.: N/A

Jurisdiction: U.S. Court of Appeals, Third Circuit
Date Admitted: 10/06/1997
Still Admitted: Yes
Bar/Registration No.: N/A

Jurisdiction: U.S. Court of Appeals, Second Circuit
Date Admitted: 10/08/1991
Still Admitted: Yes
Bar/Registration No.: N/A

Jurisdiction: U.S. Court of Appeals, Federal Circuit
Date Admitted: 11/23/1997
Still Admitted: Yes
Bar/Registration No.: N/A

Jurisdiction: U.S. District Court, Eastern District of New York
Date Admitted: 03/24/1987
Still Admitted: Yes
Bar/Registration No.: BK3702

Jurisdiction: U.S. District Court, Southern District of New York
Date Admitted: 03/24/1987
Still Admitted: Yes
Bar/Registration No.: BK3702

Jurisdiction: New York, 1st Department
Date Admitted: 05/05/1986
Still Admitted: Yes
Bar/Registration No.: 264509

5. I have never been a member of the State Bar of Georgia.

6. I have never been denied *pro hac vice* admission in Georgia.

7. I have never had *pro hac vice* admission revoked in Georgia.

8. I have never been sanctioned or formally disciplined by a court in Georgia.

9. I have never been the subject of any formal disciplinary proceedings.

10. I have never been formally held in contempt, or otherwise sanctioned by a court in a written order, for disobedience to its rules or orders.

11. In the past two years I have not filed for *pro hac vice* admission in Georgia.

12. I have reviewed and am familiar with the Georgia Rules of Professional Conduct and all court rules relevant to practice before the court in which I am seeking admission.

13. My local sponsor is:

    Brian S. Kammer
    Bar No. 406322
    241 E Lake Dr
    Decatur, GA 30030
    Tel: (678) 235-4964

14. When I file my application I will forward a copy to the State Bar of Georgia along with a check or money order made payable to the State Bar of Georgia in the amount of $275, as this is my first application filed for this calendar year.

I, Brad S. Karp, applicant in the foregoing Verified Application for *Pro Hac Vice* Admission, hereby verify the facts contained therein are true and accurate to the best of my knowledge.

_____
This 18th day of May, 2023

Applicant Sworn to before me this 18th day of May, 2023

DELANEY THEMBI MOORE
Notary Public, State of New York
No. 01MO6440838
Qualified in New York County
Commission Expires September 12, 2026

_____
**Notary Public**

**My commission expires**

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| IN RE:<br>SPECIAL PURPOSE GRAND JURY | Case No. 2022-EX-000024 |

## CERTIFICATE OF SERVICE

This is to certify that I have caused a true and correct copy of the foregoing document to be served via electronic mail to the following counsel of the parties:

Jennifer L. Little
Jennifer Little Law, LLC
Jlittle@jllaw.com

Drew Findling
Marissa Goldberg
Findling Law Firm
drew@findlinglawfirm.com
marissa@findlinglawfirm.com

Kieran J. Shanahan
Shanahan Law Group, PLLC
kieran@shanahanlawgroup.com

Fani T. Willis
Will Wooten
Office of the District Attorney
Fani.willisda@fultoncountyga.gov
Will.wooten@fultoncountyga.gov

This 22nd day of May 2023.

_____
Brian Kammer
Ga. Bar No. 406322
241 E Lake Dr
Decatur, GA 30030
Tel: (678) 235-4964
attybkammer@gmail.com