# EXHIBIT B-165



# IN THE SUPERIOR COURT OF FULTON COUNTY

## STATE OF GEORGIA

| IN RE: SPECIAL PURPOSE GRAND JURY | Case No. 2022-EX-000024 |
|---|---|
| | Judge Robert C.I. McBurney |

### VERIFIED APPLICATION FOR *PRO HAC VICE* ADMISSION

Pursuant to Georgia Uniform Superior Court Rule 4.4, I, Jonathan L. Williams, hereby apply to this Honorable Court for admission to practice in the above-styled case *pro hac vice*. In support of this application, Applicant states as follows:

1. 

2. My business address is:
   States United Democracy Center
   400 NW 7th Ave #14310
   Ft. Lauderdale, Florida 33311
   Phone: 850-706-0940
   jonathan@statesuniteddemocracy.org

3. I have been retained to represent the following client(s):

| Donald Ayer, John Farmer, Stuart Gerson, Tanya Miller, J. Tom Morgan, Sarah Saldaña, William F. Weld, and Shan Wu | c/o Brian Kammer<br>241 E Lake Dr<br>Decatur, GA 30030 |
|---|---|

4. I am a member in good standing of the following jurisdictions:
   Jurisdiction: Florida Bar
   Date admitted: 9/22/2015
   Still admitted: Yes
   Bar/Registration No.:117574

   Jurisdiction: U.S. Supreme Court
   Date admitted: 5/31/2016
   Still admitted: Yes
   Bar/Registration No.: 298568

   Jurisdiction: U.S. Court of Appeals for the Fifth Circuit
   Date admitted: 7/29/2010
   Still admitted: Yes
   Bar/Registration No.: N/A

Jurisdiction: U.S. Court of Appeals for the Seventh Circuit
Date admitted: 12/2/2022
Still admitted: Yes
Bar/Registration No.: N/A

Jurisdiction: U.S. Court of Appeals for the Ninth Circuit
Date admitted: 1/29/2015
Still admitted: Yes
Bar/Registration No.: N/A

Jurisdiction: U.S. Court of Appeals for the Eleventh Circuit
Date admitted: 6/30/2015
Still admitted: Yes
Bar/Registration No.: N/A

Jurisdiction: U.S. Court of Appeals for District of Columbia Circuit
Date admitted: 8/31/2015
Still admitted: Yes
Bar/Registration No.: N/A

Jurisdiction: U.S. District Court for the District of Columbia
Date admitted: 6/4/2012
Still admitted: Yes
Bar/Registration No.: N/A

Jurisdiction: U.S. District Court for the Middle District of Florida
Date admitted: 4/26/2017
Still admitted: Yes
Bar/Registration No.: N/A

Jurisdiction: U.S. District Court for the Northern District of Florida
Date admitted: 7/15/2025
Still admitted: Yes
Bar/Registration No.: N/A

Jurisdiction: U.S. District Court for the Southern District of Florida
Date admitted: 10/20/2015
Still admitted: Yes
Bar/Registration No.: N/A

Jurisdiction: District of Columbia Bar
Date admitted: 4/11/2011
Still admitted: Yes
Bar/Registration No.: 999708

Jurisdiction: North Carolina Bar
Reinstatement: 1/25/2023

       Still admitted: Yes
       Bar/Registration No.: 40173

5. I have never been a member of the State Bar of Georgia.

6. I have never been denied *pro hac vice* admission in Georgia.

7. I have never had *pro hac vice* admission revoked in Georgia.

8. I have never been sanctioned or formally disciplined by a court in Georgia.

9. I have never been the subject of any formal disciplinary proceedings.

10. I have never been formally held in contempt, or otherwise sanctioned by a court in a written order, for disobedience to its rules or orders.

11. In the past two years I have not filed for *pro hac vice* admission in Georgia.

12. I have reviewed and am familiar with the Georgia Rules of Professional Conduct and all court rules relevant to practice before the court in which I am seeking admission.

13. My local sponsor is:
    Brian S. Kammer
    Bar No: 406322
    241 E Lake Dr
    Decatur, GA 30030
    678-235-4964

14. When I file my application, I will forward a copy to the State Bar of Georgia along with a check or money order made payable to the State Bar of Georgia in the amount of $275, as this is my first application filed this calendar year.

    I, Jonathan L. Williams, applicant in the foregoing Verified Application for *Pro Hac Vice* Admission, hereby verify the facts contained therein are true and accurate to the best of my knowledge.

_____
This 18 day of May, 2023___

    Applicant Sworn to before me this _18_ day of May, 2023.

_____
**Notary Public**

GARY HIRSCH
COMM. #2332623
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Exp. Aug. 26, 2024

My commission expires Aug 26, 2024

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| IN RE:<br>**SPECIAL PURPOSE GRAND JURY** | Case No. 2022-EX-000024 |

## CERTIFICATE OF SERVICE

This is to certify that I have caused a true and correct copy of the foregoing document to be served via electronic mail to the following counsel of the parties:

Jennifer L. Little
Jennifer Little Law, LLC
Jlittle@jllaw.com

Drew Findling
Marissa Goldberg
Findling Law Firm
drew@findlinglawfirm.com
marissa@findlinglawfirm.com

Kieran J. Shanahan
Shanahan Law Group, PLLC
kieran@shanahanlawgroup.com

Fani T. Willis
Will Wooten
Office of the District Attorney
Fani.willisda@fultoncountyga.gov
Will.wooten@fultoncountyga.gov

This 22nd day of May 2023.

_____
Brian Kammer
Ga. Bar No. 406322
241 E Lake Dr
Decatur, GA 30030
Tel: (678) 235-4964
attybkammer@gmail.com