# EXHIBIT B-166



IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

| IN RE: SPECIAL PURPOSE GRAND JURY | Case No. 2022-EX-000024<br>Judge Robert C.I. McBurney |
|---|---|

## VERIFIED APPLICATION FOR *PRO HAC VICE* ADMISSION

Pursuant to Georgia Uniform Superior Court Rule 4.4, I, Maithreyi Ratakonda, hereby apply to this Honorable Court for admission to practice in the above-styled case *pro hac vice*. In support of this application, Applicant states as follows:

1. [redacted]

2. My business address is:
    States United Democracy Center
    1 Liberty Plaza
    165 Broadway,
    23rd Floor, Office 2330
    New York, New York 10006
    Phone: 914-357-1638
    mai@statesuniteddemocracy.org

3. I have been retained to represent the following client(s):

    | Donald Ayer, John Farmer, Stuart Gerson, Tanya Miller, J. Tom Morgan, Sarah Saldaña, William F. Weld, and Shan Wu | c/o Brian Kammer<br>241 E Lake Dr<br>Decatur, GA 30030 |
    |---|---|

4. I am a member in good standing of the following jurisdictions:
    Jurisdiction: New York Bar
    Date admitted: 11/28/2012
    Still admitted: Yes
    Bar/Registration No.: 5060124

    Jurisdiction: U.S. Supreme Court
    Date admitted: 3/24/2020
    Still admitted: Yes
    Bar/Registration No.: 312722

    Jurisdiction: U.S. Court of Appeals for the Fourth Circuit
    Date admitted: 6/26/2019
    Still admitted: Yes
    Bar/Registration No.: N/A

        Jurisdiction: U.S. Court of Appeals for the Sixth Circuit
        Date admitted: 4/22/2020
        Still admitted: Yes
        Bar/Registration No.: N/A

        Jurisdiction: U.S. Court of Appeals for the Eighth Circuit
        Date admitted: 5/24/2016
        Still admitted: Yes
        Bar/Registration No.: N/A

        Jurisdiction: U.S. Court of Appeals for the Eleventh Circuit
        Date admitted: 9/17/2014
        Still admitted: Yes
        Bar/Registration No.: N/A

        Jurisdiction: U.S. District Court for the Southern District of New York
        Date admitted: 5/6/2014
        Still admitted: Yes
        Bar/Registration No.: N/A

5.    I have never been a member of the State Bar of Georgia.

6.    I have never been denied *pro hac vice* admission in Georgia.

7.    I have never had *pro hac vice* admission revoked in Georgia.

8.    I have never been sanctioned or formally disciplined by a court in Georgia.

9.    I have never been the subject of any formal disciplinary proceedings.

10.   I have never been formally held in contempt, or otherwise sanctioned by a court in a written order, for disobedience to its rules or orders.

11.   In the past two years I have not filed for *pro hac vice* admission in Georgia.

12.   I have reviewed and am familiar with the Georgia Rules of Professional Conduct and all court rules relevant to practice before the court in which I am seeking admission.

13.   My local sponsor is:
      Brian S. Kammer
      Bar No. 406322
      241 E Lake Dr
      Decatur, GA 30030
      678-235-4964

14.   When I file my application, I will forward a copy to the State Bar of Georgia along with a check or money order made payable to the State Bar of Georgia in the amount of $275, as this is my first application filed this calendar year.

I, Maithreyi Ratakonda, applicant in the foregoing Verified Application for *Pro Hac Vice* Admission, hereby verify the facts contained therein are true and accurate to the best of my knowledge.

_____

This 18 day of May, 2023

Applicant Sworn to before me this 18 day of May, 2023

_____

Notary Public

My commission expires Aug 26. 2024



GARY HIRSCH
COMM. #2332623
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Exp. Aug. 26, 2024

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| IN RE:<br>SPECIAL PURPOSE GRAND JURY | Case No. 2022-EX-000024 |

## CERTIFICATE OF SERVICE

This is to certify that I have caused a true and correct copy of the foregoing document to be served via electronic mail to the following counsel of the parties:

Jennifer L. Little
Jennifer Little Law, LLC
Jlittle@jllaw.com

Drew Findling
Marissa Goldberg
Findling Law Firm
drew@findlinglawfirm.com
marissa@findlinglawfirm.com

Kieran J. Shanahan
Shanahan Law Group, PLLC
kieran@shanahanlawgroup.com

Fani T. Willis
Will Wooten
Office of the District Attorney
Fani.willisda@fultoncountyga.gov
Will.wooten@fultoncountyga.gov

This 22nd day of May 2023.

Brian Kammer
Ga. Bar No. 406322
241 E Lake Dr
Decatur, GA 30030
Tel: (678) 235-4964
attybkammer@gmail.com