# EXHIBIT B-167

FILED IN OFFICE

MAY 2 2 2023

DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

## IN THE SUPERIOR COURT OF FULTON COUNTY

### STATE OF GEORGIA

| | |
|---|---|
| **IN RE: SPECIAL PURPOSE GRAND JURY** | **Case No. 2022-EX-000024** <br> **Judge Robert C.I. McBurney** |

### VERIFIED APPLICATION FOR *PRO HAC VICE* ADMISSION

Pursuant to Georgia Uniform Superior Court Rule 4.4, I, Fred M. Wertheimer, hereby apply

to this Honorable Court for admission to practice in the above-styled case *pro hac vice*. In support of

this application, Applicant states as follows:

1.  I reside at:

    ███████████████

2.  My business address is:
    Democracy 21 Education Fund
    2000 Massachusetts Avenue NW
    Washington, D.C. 20036
    Phone: (202)-355-9600
    fwertheimer@democracy21.org

3.  I have been retained to represent the following client(s):

    | | |
    |---|---|
    | Donald Ayer, John Farmer, Stuart Gerson, Tanya Miller, J. Tom Morgan, Sarah Saldaña, William F. Weld, and Shan Wu | c/o Brian Kammer <br> 241 E Lake Dr <br> Decatur, GA 30030 <br> (678) 235-4964 |

4.  I am a member in good standing of the following jurisdictions:
    Jurisdiction: District of Columbia Bar
    Date admitted: 7/13/1971
    Still admitted: Yes
    Bar/Registration No.: 154211.

5.  I have never been a member of the State Bar of Georgia.

6.  I have never been denied *pro hac vice* admission in Georgia.

7.  I have never had *pro hac vice* admission revoked in Georgia.

8.  I have never been sanctioned or formally disciplined by a court in Georgia.

9.  I have never been the subject of any formal disciplinary proceedings.

10. I have never been formally held in contempt, or otherwise sanctioned by a court in a written order, for disobedience to its rules or orders.

11.     In the past two years I have not filed for *pro hac vice* admission in Georgia.

12.     I have reviewed and am familiar with the Georgia Rules of Professional Conduct and all
        court rules relevant to practice before the court in which I am seeking admission.

13.     My local sponsor is:
        Brian S. Kammer
        Bar No. 406322
        241 E Lake Dr
        Decatur, GA 30030
        678-235-4964

14.     When I file my application, I will forward a copy to the State Bar of Georgia along
        with a check or money order made payable to the State Bar of Georgia in the amount
        of $275, as this is my first application filed this calendar year.

        I, Fred M. Wertheimer, applicant in the foregoing Verified Application for *Pro Hac Vice*
Admission, hereby verify the facts contained therein are true and accurate to the best of my
knowledge.

**This 19th day of May, 2023**

**Applicant Sworn to before me this 19th day of May, 2023**

**Notary Public**

**My commission expires**

My Commission Expires
July 31, 2027

# IN THE SUPERIOR COURT OF FULTON COUNTY

## STATE OF GEORGIA

IN RE:
**SPECIAL PURPOSE GRAND JURY**

**Case No. 2022-EX-000024**

### CERTIFICATE OF SERVICE

This is to certify that I have caused a true and correct copy of the foregoing

document to be served via electronic mail to the following counsel of the parties:

Jennifer L. Little
Jennifer Little Law, LLC
Jlittle@jllaw.com

Kieran J. Shanahan
Shanahan Law Group, PLLC
kieran@shanahanlawgroup.com

Drew Findling
Marissa Goldberg
Findling Law Firm
drew@findlinglawfirm.com
marissa@findlinglawfirm.com

Fani T. Willis
Will Wooten
Office of the District Attorney
Fani.willisda@fultoncountyga.gov
Will.wooten@fultoncountyga.gov

This 22nd day of May 2023.

Brian Kammer
Ga. Bar No. 406322
241 E Lake Dr
Decatur, GA 30030
Tel: (678) 235-4964
attybkammer@gmail.com