UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Case No. _____

LIFEBRITE LABORATORIES, LLC; and
CHRISTIAN FLETCHER,

    Plaintiffs,

v.

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC. d/b/a BCBSGA;
BLUE CROSS BLUE SHIELD HEALTHCARE
PLAN OF GEORGIA, INC.; THE ELEVANCE
HEALTH COMPANIES, INC. f/k/a ANTHEM
INSURANCE COMPANIES, INC.;
UNITEDHEALTH GROUP INCORPORATED,
and CVS HEALTH CORPORATION d/b/a
AETNA,

    Defendants.
_____/

Removed from the State Court
of Gwinnett County

Case No. 23-C-05058-S7

## DECLARATION OF WESLEY FOISTER

I, Wesley Foister, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in this Declaration is based on my personal knowledge and I could and would competently testify thereto if called upon to do so.

2.    I am providing this declaration on behalf of Defendant BlueCross BlueShield Healthcare Plan of Georgia, Inc. ("BCBSGA").

3.    I am familiar with the claims data produced by BCBSGA in the matter titled *U.S. v. Perez, et al.*, No. 3:20-cr-00086-TJC-JBT (M.D. Fla.) (the "Claims Data") on or about December 5, 2022.

4. In that claims data, which relates to certain claims billed to BCBSGA using the Tax Identification Number ("TIN") of Chestatee Regional Hospital in Dahlonega, Georgia, there are approximately 207 procedure codes billed to BCBSGA relating to enrollees in the Federal Employees' Health Benefits Program ("FEHBP"). The cumulative amount reflected as paid on such claims is $340,099.86.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of August 2023.

*Wesley F. Foister*
Wesley Foister