# Exhibit 7

https://researchga.tylerhost.net/CourtRecordsSearch/ViewCasePrint/1c71805fb3a15058a92aeab6f60afde8

# Case Information

## LIFEBRITE LABORATORIES LLC VS BLUE CROSS BLUE SHIELD OF FLORIDA INC ET AL
23-C-05058-S7

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Gwinnett County - State Court - Division 7 | Civil | Other General Civil* | 7/20/2023 |

| Judge | Case Status | | |
|---|---|---|---|
| Smith, Jaletta L. | Open (Pending) | | |

## Parties [7]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | LIFEBRITE LABORATORIES LLC | | DAX LOPEZ, J ANTONIO DELCAMPO, RANDALL D GRAYSON |
| Plaintiff | CHRISTIAN FLETCHER | | DAX LOPEZ, J ANTONIO DELCAMPO, RANDALL D GRAYSON |
| Defendant | BLUE CROSS BLUE SHIELD OF FLORIDA INC | | Pro Se |
| Defendant | ELEVANCE HEALTH COMPANIES INC | | Pro Se |
| Defendant | UNITEDHEALTH GROUP INC | | Pro Se |
| Defendant | CVS HEALTH CORP | | Pro Se |
| Defendant | BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA INC | | |

## Events [11]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 7/20/2023 | Filing | General Civil/Dom Relations Case Filing Form | | General Civil/Dom Relations Case Filing Form.pdf |
| 7/20/2023 | Filing | Complaint with Jury Demand | | COMPLAINT-FINAL.pdf |
| 7/20/2023 | Filing | Summons | | Summons- UnitedHealth Group Inc..pdf |
| 7/20/2023 | Filing | Summons | | Summons- CVS Corp.pdf |
| 7/20/2023 | Filing | Summons | | Summons- Blue Cross Blue Shield Florida.pdf |
| 7/20/2023 | Filing | Summons | | Summons- The Elevance Health Company.pdf |
| 7/20/2023 | Filing | Summons | | Summons- Blue Cross Blue Shield Georgia.pdf |
| 8/1/2023 | Filing | Affidavit of Process Server | - The Elevance Health Companies, Inc. | The Elevance Health Company.pdf |
| 8/1/2023 | Filing | Affidavit of Process Server | - Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. | BCBS of GA.pdf |
| 8/4/2023 | Filing | Motion | Special Process Server | Motion for Appointment of Process Server- Florida (FINAL).pdf |
| 8/10/2023 | Filing | Motion | Plaintiffs' Motion for Appointment of Special Process Server | Motion for Appointment of Process Server- Delaware (FINAL).pdf |

© 2023 Tyler Technologies, Inc. | All Rights Reserved
Version: 2023.7.1.51


EMPOWERED BY TYLER TECHNOLOGIES

Case 1:23-mi-99999-UNA   Document 2691-12   Filed 08/22/23   Page 3 of 18

E-FILED IN OFFICE - KMG
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-05058-S7**
**7/20/2023 2:49 PM**
TIANA P. GARNER, CLERK

**General Civil and Domestic Relations Case Filing Information Form**

☐ Superior or ☒ State Court of __Gwinnett State Court__ County

| For Clerk Use Only | |
|---|---|
| Date Filed _____ MM-DD-YYYY | Case Number __23-C-05058-S7__ |

**Plaintiff(s)**
LIFEBRITE LABORATORIES, LLC
Last       First       Middle I.       Suffix       Prefix
FLETCHER, CHRISTIAN
Last       First       Middle I.       Suffix       Prefix
_____
Last       First       Middle I.       Suffix       Prefix
_____
Last       First       Middle I.       Suffix       Prefix

**Defendant(s)**
BLUE CROSS BLUE SHIELD OF FLORIDA, INC. D/B/A FLORIDA BLUE
Last       First       Middle I.       Suffix       Prefix
BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.
Last       First       Middle I.       Suffix       Prefix
THE ELEVANCE HEALTH COMPANIES, INC. F/K/A ANTHEM INSURANCE COMPANIES, INC
Last       First       Middle I.       Suffix       Prefix
UNITEDHEALTH GROUP INCORPORATED
Last       First       Middle I.       Suffix       Prefix

Plaintiff's Attorney __Dax E. Lopez__ State Bar Number __457888__ Self-Represented ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
   - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
   - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____         _____
Case Number                                           Case Number

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

Case 1:23-mi-99999-UNA   Document 2691-12   Filed 08/22/23   Page 4 of 18

E-FILED IN OFFICE - KMG
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-05058-S7**
**7/20/2023 2:49 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**LifeBrite Laboratories, LLC;**
**Christian Fletcher**

PLAINTIFF

23-C-05058-S7

CIVIL ACTION NUMBER: _____

VS.

Blue Cross Blue Shield of Florida, Inc. d/b/a Florida Blue; Blue Cross Blue Shield Healthcare Plan of Georgia

The Elevance Health Companies, Inc. f/k/a Anthem Insurance Companies, Inc.;

UnitedHealth Group Incorporated; and CVS Health Corporation d/b/a Aetna

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Dax E. López, Esq.
DelCampo Grayson & Lopez LLC, 5455 Chamblee Dunwoody Road, Dunwoody, Georgia 30338
Phone: 770-481-0444; Fax: 770-395-0806

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20_____.
    21st day of July, 2023

Tiana P. Garner
Clerk of State Court

By_____
    **Deputy Clerk**

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

Case 1:23-mi-99999-UNA   Document 2691-12   Filed 08/22/23   Page 5 of 18

E-FILED IN OFFICE - KMG
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-05058-S7**
**7/20/2023 2:49 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**LifeBrite Laboratories, LLC;**

**Christian Fletcher**

PLAINTIFF

VS.

Blue Cross Blue Shield of Florida, Inc. d/b/a Florida Blue; Blue Cross Blue Shield Healthcare Plan of Ge

The Elevance Health Companies, Inc. f/k/a Anthem Insurance Companies, Inc.;

UnitedHealth Group Incorporated; and CVS Health Corporation d/b/a Aetna

DEFENDANT

23-C-05058-S7

CIVIL ACTION
NUMBER:_____

# SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Dax E. López, Esq.
DelCampo Grayson & Lopez LLC, 5455 Chamblee Dunwoody Road, Dunwoody, Georgia 30338
Phone: 770-481-0444; Fax: 770-395-0806

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20_____.
    21st day of July, 2023

Tiana P. Garner
Clerk of State Court

By_____
           Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

Case 1:23-mi-99999-UNA   Document 2691-12   Filed 08/22/23   Page 6 of 18

E-FILED IN OFFICE - KMG
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-05058-S7**
**7/20/2023 2:49 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**LifeBrite Laboratories, LLC;**

**Christian Fletcher**

PLAINTIFF

CIVIL ACTION NUMBER: 23-C-05058-S7

VS.

Blue Cross Blue Shield of Florida, Inc. d/b/a Florida Blue; Blue Cross Blue Shield Healthcare Plan of Georgia

The Elevance Health Companies, Inc. f/k/a Anthem Insurance Companies, Inc.;

UnitedHealth Group Incorporated; and CVS Health Corporation d/b/a Aetna

DEFENDANT

# SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Dax E. López, Esq.
DelCampo Grayson & Lopez LLC, 5455 Chamblee Dunwoody Road, Dunwoody, Georgia 30338
Phone: 770-481-0444; Fax: 770-395-0806

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20_____.

21st day of July, 2023

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

Case 1:23-mi-99999-UNA   Document 2691-12   Filed 08/22/23   Page 7 of 18

E-FILED IN OFFICE - KMG
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-05058-S7**
**7/20/2023 2:49 PM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**LifeBrite Laboratories, LLC;**

**Christian Fletcher**

CIVIL ACTION NUMBER: 23-C-05058-S7

PLAINTIFF

VS.

Blue Cross Blue Shield of Florida, Inc. d/b/a Florida Blue; Blue Cross Blue Shield Healthcare Plan of Georgia

The Elevance Health Companies, Inc. f/k/a Anthem Insurance Companies, Inc.;

UnitedHealth Group Incorporated; and CVS Health Corporation d/b/a Aetna

DEFENDANT

# SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Dax E. López, Esq.
DelCampo Grayson & Lopez LLC, 5455 Chamblee Dunwoody Road, Dunwoody, Georgia 30338
Phone: 770-481-0444; Fax: 770-395-0806

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20_____.

     21st day of July, 2023

                                        Tiana P. Garner
                                        Clerk *of* State Court

                                        By _____
                                                    Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

Case 1:23-mi-99999-UNA   Document 2691-12   Filed 08/22/23   Page 8 of 18

E-FILED IN OFFICE - KMG
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-05058-S7**
**7/20/2023 2:49 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**LifeBrite Laboratories, LLC;**

**Christian Fletcher**

CIVIL ACTION NUMBER: 23-C-05058-S7

PLAINTIFF

VS.

Blue Cross Blue Shield of Florida, Inc. d/b/a Florida Blue; Blue Cross Blue Shield Healthcare Plan of Georgia

The Elevance Health Companies, Inc. f/k/a Anthem Insurance Companies, Inc.;

UnitedHealth Group Incorporated; and CVS Health Corporation d/b/a Aetna

DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Dax E. López, Esq.
DelCampo Grayson & Lopez LLC, 5455 Chamblee Dunwoody Road, Dunwoody, Georgia 30338
Phone: 770-481-0444; Fax: 770-395-0806

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20_____.

21st day of July, 2023

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

Case 1:23-mi-99999-UNA   Document 2691-12   Filed 08/22/23   Page 9 of 18

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-05058-S7**
**8/1/2023 12:23 PM**
TIANA P. GARNER, CLERK

## AFFIDAVIT OF SERVICE

**State of Georgia**  **County of Gwinnett**  **State Court**

Case Number: 23-C-05058-S7

Plaintiffs: **LIFEBRITE LABORATORIES, LLC; and CHRISTIAN FLETCHER**

vs.

Defendants: **BLUE CROSS BLUE SHIELD OF FLORIDA, INC. d/b/a FLORIDA BLUE; BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.; THE ELEVANCE HEALTH COMPANIES, INC. f/k/a ANTHEM INSURANCE COMPANIES, INC.; UNITEDHEALTH GROUP INCORPORATED; and CVS HEALTH CORPORATION d/b/a AETNA**

For:
Dax Lopez
DelCampo Grayson Lopez LLC
5455 Chamblee Dunwoody Rd
Atlanta, GA 30338

Received by Absolute Legal Services to be served on **BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC. Registered Agent: CT Corporation System, 289 S. Culver Street, Lawrenceville, GA 30046**.

I, Christopher Todd Horton, being duly sworn, depose and say that on the **24th day of July, 2023** at **2:15 pm, I**:

served **BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC. Registered Agent: CT Corporation System** by delivering a true copy of the **GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM; SUMMONS; COMPLAINT;** with the date and hour of service endorsed thereon by me, to: **Jane Richardson Registered Agent: CT Corporation System**, title: **Process Specialist**, a person authorized to accept process for the Company, **BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC. Registered Agent: CT Corporation System**, at the address of: **289 S. Culver Street, Lawrenceville, GA 30046.**

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 190, Hair: Light Brown, Glasses: Y

I certify that I am a citizen of the United States over the age of 18 and have no interest in the above-styled case.

Signed and sworn before me on the ____ day of _____, 2023 by the affiant who is personally known to me or produced identification.

NOTARY PUBLIC

[Notary Seal: TIFFANY HORTON, NOTARY, EXPIRES GEORGIA 5-18-2027, GWINNETT COUNTY]

**Christopher Todd Horton**
Process Server ID No. CPS243

Absolute Legal Services
930 New Hope Road
Suite 11-110
Lawrenceville, GA 30045
(770) 736-8106

Our Job Serial Number: RBC-2023001636
Ref: 23-C-05058-S7

Case 1:23-mi-99999-UNA   Document 2691-12   Filed 08/22/23   Page 10 of 18

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-05058-S7**
**8/1/2023 12:23 PM**
TIANA P. GARNER, CLERK

# AFFIDAVIT OF SERVICE

State of Georgia         County of Gwinnett         State Court

Case Number: 23-C-05058-S7

Plaintiffs: **LIFEBRITE LABORATORIES, LLC; and CHRISTIAN FLETCHER**

vs.

Defendants: **BLUE CROSS BLUE SHIELD OF FLORIDA, INC. d/b/a FLORIDA BLUE; BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.; THE ELEVANCE HEALTH COMPANIES, INC. f/k/a ANTHEM INSURANCE COMPANIES, INC.; UNITEDHEALTH GROUP INCORPORATED; and CVS HEALTH CORPORATION d/b/a AETNA**

For:
Dax Lopez
DelCampo Grayson Lopez LLC
5455 Chamblee Dunwoody Rd
Atlanta, GA 30338

Received by Absolute Legal Services to be served on **THE ELEVANCE HEALTH COMPANIES, INC. F/K/A ANTHEM INSURANCE COMPANIES, INC Registered Agent:  CT Corporation System, 289 S. Culver Street, Lawrenceville, GA 30046**.

I, Christopher Todd Horton, being duly sworn, depose and say that on the **24th day of July, 2023** at **2:15 pm**, I:

served **THE ELEVANCE HEALTH COMPANIES, INC. F/K/A ANTHEM INSURANCE COMPANIES, INC Registered Agent:  CT Corporation System** by delivering a true copy of the **GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM; SUMMONS; COMPLAINT;** with the date and hour of service endorsed thereon by me, to: **Jane Richardson Registered Agent:  CT Corporation System**, title: **Process Specialist**, a person authorized to accept process for the Company, **THE ELEVANCE HEALTH COMPANIES, INC. F/K/A ANTHEM INSURANCE COMPANIES, INC Registered Agent:  CT Corporation System**, at the address of: **289 S. Culver Street, Lawrenceville, GA 30046**.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 190, Hair: Light Brown, Glasses: Y

I certify that I am a citizen of the United States over the age of 18 and have no interest in the above-styled case.

Signed and sworn before me on the 24th day of July, 2023, by the affiant who is personally known to me or produced identification.

NOTARY PUBLIC

**Christopher Todd Horton**
Process Server ID No. CPS243

**Absolute Legal Services**
930 New Hope Road
Suite 11-110
Lawrenceville, GA 30045
(770) 736-8106

Our Job Serial Number: RBC-2023001637
Ref: 23-C-05058-S7

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

Case 1:23-mi-99999-UNA   Document 2691-12   Filed 08/22/23   Page 11 of 18

E-FILED IN OFFICE - CL
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-05058-S7**
**8/4/2023 11:24 AM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | |
|---|---|
| LIFEBRITE LABORATORIES, LLC; and CHRISTIAN FLETCHER,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF FLORIDA, INC. d/b/a FLORIDA BLUE; BLUE CROSS AND BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.; ELEVANCE HEALTH INC. f/k/a ANTHEM INSURANCE COMPANIES, INC.; UNITEDHEALTH GROUP INCORPORATED; and CVS HEALTH CORPORATION d/b/a AETNA,<br><br>Defendants. | CIVIL ACTION<br><br>FILE NO. <u>23-C-05058-S7</u> |

## PLAINTIFFS' MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER PURSUANT TO O.C.G.A. § 9-11-4(c)

COMES NOW, LifeBrite Laboratories, LLC and Christian Fletcher, the Plaintiffs and hereby and pursuant to O.C.G.A. § 9-11-4(c), and show this Court that expediate services on Defendant, Blue Cross Blue Shield of Florida, Inc. d/b/a Florida Blue, is necessary as the Defendant resides in Florida and request the appointment of a special process server to serve Defendant, Blue Cross Blue Shield of Florida, Inc. d/b/a Florida Blue as authorized under the law.

WHEREFORE, Plaintiffs move this Court for an Order appointing, Christopher Kady #237, who is not an interested party to the suit, is a citizen of the United States and 21 years or over, to serve Blue Cross Blue Shield of Florida, Inc. d/b/a Florida Blue with

process, and to make a return on that service pursuant to O.C.G.A. 9-11-4 (c).

Respectfully submitted: August 4, 2023.


**DELCAMPO GRAYSON LÓPEZ LLC**

*/s/ Dax E. Lopez*
DAX E. LÓPEZ
Georgia Bar No. 457888
J. ANTONIO DELCAMPO
Georgia Bar No. 216815
RANDALL D. GRAYSON
Georgia Bar No. 306560

5455 Chamblee Dunwoody Road
Dunwoody, Georgia 30338
(770) 481-0444
(770) 395-0806 FAX
tony@dglattorneys.com
rgrayson@dglattorneys.com
dax@dglattorneys.com


LIFEBRITE LABORATORIES, LLC and
CHRISTIAN FLETCHER


Louis R. Miller (*pro hac vice application forthcoming*)
David W. Schecter (*pro hac vice application forthcoming*)
MILLER BARONDESS, LLP
2121 Avenue of the Stars, 26th Floor
Los Angeles, California 90067
(310) 552-4400

*Attorneys for Plaintiffs*

# EXHIBIT A

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | |
|---|---|
| LIFEBRITE LABORATORIES, LLC; and CHRISTIAN FLETCHER,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF FLORIDA, INC. d/b/a FLORIDA BLUE; BLUE CROSS AND BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.; ELEVANCE HEALTH INC. f/k/a ANTHEM INSURANCE COMPANIES, INC.; UNITEDHEALTH GROUP INCORPORATED; and CVS HEALTH CORPORATION d/b/a AETNA,<br><br>Defendants. | CIVIL ACTION<br><br>FILE NO. 23-C-05058-S7 |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Personally, appeared before the undersigned officer duly authorized to administer oaths in the State of Florida, who having been duly sworn, deposes and states as follows:

I am Christopher Kady. I am over twenty-one (21) years of age and a citizen of the United States. I am not a felon. I am a non-party to this action, and I am not related by employment or otherwise to Plaintiffs, Plaintiffs' attorneys or Defendants, in the above styled case.

AFFIANT FURTHER SAYETH NOT.

_____
AFFIANT

Sworn to and subscribed
Before me this 3rd day of August, 2023.

_____
Notary Public

RYAN BERKE
MY COMMISSION # HH 177394
EXPIRES: September 20, 2025
Bonded Thru Notary Public Underwriters

Case 1:23-mi-99999-UNA   Document 2691-12   Filed 08/22/23   Page 15 of 18

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-05058-S7**
**8/10/2023 10:02 AM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | |
|---|---|
| LIFEBRITE LABORATORIES, LLC; and CHRISTIAN FLETCHER,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF FLORIDA, INC. d/b/a FLORIDA BLUE; BLUE CROSS AND BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.; ELEVANCE HEALTH INC. f/k/a ANTHEM INSURANCE COMPANIES, INC.; UNITEDHEALTH GROUP INCORPORATED; and CVS HEALTH CORPORATION d/b/a AETNA,<br><br>Defendants. | CIVIL ACTION<br><br>FILE NO. 23-C-05058-S7 |

## PLAINTIFFS' MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER PURSUANT TO O.C.G.A. § 9-11-4(c)

COMES NOW, LifeBrite Laboratories, LLC and Christian Fletcher, the Plaintiffs and hereby and pursuant to O.C.G.A. § 9-11-4(c), and show this Court that expediate services on Defendants, UnitedHealth Group Incorporated and CVS Health Corporation d/b/a Aetna, is necessary as the Defendants reside in Delaware and request the appointment of a special process server to serve Defendants, UnitedHealth Group Incorporated and CVS Health Corporation d/b/a Aetna as authorized under the law.

WHEREFORE, Plaintiffs move this Court for an Order appointing, Thomas Newton, who is not an interested party to the suit, is a citizen of the United States and 21 years or over, to serve UnitedHealth Group Incorporated and CVS Health Corporation

d/b/a Aetna with process, and to make a return on that service pursuant to O.C.G.A. 9-11-4 (c).

Respectfully submitted: August 10, 2023.

                                                DELCAMPO GRAYSON LÓPEZ LLC

                                                */s/ Dax E. Lopez*
                                                DAX E. LÓPEZ
                                                Georgia Bar No. 457888
                                                J. ANTONIO DELCAMPO
                                                Georgia Bar No. 216815
                                                RANDALL D. GRAYSON
                                                Georgia Bar No. 306560

5455 Chamblee Dunwoody Road
Dunwoody, Georgia 30338
(770) 481-0444
(770) 395-0806 FAX
tony@dglattorneys.com
rgrayson@dglattorneys.com
dax@dglattorneys.com

                                                LIFEBRITE LABORATORIES, LLC and
                                                CHRISTIAN FLETCHER

Louis R. Miller (*pro hac vice application forthcoming*)
David W. Schecter (*pro hac vice application forthcoming*)
MILLER BARONDESS, LLP
2121 Avenue of the Stars, 26th Floor
Los Angeles, California 90067
(310) 552-4400

*Attorneys for Plaintiffs*

# EXHIBIT A

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| LIFEBRITE LABORATORIES, LLC; and CHRISTIAN FLETCHER,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF FLORIDA, INC. d/b/a FLORIDA BLUE; BLUE CROSS AND BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.; ELEVANCE HEALTH INC. f/k/a ANTHEM INSURANCE COMPANIES, INC.; UNITEDHEALTH GROUP INCORPORATED; and CVS HEALTH CORPORATION d/b/a AETNA,<br><br>Defendants. | CIVIL ACTION<br><br>FILE NO. <u>23-C-05058-S7</u> |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Personally, appeared before the undersigned officer duly authorized to administer oaths in the State of Delaware, who having been duly sworn, deposes and states as follows:

I am Thomas Newton. I am over twenty-one (21) years of age and a citizen of the United States. I am not a felon. I am a non-party to this action, and I am not related by employment or otherwise to Plaintiffs, Plaintiffs' attorneys or Defendants, in the above styled case.

AFFIANT FURTHER SAYETH NOT.

_____
AFFIANT

Sworn to and subscribed

Before me this __9__ day of __August__, 2023.

_mBernardo_____
Notary Public

[Notary Seal: MONIQUE BERNARDO, NOTARY PUBLIC, REG. #7849726, MY COMMISSION EXPIRES 11/30/2023, COMMONWEALTH OF VIRGINIA]