# EXHIBIT A



Sapna Foods Inc., 987 Sampler Way, Atlanta, GA
P: 404.589.0977   F: 404.589.9711
www.sapnafoods.com

March 8, 2022

Attachment A. Contract 215699

AGREEMENT FOR THE SALE OF GOODS

This Agreement for the Sale of Goods ("Agreement") made and effective this **March 8th, 2022** by and between **Sapna Foods, Inc.** ("Seller") and **The Olive Oil Factory, LLC.** ("Buyer").

Seller desires to sell to Buyer, and Buyer desires to purchase from Seller, certain tangible personal property.

NOW, THEREFORE, in consideration of the mutual promises herein contained, the parties hereto agree as follows:

1. **Sale**.
Seller agrees to sell, transfer and convey to Buyer, and Buyer agrees to purchase the following tangible personal property (the "Goods"):

| | |
|---|---|
| Ancho/Pasilla Chilli Onion Crunch Spice Blend(65%/35% OOF Blend) | 150,000 lbs |

2. **Price**.
Buyer shall pay seller for the Goods the sum of:

| | | | |
|---|---|---|---|
| Ancho/Pasilla Chilli Onion Crunch Spice Blend(65%/35% OOF Blend) | $3.95 a lbs | 150,000 lbs | $592,500.00 |
| **Total:** | | | $592,500.00 |

*All pricing is Delivered to Fairfield California U.S.A.*

3. **Payment**

**Net 30 Day Terms**

Send Checks to the following Address:
Sapna Foods, Inc.
987 Sampler Way
Atlanta, Georgia 30344

**Bank of Seller: PNC Bank**
**SWIFT: PNCCUS33**
**ROUTING #: 031000053**
**Account #: 5303595737**

4. **Shipping**.
Seller is to arrange freight for all Shipments.
Goods to be Shipped in increments of 40,000 lbs & Above.
All goods to be shipped by December 31, 2022

5. **Processing of Goods**
Goods have undergone a Strict Processing to ensure Cleanliness and Sustainable Moisture Content. This Process ensures that the Goods Maintain the Quality intended for the finished product. Seller cannot accept any additional Processing from Buyer and will not allow for any Discounts the Buyer requests. Goods can only be accepted "as is."

6. **Right of Inspection**.
Buyer shall have the right to inspect the goods on arrival at Buyer's facility. Within **24 hours** after delivery, Buyer must give notice to Seller of any claim with respect to the condition, quality or grade of the Goods or non-conformance to this Agreement, specifying the basis of the claim in detail. Seller may, at its option inspect the Goods at Buyer's facilities to confirm that the Goods do not conform. Failure of Buyer to comply with these conditions within the time set forth herein shall constitute irrevocable acceptance of the Goods by Buyer. In the event the Goods do not conform to this Agreement, Buyer's sole remedy and Seller's sole obligation shall be at Seller's option to replace the Goods at Seller's expense or credit Buyer the amount of the purchase price for the non-conforming goods. Return shipping shall be the responsibility of Seller.

7. **Transfer of Title**.
Title to and ownership of the goods shall not pass from Seller to Buyer until Buyer has paid in full the purchase price to Seller.

*R.A.N.*



Sapna Foods Inc., 987 Sampler Way, Atlanta, GA
P: 404.589.0977   F: 404.589.9711
www.sapnafoods.com

**8. Limitation of Liability.**
In no event shall Seller be liable for any special, indirect, incidental or consequential damages arising out of or connected with this Agreement or the Goods, regardless of whether a claim is based on contract, tort, strict liability or otherwise, nor shall Buyer's damages exceed the amount of the purchase price of the Goods.

**9. Taxes.**
Buyer shall not pay or reimburse Seller as appropriate for any sales, use, excise or other tax imposed or levied with respect to the payment of the purchase price for the Goods or the conveyance of title in the Goods to Buyer. In no event shall Buyer be responsible for any tax imposed upon Seller based upon Seller's income or for the privilege of doing business. All taxes associated with this sale are the responsibility of the buyer.

**10. Notices.**
Any notice required by this Agreement or given in connection with it, shall be in writing and shall be given to the appropriate party by personal delivery or by certified mail, postage prepaid, or recognized overnight delivery services.

If to Seller:

Sapna Foods, Inc.
987 Sampler Way
Atlanta, Georgia 30344
(404) 589-0977
rishi@sapnafoods.com

If to Buyer: The Olive Oil Factory, LLC
770 Chadbourne Road, Fairfield, CA 94534
Main: (707) 426-3400 ext 418
Direct Line: (707) 398-6174
kristen@theoofactory.com

**11. Jurisdiction; Venue.** The parties agree that, should any action be brought by any party to resolve any dispute relating to this Agreement, the state and federal courts of Georgia shall have exclusive jurisdiction over such disputes.

**12. Final Agreement.**
This Agreement terminates and supersedes all prior understandings or agreements on the subject matter hereof. This Agreement may be modified only by a further writing that is duly executed by both parties.

**13. Severability.**
If any term of this Agreement is held by a court of competent jurisdiction to be invalid or unenforceable, then this Agreement, including all of the remaining terms, will remain in full force and effect as if such invalid or unenforceable term had never been included.

**14. Headings.**
Headings used in this Agreement are provided for convenience only and shall not be used to construe meaning or intent.

**15. Natural Disaster and Extreme Market Fluctuations**
Pricing is subject to change if Extreme Market Fluctuations occur. Extreme Market Fluctuations are traditionally caused by Natural Disasters such as floods, droughts, Hurricanes, typhoons, etc.

**16. Choice of Law.** This Agreement is written in accordance with and shall be governed according to the laws of the State of Georgia.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the date first above written.

| Signature | Date | Signature | Date |
|---|---|---|---|
| *Rishi A. Nagrani* | 3/8/22 | _____ | _____ |
| Sapna Foods, Inc | | Authorized Officer | |
| | | The Olive Oil Factory, LLC. | |