# EXHIBIT B



**Eurofins Microbiology Laboratories - Atlanta**

Eurofins Microbiology Laboratories - Atlanta

2460 Mountain Industrial Boulevard
Tucker, GA 30084
+1 470 539 2501
Micro-Atlanta@eurofinsUS.com

Sapna Foods

Jonathon Richardson
2280 Mountain Industrial Boulevard
Tucker, GA 30084

## ANALYTICAL REPORT

AR-23-QK-006193-01

Client Code: QK0000030

Received On: 03Mar2023
Reported On: 08Mar2023

| Eurofins Sample Code: | 395-2023-03030236 | Sample Registration Date: 03Mar2023 |
| Client Sample Code: | Lot # 23020247 | Condition Upon Receipt: acceptable, 20.4°C |
| Sample Description: | Ancho Chili Krisp Blend | Sample Reference: |

| UM4BV - Yeast - FDA BAM Chapter 18 mod. | Reference: FDA BAM Chapter 18 mod. | Accreditation ISO/IEC 17025:2017 A2LA 3329.06 | Completed 08Mar2023 |

| Parameter | Result |
| Yeast | < 10 cfu/g |

| Parameter | Result |
| Moulds | < 10 cfu/g |

| UM50R - Listeria monocytogenes - AOAC-RI 080901 | Reference AOAC-RI 080901 | Accreditation ISO/IEC 17025:2017 A2LA 3329.06 | Completed 05Mar2023 |

| Parameter | Result |
| Listeria monocytogenes | Not Detected per 25 g |

| UM63G - Total Coliforms - AOAC 991.14 | Reference AOAC 991.14 | Accreditation ISO/IEC 17025:2017 A2LA 3329.06 | Completed 05Mar2023 |

| Parameter | Result |
| Coliforms | 20 (est) cfu/g |

| Parameter | Result |
| Escherichia coli | < 10 cfu/g |

| UM7WD - Aerobic Plate Count - AOAC 966.23 | Reference AOAC 966.23 | Accreditation ISO/IEC 17025:2017 A2LA 3329.06 | Completed 06Mar2023 |

| Parameter | Result |
| Aerobic Plate Count | 11,000 cfu/g |

| UMHBM - Staphylococcus aureus - BAM Chapter 12 | Reference BAM Chapter 12 | Accreditation ISO/IEC 17025:2017 A2LA 3329.06 | Completed 06Mar2023 |

Sapna Foods

Jonathon Richardson
2280 Mountain Industrial Boulevard
Tucker, GA 30084

## ANALYTICAL REPORT

AR-23-QK-006193-01

Client Code: QK0000030

Received On: 03Mar2023
Reported On: 08Mar2023

| | |
|---|---|
| **Eurofins Sample Code:** 395-2023-03030236 | **Sample Registration Date:** 03Mar2023 |
| **Client Sample Code:** Lot # 23020247 | **Condition Upon Receipt:** acceptable, 20.4°C |
| **Sample Description:** Ancho Chili Krisp Blend | **Sample Reference:** |

| | | | |
|---|---|---|---|
| **UMHBM - Staphylococcus aureus - BAM Chapter 12** | **Reference** BAM Chapter 12 | **Accreditation** ISO/IEC 17025:2017 A2LA 3329.06 | **Completed** 06Mar2023 |

| Parameter | Result |
|---|---|
| Staphylococcus aureus | < 10 cfu/g |

| | | | |
|---|---|---|---|
| **UMQW6 - Salmonella species - AOAC-RI 121501** | **Reference** AOAC-RI 121501 | **Accreditation** ISO/IEC 17025:2017 A2LA 3329.06 | **Completed** 05Mar2023 |

| Parameter | Result |
|---|---|
| Salmonella | Not Detected per 25 g |

Respectfully Submitted,

*Veronika V~~~~*

Veronika Vratcheva
Quality Manager

a2la ACCREDITED

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale: www.eurofinsus.com/terms_and_conditions.pdf | √ Indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement of uncertainty can be obtained upon request.