IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRENDA BULLARD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CARMAX ENTERPRISE SERVICES,<br>LLC and CARMAX SOUTHLAKE,<br><br>　　　　Defendants. | CIVIL ACTION FILE<br>NO.:<br><br>(Removed from the Superior<br>Court of Gwinnett County,<br>Civil Action File No. 23-A-<br>05550-01) |

## DEFENDANTS CARMAX ENTERPRISE SERVICES, LLC AND CARMAX AUTO SUPERSTORES INC.'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

COME NOW defendants CARMAX ENTERPRISE SERVICES, LLC and

CARMAX AUTO SUPERSTORES, INC. (incorrectly identified as "CARMAX

SOUTHLAKE," a non-entity in the State of Georgia), and hereby give notice,

pursuant to 28 U.S.C. §§ 1441 and 1446, of the removal of this action from the

Superior Court of Gwinnett County, Georgia, case number 23-A-05550-01, to the

United States District Court for the Northern District of Georgia, Atlanta Division.

In support thereof, defendants respectfully state as follows:

1.

Plaintiff commenced the above-styled action in the Superior Court of

Gwinnett County, on June 28, 2023, as Civil Action File No. 23-A-05550-01.

2.

On July 26, 2023, defendant CarMax Enterprise Services, LLC was purportedly served at the office of its registered agent with a copy of the Order for Special Appointment of Process Server, Summons, and General Complaint for Damages Under the Federal Fair Business Practice Act and Brief in Support Thereof.  (Exhibits 1-4).

3.

On July 27, 2023, defendant CarMax Auto Superstores, Inc. was purportedly served with a copy of the Order for Special Appointment of Process Server, Summons, and General Complaint for Damages Under the Federal Fair Business Practice Act and Brief in Support Thereof.  (Exhibits 5-8).

4.

This notice of removal of the case to this United States District Court is filed by defendants within thirty (30) days of service of the complaint, from which it was first ascertained that the case is one which is removable, in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446.

5.

The parties to this action are:

- Plaintiff BRENDA BULLARD, a citizen of the State of Georgia,

whose resides in Muscogee County, Georgia.

- Defendant CARMAX ENTERPRISE SERVICES, LLC

  o The only member of CarMax Enterprise Services, LLC is
    CarMax, Inc.  CarMax, Inc. is incorporated in the State of
    Virginia and has its principal place of busines in the State of
    Virginia.

- Defendant CARMAX AUTO SUPERSTORES, INC., which was
  incorporated in the State of Virginia and has its principal place of
  business in the State of Virginia.

As such, plaintiff (a residence of the State of Georgia) is diverse from all
members of CarMax Enterprise Services, LLC (State of Virginia) and CarMax
Auto Superstores, Inc. (State of Virginia).

6.

In this action, plaintiff seeks to recover damages for injuries that she
allegedly sustained in connection with the purchase of a vehicle that occurred on or
about July 6, 2021.

7.

In connection with that transaction, plaintiff alleges in her general complaint
that defendants violated "the Georgia Fair Business Practices Act, Georgia Sale of

Frame-Damaged Car Statues and Georgia Contract Law/Statues.  Most specifically, for Deceptive or Unfair Business Practices, False Advertising, Liability under the Georgia Lemon Law, Unlawful Motor Vehicle Franchise Practices, Unfair Deceptive Practices Toward the Elderly; for unlawful sale of a Frame-Damaged Damaged Automobile; and for breach of contract regarding Fraud in the Inducement, Actual and Constructive Fraud, Willful Misrepresentation, Misrepresentation of a Material Fact, and Breach of Contract Warranties." (Exhibits 4, 8).  As a result of these purported violations, plaintiff claims that she has incurred damages of $750,000.00, and also seeks to recover attorney's fees and expenses of litigation.  (*Id.*)

8.

Therefore, this action is one over which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332, in that (a) plaintiff and defendants are citizens of different states, and (b) the matter in controversy has a value, exclusive of interest and costs, in excess of $75,000.00.

9.

Venue is proper in this Court pursuant to 28 U.S.C. § 1441, on the grounds that this District and Division embrace the place where the superior court action is pending, i.e., Gwinnett County, Georgia.

-4-

10.

Attached hereto as Exhibits 1 through 11, and made a part hereof by reference, are true and correct copies of the following documents that were filed in the Superior Court of Gwinnett County, Georgia:

(1)     Affidavit of Service to CarMax Enterprises Services, LLC;

(2)     Order for Special Appointment of Process Server;

(3)     Summons;

(4)     General Complaint for Damages Under the Federal Fair Business Practice Act and Brief in Support Thereof;

(5)     Affidavit of Service to CarMax Southlake;

(6)     Order for Special Appointment of Process Server;

(7)     Summons;

(8)     General Complaint for Damages Under the Federal Fair Business Practice Act and Brief in Support Thereof;

(9)     Plaintiff's Motion for Appointment of a Special Process Server;

(10)    Affidavit of Process Server; and

(11)    Defendants CarMax Enterprises Services, LLC and CarMax Auto Superstores, Inc.'s Notice to the State Court of Gwinnett County, Georgia of Removal of Action to the United States District Court.

11.

Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law.

12.

In compliance with 28 U.S.C. § 1446(a), defendants will file written notice of removal to with the Clerk of Court for the Superior Court of Gwinnett County, a copy of which is attached to this notice of removal as Exhibit 11.

WHEREFORE, defendants CarMax Enterprise Services, LLC and CarMax Auto Superstores, Inc. (incorrectly identified as "CarMax Southlake," a non-entity in the State of Georgia), pray that the Superior Court of Gwinnett County, Georgia, proceed no further with Civil Action File No. 23-A-05550-01, and that said action be and hereby is removed from the Superior Court of Gwinnett County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 23rd day of August, 2023.

> _/s/ Sean E. Boyd_
> John L. McKinley, Jr.
> Georgia Bar No. 495513
> Sean E. Boyd
> Georgia Bar No. 302874
>
> Attorneys for defendants

-6-

CarMax Enterprise Services, LLC and
CarMax Auto Superstores, Inc.

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
jmckinley@mfllaw.com
sboyd@mfllaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRENDA BULLARD, | CIVIL ACTION FILE NO.: |
| Plaintiff, | |
| vs. | (Removed from the Superior Court of Gwinnett County, Civil Action File No. 23-A-05550-01) |
| CARMAX ENTERPRISE SERVICES, LLC and CARMAX SOUTHLAKE, | |
| Defendants. | |

**<u>CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE</u>**

This is to certify that on this date I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following counsel of record:

Christopher Coleman, Esq.
THE PACIFIC AND SOUTHERN LAW GROUP
P.O. Box 965161
2886 Sandy Plains Road
Marietta, Georgia 30066
chris@pacificlaw.net

Pursuant to Local Rule 5.1, NDGa., the foregoing pleading is prepared in Times New Roman, 14 point.

This 23rd day of August, 2023.

                          */s/ Sean E. Boyd*
                          Sean E. Boyd
                          Georgia Bar No. 302874

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
sboyd@mfllaw.com