# EXHIBIT 1

Case 1:23-mi-99999-UNA   Document 2695-2   Filed 08/23/23   Page 2 of 2

E-FILED IN OFFICE - SR
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-05550-1**
**7/31/2023 1:46 PM**
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

Brenda Bullard,

Plaintiff(s),

v.

Carmax Enterprise Services, LLC and Carmax Southlake,

Defendant(s).

CIVIL ACTION
FILE NO. 23A05550-1

### AFFIDAVIT OF SERVICE

I, Joyce Clemmons, a private process server, after being duly sworn on oath deposes and states that he/she has been appointed by this court per attached Order (when applicable), that he/she is a citizen of the United States, over the age of eighteen (18), and has no interest in the above styled case, is not related to a party involved in the above styled case, and is not a convicted felon. Service of process was perfected according to the following details:

| SUBJECT NAME | CarMax Enterprise Service, LLC, c/o Corporation Service Company, registered agent |
|---|---|
| SERVED UPON | Alisha Smith, CSC Coordinator |
| SERVICE ADDRESS | 2 Sun Court, Suite 400, Peachtree Corners, GA 30092 |
| DATE / TIME SERVED | 7/26/2023 at 1:07 pm |
| DOCUMENTS SERVED | Summons; General Complaint For Damages Under The Federal Fair Business Practice Act, and Brief In Support Thereof |

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of July, 2023

_____
Joyce Clemmons

**RGP ATTORNEY SERVICES LLC**
23-18069

63 Ayers Ave.
Marietta, GA 30060
770-499-8588
solutions@rgpas.com
www.rgpas.com

Sworn to and subscribed to before me this 27 day of JULY, 2023

_____
Notary Public
My commission expires:

[Notary Seal: RICHARD PONCINIE, NOTARY PUBLIC, COBB COUNTY, GEORGIA, MY COMMISSION EXPIRES OCT 25, 2025]