# EXHIBIT 2

E-FILED IN OFFICE - SR
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-05550-1**
7/25/2023 5:00 PM
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| BRENDA BULLARD ) | |
| ) | |
| PLAINTIFF ) | |
| ) | CIVIL ACTION |
| VS. ) | FILE NO.: 23A05550-1 |
| ) | |
| CARMAX ENTERPRISE ) | |
| SERVICES, LLC and CARMAX ) | |
| SOUTHLAKE ) | |
| DEFENDANT(S) ) | |

## ORDER FOR SPECIAL APPOINTMENT OF PROCESS SERVER

UPON MOTION of the Plaintiff for Appointment of Special Process Server, and it is appearing appropriate, just, and equitable.

IT IS CONSIDERED ORDERED AND ADJUDGED that Joyce Clemmons, a citizen of the United States, 18 years of age or older, a party having no interest and not related to any party in the above-styled case, and is not a convicted felons, is hereby appointed special agent for service of the Summons and Complaint in this case upon the Defendant(s), and to make a return on that service pursuant to O.C.G. A. 9-11-4(c).

So Ordered, this 25 day of July, 2023.

_____
JUDGE, Gwinnett Superior Court
George F Hutchinson, III

Prepared By:
Christopher Coleman, Esq.
The Pacific and Southern Law Group
P.O. Box 965161
2886 Sandy Plains Road
Marietta, Ga. 30066
chris@pacificlaw.net

Copies to:

All counsel of record and pro se parties