# EXHIBIT 5

E-FILED IN OFFICE - SR
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**23-A-05550-1**
**7/28/2023 3:20 PM**
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

Brenda Bullard,

Plaintiff(s),

v.

Carmax Enterprise Services, LLC and Carmax
Southlake,

Defendant(s).

CIVIL ACTION
FILE NO. 23A05550-1

### AFFIDAVIT OF SERVICE

I, Joyce Clemmons, a private process server, after being duly sworn on oath deposes and states that he/she has been appointed by this court per attached Order (when applicable), that he/she is a citizen of the United States, over the age of eighteen (18), and has no interest in the above styled case, is not related to a party involved in the above styled case, and is not a convicted felon. Service of process was perfected according to the following details:

| | |
|---|---|
| SUBJECT NAME | CarMax Southlake |
| SERVED UPON | Anita Melton, Lead Business Office Associate, a/t/a |
| SERVICE ADDRESS | 3100 Mt. Zion Parkway,, Stockbridge, GA 30281 |
| DATE / TIME SERVED | 7/27/2023 at 2:40 pm |
| DOCUMENTS SERVED | Summons; General Complaint For Damages Under The Federal Fair Business Practice Act, and Brief In Support Thereof |

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of July , 2023

Joyce Clemmons

63 Ayers Ave.
Marietta, GA 30060
770-499-8588
solutions@rgpas.com
www.rgpas.com

23-18069

Sworn to and subscribed to before me
this 28 day of July , 2023

Notary Public
My commission expires

RICHARD PONCINIE
MY COMMISSION EXPIRES
NOTARY
PUBLIC
OCT 25, 2025
COBB COUNTY, GEORGIA