# **EXHIBIT 7**

E-FILED IN OFFICE - CE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-05550-1**
**6/28/2023 12:54 AM**
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**Brenda Bullard**

23-A-05550-1

CIVIL ACTION NUMBER: _____

PLAINTIFF

VS.

**CarMax Enterprise Services, LLC**

**and CarMax Southlake**

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Christopher Coleman, Esq.**
**P.O. Box 965161**
**2886 Sandy Plains Road, Marietta, GA 30066**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of 28th day of June, 2023 _____, 20____.

Tiana P. Garner
Clerk of Superior Court

By _Calah Everett_____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011