# EXHIBIT 9

Case 1:23-mi-99999-UNA   Document 2695-10   Filed 08/23/23   Page 2 of 2

E-FILED IN OFFICE - SR
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-05550-1**
**7/25/2023 1:03 PM**
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| **BRENDA BULLARD** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | **CIVIL ACTION** |
| VS. ) | **FILE NO.: 23A05550-1** |
| ) | |
| **CARMAX ENTERPRISE** ) | |
| **SERVICES, LLC and CARMAX** ) | |
| **SOUTHLAKE** ) | |
| ) | |
| **DEFENDANT(S)** ) | |

### PLAINTIFFS MOTION FOR APPOINTMENT OF A SPECIAL PROCESS SERVER

COMES NOW the Plaintiff, pursuant to O.C.G.A. 9-11-4(c) and shows this Court that expedited service on Defendant, is necessary and requests the appointment of a special process server to serve defendant, as authorized under the law.

WHEREFORE, Plaintiff moves this court for an Order appointing Joyce Clemmons, who is not an interested party or party to the suit, is a citizen of the United States, 18 years or over, and not a convicted felon, to serve Defendant with process, and to make a return on that service pursuant to O.C.G. A. 9-11-4(c).

/S/ *CHRISTOPHER COLEMAN*

---

Christopher Coleman
Georgia Bar Number 607619
Attorney for the Plaintiff

**The Pacific and Southern Law Group**
P.O. Box 965161
2886 Sandy Plains Road
Marietta, Ga. 30066
chris@pacificlaw.net