# EXHIBIT 10

Case 1:23-mi-99999-UNA   Document 2695-11   Filed 08/23/23   Page 2 of 2

E-FILED IN OFFICE - SR
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-05550-1**
**7/25/2023 1:03 PM**
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

BRENDA BULLARD

,

**Plaintiff,**

v.

CARMAX ENTERPRISE SERVICE, LLC

and CARMAX SOUTHLAKE

;

**Defendants.**

CIVIL ACTION
FILE NO. 23A05550-1

### AFFIDAVIT OF PROCESS SERVER

COMES NOW, RICHARD PONCINIE, JOYCE CLEMMONS, before the undersigned officer duly authorized to administer oaths and states that they are citizens of the United States, over the age of eighteen (18), not a party to the suit, not a relative to any party in the suit, not a convicted felon, not the attorney for any party in the suit, has no financial interest in the litigation, and is wholly disinterested in the litigation.

Certified under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of JULY, 2023

_____     _____
RICHARD PONCINIE                                       JOYCE CLEMMONS

Sworn to and subscribed before me
this 24th day of JULY, 2023

_____
Notary Public
My commission expires:

[Notary Seal: RICHARD PONCINIE, NOTARY PUBLIC, COBB COUNTY, GEORGIA, MY COMMISSION EXPIRES OCT 25, 2025]