# EXHIBIT 11

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| BRENDA BULLARD,<br><br>      Plaintiff,<br><br>vs.<br><br>CARMAX ENTERPRISE SERVICES, LLC and CARMAX SOUTHLAKE,<br><br>      Defendants. | CIVIL ACTION FILE<br>NO.: 23-A-05550-01 |

**DEFENDANTS CARMAX ENTERPRISE SERVICES, LLC AND CARMAX AUTO SUPERSTORES INC.'S NOTICE TO THE SUPERIOR COURT OF GWINNETT COUNTY, GEORGIA OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**

Defendants CARMAX ENTERPRISE SERVICES, LLC and CARMAX AUTO SUPERSTORES, INC. (incorrectly identified as "CARMAX SOUTHLAKE," a non-entity in the State of Georgia) has filed in the United States District Court for the Northern District of Georgia, Atlanta Division, its Notice of Removal of the above-styled action to the United States District Court in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446. Attached hereto as Exhibit A and made a part hereof is a true and correct copy of the Notice of Removal and all papers and exhibits attached thereto.

This 23rd day of August, 2023.

                                                      */s/ Sean E. Boyd*
                                                      John L. McKinley, Jr.
                                                      Georgia Bar No. 495513
                                                      Sean E. Boyd
                                                      Georgia Bar No. 302874

                                                      Attorneys for defendants

-2-

                                                CarMax Enterprise Services, LLC and
                                                CarMax Auto Superstores, Inc.

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
jmckinley@mfllaw.com
sboyd@mfllaw.com

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| BRENDA BULLARD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CARMAX ENTERPRISE SERVICES, LLC<br>and CARMAX SOUTHLAKE,<br><br>　　　　Defendants. | CIVIL ACTION FILE<br>NO.: 23-A-05550-01 |

## CERTIFICATE OF SERVICE

Pursuant to O.C.G.A. § 9-11-5 and Superior Court Rule 36.16, I certify that I have this date served the foregoing *Defendants CarMax Enterprise Services, LLC and CarMax Auto Superstores, Inc.'s Notice to the Superior Court of Gwinnett County, Georgia of Removal of Action to the United States District Court for the Northern District of Georgia, Atlanta Division* on all parties of record by filing the same with the Clerk of Superior Court of Gwinnett County via the court e-file system, via statutory electronic service, and by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon, as follows:

> Christopher Coleman, Esq.
> The Pacific and Southern Law Group
> P.O. Box 965161
> 2886 Sandy Plains Road
> Marietta, Georgia 30066
> chris@pacificlaw.net

This 23rd day of August, 2023.

　　　　　　　　　　　　　　　　　　　　*/s/ Sean E. Boyd*
　　　　　　　　　　　　　　　　　　　　Sean E. Boyd
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 302874