IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRENDA BULLARD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CARMAX ENTERPRISE SERVICES, LLC and CARMAX SOUTHLAKE,<br><br>　　　　Defendants. | CIVIL ACTION FILE NO.:<br><br>(Removed from the Superior Court of Gwinnett County, Civil Action File No. 23-A-05550-01) |

## CERTIFICATION OF NOTICE OF REMOVAL TO PLAINTIFF

CARMAX ENTERPRISE SERVICES, LLC and CARMAX AUTO SUPERSTORES, INC. (incorrectly identified as "CARMAX SOUTHLAKE," a non-entity in the State of Georgia), defendants in the case of *Brenda Bullard v. CarMax Enterprise Services, LLC and CarMax Southlake*, Civil Action File No. 23-A-05550-01, in the Superior Court of Gwinnett County, State of Georgia, have given notice of the filing of the foregoing notice of removal to plaintiff by mailing a copy of the notice of removal to plaintiff's counsel of record and via statutory electronic service.  Defendants also have filed a copy of said notice of removal with the Clerk of the Superior Court of Gwinnett County, State of Georgia, in accordance with 28 U.S.C. § 1446.  The undersigned, John L. McKinley, Jr. and

Sean E. Boyd, counsel of record for defendants, hereby certify to the truthfulness and correctness of the above statements.

Respectfully submitted this 23rd day of August, 2023.

                                  */s/ Sean E. Boyd*
                                  John L. McKinley, Jr.
                                  Georgia Bar No. 495513
                                  Sean E. Boyd
                                  Georgia Bar No. 302874

                                  Attorneys for defendants
                                  CarMax Enterprise Services, LLC and
                                  CarMax Auto Superstores, Inc.

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
jmckinley@mfllaw.com
sboyd@mfllaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRENDA BULLARD,<br><br>Plaintiff,<br><br>vs.<br><br>CARMAX ENTERPRISE SERVICES, LLC and CARMAX SOUTHLAKE,<br><br>Defendants. | CIVIL ACTION FILE NO.:<br><br>(Removed from the Superior Court of Gwinnett County, Civil Action File No. 23-A-05550-01) |

**CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

This is to certify that on this date I electronically filed the foregoing *Certification of Notice of Removal to Plaintiff* with the Clerk of Court using the CM/ECF system as well as mailed the same via first class mail in a properly addressed envelope with adequate postage thereon upon the following counsel of record:

Christopher Coleman, Esq.
THE PACIFIC AND SOUTHERN LAW GROUP
P.O. Box 965161
2886 Sandy Plains Road
Marietta, Georgia 30066
chris@pacificlaw.net

Pursuant to Local Rule 5.1, NDGa., the foregoing pleading is prepared in Times New Roman, 14 point.

This 23rd day of August, 2023.

                                           */s/ Sean E. Boyd*
                                           Sean E. Boyd
                                           Georgia Bar No. 302874

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
sboyd@mfllaw.com

This 23rd day of August, 2023.

                                               */s/ Sean E. Boyd*
                                               Sean E. Boyd
                                               Georgia Bar No. 302874

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
sboyd@mfllaw.com