IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRENDA BULLARD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CARMAX ENTERPRISE SERVICES, LLC and CARMAX SOUTHLAKE,<br><br>　　　　　Defendants. | CIVIL ACTION FILE NO.:<br><br>(Removed from the Superior Court of Gwinnett County, Civil Action File No. 23-A-05550-01) |

## <u>CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, defendants CARMAX ENTERPRISE SERVICES, LLC and CARMAX AUTO SUPERSTORES, INC. (incorrectly identified as "CARMAX SOUTHLAKE," a non-entity in the State of Georgia) submit this Certificate of Interested Persons and Corporate Disclosure statement, showing as follows:

1. The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    a. CarMax Enterprise Services, LLC

    b. CarMax, Inc.

    c. CarMax Auto Superstores, Inc.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

    a. None

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

> Christopher Coleman, Esq.
> THE PACIFIC AND SOUTHERN LAW GROUP
> P.O. Box 965161
> 2886 Sandy Plains Road
> Marietta, Georgia 30066
> Chris@pacificlaw.net
> (404) 885-8776
>
> John L. McKinley, Jr., Esq.
> Sean E. Boyd, Esq.
> MOZLEY, FINLAYSON & LOGGINS LLP
> 1050 Crown Pointe Parkway, Suite 1500
> Atlanta, Georgia 30338
> jmckinley@mfllaw.com
> sboyd@mfllaw.com
> (404) 256-0700

4. The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

   a. The only member of CarMax Enterprise Services, LLC is CarMax, Inc. CarMax, Inc. is incorporated in the State of Virginia and has its principal place of business in the State of Virginia. As such, CarMax Enterprises Services, LLC is a citizen of the State of Virginia.

   b. CarMax Auto Superstores, Inc. is incorporated in the State of Virginia and has its principal place of business in the State of Virginia. As such, it is a citizen of the State of Virginia.

Respectfully submitted this 23rd day of August, 2023.

                                          */s/ Sean E. Boyd*
                                          John L. McKinley, Jr.
                                          Georgia Bar No. 495513
                                          Sean E. Boyd
                                          Georgia Bar No. 302874

                                          Attorneys for defendants
                                          CarMax Enterprise Services, LLC and
                                          CarMax Auto Superstores, Inc.

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
jmckinley@mfllaw.com
sboyd@mfllaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRENDA BULLARD,<br><br>    Plaintiff,<br><br>vs.<br><br>CARMAX ENTERPRISE SERVICES, LLC and CARMAX SOUTHLAKE,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br><br>(Removed from the Superior Court of Gwinnett County, Civil Action File No. 23-A-05550-01) |

**<u>CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE</u>**

This is to certify that on this date I electronically filed the foregoing *Certificate of Interested Persons and Corporate Disclosure Statement* with the Clerk of Court using the CM/ECF system as well as mailed the same via first class mail in a properly addressed envelope with adequate postage thereon upon the following counsel of record:

Christopher Coleman, Esq.
THE PACIFIC AND SOUTHERN LAW GROUP
P.O. Box 965161
2886 Sandy Plains Road
Marietta, Georgia 30066
chris@pacificlaw.net

Pursuant to Local Rule 5.1, NDGa., the foregoing pleading is prepared in Times New Roman, 14 point.

This 23rd day of August, 2023.

*/s/ Sean E. Boyd*

Sean E. Boyd
Georgia Bar No. 302874

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
sboyd@mfllaw.com