# EXHIBIT 2

# §Guardian

**Customer Service Office**
**Mailing Address**
P.O. Box 26100
Lehigh Valley, PA 18002-6100

## Medical Supplement for Individual Life And Disability Insurance - Part II

The insurer identified below will be herein referred to as the "Company."
**THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA**
*Unless subsidiary checked below:*
☐ THE GUARDIAN INSURANCE & ANNUITY COMPANY, INC.
☐ BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA

### Health and Personal History of Proposed Insured

**SECTION A: Proposed Insured Information**

1. First Name _Wairimu_    MI ____    Last Name _Wajyaki_
2. Date of Birth (mm/dd/yyyy) _[redacted] 1981_

**SECTION B: Primary Doctor Information**

Please provide information about the primary care doctor you last consulted within the past 5 years. If you have consulted more than one primary care doctor within the past 5 years, please provide complete details in the Additional Details section.

1. Primary Care Doctor _None_
2. Street Address _____
   City _____ State ____ Zip _____
3. Phone _____ 4. Date Last Seen (mm/dd/yyyy) _____
5. Reason ☐ Routine Physical ☐ Check-up ☐ Other *If reason for visit is "Other," please explain.* _____

6. What treatment or medication was given or recommended? _____
7. Was your primary care doctor the last physician seen? ☒ Yes ☐ No *If "No," please complete the following:*
   a. Doctor Last Seen _____
   b. Street Address _____
      City _____ State ____ Zip _____
   c. Phone _____ d. Date Last Seen (mm/dd/yyyy) _____
   e. Reason _____
   f. What treatment or medication was given or recommended? _____

ICC18-C-MEDSUPP 2018        Page 1 of 5        IMNB5218000240105

AppFile109

**SECTION C: Proposed Insured's Health/Medical History**

*If you answer "Yes" to any of the questions below, please provide details in the Additional Details section.*

1. Height  5  ft  7  in        2. Weight  157  lbs
3. Have you lost more than 10 lbs in the past year? ☐ Yes ☒ No *If "Yes," please provide the following information:*
    a. Reason for change in weight:  ☐ Diet ☐ Exercise ☐ Illness ☐ Pregnancy (women only)
       ☐ Other _____
    b. How much weight have you lost in the past year? ___0___ lbs
4. In the past 10 years, have you been diagnosed with, treated for, tested positive for, been given medical advice by a member of the medical profession or received a consultation or counseling for:
    a. any cancer or tumor?  ☐ Yes ☒ No
    b. high blood pressure, heart murmur, irregular heartbeat, palpitations, heart attack, coronary artery disease, chest pain, or any other disease or disorder of the heart, blood vessels or circulatory system?  ☐ Yes ☒ No
    c. high blood sugar, high cholesterol, diabetes, thyroid disorder or any disease or disorder of the blood (except HIV), skin, glands or endocrine system?  ☐ Yes ☒ No
    d. disease or disorder of the kidney, bladder or urinary systems (including blood or protein in the urine)?  ☐ Yes ☒ No
    e. any disease or disorder of the prostate, breasts, reproductive system (including infertility) or genital organs or complications of pregnancy?  ☐ Yes ☒ No
    f. Crohn's disease or colitis, blood in stool, hepatitis or any disease or disorder of the liver, colon, pancreas, spleen, stomach, intestines, esophagus, rectum, gall bladder or hernia or surgery for weight loss?  ☐ Yes ☒ No
    g. arthritis, chronic pain, auto-immune or connective tissue disorder, multiple sclerosis, Parkinson's disease or tremor?  ☐ Yes ☒ No
    h. any disease, disorder or condition of the back, neck, spine/spinal cord, joints, limbs or bones?  ☐ Yes ☒ No
    i. asthma, emphysema, chronic obstructive pulmonary disease, shortness of breath, disease or disorder of the lungs or respiratory system, allergies or any sleep disorder including sleep apnea?  ☐ Yes ☒ No
    j. seizure disorder, stroke, transient ischemic attack (TIA), memory loss, Alzheimer's disease, dizziness, headache or disease or disorder of the brain?  ☐ Yes ☒ No
    k. any disease or disorder of the eyes, vision, ears, hearing, nose or throat?  ☐ Yes ☒ No
    l. anxiety, depression, stress, attention deficit disorder (ADD), post-traumatic stress disorder (PTSD) or any other mental, nervous, eating or emotional disorder?  ☐ Yes ☒ No
    m. chronic fatigue syndrome, fibromyalgia, neuritis, neuralgia, narcolepsy, insomnia, restless leg syndrome, Epstein Barr virus, Lyme Disease, muscle weakness or any disease or disorder of the muscles, nerves or nervous system?  ☐ Yes ☒ No
5. Have you had an amputation of any kind or any physical deformity, handicap or impairment that has been diagnosed by a member of the medical profession?  ☐ Yes ☒ No
6. Within the past 10 years, have you received any speech, physical or occupational therapy?  ☐ Yes ☒ No
7. Within the past 10 years, have you tested positive, been diagnosed by or received treatment from a member of the medical profession for Acquired Immune Deficiency Syndrome (AIDS), AIDS Related Complex (ARC), or Human Immunodeficiency Virus (HIV)?  ☐ Yes ☒ No
8. Are you currently taking prescription medication or have been prescribed any medication within the past 6 months that was not already disclosed?  ☐ Yes ☒ No

**SECTION C: Proposed Insured's Health/Medical History (continued)**

9. Are you currently taking non-prescription medication or supplements? ☐ Yes ☑ No

10. Describe your complete use of tobacco or tobacco products below. This includes, but is not limited to: cigarettes, cigars, pipes, chewing tobacco, snuff, hookah, nicotine gum, nicotine patch and electronic delivery devices. *If additional space is needed, please provide in the Additional Details section.*

| Type of Product | Quantity | Frequency | Date Last Used (mm/dd/yyyy) |
|---|---|---|---|
| Cigarettes | | ☐ Daily ☐ Weekly ☐ Monthly ☐ Yearly | |
| Cigars | | ☐ Daily ☐ Weekly ☐ Monthly ☐ Yearly | |
| Pipes | | ☐ Daily ☐ Weekly ☐ Monthly ☐ Yearly | |
| Chewing Tobacco | | ☐ Daily ☐ Weekly ☐ Monthly ☐ Yearly | |
| Other _____ | | ☐ Daily ☐ Weekly ☐ Monthly ☐ Yearly | |
| ☑ I have never used tobacco products. | | | |

11. Describe your complete use of alcohol below. This includes, but is not limited to: beer, wine and liquor. *If additional space is needed, please provide in the Additional Details section.*

*Note: Alcohol types and equivalent amounts: 1 Beer = 12 oz. 1 Wine = 4 oz. 1 Liquor = 1 oz.*

| Type of Product | Quantity | Frequency | Date Last Used (mm/dd/yyyy) |
|---|---|---|---|
| Beer | | ☐ Daily ☐ Weekly ☐ Monthly ☐ Yearly | |
| Wine | | ☐ Daily ☐ Weekly ☐ Monthly ☐ Yearly | |
| Liquor | | ☐ Daily ☐ Weekly ☐ Monthly ☐ Yearly | |
| Other _____ | | ☐ Daily ☐ Weekly ☐ Monthly ☐ Yearly | |
| ☑ I have never used alcohol. | | | |

12. Describe your use of marijuana, in any form, in the last 5 years below. If you have not used marijuana in the last 5 years, check here ☑

   a. Purpose: ☐ Recreational/Social  ☐ Medicinal  *If purpose is medicinal, please provide the below information:*

      i. Reason for Use: _____

      ii. Prescribing Doctor's Name: _____

   b. Date Last Used (mm/dd/yyyy): _____

   c. Frequency: _____ times per: ☐ day ☐ week ☐ month ☐ year

13. **Age 15 and over:** In the past 10 years, have you used stimulants, cocaine, heroin, morphine, hallucinogens, methamphetamines, narcotics, opioids or any other illicit drug or controlled substance except as prescribed by a member of the medical profession? *If "Yes," complete the Alcohol and Drug Usage Supplement.* ☐ Yes ☑ No

14. **Age 15 and over:** In the past 10 years, have you had or been advised to have counseling or treatment for alcohol or drug use or been advised by a member of the medical profession to limit your use of alcohol or drugs? This includes both prescription and non-prescription drugs. *If "Yes," complete the Alcohol and Drug Usage Supplement.* ☐ Yes ☑ No

15. **Age 15 and over:** Are you now pregnant? *If "Yes," expected delivery date:* _____ ☐ Yes ☑ No

### SECTION C: Proposed Insured's Health/Medical History (continued)

16. Are you currently receiving or within the last 5 years, have you had a sickness, injury or any other condition for which you received or applied for any disability benefits including worker's compensation, social security disability insurance or any other form of disability insurance? ☐ Yes ☒ No

17. Within the past 5 years, have you had a physical exam, check-up of any kind or diagnostic tests performed that were not previously disclosed, except for HIV or AIDS tests? ☐ Yes ☒ No

18. Within the past 5 years, have you been advised by a member of the medical profession to have surgery or any diagnostic tests that were *not* performed, except for HIV or AIDS tests? ☐ Yes ☒ No

19. Do you have an appointment scheduled within the next 6 months to seek medical attention, excluding routine physicals? ☐ Yes ☒ No

20. Other than as previously stated on this application, are you currently or in the past 5 years have you received medical advice, counseling, or treatment for any medical, surgical, psychological, or psychiatric condition from a medical professional or have you been a patient in a hospital, clinic, rehabilitation center or other medical facility? ☐ Yes ☒ No

21. Age 6 and below and Life coverage only:

    a. Was the Proposed Insured born prematurely (gestational age less than 37 weeks)? ☐ Yes ☐ No
       If "Yes," provide gestational age: _____

    b. Was the Proposed Insured's birth weight less than 5 pounds? ☐ Yes ☐ No

    c. Has the Proposed Insured ever been evaluated, tested, treated for or diagnosed with any growth or developmental delays or failure to thrive? ☐ Yes ☐ No

### SECTION D: Family History

1. To the best of your knowledge, have any immediate family members (father, mother or sibling) died before age 60 from cardiovascular disease or cancer? ☐ Yes ☒ No

2. To the best of your knowledge, have any immediate family members (father, mother or sibling) been diagnosed by a member of the medical profession before age 60 with cardiovascular disease or cancer? ☐ Yes ☒ No

3. Have any immediate family members been diagnosed or treated by a member of the medical profession for diabetes, mental illness or a hereditary condition of the brain, muscles, nervous system, eyes or kidneys? ☐ Yes ☒ No

4. Complete the chart below for all immediate family members (father, mother or sibling). The Gender column only needs to be completed for siblings. *If additional space is needed, please provide in the Additional Details section.*

| Family Member | Gender Male (M) or Female (F) | Age of Onset | Age if Living | Age at Death | Condition and/or Cause of Death (if applicable) |
|---|---|---|---|---|---|
| Father | NA | | | unknown | unknown |
| Mother | NA | | 63 | | |
| Sibling | ☒M ☐F | | 27 | | |
| Sibling | ☐M ☒F | | 27 | | |
| Sibling | ☐M ☐F | | | | |
| Sibling | ☐M ☐F | | | | |
| Sibling | ☐M ☐F | | | | |

ICC18-C-MEDSUPP 2018                 Page 4 of 5

21081900600

AppFile112

### SECTION E: Additional Details

**Provide all details to any "Yes" answers, identifying each detail by question number.** Include, if applicable, all dates, diagnoses, stage or severity of diagnoses, known symptoms, tests performed, treatment (recommended or received), medications (types and amounts), surgeries, length of disability, days of work missed, job restrictions or modifications due to injury or sickness, physical limitations and the names and addresses of all treatment providers including, but not limited to, physicians, medical or mental health professionals, counselors, psychotherapists, chiropractors, acupuncturists, practitioners or hospitals, clinics or other medical or mental health facilities. For additional space use the Supplement to the Application for Insurance.



### SECTION F: Signatures

I understand and agree that the statements and answers in this application: (1) are written as made by me; (2) to the best of my knowledge and belief are full, complete and true; and (3) shall be a part of the contract of insurance, if issued.

**Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.**

Signed at ___ATIUNIU, GU___     ___08/14/21___
City and State     Month/Day/Year

___[signature]___     ___[signature]___
Signature of Witness     Signature of Proposed Insured

ICC18-C-MEDSUPP 2018     Page 5 of 5