# EXHIBIT 3

☑ **Berkshire Life Insurance Company of America**
Home Office: 700 South Street, Pittsfield, MA 01201
A wholly owned stock subsidiary of The Guardian Life
Insurance Company of America, New York, NY

☐ **The Guardian Life Insurance Company of America**
Administrative Office: 700 South Street, Pittsfield, MA 01201
(Please check appropriate company(ies). Any insurer checked above
is herein referred to as the "Company.")

Z4834040

## AMENDMENT TO APPLICATION

This Amendment is made a part of Policy No. Z4834040 to which it is attached and becomes effective on the Policy Date.

It is hereby requested that the application for insurance made to Berkshire Life Insurance Company of America on 8/3/2021 be amended as follows:

Application for Individual Disability Insurance: Part I

Question No. 9:

"The issuing company for this policy is Berkshire Life Insurance Company of America and therefore references to the company and the application forms are Berkshire Life Insurance Company of America."

Application for Individual Disability Insurance – Individual Disability Insurance Supplement

Question No. 1.C:

Occupation Class (if unsure, leave blank): "5"

\*\*\*\*\*\*\*\*\*\*

It is agreed that these amendments and declarations are to be taken and considered a part of said application and subject to the representations and agreements therein, and that the said application and these amendments are to be taken as a whole and considered as the basis, and form part of the contract or policy issued thereon.

It is further represented that the statements and answers in said application were complete and true when made and that no changes have occurred which would make said statements and answers incorrect or incomplete as of the present date.

The undersigned declare that a duplicate copy of the foregoing amendment to application is attached to the policy.

Z4834040

Date _____

_____
Wairimu Waiyaki – Insured

e-Signed by Wairimu Waiyaki
on 08/27/2021

ICC16 71-A-2016

AppFile91

**§ Guardian®**

**Berkshire Life Insurance Company of America**
Home Office: 700 South Street, Pittsfield, MA 01201
A wholly owned stock subsidiary of The Guardian Life
Insurance Company of America, New York, NY

Z4834040

Attached to and made a part of Policy No. Z4834040.

Application for insurance policy dated 8/3/2021.

In consideration of the issuance of this policy by Berkshire Life Insurance Company of America, it is hereby understood and agreed that the policy shall not cover loss because of disability caused by:

"In consideration of the issuance of this policy by Berkshire Life Insurance Company of America, it is hereby understood and agreed that the policy shall not cover loss because of disability contributed to or caused by any sickness or injury incurred while outside of the 50 United States, the District of Columbia or Canada including treatment, surgery or complications thereof. This does not apply to incidental travel where the policyholder is out of the 50 United States, the District of Columbia or Canada for less than 31 days and has made plans to return."

anything in the policy to the contrary notwithstanding.

\*\*\*\*\*\*\*\*\*\*

It is agreed that this Special Exceptions Agreement is to be taken and considered a part of this policy and subject to the representations and agreements therein.

It is further represented that the statements and answers in said application were complete and true when made and that no changes have occurred which would make said statements and answers incorrect or incomplete as of the present date.

The undersigned declare that a duplicate copy of the foregoing Special Exceptions Agreement is attached to the policy.

Date _____

_____
e-Signed by Wairimu Waiyaki
on 08/27/2021

Wairimu Waiyaki – Insured

ICC19 71-SE-2019    Page 1 of 1
AppFile93