Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

___Civil_____ Division

| | |
|---|---|
| Amaris Evans Daniels, Indvidually and Persoanl Representative of Estate of Eddie James Evans, Decedent, and on behalf of All Wrongful Death Beneficiaries of Eddie James Evans, Decedent. <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> United States of America, United States Postal Service, Postmaster General of United States, Postmaster of Newnan, Coweta County, Georgia USPS "John Does, Northrop Grumman Corporation. <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ✓ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Amaris Evan Daniels |
   | Street Address | 260 Peachtree Street, Suite 1402 |
   | City and County | Atlanta |
   | State and Zip Code | Georgia, 30303 |
   | Telephone Number | (404) 384-2726 |
   | E-mail Address | ayevans@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | United States of America |
| Job or Title *(if known)* | Attorney General of the United States |
| Street Address | U.S. Department of Justice; 950 Pennsville Avenue, NW |
| City and County | Washington |
| State and Zip Code | DC 20530-0001 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Thomas Marshall |
| Job or Title *(if known)* | Executive Vice President & General Counsel at USPS |
| Street Address | 475 L'Enfant Plaza, SW, |
| City and County | Washington |
| State and Zip Code | District of Columbia, 20260 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Ruth A. Przybeck |
| Job or Title *(if known)* | Chief of Counsel, Torts |
| Street Address | 1720 Market Street, Room 2400 |
| City and County | St. Louis |
| State and Zip Code | Missouri 63155-9948 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Sheila C. Cheston |
| Job or Title *(if known)* | Corporate Vice President & General Counsel |
| Street Address | 2980 Fairview Park Drive |
| City and County | Falls Church |
| State and Zip Code | Virginia 22042 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

**A.    The Plaintiff(s)**

1. If the plaintiff is an individual
   The plaintiff, *(name)* Amaris Evans Daniels, is a citizen of the State of *(name)* Georgia.

2. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

**B.    The Defendant(s)**

1. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation
   The defendant, *(name)* Northrop Grumman Corporation, is incorporated under the laws of the State of *(name)* Delaware, and has its principal place of business in the State of *(name)* Virginia.
   Or is incorporated under the laws of *(foreign nation)* _____,
   and has its principal place of business in *(name)* _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

**C.    The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Approximately $2,000,000.00 based on Eddie James Evans, decedent's, age at the age of death and payment until dates of retirement and loss of death to beneficiaries of the estate of Eddie James Evans.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* August 23, 2021, at *(place)* Newnan, Coweta County, Georgia - USPS,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*
Eddie James Evans, decedent, was a Tag mechanic, performing work of LLV USPS carrier trucks, during severe heat conditions, resulting in substantial bodily injuries, a stroke, and associated death of Eddie James Evans.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
Defendants were negligent in its conduct leading up to and during the repair of Grumman Long Life Vehicles. United State Postal Service failed in its mandatory duty to ensure safety of work conditions for mobile mechanics of LLV USPS carrier trucks. No Postmaster General or USPS staff checked on the decedent for on or about five (5) hours.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
Punitive, general, and special damages

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 23, 2023

Signature of Plaintiff
Printed Name of Plaintiff

### B. For Attorneys

Date of signing: August 23, 2023

Signature of Attorney: *[signature]*
Printed Name of Attorney: Ricardo J. Mosby
Bar Number: 526839
Name of Law Firm: Mosby Law Firm
Street Address: 260 Peachtree Street, Suite 1402
State and Zip Code: Atlanta, GA 30303
Telephone Number: (404) 748-9305
E-mail Address: efile@mosbylawfirm.com