AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia ▼

| | |
|---|---|
| AMARIS EVANS DANIELS, Indivually and Personal Represetive of Estate of EDDIE JAMES EVANS, Decedent, and on Behalf of All Wrongful Death Beneficiaries of EDDIE JAMES EVANS, Decedent, <br><br>*Plaintiff(s)*<br><br>v.<br><br>United States States of America, United States Postal Service, Postmaster General of United States, Postmaster of Newnan, Coweta County, Georgia, USPS "John Does", Northrop Grumman Corporation.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Postal Service, 475 L'Enfant Plaza, SW, Washington, DC 20260-0004.
USPS National Torts Center, General Law Service Center, 1720 Market Street, Room 2400, St. Louis, Missouri 63155-9948.
USPS, Postmaster, Newnan County, Georgia, 60 Postal Parkway, Newnan, Georgia 30263
Northrop Grumman Corporation, 2980 Fairview Park Drive, Falls Church, VA 22042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas Marshall, Executive VP & General Counsel at USPS, 475 L'enfant Plz, SW, Washington, DC 20260.
Ruth A. Przybeck, Chief Counsel, Torts, 1720 Market Street, Room 2400, St. Louis, MO 63155-9948.
Sheila C. Cheston, Corporate Vice President & General Counsel, 2980 Fairview Park Drive, Falls Church, VA 22042

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                          *Signature of Clerk or Deputy Clerk*