# EXHIBIT B
# (Clayton State Court Docket)


## Case Information

**Joseph Chad Brannen, as the Temporary Administrator of the Estate of Peggy Glass, Deceased vs. Jonesboro Nursing and Rehabilitation Center, LLC, D & N, LLC, DTD HC, LLC, et al.**

2023CV01870

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Clayton State Court | Tort - Other | Tort-General | 7/21/2023 |

## Parties [6]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | Joseph Chad Brannen, as the Temporary Administrator of the Estate of Peggy Glass, Deceased | | |
| Defendant | Jonesboro Nursing and Rehabilitation Center, LLC | | |
| Defendant | D & N, LLC | | |
| Defendant | DTD HC, LLC | | |
| Defendant | ABC Corporation | | |
| Defendant | John/Jane Does I and II | | |

## Events [11]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 7/21/2023 | Filing | Summons | Summons - DTD HC, LLC | Summons - DTD HC LLC.pdf |
| 7/21/2023 | Filing | Affidavit | SIGNED FINAL Affidavit - Burgos NH | SIGNED FINAL Affidavit - Burgos NH.pdf |
| 7/21/2023 | Filing | Case Initiation Form | Civil Domestic Filing Form | Civil Domestic Filing Form.pdf |
| 7/21/2023 | Filing | Summons | Summons - Jonesboro Nursing & Rehab | Summons - Jonesboro Nursing & Rehab.pdf |
| 7/21/2023 | Filing | Discovery (WE PROPOSE TO ADD THIS STATEWIDE) | Pltf's 1st Req for Prod of Docmts to All Defts | P's 1st RPDS To All Ds.pdf |
| 7/21/2023 | Filing | Summons | Summons - D&N, LLC | Summons - D&N LLC.pdf |
| 7/21/2023 | Filing | Interrogatories | Pltfs 1st Interrs to Jonesboro | P's 1st ROGS To Jonesboro.pdf |
| 7/21/2023 | Filing | Complaint | FINAL Complaint | FINAL Complaint.pdf |
| 8/8/2023 | Filing | Sheriff's Service | Sheriff's COS - DTD HC, LLC | Sheriff's COS - DTD HC LLC.pdf |
| 8/8/2023 | Filing | Affidavit | AOS - Jonesboro Nursing and Rehabilitation | AOS - Jonesboro Nursing and Rehabilitation.pdf |
| 8/8/2023 | Filing | Sheriff's Service | Sheriff's COS - D & N, LLC | Sheriff's COS - D & N LLC.pdf |

© 2023 Tyler Technologies, Inc. | All Rights Reserved
Version: 2023.7.0.49

