# EXHIBIT C
# (Notice of Filing Notice of Removal)

**IN THE STATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| JOSEPH CHAD BRANNEN, AS THE TEMPORARY ADMINISTRATOR OF THE ESTATE OF PEGGY GLASS, DECEASED, | ) ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) ) | CIVIL ACTION NO.: 2023CV01870 |
| JONESBORO NURSING AND REHABILITATION CENTER, LLC d/b/a JONESBORO NURSING AND REHABILITATION CENTER; D & N, LLC; DTD HC, LLC; et al., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

<u>**NOTICE OF FILING NOTICE OF REMOVAL**</u>

COMES NOW Defendant Jonesboro Nursing and Rehabilitation Center, LLC and files the following Notice of Filing Notice of Removal to United States District Court, Northern District of Georgia, Atlanta Division showing the Court as follows:

1.     Defendant has filed a Notice of Removal to the United States District Court, Northern District of Georgia.  A true and correct copy of the Notice of Removal is attached as Exhibit "A."

2.     As a result thereof, this matter is automatically stayed and the action removed to the United States District Court, Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. § 1441 *et seq*.

This 24th day of August, 2023.

*/s/R. Gordon Sproule, Jr.*
R. Gordon Sproule, Jr.
Georgia Bar No. 673042
Counsel for Defendant,
JONESBORO NURSING AND REHABILITATION CENTER, LLC

**<u>OF COUNSEL:</u>**
HUIE, FERNAMBUCQ & STEWART, LLP
3291 US Highway 280, Suite 200
Birmingham, AL 35243
Telephone: (205) 251-1193
Facsimile: (205) 251-1256
gsproule@huielaw.com

**IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA**

| | | |
|---|---|---|
| JOSEPH CHAD BRANNEN, AS THE TEMPORARY ADMINISTRATOR OF THE ESTATE OF PEGGY GLASS, DECEASED, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 2023CV01870 |
| JONESBORO NURSING AND REHABILITATION CENTER, LLC d/b/a JONESBORO NURSING AND REHABILITATION CENTER; D & N, LLC; DTD HC, LLC; et al., | ) ) ) ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF FILING NOTICE OF REMOVAL** via Odyssey Efiling to counsel of record as follows:

William F. Holbert
Michael A. Prieto
Elizabeth Evinger Meyer
PRIETO, MARIGLIANO, HOLBERT
& PRIETO, LLC
1555 Mount Vernon Road
Atlanta, GA 30338
bholbert@pmhplaw.com
mprieto@pmhplaw.com
emeyer@pmhplaw.com

Respectfully submitted this 24th day of August, 2023.

**HUIE, FERNAMBUCQ & STEWART, LLP**


/s/ R. Gordon Sproule, Jr.
R. Gordon Sproule, Jr.
Georgia Bar No. 673042
*Counsel for Defendant*

3291 US Highway 280, Suite 200
Birmingham, AL 35243
Telephone: (205) 251-1193
Facsimile: (205) 251-1256
GSproule@huielaw.com