# EXHIBIT D
# (Affidavit of Donald T. Denz)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOSEPH CHAD BRANNEN, as the Temporary Administrator of the ESTATE OF PEGGY GLASS, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>JONESBORO NURSING AND REHABILITATION CENTER, LLC; D&N, LLC; and DTD HC, LLC, et al.,<br><br>Defendants. | |

## AFFIDAVIT OF DONALD T. DENZ

STATE OF NEW YORK

COUNTY OF ERIE

Before me, the undersigned authority, a Notary Public in and for said State and County, personally appeared Donald T. Denz, who after being first duly sworn, deposes and states as follows:

1

1. My name is Donald T. Denz. I am an adult resident citizen of Erie County, New York. I am over the age of 21, and I am competent to testify in this matter.

2. The facts in this affidavit are based on my personal knowledge and are true and correct to the best of my knowledge, information, and belief.

3. I am a member of DTD HC, LLC ("DTD").

4. DTD is a New York limited liability company with its principal place of business in Orchard Park, New York.

5. DTD's members are Donald T. Denz and the Donald T. Denz Irrevocable Trust.

6. The trustee of the Donald T. Denz Irrevocable Trust is Martin J. Clifford, a resident citizen of New York.

7. DTD holds a 50% membership interest in Jonesboro Nursing and Rehabilitation Center, LLC. D&N, LLC has the remaining 50% membership interest in Jonesboro Nursing and Rehabilitation Center, LLC.

DATED: _August 10_, 2023.

_____
DONALD T. DENZ

Sworn to and subscribed before me this __10th__ day of __August__, 2023.

_____
NOTARY PUBLIC

My Commission Expires: _____
ANTHONY F. PEGNIA, JR.
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 1/16/20__

3