## In The United States District Court For The
## Northern District of Georgia
## Atlanta Division

| | |
|---|---|
| Diane **Sinclair-Stanton**, Plaintiff, v. Commissioner of Social Security, Defendant, | Civil Action No. |

## ORDER

In reliance upon the representations set forth in the affidavit, the motion of the plaintiff to proceed in forma pauperis is hereby granted and it is

ORDERED that the plaintiff in the above-captioned case, hereby is permitted to commence said proceeding to conclusion without pre-payment of fees or costs or security therefore.  It is

ORDERED FURTHER that the clerk is directed to issue a Notice of Service pursuant to Rule 3 of the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g).

SO ORDERED This the _____ day of _____, 2023.


_____
UNITED STATES MAGISTRATE JUDGE