# EXHIBIT "B"

Confidential Settlement Communication

# MORGAN & MORGAN

July 25th, 2023

## VIA EMAIL, FEDEX OVERNIGHT, AND CERTIFIED MAIL

|||||||||||||||||||||||||||||||||||
* 1 3 4 5 3 1 7 8 *
Tom Kelly
Scottsdale Indemnity Insurance Company
18700 N. Hayden Rd
Scottsdale, AZ 85255

        Our Client:     Kouessan Zonou
        Your Insured:  SGM Trucking Inc
        Date of Loss:   11/08/2022
        Claim #:          02112222

Dear Counsel:

        You are aware that Kouessan Zonou has incurred a significant amount in past medicals with continued care for his pain and substantial future medicals estimated by his treating doctors. Mr. Zonou is a pleasant 53-year-old that has had to undergo multiple MRIs and injections to ease his pains. **Your client exhibited gross negligence on 11/08/2022 by failing to yield (O.C.G.A. 40-6-71) and forcing Mr. Zonou to slam into the rear of your client's vehicle, which resulted in permanent, severe, and life altering injuries to be sustained to our client. MRIs of the Lumbar Spine revealed 1)** L2-3 1mm Broad-based disc bulging abutting the anterior thecal sac. Facet joint and ligament hypertrophy. AP diameter thecal sac measures 1.1 cm. There is narrowing of the AP dimension of the right neuroforamina to 0.4 cm. There is <u>severe</u> left-sided foraminal narrowing; **2)** L3-4 2mm Broad-based disc bulging flattening the anterior thecal sac. Facet joint and ligament hypertrophy. **Fluid is seen in the right facet joint**. AP diameter the thecal sac measures 0.9 cm. There is a moderate to severe right with narrowing of the inferior and AP dimension of the left neuroforamina. This measures 0.2 cm in AP dimension; **3)** L4-5 2mm Broad-based disc bulging flattening the anterior thecal sac. Facet joint and ligament hypertrophy. AP diameter the thecal sac measures 0.9 cm. There is <u>severe</u> bilateral foraminal narrowing and **4)** L5-S1 1 to 2mm broad-based disc bulging abutting the anterior thecal sac. Facet joint and ligament hypertrophy. **Trace fluid in the right facet joint.** AP diameter thecal sac measures 1.0 cm. There is <u>severe</u> right foraminal narrowing.  He is also diagnosed with M54.50 Low back pain, M79.10 Unspecified myalgia, R51.9 Headache, and **S06.0XXA Concussion.**

        I write to convey to you, your clients and their insurer, Scottsdale Indemnity Insurance Company, an offer to settle the claims my client has asserted in the above-referenced case.

Provided all terms of the offer contained in this letter are met, my client will accept payment of One Million Dollars ($1,000,000.00) and, if accepted, please provide a limited liability release for us to review. My client will compromise any valid and legally enforceable liens upon the settlement, and thereafter satisfy them from the settlement proceeds to the extent required by law. The limited liability release will also contain an indemnity provision whereby your clients will be held harmless for any subrogation or reimbursement claims, or liens related to medical expenses incurred as a result of the incident-in-suit. This offer to settle is time-limited and will remain open until 5:00 p.m. on August 4th, 2023, after which it will be automatically withdrawn.  A material term of this offer of settlement is delivery of payment within ten days following the deadline for acceptance of the offer. If the available insurance coverage is any amount other than $1,000,000, or if there are additional policies of insurance available, then this offer of compromise is hereby automatically adjusted to the full and combined amount of all insurance policy limits available that cover the claim identified in this offer to compromise.

The value of this claim is greater than the proposed offer amount; however, we would like to get this resolved without further litigation. If an excess verdict is achieved at trial, then we will have no choice but to pursue each defendant's assets and wages until the judgment is paid in full.

## ECONOMIC DAMAGES:

| Provider | Amount |
| --- | --- |
| Grady Memorial Hospital: | $35,451.79 |
| Grady EMS: | $TBD |
| Emory Medical Care Foundation: | $TBD |
| Ortho Sport and Spine Physicians: | $6,145.48 |

**TOTAL: $41,597.27+**

## PERMANENT IMPAIRMENT AND FUTURE MEDICAL EXPENSES

Mr. Zonou requires future office visits, medication, and physical therapy. The cost of these medical treatments, including future care for issues related to his diagnoses, will blatantly exceed the cost that his policy limits would cover. The Future economic losses can be quantified through the use of a medical expert, vocational expert, and economic expert. However, when considering less years of income, as well as the costs of assisted living, these damages clearly exceed the policy limits of this matter. As such, Mr. Zonou is also entitled to damages for the diminution of his physical function and his ability to enjoy life. Loss of enjoyment of life results from those mental and physical injuries which foreclose or limit an injured person's ability to engage in certain activities. Also, Mr. Zonou has been quite discouraged about the pain, discomfort, and limitation placed on his lifestyle as a result of this accident. The activities may deal solely with the amenities of life, such as recreational, social, and family activities, which are not only related

to his personal life. Considering the permanent nature of his injury and that he will suffer forever as a result of your insured's negligence, we are confident of a sizeable verdict against your insured at trial.

Sincerely,

John O'Briant

John S. O'Briant
Bar # 133201
Morgan & Morgan
178 S Main Street Suite 300
Alpharetta, GA 30009, United States
Phone: (770) 576-7620
Fax: (770) 576-7670
Primary email: jobriant@forthepeople.com
Attorney for Plaintiff



| Agency Case Number 22-010967 | Agency NCIC Number GA0600600 | GEORGIA MOTOR VEHICLE CRASH REPORT | | County FULTON COUNTY | | | Date Rec. by GDOT |
|---|---|---|---|---|---|---|---|
| **Estimated Crash** | | **Dispatch** | | **Arrival** | | **Total Number of:** | **Inside City Of** UNION CITY |

| Date 11/08/2022 | Time 0620 | Date 11/8/2022 | Time 0625 | Date 11/8/2022 | Time 0628 | Vehicles 2 | Injuries 0 | Fatalities 0 | Inside City Of UNION CITY |
|---|---|---|---|---|---|---|---|---|---|

| Road of Occurrence SR-14 ALTERNATE | At its Intersection With MAJESTIC PLACE | ☐ Corrected Report |
|---|---|---|

| Not At its Intersection But | ☐ Miles ☐ North ☐ East ☐ Feet ☐ South ☐ West | Of | ☐ Sup. To Original |
|---|---|---|---|

| Latitude (Y) 33°37'09 (Format) 00.00000 | Longitude (X) 84°31'58 (Format) -00.00000 | ☐ Hit and Run |
|---|---|---|

| Unit # 1 | ☒ Driver ☐ Ped ☐ Bike | LAST NAME GOMEZ | FIRST SELVIN | MIDDLE | Unit # 2 | ☒ Driver ☐ Ped ☐ Bike | LAST NAME ZONOU | FIRST KOUESSAN | MIDDLE |
|---|---|---|---|---|---|---|---|---|---|
| ☒ Susp At Fault | | Address 11109 OTSEGO ST | | | ☐ Susp At Fault | | Address :2981 LEATHERLEAF TRL | | |

| City N HOLLYWOOD | State CALIFORNIA | Zip 91601 | DOB 1975 | City DOUGLASVILLE | State GEORGIA | Zip 30135 | DOB 1970 |
|---|---|---|---|---|---|---|---|

| Driver's License D5466676 | Class A | State CA | Country | Driver's License 050933552 | Class C | State GA | Country · |
|---|---|---|---|---|---|---|---|

| Insurance Co. BRUCE ROBERTS | Policy No. LO10000795 | Telephone 310-590-0351 | Insurance Co. LIBERTY | Policy No. AOS25197478445 | Telephone 404-953-9781 |
|---|---|---|---|---|---|

| Year 2014 | Make FREIGHTLINER | Model TRUCK | Year 2018 | Make CHEVROLET | Model IMPALA |
|---|---|---|---|---|---|

| VIN 3AKJGLDR9ESFL4405 | Vehicle Color WHITE | VIN 2G1105S37J9128549 | Vehicle Color SILVER |
|---|---|---|---|

| Tag # XP46512 | State CA | County | Year 0 | Tag # CQA8053 | State GA | County | Year 0 |
|---|---|---|---|---|---|---|---|

| Trailer Tag 4RN7339 | State CA | County | Year 0 | Trailer Tag | State | County | Year 0 |
|---|---|---|---|---|---|---|---|

| ☐ Same as Driver | Owner's Last Name SMG TRUCKING | First | Middle | ☒ Same as Driver | Owner's Last Name ZONOU | First KOUESSAN | Middle |
|---|---|---|---|---|---|---|---|

| Address 11109 OTSEGO ST | | | | Address :2981 LEATHERLEAF TRL | | | |
|---|---|---|---|---|---|---|---|

| City N HOLLYWOOD | State CALIFORNIA | Zip 91601 | City DOUGLASVILLE | State GEORGIA | Zip 30135 |
|---|---|---|---|---|---|

| Removed By GOMEZ | ☒ Request ☐ List | Removed By SOUTHSIDE | ☐ Request ☒ List |
|---|---|---|---|

| Alcohol Test 2 | Type | Results | Drug Test 2 | Type | Results | Alcohol Test 2 | Type | Results | Drug Test 2 | Type | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|

| First Harmful Event: 11 | Most Harmful Event: 11 | Operator/Ped Cond: 1 | First Harmful Event: 11 | Most Harmful Event: 11 | Operator/Ped Cond: 1 |
|---|---|---|---|---|---|

| Operator Contributing Factors: 4 | Operator Contributing Factors: 1 |
|---|---|

| Vehicle Contributing Factors: 1 | Roadway Contributing Factors: 1 | Vehicle Contributing Factors: 1 | Roadway Contributing Factors: 1 |
|---|---|---|---|

| Dir. Of Travel: 4 | Veh Maneuver: 1 | Non-Motorist Manv: | Dir. Of Travel: 3 | Veh Maneuver: 5 | Non-Motorist Manv: |
|---|---|---|---|---|---|

| Vehicle Class: 7 | Vehicle Type: 4 | Vision Obscured: 1 | Vehicle Class: 1 | Vehicle Type: 1 | Vision Obscured: 1 |
|---|---|---|---|---|---|

| # of Occupants: 1 | Area of Init. Contact: 6 | Damage to Veh: 2 | # of Occupants: 1 | Area of Init. Contact: 12 | Damage to Veh: 4 |
|---|---|---|---|---|---|

| Traffic-Way Flow: 2 | Road Comp.: 2 | Road Character: 1 | Traffic-Way Flow: 2 | Road Comp.: 2 | Road Character: 1 |
|---|---|---|---|---|---|

| Number of Lanes: 5 | Posted Speed: 55 | Work Zone: 0 | Number of Lanes: 5 | Posted Speed: 55 | Work Zone: 0 |
|---|---|---|---|---|---|

| Traffic Control: 5 | Device Inoperative: ☐ Yes ☒ No | Traffic Control: 5 | Device Inoperative: ☐ Yes ☒ No |
|---|---|---|---|

| Citation Information: | | Citation Information: | |
|---|---|---|---|
| Citation # FAILUR TO YEILD WHILE | O.C.G.A. 40-6-71 | Citation # | O.C.G.A. |
| Citation # | O.C.G.A. | Citation # | O.C.G.A. |
| Citation # | O.C.G.A. | Citation # | O.C.G.A. |

**COMMERCIAL VEHICLES ONLY**

| Carrier Name | | | | Carrier Name | | | |
|---|---|---|---|---|---|---|---|
| Address | City | State | Zip | Address | City | State | Zip |
| U.S. D.O.T. # | | No. of Axles | G.V.W.R. | U.S. D.O.T. # | | No. of Axles | G.V.W.R. |
| Cargo Body Type | Vehicle Config. | ☐ Interstate ☐ Intrastate | Fed. Reportable ☐ Yes ☐ No | Cargo Body Type | Vehicle Config. | ☐ Interstate ☐ Intrastate | Fed. Reportable ☐ Yes ☐ No |
| C.D.L. ? ☐ Yes ☐ No | | C.D.L. Suspended? ☐ Yes ☐ No | | C.D.L. ? ☐ Yes ☐ No | | C.D.L. Suspended? ☐ Yes ☐ No | |
| Vehicle Placarded? ☐ Yes ☐ No | | Hazardous Materials? ☐ Yes ☐ No | | Vehicle Placarded? ☐ Yes ☐ No | | Hazardous Materials? ☐ Yes ☐ No | |
| Haz Mat Released? ☐ Yes ☐ No | | | | Haz Mat Released? ☐ Yes ☐ No | | | |

If YES:  Name or four Digit Number from Diamond or Box: _____

One Digit Number from Bottom of Diamond: _____

If YES:  Name or four Digit Number from Diamond or Box: _____

One Digit Number from Bottom of Diamond: _____

| ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units | ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units |
|---|---|

GDOT-523 (07/17)

# 22010967

## COLLISION FIELDS

| Manner of Collision: | 1 | Location at Area of Impact: | 7 | Weather: | 1 | Surface Condition: | 1 | Light Condition: | 5 |
|---|---|---|---|---|---|---|---|---|---|

## NARRATIVE

## DIAGRAM



INDICATE
NORTH

## PROPERTY DAMAGE INFORMATION

| Damage Other Than Vehicles: | Owner: |
|---|---|

## WITNESS INFORMATION

| Witness(es): | Address | City | State | Zip Code | Telephone No. |
|---|---|---|---|---|---|
| JOHNSON, TRISTAN | 4250 SOUTH FULTON PKWY. | ATLANTA | GA | 30349- | 678-665-4803 |

## OCCUPANT INFORMATION

| | Name (Last, First): | | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | GOMEZ, SELVIN | | | | | 11109 OTSEGO ST N HOLLYWOOD CALIFORNIA 91601 | | | | |
| | Age: 47 | Sex: M | Unit #: 1 | Position: 1 | Safety Eq: 8 | Ejected: 1 | Extricated: N | Air Bag: 2 | Injury: 0 | Taken for Treatment: N |
| | Injured Taken To: | By: | | EMS Notified Time (Fatality Only): | EMS Arrival Time (Fatality Only): | Hospital Arrival Time (Fatality Only): | | | | |
| 2 | Name (Last, First): | | | | | Address: | | | | |
| | ZONOU, KOUESSAN | | | | | 2981 LEATHERLEAF TRL DOUGLASVILLE GEORGIA 30135 | | | | |
| | Age: 52 | Sex: M | Unit #: 2 | Position: 1 | Safety Eq: 3 | Ejected: 2 | Extricated: N | Air Bag: 2 | Injury: 2 | Taken for Treatment: Y |
| | Injured Taken To: GRADY | By: GRADY | | EMS Notified Time (Fatality Only): 0625 | EMS Arrival Time (Fatality Only): 0628 | Hospital Arrival Time (Fatality Only): | | | | |
| 3 | Name (Last, First): | | | | | Address: | | | | |
| | Age: | Sex: | Unit #: | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| | Injured Taken To: | By: | | EMS Notified Time (Fatality Only): | EMS Arrival Time (Fatality Only): | Hospital Arrival Time (Fatality Only): | | | | |
| 4 | Name (Last, First): | | | | | Address: | | | | |
| | Age: | Sex: | Unit #: | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| | Injured Taken To: | By: | | EMS Notified Time (Fatality Only): | EMS Arrival Time (Fatality Only): | Hospital Arrival Time (Fatality Only): | | | | |

## ADMINISTRATIVE

| Photos Taken: ☐ Yes   ☒ No   By: | *Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963.* | |
|---|---|---|
| Reported By: SIMMONS, JOSHUA | Agency: UNION CITY PD | Report Date 11/08/2022 | Checked By: | Date Checked: |

GDOT-523 (07/17)     *MAIL TO: Georgia Department of Transportation, CRASH REPORTING UNIT, 935 East Confederate Ave., Atlanta, GA 30316-2590*

# 22 D I O 9 6 7

On Tuesday, November 8, 2022, at approximately 0625 hours, Officer J. SIMMONS of the Union City Police Department responded to SR-14 ALT and Majestic Place, Union City, Fulton County, GA 30291 in reference to a motor vehicle collision.

Upon arrival, SIMMONS activated his axon body worn camera and exited marked patrol Unit #0847. Upon approach, SIMMONS observed a silver Chevrolet Impala wedged between a semi-truck and the sidewalk. SIMMONS observed a male later identified to be KOUESSAN ZONOU (DRIVER TWO), to be bleeding from the forehead. Due to DRIVER TWO being transported to Grady Hospital for injuries, no statement was given in reference to what took place on his behalf.

SIMMONS made contact with DRIVER ONE. DRIVER ONE stated while making a left turn off of SR-14 ALT he observed a vehicle strike the rear end of his trailer located on the passenger side.

SIMMONS made contact with TRISTAN JOHNSON (Witness). JOHNSON stated she was behind DRIVER ONE as he made a left turn from SR-14 ALT, when observing DRIVER TWO traveling East on SR-14 ALT, strike DRIVER ONE's trailer located at the passenger side rear end.

After being provided both statements and observing damage to both vehicle, SIMMONS determined DRIVER ONE to be at fault.

# 22010967

SIMMONS provided DRIVER TWO and JOHNSON a case card and case number 22-010967.

DRIVER ONE was cited for failing to yield while turning left, violation of OCGA 40-6-71.

DRIVER TWO was turned over to Grady EMS.

DRIVER TWO'S vehicle was turned over to Southside Wrecker service.

SIMMONS took no further action.



⚡ EFILED IN OFFICE
CLERK OF STATE COURT
DOUGLAS COUNTY, GEORGIA

**23SV00426**
EDDIE BARKER
APR 25, 2023 09:05 AM

*Annetta D. Stembridge*
Annetta D. Stembridge, Clerk
Douglas County, Georgia

IN THE STATE COURT OF DOUGLAS COUNTY
STATE OF GEORGIA

KOUESSAN ZONOU,

      Plaintiff,

vs.

SELVIN GOMEZ and
SGM TRUCKING, INC,

      Defendants.

)
)
)
)
)
)
)
)
)

CIVIL ACTION FILE NO.:

)

## COMPLAINT FOR DAMAGES

COMES NOW Plaintiff KOUESSAN ZONOU , by and through counsel, and files this Complaint for Damages against Defendants SELVIN GOMEZ and SGM TRUCKING, INC , and shows the Court as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff is a resident of the State of Georgia and by bringing this action, subjects himself to the jurisdiction of this court.

2.

Defendant SELVIN GOMEZ (hereinafter "Defendant GOMEZ ") is domiciled in California and is subject to the jurisdiction of this Court. Defendant GOMEZ may be served with process at 11109 Otsego Street, North Hollywood, CA 91601.

3.

Defendant SGM TRUCKING, INC (hereinafter "Defendant SGM TRUCKING, INC") is a foreign corporation existing under the laws of the state of California with its principal place of business in California and may be served through SGM TRUCKING, INC Company, whose agent for service of process is Mayra M Alvarado Chavez, located at 11109 Otsego St, Apt 203, North Hollywood, CA 91601.

4.

Jurisdiction is proper in this Court.

5.

1

Venue is proper in this Court

## **BACKGROUND**

6.

On November 8, 2022, Plaintiff KOUESSAN ZONOU  was traveling east on SR-14 ALT, in a prudent and careful manner, in Fulton County, Georgia.

7.

At or about that same time, Defendant GOMEZ  was driving a 2014 Freightliner commercial truck, attempting to make a left turn off of SR-14 ALT, when he negligently, recklessly, carelessly and unlawfully operated said vehicle so as to cause it to collide with the plaintiff's vehicle.

8.

On the above-mentioned date and time, Defendant GOMEZ  was an agent or employee of Defendant SGM TRUCKING, INC , and working within the scope of his employment.

9.

On this date, Defendant GOMEZ  was operating the 2014 Freightliner commercial truck ("commercial truck") on behalf of Defendant SGM TRUCKING, INC .

10.

At the time of the incident, Defendant GOMEZ  had Defendant SGM TRUCKING, INC 's express or implied permission to drive the commercial truck on behalf of Defendant SGM TRUCKING, INC .

11.

Defendant SGM TRUCKING, INC should have been aware of Defendant GOMEZ 's unsafe driving habits.

2

12.

Defendant GOMEZ  negligently maintained the aforementioned 2014 Freightliner commercial truck and specifically fail to maintain a safe distance between his and the plaintiff's vehicle, causing the subject collision.

13.

By reason of the foregoing, Plaintiff KOUESSAN ZONOU  suffered injuries and damages including but not limited to:

    a.  Personal injuries;

    b.  Pain and suffering;

    c.  Disability;

    d.  Mental anguish;

    e.  Loss of the capacity for the enjoyment of life;

    f.  Impaired ability to labor;

    g.  Loss of earnings and economic losses;

    h.  Past, present, and future medical expenses;

    i.  Permanent injuries;

    j.  Incidental expenses; and

    k.  Consequential damages to be proven at trial.

## COUNT 1:  NEGLIGENCE – SELVIN GOMEZ

14.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 13 above as if fully restated.

15.

The collision was caused by the negligence of Defendant GOMEZ .

3

16.

The investigating police officer assigned contributing factors to Defendant GOMEZ in regard to this wreck, due to the fact he was not paying attention to the roadway and the fact that an emergency vehicle had their lights on and no change in direction was made.

17.

At all times relevant hereto, Defendant GOMEZ owed a duty of care to Plaintiff to operate his vehicle in accordance with ordinary care and diligence, as defined under O.C.G.A. § 51-1-2, and Defendant GOMEZ breached that duty to which he owed to Plaintiff.

18.

Defendant GOMEZ 's negligence is a proximate cause of the collision, and Plaintiff's resulting injuries.

## COUNT 2:  NEGLIGENCE – SGM TRUCKING, INC .

19.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 18 above as if fully restated.

20.

At all relevant times, Defendant GOMEZ  was an employee or agent of Defendant SGM TRUCKING, INC and was acting within the scope and course of his employment at the time of the accident.

21.

Defendant SGM TRUCKING, INC negligently maintained the aforementioned commercial truck.

22.

Defendant SGM TRUCKING, INC had knowledge that Defendant GOMEZ  was incompetent to

4

drive or habitually reckless and allowed him access their motor vehicle anyway.

23.

Defendant SGM TRUCKING, INC  failed to conduct a proper background check before hiring Defendant GOMEZ  and allowed him to access its motor vehicle anyway.

24.

Defendant SGM TRUCKING, INC  is liable for the acts and omissions of Defendant GOMEZ as Defendant SGM TRUCKING, INC 's agent and employee at the time of the collision-in-suit under the theory of *respondeat superior* and the rules of agency.

25.

Defendant SGM TRUCKING, INC 's negligent act of allowing Defendant GOMEZ  to operate the 2014 Freightliner commercial truck was the proximate cause of this wreck.

## COUNT 3:  IMPUTED LIABILITY

26.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 25 above as if fully restated.

27.

At the time of the subject collision, Defendant GOMEZ  was an employee or agent of Defendant SGM TRUCKING, INC .

28.

At the time of the subject collision, Defendant GOMEZ  was operating the 2014 Freightliner commercial truck on behalf of Defendant SGM TRUCKING, INC .

29.

Liability is imputed to Defendant SGM TRUCKING, INC as an interstate motor carrier, and

pursuant to federal and state laws, is responsible for the actions of Defendant GOMEZ  in regard to the collision and incident described in this complaint under the doctrines of lease liability, agency or apparent agency and *respondeat superior*.

## COUNT 4:  NEGLIGENT HIRING, TRAINING & SUPERVISION

30.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 29 above as if fully restated.

31.

Defendant SGM TRUCKING, INC was negligent in hiring, screening, employing, training and supervising Defendant GOMEZ  and entrusting him to drive the 2014 Freightliner commercial truck.

32.

Defendant SGM TRUCKING, INC 's negligence in hiring Defendant GOMEZ  and entrusting him with driving a commercial vehicle and failing to properly train and supervise him was the sole and proximate cause of the collision, and Plaintiff's resulting injuries.

33.

Defendant SGM TRUCKING, INC is liable for tortuously failing to properly instruct, train and supervise Defendant GOMEZ  as its employee and/or agent.

34.

Defendant SGM TRUCKING, INC is accountable for independent negligence in hiring, training, entrusting, supervising and retaining Defendant GOMEZ  in connection with his operation of the 2014 Freightliner commercial truck and for otherwise failing to act as a reasonable and prudent interstate motor carrier would under the same or similar circumstances.

35.

Defendant SGM TRUCKING, INC is accountable for independent negligence in that it failed to

6

provide safety management as required by various provisions of the Federal Motor Carrier Safety Regulations.

36.

Defendant SGM TRUCKING, INC  is accountable for independent negligence related to violations of such additional provisions of Georgia law and the Federal Motor Carrier Safety Regulations as may be determined through discovery and proven at trial.

## **COUNT 6:  DAMAGES**

37.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 36 above as if fully restated.

38.

As a direct and proximate result of Defendants' negligence, Plaintiff suffered serious and permanent physical injuries and substantial and continuing pain, suffering, and discomfort. Plaintiff has incurred past medical expenses in excess of $6,145.48 and will continue to incur medical expenses in the future.

39.

As a direct and proximate result of the combined and concurrent negligent acts and omissions of all Defendants, Plaintiff is entitled to an award of special damages for past and future medical expenses and lost wages in an amount to be shown at trial and general damages in an amount to be determined by the trier of fact.

40.

Defendants' negligence is the sole and proximate cause of Plaintiff's injuries.

WHEREFORE, Plaintiff KOUESSAN ZONOU  prays that she has a trial on all issues and judgment against Defendants SELVIN GOMEZ and SGM TRUCKING, INC  , as follows:

(a)  Summons and Complaint be served upon Defendants according to the law;

(b)   That Plaintiff recover from Defendants a sum of damages to compensate her for her injuries and damages, including, but not limited to, her medical expenses (past and future), lost wages, and pain and suffering (past, present, and future), as aforesaid;

(c)   That Plaintiff recover for physical and mental pain and suffering in an amount to be determined by the enlightened conscience of a jury;

(d)  All costs of this action be taxed against Defendants; and

(e)  That Plaintiff recover such other and further relief as is just and proper.

Respectfully submitted this 14th day of April 2023.

/s/ John S. O'Briant III
John O'Briant, Esquire
Bar # 133201
Morgan & Morgan
178 S Main Street Suite 300
Alpharetta, GA 30009,
United States
Phone: (770) 576-7620
Fax: (770) 576-7670
Primary email: jobriant@forthepeople.com
Attorney for Plaintiff



 **Grady**

80 Jesse Hill Jr. Drive S.E., Atlanta, Georgia 30303-3050

## MEDICAL RECORDS CERTIFICATE OF AUTHENTICATION

Based upon information and knowledge, the enclosed documents constitute a true and accurate reproduction of the medical record of

| Kouessan Zonou | 100641627 |
|---|---|
| (Patient's Name) | (Medical Record Number) |

The undersigned certifies that these records are maintained under the care, custody and control of the Director of Medical Records, and are kept and collected in the ordinary course of business of this facility. The records are made at or near the time of the described acts, events, conditions, opinions, or diagnoses; are made by, or from information transmitted by, a person with personal knowledge and a business duty to report; are kept in the course of a regularly conducted business activity; and it is the regular practice of the person reporting to make the memorandum, report, record or data compilation.

This certificate is given pursuant to O.C.G.A. § 24-8-803(6) and O.C.G.A. § 24-9-902(11) in lieu of the personal appearance of the person certifying hereto.

Mary Johnson, HIM Supervisor
Digitally signed by Mary Johnson, HIM Supervisor
Date: 2023.07.12 15:15:36 -04'00'

(Signature)

_____
(Name)

_____
(Title)

_Adrienne Williams_
Notary Public

Sworn to and subscribed before me

this _____12th_____ day of _____July_____, _____2023_____

My Commission expires:
_October 8, 2023_

**Exceptional Care, Remarkable Service, Extraordinary Grady**

306-00323    Rev. 01/2013

 Grady

07/12/23
Hospital Account:
**5017684109**

Grady Health System
P.O. Box 930704
Atlanta, GA 31193-0704
(404)616-2991

**PATIENT**
Zonou,Kouessan
2981 LEATHERLEAF TRL
DOUGLASVILLE GA 30135-8932

| | SEX | ADMIT DT | DISCH DT | DAYS | DT OF BIRTH |
|---|---|---|---|---|---|
| | M | 11/8/2022 | 11/8/2022 | | 970 |

**ATTENDING PHYSICIAN:** Guttman, Joshua, MD

| INS TYPE | INSURANCE | GROUP NO | POLICY NO |
|---|---|---|---|
| PRIMARY | Cigna | | U5926013401 |
| SECONDARY | | | |
| TERTIARY | | | |

**Charges**

| Svc Dt | Rev Code | CDM Code | CPT(R) Code | Description | Qty | Amount |
|---|---|---|---|---|---|---|
| 11/08/2022 | 0250 | 25000001 | 25000001 | OXYCODONE-ACETAMINOPHEN 5-325 MG TABS | 1 | $6.00 |
| 11/08/2022 | 0300 | 30000420 | 36415 | VENIPUNCTURE | 1 | $43.00 |
| 11/08/2022 | 0301 | 30150004 | 80053 | COMP, METABOLIC PANEL | 1 | $489.00 |
| 11/08/2022 | 0305 | 30500058 | 85610 | PT(PROTHROMBIN TIME) | 1 | $158.00 |
| 11/08/2022 | 0305 | 30500105 | 85025 | CBC, PLAT & DIFF | 1 | $244.00 |
| 11/08/2022 | 0307 | 30700081 | 81001 | URINALYSIS WITH MICROSCOPY | 1 | $222.00 |
| 11/08/2022 | 0320 | 32000216 | 73100 | WRIST 2 VIEW  LT | 1 | $725.00 |
| 11/08/2022 | 0320 | 32000218 | 73100 | X-RAY EXAM WRIST 2+ VIEW | 1 | $725.00 |
| 11/08/2022 | 0320 | 32000243 | 73130 | X-RAY EXAM HAND 3+ VIEW | 1 | $802.00 |
| 11/08/2022 | 0320 | 32000336 | 73590 | X-RAY EXAM TIBULA AND FIBULA 2+ VIEW BILAT | 1 | $879.00 |
| 11/08/2022 | 0320 | 32000359 | 73610 | X-RAY EXAM ANKLE 3+ VIEW | 1 | $1,060.00 |
| 11/08/2022 | 0351 | 35100001 | 70450 | HEAD/BRAIN CT W/O DYE | 1 | $4,085.00 |
| 11/08/2022 | 0352 | 35200004 | 71275 | THORAX CTA W&WO DYE | 1 | $6,367.00 |
| 11/08/2022 | 0352 | 35200005 | 72125 | CERVICAL SPINE CT W/O DYE | 1 | $7,128.00 |
| 11/08/2022 | 0352 | 35200060 | 74174 | CTA, ABDOMEN AND PELVIS, W DYE | 1 | $8,464.00 |
| 11/08/2022 | 0450 | 45000459 | 99285 | COMPREHENSIVE CARE | 1 | $3,503.00 |
| 11/08/2022 | 0636 | 63600001 | 90715 | TDAP-TETANUS/REDUCED DIPHTH/ACELL PERTUSSIS VACCINE, ADSORBED 5-2.5-18.5 LF-MCG/0.5 SUSY | 1 | $184.99 |
| 11/08/2022 | 0636 | 63600001 | Q9967 | IOHEXOL 350 MG/ML SOLN | 65 | $303.80 |
| 11/08/2022 | 0771 | 77100006 | 90471 | IMMUNIZATION ADMIN 1ST | 1 | $62.00 |

**Total Charges: 35,451.79**

**Revenue Code Summary**

| Rev Code | Description | Qty | Amount |
|---|---|---|---|
| 0250 | Pharmacy - General Classification | 1 | $6.00 |
| 0300 | Laboratory - General Classification | 5 | $1,157.00 |
| 0320 | Radiology - Diagnostic - General Classification | 5 | $4,191.00 |
| 0350 | CT Scan - General Classification | 4 | $26,044.00 |
| 0450 | Emergency Room - General Classification | 1 | $3,503.00 |
| 0631 | Pharmacy - Extension of 025x - Single Source Drug | 86 | $488.79 |
| 0770 | Preventive Care Services - General Classification | 1 | $62.00 |

**Total Charges: 35,451.79**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
ATLANTA GA 30303
ED Record

Zonou, Kouessan
MRN: 100641627, DOB: ███ 1970, Sex: M
Adm: 11/8/2022, D/C: 11/8/2022

## ED Events (continued)

| Date/Time | Event | User | Comments |
|---|---|---|---|
| | | | AND OBLIQUE |
| 11/08/22 0811 | Imaging Exam Ordered | ALEXANDER, ELIZABETH C | -- |
| 11/08/22 0811 | CT Ordered | ALEXANDER, ELIZABETH C | CT TRAUMA CHEST ABDOMEN PELVIS W CONTRAST, CT BRAIN C SPINE WO CONTRAST |
| 11/08/22 0811 | Imaging Exam Ordered | ALEXANDER, ELIZABETH C | -- |
| 11/08/22 0819 | Assign Attending | GUTTMAN, JOSHUA | Guttman, Joshua, MD assigned as Attending |
| 11/08/22 0819 | Assign Physician | GUTTMAN, JOSHUA | -- |
| 11/08/22 0821 | Medication | BRADLEY, CONNIE | -- |
| 11/08/22 0844 | XR Ordered | GUTTMAN, JOSHUA | XR WRIST RIGHT PA AND LATERAL |
| 11/08/22 0844 | Imaging Exam Ordered | GUTTMAN, JOSHUA | -- |
| 11/08/22 0853 | ED Lab In Process | LONG, ANTHONY | (In process) URINALYSIS, COMPLETE |
| 11/08/22 0902 | Imaging Exam Started | ELMORE, RENEE | XR HAND RIGHT PA LATERAL AND OBLIQUE |
| 11/08/22 0902 | Imaging Exam Started | ELMORE, RENEE | XR Wrist 2 Views Left PA and Lateral |
| 11/08/22 0902 | Imaging Exam Started | ELMORE, RENEE | XR ANKLE LEFT AP LATERAL AND OBLIQUE |
| 11/08/22 0902 | Imaging Exam Started | ELMORE, RENEE | XR TIBIA FIBULA RIGHT AP AND LATERAL |
| 11/08/22 0903 | Imaging Exam Started | ELMORE, RENEE | XR Wrist Right PA and Lateral |
| 11/08/22 0905 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) URINALYSIS, COMPLETE |
| 11/08/22 0905 | Lab Resulted | EDI, LAB IN HLSEVEN | (Final result) CBC, PLAT, WBC DIFF |
| 11/08/22 0907 | Lab Resulted | EDI, LAB IN HLSEVEN | (Final result) URINALYSIS, COMPLETE |
| 11/08/22 0911 | Lab Resulted | EDI, LAB IN HLSEVEN | (Final result) PT WITH INR |
| 11/08/22 0921 | Imaging Exam Ended | ELMORE, RENEE | XR HAND RIGHT PA LATERAL AND OBLIQUE |
| 11/08/22 0921 | Imaging Exam Ended | ELMORE, RENEE | XR Wrist 2 Views Left PA and Lateral |
| 11/08/22 0921 | Imaging Exam Ended | ELMORE, RENEE | XR ANKLE LEFT AP LATERAL AND OBLIQUE |
| 11/08/22 0921 | Imaging Exam Ended | ELMORE, RENEE | XR TIBIA FIBULA RIGHT AP AND LATERAL |
| 11/08/22 0921 | Imaging Exam Ended | ELMORE, RENEE | XR Wrist Right PA and Lateral |
| 11/08/22 0921 | Lab Resulted | EDI, LAB IN HLSEVEN | (Final result) CHEM 14, METABOLIC PANEL |
| 11/08/22 0949 | Imaging Final Result | EDI, RAD RESULTS IN | XR Wrist 2 Views Left PA and Lateral |
| 11/08/22 0949 | Xray Final Result | EDI, RAD RESULTS IN | (Final result) XR WRIST LEFT PA AND LATERAL |
| 11/08/22 0956 | Imaging Final Result | EDI, RAD RESULTS IN | XR Wrist Right PA and Lateral |
| 11/08/22 0956 | Xray Final Result | EDI, RAD RESULTS IN | (Final result) XR WRIST RIGHT PA AND LATERAL |
| 11/08/22 1000 | Registration Completed | WILSON, KAIGI | -- |
| 11/08/22 1004 | Imaging Final Result | EDI, RAD RESULTS IN | XR HAND RIGHT PA LATERAL AND OBLIQUE |
| 11/08/22 1004 | Xray Final Result | EDI, RAD RESULTS IN | (Final result) XR HAND RIGHT PA LATERAL AND OBLIQUE |
| 11/08/22 1004 | Imaging Final Result | EDI, RAD RESULTS IN | XR TIBIA FIBULA RIGHT AP AND LATERAL |
| 11/08/22 1004 | Xray Final Result | EDI, RAD RESULTS IN | (Final result) XR TIBIA FIBULA RIGHT AP |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
ATLANTA GA 30303
ED Record

Zonou, Kouessan
MRN: 100641627, DOB: ███ 1970, Sex: M
Adm: 11/8/2022, D/C: 11/8/2022

## ED Events (continued)

| Date/Time | Event | User | Comments |
|---|---|---|---|
| | Snapshot | | |
| 11/08/22 1400 | IFT Departure Snapshot | BRADLEY, CONNIE | -- |
| 11/08/22 1945 | Charting Complete | ALEXANDER, ELIZABETH C | -- |
| 11/08/22 2037 | Charting Complete | GUTTMAN, JOSHUA | -- |

## ED Treatment Team

| Provider | Role | From | To | Phone | Pager |
|---|---|---|---|---|---|
| Guttman, Joshua, MD | Attending Provider | 11/08/22 0819 | 11/08/22 1400 | 404-616-1000 | -- |
| Alexander, Elizabeth C., NP | Nurse Practitioner | 11/08/22 0756 | -- | 404-616-1000 | -- |
| Bradley, Connie, RN | Registered Nurse | 11/08/22 0808 | -- | 770-550-9350 | -- |

## Discharge Orders (From admission, onward)

| Start | Ordered | | Status | Ordering User |
|---|---|---|---|---|
| 11/08/22 0000 | 11/08/22 1242 | **bacitracin ointment** 2 TIMES DAILY | Ordered | ALEXANDER, ELIZABETH C |
| 11/08/22 0000 | 11/08/22 1242 | **ibuprofen (MOTRIN) 600 mg tablet** EVERY 8 HOURS PRN | Ordered | ALEXANDER, ELIZABETH C |
| 11/08/22 0000 | 11/08/22 1242 | **acetaminophen (TYLENOL) 500 MG tablet** EVERY 6 HOURS PRN | Ordered | ALEXANDER, ELIZABETH C |
| 11/08/22 0000 | 11/08/22 1242 | **cyclobenzaprine (FLEXERIL) 10 mg tablet** 3 TIMES DAILY PRN | Ordered | ALEXANDER, ELIZABETH C |

## ED Notes

### ED Notes by Bradley, Connie, RN at 11/8/2022 8:12 AM

| Author: Bradley, Connie, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 11/8/2022 8:20 AM | Date of Service: 11/8/2022 8:12 AM | Status: Signed |
| Editor: Bradley, Connie, RN (Registered Nurse) | | |

Pt BIB EMS with C/O MVC. Pt arrived to MTC with c-collar on and aligned by EMS. Pt is alert and oriented x4.
Per EMS report, pt was a restrained driver who rear-ended an 18 wheeler with damage noted to drivers front
side of car. Per report -airbag deployment, -LOC, -seatbelt sign, - blood thinners, self extricated and
ambulatory at the scene. Abrasions noted to forehead with drsg above left eye dry and intact, bleeding
controlled. Pt endorses head pain. Scattered abrasions are noted to upper extremities (small) and left knee, no
deformities are noted. Pt C/O left wrist pain and right hand pain, left leg pain, PSM is intact, pt states his pain
is 7/10. See assessment for further info. Provider E.Alexander is at bedside assessing pt. Stretcher is in lowest
position, side rails are up x2 and brakes are locked. Urinal provided for pt, waiting for further orders.

Signed by Bradley, Connie, RN on 11/8/2022 8:20 AM

### ED Notes by Bradley, Connie, RN at 11/8/2022 8:44 AM



GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
ATLANTA GA 30303
ED Record

Zonou, Kouessan
MRN: 100641627, DOB: ███970, Sex: M
Adm: 11/8/2022, D/C: 11/8/2022

## ED Notes (continued)

### ED Provider Notes by Alexander, Elizabeth C., NP at 11/8/2022 7:57 AM (continued)

| | | |
|---|---|---|
| Author: Alexander, Elizabeth C., NP | Service: Emergency Medicine (Non-admitting) | Author Type: Nurse Practitioner |
| Filed: 11/8/2022 7:44 PM | Date of Service: 11/8/2022 7:57 AM | Status: Attested |
| Editor: Alexander, Elizabeth C., NP (Nurse Practitioner) | | Cosigner: Guttman, Joshua, MD at 11/8/2022 8:37 PM |

Attestation signed by Guttman, Joshua, MD at 11/8/2022 8:37 PM

Agree

Xrays and panscan neg.
Low concern for emergent injury based on H+P.

### Patient Identification

Kouessan Zonou
100641627
███970

Patient information was obtained from Patient.
History/Exam limitations: none.
Patient presented to the Emergency Department

### Chief Complaint

Motor Vehicle Crash (MVC today. Car Vs 18 wheeler. Restrained driver. Rear-ended 18 wheeler with attempts to brake and turn to R-side of 18-wheeler. Self-reports LOC though EMS reports self-extrication on prior to arrival on scene. No airbags. Abrasion to L forehead and bilateral hand, bleeding controlled. C/o neck, back, RT hip, and head pain. Endorsing generalized fatigue. Denies numbness or tingling, CP, SOB, LH, N/V. Hx HTN, no thinners. )

### History of Present Illness

Kouessan Zonou is a 52 y.o. male presenting to MTC today after MVC. Pt reports med hx HTN. Pt rear ended 18 wheeler. + no AB, + restrained, ambulatory on scene. Abrasions to forehead and hands. + neck and back pain. No blood thinners. No LOC. In C collar. GCS 15

*Primary Survey:* Blood pressure 125/87, pulse 84, temperature 37.2 °C (98.9 °F), resp. rate 18, SpO2 99 %.
      Airway: intact
      **Breathing: no crepitus and clear to auscultation bilaterally**
      Circulation:

| L radial | 2+ | R radial | 2+ |
|---|---|---|---|
| L DP | 2+ | R DP | 2+ |

      GCS:
            Eye: (4) Spontaneously
            Motor: (6) Obeys Verbal Commands
            Verbal: (5) Oriented
                Total: 15

### Review of Systems

Constitutional: Negative for fever, chills and diaphoresis

 Grady

| | |
|---|---|
| GRADY HOSPITAL<br>80 Jesse Hill Jr. Drive SE<br>ATLANTA GA 30303<br>ED Record | Zonou, Kouessan<br>MRN: 100641627, DOB: ███ 1970, Sex: M<br>Adm: 11/8/2022, D/C: 11/8/2022 |

---

**ED Notes (continued)**

**ED Provider Notes by Alexander, Elizabeth C., NP at 11/8/2022  7:57 AM (continued)**

**Genitourinary:** No blood at the urethra, rectal exam deferred

**Musculoskeletal:** + TTP bilateral hand and wrist, superficial abrasions dorsum of hands, superficial, pulses intact, + TTP L ankle, no deformities, TTP R tibia, no deformities

**Neuro:** A+Ox3, no upper extremity motor or sensory deficits, no lower extremity motor or sensory deficits

**Skin:** +abrasion R forehead, bilateral hands

**Psych:**  Patient is calm and cooperative, normal insight and judgement

**AMPLE History:**
**Allergies:** NKDA
**Medications:**lisinopril, hydrochlorothiazide,
**PMH/PSH:** none
**Last tetanus -  will update   / Illicit Drugs -  denies      / EtOH -  denies      /**
**Events/Environment History:** As noted above in HPI

**Laboratory Data**
No results found for this or any previous visit (from the past 24 hour(s)).

**Imaging**

Imaging Reviewed - No data to display

**MDM, Assessment & Plan(s):**

11/8/2022
7:57 AM EST

**Brief Summary:** Kouessan Zonou is a 52 y.o. male comes into ED for MVC, hit a 18 wheeler head on. + windshield shattered. +restrained, no AB deployment. Abrasion to R forehead and hands, no LOC, + C spine TTP, hip pain, bilateral wrist/hand pain, and R ankle and L lower leg pain. No obvious deformities, in c collar.

**Primary survey:** neg
**Secondary survey:** significant for listed above

**Diagnosis/Initial Plan:**
1.
-primary and secondary survey as above
-given mechanism of injury, concern for spinal injury, intracranial injury, hip fx, hand fx, R ankle injury
-will obtain trauma labs including CBC, BMP, PT/INR,
-CXR/CTH and C spine, CT chest/abd/pelvis
-XR bilateral wrist, R hand, L ankle,R tib/fib

-IVF bolus none
-pain control (percocet)

---

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
ATLANTA GA 30303
ED Record

Zonou, Kouessan
MRN: 100641627, DOB: ▉ 1970, Sex: M
Adm: 11/8/2022, D/C: 11/8/2022

## ED Notes (continued)

### ED Provider Notes by Alexander, Elizabeth C., NP at 11/8/2022 7:57 AM (continued)

*For mechanical heart valve or recurrent
systemic embolism: INR = 2.5 - 3.5*

**URINALYSIS, COMPLETE - Abnormal; Notable
for the following components:**
Ketones,Qualitative-    Trace=5
Urine                          mg/dL (*)
Hemoglobin,Qualitative 1+=0.03
-Urine                         mg/dL (*)
All other components within normal limits
**CBC, PLAT, WBC DIFF**

Imaging Reviewed
**CT BRAIN C SPINE WO CONTRAST**
*Narrative:*
*EXAM: CT BRAIN C SPINE WO CONTRAST*

*CLINICAL INDICATION:   Neck pain, recent
trauma( trauma)*

*TECHNIQUE:  CT examination of the head without
IV contrast. CT examination of the cervical spine
without IV contrast. Axial, sagittal, and coronal
reconstructed images.*

*COMPARISON:  None.*

*FINDINGS:*

*HEAD:*

*Surgical/Devices/Scout: None.*

*Parenchyma: No acute large territory infarction. No
intraparenchymal hemorrhage. No mass or mass
effect.*

*Extra-axial Compartment:  Normal.*

*Ventricular System:  Normal.*

*Bones/Soft Tissues:  No acute fracture or
temporomandibular joint dislocation. Left temporal
scalp soft tissue injury. . Surgical staples.*

*Included Orbits: No injury.*

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
ATLANTA GA 30303
ED Record

Zonou, Kouessan
MRN: 100641627, DOB███1970, Sex: M
Adm: 11/8/2022, D/C: 11/8/2022

## ED Notes (continued)

### ED Provider Notes by Alexander, Elizabeth C., NP at 11/8/2022  7:57 AM (continued)

*CHEST:*

*Vascular: No acute injury.*

*Mediastinum:  Heart is normal in size. No pericardial effusion.*

*Lymph Nodes:  No abnormality.*

*Airways/Lungs/Pleura:  Airways are patent. No contusions or lacerations. No pleural effusion. No pneumothorax.*

*ABDOMEN/PELVIS:*

*Liver: No injury. Normal size and contour.*

*Biliary tree/gallbladder: No intrahepatic or extrahepatic biliary ductal dilatation. Normal gallbladder.*

*Spleen: No injury. No splenomegaly.*

*Pancreas:  No injury. No focal lesions or ductal dilatation.*

*Adrenal glands: Normal.*

*Kidneys/ureters:  No injury. No solid or cystic masses. No urolithiasis or obstructive uropathy. Nonobstructive calculi subcentimeter within the lower pole the right kidney. Objectively, these may represent pancreatic calcifications. There are hypodensities in the lateral interpolar left kidney too small to characterize.*

*Urinary bladder: No injury.*

*Gastrointestinal/mesentery: No injury. No bowel dilatation to suggest obstruction.*

*Pelvic organs: No abnormality.*

*Lymph nodes: No abnormality.*

*Peritoneum/retroperitoneum: No free fluid. No retroperitoneal hematoma.*

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
ATLANTA GA 30303
ED Record

Zonou, Kouessan
MRN: 100641627, DOB: ▮▮1970, Sex: M
Adm: 11/8/2022, D/C: 11/8/2022

## ED Notes (continued)

### ED Provider Notes by Alexander, Elizabeth C., NP at 11/8/2022 7:57 AM (continued)

*CLINICAL INDICATION: Pain/Deformity Following Trauma*

*COMPARISON: None.*

*FINDINGS:*

*Bones: No acute fracture.*

*Joints: No dislocation.*

*Soft tissues: Normal.*

## XR TIBIA FIBULA RIGHT AP AND LATERAL
*Narrative:*
*EXAM: XR TIBIA FIBULA RIGHT AP AND LATERAL*

*CLINICAL INDICATION: Pain/Deformity Following Trauma*

*COMPARISON: None.*

*FINDINGS:*

*Bones: No acute fracture.*

*Joints: No dislocation.*

*Soft tissues: Normal.*

## XR WRIST RIGHT PA AND LATERAL
*Narrative:*
*EXAM: XR WRIST RIGHT PA AND LATERAL*

*CLINICAL INDICATION: MVC car versus 18 wheeler. Complaining of neck, back, right hip and head pain*

*COMPARISON: None.*

*FINDINGS:*

*Bones: No acute fracture.*

*Joints: No dislocation.*

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
ATLANTA GA 30303
ED Record

Zonou, Kouessan
MRN: 100641627, DOB: ███1970, Sex: M
Adm: 11/8/2022, D/C: 11/8/2022

## ED Notes (continued)

### ED Provider Notes by Alexander, Elizabeth C., NP at 11/8/2022 7:57 AM (continued)

Discharge: To self

Provider: Elizabeth Alexander NP
Supervision: *Associate Provider Supervised by Dr Guttman, J.*

Alexander, Elizabeth C., NP
11/08/22 1944

Signed by Guttman, Joshua, MD on 11/8/2022 8:37 PM

## ED Orders (From admission, onward)

| Start | Ordered | | Status | Ordering Provider |
|---|---|---|---|---|
| 11/08/22 0844 | 11/08/22 0844 | **XR Wrist Right PA and Lateral** 1 TIME IMAGING | Final result | GUTTMAN, JOSHUA |
| 11/08/22 0830 | 11/08/22 0811 | **oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet 1 tablet** ONCE | Last MAR action: Given - by BRADLEY, CONNIE on 11/08/22 at 0843 | ALEXANDER, ELIZABETH C. |
| 11/08/22 0830 | 11/08/22 0811 | **Tdap-Tetanus/Reduced Diphth/Acell Pertussis vaccine, Adsorbed (BOOSTRIX) injection 0.5 mL** ONCE | Last MAR action: Given - by BRADLEY, CONNIE on 11/08/22 at 0843 | ALEXANDER, ELIZABETH C. |
| 11/08/22 0811 | 11/08/22 0811 | **CT Trauma Chest Abdomen Pelvis w Contrast** 1 TIME IMAGING | Final result | ALEXANDER, ELIZABETH C. |
| 11/08/22 0811 | 11/08/22 0811 | **XR HAND RIGHT PA LATERAL AND OBLIQUE** 1 TIME IMAGING | Final result | ALEXANDER, ELIZABETH C. |
| 11/08/22 0811 | 11/08/22 0811 | **XR Wrist 2 Views Left PA and Lateral** 1 TIME IMAGING | Final result | ALEXANDER, ELIZABETH C. |
| 11/08/22 0811 | 11/08/22 0811 | **XR ANKLE LEFT AP LATERAL AND OBLIQUE** 1 TIME IMAGING | Final result | ALEXANDER, ELIZABETH C. |
| 11/08/22 0811 | 11/08/22 0811 | **XR TIBIA FIBULA RIGHT AP AND LATERAL** 1 TIME IMAGING | Final result | ALEXANDER, ELIZABETH C. |
| 11/08/22 0810 | 11/08/22 0811 | **CT brain C-spine wo Contrast** 1 TIME IMAGING | Final result | ALEXANDER, ELIZABETH C. |
| 11/08/22 0809 | 11/08/22 0811 | **Chem 14, Metabolic Panel** ONE TIME | Final result | ALEXANDER, ELIZABETH C. |
| 11/08/22 0809 | 11/08/22 0811 | **CBC, Platelets, WBC Differential** ONE TIME | Final result | ALEXANDER, ELIZABETH C. |
| 11/08/22 0809 | 11/08/22 0811 | **PT with INR** ONE TIME | Final result | ALEXANDER, ELIZABETH C. |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
ATLANTA GA 30303
ED Record

Zonou, Kouessan
MRN: 100641627, DOB █████ 1970, Sex: M
Adm: 11/8/2022, D/C: 11/8/2022

---

## Lab Results

Resulted: 11/08/22 0921, Result status: Final
result

**Chem 14, Metabolic Panel [244837507] (Abnormal)**

Ordering provider: Alexander, Elizabeth C., NP  11/08/22
0811
Narrative:

Resulting lab: GRADY MAIN LABORATORY

As of Sept. 21st, 2022, the equation used to estimate the GFR is the 2021 CKD-EPI formula using the measurement of
serum or plasma creatinine, and without the race variable that had been used with prior equations.

> 90 mL/min/1.73 m2:  indicates no kidney disease is present
60-90: may indicate early kidney disease
15-59: may indicate developing or chronic kidney disease
< 15: kidney failure

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 11/08/22 0837 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium-Serum | 140 | 132 - 144 meq/L | — | GRALAB |
| Potassium-Serum | 3.6 | 3.4 - 5.1 meq/L | — | GRALAB |
| Chloride-Serum | 101 | 101 - 111 meq/L | — | GRALAB |
| Co2 Content-Serum | 27 | 22 - 32 meq/L | — | GRALAB |
| Anion Gap | 12 | 1 - 13 | — | GRALAB |
| Glucose, Casual-Serum | 93 | 70 - 125 mg/dL | — | GRALAB |
| Urea Nitrogen-Serum | 19 | 8 - 22 mg/dL | — | GRALAB |
| Osmo, Calculated | 281 | 275 - 300 mOsm/kg | — | GRALAB |
| Creatinine-Serum | 0.9 | 0.7 - 1.2 mg/dL | — | GRALAB |
| Glomerular Filtration Rate Calc | >90 | >90 mL/min/1.73 mE2 | — | GRALAB |
| Comment: > 90 mL/min/1.73 m2: indicates no kidney disease is present | | | | |
| Calcium, Total Serum | 9.5 | 8.9 - 10.3 mg/dL | — | GRALAB |
| Calcium, Albumin Adjusted | 9.5 | 8.9 - 10.3 mg/dL | — | GRALAB |
| Protein, Total-Serum | 7.2 | 6.0 - 8.3 gm/dL | — | GRALAB |
| Albumin, Bcg-Serum | 4.0 | 3.5 - 5.0 gm/dL | — | GRALAB |
| ALT (SGPT) | 6 | 17 - 63 U/L | L ⌄ | GRALAB |
| AST (SGOT) | 12 | 10 - 42 U/L | — | GRALAB |
| Bilirubin, Total-Serum | 0.6 | 0.3 - 1.6 mg/dL | — | GRALAB |
| Bilirubin, Direct-Serum | 0.1 | 0.1 - 0.4 mg/dL mg/dL | — | GRALAB |
| Alkaline Phosphatase | 81 | 38 - 126 U/L | — | GRALAB |

Resulted: 11/08/22 0911, Result status: Final
result

**PT with INR [244837509] (Abnormal)**

Ordering provider: Alexander, Elizabeth C., NP  11/08/22
0811
Narrative:

Resulting lab: GRADY MAIN LABORATORY

INR is useful for monitoring Coumadin Therapy.
Therapeutic ranges for the INR vary with Clinical State.

For prevention of embolism, prophylaxis of venous embolism or
treatment of deep vein thrombosis: INR = 2.0 - 3.0

---

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
ATLANTA GA 30303
ED Record

Zonou, Kouessan
MRN: 100641627, DOB: ████ 1970, Sex: M
Adm: 11/8/2022, D/C: 11/8/2022

## Lab Results (continued)

Resulted: 11/08/22 0905, Result status: Final
result

**CBC, Platelets, WBC Differential [244837508] (continued)**

Ordering provider: Alexander, Elizabeth C., NP  11/08/22
0811

Resulting lab: GRADY MAIN LABORATORY

Specimen Collection

| Type | Source | Collected On |
|------|--------|--------------|
| Blood | — | 11/08/22 0837 |

Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| WBC Count-Blood | 4.4 | 3.8 - 10.7 K/mcL | — | GRALAB |
| RBC Count-Blood | 5.71 | 4.31 - 5.88 M/mcL | — | GRALAB |
| Hemoglobin-Blood | 15.6 | 13.2 - 17.7 gm/dL | — | GRALAB |
| Hematocrit-Blood | 48.0 | 40.3 - 53.1 % | — | GRALAB |
| MCV | 84.0 | 81 - 100.2 fL | — | GRALAB |
| MCH | 27.3 | 26.1 - 34.5 pg | — | GRALAB |
| MCHC | 32.5 | 31.5 - 35.0 gm/dL | — | GRALAB |
| RDW | 13.8 | 11.5 - 15.4 % | — | GRALAB |
| Platelet Count-Blood | 244 | 148 - 362 K/mcL | — | GRALAB |
| Platelet MPV | 7.4 | 6.7 - 10.5 fL | — | GRALAB |
| % Neutrophils-Auto | 56.6 | 41.8 - 78.3 % | — | GRALAB |
| % Lymphocytes-Auto | 32.3 | 13.8 - 48.7 % | — | GRALAB |
| % Monocytes-Auto | 7.2 | 3.8 - 12.2 % | — | GRALAB |
| % Eosinophils-Auto | 3.0 | 0.4 - 7.5 % | — | GRALAB |
| % Basophils-Auto | 0.9 | 0.2 - 1.7 % | — | GRALAB |
| NRBC-Auto | 0.1 | 0.0 - 0.8 /100WBC | — | GRALAB |
| # Neutrophils-Auto | 2.5 | 1.7 - 7.4 K/mcL | — | GRALAB |
| # Lymphocytes-Auto | 1.4 | 0.9 - 3.2 K/mcL | — | GRALAB |
| # Monocytes-Auto | 0.3 | 0.2 - 0.8 K/mcL | — | GRALAB |
| # Eosinophils-Auto | 0.1 | 0.0 - 0.5 K/mcL | — | GRALAB |
| # Basophils-Auto | 0.0 | 0.0 - 0.2 K/mcL | — | GRALAB |
| # NRBC-Auto | 0.0 | <0.1 K/mcL | — | GRALAB |
| Man Diff Done | None | — | — | GRALAB |

Resulted: 11/08/22 0905, Result status:
Preliminary result

**Urinalysis, Complete [244837510] (Abnormal)**

Ordering provider: Alexander, Elizabeth C., NP  11/08/22
0811

Resulting lab: GRADY MAIN LABORATORY

Specimen Collection

| Type | Source | Collected On |
|------|--------|--------------|
| Urine | Urine, unspecified source | 11/08/22 0837 |

Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Color-Urine | Yellow | Yellow, Straw, Colorless | — | GRALAB |
| Clarity-Urine | Clear | Clear, Hazy | — | GRALAB |
| Specific Gravity-Urine | 1.013 | 1.001 - 1.035 | — | GRALAB |

 Grady

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
ATLANTA GA 30303
ED Record

Zonou, Kouessan
MRN: 100641627, DOB: ███1970, Sex: M
Adm: 11/8/2022, D/C: 11/8/2022

**ED Prescriptions (continued)**

| Medication | Sig | Dispense | Start Date | End Date | Auth. Provider |
|---|---|---|---|---|---|
| **acetaminophen (TYLENOL) 500 MG tablet** | Take 1 tablet (500 mg total) by mouth every 6 hours as needed for Pain. | 30 tablet | 11/8/2022 | -- | Guttman, Joshua, MD |
| **cyclobenzaprine (FLEXERIL) 10 mg tablet (Expired)** | Take 1 tablet (10 mg total) by mouth 3 times every day as needed for Muscle spasms. | 20 tablet | 11/8/2022 | 11/18/2022 | Guttman, Joshua, MD |

Review status set to Review Complete on 11/8/2022

**Allergies as of 11/8/2022**

No Known Allergies

**Discharge Instructions**                                           Zonou, Kouessan (MRN 100641627)

| Date | Status | User | User Type | Discharge Note |
|---|---|---|---|---|
| 11/08/22 1243 | Updated | Alexander, Elizabeth C., NP | Nurse Practitioner | Original |

| Note: |
|---|

No future appointments.

Keep wounds clean and dry
-apply cream to forehead
-return as needed

Signed by Alexander, Elizabeth C., NP on 11/8/2022 12:43 PM

**Admission Information**

| Arrival Date/Time: | 11/08/2022 0737 | Admit Date/Time: | 11/08/2022 0751 | IP Adm. Date/Time: | |
|---|---|---|---|---|---|
| Admission Type: | Emergency | Point of Origin: | Self Referral | Admit Category: | |
| Means of Arrival: | Grady Ambulance | Primary Service: | Emergency Medicine (Non-admitting) | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | GRADY HEALTH SYSTEM SERVICE AREA | Unit: | Emergency Department |
| Admit Provider: | | Attending Provider: | Guttman, Joshua, MD | Referring Provider: | |

**Radiology Results**

Resulted: 11/08/22 1157, Result status: Final result

CT Trauma Chest Abdomen Pelvis w Contrast [244837512]

Ordering provider: Alexander, Elizabeth C., NP 11/08/22     Resulted by: McAdams, Christopher R., MD

 **Grady**

| | |
|---|---|
| GRADY HOSPITAL<br>80 Jesse Hill Jr. Drive SE<br>ATLANTA GA 30303 | Zonou, Kouessan<br>MRN: 100641627, DOB: ███ 1970, Sex: M<br>Adm: 11/8/2022, D/C: 11/8/2022 |

## Radiology Results (continued)

**CT Trauma Chest Abdomen Pelvis w Contrast [244837512]
(continued)**

Resulted: 11/08/22 1157, Result status: Final
result

Peritoneum/retroperitoneum: No free fluid. No retroperitoneal hematoma.

Vessels: No acute injury.

Bones: No acute fracture or dislocation. No aggressive osseous lesion. Normal spinal alignment.

Soft tissues: No acute abnormality. Symmetric bilateral gynecomastia

Impression:
IMPRESSION:
No acute traumatic findings within the chest, abdomen or pelvis.

Resulted: 11/08/22 1142, Result status: Final
result

**CT brain C-spine wo Contrast [244837511]**

| | |
|---|---|
| Ordering provider: Alexander, Elizabeth C., NP  11/08/22<br>0811 | Resulted by: McAdams, Christopher R., MD |
| Performed: 11/08/22 1115 - 11/08/22 1120 | Accession number: B9704809 |
| Resulting lab: GRADY RADIOLOGY | |

Narrative:
EXAM: CT BRAIN C SPINE WO CONTRAST

CLINICAL INDICATION:   Neck pain, recent trauma( trauma)

TECHNIQUE:  CT examination of the head without IV contrast. CT examination of the cervical spine without IV contrast.
Axial, sagittal, and coronal reconstructed images.

COMPARISON:  None.

FINDINGS:

HEAD:

Surgical/Devices/Scout: None.

Parenchyma: No acute large territory infarction. No intraparenchymal hemorrhage. No mass or mass effect.

Extra-axial Compartment:  Normal.

Ventricular System:  Normal.

Bones/Soft Tissues:  No acute fracture or temporomandibular joint dislocation. Left temporal scalp soft tissue injury. .
Surgical staples.

Included Orbits: No injury.

Paranasal Sinuses:  No hemosinus. Secretions within the left frontal sinus recesses

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
ATLANTA GA 30303

Zonou, Kouessan
MRN: 100641627, DOB: ▉1970, Sex: M
Adm: 11/8/2022, D/C: 11/8/2022

**Radiology Results (continued)**

**XR ANKLE LEFT AP LATERAL AND OBLIQUE [244837515] (continued)**

Resulted: 11/08/22 0957, Result status: Final result

FINDINGS:

Bones: No acute fracture.

Joints: No dislocation.

Soft tissues: Normal.

Impression:
IMPRESSION: No acute osseous abnormality.

The images were reviewed and interpreted by Christopher McAdams, MD.

Resulted: 11/08/22 0955, Result status: Final result

**XR TIBIA FIBULA RIGHT AP AND LATERAL [244837516]**

Ordering provider: Alexander, Elizabeth C., NP  11/08/22 0811

Performed: 11/08/22 0902 - 11/08/22 0921
Resulting lab: GRADY RADIOLOGY
Narrative:
EXAM: XR TIBIA FIBULA RIGHT AP AND LATERAL

Resulted by:
McAdams, Christopher R., MD
Koomson, Jacqueline, MD
Accession number: B9704814

CLINICAL INDICATION:  Pain/Deformity Following Trauma

COMPARISON: None.

FINDINGS:

Bones: No acute fracture.

Joints: No dislocation.

Soft tissues: Normal.

Impression:
IMPRESSION: No acute osseous abnormality.

The images were reviewed and interpreted by Christopher McAdams, MD.

Resulted: 11/08/22 0954, Result status: Final result

**XR HAND RIGHT PA LATERAL AND OBLIQUE [244837513]**

Ordering provider: Alexander, Elizabeth C., NP  11/08/22 0811

Performed: 11/08/22 0902 - 11/08/22 0921
Resulting lab: GRADY RADIOLOGY
Narrative:
EXAM: XR HAND RIGHT PA LATERAL AND OBLIQUE

Resulted by:
McAdams, Christopher R., MD
Koomson, Jacqueline, MD
Accession number: B9704811

CLINICAL INDICATION:  Pain/Deformity Following Trauma

COMPARISON: None.

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
ATLANTA GA 30303

Zonou, Kouessan
MRN: 100641627, DOB: ███ 1970, Sex: M
Adm: 11/8/2022, D/C: 11/8/2022

## Radiology Results (continued)

Resulted: 11/08/22 0946, Result status: Final result

### XR Wrist 2 Views Left PA and Lateral [244837514] (continued)
FINDINGS:

Bones: No acute fracture.

Joints: No dislocation.

Soft tissues: Normal.

Impression:
IMPRESSION: No acute osseous abnormality.

The images were reviewed and interpreted by Christopher McAdams, MD.

Resulted: 11/08/22 0903, Result status: In process

### XR Wrist Right PA and Lateral [244837518]
| | |
|---|---|
| Ordering provider: Guttman, Joshua, MD  11/08/22 0844 | Resulted by:<br>McAdams, Christopher R., MD<br>Koomson, Jacqueline, MD |
| Performed: 11/08/22 0903 - 11/08/22 0905 | Accession number: B9704860 |

Resulted: 11/08/22 0902, Result status: In process

### XR HAND RIGHT PA LATERAL AND OBLIQUE [244837513]
| | |
|---|---|
| Ordering provider: Alexander, Elizabeth C., NP  11/08/22 0811 | Resulted by:<br>McAdams, Christopher R., MD<br>Koomson, Jacqueline, MD |
| Performed: 11/08/22 0902 - 11/08/22 0921 | Accession number: B9704811 |

Resulted: 11/08/22 0902, Result status: In process

### XR Wrist 2 Views Left PA and Lateral [244837514]
| | |
|---|---|
| Ordering provider: Alexander, Elizabeth C., NP  11/08/22 0811 | Resulted by:<br>McAdams, Christopher R., MD<br>Koomson, Jacqueline, MD |
| Performed: 11/08/22 0902 - 11/08/22 0921 | Accession number: B9704812 |

Resulted: 11/08/22 0902, Result status: In process

### XR ANKLE LEFT AP LATERAL AND OBLIQUE [244837515]
| | |
|---|---|
| Ordering provider: Alexander, Elizabeth C., NP  11/08/22 0811 | Resulted by:<br>McAdams, Christopher R., MD<br>Koomson, Jacqueline, MD |
| Performed: 11/08/22 0902 - 11/08/22 0921 | Accession number: B9704813 |

Resulted: 11/08/22 0902, Result status: In process

### XR TIBIA FIBULA RIGHT AP AND LATERAL [244837516]
| | |
|---|---|
| Ordering provider: Alexander, Elizabeth C., NP  11/08/22 0811 | Resulted by:<br>McAdams, Christopher R., MD<br>Koomson, Jacqueline, MD |
| Performed: 11/08/22 0902 - 11/08/22 0921 | Accession number: B9704814 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 9 - GRADYRAD | GRADY RADIOLOGY | Unknown | Unknown | 12/11/09 1042 - Present |

## END OF REPORT





**Grady EMS**
Patient Care Record

**Name:** ZONOU, KOUESSAN          **Incident #:** 2022-021757          **Date:** 11/08/2022          Patient 1 of 1

| Patient Information | | | | | Clinical Impression | |
|---|---|---|---|---|---|---|
| Last | ZONOU | Address | | | Primary Impression | Injury of Head |
| First | KOUESSAN | Address 2 | | | Secondary Impression | |
| Middle | | City | | | Protocols Used | Head Trauma - General |
| Gender | Male | State | | | Local Protocol Provided Care Level | |
| DOB | 1970 | Zip | | | Anatomic Position | Head |
| Age | 52 Yrs, 7 Months, 6 Days | Country | US | | Onset Time | 06:00:00 11/08/2022 |
| Weight | | Tel | | | Last Known Well | 06:00:00 11/08/2022 |
| Pedi Color | | Physician | | | Chief Complaint | HEAD/FACE PAIN |
| SSN | | Ethnicity | | | Duration | 15 | Units | Minutes |
| Race | | | | | Secondary Complaint | BACK PAIN |
| Advance Directives | | | | | Duration | 15 | Units | Minutes |
| Resident Status | | | | | Patient's Level of Distress | Mild |
| Patient Resides in Service Area | | | | | Signs & Symptoms | Injuries - Injury to head / Injuries - Injury to lower back |
| Temporary Residence Type | | | | | Injury | Motorized Vehicle Accident - Auto traffic accident injures occupant - Street or Highway - 11/08/2022 |
| | | | | | Additional Injury | |
| | | | | | Mechanism of Injury | Blunt, Other |
| | | | | | Medical/Trauma | Trauma |
| | | | | | Barriers of Care | None Noted |
| | | | | | Alcohol/Drugs | None Reported |
| | | | | | Pregnancy | No |
| | | | | | Initial Patient Acuity | Emergent (Yellow) |
| | | | | | Final Patient Acuity | Lower Acuity (Green) |
| | | | | | Patient Activity | |

| Medications/Allergies/History/Immunizations | |
|---|---|
| Medications | None Reported |
| Allergies | No known allergies |
| History | Hypertension (HTN) |
| Immunizations | |
| Last Oral Intake | |

| Vital Signs | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | AVPU | Side | POS | BP | Pulse | RR | SPO2 | ETCO2 | CO | BG | Temp | Pain | GCS(E+V+M)/Qualifier | RTS | PTS |
| 07:00 | Alert | L | Lay | 136/98 A | 87 R | 15 R | 99 Rm | | | 115 | | 2 | 15=4+5+6/NFP | 12 | |
| 07:15 | Alert | L | Lay | 127/88 A | 84 R | 18 R | 98 Rm | | | | | 2 | 15=4+5+6/NFP | 12 | |

| ECG | | | |
|---|---|---|---|
| Time | Type | Rhythm | Notes |
| 07:00 | 4-Lead | Sinus Rhythm | |

| Flow Chart | | | |
|---|---|---|---|
| Time | Treatment | Description | Provider |
| 07:00 | ALS Assessment | Patient Response: Improved; Successful; Complication: None; Medical Control: Protocol (Standing Order); | WOOD, BRYSON |
| 07:02 | Spinal Motion Restriction | Device: Cervical Collar; Patient Response: Improved; Successful; Complication: None; Medical Control: Protocol (Standing Order); | WOOD, BRYSON |
| 07:05 | Bandaging | Patient Response: Improved; Successful; Complication: None; Medical Control: Protocol (Standing Order); | WOOD, BRYSON |
| 07:10 | IV Monitoring | Antecubital-Left; Normal Saline (.9% NaCl); Total Fluid: 10; Patient Response: Improved; Stop Time: 07:11; Complication: None; Medical Control: Protocol (Standing Order); | WOOD, BRYSON |

| Assessments | | | |
|---|---|---|---|
| Assessment Time: 11/08/2022 12:00:52 | | | |
| Category | Comments | Subcategory | |
| Mental Status | | Mental Status | Normal Baseline For Patient |
| Skin | | Skin | ✓ Dry • Warm |

11/08/2022 11:00:21
PCRID: 640d2c17-7c88-4abf-bf19-af4700747992
Electronically Signed by: WOOD, BRYSON
Template Version: PCR-EXTRACT-1.3.1
Data Version: AAAAAA1lxB0=



**Grady EMS**
Patient Care Record

Name: ZONOU, KOUESSAN                Incident #: 2022-021757              Date: 11/08/2022          Patient 1 of 1

| Assessments | | | |
|---|---|---|---|
| **Assessment Time: 11/08/2022 12:00:52** | | | |
| **Category** | **Comments** | **Subcategory** | |
| HEENT | | Face | ✓ | **Face:** Pain • Tenderness |
| | | Head | ✓ | **Head:** Other • Pain • Tenderness |
| | | Eyes | | **Both Eyes:** PERRL |
| | | Neck | ✓ | Pain |
| Chest | | Chest | | Not Assessed |
| | | Heart Sounds | | Not Assessed |
| | | Lung Sounds | ✓ | **LL:** Breath Sounds - Clear<br>**LU:** Breath Sounds - Clear<br>**RL:** Breath Sounds - Clear<br>**RU:** Breath Sounds - Clear |
| Abdomen | | General | ✗ | Pain |
| Back | | Back | ✓ | Pain on ROM |
| Pelvis/GU/GI | | Pelvis/GU/GI | ✗ | **Pelvis/GU/GI:** Deformity • Pain |
| Extremities | | Left Arm | ✓ | **Hand - Whole Hand:** Other • Pain |
| | | Right Arm | ✓ | **Hand - Whole Hand:** Pain |
| | | Left Leg | ✓ | **Leg - Lower:** Pain |
| | | | ✗ | **Leg - Lower:** Deformity |
| | | Right Leg | | Not Assessed |
| Neurological | | Neurological | | Normal Baseline For Patient |

| Assessments | | | |
|---|---|---|---|
| **Assessment Time: 11/08/2022 12:15:02** | | | |
| **Category** | **Comments** | **Subcategory** | |
| Mental Status | | Mental Status | | Normal Baseline For Patient |
| Skin | | Skin | | Dry • Warm |
| HEENT | | Face | ✓ | **Face:** Pain • Tenderness |
| | | Head | ✓ | **Head:** Other • Pain • Tenderness |
| | | Eyes | | **Both Eyes:** PERRL |
| | | Neck | ✓ | Pain |
| Chest | | Chest | | Not Assessed |
| | | Heart Sounds | | Not Assessed |
| | | Lung Sounds | ✓ | **LL:** Breath Sounds - Clear<br>**LU:** Breath Sounds - Clear<br>**RL:** Breath Sounds - Clear<br>**RU:** Breath Sounds - Clear |
| Abdomen | | General | ✗ | Pain |
| Back | | Back | ✓ | Pain on ROM |
| Pelvis/GU/GI | | Pelvis/GU/GI | ✗ | **Pelvis/GU/GI:** Deformity • Pain |
| Extremities | | Left Arm | ✓ | **Hand - Whole Hand:** Other • Pain |
| | | Right Arm | ✓ | **Hand - Whole Hand:** Pain |
| | | Left Leg | ✓ | **Leg - Lower:** Pain |
| | | | ✗ | **Leg - Lower:** Deformity |
| | | Right Leg | | Not Assessed |
| Neurological | | Neurological | | Normal Baseline For Patient |

| Narrative |
|---|
| EMS responded to a medical call at the address listed above. U/A PT advised: He ran into the back of an 18 wheeler. PT denied LOC. PT advised head/hand and lower left leg pain. PT requested transport to hospital for further evaluation.<br>O- U/A PT was AOX4. Speaking clearly with EMS at this time. Primary assessment revealed: Airway: intact/patent. NO airway obstructions noted at this time. NO loose debris noted in PT oropharynx. NO active bleeding noted. PT was not diaphoretic at this time. PT was hemodynamically stable at this time. Eyes: PERRL. Secondary assessment showed: PT had some abrasions to left anterior side of skull. Minor abrasions to hands bilaterally. Focused assessment revealed: NO step off noted at this time.<br>F- PT was experiencing: Injuries from MVC. NO airbag deployment noted.<br>T- PT was assessed and vitals were taken where found. PT was assisted to stretcher and further into the ambulance. PT was assessed in greater detail and found to have: NO further complaints. PT was taken CODE3 to: GRADY. While en route PT condition: Improved. U/A to receiving facility PT report was given and after all signatures were obtained F03 went back into service.<br>NOTHINGFOLLOWS<br>BRYSONWOOD<br>P029155 |

| Specialty Patient - Motor Vehicle Collision |
|---|

11/08/2022 11:00:21
PCRID: 640d2c17-7c88-4abf-bf19-af4700747992
Electronically Signed by: WOOD, BRYSON
Template Version: PCR-EXTRACT-1.3.1
Data Version: AAAAAA1IxB0=

**Grady EMS**
Patient Care Record

**Name:** ZONOU, KOUESSAN    **Incident #:** 2022-021757    **Date:** 11/08/2022    Patient 1 of 1

| | | | |
|---|---|---|---|
| Patient Injured | Yes | Law Enforcement Case # | |
| Vehicle Type | Automobile | Collision Indicators | EMS Provider Judgment |
| Position In Vehicle | Front Seat - Left Side (or motorcycle driver) | Damage Location | Left Front |
| Seat Row | 1 | Airbag Deployment | No Air Bag(s) Deployed |
| Weather | Clear | Safety Devices | Shoulder and Lap Belt Used |
| Extrication Required | No | Extrication Comments | |
| Estimated Speed | 40mph\64 kph | Extrication Time | |

| Specialty Patient - Spinal Immobilization | | | | | |
|---|---|---|---|---|---|
| Immobilization Recommended? | Altered Mental Status | Evidence of Alcohol/Drug Impairment | Distracting Injury | Neurologic Deficit | Spinal Pain/Tenderness |
| Yes | Yes | No | No | No | Yes |

| Specialty Patient - Outbreak Screening | |
|---|---|
| Outbreak Screened | COVID-19 |
| Onset of Signs/Symptoms | |
| Symptoms Reported | None |

| Has the patient traveled outside the community in the past 30 days? | | |
|---|---|---|
| No | | |

| Travel Start Date | | Travel End Date | |
|---|---|---|---|
| | | | |

| Travel Locations | |
|---|---|

| Has the patient traveled outside the United States in the past 30 days? | | |
|---|---|---|
| No | | |

| Travel Start Date | | Travel End Date | |
|---|---|---|---|
| | | | |

| Travel Locations | |
|---|---|

| Has the patient had household or close contact w/ someone with above symptoms and travel history? | No |
|---|---|
| Has the patient had household or close contact w/ someone with confirmed diagnosis of illness being screened? | No |

| Comments | |
|---|---|

| Incident Details | | Destination Details | | Incident Times | |
|---|---|---|---|---|---|
| Location Type | Street or Highway | Disposition | Transported No Lights/Siren | PSAP Call | 06:43:00 |
| Location | | Transport Mode Descriptors | No Lights or Sirens | Dispatch Notified | |
| Address | 3100 GODBY RD | Transport Due To | Protocol, Closest Facility, Regional Specialty Center | Call Received | 06:43:00 |
| Address 2 | APT/17 NGC | Transported To | GRADY MEMORIAL HOSPITAL | Dispatched | 06:43:00 |
| Mile Marker | | Requested By | Patient | En Route | 06:45:00 |
| City | College Park | Destination | Hospital | Staged | |
| County | Fulton | Department | Emergency Room | Resp on Scene | |
| State | GA | Address | 80 JESSE HILL JR DR SE | On Scene | 06:50:00 |
| Zip | 30349 | Address 2 | | At Patient | 06:55:00 |
| Country | US | City | ATLANTA | Care Transferred | |
| Medic Unit | F03 | County | FULTON | Depart Scene | 07:05:00 |
| Medic Vehicle | 7800 | State | Georgia | At Destination | 07:35:00 |
| Run Type | 911 Response | Zip | 30303 | Pt. Transferred | 07:55:00 |
| Response Mode | Emergent | Country | US | Call Closed | 08:00:00 |
| Response Mode Descriptors | Lights and Sirens | Zone | | In District | 08:00:00 |
| Shift | 911 Unit (Primary Assignment) | Condition at Destination | Improved | At Landing Area | |
| Zone | | State Wristband # | | | |
| Level of Service | | Destination Record # | | | |
| EMD Complaint | Traffic Accident | Trauma Registry ID | | | |
| EMD Card Number | 06D04 | | | | |
| Dispatch Priority | Priority 2 (Emergent) | | | | |
| Alternative Disposition Offered | | | | | |

| Crew Members | | | |
|---|---|---|---|
| Personnel | Role | Certification Level | |

11/08/2022 11:00:21
PCRID: 640d2c17-7c88-4abf-bf19-af470074792
Electronically Signed by: WOOD, BRYSON
Template Version: PCR-EXTRACT-1.3.1
Data Version: AAAAAA1lxB0=



**Grady EMS**
Patient Care Record

**Name:** ZONOU, KOUESSAN | **Incident #:** 2022-021757 | **Date:** 11/08/2022 | Patient 1 of 1

| Crew Members | | |
|---|---|---|
| WOOD, BRYSON | Lead | Paramedic (Georgia) - P029155 |
| COLEMAN, JEFFERY | Driver | EMT-Basic (Georgia) - E004855 |

| Insurance Details | | | | | |
|---|---|---|---|---|---|
| Insured's Name | | Primary Payer | | Dispatch Nature | |
| Relationship | | Medicare | | Response Urgency | |
| Insured SSN | | Medicaid | | Job Related Injury | |
| Insured DOB | | Primary Insurance | | Employer | |
| Address1 | | Policy # | | Contact | |
| Address2 | | Primary Insurance Group Name | | Phone | |
| Address3 | | Group # | | Mileage to Closest Hospital | |
| City | | Secondary Ins | | | |
| State | | Policy # | | | |
| Zip | | Secondary Insurance Group Name | | | |
| Country | | Group # | | | |

| Mileage | | Delays | | Additional Agencies |
|---|---|---|---|---|
| Scene | 1.0 | Category | Delays | |
| Destination | 17.3 | | | |
| Loaded Miles | 16.3 | | | |
| Start | | | | |
| End | | | | |
| Total Miles | | | | |

| Personal Items | | |
|---|---|---|
| Item | Given To | Comment |
| Clothing | | |
| Other | | |

| Patient Transport Details | | | |
|---|---|---|---|
| How was Patient Moved to Ambulance | Assisted/Walk, Stretcher | How was Patient Moved From Ambulance | Stretcher |
| Patient Position During Transport | Semi-Fowlers | Condition of Patient at Destination | Improved |

*11/08/2022 11:00:21*
*PCRID: 640d2c17-7c88-4abf-bf19-af4700747992*
*Electronically Signed by: WOOD, BRYSON*
*Template Version: PCR-EXTRACT-1.3.1*
*Data Version: AAAAAA1IxB0=*



**Grady EMS**
Patient Care Record

**Name:** ZONOU, KOUESSAN                    **Incident #:** 2022-021757                    **Date:** 11/08/2022          Patient 1 of 1

| Billing Authorization |
|---|

| Authorization | Billing Authorization |
|---|---|

### Section I - Patient / Parent of Minor Authorization Signature

Privacy Practices Acknowledgment: by signing below, the signer acknowledges that [Grady EMS (GRADY)] provided a copy of its Notice of Privacy Practices to the patient or other party with instructions to provide the Notice to the patient. *A copy of this form is valid as an original* The patient must sign here unless the patient is physically or mentally incapable of signing. NOTE: if the patient is a minor, the parent or legal guardian should sign in this section. I authorize the submission of a claim to Medicare, Medicaid, or any other payer for any services provided to me by [GRADY] now, in the past, or in the future, until such time as I revoke this authorization in writing. I understand that I am financially responsible for the services and supplies provided to me by [GRADY], regardless of my insurance coverage, and in some cases, may be responsible for an amount in addition to that which was paid by my insurance. I agree to immediately remit to [GRADY] any payments that I receive directly from insurance or any source whatsoever for the services provided to me and I assign all rights to such payments to [GRADY]. I authorize [GRADY] to appeal payment denials or other adverse decisions on my behalf. I authorize and direct any holder of medical, insurance, billing or other relevant information about me to release such information to [GRADY] and its billing agents, the Centers for Medicare and Medicaid Services, and/or any other payers or insurers, and their respective agents or contractors, as may be necessary to determine these or other benefits payable for any services provided to me by [GRADY], now, in the past, or in the future. I also authorize [GRADY] to obtain medical, insurance, billing and other relevant information about me from any party, database or other source that maintains such information.

**Signature**

| Signed On | 11/08/2022 11:00:08 |
|---|---|
| Notice of Privacy Practices Provided | Yes |
| Printed Parent Name | KOUESSAN ZONOU |
| Billing Authorization | Agree |
| HIPAA Acknowledgement | Agree |

### Section II - Authorized Representative Signature

Complete this section only if the patient is physically or mentally unable to sign.
Authorized representatives include only the following:(Check one)

| | |
|---|---|
| | Patient's Legal Guardian |
| | Patient's Medical Power of Attorney |
| | Relative or other person who receives benefits on behalf of the patient |
| | Relative or other person who arranges treatment or handles the patient's affairs |
| | Representative of an agency or institution that provided care, services or assistance to patient |

I am signing on behalf of the patient to authorize the submission of a claim for payment to Medicare, Medicaid, or any other payer for any services provided to the patient by the transporting ambulance service now or in the past or in the future. By signing below, I acknowledge that I am one of the authorized signers listed below. **My signature is not an acceptance of financial responsibility for the services rendered.**

**Signature**

| Signed On | |
|---|---|
| Printed Name | |
| Reason unable to sign | |

11/08/2022 11:00:21
PCRID: 640d2c17-7c88-4abf-bf19-af470074792
Electronically Signed by: WOOD, BRYSON
Template Version: PCR-EXTRACT-1.3.1
Data Version: AAAAAA1lxB0=

**Grady EMS**
Patient Care Record

**Name:** ZONOU, KOUESSAN          **Incident #:** 2022-021757          **Date:** 11/08/2022          Patient 1 of 1

## Section III - EMS Personnel and Facility Signatures

Complete this section if the patient was mentally or physically incapable of signing, and no Authorized Representative (section II) was available or willing to sign on behalf of the patient at the time of service.

### EMS Personnel Signature

My signature below indicates that, at the time of service, the patient was physically or mentally incapable of signing, and that none of the authorized representatives listed in Section II of this form were available or willing to sign on the patient's behalf. **My signature is not an acceptance of financial responsibility for the services rendered.**

| | |
|---|---|
| Signed On | |
| Printed Name | |
| Reason unable to sign | |

### Facility Representative Signature

The patient named on this form was received by this facility on the date and at the time indicated and this facility furnished care, services or assistance to the patient. **My signature is not an acceptance of financial responsibility for the services rendered..**

| | |
|---|---|
| Signed On | |
| Printed Name | |
| Title of Representative | |

### Facility Signatures

| | |
|---|---|
| Signed On | 11/08/2022 11:00:18 |
| Receiving | CLAIRE |

| | |
|---|---|
| Signed On | |
| Paperwork Received | |

| | |
|---|---|
| Signed On | |
| Airway Confirmation | |

11/08/2022 11:00:21
PCRID: 640d2c17-7c88-4abf-bf19-af4700747992
Electronically Signed by: WOOD, BRYSON
Template Version: PCR-EXTRACT-1.3.1
Data Version: AAAAAA1lxB0=

**Grady EMS**
Patient Care Record

**Name:** ZONOU, KOUESSAN          **Incident #:** 2022-021757          **Date:** 11/08/2022          Patient 1 of 1

## Provider Signatures



| Lead Provider | WOOD, BRYSON | Certification Level | Paramedic (Georgia) - P029155 |
|---|---|---|---|

| Provider | COLEMAN, JEFFERY | Certification Level | EMT-Basic (Georgia) - E004855 |
|---|---|---|---|

| Provider | | Certification Level | |
|---|---|---|---|

| Provider | | Certification Level | |
|---|---|---|---|

PCRID: 640d2c17-7c88-4abf-bf19-af4700747992
Electronically Signed by: WOOD, BRYSON
Template Version: PCR-EXTRACT-1.3.1
Data Version: AAAAAA1IxB0=

11/08/2022 11:00:21



## Itemized Billing Statement

**Date Range:** Nov 8, 2022 - May 8, 2023

| **Provider:** | All | | **Patient:** Zonou, Kouessan | |
|---|---|---|---|---|

| **PATIENT NAME:** | Zonou, Kouessan | **ACCOUNT #:** AB91167 | **DOB:** |
|---|---|---|---|

1970

| **MOBILE PHONE:** | | **ADDRESS:** | 2981 LEATHERLEAF TRL,DOUGLASVILLE,GA,30135-8932 | **PHONE:** | 678-427-0986 |
|---|---|---|---|---|---|

| FacilityName | Rendering Provider Name | Case ID | CLAIM # | Service Date | CODE/DESC | Mod1 | Units | ICD | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| Ortho Sport & Spine Physicians Douglasville | Hagin, Melissa | 60,954 | 410239 | Nov 17, 2022 | 99070 CYCLOBENZAPRINE 10MG #30 | | 1 | M54.50 M79.10 R51.9 S06.0XAA | $35.65 |
| Ortho Sport & Spine Physicians Douglasville | Hagin, Melissa | 60,954 | 410239 | Nov 17, 2022 | 99070 DENDRACIN 30/10/0.25% | | 1 | M54.50 M79.10 R51.9 S06.0XAA | $505.73 |
| Ortho Sport & Spine Physicians Douglasville | Hagin, Melissa | 60,954 | 410239 | Nov 17, 2022 | 99070 MOBIC/MELOXICAM 15MG #30 | | 1 | M54.50 M79.10 R51.9 S06.0XAA | $228.36 |
| Ortho Sport & Spine Physicians Douglasville | Hagin, Melissa | 60,954 | 410239 | Nov 17, 2022 | 99072 PPE Related to Public Health Emergency | | 1 | M54.50 M79.10 R51.9 S06.0XAA | $0.00 |
| Ortho Sport & Spine Physicians Douglasville | Hagin, Melissa | 60,954 | 410239 | Nov 17, 2022 | 99204 Office Visit, New Pt., Level 4 | | 1 | M54.50 M79.10 R51.9 S06.0XAA | $543.41 |
| Ortho Sport & Spine Physicians Douglasville | Hagin, Melissa | 60,954 | 410239 | Nov 17, 2022 | E0730 Tens four lead | NU | 1 | M54.50 M79.10 R51.9 S06.0XAA | $695.00 |
| Ortho Sport & Spine Physicians Douglasville | Hagin, Melissa | 60,954 | 410239 | Nov 17, 2022 | L0637 LSO SAG-CORONAL PANEL PREFAB | NU | 1 | M54.50 M79.10 R51.9 S06.0XAA | $1,742.40 |
| **CLAIM BALANCE** | | | | | | | | | **$3,750.55** |
| OSSP IMAGING of Glenridge | Royal, Jeremy | 60,954 | 412504 | Nov 29, 2022 | 72148 MRI LUMBAR SPINE W/O DYE | | 1 | M54.59 M54.50 | $2,041.00 |
| **CLAIM BALANCE** | | | | | | | | | **$2,041.00** |
| Ortho Sport & | Hagin, Melissa | 60,954 | 414219 | Dec 6, 2022 | 99072 PPE Related | | 1 | M79.10 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Spine Physicians Douglasville | | | | to Public Health Emergency | | | |
| Ortho Sport & Spine Physicians Hagin, Melissa Douglasville | 60,954 | 414219 | Dec 6, 2022 | 99214 Office Visit, Est Pt., Level 4 | 1 | M79.10 | $353.93 |

| | |
|---|---|
| **CLAIM BALANCE** | **$353.93** |
| **ACCOUNT SUMMARY** | **$6,145.48** |

May 8, 2023        1        7:31:52 AM

```
ZONOU, Kouessan DOB: ███1970 (52 yo M) Acc No. AB91167 DOS: 11/17/2022
```

## Progress Notes

**Patient:** Zonou, Kouessan
**Account Number:** AB91167                                **Provider:** Melissa Hagin, NP-C
**DOB:** ███1970 **Age:** 52 Y **Sex:** Male                        **Date:** 11/17/2022
**Phone:** 678-427-0986
**Address:** 2981 LEATHERLEAF TRL, DOUGLASVILLE, GA-30135-8932

---

## Subjective:

### Chief Complaints:
1. Patient presents today complaining of low back, right shoulder and LT shin pain.

### HPI:
Constitutional:
52-year-old male, past medical history significant for hypertension presents to clinic for new patient consultation. He presents with complaints of back pain following an MVC on November 8, 2022. He reports that he lost consciousness and he sustained a laceration to the left side of his forehead with a car accident. He was seen in the ER. He was treated and released without admission and had x-rays taken. The patient has not had any rehab or therapy. He denies prior history of these complaints.

Patient complains of back pain localized across the lower back greater on the right side, achy, dull, 6 out of 10 on the VAS pain scale. He denies any radiating numbness or tingling into the lower extremities but does complain of pain along the left anterior shin. He also describes some pain along the right axilla and inner upper arm. He describes his pain as intermittent stabbing and dull in sensation. He also complains of soreness and achiness in his hands. He states there was glass in his hands after the car accident. He also complains of a daily headache since the accident. No bowel or bladder issues. Symptoms are aggravated with lifting and activity. Alleviating factors are none.

### ROS:
General/Constitutional:
Unexplained weight loss Denies.  Change in appetite Denies.  Fever or chills Denies.  Night sweats Denies.  Marked fatigue Denies.  Difficulty sleeping Denies.
Ophthalmologic:
Glasses **admits**.  Change of vision Denies.  Pain **admits**.
ENT:
Decreased hearing Denies.  Difficulty swallowing Denies.  Ear pain Denies.  Hoarseness Denies.  Nosebleed Denies.
Respiratory:
Morning cough Denies.  Shortness of breath Denies.  Productive cough or sputum Denies.
Gastrointestinal:
Stomach pain / ulcers Denies.  Constipation Denies.  Diarrhea Denies.  Nausea Denies.  Vomiting Denies.  Blood in stool Denies.  Hemorrhoids Denies.
Genitourinary:
Burning with urination Denies.  Difficulty starting urination Denies.  Pelvic pain Denies.  Unable to empty bladder  Denies.
Musculoskeletal:
Neck pain Denies.  Back pain **admits**.  Muscle aches Denies.  Painful joints Denies.
Skin:
Rash Denies.  Easy bruising  Denies.  Swollen ankles  Denies.
Neurologic:
Fainting Denies.  Headache **admits**.  Seizures Denies.  Tremor Denies.

---

**Medical History:** Hypertension .
**Surgical History:** Denies Past Surgical History.
**Hospitalization/Major Diagnostic Procedure:** MVC 11/08/2022.

---

ZONOU, Kouessan **DOB:** ▮▮▮▮ 1970 (52 yo M) **Acc No.** AB91167 **DOS:** 11/17/2022

**Family History:** Non-Contributory.

**Social History:**

Tobacco Use:
     Tobacco Use/Smoking
       Are you a *Non-Smoker*

Hand dominance:
     Hand Dominance: I am Right Handed.

Drugs/Alcohol:
     Alcohol Screen (Audit-C)
       Did you have a drink containing alcohol in the past year? *No*

Miscellaneous:
     Occupation: QA technician at Freesh Express.

**Medications:** Taking Lisinopril , Taking amLODIPine Benzoate , Medication List reviewed and reconciled with the patient

**Allergies:** N.K.D.A.

**Implants:**

## Objective:

**Vitals:** Ht **5 ft 5 in**, Wt **155 lbs**, BMI **25.79 Index**, BP **130/92 mm Hg**, HR **78 /min**, Pain scale **6 1-10**, Ht-cm **165.10**, Wt-kg **70.31**.

**Examination:**

General Examination:
     GENERAL APPEARANCE: No acute distress.
     SKIN: Intact; no erythema; no ecchymosis or rash. Healing abrasion noted to the left frontal forehead. No signs of infection. No drainage..
     CARDIOVASCULAR: Normal peripheral pulses; no edema..
     ABDOMEN: Soft, non-tender, non-distended.
     MUSCULOSKELETAL: Strength testing in the upper and lower extremities is 5 out of 5. Right shoulder: Patient demonstrates adequate range of motion in the horizontal and sagittal plane. Negative Neer's maneuver. Negative Jobe's test. Negative O'Brien's test. Negative arm drop test. Nontender to palpate anteriorly posteriorly or laterally. Patient ambulates with a steady gait. Spine: No masses or atrophy noted on inspection. Cervical: Nontender to palpate in the midline or adjacent paraspinous muscle. Thoracic: Nontender to palpate in the midline or adjacent paraspinous muscle. Lumbar: Tender to palpation on the right greater than left lower lumbar paraspinous muscles. He has tenderness on the far right lateral latissimus dorsi and the soft tissue of the lateral side superior to the iliac crest. Nontender over the right lateral rib cage. Upper extremities Neurologic: Sensation intact. Reflexes are equal and symmetric bilaterally bicepts and brachioradialis. Negative Hoffmann's bilaterally. Lower extremities Neurologic: Sensation is intact. Left shin is nontender to palpate anteriorly. Skin is intact without ecchymosis or abrasion. Reflexes are equal and symmetric bilaterally patella and Achilles. Negative straight leg raise test bilaterally. Negative clonus bilaterally..
     PSYCHIATRIC: Alert and oriented x3; appropriate mood & affect..
     RESPIRATORY: Normal rate; unlabored breathing. Nontender to palpate along the lateral rib cage left or right. Chest expansion is symmetric..
     LYMPHATIC: No lymphadenopathy or lymphedema..

## Assessment:

**Assessment:**

1. Low back pain, unspecified **-** M54.50 (Primary)
2. Myalgia, unspecified site - M79.10
3. Headache - R51.9
4. Concussion - S06.0XAA

## Plan:

---

**Provider: Melissa Hagin, NP-C**      **Date: 11/17/2022**

ZONOU, Kouessan **DOB:** ████ 1970 (52 yo M) **Acc No.** AB91167 **DOS:** 11/17/2022

**1. Low back pain, unspecified**
Start Meloxicam Tablet, 15 MG, 1 tablet, Orally, Once a day, 30 day(s), 30, Refills 0 ;  Start Dendracin Neurodendraxcin Lotion, 0.025-10-30 %, Apply as needed to affected area, Externally, 2-3 times a day, 30 days, 1 Tube, Refills 0 ;  Start Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet as needed, Orally, Once a day at bedtime, 30 days, Refills 0 ;  Start Back Support S/M Miscellaneous, -, as directed ;  Start TENS Therapy Pain Relief Device, -, as directed, as needed .
  Imaging: MRI Lumbar w/o Contrast (Ordered for 11/24/2022)
          Contreras, Gladis 11/18/2022 08:08:47 AM >

Referral To:Chiropractor
          Reason:eval and treat low back pain
**2. Others**
Notes: 52-year-old male presents to clinic today with complaints of back pain and myofascial pain near the right axilla and left anterior shin. Patient will be referred for chiropractic therapy.
X-rays were taken in the emergency room. A lumbar spine MRI is ordered today.
Dispensed medications Meloxicam 15mg daily for pain relief and ant inflammatory effect, Flexeril 10mg at bedtime as needed for muscle spasm, and Dendracin lotion to apply topically over areas of pain 3-4 daily as needed.

TENS unit is provided to help modulate the patient's pain. Lumbar back brace for provided compression and comfort to use with strenuous activity as needed. Patient will follow-up with us in 2 weeks to review the lumbar spine MRI results.

Dictated by Melissa Hagin NP-C for Jeffrey Lee, DO.
**Procedure Codes:** 99072 PPE Related to Public Health Emergency, 99070 MOBIC/MELOXICAM 15MG #30, 99070 DENDRACIN 30/10/0.25%, 99070 CYCLOBENZAPRINE 10MG #30, L0637 LSO SAG-CORONAL PANEL PREFAB, E0730 Tens four lead
**Follow Up:** 2 Weeks

*Melissa Hagin, NP-C*

Electronically signed by Melissa Hagin , NP on 11/30/2022 at 11:42 AM EST
Sign off status: Completed

---

**Provider: Melissa Hagin, NP-C**                                    **Date: 11/17/2022**

ZONOU, Kouessan **DOB:** ████ 1970 (52 yo M) **Acc No.** AB91167 **DOS:** 12/06/2022

---

**Provider:** Melissa Hagin, NP-C    **Date:** 12/06/2022
**Account Number:** AB91167
**DOB:** ████/1970 **Age:** 52 Y **Sex:** Male    **Provider:** Melissa Hagin, NP-C
**Phone:** 678-427-0986    **Date:** 12/06/2022
**Address:** 2981 LEATHERLEAF TRL, DOUGLASVILLE, GA-30135-8932

---

## Subjective:

**Chief Complaints:**
  1. MRI Review.
**HPI:**
  Constitutional:
    Patient returns today for follow-up office visit. We have a lumbar spine MRI to review. The patient reports relief and full resolution of his back pain and left shin pain. He did not ever start with a chiropractor. He states for several days now he has had no pain, 0 out of 10 on the VAS pain scale. No bowel or bladder issues or frequent headaches.
**ROS:**
  Ophthalmologic:
    Denies Pain.
  Gastrointestinal:
    Bowel / Bladder issues Denies.
  Genitourinary:
    Abdominal pain/swelling Denies.  Pelvic pain Denies.
  Musculoskeletal:
    Back pain Denies.
  Neurologic:
    Headache Denies.


**Medical History:**  Hypertension .

**Surgical History:** Denies Past Surgical History.

**Hospitalization/Major Diagnostic Procedure:** MVC 11/08/2022.

**Family History:**  Non-Contributory.

**Social History:**
  Tobacco Use:
    Tobacco Use/Smoking
      Are you a  Non-Smoker
  Hand dominance:
    Hand Dominance: I am Right Handed.
  Drugs/Alcohol:
    Alcohol Screen (Audit-C)
      Did you have a drink containing alcohol in the past year?  No
  Miscellaneous:
    Occupation: QA technician at Freesh Express.
**Medications:** Taking Lisinopril , Taking amLODIPine Benzoate , Taking Meloxicam 15 MG Tablet 1 tablet Orally Once a day, stop date 12/17/2022, Taking Dendracin Neurodendraxcin 0.025-10-30 % Lotion Apply as needed to affected area Externally 2-3 times a day, stop date 12/17/2022, Taking Cyclobenzaprine HCl 10 MG Tablet 1 tablet as needed Orally Once a day at bedtime, stop date 12/17/2022, Taking Back Support S/M - Miscellaneous as directed , Taking TENS Therapy Pain Relief - Device as directed , Medication List reviewed and reconciled with the patient

**Allergies:** N.K.D.A.

**Implants:**  No known implant history.



ZONOU, Kouessan **DOB:** ███/1970 (52 yo M) **Acc No.** AB91167 **DOS:** 12/06/2022

---

**Provider:** **Objective:** Melissa Hagin, NP-C                              **Date: 12/06/2022**

**Vitals:** Ht **5 ft 5 in**, Wt **155 lbs**, BMI **25.79 Index**, BP **sitting:123/93**, HR **84 /min**, Pain scale **0 1-10**, Ht-cm **165.10**, Wt-kg **70.31**.

**Examination:**

General Examination:

Review of studies:Patient's MRI of his lumbar spine without contrast dated November 29, 2022 found multilevel spondylosis most pronounced at L3-4 and L4-5. He has disc bulging in combination with facet joint ligamentum flavum hypertrophy with mild canal stenosis 2.9 cm and severe right foraminal stenosis. L4-5 disc bulge with facet joint ligamentum flavum hypertrophy with severe bilateral foraminal narrowing. L5-S1 1 to 2 mm disc bulge with facet joint ligamentum flavum hypertrophy with facet edema in the right facet joint with severe right foraminal narrowing. He also has left greater than right foraminal narrowing at L2-3.

Seen incidentally is abnormal heterogeneous marrow signal, likely hemopoietic marrow but nonspecific. This may be due to underlying anemia. Recommend correlation with patient's clinical lab values and additional work-up as needed. Marrow infiltrative process such as metastatic disease or myeloma is felt to be less likely but not excluded. Also seen incidentally far left kidney cyst and a possible 6 mm renal calculus in the right kidney.

General:No acute distress. Psych: Pleasant and cooperative. Appropriate mood and affect. Alert and oriented. Musculoskeletal: Pt ambulates with a steady gait. Spine: No masses or atrophy noted on inspection. Lumbar: Patient is nontender to palpate in the midline lumbar spine or adjacent paraspinous muscles. He denies pain with lumbar spine extension or flexion. He demonstrates adequate range of motion.

## Assessment:

**Assessment:**

1. Myalgia, unspecified site - M79.10 (Primary)

## Plan:

**1. Others**

Notes: 52-year-old male presents to clinic today with resolution of his back pain. Reviewed his lumbar spine MRI results with him in detail. Patient is urged to see his primary care provider regarding the marrow signal changes on his lumbar MRI. Patient verbalizes understanding and confirms that he does have health insurance and a primary care provider. As the patient reports resolution of his back pain he will follow-up with me on a as needed basis. He is given a copy of his lumbar spine MRI report to take to his primary care provider. Dictated by Melissa Hagin NP-C for Jeffrey Lee DO.

**Procedure Codes:** 99072 PPE Related to Public Health Emergency

**Follow Up:** prn

Melissa Hagin, NP-C

**Electronically signed by Melissa Hagin , NP on 12/07/2022 at 01:54 PM EST**
**Sign off status: Completed**

ZONOU, Kouessan **DOB:** ████/1970 (52 yo M) **Acc No.** AB91167 **DOS:** 12/06/2022

---

**Provider: Melissa Hagin, NP-C**                                                                                    **Date: 12/06/2022**



ORTHO
SPORT & SPINE
— PHYSICIANS —

NORTHSIDE
RADIOLOGY
Associates
5775 Glenridge Drive, NE, Bldg B Ste B525
Atlanta, GA 30328-5380
(404) 252-4709
www.northsideradiology.com

Performing Location: OSSP - Glenridge

| Patient Name: | ZONOU, KOUESSAN | Procedure Date: | November 29, 2022 16:10 |
|---|---|---|---|
| Patient ID: | AB91167OSSP | Referring Physician: | MELISSA, HAGIN, |
| Date of Birth: | ▮▮▮▮ 1970 | Accession Number: | G221129164120037 |
| Gender: | Male | Procedure Description: | MRI SPINE LUMBAR W/O CONTRAST |

********ORIGINAL REPORT********
MR LUMBAR SPINE WITHOUT CONTRAST

CLINICAL HISTORY: Right-sided low back pain post MVA dated November 8, 2022

TECHNIQUE: Multiplanar, multi-weighted MRI of the lumbar spine was performed without the administration intravenous contrast using a standard protocol.

COMPARISON: No prior study for comparison.

FINDINGS: There is heterogeneous intermediate to decreased T1 marrow signal which is nonspecific but can be seen with underlying anemia. Recommend question patient's clinical laboratory values. Cannot completely exclude a marrow infiltrative process. Multilevel decreased T2 disc signal/disc dehydration. No spondylolisthesis. Conus terminates at T12-L1. No paraspinal soft tissue mass lesions or fluid collections are demonstrated. Incompletely evaluated foci of increased T2 signal seen within the left kidney, ankle evaluated without IV contrast but statistically, likely cysts. There is focus of a decrease T1 and T2 signal seen anteriorly within the right kidney, possibly a 6 mm renal calculus but nonspecific.

Axial images: T12-L1, no focal herniated disc protrusion or central stenosis. Facet joint and ligament hypertrophy. No foraminal narrowing.
L1-L2: No significant focal herniated disc protrusion or central stenosis. Facet joint and ligament hypertrophy. No foraminal narrowing.

L2-L3: 1 mm broad-based disc bulge, sagittal images 7 of series 3 and this abuts the anterior thecal sac. Facet joint and ligament hypertrophy. AP diameter thecal sac measures 1.1 cm. There is narrowing of the AP dimension of the right neuroforamina to 0.4 cm. There is severe left-sided foraminal narrowing.

L3-L4: 2 millimeter broad-based disc bulge, sagittal image 7 of series 3 and this flattens the anterior thecal sac. Facet joint and ligament hypertrophy. Fluid is seen in the right facet joint. AP diameter the thecal sac measures 0.9 cm. There is a moderate to severe right with narrowing of the inferior and AP dimension of the left neuroforamina. This measures a 0.2 cm in AP dimension.

L4-L5: 2 mm broad-based disc bulge, sagittal image 8 of series 3 and this flattens the anterior thecal sac. Facet joint and ligament hypertrophy. AP diameter the thecal sac measures 0.9 cm. There is severe bilateral foraminal narrowing.

L5-S1: 1 to 2 mm broad-based disc bulge, sagittal images a 8 of series 3 and this abuts the anterior thecal sac. Facet joint and ligament hypertrophy. Trace fluid in the right facet joint. AP diameter thecal sac measures 1.0 cm. There is severe right foraminal narrowing.

IMPRESSION:

ORTHO
SPORT & SPINE
— P H Y S I C I A N S —

NORTHSIDE
RADIOLOGY
Associates
5775 Glenridge Drive, NE, Bldg B Ste B525
Atlanta, GA 30328-5380
(404) 252-4709
www.northsideradiology.com

Performing Location: OSSP - Glenridge

1. Abnormal heterogeneous marrow signal, possibly hematopoietic marrow but nonspecific. This may be related to underlying anemia. Recommend correlation with patient's clinical laboratory values and additional workup is needed. Marrow infiltrative process such as metastatic disease or myeloma felt to be less likely but not excluded.
2. Multilevel spondylosis, most pronounced at L3-L4 and L4-L5.
3. Left greater than right foraminal narrowing at L2-L3, severe left foraminal narrowing at L2-L3, right greater than left foraminal narrowing at L3-L4, severe bilateral foraminal narrowing at L4-L5 and there is severe right foraminal narrowing at L5-S1.


Thank you for your referral. For physician to physician consultation about this report or any other Radiology matter, you can reach me or any of our Radiologists through Northside Radiology Associates Customer Care Line at 404-649-6600.

Electronically Signed by Jake Fleming M.D. on 11/30/2022 8:40 AM

LOCATION: 109-95134QS


******** ADDENDUM #1 ********


11/30/2022 8:52 AM

ADDENDUM:
Nonspecific focus of decreased T2 signal seen within the right kidney which may represent 6 mm renal calculus versus a small renal lesion. This could be correlated with KUB followed CT imaging.

Thank you for your referral. For physician to physician consultation about this report or any other Radiology matter, you can reach me or any of our Radiologists through Northside Radiology Associates Customer Care Line at 404-649-6600.

Electronically Signed by Jake Fleming M.D. on 11/30/2022 8:54 AM

LOCATION: 109-95134QS

**Relevant Clinical Information**
^c/o right sided low back pain post mva on 11.08.2022 no sx.



Form **W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

Give Form to the
requester. Do not
send to the IRS.

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Morgan & Morgan Atlanta PPLC

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

- [ ] Individual/sole proprietor or single-member LLC
- [ ] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate

- [✓] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶  P

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

- [ ] Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any)

Exemption from FATCA reporting code (if any)

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

178 S Main St Unit 300

**6** City, state, and ZIP code

Alpharetta GA 30009

**7** List account number(s) here (optional)

Requester's name and address (optional)

*Print or type.*
*See Specific Instructions on page 3.*

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

[ ] [ ] [ ] – [ ] [ ] – [ ] [ ] [ ] [ ]

or

Employer identification number

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign**
**Here**

Signature of
U.S. person ▶

Date ▶ 1/19/22

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)

- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

Cat. No. 10231X

Form **W-9** (Rev. 10-2018)