# EXHIBIT "C"

IN THE STATE COURT OF DOUGLAS COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| KOUESSAN ZONOU | ) | |
| | ) | CIVIL ACTION FILE |
| Plaintiff, | ) | NO. 23SV00426 |
| | ) | |
| v. | ) | |
| | ) | |
| SELVIN GOMEZ and | ) | |
| SGM TRUCKING, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING OF PETITION FOR REMOVAL**

TO:   CLERK, STATE COURT OF DOUGLAS COUNTY
      8700 Hospital Drive
      Douglasville, GA 30134

PLEASE TAKE NOTICE that defendants Selvin Gomez and SGM Trucking, Inc., by and through undersigned counsel, have on this date filed its Petition for Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, a copy of which is attached hereto as Exhibit "A."

*[Signature on the following page]*

Page **1** of 4

This 24th day of August, 2023.

                                          **FREEMAN MATHIS & GARY, LLP**

                                          */s/ Marc H. Bardack*
                                          MARC H. BARDACK
                                          Georgia Bar No. 037126
                                          CARLOS A. FERNÁNDEZ
                                          Georgia Bar No. 769087

                                          *Attorney for Defendants Selvin Gomez and SGM Trucking, Inc.*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
(770) 818-0000 – Phone
(833) 330-3669 – Facsimile
mbardack@fmglaw.com
carlos.fernandez@fmglaw.com

# EXHIBIT

# A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KOUESSAN ZONOU | ) | |
| | ) | CIVIL ACTION FILE |
| Plaintiff, | ) | NO. |
| | ) | |
| v. | ) | |
| | ) | |
| SELVIN GOMEZ and | ) | |
| SGM TRUCKING, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **PETITION FOR REMOVAL**

COME NOW Defendants Selvin Gomez ("Gomez") and SGM Trucking, Inc. ("SGM," and collectively referred to herein as "Defendants"), by and through counsel, without waiving but specifically reserving all jurisdiction defenses available to them, and pursuant to 28 U.S.C. § 1446 and 28 U.S.C. § 1332, hereby removes the above-styled action from the State Court of Douglas County, Georgia based on the following grounds:

1.

On or about April 25, 2023, Plaintiff Kouessan Zonou filed suit against the above-named Defendants in the State Court of Douglas County, Georgia, Civil Action File Number 23SV00426. A copy of all process, pleadings and orders filed in this action are attached hereto as Exhibit "A."

2.

By information and belief, Plaintiff is a citizen of Georgia. *Compl. for Damages,* ¶ 1.

3.

Gomez is a citizen of California. *Id*. at ¶ 2.

4.

SGM is a citizen of California as it was incorporated and maintains its principal place of business in California. *Id*. at ¶ 3.

5.

The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. *See generally Plaintiff's July 25, 2023 Demand for $1,000,000*.[1]

6.

As such, Defendants may remove this action to this Court pursuant to 28 U.S.C. § 1332(a)(1) as there is complete diversity between Plaintiff and Defendants.

7.

Defendants consent to this removal.

---

[1] A true and correct copy of Plaintiff's July 25, 2023 Demand for $1,000,000 is attached hereto as Exhibit "B."

8.

This petition for removal is filed within 30 days of the Defendant's receipt of the Demand and is timely pursuant to 28 U.S.C. § 1446(b)(3).

9.

Pursuant to 28 U.S.C. § 90(a)(2), the United States District Court for the Northern District of Georgia, Atlanta Division, is the district court having jurisdiction over the geographical area where the state court action is pending. Pursuant to 28 U.S.C. § 1446(a), the defendant is entitled to remove this action from the State Court of Douglas County to this Court.

10.

Defendant has given written notice of the filing of this notice to plaintiff and the Clerk of the State Court of Douglas County, a copy of which is attached hereto as Exhibit "C."

11.

The undersigned have read this notice of removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, it is well grounded in fact; is warranted by existing law or an extension or modification of existing law; and is not interposed for any improper purposes, such as to harass or cause unnecessary delay or needless increase in the cost of this litigation.

12.

Based on the foregoing, these defendants request that this Court allow the requested removal and assert jurisdiction over the state court action.

This 24th day of August, 2023.

                **FREEMAN MATHIS & GARY, LLP**

                */s/ Marc H. Bardack*
                MARC H. BARDACK
                Georgia Bar No. 037126
                CARLOS A. FERNÁNDEZ
                Georgia Bar No. 769087

                *Attorney for Defendants Selvin Gomez and SGM Trucking, Inc.*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
(770) 818-0000 – Phone
(833) 330-3669 – Facsimile
mbardack@fmglaw.com
carlos.fernandez@fmglaw.com

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this document has been prepared using Times New Roman, 14-point font, and that this document otherwise complies with Local Rule 5.1(C).

This 24th day of August, 2023.

            **FREEMAN MATHIS & GARY, LLP**

            */s/ Marc H. Bardack*
            MARC H. BARDACK
            Georgia Bar No. 037126
            CARLOS A. FERNÁNDEZ
            Georgia Bar No. 769087

            *Attorney for Defendants Selvin Gomez and SGM Trucking, Inc.*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
(770) 818-0000 – Phone
(833) 330-3669 – Facsimile
mbardack@fmglaw.com
carlos.fernandez@fmglaw.com

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing PETITION FOR REMOVAL to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants.  Counsel of record is:

John S. O'Briant, III, Esq.
Morgan & Morgan
178 S Main Street
Suite 300
Alpharetta, GA 30009
jobriant@forthepeople.com

This 24th day of August, 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Marc H. Bardack*
MARC H. BARDACK
Georgia Bar No. 037126
CARLOS A. FERNÁNDEZ
Georgia Bar No. 769087

*Attorney for Defendants Selvin Gomez and SGM Trucking, Inc.*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
(770) 818-0000 – Phone
(833) 330-3669 – Facsimile
mbardack@fmglaw.com
carlos.fernandez@fmglaw.com

## **CERTIFICATE OF SERVICE**

I hereby that I have this date served the within and foregoing **NOTICE OF FILING OF PETITION FOR REMOVAL** via PeachCourt E-file system which will send electronic notification of such filing to counsel of record as follows:

John S. O'Briant, III, Esq.<br>
Morgan & Morgan<br>
178 S Main Street<br>
Suite 300<br>
Alpharetta, GA 30009<br>
jobriant@forthepeople.com

This 24th day of August, 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Marc H. Bardack*
MARC H. BARDACK
Georgia Bar No. 037126
CARLOS A. FERNÁNDEZ
Georgia Bar No. 769087

*Attorney for Defendants Selvin Gomez and SGM Trucking, Inc.*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
(770) 818-0000 – Phone
(833) 330-3669 – Facsimile
mbardack@fmglaw.com
carlos.fernandez@fmglaw.com