IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KOUESSAN ZONOU                      )
                                    )        CIVIL ACTION FILE
        Plaintiff,                  )        NO.
                                    )
v.                                  )
                                    )
SELVIN GOMEZ and                    )
SGM TRUCKING, INC.,                 )
                                    )
        Defendants.                 )

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1)     The undersigned counsel of record for the defendants to this action certify

that the following is a full and complete list of all parties in this action, including any

parent corporation and any publicly held corporation that owns 10% or more of the

stock a party:

Plaintiff:      Kouessan Zonou

Defendants:   Selvin Gomez, SGM Trucking, Inc., Nationwide
              Insurance Company of America, Scottsdale Indemnity
              Company. Nationwide Insurance Company of American
              and Scottsdale Indemnity Company are affiliates of
              Nationwide Mutual Insurance Company.

(2)     The undersigned further certify that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Morgan & Morgan, PLLC.

(3)     The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Counsel for Plaintiff:     John S. O'Briant, III, Esq.
Morgan & Morgan
178 S Main Street
Suite 300
Alpharetta, GA 30009
jobriant@forthepeople.com

Counsel for Defendants:     Marc H. Bardack, Esq.
Georgia Bar No. 037126
Carlos A. Fernández, Esq.
Georgia Bar No. 769087
FREEMAN MATHIS & GARY, LLP
mbardack@fmglaw.com
carlos.fernandez@fmglaw.com
100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

Submitted this 24th day of August, 2023.

FREEMAN MATHIS & GARY, LLP

*/s/ Marc H. Bardack*
MARC H. BARDACK
Georgia Bar No. 037126
CARLOS A. FERNÁNDEZ
Georgia Bar No. 769087

*Attorney for Defendants Selvin Gomez and SGM Trucking, Inc.*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
(770) 818-0000 – Phone
(833) 330-3669 – Facsimile
mbardack@fmglaw.com
carlos.fernandez@fmglaw.com

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that this document has been prepared using Times New Roman, 14-point font, and that this document otherwise complies with Local Rule 5.1(C).

This 24th day of August, 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Marc H. Bardack*
MARC H. BARDACK
Georgia Bar No. 037126
CARLOS A. FERNÁNDEZ
Georgia Bar No. 769087

*Attorney for Defendants Selvin Gomez and SGM Trucking, Inc.*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
(770) 818-0000 – Phone
(833) 330-3669 – Facsimile
mbardack@fmglaw.com
carlos.fernandez@fmglaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically submitted the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants.  Counsel of record is:

John S. O'Briant, III, Esq.
Morgan & Morgan
178 S Main Street
Suite 300
Alpharetta, GA 30009
jobriant@forthepeople.com

This 24th day of August, 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Marc H. Bardack*
MARC H. BARDACK
Georgia Bar No. 037126
CARLOS A. FERNÁNDEZ
Georgia Bar No. 769087

*Attorney for Defendants Selvin Gomez and SGM Trucking, Inc.*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
(770) 818-0000 – Phone
(833) 330-3669 – Facsimile
mbardack@fmglaw.com
carlos.fernandez@fmglaw.com