utIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KOUESSAN ZONOU | ) | |
| | ) | CIVIL ACTION FILE |
| Plaintiff, | ) | NO. |
| | ) | |
| v. | ) | |
| | ) | |
| SELVIN GOMEZ and | ) | |
| SGM TRUCKING, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFENDANTS' INITIAL DISCLOSURES**

COME NOW Defendants Selvin Gomez ("Gomez") and SGM Trucking, Inc. ("SGM," and collectively referred to as "Defendants"), by and through counsel, without waiving but specifically reserving all jurisdiction defenses available to them, and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, submit their initial disclosures as follows:

**(1)    If the defendant is improperly identified, state defendant's correct identification and state whether defendant will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response.**

Defendants are properly identified and will not accept service of the Complaint.

**(2)     Provide the names of any parties whom defendant contends are necessary parties to this action, but who have not been named by plaintiff.  If defendant contends that there is a question of misjoinder of parties, provide the reasons for defendant's contention.**

At this time, defendants are unaware of any necessary parties who have not been joined.

**(3)     Provide a detailed factual basis for the defense or defenses and any counterclaims or crossclaims asserted by defendant in the responsive pleading.**

On November 8, 2022, plaintiff rear ended Gomez's tractor trailer near the intersection of South Fulton Parkway and Majestic Place in Fulton County, Georgia. Plaintiff asserts Gomez was negligent and SGM negligently hired, trained, supervised, entrusted Gomez; negligently maintained the tractor trailer; and was responsible for Gomez's actions as he was in the course and scope of SGM's business.

Plaintiff has not perfected service of process on Gomez or SGM.

Defendants assert plaintiff failed to state a claim for which relief can be granted. Plaintiff failed to allege sufficient facts, or acts, to establish Gomez proximately and directly plaintiff's injuries. Also, plaintiff failed to allege sufficient facts, or acts, to prove SGM's liability for negligently hiring, training, supervising, and entrusting Gomez.

Defendants contend plaintiff's alleged injuries were brought about by his own actions and could have been avoided if he exercised ordinary care. Plaintiff rear ended Gomez's tractor trailer. Plaintiff does not allege Gomez drove his tractor trailer in an unsafe manner to cause the accident. Defendants raise these defenses because plaintiff's alleged injuries were caused by his own negligence, which preponderated over Gomez's alleged acts or omissions.

Lastly, defendants raise venue and jurisdictional defenses as there is complete diversity among the parties and plaintiff seek over $75,000 in damages, exclusive of interest and costs.

**(4)     Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which Defendant contends are applicable to this action.**

Defendants rely on the Uniform Rules of the Road and Federal Motor Carrier Safety Regulations. Defendants will also rely on Georgia common law and the Federal Rules of Evidence and Civil Procedure. Defendants believe at this point that this is a rather straightforward motor vehicle negligence action, and do not anticipate using special authorities. Defendants' research, investigation, and discovery is ongoing, and it reserves the right to supplement these disclosures with additional legal authority.

**(5)     Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.  (Attach witness list to Initial Disclosures as Attachment A.)**

See Attachment A.

**(6)     Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.  For all experts described in Fed. R. Civ. P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule.  (Attach expert witness list and written reports to Initial Disclosures as Attachment B.)**

See Attachment B.

**(7)     Provide a copy of, or description by category and location of all documents, data compilations, and tangible things in your possession, custody, or control that you may use to support your claim or defenses unless solely for impeachment, identifying the subjects of the information.  (Attach document list and descriptions to Initial Disclosures as Attachment C.)**

See Attachment C.

**(8)     In the space provided below, provide a computation of any category of damages claimed by you.  In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying under Fed. R. Civ. P. 34.  (Attach any copies and descriptions to Initial Disclosures as Attachment D.)**

Defendants do not claim damages at this point in litigation. Defendants will supplement this response if necessary.

**(9)     If Defendant contends that some other person or legal entity is, in whole or in part, liable to the Plaintiff or Defendant in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis of such liability.**

Defendants are unaware of any other person or legal entity liable to plaintiff.

**(10) Attach for inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)**

See Attachment E.

This 24th day of August, 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Marc H. Bardack*
MARC H. BARDACK
Georgia Bar No. 037126
CARLOS A. FERNÁNDEZ
Georgia Bar No. 769087

*Attorney for Defendants Selvin Gomez and SGM Trucking, Inc.*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
(770) 818-0000 – Phone
(833) 330-3669 – Facsimile
mbardack@fmglaw.com
carlos.fernandez@fmglaw.com

## ATTACHMENT A

1. Defendant Gomez, driver at the time of the subject accident, has knowledge regarding the factual basis for the allegations contained in plaintiff's complaint and his defenses. Gomez may be contacted through his counsel;

2. Plaintiff may have knowledge regarding the factual basis for the allegations contained in his complaint. Plaintiff may be contacted through his counsel of record;

3. Tristian Johnson, independent witness, may have knowledge regarding the factual basis for defendants' defenses and the events surrounding the accident described in plaintiff's complaint;

4. Officer Joshua Simmons, Union City Police Department, responding officer to the subject accident, may have knowledge regarding the events surrounding the accident described in plaintiff's complaint;

5. All individuals or entities identified by plaintiff in the complaint;

6. Any individuals identified or referenced throughout discovery or at any time during this civil action, including any individuals identified in records exchanged during discovery;

7. All individuals or entities identified in plaintiff's initial disclosures;

8. Plaintiff's medical providers; and

9.      Defendants' research, investigation, and discovery is ongoing, and they

reserve the right to supplement these disclosures with additional witnesses.

## **ATTACHMENT B**

Defendants have not yet decided whether they will present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. Defendants will supplement these disclosures should an expert be retained for trial purposes.

## ATTACHMENT C

1.    Union City Police Department's Accident Report;

2.    Photographs and video of plaintiff and Gomez's vehicles at the scene of the subject accident;

3.    All documents exchanged or referenced during discovery or at any time during this civil action;

4.    All documents listed or produced by plaintiff or defendants in this action;

5.    All documents listed by plaintiff in response to his initial disclosures; and

6.    Defendants' research, investigation, and discovery is ongoing, and they reserve the right to supplement these disclosures with additional information should it be warranted.

# **ATTACHMENT D**

Not applicable.

## **ATTACHMENT E**

Defendants are attaching a copy of policy no. LOI0000795 issued by Scottsdale Indemnity Company, with irrelevant premium amounts redacted.



# Certification

I, <u>Diana H Zyadat</u>, as a duly authorized <u>Scottsdale Indemnity Company</u> associate entrusted with oversight of the system of record from which this copy was produced, based upon information and belief, certify under the penalty of perjury that this attached copy of <u>LOI0000795, 01/27/2022 to 01/27/2023</u> was made at or near the time of certification, as part of regularly conducted business activities, and is a true and accurate copy of the official record kept as part of regular business activities.


_D. Zyadat_

_____          <u>March 29 2023          </u>

Signature                                                      Date

<u>DIANA H ZYADAT          </u>

Print Name

<u>Sr Analyst          </u>

Title

# ADDENDUM

**Some internal notes, stamps or typing on the Declaration sheet may appear.  The intended use for these is internal only and may not have been a part of the policy received by the insured.**

**Policy fees, inspection fees or taxes, or additional instructional stamps may have appeared on the policy received by the insured but may not appear on this copy.**

**National Casualty Company**
**Scottsdale Indemnity Company**
**Scottsdale Insurance Company**
**Scottsdale Surplus Lines Insurance Company**

## CLAIM REPORTING INFORMATION

Your insurance policy has been placed with a Nationwide® insurance company.

Our commitment to you is to provide fast, fair claim service. Promptly reporting an event that could lead to a claim, as required by your policy, helps us fulfill this commitment to you. Please refer to your policy for this and all other terms and conditions.

To report a claim, you may contact us twenty-four (24) hours a day, seven days a week, by calling 1-800-423-7675, or via our website at https://n2g.com/claims.html or via email at claims@n2g.com.

Thank you for your business and as always, we appreciate the opportunity to serve you.

| **HOW TO REPORT A CLAIM** |
|---|
| Call **1-800-423-7675,** or visit our website at https://n2g.com/claims.html or via email at claims@n2g.com.<br><br>In order to expedite this process, please be prepared to furnish as much of the following information as possible:<br><ul><li>Your policy number</li><li>Date, time and location of the loss/accident</li><li>Details of the loss/accident</li><li>Name, address and phone number of any involved parties</li><li>If applicable, name of law enforcement agency or fire department along with the incident number</li></ul>**Please refer to your policy for specific claim reporting requirements.** |



**Freedom Specialty Insurance Company**
**National Casualty Company**
**Scottsdale Indemnity Company**
**Scottsdale Insurance Company**
**Scottsdale Surplus Lines Insurance Company**

## POLICYHOLDER DISCLOSURE

### NOTICE OF TERRORISM INSURANCE COVERAGE

**TERRORISM RISK INSURANCE ACT**

Under the Terrorism Risk Insurance Act of 2002, as amended pursuant to the Terrorism Risk Insurance Program Reauthorization Act of 2019, you have a right to purchase insurance coverage for losses arising out of acts of terrorism, as defined in Section 102(1) of the Act: The term "certified acts of terrorism" means any act that is certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

You should know that where coverage is provided by this policy for losses resulting from "certified acts of terrorism," such losses may be partially reimbursed by the United States Government under a formula established by federal law. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government agrees to reimburse eighty percent (80%) of covered terrorism losses that exceed the statutorily established deductible paid by the insurance company providing the coverage.

You should also know that the Act, as amended, contains a $100 billion cap that limits United States Government reimbursement as well as insurers' liability for losses resulting from "certified acts of terrorism" when the amount of such losses in any one calendar year exceeds $100 billion. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

**CONDITIONAL TERRORISM COVERAGE**

The federal Terrorism Risk Insurance Program Reauthorization Act of 2019 is scheduled to terminate at the end of December 31, 2027, unless renewed, extended or otherwise continued by the federal government. Should you select Terrorism Coverage provided under the Act and the Act is terminated December 31, 2027, any terrorism coverage as defined by the Act provided in the policy will also terminate.





Underwritten by: Scottsdale Indemnity Company
Home Office: One Nationwide Plaza • Columbus, Ohio 43215
Administrative Office: 18700 North Hayden Road • Scottsdale, Arizona 85255
1-800-423-7675 • A Stock Company

In Witness Whereof, the Company has caused this policy to be executed and attested.

Secretary                                          President

The information contained herein replaces any similar information contained elsewhere in the policy.

**IL N 119 10 15**

# CALIFORNIA AUTO BODY REPAIR CONSUMER BILL OF RIGHTS

(This form was developed by the California Department of Insurance.)

A CONSUMER IS ENTITLED TO:

1.  SELECT THE AUTO BODY REPAIR SHOP TO REPAIR AUTO BODY DAMAGE COVERED BY THE INSURANCE COMPANY. AN INSURANCE COMPANY SHALL NOT REQUIRE THE REPAIRS TO BE DONE AT A SPECIFIC AUTO BODY REPAIR SHOP.
2.  AN ITEMIZED WRITTEN ESTIMATE FOR AUTO BODY REPAIRS AND, UPON COMPLETION OF REPAIRS, A DETAILED INVOICE. THE ESTIMATE AND THE INVOICE MUST INCLUDE AN ITEMIZED LIST OF PARTS AND LABOR ALONG WITH THE TOTAL PRICE FOR THE WORK PERFORMED. THE ESTIMATE AND INVOICE MUST ALSO IDENTIFY ALL PARTS AS NEW, USED, AFTERMARKET, RECONDITIONED, OR REBUILT.
3.  BE INFORMED ABOUT COVERAGE FOR TOWING AND STORAGE SERVICES.
4.  BE INFORMED ABOUT THE EXTENT OF COVERAGE, IF ANY, FOR A REPLACEMENT RENTAL VEHICLE WHILE A DAMAGED VEHICLE IS BEING REPAIRED.
5.  BE INFORMED OF WHERE TO REPORT SUSPECTED FRAUD OR OTHER COMPLAINTS AND CONCERNS ABOUT AUTO BODY REPAIRS.
6.  SEEK AND OBTAIN AN INDEPENDENT REPAIR ESTIMATE DIRECTLY FROM A REGISTERED AUTO BODY REPAIR SHOP FOR REPAIR OF A DAMAGED VEHICLE, EVEN WHEN PURSUING AN INSURANCE CLAIM FOR REPAIR OF THE VEHICLE.

COMPLAINTS WITHIN THE JURISDICTION OF THE BUREAU OF AUTOMOTIVE REPAIR

Complaints concerning the repair of a vehicle by an auto body repair shop should be directed to:

Toll Free (866) 799-3811

Bureau of Automotive Repair

10949 North Mather Blvd.

Rancho Cordova, CA 95670

The Bureau of Automotive Repair can also accept complaints over its web site at: www.autorepair.ca.gov.

COMPLAINTS WITHIN THE JURISDICTION OF THE CALIFORNIA INSURANCE COMMISSIONER

Any concerns regarding how an auto insurance claim is being handled should be submitted to the California Department of Insurance at:

(800) 927-4357 or (213) 897-8921

California Department of Insurance

Consumer Services Division

300 South Spring Street

Los Angeles, CA 90013

The California Department of Insurance can also accept complaints over its web site at: www.insurance.ca.gov.

IL N 177 09 12

# CALIFORNIA PREMIUM REFUND DISCLOSURE NOTICE

In accordance with CAL. INS. CODE § 481.(c), we are notifying you that in the event that the first Named Insured cancels the insurance policy, we shall retain 10% of the unearned premium. The premium refunded to you will therefore be calculated as 90% of the pro rata unearned premium. But if cancellation takes place during the first year of a multiyear prepaid policy, we will return 90% of the pro rata unearned premium for the first year and the full annual premium for the subsequent years.

If you have an Equipment Breakdown policy or your policy contains an Equipment Breakdown Coverage Part, then the following premium refund calculation applies instead of that provided in the preceding paragraph. For the Equipment Breakdown policy premium or for the premium attributable to the Equipment Breakdown Coverage Part, we shall retain 25% of the unearned premium. The premium refunded to you will therefore be calculated as 75% of the pro rata unearned premium. But if cancellation takes place during the first year of a multiyear prepaid policy, we will return 75% of the pro rata unearned premium for the first year and the full annual premium for the subsequent years.

However, the penalties set forth in the preceding paragraphs will not apply under the following circumstances, even if the first Named Insured cancels the policy:

1. The Insured(s) no longer has a financial or insurable interest in the property or business operation that is the subject of insurance;

2. Cancellation takes place after the first year for a prepaid policy written for a term of more than one year; or

3. The policy is rewritten in the same insuring company or company group.

    © Insurance Services Office, Inc., 2012



**IMPORTANT INFORMATION FOR CALIFORNIA POLICYHOLDERS**

In the event you need to contact someone about this policy for any reason, please contact your agent first. If you have additional questions, you may contact the insurance company issuing this policy at the following address and telephone number:

      **8877 North Gainey Center Drive**
      **Scottsdale, Arizona 85258**
      **Telephone: 1-800-423-7675**

If you have been unable to contact or obtain satisfaction from the company or agent, you may contact the California Insurance Department at:

      **California Department of Insurance**
      **Consumer Affairs Unit**
      **300 South Spring Street, 9th Floor, South Tower**
      **Los Angeles, California 90013**
      **Telephone: 1-800-927-4357 or 213-897-8921 (out of state)**

When contacting your agent, company or the Insurance Department, please have your policy number available.

## ═══ COMMON POLICY DECLARATIONS ═══

Underwritten by: Scottsdale Indemnity Company
Home Office:
One Nationwide Plaza • Columbus, Ohio 43215
Administrative Office:
8877 North Gainey Center Drive • Scottsdale, Arizona 85258

**Policy Number**
LOI0000795

NEW
Renewal of Number

**ITEM 1.** NAMED INSURED AND MAILING ADDRESS
SGM TRUCKING, INC.
11109 OTSEGO STREET, APT. 110
NORTH HOLLYWOOD CA 91601

AGENT NAME AND ADDRESS
GLEN A SCHUBERG, INC.
325 E HILLCREST DR STE 230
THOUSAND OAKS CA 91360-7789

040AV

Agent No.: _____   **Program No.:** 00NN

**ITEM 2.** POLICY PERIOD   From: 01-27-2022   To: 01-27-2023   Term: 1 Year

**12:01 A.M., Standard Time at the mailing address shown in ITEM 1.**

Business Description: TRUCKING

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.  This policy consists of the following coverage parts for which a premium is indicated.  Where no premium is shown, there is no coverage.  This premium may be subject to adjustment.

| Coverage Part(s) | Premium Summary |
|---|---|
| Commercial General Liability Coverage Part | $ NOT COVERED |
| Commercial Property Coverage Part | $ NOT COVERED |
| Commercial Crime And Fidelity Coverage Part | $ NOT COVERED |
| Commercial Inland Marine Coverage Part | $ ▮▮▮▮▮ |
| Commercial Auto Coverage Part | $ ▮▮▮▮▮ |
| Professional Liability Coverage Part | $ NOT COVERED |
| Capital Assets Program (Output Policy) Coverage Part | $ NOT COVERED |
| Employment-Related Practices Liability Coverage Part | $ |
| | $ |
| | $ |
| | $ |
| **Total Policy Premium** | $ |
| | $ ▮▮▮▮▮ |
| Total Taxes, Surcharges or Fees | $ |
| **Policy Total** | $ |

Form(s) and Endorsement(s) made a part of this policy at time of issue:
**See Schedule of Forms and Endorsements**

THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S), TOGETHER WITH
THE COMMON POLICY CONDITIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORM(S)
AND ENDORSEMENT(S), IF ANY, COMPLETE THE ABOVE-NUMBERED POLICY.

OPI-D-1 (5-20)

 Nationwide®

Home Office Copy

# Scottsdale Indemnity Company

## SCHEDULE OF TAXES, SURCHARGES OR FEES

Policy No. LOI0000795                                    Effective Date: 01-27-22

                                                       12:01 A.M., Standard Time

Named Insured SGM TRUCKING, INC.                        Agent No. 040AV

---

**OPI-D-1 (cont.)**

        **TAXES, SURCHARGES OR FEES BREAKDOWN :**

        **POLICY FEE**                                    $ ------ ███████

        **TOTAL TAXES, SURCHARGES OR FEES**                $ ███████

UTI-126L (10-93)                    Home Office Copy

# Scottsdale Indemnity Company

## SCHEDULE OF FORMS AND ENDORSEMENTS

Policy No. LOI0000795                                    Effective Date: 01-27-22

                                                        12:01 A.M., Standard Time

Named Insured SGM TRUCKING, INC.                        Agent No. 040AV

**COMMON POLICY FORMS AND ENDORSEMENTS**

| | | |
|---|---|---|
| NOTX0178CW-N2G | 08-21 | CLAIM REPORTING INFORMATION |
| NOTX0557CW | 12-20 | NOTICE OF TERRORISM INSURANCE COVERAGE |
| UTI-COVPG | 03-21 | COVER PAGE |
| IL N 119 | 10-15 | CA AUTO BODY REPAIR CONSUMER BILL/RIGHTS |
| IL N 177 | 09-12 | CA PREM REFUND DISCLOSURE NOTICE |
| NOTX0015CA | 02-00 | IMPORTANT INFO FOR CA POLICYHOLDERS |
| OPI-D-1 | 05-20 | COMMON POLICY DECLARATIONS |
| UTI-126L | 10-93 | SCHEDULE OF TAXES, SURCHARGES OR FEES |
| UTI-SP-2L | 12-95 | SCHEDULE OF FORMS & ENDORSEMENT |
| IL 09 85 | 12-20 | DISCLOSURE PURSUANT/TERROR RISK INS ACT |
| IL 00 17 | 11-98 | COMMON POLICY CONDITIONS |
| IL 00 21 | 09-08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDT |
| IL 01 02 | 02-20 | CALIFORNIA CHANGES - ACTUAL CASH VALUE |
| IL 01 04 | 07-20 | CALIFORNIA CHANGES |
| IL 02 70 | 07-20 | CA CHANGES - CANCELLATION & NONRENEWAL |
| IL 09 35 | 07-02 | EXCL OF CERTAIN COMPUTER-RELATED LOSSES |
| IL 09 86 | 01-15 | EXCL CERT ACTS-NUC/BIO/CHEM-TERR; CAP LS |
| INSTALL-FORM | 01-02 | INSTALLMENT SCHEDULE |
| UTI-74G | 08-95 | PUNITIVE OR EXEMPLARY DAMAGE EXCLUSION |

**INLAND MARINE FORMS AND ENDORSEMENTS**

| | | |
|---|---|---|
| CII-SD-2 | 01-12 | COM IM COV PT MOTOR TRUCK CARGO SUPP DEC |
| CM 00 01 | 09-04 | COMMERCIAL IM CONDITIONS |
| IMI-P-3 | 04-12 | MOTOR TRUCK CARGO COVERAGE FORM |
| CM 99 05 | 12-19 | CANNABIS EXCLUSION |
| IMI-67 | 04-12 | OWNER'S CARGO COVERAGE |
| IMI-72 | 04-12 | SCHEDULED AUTO LIMITATION |

**AUTOMOBILE FORMS AND ENDORSEMENTS**

| | | |
|---|---|---|
| CTI-SD-1 | 11-20 | MOTOR CARRIER COV FORM SUPP DEC |
| UTI-234 | 04-06 | SCHEDULE OF COVERED AUTOS YOU OWN |
| CA 00 20 | 11-20 | MOTOR CARRIER COVERAGE FORM |
| CA 01 43 | 05-17 | CALIFORNIA CHANGES |
| CA 21 54 | 11-20 | CA UM COVERAGE - BODILY INJURY |
| CA 99 28 | 11-20 | STATED AMOUNT  INSURANCE |
| CA 99 48 | 10-13 | POLLUTION LIAB BROAD COV FOR COV AUTO |
| CAI-124 | 10-13 | SINGLE AUTO PHYS DAMAGE & CARGO DED |
| CAI-128 | 03-14 | SPECIAL COVERAGES ENDORSEMENT |
| CAI-141 | 10-13 | HYDRAULIC FRACTURING EXCLUSION |
| MC 1622Q | 11-11 | ENDT FOR MOTOR CARRIER POLICIES (MCS-90) |
| MC 2406F | 10-10 | INSURANCE POLICY ENDORSEMENT |

POLICY NUMBER:  LOI0000795

**IL 09 85 12 20**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**

| SCHEDULE – PART I |
|---|
| **Terrorism Premium (Certified Acts)**        INCLUDED |
| **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):** |
| GENERAL LIABILITY |
| MOTOR TRUCK CARGO |
| |
| **Additional information, if any, concerning the terrorism premium:** |
| |

| SCHEDULE – PART II |
|---|
| **Federal share of terrorism losses         80    %** |
| (Refer to Paragraph **B.** in this endorsement.) |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**IL 09 85 12 20**                © Insurance Services Office, Inc., 2020                **Page 1 of 2**

Home Office Copy

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2020   **IL 09 85 12 20**

Home Office Copy

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998
□

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
**(Broad Form)**

This endorsement modifies insurance provided under the following:

    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

  © ISO Properties, Inc., 2007   ☐

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

   **(a)** Any "nuclear reactor";

   **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

   **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

   **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

IL 01 02 02 20

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES – ACTUAL CASH VALUE

This endorsement modifies insurance provided under the following:

    CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    FARM COVERAGE PART
    STANDARD PROPERTY POLICY

With respect to an "open policy", the following are added to any provision which uses the term actual cash value:

**A.** In the event of a partial or total loss to a building or structure, actual cash value is calculated as the lesser of the following:

  **1.** The amount it would cost to repair, rebuild or replace the property less a fair and reasonable deduction for physical depreciation of the components of the building or structure that are normally subject to repair or replacement during its useful life. Physical depreciation is based upon the condition of the property at the time of the loss; or

  **2.** The Limit of Insurance applicable to the property.

**B.** In the event of a partial or total loss to Covered Property other than a building or structure, actual cash value is calculated as the lesser of the following:

  **1.** The amount it would cost to repair or replace the property less a fair and reasonable deduction for physical depreciation, based on the condition of the property at the time of loss; or

  **2.** The Limit of Insurance applicable to the property.

**C.** An "open policy" is a policy under which the value of Covered Property is not fixed at policy inception, but is determined at the time of loss in accordance with policy provisions on valuation. The term "open policy" does not apply to Covered Property that is subject to an Agreed Value clause or similar clause that establishes an agreed value prior to loss, unless such clause has expired.

 © Insurance Services Office, Inc., 2019

IL 01 04 07 20

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART – FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL
COVERAGES, CONDITIONS, DEFINITIONS
FARM COVERAGE PART – LIVESTOCK COVERAGE FORM
FARM COVERAGE PART – MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following with respect to loss ("loss") or damage caused by fire:

We do not provide coverage to the insured ("insured") who, whether before or after a loss ("loss"), has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** That insured's ("insured's") interest in the Covered Property; or

**4.** A claim under this Coverage Part or Coverage Form.

**C.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following with respect to loss ("loss") or damage caused by a Covered Cause of Loss other than fire:

This Coverage Part is void if any insured ("insured"), whether before or after a loss ("loss"), has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** An insured's ("insured's") interest in the Covered Property; or

**4.** A claim under this Coverage Part or Coverage Form.

**D.** Except as provided in **E.,** the **Appraisal** Condition is replaced by the following:

If we and you disagree on the value of the property or the actual cash value or the amount of loss ("loss"), either may make written request for an appraisal of the loss ("loss"). In this event, each party will select a competent and impartial appraiser. However, in the event of a government-declared disaster, as defined in the Government Code, appraisal may be requested by either you or us but shall not be compelled. Each party shall notify the other of the appraiser selected within 20 days of the request. The two appraisers will select an umpire. If they cannot agree within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and actual cash value and amount of loss ("loss"). If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of actual cash value and loss ("loss") and will be binding. Each party will:

**1.** Pay its chosen appraiser; and

© Insurance Services Office, Inc., 2020

**2.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**E.** The Appraisal Condition in:

**1.** Business Income (And Extra Expense) Coverage Form **CP 00 30;** and

**2.** Business Income (Without Extra Expense) Coverage Form **CP 00 32;**

is replaced by the following:

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written request for an appraisal of the loss. If the request is accepted, each party will select a competent and impartial appraiser. Each party shall notify the other of the appraiser selected within 20 days of the request. The two appraisers will select an umpire. If they cannot agree within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

IL 02 70 07 20

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of the **Cancellation** Common Policy Condition are replaced by the following:

**2. All Policies In Effect For 60 Days Or Less**

If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

**a.** 10 days before the effective date of cancellation if we cancel for:

   **(1)** Nonpayment of premium; or

   **(2)** Discovery of fraud by:

      **(a)** Any insured or his or her representative in obtaining this insurance; or

      **(b)** You or your representative in pursuing a claim under this policy.

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3. All Policies In Effect For More Than 60 Days**

**a.** If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

   **(1)** Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

   **(2)** Discovery of fraud or material misrepresentation by:

      **(a)** Any insured or his or her representative in obtaining this insurance; or

      **(b)** You or your representative in pursuing a claim under this policy.

   **(3)** A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

© Insurance Services Office, Inc., 2020

**(4)** Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

**(5)** Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

**(6)** A determination by the Commissioner of Insurance that the:

  **(a)** Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

  **(b)** Continuation of the policy coverage would:

    **(i)** Place us in violation of California law or the laws of the state where we are domiciled; or

    **(ii)** Threaten our solvency.

**(7)** A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

**b.** We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **3.a.**

**B.** The following provision is added to the **Cancellation** Common Policy Condition:

**7. Residential Property**

This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit, if such coverage is written under one of the following:

Commercial Property Coverage Part

Farm Coverage Part – Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

**a.** If such coverage has been in effect for 60 days or less, and is not a renewal of coverage we previously issued, we may cancel this coverage for any reason, except as provided in **b.** and **c.** below.

**b.** We may not cancel this policy solely because the first Named Insured has:

**(1)** Accepted an offer of earthquake coverage; or

**(2)** Cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

However, we shall cancel this policy if the first Named Insured has accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

**c.** We may not cancel such coverage solely because corrosive soil conditions exist on the premises. This restriction **(c.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

**(1)** Commercial Property Coverage Part – Causes Of Loss – Special Form; or

**(2)** Farm Coverage Part – Causes Of Loss Form – Farm Property, Paragraph **D.** Covered Causes Of Loss – Special.

 © Insurance Services Office, Inc., 2020

**d.** If a state of emergency under California Law is declared and the residential property is located in any ZIP Code within or adjacent to the fire perimeter, as determined by California Law, we may not cancel this policy for one year, beginning from the date the state of emergency is declared, solely because the dwelling or other structure is located in an area in which a wildfire has occurred. However, we may cancel:

**(1)** When you have not paid the premium, at any time by letting you know at least 10 days before the date cancellation takes effect;

**(2)** If willful or grossly negligent acts or omissions by the Named Insured, or his or her representatives, are discovered that materially increase any of the risks insured against; or

**(3)** If there are physical changes in the property insured against, beyond the catastrophe-damaged condition of the structures and surface landscape, which result in the property becoming uninsurable.

**C.** The following is added and supersedes any provisions to the contrary:

**Nonrenewal**

**1.** Subject to the provisions of Paragraphs **C.2.** and **C.3.** below, if we elect not to renew this policy, we will mail or deliver written notice, stating the reason for nonrenewal, to the first Named Insured shown in the Declarations, and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

**2. Residential Property**

This provision applies to coverage on real property used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household property contained in a residential unit, if such coverage is written under one of the following:

Commercial Property Coverage Part

Farm Coverage Part – Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

**a.** If this policy provides coverage as described in the preceding paragraph, and we elect not to renew this policy, we will mail or deliver written notice, stating the reason for nonrenewal, to the first Named Insured shown in the Declarations, and to the producer of record, at the mailing address shown in the policy, at least 75 days, but not more than 120 days, before the expiration or anniversary date.

If we fail to give the first Named Insured shown in the Declarations notice of nonrenewal at least 75 days prior to the policy expiration, as required in the paragraph above, this policy, with no change in its terms and conditions, shall remain in effect for 75 days from the date that the notice of nonrenewal is delivered or mailed to the Named Insured. A notice to this effect shall be provided by us to the first Named Insured with the notice of nonrenewal.

**b.** We may elect not to renew such coverage for any reason, except as provided in Paragraphs **c., d.** and **e.** below.

**c.** We will not refuse to renew such coverage solely because the first Named Insured has accepted an offer of earthquake coverage.

However, the following applies only to insurers who are associate participating insurers as established by Cal. Ins. Code Section 10089.16. We may elect not to renew such coverage after the first Named Insured has accepted an offer of earthquake coverage, if one or more of the following reasons applies:

**(1)** The nonrenewal is based on sound underwriting principles that relate to the coverages provided by this policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

**(2)** The Commissioner of Insurance finds that the exposure to potential losses will threaten our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

**(3)** We have:

**(a)** Lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

**(b)** Experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and

the Commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

**d.** We will not refuse to renew such coverage solely because the first Named Insured has cancelled or did not renew a policy, issued by the California Earthquake Authority, that included an earthquake policy premium surcharge.

**e.** We will not refuse to renew such coverage solely because corrosive soil conditions exist on the premises. This restriction **(e.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

**(1)** Commercial Property Coverage Part – Causes Of Loss – Special Form; or

**(2)** Farm Coverage Part – Causes Of Loss Form – Farm Property, Paragraph **D.** Covered Causes Of Loss – Special.

**f.** If a state of emergency under California Law is declared and the residential property is located in any ZIP Code within or adjacent to the fire perimeter, as determined by California Law, we may not nonrenew this policy for one year, beginning from the date the state of emergency is declared, solely because the dwelling or other structure is located in an area in which a wildfire has occurred.

However, we may nonrenew:

**(1)** If willful or grossly negligent acts or omissions by the Named Insured, or his or her representatives, are discovered that materially increase any of the risks insured against;

**(2)** If losses unrelated to the postdisaster loss condition of the property have occurred that would collectively render the risk ineligible for renewal; or

**(3)** If there are physical changes in the property insured against, beyond the catastrophe-damaged condition of the structures and surface landscape, which result in the property becoming uninsurable.

**3.** We are not required to send notice of nonrenewal in the following situations:

**a.** If the transfer or renewal of a policy, without any changes in terms, conditions or rates, is between us and a member of our insurance group.

**b.** If the policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph **C.1.**

**c.** If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

**d.** If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

**e.** If the first Named Insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

**f.** If we have made a written offer to the first Named Insured, in accordance with the timeframes shown in Paragraph **C.1.,** to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

© Insurance Services Office, Inc., 2020

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

**1.** The failure, malfunction or inadequacy of:

**a.** Any of the following, whether belonging to any insured or to others:

**(1)** Computer hardware, including micro-processors;

**(2)** Computer application software;

**(3)** Computer operating systems and related software;

**(4)** Computer networks;

**(5)** Microprocessors (computer chips) not part of any computer system; or

**(6)** Any other computerized or electronic equipment or components; or

**b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

**2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

**1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

**2.** Under the Commercial Property Coverage Part:

**a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

**b.** In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

POLICY NUMBER: LOI0000795

IL 09 86 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL, CHEMICAL OR RADIOLOGICAL TERRORISM; CAP ON COVERED CERTIFIED ACTS LOSSES

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    CRIME AND FIDELITY COVERAGE PART
    EQUIPMENT BREAKDOWN COVERAGE PART
    FARM COVERAGE PART
    STANDARD PROPERTY POLICY

### SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
| CA, CT, GA, HI, IL, IA, ME, MO, NJ, NY, NC, OR, RI, VA, WA, WV, WI | MOTOR TRUCK CARGO |
| | |
| | |
| | |
| | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

 © Insurance Services Office, Inc., 2015

Home Office Copy

**B.** The following exclusion is added:

**LIMITED EXCLUSION OF CERTIFIED ACTS OF TERRORISM**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or more of the following are attributed to such act:

**1.** The terrorism is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the terrorism was to release such material; or

**3.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical material; or

**4.** Pathogenic or poisonous biological or chemical material is released, and it appears that one purpose of the terrorism was to release such material.

When this terrorism exclusion applies in accordance with the terms of Paragraph **B.1.** or **B.2.,** the terrorism exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Part or Policy.

**C. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" excluded under Paragraph **B.** results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

**D. Cap On Certified Terrorism Losses**

The following limitation applies to coverage for any one or more "certified acts of terrorism" that are not excluded by the terms of the exclusion in Paragraph **B.** and to any loss or damage that is covered and to which the exception in Paragraph **C.** applies:

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

This Paragraph, **D.,** does not apply to insurance provided under the Crime And Fidelity Coverage Part.

**E. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the non-applicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the War And Military Action Exclusion.

© Insurance Services Office, Inc., 2015
Home Office Copy

**Policy Number**
**LOI0000795**

### INSTALLMENT SCHEDULE

## SCOTTSDALE INDEMNITY COMPANY

Named Insured    SGM TRUCKING, INC.                    Effective Date: 01-27-22
                                                        12:01 A.M., Standard Time

Agent Name    GLEN A SCHUBERG, INC.                    Agent No.    040AV

**IT IS HEREBY AGREED AND UNDERSTOOD THAT THIS POLICY IS PAYABLE ON INSTALLMENTS AS FOLLOWS:**

| DUE | | PREMIUM | SURCHARGE | INSTALLMENT FEE | REVISED INSTALLMENT TOTAL |
|---|---|---|---|---|---|
| DEPOSIT | 01/27/2022 | $ ▮ | $ ▮ | | $ ▮ |
| INSTALL | 02/27/2022 | $ | | $ | $ |
| INSTALL | 03/27/2022 | $ | | $ | $ |
| INSTALL | 04/27/2022 | $ | | $ | $ |
| INSTALL | 05/27/2022 | $ | | $ | $ |
| INSTALL | 06/27/2022 | $ | | $ | $ |
| INSTALL | 07/27/2022 | $ | | $ | $ |
| INSTALL | 08/27/2022 | $ | | $ | $ |
| INSTALL | 09/27/2022 | $ | | $ | $ |
| INSTALL | 10/27/2022 | $ | | $ | $ |
| INSTALL | 11/27/2022 | $ | | $ | $ |
| INSTALL | 12/27/2022 | $ | | $ | $ |

Failure to pay the Installment Premium by the Date Due shown shall constitute non-payment of premium for which we may cancel this policy.

**INSTALL-FORM (01/02)**

**Scottsdale Indemnity Company**

ENDORSEMENT

NO._____

Attached to and forming a part of
Policy No. LOI0000795
Named Insured SGM TRUCKING, INC.

Endorsement Effective Date 01-27-22
12:01 A.M., Standard Time
Agent No. 040AV

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PUNITIVE OR EXEMPLARY DAMAGE EXCLUSION

In consideration of the premium charged, it is agreed that this policy does not apply to a claim of or indemnification for punitive or exemplary damages.

Punitive or exemplary damages also include any damages awarded pursuant to statute in the form of double, treble or other multiple damages in excess of compensatory damages.

If suit is brought against any insured for a claim falling within coverage provided under the policy, seeking both compensatory and punitive or exemplary damages, then the Company will afford a defense to such action; however, the Company will have no obligation to pay for any costs, interest or damages attributable to punitive or exemplary damages.

_____   /  _____
AUTHORIZED REPRESENTATIVE                        DATE

UTI-74g (8-95)

Home Office Copy

# Scottsdale Indemnity Company

## COMMERCIAL INLAND MARINE COVERAGE PART MOTOR TRUCK CARGO COVERAGE FORM SUPPLEMENTAL DECLARATIONS

Policy Number: LOI0000795    Effective Date: 01-27-22

(12:01 A.M. Standard Time)

Named Insured: SGM TRUCKING, INC.    Agent Number 040AV

---

**Item 1—Business Description:**

Form of Business: [X] Corporation  [ ] Limited Liability Company  [ ] Individual  [ ] Partnership
[ ] Other:

Audit Period (if applicable): [ ] Annually  [ ] Semi-Annually  [ ] Quarterly  [ ] Monthly

**Item 2—Description of Covered Property**

CANNED GOODS, PAPER/PLASTIC, GROCERIES/BEVERAGES

**Item 3—Coverage, Limits of Insurance and Premium**

| Coverage | Limits of Insurance | Premium |
|---|---|---|
| Property In Or On Any Automobile, Truck Or Other Power Unit, Including Property In All Attached Trailers | | |
| [ ] If this box is checked, see **Scheduled Automobile Limitation** | **See Scheduled Automobile Limitation Endorsement** | |
| Motor Truck Cargo Owners | **See Schedule on Cargo Owners Endorsement** | |
| Property At Terminals, But We Will Cover Only At The Following Terminals:<br>1. _____<br>2. _____<br>3. _____<br>4. _____<br>[ ] If this box is checked, see **Schedule of Additional Terminals** | **See Schedule of Additional Terminals** | |
| All Covered Property In Any One Occurrence | 100,000 | |
| Deductible: 1,000 | Premium for Endorsements | |
| | Estimated Total Premium (This policy may be subject to final audit.) | |

Home Office Copy

# Scottsdale Indemnity Company

## COMMERCIAL INLAND MARINE COVERAGE PART MOTOR TRUCK
## CARGO COVERAGE FORM SUPPLEMENTAL DECLARATIONS (continued)

Policy Number:  LOI0000795

Effective Date: 01-27-22
(12:01 A.M. Standard Time)

Named Insured: SGM TRUCKING, INC.

Agent Number 040AV

**Item 4—Reporting Policies**

| Reporting Period | Estimated Annual Gross Receipts | Rate Per $100 | Estimated Annual Premiums |
|---|---|---|---|
| ❑ DR (Daily)<br>❑ WR (Weekly)<br>❑ MR (Monthly)<br>❑ QR (Quarterly)<br>❑ PR (Policy Year) | $ | $ | $ |

Limit of Insurance:     $_____

Deductible:              $_____

Deposit:    $_____

Minimum Premium:
$_____           $_____
           Monthly                          Annually

**Item 5—Special Provisions (if any):**

CATASTROPHE LIMIT IS $500,000

**FORMS AND ENDORSEMENTS** (Other than applicable Forms and Endorsements shown elsewhere in this policy)

Form(s) and Endorsement(s) applying to this Coverage Form and made part of this policy when issued:
**See Schedule of Forms and Endorsements**

THIS SUPPLEMENTAL DECLARATIONS AND THE COMMON POLICY DECLARATIONS, TOGETHER
WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENT(S)
COMPLETE THE ABOVE-NUMBERED POLICY.

Home Office Copy

COMMERCIAL INLAND MARINE
CM 00 01 09 04

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

**1.** Notify the police if a law may have been broken.

**2.** Give us prompt notice of the loss or damage. Include a description of the property involved.

**3.** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**4.** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**5.** You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**6.** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**7.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**8.** Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**9.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

**10.** Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

**1.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**2.** We will not pay you more than your financial interest in the Covered Property.

**3.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**4.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

© ISO Properties, Inc., 2003

**5.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

**a.** We have reached agreement with you on the amount of the loss; or

**b.** An appraisal award has been made.

**6.** We will not be liable for any part of a loss that has been paid or made good by others.

**F. Other Insurance**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**G. Pair, Sets Or Parts**

**1. Pair Or Set**

In case of loss or damage to any part of a pair or set we may:

**a.** Repair or replace any part to restore the pair or set to its value before the loss or damage; or

**b.** Pay the difference between the value of the pair or set before and after the loss or damage.

**2. Parts**

In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**H. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**I. Reinstatement Of Limit After Loss**

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

**J. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property.

**2.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

**a.** Someone insured by this insurance; or

**b.** A business firm:

**(1)** Owned or controlled by you; or

**(2)** That owns or controls you.

This will not restrict your insurance.

**GENERAL CONDITIONS**

**A. Concealment, Misrepresentation Or Fraud**

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all the terms of this Coverage Part; and

**2.** The action is brought within 2 years after you first have knowledge of the direct loss or damage.

© ISO Properties, Inc.,  2003

☐

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

**1.** During the policy period shown in the Declarations; and

**2.** Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

**1.** The actual cash value of that property;

**2.** The cost of reasonably restoring that property to its condition immediately before loss or damage; or

**3.** The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

© ISO Properties, Inc.,  2003

# Scottsdale Indemnity Company

A Stock Company, herein called the Company

## MOTOR TRUCK CARGO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F. Definitions.**

## A. Coverage

We will pay those sums that you become legally obligated to pay for loss to Covered Property caused by a Covered Cause of Loss.

### 1. Covered Property

We will pay all sums you must pay because of loss to lawful goods and merchandise of others while in your custody or control in the ordinary course of transit for which you are legally liable as a motor carrier under a written or electronic bill of lading, shipping receipt or written contract of carriage.

We have the right and duty to defend any insured against a "suit" asking payment for such loss. However, we have no duty to defend any insured against a "suit" seeking payment for loss to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the cargo coverage Limits of Insurance shown in the Declarations has been exhausted by payment of judgments or settlements.

### 2. Property Not Covered

Covered Property does not include:

**a.** Accounts, bills, currency, deeds, evidences of debt, letters of credit, money, notes, securities, or other documents of value;

**b.** Bullion, gold or other precious metals, jewelry, watches, precious or semiprecious stones;

**c.** Furs or garments trimmed with fur;

**d.** Coin collections, stamp collections or other collectibles;

**e.** Live animals unless death or destruction is directly resulting from or made necessary by a "specified peril."

**f.** The "auto(s)" carrying the property or its equipment, including tarpaulins and fittings; including "autos" you own, lease, hire, rent or borrow.

**g.** Intermodal containers, unless included in the value of the shipment;

**h.** Property while waterborne. However, we cover property while aboard vessels on inland waterways when the waterborne transportation is incidental to the land portion of the journey;

**i.** Import shipments:

**(1)** Until discharged from the import conveyance; or

**(2)** Until Ocean Marine insurance ceases;

whichever occurs last;

**j.** Export shipments:

**(1)** After placed on the outbound conveyance; or

**(2)** When Ocean Marine insurance applies to the shipment;

whichever occurs first;

**k.** Works of art unless described in the Declarations;

**l.** Contraband, or property in the course of illegal transportation or trade;

**m.** Copper when specifically described on the bill of lading, shipping receipt or contract of carriage; or

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 1997

**n.** Aluminum when specifically described on the bill of lading, shipping receipt or contract of carriage.

**3. Covered Causes Of Loss**

Covered Causes of Loss means Direct Physical Loss Or Damage to Covered Property for which you are legally liable except those causes of loss listed in the Exclusions.

**4. Coverage Extensions**

These extensions are in addition to the Limits of Insurance shown in the Declarations.

**a. Earned Freight Charges**

We also cover your earned freight charges that you are unable to collect arising from a loss covered by this coverage form.

**b. Newly Acquired Terminals**

If this policy covers terminal locations shown in the Declarations you may extend that insurance to apply to:

**(1)** Terminals you acquire or lease at locations other than the described premises.

The most we will pay for loss or damage under this extension is $50,000 at each terminal.

**(2)** Period of Coverage

With respect to insurance at each newly acquired terminal, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** Up to thirty (30) days from the date you acquire or lease the terminal; or

**(c)** You report the acquired or leased terminal to us.

We will charge you additional premium from the date you acquire or lease the terminal.

**c. Removal Expenses**

**(1) Coverage**

**(a)** We will pay the cost for which you are legally liable to remove the debris of covered property that is caused by a covered peril that occurs during the policy period. Debris removal does not include clean-up or removal of "pollutants" except as provided in **(b)** below.

**(b)** We will pay expenses for which you are legally liable to extract "pollutants" from land or water if the release, discharge or dispersal of the "pollutants" is a direct result of a covered peril that occurs during the policy period to covered property.

**(2)** Exclusion

This extension of coverage, removal expenses, does not include costs to:

**(a)** Repair or replace damage to your "auto" from "pollutants"; or

**(b)** Remove, restore or replace polluted land or water.

**(3)** The most we pay in any one occurrence during the policy period for Debris Removal is $25,000.

**(4)** We do not pay any costs or expenses unless they are reported to us in writing within one hundred eighty (180) days of the earlier of:

**(a)** The date of direct physical loss to covered property; or

**(b)** The end of the policy period.

**d. Claim Mitigation Expense**

We will pay the necessary expense you incur to prevent further loss to Covered Property if that expense is incurred within a twelve (12) hour period after a covered cause of loss occurs.

The most we will pay under this coverage extension is $5,000 in any one occurrence. No deductible will be applied to claim mitigation expense.

**e. Fire Department Service Charge**

We will pay up to $25,000 to cover your liability for fire department service charges. This coverage is limited to charges incurred when

the fire department is called to save or protect covered property from a covered peril.

**f.   Reload Expense**

We will pay to reload Covered Property which has spilled due to a covered cause of loss to the auto.

**g.   Traffic and Security Expense**

We will pay the cost to control traffic and provide security to oversee and/or roundup the cargo if there is an occurrence which causes us to tow and/or reload Covered Property which has spilled due to a covered cause of loss to the auto.

**5.   Supplementary Payments**

In addition to the applicable Limits of Insurance shown in the Declarations, we will pay, with respect to any claim we investigate or settle, or a "suit" against any insured we defend:

**1.**   All expenses we incur.

**2.**   The cost of bonds or release attachments in any "suit" against the insured we defend, but only for bond amounts within our Limits of Insurance shown in the Declarations.

**3.**   All reasonable expenses incurred by you at our request, including actual loss of earnings up to $250 a day because of time off from work.

**4.**   All costs taxed against the insured in any "suit" against the insured we defend.

**5.**   Interest in the full amount of any judgment that accrues after entry of the judgment in any "suit" against the insured we defend; but our duty to pay interest ends when we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limits of Insurance shown in the Declarations.

**6.**   Prejudgment interest on the amount of any judgment in any "suit" against the insured on that part of the judgment we pay. If we make an offer to pay the applicable Limits of Insurance shown in the Declarations, we will not pay any prejudgment interest based on that period of time after the offer.

**B.   Exclusions**

This insurance does not apply to:

**1.**   Your liability for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

**a.   Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this coverage form.

**b.   Nuclear Hazard**

Any weapon employing atomic fission or fusion; or

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this coverage form.

**c.   War And Military Action**

**(1)**   War, including undeclared or civil war;

**(2)**   Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)**   Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.**   Your liability for loss or damage caused by or resulting from any of the following:

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 1997

**a.** Improper packing, packaging or stowage, or rough handling.

**b.** Delay, loss of use, loss of market or any other indirect or consequential loss.

**c.** Breakdown of refrigeration or heating equipment. But we will pay for such loss caused directly by fire, lightning, explosion, windstorm, vandalism, aircraft, rioters, strikers, theft or attempted theft, or by "accident" to the "auto" carrying the property if these causes of loss would be covered under this coverage form.

**d.** Your operation as a transportation broker or freight forwarder.

**e.** Dishonest or criminal act committed by:

**(1)** You, any of your partners, employees, directors, trustees, or authorized representatives;

**(2)** A manager or a member if you are a limited liability company;

**(3)** Anyone else with an interest in the property, or their employees or authorized representatives; or

**(4)** Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

This exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire or to acts of destruction by your employees, but theft by employees (including leased employees) is not covered.

**3.** Your liability for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Any quality in the property that causes it to damage or destroy itself.

**b.** Contamination, gradual deterioration or corrosion.

**c.** Dampness, extremes of temperature.

**d.** Insects, vermin or rodents.

**e.** Cotton, within seventy-two (72) hours after ginning.

**f.** Voluntary parting whether or not induced to do so by fraudulent scheme, trick or false pretense.

**4.** We will not pay for any costs, fines or penalties you incur for your violation of any law or regulation that applies to your delay in payments, denial or settlement of any claim made against you by others for loss to Covered Property.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**D. Deductible**

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable Limits of Insurance shown in the Declarations exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted loss or damage in excess of the Deductible, up to the applicable Limits of Insurance shown in the Declarations.

**E. Additional Conditions**

**1.** The Valuation General Condition in the Commercial Inland Marine Conditions is replaced by the following:

The value of property will be the least of the following amounts:

**a.** The cost of reasonably restoring that property to its condition immediately before loss;

**b.** The cost of replacing that property with substantially identical property;

**c.** The value, if any, stated in the bill of lading, shipping receipt or contract of carriage; or

**d.** The limitation stated in the tariff.

In the event of loss, the value of property will be determined as of the time of loss or damage.

**2.** The following condition applies in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 1997

**Coverage Territory**

We cover property wherever located within:

**(1)** The United States of America (including its territories and possessions);

**(2)** Puerto Rico; and

**(3)** Canada.

**3.** The premium charged at inception is based on the Covered Property shown under **Item 2.** of the Supplemental Declarations. This policy may be subject to additional premium in the event of loss or damage to Covered Property not described on the Supplemental Declarations.

**4. Bankruptcy**

Bankruptcy or insolvency of the insured or the insured's estate will not relieve us of any obligation under this coverage form.

**5. Liberalization**

If we revise this coverage form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**F. Definitions**

**1.** "Accident" means:

**a.** Upset or overturn of the transporting "auto"; or

**b.** The violent and accidental contact of the transporting "auto" with another "auto" or object, but not including contact with:

**(1)** The roadbed or curbing;

**(2)** Rails or ties of street, steam or electric railroad; or

**(3)** Any stationary object while backing for loading or unloading purposes.

**2.** "Auto" means:

**a.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**3.** "Pollutants" means:

Any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**4.** "Specified peril" means the perils of:

**a.** Fire;

**b.** Lightning;

**c.** Windstorm;

**d.** Hail;

**e.** Collapse of bridges or culverts;

**f.** Collision or overturn, or derailment of a transporting conveyance; or

**g.** Theft.

**5.** "Suit" includes an arbitration proceeding to which you must submit or submit with our consent.

**6.** "Trailer" includes a semitrailer or a dolly used to convert a semitrailer into a trailer.

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 1997

**COMMERCIAL INLAND MARINE**
**CM 99 05 12 19**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CANNABIS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A.** **Property Not Covered** is amended as follows:

"Cannabis" is added to **Property Not Covered.**

**B.** For the purpose of this endorsement, the following definition is added:

"Cannabis":

**1.** Means:

Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

**2.** Paragraph **B.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

**a.** Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

**b.** Any compound, by-product, extract, derivative, mixture or combination, such as:

**(1)** Resin, oil or wax;

**(2)** Hash or hemp; or

**(3)** Infused liquid or edible cannabis;

whether or not derived from any plant or part of any plant set forth in Paragraph **B.2.a.**

© Insurance Services Office, Inc., 2019

<table>
<tr><td></td><td><b>Scottsdale Indemnity Company</b></td><td><b>ENDORSEMENT<br>NO.</b></td></tr>
</table>

**Scottsdale Indemnity Company**

**ENDORSEMENT NO.** _____

Attached to and forming a part of
Policy No. LOI0000795
Named Insured SGM TRUCKING, INC.

Endorsement Effective Date 01-27-22
12:01 A.M., Standard Time
Agent No. 040AV

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## OWNER'S CARGO COVERAGE

This endorsement modifies insurance provided under the following:

**MOTOR TRUCK CARGO COVERAGE FORM**

The following is added to Section **A. Coverage,** Paragraph **1. Covered Property:**

We will pay for loss of or damage to Covered Property by a Covered Causes of Loss. Covered Property, as used in this Coverage Form, means your property described below.

We cover property loaded for shipment in or on any "auto" you own or operate while in transit from the time the "auto" leaves the premises where the shipment begins until the "auto" arrives at its destination.

Covered Property Consisting Principally of:

CANNED GOODS, PAPER/PLASTIC,
GROCERIES/BEVERAGES

Limit Of Insurance: Per Auto, Truck Or Any One Trailer ..................... $  100,000

Deductible: ........................................................................... $  1,000

With respect to this endorsement, **Item 4.** of the Motor Truck Cargo Coverage Form Supplemental Declarations is amended as follows:

Home Office Copy

**Reporting Policies:**

| Reporting Period | Estimated Values Shipped | Rate Per $100 | Estimated Annual Premium |
|---|---|---|---|
| ☐ DR (Daily)<br>☐ WR (Weekly)<br>☐ MR (Monthly)<br>☐ QR (Quarterly)<br>☐ PR (Policy Year) | $ | $ | $ |

| | |
|---|---|
| Deposit: | $ |
| Minimum Premium: | |
| Monthly: | $ |
| Annually: | $ |

_____/_____

AUTHORIZED REPRESENTATIVE                              DATE

Home Office Copy

**ENDORSEMENT NO.**_____

## Scottsdale Indemnity Company

Attached to and forming a part of
Policy No. LOI0000795
Named Insured SGM TRUCKING, INC.

Endorsement Effective Date 01-27-22
12:01 A.M., Standard Time
Agent No. 040AV

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SCHEDULED AUTO LIMITATION

This endorsement modifies insurance provided under the following:

**MOTOR TRUCK CARGO COVERAGE FORM**

The following is added to Section **C. Limits of Insurance:**

**1.** We only cover loss to Covered Property on or in an "auto" if the "auto" is described in the Auto Schedule shown below. The most we will pay for loss to Covered Property on or in a scheduled "auto" is the limit indicated in the schedule for the "auto" that is involved in the loss.

**2.** The same Limit of Insurance for Covered Property for a designated "auto" will also apply to any "auto" you do not own while used as a temporary substitute for any "auto" shown in the Auto Schedule below that is out of service due to:

**a.** Breakdown;

**b.** Repair;

**c.** Servicing;

**d.** Loss; or

**e.** Destruction.

### AUTO SCHEDULE

| Auto No. | Auto Description | Limit |
|---|---|---|
| 1 | 2014 FREIGHTLINER, #FL4405 | $ 100,000 |
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |

☐ If this box is checked, see Schedule of Additional Scheduled Autos for Scheduled Auto Limitation.

AUTHORIZED REPRESENTATIVE                              DATE

IMI-72 (4-12)                              Page 1 of 1

Home Office Copy

Underwritten by: Scottsdale Indemnity Company
Home Office: One Nationwide Plaza o Columbus, Ohio 43215
Administrative Office: 8877 North Gainey Center Drive o Scottsdale, Arizona 85258
1-800-423-7675 • A Stock Company

## COMMERCIAL AUTO COVERAGE
## MOTOR CARRIER COVERAGE FORM SUPPLEMENTAL DECLARATIONS

Policy No.: LOI0000795                                   Effective Date: 01-27-22
                                                         12:01 A.M. Standard Time
Named Insured: SGM TRUCKING, INC.          Agent No.: 040AV

| | |
|---|---|
| **Item 1.** Business Description:   TRUCKING | |
| Form of Business: [X] Corporation   [ ] Limited Liability Company (LLC)   [ ] Individual   [ ] Partnership [ ] Other: | |
| Audit Period (if applicable) [X] Annually   [ ] Semi-Annually   [ ] Quarterly   [ ] Monthly | |

**Item 2.** Schedule of Coverages and Covered Autos

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos." "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTOS Section of the Motor Carrier Coverage Form next to the name of the coverage.

| Coverages | Covered Autos | Limit Or Deductible The Most We Will Pay for Any One Accident or Loss | Premium |
|---|---|---|---|
| Covered Autos Liability | 67 | $  1,000,000 | $ ■ |
| Personal Injury Protection (P.I.P.) (or equivalent No-fault coverage) | | Separately stated in each P.I.P. endorsement, minus any Deductible shown therein or scheduled on form CAI-117. | |
| Added P.I.P. (or equivalent added No-fault coverage) | | Separately stated in each added P.I.P. endorsement. | |
| Property Protection Insurance (P.P.I.) (Michigan only) | | Separately stated in the P.P.I. endorsement minus Deductible for each "accident." | |
| Auto Medical Payments | | each insured | |
| Medical Expense And Income Loss Benefits (Virginia only) | | Separately stated in the Medical Expense and Income Loss Benefits endorsement. | |
| Uninsured Motorists (UM) | 67 | Separately stated in each UM endorsement. | $ ■ |
| Underinsured Motorists (UIM) (when not included in UM Coverage) | | Separately stated in each UIM endorsement. | |
| Trailer Interchange Comprehensive Coverage | | Least of actual cash value, cost of repair or Limit of Insurance, minus Deductible for each covered "trailer." | |
| Trailer Interchange Specified Causes of Loss Coverage | | | |
| Trailer Interchange Collision Coverage | | | |
| Physical Damage Comprehensive Coverage | 67 | Actual cash value or cost of repair or stated amount, whichever is less, minus any applicable Deductible for each covered "auto." (See **Item 4.** for hired or borrowed "autos.") | $ ■ |
| Physical Damage Specified Causes of Loss Coverage | | | |
| Physical Damage Collision Coverage | 67 | **See Schedule of Covered Auto You Own.** **See Item 4. for Hired and Borrowed Autos** | $ ■ |

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2009

Home Office Copy



Underwritten by: Scottsdale Indemnity Company
Home Office: One Nationwide Plaza o Columbus, Ohio 43215
Administrative Office: 8877 North Gainey Center Drive o Scottsdale, Arizona 85258
1-800-423-7675 • A Stock Company

## COMMERCIAL AUTO COVERAGE
## MOTOR CARRIER COVERAGE FORM SUPPLEMENTAL DECLARATIONS (continued)

Policy No.: LOI0000795

Effective Date: 01-27-22
12:01 A.M. Standard Time

Named Insured: SGM TRUCKING, INC.

Agent No.: 040AV

**Item 2.** Schedule of Coverages and Covered Autos (continued)

| Coverages | Covered Autos | Limit<br>The Most We Will Pay for Any One Accident or Loss | Premium |
|---|---|---|---|
| Physical Damage Towing and Labor | | for each disablement of a private passenger "auto," light or medium truck | |
| Form(s) and endorsement(s) applying to this coverage form and made a part of this policy at the time of issue:<br>**See Schedule of Forms and Endorsements.** | | Premium for Endorsements | $ |
| | | Estimated Total Premium (This policy may be subject to final audit.) | $ |

**Item 3.** Schedule of Covered Autos You Own

**See Schedule of Covered Autos You Own.**

**Item 4.** Schedule of Hired or Borrowed Covered Auto Coverage and Premiums

Covered Autos Liability Coverage—Cost of Hire Rating Basis for "Autos" used in your Motor Carrier Operations (Other than Mobile Or Farm Equipment)

| State | Estimated Annual Cost of Hire (Primary) | Rate Per Each $100 Cost of Hire (Primary) | Estimated Annual Cost of Hire (Excess ) | Rate Per Each $100 Cost of Hire (Excess) | Premium |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | **Total Hired Auto Premium** | | NOT APPLICABLE |

For "autos" used in your motor carrier operations, cost of hire means:

1. The total dollar amount of costs you incurred for the hire of automobiles (includes "trailers" and semitrailers), and if not included therein;

2. The total remunerations of all operators and drivers' helpers, of hired automobiles whether hired with a driver by lessor or an "employee" of the lessee, or any other third party; and

3. The total dollar amount of any other costs (e.g., repair, maintenance, fuel, etc.) directly associated with operating the hired automobiles whether such costs are absorbed by the "insured," paid to the lessor or owner, or paid to others.

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2009

Nationwide®

Home Office Copy

Underwritten by: Scottsdale Indemnity Company
Home Office: One Nationwide Plaza o Columbus, Ohio 43215
Administrative Office: 8877 North Gainey Center Drive o Scottsdale, Arizona 85258
1-800-423-7675 • A Stock Company

## COMMERCIAL AUTO COVERAGE
## MOTOR CARRIER COVERAGE FORM SUPPLEMENTAL DECLARATIONS (continued)

Policy No.: LOI0000795                                   Effective Date: 01-27-22
                                                          12:01 A.M. Standard Time
Named Insured: SGM TRUCKING, INC.                       Agent No.: 040AV

**Item 4.** Schedule of Hired or Borrowed Covered Auto Coverage and Premiums (continued).

Covered Autos Liability Coverage—Cost of Hire Rating Basis for "Autos" **NOT** used in your Motor Carrier Operations (Other than Mobile Or Farm Equipment).

| State | Estimated Annual Cost of Hire (Primary ) | Rate Per Each $100 Cost of Hire (Primary) | Estimated Annual Cost of Hire (Excess) | Rate Per Each $100 Cost of Hire (Excess) | Premium |
|-------|------|------|------|------|------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  | Total Hired Auto Premium | | NOT APPLICABLE |

For "autos" not used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

Physical Damage Coverages—Cost of Hire Rating Basis for All "Autos" (Other than Mobile or Farm Equipment).

| Coverage | Limit of Insurance The Most We Will Pay Deductible | | Estimated Annual Cost of Hire For Each State (Excluding Autos Hired With A Driver) | Premium |
|------|------|------|------|------|
| Comprehensive | Actual cash value, cost of repair or whichever is less, minus for each covered "auto." | , Deductible |  |  |
| Specified Causes of Loss | Actual cash value, cost of repair or whichever is less, minus for each covered "auto." | , Deductible |  |  |
| Collision | Actual cash value, cost of repair or whichever is less, minus for each covered "auto." | , Deductible |  |  |
|  |  | Total Hired Auto Premium | N/A |  |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented or borrowed with a driver.

Hired or Borrowed Mobile and Farm Equipment
**If this box is checked** ☐ **, see Mobile and Farm Equipment Supplementary Schedule.**

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2009

CTI-SD-1 (11-20)                        Page 3 of 5

Nationwide

Underwritten by: Scottsdale Indemnity Company
Home Office: One Nationwide Plaza o Columbus, Ohio 43215
Administrative Office: 8877 North Gainey Center Drive o Scottsdale, Arizona 85258
1-800-423-7675 • A Stock Company

## COMMERCIAL AUTO COVERAGE
## MOTOR CARRIER COVERAGE FORM SUPPLEMENTAL DECLARATIONS (continued)

Policy No.: LOI0000795                   Effective Date: 01-27-22
                                         12:01 A.M. Standard Time
Named Insured: SGM TRUCKING, INC.        Agent No.: 040AV

**Item 5.** Schedule for Non-ownership Covered Autos Liability

| Rating Basis | Number | Premium |
|---|---|---|
| Number of Employees | | |
| Number of Partners (Active and Inactive) or LLC Members | | |
| Number of Volunteers | | |
| Total Non-ownership Covered Autos Liability Premium | | NOT APPLICABLE |

**Item 6.** Trailer Interchange Coverage

| Coverages | Limits of Insurance | Premium |
|---|---|---|
| Comprehensive | | |
| Specified Causes of Loss | Stated in **Item 2.** | |
| Collision | | |
| | Total Trailer Interchange Premium | |

**Item 7.** Schedule for Gross Receipts or Mileage Basis

**Address of Business Headquarters Location:**

**Type Of Risk (Check One)**

☐ Motor Carriers     ☐ Public Autos     ☐ Leasing Or Rental Concerns

| Rating Basis (Check One) | Estimated Yearly (Gross Receipts or Mileage) |
|---|---|
| ☐ Gross Receipts (Per $100)   ☐ Mileage (Per Mile) | |

| | Rate | Premium |
|---|---|---|
| **Covered Autos Liability** | | |
| **Personal Injury Protection** | | |
| **Added Personal Injury Protection** | | |
| **Property Protection Insurance (Michigan Only)** | | |
| **Auto Medical Payments** | | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | | |
| **Uninsured Motorists (UM)** | | |
| **Underinsured Motorists (UIM) (when not included in UM Coverage)** | | |
| **Trailer Interchange** | | |
| **Comprehensive** | | |
| **Specified Causes Of Loss** | | |
| **Collision** | | |
| **Towing And Labor** | | |
| | Total Premium: | |
| | Minimum Premium | |

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2009



Home Office Copy

Underwritten by: Scottsdale Indemnity Company
Home Office: One Nationwide Plaza o Columbus, Ohio 43215
Administrative Office: 8877 North Gainey Center Drive o Scottsdale, Arizona 85258
1-800-423-7675 • A Stock Company

## COMMERCIAL AUTO COVERAGE
## MOTOR CARRIER COVERAGE FORM SUPPLEMENTAL DECLARATIONS (continued)

Policy No.: LOI0000795                           Effective Date: 01-27-22
                                                     12:01 A.M. Standard Time
Named Insured: SGM TRUCKING, INC.           Agent No.:   040AV

When gross receipts or mileage is used as a premium basis:

**For Motor Carriers:**

**Gross receipts** means the total amount earned by the named insured for shipping or transporting property regardless of whether you or any other carrier originate the shipment or transportation. Gross receipts includes the total amount received from renting equipment, with or without drivers, to any person or organization not engaged in the business of transporting property for hire by "auto" and fifteen percent (15%) of the total amount received from renting any equipment with or without drivers, to any person or organization engaged in the business of transporting property for hire by "auto." Gross Receipts does not include:

1. Amounts you paid to air, sea or land carriers operating under their own permits.

2. Advertising revenue.

3. Taxes collected as a separate item and paid directly to the government.

4. C.O.D. collections for cost of merchandise including collection fees.

5. Warehouse storage fees.

**Mileage** means the total live and dead mileage of all revenue producing "autos" operated during the policy period.

**For Public Autos:**

**Gross receipts** means the total amount earned by the named insured for transporting passengers, mail and merchandise. Gross receipts does not include:

1. Amounts paid to air, sea or land carriers operating under their own permits.

2. Advertising revenue.

3. Taxes collected as a separate item and paid directly to the government.

4. C.O.D. collections for cost of mail or merchandise including collection fees.

**Mileage** means the total live and dead mileage of all revenue producing "autos" operated during the policy period.

**For Rental Or Leasing Concerns:**

**Gross receipts** means the total amount earned by the named insured for the leasing or renting of "autos" to others without drivers.

**Mileage** means the total live and dead mileage of all "autos" leased or rented to others without drivers during the policy period.

**THESE SUPPLEMENTAL DECLARATIONS TOGETHER WITH THE COMMON POLICY DECLARATIONS AND THE FORM(S) AND ENDORSEMENT(S), IF ANY, COMPLETE THE POLICY.**

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2009



Home Office Copy

# Scottsdale Indemnity Company

## SCHEDULE OF COVERED AUTOS YOU OWN

Policy No.: LOI0000795

Effective Date: 01-27-22

12:01 A.M. Standard Time

Named Insured: SGM TRUCKING, INC.

Agent No.: 040AV

| Covered Auto Number | Description | | |
| --- | --- | --- | --- |
| | Year | Model; Trade Name; Body Type | Serial Number(s); Vehicle ID Number (VIN) |
| CA1 | 2014 | FREIGHTLINER CASCADIA | 3AKJGLDR9ESFL4405 |
| CA2 | 2002 | HYUNDAI | 3H3V532C12T039155 |

| Covered Auto Number | Town & State Where Covered Auto Will Be Principally Garaged | Territory | Original Cost New | Stated Amount |
| --- | --- | --- | --- | --- |
| CA1 | ONTARIO, CA | 159 | | $    64,000 |
| CA2 | ONTARIO, CA | 159 | | $     8,000 |

| Covered Auto Number | Radius of Operation in Miles | Business Use S=Service R=Retail C=Commercial | Size GVW, GCW or Vehicle Seating Capacity | Age Group | Code |
| --- | --- | --- | --- | --- | --- |
| CA1 | >500 | | 80,000 | 6 | 503290 |
| CA2 | >500 | | | 6 | 673290 |

UTI-234 (4-06)

Home Office Copy

# Scottsdale Indemnity Company

## SCHEDULE OF COVERED AUTOS YOU OWN (continued)

Policy No.: LOI0000795    Effective Date: 01-27-22

12:01 A.M. Standard Time

Named Insured: SGM TRUCKING, INC.    Agent No.: 040AV

### Coverages—Premiums, Limits and Deductibles

| Covered Auto Number | Liability Premium | P.I.P. Premium | Added P.I.P. Premium | P.P.I. Premium (Michigan only) |
|---|---|---|---|---|
| CA1 | $ ■ | | | |
| CA2 | $ ■ | | | |

| Covered Auto Number | Auto Medical Payments | | Medical Expense Benefits (VA Only) Premium | Income Loss Benefits (VA Only) Premium | Uninsured Motorist Premium | Underinsured Motorist Premium | Total Liability Premium |
|---|---|---|---|---|---|---|---|
| | Limit | Premium | | | | | |
| CA1 | | | | | $ ■ | INCL | $ ■ |
| CA2 | | | | | $ | | $ ■ |

| Covered Auto Number | Other Than Collision | | | Collision | | Towing & Labor Premium | Total Physical Damage Premium |
|---|---|---|---|---|---|---|---|
| | Deductible | Comprehensive Premium | Specified Causes of Loss Premium | Deductible | Premium | | |
| CA1 | 1,000 | $ ■ | | 1,000 | $ ■ | | $ ■ |
| CA2 | 1,000 | $ ■ | | 1,000 | $ ■ | | $ ■ |

Home Office Copy

COMMERCIAL AUTO
CA 00 20 11 20

# MOTOR CARRIER COVERAGE FORM

Various provisions in this Policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **VI** – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| 61 | Any "Auto" | |
| 62 | Owned "Autos" Only | Only the "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while connected to a power unit you own). This includes those "autos" you acquire ownership of after the Policy begins. |
| 63 | Owned "Private Passenger Type" "Autos" Only | Only the "private passenger type" "autos" you own. This includes those "private passenger type" "autos" that you acquire ownership of after the Policy begins. |
| 64 | Owned Commercial "Autos" Only | Only those trucks, tractors and "trailers" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while connected to a power unit you own). This includes those trucks, tractors and "trailers" you acquire ownership of after the Policy begins. |
| 65 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the Policy begins provided they are subject to the no-fault law in the state where they are licensed or principally garaged. |
| 66 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that, because of the law in the state where they are licensed or principally garaged, are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the Policy begins provided they are subject to the same state uninsured motorists requirement. |
| 67 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 68 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "private passenger type" "auto" you lease, hire, rent or borrow from any member of your household, any of your "employees", partners (if you are a partnership), members (if you are a limited liability company), or agents or members of their households. |
| 69 | "Trailers" In Your Possession Under A Written Trailer Or Equipment Interchange Agreement | Only those "trailers" you do not own while in your possession under a written "trailer" or equipment interchange agreement in which you assume liability for "loss" to the "trailers" while in your possession. |

© Insurance Services Office, Inc., 2019

| Symbol | | Description Of Covered Auto Designation Symbols |
|--------|--|-------------------------------------------------|
| **70** | Your "Trailers" In The Possession Of Anyone Else Under A Written Trailer Interchange Agreement | Only those "trailers" you own or hire while in the possession of anyone else under a written "trailer" interchange agreement. When Symbol **70** is entered next to a Physical Damage Coverage in Item Two of the Declarations, the Physical Damage Coverage exclusion relating to "loss" to a "trailer" in the possession of anyone else does not apply to that coverage. |
| **71** | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "private passenger type" "autos" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs. |
| **79** | "Mobile Equipment" Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this Policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |

## B. Owned Autos You Acquire After The Policy Begins

1. If Symbols **61, 62, 63, 64, 65, 66** or **79** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **67** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

## C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a registered Gross Vehicle Weight Rating of 3,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

## SECTION II – COVERED AUTOS LIABILITY COVERAGE

### A. Coverage

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

© Insurance Services Office, Inc., 2019

We will have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   **a.** You for any covered "auto".

   **b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      **(1)** The owner or any "employee", agent or driver of the owner, or anyone else from whom you hire or borrow a covered "auto".

      **(2)** Your "employee" or agent if the covered "auto" is owned by that "employee" or agent or a member of his or her household.

      **(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

      **(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), a lessee or borrower of a covered "auto" or any of their "employees", while moving property to or from a covered "auto".

      **(5)** A partner (if you are a partnership) or member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

   **c.** The owner or anyone else from whom you hire or borrow a covered "auto" that is a "trailer" while the "trailer" is connected to another covered "auto" that is a power unit, or, if not connected, is being used exclusively in your business.

   **d.** The lessor of a covered "auto" that is not a "trailer" or any "employee", agent or driver of the lessor while the "auto" is leased to you under a written agreement if the written agreement between the lessor and you does not require the lessor to hold you harmless and then only when the leased "auto" is used in your business as a "motor carrier" for hire.

   **e.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

   However, none of the following is an "insured":

      **(1)** Any "motor carrier" for hire or his or her agents or "employees", other than you and your "employees":

         **(a)** If the "motor carrier" is subject to motor carrier insurance requirements and meets them by a means other than "auto" liability insurance.

         **(b)** If the "motor carrier" is not insured for hired "autos" under an "auto" liability insurance form that insures on a primary basis the owners of the "autos" and their agents and "employees" while the "autos" are leased to that "motor carrier" and used in his or her business.

         However, Paragraph **(1)** above does not apply if you have leased an "auto" to the for-hire "motor carrier" under a written lease agreement in which you have held that "motor carrier" harmless.

      **(2)** Any rail, water or air carrier or its "employees" or agents, other than you and your "employees", for a "trailer" if "bodily injury" or "property damage" or a "covered pollution cost or expense" occurs while the "trailer" is detached from a covered "auto" you are using and:

         **(a)** Is being transported by the carrier; or

         **(b)** Is being loaded on or unloaded from any unit of transportation by the carrier.

## 2. Coverage Extensions

### a. Supplementary Payments

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

### b. Out-of-state Coverage Extensions

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limit specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing "motor carriers" of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of "loss" because of these extensions.

## B. Exclusions

This insurance does not apply to any of the following:

### 1. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

### 2. Contractual

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

### 3. Workers' Compensation

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

### 4. Employee Indemnification And Employer's Liability

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

**(1)** Employment by the "insured"; or

**(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

**(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. **Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

6. **Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

7. **Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

8. **Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

9. **Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

10. **Completed Operations**

"Bodily injury" or "property damage" arising out of "your work" after that work has been completed or abandoned.

In the exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

**(1)** When all of the work called for in your contract has been completed;

**(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

11. **Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

© Insurance Services Office, Inc., 2019

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

  **(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

  **(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

  **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

  **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**14. Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance or use of "unmanned aircraft".

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**SECTION III – TRAILER INTERCHANGE COVERAGE**

**A. Coverage**

**1.** We will pay all sums you legally must pay as damages because of "loss" to a "trailer" you don't own or its equipment under:

  **a. Comprehensive Coverage**

  From any cause except:

  **(1)** The "trailer's" collision with another object; or

  **(2)** The "trailer's" overturn.

**b. Specified Causes Of Loss Coverage**

Caused by:

**(1)** Fire, lightning or explosion;

**(2)** Theft;

**(3)** Windstorm, hail or earthquake;

**(4)** Flood;

**(5)** Mischief or vandalism; or

**(6)** The sinking, burning, collision or derailment of any conveyance transporting the "trailer".

**c. Collision Coverage**

Caused by:

**(1)** The "trailer's" collision with another object; or

**(2)** The "trailer's" overturn.

**2.** We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any "loss" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

**3. Coverage Extensions**

The following apply as **Supplementary Payments.** We will pay for you:

**a.** All expenses we incur.

**b.** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance.

**c.** All reasonable expenses incurred at our request, including actual loss of earnings up to $250 a day because of time off from work.

**d.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**e.** All interest on the full amount of any judgment that accrues after entry of the judgment; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**B. Exclusions**

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for loss of use.

**3. Other Exclusions**

We will not pay for "loss" due and confined to:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**C. Limits Of Insurance**

The most we will pay for "loss" to any one "trailer" is the least of the following amounts:

**1.** The actual cash value of the damaged or stolen property at the time of the "loss";

**2.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality; or

**3.** The Limit Of Insurance shown in the Declarations.

**D. Deductible**

For each covered "trailer", our obligation to pay:

**1.** The actual cash value of the damaged or stolen property at the time of the "loss" will be reduced by the applicable deductible shown in the Declarations.

**2.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality will be reduced by the applicable deductible shown in the Declarations.

**3.** The damages for "loss" that would otherwise be payable will be reduced by the applicable deductible shown in the Declarations prior to the application of the Limit Of Insurance shown in the Declarations.

**SECTION IV – PHYSICAL DAMAGE COVERAGE**

**A. Coverage**

**1.** We will pay for "loss" to a covered "auto" or its equipment under:

  **a. Comprehensive Coverage**

    From any cause except:

    **(1)** The covered "auto's" collision with another object; or

    **(2)** The covered "auto's" overturn.

  **b. Specified Causes Of Loss Coverage**

    Caused by:

    **(1)** Fire, lightning or explosion;

    **(2)** Theft;

    **(3)** Windstorm, hail or earthquake;

    **(4)** Flood;

    **(5)** Mischief or vandalism; or

    **(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

  **c. Collision Coverage**

    Caused by:

    **(1)** The covered "auto's" collision with another object; or

    **(2)** The covered "auto's" overturn.

**2. Towing And Labor**

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" that is a "private passenger type", light truck or medium truck is disabled. However, the labor must be performed at the place of disablement.

**3. Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

**a.** Glass breakage;

**b.** "Loss" caused by hitting a bird or animal; and

**c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**4. Coverage Extension**

  **a. Transportation Expenses**

    We will also pay up to $30 per day to a maximum of $900 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the "private passenger type". We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the Policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

  **b. Loss Of Use Expenses**

    For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

    **(1)** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

    **(2)** Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

    **(3)** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

    However, the most we will pay for any expenses for loss of use is $30 per day, to a maximum of $900.

© Insurance Services Office, Inc., 2019

## B. Exclusions

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

  **a. Nuclear Hazard**

   **(1)** The explosion of any weapon employing atomic fission or fusion; or

   **(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

  **b. War Or Military Action**

   **(1)** War, including undeclared or civil war;

   **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any of the following:

  **a.** Any covered "auto" while in anyone else's possession under a written "trailer" interchange agreement. But this exclusion does not apply to a loss payee; however, if we pay the loss payee, you must reimburse us for our payment.

  **b.** Any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

  **c.** Tapes, records, discs or similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

  **d.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

  **e.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

  **f.** Any accessories used with the electronic equipment described in Paragraph **e.** above.

**3.** Exclusions **2.e.** and **2.f.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of the "loss", is:

  **a.** Permanently installed in or upon the covered "auto";

  **b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

  **c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

  **d.** Necessary for the normal operation of the "auto" or the monitoring of the "auto's" operating system.

**4.** We will not pay for "loss" due and confined to:

  **a.** Wear and tear, freezing, mechanical or electrical breakdown.

  **b.** Blowouts, punctures or other road damage to tires.

  This exclusion does not apply to "loss" resulting from the total theft of a covered "auto".

**5.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

## C. Limits Of Insurance

**1.** The most we will pay for:

  **a.** "Loss" to any one covered "auto" is the lesser of:

   **(1)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

   **(2)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

  **b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

   **(1)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

   **(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

**(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations prior to the application of the Limit of Insurance, provided that:

**1.** The Comprehensive or Specified Causes Of Loss Coverage deductible applies only to "loss" caused by:

**a.** Theft or mischief or vandalism; or

**b.** All perils.

**2.** Regardless of the number of covered "autos" damaged or stolen, the maximum deductible applicable for all "loss" in any one event caused by:

**a.** Theft or mischief or vandalism; or

**b.** All perils,

will be equal to five times the highest deductible applicable to any one covered "auto" on the Policy for Comprehensive or Specified Causes Of Loss Coverage. The application of the highest deductible used to calculate the maximum deductible will be made regardless of which covered "autos" were damaged or stolen in the "loss".

**SECTION V – MOTOR CARRIER CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this Policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is a "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examination under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this Policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment – Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligation under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance – Primary And Excess Insurance Provisions**

**a.** While any covered "auto" is hired or borrowed from you by another "motor carrier", this Coverage Form's Covered Autos Liability Coverage is:

**(1)** Primary if a written agreement between you as the lessor and the other "motor carrier" as the lessee requires you to hold the lessee harmless.

**(2)** Excess over any other collectible insurance if a written agreement between you as the lessor and the other "motor carrier" as the lessee does not require you to hold the lessee harmless.

**b.** While any covered "auto" is hired or borrowed by you from another "motor carrier", this Coverage Form's Covered Autos Liability Coverage is:

**(1)** Primary if a written agreement between the other "motor carrier" as the lessor and you as the lessee does not require the lessor to hold you harmless, and then only while the covered "auto" is used exclusively in your business as a "motor carrier" for hire.

**(2)** Excess over any other collectible insurance if a written agreement between the other "motor carrier" as the lessor and you as the lessee requires the lessor to hold you harmless.

**c.** While a covered "auto" which is a "trailer" is connected to a power unit, this Coverage Form's Covered Autos Liability Coverage is:

**(1)** Provided on the same basis, either primary or excess, as the Covered Autos Liability Coverage provided for the power unit if the power unit is a covered "auto".

**(2)** Excess if the power unit is not a covered "auto".

**d.** Any Trailer Interchange Coverage provided by this Coverage Form is primary for any covered "auto".

**e.** Except as provided in Paragraphs **a., b., c.** and **d.** above, this Coverage Form provides primary insurance for any covered "auto" you own and excess insurance for any covered "auto" you don't own.

**f.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**g.** Regardless of the provisions of Paragraphs **a., b., c., d.** and **e.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**h.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this Policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this Policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the Policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere else in the world if a covered "auto" of the "private passenger type" is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION VI – DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

© Insurance Services Office, Inc., 2019

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto", if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

6. That part of any other contract or agreement, entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

a. That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

b. That pertains to the loan, lease or rental of an "auto" to you or any of your employees, if the "auto" is loaned, leased or rented with a driver; or

c. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" unless the covered "auto" is used in your business as a "motor carrier" for hire as in Section **II**, Paragraph **A.1.d.** of the Who Is An Insured provision.

I. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

J. "Loss" means direct and accidental loss or damage.

K. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. Vehicles maintained for use solely on or next to premises you own or rent;

3. Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

a. Power cranes, shovels, loaders, diggers or drills; or

b. Road construction or resurfacing equipment such as graders, scrapers or rollers;

5. Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

b. Cherry pickers and similar devices used to raise or lower workers; or

6. Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above, maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

a. Equipment designed primarily for:

(1) Snow removal;

(2) Road maintenance, but not construction or resurfacing; or

(3) Street cleaning;

b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

L. "Motor carrier" means a person or organization providing transportation by "auto" in the furtherance of a commercial enterprise.

M. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

N. "Private passenger type" means a private passenger or station wagon type "auto" and includes an "auto" of the pickup or van type if not used for business purposes.

O. "Property damage" means damage to or loss of use of tangible property.

**P.** "Suit" means a civil proceeding in which:

**1.** Damages because of "bodily injury" or "property damage"; or

**2.** A "covered pollution cost or expense",

to which this insurance applies, are alleged.

"Suit" includes:

**a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" submits with our consent.

**Q.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**R.** "Trailer" includes a semitrailer or a dolly used to convert a semitrailer into a trailer. But for Trailer Interchange Coverage only, "trailer" also includes a container.

**S.** "Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

© Insurance Services Office, Inc., 2019

**COMMERCIAL AUTO**
**CA 01 43 05 17**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, California, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following are added to the **Other Insurance** Condition in the Auto Dealers and Business Auto Coverage Forms and the **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form and supersede any provisions to the contrary:

**1.** When this Coverage Form and any other Coverage Form or policy providing liability coverage apply to an "auto" and:

**a.** One provides coverage to a Named Insured engaged in the business of selling, repairing, servicing, delivering, testing or road-testing "autos"; and

**b.** The other provides coverage to a person not engaged in that business; and

**c.** At the time of an "accident", a person described in Paragraph **1.b.** is operating an "auto" owned by the business described in Paragraph **1.a.,** then that person's liability coverage is primary and the Coverage Form issued to a business described in Paragraph **1.a.** is excess over any coverage available to that person.

**2.** When this Coverage Form and any other Coverage Form or policy providing liability coverage apply to an "auto" and:

**a.** One provides coverage to a Named Insured engaged in the business of selling, repairing, servicing, delivering, testing or road-testing "autos"; and

**b.** The other provides coverage to a person not engaged in that business; and

**c.** At the time of an "accident", an "insured" under the Coverage Form described in Paragraph **2.a.** is operating an "auto" owned by a person described in Paragraph **2.b.,** then the Coverage Form issued to the business described in Paragraph **2.a.** is primary and the liability coverage issued to a person described in Paragraph **2.b.** is excess over any coverage available to the business.

**3.** When this Coverage Form and any other Coverage Form or policy providing liability coverage apply to a "commercial vehicle" and:

**a.** One provides coverage to a Named Insured, who in the course of business, rents or leases "commercial vehicles" without operators; and

**b.** The other provides coverage to a person other than as described in Paragraph **3.a.;** and

**c.** At the time of an "accident", a person who is not the Named Insured of the Policy described in Paragraph **3.a.,** and who is not the agent or "employee" of such Named Insured, is operating a "commercial vehicle" provided by the business covered by the Coverage Form or policy described in Paragraph **3.a.,** then the liability coverage provided by the Coverage Form or policy described in Paragraph **3.b.** is primary, and the liability coverage provided by the Coverage Form or policy described in Paragraph **3.a.** is excess over any coverage available to that person.

4. Notwithstanding Paragraph **A.3.,** when this Coverage Form and any other Coverage Form or policy providing liability coverage apply to a power unit and any connected "trailer" or "trailers" and:

    **a.** One provides coverage to a Named Insured engaged in the business of transporting property by "auto" for hire; and

    **b.** The other provides coverage to a Named Insured not engaged in that business; and

    **c.** At the time of an "accident", a power unit is being operated by a person insured under the Coverage Form or policy described in Paragraph **4.a.,** then that Coverage Form or policy is primary for both the power unit and any connected "trailer" or "trailers" and the Coverage Form or policy described in Paragraph **4.b.** is excess over any other coverage available to such power unit and attached "trailer" or "trailers".

**B.** As used in this endorsement:

"Commercial vehicle" means an "auto" subject to registration or identification under California law which is:

**1.** Used or maintained for the transportation of persons for hire, compensation or profit;

**2.** Designed, used or maintained primarily for the transportation of property; or

**3.** Leased for a period of six months or more.

© Insurance Services Office, Inc., 2016

POLICY NUMBER: LOI0000795

**COMMERCIAL AUTO**
**CA 21 54 11 20**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA UNINSURED MOTORISTS COVERAGE – BODILY INJURY

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, California, this endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

| |
|---|
| **Named Insured:**   SGM TRUCKING, INC. |
| **Endorsement Effective Date:**   01/27/2022 |

**SCHEDULE**

| |
|---|
| **Limit Of Insurance:**  $60,000                          **Each "Accident"** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. We will pay only after the limits of liability under any liability bonds or policies have been exhausted by payment of judgments or settlements.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

Home Office Copy

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

**1.** Punitive or exemplary damages.

**2.** Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle".

**3.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law or to the direct benefit of the United States, a state or its political subdivisions.

**4.** "Bodily injury" sustained by:

   **a.** An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

   **b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or

   **c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

However, Exclusion **4.** shall not apply to "bodily injury" sustained by an individual Named Insured or "family member" when struck by a vehicle owned by that "insured" and operated or caused to be operated by a person without that "insured's" consent in connection with criminal activity that has been documented in a police report and to which that "insured" is not a party to.

**5.** "Bodily injury" sustained by an individual Named Insured or any "family member" while "occupying" any vehicle leased by that Named Insured or any "family member" under a written contract for a period of six months or more that is not a covered "auto".

**6.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**7.** "Bodily injury" sustained by an "insured" while "occupying" any "auto" that is rented or leased to that "insured" for use as a public or livery conveyance. However, this exclusion does not apply if the "insured" is in the business of providing public or livery conveyance.

As used in this exclusion, public or livery conveyance includes, but is not limited to, any period of time an "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the "auto", but does not apply to business activities performed by the "insured" that are directly related to the Named Insured(s) listed in the Declarations.

**8.** "Bodily injury" arising directly or indirectly out of:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

**2.** For a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", our Limit of Insurance shall be reduced by all sums paid because of "bodily injury" by or for anyone who is legally responsible, including all sums paid or payable under this Policy's Covered Autos Liability Coverage.

      © Insurance Services Office, Inc., 2019      **CA 21 54 11 20**

Home Office Copy

**3.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage form or Medical Payments Coverage endorsement attached to this Coverage Part.

We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The Conditions are changed for California Uninsured Motorists Coverage – Bodily Injury as follows:

**1. Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

**a.** Promptly notify the police if a hit-and-run driver is involved; and

**b.** Send us copies of the legal papers if a "suit" is brought. In addition, a person seeking coverage under Paragraph **b.** of the definition of "uninsured motor vehicle" must:

**(1)** Provide us with a copy of the complaint by personal service or certified mail if the "insured" brings an action against the owner or operator of such "uninsured motor vehicle";

**(2)** Within a reasonable time, make all pleadings and depositions available for copying by us or furnish us copies at our expense; and

**(3)** Provide us with proof that the limits of insurance under any applicable liability bonds or policies have been exhausted by payment of judgments or settlements.

**2. Legal Action Against Us** is replaced by the following:

**Legal Action Against Us**

No legal action may be brought against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form and with respect to Paragraphs **a., c.** and **d.** of the definition of "uninsured motor vehicle" unless within two years from the date of the "accident":

**a.** Agreement as to the amount due under this insurance has been concluded;

**b.** The "insured" has formally instituted arbitration proceedings against us. In the event that the "insured" decides to arbitrate, the "insured" must formally begin arbitration proceedings by notifying us in writing, sent by certified mail, return receipt requested; or

**c.** "Suit" for "bodily injury" has been filed against the uninsured motorist in a court of competent jurisdiction.

Written notice of the "suit" must be given to us within a reasonable time after the "insured" knew, or should have known, that the other motorist is uninsured. In no event will such notice be required before two years from the date of the accident. Failure of the "insured" or his or her representative to give us such notice of the "suit" will relieve us of our obligations under this Coverage Form only if the failure to give notice prejudices our rights.

**3. Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

**Transfer Of Rights Of Recovery Against Others To Us**

**a.** With respect to Paragraphs **a., c.** and **d.** of the definition of "uninsured motor vehicle", if we make any payment, we are entitled to recover what we paid from other parties. Any person to or for whom we make payment must transfer to us his or her rights of recovery against any other party. This person must do everything necessary to secure these rights and must do nothing that would jeopardize them.

**b.** With respect to Paragraph **b.** of the definition of "uninsured motor vehicle", if we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

**4.** **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage:

**a.** The maximum recovery under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

**b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

**c.** If the coverage under this Coverage Form is provided:

**(1)** On a primary basis, we will pay only our share of the "loss" that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**(2)** On an excess basis, we will pay only our share of the "loss" that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**5.** The following condition is added:

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", the disagreement will be settled by arbitration. Such arbitration may be initiated by a written demand for arbitration made by either party. The arbitration shall be conducted by a single neutral arbitrator. However, disputes concerning coverage under this endorsement may not be arbitrated. Each party will bear the expenses of the arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedures and evidence will apply. The decision of the arbitrator will be binding.

**F.** **Additional Definitions**

The following are added to the **Definitions** section:

**1.** "Family member" means the individual Named Insured's spouse, whether or not a resident of the individual Named Insured's household, and any other person related to such Named Insured by blood, adoption, marriage or registered domestic partnership under California law, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

© Insurance Services Office, Inc., 2019

Home Office Copy

**3.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

**4.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

**b.** That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged but that sum is less than the Limit of Insurance for this coverage;

**c.** For which an insuring or bonding company denies coverage or refuses to admit coverage except conditionally or with reservation or becomes insolvent;

**d.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must make physical contact with an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

**e.** That is owned by an individual Named Insured or "family member" and operated or caused to be operated by a person without the owner's consent in connection with criminal activity that has been documented in a police report.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

**b.** Owned by the United States of America, Canada, a state or political subdivision of any of those governments or an agency of any of the foregoing; or

**c.** Designed or modified for use primarily off public roads while not on public roads.

POLICY NUMBER: LOI0000795

COMMERCIAL AUTO
CA 99 28 11 20

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# STATED AMOUNT INSURANCE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:** | SGM TRUCKING, INC. |
| **Endorsement Effective Date:** | 01/27/2022 |

### SCHEDULE

| The insurance provided by this endorsement is reduced by the following deductible(s): | | | |
|---|---|---|---|
| **Vehicle Number** | **Coverage** | **Limit Of Insurance And Deductible** | **Premium** |
| **See Schedule of Covered Autos** | | $          **Limit Of Insurance** | $ |
| | | $          **Deductible** | |
| | | $          **Limit Of Insurance** | $ |
| | | $          **Deductible** | |
| | | $          **Limit Of Insurance** | $ |
| | | $          **Deductible** | |
| | | **Total Premium** | $ |

**NOTE:**

The amount shown in the Schedule or in the Declarations is not necessarily the amount you will receive at the time of "loss" for the described property. Please refer to the Limits Of Insurance and Deductible provisions which follow.

| Designation Or Description Of Covered "Autos" | | |
|---|---|---|
| **Vehicle Number** | **Model Year** | **Trade Name And Model** |
| **See Schedule of Covered Autos** | | |
| | | |
| | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

Home Office Copy

**A.** This endorsement provides only those coverages where a premium is shown in the Schedule. Each of these coverages applies only to the vehicles shown as covered "autos".

**B.** For a covered "auto" described in the Schedule, **Physical Damage Coverage** is amended as follows:

**1.** The **Limits Of Insurance** provision is replaced by the following:

**Limits Of Insurance**

**a.** The most we will pay for any one "loss" to any one covered "auto" is the least of the following amounts:

**(1)** The actual cash value of the damaged or stolen property as of the time of the "loss";

**(2)** The cost of repairing or replacing the damaged or stolen property with property of like kind and quality; or

**(3)** The Limit Of Insurance shown in the Schedule.

**b.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**c.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**2.** The **Deductible** provision is replaced by the following:

**Deductible**

For each covered "auto", our obligation to pay:

**a.** The actual cash value of the damaged or stolen property as of the time of the "loss" will be reduced by the applicable deductible shown in the Schedule;

**b.** The cost of repairing or replacing the damaged or stolen property with property of like kind and quality will be reduced by the applicable deductible shown in the Schedule; or

**c.** The damages for "loss" that would otherwise be payable will be reduced by the applicable deductible shown in the Schedule prior to the application of the Limit Of Insurance shown in the Schedule,

provided that:

**(1)** Any Comprehensive or Specified Causes Of Loss Coverage Deductible shown in the Schedule applies only to "loss" caused by:

**(a)** Theft or mischief or vandalism; or

**(b)** All perils.

**(2)** Regardless of the number of covered "autos" damaged or stolen, the maximum deductible applicable for all "loss" in any one event caused by:

**(a)** Theft or mischief or vandalism; or

**(b)** All perils,

will be equal to five times the highest deductible applicable to any one covered "auto" on the Policy for Comprehensive or Specified Causes Of Loss Coverage. The application of the highest deductible used to calculate the maximum deductible will be made regardless of which covered "autos" were damaged or stolen in the "loss".

© Insurance Services Office, Inc., 2019

CA 99 28 11 20

Home Office Copy

COMMERCIAL AUTO
CA 99 48 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLLUTION LIABILITY – BROADENED COVERAGE FOR COVERED AUTOS – BUSINESS AUTO AND MOTOR CARRIER COVERAGE FORMS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Covered Autos Liability Coverage** is changed as follows:

**1.** Paragraph **a.** of the **Pollution** Exclusion applies only to liability assumed under a contract or agreement.

**2.** With respect to the coverage afforded by Paragraph **A.1.** above, Exclusion **B.6. Care, Custody Or Control** does not apply.

**B. Changes In Definitions**

For the purposes of this endorsement, Paragraph **D.** of the **Definitions** Section is replaced by the following:

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraphs **a.** and **b.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

© Insurance Services Office, Inc., 2011

# Scottsdale Indemnity Company

**ENDORSEMENT
NO.** _____

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED | AGENT NO. |
|---|---|---|---|
| | | | |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SINGLE AUTO PHYSICAL DAMAGE AND CARGO DEDUCTIBLE

This endorsement modifies insurance provided under the following:

**BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
MOTOR TRUCK CARGO COVERAGE FORM**

Subsection **D. Deductible** of the **PHYSICAL DAMAGE COVERAGE** section of the **BUSINESS AUTO COVERAGE FORM** and the M**OTOR CARRIER COVERAGE FORM** is replaced by:

**D. Deductible**

Our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

Application of the deductible, whichever applies, will be as follows:

**1.** The deductible amount will apply to each covered "auto" when not attached to another at the time of "loss."

**2.** The single highest deductible amount for any of such covered "autos" will apply if a "loss" applies to more than one covered "auto" when such covered "autos" are attached to one another at the time of the "loss."

**3.** If you have a "loss" in any one occurrence that applies to both "auto" Physical Damage and Cargo, the deductible that will apply to the "loss" is the single highest applicable covered "auto" Physical Damage deductible or Cargo deductible. This applies while the covered property is in or on one or more "vehicles" at one or more "terminal" locations or any combination of "vehicles" or "terminal" locations.

The following is added to Section **D. Deductible** of the **MOTOR TRUCK CARGO COVERAGE FORM:**

If a loss applies to covered property in or on one or more "autos" at one or more terminal locations or any combination of "autos" or terminal locations and a "loss" also applies to one or more covered "autos," then the single highest applicable covered "auto" Physical Damage deductible or Cargo deductible amount will apply to the loss.

With respect to this endorsement, the terms "auto(s)" or "loss" refers to the definitions found in the Business Auto Coverage Form, Motor Carrier Coverage Form or the Motor Truck Cargo Coverage Form.

AUTHORIZED REPRESENTATIVE                    DATE

# Scottsdale Indemnity Company

**ENDORSEMENT NO.** _____

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED | AGENT NO. |
|---|---|---|---|
| | | | |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SPECIAL COVERAGES ENDORSEMENT

This endorsement modifies insurance provided under the following:

**BUSINESS AUTO COVERAGE FORM**
**TRUCKERS COVERAGE FORM**
**MOTOR CARRIER COVERAGE FORM**

Under **PHYSICAL DAMAGE COVERAGE,** subsection **A. Coverage,** paragraph **4. Coverage Extensions,** the following are added:

### Down-time Loss Expense Coverage

We will pay "down-time loss expense" as a result of a covered "auto" being repaired for an extended period of time due to a covered "loss" up to a combined maximum limit of $100 a day for a maximum of thirty-five (35) days or until the repairs are completed, whichever comes first. We will pay only for those covered "autos" for which you carry Comprehensive or Specified Causes of Loss and Collision Coverage, subject to the following terms and conditions:

1. We will pay for "down-time loss expense" beginning on the sixth (6th) day after:

   a. The covered "auto" is out of service for repair because of a covered "loss" and the covered "auto" is in the custody of a repair facility; and

   b. We have given approval for repairs to the covered "auto"; and

   c. You have given the repair facility the approval to repair the covered "auto."

2. "Down-time loss expense" will end when any of the following occur:

   a. You have a spare or reserve "auto" available to you to continue your operations;

   b. You purchase a replacement "auto";

   c. Repairs to the covered "auto" have been completed by the repair facility and the repair facility has determined the covered "auto" is road-worthy;

   d. The maximum limit of "down-time loss expense" coverage has been met;

   e. Theft of a covered "auto"; or

   f. A total "loss" or "constructive total loss" to a covered "auto" is declared by us.

3. "Down-time loss expense" means actual loss of "business income" for the period of time that a covered "auto":

   a. Is out of service for repair or replacement as a result of a covered "loss"; and

   b. Is in the custody of a repair facility if not a total "loss."

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 1998

**4.** "Business income" means:

    **a.** Net income (net profit or loss before income taxes) that would have been earned or incurred; and

    **b.** Continuing normal operating expenses incurred, including payroll.

**Electronic Equipment Coverage**

We will extend the Collision Coverage for "loss" to "electronic equipment" provided the "electronic equipment" is not already covered under the policy. This coverage is subject to a $100 Deductible per "loss" in lieu of any other Collision Deductible shown in the policy. The most we will pay for "loss" to "electronic equipment" is $5,000.

"Electronic equipment" means electronic devices of computer systems, facsimile machines, satellite communication or tracking systems, video camera monitoring systems, collision prevention systems, cellular phones, two-way mobile radios or scanning monitor receivers owned by the "insured" to be used in an "auto."

**Loan Or Lease Gap Coverage**

Subject to the stated Limit shown in the Declarations, in the event of a total "loss" to a covered "auto" for which a "finance agreement" exists and the actual cash value or cost of repair or stated amount shown in the Declarations is equal to or greater than the outstanding financial obligation in the "finance agreement," the most we will pay for a total "loss" is the greater of:

    **a.** The outstanding financial obligation under a "finance agreement" for a covered "auto" at the time of loss; or

    **b.** The actual cash value of the covered "auto" at the time of "loss."

However, at the time of the total "loss," we will not pay any:

**1.** Overdue "finance agreement" payments including any type of late fees or penalties;

**2.** Financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage;

**3.** Security deposits not refunded by the lessor;

**4.** Costs for extended warranties, Credit Life Insurance, Health, Accident or Disability Insurance purchased with the loan or lease;

**5.** Carry-over balances from previous loans or leases; or

**6.** Unpaid principal included in the outstanding "finance agreement" balance that was not used by you to purchase the covered "auto."

As used in this endorsement, "finance agreement" means a written lease or loan contract entered into as part of your business, pertaining to the lease or purchase by you of a covered "auto," and subject to a valid promissory note or a written payment obligation contained in a lease, and security agreement or other written agreement establishing a security interest, executed concurrently with the purchase or lease of the covered "auto."

**Personal Effects Coverage**

We will pay for "loss" to "personal effects" of the "insured" while within a covered "auto" subject to a maximum limit of $2,500 per "loss," less any Comprehensive or Collision Deductible shown in the Declarations, whichever Coverage Deductible is applicable for that covered "auto." However, we will only apply one Deductible if there is "loss" to both "personal effects" and the covered "auto" caused by the same "accident."

This extension of coverage does not apply:

**1.** Unless Comprehensive or Specified Causes Of Loss Coverage and Collision Physical Damage Coverage is shown in the Declarations as covered; or

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 1998

**2.** To "loss" caused by theft, unless there are visible signs or marks of forcible entry into the covered "auto."

"Personal effects" means personal property owned or worn by you.

However, the following items are not "personal effects":

**a.** "Electronic equipment";

**b.** Contraband or property in the course of illegal transportation or trade;

**c.** Records or accounts, currency, coins, deeds, banknotes, bullion, evidences of debt, securities, tickets, stamps, manuscripts or commercial paper or other documents of value;

**d.** Furs or fur garments, jewelry, watches, precious or semi-precious stones; or

**e.** Live animals.

### Towing Coverage

In addition to the Limit Of Insurance, we will pay the reasonable cost to recover a covered "auto" as a result of a covered "loss" and tow the covered "auto" to the nearest facility capable of making the necessary repairs. Covered "auto" does not mean an "auto" of the private passenger type.

### Windshield Coverage

We will pay under Comprehensive Coverage for the cost of repairing the damaged windshield on your covered "auto" without a deductible. We will only pay if the Declarations indicates Comprehensive Coverage applies.

With respect to this endorsement, under **PHYSICAL DAMAGE COVERAGE,** subsection **D. Deductible,** the following is added:

### Diminishing Deductible

For each consecutive Policy Period that you purchase the Special Coverage Endorsement and you do not have a paid Physical Damage "loss" under this endorsement with us, the Deductible shown in the Declarations for each Physical Damage Coverage will be reduced by the percentage for the applicable Year shown in the table below of this endorsement.

| No. of "Loss" Free Years with the Special Coverages Endorsement | Deductible Percentage Reduction |
|---|---|
| One | 0% |
| Two | 25% |
| Three | 50% |
| Four | 75% |
| Five or more | 100% |

If we pay a Physical Damage "loss" during any Policy Period under this endorsement, the Deductible shown in the Declarations will not be reduced on any subsequent "loss" during the remainder of the Policy Period, and the Deductible Percentage Reduction will revert back to Year One Deductible Percentage Reduction or zero percent (0%) if this coverage endorsement is renewed.

With respect to this endorsement, the term repair(s) does not mean replaced or replacing.

_____/_____

AUTHORIZED REPRESENTATIVE                                    DATE

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 1998

# Scottsdale Indemnity Company

**ENDORSEMENT NO. _____**

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED | AGENT NO. |
|---|---|---|---|
| | | | |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## HYDRAULIC FRACTURING EXCLUSION

This endorsement modifies insurance provided under the following:

**BUSINESS AUTO COVERAGE FORM
AUTO DEALERS COVERAGE FORM
MOTOR CARRIER COVERAGE FORM**

With respect to this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to Paragraph **B. Exclusions** of Section **II—Covered Autos Liability Coverage** in the Business Auto and Motor Carrier Coverage Forms and Paragraph **4.** Exclusions of **Section D. Covered Autos Liability Coverage** in the Auto Dealers Coverage Form:

**Hydraulic Fracturing**

This insurance does not apply to:

**1.** "Bodily injury," "property damage" or "covered pollution" cost or expense:

   **a.** "Arising," in whole or in part, out of any operation involving substances under pressure being pumped underground with the objective of creating fractures in geologic formations to facilitate the release and extraction of hydrocarbons, including but not limited to oil or natural gas. Such operations include but are not limited to "hydraulic fracturing," "gas fracking" and/or the actual, alleged, threatened or suspected contact with, exposure to, existence of or presence of any "flowback" or the handling, transporting, storage, release or disposal of any "flowback" by any "insured" or by any other person or entity; or

   **b.** Caused, directly or indirectly or in whole or in part, by any operation involving substances under pressure used for pumping underground with the objective of creating fractures in geologic formations to facilitate the release and extraction of hydrocarbons, including but not limited to oil or natural gas. Such operations include, but are not limited to, "hydraulic fracturing," "gas fracking" and/or the actual, alleged, threatened or suspected contact with, exposure to, existence of or presence of any "flowback" or the handling, transporting, storage, release or disposal of any "flowback" by any "insured" or by any other person or entity, that are, or that are contained in any property that is:

      **(a)** Being transported or towed by, handled or handled for movement into, onto or from, the covered "auto";

      **(b)** Otherwise in the course of transit by any "insured" or by any other person or entity; or

      **(c)** Being stored, disposed of, treated or processed in or upon the covered "auto."

**2.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, remediating, disposing of, or in any way responding to or assessing the effects of "hydraulic fracturing," "gas fracking" or "flowback" by any "insured" or by any other person or entity.

We will have no duty to settle any claim or defend any "suit" against the "insured" arising out of or in any way related to items **1.** or **2.** above.

**B.** With respect to this endorsement, the following additional definitions apply:

**1.** "Hydraulic fracturing" or hydrofracking means the process by which water, "proppants," chemicals and/or other fluid additives are injected at high pressure into underground geologic formations to create fractures, to facilitate the extraction of any hydrocarbons including but not limited to natural gas and/or oil.

**2.** "Flowback" means any substance containing returned "hydraulic fracturing" fluid, including but not limited to water, "proppants," "hydraulic fracturing" fluid additives; and, any hydrocarbon compounds, salts, conventional pollutants, organics, metals, and naturally occurring radioactive material brought to the surface with the water.

**3.** "Gas Fracking" or liquefied propane/butane gas fracturing means the waterless process by which propane gel and "proppants" are injected at high pressure into geologic formations to create fractures, to facilitate the release and extraction of natural gas.

**4.** "Proppant" means particles that are used to keep fractures open after a "hydraulic fracturing" treatment.

_____/_____

AUTHORIZED REPRESENTATIVE                            DATE

Public Burden Statement

OMB NO: 2126-0008
Expiration Date: 03/31/2013

A Federal Agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control
Number. The OMB Control Number for this information collection is 2126-0008. Public reporting for this collection of information is estimated to be approximately 2 minutes per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information.
_____ responses to this collection of information are mandatory. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Information Collection Clearance Officer, Federal Motor Carrier Safety _____stration, MC-RRA,
_____ngton, D.C. 20590.

**U.S. Department of Transportation**
**Federal Motor Carrier**
**Safety Administration**

## ENDORSEMENT FOR MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY UNDER SECTIONS 29 AND 30 OF THE MOTOR CARRIER ACT OF 1980

Issued to SGM TRUCKING, INC.

of NORTH HOLLYWOOD, CALIFORNIA

Dated at THOUSAND OAKS, CALIFORNIA          this 18TH    day of JANUARY    , 20 22

Amending Policy No    LOI0000795          Effective Date  01/27/2022

Name of Insurance Company    SCOTTSDALE INDEMNITY COMPANY

Countersigned by _____
                                                              *Authorized Company Representative*

The policy to which this endorsement is attached provides primary or excess insurance, as indicated by "[X]," for the limits shown:

☒  This insurance is primary and the company shall not be liable for amounts in excess of $  750,000          for each accident.

☐  This insurance is excess and the company shall not be liable for amounts in excess of $ _____  for each accident in excess of the underlying limit of $ _____ for each accident.

Whenever required by the Federal Motor Carrier Safety Administration (FMCSA), the company agrees to furnish the FMCSA a duplicate of said policy and all its endorsements. The company also agrees, upon telephone request by an authorized representative of the FMCSA, to verify that the policy is in force as of a particular date. The telephone number to call is:  (805)446-6464

Cancellation of this endorsement may be effected by the company or the insured by giving (1) thirty–five (35) days notice in writing to the other party (said 35 days notice to commence from the date the notice is mailed, proof of mailing shall be sufficient proof of notice), and (2) if the insured is subject to the FMCSA's registration requirements under 49 U.S.C. 13901, by providing thirty (30) days notice to the FMCSA (said 30 days notice to commence from the date the notice is received by the FMCSA at its office in Washington, D.C.).

### DEFINITIONS AS USED IN THIS ENDORSEMENT

**Accident** includes continuous or repeated exposure to conditions which results in bodily injury, property damage, or environmental damage which the insured neither expected nor intended.

**Motor Vehicle** means a land vehicle, machine, truck, tractor, trailer, or semitrailer propelled or drawn by mechanical power and used on a highway for transporting property, or any combination thereof.

**Bodily Injury** means injury to the body, sickness, or disease to any person, including death resulting from any of these.

**Property Damage** means damage to or loss of use of tangible property.

**Environmental Restoration** means restitution for the loss, damage, or destruction of natural resources arising out of the accidental discharge, dispersal, release or escape into or upon the land, atmosphere, watercourse, or body of water, of any commodity transported by a motor carrier. This shall include the cost of removal and the cost of necessary measures taken to minimize or mitigate damage to human health, the natural environment, fish, shellfish, and wildlife.

**Public Liability** means liability for bodily injury, property damage, and environmental restoration.

The insurance policy to which this endorsement is attached provides automobile liability insurance and is amended to assure compliance with the insured, within the limits stated herein, as a motor carrier of property, with Sections 29 and 30 of the Motor Carrier Act of 1980 and the rules and regulations of the Federal Motor Carrier Safety Administration (FMCSA).

In consideration of the premium stated in the policy to which this endorsement is attached, the insurer (the company) agrees to pay, within the limits of liability described herein, any final judgment recovered against the insured for public liability resulting from negligence in the operation, maintenance or use of motor vehicles subject to the financial responsibility requirements of Sections 29 and 30 of the Motor Carrier Act of 1980 regardless of whether or not each motor vehicle is specifically described in the policy and whether or not such negligence occurs on any route or in any territory authorized to be served by the insured or elsewhere. Such insurance as is afforded, for public liability, does not apply to injury to or death of the insured's employees while engaged in the course of their employment, or property transported by the insured, designated as cargo. It is understood and agreed that no condition, provision, stipulation, or limitation contained in the policy, this

endorsement thereon, or violation thereof, shall relieve the company from liability or from the payment of any final judgment, within the limits of liability herein described, irrespective of the financial condition, insolvency or bankruptcy of the insured. However, all terms, conditions, and limitations in the policy to which this endorsement is attached shall remain in full force and effect as binding between the insured and the company. The insured agrees to reimburse the company for any payment made by the company on account of any accident, claim, or suit involving a breach of the terms of the policy, and for any payment that the company would not have been obligated to make under the provisions of the policy except for the agreement contained in this endorsement.

It is further understood and agreed that, upon failure of the company to pay any final judgment recovered again the insured as provided herein, the judgment creditor may maintain an action in any court of competent jurisdiction against the company to compel such payment.

The limits of the company's liability for the amounts prescribed in this endorsement apply separately to each accident and any payment under the policy because of any one accident shall not operate to reduce the liability of the company for the payment of final judgments resulting from any other accident.

THE SCHEDULE OF LIMITS SHOWN ON THE REVERSE SIDE DOES NOT PROVIDE COVERAGE.  The limits shown in the schedule are for information purposes only.

**Form MCS-90** (page 1 of 2)

**MC1622q** (11-11) Wolters Kluwer Financial Services | Uniform Forms™

Home Office Copy

## SCHEDULE OF LIMITS--*PUBLIC LIABILITY*

| Type of carriage | Commodity transported | Jan. 1, 1985 |
|---|---|---|
| (1)    For-hire (In interstate or foreign commerce, with a gross vehicle weight rating of 10,000 or more pounds). | Property (nonhazardous) | $ 750,000 |
| (2)    For-hire and Private (In interstate, foreign, or intrastate commerce, with a gross vehicle weight rating of 10,000 or more pounds). | Hazardous substances, as defined in 49 CFR 171.8, transported in cargo tanks, portable tanks, or hopper-type vehicles with capacities in excess of 3,500 water gallons; or in bulk Divisions 1.1, 1.2, and 1.3 materials, Division 2.3, Hazard Zone A, or Division 6.1, Packing Group 1, Hazard Zone A material; in bulk Division 2.1 or 2.2; or highway route controlled quantities of a Class 7 material, as defined in 49 CFR 173.403. | $5,000,000 |
| (3)    For-hire and Private (In interstate or foreign commerce, in any quantity; or in intrastate commerce, in bulk only; with a gross vehicle weight rating of 10,000 or more pounds). | Oil listed in 49 CFR 172.101; hazardous waste, hazardous materials, and hazardous substances defined in 49 CFR 171.8 and listed in 49 CFR 172.101, but not mentioned in (2) above or (4) below. | $1,000,000 |
| (4)    For-hire and Private (In interstate or foreign commerce, with a gross vehicle weight rating of less than 10,000 pounds). | Any quantity of Division 1.1, 1.2, or 1.3 material; any quantity of a Division 2.3, Hazard Zone A, or Division 6.1, Packing Group 1, Hazard Zone A material; or highway route controlled quantities of a Class 7 material as defined in 49 CFR 173.403. | $5,000,000 |

**Form MCS-90** (page 2 of 2)

MC1622q (11-11)

**STATE OF CALIFORNIA**
**DMV**
*A Public Service Agency*

**INSURANCE POLICY ENDORSEMENT**

MOTOR CARRIER (CA) #

541844

Motor Carriers of Property
Bodily Injury Liability and Property Damage Liability

| INSURER (INSURANCE COMPANY) NAME AND ADDRESS | NAIC # 15580 | Status: |
|---|---|---|
| SCOTTSDALE INDEMNITY COMPANY<br>325 EAST HILLCREST DR, STE 230<br>THOUSAND OAKS, CA  91360 | SURPLUS LINE BROKER # | [X] Licensed to write insurance in the State of California (Admitted Insurer)<br>[ ] Non-admitted Insurer subject to Section 1763 of the California Insurance Code. |
| | OTHER # | SURPLUS LINE BROKER NAME<br>[ ] Charitable Risk Pool<br>[ ] Risk Retention Group |

| INSURED (MOTOR CARRIER) NAME AND ADDRESS | Filed with the: |
|---|---|
| SGM TRUCKING, INC.<br>11109 OTSEGO STREET, APT. 110<br> NORTH HOLLYWOOD<br>CA  91601 | California Department of Motor Vehicles<br>Motor Carrier Permit Branch<br>P. O. Box 932370       MS G875<br>Sacramento, CA 94232-3700<br>(916) 657-8153 |

| TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | LIMITS | | |
|---|---|---|---|---|---|
| **PRIMARY LIABILITY** | LOI0000795 | 01/27/2022 | COMBINED SINGLE LIMIT | | $1,000,000 |
| [ ] Coverage below statutory minimum limits. | | | BODILY INJURY OR DEATH (ONE PERSON) | | |
| [X] Coverage equal to or exceeding statutory minimum limits. | | | BODILY INJURY OR DEATH (MORE THAN ONE PERSON) | | |
| | | | PROPERTY DAMAGE | | |
| **EXCESS LIABILITY** | | | COMBINED SINGLE LIMIT | in excess of | |
| [ ] Coverage between primary coverage and statutory minimum limits. | | | BODILY INJURY (ONE PERSON) | in excess of | |
| [ ] Coverage provided at or above statutory minimum limits. | | | BODILY INJURY OR DEATH (MORE THAN ONE PERSON) | in excess of | |
| | | | PROPERTY DAMAGE | in excess of | |

*This Endorsement shall be attached to and made a part of all policies insuring motor carriers of property required to obtain a permit pursuant to the Motor Carriers of Property Permit Act, commencing with California Vehicle Code section 34600. The purpose of this Endorsement is to assure compliance with the Act and related rules and regulations.*

**Insurer agrees to each of the following:**

- The coverage provided by the endorsement excludes any costs of defense or other expense that the policy provides.

- To pay, consistent with the minimum insurance coverage required by California Vehicle Code Section 34631.5, and consistent with the limits it provides herein, any legal liability of insured for bodily injury, death, or property damage arising out of the operation, maintenance, or use of any vehicle(s) for which a motor carrier permit is required, whether or not such vehicle(s) is described in the attached policy.

- No provision, stipulation, or limitation contained in the attached policy or any endorsement shall relieve insurer from obligations arising out of this endorsement or the Act, regardless of the insured's financial solvency, indebtedness or bankruptcy.

- The Certificate of Insurance shall not be canceled on less than thirty (30) days notice from the Insurer to the DMV, written on an authorized Notice of Cancellation form and that the thirty (30) day/period commences to run from the date the Notice of Cancellation was actually received at the office of the California Department of Motor Vehicles, Motor Carrier Services Branch, in Sacramento, California.

- To furnish DMV with a duplicate original of the referenced policy, DMV authorized endorsement, and all other related endorsements and documentation upon request.

- Except as specified in this endorsement, the terms, conditions, and limitations of this policy remain in full force and effect. This endorsement shall not prevent insurer from seeking reimbursement from insured for any payment made by insurer solely on account of the provisions herein.

**Insurer certifies to each of the following:**

- This insurance policy covers all vehicles used in conducting the service performed by the Insured for which a motor carrier permit is required whether or not said vehicle(s) is listed in the insurance policy.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| PRINTED NAME OF INSURER'S AUTHORIZED REPRESENTATIVE | TELEPHONE NUMBER | EMAIL ADDRESS (OPTIONAL) |
|---|---|---|
| GLEN A SCHUBERG, INC. | (805) 446-6464 | |
| SIGNATURE OF INSURER'S AUTHORIZED REPRESENTATIVE | EXECUTED AT (CITY, STATE) | DATE |
| X | THOUSAND OAKS CA | 01/27/2022 |

MC 67 M (REV. 10/2010) **UH EF**

**MC2406f** (10-10) Wolters Kluwer Financial Services | Uniform Forms™

Home Office Copy

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that this document has been prepared using Times New Roman,

14-point font, and that this document otherwise complies with Local Rule 5.1(C).

This 24th day of August, 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Marc H. Bardack*
MARC H. BARDACK
Georgia Bar No. 037126
CARLOS A. FERNÁNDEZ
Georgia Bar No. 769087

*Attorney for Defendants Selvin Gomez and*
*SGM Trucking, Inc.*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
(770) 818-0000 – Phone
(833) 330-3669 – Facsimile
mbardack@fmglaw.com
carlos.fernandez@fmglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing DEFENDANTS' INITIAL DISCLOSURES to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants.  Counsel of record is:

John S. O'Briant, III, Esq.
Morgan & Morgan
178 S Main Street
Suite 300
Alpharetta, GA 30009
jobriant@forthepeople.com

This 24th day of August, 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Marc H. Bardack*
MARC H. BARDACK
Georgia Bar No. 037126
CARLOS A. FERNÁNDEZ
Georgia Bar No. 769087

*Attorney for Defendants Selvin Gomez and SGM Trucking, Inc.*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
(770) 818-0000 – Phone
(833) 330-3669 – Facsimile
mbardack@fmglaw.com
carlos.fernandez@fmglaw.com