# American Legacy℠ — American Legacy Shareholder's Advantage℠

Shareholder's Advantage is a variable annuity contract

**The Lincoln National Life Insurance Company**
Fort Wayne, Indiana

Instructions Please type or print   ANY ALTERATIONS TO THIS APPLICATION MUST BE INITIALED BY THE CONTRACT OWNER

## 1a Rights of Accumulation   (If additional space is needed, use Section 13.)

☐ I own an American Funds mutual fund or American Legacy variable annuity, which may entitle me to a reduced sales charge under the terms of the prospectus  My account numbers are _____

☐ The registration of some of my shares differs  Their account numbers are (may include spouse and/or children under age 21)

| Account no | Name | SSN |
|---|---|---|
| Account no | Name | SSN |

## 1b Contract Owner   Maximum age of Contract Owner is 90.

Full legal name or trust name*: **GIOVANNI MADEO**
Street address (If PO Box, physical street address required): **22 W 107 GLENDALE TERRACE**
City: **MEDINAH**   State: **IL**   ZIP: **60157**
Trustee name*: 

Social Security number/TIN: ___-__-**1348**
Date of birth: [redacted]   ☒ Male   ☐ Female
Home telephone number: **630/529-3144**
Date of trust*: __/__/__
Is trust revocable?*  ☐ Yes   ☐ No
*This information is required for trusts

## 1c Joint Contract Owner   Maximum age of Joint Contract Owner is 90.

Full legal name: **MARIA MADEO**

Social Security number: ___-__-**1628**
Date of birth: [redacted]
☐ Male   ☒ Female
☐ Spouse   ☐ Non-spouse

## 2a Annuitant   (If no Annuitant is specified, the Contract Owner, or Joint Owner if younger, will be the Annuitant.)   Maximum age of Annuitant is 90.

Full legal name: **GIOVANNI MADEO**
Street address: **22 W 107 GLENDALE TERRACE**
City: **MEDINAH**   State: **IL**   ZIP: **60157**

Social Security number: ___-__-**1348**
Date of birth: [redacted]   ☒ Male   ☐ Female
Home telephone number: **630/529-3144**

## 2b Contingent Annuitant   Maximum age of Contingent Annuitant is 90.

Full legal name: 

Social Security number: ___-___-____

## 3 Beneficiary(ies) of Contract Owner   (List additional Beneficiaries on separate sheet. If listing children, use full legal names.)

| Full legal name or trust name* | | Relationship to Contract Owner | SSN/TIN | % |
|---|---|---|---|---|
| **FRANK MADEO** | ☒ Primary  ☐ Contingent | **CHILD** | [redacted]**1511** | **50** % |
| **MARIA GOMEZ** | ☒ Primary  ☐ Contingent | **CHILD** | | **50** % |
|  | ☐ Primary  ☐ Contingent | | | % |

Executor/Trustee name*: 
Date of trust*: __/__/__   Is trust revocable?*  ☐ Yes   ☐ No
*This information is required for trusts

To specify an annuity payment option for your beneficiary, please complete the Beneficiary Payment Options form (29953)

## 4 Type of American Legacy Contract

**Nonqualified:** ☐ Initial contribution   OR   ☒ 1035 exchange
**Tax-qualified** (must complete plan type) ☐ Initial contribution, tax year _____   OR   ☐ Transfer (to same market)   OR   ☐ Rollover (to different market)
**Plan type** (check one): ☐ Roth IRA   ☐ Traditional IRA
☐ Non-ERISA 403(b)† (transfers only)   †Indicate plan year-end   Month __ Day __

## 5a Allocation (This section must be completed.)

Initial minimum $1,500

**Future contributions will follow the allocation below. If DCA option is selected, the entire amount of each future contribution will follow the allocation in Section 5b.**

If no allocations are specified in Section 5a or 5b, the entire amount will be allocated to the Cash Management Fund, pending instructions from the Contract Owner

**Please allocate my contribution of**

$ _____ OR $ _____
Initial contribution        Approximate amount
                            from previous carrier

**INTO THE FUND(S) BELOW** ⬇

Use whole percentages

| | |
|---|---|
| _____ % | Global Discovery Fund |
| _____ % | Global Growth Fund |
| _____ % | Global Small Capitalization Fund |
| 25 % | Growth Fund |
| _____ % | International Fund |
| _____ % | New World Fund |
| _____ % | Blue Chip Income and Growth Fund |
| 25 % | Growth-Income Fund |
| _____ % | Asset Allocation Fund |
| 25 % | Bond Fund |
| _____ % | High-Income Bond Fund |
| 25 % | U S Govt /AAA-Rated Securities Fund |
| _____ % | Cash Management Fund |
| _____ % | Fixed Account _____ year(s) (1-10) |
| _____ % | DCA Fixed Account (must complete 5b) |
| _____ % | **Total** (must = 100%) |

## 5b Dollar Cost Averaging (Complete only if electing DCA.)

$1,500 minimum required in the holding account

Total amount to DCA        $ _____
            OR
MONTHLY amount to DCA      $ _____

**OVER THE FOLLOWING PERIOD.** _____
                              **MONTHS (6–60)**

**FROM THE FOLLOWING HOLDING ACCOUNT** (check one)
☐ DCA Fixed Account
☐ Cash Management Fund[1]
☐ U S Govt /AAA-Rated Securities Fund[1]

**INTO THE FUND(S) BELOW** ⬇

Use whole percentages        [1] The DCA holding account
                              and the DCA fund elected
                              cannot be the same

| | |
|---|---|
| _____ % | Global Discovery Fund |
| _____ % | Global Growth Fund |
| _____ % | Global Small Capitalization Fund |
| _____ % | Growth Fund |
| _____ % | International Fund |
| _____ % | New World Fund |
| _____ % | Blue Chip Income and Growth Fund |
| _____ % | Growth-Income Fund |
| _____ % | Asset Allocation Fund |
| _____ % | Bond Fund |
| _____ % | High-Income Bond Fund |
| _____ % | U S Govt /AAA-Rated Securities Fund[1] |
| _____ % | Cash Management Fund[1] |
| _____ % | **Total** (must = 100%) |

**Future contributions will not automatically start a new DCA program Instructions must accompany each DCA contribution.**

## 5c Cross-Reinvestment or Portfolio Rebalancing

To elect either of these options, please complete the Cross-Reinvestment form (28051) or the Portfolio Rebalancing form (28887)

## 6 Benefit Options

**Death benefits**
Select one  *(If no benefit is specified, the default death benefit will be the Guarantee of Principal death benefit )*
☐ I/We hereby elect the Enhanced Guaranteed Minimum Death Benefit
☒ I/We hereby elect the Guarantee of Principal death benefit
☐ I/We hereby elect the Estate Enhancement Benefit[2] rider which includes the Enhanced Guaranteed Minimum Death Benefit

**Living benefit**
☐ I/We hereby elect the Principal Security Benefit[3] option

[2] The Estate Enhancement Benefit rider may only be elected if the Contract Owner, Joint Owner (if applicable), and Annuitant are all under age 76
[3] The Principal Security Benefit option is not available with the i4LIFE℠ Advantage If the contract is tax-qualified, maximum age is 80

## 7 Automatic Withdrawals — $10,000 minimum account balance is required.

☐ Please provide me with automatic withdrawals totaling _____% of total contract value or $ _____
(Withdrawal minimums $50 per distribution/$300 annually), payable as follows
☐ Monthly   ☐ Quarterly   ☐ Semi-annually   ☐ Annually   Begin withdrawals in [ ][ ] [ ][ ][ ][ ]
                                                                              Month       Year

**Note: If no tax withholding selection is made, federal taxes will be withheld at a rate of 10%. Additional state tax withholding may be required, depending on state of residency**

**ELECT ONE**   ☐ Do withhold taxes  Amount to be withheld _____% (must be at least 10%)   ☐ Do not withhold taxes

**PAYMENT METHOD:**   Direct deposit   ☐ Checking *(attach a voided check)*   **OR**   ☐ Savings *(attach a deposit slip)*

I/We authorize Lincoln Life to deposit payments to the account and financial institution identified below. Lincoln Life is also authorized to initiate corrections, if necessary, to any amounts credited or debited to my/our account in error. This authorization will remain in effect until my/our funds are depleted or I/we notify Lincoln Life of a change in sufficient time to act. This authorization requires the financial institution to be a member of the National Automated Clearing House Association (NACHA)

_____          _____
Bank name                                                           Bank telephone number

## 8 Automatic Bank Draft

Print account holder name(s) EXACTLY as shown on bank records  _____

Bank name _____   Bank telephone number _____
$ _____
Monthly amount                                      Automatic bank draft start date [ ][ ] [ ][ ] [ ][ ][ ][ ]
                                                                                     Month  Day (1–28)  Year

☐ Checking *(attach a voided check)*   **OR**   ☐ Savings *(attach a deposit slip)*

I/We hereby authorize Lincoln Life to initiate debit entries to my/our account and financial institution indicated above and to debit the same to such account for payments into an annuity contract. This authorization is to remain in full force and effect until Lincoln Life has received written notification from me/us of its termination in such time and manner as to afford Lincoln Life and the financial institution a reasonable opportunity to act on it

## 9 Telephone/Internet Authorization (Check box if this option is desired.)

☐ I/We hereby authorize and direct Lincoln Life to accept instructions via telephone or the Internet from any person who can furnish proper identification to exchange units from subaccount to subaccount, change the allocation of future investments and/or clarify any unclear or missing administrative information contained on this application at the time of issue. I/We agree to hold harmless and indemnify Lincoln Life, American Funds Distributors, Inc., their affiliates and any mutual fund managed by such affiliates, and their directors, trustees, officers, employees and agents for any losses arising from such instructions

## 10 Replacement

Does the applicant have any existing life policies or annuity contracts?     ☒ Yes   ☐ No
Will the proposed contract replace any existing annuity or life insurance?   ☒ Yes   ☐ No
(Attach a state replacement form if required by the state in which the application is signed.)

METLIFE INVESTORS
Company name

COVA VARIABLE                                                                    1998
Plan name                                                                        Year issued

## Fraud Warning

**Residents of all states except Virginia and Washington, please note:** Any person who knowingly, and with intent to defraud any insurance company or other person, files or submits an application or statement of claim containing any materially false or deceptive information, or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and may subject such person to criminal and civil penalties

## 11 Signatures

All statements made in this application are true to the best of my/our knowledge and belief, and I/we agree to all terms and conditions as shown. I/We acknowledge receipt of current prospectuses for American Legacy Shareholder's Advantage and American Funds Insurance Series® and verify my/our understanding that **all payments and values provided by the contract, when based on investment experience of the funds in the Series, are variable and not guaranteed as to dollar amount.** Under penalty of perjury, the Contract Owner(s) certifies that the Social Security (or taxpayer identification) number(s) is correct as it appears in this application.

Signed at city: MEDINAH    State: IL    Date: 11 / 09 / 04

Signature of Contract Owner: _[signature]_    Joint Contract Owner (if applicable): _[signature]_

Signed at city: ____    State: ____    Date: __ / __ / __

Signature of Annuitant (Annuitant must sign if Contract Owner is a trust or custodian.)

THE FOLLOWING SECTIONS MUST BE COMPLETED BY THE SECURITIES DEALER OR FINANCIAL ADVISER. Please type or print.

## 12 Insurance in Force — Will the proposed contract replace any existing annuity or life insurance contract?

**ELECT ONE**  ☐ No  ☐ Yes    If yes, please list the insurance in force on the life of the proposed Contract Owner(s) and Annuitant(s)
(Attach a state replacement form if required by the state in which the application is signed.)

Company name ____    Year issued ____    Amount $ ____

## 13 Additional Remarks

SEE 1035 EXCHANGE PAPERWORK

## 14 American Funds/American Legacy Total Account Value   (For rights of accumulation purposes.)

My client owns a total of $ ____ in the American Funds mutual funds and/or American Legacy variable annuity products. NOTE: Please include the deposit amount for the purchase of this contract.

## 15 Dealer Information — Licensing appointment with Lincoln Life is required for this application to be processed. If more than one representative, please indicate names and percentages in Section 13.

☐ Standard   ☐ i4LIFE℠ Advantage — complete election form
If your client is not electing the i4LIFE℠ Advantage today, does your client plan to add it in the future?  ☐ Yes  ☐ No

Registered representative's name (print as it appears on NASD licensing): JONATHAN A. ZULAUF
Registered representative's telephone number: 630/250-0878

Client account number at dealer (if applicable): [redacted]
Representative's SSN: [redacted]-0495

Dealer's name: EDWARD JONES

Branch address: 227 N WALNUT ST    City: ITASCA    State: IL    ZIP: 60143

☐ CHECK IF BROKER CHANGE OF ADDRESS    Rep code at firm ____

## 16 Representative's Signature

The representative hereby certifies that all information contained in this application is true to the best of his/her knowledge and belief. The representative also certifies that he/she has used only The Lincoln National Life Insurance Company approved sales materials in conjunction with this sale and copies of all sales materials were left with the applicant(s). Any electronically presented sales material shall be provided in printed form to the applicant no later than at the time of the policy or the contract delivery.

Signature: _[signature]_

**American Legacy℠**

Send completed application — with a check made payable to Lincoln Life — to your investment dealer's home office or to

Lincoln Life
P.O. Box 2348
Fort Wayne, IN 46801-2348

By Express Mail
Lincoln Life
Attention: American Legacy Operations
1300 South Clinton Street
Fort Wayne, IN 46802

If you have any questions regarding this application, call Lincoln Life at 800/443-8137

Page 4

# American Legacy℠

## Request for 1035 Exchange (Nonqualified)

**Instructions**
A  Please type or print
B  Owner's and any joint owner's signatures are required on this form
C  The following items must be mailed to Lincoln Life to process a 1035 exchange
   1  This form, "Request for 1035 Exchange (Nonqualified)"
   2  Old policy/contract to be exchanged (if lost, please indicate in Section 2 below)
   3  State replacement form (if required by the state)
   4  American Legacy® Shareholder's Advantage Variable Annuity Application

### 1 Surrendering Insurance Company Information

Surrendering insurance company: **METLIFE INVESTORS**
Telephone number: **800/709-2811**
Address: **P.O. Box 10366**
City: **Des Moines**
State: **IA**
ZIP: **50306-0366**

### 2 Policy/Contract Information

Policy/Contract number: **99408134**

Transfer the proceeds: [X] Immediately   [ ] When indicated (date must be within 30 days)
Month / Day / Year

The policy/contract is:
[ ] Enclosed
[X] Lost or destroyed (I certify that the policy/contract is lost or destroyed. In addition, I certify that the policy/contract has not been assigned, surrendered, or collaterally assigned.)

Owner name: **GIOVANNI MADEO**
Tax ID number: [redacted]
Social Security number: **1348**

Joint owner name: **MARIA MADEO**
Tax ID number: [redacted]
Social Security number: **1628**

Annuitant name(s):
Tax ID number:
Social Security number:

### 3 Accepting Insurance Company Information

Accepting insurance company: **Lincoln Life**
Telephone number: **800/443-8137**
Address: **PO Box 2348**
City: **Fort Wayne**
State: **IN**
ZIP: **46801-2348**

### 4 Signatures

I hereby make a complete and absolute assignment and transfer to the accepting insurance company of all right, title and interest to the above-listed policy/contract in an exchange intended to qualify under Section 1035 of the Internal Revenue Code. I understand that if the accepting insurance company underwrites and issues a new life insurance policy/contract or annuity on the life of the policy/contract owner named above, then the accepting insurance company intends to surrender the assigned policy/contract. I understand that the policy/contract to be issued by the accepting insurance company shall have the same designated insured(s), annuitant(s) and owner(s) as the above-listed policy/contract.

I certify that the above-listed policy/contract is currently in force and not subject to any prior assignments, any legal or equitable claims, liens or trusts. I further certify that there are no proceedings in bankruptcy pending against me. I understand and agree that I will be responsible for keeping the above-listed policy/contract in force by paying any premiums as they become due until such time as I have been issued a new life insurance or annuity policy/contract.

I represent and agree that the accepting insurance company is participating in this transaction at my request and as an accommodation to me. I understand that the accepting insurance company assumes no responsibility or liability for my tax treatment under Internal Revenue Code Section 1035. I agree that if the accepting insurance company, in its sole discretion, determines that it is unlikely to receive timely payment of the full contract cash surrender values, the accepting insurance company may reassign ownership of the contract back to me. I agree that any such reassignment shall be considered accepted by me upon my receipt of a reassignment form duly executed by the accepting insurance company.

Signed at: **MEDINAH** (City)   this **9th** day of **Nov** in year **2004**

Owner signature: _[signature]_
Joint owner or spousal (if community property) signature: _[signature]_

Insured signature (life only):
Irrevocable beneficiary signature:

### 5 Acceptance of Assignment

The accepting insurance company, as assignee, accepts this assignment and hereby requests full surrender of the above-referenced policy/contract. The surrender represents a transfer of funds to the accepting insurance company to qualify as a Section 1035(a) exchange. When the surrender is completed, please provide the accepting insurance company a report of the pre- and post TEFRA cost basis in the policy/contract.

Authorized signature:
Title:
Date:

New policy/contract number:

Send completed application and this form to your investment dealer's home office or to

**Lincoln Life**
PO Box 2348
Fort Wayne, IN 46801-2348

*By Express Mail*

**Lincoln Life**
Attention: American Legacy Operations
1300 South Clinton Street
Fort Wayne, IN 46802

ALSA-GDE