

**Lincoln Financial Group®**

# Nonqualified Claimant's Statement

Servicing Office – PO Box 7880
Fort Wayne IN 46801-7880
800 454-6265, ext 8200
www.LFG.com

Overnight Address Lincoln Financial Group
Death Claims – IA
1300 S Clinton St
Fort Wayne IN 46802

| **Contract Information** | Contract number **95996356l**    Date of death **9-16-2007** <br> Decedent's name **Giovanni Madeo**    SS number **1348** <br> Alias **John Madeo** |
|---|---|

| **Important Information** | • A certified death certificate with cause of death must be provided to Lincoln Financial Group before this claim is processed <br> • Providing this form is not an admission by Lincoln Financial Group of the validity of any claim or a waiver of any contract conditions <br> • If any claimant entitled to the proceeds predeceases the annuitant/owner, a certified death certificate for such claimant is required <br> • A consent to transfer or a state tax waiver may be required before a payment can be made to a claimant <br> • For a Trustee or Estate beneficiary the respective tax identification number (TIN) is required for tax reporting <br> • If the contract has money in the variable subaccounts, it is subject to market fluctuations You may be able to transfer money to different subaccounts or to a Fixed account with written authorization by all contract beneficiaries <br> • If you elect 5-year Deferral or Extended Payout, the death benefit payable to your beneficiary at your death is the contract value |
|---|---|

| **Claimant Information** <br> *If a name change has occurred due to marriage, divorce, etc, please include both names with documentation showing such name change (such as certificate of marriage, etc)* | Claimant's Name **Maria Madeo**    SS number **1628** <br> Relationship to decedent **wife**    ☐ Male ☒ Female    Date of birth ████ <br> Address **22W107 Glendale Terrace** <br> City, State, ZIP **Medinah, IL 60157** <br> Telephone information Daytime **(630) 529-3144**    Evening ( ) <br> Trust/Estate Tax ID (if applicable) <br> Date of trust (if applicable) |
|---|---|

| **Claimant Options** <br> *Read the Explanation of Options and Forms Required on pages 2 & 3 completely before choosing the option which best suits your needs* | Note: *A spouse may also elect to assume ownership when choosing i4LIFE® Advantage Please contact the broker or the Claims area with questions* <br> 1 ☐ **The i4LIFE® Advantage** *(Available to all individual beneficiaries Please complete the Access Period and Regular Income sections under #1 on page 2 For spousal assumption there is no life expectancy restriction )* <br> 2 ☒ **Assume ownership** *(Available to surviving spouse of decedent )* <br> 3 ☐ **Establish a contract** *(Available to non-spouse claimants )* <br> 4 ☐ **Annuity option** *(Available to all individual beneficiaries )* <br> 5 ☐ **Extended payout** *(Available to all individual beneficiaries )* <br> 6 ☐ **5-year deferral** *(Available to all individual beneficiaries in the event of the owner's death or the annuitant's death if the owner is a non-natural person )* <br> 7 ☐ **Lump sum** *(Available to all individual beneficiaries )* |
|---|---|

*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates*
28525 6/07

*page 1 of 8*

| | |
|---|---|
| **Explanation of Options and Forms Required**<br><br>*Also complete claimant information, beneficiary information, tax withholding, and distribution method* | **1 - The i4LIFE® Advantage** - The beneficiary will receive payments for the remainder of their life or as long as there is an account value. The length they will have access for the additional withdrawals may be no longer than beneficiary life expectancy. The regular income will be a combination of gain (taxable) and return of the original investment (non-taxable). The minimum account value necessary to elect i4LIFE® Advantage is $50,000 and the death benefit must be Account Value for non-spousal beneficiary. Please note there is a charge associated with this option. Please see a prospectus for more detailed information.<br><br>By choosing this option and signing this form, you certify that you<br>• Are electing i4LIFE® Advantage on this annuity contract and understand that there will be additional charges assessed to you for this election<br>• Understand that additional withdrawals or surrendering the contract may occur only during the access period<br>• Understand a spouse who assumes ownership and is under 59½, additional withdrawals or stopping i4LIFE® may have adverse tax consequences. Please consult your tax advisor<br>• Understand i4LIFE® Advantage requests received in good order by the 10th of the current month will initiate an income payment on the 1st of the following month<br><br>**Access Period\***<br>*Select one*  ☐ Maximum (Life expectancy) OR ☐ _____ years (minimum 5 years)<br>*\* This is the length of time a contract owner has full access to the account value*<br><br>**Regular Income**<br>Payment frequency   ☐ Monthly   ☐ Quarterly   ☐ Semi-annually   ☐ Annual<br>Assumed interest rate   ☐ 3%   ☐ 4%   ☐ 5%   ☐ 6%<br>Guaranteed Income Benefit   ☐ Yes   ☐ Additional Charge<br>If selecting Guaranteed Income Benefit the assumed interest rate will be 4%. There may be limitations, please contact the Claims Call Center<br>Payment method   ☐ Standard   ☐ LevelPay<br>*Note: If not marked above we will use these defaults*<br>*Payment frequency - Monthly, Assumed interest rate - 4%, Payment method - Standard*<br>*Not all assumed interest rates are available in some states. Please see your representative for the rates available in your state* |
| | **2 - Assume ownership** - This option is available only to the surviving spouse of the decedent. This ownership change is not taxable. Future distributions are taxable as they are made and will be reported as ordinary income on IRS Form 1099-R. Future distributions may be subject to surrender charges. The provisions of the contract are not altered by the change in ownership. If the Dollar Cost Averaging program or the Automatic Withdrawal Service program was established under the original contract, it may be terminated. The surviving spouse may start a new program. Please complete the New Beneficiary Designation section on page 5<br>☐ Start a new Automatic Withdrawal Service program (also complete the AWS information on page 4)<br>☐ Start a new Dollar Cost Averaging program (also complete and attach the appropriate DCA form) |
| | **3 - Establish a contract** - This option is available to non-spouse claimants. This option is taxable. The earnings in the contract are reported as ordinary income to the claimant on IRS Form 1099-R. The cost basis in the contract will be adjusted to reflect the amount that has been taxed. If there is one claimant, an ownership change will be made to the existing contract. Any future withdrawals may be subject to surrender charges. A Dollar Cost Averaging program or Automatic Withdrawal Service can be established on the contract. Please complete the New Beneficiary Designation section on page 5<br>☐ Check here if you want to start a new Automatic Withdrawal Service program (complete the Automatic Withdrawal Service Information section on page 4)<br>☐ Check here if you want to start a new Dollar Cost Averaging program (complete Form 28065)<br><br>If there is more than one claimant, a new application is required for each one making this election. A new contract will be issued and any surrender charge period will start over |
| | **4 - Annuity Payments** - This option is available to spouse and non-spouse claimants. The claimant can annuitize the contract and receive payments. The annuity option must begin no later than the first anniversary date of decedent's death. This option may be irrevocable |

| | |
|---|---|
| *Explanation of Options and Forms Required (continued)* | • First annuity payment date _____<br>   Example date of death 5/10/2004 - first annuity payment must be prior to 5/10/2005<br>Additional information required<br>• For traditional annuity payments, complete Form 25698 Annuitization Request |

**5 - Extended Payout** - This option is available to spouse and non-spouse claimants for death benefits of $10,000 00 or more With this option, distributions based on the claimant's life expectancy must begin by the first anniversary of the decedent's death Distributions are reported to the claimant for the year in which they are made on IRS Form 1099-R All or a portion of each distribution may be taxable and reported as ordinary income, distributions typically come from taxable earnings before coming from the cost basis in the contract Distributions may be accelerated, but may not be decreased or stopped

Please complete the Automatic Withdrawal Service Information section on page 4, and the New Beneficiary Designation section on page 5 (unless you are completing this form as a trustee or estate representative)

**6 - 5-year Deferral** - This option is available to spouse and non-spouse claimants for death benefits of $10,000 00 or more Distributions are reported to the claimant for the year in which they are made on IRS Form 1099-R All or a portion of each distribution may be taxable and reported as ordinary income, distributions typically come from taxable earnings before coming from the cost basis in the contract The entire contract must be distributed by the fifth anniversary of the decedent's death

During the 5 year period, additional contributions and ownership changes may not be made Prior to the end of the 5 year period, if the contract has not been distributed, a letter will be sent to the claimant's address of record to remind the claimant that they must request a full distribution

Please complete the New Beneficiary Designation section on page 5 (unless you are completing this form as a trustee or estate representative)

If you wish to start an Automatic Withdrawal Service program, please complete that section on page 4

**7 - Lump sum** - This option is available to spouse and non-spouse claimants The claimant will receive a single lump sum payment All or a portion of this payment is taxable to the claimant Payments of $10,000 00 or more may be placed in an interest bearing SecureLine® account For more information please read and complete the Lump Sum Distribution section on page 4

| | |
|---|---|
| **Federal/State Income Tax Withholding**<br><br>*If tax information is not provided, federal and applicable state taxes will be withheld* | Tax withholding election will remain in effect unless the Company is notified of a change You may change your election at anytime Even if you elect not to have federal income tax withheld you are liable for payment of federal income tax on your distribution or withdrawal You may also be subject to tax penalties under the estimated tax payment rules if your payment of estimated tax and withholding, if any, are not adequate You may wish to discuss your withholding election with a qualified tax advisor<br><br>Select one of the following<br>☐ Do not withhold federal income tax<br>☐ Withhold 10% federal income tax<br>☐ Indicate the total percentage of federal income tax to be withheld _____ % (The total percentage must be 10% or greater)<br><br>If federal income tax is withheld, state tax may be withheld, depending on your state of residence The following states mandate state tax withholding if federal income tax is withheld California, Iowa, Kansas, Maine, Massachusetts, North Carolina, Oklahoma, Oregon, Vermont, and Virginia<br><br>Residents of California and Oregon may elect *not* to withhold state tax |
| *If tax information is not provided, federal income and applicable state taxes will be withheld using married and 3 allowances* | ☐ As a resident of California or Oregon, you elect *not* to withhold state tax from your distribution<br>Residents of North Carolina may elect *not* to withhold federal income tax from the distribution However, state tax can be withheld<br>☐ As a resident of North Carolina, you elect *not* to withhold federal income tax from your distribution However, state tax in the amount of 4% or more _____ % of the taxable portion of the distribution should be withheld<br>If the beneficiary is a resident of a foreign country a W-8BN or a W-9 must be completed |

| | | |
|---|---|---|
| **Distribution Method** | ☐ **Direct deposit** *(No fee will be assessed)* | ☐ **Wire deposit*** *(A fee of $25 will be assessed Fees are subject to change)* |

Financial institution's name _____

Telephone number ( ) _____

Type of account    ☐ Checking *(must attach a "voided" check)*
                   ☐ Savings

Account number _____

ABA/Transit routing number _____ (Contact your financial institution for this)

☐ Mail check *(A fee may be assessed)*    ☐ Overnight *(A fee of $15 will be assessed Fees are subject to change)*

If the distribution amount is over $10,000 and the "Mail check" option is selected, a SecureLine® account may be set up

SecureLine® is a service that we offer in which claim payments over $10,000 are held in an interest bearing account  We mail a checkbook instead of one lump sum check  You have access to the proceeds in the account by simply writing a check  You are the only one authorized to use the account  You may choose to earn interest by leaving the proceeds in the account or you may write checks immediately (Note - SecureLine® accounts are part of our general account  It is not a bank account and as such is not insured by the FDIC or any other government agency )

As part of our general account, it is subject to claims of our creditors  We receive a benefit from all amounts left in the SecureLine® account  It is not a bank account and as such is not insured by the FDIC or any other government agency  **Not available in Alaska, Arkansas, Colorado, Florida, Kansas, Louisiana, Nevada, North Carolina, and North Dakota.**

Note for IRA's  Deposit of your money into a SecureLine® account is not a rollover to an IRA or other retirement plan  Withholding tax will be taken from taxable distributions as described in Federal/State Income Tax Withholding  The 60 day rollover period that you have to maintain the tax deferral of your distribution will begin the day you establish your SecureLine® account

☐ Address on record
☐ Alternate address

Mail check to _____

Make check payable to _____

Account number *(if applicable)* _____

Address _____

City, State, ZIP _____

Telephone number ( ) _____

Note  If requesting a wire, please indicate the financial institution's address above

---

**Automatic Withdrawal Service Information**

☐ Distribution amount $ _____ per payment frequency

☐ Life Expectancy Payment/Required minimum distribution rules

Payment frequency    ☐ Monthly    ☐ Quarterly    ☐ Semi-annually    ☐ Annually

Indicate the month and year payments will begin *(month/year)* _____

*(This section is continued on the next page)*

*Automatic Withdrawal Service Information (continued)*

Indicate how you would like to receive your payments

☐ Direct Deposit

| Account number | Transit/Routing number |
|---|---|

Financial institution's name

Financial institution's telephone number

Type of account    ☐ Checking *(must attach a "voided" check)*
                    ☐ Savings

Account number

ABA/Transit routing number

*Note. You must obtain the ABA/Transit routing number from your financial institution.*

Your signature authorizes the Company to deposit payments to the account and financial institution identified above. The Company is also authorized to initiate corrections, if necessary, to any amounts credited or debited to your account in error. This authorization will remain in effect until your funds are depleted or you notify the Company of a change in sufficient time to act. This authorization requires the financial institution to be a member of the National Clearing House Association (NACHA).

By signing this form, you agree

- To hold the Company harmless for any errors made by your financial institution, including the date funds are actually credited to your account
- That this authorization will remain in effect until the funds are depleted or the Company has received written notice of revocation from you
- To assume full responsibility for meeting the Internal Revenue Code requirements to qualify for this distribution
- To hold the Company harmless for any adverse tax ramifications that may arise based on the information provided
- To authorize the Company to make the payments based upon the information provided
- That you have read and understand the options available to you

---

**New Beneficiary Designation**

*If the beneficiary is a trust, attach a copy of the following pages: the first page and signature page of the trust and the trustee page*

☒ Primary (You must have at least one primary beneficiary.)

Name: FRANK MADEO
Address: 1907 SCOUT RIDGE SW
City, State, ZIP: MARIETTA, GA. 30064
Relationship: SON          Date of birth: 10-18-65
SS number: [redacted]-7511    Percentage: 50 %

☒ Primary    ☐ Contingent
Name
Address
City, State, ZIP
Relationship          Date of birth
SS number             Percentage

If beneficiary will be a trust, complete the following

☐ Primary    ☐ Contingent
Name
Address
City, State, ZIP
Relationship          Date of birth
SS number             Percentage

28525 6/07

| | |
|---|---|
| **Fraud Notice** | Any person who knowingly, and with intent to defraud any insurance company or other person, files an application of insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties |

*These states require the following fraud warning*

*Alaska·* A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete, or misleading information may be prosecuted under state law

*Arizona·* For your protection Arizona law requires the following statement to appear on this form Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties

*Arkansas·* Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison

*California: (For your protection, California law requires this to appear)* Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison

*Colorado.* It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company Penalties may include imprisonment, fines, denial of insurance, and civil damages Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policy holder or claimant for the purpose of defrauding or attempting to defraud the policy holder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies

*Delaware:* Any person who knowingly and with intent to injure, defraud, or deceive any insurer, files a statement of claim containing any false, incomplete, or misleading information is guilty of a felony

*Florida·* Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree

*Hawaii·* For your protection, Hawaii law requires you to be informed that presenting a fraudulent claim for payment of a loss or benefit is a crime punishable by fines or imprisonment, or both

*Idaho·* Any person who knowingly and with intent to defraud, or deceive any insurer, files a statement of claim containing any false, incomplete, or misleading information is guilty of a felony

*Indiana.* A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony

*Kentucky·* Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime

*Louisiana.* Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison

*Maine·* It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company Penalties may include imprisonment, fines or a denial of insurance benefits

| | |
|---|---|
| *Fraud Notice (continued)* | *Minnesota:* A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime |
| | *New Hampshire:* Any person who, with purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638 20 |
| | *New Jersey* Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties |
| | *New Mexico.* Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties |
| | *New York:* Please find the notice for New York residents immediately above the signature line on page 8 |
| | *Ohio:* Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud |
| | *Oklahoma:* WARNING: Any person who knowingly, and with intent to injure, defraud or deceive an insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony |
| | *Oregon:* A person who willfully and with intent to defraud or knowing that he is facilitating a fraud against an insurer and submits an application or claim containing materially false information or a deceptive statement may be guilty of insurance fraud and may be subject to criminal penalties |
| | *Pennsylvania:* Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties |
| | *Texas* Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison |
| | *Virginia:* It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company Penalties include imprisonment, fines and denial of insurance benefits |
| | *Washington, D.C. (District of Columbia):* **Warning:** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person Penalties include imprisonment and/or fines In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by an applicant |
| **Authorization and Signature** | **Estate**<br>If the claimant is an estate, a certified copy of the court document appointing a personal representative, executor or administrator must be provided The claimant's statement must be completed and signed by the executor, administrator or personal representative Please furnish the estate's tax identification number on the claimant's statement The decedent's SS number should *not* be used If an Estate tax identification number is not provided, a mandatory 10% tax withholding will be assessed<br><br>**Trust**<br>*Testamentary Trust Created under Last Will and Testament* If the proceeds of this contract are payable to a trust created under a last will and testament, the will must be filed and/or probated with the court A certified copy of a court document accepting the will for probate must be provided A copy of the probated last will and testament should be provided The estate's tax identification number must also be provided The decedent's SS number should *not* be used If a tax identification number is not provided, a mandatory 10% tax withholding will be assessed |

*Authorization and Signature (continued)*

*Revocable or Irrevocable Trust* If the proceeds of this contract are payable to a trust, please provide the pages of the trust naming the trustee(s) and successor trustee(s), if applicable Copies of the trust pages showing its name, date and signature page must also be provided The Trust's tax identification number must also be provided If signing below as a trustee, you certify that the trust is in full force and effect and has not been altered, modified or revoked The decedent's SS number should *not* be used If a Trust tax identification number is not provided, a mandatory 10% tax withholding will be assessed

**Guardian/Conservator:** If the proceeds of this policy are payable to a person who has had a guardian or conservator appointed by a court, please provide a certified copy of the court order appointing the guardian or conservator The guardian or conservator should complete and sign the Claimant's Statement The Social Security number of the person who is under guardianship or conservatorship should be used The guardian or conservator's Social Security number may *not* be used If signing below as a guardian or conservator, your signature certifies that you are acting on behalf of the claimant and are authorized to do so You further certify that the guardianship or conservatorship is still in effect and has not been revoked

*Corporation* If the claimant is a corporation, the Claimant's Statement must be completed and signed by an authorized officer of the corporation with his/her title included The corporate tax identification number along with a current corporate resolution should be provided

*Partnership* If the claimant is a partnership, the Claimant's Statement must be completed and signed on behalf of the partnership by the partner(s) Copies of the Partnership Agreement pages showing the names of the partnership, its partners and signature pages will need to be provided The partnership's tax identification number must also be provided

**Power of Attorney:** If an attorney-in-fact under a Power of Attorney is completing the Claimant's Statement on behalf of the claimant, a copy of the Power of Attorney document must be provided If the Power of Attorney document was executed more than one year ago, additional information from the attorney-in-fact may be required The Social Security number of the person who granted the Power of Attorney must be used The attorney-in-fact's Social Security number may not be used

If a tax identification number is not provided, a mandatory 10% tax withholding will be assessed The claimant assumes full responsibility for electing a distribution option Distributions must begin as required by Internal Revenue Service guidelines and cannot be stopped or decreased If the distribution is decreased or stopped, you, the claimant agree to hold Lincoln Life harmless

*New York* Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation

The following statement only applies to aggregate proceeds for all life and annuity products held at The Lincoln National Life Insurance Company and its affiliates in the name of the deceased in excess of $250,000 You certify that payment of this claim is not subject to generation-skipping transfer tax under the Internal Revenue Service

By signing below, you certify that you have read and understand the options available to you and the information provided on this form

Claimant's signature _Amelia R_   Date 10-15-2007

Title (Spouse, Trustee, Executor, etc )

| Investment Products: |  |
|---|---|
| • NOT FDIC INSURED | • NOT GUARANTEED BY THE BANK |
| • NOT A DEPOSIT | • NOT INSURED BY ANY GOVERNMENT AGENCY |
| • MAY GO DOWN IN VALUE |  |