# GEORGIA DEATH CERTIFICATE

State File Number: 2021GA000045183

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | MARIA ROSA MADEO |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | FERRARO |
| 2. SEX | FEMALE |
| 2a. DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 06/02/2021 |
| 3. SOCIAL SECURITY NUMBER | ███-██-1628 |
| 4a. AGE (Years) | 93 |
| 4b. UNDER 1 YEAR | |
| 4c. UNDER 1 DAY | |
| 5. DATE OF BIRTH (Mo., Day, Year) | [redacted] |
| 6. BIRTHPLACE | ITALY |
| 7a. RESIDENCE - STATE | ILLINOIS |
| 7b. COUNTY | DUPAGE |
| 7c. CITY, TOWN | MEDINAH |
| 7d. STREET AND NUMBER | 22W 107 GLENDALE TERRACE |
| 7e. ZIP CODE | 60157 |
| 7f. INSIDE CITY LIMITS? | NO |
| 8. ARMED FORCES? | NO |
| 8a. USUAL OCCUPATION | SEAMSTRESS |
| 8b. KIND OF INDUSTRY OR BUSINESS | HART SCHAFFNER MARX |
| 9. MARITIAL STATUS | WIDOWED |
| 10. SPOUSE NAME | GIOVANNI MADEO |
| 11. FATHER'S FULL NAME (First, Middle, Last) | FRANCESCO FERRARO |
| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) | MARIA MESSINA |
| 13a. INFORMANT'S NAME (First, Middle, Last) | FRANK MADEO |
| 13b. RELATIONSHIP TO DECEDENT | SON |
| 13c. MAILING ADDRESS | 1907 SCOTT RIDGE PLACE MARIETTA GEORGIA 30064 |
| 14. DECEDENT'S EDUCATION | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 15. ORIGIN OF DECEDENT (Spanish/Hispanic/Latino) | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE | WHITE |
| 17a. IF DEATH OCCURRED IN HOSPITAL | |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) | NURSING HOME-LONG TERM CARE FACILITY |
| 18. HOSPITAL OR OTHER INSTITUTION NAME | GREENWOOD GARDENS |
| 19. CITY, TOWN or LOCATION OF DEATH | MARIETTA |
| 20. COUNTY OF DEATH | COBB |
| 21. METHOD OF DISPOSITION (specify) | ENTOMBMENT |
| 22. PLACE OF DISPOSITION | ST. JOSEPH CATHOLIC CEMETERY BELMONT AND CUMBERLAND AVENUE RIVER GROVE ILLINOIS 60171 |
| 23. DISPOSITION DATE (Mo., Day, Year) | 06/12/2021 |
| 24a. EMBALMER'S NAME | DARRELL THOMAS OWENBY |
| 24b. EMBALMER LICENSE NO. | 3835 |
| 25. FUNERAL HOME NAME | CARMICHAEL FUNL HM MARIETTA |
| 25a. FUNERAL HOME ADDRESS | 1130 WHITLOCK AVENUE MARIETTA GEORGIA 30064 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | DARRELL T OWENBY |
| 26b. FUN. DIR. LICENSE NO | 4242 |
| AMENDMENTS | |
| 27. DATE PRONOUNCED DEAD (Mo., Day, Year) | 06/02/2021 |
| 28. HOUR PRONOUNCED DEAD | 09:26 AM |
| 29a. PRONOUNCER'S NAME | PAMELA G ROSS |
| 29b. LICENSE NUMBER | 77974 |
| 29c. DATE SIGNED | 06/02/2021 |
| 30. TIME OF DEATH | 09:26 AM |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | NO |

32. Part I. Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Approximate interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) A. | ALZHEIMER'S DISEASE | YEARS |
| Due to, or as a consequence of B. | | |
| Due to, or as a consequence of C. | | |
| Due to, or as a consequence of D. | | |

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.

| Field | Value |
|---|---|
| 33. WAS AUTOPSY PERFORMED? | NO |
| 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 35. TOBACCO USE CONTRIBUTED TO DEATH | UNKNOWN |
| 36. IF FEMALE (range 10-54) PREGNANT | NOT PREGNANT WITHIN THE PAST YEAR |
| 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (Specify) | NATURAL |
| 38. DATE OF INJURY (Mo., Day, Year) | |
| 39. TIME OF INJURY | |
| 40. PLACE OF INJURY | |
| 41. INJURY AT WORK? | |
| 42. LOCATION OF INJURY | |
| 43. DESCRIBE HOW INJURY OCCURRED | |
| 44. IF TRANSPORTATION INJURY | |
| 45. Medical Certifier | AMAN MONGIA 065510 |
| 45a. DATE SIGNED | 06/10/2021 |
| 45b. HOUR OF DEATH | 09:26 AM |
| 46. Medical Examiner/Coroner | |
| 46a. DATE SIGNED | |
| 46b. HOUR OF DEATH | |
| 47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | AMAN MONGIA 100 MARKET PLACE BLVD CARTERSVILLE GEORGIA 30121 |
| 48. REGISTRAR (Signature) | /S/ CHRISTOPHER JP HARRISON |
| 49. DATE FILED - REGISTRAR (Mo., Day, Year) | 06/14/2021 |

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 511-1-3 DPH RULES AND REGULATIONS.

*Christopher J Harrison*
STATE REGISTRAR AND CUSTODIAN
GEORGIA STATE OFFICE OF VITAL RECORDS

COUNTY CUSTODIAN: _____
ISSUED BY: _____
DATE ISSUED: JUN 14 2021

Any reproduction of this document is prohibited by statute. Do not accept unless embossed with a raised seal.
VOID IF ALTERED OR COPIED