

# Non-Qualified Claimant's Statement

The Lincoln National Life Insurance Company
Service Office P.O. Box 7880
Fort Wayne, IN 46801-7880
Phone: 800-487-1485, Opt. 4
LincolnFinancial.com
**Overnight Address:**
Lincoln Financial Group
Death Claims - IA
1301 S. Harrison St., Ft. Wayne, IN 46802-3425

## ABOUT THIS DOCUMENT

Please complete and submit this form along with all required forms identified below to make a claim on this contract. Read this carefully, as you are required to provide information to file the claim and verify your beneficiary payment selection. Unless otherwise indicated in this document, the words "you," "your," "yourself," and "yours" mean the claimant(s). The words "we," "us," and "our" mean The Lincoln National Life Insurance Company, Lincoln Life & Annuity Company of New York, First Penn-Pacific Life Insurance Co. and our affiliates, collectively known as Lincoln Financial Group.

## INSTRUCTIONS — REQUIRED INFORMATION

Please use this checklist to gather and submit ALL required information with this Claimant's Statement. Failure to submit ALL required information below may cause a delay in processing your claim.

☐ **Certified copy of Death Certificate** (raised seal) showing the contract holder's manner of death (Required; non-returnable)

☐ This **Claimant's Statement** completed and signed separately by each beneficiary (Required)

## 1. Enter the Deceased's Information

Claim Number or Contract Number(s) – *If multiple contracts, please list all:* **959963561**

| First Name: MARIA | Middle Name: | Last Name: MADEO |

Social Security Number: ****1628

## 2. Enter your Claimant Information

| First Name: FRANK | Middle Name: | Last Name: MADEO | ☒ Male ☐ Female |

If you are acting on behalf of Trust, Estate or other entity as beneficiary, please print the name and provide the EIN or TIN below:

Mailing Address: **1907 SCOUT RIDGE SW**    Apt/Suite #:

City: **MARIETTA**    State: **GA**    Zip Code: **30064**    Social Security Number or EIN or TIN: ****7511

Date of Birth (mm/dd/yyyy): [redacted]    Daytime Phone: **678-571-1103**    Evening Phone: **SAME**    Email Address: **thetoadz@att.net**

Claimant's Relationship to Decedent – Please select only one option:

☒ An individual
☐ An Executor/Administrator of an Estate
☐ On behalf of a minor child, as attorney-in-fact or as custodian or guardian
☐ A Trustee of a Trust
☐ Charity or Corporation
☐ Other: _____

Citizenship: **US**
☐ I am not a US Citizen. Country of Citizenship: _____

If you are a **resident of a foreign country** a IRS Form **W-8BEN** must be completed, or if you are a **US citizen and a foreign resident** a IRS Form **W-9** must be completed.

Non-Qualified Claimant's Statement (CL06540)

| Please re-enter Claim Number or Contract Number(s) |
|---|
| If multiple contracts, please list all  95996356l |

## 3. Select your Payment Method

**Please Note:** If the contract owner has previously designated a payment option, Lincoln is required to distribute funds pursuant to that designation. If no option is selected below, the default payment method is a single check.

*Please select only one payment option:*

1. ☐ **Assume Ownership** – As surviving spouse and sole beneficiary of this annuity contract, I wish to be designated as the successor owner. I understand that the contract will remain in force with the original effective date with no change of contract provisions. This includes *i4LIFE®* if eligible.
2. ☐ **The *i4LIFE® Advantage*** – Please be aware an additional form is required with this option.
3. ☐ **5-Year Deferral** – This option is available for death benefits of $10,000 or more.
4. ☒ **Lump Sum** – If elected, please select only one of the below lump sum options. For Electronic Funds Transfer (EFT) include a void check. If not received, payment will be made in the form of a single check.
   ☒ One Single Check   \* PLEASE SEE ATTACHED LETTER OF INSTRUCTION \*
   ☐ Electronic Funds Transfer (EFT) (Distributions will be deposited directly into your account at your financial institution)
5. ☐ **1035 Exchange** – If elected, please select only one of the below lump sum options.
   ☐ Exchange to another Lincoln contract. Additional required forms:
      – Application for a new contract
      – ACORD 1035 Exchange Rollover and Transfer Form (ACORD 951)
   ☐ Exchange to another financial institution/carrier. Additional required forms:
      – 1035 Exchange Form from other financial institution/carrier
      – Acceptance letter from other financial institution/carrier
6. ☐ **Annuitization Option** – This option is available for death benefits of $10,000 or more for period certain only payout options or for death benefits of $25,000 or more for lifetime payout options. An additional form (25698) is required with this option.
7. ☐ **Establish Your Own Contract** – A new application is required and a new contract will be issued. This option is taxable.
8. ☐ **Extended Payout** – This option is available for death benefits of $10,000 or more. This option may not be available on all fixed products.

**Important Note:** Lincoln will set up an annual RMD and/or AWS schedule and send the payment to the address of record on the next available payment date.

## 4. Select your Tax Witholding

Tax withholding election will remain in effect unless Lincoln is notified of a change. If you opt out of tax withholding, you are still liable for applicable taxes on your distribution. You may also incur penalties under the estimated tax payment rules if you are withholding and estimated tax payments are not sufficient. You may wish to discuss your withholding election with a qualified tax advisor.

Please check all that apply:

Resident State: _____

☐ I have read the information above and **I DO NOT** want to have federal income tax withheld from my payment.

☒ I have read the above information and **I DO want** to have federal income tax withheld at a rate of __20__% **(if no percentage is specified, we will default to 10%; if you elect a percentage, the elected amount must be 10% or greater)**. I realize I will be subject to state income tax withholding if I elect federal withholding and reside in a state where state tax withholding is mandatory.

☒ I have read the information above and **I DO NOT want** to have state tax withheld from my payment. If you are a resident of Michigan or North Carolina you will need to attach your MI W-4P or NC-4P withholding Forms.

☐ I have read the above information and **I DO want** to have state income tax withheld at a rate of _____%  (Required state income tax withholding rules supersede an election made. Federal income tax withholding must be elected if state income tax withholding is elected.)

Non-Qualified Claimant's Statement (CL06540)

**Please re-enter Claim Number or Contract Number(s)**
*If multiple contracts, please list all*

9599635&1

## 5. Election of Beneficiary Section
(Use with all payment options except Lump Sum, option #4. If Claimant does not elect a Beneficiary, payment will default to the Claimant's estate.)

Primary (you must have at least one primary beneficiary) Please use whole percentages. Itemized percentages must equal 100%

Name: _____ Relationship: _____ Percentage: _____

Social Security/Tax ID Number: _____ Date of Birth: _____ Gender: ☐ Male ☐ Female

Address: _____

City: _____ State: _____ ZIP: _____

Telephone Number: _____

☐ Primary ☐ Contingent

Name: _____ Relationship: _____ Percentage: _____

Social Security/Tax ID Number: _____ Date of Birth: _____ Gender: ☐ Male ☐ Female

Address: _____

City: _____ State: _____ ZIP: _____

Telephone Number: _____

☐ Primary ☐ Contingent

Name: _____ Relationship: _____ Percentage: _____

Social Security/Tax ID Number: _____ Date of Birth: _____ Gender: ☐ Male ☐ Female

Address: _____

City: _____ State: _____ ZIP: _____

Telephone Number: _____

☐ Primary ☐ Contingent

Name: _____ Relationship: _____ Percentage: _____

Social Security/Tax ID Number: _____ Date of Birth: _____ Gender: ☐ Male ☐ Female

Address: _____

City: _____ State: _____ ZIP: _____

Telephone Number: _____

**If designating a trust as beneficiary, complete the following:**

☐ Primary ☐ Contingent

Name: _____ Percentage: _____

Trustee's Name: _____ Date of Trust: _____

Telephone Number: _____ Social Security/ Tax ID Number: _____

Address: _____

City: _____ State: _____ ZIP: _____

**If additional beneficiaries are to be named, please check here ☐ and attach on a separate sheet which must be signed and dated by you. You may also make additional copies of this page if necessary.**

Non-Qualified Claimant's Statement (CL06540)

| Please re-enter Claim Number or Contract Number(s) |
|---|
| If multiple contracts, please list all  9599963561 |

## 6. Certify and Sign this Claimant's Statement

**Certification – Please read carefully and check all boxes to indicate your agreement**

I understand that by furnishing a claim form, Lincoln does not waive any defense or acknowledge that there is any insurance in force or that I am the designated beneficiary. If necessary, Lincoln may ask for more information to confirm this claim.

**Taxpayer Identification Number and Certification**

**Under penalties of perjury, the Claimant certifies that:**

1. The Social Security Number(s) or Federal Tax Identification Number(s) provided on this Claimant's Statement are correct.
2. The Claimant is not subject to backup withholding either because (a) the Claimant is exempt from backup with holding, or (b) the Claimant has not been notified by the Internal Revenue Service (IRS) that the Claimant is subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified the Claimant that he or she is no longer subject to backup withholding;
3. The Claimant is a U.S. citizen or other U.S. person; and
4. The FATCA code(s) entered on this form (if any) indicating that the Owner(s) is exempt from FATCA reporting is correct. Exemption from FATCA reporting code (if any) _____

**Certification instructions -** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

**Please Note:** The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

## Fraud Warning for New York Residents:

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

I acknowledge that I have read the FRAUD WARNINGS above and in section 7.

**Signature – Claimant's Statement**

By signing below, I affirm that I am compliant with the Step 6 certification and that the information provided on this form is complete and accurate. Furthermore, I understand that the option selected above is irrevocable.

| Claimant's Legal Name First, MI, Last, Suffix (Please Type or Print): Frank P. Nader | |
|---|---|
| Claimant's Signature: [signed] | Date(mm/dd/yyyy): 08/14/2021 |

**Return to:**
Lincoln Financial Group
P.O. Box 7880
Fort Wayne, IN 46801-7880

**Overnight Mail:**
Lincoln Financial Group
Death Claims-IA
1301 S. Harrison St.
Ft. Wayne, IN 46802-3425

**Phone:**
800-487-1485, Opt. 4

## 7. Read State-Required Fraud Warnings

**Warning:** Any person who knowingly and with intent to injure, defraud or deceive any insurance company or other person, files a statement of claim containing false, incomplete or misleading information, or conceals - for the purpose of misleading - information concerning any fact material to the claim, commits a fraudulent insurance act, which may be a crime. In certain states, felony Penalties may include imprisonment, fines, denial of insurance and civil damages.

**California** – (For your protection, California law requires this to appear.) Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado** – It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

**District of Columbia** – **WARNING:** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits, if false information materially related to a claim was provided by the applicant.

**Kentucky** – Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Minnesota** – A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire** – Any person who, with a purpose to injure, defrauds or deceives any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in **N.H. Rev. Stat. Ann. Subsection 638:20.**

**New Jersey** – Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties.

**Pennsylvania** – Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico** – Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand ($5,000) dollars and not more than ten thousand ($10,000) dollars, or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years; if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.



# Lincoln Financial Group® Privacy Practices Notice

The Lincoln Financial Group companies* are committed to protecting your privacy. To provide the products and services you expect from a financial services leader, we must collect personal information about you. We do not sell your personal information to third parties. This Notice describes our current privacy practices. While your relationship with us continues, we will update and send our Privacy Practices Notice as required by law. Even after that relationship ends, we will continue to protect your personal information. You do not need to take any action because of this Notice, but you do have certain rights as described below.

## Information We May Collect And Use

We collect personal information about you to help us identify you as a consumer, our customer or our former customer; to process your requests and transactions; to offer investment or insurance services to you; to pay your claim; to analyze in order to enhance our products and services; to tell you about our products or services we believe you may want and use; and as otherwise permitted by law. The type of personal information we collect depends on your relationship and on the products or services you request and may include the following:

- **Information from you:** When you submit your application or other forms, you give us information such as your name, address, Social Security number; and your financial, health, and employment history. We may also collect voice recordings or biometric data for use in accordance with applicable law.

- **Information about your transactions:** We maintain information about your transactions with us, such as the products you buy from us; the amount you paid for those products; your account balances; and your payment and claims history.

- **Information from outside our family of companies:** If you are applying for or purchasing insurance products, we may collect information from consumer reporting agencies, such as your credit history; credit scores; and driving and employment records. With your authorization, we may also collect information, such as medical information, from other individuals or businesses.

- **Information from your employer:** If your employer applies for or purchases group products from us, we may obtain information about you from your employer or group representative in order to enroll you in the plan.

## How We Use Your Personal Information

We may share your personal information within our companies and with certain service providers. They use this information to process transactions you, your employer, or your group representative have requested; to provide customer service; to analyze in order to enhance our products and services; to gain customer insight; and to inform you of products or services we offer that you may find useful. Our service providers may or may not be affiliated with us. They include financial service providers (for example, third party administrators; broker-dealers; insurance agents and brokers, registered representatives; reinsurers and other financial services companies with whom we have joint marketing agreements). Our service providers also include non-financial companies and individuals (for example, consultants; vendors; and companies that perform marketing services on our behalf). Information we obtain from a report prepared by a service provider may be kept by the service provider and shared with other persons; however, we require our service providers to protect your personal information and to use or disclose it only for the work they are performing for us, or as permitted by law.

When you apply for one of our products, we may share information about your application with credit bureaus. We also may provide information to group policy owners or their designees (for example, to your employer for employer-sponsored plans and their authorized service providers), regulatory authorities and law enforcement officials, and to other non-affiliated or affiliated parties as permitted by law. In the event of a sale of all or part of our businesses, we may share customer information as part of the sale. **We do not sell or share your information with outside marketers who may want to offer you their own products and services; nor do we share information we receive about you from a consumer reporting agency. You do not need to take any action for this benefit.**

August 16, 2021

To whom it may concern,

My name is Frank Madeo and I am the beneficiary for annuity number 959963561 which was owned by my mother, Maria Madeo. Along with this letter, I am sending beneficiary claim paperwork which states my intention to receive a lump sum distribution for my portion.

I am requesting that this check be mailed directly to my brokerage account with Raymond James. Please make the check payable as follows and send to the address listed below:

Raymond James FBO Frank Madeo

Account ███████

1087 Hawthorn Dr, Itasca, IL 60143

I thank you in advance for your prompt attention to this matter. If there are any questions, please contact me at 678-571-1103

Sincerely

*[signature]*

Frank Madeo