IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTHER PK380 38 CALIBER PISTOL, SERIAL NUMBER WB019826; AND EIGHT ROUNDS OF HORNADY AMMUNITION, CALIBER 32/380,<br><br>Defendants. | Civil Action No. |

**VERIFIED COMPLAINT FOR FORFEITURE**

NOW COMES plaintiff United States of America, by Ryan K. Buchanan, United States Attorney, and Radka T. Nations, Assistant United States Attorney, for the Northern District of Georgia, and shows the Court the following in support of its Verified Complaint for Forfeiture:

**NATURE OF THE ACTION**

1. This is a civil forfeiture action against one (1) Walther PK380 38-caliber pistol, serial number WB019826, and eight (8) rounds of Hornady ammunition, caliber 32/380, that were loaded in the Walther PK380 (collectively, "Defendant Property") seized by agents with the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") on March 16, 2023, during the execution of a

1

Federal search warrant at 3236 Tallon Lane SW, Atlanta, Georgia.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

3. This Court has *in rem* jurisdiction over Defendant Property pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in this district.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in this district.

5. Venue also is proper in this district pursuant to 28 U.S.C. § 1395 because the property is presently being held in a secure location maintained by ATF, Atlanta Field Division, in this district.

## BASIS FOR FORFEITURE

### Relevant Statutes

6. The Defendant Property is subject to forfeiture pursuant to 18 U.S.C. § 924(d) on the grounds that it was used or involved in a violation of 18 U.S.C. § 922(g)(3) (possession of a firearm by an unlawful user or addict of a controlled substance).

7. 21 U.S.C. § 802(6) defines a controlled substance as "a drug or other

substance, or immediate precursor, included in schedule I, II, III, IV, or V of part B of this subchapter."

8. Marijuana is a Schedule I controlled substance pursuant to 21 U.S.C. § 812.

## Factual Background

9. On March 16, 2023, ATF executed a Federal search warrant at 3236 Tallon Lane SW, Atlanta ("Tallon Lane residence"), as part of an investigation to recover firearms from Eric Avery, who ATF had determined was prohibited from possessing firearms due to a prior conviction for misdemeanor domestic violence.

10. ATF had determined that the Tallon Lane residence was Eric Avery's primary residence.

11. Upon arrival at the residence to execute the search warrant, agents knocked on the front door and announced their presence.

12. Monique Larry answered the door with Eric Avery.

13. Two other adults also were present in the residence: Monique Larry's adult son, Cameron Larry, and an adult female, Anitra Moore.

14. Agents detected the odor of marijuana throughout the residence.

15. During the search, agents discovered the following controlled substances and drug paraphernalia in various locations throughout the residence:

a. Approximately 3.5 grams of suspected marijuana in a plastic bag inside a nightstand drawer on the right side of the bed in the upstairs master bedroom;

b. 22.9 grams of suspected marijuana inside a clear knotted plastic bag in a table drawer in the living room;

c. One smoking pipe and suspected marijuana joints on a table in the living room;

d. Suspected marijuana and a digital scale inside the entertainment center in the living room;

e. One digital scale inside the center console of Avery's vehicle parked inside the garage;

f. Approximately 1.6 grams of suspected marijuana in a clear knotted plastic bag inside the nightstand in an upstairs bedroom to the right of the master bedroom;

g. Approximately 3.5 grams of suspected marijuana in a white commercially packaged bag with "TRUFFLEZ" written on it in an upstairs bedroom to the right of the master bedroom; and,

h. Approximately 13.1 grams of suspected marijuana in a plastic bag inside a dresser drawer in the upstairs bedroom to the right of the

master bedroom.

16. During the search, agents also discovered four firearms and various assorted caliber ammunition throughout the residence, including the Defendant Property.

17. Specifically, agents discovered the Defendant Walther PK380 38-caliber pistol, serial number WB019826, loaded with the Defendant eight rounds of Hornady ammunition, caliber 32/380, between the nightstand and the bed frame on the right side of the bed inside the upstairs master bedroom.

18. Monique Larry told ATF that she shared the upstairs master bedroom with Eric Avery and that she slept on the right side of the bed.

19. Monique Larry also told ATF that she frequently used marijuana.

20. Anitra Moore told ATF that she frequently used marijuana.

21. Eric Avery denied that the marijuana in the residence belonged to him and denied that he used marijuana or controlled substances.

*Interstate or Foreign Nexus of Defendant Property*

22. ATF examined the Defendant Walther, model PK380, and determined that it had been manufactured in Germany and given that it was located in the State of Georgia, it had traveled in or affected interstate or foreign commerce.

23. ATF examined the Defendant Hornady ammunition and determined

that they had been manufactured in Nebraska and given that they were located in the State of Georgia, they had traveled in or affected interstate or foreign commerce.

*Administrative Proceedings*

24. On May 29, 2023, Monique Larry electronically filed an administrative claim with ATF, asserting that she is the owner of the Defendant Property.

25. Monique Larry listed the Tallon Lane Residence, that is, 3236 Tallon Lane SW, Atlanta, Georgia 30311, as her address on the administrative claim.

26. Pursuant to 18 U.S.C. § 983(a)(3), ATF referred the matter for judicial forfeiture to the U.S. Attorney's Office for the Northern District of Georgia.

**CONCLUSION**

27. Based on the foregoing, the Defendant Property is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) on the grounds that it was used or involved in a violation of 18 U.S.C. § 922(g)(3) (possession of a firearm by an unlawful user or addict of a controlled substance).

WHEREFORE, the United States prays:

(1)   that the Court forfeit the Defendant Property to the United States of America;

(2)   that the Court award Plaintiff the costs of this action; and

(3)   that Plaintiff have such other and further relief as the Court deems just and proper under the facts and circumstances of this case.

This 24th day of August 2023.

                                      Respectfully submitted,

                                      RYAN K. BUCHANAN
                                          *United States Attorney*
                                          *600 U.S. Courthouse*
                                          *75 Ted Turner Drive SW*
                                          *Atlanta, GA 30303*
                                          *(404) 581-6000   fax (404) 581-6181*

/s/RADKA T. NATIONS *STS*
        *Assistant United States Attorney*
        Georgia Bar No. 618248
        radka.nations2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　　　　v.<br><br>WALTHER PK380 38 CALIBER PISTOL,<br>SERIAL NUMBER WB019826; AND<br>EIGHT ROUNDS OF HORNADY<br>AMMUNITION, CALIBER 32/380,<br>　　　Defendants. | Civil Action No. |

**VERIFICATION OF COMPLAINT FOR FORFEITURE**

I, Ryan B. Howard, have read the Complaint for Forfeiture in this action and state that its contents are true and correct to the best of my knowledge and belief based upon my personal knowledge of the case and upon information obtained from other law enforcement personnel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

This __23rd__ day of August 2023.

_____
Ryan B. Howard
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

8