July 8, 2020

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 648004
Lee's Summit, MO 64002



**U.S. Citizenship and Immigration Services**

DAVID LUNEL
THE FOGLE LAW FIRM LLC ATLANTA
55 IVAN ALLEN JR BLVD STE 830
ATLANTA, GA 30308



MSC2091311827



A214-695-898

RE: KENNETH EGUALELOJIE AKHUETIE
I-485, Application to Register Permanent Residence or Adjust Status

## REQUEST FOR INITIAL EVIDENCE



### Why We Are Writing You

This office is unable to complete the processing of your Application to Register Permanent Residence or Adjust Status, (Form I-485). We are writing to inform you that we need more information from you to make a decision on your case. Please read this letter carefully and follow all of the instructions below.

### What You Need To Do

You must provide the following information for us to make a final decision on your case. **Please include a copy of ALL pages of this letter with your response**

- You must submit evidence to establish that the petitioner on Form I-130 or decedent on Form I-360 is a United States citizen. Such evidence includes:
    - Copy of a birth certificate, issued by a civil authority, showing birth in the United States (must be a long-form birth certificate which lists at least one parent's name)
    - Copy of a Puerto Rican Birth Certificate (must have been issued on or after July 1, 2010)
    - Copy of the biographical page of the petitioner's unexpired United States passport
    - Copy of the petitioner's Certificate of Naturalization or Certificate of Citizenship
    - Copy of the petitioner's Department of State Form FS-240 (Report of Birth Abroad of a United States Citizen)

- Submit all supporting tax documentation (W-2s, 1099s, Form 2555, and all supporting tax schedules) submitted to the Internal Revenue Service for the most recent tax year. The petitioning sponsor must submit all supporting tax documents for the most recent tax year.

If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, you must provide: (1) a copy of the original document in its foreign language; and (2) a full English translation of the document. The translator must certify that the translation is complete and accurate and that he or she is competent to translate from the foreign language to English.

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to this request.

**Please include a copy of ALL pages of this letter with your response.**

Submit your response with requested document(s), information, etc. to this address:

| Regular Mail | Express Mail or Courier Deliveries |
|---|---|
| U.S. Department of Homeland Security<br>National Benefits Center<br>P.O. Box 648004<br>Lee's Summit, MO 64002 | USCIS, Attention: Adjustment of Status<br>850 NW Chipman Rd<br>Lee's Summit, MO 64063 |

Please do not forget to include a copy of ALL pages of this letter with your response.

Sincerely,

*Robinson*

Terri A. Robinson
Director
Officer: LX2469

Department of Homeland Security
National Benefits Center
Post Office Box 648003
Lee's Summit, MO 64002

U.S. Citizenship
and Immigration
Services

neopost
042K92101910
DP34063
07/09/2020
US POSTAGE
$00.50
FIRST-CLASS
US OFFICIAL MAIL
$300 Penalty
For Private Use