H. GLENN FOGLE, JR., ESQ. (ADMITTED IN GA)
NATALIE L. GRIGGS, ESQ. (ADMITTED IN GA)
DAVID LUNEL, ESQ, (ADMITTED IN GA & PARIS)
ADRIANA URTUBEY, ESQ, (ADMITTED IN NC)
OF COUNSEL: MARY M. SHIN, ESQ. (ADMITTED IN HI)
OF COUNSEL: PRADEEK SUSHEELAN, ESQ. (ADMITTED IN NY)


— LAW FIRM, LLC —

ATLANTA OFFICE     404.522.1852
CHARLESTON OFFICE  843.572.6822
CHARLOTTE OFFICE   704.405.9060
LOS ANGELES OFFICE 213.344.3780

*"Effective Immigration Solutions"*

September 24, 2020

U.S. Citizenship and Immigration Services
Attn: Adjustment of Status
850 NW Chipman Rd
Lee's Summit, MO 64063

**RE:** **Response to Request for Evidence**
    **Case Type:**     **I-485, Application to Adjust Status**
    **Applicant:**     **Kenneth E. Akhuetie(A 214-695-898)**
    **Receipt No.:**     **MSC2091311827**

Dear Staff:

    The undersigned is the counsel of record for the above-listed client in regard to form I-485, Application to Register Permanent Residence. The original Form G-28, pertaining to the firm's representation was submitted with the Service and is on file.

    We are in receipt of a Request for Evidence ("RFE"), dated July 8, 2020, requesting the above Applicant submit evidence to establish the petitioner is a United States citizen. The RFE also requests the petitioning sponsor submit all supporting tax documentation (W-2, 1099s, Form 2555, and all supporting documents) submitted to the Internal Revenue Service for the most recent tax year. The petitioning sponsor filed her 2019 Individual Tax Return as self-employed. Thus, she does not have a W-2, 1099 or Form 2555. Furthermore, the RFE also states that USCIS cannot determine that the petitioning sponsor qualifies to sponsor the Applicant. *See* original RFE, attached. Please note that this response is timely filed as it is filed on or before **October 3, 2020**.

    The RFE stated "In order to be a qualified sponsor, the petition sponsor's Form I-864 must be properly completed and signed, and the supporting documents must establish petitioning sponsor's income meets 125 percent of the federal poverty guidelines for the sponsor's household." Indeed, the petitioning sponsor does not meet the 125% poverty guidelines requirement. However, **we already provided a Form I-864 for the petitioning sponsor and the joint sponsor with the initial Form I-485, Application for Adjustment of Status.** A copy of the previously submitted Form I-864 is herein attached for your convenience. As such, the Applicant does not require a new joint sponsor, as the current joint sponsor is qualified to sponsor the Applicant. Please note that the joint sponsor is employed at Spectrum Internal Medicine LLC and is paid an annual salary of $62,000. *See* Nurse Practitioner Employment Contract. Her gross pay from Spectrum Internal biweekly is $2,583.33. *See* pay stubs attached. Additionally, the joint sponsor works for Aberdeen Place Hospice Inc as a Nurse Practitioner and is paid $150 for every face to face recertification. To date, her gross income for 2020 at Aberdeen Place Hospice Inc is $20,850. The 125 % poverty guidelines require the sponsor make $49,550 for a household size of seven (7). The joint sponsor has clearly met the standards set forth by the poverty guidelines as her total income to date is $79,591.64. Furthermore, the co-sponsor's annual income for 2019 was $116,790.

Please note that we already provided all the supporting documents with the initial application. The copies of all the supporting documents are attached again for your convenience.

Enclosed please find the following documents in support of this RFE:

1. Copy of RFE;
2. Copy of Petitioner's Birth Certificate;
3. Copy of Petitioning Sponsor's 2019 Individual Tax Returns and signed affidavit;
4. Copies of the joint sponsor's paystubs from Spectrum Internal Medicine LLC, dated June 01, 2020, till present;
5. Copies of the joint sponsor's paystubs from Aberdeen Place Hospice Inc, dated June 23, 2020, till present;
6. Copy of Nurse Practitioner Employment Contract from Spectrum Internal Medicine LLC;
7. Copy of Wage Rate from Aberdeen Place Hospice; and
8. Copy of previously submitted Forms I-864, for the Petitioner and joint sponsor.

## CONCLUSION

For the foregoing reasons, Mr. Akhuetie respectfully requests that the Service review the submitted evidence in relation to his Form I-485, Application to Adjust Status. Applicant has fully provided the government with adequate responses and supporting evidence regarding the issues raised.

If you have any questions regarding the attached documentation or require additional information, please do not hesitate to contact me at (404) 522-1852 or david@foglelaw.com.

Very truly yours,
THE FOGLE LAW FIRM, LLC

By: David Lunel., Esq.

DL/eg
Enclosures: As Indicated