Department of Homeland Security

U.S. Citizenship and Immigration Services

# Record of Sworn Statement

APPLICANT NAME:___Kenneth AKHUETIE_____FILE NO ___A-214-695-898___ DATE ___August 20, 2021___

EXECUTED AT ___Montgomery Field Office, 3381 Atlanta Highway, Montgomery, AL 36109.___

Before the following officer of the U.S. Citizenship & Immigration Services: ___Demus Copeland, Immigration Officer II___

(NAME AND TITLE)

in the ___English_____ Language. Interpreter _____None_____ used.

I,_____Kenneth AKHUETIE, DOB: 7/01/1970_____ , acknowledge that the above-named officer has identified himself to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He has informed me that he desires to take my sworn statement regarding:

Q. Did you sign the penalties statement?
A. Yes

Q. Do you swear to tell the truth in this statement?
A. Yes

Q. Was your attorney present today during your questioning?
A. Yes

Q. Do you understand the English language?
A. Yes

Q. Did you provide a copy of your driver's license for verification of your identity?
A. Yes

Q. Where you married in Nigeria?
A. Yes, to my ex-wife Mercy.

Q. Is she in the USA?
A. No, she is still in Nigeria.

Q. When did you divorce her?
A. August 2016

Q. Is your divorce decree authentic?
A. Yes

Q. Did you travel to the USA to marry your current wife?
A. Yes, I visited in 2016 and met my wife at Bahama Breeze. I decided to return in February 2017 to marry her.

Q. When you entered the USA did you live with your spouse?
A. No, I lived with my cousin Henry at 1100 Pleasant Court, Lawrenceville, Georgia 30044. I lived there from February 2017 to February 2018.

Q. Are you married now?

A. Yes

Q. What is your spouse's name?
A. Catrina Brown. DOB: 12/09/1972

Q. When did you get married?
A. In June 2017.

Q. After your marriage in June 2017, did you live with your spouse?
A. No, she lived with her brother from June 2017 to September 2017, then got her own place at 618 Pinson Road, Albany, Georgia 31705. She lived there from September 2017 to September 2019. Then she was evicted, because she ~~couldn't~~ refused to pay the rent, due to unhabitable living conditions. K.E.A

Q. Did you live at 618 Pinson? Yes, but I spent Monday to Friday in Atlanta at my apartment ~~at~~ and went there on the weekends. K·EA

Q. Why didn't your wife move to Atlanta with you after she was evicted from her apartment?
A. I helped her find another apartment at 211 Pine Bluff Road, Albany, Georgia 31705. She has lived there since October ~~209~~ 2019 K·E·A to present.

Q. How often do you spend the night at 211 Pine Bluff?
A. I stay there Friday to Sunday and go back to my apartment in Atlanta.

Q. Was your name on the lease for 618 Pinson apartments in September 2017, when your wife moved in?
A. No

Q. Did you submit evidence that your lease agreement was signed by DeAnn Ramsey?
A. Yes

Q. According to testimony, DeAnna did not sign that lease. Are you aware of that?
A. ~~Yes~~ NO K·EA

Q. Who signed the lease?
A. I don't know, but I did not.

Q. Do you file taxes married separately?
A. Yes

Q. Why?
A. It was convienent for both of us, i did mine in Atlanta and she did hers in Albany. K·EA

Q. Have you maintained an apartment in Atlanta since moving to the USA in ~~September~~ February 2017? K·E·A
A. Yes

Q. Why?
A. Because, I have business there.

Q. Do you have a roommate in your apartment in Atlanta?
A. Yes.

Q. Did your wife report to Georgia DHR that she was not married, and she only lives with her children at 211 Pine Bluff?
A. Yes

Q. Why?
A. My wife did it to get food stamps for the kids. She needed them at the time and I was helping her with the bills. K·E·A

K·E·A

Q. Will you sign a sworn statement?
A. Yes

I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit that I am seeking.

Signature of Applicant


_____

20th day of August 2021. Sworn and subscribed before me:


_____                    _____
Signature USCIS Officer                                    Signature of Witness

URWAH AHMED, ESQ.   (Rev. 2011)

Page 3 of 3