April 29, 2022



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
3381 Atlanta Highway
Montgomery, AL 36109


U.S. Citizenship and Immigration Services

CATRINA LUVETTE BROWN
c/o DAVID LUNEL
THE FOGLE LAW FIRM LLC ATLANTA
55 IVAN ALLEN JR BLVD STE 830
ATLANTA, GA 30308


MSC2091311828

A214-695-898

RE: KENNETH EGUALELOJIE AKHUETIE
I-130, Petition for Alien Relative

### REQUEST FOR EVIDENCE

Dear CATRINA BROWN:

**Why We Are Writing You**

On June 22, 2020, you filed a Form I-130, Petition for Alien Relative, with U.S. Citizenship and Immigration Services (USCIS) on behalf of KENNETH AKHUETIE (the beneficiary). We are writing to inform you that we need more information from you to make a decision on your case. Please read this letter carefully and follow all of the instructions below.

To demonstrate that an individual is eligible for approval as the beneficiary of a petition filed under INA 201(b)(2)(A)(i), a petitioner must:

- Establish a bona fide spousal relationship with the beneficiary; and
- Establish that he or she is a U.S. citizen (USC) or lawful permanent resident (LPR).

In visa petition proceedings, it is the petitioner's burden to establish eligibility for the requested immigration benefit sought under the INA. See Matter of Brantigan, 11 I&N Dec. 493, 495 (BIA 1966); Title 8, Code of Federal Regulations (8 CFR), section 103.2(b). You must demonstrate that the beneficiary can be classified as your spouse. See 8 CFR 204.2(a).

**What You Need to Do**

You must provide the following information in order for us to make a final decision on your case.

- Submit evidence that proves Kenneth Akhuetie and Catrina Brown have a valid marriage, and it was not entered into for immigration purposes.

  You must submit evidence of a shared life together, and it should cover the time period from June 6, 2017, to the present.

  Such evidence may include, but *is not* limited to:

  o documents showing joint ownership of property or asset (such as home, boat,

- automobile, business, etc.), such as mortgage agreements or payments, property titles, or property registrations;
- lease(s) or rental(s) showing the same residence;
- documents showing shared finances and obligations (such as joint bank account(s), credit card statements, telephone bills, gas bills, electric bills, water bills, other utility bills, joint income taxes, joint loans, joint insurance policies, insurance policies where one spouse is the dependent of the other, etc.);
- bank statements from all accounts for either Beneficiary or Petitioner and letter from the bank stating when each account was opened and when names added (if any)
- birth certificate(s) of child(ren) born to the spouses;
- pictures of wedding and other events; or
- sworn affidavits from others with personal knowledge of the validity of the marriage. Each affidavit must have the full name, address, and date and place of birth of the person making the statement. It must also include his or her relationship, if any, to one or both spouses. Each affidavit must have complete information and details explaining how the person knows about the marriage. Each person making an affidavit may be required to testify before an immigration officer about the information in the affidavit. If the person lives in the same residence, attest to living arrangements and the monthly rent obligations. Affidavits should be supported, if possible, by one or more documents listed above as possible evidence.
- IRS tax transcripts (not returns) covering the years of the marriage.

**When You Need To Do It**

You must either mail the requested information to the address shown below or scan and upload your response using your USCIS online account (if applicable). You must submit the requested information by July 25, 2022. If the request is for original documents, you must submit that evidence by mail.

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence that is submitted after the due date. If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, you must provide: (1) a copy of the original document in its foreign language; and (2) a full English translation of the document. The translator must certify that the translation is complete and accurate, and that he or she is competent to translate from the foreign language to English.

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to this request.

**Please include a copy of this letter with your response by mail to this address:**

U.S. Citizenship and Immigration Services
Montgomery Field Office
3381 Atlanta Highway
Montgomery, AL 36109

Sincerely,





Jose L. Luyanda
Field Office Director



MSC2091311828

A214-695-898



RECEIVED
APR 29 REC'D
By_____