Case 1:23-mi-99999-UNA   Document 2710-10   Filed 08/24/23   Page 1 of 2



H. GLENN FOGLE, JR., ESQ. (ADMITTED IN GA)
DAVID LUNEL, ESQ, (ADMITTED IN GA & PARIS)
NATALY CADENA, ESQ, (ADMITTED IN IL)
OF COUNSEL: PRADEEK SUSHEELAN, ESQ. (ADMITTED IN NY)
OF COUNSEL: MARY M. SHIN, ESQ. (ADMITTED IN HI)

ATLANTA OFFICE      404.522.1852
CHARLESTON OFFICE   843.323.4280
CHARLOTTE OFFICE    704.405.9060
LOS ANGELES OFFICE  213.344.3780

— LAW FIRM, LLC —

*"Effective Immigration Solutions"*

June 20, 2022

U.S. Citizenship & Immigration Services
Montgomery Field Office
3381 Atlanta Highway
Montgomery, AL 36109

**RE:** **Response to Request for Evidence**
    **Case Type:**    **I-130 Petition for Alien Relative**
    **Petitioner:**    **Catrina Brown (U.S. Citizen)**
    **Beneficiary:**    **Kenneth Egualelojie Akhuetie (A# 214-695-898)**
    **Receipt No.:**    **MSC2091311828**

Dear Staff:

The undersigned is the counsel of record for the above-listed individual in regard to Form I-130, Petition for Alien Relative. The original form G-28, pertaining to the firm's representation is filed with the service and is also attached.

We are in receipt of a Request for Evidence ("RFE"), dated April 29, 2022, requesting the above Petitioner to submit evidence of a shared life together. The evidence is requested to prove that the Petitioner and the Beneficiary have a valid marriage. (See original *RFE*, attached). Please note that this response is timely filed as it is filed on or before July 25, 2022.

Enclosed please find the following documents:

**Exhibit A:**
1. A copy of Request for Evidence letter;
2. G-28 Forms for the firms representation;
3. Petitioner's birth certificate, birth registration card and driver's license;
4. Verification of proof of residency of Petitioner;
5. Marriage certificate of Petitioner and Beneficiary;

**Exhibit B:**
6. Joint Verizon statements;
7. Joint Bank of America credit card copy;

**Exhibit C:**
8. Joint Wells Fargo Bank Statements;

**Exhibit D:**
9. Joint Lease for residential property;

55 ALLEN PLAZA, SUITE 830, 55 IVAN ALLEN JR. BOULEVARD, ATLANTA, GEORGIA 30308
www.foglelaw.com

10. Pine Blue Mobile Estates Welcome Letter;

**Exhibit E:**
11. Affidavits of friends and family attesting to Petitioner's and Beneficiary's bonafied relationship;

**Exhibit F:**
12. Joint Jackson electric membership corporation bills;

**Exhibit G:**
13. Beneficiary's Tax returns for 2020, 2019 & 2018 showing Petitioner as Beneficiary's spouse;
14. Petitioner's Tax transcripts for 2018, 2019 & 2020;
15. Beneficiary's Tax transcripts for 2018 & 2020;
16. Tax affidavit written by Petitioner & Beneficiary stating the reason why the taxes are filed as "married filing separately."

**Exhibit G:**
17. Photographs of the couple taken at various occasion.

### *CONCLUSION*

For the foregoing reasons, Petitioner respectfully requests that the Service review the submitted evidence in relation to his Form I-130, Petition for Alien Relative. Petitioner has fully provided the government with adequate responses and supporting evidence regarding the issues raised.

If you have any questions regarding the attached documentation or require additional information, please do not hesitate to contact me at (404) 522-1852 or david@foglelaw.com.

Very truly yours,

**THE FOGLE LAW FIRM, LLC**

By: David Lunel, Esq.

DL/aj

Enclosures: As Indicated