IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TISA GRIMES,**<br>　　*Plaintiff,*<br><br>v.<br><br>**PAUL HOWARD, in his individual capacity, FULTON COUNTY DISTRICT ATTORNEY'S OFFICE,**<br>　　*Defendants.* | **JURY TRIAL DEMANDED** |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Plaintiff Tisa Grimes, by and through her undersigned counsel and discloses the following Interested Persons and Corporate Disclosure Statement in compliance with the provisions of Rule 7.1 of the Federal Rules of Civil Procedure, and LR 3.3, NDGa., and shows the Court the following:

**(1)　The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:**

1. Tisa Grimes, a U.S. citizen, is a Plaintiff in this case.

2. Paul Howard, a U.S. citizen, at all times relevant was the Fulton County District Attorney and is a Defendant in this case.

3. Fani Willis, a U.S. citizen, is the current Fulton County District Attorney.

4. The Fulton County District Attorney Office is the Georgia prosecuting office for the Atlanta Judicial Circuit, seated at the Fulton County Courthouse in Atlanta, Georgia, and is a Defendant in this case.

**(2)    The undersigned counsel further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:**

1. The Fulton County Board of Commissioners is the governing authority of Fulton County, Georgia.

2. Fulton County is the local county government seated in the city of Atlanta, Georgia.

3. Robert "Robb" Pitts, a U.S. citizen, is chairman of the Board of Commissioners, the governing authority of Fulton County, Georgia.

4. Bridgette Thorne, a U.S. citizen, is District 1 commissioner of the Fulton County Board of Commissioners.

5. Bob Ellis, a U.S. citizen, is District 2 commissioner of the Fulton County Board of Commissioners.

6. Dana Barrett, a U.S. citizen, is District 3 commissioner of the Fulton County Board of Commissioners.

7. Natalie Hall, a U.S. citizen, is District 4 commissioner of the Fulton County Board of Commissioners.

8. Marvin S. Arrington Jr., a U.S. citizen, is District 5 commissioner of the Fulton County Board of Commissioners.

9. Kahdijah Abdur-Rahman, a U.S. citizen, is District 6 commissioner of the Fulton County Board of Commissioners.

10. Richard "Dick" Anderson, a U.S. citizen, is county manager of Fulton County.

**(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:**

1. Mario Bernard Williams, attorney representing Plaintiff in this action, and is a U.S. citizen.

2. David E. Betts, attorney representing Plaintiff in this action, and is a U.S. citizen.

3. Y. Soo Jo is Fulton County's county attorney and is a U.S. citizen.

4. Kaye Woodard Burwell is Fulton County's deputy county attorney and is a U.S. citizen.

5. Noah Green, of Appelbaum Henefeld & Green, has represented the Defendants in prior actions related to this renewal action and is a U.S. citizen.

C-4

Plaintiff's counsel certifies that they are unaware of any actual or potential conflict of interest involving the judges of this Court to this case and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this 24th day of August 2023.

>/s/ MARIO B.WILLIAMS
> Mario B. Williams
> Ga. Bar No. 235254

**HUMANITY DIGNITY AND RIGHTS LLC**
5600 Roswell Road
Building C, Suite 103
Sandy Springs, GA 30342
(404) 341-4434
mwilliams@hdrattorneys.com
admin@hdrattorneys.com
*Counsel for Plaintiff*

C-4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TISA GRIMES**, *Plaintiff*, v. **PAUL HOWARD, in his individual capacity, FULTON COUNTY DISTRICT ATTORNEY'S OFFICE**, *Defendants.* | **JURY TRIAL DEMANDED** |

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that this filing complies with the Local Rules, LR 7.1(D) and 5.1(C) with Book Antiqua font, 13 point, and that this **24th day of August 2023,** I have filed the foregoing PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of Court using the CM/ECF system which will electronically email notification of such filing to all counsel of record.

/s/ MARIO B.WILLIAMS

Mario B. Williams
Ga. Bar No. 235254

**HUMANITY DIGNITY AND RIGHTS LLC**
5600 Roswell Road
Building C, Suite 103
Sandy Springs, Georgia 30342
(404) 341-4434
mwilliams@hdrattorneys.com
admin@hdrattorneys.com

C-5