

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet LLP**

ATTORNEYS AT LAW
MERIDIAN II, SUITE 2000
275 SCIENTIFIC DRIVE
PEACHTREE CORNERS, GA  30092

TELEPHONE  404-881-2622
FACSIMILE   404-881-2630
www.cmlawfirm.com

CALIFORNIA
FLORIDA
GEORGIA
INDIANA
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON

WRITER'S DIRECT ACCESS
tmitchell@cmlawfirm.com

August 24, 2023

**VIA E-MAIL - cfarmer@johnsonward.com AND**
**CERTIFIED MAIL / RETURN RECEIPT REQUESTED**
**(9171 9690 0935 0270 4091 97)**

Christopher M. Farmer, Esq.
Johnson & Ward, LLC
1629 Monroe Drive, NE
Atlanta, GA 30324-5003

**VIA E-MAIL – kopperman@montlick.com**
**CERTIFIED MAIL / RETURN RECEIPT REQUESTED**
**(9171 9690 0935 0270 4092 03)**

Kathleen Opperman, Esq.
Montlick & Associates, P.C.
17 Executive Park Drive, Suite 300
Atlanta, GA 30329

  *Nakia Tyrell Mitchell v. CSL Plasma, Inc., et al.*
  State Court of Gwinnett County; Civil Action File No. 23-C-05090-S5

Dear Counsel:

  In compliance with 28 U.S.C. §§ 1332, 1441, and 1446, this letter is to give you formal written notice that Defendant CSL Plasma Inc. has filed a Notice of Removal with the United States District Court, Northern District of Georgia, Atlanta Division. I am enclosing a copy of the Notice of Removal.

  In further compliance with 28 U.S.C. § 1446(d), I have filed the Notice of Filing Notice of Removal with the State Court of Gwinnett County, a copy of which I am also enclosing.

{SECURE Firm/11807/00003/CORRESP/04207908.DOCX }

Very truly yours,

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

*[signature]*

Timothy L. Mitchell

TLM:aev
Enclosures