IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NAKIA TYRELL MITCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>CSL PLASMA, INC,<br>XYZ CORPORATION NO. 1,<br>XYZ CORPORATION NO. 2,<br>XYZ CORPORATION NO. 3,<br>XYZ CORPORATION NO. 4,<br>JOHN DOE DEFENDANT NO. 1,<br>JOHN DOE DEFENDANT NO. 2,<br>JOHN DOE DEFENDANT NO. 3,<br>and JOHN DOE DEFENDANT<br>NO. 4,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION<br>§   FILE NO.<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## **AFFIDAVIT**

STATE OF GEORGIA

COUNTY OF FULTON

Before me, the undersigned officer, duly authorized to administer oaths, personally appeared, TIMOTHY L. MITCHELL, who being duly sworn according to law, did depose and state that he is counsel of record for Defendant CSL PLASMA INC. and as such, is authorized to make this Affidavit and, further, that

the facts set forth in the foregoing Notice of Removal are true and correct to the best of his knowledge, information and belief.

This 24th day of August, 2023.

_____
**TIMOTHY L. MITCHELL**
Georgia Bar No. 460744

Sworn to and subscribed before me
this 24th day of August,
2023.

_____
Notary Public
My Commission Expires: _____

[Notary seal: LAURI A. BATES, NOTARY PUBLIC, GWINNETT COUNTY, GEORGIA]