Case 1:23-mi-99999-UNA   Document 2712-5   Filed 08/24/23   Page 1 of 7

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-05090-S5**
**8/23/2023 2:53 PM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| NAKIA TYRELL MITCHELL, § § | |
| Plaintiff, § § | |
| v. § § | |
| CSL PLASMA, INC, § XYZ CORPORATION NO. 1, § XYZ CORPORATION NO. 2, § XYZ CORPORATION NO. 3, § XYZ CORPORATION NO. 4, § JOHN DOE DEFENDANT NO. 1, § JOHN DOE DEFENDANT NO. 2, § JOHN DOE DEFENDANT NO. 3, and § JOHN DOE DEFENDANT NO. 4, § § Defendants. § | CIVIL ACTION FILE NO. **23-C-05090-S5** |

### DEFENDANT CSL PLASMA INC.'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

COME NOW, **CSL PLASMA INC.**, a named Defendant in the above-styled action, and files its Answer and Defenses to Plaintiff's Complaint, showing the Court as follows:

### FIRST DEFENSE

Plaintiff had superior knowledge of the alleged hazard, if any, at the time of the alleged fall.

### SECOND DEFENSE

Defendant raises the defense of contributory and comparative fault.

### THIRD DEFENSE

For a Third Defense, Defendant answers the numbered paragraphs of Plaintiff's Complaint as follows:

## PARTIES AND JURISDICTION

1.

Defendant denies it owes damages and can neither admit nor deny the remaining allegations contained within Paragraph 1 of Plaintiff's Complaint for want of knowledge or information sufficient to form a belief as to the truth thereof and puts Plaintiff upon strict proof of the same.

2.

Defendant admits the allegations contained within Paragraph 2 of Plaintiff's Complaint.

3.

Defendant can neither admit nor deny the allegations contained within Paragraph 3 of Plaintiff's Complaint for want of knowledge or information sufficient to form a belief as to the truth thereof and puts Plaintiff upon strict proof of the same.

4.

Defendant can neither admit nor deny the allegations contained within Paragraph 4 of Plaintiff's Complaint for want of knowledge or information sufficient to form a belief as to the truth thereof and puts Plaintiff upon strict proof of the same.

## STATEMENT OF FACTS

5.

Defendant hereby incorporates by reference as if fully set out herein its answers and responses previously made to Paragraphs 1 through 4 of Plaintiff's Complaint.

6.

Defendant can neither admit nor deny the allegations contained within Paragraph 6 of Plaintiff's Complaint for want of knowledge or information sufficient to form a belief as to the truth thereof and puts Plaintiff upon strict proof of the same.

7.

Defendant can neither admit nor deny the allegations contained within Paragraph 7 of Plaintiff's Complaint for want of knowledge or information sufficient to form a belief as to the truth thereof and puts Plaintiff upon strict proof of the same.

8.

Defendant can neither admit nor deny the allegations contained within Paragraph 8 of Plaintiff's Complaint for want of knowledge or information sufficient to form a belief as to the truth thereof and puts Plaintiff upon strict proof of the same.

9.

Defendant can neither admit nor deny the allegations contained within Paragraph 9 of Plaintiff's Complaint for want of knowledge or information sufficient to form a belief as to the truth thereof and puts Plaintiff upon strict proof of the same.

10.

Defendant denies as pled the allegations contained within Paragraph 10 of Plaintiff's Complaint.

11.

Defendant denies as pled the allegations contained within Paragraph 11 of Plaintiff's Complaint.

12.

Defendant denies the allegations contained within Paragraph 12 of Plaintiff's Complaint.

13.

Defendant denies as pled the allegations contained within Paragraph 13 of Plaintiff's Complaint.

## COUNT ONE

## NEGLIGENCE OF CSL PLASMA

14.

Defendant hereby incorporates by reference as if fully set out herein its answers and responses previously made to Paragraphs 1 through 13 of Plaintiff's Complaint.

15.

Defendant denies the allegations contained within Paragraph 15 of Plaintiff's Complaint.

16.

Defendant denies as pled the allegations contained within Paragraph 16 of Plaintiff's Complaint.

17.

Defendant denies the allegations contained within Paragraph 17 of Plaintiff's Complaint.

18.

Defendant denies the allegations contained within Paragraph 18 of Plaintiff's Complaint.

19.

Defendant denies the allegations contained within Paragraph 19 of Plaintiff's Complaint.

## PRAYER FOR RELIEF

20.

Defendant denies that Plaintiff is entitled to the relief requested in the "Prayer for Relief" and "Wherefore" paragraph of Plaintiff's Complaint.

21.

All remaining allegations contained in Plaintiff's Complaint not specifically admitted or denied herein are denied.

WHEREFORE, having fully answered Defendant CSL PLASMA, INC. prays that it be discharged without costs.

This 23rd day of August, 2023.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

_____
**TIMOTHY L. MITCHELL**
Georgia Bar No. 460744
*Counsel for Defendant CSL Plasma, Inc.*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA  30092
(404) 881-2622
(404) 881-2630 – fax
tmitchell@cmlawfirm.com

**IN THE STATE COURT OF GWINNETT COUNTY**

**STATE OF GEORGIA**

| | | |
|---|---|---|
| NAKIA TYRELL MITCHELL, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| CSL PLASMA, INC, | § | CIVIL ACTION |
| XYZ CORPORATION NO. 1, | § | FILE NO. <u>23-C-05090-S5</u> |
| XYZ CORPORATION NO. 2, | § | |
| XYZ CORPORATION NO. 3, | § | |
| XYZ CORPORATION NO. 4, | § | |
| JOHN DOE DEFENDANT NO. 1, | § | |
| JOHN DOE DEFENDANT NO. 2, | § | |
| JOHN DOE DEFENDANT NO. 3, and | § | |
| JOHN DOE DEFENDANT NO. 4, | § § | |
| Defendants. | § | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day electronically filed the within and foregoing **DEFENDANT CSL PLASMA INC.'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** with the Clerk of Court using the Odyssey e-filing system which will automatically send e-mail notification of such filing to the following counsel of record:

|  |  |
|:---:|:---:|
| *Christopher M. Farmer, Esq.* | *Kathleen Opperman, Esq.* |
| *Johnson & Ward, LLC* | *Montlick & Associates, P.C.* |
| *1629 Monroe Drive, NE* | *17 Executive Park Drive, Suite 300* |
| *Atlanta, GA 30324-5003* | *Atlanta, GA 30329* |
| cfarmer@johnsonward.com | kopperman@montlick.com |

This 23rd day of August, 2023.

                                     **CRUSER, MITCHELL, NOVITZ,**
                                     **SANCHEZ, GASTON & ZIMET, LLP**

                                       */s/ Timothy L. Mitchell*
                                     **TIMOTHY L. MITCHELL**
                                     Georgia Bar No. 460744
Meridian II, Suite 2000                   *Counsel for Defendant CSL Plasma, Inc.*
275 Scientific Drive
Peachtree Corners, GA  30092
(404) 881-2622
(404) 881-2630 – fax
tmitchell@cmlawfirm.com