Case 1:23-mi-99999-UNA   Document 2712-6   Filed 08/24/23   Page 1 of 3

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-05090-S5**
**8/23/2023 2:53 PM**
**TIANA P. GARNER, CLERK**



ATTORNEYS AT LAW
MERIDIAN II, SUITE 2000
275 SCIENTIFIC DRIVE
PEACHTREE CORNERS, GA  30092

TELEPHONE  404-881-2622
FACSIMILE   404-881-2630
www.cmlawfirm.com

CALIFORNIA
FLORIDA
GEORGIA
INDIANA
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON

WRITER'S DIRECT ACCESS
810-348-1942
tmitchell@cmlawfirm.com

| | | |
|---|---|---|
| To: | All Judges, Clerks of Courts, and Counsel of Record | **23-C-05090-S5** |
| From: | Timothy L. Mitchell, Esq. | |
| Re: | Notice of Leave of Absence | |

COMES NOW Timothy L. Mitchell, and respectfully notifies all judges before whom he has cases pending, all affected clerks of court and all opposing counsel, that he will be on leave and out of the state pursuant to Georgia Uniform Court Rule 16.

The period of leave during which time Applicant will be away from the practice of law is:

**September 1, 2023;**
**November 20, 2023 through and including November 24, 2023;**
**December 22, 2023 through and including December 29, 2023.**

Applicant requests that this Leave of Absence apply to all trials, hearings, depositions and other legal proceedings that might be scheduled in any of the cases referenced in Exhibit "A".

All affected judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it.  If no objections are filed, the Leave of Absence shall be granted.

Respectfully submitted, this 23rd day of August, 2023.

                                 **CRUSER, MITCHELL, NOVITZ,**
                                 **SANCHEZ, GASTON & ZIMET, LLP**

                                 _/s/ Timothy L. Mitchell_
                                 **TIMOTHY L. MITCHELL**
                                 Georgia Bar No. 460744

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092
(404) 881-2622 / (404) 881-2630 -- fax

# EXHIBIT "A" TO
# TIMOTHY MITCHELL'S LEAVE OF ABSENCE

| **Case** | **Court/Judge** | **Counsel** |
|---|---|---|
| *Nakia Tyrell Mitchell v. CSL Plasma, Inc, et al.* State Court of Gwinnett County; Civil Action File No. 23-C-05090-S5 | Gwinnett County State Court<br>Tiana P. Garner, Clerk<br>75 Langley Drive<br>PO Box 880<br>Lawrenceville, GA 30046<br><br>State Court of Gwinnett County<br>Hon. Erica K. Dove<br>75 Langley Drive<br>PO Box 880<br>Lawrenceville, GA 30046 | Christopher M. Farmer, Esq.<br>Johnson & Ward, LLC<br>1629 Monroe Drive, NE<br>Atlanta, GA 30324-5003<br>cfarmer@johnsonward.com<br><br>Kathleen Opperman, Esq.<br>Montlick & Associates, P.C.<br>17 Executive Park Drive, Suite 300<br>Atlanta, GA 30329<br>kopperman@montlick.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the foregoing **NOTICE OF LEAVE OF ABSENCE** on all opposing counsel of record as set forth in Exhibit "A" via the e-filing system which will automatically send e-mail notification of such filing to said counsel of record.

This 23rd day of August, 2023.

Respectfully submitted,

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

_____
**TIMOTHY L. MITCHELL**
Georgia Bar No. 460744

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092
(404) 881-2622 / (404) 881-2630 -- fax