IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAUL REYNOLDS, SR., <br><br> Plaintiff, <br><br> v. <br><br> ARMSTRONG TRANSPORTATION SERVICES LLC, JERRY ARMSTRONG, BENCHMARK INSURANCE COMPANY, AND JOHN DOES (1-5), <br><br> Defendants. | CIVIL ACTION FILE NUMBER |

**DEFENDANTS ARMSTRONG TRANSPORTATION SERVICES, LLC, JERRY ARMSTRONG, AND BENCHMARK INSURANCE COMPANY'S NOTICE OF REMOVAL**

1.

Plaintiff filed civil action number 23-A-3029 July 14, 2023 against Defendants Armstrong Transportation Services, LLC, Jerry Armstrong, and Benchmark Insurance Company in the State Court of Cobb County, Georgia. Defendants attach copies of the Summons and Complaint for Damages as Exhibit "A" and their Answer as Exhibit "B."

2.

Plaintiff was a citizen and a resident of Georgia when he filed the Complaint for Damages. Para. 8, Exhibits "A" and "B".

3.

Defendant Armstrong Transportation was a North Carolina limited liability company with its principal place of business in

North Carolina, and all its members were citizens and residents of North Carolina when Plaintiff filed the Summons and Complaint. Para. 1, Exhibits "A" and "B".

4.

Defendant Armstrong was a citizen and was domiciled in North Carolina when Plaintiff filed the Summons and Complaint for Damages. Para. 3, Exhibits "A" and "B".

5.

Defendant Benchmark was a Kansas corporation with its principal place of business in Minnesota when Plaintiff filed the Summons and Complaint for Damages. Para. 2, Exhibits "A" and "B".

6.

There is complete diversity of citizenship in this case.

7.

This personal injury action arises from an August 21, 2022 motor vehicle collision and Plaintiff claims personal injuries, medical expenses, pain and suffering, lost wages, mental anguish, disfigurement, disability, and past and future medical expenses in excess of $273,095.57. Paras. 40 to 42, Exhibit "A". Therefore, the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

6.

This civil action is properly removable to this Court under 28 U.S.C. §§ 1441(a), 1446(a) and 1446(b). In accordance with 28 U.S.C. § 1332(a), the parties have complete diversity of citizenship and the amount in controversy, exclusive of interest and cost, exceeds $75,000.00.

7.

All named Defendants consent to the removal of this civil action.

8.

Defendants Armstrong Transportation, Armstrong, and Benchmark notify the Court, the Clerk, and all parties within thirty days after service and receipt of the Summons and Complaint for Damages filed in the State Court of Cobb County that they removed this civil action to this Court under 28 U.S.C. § 1446 and Fed. R. Civ. P. 11.

                          DENNIS, CORRY, SMITH & DIXON, LLP

                          /s/ *Grant B. Smith*
                          GRANT B. SMITH, ESQ.
                          Georgia bar number 658345
                          For the Firm
                          Attorneys for Defendants Armstrong Transportation Services, LLC, Jerry Armstrong, and Benchmark Insurance Company

-4-

900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia 30339
(404) 364-4503
(404) 365-0134 facsimile
Gbs@dcplaw.com
Kmoore@dcplaw.com