## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **LISA MCCOMBS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) **CASE NO.:** |
| **CARMAX AUTO SUPERSTORES, INC.,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF REMOVAL

**COMES NOW** defendant CarMax Auto Superstores, Inc. ("CarMax"), incorrectly designated as "CarMax Auto Finance," by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, appearing specially so as to preserve any and all defenses available under Rule 12 of the Federal Rules of Civil Procedure, any and all defenses under the federal laws of bankruptcy and specifically preserving the right to demand arbitration pursuant to contractual agreements and the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.*, and hereby gives notice of the removal of this action from the Superior Court of Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division.

## INTRODUCTION

1.      Plaintiff is a pro-se plaintiff who commenced this action by filing a complaint styled "CarMax Auto Loan Contract Dispute" (the "Complaint") on July 20, 2023 in the Superior Court of Gwinnett County, Georgia.  The Complaint was assigned Case Number 23-A-06220-1.

2.      Plaintiff alleges wrongdoing by CarMax in connection with Plaintiff applying for and entering into a loan to purchase an automobile with CarMax.  *See generally* Complaint.

3.      Based on these allegations, Plaintiff seeks $2 million in damages. (*See* Compl.)

## DIVERSITY JURISDICTION

4.      This Court has jurisdiction over all of Plaintiff's Complaint under 28 U.S.C. § 1332, which provides federal district courts with original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, and where the action is between citizens of different states.  28 U.S.C. § 1332(a)(1).

### A.    **The Parties are Diverse.**

5.      Complete diversity exists between Plaintiff and CarMax.

6.      Plaintiff is a resident citizen of the State of Georgia.  (*See* Compl.)

51525212 v1

7.     CarMax is a Virginia corporation with its principal place of business located in the State of Virginia.

**B.     The Amount in Controversy Exceeds $75,000.**

8.     Removal is also proper because the amount in controversy exceeds the $75,000 jurisdictional threshold, exclusive of interest and costs.

9.     Plaintiff's complaint seeks damages of $2,000,000.  (*See* Compl.)

10.     Based on the foregoing, the amount in controversy requirement of 28 U.S.C. § 1332 is clearly satisfied.

## ADOPTION AND RESERVATION OF DEFENSES

11.     Nothing in this notice of removal shall be interpreted as a waiver or relinquishment of any of CarMax's rights to assert any defense or affirmative matter, including, but not limited to, the defenses of: (1) arbitration; (2) lack of jurisdiction over the person; (3) improper venue; (4) insufficiency of process; (5) insufficiency of service of process; (6) improper joinder of claims and/or parties; (7) failure to state a claim; (88) failure to join indispensable parties; or (9) any other pertinent defense available under Fed. R. Civ. P. 12, any state or federal statute, or otherwise.

## PROCEDURAL REQUIREMENTS

12.     This case is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

51525212 v1

13.     True and correct copies of "all process, pleadings, and orders" filed to date are attached hereto as Exhibit "A" in conformity with 28 U.S.C. § 1446(a). There has been no other process, pleading, or order served upon CarMax to date in this case.

14.     This notice of removal is filed within the time frame set forth in 28 U.S.C. § 1446.

15.     CarMax has heretofore sought no similar relief.

16.     The United States District Court for the Northern District of Georgia, Atlanta Division, is the court and division embracing the place where this action is pending in state court.

17.     Contemporaneously with the filing of this notice of removal, CarMax has filed a copy of same with the clerk of the Superior Court of Gwinnett County, Georgia and a notice of filing notice of removal.  Written notice of the filing of this notice of removal has also been served upon the Plaintiff.

18.     CarMax reserves the right to supplement this notice of removal by adding any jurisdictional defenses which may independently support a basis for removal.

**WHEREFORE, PREMISES CONSIDERED,** CarMax prays that this Court take jurisdiction of this action and issue all necessary orders and process to remove

this action from the Superior Court of Gwinnett County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this the 24th day of August, 2023.

/s/ R. Frank Springfield
R. Frank Springfield
Georgia Bar No. 316045
fspringf@burr.com
BURR & FORMAN, LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia  30363
Telephone:  (404) 815-3000
Facsimile:  (404) 817-3244

Attorney for Defendant
CARMAX AUTO SUPERSTORES, INC.

5

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing **NOTICE OF REMOVAL** has been prepared with Times New Roman, 14 point font, one of the font point selections approved by the Court.

*s/ R. Frank Springfield*
R. Frank Springfield
Georgia Bar No. 316045
fspringf@burr.com

6

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2023, I presented this **NOTICE OF REMOVAL** to the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

NONE.

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Lisa McCombs
1990 Willow Trail Pkwy, #349
Norcross, GA  30093
*Plaintiff, pro se*

*s/ R. Frank Springfield*
R. Frank Springfield
Georgia Bar No. 316045
fspringf@burr.com

7

51525212 v1