# EXHIBIT A

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

**Lisa Mccombs**

Civil Action
Number 23-A-06220-1

**Plaintiff**

VS.

**Carmax**

**Defendant**

*[Filed stamp: TIANA P. GARNER, CLERK, 2023 JUL 20 PM 4:50, FILED IN OFFICE CLERK SUPERIOR COURT GWINNETT COUNTY, GA]*

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Lisa Mccombs**

[redacted]

**Norcross Ga  30093**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 20th day of July, 2023

Tiana P. Garner,
Clerk of Superior Court

By: *Sarah Payne* (signature)
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.
SC-1 Rev. 2011

# IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

Lisa McCombs )
_____ )
Plaintiff, )    23A 06220-1
)
v. )    CIVIL ACTION
)    FILE NO. _____
CarMax )
_____ )
Defendant(s). )
)

*FILED IN OFFICE — 2023 JUL 20 PM 12:46 — TIANA P. GARNER, CLERK, SUPERIOR COURT GWINNETT COUNTY, GA*

## AFFIDAVIT OF ELIGIBILITY TO PROCEED IN FORMA PAUPERIS

I, Lisa McCombs_____, do hereby swear or affirm that I am the [ ] Plaintiff [ ] Defendant in the above styled case and that because of my indigent status, I am unable to pay the costs of this proceeding.

*I declare under penalty of perjury that the responses I have made to all questions set forth in this Affidavit, specifically relating to my ability to pay the costs of this proceeding, are true and correct.*

This 19 day of July, 2023.

Signature: _[signed]_

Print name: Lisa McCombs

Sworn to and subscribed before me this 19 day of July, 2023

Notary Public _[signed]_

[Notary Seal: AMANDA FABIOLA TUNCHEZ, NOTARY PUBLIC, GWINNETT COUNTY, GA — MY COMMISSION EXPIRES DECEMBER 15, 2025]

Sworn to and subscribed before me this ___ day of _____, 20___

_____
Deputy Clerk of Superior Court

**AFFIDAVIT, Page 2**

A. **IDENTIFYING INFORMATION**

1. Name: __McCombs_____ __Lisa_____ _____
             Last                     First                Middle

2. Current Address: ██████████████████
   Street Address & Apt. No., if applicable

   __Norcross___ __GA__ __30093__
   City         State       Zip Code

3. Best Telephone Number to Reach You: ██████ 1088

4. Email Address: ██████ @Gmail.Com

B. **DEPENDENTS/DEPENDENCY**

1. Marital Status:  [ ] Married  [✓] Single  [ ] Divorced/Separated.

2. Is there any other person (spouse) or people (parents) who currently support you financially?  [ ] Yes  [✓] No.

   If yes, explain: _____

2. How many people, not including yourself, do you currently support? _____

   List Below:

   | Name | Age | Relationship | Support Totally? |
   |------|-----|--------------|------------------|
   | _____ | ___ | _____ | [ ] Yes [ ] No |
   | _____ | ___ | _____ | [ ] Yes [ ] No |
   | _____ | ___ | _____ | [ ] Yes [ ] No |
   | _____ | ___ | _____ | [ ] Yes [ ] No |
   | _____ | ___ | _____ | [ ] Yes [ ] No |

C. **PUBLIC ASSISTANCE**

Do you currently receive any of the following?

**Aid to Families of Dependent Children (AFDC)**    [ ] Yes [✓] No

    Amount Received per Month: $_____

**Social Security Income (SSI)**    [ ] Yes [✓] No

    Amount Received per Month: $_____

**AFFIDAVIT, Page 3**

| | |
|---|---|
| **Social Security Disability Income (SSDI)** | [ ] Yes [✓] No |
| Amount Received per Month: $_____ | |
| **Temporary Assistance to Needy Families (TANF)** | [ ] Yes [✓] No |
| Amount Received per Month: $_____ | |
| **Supplemental Nutrition Assistance Program (SNAP)** | [ ] Yes [✓] No |
| Amount Received per Month: $_____ | |
| **Unemployment Benefits** | [ ] Yes [✓] No |
| Amount Received per Month: $_____ | |
| **Medicaid** | [ ] Yes [✓] No |
| Amount Received per Month: $_____ | |
| **Public Housing Assistance** | [ ] Yes [✓] No |
| Amount Received per Month: $_____ | |
| *Do you receive any other kind of public assistance?* | [ ] Yes [✓] No |
| Amount Received per Month: $_____ | |

**TOTAL AMOUNT OF PUBLIC ASSISTANCE RECEIVED PER MONTH, IF ANY:**
$ 0

**D.   MONTHLY INCOME**

1. Are you currently employed?                      [✓] Yes [ ] No

   If yes, please list name(s) and phone number(s) of your employer(s), as well as monthly income/wages.

   | Employer Name | Phone | Amout Paid per Month |
   |---|---|---|
   | ████████████ | ████████████ | ████████████ |

**TOTAL AMOUNT OF INCOME RECEIVED PER MONTH, IF ANY:** $ ████

2. Do you receive any income from *any other source*?     [ ] Yes [✓] No

   If yes, please list all other income sources on the following page.

**AFFIDAVIT, Page 4**

    **Workers Compensation Benefits**                                  [ ] Yes [✓] No

        Amount Received per Month:    $_____

    **Insurance Benefits/Proceeds**                                       [ ] Yes [✓] No

        Amount Received per Month:    $_____

    **Pension/Retirement Income**                                        [ ] Yes [✓] No

        Amount Received per Month:    $_____

    **Child Support Payments**                                            [ ] Yes [✓] No

        Amount Received per Month:    $_____

    **Alimony Payments**                                                    [ ] Yes [✓] No

        Amount Received per Month:    $_____

**TOTAL AMOUNT OF INCOME FROM OTHER SOURCES RECEIVED PER MONTH, IF ANY:**    $_____

**E. ASSETS**

1. Do you have a checking account?                                [✓] Yes [ ] No

    If so, at what financial institution: ▮▮▮▮▮▮▮▮▮▮

    What is the current balance in your account: $ ▮▮▮▮▮▮▮▮▮▮

2. Do you have a savings account?                                   [ ] Yes [✓] No

    If so, at what financial institution: _____

    What is the current balance in your account: $_____

3. Do you own any car(s), truck(s), van(s) or other vehicle(s)?    [✓] Yes [ ] No

    Make: ▮▮▮▮▮▮ Model: ▮▮▮▮▮▮ Year: 2022

    What is the approximate value of the vehicle: $ ▮▮▮▮▮▮

    Make: _____ Model: _____ Year: _____

    What is the approximate value of the vehicle: $_____

4. Do you own a home or other real estate?                  | Yes [✓] No

    Address: _____

            Street             City        State        Zip Code

    What is the approximate value of the property: $_____

    How much do you owe on the property (mortgage balance): $_____

**AFFIDAVIT, Page 5**

5. Do you own any valuable items of personal property, such as TV sets, stereos, stocks or bonds, jewelry, furs, or other items? (Do not include clothing, furniture, or household appliances such as stoves or refrigerators.)

   [ ] Yes [✓] No

   If yes, please describe below:

   | Description | Value |
   |---|---|
   | _____ | $ _____ |
   | _____ | $ _____ |
   | _____ | $ _____ |

   Total: $ _____

**F.  LIABILITIES**

1. List all debts owed over $100 and all payments which you must make on a regular basis.

   Include house payments, rent, child support or alimony payments, charge account payments, loan payments and any other payment which you must make on a regular basis.

   Do *not* include ordinary expenses such as food, clothing, utility bills and similar items.

   | Source of Debt | Total Amount Owed | Monthly Payment |
   |---|---|---|
   | ███████████████ | ███████████████ | ███████████████ |

   Total: $ ███████████

2. Do you have any unusual or extraordinary expenses or circumstances such as large medical bills which are not listed above?

   [✓] Yes [ ] No

   If yes, please describe below:

   | Source of Debt | Total Amount Owed | Monthly Payment |
   |---|---|---|
   | ███████████████ | ███████████████ | ███████████████ |
   | _____ | _____ | _____ |

**Total: $** ███████

### AFFIDAVIT, Page 6

3. Are there any other circumstances which render you unable to pay the costs of this action and are not fully explained above: (e.g. disability, illness, etc.)

    [✓] Yes [ ] No

    If yes, use the space below to explain your circumstances.

    Include any facts which will help the Court determine whether you can afford to pay the required fee(s).

███████████████████████████████████████

|  | GWINNETT SUPERIOR COURT |
|---|---|
| _____ | STATE OF GEORGIA |
| _____ | ORDER TO PROCEED IN FORMA PAUPERIS |
| Plaintiff(s) | |
| v. | CIVIL ACTION FILE NO: |
| _____ | |
| _____ | 23A U6220-1 |
| Defendant(s) | |

## ORDER UPON AFFIDAVIT OF ELIGIBILITY
## TO PROCEED IN FORMA PAUPERIS

Before the Court is Plaintiff's Affidavit of Eligibility to Proceed *in Forma Pauperis*. Pursuant to the requirements of O.C.G.A. § 9-15-2, and in consideration of Plaintiff's Affidavit, the documents relative to the financial situation of the Plaintiff (if any), as well as all other initial pleadings, including the Statement of Claim, Affiant's request to proceed *in forma pauperis* is:

[✓] **HEREBY GRANTED.** After considering the Poverty Guidelines established by the U.S. Department of Health and Human Services at 125% or less of the poverty level, and based upon the size of the family unit, it appears to the Court that the Affiant is unable to pay the filing fees associated with this action. Therefore, the Affiant's pleadings shall be filed, and the Affiant shall be relieved from paying the filing fee, Sheriff's service fee, and, if a judgment is awarded to the Plaintiff, any fees associated with the issuance of a fi fa and post judgment interrogatories.

[ ] **HEREBY DENIED BASED ON FINANCIAL GUIDELINES.** Following a hearing during which the Court took sworn testimony from the Plaintiff regarding the contents of his/her Affidavit of Indigence, the Court finds that the Affiant has *not* demonstrated that he/she is unable to pay the filing fee and associated costs of this action based upon the Poverty Guidelines established by the U.S. Department of Health and Human Services at 125% or less of the poverty level, considering the size of the family unit; therefore, the Affiant shall not be relieved from paying the filing fee, Sheriff's service fee, or other required Court costs.

*The hearing took place in Courtroom _____ of the Gwinnett County Justice and Administration Center on: [ ] the date of the Order; or [ ] the _____ day of _____, 20_____.

[ ] **HEREBY DENIED BASED ON A COMPLETE ABSENCE OF ANY JUSTICIABLE ISSUE OF LAW OR FACT.** Pursuant to O.C.G.A. § 9-15-2(d), the Court finds that the pleading filed by the Affiant shows in its face such a complete absence of any justiciable issue of law and/or fact that it cannot reasonably believed that the Court could grant any relief against any party named in the pleading.

*A copy of this Order shall be served on the opposing party(ies) along with the Complaint. Pursuant to O.C.G.A. §9-15-2(b), any other party at interest may contest the truth of the affidavit of indigency by verifying under oath that the same is untrue. In the event any interested party files a traverse challenging this Order, the Court shall schedule a hearing to determine whether Plaintiff shall be required to pay costs.*

This 20th day of July, 2023

John Doran
Judge, Senior Judge
Gwinnett Superior Court

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

PLAINTIFF: LISA MCCOMBS
VS.
DEFENDANT: CARMAX AUTO FINANCE

CASE NUMBER:

23A 06220-1

CARMAX AUTO LOAN CONTRACT DISPUTE

Carmax's business practice egregiously crowbarred their auto finance loan using the bait and switch method. Once seller Qushaunda James verified my identity. She asked me for my state ID, Insurance Card, Social Security card, proof of income, address documents, and the Capital One pre-qualify letter for $▮ made me a target. Seller Qushaunda J stated I should be out within 30 minutes with your brand-new vehicle.

Seller Qushaunda J returned with the Vehicle contract explaining affordable and reasonable terms that I signed, initials, and date with a black ink pen in several areas of the contract. The seller walked away again and returned for me to e-signed another contract. Implying (Carmax) needed this for its records. The seller walks away for roughly 20 minutes now 1 hour has passed. The seller returns and tells me Capital One has declined the pre-qualify letter due to needing more verification. I insisted that I will return tomorrow with more proof.

Qushaunda J asked if I had bank statements on me, and I said no. What about cash app statements? I said yes! I emailed her my profile cash app. She walked away for approval within 20 more minutes. She insists I can get you into a Carmax loan with a better deal and the same APR rate due to having good credit. Which is why Carmax didn't need more verification.

After 3 hours of Carmax, what appeared to be another seller came out. He's informing me about the gap insurance and the warranty teams. Then he walked away with the contract in hand and returned with a bright yellow envelope stating everything we discussed will be in there. He allegedly placed the documents in the folder into a blue tote bag. Congrats, shaking my hand, directing me toward Qushaunda James. to escort me to my vehicle.

After some weeks of settling into my vehicle, I was ready to reapply for my new apartment after living in the hotel for over 2yrs fixing my credit by paying off and removing old debt displayed my credit Fico/Score was good due to a pre-qualify letter from Capital One for $▮ proving how much my credit has improved. I even called Capital One to make sure the amount was correct. The rep said yes, don't pass that amount, or another hard inquiry will be needed. I had no intentions. I wanted a reasonably reliable vehicle under $30,000.00.

I was ready to apply for my new apartment, business loans for my business should've been a start for the summer months. I got denied the business loan and new apartment due to Carmax's calamity business practice.

I immediately checked my credit report and noticed all the hard inquiries. Carmax intentionally pulled multiple inquiry hits and prompted an error code to obligate my credit. While still feeding my credit to other financial institutions. Using my forged signature granted permission of full access to more of my personal information to accept any high APR rate that should've given me negotiation room that never was discussed to why Carmax's had to ruin my credit by having me at their lenience.

As to why the second contract referring to the e-sign was the backup copy signature unbeknown to me, they mistakenly placed the forged copy in the folder, removing the original wet ink contract altogether with the e-sign. The spelling of my name appears incorrectly for a signature that looks more printed indicates human penmanship.

I contacted Carmax with a verified notarized letter with proof of the forged copy contract, asking where is the wet ink hardcopy document I signed and why the multiple hits created illegal error inquiries. Carmax shows no accountability for what they have done to my life. Other than requesting the miles of the vehicle and possible return for appraisal with an unclear interest in resolving the problem other than gaslighting me to believe they did nothing wrong.

Carmax deliberately assassinate defamation of my credit standers that will take additional months to a year to repair an upfront charge of $3000.00 with a monthly subscription again.

Lost opportunity to move into my own home has forced me to stay another year in a hotel costing $16,463.52 per year.

Applying crafty business practices of the bait and switch method, forgery of documents having more access to my credit. Unable to receive loans to upstart my business of $150,000.00.

I'm also including punitive damages lost of having good credit for renewal low insurance policy and career opportunities in the IT Intelligent Technology industry. These careers check credit and background when applying for those roles ranging from $159,000.00 - $350,000.00.

I am including the duress and stress of Carmax employees having access to sensitive documents of state Id, Social Security number, job information cell numbers, and mother's maiden name.

I'm requesting compensation amount of reward for all of the pain and suffering that I'm currently dealing with and will for the next year, and more is $2 million.

Due to the state of Georgia being the capital of scamming, I'm now a victim. I will need to place a monitor check on my credit which is a monthly fee which is an inconvenience that has taken away my right and privilege of instant approval without verification could take up to a day or several for the next few years.

SIGN: *Lisa Mc Combs*

**PRINT:** Lisa Mccombs

**ADDRESS:** ▮▮▮ Norcross GA, 30093 ▮▮

**Email:** ▮▮▮@gmail.com

1088

Case 1:23-mi-99999-UNA   Document 2716-1   Filed 08/24/23   Page 12 of 13

E-FILED IN OFFICE - SR
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-06220-1**
**8/4/2023 4:09 PM**
TIANA P. GARNER, CLERK

GEORGIA: IN THE SUPERIOR COURT OF GWINNETT COUNTY

LISA MCCOMBS

VS                        CASE NO. 23-A-06220-1

CARMAX

## AFFIDAVIT OF SERVICE

1. I, <u>Sheri M. Perkinson</u>, am at least 18 years of age, competent to testify, and not a party to this action, and not otherwise interested in the subject matter in controversy in this action.

2. On the <u>2ND</u> day of <u>August</u>, 2023, <u>1:35</u> <u>pm</u>, I served <u>CARMAX, CORPORATION SERVICE COMPANY, REGISTERED AGENT</u> by

    (   ) Personal Service by delivering a copy thereof in writing to the party in person.

    (   ) Delivered to family member other than a temporary sojourner or guest of age sixteen or older at usual place of abode of party named above after giving information of its purport.
    List name, relationship of recipient to party named above: _____.

    (   ) Posted on front door or such other door as appears to be the main entrance of the usual place of abode, address listed below. (Other authorized recipient not found). Address was verified by _____

    (   ) Substitute Service at usual Place of Business or Employment by delivering and leaving with the person apparently in charge thereof during business hours after giving information of its purport.
    Name and title: _____.

    (XXX) Corporate Service by delivering and leaving with <u>RENE NORDQUIST</u>, who is <u>PROCESS CLERK</u> of the above entity/person being served.

    Documents Served: SUMMONS AND CARMAX AUTO LOAN CONTRACT DISPUTE

    At <u>100 SHOCKOE SLIP, 2ND FLOOR, RICHMOND, VA 23219</u>.

3. I solemnly affirm under penalties of perjury that the contents of the foregoing affidavit are true to the best of my knowledge, information, and belief.

Additional Comments:

*[signature: Lisa McComb]*
*[signature: LISA McCombs]*
[redacted]
Norcross, [redacted] 1088 [redacted] @gmail.com

SERVOR, INC.
*[signature]*
Process Server
3420 PUMP ROAD #114
HENRICO, VIRGINIA 23233
(804)285-0959

COMMONWEALTH OF VIRGINIA,
COUNTY OF HANOVER;
Subscribed and Sworn before me this <u>2ND</u> day of <u>August</u> 2023
By <u>Sheri M. Perkinson</u>
My Commission Expires <u>October 31, 2024</u>

*[signature: Jessica Cegle]*
Notary Public

[Notary seal: Sheri M. Polychrones, Commonwealth of Virginia, Notary Public, Commission No. 146897, My Commission Expires 5/31/2024]

**CERTIFICATE
OF
CORPORATION SERVICE COMPANY**

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a)  It maintains a business office in the Commonwealth of Virginia at 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219.

    (b)  Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

    (c)  The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

    Beverley L. Crump            Rene Nordquist
    Donna Creekmore              Dustin Kline
    Alyssa Kanarr

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 5 day of January 2023.

CORPORATION SERVICE COMPANY

By: _____
Jackie Smetana, Executive Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 5 day of January 2023, by Jackie Smetana.

_____
Notary Public

My Commission Expires: 5-18-2026

JANET B. WOZNICKI
Notary Public
State of Delaware
My Commission Expires On
May 18, 2026