# EXHIBIT C

Nationwide General Ins. Co.  Tel   833-907-0718 ext. 12572
P.O. Box 182068  Fax   866-745-7219
Columbus, OH 43218-2068
bbrock@nationwide.com

**Nationwide** is on your side

August 21, 2023

# RESERVATION OF RIGHTS
## US MAIL & CERTIFIED MAIL-RETURN RECEIPT REQUESTED

Mehari Sons LLC
Attention: Wehazit Mehari
3923 Glenwood Rd.
Decatur, GA 30032-7028

Claim No:                          931086-GO
Businessowners Policy: ACP BP013200208065
Policy Term:               10/19/20 – 10/19/21
Insured:                    Mehari Sons LLC
Plaintiff:                      Estate of Michael Collier Sr.
Date of Loss:            October 14, 2021
Insuring Company:       Nationwide General Insurance Company

Dear Ms. Wehazit Mehari:

This will acknowledge receipt of the above claim and lawsuit received on August 14, 2023 in this office.

The complaint as currently pled alleges Mehari Sons LLC failed to provide proper security to customers despite knowledge of prior criminal activity at your business.

Nationwide General Insurance Company will conduct a full and impartial investigation of all matters relating to this claim and determine whether your policy of insurance will cover this situation.  In determining whether your policy will afford coverage, we will compare the facts of the loss and the complaint to the policy language.

## II.  THE POLICY

Nationwide General Insurance Company issued a Businessowners Policy, with commercial general liability coverage, to named insured Mehari Sons LLC, Policy No. ACP BP013200208065, with an effective period of October 19, 2020 through October 19, 2021. The Policy has limits of $1 million each occurrence and $2 million in the aggregate, subject to form PB0006 11/14.  We find no excess/umbrella policy with Nationwide.

### A.     The Policy

The Policy contains the following insuring agreement, which provide, in pertinent part:
***SECTION I – COVERAGES***
***COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY***
*1. INSURING AGREEMENT*

a. We will pay those sums up to the applicable Limit of Insurance that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages for which there is coverage under this policy.

HOWEVER, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.

We may, at our sole discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III. LIMITS OF INSURANCE; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under COVERAGES A or B or medical expenses under COVERAGE C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

*B. COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY*
*1. INSURING AGREEMENT*
*a. We will pay those sums up to the applicable Limit of Insurance that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages for which there is coverage under this policy.*

*HOWEVER, we will have no duty to defend the insured against any "suit" seeking damages for "personal and Includes copyrighted material of Insurance Services Office, Inc., with its permission*. **PB 00 06 11 14** *advertising injury" to which this insurance does not apply.*

*We may, at our sole discretion, investigate any offense and settle any claim or "suit" that may result. But:*

*(1) The amount we will pay for damages is limited as described in Section III. LIMITS OF INSURANCE; and*

*(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under COVERAGES A or B or medical expenses under COVERAGE C.*

*No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.*

*b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.*

The Conditions that are applicable to this loss are found under PB0006 11/14, Section IV number 2.

*SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS*

*2. Duties In The Event Of Occurrence, Offense, Claim Or Suit*

*a. You and any insured must see to it that we are notified as soon as practicable of an "occurrence" or an offense that may result in a claim. To the extent possible, notice should include:*
*(1) How, when and where the "occurrence" or offense took place;*
*(2) The names and addresses of any injured persons and witnesses; and*
*(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.*
*b. If a claim is made or "suit" is brought against any insured, you must:*

2

*(1) Immediately record the specifics of the claim or "suit" and the date received; and*
*(2) Notify us as soon as practicable.*
*You must see to it that we receive written notice of the claim or "suit" as soon as practicable.*
*c. You and any other involved insured must: (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";*
*(2) Authorize us to obtain records and other information;*
*(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit";*
*(4) Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply; and*
*(5) Agree to be examined under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim or "suit". At our option and expense, any examination under oath may be video or audio taped as well as being recorded by stenographic record. In the event of an examination, an insured's answers must be signed.*
*d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.*

Certain terms are defined specifically within the policy. All other terms are given their ordinary meaning. Please refer to the Section V of policy form PB0006 11/14, from which we quote, in part:

**SECTION V – DEFINITIONS**

*3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.*

*13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.*

*14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:*

*a. False arrest, detention or imprisonment;*

*b. Malicious prosecution;*

*c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;*

*d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;*

*e. Oral or written publication, in any manner, of material that violates a person's right of privacy;*

*f. The use of another's advertising idea in your "advertisement"; or*

*g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".*

*17. "Property damage" means:*
*a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or*
*b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.*
*For the purposes of this insurance, electronic data is not tangible property.*
*As used in this definition, electronic data means information, facts or programs stored as, created or used on, or transmitted to or from computer software, including systems and applications*

3

*software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.*

*18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:*

*a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or*

*b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.*

The terms of your Policy are amended by various endorsements as shown in the policy declarations. Please refer to Section B. 5 of endorsement PB 20 98 01 17, from which we quote, in part:

*Under SECTION IV. LIABILITY CONDITIONS, the following applies to paragraph 2. Duties in the Event of Occurrence, Offense, Claim or Suit:*

*Your obligation under relative to notifying us of "occurrence", offense, claim or "suit", applies only when the "occurrence", offense, claim or "suit" is known to:*
   a. *You, or your spouse, if you are an individual;*
   b. *You, an "executive officer", director or stockholder, if you are a corporation;*
   c. *A partner, member, or their spouses if you are a partnership or a joint venture;*
   d. *You, a member, or your managers, if you are a limited liability company;*
   e. *You, or a trustee, if you are a trust;*
   f. *An "employee" who is either designated by you to give such notice of an "occurrence" or offense (such as an insurance, loss control or risk manager or administrator) or a manager or supervisor responsible for the operation or oversight of a department, crew, business unit or division.*

### Coverage Position

Nationwide has evaluated this claim under policy No. ACP BP013200208065. We note that the shooting event occurred on October 14, 2021; however, Nationwide was not notified of this occurrence until August 14, 2023 when a copy of the lawsuit was provided to Nationwide. As I discussed with you and your brother on the phone on August 14, 2023, you were aware of the shooting when it occurred and provided security footage to police in the immediate aftermath of the shooting. Despite actual knowledge of the shooting event on your property, no notice was provided to Nationwide.

We refer you to the Commercial General Liability Conditions section of the policy. There is a question as to whether you violated the Commercial General Liability Conditions in failing to provide Nationwide with notice of the shooting before August 14, 2023. If it is determined the Commercial General Liability Conditions have been violated, there may be no coverage under the policy.

Nationwide General Insurance Company will defend Mehari Sons LLC under a complete reservation of rights as it appears you may have breached one or more of the policy conditions relating to providing notice of the occurrence, offense, claim or suit. Nationwide General Insurance Company reserves the right to withdraw from defending Mehari Sons LLC If it is determined the Commercial General Liability Conditions have been violated, there may be no coverage under the policy.

4

In this lawsuit, the plaintiff did not give a stated amount for relief of total damages. If the claims are found to be in excess of the coverage provided by your insurance policy or if a judgment is entered against you in favor of Plaintiff in excess of your policy limits, you will be responsible for the payment of the excess amount.

If you have purchased excess umbrella insurance coverage that may cover you for the excess amount that may be demanded, or if you have any other applicable insurance that may cover you for this claim, please notify that insurer immediately. Your failure to notify any such carrier(s) could jeopardize the extent of any coverage that you may otherwise have with any such carrier(s).

We are assigning the defense of this lawsuit to Jerald R. Hanks of the Hanks Law Group, LLC, The Hardin Building, 1380 West Paces Ferry Road, Suite 2265, Atlanta, Georgia 30327 to represent you in the defense of the suit brought by the plaintiff. He can be reached by telephone at (404) 892-1991. Pursuant to the policy conditions, please cooperate with him in the defense of the pending lawsuit.

Once we finalize our investigation, we will advise you of our position regarding whether coverage will be applicable to this matter. You are not required to retain your own attorney. However, since we are handling this claim under a reservation of rights, we are recommending that you contact your own personal attorney, at your own expense, to advise you and protect your interests.

Our investigation of this matter or statement made in this letter should not be construed as an admission of coverage or liability by Nationwide General Insurance Company or a waiver, estoppel or modification of any of the policy provisions.

If you are served with additional legal papers relating to this matter in the future, please submit them to us immediately and we will re-evaluate our coverage position based upon any new allegations contained in those papers. Additionally, if you have any additional information pertaining to the failure to provide notice to Nationwide, or have anything to add to our recitation of our conversation, please reach out to me immediately to discuss the matter.

Sincerely,


Brett Brock
Consultant, Commercial Casualty Complex Loss
Nationwide General Insurance Company

Cc:    Falcon Insurance Inc.
        713 Forest Parkway Suite D
        Forest Park, GA 30297

4862-6650-6618, v. 1