# EXHIBIT B

**IN THE STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

ID# 3-K5FZT4N3-NLQ
ID# E-DTFTPJLN-WOK
**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-750**

JUL 31, 2023 03:32 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

| | |
|---|---|
| LENA LITTLEJOHN,<br><br>Plaintiff,<br><br>v.<br><br>DOLGENCORP, LLC, SHEILA SIMS in his/her/their professional capacity, and JOHN DOES NOS 1-10, whether singular or plural, masculine or feminine, individuals or corporations, who are not known at this time, but will be added by amendment when ascertained,<br><br>Defendants. | Civil Action File No.: 23-A-750 |

## CONSENT ORDER DISMISSING SHEILA SIMS

It appearing to the Court that the parties have entered into a Consent Motion to Dismiss Sheila Sims without prejudice; that the remaining party defendants does not object to the voluntary dismissal of said party; and the Court having duly considered said motion:

IT IS HEREBY ORDERED, that the parties' Motion to Dismiss is **GRANTED**. Sheila Sims is dismissed as a party in this action without prejudice pursuant to O.C.G.A. § 9-11-21 and is excused from any outstanding discovery obligations or further participation in this lawsuit. IT IS FURTHER ORDERED that the case style shall be updated to reflect the contents of this Order.

SO ORDERED, this 31 day of July, 2023

_____
Honorable Maria B. Golick
Judge, State Court of Cobb County



- 2 -

**Order prepared by:**
Erica L. Morton
Georgia Bar No.: 140869
Austin L. Albertson, Esq.
Georgia Bar No.: 768516
*Attorneys for Defendants Dolgencorp, LLC
and Sheila Sims*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Phone: (404) 874-8800
*erica.morton@swiftcurrie.com*
*austin.albertson@swiftcurrie.com*

## CERTIFICATE OF SERVICE

This is to certify that I have this date served copies of the within and foregoing Order by mailing same (through the Cobb County Mail System, and/or through the PeachCourt Electronic Filing Portal) to the parties in this case as follows:

David Thomas Dorer
dorerlawteam@dozierlaw.com

Erica L. Morton
erica.morton@swiftcurrie.com

Austin L. Albertson
austin.albertson@swiftcurrie.com

This _31_ day of _July_, 2023.

s/Shelia Allen
Shelia Allen
Judicial Administrative Assistant to
Judge Maria B. Golick
State Court of Cobb County