# EXHIBIT C

ID# E-CFV4LTP2-AJ4
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-750**

MAR 31, 2023 01:15 PM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| LENA LITTLEJOHN,<br><br>Plaintiff,<br><br>v.<br><br>DOLGENCORP, LLC, SHEILA SIMS in his/her/their professional capacity, and JOHN DOES NOS 1-10, whether singular or plural, masculine or feminine, individuals or corporations, who are not known at this time, but will be added by amendment when ascertained.<br><br>Defendant(s). | Civil Action File No.: 23-A-750 |

## DEFENDANTS' SPECIAL APPEARANCE, ANSWER AND DEFENSES TO PLAINTIFF'S [VERIFIED] COMPLAINT FOR DAMAGES

COME NOW Defendants Dolgencorp, LLC and, appearing specially, Sheila Sims (collectively "Defendants") and file this Answer and Defenses to Plaintiff's [Verified] Complaint for Damages ("Complaint"), showing this Honorable Court as follows:

### FIRST DEFENSE

To the extent applicable, Plaintiff's claims against Defendants are barred by the applicable statute of limitations.

### SECOND DEFENSE

Defendant Sims hereby asserts the defenses of insufficiency of process and insufficiency of service of process. Defendant Dolgencorp hereby asserts the defense of insufficiency (timeliness) of service of process.



**THIRD DEFENSE**

Plaintiff's [Verified] Complaint for Damages should be dismissed as against Defendant Sims for lack of personal jurisdiction over her.

**FOURTH DEFENSE**

Plaintiff's recovery against Defendant Sims is barred because Defendant Sims owed no duty to Plaintiff as alleged in Plaintiff's [Verified] Complaint for Damages or otherwise.

**FIFTH DEFENSE**

Defendants are not liable to Plaintiff because neither Defendant breached any duty owed to Plaintiff regarding the occurrence giving rise in Plaintiff's [Verified] Complaint for Damages.

**SIXTH DEFENSE**

To the extent that no act or omission on the part of either Defendant was the proximate cause of the injuries or damages sought by way of Plaintiff's [Verified] Complaint for Damages, Plaintiff's recovery of those injuries and damages is barred.

**SEVENTH DEFENSE**

To the extent the damages sought by way of Plaintiff's [Verified] Complaint for Damages were the result of Plaintiff's comparative and/or contributory negligence, Plaintiff's recovery against Defendants is barred or should be reduced by the proportion of her negligence.

**EIGHTH DEFENSE**

Plaintiff is not entitled to recover from Defendants because Plaintiff's knowledge of the alleged hazard was at least equal to any knowledge of Defendants.

## NINTH DEFENSE

To the extent that any hazardous condition existed on the premises operated by Defendant Dolgencorp, such condition was open and obvious to Plaintiff and therefore Plaintiff's recovery is barred.

## TENTH DEFENSE

To the extent Plaintiff fails to itemize her special damages as required by O.C.G.A. § 9-11-9(g), recovery of those damages is barred.

## ELEVENTH DEFENSE

To the extent applicable, Plaintiff's claims are barred by the Georgia doctrine of assumption of risk.

Without waiving any of the foregoing defenses and incorporating each as if set forth herein verbatim, Defendants responds to the numbered allegations contained in Plaintiff's [Verified] Complaint for Damages as follows:

## RESPONSE TO "VENUE AND JURISDICTION"

1.

Defendants deny that Dolgencorp, LLC is a corporation (it is a limited liability company); however, the remaining allegations contained in Paragraph 1 of Plaintiff's [Verified] Complaint are admitted.

2. – 4.

Defendants admit the allegations contained in Paragraphs 2 through 4 of Plaintiff's [Verified] Complaint for Damages.

5. – 6.

Defendants admit that Plaintiff alleges Sheila Sims and Dolgencorp were joint tortfeasors but expressly deny that either Defendant was negligent, independently or jointly as alleged in Plaintiff's [Verified] Complaint or otherwise.

7. – 8.

Defendants deny the allegations contained in Paragraphs 7 and 8 of Plaintiff's [Verified] Complaint for Damages.

### RESPONSE TO "GENERAL FACTS COMMOM TO ALL COUNTS"

9.

Defendants incorporate by reference their responses to the allegations of the foregoing Paragraphs 1 through 8 of Plaintiff's [Verified] Complaint for Damages as if fully set forth herein.

### RESPONSE TO "THE PREMISES"

10.

Defendants deny that Dolgencorp, LLC owned building(s) or property located at 10005 Georgia-109, Zebulon, Georgia 30295; however, the remaining allegations contained in Paragraph 10 of Plaintiff's [Verified] Complaint are admitted.

11. – 12.

Defendants deny the allegations contained in Paragraphs 11 and 12 of Plaintiff's [Verified] Complaint.

13.

Defendants are currently without knowledge or information sufficient to form a belief

as to the truth of the allegations contained in Paragraph 13 of Plaintiff's [Verified] Complaint for Damages and, therefore, cannot admit or deny same.

14.

Defendants deny the allegations contained in Paragraph 14 of Plaintiff's [Verified] Complaint for Damages.

15.

Defendants admit the allegations contained in Paragraph 15 of Plaintiff's [Verified] Complaint for Damages.

16.

Defendants deny, as pleaded, the allegations contained in Paragraph 16 of Plaintiff's [Verified] Complaint for Damages.  Responding further, Defendants admit Dolgencorp operated a store that was open to the public during business hours.

17.

Defendants deny, as pleaded, the allegations contained in Paragraph 17 of Plaintiff's [Verified] Complaint for Damages.

18.

Defendants deny the allegations contained in Paragraph 18 of Plaintiff's [Verified] Complaint for Damages.

**RESPONSE TO "CONDITIONS LEADING TO INJURY"**

19.

Defendants are currently without knowledge or information sufficient to form a belief

as to the truth of the allegations contained in Paragraph 19 of Plaintiff's [Verified] Complaint for Damages and, therefore, cannot admit or deny same.

20.

Defendants deny, as pleaded, the allegations contained in Paragraph 20 of Plaintiff's [Verified] Complaint for Damages.

21. – 22.

Defendants deny the allegations contained in Paragraphs 21 and 22 of Plaintiff's [Verified] Complaint for Damages.

### **RESPONSE TO "INJURIES AND DAMAGES"**

23. – 24.

Defendants are currently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 23 and 24 of Plaintiff's [Verified] Complaint for Damages and, therefore, cannot admit or deny same.

25.

Defendants deny, as pleaded, the allegations contained in Paragraph 25 of Plaintiff's [Verified] Complaint for Damages.

26.

Defendants deny that they were negligent; however, Defendants are currently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 26 of Plaintiff's [Verified] Complaint for Damages and, therefore, cannot admit or deny same.

## RESPONSE TO "COUNT I: PREMISES LIABILITY AS TO DOLGENCORP, LLC"

27.

Defendants incorporate by reference their responses to the allegations of the foregoing Paragraphs 1 through 26 of Plaintiff's [Verified] Complaint for Damages as if fully set forth herein.

28.

Defendants deny, as pleaded, the allegations contained in Paragraph 28 of Plaintiff's [Verified] Complaint for Damages.  Responding further, Defendants admit that any duties owed by Dolgencorp are set forth by Georgia law.

29. – 31.

Defendants deny the allegations contained in Paragraphs 29 through 31 of Plaintiff's [Verified] Complaint for Damages.

32. – 33.

Defendants deny, as pleaded, the allegations contained in Paragraphs 32 and 33 of Plaintiff's [Verified] Complaint for Damages.

## RESPONSE TO "COUNT II: PREMISES LIABILITY AS TO SHEILA SIMS"

34.

Defendants incorporate by reference their responses to the allegations of the foregoing Paragraphs 1 through 33 of Plaintiff's [Verified] Complaint for Damages as if fully set forth herein.

35. – 41.

Defendants deny the allegations contained in Paragraphs 35 through 41 of Plaintiff's [Verified] Complaint for Damages.

Any allegations contained in Plaintiff's [Verified] Complaint for Damages not herein responded to by number, including Plaintiff's *ad damnum* and all subparts, are hereby denied.

**DEFENDANTS DEMAND A TRIAL BY TWELVE-MEMBER JURY.**

This 31st day of March, 2023.

    Respectfully submitted,

    SWIFT, CURRIE, MCGHEE & HIERS, LLP

    */s/ Erica L. Morton*
    _____
    Erica L. Morton, Esq.
    Georgia Bar No.: 140869
    *Attorney for Defendants Dolgencorp, LLC and Sheila Sims*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
Email: erica.morton@swiftcurrie.com

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| LENA LITTLEJOHN,<br><br>    Plaintiff,<br><br>v.<br><br>DOLGENCORP, LLC, SHEILA SIMS in his/her/their professional capacity, and JOHN DOES NOS 1-10, whether singular or plural, masculine or feminine, individuals or corporations, who are not known at this time, but will be added by amendment when ascertained.<br><br>    Defendant(s). | Civil Action File No.: 23-A-750 |

**CERTIFICATE OF SERVICE**

  This is to certify that I have this date served counsel for the opposing party in the foregoing matter with a copy of ***Defendants' Special Appearance, Answer and Defenses to Plaintiff's [Verified] Complaint for Damages*** via e-file, e-mail and/or by mailing to the following addresses with sufficient postage affixed thereto:

David T. Dorer, Esq.
DOZIER LAW FIRM, LLC
487 Cherry Street
P.O. Box 13
Macon, Georgia 31202
Email: dorer@dozierlaw.com
Email: dorerlawteam@dozierlaw.com


[*Signature on following page.*]

This 31ˢᵗ day of March, 2023.

                                          Respectfully submitted,

                                          SWIFT, CURRIE, MCGHEE & HIERS, LLP

                                          */s/ Erica L. Morton*

                                          Erica L. Morton, Esq.
                                          Georgia Bar No.: 140869
                                          *Attorney for Defendants Dolgencorp, LLC*
                                          *and Sheila Sims*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
Email: erica.morton@swiftcurrie.com