ID# E-KSP3CN3N-H3Y
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-750**

MAY 09, 2023 11:43 AM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# EXHIBIT D

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| LENA LITTLEJOHN,<br><br>Plaintiff,<br><br>v.<br><br>DOLGENCORP, LLC, SHEILA SIMS in his/her/their professional capacity, and JOHN DOES NOS 1-10, whether singular or plural, masculine or feminine, individuals or corporations, who are not known at this time, but will be added by amendment when ascertained.<br><br>Defendant(s). | Civil Action File No.: 23-A-750 |

## AMENDED ANSWER AND DEFENSES OF DEFENDANT DOLGENCORP, LLC TO PLAINTIFF'S VERIFIED COMPLAINT FOR DAMAGES

COMES NOW, Defendant Dolgencorp, LLC and hereby amends its Answer and Defenses to Plaintiff's Verified Complaint for Damages, previously filed and served March 31, 2023, by adding thereto the attached Verification.

This 9th day of May, 2023.

*(Signature on following page)*



        Respectfully submitted,

        SWIFT, CURRIE, MCGHEE & HIERS, LLP

        ***/s/ Erica L. Morton***
        _____
        Erica L. Morton, Esq.
        Georgia Bar No.: 140869
        Austin L. Albertson, Esq.
        Georgia Bar No.: 768516
        *Attorneys for Dolgencorp, LLC and Sims*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Phone: (404) 874-8800
Email: erica.morton@swiftcurrie.com
Email: austin.albertson@swiftcurrie.com

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| LENA LITTLEJOHN,<br><br>                    Plaintiff,<br><br>v.<br><br>DOLGENCORP, LLC, SHEILA SIMS in his/her/their professional capacity, and JOHN DOES NOS 1-10, whether singular or plural, masculine or feminine, individuals or corporations, who are not known at this time, but will be added by amendment when ascertained.<br><br>                    Defendant(s). | Civil Action File No.: 23-A-750 |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served counsel for the opposing party in the foregoing matter with a copy of the ***Amended Answer and Defenses of Defendant Dolgencorp, LLC to Plaintiff's Verified Complaint for Damages*** via e-file, e-mail and/or by mailing to the following addresses with sufficient postage affixed thereto:

David T. Dorer, Esq.
DOZIER LAW FIRM, LLC
487 Cherry Street
P.O. Box 13
Macon, Georgia 31202
Email: dorer@dozierlaw.com
Email: dorerlawteam@dozierlaw.com

*(Signature on following page)*

This 9th day of May, 2023.

          Respectfully submitted,

          SWIFT, CURRIE, MCGHEE & HIERS, LLP

          ***/s/ Erica L. Morton***

          Erica L. Morton, Esq.
          Georgia Bar No.: 140869
          Austin L. Albertson, Esq.
          Georgia Bar No.: 768516
          *Attorneys for Dolgencorp, LLC and Sims*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Phone: (404) 874-8800
Email: erica.morton@swiftcurrie.com
Email: austin.albertson@swiftcurrie.com

4890-3843-2354, v. 1

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| LENA LITTLEJOHN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DOLGENCORP, LLC, SHEILA SIMS in his/her/their professional capacity, and JOHN DOES NOS 1-10, whether singular or plural, masculine or feminine, individuals or corporations, who are not known at this time, but will be added by amendment when ascertained.<br><br>　　　　　Defendant(s). | Civil Action File No.: 23-A-750 |

## **VERIFICATION**

Personally appeared before me, the undersigned officer, duly authorized to administer oaths, Kris Wardinski, on behalf of Dolgencorp, LLC, who, after being duly sworn, deposes and states under oath that the statements contained in the foregoing Defendant Dolgencorp, LLC's Answer to Plaintiff's [Verified] Complaint for Damages are true and correct.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Kris Wardinski, on behalf of Dolgencorp, LLC

Sworn to and subscribed
before me this _3_ day of
_April_, 2023.

_____
Notary Public

My Commission Expires: 12/22/2024

