# STATE OF GEORGIA

## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**Annual Registration**                                              *Electronically Filed*
                                                                     Secretary of State
                                                                     Filing Date: 03/14/2023 15:34:06

### BUSINESS INFORMATION

| | | |
|---|---|---|
| **BUSINESS NAME** | : | HOBBY LOBBY STORES, INC. |
| **CONTROL NUMBER** | : | K941305 |
| **BUSINESS TYPE** | : | Foreign Profit Corporation |
| **JURISDICTION** | : | Oklahoma |
| **ANNUAL REGISTRATION PERIOD** | : | 2023 |

### BUSINESS INFORMATION CURRENTLY ON FILE

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 7707 SW 44TH ST, OKLAHOMA CITY, OK, 73179-4808, USA |
| **REGISTERED AGENT NAME** | : | Corporation Service Company |
| **REGISTERED OFFICE ADDRESS** | : | 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| DAVID GREEN | CEO | 7707 SW 44TH STREET, OKLAHOMA CITY, OK, 73179, USA |
| JON CARGILL | CFO | 7707 SW 44TH ST, OKLAHOMA CITY, OK, 73179, USA |
| MART GREEN | Secretary | 7707 SW 44TH STREET, OKLAHOMA CITY, OK, 73179, USA |

### UPDATES TO ABOVE BUSINESS INFORMATION

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 7707 SW 44TH ST, OKLAHOMA CITY, OK, 73179-4808, USA |
| **REGISTERED AGENT NAME** | : | Corporation Service Company |
| **REGISTERED OFFICE ADDRESS** | : | 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| DAVID GREEN | CEO | 7707 SW 44TH STREET, OKLAHOMA CITY, OK, 73179, USA |
| JON CARGILL | CFO | 7707 SW 44TH ST, OKLAHOMA CITY, OK, 73179, USA |
| MART GREEN | Secretary | 7707 SW 44TH STREET, OKLAHOMA CITY, OK, 73179, USA |

### AUTHORIZER INFORMATION

| | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | Peter Dobelbower |
| **AUTHORIZER TITLE** | : | Officer |