# EXHIBIT B

ELECTORAL COLLEGE OF GEORGIA
MEETING on 12/14/2020

UNITED STATES OF AMERICA

STATE OF GEORGIA

COUNTY OF FULTON

MEETING OF THE ELECTORAL COLLEGE OF GEORGIA

RE GEORGIA'S ELECTORAL VOTES

FOR

PRESIDENT and VICE PRESIDENT

OF THE

UNITED STATES

\* \* \*

**CERTIFIED COPY**

December 14, 2020

12:05 p.m.

Georgia State Capitol

206 Washington Street

Room 216

Atlanta, Georgia   30334

Anne Hansen, RPR, CCR #2711

Videographer, Ben Jones

AHREPORTING, LLC

(970)231-0859
ahreporting@gmail.com

ELECTORAL COLLEGE OF GEORGIA
MEETING on 12/14/2020

Page 2

```
 1              A P P E A R A N C E S
 2    Representing the 2020 Electors for the
 3    State of Georgia:
 4         Chairman David Shafer
 5         Joseph Brannan
 6         James "Ken" Carroll
 7         Vikki Townsend Consiglio
 8         Carolyn Hall Fisher
 9         Honorable Burt Jones
10         Gloria Kay Godwin
11         David G. Hanna
12         Mark W. Hennessy
13         Mark Amick
14         John Downey
15         Cathleen Alston Latham
16         Daryl Moody
17         Brad Carver
18
19    Representing President Donald J. Trump:
20         Ray S. Smith, III, ESQ.
21         Smith & Liss, LLC
22         Five Concourse Parkway, Suite 2600
23         Atlanta, Georgia  30328
24         (404)760-6000
25
```

AHREPORTING, LLC

(970)231-0859
ahreporting@gmail.com

ELECTORAL COLLEGE OF GEORGIA
MEETING on 12/14/2020

Page 3

| | PROCEEDINGS |
|---|---|
| 1 | PROCEEDINGS |
| 2 | CHAIRMAN SHAFER:  My name is David Shafer. |
| 3 | I'm the chairman of the Georgia Republican Party.  And |
| 4 | the hour of noon having arrived, it's my privilege to |
| 5 | call to order this meeting of the Republican nominees |
| 6 | for the Electoral College from the State of Georgia. |
| 7 | The President has filed a contest to the |
| 8 | certified returns.  That contest has -- is pending. |
| 9 | It's not been decided or even heard by any judge with |
| 10 | the authority to hear it.  And so in order to preserve |
| 11 | his rights, it's important that the Republican |
| 12 | nominees for Presidential Elector meet here today and |
| 13 | cast their votes. |
| 14 | From my observation, 13 of the 16 nominees |
| 15 | are present.  The first order of business is for the |
| 16 | electors who are present to fill the three vacancies |
| 17 | for those who are not present. |
| 18 | Is there a motion to elect Mark Amick, Brad |
| 19 | Carver, and Burt Jones as Substitute Presidential |
| 20 | Electors? |
| 21 | MS. FISHER:  I so move. |
| 22 | JOSEPH BRANNAN:  Second. |
| 23 | CHAIRMAN SHAFER:  It's been moved and |
| 24 | seconded that Mark Amick, Brad Carver, and Burt Jones |
| 25 | be elected Substitute Presidential Electors. |

AHREPORTING, LLC

1    Is there any discussion on that motion?

2    The Chair hears no discussion, and the motion

3  will be put to a vote.

4    All those in favor signify so by saying

5  "Aye."

6    Those opposed "No."

7    The "Ayes" have it.  The motion carries.  And

8  we now have a full slate of 16 Presidential Electors.

9    I will pause for a moment and say that Pat

10  Garland, one of our Presidential Electors, his wife

11  died last week, and he is taking care of his family.

12  And our hearts are -- obviously all go out to him.

13    We will suspend for a moment while the

14  paperwork is prepared to reflect the new slate of

15  Presidential Electors, and then we will conduct the

16  balloting.  So this meeting is suspended momentarily.

17    (Recess 12:07-12:11 p.m.)

18    CHAIRMAN SHAFER:  All right.  Is there any

19  objection to Carolyn Fisher serving as the secretary

20  of this meeting?

21    The Chair hears no objection, and Carolyn

22  Fisher is now the secretary of this meeting.

23    Now, Secretary, if you would call the roll of

24  the Presidential -- Presidential Electors.

25    MS. FISHER:  Joseph Brannan.

1       MR. BRANNAN:  Here.

2       MS. FISHER:  Ken Carroll.

3       MR. CARROLL:  Here.

4       MS. FISHER:  Vikki Consiglio.

5       MS. CONSIGLIO:  Here.

6       MS. FISHER:  Carolyn Fisher.

7       Kay Godwin.

8       MS. GODWIN:  Here.

9       MS. FISHER:  David Hanna.

10      MR. HANNA:  Here.

11      MS. FISHER:  Mark Hennessy.

12      MR. HENNESSY:  Here.

13      MS. FISHER:  John Isakson.

14      CHAIRMAN SHAFER:  No.  I'm sorry.  He was

15  replaced.  He was substituted.

16      MS. FISHER:  Sorry.

17      Cathy Latham.

18      MS. LATHAM:  Here.

19      MS. FISHER:  Daryl Moody.

20      MR. MOODY:  Here.

21      MS. FISHER:  David Shafer.

22      MR. SHAFER:  Here.

23      MS. FISHER:  Shawn Still.

24      MR. STILL:  Here.

25      MS. FISHER:  Chandra Yadav.

ELECTORAL COLLEGE OF GEORGIA
MEETING on 12/14/2020

Page 6

1        MR. YADAV:  Here.

2        MS. FISHER:  Mark Amick.

3        MR. AMICK:  Here.

4        MS. FISHER:  Brad Carver.

5        MR. CARVER:  Here.

6        MS. FISHER:  Burt Jones.

7        MR. JONES:  Here.

8        MS. FISHER:  And Frank -- what's that?

9        CHAIRMAN SHAFER:  I'm sorry.

10       Oh.  Can I confer with you for just a moment,

11  please?

12       MR. SMITH:  Yes.

13       CHAIRMAN SHAFER:  Okay.  So there is -- we

14  will need to elect one more.

15       Robert, do you need me to elect one more?

16       One of our -- one of our presidential

17  electors has -- is no longer eligible because he

18  registered to vote in another state to further his

19  college studies.

20       Is there a motion to elect John Matt Downey

21  as a substitute presidential elector?

22       MS. FISHER:  I so move.

23       MS. LATHAM:  Second.

24       CHAIRMAN SHAFER:  It's been moved and

25  seconded that John Downey be elected as a substitute

ELECTORAL COLLEGE OF GEORGIA
MEETING on 12/14/2020

1    presidential elector.  All those -- is there any

2    discussion on that motion?

3         The Chair hears no discussion and will put

4    the motion to a vote.

5         All those in favor signify so by saying

6    "Aye."

7         Those opposed "No."

8         The "Ayes" have it.  The motion carries, and

9    John Downey is a -- now a Presidential -- Republican

10   Candidate for Presidential Elector.  And he is

11   present.

12        MR. DOWNEY:  Yes, sir.

13        CHAIRMAN SHAFER:  And -- and so all 16 are

14   present.  And we will conduct the voting momentarily.

15        Ray Smith is a lawyer for President Trump.

16   Do you wish to make any comments at this time?

17        MR. SMITH:  Yes.  We're -- we're conducting

18   this as -- as Chairman Shafer said, we're conducting

19   this because the contest of the election in Georgia is

20   ongoing.  And so we continue to contest the election

21   of the electors in Georgia.  And so we're going to

22   conduct this in accordance with the Constitution of

23   the United States, and we're going to conduct the

24   electorate today similar to what happened in 1960 in

25   Hawaii.

Page 8

1  CHAIRMAN SHAFER:  And if we did not hold this

2  meeting, then our election contest would effectively

3  be abandoned; is --

4  MR. SMITH:  That's correct.

5  CHAIRMAN SHAFER:  -- that not correct?

6  MR. SMITH:  That's correct.

7  CHAIRMAN SHAFER:  And so the only way for us

8  to have any judge consider the merits of our

9  complaint, the thousands of people who we allege voted

10  unlawfully, is for us to have this meeting and permit

11  the contest to continue; is that not correct?

12  MR. SMITH:  That's correct.  That's correct,

13  Mr. Chairman.

14  MR. SINNERS:  Chairman Shafer --

15  CHAIRMAN SHAFER:  Yes, sir.

16  MR. SINNERS:  -- I have John A. Isakson as an

17  original elector being replaced by John Downey.

18  CHAIRMAN SHAFER:  That's correct.

19  MR. SINNERS:  Patrick Garland, Mark -- being

20  replaced by Mark Amick.

21  CHAIRMAN SHAFER:  That's correct.

22  MR. SINNERS:  C.J. Pearson being replaced by

23  Honorable Burt Jones, and Susan Holmes being replaced

24  by Brad Carver.

25  CHAIRMAN SHAFER:  That's -- that's fine.

AHREPORTING, LLC

(970)231-0859
ahreporting@gmail.com

ELECTORAL COLLEGE OF GEORGIA
MEETING on 12/14/2020

Page 9

1 Yes. And they all 16 are present. And you've got the

2 paperwork ready?

3       MR. SINNERS: Yes, sir.

4       CHAIRMAN SHAFER: So if you would -- do you

5 know these people by sight or probably not?

6       MR. SINNERS: Yes.

7       CHAIRMAN SHAFER: So how are you going to

8 distribute the --

9       MR. SINNERS: The ballots?

10       CHAIRMAN SHAFER: Yeah.

11       MR. SINNERS: One at a time individually

12 today to cast their ballot.

13       CHAIRMAN SHAFER: So why don't we . . .

14       Okay. I want to thank Carolyn Fisher for her

15 service as the secretary of the meeting.

16       Because the documents have been prepared with

17 Shawn Still listed as the secretary of the meeting --

18 of the meeting, I would like to avoid reprinting the

19 documents, that there would be a motion to thank

20 Carolyn Fisher for her service and to elect Shawn

21 Still as the proper secretary of the meeting. Is

22 there --

23       MR. CARROLL: So moved.

24       CHAIRMAN FISHER: And is there a second?

25       MS. LATHAM: Second.

Page 10

1    CHAIRMAN SHAFER:  Is there any discussion on

2    that motion?  No discussion.

3         All those in favor signify so by saying

4    "Aye."

5         Those opposed "No."

6         The "Ayes" have it.  The motion carries.

7    Shawn Still is elected to Permanent Secretary of this

8    meeting.

9         MR. STILL:  Mr. Chairman, I'd like to take a

10   moment to thank Carolyn for her hard work in this

11   role, and I appreciate all that you've done.

12        MS. FISHER:  Thank you.

13        CHAIRMAN SHAFER:  Shawn, if you would come

14   forward and sign these documents electing the

15   substitute electors so we can move next to the vote.

16        All right.  So the certificates have been

17   executed.  Are we prepared now to vote?

18        MR. SINNERS:  Yes, we are.

19        CHAIRMAN SHAFER:  Are the ballots individual?

20        MR. SINNERS:  Yes.

21        CHAIRMAN SHAFER:  So do you want me to -- do

22   you want to call out the name and have that person

23   raise their hand and maybe --

24        MR. SINNERS:  Come up to sign.

25        CHAIRMAN SHAFER:  Huh?

ELECTORAL COLLEGE OF GEORGIA
MEETING on 12/14/2020

```
1         MR. SINNERS:   Come up to sign.

2         CHAIRMAN SHAFER:   Okay.  So call the name.

3   And then if the elector would come forward and

4   complete the ballot and sign.  So why don't you call

5   the name.

6         MR. SINNERS:   Joseph Brannan.

7         James Ken Carroll.

8         Vikki Consiglio.

9         Carolyn Fisher.

10        Kay Godwin.

11        David Hanna.

12        Mark Hennessy.

13        Mark Amick.

14        Brad Carver.

15        The Honorable Burt Jones.

16        Cathy Latham.

17        John Downey.

18        Chairman David Shafer.

19        Shawn Still.

20        Chandra Yadav.

21        CHAIRMAN SHAFER:   Did you call Daryl Moody?

22        MR. SINNERS:   Daryl Moody.

23        16 votes.

24        CHAIRMAN SHAFER:   Do we have 16 votes cast?

25        MR. SINNERS:   16 have been cast for Vice
```

Page 12

1   President Pence.  And 16 have been cast for President

2   Trump.  Congratulations.

3           CHAIRMAN SHAFER:  Is there any other business

4   to come before this meeting?

5           Hearing none, the chair declares this meeting

6   of the Republican Nominees for the Electoral College.

7           Are you trying to get my attention?

8           MR. SINNERS:  Yes.  We must complete some

9   paperwork in private to certify.

10          CHAIRMAN SHAFER:  Okay.  So we'll adjourn

11  this meeting.  And then if the electors would remain

12  behind for a few minutes for us to complete the

13  paperwork.

14          But hearing nothing else, this meeting of the

15  electors is hereby adjourned.

16          (The meeting adjourned at 12:31 p.m.)

17

18

19

20

21

22

23

24

25

ELECTORAL COLLEGE OF GEORGIA
MEETING on 12/14/2020

Page 13

1           C E R T I F I C A T E

2    STATE OF GEORGIA        )

3                            )

4    COUNTY OF HENRY         )

5           I hereby certify that the foregoing meeting

6    was taken down, as stated in the caption, and was

7    reduced to typewriting under my direction; that the

8    foregoing transcript is a true and correct record of

9    evidence given.

10          The above certification is expressly

11   withdrawn and denied upon the disassembly or

12   photocopying of the foregoing transcript, unless said

13   disassembly or photocopying is done under the auspices

14   of AHReporting, Certified Court Reporters, and the

15   signatures and original seal is attached thereto.

16          I further certify that I am not a relative,

17   employee, attorney of any present, nor am I

18   financially interested in the outcome of this meeting.

19          This, the 18th day of December, 2020.

20

21

22

23          Anne Hansen, RPR, CCR #2711

24          Commission expires 3/31/2021

25

AHREPORTING, LLC          (970)231-0859
                          ahreporting@gmail.com

ELECTORAL COLLEGE OF GEORGIA
MEETING on 12/14/2020

Page 14

1                         D I S C L O S U R E

2     STATE OF GEORGIA     )

3                          )

4     COUNTY OF HENRY      )

5              Pursuant to Article 10.B of the Rules and

6     Regulations of the Board of Court Reporting of the

7     Judicial Council of Georgia, I make the following

8     disclosure:

9              I am a Georgia Certified Court Reporter here

10    as a representative of AHReporting to report the

11    foregoing matter.

12             AHReporting is not taking this meeting under

13    any contract that is prohibited by O.C.G.A Sec.

14    9-11-28 (c).

15             AHReporting will be charging its usual and

16    customary rates for this transcript.

17

18

19

20

21

22

23

24

25

**Exhibits**

**Exhibit 1**

**1**

12:07-12:11  4:17
13  3:14
16  3:14 4:8 7:13 9:1
1960  7:24

**A**

abandoned  8:3
accordance  7:22
allege  8:9
Amick  3:18,24 6:2,3
  8:20
arrived  3:4
authority  3:10
avoid  9:18
Aye  4:5 7:6 10:4
Ayes  4:7 7:8 10:6

**B**

ballot  9:12
balloting  4:16
ballots  9:9 10:19
Brad  3:18,24 6:4 8:24
Brannan  3:22 4:25 5:1
Burt  3:19,24 6:6 8:23
business  3:15

**C**

C.J.  8:22
call  3:5 4:23 10:22
Candidate  7:10
care  4:11

Carolyn  4:19,21 5:6
  9:14,20 10:10
carries  4:7 7:8 10:6
Carroll  5:2,3 9:23
Carver  3:19,24 6:4,5
  8:24
cast  3:13 9:12
Cathy  5:17
certificates  10:16
certified  3:8
Chair  4:2,21 7:3
chairman  3:2,3,23 4:18
  5:14 6:9,13,24 7:13,18
  8:1,5,7,13,14,15,18,21,
  25 9:4,7,10,13,24 10:1,
  9,13,19,21,25
Chandra  5:25
college  3:6 6:19
comments  7:16
complaint  8:9
conduct  4:15 7:14,22,
  23
conducting  7:17,18
confer  6:10
Consiglio  5:4,5
Constitution  7:22
contest  3:7,8 7:19,20
  8:2,11
continue  7:20 8:11
correct  8:4,5,6,11,12,
  18,21

**D**

Daryl  5:19
David  3:2 5:9,21
decided  3:9
died  4:11
discussion  4:1,2 7:2,3
  10:1,2
distribute  9:8

documents  9:16,19
  10:14
Downey  6:20,25 7:9,12
  8:17

**E**

effectively  8:2
elect  3:18 6:14,15,20
  9:20
elected  3:25 6:25 10:7
electing  10:14
election  7:19,20 8:2
elector  3:12 6:21 7:1,
  10 8:17
Electoral  3:6
electorate  7:24
electors  3:16,20,25
  4:8,10,15,24 6:17 7:21
  10:15
eligible  6:17
executed  10:17

**F**

family  4:11
favor  4:4 7:5 10:3
filed  3:7
fill  3:16
fine  8:25
Fisher  3:21 4:19,22,25
  5:2,4,6,9,11,13,16,19,
  21,23,25 6:2,4,6,8,22
  9:14,20,24 10:12
forward  10:14
Frank  6:8
full  4:8

**G**

Garland  4:10 8:19
Georgia  3:3,6 7:19,21

Godwin  5:7,8

**H**

hand  10:23
Hanna  5:9,10
happened  7:24
hard  10:10
Hawaii  7:25
hear  3:10
heard  3:9
hears  4:2,21 7:3
hearts  4:12
Hennessy  5:11,12
hold  8:1
Holmes  8:23
Honorable  8:23
hour  3:4

**I**

important  3:11
individual  10:19
individually  9:11
Isakson  5:13 8:16

**J**

John  5:13 6:20,25 7:9
  8:16,17
Jones  3:19,24 6:6,7
  8:23
Joseph  3:22 4:25
judge  3:9 8:8

**K**

Kay  5:7
Ken  5:2

ELECTORAL COLLEGE OF GEORGIA
MEETING on 12/14/2020

Index: Latham..Yadav

**L**

**Latham** 5:17,18 6:23 9:25
**lawyer** 7:15
**listed** 9:17
**longer** 6:17

**M**

**make** 7:16
**Mark** 3:18,24 5:11 6:2 8:19,20
**Matt** 6:20
**meet** 3:12
**meeting** 3:5 4:16,20,22 8:2,10 9:15,17,18,21 10:8
**merits** 8:8
**moment** 4:9,13 6:10 10:10
**momentarily** 4:16 7:14
**Moody** 5:19,20
**motion** 3:18 4:1,2,7 6:20 7:2,4,8 9:19 10:2,6
**move** 3:21 6:22 10:15
**moved** 3:23 6:24 9:23

**N**

**nominees** 3:5,12,14
**noon** 3:4

**O**

**objection** 4:19,21
**observation** 3:14
**ongoing** 7:20
**opposed** 4:8 7:7 10:5
**order** 3:5,10,15
**original** 8:17

**P**

**p.m.** 4:17
**paperwork** 4:14 9:2
**Party** 3:3
**Pat** 4:9
**Patrick** 8:19
**pause** 4:9
**Pearson** 8:22
**pending** 3:8
**people** 8:9 9:5
**Permanent** 10:7
**permit** 8:10
**person** 10:22
**prepared** 4:14 9:16 10:17
**present** 3:15,16,17 7:11,14 9:1
**preserve** 3:10
**President** 3:7 7:15
**presidential** 3:12,19, 25 4:8,10,15,24 6:16,21 7:1,9,10
**privilege** 3:4
**PROCEEDINGS** 3:1
**proper** 9:21
**put** 4:3 7:3

**R**

**raise** 10:23
**Ray** 7:15
**ready** 9:2
**recess** 4:17
**reflect** 4:14
**registered** 6:18
**replaced** 5:15 8:17,20, 22,23
**reprinting** 9:18

**Republican** 3:3,5,11 7:9
**returns** 3:8
**rights** 3:11
**Robert** 6:15
**role** 10:11
**roll** 4:23

**S**

**seconded** 3:24 6:25
**secretary** 4:19,22,23 9:15,17,21 10:7
**service** 9:15,20
**serving** 4:19
**Shafer** 3:2,23 4:18 5:14,21,22 6:9,13,24 7:13,18 8:1,5,7,14,15, 18,21,25 9:4,7,10,13 10:1,13,19,21,25
**Shawn** 5:23 9:17,20 10:7,13
**sight** 9:5
**sign** 10:14,24
**signify** 4:4 7:5 10:3
**similar** 7:24
**SINNERS** 8:14,16,19, 22 9:3,6,9,11 10:18,20, 24
**sir** 7:12 8:15 9:3
**slate** 4:8,14
**Smith** 6:12 7:15,17 8:4, 6,12
**state** 3:6 6:18
**States** 7:23
**studies** 6:19
**substitute** 3:19,25 6:21,25 10:15
**substituted** 5:15
**Susan** 8:23
**suspend** 4:13

**suspended** 4:16

**T**

**taking** 4:11
**thousands** 8:9
**time** 7:16 9:11
**today** 3:12 7:24 9:12
**Trump** 7:15

**U**

**United** 7:23
**unlawfully** 8:10

**V**

**vacancies** 3:16
**Vikki** 5:4
**vote** 4:3 6:18 7:4 10:15, 17
**voted** 8:9
**votes** 3:13
**voting** 7:14

**W**

**week** 4:11
**wife** 4:10
**work** 10:10

**Y**

**Yadav** 5:25 6:1