# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE )<br>    INSURANCE COMPANY )<br>    as subrogee of Victoria Brown )<br>    (Our file 952-5644) )<br>                    )<br>Plaintiff )<br>                    )<br>VS. )<br>                    )<br>UNITED STATES OF AMERICA )<br>                    )<br>Defendant )<br>_____) | CIVIL ACTION<br><br>FILE NO. |

## COMPLAINT FOR DAMAGES

**NOW COMES** State Farm Mutual Automobile Insurance Company as subrogee of Victoria Brown to make and file this Complaint against The United States of America and show this Honorable Court the following:

## PARTIES, JURISDICTION AND VENUE

1.

The Plaintiff is State Farm Mutual Automobile Insurance Company, a corporation registered with the Georgia Secretary of State to do business in the state of Georgia, who brings this claim for damages arising out of a motor vehicle collision which occurred on June 18, 2022.

2.

The Defendant is The United States of America.  This is a Federal Tort Claim Act claim brought pursuant to 28 U.S.C. 2671 et. seq.  The United States of America may be served with process upon the U.S. Attorney for the Northern District of Georgia, at 75 Ted Turner Drive SW, Suite 600, Atlanta, Georgia 30303, and as otherwise provided by applicable law.

3.

This is a claim for damages involving a federal department, to wit:  The United States Department of the Army (hereinafter "the Army").

4.

Prior to bringing this suit, this claim was brought before the Army with a settlement demand for money damages in a sum certain.  The Federal Tort Claim Act claim referenced above was submitted to the Army on or about February 24, 2023, and six months have passed without a settlement or final administrative action.

5.

This claim arises out of a motor vehicle collision between a government vehicle being driven by Army employee Maritsa Carilus, who was acting in the course and scope of her employment, and Victoria Brown (Plaintiff's Insured). Said collision occurred on Pooler Parkway in Chatham County, Georgia on June 18, 2022.

6.

The Army has failed to pay said claim and more than six (6) months have elapsed since the filing of this claim.

## FACTS

### 7.

On June 18, 2022, Maritsa Carilus (hereinafter "Carilus") was employed by the Army and was acting within the scope of her employment.

### 8.

On June 18, 2022, Carilus was operating an Army vehicle traveling eastbound on Pooler Parkway in Chatham County. Per the Georgia Motor Vehicle Crash Report number 220618065, traffic slowed or stopped suddenly and Carilus' vehicle rear-ended the vehicle driven by Plaintiff's Insured, Victoria Brown, causing Brown's vehicle to hit the rear of the vehicle in front of it. Carilus' negligence was negligence per se in violation of the Uniform Rules of the Road of the State of Georgia, specifically O.C.G.A. 40-6-49 (following too closely).

### 9.

As a direct and proximate cause of the negligence of the Army, acting by and through its agent employee Maritsa Carilus, Plaintiff's Insured's vehicle was damaged.

10.

Plaintiff brings this action to recover damages in the amount of $26,629.24.

Plaintiff State Farm Mutual Automobile Insurance Company has an equitable right

of subrogation in the claim against Defendant as a result of making payment in the

amount of $26,629.24 to or on behalf of Victoria Brown under a policy of

insurance. Victoria Brown additionally incurred expenses of $100 as her

deductible.

WHEREFORE, Plaintiff respectfully prays that Defendant be served with

process as required by law, that Plaintiff recover verdict and judgment against the

Defendant in an amount as the Court shall determine to be appropriate based upon

the evidence submitted at the time of trial and for such other and further relief as

this Court deems necessary and proper.

Respectfully submitted,

This **25** of August 2023.

Ronald W. Parnell, P.C.

Ronald W. Parnell
Georgia Bar No. 564450
Attorney for Plaintiff

Law Office of Ronald W. Parnell, PC
(Our file 952-5333)
1630 Old Salem Road
P.O. Box 81085
Conyers, Georgia  30013
PH:  (770) 929-8585
rwp@rwpsubro.com