### General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of **Dekalb** County

| For Clerk Use Only | |
|---|---|
| Date Filed **7/26/2023** MM-DD-YYYY | Case Number **23A03337** |

**Plaintiff(s)**
Godfrey, Cassandra
Last       First       Middle I.       Suffix       Prefix

Last       First       Middle I.       Suffix       Prefix

Last       First       Middle I.       Suffix       Prefix

Last       First       Middle I.       Suffix       Prefix

**Defendant(s)**
Craft, Jerald F.
Last       First       Middle I.       Suffix       Prefix

Progressive Southeastern Insurance Company
Last       First       Middle I.       Suffix       Prefix

Last       First       Middle I.       Suffix       Prefix

Last       First       Middle I.       Suffix       Prefix

**Plaintiff's Attorney** Jared M. Lina        **Bar Number** 191099        Self-Represented ☐
James A. Goldstein                             300430

### Check One Case Type in One Box

**General Civil Cases**
- ☒ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____  _____
Case Number              Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

STATE COURT OF
DEKALB COUNTY, GA.
7/26/2023 3:26 PM
E-FILED
Version 1.1.18
BY: Monica Gay