23A03337

No. _____

**Date Summons Issued and E-Filed**

7/26/2023

/s/ Monica Gay
_____
Deputy Clerk

Deposit Paid $ _____

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY

**SUMMONS**

Cassandra Godfrey

**vs.**

Jerald F. Craft (dba Craft Trucking) 162 Myrtle Sholar Rd
Wallace, NC 28466

[ ] JURY

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Jared M. Lina - Goldstein Hayes & Lina, LLC
One Buckhead Plaza
3060 Peachtree Rd NW Ste 1000
Atlanta, GA 30305
(404) 869-8600
Georgia Bar No. 191099

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

| Defendant's Attorney | Third Party Attorney |
|---|---|
| Address | Address |
| Phone No.        Georgia Bar No. | Phone No.        Georgia Bar No. |

**TYPE OF SUIT**

☒ Personal Injury ☐ Products Liability
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability
☐ Other

Principal $ _____

Interest $ _____

Atty Fees $ _____

Access to the e-filing site and the rules is available at www.dekalbstatecourt.net
To indicate consent to e-service check the box below.
☐(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.

E-file summons1-2016

STATE COURT OF
DEKALB COUNTY, GA.
7/26/2023 3:26 PM
E-FILED
BY: Monica Gay