23A03337
No. _____

**Date Summons Issued and E-Filed**

7/26/2023
_____

/s/ Monica Gay
_____
Deputy Clerk

Deposit Paid $ _____

**[ ] JURY**

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY

**SUMMONS**

Cassandra Godfrey

**vs.**

Progressive Southeastern Insurance Company
c/o Registered Agent CT Corporation System
289 S. Culver Street
Lawrenceville, GA 30046

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Jared M. Lina - Goldstein Hayes & Lina, LLC
One Buckhead Plaza
3060 Peachtree Rd NW Ste 1000
Atlanta, GA 30305
(404) 869-8600
Georgia Bar No. 191099

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

_____     _____
Defendant's Attorney                                                                  Third Party Attorney
_____     _____
Address                                                                                          Address
_____     _____
Phone No.                           Georgia Bar No.                         Phone No.                         Georgia Bar No.

**TYPE OF SUIT**

☒ Personal Injury ☐ Products Liability
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability
☐ Other

Principal $ _____

Interest $ _____

Atty Fees $ _____

**Access to the e-filing site and the rules is available at www.dekalbstatecourt.net**
**To indicate consent to e-service check the box below.**
☐**(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.**

E-file summons1-2016

STATE COURT OF
DEKALB COUNTY, GA.
7/26/2023 3:26 PM
E-FILED
BY: Monica Gay