IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| CASSANDRA GODFREY, ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | |
| ) | FILE NUMBER: 23A03337 |
| v. ) | |
| ) | |
| JERALD F. CRAFT (dba CRAFT ) | |
| TRUCKING) and PROGRESSIVE ) | |
| SOUTHEASTERN INSURANCE CO., ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF JARED M. LINA

Personally appeared before the undersigned officer duly authorized to administer oaths, comes Jared M. Lina, who upon being duly sworn, deposes and states as follows:

1.

I am over the age of eighteen (18) years, I am suffering from no legal disabilities, I am competent to make this Affidavit and I make this affidavit for use in the above-styled case and for all other lawful purposes. This Affidavit is based upon my personal knowledge of the facts set forth herein.

2.

I am an attorney licensed to practice in the State of Georgia and I am serving as an attorney for Plaintiff Cassandra Godfrey in the above-styled case.

3.

Pursuant to O.C.G.A. §§ 40-1-117(a) and 40-12-2, I have personally sent the following documents in the above-styled case via registered or certified mail or statutory overnight delivery, return receipt requested, to Defendant Jerald Craft at 162 Myrtle Sholar Road, Wallace, NC 28466 (see Exhibit A):

JML _JML_

Page 1 of 3

1. Summons and Complaint;

2. General Civil Case Filing Information Form;

3. Plaintiff's First Request for Admissions to Defendant Jerald Craft;

4. Plaintiff's First Continuing Interrogatories to Defendant Jerald Craft;

5. Plaintiff's First Request for Production of Documents to Defendant Jerald Craft; and

6. Affidavit of Jared M. Lina.

FURTHER AFFIANT SAYETH NOT.

This 26th day of July 2023.

_____
JARED M. LINA

Sworn to and subscribed before me this 26th day of July 2023.

_____
Notary Public

NORA NORRIS
Notary Public, Georgia
Fulton County
My Commission Expires
August 28, 2026

JML
Page 2 of 3

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing ***Affidavit of Jared M. Lina*** by hand delivery, registered or certified mail and/or statutory overnight delivery, return receipt requested only to the following:

Mr. Jerald Craft
162 Myrtle Sholar Rd.
Wallace, NC 28466

Progressive Southeastern Insurance Company
Attn: CT Corporation System – Registered Agent
289 S. Culver Street
Lawrenceville, GA 30046-4805

This 26th day of July 2023

                                        **GOLDSTEIN HAYES & LINA, LLC**

                                        */s/ Jared M. Lina*

                                        Jared M. Lina
                                        Georgia Bar No. 191099
                                        James A. Goldstein
                                        Georgia Bar No. 300430
                                        One Buckhead Plaza
                                        3060 Peachtree Road NW
                                        Suite 1000
                                        Atlanta, Georgia 30305
                                        (404) 869-8600
                                        (404) 869-8044 fax
                                        jml@goldsteinhayes.com
                                        jag@goldsteinhayes.com
                                        Attorneys for Plaintiff