**IN THE STATE COURT OF DEKALB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| CASSANDRA GODFREY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CIVIL ACTION FILE NO.: 23A03337 |
| JERALD F. CRAFT (dba CRAFT TRUCKING) and PROGRESSIVE SOUTHEASTERN INSURANCE CO., | ) ) ) |
| | ) |
| Defendants. | ) |

**ANSWER AND ADDITIONAL DEFENSES OF DEFENDANTS JERALD F. CRAFT (DBA CRAFT TRUCKING) AND PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY**

COME NOW, Defendants, Jerald F. Craft (dba Craft Trucking) and Progressive Southeastern Insurance Company by counsel and for their Answer to Plaintiff's Complaint, state as follows:

**FIRST DEFENSE**

No act or omission of this Defendant either proximately caused or contributed to all damages claimed by the Plaintiff, and on account thereof, Plaintiff is not entitled to recover all sums demanded of this Defendant.

**SECOND DEFENSE**

The occurrence complained of was caused, produced, and brought about directly and proximately by the negligence of Plaintiff, and on account thereof, Plaintiff is not entitled to recover any sum of this Defendant.

**THIRD DEFENSE**

The occurrence complained of was caused, produced, and brought about directly and proximately by the negligence of some other person or persons for whom this Defendant was not

responsible and, on account thereof, Plaintiff is not entitled to recover any sum of this Defendant.

## FOURTH DEFENSE

Plaintiff, by the exercise of ordinary care, could have avoided being injured, and on account thereof, Plaintiff is not entitled to recover any sum of this Defendant.

## FIFTH DEFENSE

The negligence of Plaintiff equaled or preponderated over any act or omission of this Defendant in producing and bringing about the occurrence complained of, and on account thereof, Plaintiff is not entitled to recover any sum of this Defendant.

## SIXTH DEFENSE

Defendants respond to each enumerated allegation in Plaintiff's Complaint as follows:

### PARTIES AND JURISDICTION

1.

Defendants admit the allegations set forth within Paragraph 1 of Plaintiff's Complaint.

2.

Defendants admit the allegations set forth within Paragraph 2 of Plaintiff's Complaint.

3.

Defendants admit the allegations set forth within Paragraph 3 of Plaintiff's Complaint.

4.

Defendants admit the allegations set forth within Paragraph 4 of Plaintiff's Complaint.

5.

Defendants can neither admit nor deny the allegations set forth in Paragraph 5, as they are without sufficient knowledge as to the truth of the averments therein.

6.

Defendants admit the allegations set forth within Paragraph 6 of Plaintiff's Complaint.

7.

Defendants admit the allegations set forth within Paragraph 7 of Plaintiff's Complaint.

**FACTS**

8.

Defendants can neither admit nor deny the allegations set forth in Paragraph 8, as they are without sufficient knowledge as to the truth of the averments therein.

9.

Defendants admit the allegations set forth within Paragraph 9 of Plaintiff's Complaint.

10.

Defendants deny the allegations set forth within Paragraph 10 of Plaintiff's Complaint.

11.

Defendants admit the allegations set forth within Paragraph 11 of Plaintiff's Complaint.

12.

Defendants admit the allegations set forth within Paragraph 12 of Plaintiff's Complaint.

**COUNT I – DEFENDANT CRAFT'S NEGLIGENCE**

13.

Responding to Count I, Paragraph 13 of Plaintiff's Complaint, Defendants reiterate and adopt defenses, responses and contentions contained in Paragraphs 1 through 12 of Defendants' Answer to Plaintiff's Complaint.

14.

Defendants admit the allegations set forth within Paragraph 14 of Plaintiff's Complaint.

15.

Defendants admit the allegations set forth within Paragraph 15 of Plaintiff's Complaint.

16.

Defendants deny the allegations set forth within Paragraph 16 of Plaintiff's Complaint.

17.

Defendants deny the allegations set forth within Paragraph 17 of Plaintiff's Complaint.

18.

Defendants deny the allegations set forth within Paragraph 18 of Plaintiff's Complaint.

19.

Defendants deny the allegations set forth within Paragraph 19 of Plaintiff's Complaint.

20.

Defendants deny the allegations set forth within Paragraph 20 of Plaintiff's Complaint.

21.

Defendants deny the allegations set forth within Paragraph 21 of Plaintiff's Complaint.

22.

Defendants deny the allegations set forth within Paragraph 22 of Plaintiff's Complaint.

## **COUNT II - DAMAGES**

23.

Responding to Count II, Paragraph 23 of Plaintiff's Complaint, Defendants reiterate and adopt defenses, responses and contentions contained in Paragraphs 1 through 22 of Defendants' Answer to Plaintiff's Complaint.

24.

Defendants deny the allegations set forth within Paragraph 24 of Plaintiff's Complaint.

25.

Defendants deny the allegations set forth within Paragraph 25 of Plaintiff's Complaint.

26.

Defendants deny the allegations set forth within Paragraph 26 of Plaintiff's Complaint.

27.

Defendants deny the allegations set forth within Paragraph 27 of Plaintiff's Complaint.

28.

Defendants deny the allegations set forth within Paragraph 28 of Plaintiff's Complaint.

## COUNT III – ATTORNEYS' FEES AND LITIGATION EXPENSES UNDER O.C.G.A § 13-6-11

29.

Responding to Count III, Paragraph 29 of Plaintiff's Complaint, Defendants reiterate and adopt defenses, responses and contentions contained in Paragraphs 1 through 28 of Defendants' Answer to Plaintiff's Complaint.

30.

Defendants deny the allegations set forth within Paragraph 30 of Plaintiff's Complaint.

31.

Defendants deny the allegations set forth within Paragraph 31 of Plaintiff's Complaint.

## COUNT IV – PUNITIVE DAMAGES

32.

Responding to Count IV, Paragraph 32 of Plaintiff's Complaint, Defendants reiterate and adopt defenses, responses and contentions contained in Paragraphs 1 through 31 of Defendants' Answer to Plaintiff's Complaint.

33.

Defendants deny the allegations set forth within Paragraph 33 of Plaintiff's Complaint.

34.

Defendants deny the allegations set forth within Paragraph 34 of Plaintiff's Complaint.

35.

Defendants deny the allegations set forth within Paragraph 35 of Plaintiff's Complaint.

**COUNT V – JOINDER OF DEFENDANT COUNTY HALL INSURANCE COMPANY**

36.

Responding to Count V, Paragraph 36 of Plaintiff's Complaint, Defendants reiterate and adopt defenses, responses and contentions contained in Paragraphs 1 through 35 of Defendants' Answer to Plaintiff's Complaint.

37.

Defendants admit the allegations set forth within Paragraph 37 of Plaintiff's Complaint.

38.

Defendants admit the allegations set forth within Paragraph 38 of Plaintiff's Complaint.

39.

Defendants admit the allegations set forth within Paragraph 39 of Plaintiff's Complaint.

40.

Defendants admit the allegations set forth within Paragraph 40 of Plaintiff's Complaint.

41.

Defendants deny the allegations set forth within Paragraph 41 of Plaintiff's Complaint.

42.

Defendant admits direct action is proper but denies the remainder of Paragraph 42 of Plaintiff's Complaint.

### SEVENTH DEFENSE

All allegations not heretofore responded to are hereby expressly denied.

### EIGHTH DEFENSE

While Plaintiff's prayer requires no response, Defendants deny that Plaintiff is entitled to any recovery.

WHEREFORE, having fully answered, Defendants request that this Complaint be dismissed and that all cost be taxed upon the Plaintiff.

Respectfully submitted, this 25th of August, 2023.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Robyn M. Roth*

ROBYN M. ROTH
Georgia Bar No. 153025
Counsel for Defendants

One Premier Plaza
5605 Glenridge Drive NE
Suite 900
Atlanta, GA  30342
(404) 688-6633
rroth@fainmajor.com

**IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA**

| | |
|---|---|
| CASSANDRA GODFREY, )<br>)<br>    Plaintiff, )<br>v. )<br>) <br>JERALD F. CRAFT (dba CRAFT )<br>TRUCKING) and PROGRESSIVE )<br>SOUTHEASTERN INSURANCE CO., )<br>)<br>    Defendants. ) | CIVIL ACTION FILE NO.:  23A03337 |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing ***Answer and Additional Defenses of Defendants*** with the Clerk of Court using *Odyssey eFileGA* which will automatically send e-mail notification of such filing to all parties of record and/or by depositing a copy of same with the United States Postal Service, with first class postage prepaid, as follows:

Jared M. Lina, Esq.
James A. Goldstein, Esq.
Goldstein Hayes & Lina, LLC
One Buckhead Plaza
3060 Peachtree Road, NW, Suite 1000
Atlanta, GA 30305
jml@goldsteinhayes.com
jag@goldsteinhayes.com

Respectfully submitted, this 25th of August, 2023.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Robyn M. Roth*

| | |
|---|---|
| One Premier Plaza<br>5605 Glenridge Drive NE<br>Suite 900<br>Atlanta, GA  30342<br>(404) 688-6633<br>rroth@fainmajor.com | ROBYN M. ROTH<br>Georgia Bar No. 153025<br>Counsel for Defendants |