## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| CASSANDRA GODFREY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JERALD F. CRAFT (dba CRAFT )<br>TRUCKING) and PROGRESSIVE )<br>SOUTHEASTERN INSURANCE CO., )<br>)<br>Defendants. ) | CIVIL ACTION FILE NO.: 23A03337 |

## **DEMAND FOR TWELVE-PERSON JURY**

COMES NOW, Defendants, Jerald F. Craft (dba Craft Trucking) and Progressive Southeastern Insurance Co., and hereby demands a trial by jury of 12 persons as to all issues raised in the pleadings pursuant to O.C.G.A. § 15-12-122.

This 25th day of August, 2023.

                                                   **FAIN, MAJOR & BRENNAN, P.C.**

                                                   */s/ Robyn M. Roth*

| | |
|---|---|
| One Premier Plaza<br>5605 Glenridge Drive NE<br>Suite 900<br>Atlanta, GA  30342<br>(404) 688-6633<br>rroth@fainmajor.com | ROBYN M. ROTH<br>Georgia Bar No. 153025<br>Counsel for Defendants |

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| CASSANDRA GODFREY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | CIVIL ACTION FILE NO.: 23A03337 |
| JERALD F. CRAFT (dba CRAFT ) | |
| TRUCKING) and PROGRESSIVE ) | |
| SOUTHEASTERN INSURANCE CO., ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served the foregoing ***Demand for Twelve-Person Jury*** upon all parties, by placing a true and correct copy of same in the United States Mail, with adequate postage thereon, addressed as follows:

Jared M. Lina, Esq.
James A. Goldstein, Esq.
Goldstein Hayes & Lina, LLC
One Buckhead Plaza
3060 Peachtree Road, NW
Suite 1000
Atlanta, GA 30305
jml@goldsteinhayes.com
jag@goldsteinhayes.com

This 25th day of August, 2023.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Robyn M. Roth*

ROBYN M. ROTH
Georgia Bar No. 153025
Counsel for Defendants

One Premier Plaza
5605 Glenridge Drive NE
Suite 900
Atlanta, GA 30342
(404) 688-6633
rroth@fainmajor.com