TO: All Judges, Clerks of Court and Counsel of Record

FROM: Robyn M. Roth

RE: Notice of Leave of Absence

DATE: August 25, 2023

COMES NOW, Robyn M. Roth, and respectfully notifies all Judges before whom she has cases pending, all affected Clerks of Court, and all opposing counsel that she will be on leave pursuant to Georgia Uniform Court Rule 16.

1. The periods of leave during which time Applicant will be away from the practice of law are as follows:

- **SEPTEMBER 8, 2023;**
- **SEPTEMBER 22, 2023;**
- **SEPTEMBER 25, 2023;**
- **OCTOBER 6, 2023;**
- **NOVEMBER 20-22, 2023;**
- **DECEMBER 18-22, 2023; AND**
- **DECEMBER 26-29, 2023.**

The purpose of these leaves is to spend personal time with family, attend legal seminars and observe religious holidays.

2. All affected Judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Robyn M. Roth*

ROBYN M. ROTH
Georgia Bar No. 153025
Counsel for Defendants

One Premier Plaza
5605 Glenridge Drive NE
Suite 900
Atlanta, GA  30342
(404) 688-6633
rroth@fainmajor.com

**EXHIBIT A**

| CASE STYLE | PRESIDING JUDGE | OPPOSING COUNSEL |
|---|---|---|
| ***Cassandra Godfrey v. Jerald F. Craft (dba Craft Trucking) and Progressive Southeastern Insurance Company*** <br> State Court of Dekalb County <br> Civil Action No.: 23A03337 <br> Our File No.:  07120.22724 | Honorable Mike Jacobs <br><br> State Court of Dekalb County | Jared M. Lina, Esq. <br> James A. Goldstein, Esq. <br> Goldstein Hayes & Lina, LLC <br> One Buckhead Plaza <br> 3060 Peachtree Road, NW <br> Suite 1000 <br> Atlanta, GA 30305 <br> jml@goldsteinhayes.com <br> jag@goldsteinhayes.com |

### IN THE STATE COURT OF DEKALB COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| CASSANDRA GODFREY, )<br>)<br>   Plaintiff, )<br>v. )<br>)<br>JERALD F. CRAFT (dba CRAFT )<br>TRUCKING) and PROGRESSIVE )<br>SOUTHEASTERN INSURANCE CO., )<br>)<br>   Defendants. ) | CIVIL ACTION FILE NO.: 23A03337 |

### **CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon counsel for the opposing parties, the Clerks of Court and all presiding Judges in the foregoing matter a copy of the *Notice of Leave of Absence* via e-file and/or by placing same in the United States Mail, postage prepaid.

Jared M. Lina, Esq.
James A. Goldstein, Esq.
Goldstein Hayes & Lina, LLC
One Buckhead Plaza
3060 Peachtree Road, NW
Suite 1000
Atlanta, GA 30305
jml@goldsteinhayes.com
jag@goldsteinhayes.com

This 25th day of August, 2023.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Robyn M. Roth*

One Premier Plaza
5605 Glenridge Drive NE
Suite 900
Atlanta, GA  30342
(404) 688-6633
rroth@fainmajor.com

ROBYN M. ROTH
Georgia Bar No. 153025
Counsel for Defendants