IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| CASSANDRA GODFREY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CIVIL ACTION FILE NO.:  23A03337 |
| JERALD F. CRAFT (dba CRAFT TRUCKING) and PROGRESSIVE SOUTHEASTERN INSURANCE CO., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## RULE 5.2 CERTIFICATE OF SERVICE

This is to certify that pursuant to Uniform Superior Court Rule 5.2, I have this day served counsel for all parties in the above-referenced matter with a copy of ***Defendants Jerald F. Craft (dba Craft Trucking) and Progressive Southeastern Insurance Co.'s Responses to Plaintiff's First Request for Admissions*** using *Odyssey eFileGA* which will automatically send e-mail notification of such filing to all parties of record and/or by depositing a copy of same with the United States Postal Service, with first class postage prepaid, as follows:

Jared M. Lina, Esq.
James A. Goldstein, Esq.
Goldstein Hayes & Lina, LLC
One Buckhead Plaza
3060 Peachtree Road, NW, Suite 1000
Atlanta, GA 30305
jml@goldsteinhayes.com
jag@goldsteinhayes.com

This 25th day of August, 2023.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Robyn M. Roth*

ROBYN M. ROTH
Georgia Bar No. 153025
Counsel for Defendants

One Premier Plaza
5605 Glenridge Drive NE
Suite 900
Atlanta, GA  30342
(404) 688-6633
rroth@fainmajor.com