

# FAX

| Date: | 06/27/2023 |
|---|---|

| Pages including cover sheet: | 98 |
|---|---|

| **To:** | 8339051741@rcfax.com |
|---|---|
| | |
| | |
| | |
| | |
| *Phone* | |
| *Fax Phone* | (833) 905-1741 |

| **From:** | Goldstein Hayes |
|---|---|
| | Goldstein Hayes & Lina, LLC |
| | 3060 Peachtree Road NW |
| | Atlanta |
| | GA            30305 |
| | |
| *Phone* | 14048698600 |
| *Fax Phone* | 14048698044 |

### NOTE:

<no subject>

PAGE 1/9 * RCVD AT 6/27/2023 4:58:03 PM [Eastern Daylight Time] * SVR:SMRFXP20/1 * DNIS:8339051741 * CSID: * ANI:4048698044 * DURATION (mm-ss):23-09

9 Pages FAXED Tue, 27 Jun 2023 21:28:35 GMT

# GOLDSTEIN HAYES & LINA, LLC
### ATTORNEYS AT LAW
ONE BUCKHEAD PLAZA
3060 PEACHTREE ROAD, N.W.
SUITE 1000
ATLANTA, GEORGIA 30305
(404) 869-8600

JAMES A. GOLDSTEIN
JONATHAN P. HAYES
JARED M. LINA

FACSIMILE
(404) 869-8044

June 27, 2023

Progressive Southeastern Insurance Company
Attn: Ms. Amanda Birdwell
747 Alpha Drive
Highland Heights, OH 44143
Email: amanda_m_birdwell@progressive.com

***CERTIFIED MAIL RETURN RECEIPT, ELECTRONIC MAIL & FACSIMILE (833) 905-1471***

| RE: | | |
|---|---|---|
| Our Client | : | **Cassandra Godfrey** |
| Adverse Driver/Insured | : | **Jerald Craft (dba Craft Trucking)** |
| DOT No. | : | **3737198** |
| Policy Number | : | **952639982** |
| Claim Number | : | **22-6585234** |
| Date of Collision | : | **May 7, 2022** |

*Offer to Compromise Pursuant to*
*O.C.G.A. §§§ 9-11-67.1, 51-12-14 and 24-4-408*

Dear Ms. Birdwell:

As you are aware, this firm represents Ms. Cassandra Godfrey for personal injuries and damages sustained as a result of the above-referenced collision, which was caused by your insured, Jerald Craft (dba Craft Trucking). The information provided herewith is made as an offer to compromise a disputed claim and shall not be admissible in any action related to this claim.

In response to our statutory inquiry, please allow this correspondence to confirm that Progressive Southeastern Insurance Company represented to this office the only liability insurance coverage available to Jerald Craft and/or Craft Trucking in connection with the subject incident is Progressive Southeastern Insurance Company's policy number 952639982 with combined single liability limits of **One Million Dollars ($1,000,000.00)** per incident for bodily injury claims, and that there are no other policies known to you covering Jerald Craft, Craft Trucking, any resident relative of Mr. Craft and/or the vehicle operated by Mr. Craft at the time of the subject incident, including but not limited to individual, commercial, excess, and/or umbrella policies. As set forth herein, this settlement offer is predicated, in part, upon the accuracy of this representation.

## Underlying Facts

At around 5:00 pm on May 7, 2022, my client, Cassandra Godfrey, was travelling eastbound on I-20 in DeKalb County. At the same date and time, your insured, Jerald Craft, who was operating a 2015 International Prostar Limited tractor trailer (U.S. DOT No. 3737198), was driving to Cassandra's right on I-20 East. According to witnesses, your insured wildly attempted to merge left across multiple lanes of traffic at a high rate of speed, nearly striking another vehicle before colliding with the passenger side of Cassandra' vehicle. The violent and unexpected collision caused Cassandra's vehicle to veer into and strike another vehicle before finally coming to rest. Your insured left the scene of the incident before the investigating officers arrived, later claiming that he was running late delivering his load and that "he would handle it." Based on our prior correspondence, I understand Mr. Craft has admitted fault and Progressive has accepted full liability for his undisputed negligence. I am enclosing herein a copy of the accident report and photographs of the extensive damage to Cassandra's vehicle for reference.

Immediately following the collision, Cassandra Godfrey experienced pain in her head, neck, shoulder, pelvis and back, in addition to a feeling of overwhelming anxiety and shock that came with being struck unexpectedly on an interstate by a large tractor trailer, and spinning uncontrollably across the interstate into another oncoming vehicle. As her condition continued to worsen, Cassandra presented to Piedmont Newton Hospital approximately two hours after the wreck for evaluation of her injuries. As noted in the enclosed hospital records, Cassandra initially complained of an intense frontal headache, left shoulder pain, neck and back pain and stiffness, and pain in her right pelvic area and abdomen. Based on her presentation, the ER physician ordered x-rays of Cassandra's cervical spine, thoracic spine, lumbar spine and left shoulder, and administered Toradol, Tylenol and Flexeril for pain, stiffness and muscle spasms resulting from the subject incident. The cervical spine x-ray indicated post-operative changes from a prior cervical fusion at C4-5, along with indications of likely muscular spasm in the cervical region. Based on the nature and severity of Cassandra's symptoms, she was advised to seek follow-up treatment as soon as possible.

Two days following the collision, Cassandra presented to an AICA Orthopedics clinic in Conyers for additional evaluation and treatment. As reflected in her enclosed records, Cassandra's primary complaints were neck pain, thoracic spine pain, lower back pain, left hip pain, left shoulder pain and abdominal pain. Cassandra noted that she was unable to perform any of the physical tasks required of her at work, and that she experienced increased pain and stiffness across her body when walking, lifting, twisting, bending, sitting, standing and sleeping. From May 9, 2022 through June 10, 2022, Cassandra received ongoing therapy, which included hot and cold packs, spinal adjustments, electric muscle stimulation, at-home exercises and therapies, and prescription medications. She also was given a lumbar support brace, which she used continuously, and a take-home TENS unit, which she used with limited results. Throughout the month following the subject incident, Cassandra experienced unrelenting and unimproved discomfort, which included shooting pain and numbness down the right side of her back into her right thigh and leg. Cassandra complained repeatedly of extreme tightness and pain in her lower back, which was exacerbated by any movement. She continued to experience intense pain across her body, which

PAGE 3/9 * RCVD AT 6/27/2023 4:58:03 PM [Eastern Daylight Time] * SVR:SMRFXP20/1 * DNIS:8339051741 * CSID: * ANI:4048698044 * DURATION (mm-ss):23-09

9 Pages FAXED Tue, 27 Jun 2023 21:28:35 GMT

became worse with movement of any kind. Given Cassandra's lack of improvement over a month of conservative therapy and her ongoing state of extreme discomfort, the practitioners at AICA referred Cassandra to an orthopedic specialist for her continued pain, acute edema, muscle spasms and radiculopathy.

On June 7, 2022, Cassandra presented to the orthopedic team at Ortho Sport & Spine for further evaluation of her injuries. By this time, Cassandra was complaining primarily of excruciating neck and back pain, with numbness, pain and tingling radiating into her right thigh, general muscle and joint pain, stubborn headaches and continuing pain shooting from her neck to her left shoulder. On physical exam, Cassandra demonstrated extremely limited lumbar flexion, extension and range of motion, with positive facet loading signs. Based on Cassandra's initial presentation, Cassandra's treatment provider ordered MRIs of Cassandra's cervical and lumbar spine, told her to continue using her lumbar support brace, and provided her with Dendacrin cream, LidoPro ointment and Flexeril. As noted in the records, the lumbar MRI demonstrated a disc bulge at L4-L5 with bilateral changes in the L5-S1 facet joints, and the cervical MRI demonstrated a disc protrusion at C5-6. Based on these MRI findings, the physical exam results and Cassandra's subjective complaints over the course of a month, it was recommended that she receive cervical and lumbar facet injections for alleviation of her pain.

With her pain worsening and her daily life becoming more and more miserable, Cassandra was agreeable to the proposed injections, but sought a second opinion on her injuries and treatment plan from Dr. Lee Kelley at Peachtree Orthopaedic Clinic in September of 2022. Dr. Kelley had performed a successful cervical discectomy and fusion surgery on Cassandra at C4-C5 approximately 12 years before the subject incident, so Cassandra trusted Dr. Kelley's medical opinions. Dr. Kelley reviewed the June 8, 2022 cervical and lumbar MRIs, and he agreed with the findings referenced above (i.e., the disc bulge at L4-L5, the facet joint changes at L5-S1, and the disc protrusion at C5-6). Dr. Kelley also recommended that Cassandra proceed with cervical and lumbar facet injections, as proposed by the treatment team at Ortho Sport & Spine, and referred Cassandra to Dr. Donald Langenbeck to administer the injections.

Between November 2022 and January of 2023, Dr. Langenbeck administered both cervical and lumbar facet injections, with varying levels of relief. As documented in the records, Cassandra experienced approximately one month of reduced pain before the pain began to again worsen. In March of 2023, Dr. Kelley recommended that Cassandra consider radiofrequency nerve ablation procedures in her cervical and lumbar spine based on her continuing symptoms. Dr. Langenbeck proceeded with these RFA procedures on March 22, 2023 and April 5, 2023, respectively. Cassandra experienced significant improvement from these procedures, as documented in the records, but she still has significant neck pain with symptoms continuing to radiate to her left shoulder and mid-back pain. Fortunately, the pain and numbness radiating to her right leg seem to have been remedied by the aforementioned procedures for the time being. Cassandra continues to be under the care of the physicians at Peachtree Orthopaedic Clinic as of the date of this demand letter. I am including below a tally of Cassandra's medical expenses in our possession to date, and I am including for your review the corresponding records and bills.

| Piedmont Newton Hospital | 5/7/22 | $ 3,345.97 |
| AICA Orthopedics | 5/9/22-6/10/22 | $ 4,097.55 |
| Ortho Sport & Spine | 6/7/23-7/18/22 | $ 8,364.36 |
| Peachtree Orthopedics | 9/21/22-4/24/23 | $26,548.16 |
| POC Surgery Center | 11/30/22-4/5/23 | $37,700.00 |

**Total Medical Bills (in possession to date)**       **$80,056.04**

Cassandra Godfrey was a very active 51-year-old woman at the time of the subject incident. She was the primary caretaker for her 98-year-old grandmother, a self-described active "outdoor girl," a passionate traveler, and a full-time construction worker on large commercial projects. At the time of this incident, Cassandra's full-time job required (and allowed) her to travel around the country weatherizing government-owned facilities and buildings.

Of course, due to the nature of her injuries, Cassandra's life changed in an instant. She was no longer able to care for her grandmother following the incident, and she was unable to go hiking, hunting or otherwise exercise in the outdoors. Cassandra had to cancel a cruise that she had scheduled well before the subject incident, and she missed a family reunion in Disney World because of her injuries. Cassandra also was in a long-term relationship at the time of the incident, which ended as a direct result of Cassandra's injuries and resulting limitations. Cassandra attempted to work through her injuries initially, but found that to be an impossible task. Her doctors quickly placed Cassandra on "light duty" status, but "light duty" accommodations are nearly impossible for a travelling construction worker on large government projects. In January of 2023, Cassandra was terminated from her construction job due to her inability to perform actual construction work, creating even more anxiety and distress in her life. More than a year removed from the subject incident, Cassandra has experienced daily pain and physical limitations in her neck and back, constant headaches resulting from her neck injury, countless sleepless nights, numerous medical procedures, financial distress, the loss of personal relationships, and the never-ending anxiety that comes along with living life in constant pain.

### Offer of Settlement

All the injuries, damages, pain and suffering referenced above were proximately caused by the reckless negligence of your insured, Jerald Craft. To be clear, Cassandra Godfrey did absolutely nothing wrong to cause this wreck. I have no doubt that a DeKalb County would handsomely compensate Cassandra for the significant and ongoing injuries she sustained due to the reckless driving of your insured.

While Cassandra is still receiving medical treatment and coping on a daily basis with the ramifications of her injuries, she has authorized me to explore a resolution of this matter. Based upon the foregoing and pursuant to O.C.G.A. §§ 9-11-67.1 and 51-12-14, demand is hereby made on behalf of Cassandra Godfrey and upon Progressive Southeastern Insurance Company, Jerald Craft and Craft Trucking for payment of the amount of **Six Hundred Thousand Dollars ($600,000.00)** under policy number 952639982 for the personal injuries sustained by Cassandra Godfrey in the May 7, 2022 motor vehicle collision.

PAGE 5/9 * RCVD AT 6/27/2023 4:58:03 PM [Eastern Daylight Time] * SVR:SMRFXP20/1 * DNIS:8339051741 * CSID: * ANI:4048698044 * DURATION (mm-ss):23-09

9 Pages FAXED Tue, 27 Jun 2023 21:28:35 GMT

Upon acceptance of this offer and fulfillment of all the conditions set forth below, my client will execute a general release of any and all bodily injury claims arising from the subject incident, including but not limited to any potential claims for attorneys' fees and/or punitive damages. This general release would serve in favor of Progressive Southeastern Insurance Company, Jerald Craft, Craft Trucking and any of the aforementioned releasees' affiliated entities.

This offer is contingent upon strict compliance with the following:

1. Acceptance of this offer shall be made in writing to this office within thirty (30) days after your receipt of this letter, at which time the offer shall be considered withdrawn.

2. Payment either by draft or bank check shall be received in this office no later than forty (40) days of your receipt of this letter. Our timely receipt of payment is an essential element of acceptance.

3. Draft or bank check(s) shall be made payable to "Cassandra Godfrey and Goldstein Hayes & Lina, LLC." Our tax identification number is 85-0750340 and a copy of our W9 is enclosed herewith.

I respectfully request that, in the event you elect to reject this demand, you notify your insured, Mr. Jerald Craft, of your decision and inform him that he will be party to a lawsuit and his personal assets will be at risk as a result thereof.

Please call should you have any questions. Otherwise, I look forward to hearing from you within the aforementioned time frame.

Very truly yours,

*Jared Lina*

Jared M. Lina

JML/nn
Enclosures

PAGE 6/9 * RCVD AT 6/27/2023 4:58:03 PM [Eastern Daylight Time] * SVR:SMRFXP20/1 * DNIS:8339051741 * CSID: * ANI:4048698044 * DURATION (mm-ss):23-09

9 Pages FAXED Tue, 27 Jun 2023 21:28:35 GMT

# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC No. | County | Date Rec. by DOT |
|---|---|---|---|
| 22-037069 | 0440200 | DEKALB | 5/7/2022 |

| Estimated Crash Date | Time | Dispatch Date | Time | Arrival Date | Time | Total Vehicles | Injuries | Fatalities | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| 5/7/2022 | 16:54 | 5/7/2022 | 17:14 | 5/7/2022 | 17:34 | 3 | 2 | 0 | Unincorporated |

**Road of Occurrence:** I 20 East
**Not At Its Intersection But:** 1249 Feet West
**From its Intersection With:** Of PANOLA RD
**Latitude (Y):** 33.703281
**Longitude (X):** -84.174429

Suppl. To Original? ☐
Private Property? ☐
Hit And Run? ☐

---

## Unit #1 (Driver: CRAFT, JERALD)

- **Address:** 162 MYRTLE SHOLAR RD
- **City:** WALLACE  **State:** NC  **Zip:** 28466  **DOB:** 5/5/1947
- **Driver's License No:** 000003601651  **Class:** CLASS A  **State:** NC  **Country:** USA
- **Insurance Co.:** PROGRESSIVE PREMIER  **Policy No.:** 952639982  **Telephone:** 9102844697
- **Year:** 2015  **Make:** INTERNATIONAL  **Model:** PROSTAR LIMITED
- **VIN:** 3HSDJAPR3FN716200  **Color:** White
- **Tag #:** NM2749  **State:** NC  **Year:** 2022
- ☑ Same as Driver — Owner: CRAFT, JERALD
- **Address:** 162 MYRTLE SHOLAR RD, WALLACE, NC 28466
- **Removed By:** RELEASE TO OWNER
- **Alcohol Test:** No  **Drug Test:** No
- **First Harmful Event:** Motor Vehicle In Motion
- **Most Harmful Event:** Motor Vehicle In Motion
- **Operator/Ped Cond:** Not Drinking
- **Operator Factors:** Changed Lanes Improperly
- **Vehicle Factors:** No Contributing Factors
- **Roadway Factors:** No Contributing Factors
- **Direction of Travel:** East
- **Vehicle Maneuver:** Changing Lanes
- **Vehicle Class:** Commercial Motor Vehicle (CMV)
- **Vehicle Type:** Tractor/Trailer
- **Vision Obscured:** Not Obscured
- **Number of Occupants:** 1
- **Area of Initial Contact:** Left Side-Near Rear
- **Damage to Vehicle:** Minor Damage
- **Traffic Way Flow:** One-Way Trafficway
- **Road Composition:** Black Top
- **Road Character:** Straight and Level
- **Number of Lanes:** 3  **Posted Speed:** 65  **Work Zone:** None
- **Traffic Control:** Lanes  **Device Inoperative:** No
- **Susp At Fault:** ☑

### Commercial Motor Vehicles Only (Unit 1)
- **Carrier Name:** JERALD FRANKLIN CRAFT
- **Address:** 162 MYRTLE SHOLAR RD, Wallace, North Carolina 28466
- **U.S. D.O.T. #:** 3737196  **No. of Axles:** 6  **G.V.W.R:** 10000 or Less-No Haz-8 Or Less
- **Cargo Body Type:** Van Enclosed-Box
- **Vehicle Config.:** Tractor Trailer
- ☑ Interstate  **Fed. Reportable:** No
- **C.D.L.?** Yes  **C.D.L. Suspended?** No
- **Vehicle Placarded?** No  **Hazardous Materials?** No
- **Hazmat Released?** No

---

## Unit #2 (Driver: GODFREY, CASSANDRA)

- **Address:** 180 AVONLEA DR
- **City:** COVINGTON (NEWTON)  **State:** GA  **Zip:** 30016  **DOB:** 1/16/1971
- **Driver's License No:** 043106227  **Class:** CLASS C  **State:** GA  **Country:** USA
- **Insurance Co.:** PROGRESSIVE PREMIER  **Policy No.:** 955361053  **Telephone:** 6787605975
- **Year:** 2021  **Make:** HYUNDAI  **Model:** TUCSON
- **VIN:** KM8J33A48MU401823  **Color:** Gray
- **Tag #:** UEM258  **State:** SC  **Year:** 2023
- ☑ Same as Driver — Owner: GODFREY, CASSANDRA
- **Address:** 180 AVONLEA DR, COVINGTON (NEWTON), GA 30016
- **Removed By:** RELEASE TO OWNER
- **Alcohol Test:** No  **Drug Test:** No
- **First Harmful Event:** Motor Vehicle In Motion
- **Most Harmful Event:** Motor Vehicle In Motion
- **Operator/Ped Cond:** Not Drinking
- **Operator Factors:** No Contributing Factors
- **Vehicle Factors:** No Contributing Factors
- **Roadway Factors:** No Contributing Factors
- **Direction of Travel:** East
- **Vehicle Maneuver:** Straight
- **Vehicle Class:** Privately Owned
- **Vehicle Type:** Sports Utility Vehicle (SUV)
- **Vision Obscured:** Not Obscured
- **Number of Occupants:** 1
- **Area of Initial Contact:** Right Side-Center
- **Damage to Vehicle:** Functional Damage
- **Traffic Way Flow:** One-Way Trafficway
- **Road Composition:** Black Top
- **Road Character:** Straight and Level
- **Number of Lanes:** 3  **Posted Speed:** 65  **Work Zone:** None
- **Traffic Control:** Lanes  **Device Inoperative:** No
- **Susp At Fault:** ☐

PAGE 7/9 * RCVD AT 6/27/2023 4:58:03 PM [Eastern Daylight Time] * SVR:SMRFXP20/1 * DNIS:8339051741 * CSID: * ANI:4048698044 * DURATION (mm-ss):23-09

9 Pages FAXED Tue, 27 Jun 2023 21:28:35 GMT

GDOT-523 (07/17)

| Unit # | Driver ☑ / Ped ☐ / Bike ☐ | LAST NAME | FIRST | MIDDLE |
|---|---|---|---|---|
| 3 | Susp At Fault ☐ | DRAKES | CHANDLER | |
| | Address | 2926 SHADES VALLEY LN | | |

| City | State | Zip | DOB |
|---|---|---|---|
| GAINESVILLE (HALL) | GA | 30501 | 3/17/1992 |

| Driver's License No | Class | State | Country |
|---|---|---|---|
| 059141354 | CLASS C | GA | USA |

| Insurance Co. | Policy No. | Telephone No. |
|---|---|---|
| PROGRESSIVE MOUNTAIN | 949384695 | 6467406636 |

| Year | Make | Model |
|---|---|---|
| 2016 | BMW | 535I AUTOMATIC |

| VIN | Vehicle Color |
|---|---|
| WBA5B1C55GG551701 | Black |

| Tag # | State | County | Year |
|---|---|---|---|
| IDG8F | GA | HALL | 2023 |

| Trailer Tag # | State | County | Year |
|---|---|---|---|
| | | | |

| Same as Driver ☑ | Owner's Last Name | First | Middle |
|---|---|---|---|
| | DRAKES | CHANDLER | |

Address: 2926 SHADES VALLEY LN

| City | State | Zip |
|---|---|---|
| GAINESVILLE (HALL) | GA | 30501 |

Removed By: RELEASE TO OWNER   Request ☐  List ☐

| Alcohol Test: No | Type: | Results: | Drug Test: No | Type: | Results: |
|---|---|---|---|---|---|

| First Harmful Event: | Most Harmful Event: | Operator/Ped Cond: |
|---|---|---|
| Motor Vehicle In Motion | Motor Vehicle In Motion | Not Drinking |

Operator Factors: No Contributing Factors
Vehicle Factors: No Contributing Factors    Roadway Factors: No Contributing Factors

| Direction of Travel: East | Vehicle Maneuver: Straight | Non-Motor Maneuver: |
|---|---|---|

| Vehicle Class: Privately Owned | Vehicle Type: Passenger Car | Vision Obscured: Not Obscured |
|---|---|---|

| Number of Occupants: 1 | Area of Initial Contact: Left Side-Near Rear | Damage to Vehicle: Functional Damage |
|---|---|---|

| Traffic Way Flow: One-Way Trafficway | Road Composition: Black Top | Road Character: Straight and Level |
|---|---|---|

Number of Lanes: 3   Posted Speed: 65   Work Zone: None

Traffic Control: Lanes   Device Inoperative: Yes ☐ No ☑

Citation Information:
Citation #           O.C.G.A. §
Citation #           O.C.G.A. §
Citation #           O.C.G.A. §

**COMMERCIAL MOTOR VEHICLES ONLY**

| Carrier Name | | | |
|---|---|---|---|
| Address | City | State | Zip |

U.S. D.O.T. #     No. of Axles     G.V.W.R

| Cargo Body Type | Vehicle Config. | Interstate ☐ / Intrastate ☐ | Fed. Reportable Yes ☐ No ☐ |
|---|---|---|---|

C.D.L.? Yes ☐ No ☐    C.D.L. Suspended? Yes ☐ No ☐
Vehicle Placarded? Yes ☐ No ☐    Hazardous Materials? Yes ☐ No ☐
Hazmat Released? Yes ☐ No ☐

If YES: Name or 4 Digit Number from Diamond or Box:
One Digit Number from Bottom of Diamond:

Ran Off Road ☐   Down Hill Runaway ☐   Cargo Loss or Shift ☐   Separation of Units ☐

GDOT-523 (07/17)

9 Pages FAXED Tue, 27 Jun 2023 21:28:35 GMT

PAGE 8/9 * RCVD AT 6/27/2023 4:58:03 PM [Eastern Daylight Time] * SVR:SMRFXP20/1 * DNIS:8339051741 * CSID: * ANI:4048698044 * DURATION (mm-ss):23-09

## COLLISION FIELDS

| Manner of Collision: Angle | Location at Area of Impact: On Roadway - Non-Intersection | Weather: Cloudy | Surface Condition: Dry | Light Condition: Daylight |

## NARRATIVE

Based on the statements given by all drivers, the following occurred:
Driver 1 stated that he was traveling on I-20 EB near Panola Rd in lane 3. Driver 2 stated that she was traveling on I-20 EB near Panola Rd in lane 1. Driver 3 stated that he was traveling on I-20 EB near Panola Rd in lane 2 behind Vehicle 1 and Vehicle 2.
Driver 3 stated that as he was approaching Panola Rd, Vehicle 1 began to change lanes, almost colliding with Vehicle 3. Driver 3 then stated that Vehicle 1 continued to go across the lanes, resulting in the driver-side of the trailer impacting the passenger-side of Vehicle 2. Driver 3 then stated that from that initial collision, Vehicle 2 began to go into lane 2, causing the passenger-side of Vehicle 2 to strike the rear driver-side of Vehicle 2.
Driver 2 stated that she was driving straight when she just felt several impacts.
I made contact with Driver 1, via telephone, and he stated that he was driving in the right lane and that he did not hit Vehicle 2. Driver 1 was not at the scene at the time of the call and said that he was running late delivering his load. Driver 1 also mentioned that he exchanged information with the other drivers and that he handle it. Driver 1 refused to give any further details on the incident.
Driver 2 had complaints of leg pain and was examined by E14. Driver 3 had complaints of back pain and was also examined by E14.
All parties were given a case number in reference to this incident.
In addition, the body-worn camera was activated.

## DIAGRAM



Not To Scale

## PROPERTY DAMAGE INFORMATION

Damage Other Than Vehicle:                             Owner:

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |

GDOT-523 (07/17)