# Exhibit A

# Price/Service Contract

This agreement is for shipment contract number: **36829**
and is binding between the broker - TROY LOGISTICS, LLC and carrier:

## CARGOPRIME CORPORATION

Carrier pursuant to 49 USC 13901C hereby specifies its motor carrier authority as the sole authority under which it shall provide the service hereunder and agrees to use a truck and trailer controlled and/or operated by Carrier to transport the load described below:

A. Pick up a load described approximately as:  UNKWN  pcs.  @  <7K  lbs.
B. Commodity described approximately as:  UNKWN  HAZ? **N**
C. Loading address:  ARROW ELECTRONICS, INC  phone:
   640 MAESTRO DR, SUITE 107, RENO, NV 89511
D. Delivery address:  CLOUD NETWORK TECH USA INC  phone:
   9850 FALLBROOK PINES DR, DOCK 62, HOUSTON, TX 77064
E. Service Info:  CARRIER MUST PROVIDE A COPY OF THE SIGNED BILL OF LADING THE DAY OF DELIVERY OR RECEIVE A $100 PENALTY.  ANY LEGIBLE VERSION IS ACCEPTABLE, INCLUDING, CELL PHONE PICTURE, FAX, SCAN, ETC. - PICKUP NUMBER REQUIRED

DRIVERS MUST SECURE FREIGHT FOR TRANSPORT. MUST HAVE 2-4 STRAPS.

MUST BE TEAM. MUST BE 53' DEDICATED DRY VAN.

DRIVERS MUST ACCEPT TRUCKERTOOLS TRACKING FOR ENTIRE DURATION OF LOAD.

| PICK UP | AT | 0800 | ON | 1/11 | DELIVER | BY | 0900 | ON | 1/13 |
|---|---|---|---|---|---|---|---|---|---|

F. Price agreed to:  $  **4,200.00**  ALL INCLUSIVE

1. By signing below or picking up the load Carrier agrees to the terms of the Troy Logistics - Carrier/Broker Contract.  Any conflict in terms shall be resolved in favor of the Price/Service Contract. 2.  Carrier agrees to notify broker of any delays.  Failure to notify will result in a payment penalty per the Carrier/Broker Contract. Mechanical delays shall be documented, ie. Repair receipts.  Any unauthorized, improper or unsubstantiated delays shall result in payment reduction per the Carrier/Broker Contract.    3.  If team drivers are required and a single driver is used, compensation will be reduced by 30%.
4.  Unless designated as a partial load, Carrier agrees to the exclusive use of it's vehicle or compensation will be reduced by a prorata amount with a minimum reduction in compensation of 50%.  5.  If a sealed load arrives at destination with the seal broken, compensation will be reduced by 50%.
6.  It is the Carrier's sole responsibility to insure the driver is in compliance with DOT regulations.
7.  Carrier agrees to keep the trailer locked and sealed at all times to prevent theft and shortages.
8.  Unauthorized unloading of trailer will result in a 50% payment reduction.    9. Carrier shall cause its name to be listed as carrier of record on any Bill of Lading, not Broker's.    10.  Carrier agrees that it is an independent contractor over whom Broker neither exercises, nor is able to exercise supervision, control or direction.    11.  Carrier agrees that the delivery information and any map or directional guidance are informational only and provided by Broker as a courtesy  12.  Carrier indemnifies and shall hold Broker harmless from and against any and all claims and associated attorney fees relating in any way to this agreement or the transportation provided pursuant hereto, except claims resulting from the sole negligence or intentional misconduct of the Broker.

signature of authorized carrier representative      printed name of authorized carrier rep.

Please sign and fax back to:    404 806 4444        p  770 305 9700
Please mail invoice to:   TROY LOGISTICS, LLC
                          38 MACON STREET
                          McDonough, Ga  30253

# Price/Service Contract

This agreement is for shipment contract number: **36855**
and is binding between the broker - TROY LOGISTICS, LLC and carrier:

## CARGOPRIME CORPORATION

Carrier pursuant to 49 USC 13901C hereby specifies its motor carrier authority as the sole authority under which it shall provide the service hereunder and agrees to use a     truck and trailer controlled and/or operated by Carrier to transport the load described below:

| | |
|---|---|
| A. Pick up a load described approximately as: | UNKWN pcs. @ <25K lbs. |
| B. Commodity described approximately as: | UNKWN    HAZ? N |
| C. Loading address: | ARROW ELECTRONICS, INC    phone: |
| | 640 MAESTRO DR, SUITE 107, RENO, NV 89511 |
| D. Delivery address: | CLOUD NETWORK TECH USA INC   phone: |
| | 9850 FALLBROOK PINES DR, DOCK 62, HOUSTON, TX 77064 |

E. Service Info: CARRIER MUST PROVIDE A COPY OF THE SIGNED BILL OF LADING THE DAY OF DELIVERY OR RECEIVE A $100 PENALTY. ANY LEGIBLE VERSION IS ACCEPTABLE, INCLUDING, CELL PHONE PICTURE, FAX, SCAN, ETC. - PICKUP NUMBER REQUIRED

DRIVERS MUST SECURE FREIGHT FOR TRANSPORT. MUST HAVE 2-4 STRAPS.

MUST BE TEAM. MUST BE 53' DEDICATED DRY VAN. MUST HAVE $250K CARGO INSURANCE.

DRIVERS MUST ACCEPT TRACKING FOR ENTIRE DURATION OF LOAD. MUST BE TEAM DRIVERS

MUST SEND PICTURE OF SEAL BEFORE LEAVING SHIPPER. MUST HAVE TRACKING THROUGHTOUT LOAD

| PICK UP AT 1200-1600 ON 1/17 | DELIVER AT 0800 ON 1/20 |
|---|---|
| F. Price agreed to: | $ 4,200.00   ALL INCLUSIVE |

1. By signing below or picking up the load Carrier agrees to the terms of the Troy Logistics - Carrier/Broker Contract. Any conflict in terms shall be resolved in favor of the Price/Service Contract.  2. Carrier agrees to notify broker of any delays. Failure to notify will result in a payment penalty per the Carrier/Broker Contract. Mechanical delays shall be documented, ie. Repair receipts. Any unauthorized, improper or unsubstantiated delays shall result in payment reduction per the Carrier/Broker Contract.  3. If team drivers are required and a single driver is used, compensation will be reduced by 30%.
4. Unless designated as a partial load, Carrier agrees to the exclusive use of it's vehicle or compensation will be reduced by a prorata amount with a minimum reduction in compensation of 50%.  5. If a sealed load arrives at destination with the seal broken, compensation will be reduced by 50%.
6. It is the Carrier's sole responsibility to insure the driver is in compliance with DOT regulations.
7. Carrier agrees to keep the trailer locked and sealed at all times to prevent theft and shortages.
8. Unauthorized unloading of trailer will result in a 50% payment reduction.  9. Carrier shall cause its name to be listed as carrier of record on any Bill of Lading, not Broker's.  10. Carrier agrees that it is an independent contractor over whom Broker neither exercises, nor is able to exercise supervision, control or direction.  11. Carrier agrees that the delivery information and any map or directional guidance are informational only and provided by Broker as a courtesy. 12. Carrier indemnifies and shall hold Broker harmless from and against any and all claims and associated attorney fees relating in any way to this agreement or the transportation provided pursuant hereto, except claims resulting from the sole negligence or intentional misconduct of the Broker.

| signature of authorized carrier representative | printed name of authorized carrier rep. |
|---|---|
| Please sign and fax back to:  404 806 4444 | p  770 305 9700 |
| Please mail invoice to:  TROY LOGISTICS, LLC | |
| 38 MACON STREET | |
| McDonough, Ga  30253 | |

# Price/Service Contract

This agreement is for shipment contract number: **36860**

and is binding between the broker - TROY LOGISTICS, LLC and carrier:

## CARGOPRIME CORPORATION

Carrier pursuant to 49 USC 13901C hereby specifies its motor carrier authority as the sole authority under which it shall provide the service hereunder and agrees to use a truck and trailer controlled and/or operated by Carrier to transport the load described below:

**A. Pick up a load described approximately as:** UNKWN pcs. @ <15K lbs.

**B. Commodity described approximately as:** UNKWN     HAZ? N

**C. Loading address:** ARROW ELECTRONICS, INC    phone:
640 MAESTRO DR, SUITE 107, RENO, NV 89511

**D. Delivery address:** CLOUD NETWORK TECH USA INC    phone:
9850 FALLBROOK PINES DR, DOCK 62, HOUSTON, TX 77064

**E. Service Info:** CARRIER MUST PROVIDE A COPY OF THE SIGNED BILL OF LADING THE DAY OF DELIVERY OR RECEIVE A $100 PENALTY.  ANY LEGIBLE VERSION IS ACCEPTABLE, INCLUDING, CELL PHONE PICTURE, FAX, SCAN, ETC. - PICKUP NUMBER REQUIRED

DRIVERS MUST SECURE FREIGHT FOR TRANSPORT. MUST HAVE 2-4 STRAPS.

MUST BE TEAM FOR ENTIRE DURATION. MUST BE 53' DEDICATED DRY VAN.

DRIVERS MUST ACCEPT TRUCKERTOOLS TRACKING FOR ENTIRE DURATION OF LOAD.

**5 HOURS DETENTION AT SHIPPER ADDED.**

| PICK UP | AT | 0800-1200 | ON | 1/20 | DELIVER BY | 0800 | ON | 1/23 |
|---|---|---|---|---|---|---|---|---|

**F. Price agreed to:** $ **4,200.00** ALL INCLUSIVE

1. By signing below or picking up the load Carrier agrees to the terms of the Troy Logistics - Carrier/Broker Contract.  Any conflict in terms shall be resolved in favor of the Price/Service Contract. 2.  Carrier agrees to notify broker of any delays.  Failure to notify will result in a payment penalty per the Carrier/Broker Contract.  Mechanical delays shall be documented, ie. Repair receipts.  Any unauthorized, improper or unsubstantiated delays shall result in payment reduction per the Carrier/Broker Contract.   3.  If team drivers are required and a single driver is used, compensation will be reduced by 30%.
4.  Unless designated as a partial load, Carrier agrees to the exclusive use of it's vehicle or compensation will be reduced by a prorata amount with a minimum reduction in compensation of 50%.  5.  If a sealed load arrives at destination with the seal broken, compensation will be reduced by 50%.
6.  It is the Carrier's sole responsibility to insure the driver is in compliance with DOT regulations.
7.  Carrier agrees to keep the trailer locked and sealed at all times to prevent theft and shortages.
8.  Unauthorized unloading of trailer will result in a 50% payment reduction.   9. Carrier shall cause its name to be listed as carrier of record on any Bill of Lading, not Broker's.    10.  Carrier agrees that it is an independent contractor over whom Broker neither exercises, nor is able to exercise supervision, control or direction.    11. Carrier agrees that the delivery information and any map or directional guidance are informational only and provided by Broker as a courtesy.  12. Carrier indemnifies and shall hold Broker harmless from and against any and all claims and associated attorney fees relating in any way to this agreement or the transportation provided pursuant hereto, except claims resulting from the sole negligence or intentional misconduct of the Broker.

_____     _____

signature of authorized carrier representative     printed name of authorized carrier rep.

Please sign and fax back to:     **404 806 4444**     p  770 305 9700

Please mail invoice to:     TROY LOGISTICS, LLC
38 MACON STREET
McDonough, Ga  30253

# Price/Service Contract

This agreement is for shipment contract number: **36862**

and is binding between the broker - TROY LOGISTICS, LLC and carrier:

## CARGOPRIME CORPORATION

Carrier pursuant to 49 USC 13901C hereby specifies its motor carrier authority as the sole authority under which it shall provide the service hereunder and agrees to use a truck and trailer controlled and/or operated by Carrier to transport the load described below:

**A. Pick up a load described approximately as:** UNKWN pcs. @ <15K lbs.

**B. Commodity described approximately as:** UNKWN    HAZ? N

**C. Loading address:** ARROW ELECTRONICS, INC   phone:
640 MAESTRO DR, SUITE 107, RENO, NV 89511

**D. Delivery address:** CLOUD NETWORK TECH USA INC   phone:
9850 FALLBROOK PINES DR, DOCK 62, HOUSTON, TX 77064

**E. Service Info:** CARRIER MUST PROVIDE A COPY OF THE SIGNED BILL OF LADING THE DAY OF DELIVERY OR RECEIVE A $100 PENALTY. ANY LEGIBLE VERSION IS ACCEPTABLE, INCLUDING, CELL PHONE PICTURE, FAX, SCAN, ETC. - PICKUP NUMBER REQUIRED

DRIVERS MUST SECURE FREIGHT FOR TRANSPORT. MUST HAVE 2-4 STRAPS.

MUST BE TEAM FOR ENTIRE DURATION. MUST BE 53' DEDICATED DRY VAN.

DRIVERS MUST ACCEPT TRUCKERTOOLS TRACKING FOR ENTIRE DURATION OF LOAD.

5 HOURS DETENTION AT SHIPPER ADDED.

| PICK UP | AT | 0800-1200 | ON | 1/20 | DELIVER BY | 0800 | ON | 1/23 |
|---|---|---|---|---|---|---|---|---|

**F. Price agreed to:** $ 4,200.00   ALL INCLUSIVE

1. By signing below or picking up the load Carrier agrees to the terms of the Troy Logistics - Carrier/Broker Contract. Any conflict in terms shall be resolved in favor of the Price/Service Contract.  2. Carrier agrees to notify broker of any delays. Failure to notify will result in a payment penalty per the Carrier/Broker Contract. Mechanical delays shall be documented, ie. Repair receipts. Any unauthorized, improper or unsubstantiated delays shall result in payment reduction per the Carrier/Broker Contract.  3. If team drivers are required and a single driver is used, compensation will be reduced by 30%.
4. Unless designated as a partial load, Carrier agrees to the exclusive use of it's vehicle or compensation will be reduced by a prorata amount with a minimum reduction in compensation of 50%.  5. If a sealed load arrives at destination with the seal broken, compensation will be reduced by 50%.
6. It is the Carrier's sole responsibility to insure the driver is in compliance with DOT regulations.
7. Carrier agrees to keep the trailer locked and sealed at all times to prevent theft and shortages.
8. Unauthorized unloading of trailer will result in a 50% payment reduction.  9. Carrier shall cause its name to be listed as carrier of record on any Bill of Lading, not Broker's.  10. Carrier agrees that it is an independent contractor over whom Broker neither exercises, nor is able to exercise supervision, control or direction.  11. Carrier agrees that the delivery information and any map or directional guidance are informational only and provided by Broker as a courtesy.  12. Carrier indemnifies and shall hold Broker harmless from and against any and all claims and associated attorney fees relating in any way to this agreement or the transportation provided pursuant hereto, except claims resulting from the sole negligence or intentional misconduct of the Broker.

signature of authorized carrier representative        printed name of authorized carrier rep.

Please sign and fax back to:   404 806 4444        p  770 305 9700

Please mail invoice to:   TROY LOGISTICS, LLC
38 MACON STREET
McDonough, Ga 30253

# Price/Service Contract

This agreement is for shipment contract number: **36869**

and is binding between the broker - TROY LOGISTICS, LLC and carrier:

## CARGOPRIME CORPORATION

Carrier pursuant to 49 USC 13901C hereby specifies its motor carrier authority as the sole authority under which it shall provide the service hereunder and agrees to use a truck and trailer controlled and/or operated by Carrier to transport the load described below:

**A. Pick up a load described approximately as:** UNKWN pcs. @ <15K lbs.

**B. Commodity described approximately as:** UNKWN   HAZ? N

**C. Loading address:** ARROW ELECTRONICS, INC   phone:
640 MAESTRO DR, SUITE 107, RENO, NV 89511

**D. Delivery address:** CLOUD NETWORK TECH USA INC   phone:
9850 FALLBROOK PINES DR, DOCK 62, HOUSTON, TX 77064

**E. Service Info:** CARRIER MUST PROVIDE A COPY OF THE SIGNED BILL OF LADING THE DAY OF DELIVERY OR RECEIVE A $100 PENALTY. ANY LEGIBLE VERSION IS ACCEPTABLE, INCLUDING, CELL PHONE PICTURE, FAX, SCAN, ETC. - PICKUP NUMBER REQUIRED

DRIVERS MUST SECURE FREIGHT FOR TRANSPORT. MUST HAVE 2-4 STRAPS.

MUST BE TEAM FOR ENTIRE DURATION. MUST BE 53' DEDICATED DRY VAN.

DRIVERS MUST ACCEPT TRUCKERTOOLS TRACKING FOR ENTIRE DURATION OF LOAD.

| PICK UP AT 0800-1600 ON 1/25 | DELIVER BY 0800-1200 ON 1/27 |
|---|---|

**F. Price agreed to:** $ **4,200.00**   ALL INCLUSIVE

1. By signing below or picking up the load Carrier agrees to the terms of the Troy Logistics - Carrier/Broker Contract. Any conflict in terms shall be resolved in favor of the Price/Service Contract. 2. Carrier agrees to notify broker of any delays. Failure to notify will result in a payment penalty per the Carrier/Broker Contract. Mechanical delays shall be documented, ie. Repair receipts. Any unauthorized, improper or unsubstantiated delays shall result in payment reduction per the Carrier/Broker Contract. 3. If team drivers are required and a single driver is used, compensation will be reduced by 30%.
4. Unless designated as a partial load, Carrier agrees to the exclusive use of it's vehicle or compensation will be reduced by a prorata amount with a minimum reduction in compensation of 50%. 5. If a sealed load arrives at destination with the seal broken, compensation will be reduced by 50%.
6. It is the Carrier's sole responsibility to insure the driver is in compliance with DOT regulations.
7. Carrier agrees to keep the trailer locked and sealed at all times to prevent theft and shortages.
8. Unauthorized unloading of trailer will result in a 50% payment reduction. 9. Carrier shall cause its name to be listed as carrier of record on any Bill of Lading, not Broker's. 10. Carrier agrees that it is an independent contractor over whom Broker neither exercises, nor is able to exercise supervision, control or direction. 11. Carrier agrees that the delivery information and any map or directional guidance are informational only and provided by Broker as a courtesy. 12. Carrier indemnifies and shall hold Broker harmless from and against any and all claims and associated attorney fees relating in any way to this agreement or the transportation provided pursuant hereto, except claims resulting from the sole negligence or intentional misconduct of the Broker.

signature of authorized carrier representative     printed name of authorized carrier rep.

Please sign and fax back to:   **404 806 4444**     p **770 305 9700**

Please mail invoice to:   TROY LOGISTICS, LLC
38 MACON STREET
McDonough, Ga 30253

# Price/Service Contract

**This agreement is for shipment contract number:** **36914**

**and is binding between the broker - TROY LOGISTICS, LLC and carrier:**

## CARGOPRIME CORP

Carrier pursuant to 49 USC 13901C hereby specifies its motor carrier authority as the sole authority under which it shall provide the service hereunder and agrees to use a truck and trailer controlled and/or operated by Carrier to transport the load described below:

**A. Pick up a load described approximately as:** UNKWN pcs. @ <30K lbs.
**B. Commodity described approximately as:** UNKWN   HAZ? **N**
**C. Loading address:** *ARROW ELECTRONICS, INC*   phone:
  *640 MAESTRO DR, SUITE 107, RENO, NV 89511*
**D. Delivery address:** *CLOUD NETWORK TECH USA INC*   phone:
  *8303 FALLBROOK DRIVE DOCK 34 HOUSTON TX 77064*
**E. Service Info:** CARRIER MUST PROVIDE A COPY OF THE SIGNED BILL OF LADING THE DAY OF DELIVERY OR RECEIVE A $100 PENALTY. ANY LEGIBLE VERSION IS ACCEPTABLE, INCLUDING, CELL PHONE PICTURE, FAX, SCAN, ETC. - PICKUP NUMBER REQUIRED

DRIVERS MUST SECURE FREIGHT FOR TRANSPORT. MUST HAVE 2-4 STRAPS.

MUST BE TEAM FOR ENTIRE DURATION. MUST BE 53' DEDICATED DRY VAN.

DRIVERS MUST ACCEPT TRUCKERTOOLS TRACKING FOR ENTIRE DURATION OF LOAD.

MUST HAVE $250K CARGO INSURANCE.

| PICK UP AT | 1030-1600 ON | 2/2 | DELIVER AT | 0800 ON | 2/6 |
|---|---|---|---|---|---|

**F. Price agreed to:**   $ **4,000.00**   ALL INCLUSIVE

1. By signing below or picking up the load Carrier agrees to the terms of the Troy Logistics - Carrier/Broker Contract. Any conflict in terms shall be resolved in favor of the Price/Service Contract. 2. Carrier agrees to notify broker of any delays. Failure to notify will result in a payment penalty per the Carrier/Broker Contract. Mechanical delays shall be documented, ie. Repair receipts. Any unauthorized, improper or unsubstantiated delays shall result in payment reduction per the Carrier/Broker Contract. 3. If team drivers are required and a single driver is used, compensation will be reduced by 30%.
4. Unless designated as a partial load, Carrier agrees to the exclusive use of it's vehicle or compensation will be reduced by a prorata amount with a minimum reduction in compensation of 50%. 5. If a sealed load arrives at destination with the seal broken, compensation will be reduced by 50%.
6. It is the Carrier's sole responsibility to insure the driver is in compliance with DOT regulations.
7. Carrier agrees to keep the trailer locked and sealed at all times to prevent theft and shortages.
8. Unauthorized unloading of trailer will result in a 50% payment reduction.   9. Carrier shall cause its name to be listed as carrier of record on any Bill of Lading, not Broker's.   10. Carrier agrees that it is an independent contractor over whom Broker neither exercises, nor is able to exercise supervision, control or direction.   11. Carrier agrees that the delivery information and any map or directional guidance are informational only and provided by Broker as a courtesy. 12. Carrier indemnifies and shall hold Broker harmless from and against any and all claims and associated attorney fees relating in any way to this agreement or the transportation provided pursuant hereto, except claims resulting from the sole negligence or intentional misconduct of the Broker.

| signature of authorized carrier representative | printed name of authorized carrier rep. |
|---|---|

Please sign and fax back to:   **404 806 4444**   p  **770 305 9700**
Please mail invoice to:   TROY LOGISTICS, LLC
  38 MACON STREET
  McDonough, Ga  30253

# Price/Service Contract

**This agreement is for shipment contract number:** **36968**

**and is binding between the broker - TROY LOGISTICS, LLC and carrier:**

## CARGOPRIME CORP

Carrier pursuant to 49 USC 13901C hereby specifies its motor carrier authority as the sole authority under which it shall provide the service hereunder and agrees to use a   truck and trailer controlled and/or operated by Carrier to transport the load described below:

**A. Pick up a load described approximately as:** UNKWN pcs. @ <30K lbs.
**B. Commodity described approximately as:** UNKWN   HAZ? **N**
**C. Loading address:** *ARROW ELECTRONICS, INC*   phone:
*640 MAESTRO DR, SUITE 107, RENO, NV 89511*
**D. Delivery address:** *CLOUD NETWORK TECH USA INC*   phone:
*8303 FALLBROOK DRIVE DOCK 34 HOUSTON TX 77064*
**E. Service Info:** CARRIER MUST PROVIDE A COPY OF THE SIGNED BILL OF LADING THE DAY OF DELIVERY OR RECEIVE A $100 PENALTY.  ANY LEGIBLE VERSION IS ACCEPTABLE, INCLUDING, CELL PHONE PICTURE, FAX, SCAN, ETC. - PICKUP NUMBER REQUIRED

DRIVERS MUST SECURE FREIGHT FOR TRANSPORT. MUST HAVE 2-4 STRAPS.

MUST BE TEAM FOR ENTIRE DURATION. MUST BE 53' DEDICATED DRY VAN.

DRIVERS MUST ACCEPT TRUCKERTOOLS TRACKING FOR ENTIRE DURATION OF LOAD.

MUST HAVE $250K CARGO INSURANCE.

**PICK UP   AT** 1330-1500 **ON** 2/13  | **DELIVER   AT** 0800 **ON** 2/15

**F. Price agreed to:** $ **4,200.00**   ALL INCLUSIVE

1. By signing below or picking up the load Carrier agrees to the terms of the Troy Logistics - Carrier/Broker Contract.  Any conflict in terms shall be resolved in favor of the Price/Service Contract. 2.  Carrier agrees to notify broker of any delays.  Failure to notify will result in a payment penalty per the Carrier/Broker Contract.  Mechanical delays shall be documented, ie. Repair receipts.  Any unauthorized, improper or unsubstantiated delays shall result in payment reduction  per the Carrier/Broker Contract.    3.  If team drivers are required and a single driver is used, compensation will be reduced by 30%.
4.  Unless designated as a partial load, Carrier agrees to the exclusive use of it's vehicle or compensation will be reduced by a prorata amount with a minimum reduction in compensation of 50%.  5.  If a sealed load arrives at destination with the seal broken, compensation will be reduced by 50%.
6.  It is the Carrier's sole responsibility to insure the driver is in compliance with DOT regulations.
7.  Carrier agrees to keep the trailer locked and sealed at all times to prevent theft and shortages.
8.  Unauthorized unloading of trailer will result in a 50% payment reduction.     9. Carrier shall cause its name to be listed as carrier of record on any Bill of Lading, not Broker's.     10.  Carrier agrees that it is an independent contractor over whom Broker neither exercises, nor is able to exercise supervision, control or direction.    11.  Carrier agrees that the delivery information and any map or directional guidance are informational only and provided by Broker as a courtesy.  12.  Carrier indemnifies and shall hold Broker harmless from and against any and all claims and associated attorney fees relating in any way to this agreement or the transportation provided pursuant hereto, except claims resulting from the sole negligence or intentional misconduct of the Broker.

signature of authorized carrier representative           printed name of authorized carrier rep.

Please sign and fax back to:    **404 806 4444**        p  **770 305 9700**
Please mail invoice to:   **TROY LOGISTICS, LLC**
                          **38 MACON STREET**
                          **McDonough,  Ga  30253**