# Exhibit B



John @ CargoPrime <john@cargoprimecorp.com>

## Fwd: 36968 HOUSTON, TX 2/13 - F054789107, F054789114, F054789116, F054789113

2 messages

**Sam Collins (CargoPrime Corporation)** <sam@cargoprimecorp.com>
To: "John @ CargoPrime" <john@cargoprimecorp.com>



Operations Manager
Office: (412) 444-8989 (Ext. 103)
Direct: (412) 944-2787
Fax: (412) 774-6020
Address: 651 Holiday Drive Ste 400, Pittsburgh PA 15220
Email: sam@cargoprimecorp.com
SCAC: CPWP
MC: 075729
USDOT: 3097763
Website: www.cargoprimecorp.com
Follow us:

---------- Forwarded message ----------
From: **Sam Collins (CargoPrime Corporation)** <sam@cargoprimecorp.com>
Date: Thu, Feb 16, 2023 at 9:58 AM
Subject: Re: 36968 HOUSTON, TX 2/13 - F054789107, F054789114, F054789116, F054789113
To: David Troy <davidtroy@troylogistics.com>
Cc: Jonathan Neill <jonathan@troylogistics.com>, OPS@troylogistics.com <ops@troylogistics.com>

John

It was nice talking to you today and thank you for your time and I wish some good health for Jordan

Here is some explanation on whatever happened on your load that day

This was TRUE TEAM I swear and they were at a truck stop doing some personal care, when we booked this load, we told them to go ASAP and get this load picked up so we can feel secure.

Apparently, Sardor had to go alone into the shipper since his co driver Murad was not done with his laundry yet. Their plan was to send Sardor single and have him pick up the load then pick up Murad on the way back to win some time for them.

Also, this was not their first time to run your Reno NV load, they have done the same load before and checked in TEAM where they never had issues like this before. This specific team had done this lane before which could prove this is a TRUE TEAM.

We have more than 100 trucks in our fleet with well over 60 teams of them, we never send a solo truck to true team shipments and violate the regulations of DOT and our customers at the same time.

Strong relationships are the number one aspect for us in this business, we never ruin our main bridge with our customers like this as well as rules and regulations enforced by DOT.

I kindly please you to remove the report you submitted yesterday and keep our relationship going forward. For the sake of this, I am ready to do any of your Reno loads for a half rate so I can keep working with a company like you all

I am attaching the lease agreement here one more time as information

Sorry for the inconvenience we might have caused and thank you for understanding



Operations Manager
Office: (412) 444-8989 (Ext. 103)
Direct: (412) 944-2787
Fax: (412) 774-6020
Address: 651 Holiday Drive Ste 400, Pittsburgh PA 15220
Email: sam@cargoprimecorp.com
SCAC: CPWP
MC: 075729
USDOT: 3097763
Website: www.cargoprimecorp.com

Follow us:


On Thu, Feb 16, 2023 at 8:33 AM Sam Collins (CargoPrime Corporation) <sam@cargoprimecorp.com> wrote:

Good morning team

Will you kindly take a look into the above document whenever you get a chance

Thank you



Operations Manager
Office: (412) 444-8989 (Ext. 103)
Direct: (412) 944-2787
Fax: (412) 774-6020
Address: 651 Holiday Drive Ste 400,
Pittsburgh PA 15220
Email: sam@cargoprimecorp.com
SCAC: CPWP
MC: 075729
USDOT: 3097763
Website: www.cargoprimecorp.com
Follow us:

On Wed, Feb 15, 2023 at 5:54 PM Sam Collins (CargoPrime Corporation) <sam@cargoprimecorp.com> wrote:

Good afternoon Jordan

As per our conversation, here is requested document

Thank you



Operations Manager
Office: (412) 444-8989 (Ext. 103)
Direct: (412) 944-2787
Fax: (412) 774-6020
Address: 651 Holiday Drive Ste 400,
Pittsburgh PA 15220
Email: sam@cargoprimecorp.com
SCAC: CPWP
MC: 075729
USDOT: 3097763
Website: www.cargoprimecorp.com
Follow us:

On Tue, Feb 14, 2023 at 10:43 AM David Troy <davidtroy@troylogistics.com> wrote:

Why did you send in a single driver from Borderland trucking for this?

Dt

------- Original Message -------
From: "Jason @ CargoPrime" <jason@cargoprimecorp.com>
To: "Aaron @CargoPrime" <aaron@cargoprimecorp.com>
Cc: "John Haren" <john@troylogistics.com>; "Info @CargoPrime" <info@cargoprimecorp.com>; "Jonathan Neill" <jonathan@troylogistics.com>; "OPS@troylogistics.com" <ops@troylogistics.com>
Sent: 2/13/2023 6:05:07 PM
Subject: Re: 36968 HOUSTON, TX 2/13 - F054789107, F054789114, F054789116, F054789113

Team, driver arrived at the shipper, but facility cant find the load. They are not even shipping today. We need your advise

**Best regards,**



**Jason Ortiz**
**Procurement Manager**

**Office:** (412) 444-8989
**Fax:** (412) 774-6020
**Address:** 651 Holiday Drive Ste 300,
Pittsburgh PA 15220



**MC:** 075729 **SCAC:** CPWP
**Request BOL:** accounting@cargoprimecorp.com

On Mon, Feb 13, 2023 at 5:50 PM Aaron @CargoPrime <aaron@cargoprimecorp.com> wrote:

Yours truly

**Aaron Adams**
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



www.cargoprimecorp.com

On Mon, Feb 13, 2023 at 5:21 PM Aaron @CargoPrime <aaron@cargoprimecorp.com> wrote:

Please see attached Signed RC

Yours truly

**Aaron Adams**
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



www.cargoprimecorp.com

On Mon, Feb 13, 2023 at 4:58 PM John Haren <john@troylogistics.com> wrote:

**PICKUP#: F054789107, F054789114, F054789116, F054789113**

Ratecon attached. Please sign and return.

Please make sure to send the signed BOL/POD as soon as the load has delivered. Please send in this email chain with ops@troylogistics.com included.

If any part of the truck or trailer shows a different company name or MC# than the company booked, we will cancel the load and a Freight-Guard report will be filed against your company for unauthorized re-brokering of a load.

thanks,

**John Haren**
Troy Logistics - Ops
Office 770-305-9700
[troylogistics.com](troylogistics.com)

Disclaimer: Due to the extraordinary circumstances at U.S. port and rail facilities, Troy Logistics LLC is not responsible for any demurrage, per diem, dwell fees, or any other SSL or port fees under any circumstances. Troy Logistics LLC arranges variou... is expressly requested and approved by Troy Logistics LLC on a case-by-case basis prior to shipping. Quoted prices are based on availability and are only valid for the specific dates and terms provided.

------ Original Message ------
From: "John Haren" <john@troylogistics.com>
To: "Aaron @CargoPrime" <aaron@cargoprimecorp.com>
Cc: "Jonathan Neill" <jonathan@troylogistics.com>; "OPS@troylogistics.com" <ops@troylogistics.com>
Sent: 2/13/2023 4:54:57 PM
Subject: Re: NV to TX load for today?



**John Haren**
Troy Logistics - Ops
Office 770-305-9700
[troylogistics.com](troylogistics.com)

Disclaimer: Due to the extraordinary circumstances at U.S. port and rail facilities, Troy Logistics LLC is not responsible for any demurrage, per diem, dwell fees, or any other SSL or port fees under any circumstances. Troy Logistics LLC arranges... alternate coverage is expressly requested and approved by Troy Logistics LLC on a case-by-case basis prior to shipping. Quoted prices are based on availability and are only valid for the specific dates and terms provided.

------ Original Message ------
From: "Aaron @CargoPrime" <aaron@cargoprimecorp.com>
To: "John Haren" <john@troylogistics.com>
Cc: "Jonathan Neill" <jonathan@troylogistics.com>; "OPS@troylogistics.com" <ops@troylogistics.com>
Sent: 2/13/2023 4:52:21 PM
Subject: Re: NV to TX load for today?

Can you send Macropoint to Murad?
His tracking tools is not working I believe

Yours truly

**Aaron Adams**
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



[www.cargoprimecorp.com](www.cargoprimecorp.com)

Case 1:23-mi-99999-UNA Document 2782-2 Filed 08/25/23 Page 6 of 30, F054789113

On Mon, Feb 13, 2023 at 4:50 PM John Haren <john@troylogistics.com> wrote:

Aaron,

Murad has still not downloaded the app.





_____

John Haren
Troy Logistics - Ops
Office 770-305-9700
troylogistics.com

Disclaimer: Due to the extraordinary circumstances at U.S. port and rail facilities, Troy Logistics LLC is not responsible for any demurrage, per diem, dwell fees, or any other SSL or port fees under any circumstances. Troy Logistics LLC
liability unless alternate coverage is expressly requested and approved by Troy Logistics LLC on a case-by-case basis prior to shipping. Quoted prices are based on availability and are only valid for the specific dates and terms provide

------ Original Message ------
From: "Aaron @CargoPrime" <aaron@cargoprimecorp.com>
To: "John Haren" <john@troylogistics.com>
Cc: "Jonathan Neill" <jonathan@troylogistics.com>; "OPS@troylogistics.com" <ops@troylogistics.com>
Sent: 2/13/2023 4:47:22 PM
Subject: Re: NV to TX load for today?

They both accepted, please let me know if everything is good now

Thank you
Yours truly

**Aaron Adams**
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



www.cargoprimecorp.com

On Mon, Feb 13, 2023 at 4:38 PM Aaron @CargoPrime <aaron@cargoprimecorp.com> wrote:
Got it team, working on it, will be tracking shortly

Yours truly

**Aaron Adams**
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020

Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: aaron@cargoprimecorp.com
Updates: updates@cargoprimecorp.com



www.cargoprimecorp.com

On Mon, Feb 13, 2023 at 4:37 PM John Haren <john@troylogistics.com> wrote:
Please have drivers accept TruckerTools tracking. Sardor has the app but has not started tracking and Murad does not have it downloaded.





thanks,

_____

John Haren

Troy Logistics - Ops
Office 770-305-9700
troylogistics.com

Disclaimer: Due to the extraordinary circumstances at U.S. port and rail facilities, Troy Logistics LLC is not responsible for any demurrage, per diem, dwell fees, or any other SSL or port fees under any circumstances. Troy than $100,000 cargo liability unless alternate coverage is expressly requested and approved by Troy Logistics LLC on a case-by-case basis prior to shipping. Quoted prices are based on availability and are only valid for the

------ Original Message ------
From: "Aaron @CargoPrime" <aaron@cargoprimecorp.com>
To: "John Haren" <john@troylogistics.com>
Cc: "Jonathan Neill" <jonathan@troylogistics.com>; "OPS@troylogistics.com" <ops@troylogistics.com>
Sent: 2/13/2023 4:26:42 PM
Subject: Re: NV to TX load for today?

7/14/23, 11:23 AM

Drivers name: Sardor / Murad
Phone# (917) 999-8083 / 551-228-8359
Trailer# PTLZ202593
Truck# 201618
Empty in Reno NV

Yours truly

**Aaron Adams**
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



www.cargoprimecorp.com

On Mon, Feb 13, 2023 at 4:23 PM John Haren <john@troylogistics.com> wrote:
Hi Aaron,

Confirmed $4200.

Please send below info:

DRIVER NAMES:
PHONE NUMBERS:
TRUCK#:
TRAILER#:
EMPTY LOCATION/ETA:
VIN#:

thanks,

_____

## John Haren

Troy Logistics - Ops
Office 770-305-9700
troylogistics.com

Disclaimer: Due to the extraordinary circumstances at U.S. port and rail facilities, Troy Logistics LLC is not responsible for any demurrage, per diem, dwell fees, or any other SSL or port fees under any circumstan
with no more than $100,000 cargo liability unless alternate coverage is expressly requested and approved by Troy Logistics LLC on a case-by-case basis prior to shipping. Quoted prices are based on availability :

------ Original Message ------
From: "Aaron @CargoPrime" <aaron@cargoprimecorp.com>
To: "John Haren" <john@troylogistics.com>
Cc: "Jonathan Neill" <jonathan@troylogistics.com>; "OPS@troylogistics.com" <ops@troylogistics.com>
Sent: 2/13/2023 4:14:28 PM
Subject: Re: NV to TX load for today?

Team,

Let me know please

Yours truly

**Aaron Adams**

MC 075729 | SCAC: CPWP

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



www.cargoprimecorp.com

On Mon, Feb 13, 2023 at 4:02 PM Aaron @CargoPrime <aaron@cargoprimecorp.com> wrote:
I see we have only one truck available in Reno NV, my coworker covered the 2nd Reno NV truck

Please let me know if we can get one load for today for $4200

Thank you
Yours truly

**Aaron Adams**
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



www.cargoprimecorp.com

On Mon, Feb 13, 2023 at 3:47 PM John Haren <john@troylogistics.com> wrote:
Hi Aaron,

I have two loads available. Is your truck still available?

thanks,

## John Haren
Troy Logistics - Ops
Office 770-305-9700
troylogistics.com

Disclaimer: Due to the extraordinary circumstances at U.S. port and rail facilities, Troy Logistics LLC is not responsible for any demurrage, per diem, dwell fees, or any other SSL or port fees under any
based services, each with no more than $100,000 cargo liability unless alternate coverage is expressly requested and approved by Troy Logistics LLC on a case-by-case basis prior to shipping. Quote
specific dates and terms provided.

------ Original Message ------
From: "Aaron @CargoPrime" <aaron@cargoprimecorp.com>
To: "John Haren" <john@troylogistics.com>
Cc: "Jonathan Neill" <jonathan@troylogistics.com>; "OPS@troylogistics.com" <ops@troylogistics.com>
Sent: 2/13/2023 12:37:01 PM

Case 1:23-mi-99999-UNA Document 2792-2 Filed 08/25/23 Page 13 of 30
CargoPrimeCorp Mail - FWD: CUSTOMER - TX 2/13 - 0 061287 72 0547P - 13709136 F054789113

Subject: Re: NV to TX load for today?

Please let me know about Reno NV load for today

Thank you
Yours truly

**Aaron Adams**
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



www.cargoprimecorp.com

On Mon, Feb 13, 2023 at 10:16 AM Aaron @CargoPrime <aaron@cargoprimecorp.com> wrote:
Got you, sorry it is going to be a bit late for us
Let me know if you have any options from the west coast. I have ready teams in OR / CA and NV

Thank you
Yours truly

**Aaron Adams**
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



www.cargoprimecorp.com

On Mon, Feb 13, 2023 at 9:46 AM John Haren <john@troylogistics.com> wrote:
Hi Aaron,

Unfortunately, the appointment is firm.

thanks,

_____

John Haren
Troy Logistics - Ops
Office 770-305-9700
troylogistics.com

Disclaimer: Due to the extraordinary circumstances at U.S. port and rail facilities, Troy Logistics LLC is not responsible for any demurrage, per diem, dwell fees, or any other SSL or port fe
LLC arranges various carrier-based services, each with no more than $100,000 cargo liability unless alternate coverage is expressly requested and approved by Troy Logistics LLC on a c
based on availability and are only valid for the specific dates and terms provided.

------ Original Message ------
From: "Aaron @CargoPrime" <aaron@cargoprimecorp.com>
To: "John Haren" <john@troylogistics.com>
Cc: "Jonathan Neill" <jonathan@troylogistics.com>; "OPS@troylogistics.com" <ops@troylogistics.com>
Sent: 2/13/2023 9:25:19 AM
Subject: Re: NV to TX load for today?

Any chance to deliver earlier?
I have a team ready now in CA, would like to deliver on Wednesday

Let me know if there is any chance
Yours truly

**Aaron Adams**
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



www.cargoprimecorp.com

On Mon, Feb 13, 2023 at 9:24 AM John Haren <john@troylogistics.com> wrote:
Hi Aaron,

I got a load picking up out of Compton, CA going to Greenville, IN delivery appt set for Friday 2/17@ 1100. Are you interested?
PU: 2/13 @ 0800-1500
DLV: 2/17 @ 1100
Weight: 35,000 lbs
Commodity: Palletized tractor parts
rate: $3900

thanks,
_____

# John Haren

Troy Logistics - Ops
Office 770-305-9700
troylogistics.com

Disclaimer: Due to the extraordinary circumstances at U.S. port and rail facilities, Troy Logistics LLC is not responsible for any demurrage, per diem, dwell fees, or any other SSL
Logistics LLC arranges various carrier-based services, each with no more than $100,000 cargo liability unless alternate coverage is expressly requested and approved by Troy L
shipping. Quoted prices are based on availability and are only valid for the specific dates and terms provided.

------ Original Message ------
From: "Aaron @CargoPrime" <aaron@cargoprimecorp.com>
To: "John Haren" <john@troylogistics.com>
Cc: "Jonathan Neill" <jonathan@troylogistics.com>; "OPS@troylogistics.com" <ops@troylogistics.com>
Sent: 2/13/2023 9:04:38 AM
Subject: Re: NV to TX load for today?

Alright, thank you
Yours truly

Aaron Adams
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



[www.cargoprimecorp.com](http://www.cargoprimecorp.com)

On Mon, Feb 13, 2023 at 9:02 AM John Haren <john@troylogistics.com> wrote:
Hi Aaron,

We will not know until around 1400-1600 ET.

thanks,

_____
## John Haren
Troy Logistics - Ops
Office 770-305-9700
troylogistics.com

Disclaimer: Due to the extraordinary circumstances at U.S. port and rail facilities, Troy Logistics LLC is not responsible for any demurrage, per diem, dwell fees, or any circumstances. Troy Logistics LLC arranges various carrier-based services, each with no more than $100,000 cargo liability unless alternate coverage is expressly req LLC on a case-by-case basis prior to shipping. Quoted prices are based on availability and are only valid for the specific dates and terms provided.

------ Original Message ------
From: "Aaron @CargoPrime" <aaron@cargoprimecorp.com>
To: "Jonathan Neill" <jonathan@troylogistics.com>; "John Haren" <john@troylogistics.com>; "OPS@troylogistics.com" <ops@troylogistics.com>
Sent: 2/13/2023 7:22:35 AM
Subject: NV to TX load for today?

Good morning Team

Hope you are doing well
Do you have Reno NV to Houston TX load for today?

Please let me know

MC# 075729

Thank you

Yours truly

Aaron Adams
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



www.cargoprimecorp.com

---

📄 **borderlanders&cargoprime_ (1).pdf**
288K

---

**John @ CargoPrime** <john@cargoprimecorp.com>
To: "Dakota @ CargoPrime" <dakota@cargoprimecorp.com>

Best regards,



**Office:** (412) 444-8989
**Fax:** (412) 774-6020
**Address:** 651 Holiday Drive Ste 300, Pittsburgh PA 15220
**MC:** 075729 **SCAC:** CPWP
Request BOL: accounting@cargoprimecorp.com

---------- Forwarded message ----------
From: **Sam Collins (CargoPrime Corporation)** <sam@cargoprimecorp.com>
Date: Fri, Feb 17, 2023 at 11:08 AM
Subject: Fwd: 36968 HOUSTON, TX 2/13 - F054789107, F054789114, F054789116, F054789113
To: John @ CargoPrime <john@cargoprimecorp.com>



Operations Manager
Office: (412) 444-8989 (Ext. 103)
Direct: (412) 944-2787
Fax: (412) 774-6020
Address: 651 Holiday Drive Ste 400, Pittsburgh PA 15220
Email: sam@cargoprimecorp.com
SCAC: CPWP
MC: 075729
USDOT: 3097763
Website: www.cargoprimecorp.com
Follow us:



---------- Forwarded message ----------
From: **Sam Collins (CargoPrime Corporation)** <sam@cargoprimecorp.com>
Date: Thu, Feb 16, 2023 at 9:58 AM
Subject: Re: 36968 HOUSTON, TX 2/13 - F054789107, F054789114, F054789116, F054789113
To: David Troy <davidtroy@troylogistics.com>
Cc: Jonathan Neill <jonathan@troylogistics.com>, OPS@troylogistics.com <ops@troylogistics.com>

John

It was nice talking to you today and thank you for your time and I wish some good health for Jordan

Here is some explanation on whatever happened on your load that day

This was TRUE TEAM I swear and they were at a truck stop doing some personal care, when we booked this load, we told them to go ASAP and get this load picked up so we can feel secure.

Apparently, Sardor had to go alone into the shipper since his co driver Murad was not done with his laundry yet. Their plan was to send Sardor single and have him pick up the load then pick up Murad on the way back to win some time for them.

Also, this was not their first time to run your Reno NV load, they have done the same load before and checked in TEAM where they never had issues like this before. This specific team had done this lane before which could prove this is a TRUE TEAM.

We have more than 100 trucks in our fleet with well over 60 teams of them, we never send a solo truck to true team shipments and violate the regulations of DOT and our customers at the same time.

Strong relationships are the number one aspect for us in this business, we never ruin our main bridge with our customers like this as well as rules and regulations enforced by DOT.

I kindly please you to remove the report you submitted yesterday and keep our relationship going forward. For the sake of this, I am ready to do any of your Reno loads for a half rate so I can keep working with a company like you all

I am attaching the lease agreement here one more time as information

Sorry for the inconvenience we might have caused and thank you for understanding



Operations Manager
Office: (412) 444-8989 (Ext. 103)
Direct: (412) 944-2787
Fax: (412) 774-6020
Address: 651 Holiday Drive Ste 400,
Pittsburgh PA 15220
Email: sam@cargoprimecorp.com
SCAC: CPWP
MC: 075729
USDOT: 3097763
Website: www.cargoprimecorp.com
Follow us:

On Thu, Feb 16, 2023 at 8:33 AM Sam Collins (CargoPrime Corporation) <sam@cargoprimecorp.com> wrote:

Good morning team

Will you kindly take a look into the above document whenever you get a chance

Thank you



Operations Manager
Office: (412) 444-8989 (Ext. 103)
Direct: (412) 944-2787
Fax: (412) 774-6020
Address: 651 Holiday Drive Ste 400,
Pittsburgh PA 15220
Email: sam@cargoprimecorp.com
SCAC: CPWP
MC: 075729
USDOT: 3097763
Website: www.cargoprimecorp.com
Follow us:



On Wed, Feb 15, 2023 at 5:54 PM Sam Collins (CargoPrime Corporation) <sam@cargoprimecorp.com> wrote:

Good afternoon Jordan

As per our conversation, here is requested document

Thank you



Operations Manager
Office: (412) 444-8989 (Ext. 103)
Direct: (412) 944-2787
Fax: (412) 774-6020
Address: 651 Holiday Drive Ste 400,
Pittsburgh PA 15220
Email: sam@cargoprimecorp.com
SCAC: CPWP
MC: 075729
USDOT: 3097763
Website: www.cargoprimecorp.com
Follow us:

 

On Tue, Feb 14, 2023 at 10:43 AM David Troy <davidtroy@troylogistics.com> wrote:
> Why did you send in a single driver from Borderland trucking for this?

> Dt

> ------ Original Message ------
> From: "Jason @ CargoPrime" <jason@cargoprimecorp.com>
> To: "Aaron @CargoPrime" <aaron@cargoprimecorp.com>
> Cc: "John Haren" <john@troylogistics.com>; "Info @CargoPrime" <info@cargoprimecorp.com>; "Jonathan Neill" <jonathan@troylogistics.com>; "OPS @troylogistics.com" <OPS@troylogistics.com>; <ops@troylogistics.com>
> Sent: 2/13/2023 6:05:07 PM
> Subject: Re: 36968 HOUSTON, TX 2/13 - F054789107, F054789114, F054789116, F054789113

Team, driver arrived at the shipper, but facility cant find the load. They are not even shipping today. We need your advise

**Best regards,**

**Jason Ortiz**
**Procurement Manager**



**Office:** (412) 444-8989
**Fax:** (412) 774-6020
**Address:** 651 Holiday Drive Ste 300, Pittsburgh PA 15220
**MC:** 075729 **SCAC:** CPWP
Request BOL: accounting@cargoprimecorp.com

On Mon, Feb 13, 2023 at 5:50 PM Aaron @CargoPrime <aaron@cargoprimecorp.com> wrote:

Yours truly

**Aaron Adams**
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**

www.cargoprimecorp.com

On Mon, Feb 13, 2023 at 5:21 PM Aaron @CargoPrime <aaron@cargoprimecorp.com> wrote:
Please see attached Signed RC

Yours truly

**Aaron Adams**
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,

Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



**www.cargoprimecorp.com**

On Mon, Feb 13, 2023 at 4:58 PM John Haren <john@troylogistics.com> wrote:
> **PICKUP#: F054789107, F054789114, F054789116, F054789113**
>
> Ratecon attached. Please sign and return.
>
> Please make sure to send the signed BOL/POD as soon as the load has delivered. Please send in this email chain with ops@troylogistics.com included.
>
> If any part of the truck or trailer shows a different company name or MC# than the company booked, we will cancel the load and a Freight-Guard report will be filed against your company for unauthorized re-brokering of a load.
>
> thanks,
>
> _____
>
> ## John Haren
> Troy Logistics - Ops
> Office 770-305-9700
> troylogistics.com
>
> Disclaimer: Due to the extraordinary circumstances at U.S. port and rail facilities, Troy Logistics LLC is not responsible for any demurrage, per diem, dwell fees, or any other SSL or port fees under any circumstances. Troy Logistics LLC arranges various.... is expressly requested and approved by Troy Logistics LLC on a case-by-case basis prior to shipping. Quoted prices are based on availability and are only valid for the specific dates and terms provided.
>
> ------ Original Message ------
> From: "John Haren" <john@troylogistics.com>
> To: "Aaron @CargoPrime" <aaron@cargoprimecorp.com>
> Cc: "Jonathan Neill" <jonathan@troylogistics.com>; "OPS@troylogistics.com" <ops@troylogistics.com>
> Sent: 2/13/2023 4:54:57 PM
> Subject: Re: NV to TX load for today?



_____

## John Haren
Troy Logistics - Ops
Office 770-305-9700
troylogistics.com

Disclaimer: Due to the extraordinary circumstances at U.S. port and rail facilities, Troy Logistics LLC is not responsible for any demurrage, per diem, dwell fees, or any other SSL or port fees under any circumstances. Troy Logistics LLC arranges.... alternate coverage is expressly requested and approved by Troy Logistics LLC on a case-by-case basis prior to shipping. Quoted prices are based on availability and are only valid for the specific dates and terms provided.

------ Original Message ------
From: "Aaron @CargoPrime" <aaron@cargoprimecorp.com>
To: "John Haren" <john@troylogistics.com>
Cc: "Jonathan Neill" <jonathan@troylogistics.com>; "OPS@troylogistics.com" <ops@troylogistics.com>
Sent: 2/13/2023 4:52:21 PM
Subject: Re: NV to TX load for today?

> Can you send Macropoint to Murad?
> His tracking tools is not working I believe

Yours truly

**Aaron Adams**
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



www.cargoprimecorp.com

On Mon, Feb 13, 2023 at 4:50 PM John Haren <john@troylogistics.com> wrote:
Aaron,

Murad has still not downloaded the app.



Load Track Details

✉ Contact Support

**Latest Status:** **Switched From ELD To App Tracking at 16:33 EST on Feb 13th**

Cancel Load Track | Invite Carrier to Setup ELD Tracking

Driver's Cell Phone: **55122**

Driv

**The driver has not downloaded the app yet.**

Tell the driver to click the link in the text message sent to him earlier or send him another text message using below form

Text Message to Driver:

Troy Logistics LLC:Download FREE Trucker Tools app to see the pickup number for your load.

Send Message

Translate Message To: Select ▾



_____

John Haren
Troy Logistics - Ops
Office 770-305-9700
troylogistics.com

Disclaimer: Due to the extraordinary circumstances at U.S. port and rail facilities, Troy Logistics LLC is not responsible for any demurrage, per diem, dwell fees, or any other SSL or port fees under any circumstances. Troy Logistics LLC
liability unless alternate coverage is expressly requested and approved by Troy Logistics LLC on a case-by-case basis prior to shipping. Quoted prices are based on availability and are only valid for the specific dates and terms provide

------ Original Message ------
From: "Aaron @CargoPrime" <aaron@cargoprimecorp.com>
To: "John Haren" <john@troylogistics.com>
Cc: "Jonathan Neill" <jonathan@troylogistics.com>; "OPS@troylogistics.com" <ops@troylogistics.com>
Sent: 2/13/2023 4:47:22 PM
Subject: Re: NV to TX load for today?

They both accepted, please let me know if everything is good now

Thank you
Yours truly

**Aaron Adams**
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



www.cargoprimecorp.com

On Mon, Feb 13, 2023 at 4:38 PM Aaron @CargoPrime <aaron@cargoprimecorp.com> wrote:
Got it team, working on it, will be tracking shortly

Yours truly

**Aaron Adams**
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020

Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



**www.cargoprimecorp.com**

On Mon, Feb 13, 2023 at 4:37 PM John Haren <**john@troylogistics.com**> wrote:
Please have drivers accept TruckerTools tracking. Sardor has the app but has not started tracking and Murad does not have it downloaded.





thanks,

_____

John Haren

Troy Logistics - Ops
Office 770-305-9700

troylogistics.com

Disclaimer: Due to the extraordinary circumstances at U.S. port and rail facilities, Troy Logistics LLC is not responsible for any demurrage, per diem, dwell fees, or any other SSL or port fees under any circumstances. Troy than $100,000 cargo liability unless alternate coverage is expressly requested and approved by Troy Logistics LLC on a case-by-case basis prior to shipping. Quoted prices are based on availability and are only valid for the

------ Original Message ------
From: "Aaron @CargoPrime" <aaron@cargoprimecorp.com>
To: "John Haren" <john@troylogistics.com>
Cc: "Jonathan Neill" <jonathan@troylogistics.com>; "OPS@troylogistics.com" <ops@troylogistics.com>
Sent: 2/13/2023 4:26:42 PM
Subject: Re: NV to TX load for today?

Drivers name: Sardor / Murad
Phone# (917) 999-8083 / 551-228-8359
Trailer# PTLZ202593
Truck# 201618
Empty in Reno NV

Yours truly

**Aaron Adams**
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



**www.cargoprimecorp.com**

On Mon, Feb 13, 2023 at 4:23 PM John Haren <john@troylogistics.com> wrote:
Hi Aaron,

Confirmed $4200.

Please send below info:

DRIVER NAMES:
PHONE NUMBERS:
TRUCK#:
TRAILER#:
EMPTY LOCATION/ETA:
VIN#:

thanks,

_____

John Haren

Troy Logistics - Ops
Office 770-305-9700
troylogistics.com

Disclaimer: Due to the extraordinary circumstances at U.S. port and rail facilities, Troy Logistics LLC is not responsible for any demurrage, per diem, dwell fees, or any other SSL or port fees under any circumstan
with no more than $100,000 cargo liability unless alternate coverage is expressly requested and approved by Troy Logistics LLC on a case-by-case basis prior to shipping. Quoted prices are based on availability a

------ Original Message ------
From: "Aaron @CargoPrime" <aaron@cargoprimecorp.com>
To: "John Haren" <john@troylogistics.com>
Cc: "Jonathan Neill" <jonathan@troylogistics.com>; "OPS@troylogistics.com" <ops@troylogistics.com>
Sent: 2/13/2023 4:14:28 PM
Subject: Re: NV to TX load for today?

Team,

Let me know please

Yours truly

**Aaron Adams**

MC 075729 | SCAC: CPWP

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



www.cargoprimecorp.com

On Mon, Feb 13, 2023 at 4:02 PM Aaron @CargoPrime <aaron@cargoprimecorp.com> wrote:
I see we have only one truck available in Reno NV, my coworker covered the 2nd Reno NV truck

Please let me know if we can get one load for today for $4200

Thank you
Yours truly

**Aaron Adams**
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



www.cargoprimecorp.com

On Mon, Feb 13, 2023 at 3:47 PM John Haren <john@troylogistics.com> wrote:
Hi Aaron,

I have two loads available. Is your truck still available?

thanks,

## John Haren
Troy Logistics - Ops
Office 770-305-9700
troylogistics.com

Disclaimer: Due to the extraordinary circumstances at U.S. port and rail facilities, Troy Logistics LLC is not responsible for any demurrage, per diem, dwell fees, or any other SSL or port fees under any
based services, each with no more than $100,000 cargo liability unless alternate coverage is expressly requested and approved by Troy Logistics LLC on a case-by-case basis prior to shipping. Quote
specific dates and terms provided.

------ Original Message ------
From: "Aaron @CargoPrime" <aaron@cargoprimecorp.com>
To: "John Haren" <john@troylogistics.com>
Cc: "Jonathan Neill" <jonathan@troylogistics.com>; "OPS@troylogistics.com" <ops@troylogistics.com>
Sent: 2/13/2022 12:37:01 PM

Subject: Re: NV to TX load for today?

Please let me know about Reno NV load for today

Thank you
Yours truly

**Aaron Adams**
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



www.cargoprimecorp.com

On Mon, Feb 13, 2023 at 10:16 AM Aaron @CargoPrime <aaron@cargoprimecorp.com> wrote:
Got you, sorry it is going to be a bit late for us
Let me know if you have any options from the west coast. I have ready teams in OR / CA and NV

Thank you
Yours truly

**Aaron Adams**
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



www.cargoprimecorp.com

On Mon, Feb 13, 2023 at 9:46 AM John Haren <john@troylogistics.com> wrote:
Hi Aaron,

Unfortunately, the appointment is firm.

thanks,

_____
John Haren
Troy Logistics - Ops
Office 770-305-9700
troylogistics.com

Disclaimer: Due to the extraordinary circumstances at U.S. port and rail facilities, Troy Logistics LLC is not responsible for any demurrage, per diem, dwell fees, or any other SSL or port fe
LLC arranges various carrier-based services, each with no more than $100,000 cargo liability unless alternate coverage is expressly requested and approved by Troy Logistics LLC on a c
based on availability and are only valid for the specific dates and terms provided.

------ Original Message ------
From: "Aaron @CargoPrime" <aaron@cargoprimecorp.com>
To: "John Haren" <john@troylogistics.com>
Cc: "Jonathan Neill" <jonathan@troylogistics.com>; "OPS@troylogistics.com" <ops@troylogistics.com>
Sent: 2/13/2023 9:25:19 AM
Subject: Re: NV to TX load for today?

Any chance to deliver earlier?
I have a team ready now in CA, would like to deliver on Wednesday

Let me know if there is any chance
Yours truly

**Aaron Adams**
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



www.cargoprimecorp.com

On Mon, Feb 13, 2023 at 9:24 AM John Haren <john@troylogistics.com> wrote:
Hi Aaron,

I got a load picking up out of Compton, CA going to Greenville, IN delivery appt set for Friday 2/17@ 1100. Are you interested?
PU: 2/13 @ 0800-1500
DLV: 2/17 @ 1100
Weight: 35,000 lbs
Commodity: Palletized tractor parts
rate: $3900

thanks,

_____

# John Haren

Troy Logistics - Ops
Office 770-305-9700
troylogistics.com

Disclaimer: Due to the extraordinary circumstances at U.S. port and rail facilities, Troy Logistics LLC is not responsible for any demurrage, per diem, dwell fees, or any other SSI
Logistics LLC arranges various carrier-based services, each with no more than $100,000 cargo liability unless alternate coverage is expressly requested and approved by Troy L
shipping. Quoted prices are based on availability and are only valid for the specific dates and terms provided.

------ Original Message ------
From: "Aaron @CargoPrime" <aaron@cargoprimecorp.com>
To: "John Haren" <john@troylogistics.com>
Cc: "Jonathan Neill" <jonathan@troylogistics.com>; "OPS@troylogistics.com" <ops@troylogistics.com>
Sent: 2/13/2023 9:04:38 AM
Subject: Re: NV to TX load for today?

Alright, thank you
Yours truly

**Aaron Adams**
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**



**www.cargoprimecorp.com**

On Mon, Feb 13, 2023 at 9:02 AM John Haren <john@troylogistics.com> wrote:
Hi Aaron,

We will not know until around 1400-1600 ET.

thanks,

_____

John Haren
Troy Logistics - Ops
Office 770-305-9700
troylogistics.com

Disclaimer: Due to the extraordinary circumstances at U.S. port and rail facilities, Troy Logistics LLC is not responsible for any demurrage, per diem, dwell fees, or any circumstances. Troy Logistics LLC arranges various carrier-based services, each with no more than $100,000 cargo liability unless alternate coverage is expressly req LLC on a case-by-case basis prior to shipping. Quoted prices are based on availability and are only valid for the specific dates and terms provided.

------ Original Message ------
From: "Aaron @CargoPrime" <aaron@cargoprimecorp.com>
To: "Jonathan Neill" <jonathan@troylogistics.com>; "John Haren" <john@troylogistics.com>; "OPS@troylogistics.com" <ops@troylogistics.com>
Sent: 2/13/2023 7:22:35 AM
Subject: NV to TX load for today?

Good morning Team

Hope you are doing well
Do you have Reno NV to Houston TX load for today?

Please let me know

MC# 075729

Thank you

Yours truly

Aaron Adams
**MC 075729 | SCAC: CPWP**

Direct: 484-849-0040
Office: 412-444-8989 x113
Fax: 412-774-6020
Address: 651 Holiday Drive Ste 300,
Pittsburgh PA 15220
Email: **aaron@cargoprimecorp.com**
Updates: **updates@cargoprimecorp.com**

**Cargo Prime**

www.cargoprimecorp.com

📄 **borderlanders&cargoprime_ (1).pdf**
288K