# Exhibit C

# MOTOR CARRIER
# MOTOR VEHICLE LEASE AGREEMENT

| LESSOR INFORMATION (Vehicle Owner) | |
|---|---|
| BUSINESS NAME (If an individual, give your full legal name)<br>BORDERLANDERS INC USDOT 3243700 MC-1019332 | AUTHORIZED REPRESENTATIVE TO EXECUTE LEASE<br>Farrukhjon Akramov |

| LESSEE INFORMATION (Owner of operating authority certificate or permit) | |
|---|---|
| BUSINESS NAME (If an individual, give your full legal name)<br>Cargoprime corp. USDOT 3097763 MC-075729 | AUTHORIZED REPRESENTATIVE TO EXECUTE LEASE<br>John Madumarov |
| OPERATING AUTHORITY CERTIFICATE OR PERMIT NUMBER | |

## LEASED VEHICLE(S) INFORMATION

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER (VIN) | LICENSE PLATE NUMBER |
|---|---|---|---|---|
| 2020 | Freightliner | Eco-Torque | 3AKJHHDR4LSLP9332 | 3183681 (IN) |
| | | | | |
| | | | | |
| | | | | |

## LEASE START AND END DATES

| LEASE START DATE (mm/dd/yyyy)<br>01/01/2023 | LEASE END DATE (mm/dd/yyyy) (enter termination date or "continuous")<br>12/31/2023 |
|---|---|

## LEASE AGREEMENT INFORMATION AND CERTIFICATION

The lessor and lessee agree by filing this document with the DMV that for the duration of the lease the motor vehicle or motor vehicles named in this document shall be operated by and under the complete control of the lessee for the duration of the lease, and

That neither the lessee or lessor shall enter into any other contract or subcontract for lease or sublease, or any arrangement that would contradict the information provided in this lease, and

That the lessee will maintain automobile liability insurance under a policy issued under the lessee's name through an insurance company licensed to do business in Pennsylvania for the motor vehicle or vehicles named in this lease, and

That no transportation shall be provided, arranged, advertised, solicited, offered, negotiated, furnished, sold or contracted with the leased motor vehicle or vehicles except through the lessee who holds the certificate or permit issued by DMV referenced above, and

That any trip sheet, contract, contract order, estimate for services, or any other means used for billing or confirming transportation to be performed with the leased motor vehicle or vehicles must identify the lessee as the transportation provider, and

That the motor vehicle or vehicles meet the marking requirements found in Pennsylvania Code §46.2-1076 and 49 CFR §390.21 as applicable, and

That, by the signatures of the lessor and lessee, or their lawful agents, they are severally and jointly bound thereby:

| LESSEE NAME (print) (owner of operating authority certificate or permit)<br>Cargoprime corp | LESSEE TITLE (if applicable)<br>CEO |
|---|---|
| LESSEE SIGNATURE | DATE (mm/dd/yyyy)<br>01/01/2023 |
| LESSOR NAME (print) (vehicle owner)<br>Borderlanders INC | LESSOR TITLE (if applicable)<br>VP of Operations |
| LESSOR SIGNATURE | DATE (mm/dd/yyyy)<br>12/31/2023 |