# Exhibit D



**Safety @ CargoPrime <safety@cargoprimecorp.com>**

## MC075729 FreightGuard Report
1 message

**no-reply@carrier411.com** <no-reply@carrier411.com>  Wed, Feb 15, 2023 at 4:23 PM
To: safety@cargoprimecorp.com
Cc: davidtroy@troylogistics.com

### MC075729 FREIGHTGUARD REPORT

TROY LOGISTICS, LLC reported its experience with your company and may make its report available to other transportation intermediaries, depending on your response. If you do not act within 72 hours, the report will indicate your failure to respond and will be released automatically.

### REPORTED COMPANY:
CARGOPRIME CORPORATION
PITTSBURGH, PA 15237
MC075729

### THE FOLLOWING ITEMS WERE REPORTED:

- UNAUTHORIZED RE-BROKERING OF SHIPMENT
- UNETHICAL OR DECEPTIVE BUSINESS PRACTICES

### ADDITIONAL COMMENTS:
WE HIRED THEM FOR A TEAM ONLY LOAD. WE TOLD THEM AT LEAST 5X THAT ITS TEAM ONLY (WE HAVE USED THEM BEFORE). TRUCK ARRIVED AT SHIPPER WITH SOLO AND DRIVING FOR A DIFFERENT COMPANY. THEY PROVIDED 2 PHONE NUMBERS THAT BOTH TRACKED TOGETHER IN THE TRUCK. APPARENTLY THEY USED A FAKE PHONE NUMBER FOR THE NON EXISTENT CO-DRIVER. SHIPPER DOCUMENTED THE SOLO DRIVER AND TRUCKING COMPANY, WE HAVE TRACKING RECORDS.

### YOU HAVE 72 HOURS FROM FEBRUARY 15, 2023 4:23 PM EST TO RESPOND

**VISIT CARRIERRESPONSE.COM TO RESPOND**

**ENTER THIS RESPONSE CODE:** 4585138628

### REPORT SUBMITTED BY:
JOHN HAREN
TROY LOGISTICS, LLC
38 MACON STREET
MCDONOUGH, GA 30253
PHONE: (770) 305-9700
FAX: (404) 806-4444