# Exhibit E



PRINT REPORT    ☒ CLOSE WINDOW

## FREIGHTGUARD REPORT

### REPORT FG95951 SUBMITTED FEBRUARY 15, 2023 4:23 PM EST

THE FOLLOWING REPORT DOES NOT NECESSARILY REFLECT THE OPINIONS OF CARRIER411. WE DO NOT ENCOURAGE OR DISCOURAGE YOU FROM SELECTING OR CONDUCTING BUSINESS WITH THIS OR ANY OTHER COMPANY. USE YOUR OWN INDEPENDENT JUDGMENT WHEN QUALIFYING COMPANIES AND MAKING HIRING DECISIONS.

**REPORTED COMPANY**
CARGOPRIME CORPORATION
134 THREE DEGREE RD FIRST FLOOR
PITTSBURGH, PA 15237
DOCKET: MC075729
PHONE: (412) 444-8989
FAX: (412) 774-2060
EMAIL: SAFETY@CARGOPRIMECORP.COM

**REPORT SUBMITTED BY**
JOHN HAREN
TROY LOGISTICS, LLC
38 MACON STREET
MCDONOUGH, GA 30253
PHONE: (770) 305-9700
FAX: (404) 806-4444
EMAIL: DAVIDTROY@TROYLOGISTICS.COM
FGID:9233E2389F5E6015004681661373090

**REPORTED ITEMS**
UNAUTHORIZED RE-BROKERING OF SHIPMENT
UNETHICAL OR DECEPTIVE BUSINESS PRACTICES

**REPORTED COMMENTS**
WE HIRED THEM FOR A TEAM ONLY LOAD. WE TOLD THEM AT LEAST 5X THAT IT'S TEAM ONLY. TRUCK ARRIVED AT SHIPPER WITH SOLO AND DRIVING FOR A DIFFERENT COMPANY (BORDERLANDS MC1019332). THEY PROVIDED 2 PHONE NUMBERS THAT BOTH TRACKED TOGETHER IN THE TRUCK. APPARENTLY, THEY USED A FAKE PHONE NUMBER FOR THE NON EXISTENT CO-DRIVER. SHIPPER DOCUMENTED THE SOLO DRIVER AND TRUCKING COMPANY, WE HAVE TRACKING RECORDS. RE: SUPPOSED CONTRACT - BORDERLANDERS IS AN OPERATING CARRIER WITH ITS OWN AUTH AND INS.

**RESPONSE FROM REPORTED COMPANY**

FEBRUARY 18, 2023 2:38 PM EST
THESE ASSERTIONS ARE NOT TRUE. OUR COMPANY IS CONTRACTED TO LEASE THIS TRUCK FROM ANOTHER COMPANY, AND IT WAS REGISTERED UNDER OUR DOT AND INSURANCE. BROKER WAS PROVIDED INSURANCE CERTIFICATE AND CONTRACT. THE BROKER IN QUESTION HAS A TRACK RECORD OF LEVYING GROUNDLESS ACCUSATIONS AGAINST CARRIERS. WE ARE AN ASSET-BASED CARRIER, AND HANDLE 100 DAILY LOADS WITH LARGEST BROKERS. WE ARE UNABLE TO CHALLENGE THIS ERRONEOUS REPORT THROUGH THIS PLATFORM, BUT GUARANTEE HONEST AND RELIABLE SERVICE. INOMJON MADUMAROV

PRINT REPORT    ☒ CLOSE WINDOW

COPYRIGHT © 2023 CARRIER411 SERVICES, INC.