# Exhibit F

# FREIGHTGUARD REPORT

### REPORT FG112686 SUBMITTED AUGUST 16, 2023 2:50 PM EST

THE FOLLOWING REPORT DOES NOT NECESSARILY REFLECT THE OPINIONS OF CARRIER411. WE DO NOT ENCOURAGE OR DISCOURAGE YOU FROM SELECTING OR CONDUCTING BUSINESS WITH THIS OR ANY OTHER COMPANY. USE YOUR OWN INDEPENDENT JUDGMENT WHEN QUALIFYING COMPANIES AND MAKING HIRING DECISIONS.

**REPORTED COMPANY**
CARGOPRIME CORPORATION
134 THREE DEGREE RD FIRST FLOOR
PITTSBURGH, PA 15237
DOCKET: MC075729
PHONE: (412) 444-8989
FAX: (412) 774-2060
EMAIL: SAFETY@CARGOPRIMECORP.COM

**REPORT SUBMITTED BY**
DAVID TROY
TROY LOGISTICS, LLC
38 MACON STREET
MCDONOUGH, GA 30253
PHONE: (770) 305-9700
FAX: (404) 806-4444
EMAIL: DAVIDTROY@TROYLOGISTICS.COM
FGID:8FE4C23819A62F11223E7216613CA5E4

**REPORTED ITEMS**
UNETHICAL OR DECEPTIVE BUSINESS PRACTICES

**REPORTED COMMENTS**
CARGOPRIME IS NOW THREATENING TO SUE US IF WE DONT TAKE DOWN THE PREVIOUS FREIGHTGUARD REPORT. IN OUR OPINION THIS IS NOT ETHICAL. WE CONFIRMED WITH BORDERLANDERS THAT THE TRUCK WAS THEIRS AND COVERED BY THEIR INSURANCE. WE ALSO CONFIRMED THAT THE TRUCK WAS NOT COVERED BY CARGOPRIME'S INSURANCE.

**RESPONSE FROM REPORTED COMPANY**
AUGUST 18, 2023 4:51 PM EST
CARGOPRIME CORPORATION IS ATTEMPTING TO RESOLVE A LEGITIMATE DISPUTE WITH MR TROY. WE ACTED ETHICALLY AND PROFESSIONALLY PER STANDARD BUSINESS PRACTICES. WE WILL EXERCISE ALL LEGAL RIGHTS TO DEFEND OUR REPUTATION.
INOMJON MADUMAROV

PRINT REPORT     CLOSE WINDOW

COPYRIGHT © 2023 CARRIER411 SERVICES, INC.