# Exhibit A

**General Civil and Domestic Relations Case Filing Information Form**

☒ Superior or ☐ State Court of _____DEKALB_____ County

| For Clerk Use Only | |
|---|---|
| | 23CV6292 |
| Date Filed _07-03-2023_ | Case Number _____ |
| **MM-DD-YYYY** | |

**Plaintiff(s)**

| GOODMAN | CYNTHIA | J | ESTATE | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**

| DOLAN | TERRY | | CFO | US BANK |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |

Plaintiff's Attorney _____ State Bar Number _____ Self-Represented ☒

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☒ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____ _____
**Case Number** **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

FILED 7/7/2023 11:37 AM CLERK OF SUPERIOR COURT DEKALB COUNTY GEORGIA

# IN THE SUPERIOR COURT OF DEKALB COUNTY
## STATE OF GEORGIA

CYNTHIA JO GOODMAN©™ ESTATE,

Case No.: 23CV6292 _____

Plaintiff,

VS

TERRANCE DOLAN, individually and in his official
capacity as CHIEF FINANCIAL OFFICER of
U.S. BANK TRUST NATIONAL ASSOCIATION
and U.S. BANK TRUST NATIONAL
ASSOCIATION, NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS OWNER TRUSTEE
FOR RCF 2 ACQUISITION TRUST,

Defendants.

## COMPLAINT

**COMES NOW** the Plaintiff, CYNTHIA JO GOODMAN©™ ESTATE ("ESTATE"), in the
above-styled action, having exhausted all administrative remedies, to bring this action against
TERRANCE DOLAN ("Dolan") and U.S. BANK TRUST NATIONAL ASSOCIATION ("U.S.
BANK") for Residential Mortgage Fraud and Breach of Fiduciary Duty.

    1.    Plaintiff herein exercises as well as retains and reserves all rights of the ESTATE,
unalienable, private, commercial, incorporeal or otherwise, not waiving any rights, remedies or
defenses, statutory or procedural.

    2.    Plaintiff herein disavows and rebuts any and ALL presumptions made by this
court, Defendants, and any and ALL other parties, when said presumptions may be detrimental
to the interest of the ESTATE and/or this case.

## PARTIES

3.     The ESTATE is a legal trust entity for use in commerce, GRANTOR of the Note and Security Deed ("ESTATE Securities") and DEBTOR in this commercial transaction.

4.     Cynthia Jo Goodman<sup>©™</sup> is the Sole Beneficiary of the ESTATE ("Beneficiary") and Authorized Agent for the ESTATE ("Authorized Agent").

5.     Authorized Agent, a living, breathing Natural Woman, is specially, not generally, appearing before this court, exercising as well as retaining and reserving all one's rights, unalienable, private, commercial, incorporeal or otherwise, not waiving any rights, remedies or defenses, statutory or procedural.

6.     Upon information and belief, at all times herein mentioned, U.S. BANK is a national banking association and a member bank of the Federal Reserve System, organized, existing and operating in accordance with Statutes at Large 13 Stat. 99 – the National Banking Act and 38 Stat. 251 – the Federal Reserve Act and the Uniform Commercial Code ("UCC"), which are adopted in the State of Georgia.

7.     Upon information and belief, at all times herein mentioned, Dolan is the Chief Financial Officer and a director at U.S. BANK who has taken an oath that he will, so far as duty devolves on him, diligently and honestly administer the affairs of such association, and will not knowingly violate, or willingly permit to be violated, any of the provisions of the National Banking Act and, pursuant to the Federal Reserve Act "shall be held liable in his personal or individual capacity for all damages which [U.S. BANK], its shareholders, or any other person shall have sustained in consequence of such violation."

### CLAIM I
### VIOLATION OF GA CODE § 16-8-102
### OFFENSE OF RESIDENTIAL MORTGAGE FRAUD

8.    Plaintiff alleges that Defendant's are involved in the offense of residential mortgage fraud, in violation of GA Code § 16-8-102.

9.    On or about June 13, 2023, Authorized Agent initiated a private administrative process with Defendant Dolan, a living Natural Man, in his capacity as Chief Financial Officer of Defendant U.S. BANK via a third-party Notary Witness.

10.    The private administrative process was initiated in response to a NOTICE OF FORECLOSURE SALE ("Notice") received by Authorized Agent from the law firm of Robertson, Anschutz, Schneid, Crane & Partners PLLC ("RAS"), a debt collector representing Defendants in a pending foreclosure sale of ESTATE property scheduled for July 5, 2023.

11.    Authorized Agent made a presentment of a NOTICE OF CONDITIONAL ACCEPTANCE UPON PROOF OF CLAIM ("First Official Notice") to Dolan and RAS ("both parties") via a third-party Notary Witness, wherein Authorized Agent requested proofs of claim, including, but not limited to, the claim that DEBTOR failed "to pay the indebtedness as provided for in the Note and said Security Deed" (*See* Exhibit A)

12.    The First Official Notice was successfully delivered to and received by both parties on or about June 14, 2023.

13.    As time is of the essence, Dolan was given seven (7) days from the date of receipt to present a verified response, as a sufficient verified response was stipulated in the First Official Notice.[1]

---

[1] Authorized Agent initiated three (3) previous private administrative processes with Authorized Agents of U.S. Bank between 2019 and 2023 demanding validation of debt and proof of claim, to no avail. Said Authorized Agents failed to respond within the 30-day timeframe, in accordance with federal guidelines.

3

14.     On or about June 21, 2023, Authorized Agent made a presentment of a NOTICE OF FAULT AND OPPORTUNITY TO CURE ("Second Official Notice") to both parties via a third-party Notary Witness, wherein Authorized Agent made a good faith offer for Dolan to cure the fault in the event that his failure to respond to the First Official Notice was an oversight, mistake or otherwise unintentional.

15.     The Second Official Notice was successfully delivered to and received by Dolan on or about June 22, 2023 and RAS on or about June 23, 2023.

16.     As time is of the essence, Dolan was given three (3) days from the date of receipt to present a verified response to cure the FAULT.

17.     On or about June 28, 2023, Authorized Agent made presentment of a NOTICE OF DEFAULT IN DISHONOR AND CONFESSION OF JUDGMENT ("Third and Final Official Notice") to both parties via a third-party Notary Witness.

18.      The Third and Final Official Notice was successfully delivered to and received by both parties on or about June 30, 2023.

19.     As time is of the essence, Dolan was given three (3) days from the date of receipt to present a verified response to cure the DEFAULT.

20.     Dolan failed, refused or neglected in the presentment of a verified response – a written response in the form of a sworn rebuttal affidavit, under his full commercial liability, signing under the penalty of perjury that the facts contained therein are true, correct, complete and not misleading – to ANY of the presentments and the instruments are now deemed dishonored, thereby comprising a confession of judgment on the merits (*See* Exhibit B).

21.     Dolan's failure, refusal or neglect in the presentment of a verified response is now taken as an Administrative Default, a violation of federal law and Defendants are liable for damages and other costs to the ESTATE.

22.     Dolan's failure, refusal or neglect to sufficiently respond or timely honor the instruments is construed as constructive silence and concealment of incriminating evidence and creates the legal presumption that U.S. BANK is involved in residential mortgage fraud.

23.     WHEREFORE, Plaintiff brings this action for recovery of damages, in commerce, for the offense of residential mortgage fraud and prays for relief as set forth below.

**CLAIM II**
**VIOLATION OF GA CODE §53-7-54**
**BREACH OF FIDUCIARY DUTY**

24.     Plaintiff repeats, reiterates and re-alleges each and every allegation made in paragraphs 1 through 23 of this complaint as if more fully set forth herein at length.

25.     U.S. BANK alleges that they are the holder in due course of ESTATE Securities, which were executed on August 4, 2004 during the mortgage lending process ("Trust Action").

26.     As Implied Trustees[2], Defendants failed, refused or neglected to perform the fiduciary duties owed to Beneficiary and for the benefit of the Beneficiary and to act in the best interest of the Beneficiary and Beneficiary's interests at all times in this Trust Action.

27.     Defendants failed, refused or neglected to administer the ESTATE in good faith, with prudence and solely in the best interest of Beneficiary and Beneficiary's interests, thereby violating Beneficiary's rights and endangering ESTATE assets.

28.     Defendants have acted and are acting in their own self-interest, using private ESTATE Securities for their own profit, i.e. "self-dealing"[3] and for public use.

---

[2] Defendants are administering the ESTATE and ESTATE Securities without express written delegated authority from Grantor or Beneficiary.

29.    WHEREFORE, Plaintiff brings this action for recovery of damages, in commerce, for breach of fiduciary duty and prays for relief as set forth below.

## CONCLUSION

30.    As Plaintiff has adequately pled, Defendants are engaged in the criminal activity of residential mortgage fraud and has breached their fiduciary duty that has resulted in substantial and significant losses to the ESTATE and serious injury and harm to the Beneficiary. Defendants are jointly and severally liable in Defendants' fraud and trust malfeasance.

## PRAYER FOR RELIEF

31.    Plaintiff's prayer for relief is a final judgment awarding damages for residential mortgage fraud and breach of fiduciary duty, as well as any statutory, compensatory and punitive damages for stress, harassment, anxiety, mental anguish, and any other damages for the serious injury and harm caused to Beneficiary by Defendants' abusive and deceptive business practices.

32.    WHEREFORE, having an action for the recovery of damages occasioned by the aforementioned violations, Plaintiff seeks redress for fraud, endangerment of ESTATE assets, substantial and significant losses to the ESTATE, serious injury and harm suffered by Beneficiary and respectfully prays that this honorable court:

      (1)    Grant a judgment in Plaintiff's favor on both claims; and,

      (2)    Grant a declaratory judgment which states the Defendants' lack of proper legal or equitable interest in either the Note or Security Deed; and,

      (3)    Grant a declaratory judgment which states the Defendants' lack of legal standing to move forward with any foreclosure proceedings; and,

      (4)    Order estoppel of any and ALL foreclosure proceedings initiated by U.S. Bank, its successors and/or assigns; and,

---

[3] Any self-dealing by a fiduciary gives rise to a "presumption of unfairness," and the burden of proving the fairness of the transaction is placed on the fiduciary.

(5)   Order Defendants to deliver, or cause to be delivered, the original Note and Security Deed to Plaintiff; and,

(6)   Order Defendants to terminate, or cause to be terminated, any and ALL assignments of Security Deeds as such assignments are incorrect and therefore, invalid; and,

(7)   Order Defendants to execute and record, or cause to be executed and recorded, a Certificate of Acknowledgment in the DeKalb County Recorder of Deeds Office in Decatur, GA, which acknowledges that the alleged debt obligation secured by the purported Security Deed has been fully paid, or otherwise justly satisfied or discharged; and,

(8)   Order Defendants to execute and record, or cause to be executed and recorded, a Certificate of Discharge in the DeKalb County Recorder of Deeds Office in Decatur, GA, which discharges the alleged debt obligation secured by the purported Security Deed, the purported Security Deed having been fully paid, otherwise justly satisfied or discharged; and,

(9)   Order Defendants to execute and record, or cause to be executed and recorded, a DEED OF FULL RECONVEYANCE OF ANY AND ALL ENCUMBERED INTERESTS, RELEASING LENDER'S ALLEGED LIEN FROM SUBJECT PROPERTY AND RECONVEYING, WITHOUT WARRANTY, TO THE PERSON LEGALLY ENTITLED HERETO, i.e., THE SOLE BENEFICIARY, THE ESTATE NOW HELD BY HER THEREUNDER, under Security Deeds in the DeKalb County Recorder of Deeds Office, specifically in Deed Book 20431, Page 678, and Deed Book 30805, Pages 390 and 393; said property being more commonly known as: 2948 BATTLE FORREST DRIVE, DECATUR, GA 30034; secured lawful land description: Parcel ID 15 106 11 029, and any and all purported Security Deeds recorded in the DeKalb County Recorder of Deeds Office at any time by any entity during this transaction pertaining to the above referenced Subject Property and said Note and purported Security Deeds shall be marked paid and justly satisfied; and,

(10)  Order Defendants to deliver, or cause to be delivered, to Beneficiary and Authorized Agent certified copies of recorded Certificates and Deed of Full Re-conveyance via U.S.P.S. Registered Mail in care of Beneficiary and Authorized Agent at the Subject Property, Defendants incurring any and all fees relating to the release and/or re-conveyance, including, but not limited to, the preparation, execution, recordation or delivery; and,

(11)  Order Defendants to contact any and all credit bureaus, including, but not limited to, Equifax, Experian and Trans Union, to delete any and all unverified, false, inaccurate and misleading information Defendants have disseminated in connection with this trust action retroactively; and,

7

(12) Order Defendants to return all legal tender used for "down payments", deposits and any and all "payments" made in connection with this transaction, including late and other fees and interest on the "down payments", deposits and any and all "payments" in Plaintiff's original escrow; and,

(13) Order Defendants to make good on any losses resulting from said breach, and to restore any profits of such fiduciary which have been made through use of assets by the fiduciary; and,

(14) Award Plaintiff treble damages for the unjust enrichment enjoyed by Defendants for the theft and sale of the instruments; and,

(15) Award Plaintiff such other equitable or remedial relief as the court may deem appropriate, including but not limited to removal of such fiduciary. and,

(16) Award other costs and fees for emotional damages for Beneficiary's alienation of affection from spouse, boy and/or girl "friend", friends, children, family, pets, neighbors, co-worker(s), client(s), customer(s) and any and all other parties effected directly or indirectly and/or collaterally, even if caused by Plaintiff's inability to deal emotionally with the financial issues, as said issues are and have caused serious injury and harm to Beneficiary by Defendants' abusive and deceptive business practices.

## JURY DEMAND

33.    Plaintiff hereby demands a trial by jury on all issues so triable by a jury.

## CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; and (3) the factual conventions have evidentiary support.

Dated: July 5, 2023                    Respectfully submitted,

                                       With Honorable Intentions,
                                       All Rights Reserved. Without Prejudice.

                                       By:    _____
                                              Cynthia Jo Goodman©™
                                              Sole Beneficiary and Authorized Agent
                                              c/o P.O. BOX 370354
                                              Decatur, Georgia near [30037]

8

This certificate pertains to a _____ page document dealing with/entitled _____ and signed on _____.

**Jurat Certificate (Verification on Oath or Affirmation)**

State of Georgia

County of _Fulton_____

Signed and sworn to (or affirmed) before me on _July 3, 2023_____
                                                               Date

by _Goodman CYNTHIA Jo_____,
   Printed name of individual making statement

who is

_____personally known

or          /
_____✓____proved to me on the basis of satisfactory evidence to be the person

who appeared before me.

_Driver's License_____
(signature of notary public)

Notary Public, State of Georgia                              Stamp/Seal

My commission expires: _07/13/2025_

FILED 7/7/2023 11:37 AM CLERK OF SUPERIOR COURT DEKALB COUNTY GEORGIA

**CYNTHIA JO GOODMAN ESTATE**
**C/O  P.O. BOX 370354; DECATUR, GEORGIA 30037**

-------------------------------------------------Space Above for Recording Purposes Only-------------------------------------------------

# THE SUPERIOR COURT OF DEKALB COUNTY
# STATE OF GEORGIA

| | | |
|---|---|---|
| CYNTHIA JO GOODMAN ESTATE | ) | **Date: July 5, 2023** |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | **NOTICE OF FILING** |
| | ) | **EXHIBITS A & B** |
| | ) | for |
| ------------------------------------------------------------- | ) | |
| V. | ) | SUMMONS & COMPLAINT |
| | ) | |
| TERRANCE DOLAN, individually and in his | ) | 23CV6292 |
| official capacity as CHIEF FINANCIAL OFFICER | ) | CAFN:_____ |
| of U.S. BANK TRUST NATIONAL ASSOC. and | ) | |
| U.S. BANK TRUST NATIONAL ASSOC., NOT | ) | |
| IN ITS INDIVIDUAL CAPACITY BUT SOLELY | ) | |
| AS OWNER TRUSTEE FOR RCF 2 ACQUISITION | ) | |
| TRUST | ) | |
| DEFENDANT | ) | |

# NOTICE OF FILING:

# EXHIBITS A & B

# EXHIBIT A

Via:    United States Post, Priority Mail Express® #: EI 211 504 472 US          Date: 13/JUN/2023

To:    Terry Dolan, Respondent          From:    Maithem Sarraj, Notary presenter.
       **Chief Financial Officer**                [18 U.S.C. § 1512 *Tampering with a witness...*]
       U.S. Bancorp d/b/a U.S. Bank               [18 U.S.C. § 1519 *Destruction, alteration, or*
       U.S. Bancorp Center                        *falsification of records...*]
       800 Nicollet Mall                          [18 U.S.C. § 241 *Conspiracy against rights*]
       Minneapolis, MN 55402-7014                 [18 U.S.C. § 242 *Deprivation of rights under*
                                                  *color of law*]
                                                  Care of: [1701] 37th Street Ste. 1513
                                                           Phenix City, Alabama Republic
                                                           *The United States of America*

## 𝕹𝖔𝖙𝖆𝖗𝖞 𝕻𝖗𝖊𝖘𝖊𝖓𝖙𝖒𝖊𝖓𝖙

### 𝕿𝖔 𝖆𝖑𝖑 𝖙𝖔 𝖜𝖍𝖔𝖒 𝖙𝖍𝖊𝖘𝖊 𝖕𝖗𝖊𝖘𝖊𝖓𝖙𝖘 𝖘𝖍𝖆𝖑𝖑 𝖈𝖔𝖒𝖊, 𝕲𝖗𝖊𝖊𝖙𝖎𝖓𝖌𝖘:

I, Maithem Sarraj acting in good faith, have been contacted by Cynthia Jo Goodman, for the purpose of acting as a 3rd party witness, document custodian, and notary presenter presenting the following instrument(s) herein. I have also been given authority to receive at the postal location *supra* any correspondence should your office decide to respond. No response shall be considered valid mailed elsewhere.

"*Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State.*" [U.S. Constitution, Article IV Relationships Between the States].

Without prejudice. Without recourse. All rights reserved. Non-assumpsit.

Annexed Enclosures/Attachments

By: _____
    Maithem Sarraj, Notary Presenter.

DISCLAIMER: The following stamp is for illustration
purposes only and evidences herein that I am a Notarial
Officer in good standing.



## NOTICE OF CONDITIONAL ACCEPTANCE
## UPON PROOF OF CLAIM

June 13, 2023

Cynthia-Jo: Goodman©™, Claimant
Sole Beneficiary and Authorized Agent
c/o P.O. BOX 370354
Decatur, Georgia near [30037]

Terry Dolan, Respondent[1]
Chief Financial Officer
U.S. Bancorp d/b/a U.S. Bank
U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402 - 7014

RE:   CONDITIONAL ACCEPTANCE FOR VALUE UPON PROOF OF CLAIM
      Alleged Loan Number: 2005026666

Mr. Dolan,

I am in receipt of a NOTICE OF FORECLOSURE SALE ("Notice") dated April 20, 2023 from the law firm of Robertson, Anschutz, Schneid, Crane & Partners PLLC ("RAS") representing U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS OWNER TRUSTEE OF RCF 2 ACQUISITION TRUST ("U.S. BANK") and alleged "Attorney-in-fact for CYNTHIA JO GOODMAN" for "failure to pay the indebtedness as provided for in the Note and said Security Deed".

I am initiating this private administrative process with you via notarial presentment to resolve this matter as soon as possible as a sale has been scheduled for July 5, 2023.

I accept your offer on the condition that you answer ALL my questions in writing and provide certified documentation verifying your responses within seven (7) days, as time is of the essence, to my third-party Notary Witness at the address below. Your failure to respond is your tacit agreement that I owe U.S. BANK nothing.

The necessary PROOFS OF CLAIM are set out below, to wit:

1.   PROOF OF CLAIM that U.S. BANK is not a member bank of the Federal Reserve System, organized, existing and operating in accordance with the several federal statutes and acts, including but not limited to, the National Banking Act, the Federal Reserve, the Bill of Exchange Act, the Securities Exchange Act, the Trust Indenture Act ("the Acts"), the Uniform Commercial Code ("UCC") and the Negotiable Instrument Law.

---

[1]   Respondent refers to you, directors, successors and/or assigns, employees, agents, representatives of U.S. BANK.

Cynthia-Jo: Goodman©™                                                    June 13, 2023

2.  PROOF OF CLAIM that the states of DELAWARE, FLORIDA and GEORGIA did not adopt, in some capacity, the UCC and that all transactions included but not limited to courts are governed under the UCC and/or the Negotiable Instrument Law.

3.  PROOF OF CLAIM that the UCC and the Negotiable Instrument Law were not designed to cover commercial paper, which is the currency.

4.  PROOF OF CLAIM that under the Negotiable Instrument Law, 'commercial paper', not limited to Bills of Exchange, are not 'money' (currency) in respect to the National Emergency and the UCC and are not to be accepted to discharge debt.

5.  PROOF OF CLAIM that the U.S. Bankruptcy did not impair the obligations and considerations of contracts through the "Joint Resolution to Suspend the Gold Standard and Abrogate the Gold Clause" of June 5, 1933 as it may operate in the states of DELAWARE, FLORIDA and GEORGIA.

6.  PROOF OF CLAIM that U.S. BANK gave FULL DISCLOSURE to Claimant to all matters dealing with said contract as to the U.S. Bankruptcy, form of payment, what was loaned, etc.

7.  PROOF OF CLAIM that an artificial entity/creature, created under the states of DELAWARE, FLORIDA and GEORGIA and doing business in the states of DELAWARE, FLORIDA and GEORGIA, by and through its officers, board of directors, employees and agents are not bound to support Article I, Section 10 of the U.S. Constitution, that, as a 'state-created entity', reads, "No State shall… make anything but gold and silver coin a tender in payment of debts…" and that any such thing as gold and silver exists as legal tender in payment of debts.

8.  PROOF OF CLAIM that of the value (substance) demanded is in the nature of 'valuable consideration' called 'money'.

9.  PROOF OF CLAIM that U.S. BANK inquired, or knew that Claimant had, or has access to 'lawful money of account' to 'pay' the contract debt(s) at law without becoming a tortfeasor.

10.  PROOF OF CLAIM that Claimant had/has access to 'money' that constitutes 'lawful consideration'.

11.  PROOF OF CLAIM that the use of Federal Reserve Notes (legal tender) or instruments certifying conveyance of Federal Reserve Notes is not only a promise to pay.

12.  PROOF OF CLAIM that Federal Reserve Notes (legal tender) or instruments certifying conveyance of Federal Reserve Notes are good and lawful money of the United States.

13.  PROOF OF CLAIM that Federal Reserve Notes (legal tender) or instruments certifying conveyance of Federal Reserve Notes are not valueless.

Cynthia-Jo: Goodman©™                                                June 13, 2023

14. PROOF OF CLAIM that Federal Reserve Notes (legal tender) or instruments certifying conveyance of Federal Reserve Notes do operate as payment in the absence of an agreement that they shall constitute payment.

15. PROOF OF CLAIM that U.S. BANK is a "CREDITOR" following Generally Accepted Accounting Principles (GAAP) whereby true double-entry book-accounting was performed in issuing the alleged loan, showing a debit against the bank's assets as a result of the acquisition of our alleged loan.

16. PROOF OF CLAIM that U.S. BANK had a "MEETING OF THE MINDS" with Claimant pursuant to the written loan agreement in respect to full disclosure and that said contract contained or contains no elements of fraud by U.S. BANK.

17. PROOF OF CLAIM that U.S. BANK lent its money to purchase the loan agreement from the Claimant, as alleged borrower.

18. PROOF OF CLAIM that U.S. BANK gave lawful CONSIDERATION to Claimant in the written loan agreement.

19. PROOF OF CLAIM that U.S. BANK gave FULL DISCLOSURE of all material facts and to all matters dealing with said contract to Claimant in the written loan agreement.

20. PROOF OF CLAIM that U.S. BANK did not lend its "credit" and that Claimant is ONLY OBLIGATED TO pay back something other than "like kind," i.e. debt instruments.

21. PROOF OF CLAIM that Claimant did not provide any money, money equivalent, credit, funds, capital or thing of value that U.S. BANK used to give value to a check or similar instrument.

22. PROOF OF CLAIM that U.S. BANK did not accept any money, money equivalent, credit, funds, capital or thing of value from Claimant in this alleged loan transaction that funded a similar loan or similar instrument approximately the same amount as the alleged loan.

23. PROOF OF CLAIM that U.S. BANK did not make its contract/agreement with Claimant beyond the scope of its corporate powers, and the contract is not unlawful and void.

24. PROOF OF CLAIM that U.S. BANK did not know that this transaction was beyond the scope of its Charter and that U.S. BANK did not intend to bind Claimant to an unconscionable contract.

25. PROOF OF CLAIM that U.S. BANK did not commit FRAUD on the contract in respect to the alleged account and written loan agreement referenced above in any capacity.

26. PROOF OF CLAIM that U.S. BANK did not securitize Claimants' promissory note.

27. PROOF OF CLAIM that the Notice does not constitute an attempt by U.S. BANK at unjustly enrichment.

Cynthia-Jo: Goodman©™                                                    June 13, 2023

28.  PROOF OF CLAIM that your agent, RAS, sending the Notice to Claimant via U.S. mail does not constitute a mailing of a fraudulent claim and/or committing mail fraud.

29.  PROOF OF CLAIM that the U.S. Bankruptcy did not impair the obligations and considerations of contracts through the "Joint Resolution to Suspend the Gold Standard and Abrogate the Gold Clause" of June 5, 1933 as it may operate in the states of DELAWARE, FLORIDA and GEORGIA.

30.  PROOF OF CLAIM that Claimant cannot accept for value any public or private presentment, invoice, bill, etc. for fine, fee, tax, debt or judgment and discharge the same with a Bill of Exchange or other commercial paper as necessary to carry on in commerce.

31.  PROOF OF CLAIM that the commercial instrument or Bill of Exchange tendered was not refused.

32.  PROOF OF CLAIM that Claimant, as the Authorized Representative for the Principal Debtor, CYNTHIA JO GOODMAN©™, *ens legis*, does not have the standing or capacity to accept for value the offer / contract / presentment and discharge the same via Bill of Exchange or other appropriate commercial paper for discharge via the remedy provided by Congress, House Joint Resolution 192 of June 5, 1933.

33.  PROOF OF CLAIM that U.S. BANK, as Successor in interest, is not subject to a claim or defense that Claimant could assert against the original lender.

34.  PROOF OF CLAIM that Claimant is not the Sole Beneficiary and as Trustee, U.S. BANK as holder of the Security Deed, Trust Property, does not owe a fiduciary obligation to the Beneficiary.

Claimant, in exercising her right to exhaust all her administrative remedies, demands that Respondent provide a written response in the form of a sworn rebuttal affidavit, under your full commercial liability, signing under the penalty of perjury that the facts contained therein are true, correct, complete and not misleading.

Failure to properly respond will be construed as constructive silence and concealment of incriminating evidence and creates the legal presumption and conclusion that U.S. BANK has acted beyond the scope of its charter and is involved in fraud, including, but not limited to, mail fraud and extortion and a criminal complaint may be filed against U.S. BANK for fraud upon the court and for several violations of federal law.

Failure to provide the above PROOFS OF CLAIM will constitute agreement and formal acceptance. Respondent will have admitted that there is no valid Claim of Action and the alleged debt will be deemed invalid and any further collection attempts or foreclosure proceedings will be considered a criminal activity.

Additionally, Respondent will have formally accepted each and every fact herein as they operate in favor of Claimant due to your silence and estoppel is in effect.

This **'Conditional Acceptance'** becomes the security agreement under commercial law, or in the alternative, you agree and stipulate the Claimant can only discharge the alleged indebtedness

Cynthia-Jo: Goodman<sup>c™</sup>

June 13, 2023

with a Bill of Exchange or other commercial paper and that Respondent will accept said 'instrument' as tendered to discharge the debt under necessity. Or if the previous 'instrument' (Bill of Exchange) was tendered and not accepted, you agree that the matter / account / debt is discharged in operation of law in tender of payment and/or bankruptcy.

This debt is considered to be invalid until Claimant's third-party Notary Witness receives proper notification and you provide Claimant with the aforementioned **PROOFS OF CLAIM** of the disputed debt.

Failure on your part to respond to with the aforementioned **PROOFS OF CLAIM** as stipulated, and provide, with particularity, everything in requested Notice, is your lawful, legal and binding agreement with and admission to the fact that all not provided information requested in this Notice is not existent and is fully binding upon U.S. BANK in any court in America, without protest or objection from you or anyone who represents U.S. BANK.

Due to the time-sensitive nature of this private matter, under necessity, you are to respond within seven (7) days from receipt of this Notice by certified priority return mail to Claimant's address and to the third-party Notary's address below.

**YOU ARE HEREBY OFFICIALLY NOTICED that failure to acknowledge this request and/or failure to respond to this letter within seven (7) days will be taken as an Administrative Default pursuant to the Administrative Procedures Act of 1946 and a violation of Federal Law, and you shall be held liable for damages and costs to Claimant.**

In Good Faith with Honorable Intentions,

Cynthia-Jo: Goodman<sup>c™</sup>, Authorized Agent
CYNTHIA JO GOODMAN©™ ESTATE

Cynthia-Jo: Goodman ©™                                                    June 13, 2023

## Avouchment

> A notary public or other officer completing the certificate verifies only the
> identity of the individual signing the document, and not the truthfulness, accuracy,
> or validity of the document and does not constitute any adhesion, nor does it alter
> my status in any manner and does not grant entrance into any foreign jurisdiction.

This is with execution under the penalty of perjury; [in nature of Title 28 U.S.C. § 1746(1)] expressly without UNITED STATES, [i.e. "Title 28 U.S.C. § 3002 (15)(A); UCC § 9-307(H); U.S.C.A. Const. Art. 1:8:17-18"] Administration by a commissioned Notary Public in accordance, who also acknowledges the same [in accordance Fed. R. Evid. 902 (1)(B)].

Gwinnett County        )
                       ) av.
Georgia State          )

SUBSCRIBED AND AVOWED before me this, 13th day of June A.D. 2023.

I, the Notary Public acting in good faith here duly depose, that the Wo/Man executing this document, is personally known to me and/or has presented sufficient evidence to establish lawful identity and status; I accept same as evidence of the facts presented, I depose nothing more, executed by My Signature and Seal, as authorized under my commission.

"*Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State.*" [U.S. Constitution, Article IV Relationships Between the States].

A photo copy has the same weight and strength as the wet ink signed genuine original.

Void where prohibited by law.

Without recourse. Without prejudice. All rights reserved. Non-assumpsit.

_____                    (Seal/Stamp)
Notarial Official Signature
[18 U.S.C. § 1512 *Tampering with a witness…*]
[18 U.S.C. § 1519 *Destruction, alteration, or falsification of records…*]
[18 U.S.C. § 241 *Conspiracy against rights*]
[18 U.S.C. § 242 *Deprivation of rights under color of law*]

My Commission Expires: 09-27-2024

Via:    United States Post, Priority Mail Express® #: EI 211 504 469 US        Date:   12/JUN/2023

To:   David Schneid, Respondant            From:   Maithem Sarraj, Notary presenter.
      Managing Partner                             [18 U.S.C. § 1512 *Tampering with a witness...*]
      Robertson, Anschutz, Schneid, Crane,         [18 U.S.C. § 1519 *Destruction, alteration, or
      and Partners                                 falsification of records...*]
      6409 Congress Ave. Ste. 100                  [18 U.S.C. § 241 *Conspiracy against rights*]
      Boca Raton, FL 33487                         [18 U.S.C. § 242 *Deprivation of rights under
                                                   color of law*]
                                              Care of: [1701] 37th Street Ste. 1513
                                                       Phenix City, Alabama Republic
                                                       *The United States of America*

## 𝕹𝖔𝖙𝖆𝖗𝖞 𝕻𝖗𝖊𝖘𝖊𝖓𝖙𝖒𝖊𝖓𝖙

### 𝕿𝖔 𝖆𝖑𝖑 𝖙𝖔 𝖜𝖍𝖔𝖒 𝖙𝖍𝖊𝖘𝖊 𝖕𝖗𝖊𝖘𝖊𝖓𝖙𝖘 𝖘𝖍𝖆𝖑𝖑 𝖈𝖔𝖒𝖊. 𝕲𝖗𝖊𝖊𝖙𝖎𝖓𝖌𝖘:

I, Maithem Sarraj acting in good faith, have been contacted by Cynthia Jo Goodman, for the purpose of acting as a 3rd party witness, document custodian, and notary presenter presenting the following instrument(s) herein. I have also been given authority to receive at the postal location *supra* any correspondence should your office decide to respond. No response shall be considered valid mailed elsewhere.

"*Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State.*" [U.S. Constitution, Article IV Relationships Between the States].

Without prejudice. Without recourse. All rights reserved. Non-assumpsit.

Annexed Enclosures/Attachments

By: _____

Maithem Sarraj, Notary Presenter.

DISCLAIMER: The following stamp is for illustration purposes only and evidences herein that I am a Notarial Officer in good standing.



## NOTICE OF CONDITIONAL ACCEPTANCE
## UPON PROOF OF CLAIM

Cynthia-Jo: Goodman©™, Claimant
Sole Beneficiary and Authorized Agent
c/o P.O. BOX 370354
Decatur, Georgia near [30037]

David Schneid, Respondent[1]
Managing Partner
Robertson, Anschutz Schneid, Crane & Partners PLLC
6409 Congress Avenue, Suite 100
Boca Raton, Florida 33487

RE:    CONDITIONAL ACCEPTANCE FOR VALUE UPON PROOF OF CLAIM
       Alleged Loan Number: 2005026666 | Reference 22-063273 ZaK

Mr. Schneid,

I am in receipt of a NOTICE OF FORECLOSURE SALE ("Notice") dated April 20, 2023 from your firm representing U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS OWNER TRUSTEE OF RCF 2 ACQUISITION TRUST ("U.S. BANK") for "failure to pay the indebtedness as provided for in the Note and said Security Deed".

I am initiating this private administrative process with you via notarial presentment to resolve this matter as soon as possible. My timely communications in response to your previous presentments have been met with no response from you.

I accept your offer on the condition that you answer ALL my questions in writing and provide certified documentation verifying your responses within seven (7) days, as time is of the essence, to my notary witness at the address below. Your failure to respond is your tacit agreement that I owe your client nothing.

The necessary PROOFS OF CLAIM are set out below, to wit:

1.    PROOF OF CLAIM that your client, U.S. BANK is not a member bank of the Federal Reserve System, organized, existing and operating in accordance with the several federal statutes and acts, including but not limited to, the National Banking Act, the Federal Reserve, the Bill of Exchange Act, the Securities Exchange Act, the Trust Indenture Act ("the Acts"), the Uniform Commercial Code ("UCC") and the Negotiable Instrument Law.

2.    PROOF OF CLAIM that the states of DELAWARE, FLORIDA and GEORGIA did not adopt, in some capacity, the UCC and that all transactions included but not limited to courts are governed under the UCC and/or the Negotiable Instrument Law.

---

[1]    Respondent refers to you, your firm, your offices, your employees, agents, representatives, successors and/or assigns, your client, U.S. Bank, its directors, employees, agents, representatives, successors and/or assigns.

Page 1 of 6

Cynthia-Jo: Goodman                                                      June 12, 2023

3.  PROOF OF CLAIM that the UCC and the Negotiable Instrument Law were not designed to cover commercial paper, which is the currency.

4.  PROOF OF CLAIM that under the Negotiable Instrument Law, 'commercial paper', not limited to Bills of Exchange, are not 'money' (currency) in respect to the National Emergency and the UCC and are not to be accepted to discharge debt.

5.  PROOF OF CLAIM that the U.S. Bankruptcy did not impair the obligations and considerations of contracts through the "Joint Resolution to Suspend the Gold Standard and Abrogate the Gold Clause" of June 5, 1933 as it may operate in the states of DELAWARE, FLORIDA and GEORGIA.

6.  PROOF OF CLAIM that your client, U.S. BANK gave FULL DISCLOSURE to Claimant to all matters dealing with said contract as to the U.S. Bankruptcy, form of payment, what was loaned, etc.

7.  PROOF OF CLAIM that your client, an artificial entity/creature, created under the state of FLORIDA/DELAWARE and doing business in the state of FLORIDA/DELAWARE, by and through its officers, board of directors, employees and agents are not bound to support Article I, Section 10 of the U.S. Constitution, that, as a 'state-created entity', reads, "No State shall… make anything but gold and silver coin a tender in payment of debts…" and that any such thing as gold and silver exists as legal tender in payment of debts.

8.  PROOF OF CLAIM that of the value (substance) demanded is in the nature of 'valuable consideration' called 'money'.

9.  PROOF OF CLAIM that your client inquired, or knew that Claimant had, or has access to 'lawful money of account' to 'pay' the contract debt(s) at law without becoming a tortfeasor.

10. PROOF OF CLAIM that Claimant had/has access to 'money' that constitutes 'lawful consideration'.

11. PROOF OF CLAIM that the use of Federal Reserve Notes (legal tender) or instruments certifying conveyance of Federal Reserve Notes is not only a promise to pay.

12. PROOF OF CLAIM that Federal Reserve Notes (legal tender) or instruments certifying conveyance of Federal Reserve Notes are good and lawful money of the United States.

13. PROOF OF CLAIM that Federal Reserve Notes (legal tender) or instruments certifying conveyance of Federal Reserve Notes are not valueless.

14. PROOF OF CLAIM that Federal Reserve Notes (legal tender) or instruments certifying conveyance of Federal Reserve Notes do operate as payment in the absence of an agreement that they shall constitute payment.

Cynthia-Jo: Goodman                                                    June 12, 2023

15. PROOF OF CLAIM that your client, U.S. BANK is a "CREDITOR" following Generally Accepted Accounting Principles (GAAP) whereby true double-entry book-accounting was performed in issuing the alleged loan, showing a debit against the bank's assets as a result of the acquisition of our alleged loan.

16. PROOF OF CLAIM that your client, U.S. BANK had a "MEETING OF THE MINDS" with Claimant pursuant to the written loan agreement in respect to full disclosure and that said contract contained or contains no elements of fraud by U.S. BANK.

17. PROOF OF CLAIM that your client, U.S. BANK lent its money to purchase the loan agreement from the Claimant, as alleged borrower.

18. PROOF OF CLAIM that your client, U.S. BANK gave lawful CONSIDERATION to Claimant in the written loan agreement.

19. PROOF OF CLAIM that your client, U.S. BANK gave FULL DISCLOSURE of all material facts and to all matters dealing with said contract to Claimant in the written loan agreement.

20. PROOF OF CLAIM that your client, U.S. BANK did not lend its "credit" and that Claimant is ONLY OBLIGATED TO pay back something other than "like kind," i.e. debt instruments.

21. PROOF OF CLAIM that Claimant did not provide any money, money equivalent, credit, funds, capital or thing of value that your client, U.S. BANK used to give value to a check or similar instrument.

22. PROOF OF CLAIM that your client, U.S. BANK did not accept any money, money equivalent, credit, funds, capital or thing of value from Claimant in this alleged loan transaction that funded a similar loan or similar instrument approximately the same amount as the alleged loan.

23. PROOF OF CLAIM that your client, U.S. BANK did not make its contract/agreement with Claimant beyond the scope of its corporate powers, and the contract is not unlawful and void.

24. PROOF OF CLAIM that your client, U.S. BANK did not know that this transaction was beyond the scope of its Charter and that U.S. BANK did not intend to bind Claimant to an unconscionable contract.

25. PROOF OF CLAIM that your client, U.S. BANK did not commit FRAUD on the contract in respect to the alleged account and written loan agreement referenced above in any capacity.

26. PROOF OF CLAIM that your client, U.S. BANK did not securitize Claimants' promissory note.

Cynthia-Jo: Goodman                                            June 12, 2023

27. PROOF OF CLAIM that your Notice on behalf of your client, U.S. BANK, does not constitute an attempt by U.S. BANK at unjustly enrichment.

28. PROOF OF CLAIM that your office sending the Notice to Claimant via U.S. mail does not constitute a mailing of a fraudulent claim and/or committing mail fraud.

29. PROOF OF CLAIM that the U.S. Bankruptcy did not impair the obligations and considerations of contracts through the "Joint Resolution to Suspend the Gold Standard and Abrogate the Gold Clause" of June 5, 1933 as it may operate in the states of DELAWARE, FLORIDA and GEORGIA.

30. PROOF OF CLAIM that Claimant cannot accept for value any public or private presentment, invoice, bill, etc. for fine, fee, tax, debt or judgment and discharge the same with a Bill of Exchange or other commercial paper as necessary to carry on in commerce.

31. PROOF OF CLAIM that the commercial instrument or Bill of Exchange tendered was not refused.

32. PROOF OF CLAIM that Claimant, as the Authorized Representative for the Principal Debtor, CYNTHIA JO GOODMAN ©™, *ens legis*, does not have the standing or capacity to accept for value the offer / contract / presentment and discharge the same via Bill of Exchange or other appropriate commercial paper for discharge via the remedy provided by Congress, House Joint Resolution 192 of June 5, 1933.

33. PROOF OF CLAIM that Claimant is not the Sole Beneficiary and as Trustee, your client, U.S. BANK as holder of Trust Property does not owe a fiduciary obligation to the Beneficiary.

Claimant, in exercising her right to exhaust all her administrative remedies, demands that Respondent provide a written response in the form of a sworn rebuttal affidavit, by an agent or representative of your client under their full commercial liability, signing under the penalty of perjury that the facts contained therein are true, correct, complete and not misleading.

Failure to properly respond will be construed as constructive silence and concealment of incriminating evidence and creates the legal presumption and conclusion that your client has acted beyond the scope of its charter and is involved in fraud, including, but not limited to, mail fraud and extortion and a criminal complaint may be filed against you and your client for fraud upon the court and for several violations of federal law.

Failure to provide the above PROOFS OF CLAIM will constitute agreement and formal acceptance. Respondent will have admitted that there is no valid Claim of Action and the alleged debt will be deemed invalid and any further collection attempts or foreclosure proceedings will be considered a criminal activity.

Additionally, Respondent will have formally accepted each and every fact herein as they operate in favor of Claimant due to your silence and estoppel is in effect.

Cynthia-Jo: Goodman                                                    June 12, 2023

This **'Conditional Acceptance'** becomes the security agreement under commercial law, or in the alternative, you agree and stipulate the Claimant can only discharge the alleged indebtedness with a Bill of Exchange or other commercial paper and that Respondent will accept said 'instrument' as tendered to discharge the debt under necessity. Or if the previous 'instrument' (Bill of Exchange) was tendered and not accepted, you agree that the matter / account / debt is discharged in operation of law in tender of payment and/or bankruptcy.

This debt is considered to be invalid until Claimant's third-party Notary Witness receives proper notification and your office provides Claimant with the aforementioned **PROOFS OF CLAIM** of the disputed debt.

Failure on your part to respond to with the aforementioned **PROOFS OF CLAIM** as stipulated, and provide, with particularity, everything in requested Notice, is your lawful, legal and binding agreement with and admission to the fact that all not provided information requested in this Notice is not existent and is fully binding upon your client, U.S. Bank in any court in America, without protest or objection.

Due to the time-sensitive nature of this private matter, under necessity, you are to respond within seven (7) days from receipt of this Notice by certified priority return mail to Claimant's address and to the Third-Party Notary's address below.

**YOU ARE HEREBY OFFICIALLY NOTICED that failure to acknowledge this request and/or failure to respond to this letter within seven (7) days <u>will be taken as an Administrative Default pursuant to the Administrative Procedures Act of 1946 and a violation of Federal Law</u>, and you shall be held liable for damages and costs to Claimant.**

In Good Faith with Honorable Intentions,

Cynthia-Jo: Goodman<sup>c</sup>™, Authorized Agent
CYNTHIA JO GOODMAN<sup>c</sup>™ ESTATE

Cynthia-Jo: Goodman                                                          June 12, 2023

## Avouchment

> A notary public or other officer completing the certificate verifies only the identity of the individual signing the document, and not the truthfulness, accuracy, or validity of the document and does not constitute any adhesion, nor does it alter my status in any manner and does not grant entrance into any foreign jurisdiction.

This is with execution under the penalty of perjury; [in nature of Title 28 U.S.C. § 1746(1)] expressly without UNITED STATES, [i.e. "Title 28 U.S.C. § 3002 (15)(A); UCC § 9-307(H); U.S.C.A. Const. Art. 1:8:17-18"] Administration by a commissioned Notary Public in accordance, who also acknowledges the same [in accordance Fed. R. Evid. 902 (1)(B)].

Gwinnett County       )
                      ) av.
Georgia State         )

SUBSCRIBED AND AVOWED before me this, 12th day of June A.D. 2023.

I, the Notary Public acting in good faith here duly depose, that the Wo/Man executing this document, is personally known to me and/or has presented sufficient evidence to establish lawful identity and status; I accept same as evidence of the facts presented, I depose nothing more, executed by My Signature and Seal, as authorized under my commission.

"*Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State.*" [U.S. Constitution, Article IV Relationships Between the States].

A photo copy has the same weight and strength as the wet ink signed genuine original.

Void where prohibited by law.

Without recourse. Without prejudice. All rights reserved. Non-assumpsit.

_____
Notarial Official Signature
[18 U.S.C. § 1512 *Tampering with a witness...*]
[18 U.S.C. § 1519 *Destruction, alteration, or falsification of records...*]
[18 U.S.C. § 241 *Conspiracy against rights*]
[18 U.S.C. § 242 *Deprivation of rights under color of law*]

(Seal/Stamp)

My Commission Expires: 09-27-2024

EXHIBIT B

Date:     04-JUL-2023

From:     Maithem Sarraj, Notary presenter.
          [18 U.S.C. § 1512 Tampering with a witness...]
          [18 U.S.C. § 1519 Destruction, alteration, or falsification of records...]
          [18 U.S.C. § 241 Conspiracy against rights]
          [18 U.S.C. § 242 Deprivation of rights under color of law]
          Care of: [1701] 37th Street Ste. 1513
                   Phenix City, Alabama Republic
                   [zip code exempt DMM602 Addressing 1.3 e(2)]
          Non-domestic without the United States

## Affidavit of Non-Response
(1 page/s, reverse side of page/s intentionally left blank)

I, Maithem Sarraj, (acting in good faith, and as 3rd party witness, document custodian, and notary presenter for Cynthia-Jo: Goodman), hereinafter "Affirmant", I, a man/sentient being as defined under biblical law which is codified at 96 Stat. 211 P.L. 97-280 OCT-4th 1982, 97th Congress, does solemnly affirm, declare, and state as follows:

1.    Affirmant is competent to state the matters set forth herein; and
2.    Affirmant has knowledge of the facts stated herein; and
3.    All the facts herein are true, correct, complete and admissible as evidence, and if called upon as a witness, Affirmant will testify to their veracity.

Plain Statement of Facts:

As of the present date: 04-JUL-2023 A.D., Affirmant, is without response nor evidence/possession thereof from the party Terry Dolan, who is CFO of U.S. Bancorp d/b/a U.S. Bank (and is/are located at U.S. Bancorp Center, 800 Nicollet Mall Minneapolis, MN 55402), to the *In Care of* postal location: 1701 37th Street Ste. 1513 Phenix City, Alabama [36867]. Defective responses are not recognized.

Affirmant, upon full unlimited commercial liability, do affirm and say that the contents herein are, to the very best of my knowledge true, correct, complete, and not misleading.

In witness, with execution on the 4th day of July of the year two thousand twenty-three[2023].

Without prejudice. All rights reserved/retained.

By: _____
    Maithem Sarraj, Notary Presenter.

Annexed Attachments/Enclosures
    Avouchment (1 page)

# Avouchment

A notary public or other officer completing the certificate verifies only the identity of the individual signing the document, and not the truthfulness, accuracy, or validity of the document and does not constitute any adhesion, nor does it alter my status in any manner and does not grant entrance into any foreign jurisdiction.

I, Maithem Sarraj do hereby avow under the penalty of perjury that this "Affidavit of Non-Response" is true, correct, complete, certain and not misleading to the best of my knowledge, information, and conviction, and conveys the conditions set forth as I intend.

This is executed expressly without UNITED STATES [in the nature of 28 U.S.C. § 1746(1), in accord with Fed. R. Evid. 902 (1)(B)].

Gwinnett County )
) av.
*Georgia, The United States of America* )

SUBSCRIBED AND AVOWED before me this, 4th  day of July A.D. 2023.

I, the Notary Public acting in good faith here duly depose, that the Wo/Man executing this document, is personally known to me and/or has presented sufficient evidence to establish lawful identity and status; I accept same as evidence of the facts presented and depose nothing more, executed by My Signature and Seal, as authorized under my commission.

"*Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State.*" [U.S. Constitution, Article IV Relationships Between the States]

A photo copy has the same weight and strength as the wet ink signed genuine original.

Without recourse. Without prejudice. All rights reserved. Non-assumpsit.

By: _____     *(Seal/Stamp)*
    Notarial Official Signature



[18 U.S.C. § 1512 Tampering with a witness…]
[18 U.S.C. § 1519 Destruction, alteration, or falsification of records…]
[18 U.S.C. § 241 Conspiracy against rights]
[18 U.S.C. § 242 Deprivation of rights under color of law]

My Commission Expires: **08-25-2026**

**LEGAL NOTICE**: A witness or certifying notary is independent, not a party to this action, and a federal witness pursuant to 18 U.S.C. § 1512, *Tampering with a witness, victim, or an informant*, who also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a notary public under color of law violates 18 U.S.C. §§ 241, 242, *Conspiracy against rights*, *Deprivation of rights under color of law*, making it a crime for one or more persons to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution or U.S. laws.

Date:       04-JUL-2023

From:       Maithem Sarraj, Notary presenter.
            [18 U.S.C. § 1512 Tampering with a witness...]
            [18 U.S.C. § 1519 Destruction, alteration, or falsification of records...]
            [18 U.S.C. § 241 Conspiracy against rights]
            [18 U.S.C. § 242 Deprivation of rights under color of law]
            Care of: [1701] 37th Street Ste. 1513
                    Phenix City, Alabama Republic
                    [zip code exempt DMM602 Addressing 1.3 e(2)]
            Non-domestic without the United States

## Affidavit of Non-Response
### (1 page/s, reverse side of page/s intentionally left blank)

I, Maithem Sarraj, (acting in good faith, and as 3rd party witness, document custodian, and notary presenter for Cynthia-Jo: Goodman), hereinafter "Affirmant", I, a man/sentient being as defined under biblical law which is codified at 96 Stat. 211 P.L. 97-280 OCT-4th 1982, 97th Congress, does solemnly affirm, declare, and state as follows:

1.      Affirmant is competent to state the matters set forth herein; and
2.      Affirmant has knowledge of the facts stated herein; and
3.      All the facts herein are true, correct, complete and admissible as evidence, and if called upon as a witness, Affirmant will testify to their veracity.

Plain Statement of Facts:

As of the present date: 04-JUL-2023 A.D., Affirmant, is without response nor evidence/possession thereof from the party David Schneid, Managing Partner, of Robertson, Anschutz, Schneid, Crane & Partners (and is/are located at 649 Congress Avenue, Ste 100 Boca Raton, FL 33487), to the *In Care of* postal location: 1701 37th Street Ste. 1513 Phenix City, Alabama [36867]. Defective responses are not recognized.

Affirmant, upon full unlimited commercial liability, do affirm and say that the contents herein are, to the very best of my knowledge true, correct, complete, and not misleading.

In witness, with execution on the 4th day of July of the year two thousand twenty-three[2023].

                                        Without prejudice. All rights reserved/retained.

                            By:   _____
                                  Maithem Sarraj, Notary Presenter.

Annexed Attachments/Enclosures
        Avouchment (1 page)

# Avouchment

A notary public or other officer completing the certificate verifies only the identity of the individual signing the document, and not the truthfulness, accuracy, or validity of the document and does not constitute any adhesion, nor does it alter my status in any manner and does not grant entrance into any foreign jurisdiction.

I, Maithem Sarraj do hereby avow under the penalty of perjury that this "Affidavit of Non-Response" is true, correct, complete, certain and not misleading to the best of my knowledge, information, and conviction, and conveys the conditions set forth as I intend.

This is executed expressly without UNITED STATES [in the nature of 28 U.S.C. § 1746(1), in accord with Fed. R. Evid. 902 (1)(B)].

Gwinnett County                                             )
                                                            ) av.
*Georgia, The United States of America*                     )

SUBSCRIBED AND AVOWED before me this, 4th  day of July A.D. 2023.

I, the Notary Public acting in good faith here duly depose, that the Wo/Man executing this document, is personally known to me and/or has presented sufficient evidence to establish lawful identity and status; I accept same as evidence of the facts presented and depose nothing more, executed by My Signature and Seal, as authorized under my commission.

"*Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State.*" [U.S. Constitution, Article IV Relationships Between the States]

A photo copy has the same weight and strength as the wet ink signed genuine original.

Without recourse. Without prejudice. All rights reserved. Non-assumpsit.


By: _____          (Seal/Stamp)
      Notarial Official Signature
[18 U.S.C. § 1512 Tampering with a witness...]
[18 U.S.C. § 1519 Destruction, alteration, or falsification of records...]
[18 U.S.C. § 241 Conspiracy against rights]
[18 U.S.C. § 242 Deprivation of rights under color of law]

My Commission Expires: 08-25-2026

**LEGAL NOTICE**: A witness or certifying notary is independent, not a party to this action, and a federal witness pursuant to 18 U.S.C. § 1512, *Tampering with a witness, victim, or an informant*, who also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a notary public under color of law violates 18 U.S.C. §§ 241, 242, *Conspiracy against rights, Deprivation of rights under color of law*, making it a crime for one or more persons to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution or U.S. laws.

FILED 7/7/2023 11:37 AM CLERK OF SUPERIOR COURT DEKALB COUNTY GEORGIA

# IN THE SUPERIOR COURT OF DEKALB COUNTY
## STATE OF GEORGIA

23CV6292

CYNTHIA JO GOODMAN©™ ESTATE,

Case No.: _____

Plaintiff,

VS

TERRANCE DOLAN, individually and in his official
capacity as CHIEF FINANCIAL OFFICER of
U.S. BANK TRUST NATIONAL ASSOCIATION
and U.S. BANK TRUST NATIONAL
ASSOCIATION, NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS OWNER TRUSTEE
FOR RCF 2 ACQUISITION TRUST,

Defendants.

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):
You are hereby summoned and required to file electronically with the Clerk of said court at
https://efilega.tylerhost.net/ofsweb and serve upon the Plaintiff's Attorney-in-Fact/Authorized
Agent, whose name, address and email is:

CYNTHIA JO GOODMAN©™ ESTATE; Cynthia-Jo: Goodman©™, Beneficiary

c/o P.O. BOX 370354
Decatur, Georgia near [30037]
doctorwithoutwalls@gmail.com

An answer to the complaint which is herewith served upon you, within 30 days after service of
this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint.

This 5th day of July 2023.

Honorable Debra DeBerry
Clerk of Superior Court

/s/ Selena Anderson
By _____
Deputy Clerk

E-Filing and E-Service
Pursuant to the Superior Court of DeKalb County's E-File Order, dated December 27, 2016, and available at
www.dksuperiorclerk.com/civil, the parties must file all documents electronically through eFileGA unless expressly exempted
under the Rule.  All orders and notices from the Court will be electronically filed and served through eFileGA. The parties must
register for an eFileGA account, link their service contact information with the case and the party represent, and take whatever
steps are necessary to ensure that correspondence from eFileGA reaches the parties' inboxes.  To access eFileGA, please go to
http://www.odysseyefilega.com/

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

IN THE SUPERIOR COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| CYNTHIA JO GOODMAN ESTATE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No.:<u>23CV6292</u> |
| | ) | |
| TERRANCE DOLAN, individually and in his | ) | |
| Official capacity as CHIEF FINANCIAL | ) | |
| OFFICER of U.S. BANK TRUST NATIONAL | ) | |
| ASSOCIATION and U.S. BANK TRUST | ) | |
| ASSOCIATION, NOT IN ITS INDIVIDUAL | ) | |
| CAPACITY BUT SOLELY AS OWNER | ) | |
| TRUSTEE FOR RCF 2 ACQUISITION TRUST, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF SERVICE

I, Dawn Walls Fisher, being duly sworn deposes and say that I am over the age of 18, not a party to this action nor am I a convicted felon. I am a certified process server in the State of Georgia. I have been duly appointed to serve process in Dekalb County, Georgia.

**Corporate Service:** I personally served *Defendants,* with a copy of the *Summons, Case Filing Form and Complaint (with exhibits)* by serving a copy upon its Registered Agent for service:

**Person Served:**     Alisha M. Smith, CSC Coordinator.
Corporation Service Company, 2 Sun Ct., Suite 400, Norcross, GA
Ms. Smith is an African-American female with black hair. She is
approximately 5'5" weighing approximately 165lbs.

**Date and Time:**     July 14, 2023 at approximately 1:45 p.m.

I declare under penalty of perjury that the foregoing is true and correct.

This 21ˢᵗ day of July, 2023.

_____
Dawn Walls Fisher
925 S. Main Street
Suite 300-62
Stone Mountain, Georgia 30083
678-763-1058

Subscribed and Sworn before me this 21ˢᵗ day
of July, 2023.

_____
Notary

My Commission expires: _____

1