# Exhibit C



## Property Tax Information Results

Any errors or omissions should be reported for investigation. No warranties, expressed or implied, are provided for the data herein, its use, or its interpretation.

**Attention:**
Our records indicate that a mortgage company or tax service is scheduled to pay the taxes for 2023.
Would you like to continue with this payment?

[Pay Now]

[Back]

Sign up to receive future tax bills by email.
Click here for the request form

### Property Identification

| | |
|---|---|
| Parcel ID | 15 106 11 029 |
| Pin Number | 0126420 |
| Property Address | 2948 BATTLE FORREST DR |
| Property Type | Real Estate |
| Tax District | 04 - UNINCORPORATED |

### Owner Information

Last Name, First Name

| | |
|---|---|
| Jan. 1 st  Owner | GOODMAN CYNTHIA JO |
| Co-Owner | |
| Current  Owner | GOODMAN CYNTHIA JO |
| Co-Owner | |
| Owner Address | PO BOX 370354 |
| | DECATUR GA 30037-0354 |
| Care of Information | |

**\*\* CHANGE MAILING ADDRESS \*\***

### Homestead Exemption

| | |
|---|---|
| Exemption Type | H1F - BASIC EXEMPTION WITH FREEZE |
| Tax Exempt Amount | $1,220.03 |

### Other Exemption Information

| | |
|---|---|
| Exemption Type | |
| Value Exemption Amount | $0.00 |

### Deed Information

| | |
|---|---|
| Deed Type | AFFIDAVIT |
| Deed Book/Page | 28576 / 00586 |
| Plat Book/Page | 0 / 0 |

### Property Characteristics/Sales Information

| | |
|---|---|
| NBHD Code | 1140 |
| Zoning Type | R75 - SF RES DIST |
| Improvement Type | 04-BI-LEVEL |
| Year Built | 1963 |
| Condition Code | AVERAGE |
| Quality Grade | AVERAGE |
| Air Conditioning | YES |
| Fireplaces | 0 |
| Stories | 1 |
| Square Footage | 1,989 Sq. Ft. |
| Basement Area | 0  Sq. Ft. |
| % Bsmt Finished | 0  Sq. Ft. |
| Bedrooms | 3 |
| Bathrooms | 2 |
| Last Deed Date | 7/1/2020 |
| Last Deed Amount | $0.00 |

Click here to view property map

Additional Property Information

### Property Value/Billing Assessment

| | |
|---|---|
| Taxable Year | 2023 |
| Land Value | $35,000 |
| Building Value | $171,900 |

### Tax Information Summary

| | |
|---|---|
| Taxable Year | 2023 |
| Millage Rate | 0.04379 |
| 1 st Installment Amount | $757.29 |
| 2 nd Installment Amount | $757.31 |
| DeKalb County Taxes Billed | $1,514.60 |
| DeKalb County Taxes Paid | $0.00 |
| DeKalb County Taxes Due | $1,514.60 |
| Total Taxes Billed | $1,514.60 |
| Total Taxes Paid | ($0.00) |
| Total Taxes Due | $1,514.60 |

[Tax Bill Details]

-- Choose a Tax Year --   [Get Tax Payoff Info.]

### Property Tax Mailing Address

| CURRENT YEAR PAYMENTS | PRIOR YEAR PAYMENTS |
|---|---|
| DeKalb County Tax Commissioner | DeKalb County Tax Commissioner |
| Collections Division | Collections Division |
| PO Box 117545 | PO Box 100004 |
| Atlanta, GA 30368-7545 | Decatur, GA 30031-7004 |

**Prior Years Tax**
\*\*\* Please note that payment posting information may be delayed due to batch processing\*\*\*

**DeKalb County Tax**

| TaxYear | Total Owed | Total Paid | Total Due | Adjusted Bill Due Date |
|---|---|---|---|---|
| 2023 | $1,514.60 | $0.00 | $1,514.60 | |
| 2022 | $2,084.38 | $2,084.38 | $0.00 | |
| 2021 | $1,316.82 | $1,316.82 | $0.00 | |
| 2020 | $1,427.42 | $1,427.42 | $0.00 | |
| 2019 | $1,427.16 | $1,427.16 | $0.00 | |
| 2018 | $1,192.38 | $1,192.38 | $0.00 | |
| 2017 | $907.20 | $907.20 | $0.00 | |
| 2016 | $858.52 | $858.52 | $0.00 | |

### Delinquent Taxes/Tax Sale Information

| | |
|---|---|
| Tax Sale File Number | |
| FiFa-GED Book/Page | |
| Levy Date | |
| Sale Date | |
| Delinquent Amount Due | |

| | |
|---|---:|
| Misc. Improvement Value | $0 |
| Total Value | $206,900 |
| 40% Taxable Assessment | $82,760 |
| Appeal Assessment | $67,400 |

\* Appeal Assessment is a temporary value until appeal is resolved

Information as of 8/24/2023

For additional information on the data above,
contact the Property Appraisal Department at 404-371-2471