IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY,<br><br>                    Plaintiff,<br><br>    v.<br><br>ALL-SOUTH WAREHOUSE D/C, INC. D/B/A ALL SOUTH WAREHOUSE,<br><br>                    Defendant. | CIVIL ACTION NO.: |

**VERIFIED COMPLAINT**

Plaintiff Norfolk Southern Railway Company ("Norfolk Southern"), by and through its attorneys, files this Verified Complaint against Defendant All South Warehouse ("All South") and in support thereof, avers as follows:

**PARTIES**

1. Norfolk Southern is a corporation incorporated under the laws of the State of Georgia with its principal place of business in Atlanta, Georgia.

2. Norfolk Southern operates as an interstate rail carrier subject to the jurisdiction of the U.S. Surface Transportation Board ("STB"), and is governed by the provisions of the Interstate Commerce Act, 49 U.S.C. § 10101, *et seq.*

1

3. All South is incorporated under the laws of the State of Georgia with its principal place of business located at 1785 Continental Way SE, Atlanta, Georgia 30316-4708.

4. All South operates a facility which received rail services from Norfolk Southern in Atlanta, Georgia.

## JURISDICTION

5. Jurisdiction is based upon 28 U.S.C § 1337 as this is a cause of action arising under the Interstate Commerce Act, 49 U.S.C. §§ 10101 *et seq.*, and specifically 49 U.S.C. § 10746.

## VENUE

6. Venue properly lies in this district pursuant to 28 USC § 1391(b) because All South is subject to personal jurisdiction in this judicial district, and a substantial part of the events or omissions giving rise to Norfolk Southern's claims occurred in this judicial district.

## CAUSE OF ACTION
**Failure to Pay Demurrage Charges**

7. Pursuant to 49 U.S.C. § 10746, Norfolk Southern established rules related to the assessment and computation of rail car demurrage and private rail car storage charges ("Demurrage Charges").

8. The rules, which set forth the manner in which Demurrage Charges are accrued and assessed, are set out in Norfolk Southern's Freight Tariff NS 6004-D, Freight Tariff NS 8002-A and Conditions of Carriage (collectively "Tariffs"), which are public documents filed with the Surface Transportation Board ("STB") and posted on the internet at www.nscorp.com.

9. In addition, Rule 300 of Norfolk Southern's Conditions of Carriage sets forth the manner in which finance charges associated with credit extensions are accrued and accessed.

10. Between August 2021 and April 2023, pursuant to the terms of Norfolk Southern's Tariffs, Norfolk Southern agreed to and did release railcars into the possession of All South and All South accepted delivery of said railcars.

11. Prior to the delivery of the aforementioned railcars, Norfolk Southern provided All South with the requisite notice of Norfolk Southern's Tariffs.

12. Between August 2021 and April 2023, All South failed to return possession of railroad-controlled rail cars to Norfolk Southern within the allotted "free time" period prescribed by Norfolk Southern's Tariffs and as a result accrued Demurrage Charges in accordance with the terms of the Tariffs.

13. Norfolk Southern subsequently invoiced All South for the accrued Demurrage Charges in the total amount of $192,420.00 for charges through April

2022, and All South received said invoices for the Demurrage Charges. True and correct copies of the Statement of Charges Due and Owing to Norfolk Southern by All South for the Demurrage Charges and the Demurrage breakdown supporting the Demurrage Charges are attached hereto, respectively, as **Exhibit A** and **Exhibit B**.

14. On October 3, 2022, undersigned counsel for Norfolk Southern sent correspondence to All South demanding prompt payment of the Charges due and owing to Norfolk Southern for charges through April 2022. A true and correct copy of the October 3, 2022 demand correspondence is attached hereto as **Exhibit C**.

15. Despite demand for same, to date, All South has failed and/or refused to pay the Demurrage Charges which remain due and owing to Norfolk Southern.

16. Subsequent to the initial demand letters being sent, between March and April of 2023, All South has incurred additional Demurrage Charges in the total amount of $80,460.00. True and correct copies of these invoices are attached hereto as **Exhibit D**. These additional charges were adjusted to $49,710.00 based on All South's request that the additional charges be reviewed. True and correct copies of these adjustments are attached hereto as Exhibit E.

17.     Accordingly, the total amount of Demurrage Charges due and owing to Norfolk Southern is now $242,130.00.

18.     No act or omission of Norfolk Southern caused or contributed to the Demurrage Charges incurred by All South for its failure to return possession of railroad-controlled rail cars to Norfolk Southern within the allotted "free time" period prescribed by Norfolk Southern's Tariffs.

19.     Norfolk Southern has performed all conditions precedent necessary to be entitled to payment of the Demurrage Charges from All South.

**WHEREFORE**, Plaintiff Norfolk Southern Railway Company respectfully demands that judgment be entered in its favor and against Defendant All South Warehouse in an amount not less than $242,130.00. Norfolk Southern also respectfully demands payment of any further demurrage that may accrue up until the time of trial, along with prejudgment interest, finance charges which accrue up until the time of trial, costs and attorneys' fees, as required by Norfolk Southern's Conditions of Carriage and other tariffs, and such other relief as the Court may allow.

*Signature Page to Follow*

                                    **HALL, BLOCH, GARLAND & MEYER, LLP**

                                    ***/s/ Daryl G. Clarida***
Daryl G. Clarida
Georgia Bar No. 126391
900 Circle 75 Parkway, Suite 500
Atlanta, GA  30339-3099
(678) 888-0036
DarylClarida@hbgm.com

*Attorneys for Plaintiff*
*Norfolk Southern Railway Company*

Date: August 25, 2023

## VERIFICATION

I, __Nick Annesdo__ hereby swear and affirm that I am the __Assistant Manager__ of
__Accounting__

Norfolk Southern Railway Company, and am competent to testify and verify the allegations contained in the Verified Complaint and that they are true and accurate to the best of my knowledge and that, if called as a witness, I can testify to the same.

__8/3/2023__
Date

__[signature]__

Norfolk Southern Railway Company

Sworn to and Subscribed before me this
__3rd__ day of __August__ 20__23__

__[signature]__
Notary Public for __Georgia__ (State)
My Commission expires: __10/9/2023__

Tamara D. Cline
NOTARY PUBLIC
Gwinnett County, Georgia
My Commission Expires 10/9/2023

5