# EXHIBIT "A"

**STATEMENT OF CHARGES DUE NORFOLK SOUTHERN RAILWAY COMPANY**
**FOR THE ACCOUNT OF All South Warehouse**
**AS COVERED BY BILLS LISTED BELOW:**

UN
**CUSTOMER NUMBER 600262**

| Freight Bill # | FB Date | Waybill # | Waybill Date | Amount Billed | Amount Paid | Correction | Net Amt. Due |
|---|---|---|---|---|---|---|---|
| 1012159572 | 1/12/22 | 901210 | 1/11/22 | $71,700.00 | $0.00 | ($2,400.00) | $69,300.00 |
| 1041165356 | 2/10/22 | 901200 | 2/9/22 | $65,850.00 | $0.00 | ($300.00) | $65,550.00 |
| 1069190781 | 3/10/22 | 901207 | 3/9/22 | $25,800.00 | $0.00 | $0.00 | $25,800.00 |
| 1102162029 | 4/12/22 | 901212 | 4/11/22 | $7,200.00 | $0.00 | ($450.00) | $6,750.00 |
| 9222173994 | 8/10/21 | 901198 | 8/9/21 | $10,620.00 | $0.00 | $0.00 | $10,620.00 |
| 9344195109 | 12/10/21 | 901209 | 12/9/21 | $21,300.00 | $0.00 | ($6,900.00) | $14,400.00 |

**\*Interest**

| Freight Bill # | FB Date | Waybill # | Waybill Date | Amount Billed | Amount Paid | Correction | Net Amt. Due |
|---|---|---|---|---|---|---|---|

**Total:** $192,420.00



# CORRECTED FREIGHT BILL

| DIRECT INQUIRIES TO: | REMIT TO: NORFOLK SOUTHERN RAILWAY | ORIGINAL AMOUNT | $71,700.00 |
|---|---|---|---|
| JOSHUA SHEPHERD<br>(470) 463-7905 FAX: 999-9999<br>JOSHUA.SHEPHERD@NSCORP.COM<br>1200 Peachtree Street N.E. Atlanta, GA 30309 | P.O. BOX 532797<br>ATLANTA GA 30353-2797<br>WITH THIS PORTION OF FREIGHT BILL | ADJUSTMENTS<br><br>BALANCE DUE | $-2,400.00<br><br>$69,300.00 |

| | CUSTOMER NO.<br>6002820032 | FREIGHT BILL NO.<br>1012159572 | SUPPLEMENTAL BILL DATE<br>01/12/22 |
|---|---|---|---|
| ALL SOUTH WAREHOUSE<br>1785 CONTINENTAL WAY SE<br>ATLANTA GA 30316-4708 | | COMMENTS: | |

*** SUPPLEMENTAL BILLING ***

**\*\* NS SERIAL :7027949437\*\***   IMAGE ID.

| Car Initial & No.<br>MISC   999999 | Kind | Trailer Initial & No. | Length | Plan | LENGTH OF CAR<br>CAPACITY OF CAR<br>Ordered   Furnished | Waybill Date<br><br>VERSION 002<br>Time | Waybill Number<br>901210<br><br>By |
|---|---|---|---|---|---|---|---|
| Car Transferred To | | | | | | | |

| | Station No.<br>Origin   056396 | Station<br>ATLANTA | | State<br>GA | Station No. | Station<br>Destination<br>Recd At | State |
|---|---|---|---|---|---|---|---|
| Billed At | | | | | | | |

| Full Name of Shipper & Address<br>ALL SOUTH WAREHOUSE<br>1785 CONTINENTAL WAY SE<br>ATLANTA GA  30316-4708 | Customer Code<br>6002820032 | Consignee & Address | Customer Code |
|---|---|---|---|

| RWC | Shpr. Bill of Lading<br>01/11/2022 | Date | Number | Route<br>NS | A/S/R | Rte Code<br>555- |
|---|---|---|---|---|---|---|

| Previous Waybill Reference | Final Destination |
|---|---|

| Special Instructions | Bill To Party<br>ALL SOUTH WAREHOUSE<br>1785 CONTINENTAL WAY SE<br>ATLANTA GA  30316-4708 | Customer Code<br>6002820032 |
|---|---|---|

| Additional Info/Reconsignment | PPD/COLL | Sec. 7 | Weighed At | |
|---|---|---|---|---|
| | Rev. Date<br>03/16/22 | Time | Gross<br>Tare | |
| | Declared Value | | Allowance<br>Net | |

| Contract    SYS<br>             FGN | Explanation of Rate Symbols<br>N = Net Ton     C = CWT<br>G = Gross Ton   P = Per Unit | Tariff Authority<br>#9Q6/ |
|---|---|---|
| Purchase Order No. | | |

| SHIPPER LOAD AND COUNT<br>NO | Commodity Code<br>106* | Mine NO. | Mine Name | Date Tagged | Permit Number |
|---|---|---|---|---|---|

| Pkgs | Qual | Description of Articles | W/Q | Weight | Rate | Freight | Advances | Prepaid |
|---|---|---|---|---|---|---|---|---|
| | | SUMMARIZED MONTHLY<br>DEMURRAGE AND STORAGE<br>BILLING PER AGREEMENT<br>FOR THE MONTH OF | | | | | | |

Page 1 of 1

| FREIGHT BILL NUMBER<br>1012159572 | FREIGHT BILL DATE<br>01/12/22 | CUSTOMER NUMBER<br>6002820032 | BALANCE DUE<br>$69,300.00 |
|---|---|---|---|

**Norfolk Southern Corporation**
**Month Charges Accrued: December**
**Invoice Number: 1012159572**

| | | | |
|---|---|---|---|
| **Billing Date:** | 01/12/2022 | **Station Number:** | 056396 |
| **Customer Number:** | 6002820032 | **Waybill Number:** | 901210 |

ALL SOUTH WAREHOUSE                                   **Bill To:**      6002820032
1785 CONTINENTAL WAY SE
ATLANTA GA 303164708

| | | |
|---|---|---|
| **CARS HELD FOR UNLOADING** | ~~$71,700.00~~ | $69,300 |
| **Total Monthly Charges** | ~~$71,700.00~~ | $69,300 |



# CORRECTED FREIGHT BILL

| DIRECT INQUIRIES TO: | REMIT TO: NORFOLK SOUTHERN RAILWAY | | |
|---|---|---|---|
| JOSHUA SHEPHERD<br>(470) 463-7905 FAX: 999-9999<br>JOSHUA.SHEPHERD@NSCORP.COM<br>1200 Peachtree Street N.E. Atlanta, GA 30309 | P.O. BOX 532797<br>ATLANTA GA 30353-2797<br>WITH THIS PORTION OF FREIGHT BILL | ORIGINAL AMOUNT | $65,850.00 |
| | | ADJUSTMENTS | $-300.00 |
| | | BALANCE DUE | $65,550.00 |

**CUSTOMER NO.** 6002820032  
**FREIGHT BILL NO.** 1041165356  
**SUPPLEMENTAL BILL DATE** 02/10/22

ALL SOUTH WAREHOUSE  
1785 CONTINENTAL WAY SE  
ATLANTA GA 30316-4708

COMMENTS:

*** SUPPLEMENTAL BILLING ***

** NS SERIAL :7027980352**  
IMAGE ID.

| Car Initial & No. | Kind | Trailer Initial & No. | Length | Plan | LENGTH OF CAR | Waybill Date | Waybill Number |
|---|---|---|---|---|---|---|---|
| MISC    999999 | | | | | CAPACITY OF CAR<br>Ordered / Furnished | VERSION 002 | 901200 |
| Car Transferred To | | | | | | Time | By |

| | Station No. | Station | State | | Station No. | Station | State |
|---|---|---|---|---|---|---|---|
| Origin | 056396 | ATLANTA | GA | Destination | | | |
| Billed At | | | | Recd At | | | |

**Full Name of Shipper & Address**    **Customer Code** 6002820032  
ALL SOUTH WAREHOUSE  
1785 CONTINENTAL WAY SE  
ATLANTA GA  30316-4708

**Consignee & Address**    **Customer Code**

| RWC | Shpr. Bill of Lading | Date | Number | Route | A/S/R | Rte Code |
|---|---|---|---|---|---|---|
| | 02/09/2022 | | | NS | | 555- |

**Previous Waybill Reference**

**Final Destination**

**Special Instructions**

**Bill To Party**    **Customer Code** 6002820032  
ALL SOUTH WAREHOUSE  
1785 CONTINENTAL WAY SE  
ATLANTA GA  30316-4708

| Additional Info/Reconsignment | PPD/COLL | Sec. 7 | Weighed At |
|---|---|---|---|
| | Rev. Date 03/14/22 | Time | Gross |
| | | | Tare |
| | Declared Value | | Allowance |
| | | | Net |

| Contract | Explanation of Rate Symbols | Tariff Authority |
|---|---|---|
| SYS<br>FGN | N = Net Ton  C = CWT<br>G = Gross Ton  P = Per Unit | #R83/ |

| SHIPPER LOAD AND COUNT | Commodity Code | Mine NO. | Mine Name | Date Tagged | Permit Number |
|---|---|---|---|---|---|
| NO | 106* | | | | |

| Pkgs | Qual | Description of Articles | W/Q | Weight | Rate | Freight | Advances | Prepaid |
|---|---|---|---|---|---|---|---|---|
| | | SUMMARIZED MONTHLY DEMURRAGE AND STORAGE BILLING PER AGREEMENT FOR THE MONTH OF | | | | | | |

Page 1 of 1

| FREIGHT BILL NUMBER | FREIGHT BILL DATE | CUSTOMER NUMBER | BALANCE DUE |
|---|---|---|---|
| 1041165356 | 02/10/22 | 6002820032 | $65,550.00 |

**Norfolk Southern Corporation**
**Month Charges Accrued: January**
**Invoice Number: 1041165356**

| | | | |
|---|---|---|---|
| **Billing Date:** | 02/10/2022 | **Station Number:** | 056396 |
| **Customer Number:** | 6002820032 | **Waybill Number:** | 901200 |

ALL SOUTH WAREHOUSE
1785 CONTINENTAL WAY SE
ATLANTA GA 303164708

**Bill To:** 6002820032

| | | |
|---|---|---|
| **CARS HELD FOR UNLOADING** | ~~$65,850.00~~ | $65,550 |
| Total Monthly Charges | ~~$65,850.00~~ | $65,550 |

# Norfolk Southern

| DIRECT INQUIRIES TO: | PAYMENT DUE | REMIT TO: NORFOLK SOUTHERN RAILWAY | AMOUNT DUE |
|---|---|---|---|
| JOSHUA SHEPHERD<br>(470) 463-7905 FAX: 999-9999<br>JOSHUA.SHEPHERD@NSCORP.COM<br>650 W Peachtree Street NW, Atlanta, GA 30308 | 03/25/2022 | P.O. BOX 532797<br>ATLANTA GA 30353-2797<br><br>WITH THIS PORTION OF FREIGHT BILL | $25,800.00 |

ALL SOUTH WAREHOUSE
1785 CONTINENTAL WAY SE
ATLANTA GA 30316-4708

| FREIGHT BILL NO. | CUSTOMER NO. |
|---|---|
| 1069190781 | 6002820032 |

| CREDIT TERMS | DUE DATE | FREIGHT BILL DATE |
|---|---|---|
| 15 Days | 03/25/2022 | 03/10/22 |

** NS SERIAL :7028009963**   IMAGE ID.

| Car Initial & No. | Kind | Trailer Initial & No. | Length | Plan | LENGTH OF CAR / CAPACITY OF CAR (Ordered / Furnished) | Waybill Date | Waybill Number 901207 |
|---|---|---|---|---|---|---|---|
| Car Transferred To | | | | | | Time | By |

| | Station No. | Station | State | | Station No. | Station | State |
|---|---|---|---|---|---|---|---|
| Origin | 056396 | ATLANTA | GA | Destination | | | |
| Billed At | | | | Recd At | | | |

| Full Name of Shipper & Address | Customer Code | Consignee & Address | Customer Code |
|---|---|---|---|
| ALL SOUTH WAREHOUSE<br>1785 CONTINENTAL WAY SE<br>ATLANTA GA  30316-4708 | 6002820032 | | |

| RWC | Shpr. Bill of Lading | Date | Number | Route | A/S/R | Rte Code |
|---|---|---|---|---|---|---|

| Previous Waybill Reference | Final Destination |
|---|---|

| Special Instructions | Bill To Party | Customer Code |
|---|---|---|
| | ALL SOUTH WAREHOUSE<br>1785 CONTINENTAL WAY SE<br>ATLANTA GA  30316-4708 | 6002820032 |

| Additional Info/Reconsignment | PPD/COLL | Sec. 7 | Weighed At |
|---|---|---|---|
| | Rev. Date | Time | Gross |
| | | | Tare |
| | Declared Value | | Allowance |
| | | | Net |

| Contract SYS FGN | Explanation of Rate Symbols<br>N = Net Ton   C = CWT<br>G = Gross Ton   P = Per Unit | Tariff Authority |
|---|---|---|
| Purchase Order No. | | |

| SHIPPER LOAD AND COUNT<br>NO | Commodity Code<br>106* | Mine NO. | Mine Name | Date Tagged | Permit Number |
|---|---|---|---|---|---|

| Pkgs | Qual | Description of Articles | W/Q | Weight | Rate | Freight | Advances | Prepaid |
|---|---|---|---|---|---|---|---|---|
| | | SUMMARIZED MONTHLY DEMURRAGE AND STORAGE BILLING PER AGREEMENT FOR THE MONTH OF FEBRUARY , 2022<br><br>SUPPLEMENTAL INFORMATION ATTACHED | | | | | | |

Page 1 of 1

| FREIGHT BILL NUMBER | FREIGHT BILL DATE | CUSTOMER NUMBER | AMOUNT DUE |
|---|---|---|---|
| 1069190781 | 03/10/22 | 6002820032 | $25,800.00 |

## Norfolk Southern Corporation
## Month Charges Accrued: February
## Invoice Number: 1069190781

**Billing Date:** 03/10/2022     **Station Number:** 056396
**Customer Number:** 6002820032     **Waybill Number:** 901207

ALL SOUTH WAREHOUSE     **Bill To:** 6002820032
1785 CONTINENTAL WAY SE
ATLANTA GA 303164708

| | |
|---|---:|
| **CARS HELD FOR UNLOADING** | $25,800.00 |
| **Total Monthly Charges** | $25,800.00 |



# CORRECTED FREIGHT BILL

| DIRECT INQUIRIES TO:<br>JOSHUA SHEPHERD<br>(470) 463-7905 FAX: 999-9999<br>JOSHUA.SHEPHERD@NSCORP.COM<br>1200 Peachtree Street N.E. Atlanta, GA 30309 | REMIT TO: NORFOLK SOUTHERN RAILWAY<br>P.O. BOX 532797<br>ATLANTA GA 30353-2797<br>WITH THIS PORTION OF FREIGHT BILL | ORIGINAL AMOUNT $7,200.00<br>ADJUSTMENTS $-450.00<br>BALANCE DUE $6,750.00 |
|---|---|---|

| | CUSTOMER NO.<br>6002820032 | FREIGHT BILL NO.<br>1102162029 | SUPPLEMENTAL BILL DATE<br>04/12/22 |
|---|---|---|---|
| ALL SOUTH WAREHOUSE<br>1785 CONTINENTAL WAY SE<br>ATLANTA GA 30316-4708 | | COMMENTS: | |

*** SUPPLEMENTAL BILLING ***

** NS SERIAL :7028040016**     IMAGE ID.

| Car Initial & No.<br>MISC    999999 | Kind | Trailer Initial & No. | Length | Plan | LENGTH OF CAR<br>CAPACITY OF CAR<br>Ordered   Furnished | Waybill Date<br>VERSION 002 | Waybill Number<br>901212 |
|---|---|---|---|---|---|---|---|
| Car Transferred To | | | | | | Time | By |

|  | Station No. | Station | State | | Station No. | Station | State |
|---|---|---|---|---|---|---|---|
| Origin | 056396 | ATLANTA | GA | Destination | | | |
| Billed At | | | | Recd At | | | |

| Full Name of Shipper & Address<br>ALL SOUTH WAREHOUSE<br>1785 CONTINENTAL WAY SE<br>ATLANTA GA  30316-4708 | Customer Code<br>6002820032 | Consignee & Address | Customer Code |
|---|---|---|---|

| RWC | Shpr. Bill of Lading<br>04/11/2022 | Date | Number | Route<br>NS | A/S/R | Rte Code<br>555- |
|---|---|---|---|---|---|---|

| Previous Waybill Reference | Final Destination |
|---|---|

| Special Instructions | Bill To Party<br>ALL SOUTH WAREHOUSE<br>1785 CONTINENTAL WAY SE<br>ATLANTA GA  30316-4708 | Customer Code<br>6002820032 |
|---|---|---|

| Additional Info/Reconsignment | PPD/COLL | Sec. 7 | Weighed At | |
|---|---|---|---|---|
| | Rev. Date<br>09/15/22 | Time | Gross<br>Tare | |
| | Declared Value | | Allowance<br>Net | |

| Contract  SYS<br>        FGN | Explanation of Rate Symbols<br>N = Net Ton   C = CWT<br>G = Gross Ton   P = Per Unit | Tariff Authority<br>#CAA/ |
|---|---|---|

| Purchase Order No. | | | | | | |
|---|---|---|---|---|---|---|
| SHIPPER LOAD AND COUNT<br>NO | Commodity Code<br>106* | Mine NO. | Mine Name | Date Tagged | Permit Number | |

| Pkgs | Qual | Description of Articles | W/Q | Weight | Rate | Freight | Advances | Prepaid |
|---|---|---|---|---|---|---|---|---|
| | | SUMMARIZED MONTHLY DEMURRAGE AND STORAGE BILLING PER AGREEMENT FOR THE MONTH OF | | | | | | |

Page 1 of 1

| FREIGHT BILL NUMBER<br>1102162029 | FREIGHT BILL DATE<br>04/12/22 | CUSTOMER NUMBER<br>6002820032 | BALANCE DUE<br>$6,750.00 |
|---|---|---|---|

# Norfolk Southern Corporation
## Month Charges Accrued: March
## Invoice Number: 1102162029

**Billing Date:** 04/12/2022 **Station Number:** 056396
**Customer Number:** 6002820032 **Waybill Number:** 901212

ALL SOUTH WAREHOUSE **Bill To:** 6002820032
1785 CONTINENTAL WAY SE
ATLANTA GA 303164708

**CARS HELD FOR UNLOADING** $7,200.00
**Total Monthly Charges** $7,200.00

**NS — NORFOLK SOUTHERN**

| DIRECT INQUIRIES TO: | PAYMENT DUE | REMIT TO: NORFOLK SOUTHERN RAILWAY | AMOUNT DUE |
|---|---|---|---|
| JOSHUA SHEPHERD<br>(470) 463-7905  FAX: 999-9999<br>JOSHUA.SHEPHERD@NSCORP.COM<br>650 W Peachtree Street NW, Atlanta, GA 30308 | 08/25/2021 | P.O. BOX 532797<br>ATLANTA GA 30353-2797<br>WITH THIS PORTION OF FREIGHT BILL | $10,620.00 |

ALL SOUTH WAREHOUSE
1785 CONTINENTAL WAY SE
ATLANTA GA 30316-4708

| FREIGHT BILL NO. | CUSTOMER NO. |
|---|---|
| 9222173994 | 6002820032 |

| CREDIT TERMS | DUE DATE | FREIGHT BILL DATE |
|---|---|---|
| 15 Days | 08/25/2021 | 08/10/21 |

** NS SERIAL :7027798705**    IMAGE ID.

| Car Initial & No. | Kind | Trailer Initial & No. | Length | Plan | LENGTH OF CAR / CAPACITY OF CAR (Ordered / Furnished) | Waybill Date | Waybill Number 901198 |
|---|---|---|---|---|---|---|---|
| Car Transferred To | | | | | | Time | By |

| | Station No. | Station | State | | Station No. | Station | State |
|---|---|---|---|---|---|---|---|
| Origin | 056396 | ATLANTA | GA | Destination | | | |
| Billed At | | | | Recd At | | | |

| Full Name of Shipper & Address | Customer Code | Consignee & Address | Customer Code |
|---|---|---|---|
| ALL SOUTH WAREHOUSE<br>1785 CONTINENTAL WAY SE<br>ATLANTA GA  30316-4708 | 6002820032 | | |

| RWC | Shpr. Bill of Lading | Date | Number | Route | A/S/R | Rte Code |
|---|---|---|---|---|---|---|

Previous Waybill Reference

Final Destination

| Special Instructions | Bill To Party | Customer Code |
|---|---|---|
| | ALL SOUTH WAREHOUSE<br>1785 CONTINENTAL WAY SE<br>ATLANTA GA  30316-4708 | 6002820032 |

| Additional Info/Reconsignment | PPD/COLL | Sec. 7 | Weighed At |
|---|---|---|---|
| | Rev. Date | Time | Gross / Tare |
| | Declared Value | | Allowance / Net |

| Contract | SYS FGN | Explanation of Rate Symbols<br>N = Net Ton  C = CWT<br>G = Gross Ton  P = Per Unit | Tariff Authority |
|---|---|---|---|
| Purchase Order No. | | | |

| SHIPPER LOAD AND COUNT<br>NO | Commodity Code<br>106* | Mine NO. | Mine Name | Date Tagged | Permit Number |
|---|---|---|---|---|---|

| Pkgs | Qual | Description of Articles | W/Q | Weight | Rate | Freight | Advances | Prepaid |
|---|---|---|---|---|---|---|---|---|
| | | SUMMARIZED MONTHLY DEMURRAGE AND STORAGE BILLING PER AGREEMENT FOR THE MONTH OF JULY     , 2021<br><br>SUPPLEMENTAL INFORMATION ATTACHED | | | | | | |

Page 1 of 1

| FREIGHT BILL NUMBER | FREIGHT BILL DATE | CUSTOMER NUMBER | AMOUNT DUE |
|---|---|---|---|
| 9222173994 | 08/10/21 | 6002820032 | $10,620.00 |

**Norfolk Southern Corporation**
**Month Charges Accrued: July**
**Invoice Number: 9222173994**

| | | | |
|---|---|---|---|
| **Billing Date:** | 08/10/2021 | **Station Number:** | 056396 |
| **Customer Number:** | 6002820032 | **Waybill Number:** | 901198 |

ALL SOUTH WAREHOUSE
1785 CONTINENTAL WAY SE
ATLANTA GA 303164708

**Bill To:** 6002820032

| | |
|---|---|
| **CARS HELD FOR UNLOADING** | $10,500.00 |
| **PRIVATE CAR STORAGE** | $120.00 |
| **Total Monthly Charges** | $10,620.00 |



# CORRECTED FREIGHT BILL

| DIRECT INQUIRIES TO: | REMIT TO: NORFOLK SOUTHERN RAILWAY | ORIGINAL AMOUNT | $21,300.00 |
|---|---|---|---|
| JOSHUA SHEPHERD <br> (470) 463-7905 FAX: 999-9999 <br> JOSHUA.SHEPHERD@NSCORP.COM <br> 1200 Peachtree Street N.E. Atlanta, GA 30309 | P.O. BOX 532797 <br> ATLANTA GA 30353-2797 <br><br> WITH THIS PORTION OF FREIGHT BILL | ADJUSTMENTS <br><br> BALANCE DUE | $-6,900.00 <br><br> $14,400.00 |

| | CUSTOMER NO. | FREIGHT BILL NO. | SUPPLEMENTAL BILL DATE |
|---|---|---|---|
| ALL SOUTH WAREHOUSE <br> 1785 CONTINENTAL WAY SE <br> ATLANTA GA 30316-4708 | 6002820032 | 9344195109 <br> COMMENTS: | 12/10/21 |

*** SUPPLEMENTAL BILLING ***

** NS SERIAL :7027918999**         IMAGE ID.

| Car Initial & No. <br> MISC    999999 | Kind | Trailer Initial & No. | Length | Plan | LENGTH OF CAR <br> CAPACITY OF CAR <br> Ordered   Furnished | Waybill Date <br> VERSION 002 | Waybill Number <br> 901209 |
|---|---|---|---|---|---|---|---|
| Car Transferred To | | | | | | Time | By |

| | Station No. | Station | | State | Station No. | Station | State |
|---|---|---|---|---|---|---|---|
| Origin | 056396 | ATLANTA | | GA | Destination | | |
| Billed At | | | | | Recd At | | |

| Full Name of Shipper & Address | Customer Code | Consignee & Address | Customer Code |
|---|---|---|---|
| ALL SOUTH WAREHOUSE <br> 1785 CONTINENTAL WAY SE <br> ATLANTA GA  30316-4708 | 6002820032 | | |

| RWC | Shpr. Bill of Lading <br> 12/09/2021 | Date | Number | Route <br> NS | A/S/R | Rte Code 555- |
|---|---|---|---|---|---|---|

| Previous Waybill Reference | | Final Destination |
|---|---|---|

| Special Instructions | Bill To Party <br> ALL SOUTH WAREHOUSE <br> 1785 CONTINENTAL WAY SE <br> ATLANTA GA  30316-4708 | Customer Code <br> 6002820032 |
|---|---|---|

| Additional Info/Reconsignment | PPD/COLL | Sec. 7 | Weighed At | |
|---|---|---|---|---|
| | Rev. Date <br> 03/16/22 | Time | Gross <br> Tare | |
| | Declared Value | | Allowance <br> Net | |

| Contract  SYS <br>          FGN | Explanation of Rate Symbols <br> N = Net Ton   C = CWT <br> G = Gross Ton   P = Per Unit | Tariff Authority <br> #9Q6/ |
|---|---|---|

| Purchase Order No. | | | | | | |
|---|---|---|---|---|---|---|
| SHIPPER LOAD AND COUNT <br> NO | Commodity Code <br> 106* | Mine NO. | | Mine Name | Date Tagged | Permit Number |

| Pkgs | Qual | Description of Articles | W/Q | Weight | Rate | Freight | Advances | Prepaid |
|---|---|---|---|---|---|---|---|---|
| | | SUMMARIZED MONTHLY DEMURRAGE AND STORAGE BILLING PER AGREEMENT FOR THE MONTH OF | | | | | | |

Page 1 of 1

| FREIGHT BILL NUMBER | FREIGHT BILL DATE | CUSTOMER NUMBER | BALANCE DUE |
|---|---|---|---|
| 9344195109 | 12/10/21 | 6002820032 | $14,400.00 |

**Norfolk Southern Corporation**
**Month Charges Accrued: November**
**Invoice Number: 9344195109**

| | | | |
|---|---|---|---|
| **Billing Date:** | 12/10/2021 | **Station Number:** | 056396 |
| **Customer Number:** | 6002820032 | **Waybill Number:** | 901209 |

ALL SOUTH WAREHOUSE         **Bill To:**      6002820032
1785 CONTINENTAL WAY SE
ATLANTA GA 303164708

| | | |
|---|---|---|
| **CARS HELD FOR UNLOADING** | ~~$21,300.00~~ | $14,400 |
| **Total Monthly Charges** | ~~$21,300.00~~ | $14,400 |