# EXHIBIT "D"

**STATEMENT OF CHARGES DUE NORFOLK SOUTHERN RAILWAY COMPANY
FOR THE ACCOUNT OF All South Warehouse
AS COVERED BY BILLS LISTED BELOW:**

UN
**CUSTOMER NUMBER 600262**

| Freight Bill # | FB Date | Waybill # | Waybill Date | Amount Billed | Amount Paid | Correction | Net Amt. Due |
|---|---|---|---|---|---|---|---|
| 1012159572 | 01/12/2022 | 901210 | 1/11/2022 | $71,700.00 | $0.00 | ($2,400.00) | $69,300.00 |
| 1041165356 | 02/10/2022 | 901200 | 02/09/2022 | $65,850.00 | $0.00 | ($300.00) | $65,550.00 |
| 1069190781 | 03/10/2022 | 901207 | 03/09/2022 | $25,800.00 | $0.00 | $0.00 | $25,800.00 |
| 1102162029 | 04/12/2022 | 901212 | 04/11/2022 | $7,200.00 | $0.00 | ($450.00) | $6,750.00 |
| 9222173994 | 08/10/2021 | 901198 | 08/09/2025 | $10,620.00 | $0.00 | $0.00 | $10,620.00 |
| 9344195109 | 12/10/2021 | 901209 | 12/09/2025 | $21,300.00 | $0.00 | ($6,900.00) | $14,400.00 |
| 2069159719 | 03/10/2023 | 901171 | 03/09/2023 | $46,950.00 | $0.00 | ($18,900.00) | $28,050.00 |
| 2102157406 | 04/12/2023 | 901171 | 04/11/2023 | $52,410.00 | $0.00 | ($30,750.00) | $21,660.00 |

**\*Interest**

| Freight Bill # | FB Date | Waybill # | Waybill Date | Amount Billed | Amount Paid | Correction | Net Amt. Due |
|---|---|---|---|---|---|---|---|

**Total:** $242,130.00

# NS NORFOLK SOUTHERN

| DIRECT INQUIRIES TO: | PAYMENT DUE | REMIT TO: NORFOLK SOUTHERN RAILWAY | AMOUNT DUE |
|---|---|---|---|
| JOSHUA SHEPHERD<br>(470) 463-7905 FAX: 999-9999<br>JOSHUA.SHEPHERD@NSCORP.COM<br>650 W Peachtree Street NW, Atlanta, GA 30308 | 03/25/2023 | P.O. BOX 532797<br>ATLANTA GA 30353-2797<br><br>WITH THIS PORTION OF FREIGHT BILL | $28,050.00 |

| | FREIGHT BILL NO.<br>2069159719 | CUSTOMER NO.<br>6002820032 |
|---|---|---|
| ALL SOUTH WAREHOUSE<br>1785 CONTINENTAL WAY SE<br>ATLANTA GA 30316-4708 | **CREDIT TERMS**<br>15 Days | **DUE DATE**<br>03/25/2023 | FREIGHT BILL DATE<br>03/10/23 |

**FREIGHT BILL**

** NS SERIAL :7028357201**                                IMAGE ID.

| Car Initial & No.<br>MISC   999999 | Kind | Trailer Initial & No. | Length | Plan | LENGTH OF CAR<br>CAPACITY OF CAR<br>Ordered  Furnished | Waybill Date | Waybill Number<br>901171 |
|---|---|---|---|---|---|---|---|
| Car Transferred To | | | | | | Time | VERSION 003<br>By |

| | Station No. | Station | State | | Station No. | Station | State |
|---|---|---|---|---|---|---|---|
| Origin | 056396 | ATLANTA | GA | Destination | | | |
| Billed At | | | | Recd At | | | |

| Full Name of Shipper & Address | Customer Code | Consignee & Address | Customer Code |
|---|---|---|---|
| ALL SOUTH WAREHOUSE<br>1785 CONTINENTAL WAY SE<br>ATLANTA GA  30316-4708 | 6002820032 | | |

| RWC | Shpr. Bill of Lading | Date<br>03/09/2023 | Number | Route<br>NS | A/S/R | Rte Code | 555- |
|---|---|---|---|---|---|---|---|
| Previous Waybill Reference | | | | Final Destination | | | |

| Special Instructions | Bill To Party<br>ALL SOUTH WAREHOUSE<br>1785 CONTINENTAL WAY SE<br>ATLANTA GA  30316-4708 | Customer Code<br>6002820032 |
|---|---|---|

| Additional Info/Reconsignment | PPD/COLL | Sec. 7 | Weighed At | |
|---|---|---|---|---|
| | Rev. Date<br>05/09/23 | Time | Gross | |
| | | | Tare | |
| | Declared Value | | Allowance | |
| | | | Net | |

| Contract   SYS<br>            FGN | Explanation of Rate Symbols<br>N = Net Ton   C = CWT<br>G = Gross Ton   P = Per Unit | Tariff Authority<br>#CAA/ |
|---|---|---|

| Purchase Order No. | | |
|---|---|---|

| SHIPPER LOAD AND COUNT<br>NO | Commodity Code<br>106* | Mine NO. | Mine Name | Date Tagged | Permit Number |
|---|---|---|---|---|---|

| Pkgs | Qual | Description of Articles | W/Q | Weight | Rate | Freight | Advances | Prepaid |
|---|---|---|---|---|---|---|---|---|
| | | SUMMARIZED MONTHLY DEMURRAGE AND STORAGE BILLING PER AGREEMENT FOR THE MONTH OF | | | | | | |

Page 1 of 1

| FREIGHT BILL NUMBER | FREIGHT BILL DATE | CUSTOMER NUMBER | AMOUNT DUE |
|---|---|---|---|
| 2069159719 | 03/10/23 | 6002820032 | $28,050.00 |

# NS Norfolk Southern

| DIRECT INQUIRIES TO: | PAYMENT DUE | REMIT TO: NORFOLK SOUTHERN RAILWAY | AMOUNT DUE |
|---|---|---|---|
| JOSHUA SHEPHERD<br>(470) 463-7905 FAX: 999-9999<br>JOSHUA.SHEPHERD@NSCORP.COM<br>650 W Peachtree Street NW, Atlanta, GA 30308 | 04/27/2023 | P.O. BOX 532797<br>ATLANTA GA 30353-2797<br>WITH THIS PORTION OF FREIGHT BILL | $52,410.00 |

ALL SOUTH WAREHOUSE
1785 CONTINENTAL WAY SE
ATLANTA GA 30316-4708

| FREIGHT BILL NO. | CUSTOMER NO. |
|---|---|
| 2102157406 | 6002820032 |

| CREDIT TERMS | DUE DATE | FREIGHT BILL DATE |
|---|---|---|
| 15 Days | 04/27/2023 | 04/12/23 |

---

**FREIGHT BILL**

** NS SERIAL :7028384402**          IMAGE ID.

| Car Initial & No. | Kind | Trailer Initial & No. | Length | Plan | LENGTH OF CAR / CAPACITY OF CAR (Ordered / Furnished) | Waybill Date | Waybill Number 901171 |
|---|---|---|---|---|---|---|---|
| Car Transferred To | | | | | | Time | By |

| | Station No. | Station | State | | Station No. | Station | State |
|---|---|---|---|---|---|---|---|
| Origin | 056396 | ATLANTA | GA | Destination | | | |
| Billed At | | | | Recd At | | | |

| Full Name of Shipper & Address | Customer Code | Consignee & Address | Customer Code |
|---|---|---|---|
| ALL SOUTH WAREHOUSE<br>1785 CONTINENTAL WAY SE<br>ATLANTA GA  30316-4708 | 6002820032 | | |

| RWC | Shpr. Bill of Lading | Date | Number | Route | A/S/R | Rte Code |
|---|---|---|---|---|---|---|

| Previous Waybill Reference | Final Destination |
|---|---|

| Special Instructions | Bill To Party | Customer Code |
|---|---|---|
| | ALL SOUTH WAREHOUSE<br>1785 CONTINENTAL WAY SE<br>ATLANTA GA  30316-4708 | 6002820032 |

| Additional Info/Reconsignment | PPD/COLL | Sec. 7 | Weighed At |
|---|---|---|---|
| | Rev. Date | Time | Gross |
| | | | Tare |
| | Declared Value | | Allowance |
| | | | Net |

| Contract  SYS  FGN | Explanation of Rate Symbols<br>N = Net Ton     C = CWT<br>G = Gross Ton  P = Per Unit | Tariff Authority |
|---|---|---|

| Purchase Order No. | | |
|---|---|---|

| SHIPPER LOAD AND COUNT<br>NO | Commodity Code<br>106* | Mine NO. | Mine Name | Date Tagged | Permit Number |
|---|---|---|---|---|---|

| Pkgs | Qual | Description of Articles | W/Q | Weight | Rate | Freight | Advances | Prepaid |
|---|---|---|---|---|---|---|---|---|
| | | SUMMARIZED MONTHLY DEMURRAGE AND STORAGE BILLING PER AGREEMENT FOR THE MONTH OF MARCH    , 2023<br><br>SUPPLEMENTAL INFORMATION ATTACHED | | | | | | |

Page 1 of 1

| FREIGHT BILL NUMBER | FREIGHT BILL DATE | CUSTOMER NUMBER | AMOUNT DUE |
|---|---|---|---|
| 2102157406 | 04/12/23 | 6002820032 | $52,410.00 |