# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY, | |
| Plaintiff, | CIVIL ACTION NO.: |
| v. | |
| ALL-SOUTH WAREHOUSE D/C, INC. D/B/A ALL SOUTH WAREHOUSE, | |
| Defendant. | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3, Plaintiff Norfolk Southern Railway Company submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**For Plaintiff:** Norfolk Southern Corporation (parent corporation) and Norfolk Southern Railway Company (Norfolk Southern Corporation's

principal operating subsidiary and the entity named as a Plaintiff in this action).

**For Defendant:** All-South Warehouse D/C, Inc. D/B/A All South Warehouse

**2.** **The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

**For Plaintiff:**   None

**3.** **The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

**For Plaintiff:**

Daryl G. Clarida, Esq.
Hall, Bloch, Garland & Meyer LLP
900 Circle 75 Parkway, Suite 500
Atlanta, GA  30339-3099
(678) 888-0036
DarylClarida@hbgm.com

**For Defendant:**  Unknown at this time.

Respectfully submitted this 25th day of August, 2023.

> **HALL, BLOCH, GARLAND & MEYER, LLP**
>
> */s/ Daryl G. Clarida*
> Daryl G. Clarida
> Georgia Bar No. 126391
> 900 Circle 75 Parkway, Suite 500
> Atlanta, GA  30339-3099
> (678) 888-0036
> DarylClarida@hbgm.com
>
> *Attorneys for Plaintiff*
> *Norfolk Southern Railway Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, a true and correct copy of the foregoing **Certificate of Interested Persons and Corporate Disclosure Statement** was filed electronically with the Clerk of Court using the CM/ECF system.

This 25th day of August, 2023.

**HALL, BLOCH, GARLAND & MEYER, LLP**

*/s/ Daryl G. Clarida*
Daryl G. Clarida
Georgia Bar No. 126391
900 Circle 75 Parkway, Suite 500
Atlanta, GA 30339-3099
(678) 888-0036
DarylClarida@hbgm.com

*Attorneys for Plaintiff*
*Norfolk Southern Railway Company*