# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| Eleonora Korotkina, | ) | FILE NO.: _____ |
| | ) | NOTICE OF REMOVAL OF |
| Plaintiff, | ) | CIVIL ACTION UNDER 28 |
| | ) | U.S.C. § 1441(a) |
| v. | ) | |
| | ) | **(DIVERSITY JURISDICTION)** |
| Target Corporation, XYZ | ) | |
| Corporations 1-3 and John Does 1-3, | ) | (Removed from the State Court |
| | ) | of the State of Georgia, County |
| Defendants. | ) | of Gwinnett, File No. 23-C- |
| | ) | 004949-S3) |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |

## **TWELVE PERSON JURY DEMAND**

COMES NOW, Target Corporation, Defendant, and hereby requests that a jury of twelve fair and impartial jurors determine all matters of disputed facts in this case.

This 25th day of August, 2023.

        HUFF, POWELL & BAILEY, LLC

        */s/ Sharonda B. Barnes*

        _____
        SHARONDA B. BARNES
        Ga. Bar No. 245438
        BRITTANY GRINER
        Ga. Bar No. 760338

| | |
|---|---|
| 999 Peachtree Street<br>Suite 950<br>Atlanta, Georgia 30309<br>(404) 892-4022<br>(404) 892-4033 (Fax)<br>sbarnes@huffpowellbailey.com<br>bgriner@huffpowellbailey.com | *Counsel for Defendant Target Corporation* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| Eleonora Korotkina, | ) | FILE NO.: _____ |
| | ) | NOTICE OF REMOVAL OF |
| Plaintiff, | ) | CIVIL ACTION UNDER 28 |
| | ) | U.S.C. § 1441(a) |
| v. | ) | |
| | ) | *(DIVERSITY JURISDICTION)* |
| Target Corporation, XYZ | ) | |
| Corporations 1-3 and John Does 1-3, | ) | (Removed from the State Court of the State of Georgia, County of Gwinnett, File No. 23-C-004949-S3) |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing *TWELVE PERSON JURY DEMAND* via the e-filing system, Odyssey, which will serve all counsel of record by Statutory Electronic Service as follows:

Inna Voronkina
Foy & Associates, P.C.
3343 Peachtree Road, NE
Suite 350
Atlanta, Georgia 30326
ivoronkina@johnfoy.com

(*Date and Signature on following page.*)

This 25th day of August, 2023.

                              HUFF, POWELL & BAILEY, LLC

                              */s/ Sharonda B. Barnes*

                              _____
                              SHARONDA B. BARNES
                              Ga. Bar No. 245438
                              BRITTANY GRINER
                              Ga. Bar No. 760338

999 Peachtree Street         *Counsel for Defendant Target*
Suite 950                          *Corporation*
Atlanta, Georgia 30309
(404) 892-4022
(404) 892-4033 (Fax)