# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| Eleonora Korotkina,<br><br>      Plaintiff,<br><br>v.<br><br>Target Corporation, XYZ Corporations 1-3 and John Does 1-3,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | FILE NO.: _____<br>NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(a)<br><br>***(DIVERSITY JURISDICTION)***<br><br>(Removed from the State Court of the State of Georgia, County of Gwinnett, File No. 23-C-004949-S3)<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I have on August 25, 2023 served a true and correct copy the ***DEFENDANT TARGET CORPORATION'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT*** upon all parties or their counsel of record via Statutory Electronic Service to assure delivery as follows:

Inna Voronkina
Foy & Associates, P.C.
3343 Peachtree Road, NE
Suite 350
Atlanta, Georgia 30326
ivoronkina@johnfoy.com

This 25th day of August, 2023.

        HUFF, POWELL & BAILEY, LLC

        */s/ Sharonda B. Barnes*
        SHARONDA B. BARNES
        Georgia Bar No. 245438
        BRITTANY GRINER
        Georgia Bar No.: 760338
        *Counsel for Defendant Target Corporation*

999 Peachtree Street, NE,
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
sbarnes@huffpowellbailey.com
bgriner@huffpowellbailey.com