**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| Eleonora Korotkina, | ) | FILE NO.: _____ |
| | ) | NOTICE OF REMOVAL OF |
| Plaintiff, | ) | CIVIL ACTION UNDER 28 |
| | ) | U.S.C. § 1441(a) |
| v. | ) | |
| | ) | ***(DIVERSITY JURISDICTION)*** |
| Target Corporation, XYZ | ) | |
| Corporations 1-3 and John Does 1-3, | ) | (Removed from the State Court |
| | ) | of the State of Georgia, County |
| Defendants. | ) | of Gwinnett, File No. 23-C- |
| | ) | 004949-S3) |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I have this day served a true and correct copy the

***TARGET CORPORATION'S FIRST INTERROGATORIES AND REQUEST***

***FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF*** upon all parties or their

counsel of record via Statutory Electronic Service to assure delivery as follows:

Inna Voronkina
Foy & Associates, P.C.
3343 Peachtree Road, NE
Suite 350
Atlanta, Georgia 30326
ivoronkina@johnfoy.com

This 25th day of August, 2023.

HUFF, POWELL & BAILEY, LLC

*/s/ Sharonda B. Barnes*

_____

SHARONDA BOYCE BARNES
Ga. Bar No. 245438
BRITTANY GRINER
Ga. Bar No. 760338
*Counsel   for   Defendant   Target
Corporation*

999 Peachtree Street
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
(404) 892-4033 (Fax)
sbarnes@huffpowellbailey.com
bgriner@huffpowellbailey.com

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

This 25th day of August, 2023.

HUFF, POWELL & BAILEY, LLC

*/s/ Sharonda B. Barnes*

_____

SHARONDA BOYCE BARNES
Ga. Bar No. 245438
BRITTANY GRINER
Ga. Bar No. 760338
*Counsel for Defendant Target Corporation*

999 Peachtree Street
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
(404) 892-4033 (Fax)