**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| Eleonora Korotkina, | ) | FILE NO.: _____ |
| | ) | NOTICE OF REMOVAL OF |
| Plaintiff, | ) | CIVIL ACTION UNDER 28 |
| | ) | U.S.C. § 1441(a) |
| v. | ) | |
| | ) | *(DIVERSITY JURISDICTION)* |
| Target Corporation, XYZ | ) | |
| Corporations 1-3 and John Does 1-3, | ) | (Removed from the State Court |
| | ) | of the State of Georgia, County |
| Defendants. | ) | of Gwinnett, File No. 23-C- |
| | ) | 004949-S3) |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |

**DEFENDANT TARGET CORPORATION'S CERTIFICATE OF**
**INTERESTED PERSONS AND CORPORATE-PARTY DISCLOSURE**
**STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant

Target Corporation ("Target") files its Certificate of Interested Persons and

Corporate Disclosure Statement as follows:

(1)    The undersigned counsel of record for a party to this action certifies

that the following is a full and complete list of all parties in this action, including

any parent corporation and any publicly held corporation, that owns 10% or more of

the stock of a party:

**a. Defendant Target Corporation.**

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**a. Inna Voronkina; and**

**b. Foy & Associates, P.C.**

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**a. Inna Voronkina (Foy & Associates, PC) for Plaintiff Eleonora Korotkina; and**

**b. Sharonda B. Barnes and Brittany Griner (Huff, Powell & Bailey, LLC) for Defendant Target Corporation.**

(4)   The undersigned further certifies that the following is a list of citizenship of all parties:

**a. Defendant Target Corporation is a domestic for Profit (Business) Corporation incorporated and domiciled in the State of Minnesota, with its principal place of business in Minnesota; for purposes of**

determining diversity jurisdiction, **Target is therefore a citizen of Minnesota. 28 U.S.C. § 1332(c)(2);**

    **b. Plaintiff Eleonora Korotkina is a citizen of the State of Minnesota.**

This 25th day of August, 2023.

HUFF, POWELL & BAILEY, LLC

*/s/ Sharonda B. Barnes*

_____
SHARONDA BOYCE BARNES
Ga. Bar No. 245438
BRITTANY GRINER
Ga. Bar No. 760338
*Counsel for Defendant Target Corporation*

999 Peachtree Street
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
(404) 892-4033 (Fax)
sbarnes@huffpowellbailey.com
bgriner@huffpowellbailey.com

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

HUFF, POWELL & BAILEY, LLC

*/s/ Sharonda B. Barnes*

_____

SHARONDA BOYCE BARNES
Ga. Bar No. 245438
BRITTANY GRINER
Ga. Bar No. 760338
*Counsel for Defendant Target Corporation*

999 Peachtree Street
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
(404) 892-4033 (Fax)
sbarnes@huffpowellbailey.com
bgriner@huffpowellbailey.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy the

***DEFENDANT TARGET CORPORATION'S AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE-PARTY DISCLOSURE STATEMENT*** upon all parties or their counsel of record via CM/ECF's Electronic Case Filing System and by Statutory Electronic Service, addressed as follows to assure delivery to:

Inna Voronkina
Foy & Associates, P.C.
3343 Peachtree Road, NE
Suite 350
Atlanta, Georgia 30326
ivoronkina@johnfoy.com

This 25th day of August, 2023.

HUFF, POWELL & BAILEY, LLC

*/s/ Sharonda B. Barnes*
_____
SHARONDA BOYCE BARNES
Ga. Bar No. 245438
BRITTANY GRINER
Ga. Bar No. 760338
*Counsel for Defendant Target Corporation*

999 Peachtree Street
Suite 950

Atlanta, Georgia 30309
(404) 892-4022
(404) 892-4033 (Fax)
sbarnes@huffpowellbailey.com
bgriner@huffpowellbailey.com