# EXHIBIT 3

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| BRIANNA TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>G&I IX EAST VILLAGE JV LLC d/b/a ARTESIAN EAST VILLAGE, ABC CORPORATIONS 1-3, and JOHN DOES 1-3;<br><br>    Defendants. | CIVIL ACTION FILE<br>NO.: 23A02793 |

### NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on August 25, 2023, Defendant G&I IX EAST VILLAGE JV LLC d/b/a ARTESIAN EAST VILLAGE filed a Notice of Removal with the United States District Court for the Northern District of Georgia, (the "District Court") pursuant to 28 U.S.C. § 1332, 1441 and 1446. This Court is respectfully requested to proceed no further in this action.

A copy of the Notice of Removal filed with the United States District Court removing this case from the State Court of Dekalb County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, which was timely filed, is attached hereto as Exhibit 1.

This 25th day of August, 2023.

*[SIGNATURES ON FOLLOWING PAGE]*

|  |  |
|---|---|
|  | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP** |
|  | */s/ Ciara N. Lowe* <br> Michael P. Manfredi <br> Georgia Bar No. 784682 <br> Ciara N. Lowe <br> Georgia Bar No. 658035 |
| 3348 Peachtree Road NE <br> Suite 1400 <br> Atlanta, GA 30326 <br> 470-419-6650 (main) <br> 470-419-6651 (facsimile) <br> Michael.manfredi@wilsonelser.com <br> Ciara.lowe@wilsonelser.com | *Counsel for Defendant G&I IX EAST VILLAGE JV LLC d/b/a ARTESIAN EAST VILLAGE* |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the within and foregoing, *Notice of Filing of Notice of Removal* to be served on all counsel of record by using the Clerk of Court's e-filing system, which will automatically send e-mail notification of such filing to the following:

N. John Bey
BEY AND ASSOCIATES, LLC
191 Peachtree Street, Suite 3230
Atlanta, Georgia 30303
*Attorney for Plaintiff*

Dated: August 25, 2023.

*/s/ Ciara N. Lowe*
Georgia Bar No. 658035

*Counsel for Defendant G&I IX EAST VILLAGE JV LLC d/b/a ARTESIAN EAST VILLAGE*