# Exhibit B

 **UBS**

May 27, 2020

Leslie Lauer
One Miranova Place #2430
Columbus, OH 43215

Dear Leslie:

# Welcome to ALFA Core.

Welcome to the Aspiring Legacy Financial Advisor Core Program ('ALFA' or 'the Program'). We are excited about your decision to join ALFA as a Receiving FA. This letter is your ALFA Receiving FA Agreement ('Agreement') with us, and it explains the terms and conditions of your participation. Notwithstanding anything to the contrary, this Agreement shall only become effective upon Curt Rubinas and Rebecca Glasgow signing a Receiving FA Agreement and becoming Financial Advisors, which we anticipate occurring on or about June 2, 2020.

## ALFA:  The Basics – Receiving FA.

Your participation in ALFA begins on **June 1, 2020** ('Start Date') and is scheduled to end on **May 31, 2025** ('End Date'). (The Start Date through the End Date is referred to as 'the Term'). Having decided to enter ALFA as a Receiving FA, you are at this point aware of the Financial Advisor from whom the ALFA Accounts[1] will be transitioned ('Legacy FA') as of the Start Date, as well as any other Receiving FAs ('Receiving FA(s)'). In this regard, you have committed to use your best efforts to ensure a successful transition of the ALFA Accounts from the Legacy FA, who is **Keith A Mericka**.

**The Legacy FA, you and any other Receiving FA(s) must submit to the Legacy FA's Branch Manager a jointly agreed upon list identifying (i) the ALFA Accounts and (ii) the "split" percentage of Gross Production on each such Account that the Firm will use for determining Legacy FA's monthly ALFA payment ('ALFA Split %'). (This list is referred to as 'the ALFA Account List.') The ALFA Account List should be submitted to the Legacy FA's Branch Manager no less than 10 days before the Start Date.**

## Payout on ALFA Accounts.

As of the Start Date, the Legacy FA will no longer receive gross production or asset credits for the ALFA Accounts. Instead, you and any other Receiving FA(s) will be eligible to receive these credits.

Your payout on the ALFA Accounts will still be determined according to the applicable Financial Advisor Compensation Plan ('FA Comp Plan'), except as adjusted by this Agreement. As you know from the FA Comp Plan, your monthly payout is based on the production that accounts generate each month, less lawful adjustments. The FA Comp Plan sets forth how this works as follows:



---

[1] Please refer to the Definitions section of the attached Appendix for certain defined terms, which are incorporated here by reference.

[2] Adjustments may include, for example, certain customer fees waived by you; compensation for support staff or other employees; overpayments; charge-backs arising out of a customer or other third party reversing or failing to pay or to close a transaction; production draws; transaction-related expenses; and payments made under the Program. Because your earned monthly payout is net of adjustments, and not based solely on a percentage of production, it is not earned until all the adjustments have been made.

Initial

Your monthly payout on each ALFA Account will be determined by taking your Unearned Production Payout generated from each ALFA Account and reducing it (as an 'ALFA Adjustment') by an amount determined as follows:



Except as otherwise noted below in the 'Wealth Protection' section, this ALFA Adjustment will be applied to the AFLA Accounts throughout the entire Term.  Your Collection Rate during the Term is as follows:

| Continuation Year | Period | Collection Rate |
|---|---|---|
| Year 1 | 06/01/2020 - 05/31/2021 | 30.00% |
| Year 2 | 06/01/2021 - 05/31/2022 | 25.00% |
| Year 3 | 06/01/2022 - 05/31/2023 | 20.00% |
| Year 4 | 06/01/2023 - 05/31/2024 | 15.00% |
| Year 5 | 06/01/2024 - 05/31/2025 | 10.00% |
| **Total** | | **100.00%** |

# Non-Disclosure and Non-Solicitation.

In consideration of your participation in the Program, you are agreeing to the following:

- o   Non-Disclosure.  You may not directly or indirectly use, maintain, take or disclose any Confidential Information, except (i) in the course of carrying out your duties for UBS during your employment, or (ii) as otherwise required by law or governmental agency with jurisdiction, or (iii) as otherwise permitted by this Agreement.  (Please note that you must provide immediate written notice to UBS (Attention:  General Counsel's Office, 1000 Harbor Boulevard, 8th Floor, Weehawken, New Jersey 07086) of any disclosure requirement by a court or government agency in order to allow UBS an opportunity to respond to such a request.  Notwithstanding the foregoing, nothing in this Agreement or any other agreement or document prohibits you from voluntarily communicating, without notice to or approval by UBS, with any government agency or self-regulatory organization ('SRO') about a potential violation of a law or regulation or SRO regulation.) Please also note that, with respect to your obligations to maintain in confidence any and all confidential and/or trade secret information of UBS, the Defend Trade Secrets Act of 2016 ("DTSA"), 18 U.S.C. § 1833(b), provides you with immunity from criminal or civil liability under any federal or state trade secret law for your disclosure of a trade secret that is made in confidence to a federal, state, or local government official, either directly or indirectly, or to an attorney, provided that it is disclosed solely for the purpose of reporting or investigating a suspected violation of law, or is made in a complaint or other document filed in a lawsuit or other proceeding and the document is filed under seal so that it is not disclosed to the public.

- o   Non-Solicitation.  During the Restricted Period[3], you may not directly or indirectly for yourself or for any third party, solicit, influence, induce, recruit or cause any employee of any UBS Group entity to terminate his or her employment with the UBS Group for the purpose of joining, associating or becoming employed with any business wherever located, with which or of which you are or anticipate becoming an employee, owner, partner, investor, member, agent, director, consultant, independent contractor or otherwise associated in any way whatsoever. You also agree that during the Restricted Period you will not directly or indirectly solicit or interfere with any client who maintains or maintained an ALFA Account. Your agreement 'not to solicit' includes but is not limited to your agreement not to initiate, whether directly or indirectly, any contact or communication of any kind whatsoever, for the purpose of inviting, encouraging or requesting a client or that may have the effect of inviting, encouraging or requesting a client to transfer any account from the UBS Group to you or any other entity or person; to open a new account with you or any other entity or person; or to discontinue the client's business relationship with the UBS Group.

- o   You acknowledge and agree that the UBS Group is global and includes offices throughout the world.  You therefore acknowledge and agree that the foregoing Non-Disclosure and Non-Solicitation provisions are necessary for the

---

[3] 'Restricted Period' is the Start Date through one year from  the End Date as stated above.

Initial _____

protection of the business and goodwill of the UBS Group, are not overly broad, and that they are reasonable and fair. You further acknowledge and agree that to the extent you are in breach of any of these restrictive covenants, the length of the restriction will be increased (or if such finding is made after the restriction has expired, reinstated) for such a period of time as to ensure that UBS Group has received the benefit of the full period of the restriction.

o   You understand that the terms of this section ('Non-Disclosure and Non-Solicitation') are material to the UBS Group and, therefore, if a court or arbitration panel of competent jurisdiction rules that you have breached the terms of this section, you agree that damages in the event of breach of this section would not be possible to ascertain. Therefore, you also agree that in addition to and without limiting any other remedy or right the UBS Group may have, it shall have a right to an injunction or other equitable relief enjoining any such breach or prospective breach. The existence of this right shall not limit any other rights and remedies at law or in equity. The UBS Group shall not be required to post any bond in connection with the foregoing. For the avoidance of doubt, the restrictions set forth herein are in addition to and not in lieu of any post-employment restrictions set forth in any plan rules governing awards, and nothing in this Agreement limits the terms and conditions of the applicable plan rules.

o   You agree that if any restriction set forth in this section is found by any court or arbitrator of competent jurisdiction to be unenforceable because it extends for too long a period of time or over too great a range of activities or in too broad a geographic area, it shall be interpreted to extend only over the maximum period of time, range of activities or geographic areas to which it may be enforceable.

# Wealth Protection for Legacy FA- Survivor/Total Disability Benefit.

Wealth protection for the Legacy FA and his/her family in the event of death or a debilitating disability is important to the Legacy FA. For this reason, the ALFA Core Program provides a Legacy FA Survivor/Total Disability Benefit ('Benefit') that will be calculated according to the Aspiring Legacy Financial Advisor Core Program's Survivor/Total Disability Benefit Formula and Payment Schedule set forth in the attached Appendix. In the event that the Firm determines the Legacy FA or his/her estate/beneficiary qualify for this Benefit, then, if necessary, the payout on the ALFA Accounts (via the ALFA Adjustment noted above) will continue beyond the End Date until such time as the Firm has recovered the Receiving FA Portion of the calculated Benefit from the ALFA Accounts. If your employment terminates for any reason (other than due to death or Total Disability) and the Benefit has not been recovered from the ALFA Accounts at the time of termination, then you are responsible for repaying that balance to the Firm.

For purposes of this section, the "Receiving FA Portion" is determined as follows: ("Remaining Receiving FA Collection Rate Percentage") x ("Trailing 12 Production"), where:

*   "Remaining Receiving FA Collection Rate Percentage" means the sum of: (i) the remaining Receiving FA Collection Rate percentages for each Continuation Year following the Continuation Year in which the Transition Period terminated and (ii) the prorated Receiving FA Collection Rate percentage remaining in the Continuation Year in which the Transition Period terminated, starting with the calendar month in which the Transition Period terminated.

*   "Trailing 12 Production" means the recent Trailing 12 months of Gross Production in the ALFA Accounts determined at the time of Legacy FA's death/Total Disability.

# Release and Waiver.

In consideration of your participation in the Program, you agree to forever fully release, discharge and acquit UBS, any and all of its predecessors, successors, affiliates, related entities, parents, and assigns and their respective past, present and future officers, shareholders, employees, directors, and agents from any and all claims, charges, demands, sums of money, actions, rights, causes of action, obligations and liabilities of any kind or nature, at law or in equity, that you may have had, claim to have had, now have, may claim to have or claim to have, which are or may be based upon any facts, acts, conduct, representations, omissions, contracts, letters of understanding, claims, events, causes, matters or things of any conceivable kind or character existing or occurring at any time on or before the date you sign this Agreement, whether asserted as an individual claim or action, or a class claim or action on behalf of a class which includes you as an actual or putative class member, including without limitation, any claims or actions under any and all state or federal law for discrimination, retaliation or harassment, or any other claims or actions whether they arise by statute or otherwise, including, without limitation, claims or actions under Title VII of the Civil Rights Act of 1964; the Sarbanes Oxley Act; the Americans with

Initia__

Disabilities Act; the Americans with Disabilities Act Amendments Act; the Age Discrimination in Employment Act; the Older Workers Benefit Protection Act; the Family and Medical Leave Act;  and the New Jersey Conscientious Employee Protection Act.

Please note, however, that by agreeing to the above paragraph you not relinquishing any rights with respect to: (i) any outstanding deferred compensation and equity awards which you may have been granted, which compensation and awards shall be governed by the terms and conditions of the applicable plans, and (ii) any vested benefits as of the date you sign this Agreement under any UBS-sponsored tax-qualified retirement plans in which you participate, including any 401(k) plan, which vested benefits shall remain subject to the terms and conditions of the applicable plans.  This Agreement also does not affect or limit your rights to any benefits to which you may otherwise be entitled pursuant to Workers' Compensation or unemployment insurance.  Your rights to these benefits will be determined pursuant to applicable law.

# Binding Mutual Arbitration.

UBS values each of its employees and fosters good relations with, and among, all of its employees.  UBS recognizes, however, that disagreements occasionally occur between an individual employee and UBS, or between employees in a context that involves UBS.  UBS believes that the resolution of such disagreements is best accomplished by internal dispute resolution and, where that fails, by external arbitration.  For these reasons, we have adopted an Employment Arbitration Agreement ('Arbitration Agreement').  The Arbitration Agreement is attached to this Agreement in the Appendix.  By signing this Agreement, you acknowledge that you have received and read the Arbitration Agreement and that you agree to all of its terms.

# Other Important Terms and Conditions.

Finally, please make note of the following:

- As an FA, you must continue to adhere to all UBS policies and procedures applicable to its FAs, including, but not limited to, the Code of Business Conduct and Ethics of UBS ("UBS Code of Business Conduct and Ethics"), the Employee Handbook, as well as the rules and regulations of all regulatory and/or self-regulatory organizations with which you are registered.

- Given the highly regulated nature our business, the Firm retains the right to amend or eliminate the Program (1) if necessary or appropriate to comply with legal or regulatory requirements or any changes in applicable law, rules or regulations or in the interpretation thereof by any regulator, agency or tribunal of competent jurisdiction, or (2) if the Firm determines in its discretion that continuing the Program in its then current form would be impractical or materially adverse to the Firm as a result of any changes in applicable law, rules or regulations or accounting standards or in the interpretation thereof by any regulator, agency or tribunal of competent jurisdiction.

- To the fullest extent permitted by law, the Firm has the right and is authorized to offset the amount of any monies you owe to UBS (including, without limitation, any balance on the Benefit, overpayment of salary, bonus, loans, advances) from any payment under this Agreement, and/or any other compensation, and/or any funds you hold in a UBS Resource Management Account ('RMA'), or any other account maintained at UBS, other than deferred compensation as defined in Section 409 of the Internal Revenue Code of 1986, as amended, and the regulations and guidance thereunder ('Section 409A').

- Except for the Arbitration Agreement, this Agreement shall be governed, construed and enforced in accordance with the laws of the State of New York without regard to conflict of law principles.  In the event that any provision of this Agreement is determined to be invalid or unenforceable for any reason, in whole or in part, the remaining provisions of this Agreement will be unaffected thereby and will remain in full force and effect to the fullest extent permitted by law.  You may not assign this Agreement; however, UBS may assign this Agreement and the benefits and obligations hereof shall inure to UBS's successors and assigns.  All references herein to UBS shall together be deemed to refer to such successors or assigns as the case may be, including, without limitation any entity within the UBS Group.

- No provision of this Agreement may be modified, altered, waived or discharged unless such modification, alteration, waiver or discharge is agreed to in writing and signed by the Parties hereto.  No waiver by either Party hereto of any condition or provision of this Agreement to be performed by such other Party shall be deemed a waiver of similar provisions or conditions at any time.

- This Agreement is not intended to be subject to the Employee Retirement Income Security Act, as amended, and the regulations and guidance thereunder ('ERISA') and shall be construed and administered accordingly.  To the extent that any provision of this Agreement could be read in a manner that would subject this Agreement to ERISA, such provision shall be

Initial _____

read and applied in a manner that causes this Agreement not to be subject to ERISA.  Further, this Agreement is intended to satisfy the requirements of Section 409A.

- Nothing in this Agreement: (i) guarantees you a minimum payout each month on the ALFA Accounts (other than the Firm's obligation to ensure you, as an exempt employee, receive any applicable minimum monthly compensation required by applicable law) or (ii) affects our right and ability to reassign accounts (including ALFA Accounts) in our sole and absolute discretion.  The Agreement does not constitute, and may not be construed by you, as a guarantee of employment for any length of time.  Your employment with UBS remains 'at will,' which means that your employment may be terminated for any reason by you or UBS and without notice by UBS.  For purposes of this Agreement, no termination of employment shall be deemed to have occurred in the event that UBS assigns this Agreement to any entity that continues to employ, or offers to continue to employ, you after the assignment.

- This Agreement sets forth the entire agreement between the Parties hereto and any and all prior and contemporaneous agreements, discussions or understandings between the Parties pertaining to your participation in ALFA as a Receiving FA have been and are merged into and superseded by this Agreement.  This Agreement is in addition to, and not in lieu of, equity plan documents or any agreements between the Parties relating to promissory notes, transition payments, loans, trade secrets, confidential information and copyrights, non-competition and non-solicitation of employees and/or clients, all of which will remain in full force and effect in accordance with their terms.  If there is a conflict between a provision in this Agreement and a provision in any other agreement between the Parties, the provision that gives the greater protection to the Firm shall govern.  The headings of the sections contained in this Agreement are for convenience only and do not control or affect the meaning or construction of any provision of this Agreement.

- You have the right to consider this Agreement for a period of twenty-one (21) days following your receipt of it, although you can choose to sign this Agreement before this period ends.  You also can revoke or rescind your acceptance of this Agreement for a period of seven (7) days following your signing it by letting us know in writing (sent to the FA Compensation Department, 1000 Harbor Boulevard, 10th Floor, Weehawken, NJ 07086) that you are revoking/rescinding your acceptance.  This Agreement will be effective on the date you sign this Agreement, unless you revoke or rescind it within the time period provided herein.  You also have the right to consult with an attorney of your choosing (at your own expense) before you sign this Agreement.

Leslie, we are all looking forward to working and partnering with you as a Receiving FA in our ALFA Core Program.  Please feel free to contact us with any questions or comments you may have.  Otherwise, please sign the Agreement below and return it to one of us.  Thanks in advance.

Sincerely,

**UBS FINANCIAL SERVICES INC.**


_____
(UBSFS Branch Office Manager's Signature)


_____
(UBSFS Branch Office Manager's Name – Please Print)

Accepted and agreed to this

__28__ day of __May_____, 20 _20_

_____
/ Leslie  Lauer

**BY ENTERING INTO THIS AGREEMENT THROUGH THE ABOVE SIGNATURE, RECEIVING FA AGREES TO BE BOUND BY THE ARBITRATION AGREEMENT, WHICH IS ATTACHED TO THIS AGREEMENT IN THE APPENDIX.  THE ARBITRATION AGREEMENT REQUIRES THAT BOTH UBS (AS DEFINED IN THE ARBITRATION AGREEMENT) AND RECEIVING FA RESOLVE ANY COVERED CLAIMS (AS DEFINED IN THE ARBITRATION AGREEMENT), IN FINAL AND BINDING ARBITRATION ON A NON-CLASS, NON-COLLECTIVE, AND NON-REPRESENTATIVE ACTION BASIS.  AS**

                                                                                                    Initial ____

                                                                    **Rebeca Ferreira**
                                                                    **FA Reward**

NOTED IN THE ARBITRATION AGREEMENT, RECEIVING FA AND UBS ARE GIVING UP THEIR RIGHTS TO A JURY TRIAL, IN ANY FORUM, OF COVERED CLAIMS.

Initial _____ .

# __Appendix__

## Table of Contents

Definitions .................................................................................................................................. Appendix i

Aspiring Legacy Financial Advisor Core Program's
Survivor/Total Disability Formula and Payment Schedule ................................................................. Appendix ii

Employment Arbitration Agreement And Class, Collective and Representative Action Waivers ......................... Appendix iii

# Definitions

"ALFA Accounts" means the accounts identified by you, Legacy FA and any other Receiving FA(s) on the ALFA Account List identified in the Agreement. In addition, accounts opened after the Start Date that are within the same Marketing Household (as that term is used by the Firm) as an ALFA Account will also be included in the ALFA Accounts, as will any new accounts that are created by rollover funds from an ALFA Account or any new accounts opened by a Receiving FA during the Legacy FA's employment (Active Phase) that resulted from a referral Legacy FA made. (If there are any disputes between you and Legacy FA on whether the account opening resulted from Legacy FA's referral, and you cannot resolve the dispute, we will resolve it in our sole and absolute discretion.)

"Confidential Information" includes but is not limited to any nonpublic information concerning UBS, its financial data, strategic business plans, products and product development, services, client relationships and prospective client relationships, client lists and contact information, client information (including but not limited to clients' past and present financial conditions, investment practices, preferences, activities, objectives and plans and other client data you obtained while in our employ), marketing plans, and any other trade secrets or confidential or proprietary information.

"Gross Production" means, with respect to an ALFA Account, the amount (less any legally permissible deductions or credits allowed for correction of computational errors or to eliminate commissions with respect to cancelled or rescinded trades) considered by UBS in its sole and absolute discretion as the compensable gross production for its FAs attributable to effecting or executing transactions in securities or other investments for such account. In determining the Legacy FA's monthly payments under the ALFA Program on the ALFA Accounts, the Firm will exclude any Gross Production accrued for a transaction with respect to which Legacy FA did not at the time of such transaction possess a necessary Registration or for which you are not entitled to any Gross Production for any reason whatsoever. In addition, the following will be excluded from the computation of the Legacy FA's monthly payment from the ALFA Accounts: (i) production for which you receive no payout (e.g., and without limitation, small tickets, accounts under the Small Household Policy) and (ii) products paid at a flat rate.

"Parties" refers to Receiving FA and UBS, collectively.

"Party" refers to Receiving FA and UBS, each individually.

"Registrations" means any registration, license and other authorization(s) with or by federal, state and local governments and governmental or regulatory authorities, securities exchanges and self-regulatory organizations and associations that are required (by UBS, law, regulation or the rules of the aforesaid bodies to which UBS is now or hereafter subject) to be obtained or maintained.

"State Registration" means any Registration with or by any State of the United States, the District of Columbia or Puerto Rico.

"Total Disability" means Legacy FA has been determined to be totally disabled by the U.S. Social Security Administration.

"UBS," "we," "us," "the Firm," and "our" refer to UBS Financial Services Inc.

"UBS Group" includes UBS Group AG and all of its, subsidiaries and affiliates, without limitation, UBS AG, UBS Americas Holding LLC, UBS Americas Inc., UBS Bank USA, UBS Financial Services Inc., UBS Financial Services Incorporated of Puerto Rico, UBS Securities LLC, UBS Hedge Fund Solutions LLC, UBS Asset Management (US) Inc., UBS Realty Investors LLC, UBS Farmland Investors LLC, UBS O'Connor, LLC, UBS Services LLC, and UBS Business Solutions US LLC.

"You" and "your" refer to the Receiving FA.

# Aspiring Legacy Financial Advisor Core Program's Survivor/Total Disability Formula and Payment Schedule

## Formula for Determining Benefit Amount

*(Remaining Legacy FA Payout Percentage) x Trailing 12 Production*

### Definitions

"Remaining Legacy FA Payout Percentage" means the sum of: (i) the remaining Legacy FA Payout Rate percentages for each Continuation Year following the Continuation Year in which the Transition Period terminated and (ii) the prorated Legacy FA Payout Rate percentage remaining in the Continuation Year in which the Transition Period terminated, starting with the calendar month in which the Transition Period terminated.

"Trailing 12 Production" means the recent Trailing 12 months of Gross Production[4] in the ALFA Accounts determined at the time of Legacy FA's death/Total Disability.

### Example on determining the Benefit Amount:
*Assumptions for demonstrative example:*

- Total Legacy FA Payout Rate: 110%, as follows

| Continuation Year | Period | Legacy FA Payout Rate |
|---|---|---|
| Year 1 | 1/1/2017 to 12/31/2017 | 33% |
| Year 2 | 1/1/2018 to 12/31/2018 | 27% |
| Year 3 | 1/1/2019 to 12/31/2019 | 22% |
| Year 4 | 1/1/2020 to 12/31/2020 | 16% |
| Year 5 | 1/1/2021 to 12/31/2021 | 12% |
| | **Total** | **110%** |

- Legacy FA passes away on 2/15/2020 (i.e., in Continuation Year 4)
- Legacy FA does not receive a Continuation Fee for uncompleted month of February 2020 or any other month thereafter. Legacy FA's last monthly Continuation Fee was for January 2020.
- Remaining Legacy FA Payout Percentage is determined as follows:
  - The Remaining Legacy FA Payout Rate percentages for each Continuation Year following the Continuation Year in which the Transition Period terminated (see (i) above)is 12% (Continuation Year 5)
  - The prorated Legacy FA Payout Rate percentage remaining in the Continuation Year in which the Transition Period terminated, starting with the calendar month in which the Transition Period terminated is 14.67% (11/12ths of 16%)
  - Remaining Legacy FA Payout Rate Percentage is **26.67% (12% + 14.67%)**

- Most Recent Trailing 12 Production: $1,000,000
- **Benefit in example: 26.67% x $1,000,000 = $266,700**

## Payment Schedule

The Benefit will be fixed according to the formula above at the time of Death/Total Disability and is not subject to change. The Benefit will be paid in equal installments on a quarterly basis beginning in the quarter following the quarter in which the Transition Period terminated and ending in the last quarter of the last Continuation Year. The quarterly payments will be made on or before the last day of the quarter.

**Example on Payment Schedule using the above example (i.e., total Benefit amount from above example is $266,700):**

- Legacy FA died in 1Q 2020.
- Benefit will be paid over next seven quarters:
  - 2Q 2020, 3Q 2020, 4Q 2020, 1Q 2021, 2Q 2021, 3Q 2021, and 4Q 2021
- Quarterly payment amount will be $38,100 per quarter ($266,700 / 7).

Note: In order for a Legacy FA or his/her beneficiary/estate (as applicable) to be eligible to receive a Benefit, the Legacy FA or his/her beneficiary/estate (as applicable) must satisfy all pre-conditions to payment as set forth in the Legacy FA Agreement. If there is any conflict between this document and the Legacy FA Agreement, the Agreement controls. .

---

[4] Defined terms from the Legacy FA Agreement and the Definitions section of the Appendix have the same meaning in this document as they do in the Agreement and Definitions section.

# Employment Arbitration Agreement And Class, Collective and Representative Action Waivers

## *Statement of Intent*

UBS[5] values each of its employees and fosters good relations with, and among, all of its employees. UBS recognizes, however, that disagreements occasionally occur between an individual employee and UBS, or between employees in a context that involves UBS.

UBS believes that the resolution of such disagreements is best accomplished by internal dispute resolution and, where that fails, by external arbitration. For these reasons, UBS has adopted this Employment Arbitration Agreement ("Arbitration Agreement"), which is applicable to all employment-related disputes whether initiated by you or by UBS, as further described below. Arbitration shall be conducted either under the auspices and rules of the Financial Industry Regulatory Authority, Inc. ("FINRA"), where applicable, or otherwise of JAMS as follows:

## *Arbitration Agreement*

a. **Binding Mutual Arbitration**. You and UBS agree that any Covered Claims (defined below) will be resolved by final and binding arbitration as set forth in this Arbitration Agreement. This Arbitration Agreement shall be governed by and interpreted in accordance with the Federal Arbitration Act ("FAA") and the law of the State of New York to the extent New York law is not inconsistent with the FAA and without regard to conflicts of law principles. This Arbitration Agreement applies to both you and UBS and makes arbitration the required and exclusive forum for the resolution of all Covered Claims (defined below) between you and UBS. Therefore, you and UBS are giving up your and its right to a jury trial, in any forum, of Covered Claims.

b. **Covered Claims**. Except for the Excluded Claims (defined below), and to the fullest extent permitted by law, Covered Claims include any and all claims or disputes between you and UBS, or its parents, subsidiaries, affiliates, partners, predecessors, and successor corporations and business entities or any entity of the UBS Group, and its and their respective officers, directors, employees, and agents, including but not limited to all past, present or future claims based on, arising out of or which arose out of, or in any way relating to your prospective or actual employment, hiring, compensation, benefits or terms and conditions of employment with UBS or any of its current, former or future parents, subsidiaries, affiliates, partners, predecessors, or successor or affiliated or related corporations or business entities (including, without limitation, any entity of the UBS Group) or the termination thereof, including but not limited to contract, tort, defamation, breach of fiduciary duty and other common law claims, wage and hour claims, statutory discrimination, harassment and retaliation claims, and any claims arising under or relating to any federal, state or local constitution, statute or regulation, including, without limitation, the Fair Labor Standards Act ("FLSA"), Title VII of the Civil Rights Act ("Title VII"), the Age Discrimination in Employment Act ("ADEA"), the Older Workers Benefit Protection Act ("OWBPA"), the Employee Retirement Income Security Act ("ERISA"), the Worker Adjustment and Retraining Notification Act ("WARN"), the Equal Pay Act ("EPA"), the Americans With Disabilities Act ("ADA"), the Family and Medical Leave Act ("FMLA"), the Consolidated Omnibus Budget Reconciliation Act ("COBRA"), and all amendments thereto, and any and all other federal, state or local wage and hour, compensation, benefits, or discrimination law, and any and all other federal, state, or local constitutional, statutory, regulatory, or common law claims or causes of action now or hereafter recognized. Except as provided herein, this Arbitration Agreement applies to both existing and future claims, including any claims based on conduct that occurred before this Arbitration Agreement.

c. **Excluded Claims**. The following claims and disputes are not subject to this Arbitration Agreement: (i) applications by either party for temporary or preliminary injunctive relief in aid of arbitration or for the maintenance of the status quo pending arbitration; (ii) claims for workers' compensation benefits, but not retaliation claims arising out of or relating to claims for workers' compensation benefits; (iii) claims for unemployment compensation benefits; (iv) claims under the National Labor Relations Act, as amended, within the exclusive jurisdiction of the National Labor Relations Board; and (v) any claim that is expressly precluded from arbitration by a federal statute. Nothing in this Arbitration Agreement shall prohibit you from filing a charge or complaint or participating in an investigation resulting from the filing of a charge or complaint with the U.S. Equal Employment Opportunity Commission ("EEOC"), the National Labor Relations Board ("NLRB"), the U.S. Department of Labor ("DOL"), the Occupational Safety and Health Administration ("OSHA"), or any

---

[5] For purposes of this Agreement, "UBS" includes UBS Group AG and all of its, subsidiaries and affiliates, without limitation, UBS AG, UBS Americas Inc., UBS Bank USA, UBS Financial Services Inc., UBS Financial Services Incorporated of Puerto Rico, UBS Securities LLC, UBS Hedge Fund Solutions, UBS Asset Management, Inc., UBS Realty Investors, LLC, UBS Agrivest, LLC, UBS O'Connor, LLC, UBS Services LLC, UBS Bank USA, UBS BUSA Services, LLC, UBS USA, LLC, UBS Altern & Quant Investment LLC, UBS Services LLC, and UBS Business Solutions US LLC.

other federal, state, or local administrative agency.  You also have the right to challenge the validity of the terms and conditions of this Arbitration Agreement on any grounds that may exist in law and equity, and UBS shall not discipline, discharge, or engage in any retaliatory actions against you in the event you choose to do so or engage in other protected legal activity.  UBS, however, reserves the right to enforce the terms and conditions of this Arbitration Agreement in any appropriate forum.

d.  **CLASS, COLLECTIVE, AND REPRESENTATIVE ACTION WAIVERS.   TO THE MAXIMUM EXTENT PERMITTED BY LAW, YOU AND UBS AGREE THAT ARBITRATION ON A NON-CLASS, NON-COLLECTIVE AND NON-REPRESENTATIVE ACTION BASIS PURSUANT TO THIS ARBITRATION AGREEMENT IS THE EXCLUSIVE PROCESS FOR RESOLVING ANY COVERED CLAIMS THAT MIGHT OTHERWISE BE BROUGHT ON A CLASS, COLLECTIVE OR REPRESENTATIVE ACTION BASIS.   ACCORDINGLY, YOU MAY NOT PARTICIPATE AS A CLASS OR COLLECTIVE ACTION REPRESENTATIVE OR AS A MEMBER OF ANY CLASS, COLLECTIVE OR REPRESENTATIVE ACTION, AND WILL NOT BE ENTITLED TO ANY RECOVERY FROM A CLASS, COLLECTIVE OR REPRESENTATIVE ACTION IN ANY FORUM RELATING TO ANY COVERED CLAIMS.**  An arbitrator appointed under the rules referenced by this Arbitration Agreement shall not conduct a class, collective or representative action arbitration and shall not allow you to serve as a representative of others in an arbitration of Covered Claims conducted under this Arbitration Agreement.    You further agree that if you are included within any class action, collective action or representative action in court or in arbitration involving any such Covered Claims, you will take all steps necessary to opt-out of the action or refrain from opting in, as the case may be.

Nothing in this section shall preclude you from pursuing or participating in a class, collective or representative action in court where your claim is based solely on your status as a customer or an investor and does not arise out of or in any way relate to your employment relationship with UBS or any subsidiary or affiliate of UBS Group AG (should you eventually become employed by one of those entities).

Any disputes concerning the validity or enforceability of the Class, Collective and Representative Action Waivers contained in this Arbitration Agreement shall be governed by and determined under and in accordance with the FAA, and shall be decided only by a court of competent jurisdiction, not by an arbitrator.  To the extent any Covered Claims are not eligible for arbitration or otherwise are excluded from or not subject to arbitration, for any reason, the Class, Collective and Representative Action Waivers set forth in this Arbitration Agreement remains valid and enforceable.

e.  **Selection and Rules**.  Except as specified herein, the applicable arbitration rules will be the rules of the selected arbitration forum as indicated below, or any successor rules or, if none exist, the rules most applicable to employment claims and disputes and, if the forum no longer exists, the successor forum.

**i. Forum: FINRA & JAMS.**

**Registered Employees:**  Except as specified herein, if you are a registered employee or have executed a Uniform Application for Securities Industry Registration or Transfer (Form U-4) and/or hold a securities license with a self-regulatory organization ("registered employee"), any arbitration of a Covered Claim that is properly subject to the jurisdiction of FINRA must be conducted under the auspices and rules of FINRA in accordance with the FINRA Code of Arbitration Procedure for Industry Disputes ("FINRA Arbitration Rules").[6]  If a Covered Claim of a registered employee is not eligible for arbitration before FINRA or is otherwise excluded from or not subject to arbitration before FINRA, then such Covered Claim will be resolved by final and binding arbitration conducted under the auspices and rules of JAMS ("JAMS Arbitration.")  In addition, in lieu of FINRA arbitration, a registered employee may elect to arbitrate discrimination claims under any federal, state or local law (including claims of harassment and retaliation under those laws) before JAMS.  Any JAMS Arbitration shall be conducted in accordance with and subject to the JAMS Employment Arbitration Rules and Procedures and the JAMS Policy on Employment Arbitration Minimum Standards of Procedural Fairness ("JAMS Arbitration Rules"),[7] except as specified herein, and shall be conducted before a single arbitrator unless all parties to the arbitration agree otherwise in writing.

**Non-Registered Employees:**  Except as specified herein, any arbitration of a Covered Claim of a non-registered employee, or of a registered employee that is not otherwise eligible for arbitration before FINRA (as indicated above), will be conducted under the auspices and rules of JAMS in accordance with and subject to the JAMS Arbitration Rules, except as specified herein, and shall be conducted before a single arbitrator unless all parties to the arbitration agree otherwise in writing.

---

[6] Information about FINRA, including its FINRA Arbitration Rules, can be found at www.finra.org.
[7] Information about JAMS, including its JAMS Arbitration Rules, can be found at www.jamsadr.com.

Notwithstanding any language in this Arbitration Agreement, to the extent any of the terms, conditions or requirements of this Arbitration Agreement conflict with the FINRA Arbitration Rules or JAMS Arbitration Rules, the terms, conditions or requirements of this Arbitration Agreement shall govern.

**ii. Hearing Location.**

Arbitration shall be held in the city, county, town or municipality in which you worked at the time the claim arose or, if not possible, in the city, county, town or municipality closest to your principal place of employment at the time the claim arose where the arbitration can be held, unless all parties to the arbitration agree in writing to a different location for the arbitration. If your current or last principal place of employment with UBS is outside of the U.S. or Puerto Rico, the arbitration shall be held in New York, New York.

**iii. Awards.**

Arbitrators are required to issue a written award and, subject to the parties' right to appeal or seek vacatur under applicable law, their awards shall be final and binding, and any judgment or award issued by an arbitrator may be entered in any court of competent jurisdiction. No arbitration award or decision will have any preclusive effect as to any issues or claims in any other arbitration or court proceeding unless each of the parties in such proceeding was also a named party in the arbitration.

**iv. Remedies.**

You and UBS agree that the arbitrator(s) is authorized to award any party the full remedies that would be available to such party if the Covered Claim had been filed in a court of competent jurisdiction, including attorneys' fees and costs.

f. **Additional Provisions Applicable to Arbitration of Statutory Claims and Counterclaims.** Subject to any applicable fee-shifting provisions, if you initiate arbitration of statutory claims with FINRA or JAMS or assert any statutory claims as counterclaims, you shall be responsible for the filing fee required to initiate arbitration of such claims up to the amount of the filing fee you would have incurred had you filed such claims in federal district court, and UBS shall be responsible for all additional arbitration filing fees, forum fees, and other fees and costs assessed in any such arbitration.

g. **Additional Provisions Applicable to Arbitration Before JAMS.** In any arbitration before JAMS, the parties may file and the arbitrator shall hear and decide at any point in the proceedings any motion permitted by the Federal Rules of Civil Procedure, including but not limited to motions to compel discovery, motions for protective orders, motions to dismiss, motions for summary judgment, and motions in limine.

h. **Pending Class or Collective Actions.** Nothing set forth in this Arbitration Agreement applies to any Covered Claims in a class or collective action for which you are a putative member of and that is pending and conditionally certified or certified on the date you enter into this Arbitration Agreement, and any such Covered Claims shall be governed by the agreement(s) between you and UBS in effect at the time such Covered Claims were filed.

## *At-Will Employment*

Employment with UBS is a voluntary relationship for no definite period of time, and nothing in this Arbitration Agreement constitutes an express or implied contract of employment for any definite period of time. This Arbitration Agreement does not constitute, nor should it be construed so as to constitute, a waiver by UBS of its rights under the "employment-at-will" doctrine, nor does it afford a prospective, current or former employee any rights or remedies not otherwise available under applicable law.

## *Consideration*

Your acceptance of employment with UBS, continued employment with UBS, receipt of compensation and/or benefits from UBS, and/or eligibility and consideration for merit increases, incentive, retention, and equity awards and/or any other form of compensation or benefit provided to you by UBS shall constitute consideration for your rights and obligations under this Arbitration Agreement, including the Class, Collective and Representative Action Waivers contained herein.

## *Modification*

UBS may from time to time modify or discontinue the Arbitration Agreement by providing thirty (30) calendar days written notice; however, any such modification or rescission shall only be applied prospectively.  An employee shall complete the processing of any dispute pending pursuant to this Arbitration Agreement at the time of an announced change, under the terms of the procedures in effect at the time such Covered Claims were initially submitted to arbitration pursuant to this Arbitration Agreement.

## *Severability*

The provisions of this Arbitration Agreement shall be severable and, if any provisions hereof shall be determined to be legally unenforceable or void, such unenforceable or void provision shall not affect the legality, validity or enforceability of the remaining provisions hereof.  Any such unenforceable or void provision shall be severed from the remaining provisions as appropriate, to the extent permitted by law, except that, in the event any of the waivers set forth in sub-paragraph d of this Arbitration Agreement ("Class, Collective and Representative Action Waivers") are determined to be invalid, unenforceable or void with respect to any Covered Claim, that Covered Claim and only that Covered Claim shall proceed in a court of competent jurisdiction and not in arbitration (and such court shall be the exclusive forum for all such claims), and the waivers set forth in sub-paragraph d of this Arbitration Agreement shall remain effective and enforceable with respect to all other Covered Claims.  If a court of competent jurisdiction determines that a particular provision of this Agreement is invalid, unenforceable or void under the applicable law in a particular jurisdiction, such provision will not be enforced with respect to you in that jurisdiction but shall remain effective and enforceable in all other                                                                                                     jurisdictions.



May 28, 2020

Wayne Curtis Rubinas
4620 Jettridge Drive NW
Atlanta, GA 30327

Dear Wayne:

# Welcome to ALFA Core.

Welcome to the Aspiring Legacy Financial Advisor Core Program ('ALFA' or 'the Program'). We are excited about your decision to join ALFA as a Receiving FA. This letter is your ALFA Receiving FA Agreement ('Agreement') with us, and it explains the terms and conditions of your participation.

## ALFA: The Basics – Receiving FA.

Your participation in ALFA begins on **June 2, 2020** ('Start Date') and is scheduled to end on **May 31, 2025** ('End Date'). (The Start Date through the End Date is referred to as 'the Term'). Having decided to enter ALFA as a Receiving FA, you are at this point aware of the Financial Advisor from whom the ALFA Accounts[1] will be transitioned ('Legacy FA') as of the Start Date, as well as any other Receiving FAs ('Receiving FA(s)'). In this regard, you have committed to use your best efforts to ensure a successful transition of the ALFA Accounts from the Legacy FA, who is **Keith A Mericka**.

**The Legacy FA, you and any other Receiving FA(s) must submit to the Legacy FA's Branch Manager a jointly agreed upon list identifying (i) the ALFA Accounts and (ii) the "split" percentage of Gross Production on each such Account that the Firm will use for determining Legacy FA's monthly ALFA payment ('ALFA Split %'). (This list is referred to as 'the ALFA Account List.') The ALFA Account List should be submitted to the Legacy FA's Branch Manager no less than 10 days before the Start Date.**

## Payout on ALFA Accounts.

As of the Start Date, the Legacy FA will no longer receive gross production or asset credits for the ALFA Accounts. Instead, you and any other Receiving FA(s) will be eligible to receive these credits.

Your payout on the ALFA Accounts will still be determined according to the applicable Financial Advisor Compensation Plan ('FA Comp Plan'), except as adjusted by this Agreement. As you know from the FA Comp Plan, your monthly payout is based on the production that accounts generate each month, less lawful adjustments. The FA Comp Plan sets forth how this works as follows:



Your monthly payout on each ALFA Account will be determined by taking your Unearned Production Payout generated from each ALFA Account and reducing it (as an 'ALFA Adjustment') by an amount determined as follows:

---

[1] Please refer to the Definitions section of the attached Appendix for certain defined terms, which are incorporated here by reference.

[2] Adjustments may include, for example, certain customer fees waived by you; compensation for support staff or other employees; overpayments; chargebacks arising out of a customer or other third party reversing or failing to pay or to close a transaction; production draws; transaction related expenses; and payments made under the Program. Because your earned monthly payout is net of adjustments, and not based solely on a percentage of production, it is not earned until all the adjustments have been made.

Initial _WCR_

[ALFA Split %] x Monthly Gross Production in ALFA Accounts  **x**  Your Collection Rate  **=**  ALFA Adjustment

Except as otherwise noted below in the 'Wealth Protection' section, this ALFA Adjustment will be applied to the AFLA Accounts throughout the entire Term. Your Collection Rate during the Term is as follows:

| Continuation Year | Period | Collection Rate |
|---|---|---|
| Year 1 | 06/01/2020 - 05/31/2021 | 30.00% |
| Year 2 | 06/01/2021 - 05/31/2022 | 25.00% |
| Year 3 | 06/01/2022 - 05/31/2023 | 20.00% |
| Year 4 | 06/01/2023 - 05/31/2024 | 15.00% |
| Year 5 | 06/01/2024 - 05/31/2025 | 10.00% |
|  | **Total** | **100.00%** |

# Non-Disclosure and Non-Solicitation.

In consideration of your participation in the Program, you are agreeing to the following:

o  Non-Disclosure. You may not directly or indirectly use, maintain, take or disclose any Confidential Information, except (i) in the course of carrying out your duties for UBS during your employment, or (ii) as otherwise required by law or governmental agency with jurisdiction, or (iii) as otherwise permitted by this Agreement. (Please note that you must provide immediate written notice to UBS (Attention: General Counsel's Office, 1000 Harbor Boulevard, 8th Floor, Weehawken, New Jersey 07086) of any disclosure requirement by a court or government agency in order to allow UBS an opportunity to respond to such a request. Notwithstanding the foregoing, nothing in this Agreement or any other agreement or document prohibits you from voluntarily communicating, without notice to or approval by UBS, with any government agency or self-regulatory organization ('SRO') about a potential violation of a law or regulation or SRO regulation.) Please also note that, with respect to your obligations to maintain in confidence any and all confidential and/or trade secret information of UBS, the Defend Trade Secrets Act of 2016 ("DTSA"), 18 U.S.C. § 1833(b), provides you with immunity from criminal or civil liability under any federal or state trade secret law for your disclosure of a trade secret that is made in confidence to a federal, state, or local government official, either directly or indirectly, or to an attorney, provided that it is disclosed solely for the purpose of reporting or investigating a suspected violation of law, or is made in a complaint or other document filed in a lawsuit or other proceeding and the document is filed under seal so that it is not disclosed to the public.

o  Non-Solicitation. During the Restricted Period[1], you may not directly or indirectly for yourself or for any third party, solicit, influence, induce, recruit or cause any employee of any UBS Group entity to terminate his or her employment with the UBS Group for the purpose of joining, associating or becoming employed with any business wherever located, with which or of which you are or anticipate becoming an employee, owner, partner, investor, member, agent, director, consultant, independent contractor or otherwise associated in any way whatsoever. You also agree that during the Restricted Period you will not directly or indirectly solicit or interfere with any client who maintains or maintained an ALFA Account. Your agreement 'not to solicit' includes but is not limited to your agreement not to initiate, whether directly or indirectly, any contact or communication of any kind whatsoever, for the purpose of inviting, encouraging or requesting a client or that may have the effect of inviting, encouraging or requesting a client to transfer any account from the UBS Group to you or any other entity or person; to open a new account with you or any other entity or person; or to discontinue the client's business relationship with the UBS Group.

o  You acknowledge and agree that the UBS Group is global and includes offices throughout the world. You therefore acknowledge and agree that the foregoing Non-Disclosure and Non-Solicitation provisions are necessary for the protection of the business and goodwill of the UBS Group, are not overly broad, and that they are reasonable and fair. You further acknowledge and agree that to the extent you are in breach of any of these restrictive covenants,

[1] 'Restricted Period' is the Start Date through the last to occur of the following: one year from (i) the date on which your employment terminates with UBS for any reason whatsoever and (ii) the End Date as stated above

Initial WCZ

the length of the restriction will be increased (or if such finding is made after the restriction has expired, reinstated) for such a period of time as to ensure that UBS Group has received the benefit of the full period of the restriction.

o   You understand that the terms of this section ('Non Disclosure and Non-Solicitation') are material to the UBS Group and, therefore, if a court or arbitration panel of competent jurisdiction rules that you have breached the terms of this section, you agree that damages in the event of breach of this section would not be possible to ascertain. Therefore, you also agree that in addition to and without limiting any other remedy or right the UBS Group may have, it shall have a right to an injunction or other equitable relief enjoining any such breach or prospective breach. The existence of this right shall not limit any other rights and remedies at law or in equity. The UBS Group shall not be required to post any bond in connection with the foregoing. For the avoidance of doubt, the restrictions set forth herein are in addition to and not in lieu of any post-employment restrictions set forth in any plan rules governing awards, and nothing in this Agreement limits the terms and conditions of the applicable plan rules.

o   You agree that if any restriction set forth in this section is found by any court or arbitrator of competent jurisdiction to be unenforceable because it extends for too long a period of time or over too great a range of activities or in too broad a geographic area, it shall be interpreted to extend only over the maximum period of time, range of activities or geographic areas to which it may be enforceable.

# Wealth Protection for Legacy FA- Survivor/Total Disability Benefit.

Wealth protection for the Legacy FA and his/her family in the event of death or a debilitating disability is important to the Legacy FA. For this reason, the ALFA Core Program provides a Legacy FA Survivor/Total Disability Benefit ('Benefit') that will be calculated according to the Aspiring Legacy Financial Advisor Core Program's Survivor/Total Disability Benefit Formula and Payment Schedule set forth in the attached Appendix. In the event that the Firm determines the Legacy FA or his/her estate/beneficiary qualify for this Benefit, then, if necessary, the payout on the ALFA Accounts (via the ALFA Adjustment noted above) will continue beyond the End Date until such time as the Firm has recovered the Receiving FA Portion of the calculated Benefit from the ALFA Accounts. If your employment terminates for any reason (other than due to death or Total Disability) and the Benefit has not been recovered from the ALFA Accounts at the time of termination, then you are responsible for repaying that balance to the Firm.

For purposes of this section, the "Receiving FA Portion" is determined as follows: ("Remaining Receiving FA Collection Rate Percentage") x ("Trailing 12 Production"), where

*   "Remaining Receiving FA Collection Rate Percentage" means the sum of: (i) the remaining Receiving FA Collection Rate percentages for each Continuation Year following the Continuation Year in which the Transition Period terminated and (ii) the prorated Receiving FA Collection Rate percentage remaining in the Continuation Year in which the Transition Period terminated, starting with the calendar month in which the Transition Period terminated.

*   "Trailing 12 Production" means the recent Trailing 12 months of Gross Production in the ALFA Accounts determined at the time of Legacy FA's death/Total Disability.

# Release and Waiver.

In consideration of your participation in the Program, you agree to forever fully release, discharge and acquit UBS, any and all of its predecessors, successors, affiliates, related entities, parents, and assigns and their respective past, present and future officers, shareholders, employees, directors, and agents from any and all claims, charges, demands, sums of money, actions, rights, causes of action, obligations and liabilities of any kind or nature, at law or in equity, that you may have had, claim to have had, now have, may claim to have or claim to have, which are or may be based upon any facts, acts, conduct, representations, omissions, contracts, letters of understanding, claims, events, causes, matters or things of any conceivable kind or character existing or occurring at any time on or before the date you sign this Agreement, whether asserted as an individual claim or action, or a class claim or action on behalf of a class which includes you as an actual or putative class member, including without limitation, any claims or actions under any and all state or federal law for discrimination, retaliation or harassment, or any other claims or actions whether they arise by statute or otherwise, including, without limitation, claims or actions under Title VII of the Civil Rights Act of 1964; the Sarbanes Oxley Act; the Americans with Disabilities Act; the Americans with Disabilities Act Amendments Act; the Age Discrimination in Employment Act; the Older Workers Benefit Protection Act; the Family and Medical Leave Act; and the New Jersey Conscientious Employee Protection Act.

Please note, however, that by agreeing to the above paragraph you not relinquishing any rights with respect to: (i) any outstanding deferred compensation and equity awards which you may have been granted, which compensation and awards shall be governed by the

Initial WCR

terms and conditions of the applicable plans, and (iii) any vested benefits as of the date you sign this Agreement under any UBS-sponsored tax-qualified retirement plans in which you participate, including any 401(k) plan, which vested benefits shall remain subject to the terms and conditions of the applicable plans. This Agreement also does not affect or limit your rights to any benefits to which you may otherwise be entitled pursuant to Workers' Compensation or unemployment insurance. Your rights to these benefits will be determined pursuant to applicable law.

# Binding Mutual Arbitration.

UBS values each of its employees and fosters good relations with, and among, all of its employees. UBS recognizes, however, that disagreements occasionally occur between an individual employee and UBS, or between employees in a context that involves UBS. UBS believes that the resolution of such disagreements is best accomplished by internal dispute resolution and, where that fails, by external arbitration. For these reasons, we have adopted an Employment Arbitration Agreement ('Arbitration Agreement'). The Arbitration Agreement is attached to this Agreement in the Appendix. By signing this Agreement, you acknowledge that you have received and read the Arbitration Agreement and that you agree to all of its terms.

# Other Important Terms and Conditions.

Finally, please make note of the following:

- As an FA, you must continue to adhere to all UBS policies and procedures applicable to its FAs, including, but not limited to, the Code of Business Conduct and Ethics of UBS ("UBS Code of Business Conduct and Ethics"), the Employee Handbook, as well as the rules and regulations of all regulatory and/or self-regulatory organizations with which you are registered.

- Given the highly regulated nature our business, the Firm retains the right to amend or eliminate the Program (1) if necessary or appropriate to comply with legal or regulatory requirements or any changes in applicable law, rules or regulations or in the interpretation thereof by any regulator, agency or tribunal of competent jurisdiction, or (2) if the Firm determines in its discretion that continuing the Program in its then current form would be impractical or materially adverse to the Firm as a result of any changes in applicable law, rules or regulations or accounting standards or in the interpretation thereof by any regulator, agency or tribunal of competent jurisdiction.

- To the fullest extent permitted by law, the Firm has the right and is authorized to offset the amount of any monies you owe to UBS (including, without limitation, any balance on the Benefit, overpayment of salary, bonus, loans, advances) from any payment under this Agreement, and/or any other compensation, and/or any funds you hold in a UBS Resource Management Account ('RMA'), or any other account maintained at UBS, other than deferred compensation as defined in Section 409 of the Internal Revenue Code of 1986, as amended, and the regulations and guidance thereunder ('Section 409A').

- Except for the Arbitration Agreement, this Agreement shall be governed, construed and enforced in accordance with the laws of the State of New York without regard to conflict of law principles. In the event that any provision of this Agreement is determined to be invalid or unenforceable for any reason, in whole or in part, the remaining provisions of this Agreement will be unaffected thereby and will remain in full force and effect to the fullest extent permitted by law. You may not assign this Agreement; however, UBS may assign this Agreement and the benefits and obligations hereof shall inure to UBS's successors and assigns. All references herein to UBS shall together be deemed to refer to such successors or assigns as the case may be, including, without limitation any entity within the UBS Group.

- No provision of this Agreement may be modified, altered, waived or discharged unless such modification, alteration, waiver or discharge is agreed to in writing and signed by the Parties hereto. No waiver by either Party hereto of any condition or provision of this Agreement to be performed by such other Party shall be deemed a waiver of similar provisions or conditions at any time.

- This Agreement is not intended to be subject to the Employee Retirement Income Security Act, as amended, and the regulations and guidance thereunder ('ERISA') and shall be construed and administered accordingly. To the extent that any provision of this Agreement could be read in a manner that would subject this Agreement to ERISA, such provision shall be read and applied in a manner that causes this Agreement not to be subject to ERISA. Further, this Agreement is intended to satisfy the requirements of Section 409A.

- Nothing in this Agreement (i) guarantees you a minimum payout each month on the ALFA Accounts (other than the Firm's obligation to ensure you, as an exempt employee, receive any applicable minimum monthly compensation required by applicable law) or (ii) affects our right and ability to reassign accounts (including ALFA Accounts) in our sole and absolute

Initial 

discretion. The Agreement does not constitute, and may not be construed by you, as a guarantee of employment for any length of time. Your employment with UBS remains 'at will,' which means that your employment may be terminated for any reason by you or UBS and without notice by UBS. For purposes of this Agreement, no termination of employment shall be deemed to have occurred in the event that UBS assigns this Agreement to any entity that continues to employ, or offers to continue to employ, you after the assignment.

- This Agreement sets forth the entire agreement between the Parties hereto and any and all prior and contemporaneous agreements, discussions or understandings between the Parties pertaining to your participation in ALFA as a Receiving FA have been and are merged into and superseded by this Agreement. This Agreement is in addition to, and not in lieu of, equity plan documents or any agreements between the Parties relating to promissory notes, transition payments, loans, trade secrets, confidential information and copyrights, non-competition and non-solicitation of employees and/or clients, all of which will remain in full force and effect in accordance with their terms. If there is a conflict between a provision in this Agreement and a provision in any other agreement between the Parties, the provision that gives the greater protection to the Firm shall govern. The headings of the sections contained in this Agreement are for convenience only and do not control or affect the meaning or construction of any provision of this Agreement.

- You have the right to consider this Agreement for a period of twenty-one (21) days following your receipt of it, although you can choose to sign this Agreement before this period ends. You also can revoke or rescind your acceptance of this Agreement for a period of seven (7) days following your signing it by letting us know in writing (sent to the FA Compensation Department, 1000 Harbor Boulevard, 10th Floor, Weehawken, NJ 07086) that you are revoking/rescinding your acceptance. This Agreement will be effective on the date you sign this Agreement, unless you revoke or rescind it within the time period provided herein. You also have the right to consult with an attorney of your choosing (at your own expense) before you sign this Agreement.

Wayne, we are all looking forward to working and partnering with you as a Receiving FA in our ALFA Core Program. Please feel free to contact us with any questions or comments you may have. Otherwise, please sign the Agreement below and return it to one of us. Thanks in advance.

Sincerely,

**UBS FINANCIAL SERVICES INC.**


_____
(UBSFS Branch Office Manager's Signature)

_____
**Rebeca Ferreira**
**FA Reward**


_____
(UBSFS Branch Office Manager's Name – Please Print)

Accepted and agreed to this

28 day of May , 2020

_____
**Wayne Curtis Rubinas**

BY ENTERING INTO THIS AGREEMENT THROUGH THE ABOVE SIGNATURE, RECEIVING FA AGREES TO BE BOUND BY THE ARBITRATION AGREEMENT, WHICH IS ATTACHED TO THIS AGREEMENT IN THE APPENDIX. THE ARBITRATION AGREEMENT REQUIRES THAT BOTH UBS (AS DEFINED IN THE ARBITRATION AGREEMENT) AND RECEIVING FA RESOLVE ANY COVERED CLAIMS (AS DEFINED IN THE ARBITRATION AGREEMENT), IN FINAL AND BINDING ARBITRATION ON A NON-CLASS, NON-COLLECTIVE, AND NON-REPRESENTATIVE ACTION BASIS. AS NOTED IN THE ARBITRATION AGREEMENT, RECEIVING FA AND UBS ARE GIVING UP THEIR RIGHTS TO A JURY TRIAL, IN ANY FORUM, OF COVERED CLAIMS.

Initial WCR



May 28, 2020

Rebecca Glasgow
2574 Red Valley Road
Atlanta, GA 30305

Dear Rebecca:

# Welcome to ALFA Core.

Welcome to the Aspiring Legacy Financial Advisor Core Program ('ALFA' or 'the Program').  We are excited about your decision to join ALFA as a Receiving FA.  This letter is your ALFA Receiving FA Agreement ('Agreement') with us, and it explains the terms and conditions of your participation.

## ALFA:  The Basics – Receiving FA.

Your participation in ALFA begins on **June 2, 2020** ('Start Date') and is scheduled to end on **May 31, 2025** ('End Date').  (The Start Date through the End Date is referred to as 'the Term').  Having decided to enter ALFA as a Receiving FA, you are at this point aware of the Financial Advisor from whom the ALFA Accounts[1] will be transitioned ('Legacy FA') as of the Start Date, as well as any other Receiving FAs ('Receiving FA(s)').  In this regard, you have committed to use your best efforts to ensure a successful transition of the ALFA Accounts from the Legacy FA, who is **Keith A Mericka**.

**The Legacy FA, you and any other Receiving FA(s) must submit to the Legacy FA's Branch Manager a jointly agreed upon list identifying (i) the ALFA Accounts and (ii) the "split" percentage of Gross Production on each such Account that the Firm will use for determining Legacy FA's monthly ALFA payment ('ALFA Split %').  (This list is referred to as 'the ALFA Account List.')  The ALFA Account List should be submitted to the Legacy FA's Branch Manager no less than 10 days before the Start Date.**

## Payout on ALFA Accounts.

As of the Start Date, the Legacy FA will no longer receive gross production or asset credits for the ALFA Accounts.  Instead, you and any other Receiving FA(s) will be eligible to receive these credits.

Your payout on the ALFA Accounts will still be determined according to the applicable Financial Advisor Compensation Plan ('FA Comp Plan'), except as adjusted by this Agreement.  As you know from the FA Comp Plan, your monthly payout is based on the production that accounts generate each month, less lawful adjustments.  The FA Comp Plan sets forth how this works as follows:



Your monthly payout on each ALFA Account will be determined by taking your Unearned Production Payout generated from each ALFA Account and reducing it (as an 'ALFA Adjustment') by an amount determined as follows:

---

[1] Please refer to the Definitions section of the attached Appendix for certain defined terms, which are incorporated here by reference.

[2] Adjustments may include, for example, certain customer fees waived by you; compensation for support staff or other employees; overpayments; charge-backs arising out of a customer or other third party reversing or failing to pay or to close a transaction; production draws; transaction-related expenses; and payments made under the Program.  Because your earned monthly payout is net of adjustments, and not based solely on a percentage of production, it is not earned until all the adjustments have been made.

Initial *PTG*

| [ALFA Split %] x Monthly Gross Production in ALFA Accounts | X | Your Collection Rate | = | ALFA Adjustment |
|---|---|---|---|---|

Except as otherwise noted below in the 'Wealth Protection' section, this ALFA Adjustment will be applied to the AFLA Accounts throughout the entire Term.  Your Collection Rate during the Term is as follows:

| Continuation Year | Period | Collection Rate |
|---|---|---|
| Year 1 | 06/01/2020 - 05/31/2021 | 30.00% |
| Year 2 | 06/01/2021 - 05/31/2022 | 25.00% |
| Year 3 | 06/01/2022 - 05/31/2023 | 20.00% |
| Year 4 | 06/01/2023 - 05/31/2024 | 15.00% |
| Year 5 | 06/01/2024 - 05/31/2025 | 10.00% |
| | **Total** | **100.00%** |

# Non-Disclosure and Non-Solicitation.

In consideration of your participation in the Program, you are agreeing to the following:

o    Non-Disclosure.  You may not directly or indirectly use, maintain, take or disclose any Confidential Information, except (i) in the course of carrying out your duties for UBS during your employment, or (ii) as otherwise required by law or governmental agency with jurisdiction, or (iii) as otherwise permitted by this Agreement.  (Please note that you must provide immediate written notice to UBS (Attention:  General Counsel's Office, 1000 Harbor Boulevard, 8th Floor, Weehawken, New Jersey 07086) of any disclosure requirement by a court or government agency in order to allow UBS an opportunity to respond to such a request.  Notwithstanding the foregoing, nothing in this Agreement or any other agreement or document prohibits you from voluntarily communicating, without notice to or approval by UBS, with any government agency or self-regulatory organization ('SRO') about a potential violation of a law or regulation or SRO regulation.) Please also note that, with respect to your obligations to maintain in confidence any and all confidential and/or trade secret information of UBS, the Defend Trade Secrets Act of 2016 ("DTSA"), 18 U.S.C. § 1833(b), provides you with immunity from criminal or civil liability under any federal or state trade secret law for your disclosure of a trade secret that is made in confidence to a federal, state, or local government official, either directly or indirectly, or to an attorney, provided that it is disclosed solely for the purpose of reporting or investigating a suspected violation of law, or is made in a complaint or other document filed in a lawsuit or other proceeding and the document is filed under seal so that it is not disclosed to the public.

o    Non-Solicitation.  During the Restricted Period[3], you may not directly or indirectly for yourself or for any third party, solicit, influence, induce, recruit or cause any employee of any UBS Group entity to terminate his or her employment with the UBS Group for the purpose of joining, associating or becoming employed with any business wherever located, with which or of which you are or anticipate becoming an employee, owner, partner, investor, member, agent, director, consultant, independent contractor or otherwise associated in any way whatsoever. You also agree that during the Restricted Period you will not directly or indirectly solicit or interfere with any client who maintains or maintained an ALFA Account. Your agreement 'not to solicit' includes but is not limited to your agreement not to initiate, whether directly or indirectly, any contact or communication of any kind whatsoever, for the purpose of inviting, encouraging or requesting a client or that may have the effect of inviting, encouraging or requesting a client to transfer any account from the UBS Group to you or any other entity or person; to open a new account with you or any other entity or person; or to discontinue the client's business relationship with the UBS Group.

o    You acknowledge and agree that the UBS Group is global and includes offices throughout the world.  You therefore acknowledge and agree that the foregoing Non-Disclosure and Non-Solicitation provisions are necessary for the protection of the business and goodwill of the UBS Group, are not overly broad, and that they are reasonable and fair.  You further acknowledge and agree that to the extent you are in breach of any of these restrictive covenants,

---

[3] 'Restricted Period' is the Start Date through the last to occur of the following: one year from (i) the date on which your employment terminates with UBS for any reason whatsoever and (ii) the End Date as stated above.

Initial RTG

the length of the restriction will be increased (or if such finding is made after the restriction has expired, reinstated) for such a period of time as to ensure that UBS Group has received the benefit of the full period of the restriction.

o   You understand that the terms of this section ('Non-Disclosure and Non-Solicitation') are material to the UBS Group and, therefore, if a court or arbitration panel of competent jurisdiction rules that you have breached the terms of this section, you agree that damages in the event of breach of this section would not be possible to ascertain. Therefore, you also agree that in addition to and without limiting any other remedy or right the UBS Group may have, it shall have a right to an injunction or other equitable relief enjoining any such breach or prospective breach. The existence of this right shall not limit any other rights and remedies at law or in equity. The UBS Group shall not be required to post any bond in connection with the foregoing. For the avoidance of doubt, the restrictions set forth herein are in addition to and not in lieu of any post-employment restrictions set forth in any plan rules governing awards, and nothing in this Agreement limits the terms and conditions of the applicable plan rules.

o   You agree that if any restriction set forth in this section is found by any court or arbitrator of competent jurisdiction to be unenforceable because it extends for too long a period of time or over too great a range of activities or in too broad a geographic area, it shall be interpreted to extend only over the maximum period of time, range of activities or geographic areas to which it may be enforceable.

# Wealth Protection for Legacy FA- Survivor/Total Disability Benefit.

Wealth protection for the Legacy FA and his/her family in the event of death or a debilitating disability is important to the Legacy FA. For this reason, the ALFA Core Program provides a Legacy FA Survivor/Total Disability Benefit ('Benefit') that will be calculated according to the Aspiring Legacy Financial Advisor Core Program's Survivor/Total Disability Benefit Formula and Payment Schedule set forth in the attached Appendix. In the event that the Firm determines the Legacy FA or his/her estate/beneficiary qualify for this Benefit, then, if necessary, the payout on the ALFA Accounts (via the ALFA Adjustment noted above) will continue beyond the End Date until such time as the Firm has recovered the Receiving FA Portion of the calculated Benefit from the ALFA Accounts. If your employment terminates for any reason (other than due to death or Total Disability) and the Benefit has not been recovered from the ALFA Accounts at the time of termination, then you are responsible for repaying that balance to the Firm.

For purposes of this section, the "Receiving FA Portion" is determined as follows: ("Remaining Receiving FA Collection Rate Percentage") x ("Trailing 12 Production"), where:

• "Remaining Receiving FA Collection Rate Percentage" means the sum of: (i) the remaining Receiving FA Collection Rate percentages for each Continuation Year following the Continuation Year in which the Transition Period terminated and (ii) the prorated Receiving FA Collection Rate percentage remaining in the Continuation Year in which the Transition Period terminated, starting with the calendar month in which the Transition Period terminated.

• "Trailing 12 Production" means the recent Trailing 12 months of Gross Production  in the ALFA Accounts determined at the time of Legacy FA's death/Total Disability.

# Release and Waiver.

In consideration of your participation in the Program, you agree to forever fully release, discharge and acquit UBS, any and all of its predecessors, successors, affiliates, related entities, parents, and assigns and their respective past, present and future officers, shareholders, employees, directors, and agents from any and all claims, charges, demands, sums of money, actions, rights, causes of action, obligations and liabilities of any kind or nature, at law or in equity, that you may have had, claim to have had, now have, may claim to have or claim to have, which are or may be based upon any facts, acts, conduct, representations, omissions, contracts, letters of understanding, claims, events, causes, matters or things of any conceivable kind or character existing or occurring at any time on or before the date you sign this Agreement, whether asserted as an individual claim or action, or a class claim or action on behalf of a class which includes you as an actual or putative class member, including without limitation, any claims or actions under any and all state or federal law for discrimination, retaliation or harassment, or any other claims or actions whether they arise by statute or otherwise, including, without limitation, claims or actions under Title VII of the Civil Rights Act of 1964; the Sarbanes Oxley Act; the Americans with Disabilities Act; the Americans with Disabilities Act Amendments Act; the Age Discrimination in Employment Act; the Older Workers Benefit Protection Act; the Family and Medical Leave Act;  and the New Jersey Conscientious Employee Protection Act.

Please note, however, that by agreeing to the above paragraph you not relinquishing any rights with respect to: (i) any outstanding deferred compensation and equity awards which you may have been granted, which compensation and awards shall be governed by the

Initial _PTG_

terms and conditions of the applicable plans, and (ii) any vested benefits as of the date you sign this Agreement under any UBS-sponsored tax-qualified retirement plans in which you participate, including any 401(k) plan, which vested benefits shall remain subject to the terms and conditions of the applicable plans. This Agreement also does not affect or limit your rights to any benefits to which you may otherwise be entitled pursuant to Workers' Compensation or unemployment insurance. Your rights to these benefits will be determined pursuant to applicable law.

# Binding Mutual Arbitration.

UBS values each of its employees and fosters good relations with, and among, all of its employees. UBS recognizes, however, that disagreements occasionally occur between an individual employee and UBS, or between employees in a context that involves UBS. UBS believes that the resolution of such disagreements is best accomplished by internal dispute resolution and, where that fails, by external arbitration. For these reasons, we have adopted an Employment Arbitration Agreement ('Arbitration Agreement'). The Arbitration Agreement is attached to this Agreement in the Appendix. By signing this Agreement, you acknowledge that you have received and read the Arbitration Agreement and that you agree to all of its terms.

# Other Important Terms and Conditions.

Finally, please make note of the following:

- As an FA, you must continue to adhere to all UBS policies and procedures applicable to its FAs, including, but not limited to, the Code of Business Conduct and Ethics of UBS ("UBS Code of Business Conduct and Ethics"), the Employee Handbook, as well as the rules and regulations of all regulatory and/or self-regulatory organizations with which you are registered.

- Given the highly regulated nature our business, the Firm retains the right to amend or eliminate the Program (1) if necessary or appropriate to comply with legal or regulatory requirements or any changes in applicable law, rules or regulations or in the interpretation thereof by any regulator, agency or tribunal of competent jurisdiction, or (2) if the Firm determines in its discretion that continuing the Program in its then current form would be impractical or materially adverse to the Firm as a result of any changes in applicable law, rules or regulations or accounting standards or in the interpretation thereof by any regulator, agency or tribunal of competent jurisdiction.

- To the fullest extent permitted by law, the Firm has the right and is authorized to offset the amount of any monies you owe to UBS (including, without limitation, any balance on the Benefit, overpayment of salary, bonus, loans, advances) from any payment under this Agreement, and/or any other compensation, and/or any funds you hold in a UBS Resource Management Account ('RMA'), or any other account maintained at UBS, other than deferred compensation as defined in Section 409 of the Internal Revenue Code of 1986, as amended, and the regulations and guidance thereunder ('Section 409A').

- Except for the Arbitration Agreement, this Agreement shall be governed, construed and enforced in accordance with the laws of the State of New York without regard to conflict of law principles. In the event that any provision of this Agreement is determined to be invalid or unenforceable for any reason, in whole or in part, the remaining provisions of this Agreement will be unaffected thereby and will remain in full force and effect to the fullest extent permitted by law. You may not assign this Agreement; however, UBS may assign this Agreement and the benefits and obligations hereof shall inure to UBS's successors and assigns. All references herein to UBS shall together be deemed to refer to such successors or assigns as the case may be, including, without limitation any entity within the UBS Group.

- No provision of this Agreement may be modified, altered, waived or discharged unless such modification, alteration, waiver or discharge is agreed to in writing and signed by the Parties hereto. No waiver by either Party hereto of any condition or provision of this Agreement to be performed by such other Party shall be deemed a waiver of similar provisions or conditions at any time.

- This Agreement is not intended to be subject to the Employee Retirement Income Security Act, as amended, and the regulations and guidance thereunder ('ERISA') and shall be construed and administered accordingly. To the extent that any provision of this Agreement could be read in a manner that would subject this Agreement to ERISA, such provision shall be read and applied in a manner that causes this Agreement not to be subject to ERISA. Further, this Agreement is intended to satisfy the requirements of Section 409A.

- Nothing in this Agreement: (i) guarantees you a minimum payout each month on the ALFA Accounts (other than the Firm's obligation to ensure you, as an exempt employee, receive any applicable minimum monthly compensation required by applicable law) or (ii) affects our right and ability to reassign accounts (including ALFA Accounts) in our sole and absolute

Initial _PTG_

discretion. The Agreement does not constitute, and may not be construed by you, as a guarantee of employment for any length of time. Your employment with UBS remains 'at will,' which means that your employment may be terminated for any reason by you or UBS and without notice by UBS. For purposes of this Agreement, no termination of employment shall be deemed to have occurred in the event that UBS assigns this Agreement to any entity that continues to employ, or offers to continue to employ, you after the assignment.

- This Agreement sets forth the entire agreement between the Parties hereto and any and all prior and contemporaneous agreements, discussions or understandings between the Parties pertaining to your participation in ALFA as a Receiving FA have been and are merged into and superseded by this Agreement. This Agreement is in addition to, and not in lieu of, equity plan documents or any agreements between the Parties relating to promissory notes, transition payments, loans, trade secrets, confidential information and copyrights, non-competition and non-solicitation of employees and/or clients, all of which will remain in full force and effect in accordance with their terms. If there is a conflict between a provision in this Agreement and a provision in any other agreement between the Parties, the provision that gives the greater protection to the Firm shall govern. The headings of the sections contained in this Agreement are for convenience only and do not control or affect the meaning or construction of any provision of this Agreement.

- You have the right to consider this Agreement for a period of twenty-one (21) days following your receipt of it, although you can choose to sign this Agreement before this period ends. You also can revoke or rescind your acceptance of this Agreement for a period of seven (7) days following your signing it by letting us know in writing (sent to the FA Compensation Department, 1000 Harbor Boulevard, 10th Floor, Weehawken, NJ 07086) that you are revoking/rescinding your acceptance. This Agreement will be effective on the date you sign this Agreement, unless you revoke or rescind it within the time period provided herein. You also have the right to consult with an attorney of your choosing (at your own expense) before you sign this Agreement.

Rebecca, we are all looking forward to working and partnering with you as a Receiving FA in our ALFA Core Program. Please feel free to contact us with any questions or comments you may have. Otherwise, please sign the Agreement below and return it to one of us. Thanks in advance.

Sincerely,

**UBS FINANCIAL SERVICES INC.**


_____
(UBSFS Branch Office Manager's Signature)

**Rebeca Ferreira**
**FA Reward**


_____
(UBSFS Branch Office Manager's Name – Please Print)

Accepted and agreed to this

28 day of May _____, 20 20

_Rebeca Glasgow_
**Rebecca Glasgow**


**BY ENTERING INTO THIS AGREEMENT THROUGH THE ABOVE SIGNATURE, RECEIVING FA AGREES TO BE BOUND BY THE ARBITRATION AGREEMENT, WHICH IS ATTACHED TO THIS AGREEMENT IN THE APPENDIX. THE ARBITRATION AGREEMENT REQUIRES THAT BOTH UBS (AS DEFINED IN THE ARBITRATION AGREEMENT) AND RECEIVING FA RESOLVE ANY COVERED CLAIMS (AS DEFINED IN THE ARBITRATION AGREEMENT), IN FINAL AND BINDING ARBITRATION ON A NON-CLASS, NON-COLLECTIVE, AND NON-REPRESENTATIVE ACTION BASIS. AS NOTED IN THE ARBITRATION AGREEMENT, RECEIVING FA AND UBS ARE GIVING UP THEIR RIGHTS TO A JURY TRIAL, IN ANY FORUM, OF COVERED CLAIMS.**

Initial _RFG_