IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UBS FINANCIAL SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> LESLIE LAUER, WAYNE CURT RUBINAS, REBECCA GLASGOW, AND KURT HIRSHMAN, <br><br> Defendants. | Civil Action No. |

## PLAINTIFF UBS FINANCIAL SERVICES INC.'S VERFICATION OF COMPLAINT FOR AGAINST LESLIE LAUER, WAYNE CURT RUBINAS, AND REBECCA GLASGOW

I, Robert Karem, under penalties of perjury provided by law, state that I am over the age of 21 years and that if called upon to testify under oath I could and would testify competently to the following:

My names is Robert Karem, and I am presently employed as a Managing Director and Business Risk Manager for UBS FINANCIAL SERVICES, INC. ("UBS"). I have read the foregoing Verified Complaint and know the contents thereof. To the extent the factual statements therein are based on my personal knowledge, I know that they are true and accurate to the best of my knowledge.

To the extent that the factual statements therein are based on statements that have been told to me by others or what I have read, I believe them to be true and accurate, and, to the extent that the factual statements therein are based on the

2

personal knowledge of other employees or agents of UBS, I believe them to be true and accurate.

**Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed this 25th day of August, 2023.

_____
Robert Karem