## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **OLUWOLE LONGE and,** | ) | |
| **ADETUTU LONGE** | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION FILE NO.:** |
| | ) | |
| **vs.** | ) | _____ |
| | ) | |
| **GRANGE PROPERTY** | ) | |
| **& CASUALTY INSURANCE** | ) | |
| **COMPANY ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT GRANGE PROPERTY & CASUALTY INSURANCE COMPANY'S NOTICE OF REMOVAL

COME NOW, GRANGE PROPERTY & CASUALTY INSURANCE COMPANY ("Grange"), and petitions for removal of the action herein referred from the Superior Court of Fulton County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division, and respectfully shows the Court the following:

1.

Petitioner is the named Defendant in a civil action brought against it in the Superior Court of Fulton County, Georgia and styled *Oluwole Longe and Adetutu Longe v. Grange Property & Casualty Insurance Company Civil Action File No. 2023CV383262*, now pending in said court. Copies of the Summons and Complaint in that action are attached hereto, marked Exhibit "A", and made a part hereof. A copy of

the Answer filed by Grange in that action is attached hereto, marked Exhibit "B", and made a part hereof.

2.

Said action was commenced by the filing of the Affidavit of Service on August 1, 2023. A copy of the Affidavit of Service in that action is attached hereto, marked Exhibit "C", and made a part hereof. Service of process consisting of said Summons and Complaint upon Grange's registered agent occurred on July 28, 2023. The Summons, Complaint, Answer, and Affidavit of Service and a leave of Absence constitute all pleadings that have been filed in said Superior Court of Fulton County, Georgia as of the date of this filing of this Notice of Removal, which is timely filed within thirty (30) days of such service.

3.

There is diversity of citizenship among the parties. This is a controversy between Plaintiffs, a Citizens and Residents of California and Georgia as alleged in the complaint and Grange, which is organized under the laws of the State of Ohio and maintains its principal places of business 671 S High Street, Columbus, Ohio. Grange is not a citizen of the State of Georgia wherein this action was brought. Accordingly, this is a civil action brought in the State Court for which this United States District Court has original jurisdiction due to diversity of citizenship.

4.

In the Complaint, Plaintiff seeks in excess of $75,000.00 in damages, exclusive of interests and costs. (Exhibit "A", ¶¶ 8 and 23). Because the parties are diverse and the amount in controversy threshold is exceeded, jurisdiction is proper under Section 1332 of Title 28 of the United States Code.

5.

Grange has given written notice of the filing of the Notice of Removal to Plaintiff and to the Clerk of the Superior Court of Fulton County, Georgia. A copy of the Notice of the filing of the Notice of Removal is attached hereto as Exhibit "D".

WHEREFORE, Grange prays that this Petition be filed, and that said action be removed to and proceed in this Court, and that no further proceedings be had in said case in the Superior Court of Fulton County, Georgia pursuant to Section 1331, Title 28 of the United States Code.

Respectfully submitted on this 27th day of August, 2023.

*[SIGNATURES APPEAR ON FOLLOWING PAGE.]*

Chartwell Law
Attorneys for  Defendant

By:  */s/Robert A. Luskin*
Robert A. Luskin
GA State Bar No.:  004383
rluskin@chartwelllaw.com
3200 Cobb Galleria Parkway, Suite 250
Atlanta, GA 30339
Main (404) 410-1151
Fax (404) 738-1632


I hereby certify that the foregoing has been prepared with Times New Roman, 14-point font, in compliance with L.R. 5.1(b).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing ***Defendant Grange Property & Casualty Insurance Company's Notice of Removal*** upon all parties to this matter by e-filing the same with the Court's CM/ECF filing system, which will automatically provide a copy to counsel of record as follows:

Nicholas P. Martin
**Martin DeMelfi LLC**
7000 Peachtree Dunwoody Road
Building 1, Ste. 202
Atlanta, GA 30328
nmartin@martin-demelfi.com
*Attorney for Plaintiff*

This 27th day of August, 2023.

/s/ROBERT A. LUSKIN
Robert A. Luskin
GA State Bar No.:  004383
rluskin@chartwelllaw.com
3200 Cobb Galleria Parkway, Suite 250
Atlanta, GA 30339
Main (404) 410-1151
Fax (404) 738-1632