Fulton County Superior Court
***EFILED***MH
Date: 8/24/2023 9:37 AM
Che Alexander, Clerk

## NOTICE OF LEAVE OF ABSENCE

**To:**        **All Judges, Clerks of Court, and Counsel of Record**

**From:**    **Robert A. Luskin, Esq.**

**RE:**        **Notice of Leave of Absence**

2023CV383262

**Date:**      **August 2023**

COMES NOW, Robert A. Luskin and states that I am lead counsel and attorney of record for all cases listed on Exhibit "A" which is attached hereto and incorporated herein as if fully rewritten. The undersigned respectfully notifies all Judges before whom I have cases pending, all affected clerks of court, and all opposing counsel, that I will be on leave pursuant to Georgia Uniform Court Rule 16.

1.

The period of leave during which time undersigned will be away from the practice of law is:

1.   *September 12-13, 2023 out of state seminar*
2.   *September 19-20, 2023 legal educational seminar out of state*
3.   *October 24-26, 2023 legal educational seminars out of state*
4.   *November 14-15, 2023 chairing legal education seminar out of state*
5.   *November 30 - December 1, 2023 vacation out of state*
6.   *December 26 - January 3, 2023 vacation out of state*

2.

All affected judges and opposing counsel will have ten (10) days from the date of this notice to object to it. If no objections are filed, the leave will be granted.

This 23rd day of August, 2023.

Respectfully Submitted,
Chartwell Law


By:    /S/ROBERT A. LUSKIN            

ROBERT A. LUSKIN
GA State Bar No. 004383
rluskin@chartwelllaw.com
Lead counsel and attorney of record for
all cases Listed on Exhibit "A"
CHARTWELL LAW
3200 Cobb Galleria Parkway, Suite 250
Atlanta, GA 30339
(404) 410-1151 Phone
(404) 738-1632 Fax

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a copy of the foregoing **Notice of Leave of Absence** upon all judges, clerks and counsel of record listed on the attached Exhibit "A" by statutory electronic service pursuant to O.C.G.A. § 9-11-5(b) or by depositing a copy of same in the United States Mail.

This 23rd day of August, 2023.

BY:   /S/ROBERT A. LUSKIN
ROBERT A. LUSKIN
GA State Bar No.: 004383
rluskin@chartwelllaw.com
Chartwell Law
3200 Cobb Galleria Parkway, Suite 250
Atlanta, GA 30339
(404) 410-1151 Phone
(404) 738-1632 Fax

**EXHIBIT "A"**

| NAME OF CASE AND CIVIL ACTION NUMBER | Name of County and Court | Opposing Counsel |
|---|---|---|
| Brett Pike v. Wesley Berberick 21EV006844 | Fulton County State | Paul A. Dietrick, Esq. **Howe & Associates Law Firm** PDietrick@howecollections.com |
| Filomena Munoz Padia v. Northpoint Hospitality Group, Inc., NPH Hotels, LLC et al. 21EV007149 | Susan E. Edlein/ Fulton County State | W. Michael D'Antignac, Esq. Gilbert H. Deitch, Esq. Andrew T. Rogers, Esq. Kara E. Phillips, Esq. **Deitch & Rogers, LLC** **kara@victimattorneys.com** andy@victimattorneys.com michael @victimattorneys.com gil@victimattorneys.com |
| Catherine Bailey and Steven Bailey v. Camp Highland 20EV000516 | John R. Mather/ Fulton County State | Andrew W. Jones, Esq. M. Chase Swanson, Esq. **Jones & Swanson, LLC** **andrew@awjlaw.com** **Chase@awjlaw.com** <br> **Andrew S. Ashby, Esq.** Maxwell K. Thelen, Esq. Seth A. Lowry, Esq. **Ashby Thelen Lowry** **drew@atllaw.com** **max@atllaw.com** **seth@atllaw.com** |
| Diane Schultz v. Escape to Blue Ridge, LLC, Dancing Bear Lodge LLC, William Murray and Sherrie Murray SUV2021000346 <br> **P)** | Fannin County Superior | Daniel R. Duello **LAW OFFICE OF DANIEL R. DUELLO, LLC** daniel@duellolaw.com |
| Jaccinette Dessieux and Luc Dessieux v. John T. Cole, BWE Transport, LLC, Bakers Waste Equipment, Inc. et al. 21A05460 | Wayne M. Purdom/DeKalb County State Court | Cameron Roberts, Esq. J. Shane Hudson, Esq. Hudson Injury Firm jshudson@hudsoninjuryfirm.com croberts@hudsoninjuryfirm.com |
| Ashley Googer vs. Gary Wolf 21A04794 | Johnny Panos/DeKalb County State Court | David T. Rohwedder, Esq. **Litner + Deganian, P.C.** dave@litnerlaw.com |

| | | |
|---|---|---|
| Paul C. Brown and Daphne Brown v. Publix Supermarkets, Inc. and R-S-K Partners, LLC SC2021CV001345  **(P)** | Muscogee County State Court | Michael Keller, Esq. James N. Sadd, Esq. **Slappey & Sadd, LLC** michael@lawyersatlanta.com jay@lawyersatlanta.com |
| Michelle Stewart v. Delta Electric, Inc. v. James Stewart 21-C-04758-S3 | Carla E. Brown/Gwinnett County State Court | Richard M. Howe, Esq. **Howe & Associates PC** rhowe@howelawfirmpc.com  James Stewart **Pro Se** |
| Mark Mozley and Lynne Mozley v. RP North Condominium Association and RP Owners Association Inc. 20CVE0944 | M. Anthony Baker/Cherokee County Superior Court | Eric T. Johnson, Esq. **Eric T. Johnson, P.C.** eric@etj-law.com  Joshua S. Ruplin, Esq. Joel Hausman, Esq. **Downey & Cleveland, LLP** ruplin@downeycleveland.com hausman@downeycleveland.com |
| Stuart W. Prescott v. Daniel Reed Miller, Charles Murdock and Karen Murdock d/b/a Pee Wees Wrecker Service, Inc. 21SCE0923 | W. Alan Jordan/Cherokee County State Court/ | Evan T. Rosenberg, Esq. **Morgan & Morgan Atlanta, PLLC** ERosenberg@forthepeople.com |
| RISHI PATEL v. PEACH DEVELOPMENT HOLDINGS LLC, NIMISHKUMAR 'NIMISH' PATEL, ALPESH PATEL, ALNIM LLC and HORIZON HOSPITALITY MANAGEMENT, INC. 20108025  **(P)** | The Honorable Angela Z. Brown/ Cobb Superior | Eric J. Nathan Devin B. Phillips Mathis Wilkens **Weener Nathan Phillips, LLP** nathan@wnpllp.com dphillips@wnpllp.com mwilkens@wnpllp.com  John A. Christy, Esq. **Schreeder, Wheeler & Flint, LLP** jchristy@swfllp.com |

| | | |
|---|---|---|
| Collin Ekerberg, Carole Ekerberg, and Randall Ekerberg v. Jennifer Babbit Bodner 20EV004151 | John R. Mather Fulton State | James A. Robson, Esq. Robert F. Glass, Esq. Glass & Robson, LLC jar@glassrobson.com rfg@glassrobson.com |

| | | |
|---|---|---|
| BLANCA A. SALGUERO GOMEZ v. MICHAEL THOMAS TOSCANO SUCV2020000894 **(P)** | Walton Superior | Kenneth W. Brosnahan, Esq. Linda G. Carpenter, Esq. **The Brosnahan Law Firm** kwb@brosnahan-law.com lgc@brosnahan-law.com |
| Deborah J. Collins v. Publix Super Markets, Inc., and R-S-K Partners, LLC CAFN: SU2021CV001640 **(P)** | Muscogee County Superior Court | Keith A. Pittman, Esq. Cheeley Law Group, LLC keith@cheeleylawgroup.com J. Anderson Harp, Esq. Law Office of J.A. Harp, LLC jah@jaharp.com |
| Michelle Stewart v. Delta Electric, Inc. CAFN: 21-C-04758-S3 | Gwinnett County State Court | Richard M. Howe, Esq. Howe & Associates PC rhowe@howelawfirmpc.com |
| Carol Chastain v. Jacob Chapman 22-A-658 P | Cobb County State Court | Castro Law, P.C. Timothy L. Blain 5 Concourse Parkway Atlanta, GA 30328 tim@castrowlaw.com victor@castrolaw.com Carlos Alexander, Esq. Law Office of Andrews and Manganiello 100 Crescent Centre Parkway Suite 950 Tucker, GA 30084 caralexander@geico.com |
| Maria Connors v. Remoroza Roderick 21CV01934 P | Floyd Superior Court | Erica L. Parsons Litner & Deganian, P.C. 1776 Briarcliff Road NE Atlanta, GA 30306 shea@litnerlaw.com Maranda Andrews Law Office of Nancy W. Phillips 3200 Windy Hill Parkway, Suite 1525E Atlanta, GA 30339 Maranda.andrews@allstate.com |
| Jeon v. Rock Evangelical Presbyterian Church of Columbus SC2022000606 P | Muscogee State Court | Madeleine N. Simmons, Esq. Nathaniel Hofman, Esq. Stewart Miller Simmons 55 Ivan Allen Jr. Blvd., Ste. 700 Atlanta, GA 30308 |

| | | |
|---|---|---|
| <u>Gray v. UWS, Inc et al</u><br><u>SUCV2022001196</u><br><br><u>P</u> | Walton Superior Court | Jason N. Slate<br>Ali Awad Law, P.C.<br>200 Peachtree Street NW, Ste. 201<br>Atlanta, Georgia 30303<br>jason@aliawadlaw.com |
| <u>Alexandria Mancusi v. Jorge Uriel</u><br><u>Perez-Ramirez</u><br><u>2022ECV0379</u><br><br><br><u>P</u> | Columbia Superior Court | Evan T. Rosenberg, Esq.<br>Morgan & Morgan Atlanta, PLLC<br>191 Peachtree Street, Suite 4200<br>Atlanta, GA 30343 |
| <u>Princeton Powell v. Jonathan Pugh et</u><br><u>al</u><br><u>22A890</u><br><br><u>P</u> | Cobb State Court | Dennis Sawan<br>**Nick Schnyder Law Firm, LLC**<br>351 Atlanta St. SE<br>Marietta, GA 3006<br>dsawan@schnyderlawfirm.com<br>Attorney for Plaintiff |
| <u>Moore, N et al v. Middle GA</u><br><u>Contracting, Inc et al</u><br><u>STSV2022001043</u><br><br><u>P</u> | Henry State Court | David A. Geiger, Esq.<br>Morgan & Morgan Atlanta PLLC<br>191 Peachtree Street<br>Atlanta GA 30343<br>dgeiger@forthepeople.com |
| <u>Hearn v. Box</u><br><u>SUV2022000427</u><br><br><u>P</u> | Coweta Superior Court | Evan T. Rosenberg, Esq.<br>Morgan & Morgan<br>191 Peachtree St., NE, Suite 4200<br>PO Box 57007<br>Atlanta, GA 30343<br><u>ERosenberg@forthepeople.com</u><br><br>Calanit Amir, Esq.<br>Worsham, Corsi, Scott & Dobur<br>PO Box 674027<br>Marietta, GA 30006<br>Calanit_Amir@progressive.com |
| <u>Sasha Robinson v. Ahkilah Rashidi</u><br><u>21A880</u><br><br><u>P</u> | Cobb State Court | Joe A. Weeks, Esq.<br>Joe A. Weeks, P.C.<br>23 N. Avondale Plaza<br>Avondale Estates, GA 30002<br>joeaweeks@joeweeks.com |

| | | |
|---|---|---|
| Palmer v. Lanier Residential, Inc. et al<br>21SC1164A<br><br>P | Forsyth State Court | Eric D. Miller, Esq.<br>Miller Insurance Law Enterprise<br>115 Perimeter Center Place<br>South Terraces, Suite 430<br>Atlanta, GA 30346<br>emiller@mileatlanta.com<br><br>Stephen G. Carlson, Esq.<br>Miller Insurance Law Enterprise<br>115 Perimeter Center Place<br>South Terraces, Suite 430<br>Atlanta, GA 30346<br>scarlson@mileatlanta.com |
| United Praise Christian Center et al v.<br>Southeast Investments LLC et al<br>SUCV2019002182<br><br>P | Newton Superior Court | Oronda M. Smith, Esq<br>O.M. Smith Law Group, LLC<br>1115 Mt. Zion Rd<br>Suite 23<br>Morrow, GA 30260<br>oronda@omsmithlaw.com<br><br>Alonzo Nelson, Esq<br>P.O. Box 4599<br>Atlanta, GA 30302<br>nelslaw@bellsouth.net |
| Greene v. Williams et al<br>21CI00132<br><br>P | Whitfield Superior Court | Jeremy E. Citron, Esq.<br>Joshua T. Moynihan, Esq.<br>Citron Law Group, LLC<br>2300 Henderson Mill Rd., Suite 300<br>Atlanta, GA 30345<br>jeremy@citronlawgroup.com<br>josh@citronlawgroup.com |
| Jackson et al v. Grange Insurance<br>Company<br>2022CV00302<br><br>P | Jones Superior Court | Michael Jackson and Valerie Jackson,<br>Pro Se<br>715 Bowen Hill Road<br>Haddock GA 31033<br>vjackson@thebigthreecorporation.com |
| Frances Reinhardt et al v. Regency<br>Park Condominium<br>22A1206<br><br>P | Cobb State Court | Kenneth P. Crosson, Esq.<br>Piedmont Injury Law<br>2765 S. Main Street, Suite C<br>Kennesaw, GA  30144<br>ken@piedmontinjurylaw.com |
| Calista Langford v. Cobb Distributors<br>Inc<br>21A1203<br><br>P | Cobb State Court | Bryce C. Angell, Esq.<br>The Angell Law Firm, LLC<br>3391 Peachtree Road NE, Suite 110<br>Atlanta, GA 30326<br>bryce@atlantalawyer.com |

| | | |
|---|---|---|
| Jonathan Langdon v. Ernesto Nunez<br>21A4349<br><br>P | Cobb State Court | Bethaney E. Jones, Esq.<br>DeVondrel Banks, Esq<br>The Embry Law Firm, LLC<br>12531 Veterans Memorial Highway<br>Douglasville, GA 30134<br>bembry@embrylawfirm.com<br>bembry@embrylawfirm.com<br><br>Vincent A. Keesee, Jr., Esq.<br>Law Office of James C. McLaughlin<br>360 Interstate North Parkway SE, Suite 375<br>Atlanta, GA 30338<br><br>Natanya H. Brooks, Esq.<br>nhb@brooksinjurylaw.com<br>Diana Di Marco, Esq.<br>dsd@brooksinjurylaw.com<br>McLaine Merrick, Esq.<br>mcm@brooksinjurylaw.com<br>BROOKS INJURY LAW, LLC.<br>3740 Davinci Court, Suite 150<br>Peachtree, GA 30092 |
| Hojeij Branded Foods v. Geist<br>Construction Services et al<br>2020CV339134<br><br>P | Fulton Superior Court | Ashley D. Alfonso, Esq.<br>Leah F. Parker, Esq.<br>SWIFT, CURRIE, McGHEE & HIERS, LLP<br>1420 Peachtree Street, N.E., Suite 800<br>Atlanta, GA  30309-3231<br>ashley.alfonso@swiftcurrie.com<br>leah.parker@swiftcurrie.com<br><br>Stephanie V. Chavies<br>Crystal D. Yarbrough<br>MCANGUS GOUDELOCK & COURIE, LLC<br>Post Office Box 57365<br>270 Peachtree Street, NW, Suite 1800 (30303)<br>Atlanta, Georgia 30343<br>stephanie.chavies@mgclaw.com<br>crystal.yarbrough@mgclaw.com<br><br>Alan D. Ness<br>The Cincinnati Insurance Company<br>3740 Davinci Court, Suite 460<br>Peachtree Corners, Georgia 30092<br>alan_ness@staffdefense.com |

| | | |
|---|---|---|
| Kyles and Lewis v. Kids of Paradise Childcare and Learning Center 2022CV03238-10 | Clayton Superior Court | Bryanna L. Kyles 10170 Commons Way Jonesboro, GA 30328 Pro Se |
| Magee, Tammie, as surviving daughter of Thelma Williams, Deceased v. Senior Solutions at Home, Inc 22EV001070 | Fulton State Court | Joseph D. Perrotta Monge & Associates 8205 Dunwoody Place, Building 19 Atlanta, GA 30350 joe@monge.lawyer |
| Mayfield Self Storage, LLC v. MAB Monroe, LLC 2021CV357299 | Fulton Superior Court | Martin A. Shelton Carissa Lavin LEWIS BRISBOIS BISGAARD & SMITH, LLP 600 Peachtree Street NE, Suite 4700 Atlanta, Georgia 30308 Martin.shelton@lewisbrisbois.com Carissa.Lavin@lewisbrisbois.com C. Wilson DuBose Brittain Z. Hunt Dubose Law Group LLC 1511 Eatonton Road, Suite 200 Madison, Georgia 30650 wdubose@duboselawgroup.net bhunt@duboselawgroup.net William M. Droze Alexandra Apple Troutman Pepper Hamilton Sanders LLP 600 Peachtree Street NE, Suite 3000 Atlanta, GA  30308-2216 william.droze@troutman.com allie.apple@troutman.com |

| | | |
|---|---|---|
| Levens, Nicholas v. HJA Enterprises, Inc. d/b/a Red Roof Plus & Suites 21ev007742 | Fulton State Court | Daniel Prieto, Esq. Prieto, Marigliano, Holbert & Prieto, LLC 1555 Mount Vernon Road Atlanta GA 30338 dprieto@pmhplaw.com |
| Russell, Bennie v. Fred McLean and Atlanta Commercial Tire, Inc. 2021CV01663 | Clayton State Court | Boykin Edwards, Jr., Esq. BOYKIN EDWARDS, JR., P.C. 3735 Memorial Drive Suite 100 Decatur, GA 30032 boykin.lawyer@boykinedwards.com |
| Case, Ashley et al v. GDOT et al 2021CV00470 | Clayton State Court | Robert M. Hammers, Jr. Esq. Ashley G. Mitchell Schneider Hammers, LLC 5555 Glenridge Connectors, Suite 975 Atlanta, GA 30342 |
| Simmons, Brittany v. Robert Dwayne Warren, Lisa P. Griffin, Savannah River Utilities Co. and Grange Insurance Company 22-C-05427-S6 | Gwinnett State Court | Pierre L. Ifill, Esq. The Ifill Law Group 4751 Best Road, Suite 173 Atlanta, GA 30337 pifill@theifilllawgroup.com |
| Dorsey, Crissy n/k/a Chrissy Zen-Salah Lowe and Xavia Gadson vs. Larry Anthony Williams, Ansley Health, LLC and The Central Mutual Ins. Co 22A03758 | DeKalb State Court | Saundra M. Davis, Esq. Saundra M. Davis, PC 2330 Scenic Highway South, Suite 300 Snellville, GA 30078 smd@attorneysaundradavis.com |
| Holifield, Samuel v. Kecia Rogers and John Doe(s) 1 and 2 2022CV02244 | Clayton State Court | Kirby Clements, Jr., Esq. The Clements Law Group, LLC 3524 Habersham at Northlake, Suite 200 Tucker, GA 30084 kirbyesq@gmail.com |

| | | |
|---|---|---|
| Gray, Candice E. v. Jane S. Behrend<br>22A03094 | DeKalb State Court | Michael T. Rafi, Esq.<br>Alan Stagmeir, Esq.<br>Rafi Law Firm LLC<br>1776 Peachtree Street NW<br>Atlanta, GA 30309<br>mike@rafilawfirm.com<br>stagmeier@rafilawfirm.com<br>*Attorneys for Plaintiff*<br><br>Catalina Alvarez, Esq.<br>Law Office of Andrews and Manganiello<br>100 Crescent Centre Parkway, Suite 950<br>Tucker, GA 30084<br>calvarez@geico.com<br>*Attorney for Geico* |
| Thompson, Michelle v. Norman Bush<br>STSV2022001769<br><br><br><br><br><br><br><br><br><br>P | Henry State Court | Michael Calbro, Esq.<br>Lowe Law Firm, P.C.<br>3644 Chamblee Tucker Road, Suite F<br>Atlanta, GA 30341<br>calabro@lowlawatl.com<br>*Attorney for Plaintiff*<br><br>Jay W. Brown, Esq.<br>Law Offices of McLaughlin & Ream<br>PO Box 7217<br>London, KY 40742<br>Mclaughlinelectronicmail@libertymutual.com<br>*Attorney for Safeco Insurance Company of Indiana* |
| Holliday, Kentara v. Donald  E. Van Volkenburg<br>22A02581 | DeKalb State Court | Evan H. Howell, Esq.<br>Howell & Johnson, LLC<br>4200 Northside Parkway<br>Bldg. #1, Suite 200<br>Atlanta GA 30327<br>ehowell@hojolaw.com |
| Washington, Meagan v. Maurice Walker<br>22-C-03519-S4 | Gwinnett State Court | Sean Campbell, Esq.<br>4721 Chamblee-Dunwoody Road<br>Bldg 100, Suite 150<br>Atlanta, GA 30338<br>Service email: efile@clggeorgia.com<br>s.campbell@clggeorgia.com |
| Washington, Monica v. Maurice Walker<br>22-C-03520-S4 | Gwinnett State Court | Sean Campbell, Esq.<br>4721 Chamblee-Dunwoody Road<br>Bldg 100, Suite 150<br>Atlanta, GA 30338<br>Service email: efile@clggeorgia.com<br>s.campbell@clggeorgia.com |

| | | |
|---|---|---|
| Mejia Retana, Juan J. v. John Frederick Agel<br>22A04059 | DeKalb State Court | Michael L. Goldberg, Esq.<br>Eric J. D. Rogers, Esq.<br>Fried Goldberg, LLC<br>3550 Lenox Road, Suite 1500<br>Atlanta, GA 30326<br>michael@friedgoldberg.com<br>eric@friedgoldberg.com |
| Washburn, Kimberly Ann v. City of Atlanta, Hojeij Branded Foods, LLC, Geist Construction Services, Inc. and Airco, Inc. f/k/a Airco Sandblasting, Inc<br>21-C-08643-S2 | Gwinnett State Court | Richard A. Griggs, Esq.<br>William K. Owens, Esq.<br>Christopher R. George, Esq.<br>CONLEY GRIGGS PARTIN LLP<br>4200 Northside Parkway, N.W.<br>Building One, Suite 300<br>Atlanta, Georgia 30327<br>richard@conleygriggs.com<br>will@conleygriggs.com<br>chip@conleygriggs.com<br><br>James T. Brieske, Esq.<br>GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE<br>950 East Paces Ferry Road<br>1700 Salesforce Tower<br>Atlanta, GA 30326<br>jbrieske@grsmb.com<br><br>Stephanie V. Chavies<br>Crystal D. Yarbrough<br>MCANGUS GOUDELOCK & COURIE, LLC<br>Post Office Box 57365<br>Atlanta, Georgia 30343<br>stephanie.chavies@mgclaw.com<br>crystal.yarbrough@mgclaw.com |
| Vinas, Gabriella v. Steven Haynie and Faulk & Son, Inc.<br>22-CV-285<br><br>P | Harris Superior Court | Blake Fluevog<br>Morgan & Morgan<br>178 S. Main Street, Unit 300<br>Alpharetta, GA 30009<br>PH: 770-576-7613<br>bfluevog@forthepeople.com |
| Sylvia, Brooklynn Chilton v. Bowen & Watson, Inc., Jerry Johnson, and John Doe<br>22A04296 | Dekalb State Court | Blade Thompson<br>Blade Injury Law<br>5317 Peachtree Blvd., #408<br>Atlanta, GA 30341<br>Blade@BladeInjuryLaw.com |

| | | |
|---|---|---|
| Miller, Marilynn L. v. Toonigh Shops, LLC, Market Land Company, LLC and The Kroger Co.<br>19-C-01962-S6 | Gwinnett State Court | Joseph P. Menello<br>Jonathan W. Silverman<br>Wicker Smith O'Hara McCoy & Ford, PA<br>3414 Peachtree Road, NE, Suite 985<br>Atlanta, GA 30326<br>jmenello@wickersmith.com<br><br>Terry D. Jackson Esq.<br>Terry D. Jackson, P.C.<br>600 Edgewood Avenue<br>Atlanta, GA 30312<br>terry@terryjacksonlaw.com<br><br>Matthew G. Moffett, Esq.<br>Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.<br>1700 Atlanta Plaza<br>950 East Paces Ferry Road<br>Atlanta, GA  30326<br>mmoffett@grsmb.com<br><br>Bruce Berger, Esq.<br>Berger Law Firm<br>Suite 2343, One Atlantic Center<br>1201 West Peachtree Street, NW<br>Atlanta, GA 30309<br>bruce@blfatl.com<br><br>Kyle E. Koester, Esq.<br>The Law Offices of Kyle E. Koester, LLC<br>420 Creekstone Ridge<br>Woodstock, GA 30188<br>Kyle@KoesterLegal.com |
| Saunders, Dianne, individually/surviving sibling of James A. Ross, et al v. Direct Technologies, Inc.; Jacobson-Coltman<br>22-C-04159-S3 | Gwinnett State Court | Michael P. Walker<br>Christopher B. Newbern<br>Piasta Newbern Walker, LLC<br>3301 Windy Ridge Parkway, Suite 110<br>Atlanta, GA 30339<br>mike@pnwlaw.com<br>edward@pnwlaw.com |

| | | |
|---|---|---|
| Woody, Earnest v. Bellsouth Telecommunications, LLC, Elite Utilities and Ansco 20EV001190 | Fulton State Court | Natanya H. Brooks, Esq. McLaine Merrick, Esq. Meredith S. Watts, Esq. Brooks Injury Law, LLC 3740 Davinci Cour Suite 150 Peachtree Corners, GA  30092 nhb@brooksinjurylaw.com msw@brooksinjurylaw.com<br><br>L. Bruce Hedrick, Jr., Esq. Hedrick Law LLC 2408 Mt. Vernon Road Atlanta, GA  30338 bhedrick@h-elaw.com |
| Mathews, John v. Quick Roofing LLC, Adrian Ocampo, and Alexi Estrada 22A02712 | DeKalb State Court | Megan Garcia, Esq. Morgan & Morgan, PLLC 1350 Church Street Extension, Suite 300 Marietta, GA 30060 megangarcia@forthepeople.com *Attorney for Plaintiff*<br><br>Regina Taylor, Esq. Growth, Makarenko, Kaiser & Eidex, LLC 335 Peachtree Industrial Boulevard, Suite 2206 Suwanee, GA 30024 rt@gmke.law *Attorney for Alexi Estrada*<br><br>Jennifer W. DeBaun, Esq. Warsham Corsi Scott & Dobur 360 Interstate N Parkway, Suite 200 Atlanta, GA 30339 Jennifer_w_debaun@progressive.com *Attorney for UM*<br><br>Adrian Ocampo 1782 Glenhaven Circle Decatur, GA 30085 *Pro Se* |

| | | |
|---|---|---|
| Mathews, Connie v. Quick Roofing LLC, Adrian Ocampo, and Alexi Estrada<br>22A02713 | DeKalb State Court | Megan Garcia, Esq.<br>Morgan & Morgan, PLLC<br>1350 Church Street Extension, Suite 300<br>Marietta, GA 30060<br>megangarcia@forthepeople.com<br>*Attorney for Plaintiff*<br><br>Regina Taylor, Esq.<br>Growth, Makarenko, Kaiser & Eidex, LLC<br>335 Peachtree Industrial Boulevard, Suite 2206<br>Suwanee, GA 30024<br>rt@gmke.law<br>*Attorney for Alexi Estrada& Adrian Ocampo*<br><br>Jennifer W. DeBaun, Esq.<br>Warsham Corsi Scott & Dobur<br>360 Interstate N Parkway, Suite 200<br>Atlanta, GA 30339<br>Jennifer_w_debaun@progressive.com<br>*Attorney for UM* |
| JORGE ANDRADE V. DALLAS ROBERT GATES AND INVESTMENT PROTECTION SERVICES, LLC<br>23SCE0554 | Cherokee State Court | Elisabeth Maheri, Esq.<br>Georgia Trial Attorneys at Kirchen & Grant, llc<br>6825 Jimmy Carter Boulevard, Suite 1400<br>Norcross, GA 30071<br>emaheri@8334thewin.com<br>gafile@8334thewin.com<br>*Attorney for Plaintiff*<br><br>Kathy Opperman, Esq.<br>Montlick & Associates, P.C.<br>17 Executive Park Drive<br>Atlanta, GA 30329<br>kopperman@montlick.com<br>*Attorney for Plaintiff* |
| B.T v. Pike County Board of Education<br>2023CV-142 | Pike Superior Court | Michael J. Tafelski<br>Southern Poverty Law Center<br>150 E. Ponce de Leon Ave.<br>Decatur, GA 30030<br>michael.tafelski@splcenter.org<br>Attorney for Appellant |
| Lauren Biasden v. HERC Services, LLC and Franklin Emmanuel<br>2022CV02554 | Clayton State Court | Thomas O. Rainey, IV<br>Morgan & Morgan Atlanta, PLLC<br>P.O. Box 57007<br>Atlanta, Georgia 30343-1007<br>TRainey@forthepeople.com<br>*Attorney for Plaintiff* |

| | | |
|---|---|---|
| Efrain Cordova v. Deborah Lucas | Gwinnett State Court | Melman Law Group, LLC<br>Stephen Berger<br>Kathryn Guzner<br>Marina Melman<br>900 Holcomb Woods Pkwy<br>Roswell, GA 30076<br>stephen@melmanlawgroup.com<br>katie@melmanlawgroup.com<br>marina@melmanlawgroup.com<br>*Attorneys for Plaintiff*<br><br>Nanette L. Wesley, Esq.<br>Wesley Firm, LLC<br>8990 Main Street<br>Woodstock, GA 30188<br>nwesley@wesleyfirm.com<br>*Attorney for Defendant Deborah Lucas* |
| Meagan A. Crumpton v. Herbert Construction co. and David Lee Chapman<br>21-A-2070<br><br>P | Cobb State Court | David T. Rohwedder, Esq.<br>Litner + Deganian, P.C.<br>1776 Briarcliff Road NE,<br>Atlanta, GA 30306<br>dave@litnerlaw.com<br><br>Andrew M. Capobianco<br>MOZLEY, FINLAYSON & LOGGINS, LLP<br>1050 Crown Pointe Parkway, Suite 1500<br>Atlanta, GA 30338<br>acapobianco@mfllaw.com |
| DEDRA RENE DENISON, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF ROBERT AUSTIN HARRIS, DECEASED v. REGENERATION MINISTRIES, INC. D/B/A THE TIMOTHY HOUSE MINISTRY, ROBERT HARDY TROWELL AND ROBERT COLEMAN TROWELL<br>2022SUCV0640 | Pickens Superior Court | Robert W. Lamb, Esq.<br>H. Greyson Oswalt-Smith, Esq.<br>Perrotta, Lamb & Johnson, LLC<br>222 East Main Street<br>Cartersville, GA 30120<br>rlamb@perrottalaw.com<br>gos@perrottalaw.com |
| Roderick Foster v. David Hayes, Alan Densmore, Inc. & Union Insurance Company<br>23-C-04004-S1 | Gwinnett State Court | Steven Newton<br>Steven N. Newton, LLC<br>401 Westpark Court, Suite 200<br>Peachtree City, GA 30269<br>snnewtonlaw@gmail.com<br>steven@mynewtonlaw.com<br>Attorney for Plaintiff<br><br>Benjamin H. Terry<br>Law Office of Benjamin H. Terry, P.C.<br>312 Crosstown Road, Suite 355<br>Peachtree City, GA 30269 |

| | | |
|---|---|---|
| | | bht@bhtlaw.com<br>Attorney for Plaintiff |
| Cincotta Graddy v. Alternative Best Cleaning, Inc., Floorcare Specialists, Inc. ABM Industries, Inc., et al<br>22A04677 | Dekalb State Court | Jason E. Reeves<br>The Reeves Firm, LLC<br>305 West  Wieuca Road, NE<br>First Floor<br>Atlanta, GA 30342<br>JREEVES@REEVESLAWLLC.NET |
| Ariadnne Guerra v. Zachary Mills, Snappy Electric, Plumbing, Heating & Air et al<br>23-A-2006<br><br>P | Cobb State Court | Drew Gilliland, Esq.<br>Nick Schnyder Law Firm, LLC<br>351 Atlanta Street<br>Marietta, GA 30060<br>dgilliland@schnyderlawfirm.com<br>Attorney for Plaintiff |
| Jamarica Ison v. CS Stonecrest, LLC<br>23SV00567 | Douglas State Court | Michael D. Hoffer<br>Mary P. Gray<br>Hoffer Trial Lawyers, LLC<br>3190 Northeast Expressway<br>The Berkman Building, Suite 430<br>Chamblee, Georgia 30341<br>MHOFFER@HOFFERWEBB.COM<br>*ATTORNEY FOR PLAINTIFF* |
| Brandy Jackson, Antasia Jackson, individually and as next of friend of Jakell Mobley v. John Monroe<br>23A00155 | Dekalb State Court | Harrell J. Gunn<br>Landon E. Crider<br>Gunn Law Group, LLC<br>3355 Lenox Road, Suite 800<br>Atlanta, GA 30326<br>hgunn@thegunnlawgroup.com<br>landon@thegunnlawgroup.com |
| Zachary McAlexander v. Johnny Hunt Ministries Inc., Janet Hunt, Roy Blakenship et al<br>23CVE0750 | Cherokee Superior Court | Zachary James McAlexander<br>1065 SW 8th Street<br>PMB 5245<br>Miami, Fl 33130<br>zmcalexander@gmail.com<br>Pro se plaintiff<br><br>John F. Connolly, Esq.<br>Flint, Connolly & Walker, LLP<br>131 East Main Street<br>Canton, GA 30114<br>jconnolly@fcwlawfirm.com<br>Attorney for Johnny Hunt Ministries, Inc. and Janet Hunt<br><br>David Hayes, Esq.<br>Bendin Sumrall & Ladner, LLC<br>1360 Peachtree Street, Suite 800<br>Atlanta, GA 30309 |

| | | |
|---|---|---|
| | | dhayes@bsllaw.net<br>Attorney for Johnny Hunt |
| Shaun McDaniel and Uniquewa Cochran v. Gary Coleman<br>STSV2022002183<br><br>P | Henry State Court | Richard P Hamilton<br>Hamilton Firm, LLC<br>3330 Cumberland Boulevard<br>City View Center, Suite 500<br>Atlanta, GA 30339<br>rich@hamilton-firm.com |
| Trayvon McKenzie v. Nolan Boeff and Safelite Group, Inc.<br>22-C-07063-S3 | Gwinnett State Court | Ryan A. Johnson, Esq.<br>Ryan A. Johnson, PC<br>3490 Piedmont Road Suite 640<br>Atlanta, GA  30305<br>RYAN@RAJLAWFIRM.COM |
| Andrew Miller v. Maxwell White<br>23A00390 | Dekalb State Court | Harrell J. Gunn<br>Landon E. Crider<br>Gunn Law Group, LLC<br>3355 Lenox Road, Suite 800<br>Atlanta, GA 30326<br>hgunn@thegunnlawgroup.com<br>landon@thegunnlawgroup.com<br>Attorneys for Plaintiff |
| Laniese Miller as parent of Josiah Miller, a minor et al v. Leeu LLC bda Ari Korean Steak House et al<br>22EV006691 | Fulton State Court | Careton R. Matthews<br>Careton Matthews, Jr.<br>Lawÿ Offices of Careton R. Matthews<br>4820 Redan Road, Suite B<br>Stone Mountain, GA 30088<br>law@crmatthewslaw.com<br>Attorneys for Plaintiffs |
| Janice Moore v. Tithal LLC dba Subway Walmart #2732 et al<br>SUCV2023000266<br><br>p | Haralson Superior Court | Minerva Steele<br>Steele Law, LLC<br>3340 Peachtree Road<br>Suite 1800<br>Atlanta, Georgia 30326<br>msteele@steeleinjurylaw.com<br>Attorney for Plaintiff |
| Homar Moran et al v. JDK 10th Street LLC fka Dewberry 10th Street LLC et al<br>23EV003685 | Fulton State Court | Bruce Berger<br>Berger Law Firm<br>One Atlantic Center – Suite 2343<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>Bruce@BLFATL.com<br>Attorney for Plaintiff  Sara J. Wardlow<br>The Wardlow Firm, LLC<br>313 Creekstone Ridge<br>Woodstock, Georgia 30188<br>sara@wardlowfirm.com<br>Attorney for Plaintiff |

| | | |
|---|---|---|
| | | Terry O. Brantley<br>Benjamin J. Yancey<br>Swift, Currie, McGhee & Hiers, LLP<br>1420 Peachtree Street, N.E., Suite 800<br>Atlanta, GA  30309-3231<br>terry.brantley@swiftcurrie.com<br>ben.yancey@swiftcurrie.com<br>Attorneys for Ravine, LLC and Ravine<br>Beverage Management, LLC |
| Brittney Morris et al v. Bible Baptist Church, Inc. et al<br>STCV23-01294 | Chatham State Court | Savage, Turner, Pinckney, Savage & Sprouse<br>Zachary R. Sprouse<br>Post Office Box 10600<br>Savannah, GA 31412<br>zsprouse@savagelawfirm.net<br>Attorneys for Plaintiff |
| Bobby Nobles v. Central Mutual Insurance Company et al<br>SU2023CV000166 | Muscogee State Court | Christopher R. Breault, Esq.<br>Attorney Chris Breault, P.C.<br>1222 Broadway<br>Columbus, GA<br>chris@attorneychris.com<br>*Attorney for Plaintiff* |
| Onyeka Obioha et al. v. Shamim Investmenets<br>23EV001006 | Fulton State Court | Nigel Phiri<br>Law Office of Nigel Phiri, Esquire, LLC<br>3379 Peachtree Road NE, Suite 555<br>Atlanta, Georgia 30326<br>nigel@npesq.com<br>Attorney for Plaintiffs |
| OLUWOLE LONGE and ADETUTU LONGE v. GRANGE PROPERTY & CASUALTY INSURANCE COMPANY<br>2023CV383262 | Fulton Superior Court | Nicholas P. Martin<br>**Martin DeMelfi LLC**<br>7000 Peachtree Dunwoody Road<br>Building 1, Ste. 202<br>Atlanta, GA 30328<br>nmartin@martin-demelfi.com<br>*Attorney for Plaintiff* |
| Jose Luis Para Tapia v. Carnell Anthony Turner et al<br>2023CV01365 | Clayton State Court | Jason N. Slate<br>Ali Awad Law, P.C.<br>200 Peachtree Street NW, Suite 201<br>Atlanta, GA 30303<br>Jason@ceolawyer.com<br>*ATTORNEY FOR PLAINTIFF* |
| Robert Percy v. Velocity Services, LLC dba The Parrott Group, Inc. et al<br>STCV23-00955 | Chatham State Court | Alexander V. Salzillo<br>Casino Law Firm<br>480 Mall Blvd<br>Savannah, GA 31406<br>alex@casinolawfirm.com<br>Attorney for Plaintiff<br><br>Peter D. Muller |

| | | |
|---|---|---|
| | | Goodman McGuffey LLP<br>532 Stephenson Avenue, Suite 200<br>Savannah, GA 31405-5487<br>pmuller@GM-LLP.com<br>Attorney for Rockeya Juran Crews |
| Marylee Ready v. One Street Residential, LLC et al<br>23-C-02823-S5 | Gwinnett State Court | Allison Whitfield<br>Morgan & Morgan<br>191 Peachtree St. NE Suite 420<br>Atlanta, GA 30303<br>awhitfield@forthepeople.com<br>Attorney for Plaintiff<br>Erik J. Badia<br>Bradley Arant Boult Cummings, LLP<br>Promenade Tower<br>1230 Peachtree Street NE<br>Atlanta, GA 30309<br>ebadia@bradley.com<br>Attorney for STCC Heritage at Madison Pointe, LLC |
| Stephen and Stephen Self on behalf of George Bingham (Bing) Self v. Manuel's Inc. Carlos Branda and Angelo Fuster<br>2023CV374490 | Fulton Superior Court | Stephen Self<br>PO Box 94022<br>Atlanta, GA 30377<br>Steveself2000@gmail.com<br>Pro se |
| Brittany Simmons v. Robert Dwayne Warre, Lisa P. Griffin et al<br>STCV23-01089 | Chatham State Court | Pierre L. Ifill, Esq.<br>The Ifill Law Group<br>4751 Best Road, Suite 173<br>Atlanta, GA 30337<br>pifill@theifilllawgroup.com |
| Tekle, Yonas B. and Yodit Kebede v. Adonis Sanders Perry d/b/a Pen Real Estate, Patricia Mickle d/b/a Virtual Properties Realty, et al<br>23-A-03783-7 | Gwinnett Superior Court | Yonas B. Tekle<br>Yodit Kebede<br>2365 Stratford Lane Snellville, GA 30078<br>Pro Se Plaintiff |
| Walker, Joyce Howcroft et al v. Heritage Hospice Inc. et al<br>23-A-01409 | Dekalb State Court | The Jones & Jones Law Group, LLC<br>Steven N. Jones<br>1000 Parkwood Circle, SE, Suite 900<br>Atlanta, GA 30339<br>Steven@JJLawGroup.com<br>Attorney for Plaintiff |
| Watson, Ellie, A Minor, by James Watson, Her Father and Laura Watson Her Mother v. Wilson Sporting Goods Company and Columbus Trophy and Screen Print<br>SC2023CV000836 | Muscogee State Court | James I. Seifter<br>Darren W. Penn<br>Penn Law, LLC<br>4200 Northside Parkway, NW<br>Building One, Suite 100<br>Atlanta, GA 30327<br>jim@pennlawgroup.com |

| | | |
|---|---|---|
| | | darren@pennlawgroup.com<br>Attorneys for Plaintiffs |
| White, Stevie v. James Carr Sandblasting & Painting Inc, JCSB Trucking Inc. and Abraham Villanueva<br>SUCV2023000834 | Bartow Superior Court | Pritchard Injury Firm, LLC<br>P. Zach Pritchard<br>Amber L. Wigley<br>201 West Main Street<br>Cartersville, GA 30120<br>zach@pritchardinjuryfirm.com<br>amber@pritchardinjuryfirm.com<br>Attorneys for Plaintiff |
| Willis, Sr., Braxton et al v. Jeffrey Keith Gragg et al<br>23EV002309 | Fulton State Court | Daniel J. Saxton<br>Jean-Paul Brunache<br>Saxton Firm, P.C.<br>1995 North Park Place, SE, Suite 207<br>djsaxton@saxtonfirm.com<br>JPBRUNACHE@SAXTONFIRM.COM |
| Winter, Stephen A. v. Maria T. Hass, Steven Arthur, Michael Jefferson Arthur Jr., and Arthur Built, LLC<br>22ev005567 | Fulton State Court | Stephen McConnell<br>McConnell Law LLC<br>990 Hammond Drive, Suite 840<br>Atlanta, Georgia 30328<br>steve@mcconnelllaw.com<br>*Attorney for Plaintiff*<br><br>Pamela Lee<br>Taylor Orgeron<br>Swift Currie McGhee & Hiers LLP<br>1420 Peachtree Street NE Suite 800<br>Atlanta, GA 30309<br>pamela.lee@swiftcurrie.com<br>taylor.orgeron@swiftcurrie.com<br>*ATTORNEYS FOR DEFENDANT MARIA HASS AND STEVEN ARTHUR* |