## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| Oluwole Longe and Adetutu Longe, ) | CIVIL ACTION FILE |
| ) | |
| Plaintiffs, ) | NO.: 2023CV383262 |
| ) | |
| vs. ) | |
| ) | |
| Grange Property & Casualty Insurance Company, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF SERVICE
(Re: Grange Property & Casualty Insurance Company)

Came and appeared before me, a Notary Public authorized to take oaths, Craig Brazeman, who, having been duly sworn stated and deposed to me as follows:

1.

That I have the intellectual capacity to make an oath and have knowledge of the facts that make this affidavit.

2.

That I am sui juris, over the age of twenty one (21), and have a residence in the State of Georgia.

3.

That I am employed as a Licensed Private Detective and Certified Process Server (Georgia).

4.

That I am in no way a party to the above-styled action.

5.

That I am authorized by Order of this Court to serve process of related documents/pleadings.

6.

That I was hired to serve process of the following documents/pleadings:

a) Summons;
b) Complaint for Breach of Contract; and
c) General Civil and Domestic Relations case Filing Information Form.

7.

That on July 28th, 2023 at 11:30 a.m., I served Grange Property & Casualty Insurance Company with the above documents/pleadings by placing said documents/pleadings in the hands of Jane Richardson, an authorized agent with C T Corporation System, while located at 289 S. Culver Street, Lawrenceville, Georgia.

This 31st day of July, 2023.



Craig Brazeman

Sworn to and subscribed before me
this 31st day of July, 2023.

NOTARY PUBLIC
My commission expires: 1/1 /2027