AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | | |
|---|---|---|
| Steven Martinez Jaimes, Esteban Martinez | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| Alejandro Mayorkas, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Steven Martinez Jaimes, Esteban Martinez                                                                  .

Date:     08/27/2023

/s/ Marshall L. Cohen
*Attorney's signature*

Marshall L. Cohen
*Printed name and bar number*

Antonini and Cohen Immigration Law Group
2751 Buford Hwy NE, Suite 500
Atlanta, GA 30324
*Address*

cohen@antoniniandcohen.com
*E-mail address*

(404) 523-8141
*Telephone number*

(678) 436-8843
*FAX number*