# Angelica Antonini

| | |
|---|---|
| **From:** | Esteban Martinez <estebanmartinez_1@yahoo.com> |
| **Sent:** | Monday, October 31, 2022 12:48 PM |
| **To:** | Carolina Antonini; Angelica Antonini |
| **Subject:** | Fw: Update |

[EXTERNAL EMAIL - This email originated from an external source outside of Antonini & Cohen. Do not click links or attachments unless you recognize the sender and know the content is safe.]

----- Forwarded Message -----
**From:** Spry, Charles (Warnock) <charles_spry@warnock.senate.gov>
**To:** Esteban Martinez <estebanmartinez_1@yahoo.com>
**Sent:** Monday, October 31, 2022 at 12:30:59 PM EDT
**Subject:** Update

Please see below update from USCIS-Atlanta:


Good Day Mr. Spry,

Thank you for your October 25, 2022 letter requesting clarity of the October 25, 2022 congressional inquiry reply.

Per your constituent, a previously scheduled interview may have been cancelled for the Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number MSC1791086902, however, this case has been categorized as interview waiver eligible. As of date, USCIS has not requested an eligibility interview appointment for your constituent.

As previously stated, some adjust of status cases may be considered for interview waiver. If your constituent's Form I-485 interview is waived, USCIS will send notification to the address of record once the case adjudication is complete. However, if an interview is required, your constituent will be scheduled for an eligibility interview when a slot becomes available. If additional information is requested prior to the interview, your constituent will be contacted directly.

This application is in queue for processing and has not been overlooked. Although USCIS provides the processing time range, please note that this data is an estimation. While the processing steps for most applications or petitions are completed quickly, a small percentage of cases involve unresolved issues that may result in adjudication delays. Immigration benefit requests are processed on a case-by-case basis. Each case is unique and individually adjudicated according to USCIS guidance.

We strongly advise if submitting a follow-up inquiry for your constituent's Form I-485 to allow at least 120 days from the date of this email before following up on the status of this case. If your constituent is in need of further information, the USCIS contact center (1-800-375-5283) has representatives available Monday through Friday from 8 a.m. to 8 p.m. Eastern (except on federal holidays) to address any case related concerns.

We hope this information is helpful. If we may be of further assistance, please let us know.

Sincerely,

Congressional Liaison

DHS/USCIS

Atlanta Field Office

Thanks,

Charles Spry

Senator Raphael Warnock