

 Español  Multilingual Resources

An official website of the United States government
Here's how you know

 ≡ MENU

# Case Status Online

## Case Was Received

On April 6, 2017, we received your Form I-130, Petition for Alien Relative, Receipt Number MSC1791086903, and sent you the receipt notice that describes how we will process your case. Please follow the instructions in the notice. If you have any questions, contact the USCIS Contact Center at www.uscis.gov/contactcenter. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

```
EAC1234567890
```

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE

## Related Tools