



An official website of the United States government
Here's how you know ˅

Español

# Case Status Online

## Fingerprint Fee Was Received

On April 21, 2017, we accepted the fingerprint fee for your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number MSC1791086902. Our National Benefits Center location is working on your case. We mailed you a notice describing how we will process your case. Please follow the instructions in the notice. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE

## Related Tools