**EXHIBIT 2.        JUNE 22, 2022, NARA RESPONSE**



**Sent via email to** <khermann@southeasternlegal.org>

June 22. 2022

Kimberly Hermann
khermann@southeasternlegal.org

RE: Freedom of Information Act Request NGC22-596

Dear Ms. Hermann:

This is in response to your Freedom of Information Act (FOIA) request to the National Archives and Records Administration (NARA), dated June 9, 2022.  We assigned your request NGC22-596.  In your request you state,

> "I am seeking copies of all emails President Joe Biden preserved through the National Archives and Records Administration from his time as vice president for the following email addresses: robinware456@gmail.com, JRBWare@gmail.com and Robert.L.Peters@pci.gov. Stories in JustTheNews.com and the New York Post as well as a letter from Sens. Ron Johnson and Chuck Grassley identify these three email addresses as having been used by Joe Biden when he was vice president to transmit to his son and receive from his vice presidential staff official government information. Some examples are attached.
>
> As you know, government officials have an obligation to preserve all government records whether transmitted on official government email servers or private email accounts. This FOIA request copies of all emails to and from the above three emails addresses that are preserved or possessed by NARA as well as any correspondence between Joe Biden and/or his legal or government representatives concerning the use of these emails and preservation of records from them from Jan. 1, 2009 through present."  You also requested a fee waiver.

This is in response to your request for operational records relating to copies of all emails to and from the three email addresses and correspondence relating to the preservation of records from the email addresses dating between January 1, 2009 to present.  After conducting a search of our email system using the emails you provided, we were unable to locate any records responsive to your request.  We also searched for any records relating to the preservation of records from the email addresses and were unable to locate any records.  Since we do not have records responsive to your request, your request for a fee waiver is moot.

Your request was also referred to the *Archival Operations Division (LA)* at *our* Washington DC facility for any records they may have within the records of the Vice President relating to your request.  This office will assign your request a tracking number and respond directly to you.  If you need to follow up

NATIONAL ARCHIVES *and*
RECORDS ADMINISTRATION

8601 ADELPHI ROAD
COLLEGE PARK, MD 20740-6001

*www.archives.gov*

with that office directly, please contact them at the address below, or electronically via email (email is preferred).

>Archival Operations Division (LA)
>National Archives and Records Administration
>700 Pennsylvania Ave., NW, Room G-7
>Washington, DC 20408
>Email:  presidential.materials@nara.gov

This completes the processing of your FOIA request to us.

If you are not satisfied with our action on this request, you have the right to file an administrative appeal within ninety (90) calendar days from the date of this letter via regular U.S. mail or email.  By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision.  If you submit your appeal in writing, please address it to the Deputy Archivist of the United States (ND), National Archives and Records Administration, 8601 Adelphi Road, College Park, Maryland 20740.  Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."  If you submit your appeal by e-mail please send it to *FOIA@nara.gov*, also addressed to the Deputy Archivist of the United States. Please be sure to explain why you believe this response does not meet the requirements of the FOIA.  All correspondence should reference your case tracking number **NGC22-596**.

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our FOIA Public Liaison Gary M. Stern for assistance at:

>National Archives and Records Administration
>8601 Adelphi Road, Room 3110
>College Park, MD 20740-6001
>301-837-1750
>garym.stern@nara.gov

You may also contact the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is noted below:

>Office of Government Information Services
>National Archives and Records Administration
>8601 Adelphi Road–OGIS
>College Park, MD 20740-6001
>ogis@nara.gov
>ogis.archives.gov
>202-741-5770 or toll free 1-877-684-6448

Sincerely,

Jodi Foor
Deputy FOIA Officer
National Archives and Records Administration
foia@nara.gov

/s/ 6.22.22
Official:  NGC
Reading: NGC
Information Copy: NGC
NGC:JFoor/jf 6.22.22
S: FOIA/FOIA CASE FILES/FY 2022 – FOIA request File code 1103-6