# EXHIBIT 4. JUNE 24, 2022, SECOND AOD EMAIL



**VIA EMAIL**
June 24, 2022

Kimberly S. Hermann
Southeastern Legal Foundation
560 West Crossville Rd., Ste 104
Roswell, Georgia 30075

Dear Ms. Hermann:

This letter is in response to your Freedom of Information Act (FOIA) request dated June 9, 2022 for access to Biden Vice Presidential records pertaining to all emails from the accounts of robinware456@gmail.com, JRBWare@gmail.com and Robert.L.Peters@pci.gov preserved through the National Archives and Records Administration. Your request was received by the Archival Operations Division on June 9, 2022.  FOIA requests for Biden Vice Presidential records are processed and reviewed for access under provisions of the 1978 Presidential Records Act, as amended (PRA) (44 U.S.C. §§ 2201-2209), which incorporates the Freedom of Information Act (5 U.S.C. § 552) in substantial part.

We have performed a search of our collection for Vice Presidential records related to your request and have identified approximately 5,138 email messages, 25 electronic files and 200 pages of potentially responsive records that must be processed in order to respond to your request. Please keep in mind that these totals are an estimate and that all material processed may not be applicable to your specific topic.

The staff of the Archival Operations Division is currently processing and reviewing FOIA requests that precede your request. To treat everyone equitably, we have placed your request in our Complex queue by the date it was received in our office.

FOIA requests are processed and reviewed for access under provisions of the PRA and FOIA and are subject to the provisions of NARA regulations at 36 C.F.R. § 1270.46, which require that we notify the representatives of the former President and the incumbent President and the former Vice President prior to the release of any Vice Presidential records. Also, it should be noted that documents processed in response to your request may be closed in whole or part in compliance with applicable PRA restrictions and FOIA exemptions.

When processing is complete and the notification period has passed, we will inform you of the availability of the requested records. At that point, you may request copies of these records at a reproduction fee of $0.80 per page, or you can choose to view these documents in the research

room in the National Archives Building where a self-service copier is available for the price of $0.25 a page.

If you have any questions regarding your FOIA request, please contact our staff at 202-357-5200 or [presidential.materials@nara.gov](mailto:presidential.materials@nara.gov).  Your case log number is 2022-0113-F. Please have this number accessible for reference during any future contact concerning this FOIA request.

Sincerely,

*[signature]*

STEPHANNIE ORIABURE
Director
Archival Operations Division