**EXHIBIT 5.        NOVEMBER 25, 2022, SLF STATUS REQUEST**

| | |
|---|---|
| **From:** | Braden Boucek |
| **To:** | presidential.materials@nara.gov |
| **Cc:** | Kimberly Hermann |
| **Subject:** | Request for status - 2022-0113-F. |
| **Date:** | Friday, November 25, 2022 1:52:00 PM |
| **Attachments:** | 20220624 NARA AOD Ltr. to SLF re. Initial Response.pdf |

Ms. Oirabure,

On June 9, 2022, Kimberly S. Hermann sent in a FOIA request for access to Biden Vice Presidential records pertaining to all emails from the accounts of robinware456@gmail.com, JRBWare@gmail.com and Robert.L.Peters@pci.gov preserved through the National Archives and Records Administration.

Our records show that your last correspondence was from June 24, 2022 (see attachment). In it, you indicated that you would be reviewing and then providing us with access. Please apprise us of the status.

Thank you,

Braden H. Boucek