**EXHIBIT 6.        DECEMBER 5, 2022, AOD RESPONSE**

| | |
|---|---|
| **From:** | Presidential Materials Division |
| **To:** | Presidential Materials Division |
| **Cc:** | Braden Boucek; Kimberly Hermann |
| **Subject:** | Re: Request for status - 2022-0113-F. |
| **Date:** | Monday, December 5, 2022 9:28:05 AM |

Dear Mr. Boucek:

Thank you for following up about your FOIA request. Our office currently processes FOIA requests for the Gore, Cheney, and Biden Vice Presidential record collections.

As our June 24, 2022 letter stated, your request is in our Complex queue. We are currently processing and reviewing FOIA requests that precede your request. There are 28 FOIA requests in this queue that we received prior to your request. We will let you know as soon as processing is complete and the notification period has passed.

If you have any questions, please let me know.

Sincerely,

Anna Yallouris
Archivist
Archival Operations Division

On Friday, November 25, 2022 at 1:53:03 PM UTC-5 Braden Boucek wrote:

> Ms. Oirabure,
>
>
> On June 9, 2022, Kimberly S. Hermann sent in a FOIA request for access to Biden Vice Presidential records pertaining to all emails from the accounts of robinware456@gmail.com, JRBWare@gmail.com and Robert.L.Peters@pci.gov preserved through the National Archives and Records Administration.
>
>
> Our records show that your last correspondence was from June 24, 2022 (see attachment). In it, you indicated that you would be reviewing and then providing us with access. Please apprise us of the status.
>
>
> Thank you,
>
>
> Braden H. Boucek