**EXHIBIT 7.         JUNE 16, 2023, SLF STATUS REQUEST**

| | |
|---|---|
| **From:** | Braden Boucek |
| **To:** | Presidential.Materials@nara.gov |
| **Cc:** | Kimberly Hermann |
| **Subject:** | Re: Request for status - 2022-0113-F. |
| **Date:** | Friday, June 16, 2023 8:15:00 AM |
| **Attachments:** | 20221205 NARA AOD Ltr. to SLF re. Initial Request.pdf |

To Whom It May Concern:

We are alerting you that we have still not gotten a response to this request. As demonstrated by the attached email exchange, Ms. Hermann initially requested documents relating to all emails from the accounts of robinware456@gmail.com, JRBWare@gmail.com and Robert.L.Peters@pci.gov preserved through the National Archives and Records Administration on **June 9, 2022**—over a year ago.

On December 5, 2022, you last updated us telling us that 28 requests took precedence over ours. We have received no further updates and no responsive documents.

Please update us as to the status so that we may evaluate our options.

Sincerely,

Braden.