# EXHIBIT 8.     JUNE 16, 2023, AOD RESPONSE

| | |
|---|---|
| **From:** | Presidential Materials Division |
| **To:** | Presidential Materials Division |
| **Cc:** | Braden Boucek; Kimberly Hermann |
| **Subject:** | Re: Request for status - 2022-0113-F. |
| **Date:** | Friday, June 16, 2023 3:15:07 PM |

Good afternoon, Braden.

Thank you for following up with our office. We are still processing and reviewing FOIA requests that precede your request. The 28 complex FOIA requests in our queue that we received prior to your request include a significant volume of unprocessed records. We are happy to work with you to refine the scope of your request which could move you to a faster queue.

Please let us know if you have any additional questions.

Sincerely,

Stephannie Oriabure
Director
Archival Operations Division
National Archives and Records Administration

On Friday, June 16, 2023 at 9:16:09 AM UTC-4 Braden Boucek wrote:

> To Whom It May Concern:
>
> We are alerting you that we have still not gotten a response to this request. As demonstrated by the attached email exchange, Ms. Hermann initially requested documents relating to all emails from the accounts of robinware456@gmail.com, JRBWare@gmail.com and Robert.L.Peters@pci.gov preserved through the National Archives and Records Administration on **June 9, 2022**—over a year ago.
>
> On December 5, 2022, you last updated us telling us that 28 requests took precedence over ours. We have received no further updates and no responsive documents.
>
> Please update us as to the status so that we may evaluate our options.
>
> Sincerely,
>
> Braden.