**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.godisdope.com/blogs/news/stop-the-violence-more-than-400-u-s-shootings-recorded-over-july-4th-and-at-least-150-dead

