

## CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT



Loại / Type: P
Mã số / Code: VNM
Số hộ chiếu / Passport Nº: B4395997

Họ và tên / Full name: NGUYỄN NGỌC ĐẠI
Quốc tịch / Nationality: VIỆT NAM / VIETNAMESE
Ngày sinh / Date of birth: [REDACTED]
Nơi sinh / Place of birth: TP. HỒ CHÍ MINH
Giới tính / Sex: NAM / M
Số GCMND / ID card Nº: 025287668
Ngày cấp / Date of issue: 23 / 07 / 2010
Có giá trị đến / Date of expiry: 23 / 07 / 2020
Nơi cấp / Place of issue: Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<NGOC<DAI<<<<<<<<<<<<<<<<<<<<<<<<
B4395997<3VNM[REDACTED]0M2007232025287668<<<<40





```
VNUSANGUYEN<<NGOC<DAI<<<<<<<<<<<<<<<<<<<<<<<<
B4395997<3VNM▮▮▮▮▮▮▮0M1708211F1HCM0HMP6332269
```











CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT



Loại / Type: P
Mã số / Code: VNM
Số hộ chiếu / Passport Nº: N2110782

Họ và tên / Full name: **NGUYỄN NGỌC ĐẠI**
Quốc tịch / Nationality: VIỆT NAM / VIETNAMESE
Ngày sinh / Date of birth: ███
Nơi sinh / Place of birth: TP. HỒ CHÍ MINH
Giới tính / Sex: NAM / M
Số GCMND / ID card Nº: 025287668
Ngày cấp / Date of issue: 29/05/2019
Có giá trị đến / Date of expiry: 29/05/2029
Nơi cấp / Place of issue: Oa-sinh-tơn / Washington DC

```
P<VNMNGUYEN<<NGOC<DAI<<<<<<<<<<<<<<<<<<<<<<<
N2110782<4VNM███████0M2905291025287668<<<<<46
```