Para tener acceso a este sitio en Español, presione aquí (./historic-pt-es)

# Historical National Median Processing Time (in Months) for All USCIS Offices for Select Forms By Fiscal Year

Fiscal Year 2018 to 2023 (up to June 30, 2023)

Next Page (./historic-pt-2)

## Median Processing Times (in Months)

The number of months shown is the median. It represents the time it took to complete half of the cases in a given time period.

| Form | Form Description | Classification or Basis for Filing | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023[5] |
|---|---|---|---|---|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance, replacement or renewal | 8.0 | 7.8 | 8.3 | 5.2 | 1.2 | 10.1 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | 3.9 | 3.3 | 3.9 | 4.0 | 7.8 | 5.1 |
| I-129 | Petition for a Nonimmigrant Worker | Nonimmigrant Petition (Premium filed) | 0.4 | 0.4 | 0.4 | 0.3 | 0.3 | 0.2 |
| I-129 | Petition for a Nonimmigrant Worker | Nonimmigrant Petition (non Premium filed) | 3.8 | 4.7 | 2.3 | 1.8 | 2.3 | 3.1 |
| I-129F | Petition for Alien Fiancé(e) | All Classifications | 6.5 | 5.2 | 4.6 | 8.0 | 12.1 | 14.2 |
| I-130 | Petition for Alien Relative | Adoptions | 15.3 | 17.1 | 22.3 | 27.7 | 35.4 | 45.3 |
| I-130 | Petition for Alien Relative | Immediate Relative | 7.6 | 8.6 | 8.3 | 10.2 | 10.3 | 12.1 |
| I-131 | Application for Travel Document | Advance Parole Document | 3.6 | 4.5 | 4.6 | 7.7 | 7.3 | 5.7 |
| I-131 | Application for Travel Document | Parole in Place | 3.3 | 3.3 | 4.8 | 4.9 | 4.7 | 5.6 |
| I-131 | Application for Travel Document | Travel Document | 2.9 | 2.8 | 4.0 | 7.2 | 10.6 | 15.6 |

| Form | Form Description | Classification or Basis for Filing | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023[5] |
|---|---|---|---|---|---|---|---|---|
| I-140 | Immigrant Petition for Alien Workers | Immigrant Petition (Premium filed) | 0.3 | 0.3 | 0.3 | 0.4 | 0.3 | 0.3 |
| I-140 | Immigrant Petition for Alien Workers | Immigrant Petition (non Premium filed) | 8.9 | 5.8 | 4.9 | 8.2 | 9.3 | 3.9 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | Immigrant Petition (All Classifications) | 13.3 | 16.8 | 11.4 | 5.5 | 8.4 | 7.4 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | 6.2 | 6.7 | 6.9 | 12.9 | 22.6 | 22.9 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | 6.4 | 9.4 | 9.3 | 7.1 | 14.1 | 21.3 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | 10.6 | 10.0 | 8.8 | 9.9 | 11.0 | 8.9 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Family-based adjustment applications | 10.2 | 10.9 | 9.3 | 12.9 | 10.6 | 11.6 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on Cuban Adjustment Act of 1966 (CAA) | 7.6 | 11.3 | 7.1 | 8.5 | 5.5 | 3.6 |
| I-485[1] | Application to Register Permanent Residence or to Adjust Status | All Other Adjustment of Status | 11.7 | 24.0 | 32.7 | 8.7 | 5.4 | 7.0 |
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an investor who wishes to immigrate to the United States | 17.9 | 19.0 | 31.1 | 32.5 | 44.2 | 49.4 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All Extend/Change Applications | 3.4 | 4.4 | 4.8 | 9.6 | 6.8 | 6.8 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | U.S. citizen filing to adopt an orphan | 2.0 | 1.2 | 3.2 | 5.3 | 6.3 | 6.0 |
| I-600A | Application for Advance Processing of Orphan Petition | U.S. citizen who plans to adopt a foreign-born child | 1.9 | 2.0 | 2.8 | 3.5 | 3.0 | 2.8 |

| Form | Form Description | Classification or Basis for Filing | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023[5] |
|---|---|---|---|---|---|---|---|---|
| I-601A | Application for Provisional Unlawful Presence Waiver | Provisional Waiver of INA 212(a)(9)(B) | 4.5 | 8.7 | 11.2 | 17.1 | 31.7 | 43.1 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | 10.1 | 12.4 | 15.2 | 20.1 | 28.6 | 11.9 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of conditions on lawful permanent resident status (spouses and children of U.S. citizens and lawful permanent residents) | 15.9 | 14.9 | 13.8 | 13.6 | 18.2 | 20.3 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | 3.0 | 3.4 | 3.2 | 3.9 | 4.1 | 2.6 |
| I-765 | Application for Employment Authorization | Based on an approved, concurrently filed, I-821D, Consideration of Deferred Action for Childhood Arrivals (c)(33). | 1.2 | 1.1 | 1.1 | 1.9 | 0.5 | 0.9 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application | 0.9 | 2.0 | 2.5 | 3.2 | 9.2 | 1.9 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application | 4.1 | 5.1 | 4.8 | 7.1 | 6.7 | 5.5 |
| I-800 | Petition to Classify Convention Adoptee as Immediate Relative | Petition to classify Convention Adoptee as an Immediate Relative | 0.5 | 0.6 | 0.7 | 0.9 | 0.9 | 0.9 |
| I-800A | Application for Determination of Suitability to Adopt a Child from a Convention Country | Application for Determination of Suitability to Adopt a Child from a Convention Country | 1.6 | 1.6 | 1.9 | 2.5 | 2.3 | 2.1 |

| Form | Form Description | Classification or Basis for Filing | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023[5] |
|---|---|---|---|---|---|---|---|---|
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program and LIFE Act family unity | 12.0 | 9.5 | 5.3 | 5.9 | 7.1 | 8.6 |
| I-821 | Application for Temporary Protected Status | To request or reregister for TPS | 2.9 | 6.4 | 2.2 | 4.1 | 10.2 | 13.8 |
| I-821D | Consideration of Deferred Action for Childhood Arrivals | Request for Initial Deferred Action | 10.4 | 8.9 | 5.5 | 5.9 | N/A | N/A |
| I-821D | Consideration of Deferred Action for Childhood Arrivals | Request for Renewal of Deferred Action | 1.2 | 1.1 | 1.1 | 1.8 | 0.5 | 0.9 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | 5.9 | 7.1 | 6.0 | 4.4 | 6.0 | 3.5 |
| I-829 | Petition by Investor to Remove Conditions on Permanent Resident Status | Removal of conditions on lawful permanent resident status (immigrant investors) | 21.8 | 25.9 | 24.8 | 34.5 | 45.5 | 48.6 |
| I-914[2] | Application for T Non-immigrant Status | Provide temporary immigration benefits to an alien who is a victim of trafficking in persons, and immediate family | 12.1 | 16.2 | 18.6 | 18.0 | 12.9 | 12.3 |
| I-918[3] | Petition for U Non-immigrant Status | Provide temporary immigration benefits to an alien who is a victim of qualifying criminal activity, and their qualifying family | 41.8 | 48.7 | 54.3 | 53.6 | 59.0 | 57.6 |
| I-924 | Application For Regional Center Designation Under the Immigrant Investor Program | I-924 - Application For Regional Center Designation Under the Immigrant Investor Program | 19.0 | 18.8 | 19.1 | 22.1 | N/A | N/A |

| Form | Form Description | Classification or Basis for Filing | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023[5] |
|---|---|---|---|---|---|---|---|---|
| N-400 | Application for Naturalization | Application for Naturalization | 9.7 | 10.0 | 9.1 | 11.5 | 10.5 | 6.3 |
| N-565 | Application for Replacement Naturalization/Citizenship Document | U.S. citizen applying for a replacement of naturalization or citizenship certificate | 3.9 | 2.4 | 3.6 | 6.7 | 10.8 | 8.6 |
| N-600 | Application for Certificate of Citizenship | Application for recognition of U.S. citizenship | 9.2 | 7.1 | 5.1 | 5.8 | 6.3 | 7.0 |
| N-600K | Application for Certificate of Citizenship and Issuance of Certificate Under Section 322 | Application for Citizenship and Issuance of Certificate | 7.6 | 6.4 | 5.7 | 9.6 | 6.1 | 6.9 |
| Waivers[4] | Waivers | Excluding I-601A | 12.8 | 10.3 | 7.3 | 7.6 | 8.0 | 12.9 |

Next Page (./historic-pt-2)

Table Key:

N/A Not available.

References:

[1] Excludes EOIR Adjustment applications.

[2] Includes I-914A, Application for Family Member of T-1 Recipient.

[3] Includes I-918A, Petition for Qualifying Family Member of U-1 Recipient.

[4] Includes the following applications filed to waive exclusionary grounds: Forms I-191, I-192, I-212, I-601, I-602, and I-612.

[5] FY2023 uses data from October 1, 2022 to April 30, 2023.

Note(s):

1) The report reflects the most up-to-date estimate available at the time the database is queried.

2) Processing times may differ from previously published reports due to system updates and post-adjudicative outcomes.

3) Discrepancies from past historical processing time reports may exist due to differences in reporting procedures.

4) Some of the forms have been aggregated.

5) Processing times are defined as the number of months it took for an application, petition, or request to be processed from receipt to completion in a given time period. Visa regressed I-485s and revoked petitions or applications are excluded. Additional information on visa retrogression can be found on our website (https://www.uscis.gov/green-card/green-card-processes-and-procedures/visa-availability-

priority-dates/visa-retrogression) (https://www.uscis.gov/green-card/green-card-processes-and-procedures/visa-availability-priority-dates/visa-retrogression).

6) Historical processing times are not comparable to the processing times posted on the USCIS processing times webpage (https://egov.uscis.gov/processing-times/) for certain form types due to different methodologies (for example, cycle time methodology versus processing time methodology). For more information, visit the Case Processing Times webpage (https://egov.uscis.gov/processing-times/more-info).

7) From FY2017 through FY2021, the processing time for the I-918/I-918A is calculated using the receipt date to waitlist determination date. Beginning in FY 2022, the processing time is calculated using the receipt date to Bona Fide Determination (BFD) review.

8) Consistent with the July 16, 2021 order (https://www.uscis.gov/DACADecisionStateofTexas) from the Southern District of Texas that prohibits DHS from granting initial DACA requests, USCIS has suspended calculations of processing times for initial DACA requests. The 5.9 months historical processing time listed for initial DACA requests was current as of June 30, 2021.

9) Statutory authorization related to the EB-5 Immigrant Investor Regional Center Program expired at midnight on June 30, 2021. For information regarding Form I-526 petition processing, and the impact of the lapse in statutory authorization related to the EB-5 Immigrant Investor Regional Center Program, please see: https://www.uscis.gov/working-in-the-united-states/permanent-workers/eb-5-immigrant-investor-program (https://www.uscis.gov/working-in-the-united-states/permanent-workers/eb-5-immigrant-investor-program).

10) The federal fiscal year is from October 1st through September 30th.

**Source(s):**

1) Department of Homeland Security, U.S. Citizenship and Immigration Services, USCIS Electronic Immigration System (ELIS), C3 Consolidated, C4 Consolidated, INFACT, queried July 2023.

↗ Other case processing times resources

Reducing Processing Backlogs (./reducing-processing-backlogs)

Frequently Asked Questions About Processing Times (./processing-times-faqs)

When to expect to receive your Green Card (./expect-green-card)

Check current processing times (./home)

Processing information for the I-765 (./i765)

Affirmative Asylum Interview Scheduling (http://www.uscis.gov/humanitarian/refugees-asylum/asylum/affirmative-asylum-scheduling-bulletin)

Administrative Appeals Office (https://www.uscis.gov/about-us/directorates-and-program-offices/administrative-appeals-office-aao/aao-processing-times)

Parole Processing (https://www.uscis.gov/humanitarian/humanitarian-parole/parole-processing)

### Case management tools

Inquire about a case outside normal processing time (https://egov.uscis.gov/e-request/displayONPTForm.do?entryPoint=init&sroPageType=onpt)

Check your case status (https://egov.uscis.gov/casestatus/landing.do)

Update your mailing address (https://egov.uscis.gov/coa/)

Ask about missing mail (https://egov.uscis.gov/e-Request/Intro.do)

Correct a typographical error (https://egov.uscis.gov/e-request/displayTypoForm.do?entryPoint=init&sroPageType=typoError)

Request appointment accommodations (https://egov.uscis.gov/e-request/displayAccomForm.do?entryPoint=init&sroPageType=accommodations)

### Feedback

Let us know what you think about our redesigned Processing Times webpage at ProcessingTimesFeedback@uscis.dhs.gov (mailto:ProcessingTimesFeedback@uscis.dhs.gov)     (Please do not submit case-specific inquiries).

Return to top

**Topics (https://www.uscis.gov/topics)**

**Forms (https://www.uscis.gov/forms)**

**Newsroom (https://www.uscis.gov/newsroom)**

**Citizenship (https://www.uscis.gov/citizenship)**

**Green Card (https://www.uscis.gov/green-card)**

**Laws (https://www.uscis.gov/laws-and-policy)**

**Tools (https://www.uscis.gov/tools)**

(https://www.facebook.com/uscis) (https://twitter.com/uscis) (https://www.youtube.com/uscis) (https://www.instagram.com/uscis/)

**Contact USCIS (https://www.uscis.gov/about-us/contact-us)**

(https://www.dhs.gov)

USCIS.gov

**An official website of the <ins>U.S. Department of Homeland Security (https://www.dhs.gov)</ins>**

<ins>About USCIS (https://www.uscis.gov/about-us)</ins>

<ins>Accessibility (https://www.uscis.gov/website-policies/accessibility)</ins>

<ins>Budget and Performance (https://www.uscis.gov/about-us/budget-planning-and-performance)</ins>

<ins>DHS Components (https://www.uscis.gov/website-policies/dhs-component-websites)</ins>

<ins>Freedom of Information Act (https://www.uscis.gov/records/request-records-through-the-freedom-of-information-act-or-privacy-act)</ins>

<ins>No FEAR Act Data (https://www.uscis.gov/about-us/equal-employment-opportunity/equal-employment-opportunity-data-posted-pursuant-to-the-no-fear-act)</ins>

<ins>Privacy and Legal Disclaimers (https://www.uscis.gov/website-policies/privacy-and-legal-disclaimers)</ins>

<ins>Site Map (https://www.uscis.gov/sitemap)</ins>

<ins>Office of the Inspector General (https://www.oig.dhs.gov/)</ins>

<ins>The White House (https://www.whitehouse.gov/)</ins>

<ins>USA.gov (https://www.usa.gov/)</ins>

**National Terrorism Advisory System**