

*United States Department of State*
*Bureau of Consular Affairs*

# VISA BULLETIN

**Number 81 Volume X**                                                      **Washington, D.C.**

IMMIGRANT NUMBERS FOR SEPTEMBER 2023

A.   STATUTORY NUMBERS FOR PREFERENCE IMMIGRANT VISAS

This bulletin summarizes the availability of immigrant numbers during September for "Final Action Dates" and "Dates for Filing Applications," indicating when immigrant visa applicants should be notified to assemble and submit required documentation to the National Visa Center.

Unless otherwise indicated on the U.S. Citizenship and Immigration Services (USCIS) website at www.uscis.gov/visabulletininfo, individuals seeking to file applications for adjustment of status with USCIS must use the "Final Action Dates" charts below for determining when they can file such applications. When USCIS determines that there are more immigrant visas available for the fiscal year than there are known applicants for such visas, USCIS will state on its website that applicants may instead use the "Dates for Filing Visa Applications" charts in this Bulletin.

1. Procedures for determining dates. Consular officers are required to report to the Department of State documentarily qualified applicants for numerically limited visas; USCIS reports applicants for adjustment of status. Allocations in the charts below were made, to the extent possible, in chronological order of reported priority dates, for demand received by August 4th. If all reported demand could not be satisfied, the category or foreign state in which demand was excessive was deemed oversubscribed. The final action date for an oversubscribed category is the priority date of the first applicant who could not be reached within the numerical limits. If it becomes necessary during the monthly allocation process to retrogress a final action date, supplemental requests for numbers will be honored only if the priority date falls within the new final action date announced in this bulletin. If at any time an annual limit were reached, it would be necessary to immediately make the preference category "unavailable", and no further requests for numbers would be honored.

2. The fiscal year 2023 limit for family-sponsored preference immigrants determined in accordance with Section 201 of the Immigration and Nationality Act (INA) is 226,000. The fiscal year 2023 limit for employment-based preference immigrants calculated under INA 201 is 197,091.  Section 202 prescribes that the per-country limit for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference limits, i.e., 29,616 for FY-2023.  The dependent area limit is set at 2%, or 8,462.

3.  INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligible immigrants in the order in which a petition on behalf of each has been filed. Section 203(d) provides that spouses and children of preference immigrants are entitled to the same status, and the same order of consideration, if accompanying or following to join the principal. The visa prorating provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceeds the per-country limit. These provisions apply at present to the following oversubscribed chargeability areas:  CHINA-mainland born, INDIA, MEXICO, and PHILIPPINES.

4. Section 203(a) of the INA prescribes preference classes for allotment of Family-sponsored immigrant visas as follows:

**FAMILY-SPONSORED PREFERENCES**

**First:** (**F1**) Unmarried Sons and Daughters of U.S. Citizens: 23,400 plus any numbers not required for fourth preference.

**Second:** Spouses and Children, and Unmarried Sons and Daughters of Permanent Residents: 114,200, plus the number (if any) by which the worldwide family preference level exceeds 226,000, plus any unused first preference numbers:

A. (**F2A**) Spouses and Children of Permanent Residents: 77% of the overall second preference limitation, of which 75% are exempt from the per-country limit.

B. (**F2B**) Unmarried Sons and Daughters (21 years of age or older) of Permanent Residents: 23% of the overall second preference limitation.

**Third:** (**F3**) Married Sons and Daughters of U.S. Citizens: 23,400, plus any numbers not required by first and second preferences.

**Fourth:** (**F4**) Brothers and Sisters of Adult U.S. Citizens: 65,000, plus any numbers not required by first three preferences.

### A. FINAL ACTION DATES FOR FAMILY-SPONSORED PREFERENCE CASES

On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are authorized for issuance to all qualified applicants; and "U" means unauthorized, i.e., numbers are not authorized for issuance. (NOTE: Numbers are authorized for issuance only for applicants whose priority date is **earlier** than the final action date listed below.)

| Family-Sponsored | All Chargeability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| F1 | 01JAN15 | 01JAN15 | 01JAN15 | 22APR01 | 01MAR12 |
| F2A | 01JAN18 | 01JAN18 | 01JAN18 | 01SEP16 | 01JAN18 |
| F2B | 22SEP15 | 22SEP15 | 22SEP15 | 01AUG01 | 22OCT11 |
| F3 | 08JAN09 | 08JAN09 | 08JAN09 | 15JAN98 | 08JUN02 |
| F4 | 22APR07 | 22APR07 | 15SEP05 | 01AUG00 | 22AUG02 |

For September, F2A numbers EXEMPT from per-country limit are authorized for issuance to applicants from all countries with priority dates earlier than 01SEP16. F2A numbers SUBJECT to per-country limit are authorized for issuance to applicants chargeable to all countries EXCEPT MEXICO, with priority dates beginning 01SEP16 and earlier than 01JAN18. All F2A numbers provided for MEXICO are exempt from the per-country limit.

## B. DATES FOR FILING FAMILY-SPONSORED VISA APPLICATIONS

The chart below reflects dates for filing visa applications within a timeframe justifying immediate action in the application process. Applicants for immigrant visas who have a priority date <u>earlier than</u> the application date in the chart below may assemble and submit required documents to the Department of State's National Visa Center, following receipt of notification from the National Visa Center containing detailed instructions. The application date for an oversubscribed category is the priority date of the first applicant who cannot submit documentation to the National Visa Center for an immigrant visa. If a category is designated "current," all applicants in the relevant category may file applications, regardless of priority date.

The "C" listing indicates that the category is current, and that applications may be filed regardless of the applicant's priority date. The listing of a date for any category indicates that only applicants with a priority date which is **earlier** than the listed date may file their application.

Visit <u>www.uscis.gov/visabulletininfo</u> for information on whether USCIS has determined that this chart can be used (in lieu of the chart in paragraph 4.A.) this month for filing applications for adjustment of status with USCIS.

| Family-Sponsored | All Chargeability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| F1 | 01SEP17 | 01SEP17 | 01SEP17 | 01APR05 | 22APR15 |
| F2A | 01SEP23 | 01SEP23 | 01SEP23 | 01SEP23 | 01SEP23 |
| F2B | 01JAN17 | 01JAN17 | 01JAN17 | 01AUG04 | 01OCT13 |
| F3 | 01MAR10 | 01MAR10 | 01MAR10 | 15JUN01 | 08NOV03 |
| F4 | 01MAR08 | 01MAR08 | 22FEB06 | 15APR01 | 22APR04 |

5. Section 203(b) of the INA prescribes preference classes for allotment of Employment-based immigrant visas as follows:

**EMPLOYMENT-BASED PREFERENCES**

**First**: Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not required for fourth and fifth preferences.

**Second**: Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the worldwide employment-based preference level, plus any numbers not required by first preference.

**Third**: Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not required by first and second preferences, of which not more than 10,000 may be provided to "*Other Workers".

**Fourth**: Certain Special Immigrants: 7.1% of the worldwide level.

**Fifth**: Employment Creation: 7.1% of the worldwide level, of which 32% are reserved as follows: 20% reserved for qualified immigrants who invest in a rural area; 10% reserved for qualified immigrants who invest in a high unemployment area; and 2% reserved for qualified immigrants who invest in infrastructure projects. The remaining 68% are unreserved and are allotted for all other qualified immigrants.

-4-                                                September 2023

**A. FINAL ACTION DATES FOR EMPLOYMENT-BASED PREFERENCE CASES**

On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are authorized for issuance to all qualified applicants; and "U" means unauthorized, i.e., numbers are not authorized for issuance. (NOTE: Numbers are authorized for issuance only for applicants whose priority date is **earlier** than the final action date listed below.)

| **Employment-Based** | All Chargeability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| 1st | 01AUG23 | 01FEB22 | 01JAN12 | 01AUG23 | 01AUG23 |
| 2nd | 01JUL22 | 08JUL19 | 01JAN11 | 01JUL22 | 01JUL22 |
| 3rd | 01MAY20 | 01SEP19 | 01JAN09 | 01MAY20 | 01MAY20 |
| Other Workers | 01MAY20 | 01SEP15 | 01JAN09 | 01MAY20 | 01MAY20 |
| 4th | 01SEP18 | 01SEP18 | 01SEP18 | 01SEP18 | 01SEP18 |
| Certain Religious Workers | 01SEP18 | 01SEP18 | 01SEP18 | 01SEP18 | 01SEP18 |
| 5th Unreserved (including C5, T5, I5, R5) | C | 08SEP15 | 01APR17 | C | C |
| 5th Set Asides: | | | | | |
| Rural (20%) | C | C | C | C | C |
| High Unemployment (10%) | C | C | C | C | C |
| Infrastructure (2%) | C | C | C | C | C |

*Employment Third Preference Other Workers Category: Section 203(e) of the Nicaraguan and Central American Relief Act (NACARA) passed by Congress in November 1997, as amended by Section 1(e) of Pub. L. 105–139, provides that once the Employment Third Preference Other Worker (EW) cut-off date has reached the priority date of the latest EW petition approved prior to November 19, 1997, the 10,000 EW numbers available for a fiscal year are to be reduced by up to 5,000 annually beginning in the following fiscal year. This reduction is to be made for as long as necessary to offset adjustments under the NACARA program. Since the EW final action date reached November 19, 1997 during Fiscal Year 2001, the reduction in the EW annual limit to 5,000 began in Fiscal Year 2002. For Fiscal Year 2023 this reduction will be limited to approximately 167.

### B. DATES FOR FILING OF EMPLOYMENT-BASED VISA APPLICATIONS

The chart below reflects dates for filing visa applications within a timeframe justifying immediate action in the application process. Applicants for immigrant visas who have a priority date _earlier than_ the application date in the chart may assemble and submit required documents to the Department of State's National Visa Center, following receipt of notification from the National Visa Center containing detailed instructions. The application date for an oversubscribed category is the priority date of the first applicant who cannot submit documentation to the National Visa Center for an immigrant visa. If a category is designated "current," all applicants in the relevant category may file, regardless of priority date.

The "C" listing indicates that the category is current, and that applications may be filed regardless of the applicant's priority date. The listing of a date for any category indicates that only applicants with a priority date which is **earlier** than the listed date may file their application.

Visit www.uscis.gov/visabulletininfo for information on whether USCIS has determined that this chart can be used (in lieu of the chart in paragraph 5.A.) this month for filing applications for adjustment of status with USCIS.

| Employment- Based | All Charge-ability Areas Except Those Listed | CHINA - mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| 1st | C | 01JUN22 | 01JUN22 | C | C |
| 2nd | 01DEC22 | 08OCT19 | 01MAY12 | 01DEC22 | 01DEC22 |
| 3rd | 01MAY23 | 01NOV19 | 01AUG12 | 01MAY23 | 01MAY23 |
| Other Workers | 01JUN20 | 01JAN16 | 01AUG12 | 01JUN20 | 01JUN20 |
| 4th | 01OCT18 | 01OCT18 | 01OCT18 | 01OCT18 | 01OCT18 |
| Certain Religious Workers | 01OCT18 | 01OCT18 | 01OCT18 | 01OCT18 | 01OCT18 |
| 5th Unreserved (including C5, T5, I5, and R5) | C | 01JAN16 | 08DEC19 | C | C |

-6-                                                September 2023

(Chart B. DATES FOR FILING OF EMPLOYMENT-BASED VISA APPLICATIONS continued from previous page)

| Employment- Based | All Charge-ability Areas Except Those Listed | CHINA - mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| 5th Set Aside: (Rural – 20%) | C | C | C | C | C |
| 5th Set Aside: (High Unemployment – 10%) | C | C | C | C | C |
| 5th Set Aside: (Infrastructure – 2%) | C | C | C | C | C |

B.  DIVERSITY IMMIGRANT (DV) CATEGORY FOR THE MONTH OF SEPTEMBER

Section 203(c) of the INA provides up to 55,000 immigrant visas each fiscal year to permit additional immigration opportunities for persons from countries with low admissions during the previous five years. The NACARA stipulates that beginning with DV-99, and for as long as necessary, up to 5,000 of the 55,000 annually allocated diversity visas will be made available for use under the NACARA program. This will result in reduction of the DV-2023 annual limit to approximately 54,833. DV visas are divided among six geographic regions. No one country can receive more than seven percent of the available diversity visas in any one year.

For September, immigrant numbers in the DV category are available to qualified DV-2023 applicants chargeable to all regions/eligible countries as follows. When an allocation cut-off number is shown, visas are available only for applicants with DV regional lottery rank numbers BELOW the specified allocation cut-off number:

```
                All DV Chargeability
                Areas Except Those
  Region        Listed Separately

  AFRICA              Current       Except: Algeria     45,000
                                            Egypt       43,200
                                            Morocco     63,400


  ASIA                21,000        Except: Iran        16,000
                                            Nepal       21,000


  EUROPE              32,000        Except: Russia      32,000
                                            Uzbekistan  17,000


  NORTH AMERICA       Current
    (BAHAMAS)

  OCEANIA             2,500

  SOUTH AMERICA,      3,150
    and the CARIBBEAN
```

Entitlement to immigrant status in the DV category lasts only through the end of the fiscal (visa) year for which the applicant is selected in the lottery. The year of entitlement for all applicants registered for the DV-2023 program ends as of September 30, 2023. DV visas may not be issued to DV-2023 applicants after that date. Similarly, spouses and children accompanying or following to join DV-2023 principals are only entitled to derivative DV status until September 30, 2023. DV visa availability through the very end of FY-2023 cannot be taken for granted. Numbers could be exhausted prior to September 30.

C. <u>DIVERSITY (DV) IMMIGRANT CATEGORY RANK CUT-OFFS WHICH WILL APPLY IN OCTOBER</u>

For <u>October</u>, immigrant numbers in the DV category are available to qualified DV-2024 applicants chargeable to all regions/eligible countries as follows. When an allocation cut-off number is shown, visas are available only for applicants with DV regional lottery rank numbers <u>BELOW</u> the specified allocation cut-off number:

| Region | All DV Chargeability Areas Except Those Listed Separately | | | |
|---|---|---|---|---|
| AFRICA | 10,000 | Except: | Algeria<br>Egypt<br>Morocco | 7,500<br>5,500<br>5,600 |
| ASIA | 2,000 | Except: | Iran<br>Nepal | 1,750<br>1,300 |
| EUROPE | 4,500 | Except: | Russia<br>Uzbekistan | 4,400<br>1,250 |
| NORTH AMERICA (BAHAMAS) | 2 | | | |
| OCEANIA | 225 | | | |
| SOUTH AMERICA, and the CARIBBEAN | 375 | | | |

D. **DIVERSITY VISA LOTTERY 2024 (DV-2024) RESULTS**

The Kentucky Consular Center in Williamsburg, Kentucky has registered and notified the selectees who are eligible to participate in the DV-2024 Diversity Visa (DV) program. Random selection of DV participants was conducted under the terms of section 203(c) of the Immigration and Nationality Act, which makes up to *55,000 permanent resident visas available annually to persons from countries with low rates of immigration to the United States. Approximately 143,000 prospective applicants (i.e., selectees and their spouses and children) have been registered, can confirm their selection, and may be eligible to make an application for an immigrant visa. Since selection is random and blind to the number of family members who might immigrate with the selectee, and it is likely that some of the selectees will not complete their cases or will be found ineligible for a visa, this larger figure should ensure that all DV-2024 numbers can be used during fiscal year 2024 (FY24: October 1, 2023, until September 30, 2024).

Entrants registered for the DV-2024 program were selected at random from 22,185,619 qualified entries received during the 35-day application period that ran from noon, Eastern Daylight Time on Wednesday, October 5, 2022, until noon, Eastern Standard Time on Tuesday, November 8, 2022. The visas will be apportioned among the six geographic regions to ensure a maximum of seven percent are issued to persons chargeable to any single country. During the visa interview, principal applicants must provide proof of a high school education or its equivalent, or two years of work experience in an occupation that requires at least two years of training or experience within the past five years. Those selected will need to act on their immigrant visa applications quickly. Applicants should follow the instructions in their notification letter and must fully complete all required steps.

Selectees who are physically present with legal status in the United States may apply to adjust their status by first contacting the U.S. Citizenship and Immigration Services for information on the requirements and procedures. Once the total *55,000 visa numbers have been used, the program for fiscal year 2024 will end. Selectees who do not receive visas or status by September 30, 2024, will derive no further benefit from their DV-2024 registration. Similarly, spouses and children accompanying or following to join DV-2024 principal applicants are only entitled to derivative DV status until September 30, 2024.

Dates for the DV-2025 program registration period will be widely publicized in the coming months. Those interested in entering the DV-2025 program should check the Department of State's Diversity Visa web page in the coming months.

*The Nicaraguan and Central American Relief Act (NACARA) passed by Congress in November 1997 stipulated that up to 5,000 of the 55,000 annually-allocated diversity visas be made available for use under the NACARA program. This will result in reduction of the DV-2024 annual limit to approximately 54,850.

The following is the statistical breakdown by foreign state of chargeability of those registered for the DV-2024 program:

| **AFRICA** | | |
|---|---|---|
| ALGERIA 5,142 | ERITREA 211 | MOZAMBIQUE 7 |
| ANGOLA 582 | ESWATINI 2 | NAMIBIA 10 |
| BENIN 1,002 | ETHIOPIA 3,034 | NIGER 93 |
| BOTSWANA 16 | GABON 86 | RWANDA 1,604 |
| BURKINA FASO 191 | GAMBIA, THE 156 | SENEGAL 504 |
| BURUNDI 876 | GHANA 2,088 | SIERRA LEONE 735 |
| CABO VERDE 15 | GUINEA 1,362 | SOMALIA 2,383 |

| | | |
|---|---|---|
| CAMEROON  3,485 | GUINEA-BISSAU  21 | SOUTH AFRICA  199 |
| CENTRAL AFRICAN REPUBLIC  30 | KENYA  3,760 | SOUTH SUDAN  59 |
| CHAD  490 | LIBERIA  2,208 | SUDAN  5,435 |
| COMOROS  10 | LIBYA  257 | TANZANIA  348 |
| CONGO, DEMOCRATIC REPUBLIC OF THE  2,580 | MADAGASCAR  25 | TOGO  2,105 |
| CONGO, REPUBLIC OF THE  660 | MALAWI  42 | TUNISIA  221 |
| COTE D'IVOIRE  672 | MALI  119 | UGANDA  1,515 |
| DJIBOUTI  333 | MAURITANIA  274 | ZAMBIA  85 |
| EGYPT  5,509 | MAURITIUS  4 | ZIMBABWE  216 |
| EQUATORIAL GUINEA  19 | MOROCCO  4,250 | |
| | | |
| **ASIA** | | |
| AFGHANISTAN  4,536 | JORDAN  1,188 | QATAR  74 |
| BAHRAIN  8 | KUWAIT  162 | SAUDI ARABIA  619 |
| BHUTAN  347 | LAOS  27 | SINGAPORE  6 |
| BURMA  1,667 | LEBANON  214 | SRI LANKA  2,622 |
| CAMBODIA  340 | MALAYSIA  32 | SYRIA  692 |
| INDONESIA  104 | MALDIVES  1 | TAIWAN  279 |
| IRAN  5,077 | MONGOLIA  300 | THAILAND  467 |
| IRAQ  1,348 | NEPAL  3,863 | UNITED ARAB EMIRATES  211 |
| ISRAEL  71 | OMAN  20 | YEMEN  3,485 |
| JAPAN  200 | | |
| | | |
| **EUROPE** | | |
| ALBANIA  2,667 | GERMANY  466 | NORTH MACEDONIA  258 |
| ANDORRA  2 | GREECE  66 | NORTHERN IRELAND  1 |
| ARMENIA  3,869 | HUNGARY  102 | NORWAY  9 |
| AUSTRIA  34 | ICELAND  5 | POLAND  497 |
| AZERBAIJAN  2,046 | IRELAND  18 | PORTUGAL  39 |
| BELARUS  2,418 | ITALY  256 |   Macau  4 |
| BELGIUM  35 | KAZAKHSTAN  2,728 | ROMANIA  267 |
| BOSNIA AND HERZEGOVINA  31 | KOSOVO  463 | RUSSIA  5,514 |
| BULGARIA  142 | KYRGYZSTAN  4,464 | SERBIA  186 |
| CROATIA  30 | LATVIA  97 | SLOVAKIA  33 |
| CYPRUS  25 | LITHUANIA  106 | SLOVENIA  2 |
| CZECH REPUBLIC  46 | MALTA  1 | SPAIN  137 |
| DENMARK  16 | MOLDOVA  950 | SWEDEN  31 |
| ESTONIA  33 | MONACO  1 | SWITZERLAND  30 |
| FINLAND  29 | MONTENEGRO  21 | TAJIKISTAN  3,580 |
| FRANCE  327 | NETHERLANDS  39 | TURKEY  3,684 |
|   French Polynesia  1 |   Aruba  1 | TURKMENISTAN  1,313 |
|   New Caledonia  4 |   Curacao  1 | UKRAINE  4,286 |
| GEORGIA  3,194 |   Sint Maarten  1 | UZBEKISTAN  5,555 |
| | | |
| **NORTH AMERICA** | | |
| BAHAMAS, THE  15 | | |
| | | |
| **OCEANIA** | | |
| AUSTRALIA  795 | NAURU  32 | SAMOA  9 |
|   Christmas Island  1 | NEW ZEALAND  256 | SOLOMON ISLANDS  22 |
|   Cocos Keeling Islands  48 |   Cook Islands  69 | TONGA  246 |
| FEDERATED STATES OF | PAPUA NEW GUINEA  15 | TUVALU  11 |

| | | |
|---|---|---|
| MICRONESIA  1 | | |
| FIJI  2,936 | REPUBLIC OF PALAU  4 | VANUATU  29 |
| KIRABATI  21 | | |
| | | |
| **SOUTH AMERICA** | | |
| ANTIGUA AND BARBUDA  1 | CUBA  3,081 | PARAGUAY  9 |
| ARGENTINA  127 | DOMINICA  6 | PERU  742 |
| BARBADOS  4 | ECUADOR  814 | SAINT LUCIA  4 |
| BELIZE  5 | GUATEMALA  146 | SAINT VINCENT AND THE GRENADINES  2 |
| BOLIVIA  85 | GUYANA  9 | TRINIDAD AND TOBAGO  37 |
| CHILE  51 | NICARAGUA  117 | URUGUAY  14 |
| COSTA RICA  68 | PANAMA  17 | |
| | | |

*Natives of the following countries were not eligible to participate in DV-2024: Bangladesh, Brazil, Canada, China (including Hong Kong SAR), Colombia, Dominican Republic, El Salvador, Haiti, Honduras, India, Jamaica, Mexico, Nigeria, Pakistan, Philippines, South Korea, United Kingdom (except Northern Ireland) and its dependent territories, Venezuela, and Vietnam.*

E.  AVAILABILITY OF EMPLOYMENT-BASED VISAS DURING SEPTEMBER

Employment-based number use by both USCIS and Department of State has been steady during the fiscal year. As a result, most employment-based preference category limits and/or the overall employment-based preference limit for FY 2023 are expected to be reached during September. If at any time an annual limit were reached, it would be necessary to immediately make the preference category "unavailable", and no further requests for numbers would be honored.

F.  DETERMINATION OF THE NUMERICAL LIMITS ON IMMIGRANTS REQUIRED UNDER THE TERMS OF THE IMMIGRATION AND NATIONALITY ACT (INA)

The State Department is required to make the determination of the worldwide numerical limitations, as outlined in Section 201(c) and (d) of the INA, on an annual basis.  These calculations are based in part on data provided by U.S. Citizen and Immigration Services (USCIS) regarding the number of immediate relative adjustments in the preceding year and the number of aliens paroled into the United States under Section 212(d)(5) in the second preceding year.  Without this information, it is impossible to make an official determination of the annual limits.  To avoid delays in processing while waiting for the USCIS data, the Visa Office (VO) bases allocations on reasonable estimates of the anticipated amount of visa numbers to be available under the annual limits, in accordance with Section 203(g) of the INA.  On August 2nd, USCIS provided the required data to the VO.

The Department of State has determined the Family and Employment preference numerical limits for FY-2023 in accordance with the terms of Section 201 of the INA.  These numerical limitations for FY-2023 are as follows:

```
    Worldwide Family-Sponsored preference limit:       226,000
    Worldwide Employment-Based preference limit:       197,091
```

Under INA Section 202(a), the per-country limit is fixed at 7% of the family and employment annual limits.  For FY-2023 the per-country limit is 29,616.  The dependent area annual limit is 2%, or 8,462.

G.  <u>FOR THE LATEST INFORMATION ON VISA PROCESSING AT U.S. EMBASSIES AND CONSULATES, PLEASE VISIT THE BUREAU OF CONSULAR AFFAIRS WEBSITE AT TRAVEL.STATE.GOV</u>

Department of State Publication 9514
CA/VO: August 4, 2023