# Exhibit C





## Welcome to Clicker Canines
Let us help you make life with your dog more enjoyable!

### We can help you...

**Teach your dog to have self-control.**
Teaching your dog how to control themselves will allow you to take your dog out in public and have people over without frustration.

**Give you the tools to have a well-behaved dog.**
Having these tools allows you to maintain your dog's good behavior, saving time and money in the future.

**Communicate the expectations you have for your dog.** Training is all about communication and once you and your dog know how to communicate effectively, you'll have a lot more fun together!

**Strengthen the bond between you and your dog.**
Good behavior lets you have the dog you envision - a faithful, happy companion that enjoys being with you.

**Train with a KPA CTP (Karen Pryor Academy Certified Training Partner) CPDT-KA (Certified Professional Dog Trainer - Knowledge Assessed through the Certification Council of Professional Dog Trainers)** We will teach you the training methods used and backed up by science for all animals not just dogs; no made up training here. Anyone one can call themselves a dog trainer, Clicker Canines takes pride in our education and skills to separate us from the rest.

**Create a harmonious relationship with your family dog using friendly and fun methods!**







