# EXHIBIT 2

## My Case

View My Information

### EEOC Hearing Request 570-2020-01194X

Your request for a hearing before an Administrative Judge at the U.S. Equal Employment Opportunity Commission (EEOC) has been received by the EEOC's Washington Field Office. An Administrative Judge will be assigned to your case. When communicating with the EEOC about this hearing request, please reference EEOC Hearing Request **570-2020-01194X**.

### Status: Closed

### My Representatives

| First Name | Last Name | Middle Initial | |
|---|---|---|---|
| Marc | Pasekoff | E | View |

### My Documents

You will be able to upload documents as your case progresses. Please wait for further instructions from the Administrative Judge. **Please note that submissions that do not follow the Judges' instructions may result in the Administrative Judge not considering the submission.**

| Name | Type | Added On |
|---|---|---|
| Decision and Order Granting Agency_s MSJ | Decision | 05/24/2023 |
| 56 - Agency's Pre-Hearing Statement | Filing Pre-Hearing Report | 02/28/2023 |
| Dupree - Pre Hearing Statement.pdf | Filing Pre-Hearing Report | 02/28/2023 |
| 54 - Agency's Ltr re Prehearing Statements' Deadline | Miscellaneous - Agency's Letter re Prehearing Statements' Deadline | 02/17/2023 |
| Dupree - Opposition to Motion for Decision Without a Hearing.pdf | Summary Judgment - Response | 02/16/2023 |
| Dupree - ROI excerpts; Exhibits 1-9.pdf | Miscellaneous | 02/16/2023 |
| 51 - Dupree - 570-2020-01194X - Agency's MDWH | Summary Judgment | 02/01/2023 |
| Discovery Bates Stamped DOL 000182-214 | Miscellaneous - Discovery Bates Stamped DOL 000182-214 | 02/01/2023 |
| Discovery Bates Stamped DOL 000001-181 | Miscellaneous - Discovery Bates Stamped DOL 000001-181 | 02/01/2023 |
| 48 - Transcript of Cindy Williams' Deposition | Miscellaneous - Transcript of Cindy Williams' Deposition | 02/01/2023 |
| 47 - Transcript of Misty Dupree's Deposition | Miscellaneous - Transcript of Misty Dupree's Deposition | 02/01/2023 |

| Document | Type | Date |
|---|---|---|
| 46 - Agency's Letter re Supplementing Record | Miscellaneous - Agency Letter | 02/01/2023 |
| 45 - Agency's Designation of Representation Form_Pittman | Miscellaneous - Agency Designation of Representation Form | 01/05/2023 |
| Dupree - MTCD.pdf | Compel | 12/30/2022 |
| Letter Request for Discovery Extension | Miscellaneous - Letter Request for Discovery Extension | 12/20/2022 |
| Dupree Order on Intial Conference_ Deadlines_ and Record Completion | Initial Conference & Scheduling Order | 11/16/2022 |
| 41 - Proposed Order | Miscellaneous - Proposed Order | 11/04/2022 |
| 40 - Agency's Opposition to Motions to Reinstate | Reinstate Dismissed Claims - Response | 11/04/2022 |
| Dupree - Supplement to Motion to Reinstate.pdf | Reinstate Dismissed Claims | 10/28/2022 |
| Dupree - Motion to Reinstate Order.docx | Reinstate Dismissed Claims | 10/28/2022 |
| Dupree - Motion to Reinstate Attachment.pdf | Reinstate Dismissed Claims | 10/28/2022 |
| Dupree - Motion to Reinstate .pdf | Reinstate Dismissed Claims | 10/28/2022 |
| Dupree - 01194X Notice of Representation.pdf | Miscellaneous | 10/03/2022 |
| 34 - Affidavit of Julia Harris | Miscellaneous - Affidavit of Julia Harris | 09/15/2022 |
| 33 - Affidavit of Derrell Deaton | Miscellaneous - Affidavit of Derrell Deaton | 09/09/2022 |
| 32 - Letter to Court re Order to Produce | Miscellaneous - Agency's Letter to Court | 09/06/2022 |
| 31 - Declaration of Julia Harris | Miscellaneous - Declaration of Julia Harris | 09/06/2022 |
| Affidavit of Lavoushia Snow | Miscellaneous - Affidavit of Lavoushia Snow | 09/06/2022 |
| Designation of Representation Form_Kellett | Miscellaneous - Agency's Designation of Representation | 09/01/2022 |
| Order Rescheduling Initial Conference | Initial Conference Order | 08/26/2022 |
| Order to Produce | Other Order | 08/26/2022 |
| Dupree Joint Statement_3 | Miscellaneous - Joint Statement | 03/21/2022 |
| Misty Dupree v. Department of Labor 570-2020-01194X REASSIGNMENT ORDER | Other Order | 03/14/2022 |
| Designation of Representative 570-2020-01194X.pdf | Miscellaneous | 02/22/2022 |

| Document | Type | Date |
|---|---|---|
| Agency's Opposition to Motion for Sanctions - Exhibit A | Sanctions - Response | 08/02/2021 |
| Agency's Opposition to Motion for Sanctions | Sanctions - Response | 08/02/2021 |
| Designation of Rep.pdf | Miscellaneous | 07/16/2021 |
| RE_ Misty Dupree v. Department of Labor_ EEOC No. 570-2020-01194X_ Order for Response to Complainant_s Motion for Sanctions | Other Order | 07/16/2021 |
| Dupree - Motion for Sanctions.pdf | Sanctions | 07/14/2021 |
| Dupree - Supplementation.pdf | Miscellaneous | 07/09/2021 |
| Misty Dupree v. DOL_570-2020-01194X_AO_IC | Initial Conference & Scheduling Order | 06/23/2021 |
| Agency PCI | Preliminary Case Information Response | 05/05/2021 |
| PCI Extension Request - Letter | Miscellaneous - Letter Request for Extension of PCI Submission | 04/16/2021 |
| PCI EEOC 4.8.2021.pdf | Preliminary Case Information Response | 04/08/2021 |
| Misty Dupree v. DOL_570-2020-01194X_Acknowledgment Order | Acknowledgement Order | 04/07/2021 |
| PCI Misty Dupree0001.pdf | Filing Pre-Hearing Report | 10/08/2020 |
| Dupree Misty | Acknowledgement Order | 09/23/2020 |
| DOL-20-04-006 Dupree M Final eROI (Vol 1 - 4) | Report of Investigation | 09/16/2020 |
| 570-2020-01194X_adr_Agreement_to_Participate | Complainant Agreement to Participate in ADR | 07/11/2020 |
| 570-2020-01194X_adr_confidentiality_agreement | Complainant Confidentiality Agreement | 07/11/2020 |
| DOL-20-04-006 Dupree M Final eROI (Vol 1 of 4) | Report of Investigation | 06/12/2020 |
| DOL-20-04-006 Dupree M Final eROI (Vol 3 of 4) | Report of Investigation | 06/12/2020 |
| DOL-20-04-006 Dupree M Final eROI | | |