# **<u>Exhibit B</u>**

### IN THE STATE COURT OF COBB COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| VANESSA PENA PORRAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Case No. 23-A-1724 |
| | ) |
| SITEMED, INC. AND LANCE WALKER, | ) |
| | ) |
| Defendants. | ) |

### **DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL**

Notice is hereby given that Defendants SiteMed, Inc. and Lance Walker have removed the above-styled case to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. § 1441.  A copy of the Notice of Removal to Federal Court is attached hereto as **Exhibit 1**.

In accordance with 28 U.S.C. § 1446(d), this Court "shall proceed no further unless and until the case is remanded."

Respectfully submitted this 28th day of August, 2023.

> */s/Jana L. Korhonen*
> Jana L. Korhonen
> Georgia Bar No. 100125
> OGLETREE, DEAKINS, NASH,
> SMOAK & STEWART, P.C.
> 191 Peachtree Street, NE, Suite 4800
> Atlanta, GA 30303
> jana.korhonen@ogletree.com
> T: (404) 870-1791
> F: (404) 870-1732
> ***Attorneys for Defendants***

**IN THE STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| VANESSA PENA PORRAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Case No. 23-A-1724 |
| | ) |
| SITEMED, INC. AND LANCE WALKER, | ) |
| | ) |
| Defendants. | ) |

## **CERTIFICATE OF SERVICE**

I certify that on the 28th day of August, 2023, I electronically filed the foregoing Defendants' Notice of Filing Notice of Removal with the Clerk of Court and placed a copy of same to counsel of record via U.S Mail and email addressed as follows:

Charles M. Dalziel, Jr.
Dalziel Law Firm
680 Village Trace NE Building 20E
Marietta, GA 30060
chuck@dalziellawfirm.com

                                               */s/ Jana L. Korhonen*
                                               Jana L. Korhonen
                                               Georgia Bar No. 100125