# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VANESSA PENA PORRAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| SITEMED, INC. AND LANCE WALKER, | ) |
| | ) |
| | ) |
| Defendants. | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants SiteMed, Inc. and Lance Walker (collectively, "Defendants"), by and through their undersigned counsel, in accordance with LR 3.3, NDGa. and Fed. R. Civ. P. 7.1, and submit the following Certificate of Interested Persons and Corporate Disclosure Statement:

1.  **The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:**

Plaintiff Vanessa Pena Porras.

Defendant SiteMed, Inc. does not have any parent corporation or any publicly held corporation owning 10% of more of its stock.

Defendant Lance Walker.

2. **The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:**

SiteMed North America, LLC (only if added as a defendant as referenced in the Amended Complaint).

3. **The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:**

Charles M. Dalziel, Jr. of the Dalziel Law Firm is serving as counsel for the Plaintiff.

Jana L. Korhonen, Michael McKnight, permission to appear *pro hac* vice forthcoming, and Vanessa N. Garrido, permission to appear *pro hac* vice forthcoming, of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. are serving as attorneys for the Defendants.

Respectfully submitted this 28th day of August, 2023.

>/s/*Jana L. Korhonen*
> Jana L. Korhonen
> Georgia Bar No. 100125
> OGLETREE, DEAKINS, NASH,
> SMOAK & STEWART, P.C.
> 191 Peachtree Street, NE, Suite 4800
> Atlanta, GA 30303
> jana.korhonen@ogletree.com
> T: (404) 870-1791
> F: (404) 870-1732
>
> ***Attorneys for Defendants***

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VANESSA PENA PORRAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. |
| SITEMED, INC. AND LANCE WALKER, | ) ) ) ) |
| Defendants. | |

### CERTIFICATE OF SERVICE

It is hereby certified that on August 28, 2023, the foregoing DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was filed electronically with the Clerk of Court using the CM/ECF system and that a copy was served on the following via first-class U.S. Mail, postage paid addressed as follows:

Charles M. Dalziel, Jr.
Dalziel Law Firm
680 Village Trace NE Building 20E
Marietta, GA 30060
chuck@dalziellawfirm.com

*/s/Jana L. Korhonen*
Jana L. Korhonen
Georgia Bar No. 100125

4