## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| FANTASIA DAWSON,<br><br>     Plaintiff,<br><br>v.<br><br>THE KROGER CO.,<br>1160 MORELAND AVE SE, LLC,<br>JOHN DOE A-B, and<br>ABC CORPORATIONS 1-5,<br><br>     Defendants. | Civil Action File No.<br><br>_____<br><br>Removed from DeKalb County State Court, Civil Action No. 23A02972<br><br>JURY TRIAL DEMANDED |

## DEFENDANT 1160 MORELAND AVE SE, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW 1160 Moreland Ave SE, LLC, named as a defendant in the *Complaint* of Plaintiff Fantasia Dawson (hereinafter referred to as "Plaintiff") by and through undersigned counsel, and files this, its *Answer and Defenses* thereto, further showing this honorable Court as follows:

### FIRST DEFENSE

For a first defense, Defendant 1160 Moreland Ave SE, LLC ("Defendant" or "1160 Moreland") responds to the enumerated paragraphs of the *Complaint* as follows:

## PRELIMINARY STATEMENT

### 1.

Defendant denies the averments alleged in Paragraph 1 of Plaintiff's *Complaint* and demands strict proof thereof.

## PARTIES, JURISDICTION, AND VENUE

### 2.

Upon information and belief, admitted that Plaintiff is a resident of the State of Georgia.

### 3.

Defendant 1160 Moreland is without knowledge or information sufficient to either admit or deny the averments alleged in this paragraph.

### 4.

Defendant 1160 Moreland is without knowledge or information sufficient to either admit or deny the averments alleged in this paragraph.

### 5.

Defendant 1160 Moreland is without knowledge or information sufficient to either admit or deny the averments alleged in this paragraph.

6.

Defendant 1160 Moreland admits that it is a limited liability company formed under the laws of the State of Florida and it is registered and authorized to transact business in Georgia; otherwise, denied.

7.

Admitted.

8.

Admitted.

9.

Denied.

10.

Denied.

11.

Denied.

12.

Denied.

13.

Denied.

14.

Denied.

15.

Denied.

16.

The averments alleged in this paragraph of the *Complaint* are denied as written.

17.

Denied.

18.

Denied.

## FACTS AND ALLEGATIONS OF LIABILITY

19.

In response to the averments alleged in this paragraph of Plaintiff's *Complaint*, Defendant restates and incorporates its responses to the foregoing paragraphs as if fully stated herein.

20.

Defendant is without knowledge or information sufficient to either admit or deny the averments alleged in this paragraph; said averments therefore stand as denied by operation of law.

21.

Denied.

22.

Denied.

23.

Denied.

24.

Denied.

25.

Denied.

<u>COUNT I</u>
<u>ALLEGED NEGLIGENT MAINTENANCE OF PREMISES AS TO ALL
DEFENDANTS</u>

26.

In response to the averments alleged in this paragraph of Plaintiff's *Complaint*, Defendant restates and incorporates its responses to the foregoing paragraphs as if fully stated herein.

27.

Denied.

28.

Denied.

29.

Denied.

30.

Denied.

31.

Denied.

COUNT II

ALLEGED NEGLIGENT FAILURE TO WARN AS TO THE KROGER CO.

32.

In response to the averments alleged in this paragraph of Plaintiff's *Complaint*, Defendant restates and incorporates its responses to the foregoing paragraphs as if fully stated herein.

33.

Denied.

34.

The averments alleged in this paragraph of Plaintiff's *Complaint*, including all subparts, are denied.

35.

Denied.

36.

Denied.

37.

Denied.

## COUNT III
## ALLEGED VICARIOUS LIABILITY AS TO THE KROGER CO.

### 38.

In response to the averments alleged in this paragraph of Plaintiff's *Complaint*, Defendant restates and incorporates its responses to the foregoing paragraphs as if fully stated herein.

### 39.

Denied.

### 40.

Denied.

## COUNT IV
## ALLEGED NEGLIGENT TRAINING AND SUPERVISION AS TO THE KROGER CO.

### 41.

In response to the averments alleged in this paragraph of Plaintiff's *Complaint*, Defendant restates and incorporates its responses to the foregoing paragraphs as if fully stated herein.

### 42.

Denied.

43.

Denied.

44.

Denied.

45.

Denied.

46.

Denied.

## DAMAGES

47.

In response to the averments alleged in this paragraph of Plaintiff's *Complaint*, Defendant restates and incorporates its responses to the foregoing paragraphs as if fully stated herein.

48.

Denied.

49.

Denied.

50.

Denied.

51.

Denied.

52.

Denied.

53.

Denied.

54.

For a response to any averments alleged in the "WHEREFORE" paragraph following Paragraph 53 of Plaintiff's *Complaint*, Defendant denies same and demands strict proof thereof.

55.

Any averment alleged in Plaintiff's *Complaint* which has not been expressly admitted in this Answer is hereby denied, and strict proof of every said averment is hereby demanded.

## **SECOND DEFENSE**

Plaintiff's *Complaint* fails to state a claim upon which relief can be granted, in whole or in part.

## THIRD DEFENSE

No action or omission on the part of Defendant proximately caused the accident at issue or the alleged injuries and damages of Plaintiff, and therefore Plaintiff cannot recover from Defendant.

## FOURTH DEFENSE

Defendant breached no legal duty owing Plaintiff, and therefore Plaintiff cannot recover from Defendant.  At all times, Defendant exercised that degree of care required by law; therefore, Plaintiff may not recover from Defendant in any sum or manner whatsoever.

## FIFTH DEFENSE

Defendant asserts that the defenses of contributory and comparative negligence may bar Plaintiff from recovery or shall apply such that any recovery awarded her must be reduced in proportion to her negligence with respect to the purported accident at issue.

## SIXTH DEFENSE

Defendant reserves the right to set forth further and/or additional defenses as may be revealed via discovery.

## SEVENTH DEFENSE

Defendant 1160 Moreland owed no applicable legal duty to Plaintiff.

## EIGHTH DEFENSE

Defendant 1160 Moreland asserts the defense codified at O.C.G.A. § 44-7-14.

WHEREFORE, having fully responded to the averments in Plaintiff's *Complaint*, Defendant 1160 Moreland Ave SE, LLC respectfully prays:

(a)     That judgment is rendered in favor of it and against Plaintiff;

(b)     That it be discharged with all costs cast against Plaintiff;

(c)     That this matter be tried by a jury of twelve persons regarding any issues not subject to summary adjudication; and

(d)     For such other and further relief as is just and proper.

Respectfully submitted, this the 28th day of August, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | |
| **MOFFETT & BRIESKE, L.L.P.** | */s/ Jeffrey M. Wasick* |
| 950 East Paces Ferry Road, NE | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia Bar No. 515323 |
| Atlanta, Georgia 30326 | Jeffrey M. Wasick |
| Telephone:  (404) 870-7444 | Georgia Bar No. 778423 |
| Facsimile:   (404) 870-1072 | *Attorneys for Defendant 1160* |
| | *Moreland Ave SE, LLC* |

<u>CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH L.R. 5.1</u>

This is to certify that on this date, the undersigned filed a true and correct copy

of DEFENDANT 1160 MORELAND AVE SE, LLC'S ANSWER AND

DEFENSES TO PLAINTIFF'S COMPLAINT with the Clerk of Court using the

CM/ECF system and served all parties of record via electronic service through the

CM/ECF system to:

Kristina Ducos, Esq.
THE DUCOS LAW FIRM, LLC
600 Peachtree St. NE, Suite 3710
Atlanta, Georgia 30308

Further, this is to certify that the foregoing pleading complies with the font

and point selections approved by the Court in Local Rule 5.1. It is prepared in Times

New Roman 14-point font.

Respectfully submitted, this the 28th day of August, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**           */s/ Jeffrey M. Wasick*
950 East Paces Ferry Road, N.E.         Matthew G. Moffett
Suite 1700 – Salesforce Tower Atlanta   Georgia Bar No. 515323
Atlanta, Georgia 30326                  Jeffrey M. Wasick
Telephone:  (404) 870-7444              Georgia Bar No.  778423
Facsimile:  (404) 870-1072              *Attorneys for Defendant 1160*
Email:     mmoffett@grsmb.com           *Moreland Ave SE, LLC*
           jwasick@grsmb.com