IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FANTASIA DAWSON,<br><br>    Plaintiff,<br><br>v.<br><br>THE KROGER CO.,<br>1160 MORELAND AVE SE, LLC,<br>JOHN DOE A-B, and<br>ABC CORPORATIONS 1-5,<br><br>    Defendants. | Civil Action File No.:<br><br>_____<br><br>Removed from DeKalb County State Court, Civil Action No. 23A02972<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' JURY DEMAND

COME NOW Defendants The Kroger Co. and 1160 Moreland Ave SE, LLC ("Defendants"), by and through undersigned counsel, pursuant to Rule 38 of the Federal Rules of Civil Procedure, and hereby demand a trial by jury of twelve persons.

Respectfully submitted, this the 28th day of August, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,**<br>**MOFFETT & BRIESKE, L.L.P.**<br>950 East Paces Ferry Road NE<br>Suite 1700<br>Atlanta, Georgia 30326<br>Telephone:  (404) 870-7444<br>Facsimile:   (404) 870-1072 | */s/ Jeffrey M. Wasick*<br>Matthew G. Moffett<br>Georgia Bar No.:  515323<br>Jeffrey M. Wasick<br>Georgia Bar No.: 778423<br>*Attorneys for Defendants* |

    E-mail:    mmoffett@grsmb.com
                    jwasick@grsmb.com

CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH L.R. 5.1

This is to certify that on this date, the undersigned served a true and correct copy of the foregoing pleading with the Clerk of Court using the CM/ECF system and served all parties of record via electronic service through the CM/ECF system to:

Kristina Ducos, Esq.
THE DUCOS LAW FIRM, LLC
600 Peachtree St. NE, Suite 3710
Atlanta, Georgia 30308

Further, this is to certify that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

Respectfully submitted, this the 28th day of August, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | |
| **MOFFETT & BRIESKE, L.L.P.** | */s/ Jeffrey M. Wasick* |
| 950 East Paces Ferry Road NE | Matthew G. Moffett |
| Suite 1700 | Georgia Bar No.: 515323 |
| Atlanta, Georgia 30326 | Jeffrey M. Wasick |
| Telephone: (404) 870-7444 | Georgia Bar No.: 778423 |
| Facsimile: (404) 870-1072 | *Attorneys for Defendants* |
| E-mail: mmoffett@grsmb.com | |
| jwasick@grsmb.com | |