EXHIBIT C

8/26/23, 7:39 PM New LinkedIn offices open in Midtown Atlanta as part of larger local tech boom – WSB-TV Channel 2 - Atlanta

Case 1:23-mi-99999-UNA Document 2767-3 Filed 08/29/23 Page 2 of 3



89°  WATCH

NEWS  WEATHER  VIDEO  2 INVESTIGATES  SPORTS  WSB 75TH  ELECTION INVESTIGATION  HOME EXPERTS  STEALS AND DEALS

LinkedIn opens new offices in Midtown

Resize:   

Live Streams





Drag to Resize Video

NOW PLAYING ABOVE

ATLANTA

# New LinkedIn offices open in Midtown

   

By **Audrey Washington, WSB-TV**

May 31, 2022 at 3:46 pm EDT

# Atlanta as part of larger local tech boom

LinkedIn opens new offices in Midtown

   

By **Audrey Washington, WSB-TV**

May 31, 2022 at 3:46 pm EDT

ATLANTA — A major name in the tech world just moved into midtown Atlanta.

LinkedIn, the business and employment online service corporation, opened up office space inside the new Microsoft building on 17th Street this week.

[DOWNLOAD: Free WSB-TV News app for alerts as news breaks]

ADVERTISEMENT

"It's really built for how people are working now," Andrew McCaskill, the company's career expert said.

McCaskill walked **Channel 2′s Audrey Washington** through the office on Tuesday.

"We have spaces like this where you can collaborate with your team and there's all kinds of whiteboarding equipment," said McCaskill.

TRENDING STORIES:

- 'Armed and dangerous' teen turns himself in to police following deadly shooting
- Vigil planned at metro school for family members killed in Savannah boat crash
- Gwinnett man deposited hundreds into a Bank of America ATM -- but it never showed up

The new Linkedin Atlanta space is a part of a bigger tech boom happening in the area. NCR and Google are both in the same area.

Last year, we spoke with Curtis Kirksey during the construction of the new Google building in midtown Atlanta. He enrolled in Google's I-T certificate program.

Kirksey said he looked forward to all the jobs the tech boom will bring to the area.

"Your opportunities are endless when it comes to this type of industry," Curtis Kirksey said. "And to know that they're in my backyard, gives me hope," said Kirksey.

[SIGN UP: WSB-TV Daily Headlines Newsletter]

"It's going to be incredibly competitive for tech talent and highly technical talent in Atlanta," McCaskill said.

LinkedIn Atlanta is the company's first office in the Southeast.