**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| SCANCOMM LLC, | |
| Plaintiff, | |
| v. | Civil Action No. _____ |
| LINKEDIN CORPORATION, | JURY TRIAL DEMANDED |
| Defendant. | |

**Plaintiff's Rule 7.1 Disclosure Statement**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

Dated: August 29, 2023                    Respectfully submitted,

/s/ Cortney Alexander
Cortney Alexander
Kent & Risley LLC
5755 North Point Pkwy STE 57
Alpharetta, GA 30022
404-855-3867
cortneyalexander@kentrisley.com

Counsel for Plaintiff

1