# I-797 | NOTICE OF ACTION
DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| | |
|---|---|
| Receipt Number: EAC1920150653 | Case Type: Form I-360, Petition for Amerasian, Widow(er), or Special Immigrant |
| Receipt Date: June 4, 2019 | Self-Petitioner: UZOR, CHINEDU |
| Notice Date: June 4, 2021 | A Number: A219034260 |
| CHINEDU SOLOMON UZOR<br>REX D FRIEND ATTORNEY AT LAW<br>c/o REX DUANE FRIEND<br>3801 N CLASSEN BLVD SUITE #8<br>OKLAHOMA CITY, OK 73118 | |

| | |
|---|---|
| Notice Type: Approval Notice | Section: Self-Petitioning Spouse of U.S.C or L.P.R |
| Priority Date: October 15, 2018 | Class: IB1 |

The above petition has been approved.

The petition indicates that you, the self-petitioner, are in the United States and will apply for adjustment of status. You should contact the local USCIS office to obtain Form I-485, Application to Register Permanent Resident or Adjust Status. A copy of this notice should be submitted with the application.

If you decide to apply for a visa outside the United States based on this petition, you should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that need consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

Please read the back of this form carefully for more information.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

EMPLOYMENT AUTHORIZATION:
You are authorized to work in the United States under the C31 classification. Your Employment Authorization Document will be mailed to you separately.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479

VSCI360VSCVAW000018204182                         1 of 2                         www.uscis.gov

FORM I-797 (REV. 08/01/16)

# I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
## U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| | |
|---|---|
| Receipt Number: EAC1920150653 | Case Type: Form I-360, Petition for Amerasian, Widow(er), or Special Immigrant |
| Notice Type: Supplemental Notice of Deferred Action | A Number: A219034260 |
| Notice Date: June 4, 2021 | Receipt Date: June 4, 2019 |
| CHINEDU SOLOMON UZOR<br>REX D FRIEND ATTORNEY AT LAW<br>c/o REX DUANE FRIEND<br>3801 N CLASSEN BLVD SUITE #8<br>OKLAHOMA CITY, OK 73118 | Self-Petitioner: UZOR, CHINEDU |

The above referenced Form I-360 Petition for Amerasian, Widow(er), or Special Immigrant, filed by you, was approved on April 13, 2021. This notice is a supplement to the approval notice previously sent to you.

**INITIAL GRANT OF DEFERRED ACTION:**

U.S. Citizenship and Immigration Services (USCIS) has decided to place this case under deferred action, which is an administrative choice to give some cases lower priority for removal. Therefore, USCIS does not anticipate instituting action for removal at this time. Deferred action will remain in effect for a period of 15 months from the date of this notice, unless terminated earlier by USCIS for reasonable cause and upon appropriate notice.

Pursuant to 8 CFR Sec274a.12(c)(14), a noncitizen who is under deferred action is eligible to submit an application for employment authorization, if the noncitizen establishes an economic necessity for employment. This application, on Form I-765, should be filed with this office. The noncitizen must provide information regarding his or her assets, income and expenses in accordance with the instructions on the Form I-765.

In order to extend your Deferred Action status (DAS), you must submit your request in writing or file Form I-765 for Employment Authorization, pursuant to 8 CFR Sec274a.12(c)(14) WITH THIS OFFICE. If you still qualify, Deferred Action will be extended at the time your application for employment or written submission is approved.

If you are represented by an attorney, all further correspondence should be accompanied by Form G-28. This form does not constitute employment authorization nor may it be used in place of an Employment Authorization Document.

You will be notified separately about any other applications or petitions you filed. Save this notice. Please enclose a copy of it if you write to us about this case, or if you file another application based on this decision. Our address is:

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
ST. ALBANS, VT  05479