Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| Receipt Number<br>EAC2133351125 | | Case Type<br>I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS |
|---|---|---|
| Received Date<br>08/10/2021 | Priority Date | Applicant A219 034 260<br>UZOR, CHINEDU SOLOMON |
| Notice Date<br>12/07/2021 | Page<br>1 of 1 | Beneficiary A219 034 260<br>UZOR, CHINEDU SOLOMON |

ARASH VARSHOSAZ
712 WESTRIDGE DRIVE
YUKON OK 73099

**Notice Type:** Transfer Notice

In order to speed up processing, **we transferred the application or petition ("your case") listed above** to the following USCIS office for processing:

NATIONAL BENEFITS CENTER, P.O. BOX 648005, LEE'S SUMMIT, 64064

That office will notify you in writing when they make a decision on your case or if they need additional information.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283** or visit the USCIS website at www.uscis.gov (if you are hearing impaired, the NCSC TDD number is 1-800-767-1833). If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the NCSC at 1-800-375-5283 or visit our website at www.uscis.gov.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001
**USCIS Contact Center:** www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C  04/01/19

| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| EAC2133351125 | | I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS |
| **Received Date** 08/10/2021 | **Priority Date** | **Applicant** A219 034 260 UZOR, CHINEDU SOLOMON |
| **Notice Date** 12/07/2021 | **Page** 1 of 1 | **Beneficiary** A219 034 260 UZOR, CHINEDU SOLOMON |

CHINEDU SOLOMON UZOR
c/o ARASH VARSHOSAZ
712 WESTRIDGE DRIVE
YUKON OK 73099

**Notice Type:** Transfer Notice

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

In order to speed up processing, **we transferred the application or petition ("your case") listed above** to the following USCIS office for processing:

  NATIONAL BENEFITS CENTER, P.O. BOX 648005 , LEE'S SUMMIT, 64064

That office will notify you in writing when they make a decision on your case or if they need additional information.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283** or visit the USCIS website at www.uscis.gov (if you are hearing impaired, the NCSC TDD number is 1-800-767-1833). If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the NCSC at 1-800-375-5283 or visit our website at www.uscis.gov.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001
USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C  04/01/19