

LIMITED TERM

L1354690952

**Residential Address**

CHINEDU S UZOR
6125 ROSWELL RD UNIT 524
ATLANTA GA 30328-3939
FULTON

**Issue Date: 08/18/2023**
DL NO: 070237893
DOB: 08/15/1988
Sex: M
Eye Color: BRO
Height: 5' 7" Weight: 190 lb

**Mailing Address**

CHINEDU S UZOR
6125 ROSWELL RD UNIT 524
ATLANTA GA 30328-3939
FULTON

**MOTOR VOTER:** Your license/ID application indicated that
you chose to opt-out of voter registration or updating that
registration information. In the event you wish to register
to vote or to update your registration information in the
future, please contact your county registrar's office or visit
the Secretary of State's website at:
registertovote.sos.ga.gov.

**CARD:** DRIVER'S LICENSE

**CLASS:**
C-≤ 26,000 lbs. GVWR and Trailer ≤ 10,000 lbs. All
recreational vehicles included

**RESTRICTIONS:** A-None

**MEDICAL INFORMATION:** BLOOD TYPE O+



Governor Brian P. Kemp    Commissioner Spencer R. Moore

B.P.K.    Spencer R. Moore

You are required to operate a vehicle subject to the class, endorsements and restrictions applied on this
receipt. This receipt meets the requirement to have a license in the driver's immediate possession while
operating a motor vehicle. This receipt is verification that can be confirmed by either the Georgia Department
of Driver Services (DDS) or the Georgia Crime Information Center (GCIC) as found in O.C.G.A § 40-5-29.

**This temporary DL/ID may only be valid for up to 120 days based upon submission of all required
documents.**
Once all required documents have been submitted, you should receive your permanent DL/ID card by mail
within 30 days of receiving this document. **Provide this receipt with your expired DL/ID when visiting
the tag office or conducting transactions with any other business.**

**NOTE:** Customers who did not present all required documents WILL NOT receive their DL/ID in the mail
until the missing documentation is submitted.

Please visit our website at www.dds.georgia.gov or download our moblie app to check the status of your
license.



The DDS 2 GO mobile app is available in the App Store or Google Play.

