

SUPREME COURT OF GEORGIA
Case No. S21H1295

February 07, 2023

The Honorable Supreme Court met pursuant to adjournment.

The following order was passed:

ISAAC BEASLEY v. THOMAS GRAMIAK, WARDEN.

Upon consideration of the application for certificate of probable cause to appeal the denial of habeas corpus, it is ordered that it be hereby denied.

*All the Justices concur.*

Trial Court Case No. 15-V-0597

**SUPREME COURT OF THE STATE OF GEORGIA**

Clerk's Office, Atlanta

I certify that the above is a true extract from the minutes of the Supreme Court of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Therese S. Barnes*, Clerk