# REMITTITUR

## SUPREME COURT OF GEORGIA

February 07, 2023

**Case No. S21H1295**

The Honorable Supreme Court met pursuant to adjournment.

The following order was passed:

ISAAC BEASLEY v. THOMAS GRAMIAK, WARDEN.

This case came before this Court upon an appeal from the Superior Court of Ware County and it is considered and adjudged that the remittitur be transmitted to that court with the attached decision.

All the Justices concur.

Lower Court Case No.
   15-V-0597

Costs paid: $80

**SUPREME COURT OF THE STATE OF GEORGIA**

Clerk's Office, March 06, 2023

I hereby certify that the above is a true extract from the minutes of the Supreme Court of Georgia.
Witness my signature and the seal of said Court hereto affixed the day and year last above written.

*Pamela M. Fishburne*, Deputy Clerk