**Exhibit A to the Complaint**

**Location:** Atlanta, GA  
**Total Works Infringed:** 33

**IP Address:** 4.26.56.246  
**ISP:** Lumen

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B95E2CBF4743220A78CF9A2963DD08C6D8724017<br>File Hash: 5CAFFD340A1A94E5F20E9B151A98F62B5CB9585DF7AEDC77ECA717E6320B386B | 06-10-2023 01:49:25 | Tushy | 06-04-2023 | 06-09-2023 | PA0002415359 |
| 2 | Info Hash: D64412118B365A4B5898019CDF5589510838FCA9<br>File Hash: 01FA7C6D6CFF06D8986D7921F94E5FF949AD01D4AB34927A24290F6230BF3895 | 05-29-2023 23:40:51 | Vixen | 05-26-2023 | 06-09-2023 | PA0002415392 |
| 3 | Info Hash: CBF8441744FD3BF98E0173CF5B28A98CF83F08A6<br>File Hash: 3C5AE45DB4437A987493F706E5212752C5311934AF641531FD2B5F29D0E017BB | 05-22-2023 22:32:25 | Vixen | 05-19-2023 | 06-09-2023 | PA0002415364 |
| 4 | Info Hash: 59DD288BAADF757205CE3C3D12775311336DBC5A<br>File Hash: E4B93F1FED8D0E4337F296DAED5853EF61ABEC297606DF842E7A116EF9574F93 | 04-04-2023 00:34:39 | Vixen | 03-31-2023 | 04-09-2023 | PA0002405749 |
| 5 | Info Hash: E26BA1DA42DDE8C96BA3C3C4D840CA4EF82880BC<br>File Hash: 8CE8D97AF0FE64C70B675E4DFC8A8DE38BB4F1D7433BB99559C3397B83349607 | 03-28-2023 00:34:42 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 6 | Info Hash: 2120DFD96A20E8509A3633E7094AB1671FAC7067<br>File Hash: 8B6E54FD5073CA91378066DAB871D3A7719166D06817BEB2FE85337EAB117E7C | 02-14-2023 04:36:23 | Vixen | 02-10-2023 | 03-08-2023 | PA0002400313 |
| 7 | Info Hash: F6D7218591C06AC38326B36294D2C552B85199D5<br>File Hash: 62EE633A17BDA5B54F5CB19D185634761E874A89153C15DB5BB0D57F47223A8B | 02-07-2023 00:05:54 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 8 | Info Hash: 859CE452D047108C0906D5D7D5D566175C2782D0<br>File Hash: 631FE77C717D6660123AB8DE8B89644C85A8D0BBCAE9FE2FDC3FE161D89F6A75 | 02-03-2023 21:44:01 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 9 | Info Hash: 2E0B55853DBE8D43D893BAED034ED6E7203DC238<br>File Hash: 268931F60F7756E1251BB366DE5A42628CB27C2412A97C5DF79B3C644DB97B5E | 01-23-2023 23:46:40 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 10 | Info Hash: C007925479E9CAE8464CB50F5733191C0EC1764A<br>File Hash: 34B99FCF3503E925DA02EB09DA25808E24D5EB62BCE0402C837DB758CDAE249C | 01-01-2023 23:55:08 | Vixen | 12-30-2022 | 01-10-2023 | PA0002389585 |
| 11 | Info Hash: 349A6EC9CB55F19BC4B98BF626C6E86B0C20F761<br>File Hash: 7E31F2BA77781F5A5FADCF63157738134F6ED8CA5B7FAF3217BE490646CF1549 | 12-25-2022 12:53:08 | Vixen | 12-23-2022 | 01-10-2023 | PA0002389606 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: AB2C0AC43E536B2195555F021C1DDDA642AB8E0F<br>File Hash: 3E8089AF9B10BCE9B5073612DF72A785031B421F692353562F8C0EE35400366C | 12-04-2022 00:40:47 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 13 | Info Hash: 388128E50D34A2E03CCD58ABDF06E8FE7EBE2BD6<br>File Hash: F2202549902BF70E29B42197CC6F0F8FA4F83AB41FCDF2DA060D7D79FF76A6D7 | 10-24-2022 12:21:34 | Tushy | 10-16-2022 | 11-27-2022 | PA0002388606 |
| 14 | Info Hash: 1A76A113C1D33455F6FB4D100985C9DA1974F425<br>File Hash: 3A1FA743DEEE32C83316CCC75083FEBCC7CAAF64D5BE1B92439D792FDBDBA248 | 07-25-2022 02:48:07 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 15 | Info Hash: 2B8FBAF88AFCE49CF569799FABC99D77157C7917<br>File Hash: BA647865F9C6F80B469BD9BC64EC18BC828874898DFF2B3AA6D9FECC9D63E7BC | 07-20-2022 00:54:17 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |
| 16 | Info Hash: 8D084151BC3BB0184A284913F8756A95942EC720<br>File Hash: 55006DE9A9044C14737EFE43D27A79D43DD51BCD53A887462B4B898E7CA1B9BD | 07-19-2022 21:33:40 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 17 | Info Hash: 05438F2CF69D18238BBA727486A2E2701D8C6209<br>File Hash: 2410CBC313B4B1900B9EA08395296AB2AC2FC150963C30152F45421D5C4DE38C | 07-10-2022 17:59:00 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |
| 18 | Info Hash: D80963110ABABE1454C1834BE5A9796BEA1556D0<br>File Hash: 3F29281EB1D3CDAA22733A8A713A8AF85CBD0CD5D6C55CA0B4A04EC3AE06744C | 06-26-2022 20:45:31 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |
| 19 | Info Hash: F2753FE2E59D29D8ACB26350CE4D2DBF4715B1A0<br>File Hash: C61912E4DD2E45DC46042F0453C130FA458F82663D731469874A05919448D87B | 06-15-2022 21:35:49 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 20 | Info Hash: 3FD96EBAB156AB06D2F9D8793A1D2C1C629E602B<br>File Hash: E5C8FAADE01BBBF1AC7CC76DD6E7E6CC5A17EF7628A0C5CDB1C4D6BB3CA3C7CA | 05-30-2022 03:51:29 | Vixen | 05-27-2022 | 06-27-2022 | PA0002355035 |
| 21 | Info Hash: 8323619ED0630D1A8DFDC2C02EEFA69D761A3222<br>File Hash: 47A5D7F972D7BB1DC599804523CA3E710E38C0E77E62FEECA8A23D491914866A | 05-15-2022 12:37:47 | Vixen | 05-13-2022 | 05-20-2022 | PA0002350373 |
| 22 | Info Hash: A146487AACDD6DCF14F2D14EDF57A8BFF32765C3<br>File Hash: 569E599A65752A25656B0C43184994DEF17447FDE3F7D9B6A3872CE78243F8BA | 04-17-2022 15:10:49 | Vixen | 04-15-2022 | 04-23-2022 | PA0002346429 |
| 23 | Info Hash: 12C206C8431717A14E9FB156DDE831C3E6CFD012<br>File Hash: F0D6752EB51CF456BB96616610372C598DA5A398D6F4433D0A2A5363391D8357 | 04-09-2022 14:03:41 | Tushy | 04-03-2022 | 04-21-2022 | PA0002353478 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: FD5C62D3613EF573E62CD6548E3BDFA287B049F1<br>File Hash: D69EA86DE6D070D289158FCFAC79742948FA880377BB95F432466115FA63BC67 | 04-04-2022 00:06:43 | Vixen | 04-01-2022 | 04-23-2022 | PA0002346428 |
| 25 | Info Hash: 117CA95ECA49CAFAEFB42B0B343C6631B6B37BBD<br>File Hash: 9746EDC3063F53EBE110CFCB65D94D0E48DE56AC10EDD87A90C772E2648142ED | 03-10-2022 22:03:34 | Vixen | 03-04-2022 | 03-29-2022 | PA0002342709 |
| 26 | Info Hash: 89F958D507CD3D674F1E7D1779C02D717C70434C<br>File Hash: B5D31B55B67A613807EBBE4CE720BB877617D202C94A27E457204CD09B918633 | 02-27-2022 15:40:39 | Vixen | 02-25-2022 | 03-29-2022 | PA0002342849 |
| 27 | Info Hash: 1D26D49A84F60EA8D2A668CC3255CBC054F35BA9<br>File Hash: AD3A01BCB924A9D59D41E8902AD47F44EE783F5F1DD6EB2531D52DB3B18EA612 | 02-21-2022 19:52:12 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 28 | Info Hash: F4E88DD4D5E68CA69DE9386D432907B68F0921C3<br>File Hash: 350BF3F6FB1A8CC74C1E18A622DA7F117C0DB94CD9293EE1C20CBB29FF7E50C6 | 02-12-2022 01:29:55 | Tushy | 02-06-2022 | 02-14-2022 | PA0002335460 |
| 29 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash: 478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 02-06-2022 15:01:41 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 30 | Info Hash: 2E04A1ABABEEFFF520DC32105A29CAC03952C337<br>File Hash: FDCB61956B588C2515BEE9EDEA7F8D965A8544D90405ABF07B7D6521317E7096 | 02-06-2022 00:59:39 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |
| 31 | Info Hash: A085B82D358EAD8FCE62902BBCF6032CB3D6B494<br>File Hash: 5EAE2433C94B1A694BAC5AC942AEC6F4DB4A3ECDCEEB62AC8631481C2F3AC33E | 01-16-2022 00:21:21 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 32 | Info Hash: 2E1260EE2B34D8EE9E28E7E943E3FF0793DB4158<br>File Hash: E0C06B52CF137C8F496B290F360828E3F56CF1B4835ACAC44847D828B35817EE | 01-01-2022 03:08:39 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |
| 33 | Info Hash: EE164157CC85B1C5589DEDCB523C91D750A75399<br>File Hash: 3C436FD215694282EC63C7412A3D4801978123631FBB513B382C2AB897FD099A | 01-01-2022 03:07:59 | Vixen | 11-19-2021 | 12-09-2021 | PA0002325815 |