**Exhibit A to the Complaint**

**Location:** Kennesaw, GA  **IP Address:** 174.163.111.64
**Total Works Infringed:** 73  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 557ED391A491D14DCC683E7A2F5F7B1D4093CFCD<br>File Hash:<br>65D00E8AB635215F0ECDD34079BACC4C1CBA68074BB6E59F91330159FFE66E7E | 08-07-2023<br>22:35:40 | Blacked | 08-05-2023 | 08-17-2023 | PA0002425714 |
| 2 | Info Hash: DFAA887D039532746C70E7EACFA8A594B5CCDBEC<br>File Hash:<br>B2071A7D50EE153162A6922B30724AB7A77D8657C551EDE1B5DCFAF515F4A8F5 | 08-04-2023<br>06:45:40 | Tushy | 03-27-2017 | 06-05-2017 | PA0002050767 |
| 3 | Info Hash: 4DA282BFDF87F052AC1CF37A741C0CBB71C02ABC<br>File Hash:<br>79F7550AD518EF44803C68045A7E186F8EFF010AB32992D0348E9D6E03465533 | 08-04-2023<br>04:19:01 | Slayed | 03-14-2023 | 04-13-2023 | PA0002407768 |
| 4 | Info Hash: F2CDA3E7EFFB94323CA4B5F4134D3F8E872216B7<br>File Hash:<br>967682FD283AB7D0140EE1FEF41F39A54F0AD87BFA60AC6B4E98C72173C5213E | 08-02-2023<br>15:00:59 | Blacked Raw | 07-31-2023 | 08-17-2023 | PA0002425528 |
| 5 | Info Hash: F1F4E95D3F747B9A36FD28295A79B3BAC8C5FD65<br>File Hash:<br>453F6DAA583A6CF6BE2F314A534DE48F0E9B690FB702BCF1D27041099E345649 | 08-02-2023<br>02:21:53 | Blacked | 07-30-2023 | 08-17-2023 | PA0002425764 |
| 6 | Info Hash: 4C3A7C56ED25D218CBEB5D084BB7900C76335DCB<br>File Hash:<br>413CF6A301378FD67B5CD53F95FD33814884E0722335630691EF13F9C4C99868 | 07-31-2023<br>07:08:41 | Tushy | 07-30-2023 | 08-17-2023 | PA0002425542 |
| 7 | Info Hash: 43E7DBF65D96A1F0CC957B62445D73636A568A89<br>File Hash:<br>BB4371FC402A8EA87E5950788B54385FF6BDD95FEE732FE25278E7F15501BE27 | 07-30-2023<br>12:23:37 | Tushy | 07-23-2023 | 08-17-2023 | PA0002425533 |
| 8 | Info Hash: B79D5F451022B1A8FDF8B97F75DE2F72E304C719<br>File Hash:<br>B591559FBA69A3CEF60C7EE5A7DE269DE594B2E0A1BDFDF716BFEC1B7EE0B662 | 07-30-2023<br>11:38:01 | Vixen | 07-28-2023 | 08-17-2023 | PA0002425768 |
| 9 | Info Hash: 2D1C81524D194F632E40169EC6F85712829C79DB<br>File Hash:<br>605C7000DB5139AB0E1DB382E2277BC96B44FCADAFA72F5CE09F1421B46C3216 | 07-30-2023<br>10:22:07 | Slayed | 03-07-2023 | 04-13-2023 | PA0002407765 |
| 10 | Info Hash: D3631BDD2DB4C9CF6E7AB7B6D928E00086AE9442<br>File Hash:<br>B8408A57D0A698E8EC0B5CC95DB11A7C2F5D81EEA3DA948B8767BA5A9F578050 | 07-28-2023<br>08:12:39 | TushyRaw | 07-26-2023 | 08-17-2023 | PA0002425530 |
| 11 | Info Hash: D72C679FC63ED88F719A8CEA3534C7FCE911DF49<br>File Hash:<br>CE30051A994F81D1D20DBCAC70509EE94B12039806C3A5862B6BB41D087B56CB | 07-25-2023<br>14:13:04 | Blacked Raw | 07-24-2023 | 08-17-2023 | PA0002425531 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 2F1FA8C51EB8299A40BAA642012C2A0526367978<br>File Hash: 212FB224064C8BA8715D7058A31D66B5BD27C6FDB219D50F637325EE917CC9FF | 07-24-2023 07:03:25 | Slayed | 02-28-2023 | 04-13-2023 | PA0002406901 |
| 13 | Info Hash: 114A824EC7BC9618981419810D490E129F5FC2F9<br>File Hash: 75898BDFAA0C37E1B679F720C2738F0BF311344565B9492AF08A27F9527E2E6B | 07-23-2023 13:04:44 | Blacked | 07-22-2023 | 08-17-2023 | PA0002425765 |
| 14 | Info Hash: 5C33F19BCA7CAD3651AA8B7B355751DC262386DD<br>File Hash: C8E77E0DA855FB09DB31D86FB267C46506F96B2153DD4DDE759D133DF9DDB0DD | 07-22-2023 19:01:37 | Vixen | 07-21-2023 | 08-17-2023 | PA0002425767 |
| 15 | Info Hash: A3B6A3B56D4DE266D5354643B83FB366408E8534<br>File Hash: C52E1C4D8721884513A5D947CE6AD4118BEB183293ADB3B259756E9E8FB1F8D7 | 07-21-2023 13:44:35 | Slayed | 02-21-2023 | 04-13-2023 | PA0002407770 |
| 16 | Info Hash: 8198FCFF43A2010C34FA503D6AB16D75E3087638<br>File Hash: 30B331DFDB94E10F79ADF0EB56CF4367E676510A5E0A42B3AF5D2087B6985C71 | 07-20-2023 02:54:00 | TushyRaw | 07-19-2023 | 08-17-2023 | PA0002425534 |
| 17 | Info Hash: AAC8D6E18C99B90E6822380DDC7CB962D98B4A52<br>File Hash: 90E1DAD2E3B303A69C0E6823D405E58C43A815615410C39B632EAA1390D6D0D4 | 07-18-2023 23:10:42 | Slayed | 02-14-2023 | 04-13-2023 | PA0002406900 |
| 18 | Info Hash: DC8DA28EF9175561883B23CE7C83E389BE571AB3<br>File Hash: 3036353BCD23086E540458BD1D9AB76DBD77851BFDFEA060D51C77CB6FE61943 | 07-18-2023 23:08:48 | Blacked Raw | 07-17-2023 | 08-17-2023 | PA0002425535 |
| 19 | Info Hash: B5AB688D4B713856600BD3F67EFEC4E7B46609B3<br>File Hash: C5D41AABF224509421527831727E814842D75456ACB32F2539DF6917891260A5 | 07-18-2023 21:27:05 | Vixen | 07-14-2023 | 08-17-2023 | PA0002425769 |
| 20 | Info Hash: A3FE9A83F55A38B585D5035CEAC9AA1BBAE8D4C8<br>File Hash: E0B9E734A95D503544E208BAB585B9AB76A6988D31B6BAC099577B82C85C9AA8 | 07-17-2023 07:25:43 | Vixen | 05-19-2023 | 06-09-2023 | PA0002415364 |
| 21 | Info Hash: F28AFD3D4BE03CECC6FCA28FE25E0895A96517D4<br>File Hash: 928BCD026179E21990344B5DD7B2E4662FC707B284E4134397DDA9E90C9FD888 | 07-17-2023 06:53:16 | Tushy | 07-16-2023 | 08-17-2023 | PA0002425541 |
| 22 | Info Hash: 39149CBE358D0AD28380182E8575AB6B3BB3B407<br>File Hash: 26AC264006C0E648AF10D73F8C89DCF42A13B99188126D927407481E948BE5DF | 07-14-2023 09:24:40 | Tushy | 07-09-2023 | 07-13-2023 | PA0002420353 |
| 23 | Info Hash: 05F6FA2452DE20C152A6832D50090A321C55822D<br>File Hash: 19BBFB5DF3C32AE1EF626FAA09CA49B20E6484D10B705CA78E3DF9C95B10A40B | 07-14-2023 08:46:43 | Blacked Raw | 07-10-2023 | 07-13-2023 | PA0002420345 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 9C41308E5DB8820F5E530560B7CAFDD192FCF9F3<br>File Hash: 0345A9BDA3924921AD96202D3BD46DD5A9058144D9BC5D31B9C2DE681DE0551C | 07-13-2023 07:49:29 | TushyRaw | 07-12-2023 | 08-17-2023 | PA0002425538 |
| 25 | Info Hash: A3BE47EF478137F0DE74FC65B0CD19C107F87B47<br>File Hash: 606C209A97FC3D99D572196228EB775BE465EB5B939AB27547F66CB47DDA5C4B | 07-12-2023 07:36:40 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 26 | Info Hash: B3D6DC4BF0E286342F04FE37324EFA8F59D5B7F6<br>File Hash: 4A721DF3E117E314A4E986AA4E76B47DE90FBA44CC651E24C493150B6DD3ED84 | 07-10-2023 19:06:37 | Slayed | 02-07-2023 | 05-05-2023 | PA0002414452 |
| 27 | Info Hash: EB3AFA7446AD5C76F0AF4DF2E90D6995B8F61225<br>File Hash: 3C17AF5A700F5A8026B68927F3CB12BDB395B560FA4FDE2BFB88A8567E9F73D0 | 07-09-2023 07:39:03 | Blacked | 07-08-2023 | 07-13-2023 | PA0002420354 |
| 28 | Info Hash: 820CBB99FB57B22A615A265A037190723E9A5D3A<br>File Hash: 312938B7504CABC188C6747AF3DC7813B3DA6A1B2F93ABC1AFF99FC8A6D5D02E | 07-08-2023 20:05:02 | Blacked Raw | 07-03-2023 | 07-13-2023 | PA0002420355 |
| 29 | Info Hash: 9501E91F61C401FBAAD633A95DEB379C1A0DFCC4<br>File Hash: 742D96984523D68AEF4C8A821BB7F901BD810CFBEE4026C03976FFAE7252C450 | 07-08-2023 10:44:39 | Vixen | 07-07-2023 | 07-13-2023 | PA0002420346 |
| 30 | Info Hash: 259C3061A4BD639AFA7A99248B6BA5DD05E1630A<br>File Hash: 1174E1DB87AB8452D1CA23A43632AA660688173E7A38C85A9BE736F8B13EEB48 | 07-06-2023 17:53:38 | TushyRaw | 07-05-2023 | 07-13-2023 | PA0002420347 |
| 31 | Info Hash: FEF6D94B1EB72F714267D0411E8558F06582FF21<br>File Hash: ED1178831B77D10F09F6F15F87926FB11E90886F6969F354CF85E3553B8355C1 | 07-05-2023 17:38:19 | Slayed | 01-31-2023 | 04-13-2023 | PA0002407764 |
| 32 | Info Hash: 67DB501791A10A08A69FBB3B3F5CAD9A39994FA1<br>File Hash: 4515F8C63E0AD1A8595F3E7D1277E5A8F961E180E0131F03B67A7FCCB39F1EB6 | 07-03-2023 04:51:18 | Tushy | 07-02-2023 | 07-13-2023 | PA0002420348 |
| 33 | Info Hash: 5868129A7C59FF27730E9E1C4C3C8B13F3354F21<br>File Hash: E39AB01B5889CF2F92651AD3328806701AE4D663E185745ABF0269A01B50B299 | 07-02-2023 08:53:36 | Blacked | 07-01-2023 | 07-13-2023 | PA0002420349 |
| 34 | Info Hash: 8F22BC1258A4FC841B86209E0A8AB1D459A2D4D8<br>File Hash: A2E4EBB114F4A521E5C4FC3DC4BF1FF9D29166CAF638D09DD7C018AD5FE3419A | 07-01-2023 00:14:26 | Slayed | 01-24-2023 | 02-21-2023 | PA0002401001 |
| 35 | Info Hash: 89DF3178401EA4ABAF938F7190FEC0D0D8E68259<br>File Hash: 547980856AA24C20337A83484AA9B9F9AEC236F7DD4119DE5C9FC6D2F2F44616 | 07-01-2023 00:10:55 | Vixen | 06-30-2023 | 07-13-2023 | PA0002420344 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 919A88F63D482611220967EEFE99B6669317742C<br>File Hash:<br>4AC9421AB70BE5053E3D148D03BA2DF013A5B609B4D8ADB325A3121CC03DA16B | 06-29-2023<br>04:53:52 | Blacked Raw | 06-28-2023 | 07-13-2023 | PA0002420343 |
| 37 | Info Hash: 4129CC7B05FC680A0453938E114ADB5A0FCAC990<br>File Hash:<br>7E097A5958EEEDEC326D9C323893A0DA78BB486E3954E2B0395A2E04293A7C7D | 06-27-2023<br>22:55:59 | Blacked Raw | 06-23-2023 | 07-13-2023 | PA0002420356 |
| 38 | Info Hash: 324EC61E71465F4386CB6D0BEB19E8C18D533ABD<br>File Hash:<br>868D6D210F82788A4E0BC13A7CB5AE0D7C95BA237597E577C619A04A6DF583F0 | 06-27-2023<br>22:22:36 | Tushy | 06-25-2023 | 07-13-2023 | PA0002420342 |
| 39 | Info Hash: D7E074A999CBEF77287DED70654C369A594231F0<br>File Hash:<br>FDDDFF562F56F012B330D609E5DF6B7EF8F77C176C18F0590A8105FA9EA0CC30 | 06-27-2023<br>22:05:29 | Vixen | 03-30-2019 | 04-29-2019 | PA0002169943 |
| 40 | Info Hash: 320E6FEE0A241B0818F36904006372C2A597769B<br>File Hash:<br>0B1EC11883B82BF6A8E6FBD5A2D9ED10A7B52FFFA1204FC674F52D0BC5DC7222 | 06-27-2023<br>21:45:30 | Slayed | 01-17-2023 | 02-21-2023 | PA0002400995 |
| 41 | Info Hash: 6B3AD40C87E6BA1096B9D89D023BB8B545BFCB49<br>File Hash:<br>3B16C3E5117AFFA97703A5CA0B8C719E56C8B5D9D07943058F7DCCF217363B82 | 06-26-2023<br>01:14:34 | Slayed | 01-10-2023 | 02-21-2023 | PA0002400996 |
| 42 | Info Hash: 8D68CA2B47D8104C4924CA8600131B3FE3688F53<br>File Hash:<br>C3DF71DA4256A070876209E548F5F1FB45CADB67BF401F3647DF669EB673DE95 | 06-25-2023<br>06:59:21 | Blacked | 06-24-2023 | 07-13-2023 | PA0002420341 |
| 43 | Info Hash: 8F83E54E53B4057B725077EE7A30E27F977B6A0E<br>File Hash:<br>C6D405B758606CCC0FDBD444AAA20416438DA8E6C09E24CF1783D58E3E9B400E | 06-22-2023<br>13:07:06 | Tushy | 06-18-2023 | 07-13-2023 | PA0002420350 |
| 44 | Info Hash: 18993DEDFE03F10393ECDCA5C003FBB2DDD112E8<br>File Hash:<br>15B7BF4BDDA3F287B8A04C59EA82E686EB5A84544D7ABF2EDCCE62D520A5ACA2 | 06-20-2023<br>14:39:19 | TushyRaw | 06-14-2023 | 07-13-2023 | PA0002420358 |
| 45 | Info Hash: 6A83878A0CB2F92E0CA157564B6559F28253D8DD<br>File Hash:<br>4F993B6A694F036EBF8153F0AF828022489CC23DC0B3295A73269925F3C11754 | 06-19-2023<br>12:42:11 | Blacked | 05-27-2023 | 06-09-2023 | PA0002415390 |
| 46 | Info Hash: 16216A0721869F7393B66987D0EEFAC6213B02FC<br>File Hash:<br>A25A0333FE2409A40F19EFD7B64001AA13139F8A58FE136B359AB42B119CBC63 | 06-18-2023<br>19:13:55 | Slayed | 12-27-2022 | 01-06-2023 | PA0002393661 |
| 47 | Info Hash: 8BC26686D57410BA63DC1A9724996C61274970C8<br>File Hash:<br>2FE5E5A6CEB773E33C964E63E9AF0F266DDBD3E9E19379D7EB069FFA772A6C19 | 06-17-2023<br>13:59:59 | Slayed | 12-20-2022 | 01-05-2023 | PA0002394011 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 0F1B0D05E69005F0B20845F4CB65F76D7ECD7C58<br>File Hash: 538A84D53BBF4F55EDA21D8631F2B30B74FEED078C0BCD1FEF5120DDCE5E94E3 | 06-17-2023 10:42:42 | Vixen | 06-16-2023 | 07-13-2023 | PA0002420352 |
| 49 | Info Hash: DB187F171E05077A1029594BE0B46A0CF17AC441<br>File Hash: 255E0C524DDD1BC5B343036966B70028E1BD79871C4BF1012259A9B0399A5A55 | 06-15-2023 07:24:21 | Blacked | 06-10-2023 | 07-13-2023 | PA0002420362 |
| 50 | Info Hash: C3574EDBE712F48169B9EEF3F7A441321315F545<br>File Hash: 025763497F133F7AD002DF63A534E94585CCC43956152F59FFE6CE5EB7B75F04 | 06-13-2023 21:31:39 | Blacked Raw | 06-13-2023 | 07-13-2023 | PA0002420359 |
| 51 | Info Hash: C06DD611B6CD7674DD69D70C791C9D5504293484<br>File Hash: C73E0B71C01C2ACE1157FB55EA3ACFA1DDBF64BBB8CAF4BFB1BCFC491EE86F35 | 06-13-2023 04:44:53 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |
| 52 | Info Hash: F4AC48F2AA7C9B1DDA4EF5D9CEE723FFF0F84978<br>File Hash: BE071D61B1F849D383B870B1001D8D0D53DE2B38F511C9145E7E1CEADFA986A7 | 06-12-2023 01:13:32 | Tushy | 06-11-2023 | 07-13-2023 | PA0002420360 |
| 53 | Info Hash: 3BC64C2DACE5BB4CD2AB84FDA6937D6BAE7FD522<br>File Hash: A01E3F81F210391BE147664A30C08CE09533E82D2AFAA429D3717030E12CCAEB | 06-12-2023 00:58:40 | Blacked Raw | 05-14-2023 | 06-09-2023 | PA0002415357 |
| 54 | Info Hash: 17A76B853C2A4AF89CD66B7254534F900B7E0EDB<br>File Hash: A04071A22229663629FEE80D4F942329A79523692CAAACFCBFFD10004C0709AB | 06-09-2023 14:01:17 | Tushy | 05-14-2023 | 06-09-2023 | PA0002415365 |
| 55 | Info Hash: C6669ADD9B0F3E67DCE328B4CAC96D5DFE08C0EE<br>File Hash: 38A94341615FFB732966A3BA32F7D3AB2EB62980609457FE788EC443FFB4181A | 06-09-2023 06:47:12 | Blacked Raw | 06-08-2023 | 07-13-2023 | PA0002420361 |
| 56 | Info Hash: D70FA2AACD1E5D7CCCEE25DFC8AFF5D13D48A37F<br>File Hash: 7A059469F2FF13160DE8F4D1943290115257D55B2CACA8A07187432F689C55C1 | 06-06-2023 04:25:25 | Tushy | 06-04-2023 | 06-09-2023 | PA0002415359 |
| 57 | Info Hash: FAD2FBF47A0377CBA50150AA5272396744D2B4AC<br>File Hash: E8FBBF3A7747F3F3E86F8D9E134966CBEE065DFD5469844EE196458048CC5B18 | 06-04-2023 10:11:37 | Blacked Raw | 06-03-2023 | 06-09-2023 | PA0002415371 |
| 58 | Info Hash: CAED018EC1278C8F2E449F71E5898201BA515746<br>File Hash: 380236735C98C75A1B8485835D99AF43861C096964EAE54B6D035CB8E82CCC5F | 06-04-2023 10:04:20 | Blacked | 06-03-2023 | 06-09-2023 | PA0002415360 |
| 59 | Info Hash: CD9961C34AFA273C4909850CB43FBAC781E327BF<br>File Hash: 3FD9944F811BD4EFE2659646B2C14530FB75305BF7DFC7A6CC9ED88E7D4A9AF6 | 06-03-2023 21:24:13 | Tushy | 05-28-2023 | 06-09-2023 | PA0002415376 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 3003F609841FF5967AD04619C0160667AE41CD72<br>File Hash: 97134D048E3979F359DB53211522BC63D94B9C440A0EBB3C0FCC966D71340009 | 06-03-2023 21:21:12 | Vixen | 06-02-2023 | 06-09-2023 | PA0002415362 |
| 61 | Info Hash: 3D74ED835F96851E1D872CDFE806172D31D58719<br>File Hash: 7B227EC52AD2947808AB5AD555CF7AA03E6DB078ECD67581F63553D60156E5A0 | 06-03-2023 19:57:16 | Blacked Raw | 05-29-2023 | 06-09-2023 | PA0002415372 |
| 62 | Info Hash: A6EA7322227167BB958372EA0FF00D8E41D18E19<br>File Hash: AA26482D229D74AD1E385E34673390A2FEC721A9EF9F38C2EA74C0156CE5BDF1 | 05-26-2023 21:32:55 | Blacked Raw | 05-24-2023 | 06-09-2023 | PA0002415389 |
| 63 | Info Hash: 7932F8CAAF83D11E57435AF512DAE5E16A1C5397<br>File Hash: 82D7D17125D9FA326008553B94240EE9051EAB563F7E3219B3CB3AF94AB0DB85 | 05-13-2023 20:49:35 | Slayed | 11-08-2022 | 11-24-2022 | PA0002389330 |
| 64 | Info Hash: A0ED9C253EF5920698BBC6371BBFA77DB244C27B<br>File Hash: 18DC1340E4589EF24B7A19CD576DD2F10258BF5A12BB38DBC26A6E14FD936D05 | 05-09-2023 03:16:49 | Tushy | 04-30-2023 | 05-14-2023 | PA0002411311 |
| 65 | Info Hash: 0DC6379EAF03383945C8F9D7565E5C30DA862ED0<br>File Hash: 9F4F798AE7FEBE735343151BD9AEDFA7ADC2A0718181AABA44B1F9F5B9D28409 | 05-01-2023 16:27:37 | Blacked | 04-29-2023 | 05-17-2023 | PA0002412011 |
| 66 | Info Hash: 568BE84F7CBA01584007DBA8E686B980543165BB<br>File Hash: 8C29FEE93DC97C733133B9219C2A17012F83BB5A4BEF2B6003137C9497A81F0D | 04-30-2023 07:33:53 | Vixen | 04-28-2023 | 05-15-2023 | PA0002411258 |
| 67 | Info Hash: 08B38BE581E833DC9E28280C10CF59A089A02F57<br>File Hash: DDFCE6511EF710FA2DF9498E035871824E1D4BD9A6AFE02D17C2CC5D2D500BF4 | 04-27-2023 09:29:40 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 68 | Info Hash: 1D1695665E956F1A119187017F0C40F9F58DC7AB<br>File Hash: A6DFC8DE958A72B3E787C772444A310604C4AE6642DF342A33D0289BEEB38C1E | 04-27-2023 08:35:41 | Tushy | 04-23-2023 | 05-14-2023 | PA0002411314 |
| 69 | Info Hash: CB8114253C6E3EC4A03F14D28052ED035F72B0CE<br>File Hash: 50AE995B762C1A2AC9FDC04D48B70A2CE3545D5B1C7E68C4892185EE4BCBF6EF | 04-20-2023 03:22:14 | Slayed | 10-25-2022 | 11-24-2022 | PA0002389329 |
| 70 | Info Hash: 30301D91EB7B5A90760AA74896B144B14379DD64<br>File Hash: 6BCEB16549DD0A377B08BAEE1ECD57E3BAE36C319AF76E4B89E8DD8D03BFDACB | 04-10-2023 07:16:54 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |
| 71 | Info Hash: D5B601E3297BF181A2C55EE1A41B03F1CC238275<br>File Hash: 30C5952BEDB2CDE9CCFC0199AB3C2E144AC49C61D63385FEA2A49237659D8346 | 04-06-2023 17:50:03 | Blacked Raw | 04-04-2023 | 04-07-2023 | PA0002405732 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: F3D816318CF31DE7C799B3D8EDCAB1EDCE0B8E91<br>File Hash: DCBBC7C798C9B537ACE8CFE0FF4BBABCAF96F11F1B8A72A4922BC8F8AB73F9FA | 04-04-2023 09:47:22 | Slayed | 10-11-2022 | 11-24-2022 | PA0002388301 |
| 73 | Info Hash: 0F36B0ECBCDFE8D635C612B41A2D2691DA117200<br>File Hash: 168EAF9892C4B55751BEB98893A6D7A05D5663C5ED3DCFC3AEBF7681352DE760 | 03-27-2023 07:45:14 | Blacked | 03-25-2023 | 04-07-2023 | PA0002405756 |