**Exhibit A to the Complaint**

**Location:** Alpharetta, GA  
**Total Works Infringed:** 33  
**IP Address:** 71.204.117.35  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 6E7EC6FF69E025F163B26C5EB22D77A5DD0CE675<br>File Hash:<br>FF6EEB1B7FFD477D838DE7B5B1EE4396266D3E118D237499132504FA1B3511DF | 08-07-2023<br>16:59:01 | Vixen | 08-04-2023 | 08-17-2023 | PA0002425763 |
| 2 | Info Hash: 33A98ED004EDF2DD0EA5BE4CBABC6DD9DFC5B8CB<br>File Hash:<br>7CB32F15EB82D50C302B2AD52DD3DB0A8DBC272DD06ADE5AC559C3C97DCA68E4 | 07-31-2023<br>16:40:38 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 3 | Info Hash: B80935B54936D33621F56CE8B95A7A852197D765<br>File Hash:<br>C16C55F6BE2CF1EF79C6C756F4D35E9A35CC7181AC7480B5791AA8DAF45CF0A5 | 07-31-2023<br>01:05:56 | TushyRaw | 06-14-2023 | 07-13-2023 | PA0002420358 |
| 4 | Info Hash: 68C9A0FE9C52FD7E9812CDA181DBBBC9682FFCC3<br>File Hash:<br>A889DEB113556C0E277FE41C3400FA1044B90E132EF2D79568AB773EE1246E71 | 06-13-2023<br>23:24:32 | Tushy | 02-27-2022 | 03-29-2022 | PA0002342706 |
| 5 | Info Hash: AB52389963FD8BB2ADB824BE85F2F24022893EC6<br>File Hash:<br>EE362BA0EAD80CAED3869719805342ED9BBC2AE9838B8019DD83A30E551D1DB2 | 06-06-2023<br>16:41:42 | Tushy | 06-04-2023 | 06-09-2023 | PA0002415359 |
| 6 | Info Hash: D64412118B365A4B5898019CDF5589510838FCA9<br>File Hash:<br>01FA7C6D6CFF06D8986D7921F94E5FF949AD01D4AB34927A24290F6230BF3895 | 05-30-2023<br>13:30:43 | Vixen | 05-26-2023 | 06-09-2023 | PA0002415392 |
| 7 | Info Hash: 8340EBD31C10365E5407D21282F5AD8A1D354E4B<br>File Hash:<br>DE6A8F4B4BA0D4FB4F01222EEEF2B5CD21DBD18ABF13B5030477AFBD4BB1A9E2 | 05-05-2023<br>17:39:55 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 8 | Info Hash: E6407E0ABEA09EB702CB16B07FE45432F50F7CAF<br>File Hash:<br>093B1FBCE39A73834E53CA771C4F58B0B28B8C0F1A80001E6D37492B1E8F2ABC | 05-05-2023<br>17:38:55 | Vixen | 04-22-2022 | 05-20-2022 | PA0002350377 |
| 9 | Info Hash: 89F958D507CD3D674F1E7D1779C02D717C70434C<br>File Hash:<br>B5D31B55B67A613807EBBE4CE720BB877617D202C94A27E457204CD09B918633 | 05-05-2023<br>17:38:40 | Vixen | 02-25-2022 | 03-29-2022 | PA0002342849 |
| 10 | Info Hash: E845CE6EA6CA1AD41A7DA16BA94A93140CEB8D4B<br>File Hash:<br>39531E8B899812CD79908CF4CE5904927148B0D3AC04197D9D3192D837CB64F2 | 04-18-2023<br>04:38:12 | Blacked | 09-03-2022 | 11-01-2022 | PA0002378069 |
| 11 | Info Hash: FF3DB24B4BF9106F0C64DA69B2FB1BCC13664F02<br>File Hash:<br>85D7A654BA14CDE7B3F7949EA18B3A4605589209AF3AD7E00214948922460DD6 | 04-05-2023<br>23:00:45 | Tushy | 04-02-2023 | 04-07-2023 | PA0002405755 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: D71FA8300D660A26679A2C53720C9F8C05F9CF79<br>File Hash: 276A5217C257ACCBF40A5B293E747E78107C17950B6AAFC100B1F51C4B1819C7 | 04-05-2023 19:51:09 | Tushy | 07-15-2019 | 08-02-2019 | PA0002192300 |
| 13 | Info Hash: 2120DFD96A20E8509A3633E7094AB1671FAC7067<br>File Hash: 8B6E54FD5073CA91378066DAB871D3A7719166D06817BEB2FE85337EAB117E7C | 03-23-2023 15:58:50 | Vixen | 02-10-2023 | 03-08-2023 | PA0002400313 |
| 14 | Info Hash: 00C56C20D92364F6582DFFD455CBECFB42580CEB<br>File Hash: 98FCFFFAD004377A839F752D05E1B458CD0CE36DB3BD98D65545D27F32C477EE | 03-23-2023 15:55:43 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 15 | Info Hash: 4044E985FD1D686F1001A93A90D3E209D6467C04<br>File Hash: 38EDF865378CD7260D9D27DC49DBDBC85D6EB9F46D6746DC00C9719A7A4314E4 | 03-23-2023 15:54:55 | Vixen | 12-09-2022 | 02-21-2023 | PA0002401000 |
| 16 | Info Hash: 4831FEBC4D4E06083489EF221B1D1E2AD3A85BB6<br>File Hash: AA70B2D49F15B5A8DAD3C050472A5DF26C709F35218C282B36B18DB6D2DE9DD4 | 03-23-2023 15:53:11 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 17 | Info Hash: 0462D373EDC5BFF169B3DCCB9FF967FEB0C0A5E0<br>File Hash: 89E659B924CC18F157F35A3DF4ED59A3D40411F854BE952355132749FD7D4EBC | 03-23-2023 15:51:20 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |
| 18 | Info Hash: 77537958D009D974B9970112342BCA232614C16F<br>File Hash: 7958C06428989993EA479C3C4034098143E30A268F7B350080BCA34C7DCF369C | 02-23-2023 15:13:50 | Blacked | 01-10-2018 | 01-15-2018 | PA0002070942 |
| 19 | Info Hash: 5540C89E5B872A3EB29D38D7D6C59134B3342F74<br>File Hash: 82122CF99D24467F82ADC0C7F5A830B00FD0166A2DACD7D573A461C90D4BA438 | 02-21-2023 16:13:10 | Vixen | 11-30-2019 | 12-17-2019 | PA0002217669 |
| 20 | Info Hash: EC453B436B53533EF9467AD30D49CF9F9738C2B1<br>File Hash: CE02331B0303C2EAF999F859894AB3D84F82ED930CC5EBC8A1E3CC7D418A943B | 02-20-2023 21:56:27 | Vixen | 02-18-2020 | 03-18-2020 | PA0002241449 |
| 21 | Info Hash: 588DB4C04C7B684302930EDB4957F771D6DF8AEF<br>File Hash: 0CF4655F724035B8B7CF9933798AE78FDB6CA1CFE0950895607B75F145E33614 | 02-20-2023 17:51:09 | Slayed | 02-22-2022 | 03-04-2022 | PA0002345461 |
| 22 | Info Hash: 0E068785FA4C3886042875F56A3465AA044E5347<br>File Hash: F7D350C73C1CE1D4B23F63617C1F605A53AD04F673CD6D28B44785808C59B91E | 01-28-2023 20:32:30 | Tushy | 10-03-2021 | 11-01-2021 | PA0002326410 |
| 23 | Info Hash: E1693E10997E60810DB5F1574FE946492B2C4AAE<br>File Hash: E1CF327EE297BBE41E5201DC14F7C390E12C0A723EB65AF029110B286EA44560 | 01-23-2023 22:19:56 | Tushy | 04-21-2017 | 06-15-2017 | PA0002037584 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 2E7C649FE1275ED7143BA8EAFE1688ED654A96CE<br>File Hash: C367B8D56F01D5F9F1D38639555B8B9E4155287B7C5BEE28E2DDD5678F6F3CC5 | 12-24-2022 21:35:46 | Vixen | 09-23-2022 | 10-05-2022 | PA0002373763 |
| 25 | Info Hash: A6D8F7D4C171F92B974D699DEED775D9F49AB6ED<br>File Hash: A08F7FC0A88AA1C8F2C4644AF5217623DD09124D80F116988FC939FDFF3EBC01 | 12-23-2022 15:30:42 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 26 | Info Hash: EC97AB0E2BA67AAE477539B2C6B2ED3A6DEB270B<br>File Hash: 80E88DAE0BD2DD90502E3A30C0466F1EEAA9D7243467FD8B31AAEA16E39B97D1 | 12-14-2022 17:50:40 | Vixen | 06-11-2021 | 06-24-2021 | PA0002303166 |
| 27 | Info Hash: 54C1479D392BCF64E2D564E553642C8465CC6665<br>File Hash: 973A004301BF70665DDFBE0B60D78ACFF38192B4D4A39FA4AFF9C12EE15F0A27 | 11-30-2022 17:32:45 | Blacked Raw | 09-01-2022 | 11-24-2022 | PA0002388645 |
| 28 | Info Hash: C351A7453B8A63DC8358391C8707EF05BC3C2442<br>File Hash: 8D4F816804B11B0FE7017B789DBBA188AA09744148CA73DEC2B8FE198B49C6FF | 11-15-2022 19:59:11 | Vixen | 01-04-2019 | 01-22-2019 | PA0002147681 |
| 29 | Info Hash: E80911DFB9A223C1D65056D1A4E2AD4B8EAFE8D9<br>File Hash: 4FAEE6CF727194788E1E339165C431B7DEC10D918A13820CECE400DECA50CDD9 | 11-05-2022 02:55:59 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 30 | Info Hash: 2256BC46342D17D1CF5E1880BA5D417225B299EA<br>File Hash: 543F1818F143D96BC8060DB93FB03BEF7F08406C535893A32421F8E4003B8B22 | 11-02-2022 18:34:20 | Tushy | 06-26-2022 | 07-22-2022 | PA0002359467 |
| 31 | Info Hash: 3EA0CF9C87288AF48B11486B9BCB9919F16EA731<br>File Hash: D05F38277B77040CF93144BD68F937C4DD0178A11C2E7854351796603140D286 | 10-29-2022 18:50:13 | Tushy | 06-05-2019 | 07-17-2019 | PA0002188310 |
| 32 | Info Hash: B69BF5B650F1ABF419E907FD8D52BDCE9C2A4187<br>File Hash: 3FA25930916E2643986F94CF66312ECB7A8B3D56DCAD8EE77945F3F70CEC6866 | 10-25-2022 21:59:48 | Slayed | 11-04-2021 | 12-03-2021 | PA0002333371 |
| 33 | Info Hash: D5818EAA6865BF1EE97FAAEA3146ADACC7161AD7<br>File Hash: 58C73137603CD9058F95ED3F804C0BE191E4FDE03934E5DD274E491480DC4B67 | 10-20-2022 18:20:03 | Tushy | 10-16-2022 | 11-27-2022 | PA0002388606 |