**Exhibit A to the Complaint**

**Location:** Marietta, GA

**Total Works Infringed:** 59

**IP Address:** 24.125.216.48

**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 7CA44F394BA7D268AEF3B612D1AF7D821E04F871<br>File Hash:<br>03E6110B7983B12380554BFAB80C2B661B9A61B6B8D95D2C4261832D9826A84B | 06-19-2023<br>06:34:06 | Blacked | 06-17-2023 | 07-13-2023 | PA0002420351 |
| 2 | Info Hash: 0F1B0D05E69005F0B20845F4CB65F76D7ECD7C58<br>File Hash:<br>538A84D53BBF4F55EDA21D8631F2B30B74FEED078C0BCD1FEF5120DDCE5E94E3 | 06-18-2023<br>04:31:13 | Vixen | 06-16-2023 | 07-13-2023 | PA0002420352 |
| 3 | Info Hash: 3003F609841FF5967AD04619C0160667AE41CD72<br>File Hash:<br>97134D048E3979F359DB53211522BC63D94B9C440A0EBB3C0FCC966D71340009 | 06-08-2023<br>11:19:26 | Vixen | 06-02-2023 | 06-09-2023 | PA0002415362 |
| 4 | Info Hash: 242E787D657EA42274B8F67368B9DC90FF8C9F75<br>File Hash:<br>A1E76DD93D1CBA1F30D1F3A9B8CDC65DA7D9504AA86F495C691897D2E3D73DFF | 06-08-2023<br>05:39:25 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 5 | Info Hash: 473EBD8DC48D8BEFAE0778948CAB54208341A067<br>File Hash:<br>01D038EDA2648DB9B98F79F36BCA877A988A4A9BC605EE27992F0AB48C10FBFA | 05-31-2023<br>06:59:44 | Vixen | 05-19-2023 | 06-09-2023 | PA0002415364 |
| 6 | Info Hash: C06DD611B6CD7674DD69D70C791C9D5504293484<br>File Hash:<br>C73E0B71C01C2ACE1157FB55EA3ACFA1DDBF64BBB8CAF4BFB1BCFC491EE86F35 | 05-15-2023<br>07:12:33 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |
| 7 | Info Hash: C297D78BA1960735EBC6DD50E2F0B0201C3E97B0<br>File Hash:<br>3F45F9A4890050B76F525340018C69C111AEB5A143E453055F99F96BE6F9C962 | 04-25-2023<br>13:37:33 | Blacked Raw | 04-09-2023 | 05-14-2023 | PA0002411278 |
| 8 | Info Hash: 69D07E605A1AE754D4342B4E1F19BD24DFF24285<br>File Hash:<br>CD30D2BCB68C0A2590C74EE1C698F6AF5288A201E213BC5C6350994E12CF117B | 04-25-2023<br>09:54:24 | Vixen | 04-21-2023 | 05-15-2023 | PA0002411310 |
| 9 | Info Hash: CEB1ED69FD5C9E60BE272116515A54C59753A913<br>File Hash:<br>C7306DF9841B560935EEFA16A5AFCCC1B06B7927E38B56FFF80795ACDB045C42 | 04-01-2023<br>09:25:41 | Vixen | 03-31-2023 | 04-09-2023 | PA0002405749 |
| 10 | Info Hash: EE9751674A0BDE207450E833296B4F623416444C<br>File Hash:<br>05C1D7A27A3E519B849D40D2A7FBB63B25C671D8068396AC3EE0558CDD95E2E3 | 03-23-2023<br>18:36:09 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 11 | Info Hash: E433346B5BE809A75F0BB985BBD45142855C22DF<br>File Hash:<br>55E6979E5EA4673E80EFEE7E4EB4FDF2008C42930252AFB648D90E4F4E7C8A17 | 03-20-2023<br>11:55:21 | Vixen | 02-17-2023 | 03-08-2023 | PA0002400563 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 90EB513E62FDB519A6CDFB63A73555C123965BD2<br>File Hash: 9021DFF6FCCD997779EDCD807AC25A79353903FDA21674D8439EB6A648A9A146 | 03-20-2023 11:54:40 | Blacked Raw | 12-03-2018 | 01-22-2019 | PA0002149845 |
| 13 | Info Hash: ECF44D7A564CCA8ACAA69424C62ABFA9F9551D78<br>File Hash: 56A1D36C956F20188364ECBF62883AFA7E7BC809323AA575F9D02D3BB6973246 | 03-20-2023 11:52:27 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 14 | Info Hash: 3A44A80DA9C00706C5105E37847FEC4D9300B50C<br>File Hash: 5783F34A150A33D5BB893D07B132224BA7F46AF576DEBFBFFD231168B0730289 | 03-18-2023 11:44:01 | Vixen | 03-17-2023 | 04-10-2023 | PA0002405944 |
| 15 | Info Hash: 110A977EC579A0C615470034576E208FE87EE9CE<br>File Hash: EC7652DD9E427D069701EC437FA0E36B4F9ABB30E0D3B590BCBCADE9462F80BF | 03-06-2023 08:25:08 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 16 | Info Hash: 2726D4FB77AB1D1394AC70A8E55E30FF1A84D459<br>File Hash: C84E9C44549DC6F54EC25BFCB83D96FBFE882C6EBDC3F8C79E893C7B9A043947 | 03-06-2023 01:53:00 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 17 | Info Hash: 9900994D9F711DC57B56FAF357ABDE84F4D562AE<br>File Hash: D1E3B241595C6CB921A25329247C372EDEE91F8B6C25DE52F8342D92E66ABE5C | 02-28-2023 13:34:00 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 18 | Info Hash: 079C7D5D1B6DBDDD0CC0A49693FAC495CDC6DEC3<br>File Hash: 8678681CF52070AA3C4CCD7DB4BEFCEF4A37F1E9DF223EECA98BD3B0DDBAB1FC | 02-23-2023 10:57:29 | Slayed | 09-06-2022 | 09-22-2022 | PA0002378458 |
| 19 | Info Hash: 0E95068814F542566FD430766E522E151CD831F2<br>File Hash: 586E2A1F652BB0EF2E103A5C2FEB3D1EC256C72F586AEBE14E6D5BAFFA604FF8 | 02-06-2023 06:06:11 | Blacked | 02-04-2023 | 03-07-2023 | PA0002400314 |
| 20 | Info Hash: 1A33DA05CEE8845685C487892234C44F484D1B33<br>File Hash: 991A73E7F3CE937B6544234B997C51A7CB1B402103DF6404BDC075DB7A990208 | 02-06-2023 05:57:49 | Vixen | 12-20-2018 | 01-22-2019 | PA0002147683 |
| 21 | Info Hash: FC816FA19A449F256296FC0B5D217E23DF9BF5D3<br>File Hash: F69F6AE004E86A065C522E9DED5F540365B1DB9E47CA7530B9E7DDBCA980314A | 01-28-2023 08:24:16 | Vixen | 01-27-2023 | 04-13-2023 | PA0002406898 |
| 22 | Info Hash: 14F2C7183A0D168AAE5F82EFA3D5E7571FA5D54C<br>File Hash: 435E9B9A6FF1BEA969349B9FA329C2BFC12F0A40680547FC3F1C0EE2447DB7D7 | 01-06-2023 12:49:40 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 23 | Info Hash: EFDB886D8D69B8D7CC31153066C52424FA716283<br>File Hash: 93102C27DC519B2CE7C98574FF209BD6AC36DFAEC9CD1A7A0B39FAA5828B69F7 | 01-05-2023 11:21:04 | Vixen | 06-23-2018 | 07-26-2018 | PA0002112155 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: B510A624B51DA5D209130F6B7161A6456E021C56<br>File Hash: FA2E737F2AD41A98DDC527879C378B5991091A5EB51854E8A8A4AC6AA92F21C0 | 01-05-2023 11:05:06 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 25 | Info Hash: 8CB847A1ECE838227D9CB9CB7F211E87A7D2E3B2<br>File Hash: 455D0A1DC94D398E99835F0671E1018FC3B91E971C2EC76D82D33B9C6B04AFBA | 01-05-2023 07:19:07 | Vixen | 07-03-2018 | 07-26-2018 | PA0002112153 |
| 26 | Info Hash: 1B4EA87503BDDC52D2F3F78714030FB7E91071A2<br>File Hash: 90FEF826867D32C704D62DA2155D0C5D83DD279DD5A46936D78A65FD58DD1A93 | 01-05-2023 07:10:24 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |
| 27 | Info Hash: 1CD13FAA3471AA5AFC2B6D1F1B33D3881A3F5CD8<br>File Hash: 73B31D507C361D0BD20454E26DE2D6013F8CC60EA4308616166516CA240642D1 | 01-05-2023 07:05:49 | Blacked | 03-06-2017 | 05-25-2017 | PA0002049777 |
| 28 | Info Hash: 767CA7FB5AE79ED860649FC20FAE33E0D58921F3<br>File Hash: 24C35FCF86EA6E1350D61732148BCC66215DEC3B86F9F861CE2BFB0779A450A3 | 01-04-2023 08:06:32 | Blacked | 04-20-2017 | 06-15-2017 | PA0002037578 |
| 29 | Info Hash: CEB32CD76F0D6C7FA58B6DAED147B8DBA33C67D3<br>File Hash: 35AD794BC8783CD3DA9D9A573FCEB39C038928F688D3FB3ED128ACD808EA67FB | 01-03-2023 15:49:36 | Blacked Raw | 10-09-2019 | 11-05-2019 | PA0002210286 |
| 30 | Info Hash: 1248635F2A60CEE8B6A67B37E17594582175964E<br>File Hash: B0F1E2A31A7552203F686C2AB60DE6E3F5F911CD2B4FCB6099E861A69D9C20BD | 01-02-2023 05:30:40 | Vixen | 12-30-2022 | 01-10-2023 | PA0002389585 |
| 31 | Info Hash: EE27E3673DE498C963AF649033B1DBA7369C9D97<br>File Hash: E0D34D45A08FA8A2F15DF67E26E3FE2A6A57C0F7F45EDE504D71EC6878598D79 | 12-10-2022 09:08:39 | Vixen | 12-09-2022 | 02-21-2023 | PA0002401000 |
| 32 | Info Hash: EAB2397384B19AA89B987261808AB979F962822E<br>File Hash: 6603E3B54B2503DA948AB6D6F05E3CE18E3220BD3E45F2EF217F231364844512 | 11-24-2022 23:46:10 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 33 | Info Hash: FD07986D65FBA51BFF205EC22B42774AB7F5D9E5<br>File Hash: 316BC6707867BB1207B28A163035F4E94D459074F54C3A828301CB9D489BA980 | 11-24-2022 09:30:32 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |
| 34 | Info Hash: 2A2B6D4FC7555F0485AF36913E8E2461540B7028<br>File Hash: 9070D39DB678FA919EA3B7B2209AA4F562B407E5965EA0272C9D2C0DA53E6BE4 | 11-22-2022 12:58:26 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 35 | Info Hash: ECEC874C21239A30F35D90C14D825619A4E8486A<br>File Hash: 3BF2821EC208F96DCFAB5AEC6A0A782BA4D4E7896DA939247644E14885C28509 | 09-21-2022 10:26:23 | Blacked Raw | 08-20-2018 | 09-05-2018 | PA0002135002 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: EFBD17FEA6D2747FB81404F774D0B3BFD52FB7A9<br>File Hash: F0595C1427CBB8CFA6CE07E20D70DFDF9FA359C062B1C23D1217F47ECA9B7A93 | 08-21-2022 11:29:45 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 37 | Info Hash: F9CC506800E5E737EE689B3860ABDE7407D3A48A<br>File Hash: F33EB3DF1FECB76B2051E4B09017F6AA74865A26D65E305568E764F8072FA454 | 07-09-2022 00:37:47 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |
| 38 | Info Hash: 45F6A060C0966A6ADD2044D7C2A8B8875F11DBD6<br>File Hash: 3D77F4D4B13826631C797B1C9D39502DFD64814FE2042C88F00E6F3689EA6FEA | 06-26-2022 16:34:35 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |
| 39 | Info Hash: 08B0A612F8AE6494D6A7B7788B4646B936EB345B<br>File Hash: 05B9A29576186E3BEAB663C3C3464BB3F7C81EB156C6717C391C3C68F3CA9E4E | 06-11-2022 06:04:45 | Vixen | 07-23-2021 | 08-23-2021 | PA0002308400 |
| 40 | Info Hash: 56916600A2D0B1A3DCCF85B20E561590746B3D9E<br>File Hash: 71AFE95066F3DDE1E5376E8D348B9A698766333AD50D23F5C26853A1BD5A8D0D | 06-04-2022 18:34:53 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 41 | Info Hash: 7EFE7E84699F1073E55F54F35F175E7DA0DA9AF7<br>File Hash: AAC4376DF5AF9F483273617E9D72E69EAF62D41D1E9ABDA97D262D4991D79571 | 05-30-2022 08:43:00 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 42 | Info Hash: 9107C95B1A845BDB8B47C91D2CB939FA718F7687<br>File Hash: 02EDAD05EE0C30F98D1BE36AF5CB432B7DC3A46BAC88DFF1D3675FAEA132C3B7 | 05-15-2022 06:36:18 | Vixen | 04-29-2018 | 06-19-2018 | PA0002126677 |
| 43 | Info Hash: F6CE08796E7200EA0845FF9313369CF337C207BF<br>File Hash: 80D1AB32037DC972993DC1D67A3951382310EECA7BBD9430350DB3E17A8B8DC3 | 05-09-2022 08:28:33 | Vixen | 07-28-2018 | 09-01-2018 | PA0002119572 |
| 44 | Info Hash: 7979DF3459BA13E2B11B7A2DC717588930E19678<br>File Hash: FFA67807DAF957823B6BD71588ECE6C105A4511A6AAF7C60AE86403C744564B6 | 05-08-2022 14:12:11 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |
| 45 | Info Hash: A86E36BB7686CC74980BDF6A7CE08543A16711B9<br>File Hash: 661E619DD876DBDCE24A539D97D0914E43B04D80F5CC45273F7B638EEB2EE3F4 | 05-02-2022 11:30:56 | Vixen | 06-03-2018 | 07-09-2018 | PA0002109331 |
| 46 | Info Hash: A93D128460BD58723BF227F061B37EDBF17079EE<br>File Hash: 13FF309840B9F89822AF67E8623D9BC2F2DCCC641207CCA9C8A4E1E52CB3F4D3 | 05-02-2022 11:29:43 | Vixen | 08-22-2018 | 09-05-2018 | PA0002135676 |
| 47 | Info Hash: 03D90B360F20E11A32C88D605278FA28455E400C<br>File Hash: 87DBA0FD5AFF962628C4FE3622566A384BDA68D82F6F073ED32D436054FD52E7 | 05-02-2022 11:29:03 | Vixen | 12-05-2019 | 12-17-2019 | PA0002217671 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 360CF572729CEB5E07FB70C3474B63D47FE52E02<br>File Hash: 29E414A8CB2EC3A84187439F383DC2D16934969B057C0071C9C6AB28D2C697C1 | 05-02-2022 11:28:16 | Vixen | 11-25-2017 | 01-04-2018 | PA0002097450 |
| 49 | Info Hash: 1D4F8BC60FF91E4A8991397E26BFAA8545914E58<br>File Hash: 828B25E117FB123B4C52940B353A777E9255293B290E607074FBF66531FA742C | 05-02-2022 11:27:47 | Vixen | 11-15-2018 | 12-10-2018 | PA0002145829 |
| 50 | Info Hash: EC330F217C96E963A6ECEC0BF553FDAECA99E7DE<br>File Hash: 61CF90246D7FE681A0A4916F554CA98036D8D79CBD946BF5EA20A747B2572E45 | 04-24-2022 10:45:45 | Vixen | 09-26-2017 | 10-10-2017 | PA0002085861 |
| 51 | Info Hash: 75B7A9E8BB57C0DED8FB1DCEF38262201FC77BAF<br>File Hash: E87665078C528E45A21C3829655A181D79A3FC75EBB016128A1AD0802A521642 | 04-21-2022 16:21:18 | Vixen | 12-20-2019 | 02-03-2020 | PA0002225564 |
| 52 | Info Hash: ECC3684AA637E3BF0156DBF4E2FE4303ADD60E07<br>File Hash: 92C3B931B9D9A017F44EA93670552B6A5024D907337B8176D5D4E44DD5849BDD | 04-18-2022 11:29:17 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 53 | Info Hash: 427D7659FBB400549E7421B692B749186464E463<br>File Hash: 8BEF15C15CA5BD5ADBB0B79B8CDD25A0B26300745D344879B109E313E298F943 | 03-31-2022 11:32:19 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 54 | Info Hash: 0F058C65F3232B7C21FC46A70D9A282290A70729<br>File Hash: 13F283614EA119F14F567A4C85407B6D90A09735B58AE12228BE7A085CB81F34 | 03-31-2022 08:26:28 | Vixen | 02-11-2022 | 02-14-2022 | PA0002335457 |
| 55 | Info Hash: 7ABEF2110AAB24D772A31B91D994EE0E2052E873<br>File Hash: 1D338DDE4A87B553FAE3E3411EA19462D8C525C20A3FB90183784EB6D98436A5 | 03-31-2022 07:47:57 | Blacked | 06-14-2018 | 07-14-2018 | PA0002130452 |
| 56 | Info Hash: B932566CA80214AF1768FCDD8E37A4C272BF016F<br>File Hash: 956F4B94646E9605D916985FF017AE521D401BE8ACC474B680F906BCFE506CC3 | 03-25-2022 04:53:25 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 57 | Info Hash: 0EA70C4136D3ED3CC3474160F6A54DA00DA9B732<br>File Hash: 5F1E4B5ABBFC4A0B2DD7F46C6414E6B062EDE9E7ECD07E28F56F480D37FB20A6 | 03-20-2022 05:49:39 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 58 | Info Hash: 5DF428DB1657E58330B474DF0E86C57A866C519E<br>File Hash: BCE5DC9032A60129E08E333AC30208D6061FBA0262CDFD5D8332855AA6B80168 | 03-19-2022 08:15:20 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 59 | Info Hash: 543EC66C0C1C2304E00AA75394F37B1F969B9094<br>File Hash: 1669ADC4112395129F594F6E21154B1C5BA7D6C75864D58125F2FBEB69193A73 | 03-17-2022 06:38:10 | Vixen | 03-04-2020 | 04-17-2020 | PA0002246168 |