**Exhibit A to the Complaint**

**Location:** Atlanta, GA                                                                                       **IP Address:** 76.97.225.224
**Total Works Infringed:** 34                                                                                   **ISP:**  Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: 0DF1373C93DA975A7D024971056E529803819C53<br>File Hash:<br>A204ECBEE695809D1D1B97C23F091C60C801355D79D0FE46F3FD18ACE9B9527F | 08-17-2023<br>08:14:38 | Blacked | 08-05-2023 | 08-17-2023 | PA0002425714 |
| 2 | Info Hash: F9F0A5EFEB40AA234F0E5D52CBC18EC18A19382B<br>File Hash:<br>635477BF0794B45D4B5A46867BFC83ED5F60EC726696DD904FFA053E565A049A | 08-03-2023<br>02:11:11 | Tushy | 07-30-2023 | 08-17-2023 | PA0002425542 |
| 3 | Info Hash: 4FF7E0F3F9B2AA4586A17D06D9857B857F997894<br>File Hash:<br>10A2EE31A22364799C20A3AA25CA1BB11D74BB9824E88644DD669D541BD1E4A1 | 07-29-2023<br>21:25:48 | Blacked | 09-02-2018 | 11-01-2018 | PA0002143413 |
| 4 | Info Hash: A3BE47EF478137F0DE74FC65B0CD19C107F87B47<br>File Hash:<br>606C209A97FC3D99D572196228EB775BE465EB5B939AB27547F66CB47DDA5C4B | 07-19-2023<br>22:47:29 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 5 | Info Hash: 54BAF47213B09002E02CD253890703395BC8C138<br>File Hash:<br>DD9E4ACCE9AB589D9004FF23E17CBD79FEC4B79A47F73F98250614DBC9FD96B5 | 06-29-2023<br>07:56:29 | Blacked | 06-24-2023 | 07-13-2023 | PA0002420341 |
| 6 | Info Hash: 87B318292B16327F64998E2B11D8AA8E8F1D9001<br>File Hash:<br>4CD0DCF59DA70450B04C08756ACBF2AE77DE301084DD0645862997228C5E6E77 | 06-19-2023<br>22:41:58 | Vixen | 06-16-2023 | 07-13-2023 | PA0002420352 |
| 7 | Info Hash: DB187F171E05077A1029594BE0B46A0CF17AC441<br>File Hash:<br>255E0C524DDD1BC5B343036966B70028E1BD79871C4BF1012259A9B0399A5A55 | 06-15-2023<br>06:16:15 | Blacked | 06-10-2023 | 07-13-2023 | PA0002420362 |
| 8 | Info Hash: C1BC663A0CF587D4DB4973C49B0D0E4706A0FB5C<br>File Hash:<br>B4FBAA74D55D9FC14929AD35EA31FB23B592069F330FBBEC9FCE7CC130F958F7 | 06-09-2023<br>09:37:39 | Blacked | 06-03-2023 | 06-09-2023 | PA0002415360 |
| 9 | Info Hash: 1E6C2C75FAC0643812756AD5F7FDD703446B78A6<br>File Hash:<br>D2CD28B929088747A6F288C83E0BA12AD5671900E26C30C0482CAB5F25EAE7DF | 05-26-2023<br>07:57:01 | Tushy | 05-21-2023 | 06-09-2023 | PA0002415379 |
| 10 | Info Hash: FBDEB77E92B3BCDE078B2EE02A0456A45443A1EC<br>File Hash:<br>73AE747B42AB732EF3C89E91DC7F3655D0E3D7E670B3BDCED9641A8591B722DD | 05-03-2023<br>04:08:02 | Blacked<br>Raw | 04-29-2023 | 05-14-2023 | PA0002411313 |
| 11 | Info Hash: 30301D91EB7B5A90760AA74896B144B14379DD64<br>File Hash:<br>6BCEB16549DD0A377B08BAEE1ECD57E3BAE36C319AF76E4B89E8DD8D03BFDACB | 04-11-2023<br>03:04:57 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 0F36B0ECBCDFE8D635C612B41A2D2691DA117200<br>File Hash: 168EAF9892C4B55751BEB98893A6D7A05D5663C5ED3DCFC3AEBF7681352DE760 | 03-28-2023 02:29:07 | Blacked | 03-25-2023 | 04-07-2023 | PA0002405756 |
| 13 | Info Hash: CCC7EDD22D7238230478C0BF0D063AF60D247CC3<br>File Hash: 7DE6FC953D92A8F612FA44B230D3CEF4EF150B6206B43CA74FE5AAC6044ED5C6 | 03-16-2023 04:49:38 | Tushy | 03-12-2023 | 04-07-2023 | PA0002405752 |
| 14 | Info Hash: 099C4A7667A9B09FBA27D437F9C822BD1DF06DF6<br>File Hash: 57358891348E72225F8995C75FC3C012FD6B749721867D43AE0E5D9A9F7666C9 | 03-15-2023 04:01:16 | Blacked | 03-11-2023 | 04-09-2023 | PA0002405763 |
| 15 | Info Hash: 5934CAF7E62BD17FF2B6CEF24482B13A9B4A3BD0<br>File Hash: 8CDB3681EAE8E4D7005F5759D3873A0EA4F631F1C6547F7C66C73E474366A784 | 03-03-2023 06:20:13 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 16 | Info Hash: 7A9A2E1E2DCBB3A64583B95F042C029A715D4743<br>File Hash: FA1CA01F93BBC637BFED6161ED631234D467FDB502BF67C0BE5F618E1FCE3818 | 02-28-2023 04:09:50 | Vixen | 02-24-2023 | 03-07-2023 | PA0002400307 |
| 17 | Info Hash: BD1CB71F94751AE32A319F7E528342E6D44DC505<br>File Hash: 6567C5909B2B9294458201071F878EF1AFC9D479E5FFD69445480855CBF81C75 | 02-15-2023 07:40:17 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 18 | Info Hash: 61C660920152C521141FBA9AC0D51F3EC79F05DD<br>File Hash: 23834C981F2CCD9878E86E37608033A3B27493E719DEFAF1BC049A9887BE445F | 01-23-2023 02:40:10 | Vixen | 01-20-2023 | 01-27-2023 | PA0002393071 |
| 19 | Info Hash: 21E212CA2738BBAC40B37DD6A175495A6C6F49C3<br>File Hash: 2808CECE7508F6BED35A98444B7B848E83AC0FAE596C000D698F779AA1566738 | 01-10-2023 08:04:33 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 20 | Info Hash: B9DF002116540453038D67546BB3641D0F58C69E<br>File Hash: FBA5E95F4E0DD7FA9E2A056710154F81DD5DA85E516F4763E2C993952D13A8AE | 01-10-2023 01:10:20 | Tushy | 01-01-2023 | 01-10-2023 | PA0002389579 |
| 21 | Info Hash: 312F7FEB76A20BF5563ED1A49947EA4A217CE724<br>File Hash: A4C6E2C487095C35F0062C89E0C80838AF36605494BFD8BBEC3988205274B9F5 | 01-10-2023 00:56:44 | Vixen | 01-06-2023 | 01-27-2023 | PA0002393080 |
| 22 | Info Hash: 5F7C948EFE92A07F5C981E6F34A4D3EE27861137<br>File Hash: 901EA22168EEE02814EAFB5072EFB73879CE8F761B5D626E838CA4FA3D36402D | 01-06-2023 05:04:13 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 23 | Info Hash: AE257D4A3CDE9D8FF36BE1AAE46B51BCE08F13F8<br>File Hash: 8854DBD8FC6501108CFD939FD068C4B2EDF8582D4CCFDA8839034056CC5BE3C4 | 01-03-2023 23:05:26 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 74B8BD53BF12A2073D2A04B37C8826F13B140035<br>File Hash:<br>265667A7A9870996F1562624DE5604DE7F0088FA131250F48F2C710990CB611F | 12-31-2022<br>20:24:53 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 25 | Info Hash: E0CDE42BEB15AD73597EAB8097EE4A7E0010F954<br>File Hash:<br>A0F2DF5B142210568CAEABDD39207E691EF85D9B250DD39B9C7D3A7DBADCC5EE | 12-28-2022<br>07:14:23 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |
| 26 | Info Hash: 86C18487578E45172FA87A102FA37E2660FFF7A3<br>File Hash:<br>C69D40874320AA3D5184A284181943DF96513ED55CAF687E769D5A7EA14C162F | 12-16-2022<br>09:40:48 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 27 | Info Hash: 84E80334CBAD79F7C06CADE6D31766FB089692A1<br>File Hash:<br>BD6E4D3A6B557EE8D5D364B39D213852DAD9FD4EF8A97B1D98BFF26B5F430EDD | 12-10-2022<br>00:52:35 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 28 | Info Hash: A44D9E12AF9C892684763C28941B668EF239CC7C<br>File Hash:<br>9829F668C7BCDA17F5848DE3EAF5B82136F0C3E5ADF1D74481A2F84111D1152D | 11-19-2022<br>08:04:00 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 29 | Info Hash: 450C9850EC2164A3A1119D80BEC5D6F92401928A<br>File Hash:<br>2CA5AFF6EE92FDBC080105A28A5CC27CACA722580B3E4AC135A617605391A431 | 11-19-2022<br>08:02:40 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 30 | Info Hash: 47880DD91F9AB42518D32839C9B849E25CD779D1<br>File Hash:<br>65F76492606C27C269C481B47DA987DCE7C15080D3F9DAC397D6066A0BA24829 | 11-18-2022<br>00:55:00 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |
| 31 | Info Hash: 774C2EA090A6AFE6D8973DBFE0AE522A35D352AA<br>File Hash:<br>C93EAC8256856177FB745EC3F9E5CD79E37C52402C37189C8BA56331DE0C3A6E | 10-29-2022<br>06:49:23 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |
| 32 | Info Hash: 778324BEB813919D44E73DDFA757930F3FB6C2F6<br>File Hash:<br>7EC04412F074B99B2229EB1BCCDD276232478F7E9897B18363E1B5837330CC99 | 10-10-2022<br>05:23:07 | Blacked | 08-13-2019 | 08-22-2019 | PA0002195504 |
| 33 | Info Hash: E4F0C07AD7A557AD674372C5CD5C3379F38A787F<br>File Hash:<br>C163F6FAECDF8FB7ED91ABB35BAC6AA5F77EE0E6D81F2C5364A31E47F17BC6C9 | 10-03-2022<br>07:19:58 | Vixen | 09-30-2022 | 10-31-2022 | PA0002377819 |
| 34 | Info Hash: B6B3DC5C87C53BEBD0F5F455E3CF7308A1C85B4B<br>File Hash:<br>2368DA84A164610BA880B0F903ECE64219A9B6CAF2E841A8F04B5DDC9262C46E | 09-25-2022<br>07:39:16 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |