# FOURTEEN CASES FILED CONTEMPORANEOUSLY TODAY THAT SHOULD BE CONSOLIDATED IN CASE 1:23-CV-02096-SDG UNDER RULE 42(a)

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 4.26.56.246, | ) ) ) | |
| Defendant. | ) ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 174.163.111.64, | ) ) ) | |
| Defendant. | ) ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 71.204.117.35, | ) ) ) | |
| Defendant. | ) ) | |

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,                                )<br>                                                                 )<br>             Plaintiff,                                       )<br>                                                                 )<br>v.                                                              )<br>                                                                 )<br>JOHN DOE subscriber assigned IP       )<br>Address 24.125.216.48,                             )<br>                                                                 )<br>             Defendant.                                   )<br>_____) | Civil Case No. |
| STRIKE 3 HOLDINGS, LLC,                                )<br>                                                                 )<br>             Plaintiff,                                       )<br>                                                                 )<br>v.                                                              )<br>                                                                 )<br>JOHN DOE subscriber assigned IP       )<br>Address 76.97.225.224,                             )<br>                                                                 )<br>             Defendant.                                   )<br>_____) | Civil Case No. |
| STRIKE 3 HOLDINGS, LLC,                                )<br>                                                                 )<br>             Plaintiff,                                       )<br>                                                                 )<br>v.                                                              )<br>                                                                 )<br>JOHN DOE subscriber assigned IP       )<br>Address 73.122.204.16,                             )<br>                                                                 )<br>             Defendant.                                   )<br>_____) | Civil Case No. |

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 73.137.192.15, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 73.82.40.2, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 24.99.82.249, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

3

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 76.145.202.246, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 67.191.246.254, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 73.184.58.155, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 73.207.165.108, | ) ) | |
| | ) | |
| Defendant. | ) ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 73.184.137.165, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

Dated: August 30, 2023

                                              Respectfully submitted,

                                              By: /s/ *Richard A. Rice, Jr.*
                                              Richard A. Rice, Jr., Esq.
                                              GA Bar No. 603203

                                              The Rice Law Firm, LLC
                                              3151 Maple Drive, NE
                                              Atlanta, GA 30305
                                              Tel.: (404) 835-0783
                                              Fax: (404) 481-3057
                                              E-mail: richard.rice@trlfirm.com
                                              *Trial Counsel for Plaintiff*