Exhibit A to the Complaint

**Location:** Lawrenceville, GA  
**Total Works Infringed:** 78  
**IP Address:** 73.122.204.16  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: FA3E8CA60B0B1C49D8686EA90D0C07DD82DA6042<br>File Hash:<br>3BB9222AF2B33BD675EE012692FB557F49C3E7E006545FE943D9CFC22D7F2387 | 08-06-2023 19:38:34 | Blacked | 08-05-2023 | 08-17-2023 | PA0002425714 |
| 2 | Info Hash: 4C3A7C56ED25D218CBEB5D084BB7900C76335DCB<br>File Hash:<br>413CF6A301378FD67B5CD53F95FD33814884E0722335630691EF13F9C4C99868 | 07-30-2023 23:42:22 | Tushy | 07-30-2023 | 08-17-2023 | PA0002425542 |
| 3 | Info Hash: B79D5F451022B1A8FDF8B97F75DE2F72E304C719<br>File Hash:<br>B591559FBA69A3CEF60C7EE5A7DE269DE594B2E0A1BDFDF716BFEC1B7EE0B662 | 07-30-2023 23:42:20 | Vixen | 07-28-2023 | 08-17-2023 | PA0002425768 |
| 4 | Info Hash: 5350B7EBFC5725A84EE60BFBA2E1E9E59CFC1DF4<br>File Hash:<br>56722B1FA5F80B64E4B9D5E7B35BF4DB3F6D977FCC21AA34893670F2B18812FC | 07-30-2023 23:35:39 | Blacked Raw | 07-24-2023 | 08-17-2023 | PA0002425531 |
| 5 | Info Hash: 5A4E073E87F38F2C0D42AA26B1476210E4539CCB<br>File Hash:<br>055B299D8922314759E8F8344246885D13F17AF5BE062CB7661B6CAC3D6C349E | 07-30-2023 23:30:46 | Blacked | 07-30-2023 | 08-17-2023 | PA0002425764 |
| 6 | Info Hash: FB4523ADF236017D190FB4A2BF1098940B0C831F<br>File Hash:<br>3A6E91B502F5EBAB12F2A4881E438389B559846ABC3E669AB28C9C29FABD163C | 07-24-2023 15:57:47 | Tushy | 07-23-2023 | 08-17-2023 | PA0002425533 |
| 7 | Info Hash: 9BCE454DE8B396B9CC1EBED9BC6AC5CF71FCF54F<br>File Hash:<br>EB3361380DB7D6AE0638A1128F8472E893BA43EB0A11688C2F9F380F3F15FF2E | 07-24-2023 15:56:01 | Blacked | 07-22-2023 | 08-17-2023 | PA0002425765 |
| 8 | Info Hash: F28AFD3D4BE03CECC6FCA28FE25E0895A96517D4<br>File Hash:<br>928BCD026179E21990344B5DD7B2E4662FC707B284E4134397DDA9E90C9FD888 | 07-22-2023 04:46:56 | Tushy | 07-16-2023 | 08-17-2023 | PA0002425541 |
| 9 | Info Hash: 19D9C0CB9C6CD53A57C90FB26B18613254F92288<br>File Hash:<br>F3E2E9AC3D628589EFCCEE50E6976E8E3DF4FA7F3059C8B1B728F013D8E1DEA5 | 07-22-2023 04:38:14 | Vixen | 07-21-2023 | 08-17-2023 | PA0002425767 |
| 10 | Info Hash: 2E7F1857614CC274AF20C9DD87F3C1174D770D1B<br>File Hash:<br>6A990F12169E46A2D505A3A56AD659568132F2A2612973AB9E0601770842B0C3 | 07-22-2023 04:34:26 | Blacked Raw | 07-17-2023 | 08-17-2023 | PA0002425535 |
| 11 | Info Hash: 93D97CECD576030D8D188B2FAE3F9C62A2EB5D09<br>File Hash:<br>5F8E2A9EE4C5225A986487D7F26AEA8730855EF8B3E508F8E87F1DD14B5D9166 | 07-16-2023 02:49:16 | Vixen | 07-14-2023 | 08-17-2023 | PA0002425769 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 7A2F0ABEBEF919AD2353F8CE407731AA7DDFDE02<br>File Hash:<br>0E1D2467180070068A6638C2F5F5EF0E8F389F6D497EDE3EE045A9ACC039B694 | 07-16-2023 02:45:27 | Blacked | 07-15-2023 | 08-17-2023 | PA0002425771 |
| 13 | Info Hash: 9501E91F61C401FBAAD633A95DEB379C1A0DFCC4<br>File Hash:<br>742D96984523D68AEF4C8A821BB7F901BD810CFBEE4026C03976FFAE7252C450 | 07-11-2023 05:16:51 | Vixen | 07-07-2023 | 07-13-2023 | PA0002420346 |
| 14 | Info Hash: F3DD0E74B9941E8F0FED8FA6E5A681289048C837<br>File Hash:<br>C5AD052A92478944561205C7481922247157221159B334ABE784AFBEAEA5A563 | 07-11-2023 05:12:06 | Blacked Raw | 07-10-2023 | 07-13-2023 | PA0002420345 |
| 15 | Info Hash: EB3AFA7446AD5C76F0AF4DF2E90D6995B8F61225<br>File Hash:<br>3C17AF5A700F5A8026B68927F3CB12BDB395B560FA4FDE2BFB88A8567E9F73D0 | 07-11-2023 05:08:15 | Blacked | 07-08-2023 | 07-13-2023 | PA0002420354 |
| 16 | Info Hash: 67DB501791A10A08A69FBB3B3F5CAD9A39994FA1<br>File Hash:<br>4515F8C63E0AD1A8595F3E7D1277E5A8F961E180E0131F03B67A7FCCB39F1EB6 | 07-04-2023 20:31:36 | Tushy | 07-02-2023 | 07-13-2023 | PA0002420348 |
| 17 | Info Hash: 8B3EE2BB8649CFF6A98EF1052C9193229B24CFFF<br>File Hash:<br>7ABA3898446F121CEBFA5CDC7FE176A16F2911009A0A6910051E3CC27FC11659 | 07-04-2023 20:24:37 | Vixen | 06-30-2023 | 07-13-2023 | PA0002420344 |
| 18 | Info Hash: D84B8AD4FECC5FB09D514EDCE8F2BC8E44128848<br>File Hash:<br>2007D9FB4C4AFE6C7A0899B817CEDD8DB57535BD9DD1C0878B74A88065BD30FC | 07-04-2023 20:23:16 | Blacked Raw | 07-03-2023 | 07-13-2023 | PA0002420355 |
| 19 | Info Hash: 5868129A7C59FF27730E9E1C4C3C8B13F3354F21<br>File Hash:<br>E39AB01B5889CF2F92651AD3328806701AE4D663E185745ABF0269A01B50B299 | 07-04-2023 20:22:51 | Blacked | 07-01-2023 | 07-13-2023 | PA0002420349 |
| 20 | Info Hash: 324EC61E71465F4386CB6D0BEB19E8C18D533ABD<br>File Hash:<br>868D6D210F82788A4E0BC13A7CB5AE0D7C95BA237597E577C619A04A6DF583F0 | 06-29-2023 11:41:38 | Tushy | 06-25-2023 | 07-13-2023 | PA0002420342 |
| 21 | Info Hash: 7AA008A5CA29560D1880259EFAAFA590B706681B<br>File Hash:<br>80FBA3CA2D738536CDB841F5DB798A81D51767A5259244E3A5D7CF76427BA521 | 06-29-2023 11:38:43 | Blacked Raw | 06-28-2023 | 07-13-2023 | PA0002420343 |
| 22 | Info Hash: F39CDCE049E278257484520676EDCC5D87D72135<br>File Hash:<br>51E98FA3244F9A33A20F0538DCE247B34292BA8D099ADEADD95AC2DDC7C09E03 | 06-26-2023 03:30:26 | Blacked Raw | 06-23-2023 | 07-13-2023 | PA0002420356 |
| 23 | Info Hash: EBD1A0130D2765D9E82035ADAE93D5D368809327<br>File Hash:<br>A40D67C01EAE47E591E4BBB126E37E86EF5EE0259A586B7D47C6C09EAC6441CF | 06-26-2023 03:29:43 | Blacked | 06-24-2023 | 07-13-2023 | PA0002420341 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 0F1B0D05E69005F0B20845F4CB65F76D7ECD7C58<br>File Hash: 538A84D53BBF4F55EDA21D8631F2B30B74FEED078C0BCD1FEF5120DDCE5E94E3 | 06-20-2023 05:28:04 | Vixen | 06-16-2023 | 07-13-2023 | PA0002420352 |
| 25 | Info Hash: 3947C7C3DCECAA06091209631C025E0A69C87A9F<br>File Hash: 06C9179E290DD898D19BFF3996C71450AF775D69C5F29AF9BC217AA502340733 | 06-20-2023 05:26:02 | Blacked Raw | 06-13-2023 | 07-13-2023 | PA0002420359 |
| 26 | Info Hash: 91A4EFE2C634E466B827833D0124F82C6DA6D732<br>File Hash: 52D5F331A869CBAC67910086299E363F7EDBABA2D8D8AD0B2347769867A54201 | 06-20-2023 05:22:54 | Blacked | 06-17-2023 | 07-13-2023 | PA0002420351 |
| 27 | Info Hash: A81155D7C16806E32CE51793BDCBB9D86F99F90B<br>File Hash: 9790F4BC93FD7398511406D28281B70D6921D21AC04C64B1647701F8C8BA4017 | 06-13-2023 05:01:51 | Blacked Raw | 06-08-2023 | 07-13-2023 | PA0002420361 |
| 28 | Info Hash: ACC005CC5540B73FD43F4D15ABAF01B7245E583F<br>File Hash: 38EA3BEBD5531AA9C70A2F4275A0A9F108E1F1BDA2C9CBB7B347BFEBBC5A2B84 | 06-13-2023 05:01:14 | Blacked | 06-10-2023 | 07-13-2023 | PA0002420362 |
| 29 | Info Hash: E17C7C0844B6DEB7738021B1676D29A7682BAB08<br>File Hash: 7D0CDC4F76127C9E5A64E1D1E86CCA536F291D68011541C29C8536C17B6C17BD | 06-05-2023 02:12:59 | Vixen | 06-02-2023 | 06-09-2023 | PA0002415362 |
| 30 | Info Hash: 95D6896F17F918BE475E91C8119AF61086FC432A<br>File Hash: EAED0212CC719E05161F9B17002F50E509D606AA30F6D9BCAE8E11908D32442F | 06-05-2023 02:10:56 | Blacked Raw | 06-03-2023 | 06-09-2023 | PA0002415371 |
| 31 | Info Hash: 9A7C978EDDC1EDC8C50DF127F82C6120C1B9C5DE<br>File Hash: E18D1B2C35D24CC3D2C84D65730F7B016AA3E2B8671306859A0AB104ED291E59 | 06-05-2023 02:10:54 | Blacked Raw | 05-29-2023 | 06-09-2023 | PA0002415372 |
| 32 | Info Hash: 3E1472CE4927D29E0B4F0CA77411FD41701023D9<br>File Hash: 4799D5AA929AC6D1B9DF8657611CB181BB0A5B1528288FAC788F536C310761DD | 06-05-2023 02:04:54 | Blacked | 06-03-2023 | 06-09-2023 | PA0002415360 |
| 33 | Info Hash: 9BE662B860660A5181956A60790995E6D43AC5F7<br>File Hash: 40E44FD4BBEC21822154036E7DB3D0EF7073478EA09FE7D933CB8BBE91A05DF0 | 05-29-2023 03:02:15 | Vixen | 05-26-2023 | 06-09-2023 | PA0002415392 |
| 34 | Info Hash: 2388A8BAE2D7A66AC8E2823957B738E7F08DD63D<br>File Hash: 70135C7904E63EA4F0668F4F63D95BEC1A2EF92598A53768A2C4F2C420C88F8D | 05-29-2023 02:57:42 | Blacked | 05-27-2023 | 06-09-2023 | PA0002415390 |
| 35 | Info Hash: 5A9A06FCFB7AFA118795BBEA65AB1A1F9E8F0FD3<br>File Hash: 680F372C62EF3645006E61FA418D4B7108C74607354B3BEE9FBE0778CE93762F | 05-21-2023 04:14:36 | Blacked | 05-20-2023 | 06-09-2023 | PA0002415379 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 4CE6EA81D3E8960220D9FCBFE31FFC77667BB3F5<br>File Hash:<br>E5515B14DB042C277687C6F391BB590AAC048759D7ADB51382D21872383EB802 | 05-21-2023<br>04:09:14 | Blacked Raw | 05-19-2023 | 06-09-2023 | PA0002415367 |
| 37 | Info Hash: D633D909CB69430129723B2ECCBE9D3F5413BD5D<br>File Hash:<br>C64A63752B2D6C27FD2B35A88B101888C924C61552E693AD15A0B07CFFC9CD24 | 05-13-2023<br>23:21:50 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |
| 38 | Info Hash: 57D6D4D7587F1D30FCD7A307B6BEEE8360063745<br>File Hash:<br>11FBF632034E66EA5BF569C56C1C58B364389DC971DA190071378080872C6205 | 05-13-2023<br>23:21:39 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |
| 39 | Info Hash: 7BF39A3A1DDC791C77A9329A761C293632340BD4<br>File Hash:<br>986CD7B4A6EA02CC707A8343D0DD9205DC607F89A40472F77D9789FFC5729E24 | 05-13-2023<br>23:19:34 | Blacked | 05-13-2023 | 06-09-2023 | PA0002415384 |
| 40 | Info Hash: 4531E00925FA2FD3453EB18BB37C16BB755A82BD<br>File Hash:<br>BC4ED583B9E8B601F85C3628499D7690CC19DAACD52A7D19E076220BBFDE1269 | 05-09-2023<br>06:13:37 | Blacked | 05-06-2023 | 05-15-2023 | PA0002411299 |
| 41 | Info Hash: 6C4D22C10CFEC71E996E997C6962B17C951413A0<br>File Hash:<br>83642C638E26CBBC1446229870BD8346DB3A678B02FFC7E49BD3C7058634B7F9 | 05-08-2023<br>04:24:41 | Vixen | 01-20-2023 | 01-27-2023 | PA0002393071 |
| 42 | Info Hash: F798ECB4BE5EF77124A601B5AFE4CEB52656385F<br>File Hash:<br>F07745AC93B75FE238EA6D956117CAC807E41B89EE3FC4B11D9907F227FBFA04 | 05-01-2023<br>17:32:35 | Vixen | 04-28-2023 | 05-15-2023 | PA0002411258 |
| 43 | Info Hash: 5C3D2E9C04E4C097755E46668107EFE82259ED24<br>File Hash:<br>5B0F365C771B791F327D7E5299C9C67AE27A70F8719EA5E4C033F4BA80D648EA | 05-01-2023<br>17:28:17 | Blacked | 04-15-2023 | 05-15-2023 | PA0002411295 |
| 44 | Info Hash: 0672640B6F205B14C546FDD1D362F3BC310EEEFA<br>File Hash:<br>DC6148F265A95BF87AC809D45C2FABFC04F56C9EF26307328749108FDDFC184D | 05-01-2023<br>17:28:13 | Blacked | 04-29-2023 | 05-17-2023 | PA0002412011 |
| 45 | Info Hash: 5A86E04371FFF05DE053070B8B7A84368CCE8435<br>File Hash:<br>E3EBF428FC8353EB16611884DD79582C42C159FD1BEDB67F82176DEB6109B400 | 05-01-2023<br>17:23:58 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 46 | Info Hash: 0F61E6587DD239C75A26F7F17E8F3C9523DFA62D<br>File Hash:<br>B728F190BDC937B49FBDAB40D7C1D0151BC35F58FC6B83F6464B94FAA0F79773 | 05-01-2023<br>17:17:58 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 47 | Info Hash: E2977553BF2795BAD540782A9EA1B5E180EE6EEE<br>File Hash:<br>3275D5AB1048CD02CB54DE52FA6E35813EE55911FAC3F87A2E0FA9C80A56148A | 04-24-2023<br>10:59:20 | Blacked | 04-22-2023 | 05-15-2023 | PA0002411285 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 82CDBE33ED33FC7EAA0D43FAC12D9A65865E3BE2<br>File Hash: BB386ED6AB88365F0F93BFB04BC9F617230A112717237B4BC6463669AAD2FBDD | 04-12-2023 10:25:14 | Blacked Raw | 04-09-2023 | 05-14-2023 | PA0002411278 |
| 49 | Info Hash: 5C881317A64059A9E93015BC70F3A69F11F22BA8<br>File Hash: 4E90805D744633B302315BBD5BB18E1C8595CA73A73EA26B963AD93304881000 | 04-12-2023 10:24:16 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |
| 50 | Info Hash: 5FF481118D0A3427E17207ACDD24FAA56DBCE201<br>File Hash: EEF370BCF3FF1FD72694612239CBA74715CAA4513530F645C63D827E268BC130 | 03-05-2023 06:20:29 | Blacked | 02-18-2023 | 04-13-2023 | PA0002407766 |
| 51 | Info Hash: B2F6F377C7CA6CE1DC0B21FB526FC437665E7483<br>File Hash: A85D1BD0DB7A5D3A1B5DFF1B94FCC5D24ACD174A5C44E4076AF04706AEF90FEC | 09-16-2022 03:00:26 | Blacked Raw | 09-06-2022 | 10-05-2022 | PA0002373770 |
| 52 | Info Hash: 88620B073A78B5264AADA5BCF92E3754C8168416<br>File Hash: 00FDD1FDE04C8587F3CC14942E05965765D7812FF108DDF80F33FAF764AB4A57 | 09-16-2022 02:52:43 | Blacked Raw | 09-01-2022 | 11-24-2022 | PA0002388645 |
| 53 | Info Hash: 5AD99E35014BA9DA843C4B2B1F3107E596733CF3<br>File Hash: 3E4AD74A76806EB84025EA39AE6D00032310B40ED0954F9B58C82F4760D1073B | 09-16-2022 02:48:32 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |
| 54 | Info Hash: F9DD9DBCEF2B542CA89D25DB64445CB2B459E8F9<br>File Hash: E423F43AC63A96F0DDEFE71F05D4FDF4000D8A0A77B65FED2D692B3D96E6121F | 09-16-2022 02:41:33 | Blacked | 08-20-2022 | 08-29-2022 | PA0002367733 |
| 55 | Info Hash: 191087ADB4E45213632182B6B82F6F3EDBD2B80F<br>File Hash: 28B282CEB6FF79D3B0A635E6C4ED1E5FC7ACCEF91704C969E390D4B683F06112 | 08-24-2022 10:34:52 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |
| 56 | Info Hash: 08824157DC7C0A7E70E1CBF3B6A61EC638A6F4AA<br>File Hash: B50AB71F29D333F66FCE09EFA4C348309C16C6F334A9D9CBEECA35B125FD8827 | 08-12-2022 10:50:23 | Tushy | 08-07-2022 | 08-29-2022 | PA0002367740 |
| 57 | Info Hash: 6CBBBB442C2612315F5EED7712A820C458A89F7F<br>File Hash: 5733688BD9ECEE3A16EFB5959225817624F4350EA2440C498125AFAC16774F00 | 08-12-2022 10:46:38 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |
| 58 | Info Hash: 9654BC660FA199E61E6E77663F7FD42A1E5408C3<br>File Hash: 99CF17C5574F746FB07FA78BC14A0589C5E8DB0E3C1644B0939C1169CB013761 | 08-12-2022 10:38:33 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 59 | Info Hash: 8F141B336124BA3F7373DD51FEDF088BD69A03F9<br>File Hash: CA43C9F1AD694187DCD7F2E6649BC08724937BD74E0CA7218AC7823DF7A936A9 | 08-08-2022 05:23:14 | Vixen | 08-05-2022 | 08-29-2022 | PA0002367737 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: B2BD02F85748E9B929C507FF7927035B3DB7D9C3<br>File Hash: F5512656E2B6581C621ECB4540F947AD22C4D7282DEBB316F0E72005F6943ADC | 08-08-2022 03:37:33 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |
| 61 | Info Hash: 67AFA0C22392BF43BB0C9F890B0701FE72CF0B78<br>File Hash: B7EA5B6778A1DA271595E5FFBDF5FB5B3BD407EA694BB1BB3F0FB73CF014CA82 | 08-08-2022 03:32:30 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 62 | Info Hash: AA4B262A5A581CFC807BAD5A6071241389440C43<br>File Hash: 8D4B18B113F507D7A6C40F7E81FAF66DA52C0DA76D98301A27AA886B0133A17F | 08-08-2022 03:29:24 | Blacked | 07-30-2022 | 08-30-2022 | PA0002367742 |
| 63 | Info Hash: A2FF0472396474AF01A302320969630BEE58C703<br>File Hash: E950273F0BD5906BAE7B71639110DF7EE2018AFC70DFDB96D94A72792FB17A64 | 07-30-2022 13:15:43 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 64 | Info Hash: 5DC195D7BC88507465CF926FEA4288509AEDC4B5<br>File Hash: 7B935A686219E07E917C1FA84A47F31B1AB96217EDCC4EF5AD0BAF5BE8B5FDF1 | 07-30-2022 13:10:21 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 65 | Info Hash: 81F513CB4C930FCBDE281F48DD599466BBF56F66<br>File Hash: E5627E44B9577AC27A9419BDAD3B727665214DC07F9DB652C92D592FBABAFFEB | 07-25-2022 21:40:28 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |
| 66 | Info Hash: 7AEAC849402221B53E9FA3842C690CD389EF0BC0<br>File Hash: B2748A1FB7CAF8B968E86427B0AB494534BD910A58296ACBFD649CA10F907102 | 07-21-2022 17:19:27 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 67 | Info Hash: 2B8FBAF88AFCE49CF569799FABC99D77157C7917<br>File Hash: BA647865F9C6F80B469BD9BC64EC18BC828874898DFF2B3AA6D9FECC9D63E7BC | 07-21-2022 17:02:53 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |
| 68 | Info Hash: C05F6125B3817869A4128B979A38C3347F6B247A<br>File Hash: D67559EF9D06D19FEC1E265771F5BB6689994683F74C4EC7B2E91F1DB22DE099 | 07-21-2022 16:54:20 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 69 | Info Hash: 2D02D3215E79AA10F4DD7120FB6CE35FFCD96D68<br>File Hash: 5291C07D6C5C06FCB98D6569246C5343612DBFED5B463595B84A01A1F5B8FB1F | 07-14-2022 12:20:00 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 70 | Info Hash: 5E5380B0F1CC1E711CB7620812863EB56AED978F<br>File Hash: 75170608DF2827225CB99B0980BA5FE61B6C9671AEEDCC47692C46BDD9E508F2 | 07-14-2022 12:19:11 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 71 | Info Hash: 6FB706BA24CA739E0F332C0F3AFAFE3E23971F0B<br>File Hash: 3B9E922F010C5DF8C27B58F53A323958B186FA4CB72758C9D9E101C0DCD8C23E | 07-05-2022 12:04:26 | Vixen | 07-01-2022 | 07-22-2022 | PA0002359463 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: F1CDCEE7B24975CC39DB5199D619DFFD3EAB1D44<br>File Hash: 8018F3C62BF5FC835586F517F498520A6468BE88BAD00CED9DDA3375AC83E078 | 07-05-2022 12:01:57 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 73 | Info Hash: 1EBC2F20824E705567B4FEB68EA1D690FC5A6F4B<br>File Hash: C32DD0741B507A98C3F6EB1698AA53CF4F01E6B2BEFD059F99C55E2B67451ED9 | 07-05-2022 12:00:45 | Blacked | 07-02-2022 | 07-22-2022 | PA0002359461 |
| 74 | Info Hash: BF96100A16F3F77A75B6E044814329C38673DFDC<br>File Hash: C54952ADAECC01545F81960D8A585CBCF34DC31298C13AE59E29878399487D71 | 06-30-2022 11:34:40 | Tushy | 06-26-2022 | 07-22-2022 | PA0002359467 |
| 75 | Info Hash: 5545C70F0A2CC76810696B7662E675B7E23CE0A8<br>File Hash: CA57DE61F784AC08F9EB02710BC7731FC33853C9F927911D1B39B24C127AD2BD | 06-30-2022 11:31:11 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 76 | Info Hash: 466DC53498A109B354BF204B1060C9AABE811937<br>File Hash: CDD41BBB549179DA06A3776763D24769C93A8537448A3DC5D9891A458D880636 | 06-26-2022 15:17:06 | Vixen | 06-24-2022 | 07-22-2022 | PA0002359475 |
| 77 | Info Hash: EA7640F815823032DA1DD34C89803B025F58DFC2<br>File Hash: 9F76997E48980B17823F73AEE23A703A16A626434B856B2339E465C5C4D1FD5C | 06-26-2022 15:15:33 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |
| 78 | Info Hash: 45F6A060C0966A6ADD2044D7C2A8B8875F11DBD6<br>File Hash: 3D77F4D4B13826631C797B1C9D39502DFD64814FE2042C88F00E6F3689EA6FEA | 06-26-2022 15:08:28 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |