**Exhibit A to the Complaint**

**Location:** Duluth, GA  **IP Address:** 73.137.192.15
**Total Works Infringed:** 46  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 98A7396F4B2B73301521703E68688BD98063104D<br>File Hash:<br>EC7F3F865D934F1594E5F8E53A103717F39DA69AEDA7FAD4BAD2A032D5AF4520 | 07-21-2023 22:26:27 | Blacked | 02-04-2020 | 02-20-2020 | PA0002229052 |
| 2 | Info Hash: C42EE371002AEEA77C5452EDB31E0132A3D47B6E<br>File Hash:<br>8F86F2EA5E22176E3351BBF65BE24B9C737E9DF52772F1B0CFF2916A66F40C20 | 07-21-2023 22:02:41 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 3 | Info Hash: 95D6896F17F918BE475E91C8119AF61086FC432A<br>File Hash:<br>EAED0212CC719E05161F9B17002F50E509D606AA30F6D9BCAE8E11908D32442F | 06-23-2023 18:38:36 | Blacked Raw | 06-03-2023 | 06-09-2023 | PA0002415371 |
| 4 | Info Hash: 0185608D5FC14C71957A6AF0A95E6B9A69ED9BA0<br>File Hash:<br>34635672ADDE69E6C7DB4953231485C3DB019FEDB95E5D271696ECACF53EE3A4 | 06-23-2023 18:19:53 | Blacked Raw | 06-18-2023 | 07-13-2023 | PA0002420357 |
| 5 | Info Hash: DADDC020188225733D70B4BD7BC3C7A1C5E6DF7F<br>File Hash:<br>66817E5F5203B5D23FD9F101FF93ACEAFCE88D34598DFA5D6CDE4E930490CDFB | 06-16-2023 02:37:04 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 6 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash:<br>47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 06-03-2023 01:02:33 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |
| 7 | Info Hash: E2977553BF2795BAD540782A9EA1B5E180EE6EEE<br>File Hash:<br>3275D5AB1048CD02CB54DE52FA6E35813EE55911FAC3F87A2E0FA9C80A56148A | 05-23-2023 03:11:11 | Blacked | 04-22-2023 | 05-15-2023 | PA0002411285 |
| 8 | Info Hash: 0F61E6587DD239C75A26F7F17E8F3C9523DFA62D<br>File Hash:<br>B728F190BDC937B49FBDAB40D7C1D0151BC35F58FC6B83F6464B94FAA0F79773 | 05-23-2023 02:25:03 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 9 | Info Hash: 0AEC90FD61429D473ACE512307B3A817704D288B<br>File Hash:<br>2895A74E175D9E4265D8E7CFFDF6FD89E800D78CA80C90E52348DE265DFF4B6D | 03-27-2023 01:49:54 | Blacked Raw | 03-25-2023 | 04-07-2023 | PA0002405729 |
| 10 | Info Hash: AF62F71E24B618A821444B2911E913228FAD9EB2<br>File Hash:<br>26C8F4089D991B2A75A1A9D68156149B8D954F6763248715D38A60DD54E4684A | 03-27-2023 01:46:21 | Blacked | 03-25-2023 | 04-07-2023 | PA0002405756 |
| 11 | Info Hash: 090E17DEA144E183C365B32787317CAD5B4EE7F2<br>File Hash:<br>F75DD1D09704CF916B138ACC1CD55B1D291C6CDD60E5D83419A74D61AF7978DB | 01-21-2023 16:26:14 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 7A65B2C57EF88AE976AD94C7AAB3416BD5DEA644<br>File Hash: 9A7E2A81CCD393B971588C52B96044830AC088C83B01F474ED17B21471D05A42 | 01-21-2023 15:11:17 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 13 | Info Hash: AAF6DC5BA0AAD0F77A198B232E0C43C4BEA81F4D<br>File Hash: 6A89B7B84A8C79E6EE497AC846DDCDFD695453F7145682CFA6F97A2C338AC2C8 | 01-21-2023 06:42:59 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |
| 14 | Info Hash: 5D16EC2FE6C9F9FA9F5476C90525208D413532F1<br>File Hash: 247DCE33E47A1EC566200C820669478595511EF53F3A644E15EBEE009FBBD0A0 | 12-27-2022 06:35:20 | Blacked | 06-29-2018 | 07-26-2018 | PA0002112160 |
| 15 | Info Hash: 9A5ACC9C958C00F1B826AC91A7DB3423BCE3F400<br>File Hash: 3907F5F1B4D7BDF3C32081D6DFECFDA0FFC5A500A4853B1F1B0294CA71241F2B | 12-27-2022 06:34:49 | Blacked Raw | 04-12-2018 | 06-18-2018 | PA0002126637 |
| 16 | Info Hash: 67D95FCED9B00C108A63588568A4B4CC34737EE5<br>File Hash: 2F08A480A39A433B92CB7BE753ED72122DDC6A8669D61337B266203F90B0E8D4 | 12-27-2022 06:07:42 | Blacked | 07-09-2018 | 08-07-2018 | PA0002131818 |
| 17 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash: 478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 12-24-2022 12:32:32 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 18 | Info Hash: E12FF3F313842E2F77EC08C5A3D804F608AB1116<br>File Hash: BE61C07B258B1FCEBBDE344FB23D51C8E6A1AB2FDE7926DB25DA716090CE99BD | 12-24-2022 12:31:25 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 19 | Info Hash: 32E09D6A5978F499397CCFFAB8C889951CF3BF94<br>File Hash: EADF62816A0B33E9DCC505156847A93771275B747B14A6DBC5154D2ED41A2C04 | 12-09-2022 07:41:07 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 20 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash: 54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 12-09-2022 07:17:52 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 21 | Info Hash: 3AEAEED448A79D7A5A91F51469B6A7836CA00512<br>File Hash: 89B3CC895630009E5A548D9066FB8CEC58A212697326D8283D51CFE9932EE345 | 11-30-2022 04:19:31 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 22 | Info Hash: 83E5CC90978D29577233ED709F7716D44CA1DC25<br>File Hash: EEB6E66B6C3FFE1EE2426F50B0E190BA3ECEDAC333AA633C9797D352A0D0ADF7 | 11-27-2022 06:07:16 | Blacked | 04-10-2018 | 05-23-2018 | PA0002101304 |
| 23 | Info Hash: 80494AFA4036C921B131676C3D1A61F5DE378231<br>File Hash: 85424ED7263189BB726B267E8436C95A6813BF8FA9C33CFAB19E35095E7FBBC4 | 11-27-2022 06:05:46 | Blacked | 04-10-2019 | 05-11-2019 | PA0002173883 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 8031B4A7A5CFCECBC796D4772440BFC5016C11AA<br>File Hash: 6BC6E1D6C35FB48E06C6A8D7BBF0DF2769A8B15B04C14B904550055F04219187 | 11-27-2022 06:05:16 | Blacked | 06-24-2018 | 07-26-2018 | PA0002112154 |
| 25 | Info Hash: 33DEBFD16F53996E2A3BD27C4BB5E609F0943E54<br>File Hash: 1A5D9A40E8EA252B70883140ECA5844D396D908269D4AE083966CF481D46B7EC | 11-20-2022 04:01:19 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 26 | Info Hash: 110A977EC579A0C615470034576E208FE87EE9CE<br>File Hash: EC7652DD9E427D069701EC437FA0E36B4F9ABB30E0D3B590BCBCADE9462F80BF | 11-19-2022 13:27:43 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 27 | Info Hash: 67EF84041ED977F41D66A20D588BA8170835308C<br>File Hash: 5BF79B90982D40526B460E6ADECB89968874DEE3373EDC3E4EFF76B54E2E603E | 11-17-2022 03:51:45 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 28 | Info Hash: 8B78B77793A4284DD8647508DD3EDB99FC4C7A6E<br>File Hash: 8381CC3932E3A99B26C1665F380DFFF62D13EA20F85A94C2D0B9ED4AE413B9B4 | 11-05-2022 19:21:49 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |
| 29 | Info Hash: DF53778C7A3AEE59B67DAEB1EECE861118658A5F<br>File Hash: 9F7ABE255300D0E02550A722BCD6E463FE4E743075709D1EC78803DC84F3AE06 | 11-04-2022 01:49:08 | Blacked | 10-29-2022 | 01-06-2023 | PA0002394016 |
| 30 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash: 5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 11-04-2022 01:00:08 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 31 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash: 2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 10-12-2022 09:50:01 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 32 | Info Hash: B664491ECF005F0F196B8A1FBF69B2DF31F03B4A<br>File Hash: 16DD10031D63C17B5F0170F4F4FACF6AE53C50E1CA671EF54563CE31CD79D211 | 10-10-2022 02:53:25 | Vixen | 10-07-2022 | 11-24-2022 | PA0002389323 |
| 33 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash: 953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 10-07-2022 04:40:46 | Blacked | 11-16-2018 | 11-25-2018 | PA0002136637 |
| 34 | Info Hash: 4665C82DE8A7CA83557C6C9FAAC5C3FB08A40868<br>File Hash: 28206F8C2A899D1A14BD86A5AD73A826ECD1BEE8CB59FB97471588DD54FAB5BF | 10-01-2022 04:12:23 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 35 | Info Hash: 2F7F33BF3A666ABE2F530743283BCDE814015848<br>File Hash: 2A98BD6222D5067954E6E39B48F5307B88F73327A96596ADE8DC8E3EDD3E8C25 | 10-01-2022 04:11:07 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 4942B26E65DF128854B844B35AB6AF20B3B289F2<br>File Hash: CB10299C3EEC78FA0D9219A52B89DC3EEC9548B9EEF182D9A55A81F195FB17B4 | 10-01-2022 04:04:58 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 37 | Info Hash: F384E970AC450A02931E74335A99876DCA5AFBFF<br>File Hash: 201D0FF4E41487C0C1B7C759ED7237173F0D4D0F56007F7D5EC7FE0E6CB68A0A | 10-01-2022 04:03:23 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 38 | Info Hash: 96AEF5CCCC986CCBC629B6F97649BCEBBC0586B2<br>File Hash: 91586FC60AEA8195E518F7211642E75475C9BFD182FEA0517D1CBA403D777473 | 10-01-2022 03:55:38 | Blacked | 04-25-2018 | 06-19-2018 | PA0002126642 |
| 39 | Info Hash: 4275774E7AC6841246779BB0CF9054E881B6F417<br>File Hash: CD22763EE0843E6B9497D0966E1C52B8D5F1B7FCB0E9C542DFEDFC95AC3A61D2 | 10-01-2022 03:43:19 | Blacked | 03-05-2022 | 03-29-2022 | PA0002342848 |
| 40 | Info Hash: 836A8B6519AA75CE2703D778F8BB55ADFF2FF5DC<br>File Hash: 7F91960D82C517AC31C1420D852659FBE55343087180F8DCC6D5C03D535692B0 | 09-27-2022 11:35:00 | Blacked | 09-24-2022 | 10-05-2022 | PA0002373769 |
| 41 | Info Hash: B6AB371E8975D0F0E93BB0B6CFB1A51B09F639FE<br>File Hash: 55CCFCCB97FF68646EE1B96022FDDE6D1CD6078D4780DD2C59D67E96D0BCD47B | 09-09-2022 02:36:54 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 42 | Info Hash: F079D269230D8FC61AFE8E4B75965FD17088D3F3<br>File Hash: 0F0903FFC4AC319A2E31799A78C03C8433FB3CB7FC32B887000803194A7DE328 | 09-09-2022 02:30:03 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 43 | Info Hash: 2C3887CBB67C1F2D88B12F826755327F35391D5F<br>File Hash: 3C521F79ECC91D1650AC04E913CA71DA7F0021D6F86E43D8B72438228247EF9A | 08-24-2022 05:18:14 | Blacked Raw | 08-22-2022 | 08-30-2022 | PA0002367731 |
| 44 | Info Hash: 7A5E3408AF26D787EE0E1F03A2F77436F75950D7<br>File Hash: 0545C33026AFC826D0331FB6ABB4723673C0F9D76258F7C5F291D1B1D889A325 | 08-20-2022 01:22:29 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 45 | Info Hash: D73D84EA314E0FF698536A45595592C277D8F6C5<br>File Hash: A8E5C067293F41DEA80AB05236733C455D1AC72FC8F4A66F7C7E20570AC3D873 | 08-11-2022 02:02:17 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 46 | Info Hash: DFC8BD304F9C774902F9E41F470D5FEFDA243931<br>File Hash: E7579D0E2BB006B32A54844FAE6165D050C6629193092DEA4E0BBBDE05B6A9DE | 08-08-2022 02:52:22 | Blacked Raw | 06-13-2022 | 06-27-2022 | PA0002354983 |