**Exhibit A to the Complaint**

**Location:** Roswell, GA  **IP Address:** 73.82.40.2
**Total Works Infringed:** 45  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 04A8E5D60B8495BD18E07118D9BD3DB2149C863B<br>File Hash:<br>3F5B7A29853C614FD3A7C6587C5F29A7BF2CB5E9449D47ED7C29CC23587557E0 | 08-11-2023 01:20:01 | Blacked Raw | 10-14-2019 | 11-05-2019 | PA0002210289 |
| 2 | Info Hash: 03E61150243F326B2BBF0CAAFA44FF2C8AB3FBDA<br>File Hash:<br>68A64860586A436C0ABABBB37A147F3F35632253BE6C744FB227B8EC4EF04374 | 08-11-2023 01:18:10 | Blacked Raw | 11-29-2021 | 02-03-2022 | PA0002341803 |
| 3 | Info Hash: F86B152EC83D220A069747D7750E2D9F6EAE61F3<br>File Hash:<br>8E4004E4A07EF7C8E73F2BB8DF10F55BBEEB7792A78A2E41594BDC76E4F378C0 | 08-11-2023 01:16:26 | Blacked Raw | 07-11-2018 | 08-07-2018 | PA0002131894 |
| 4 | Info Hash: D47AC5BB46B35356B5149AFEC8F9D8BD333E01C3<br>File Hash:<br>62160CB9513C7D19A8BBCE265DBAC327E8093BEBDEA770110A9F29B7985EFDD1 | 08-11-2023 01:16:22 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 5 | Info Hash: B4C5855280943B35ACF51860949CC88CB6BD20D2<br>File Hash:<br>B42E962E35B65DA37D1CC22C1B037D11AB968135886096E843B7083B5F13C27F | 08-11-2023 01:16:18 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 6 | Info Hash: 8662458C1ABECD961102BB48CF6850505015B320<br>File Hash:<br>6669F91DBD11AE99BA28C2EB97F371B999C2854C343D6ED50839A0BA678D9F8B | 08-11-2023 01:16:02 | Blacked Raw | 06-06-2018 | 07-14-2018 | PA0002128447 |
| 7 | Info Hash: 5B8292F9DBD4D5234910999251C39601670CCD29<br>File Hash:<br>F88AF4C7453BBE426B912A90A22B53CDBA1179CCF4C009ABFA9E8C406B5614D0 | 08-05-2023 13:56:50 | Blacked | 01-20-2020 | 02-04-2020 | PA0002225586 |
| 8 | Info Hash: F3A419D025D596310802A1CCF4C5AFA24D8C8EE1<br>File Hash:<br>C7D16B33072AEE823DBAC3085A570F0F25A47125F5856D329EA0986F3FAC6D31 | 08-05-2023 04:00:38 | Blacked Raw | 11-15-2021 | 12-09-2021 | PA0002325813 |
| 9 | Info Hash: 1E3D83F235BDF5A607BD711BA1EE1A5EA8B905B0<br>File Hash:<br>82A123A144EAC0445C9E6FDC8EB67B10E460B73E247C9A7318687FA5694A6F32 | 08-04-2023 06:35:07 | Tushy | 07-20-2018 | 09-05-2018 | PA0002134598 |
| 10 | Info Hash: 85204E25DC632006E1B6B86CAAD29E1A3AF4A68E<br>File Hash:<br>BC34E8AC82019D7D42D6738D3925CDA6380B1484E4C63450D27DAD72D39E36D9 | 07-31-2023 03:04:53 | Blacked Raw | 04-02-2019 | 05-28-2019 | PA0002200780 |
| 11 | Info Hash: 22A0CC5DD12CE1021EC8A89A00F3983FD74B1008<br>File Hash:<br>820AABF74534CB3BB44AEDCCBCDA7EEADB4F39B4DD6959E3B9D4100F6C01C102 | 06-17-2023 04:35:23 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: D03EDEFF0F91F37D2BD2CE91CC46E7173860B1D8<br>File Hash: CF313F6FF2C5F80F44CF1267442498635C635A03044E96A2A864EAE5B9053B34 | 06-17-2023 04:35:21 | Blacked Raw | 03-07-2022 | 03-29-2022 | PA0002342845 |
| 13 | Info Hash: 992FDDD2DE50632349443D9DA5DE56C05C7BE204<br>File Hash: C37448342684445A514A781FDE1DB7B2F63FAAB9039F8BCDF30716B4430D936F | 05-18-2023 03:36:12 | Blacked | 05-10-2017 | 06-22-2017 | PA0002039285 |
| 14 | Info Hash: 4A443E59807062FC5ADCFCB380ED3776C379533B<br>File Hash: 300A56CDC8F35A5E4BC6688D1462805181A0661F2004ACA49A6DD115F603ED9D | 05-17-2023 21:55:29 | Blacked | 09-12-2018 | 11-01-2018 | PA0002143426 |
| 15 | Info Hash: 31A94D3AFC283A3F21A8CB121AE4867C2F6A8C60<br>File Hash: 83ADECA6745B68F31B2D39CE837E036E7CC83DA94454CC7B172A9DF6F9F11B37 | 05-17-2023 04:00:58 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |
| 16 | Info Hash: 16E47D0877304DF554A157D13EF160A51C7233BC<br>File Hash: 77B0A9CE60C4E1D9268E6FB1BF9DABBD065EA3198FF8F4141EDFE06FB45C84A6 | 05-17-2023 04:00:46 | Blacked Raw | 08-05-2019 | 08-27-2019 | PA0002213302 |
| 17 | Info Hash: 3C2D8296C9201F5182938347490CF42E2BD07656<br>File Hash: 4C41EE4A4D81A38139F5D80A8D09D9620C1F261592EC25EED8943B010382AAB1 | 05-12-2023 04:36:00 | Blacked | 12-26-2017 | 01-24-2018 | PA0002101758 |
| 18 | Info Hash: 210551F407AFD35F0726F704EBE137077B0E44DD<br>File Hash: C931399DE1E335B4D54FC5CEBEEEB6274DC3593933733FF2EE4C7CA8124B3393 | 05-12-2023 04:32:41 | Blacked | 09-17-2019 | 09-25-2019 | PA0002203161 |
| 19 | Info Hash: 1BDCAEA8F4CCC6BD0BA2AD1244A11DE10756767F<br>File Hash: 2BEB3E48EBBC71309F2833C3570116C982480BE6ACE3D080330B2F36EE62CB12 | 05-09-2023 03:00:31 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 20 | Info Hash: 9B93BC3B2EA0C056115D3023ECE48BFC0B68987D<br>File Hash: 3F6FFE849C357EA04A7FC6B208865EE0C65E13B0E3BD97405764DC8B76EED76C | 04-10-2023 02:02:59 | Blacked | 06-12-2021 | 07-08-2021 | PA0002300659 |
| 21 | Info Hash: F00C1E54DBC8BDB171AF0EDCA0799DE89C6A9B25<br>File Hash: 00F87D819F03E6D6C1C21CB64BC564C0553B2732AC6A20080E8483B83D16CE70 | 03-28-2023 11:59:37 | Blacked Raw | 08-10-2018 | 09-05-2018 | PA0002135668 |
| 22 | Info Hash: 2BC411A52CDAD2463BE301BC55DAE2CD2AD663D3<br>File Hash: 776AEC54A5890A895C694B84D907015AE38852CE4F61531A08CDF2F13D42C9CD | 03-27-2023 03:52:33 | Blacked Raw | 09-19-2019 | 09-25-2019 | PA0002203162 |
| 23 | Info Hash: D3EDB36E7AB23326C2B08BA190E234593E2207DD<br>File Hash: 0FE8737F918A5902AE68F377F24DEB5D94A3DFC94D2B4FE1C7EBFA32DA0AD02D | 03-27-2023 03:51:45 | Blacked Raw | 03-23-2018 | 04-17-2018 | PA0002116746 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 54460290F3FA02155ADB16A8C37E7C9EEE04BC33<br>File Hash: 9C30F7907FE8B42B39B32260278241614B5FB7BFC7EDCEE6D019E4A5560898FB | 03-27-2023 02:55:33 | Tushy | 05-17-2020 | 06-16-2020 | PA0002253264 |
| 25 | Info Hash: 8B23E8690195154DFEF341B0547D78EA96746AA7<br>File Hash: B29C68651795A53A001B9A788631B059B5A60BCCC771968378C7A721E41B0242 | 03-13-2023 03:41:48 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 26 | Info Hash: 9AA51D8E4D17DE4776C4D8B8B34AABC1574F32C3<br>File Hash: 882B9EB59027CB52F5EFCE4B03DDC07EAB5F27DEAFF708CB97C7D4315662947D | 03-13-2023 03:11:19 | Blacked Raw | 05-12-2018 | 05-24-2018 | PA0002101380 |
| 27 | Info Hash: 6B3F68DF85C197C232C46393E5D1B67A39FAE959<br>File Hash: B7EEF98363B26A1C75781047B95F237A83903A2BC07AABE67C4C70835A36F34B | 03-13-2023 03:10:59 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 28 | Info Hash: 13C9A72799D26C1B5F4598B6FBF7D875EA4C8038<br>File Hash: E92920050979C3B8A8E856BE92D62587FCCAED927E94DC0323B96C241C081E3B | 02-13-2023 06:27:36 | Blacked Raw | 07-12-2021 | 09-21-2021 | PA0002312676 |
| 29 | Info Hash: 595A0B339DD306967D5662E71CF4F790F14A85DA<br>File Hash: EDFFE1A2A671744FF1D0A2FA54A9096D478FDCA8924791D2E581DCA18A3DEE51 | 02-12-2023 16:21:13 | Blacked | 08-03-2019 | 09-10-2019 | PA0002199412 |
| 30 | Info Hash: 98F1066F408A364EEBAEB880EC77BF2CFA820F5F<br>File Hash: 5EB514A2EDD8481652D255AA683B8939F74DC5072DC4F89DC59C3EAEEAE5263E | 02-11-2023 20:47:01 | Blacked | 12-01-2019 | 12-17-2019 | PA0002217663 |
| 31 | Info Hash: 818793534450C0B5E886600C8A62F27C8C1C7DF8<br>File Hash: B24653D3D08903CFFAAF4102CBA35EB079AC1CA0CA25BC44FD30104E01C85BC8 | 02-11-2023 20:22:53 | Blacked Raw | 12-13-2019 | 01-22-2020 | PA0002234865 |
| 32 | Info Hash: AB6FFB0FD899B425F25C5D577CC4811AF5EC369B<br>File Hash: 2C5A38469CF3D3B320C7F0A23EE0F7049182E432FBD22B5E13EEA99FF60C4F1C | 02-11-2023 19:53:04 | Blacked | 07-19-2017 | 08-11-2017 | PA0002046876 |
| 33 | Info Hash: A3CC6FEEB46DD47CDB34AB3AABE23C9A4F6F1EDC<br>File Hash: 52828BE3A20568818BEA366E3138B0C82676D328857560ECA05BA3F182096D50 | 02-11-2023 16:38:41 | Blacked | 04-30-2018 | 05-24-2018 | PA0002101364 |
| 34 | Info Hash: 40886D4DF06C858546ED43D6CBB8545C0623F464<br>File Hash: D375D7FDB3A18C3B8A3852AFE0D595A527533B9659EBD1087E6B15F45BDDCA53 | 02-11-2023 16:30:56 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |
| 35 | Info Hash: E4B00AE668D5290F2E90359D6C9C729109EA8C5B<br>File Hash: 03317F01F65AC061627B798155AE6C1B67DC3AFF89BCDF13687CF2A0FC9D9B63 | 02-06-2023 01:39:02 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 23112F820158BC720FE831BD5DA3071C40903578<br>File Hash: 043346BBE79BD97A7131FCC15A50549F207FB88102ED87F40F35C618401965E1 | 01-29-2023 16:30:44 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 37 | Info Hash: D48E01B601C61FD83DF1F21F354F28D1429224AC<br>File Hash: ECAE6B34DCCCA0302BD392B133E4D49B895E0B3399E0AC4699D40C12779F3042 | 01-29-2023 16:30:36 | Blacked Raw | 01-02-2019 | 02-02-2019 | PA0002155379 |
| 38 | Info Hash: 8E4A1D5493356D733FE786D22DA796493DB5922B<br>File Hash: 5E32FFAAB916709CC4C35E9313620951C82208CA74FCF6B805649D3E22553150 | 01-29-2023 16:22:15 | Blacked | 01-15-2019 | 02-02-2019 | PA0002155371 |
| 39 | Info Hash: A463BACA65BE6084FDF6F29B3209E6D92EEC9C04<br>File Hash: 007558C9B224DF25A3E3E206FC658440A370C302F8D6B58FD7C5704482595A0D | 01-29-2023 06:04:02 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 40 | Info Hash: 13EDBB738D8922FC566369707D809113010B65AD<br>File Hash: FCCADBE2C229FC687EBB3B788604AF3FB0CEC6D5A18DE1FBE0845E55FC48F86A | 01-29-2023 06:01:25 | Blacked | 10-27-2019 | 11-15-2019 | PA0002211841 |
| 41 | Info Hash: 6B937E66A98F9DD4E6D547291BBAD6457CD02AC8<br>File Hash: A7B36C4BCDBD0FF0E505F1A7C01394E6686F50FD017F8C21BB86CB17F4CDC634 | 01-20-2023 01:01:01 | Tushy | 05-31-2019 | 06-17-2019 | PA0002181300 |
| 42 | Info Hash: 8D1FFDF97D026C207A4BD308738CEAEBC4F930EC<br>File Hash: B02F2AE6DA814F20A54471F0A78CBBCD5554EAEDD4AACABF6DE98862D2022D31 | 01-20-2023 00:28:03 | Vixen | 01-28-2022 | 03-04-2022 | PA0002345791 |
| 43 | Info Hash: 3BA9E2286938918C0C32D82022C9BF75F07AD513<br>File Hash: BEA3B6DEA5CE34163BF641DB46999F237CFD3ACB942F8290BBAE9FC17AF8A152 | 01-18-2023 05:09:03 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |
| 44 | Info Hash: B0BD8522791507BF21518F763FBAE2D04009166C<br>File Hash: BE9399E4C9B8277D1C6EC110BE1D0AF0F6C50CDBD16E0A00ADD6C46AB999C6FC | 01-13-2023 06:21:37 | Blacked Raw | 09-04-2018 | 11-01-2018 | PA0002143430 |
| 45 | Info Hash: B72E49FDCFFF88B56C6CFBD8EB1CD5D7FA47DD8A<br>File Hash: ABD49B1E4C4DF21E8512D14FC08518C39BAE976576A4B839147D134C1CDDF279 | 01-12-2023 23:01:36 | Blacked | 08-07-2021 | 08-23-2021 | PA0002308431 |