Exhibit A to the Complaint

**Location:** Decatur, GA  
**Total Works Infringed:** 69  
**IP Address:** 24.99.82.249  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: FA3E8CA60B0B1C49D8686EA90D0C07DD82DA6042<br>File Hash:<br>3BB9222AF2B33BD675EE012692FB557F49C3E7E006545FE943D9CFC22D7F2387 | 08-08-2023 23:35:18 | Blacked | 08-05-2023 | 08-17-2023 | PA0002425714 |
| 2 | Info Hash: A81155D7C16806E32CE51793BDCBB9D86F99F90B<br>File Hash:<br>9790F4BC93FD7398511406D28281B70D6921D21AC04C64B1647701F8C8BA4017 | 08-05-2023 19:29:40 | Blacked Raw | 06-08-2023 | 07-13-2023 | PA0002420361 |
| 3 | Info Hash: 25911261133636DA5E9A2ED2D08B5C41D3077C29<br>File Hash:<br>15AEA451ADB45F4921FA0C5E6B9EDCFCA1267A16CA238F80FD4D7B0949AB8781 | 08-05-2023 19:29:40 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 4 | Info Hash: 484C3A3BA769D112DBF2F72D689339F2C55D9D0A<br>File Hash:<br>FACB9AF449068439F3E0BBE17EF75ED72579F3CEB24E9AAE1E03B9FE0131114D | 07-03-2023 15:45:56 | Blacked Raw | 06-28-2023 | 07-13-2023 | PA0002420343 |
| 5 | Info Hash: 8D68CA2B47D8104C4924CA8600131B3FE3688F53<br>File Hash:<br>C3DF71DA4256A070876209E548F5F1FB45CADB67BF401F3647DF669EB673DE95 | 06-28-2023 06:23:36 | Blacked | 06-24-2023 | 07-13-2023 | PA0002420341 |
| 6 | Info Hash: 7904A141CEE0C0AF1E207F32CD1F7997F26B469E<br>File Hash:<br>26942FF6602A2AD102834A5F74E45EEAD6B7FC7890ECD0A25B20E6E7417FDEEF | 06-17-2023 23:20:23 | Tushy | 06-26-2022 | 07-22-2022 | PA0002359467 |
| 7 | Info Hash: 3E1472CE4927D29E0B4F0CA77411FD41701023D9<br>File Hash:<br>4799D5AA929AC6D1B9DF8657611CB181BB0A5B1528288FAC788F536C310761DD | 06-04-2023 18:05:55 | Blacked | 06-03-2023 | 06-09-2023 | PA0002415360 |
| 8 | Info Hash: 4B9E0DF0E3594DC1E77FE5C08FA2A6FEA65979DC<br>File Hash:<br>6D0B00FE6045563EFFA36214E2784DFAE617E37E8DBCA72A35C1F9D1D75D314F | 05-23-2023 20:09:34 | Blacked Raw | 02-26-2019 | 03-31-2019 | PA0002163980 |
| 9 | Info Hash: 73FC532AC1B985A0D6A8AC0E61DBA029B4974E9B<br>File Hash:<br>E0FA800916BEE3A6270F1FB1D2A7B484B0450B1E815135A452D0CA7044B33664 | 05-17-2023 21:39:49 | Blacked | 05-13-2023 | 06-09-2023 | PA0002415384 |
| 10 | Info Hash: F62C2A74CD5E3622071519075382940E012291CD<br>File Hash:<br>5713795177B739CD4BD8CCEE397FC9DC336BE05B82A3D7BEBDA95E5882E9EE6F | 05-07-2023 17:17:43 | Tushy | 06-27-2021 | 08-02-2021 | PA0002305088 |
| 11 | Info Hash: 570ADBBB385588D27AC048E1C5E6D9D686A08A39<br>File Hash:<br>A8E31D9E099E252807F9D97CDD655513D1BB72EF0912DB7668048E3E645898F0 | 04-28-2023 18:53:56 | Tushy | 12-05-2021 | 12-09-2021 | PA0002325840 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 3191681C58BD7644E78F6498C50CEE6B723C5171<br>File Hash: 7273028B35C11CBC3E3D63D233DBC281A469C7D11FDC41F8B4EA97149838ECD5 | 04-16-2023 21:08:06 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |
| 13 | Info Hash: 743B3602E3947D7E2E0C0F2C50A1E319355E9209<br>File Hash: DEA04C3638F6A0FDE0AF99820AC7F8170B93F2FFB7C72784E2E70A8A386B3060 | 03-23-2023 01:06:48 | Tushy | 03-19-2023 | 04-07-2023 | PA0002405758 |
| 14 | Info Hash: 25ACDC4B2AC4F4547620CC7AF142228502258B8B<br>File Hash: 26ADBB3D70B549B161AA6A03D1F2553D1AD9F941033CE5C13EAA7295B00A23B2 | 03-14-2023 22:09:29 | Blacked | 03-11-2023 | 04-09-2023 | PA0002405763 |
| 15 | Info Hash: 0DA52CD859D8BFB4CE9AEFB0241F8897218FC9BF<br>File Hash: 3106FD3607D7FDFB170BF5EB5D3C039FAF5AB57C47C0133C5154E2B5AF1D8B62 | 01-24-2023 21:45:40 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 16 | Info Hash: B510A624B51DA5D209130F6B7161A6456E021C56<br>File Hash: FA2E737F2AD41A98DDC527879C378B5991091A5EB51854E8A8A4AC6AA92F21C0 | 01-05-2023 23:03:44 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 17 | Info Hash: CB4EC1F25FFAD874268462833D653891B9ECD633<br>File Hash: D8422E88707AA9414A70FAA0DD5969D9A5F87EABA6E4F63618174E5384856243 | 01-05-2023 23:01:56 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 18 | Info Hash: E12FF3F313842E2F77EC08C5A3D804F608AB1116<br>File Hash: BE61C07B258B1FCEBBDE344FB23D51C8E6A1AB2FDE7926DB25DA716090CE99BD | 12-18-2022 18:52:57 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 19 | Info Hash: A9529D5E514B171583C00DA79D5DEF1A31EF66AF<br>File Hash: 902FB516B52EBA213B6552E0FDF3489BD6A87B6D616732BA153A60FDF7337989 | 12-18-2022 18:52:08 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 20 | Info Hash: AB6F5DDED2290838AD429C5C8048ECD822E37AFC<br>File Hash: E3929017009B2C9EFC94F419309B16346A86AAE8361D5BA626E7E98131473127 | 12-05-2022 18:29:13 | Vixen | 07-08-2019 | 09-10-2019 | PA0002199411 |
| 21 | Info Hash: 8A648DB9622035F8BA2FEDE5F9EDE4894208D3E3<br>File Hash: C12B33C60AD51B9712D51F693F99BB4758C1C2683D6A6D836CBB74868CFC98A8 | 11-13-2022 21:58:17 | Blacked | 12-16-2019 | 01-22-2020 | PA0002234860 |
| 22 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash: 5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 10-17-2022 20:11:15 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 23 | Info Hash: 258B938C8DB932BA26C6C13091AB699725DE4029<br>File Hash: 5021FA9F75FFAE5AE30C79FEAC33A1296CEFCE229F032576EBFCD9407D8DA664 | 10-13-2022 23:52:00 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: CCFBB306EDF927ECCFB2A0DE17187C2DB1286649<br>File Hash: 71CB18DF80E67C04754D77C5108BD642EBAF2453946954CDE892950CB7DAF10B | 09-07-2022 22:22:57 | Blacked | 12-26-2019 | 01-27-2020 | PA0002223955 |
| 25 | Info Hash: 90B78D5FA532C56A2CA6C880A42FC82DA46190E5<br>File Hash: AB90896C525373A905A095F638236CCC53B1747592039F14B035AE6537263A7A | 08-12-2022 01:38:12 | Tushy | 07-30-2017 | 08-11-2017 | PA0002075051 |
| 26 | Info Hash: 950CF322CAF29FE4D7BD1603C10F1CC81C7416E6<br>File Hash: 9C181FD2509B79ECD4AAD840F26DC90AB87C08C47AD22926DAF00FB732956FC5 | 08-04-2022 22:04:50 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 27 | Info Hash: D73D84EA314E0FF698536A45595592C277D8F6C5<br>File Hash: A8E5C067293F41DEA80AB05236733C455D1AC72FC8F4A66F7C7E20570AC3D873 | 07-21-2022 14:32:17 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 28 | Info Hash: 4CB02C24ADB67B79CD91DC3DF8597864A023F35D<br>File Hash: 086EF829F4F3DA1A06C21F4CC9D530EDBF094DD4A323F12FEED72D9104139F49 | 06-24-2022 20:43:39 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |
| 29 | Info Hash: 7C5664503A6507504F1DD34CF346C34C843E29E1<br>File Hash: B4C3341D97F538C2E474C49482AE121A378BAB847204DD5013AD20E9BC5CBA8A | 06-21-2022 21:26:07 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 30 | Info Hash: 14460C9C14FBE2AF72199CDE5A44701F0B6EB02B<br>File Hash: 9779F131A783314DD287D6DA26F1C5BFA145EBB837E040E4AB3D404A2925AA0F | 06-13-2022 23:01:43 | Blacked | 06-11-2022 | 06-27-2022 | PA0002355039 |
| 31 | Info Hash: ED1A41C10DF12572CF0495A9812266933098465C<br>File Hash: 5977F2647E7E0F9BF687750CD6E06A3979ABAC4D7341E9D33D37D86BC5EE11E3 | 05-23-2022 17:39:47 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 32 | Info Hash: C6D89A14439B65845B858939EABB7075820E2B1D<br>File Hash: 34B237A6542B8BC5C3F37D109D74B20FCA2D704596C79193FF3BB53A62EB7F4B | 05-01-2022 16:49:55 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 33 | Info Hash: 5DAC4AD0ACDE6DE76F2ECB3D6B40F615984D1643<br>File Hash: 3C36AED1205981717F56BEDC1871A31D650DCB9E3DD3824CDE9852D18350235D | 04-25-2022 04:10:49 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 34 | Info Hash: 6C9157F589F10DBB923A2C6F0EA79D211FE2D789<br>File Hash: 1B6B502903A781D43CF83C84A057633749B639CC9E15E0B0F89E912E0966A04F | 04-13-2022 20:25:06 | Tushy | 04-10-2022 | 04-23-2022 | PA0002346425 |
| 35 | Info Hash: 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C<br>File Hash: 586893E43CB7D0015D78CEB0A8BCD237A3DA3E6EA2BDE57CF7D7278B51BC54BC | 04-12-2022 00:49:16 | Blacked Raw | 07-01-2018 | 07-26-2018 | PA0002112161 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 2294A414D64D9AA31D08C144CF4D104631A7BEF9<br>File Hash:<br>4BC166B220C589E13AA09A8778779D95155F0AEE33FE2033B06D11C826B8C9F9 | 03-26-2022 06:48:32 | Blacked Raw | 07-20-2020 | 08-11-2020 | PA0002252263 |
| 37 | Info Hash: CBCD2792157D511F104632A294C1F384488E7898<br>File Hash:<br>099497CD425F9C511FF9463C074FD98858992B7D69E2D6A6589E3771E6081A4E | 03-18-2022 02:24:56 | Blacked | 03-12-2022 | 03-29-2022 | PA0002342846 |
| 38 | Info Hash: 70ECB51C4FADD0D244D1FE108746EE2264F69820<br>File Hash:<br>6DA9802200B869DE388100460A735DADC6965B379326EAABC4DAF374BBF33E96 | 01-27-2022 01:14:59 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |
| 39 | Info Hash: 4942B26E65DF128854B844B35AB6AF20B3B289F2<br>File Hash:<br>CB10299C3EEC78FA0D9219A52B89DC3EEC9548B9EEF182D9A55A81F195FB17B4 | 12-29-2021 01:28:27 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 40 | Info Hash: 0C6C0C31980EB1B7FC0BD5D3BE2436167D73819D<br>File Hash:<br>F6D29449BE73E94125DD3E552A3091094642E5D41C9F7475AB8C868D0DC4C7C7 | 12-21-2021 19:33:48 | Blacked Raw | 12-20-2021 | 01-17-2022 | PA0002330107 |
| 41 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash:<br>DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7850CB200CF1E443CB | 12-09-2021 03:07:18 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 42 | Info Hash: B5914DE7FC076F4B70CA7EC8D44009E18051C2FB<br>File Hash:<br>9E66B61434C8922F9832D50F9C49AB1E49F11C80E79615285C9C1216EAFACA90 | 11-02-2021 01:07:37 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 43 | Info Hash: 0D6FADCB601F5F2DA307D2B6E498C67BE837AACC<br>File Hash:<br>2E108248BED7DD0424B39FFE847FF76507A2EF9A94EB2309D104070A25608180 | 09-24-2021 16:52:52 | Blacked | 02-14-2018 | 03-02-2018 | PA0002104757 |
| 44 | Info Hash: 7B5C509F0E138C25DA7E1CFEDEBD4AA7B5DCF4BC<br>File Hash:<br>7A28194A1CC4B1F19B17D5740386B6F1D8D499F361CF1FCC92F31BEF672E1653 | 09-24-2021 16:52:51 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 45 | Info Hash: 0B3211C8AA683053AD9C2205D34C75107F839A20<br>File Hash:<br>B31A11000A19FCB59304064245993EEE63E01F14BF15B7D0776CE1173C608E7F | 09-24-2021 16:48:10 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 46 | Info Hash: CCE9FA128205198C6A014556AFF4DC9D7866B695<br>File Hash:<br>DC039FBA2E3A8C417DEB586E91B486E5E45000ADFAA1FD03BBEDA0A87D45A37C | 09-24-2021 14:25:26 | Tushy | 04-16-2018 | 06-18-2018 | PA0002126681 |
| 47 | Info Hash: AF977503E3AB6C83B652439D642CBF571A7C28BF<br>File Hash:<br>254AE8922C4E7D2D03FD89F403AA3CD0468ACA7DC2EE00674AFFC243E199227A | 09-24-2021 00:17:26 | Blacked Raw | 09-20-2021 | 11-11-2021 | PA0002321298 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 71E3A2888C2DB58BBCE9353A68D2FF80359E304A<br>File Hash: 6B4DC83F1BFCFB7C124C727C83154780E7E8090476CA63EB57E0A3C3020B1FAE | 07-18-2021 05:47:15 | Blacked | 06-29-2017 | 07-07-2017 | PA0002070821 |
| 49 | Info Hash: 937A7E82157326EF5E7CD36C86A0A0EDACC0FF5F<br>File Hash: F25B5FBD8E3FF914599D16AB4902E1E3C75E1BABBCCCFAFA1F2ACB124563B9DE | 07-18-2021 05:45:24 | Blacked | 04-17-2021 | 06-09-2021 | PA0002295585 |
| 50 | Info Hash: 65CF8DA2D031F334F39B20014B15DA107B9EAA15<br>File Hash: F870EB4E725B05CC24A70DC56D22F5F0F7ECBD74F1ABDE792AF827E395C2107B | 06-18-2021 07:17:11 | Blacked | 08-08-2017 | 08-18-2017 | PA0002077679 |
| 51 | Info Hash: 10C91184EF279775EAD44F654BDD1466DEF80FF6<br>File Hash: 889C75786835EAFDB35672E2E8F6950C938E03AC610088DF4E9CA6F94C243FE8 | 04-14-2021 21:24:38 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 52 | Info Hash: F3A56FB24B2D38FBF36EA4BEDFA1229299BEF6F5<br>File Hash: B215D9EE13B23D22DEEB29D2EAB102D34CAF24679286EE578125674E5D884608 | 04-08-2021 06:04:31 | Tushy | 03-21-2021 | 04-14-2021 | PA0002286723 |
| 53 | Info Hash: A7F1171CFACE35002A796CC7428B8304B4D2F335<br>File Hash: 997739CDCA49570ACD6F62ED8DA696908D68B6C43D24AF15EE3A11422344A509 | 04-06-2021 12:34:46 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 54 | Info Hash: 5D16EC2FE6C9F9FA9F5476C90525208D413532F1<br>File Hash: 247DCE33E47A1EC566200C820669478595511EF53F3A644E15EBEE009FBBD0A0 | 04-06-2021 12:28:10 | Blacked | 06-29-2018 | 07-26-2018 | PA0002112160 |
| 55 | Info Hash: D12A07257FE12064F7F7BECE5EAEBE4E3C1F243A<br>File Hash: 1C9AF7265A329E592917644F5C0B04F297958FD8B33EABF8CE838524C95A25DD | 04-06-2021 12:25:55 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 56 | Info Hash: 98D47117A72654E4883F786941BDFC562FBE560C<br>File Hash: 6B5735782244AF4806220390B897633BD191816EC0BFCAA7506BF9BF851E8DB8 | 04-06-2021 11:04:25 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 57 | Info Hash: 58A2718F06BEDF42378F7D683C261C6E717BEED0<br>File Hash: 367DA0B6CB23569E57D6BDECB108ADD0B0002715646EFED1F8246C3D92616F20 | 04-06-2021 10:44:44 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 58 | Info Hash: D93E7A2150B84861096407A9CABB85144D6DA4EC<br>File Hash: 7181F8C850321C93A227560AC549BC5E49DAB521BB9974A950DF7FA6EE4E28C1 | 04-02-2021 06:42:41 | Blacked Raw | 05-27-2019 | 06-13-2019 | PA0002180951 |
| 59 | Info Hash: 75EACE9CA719288B52B64D4D05A349BAA09542B2<br>File Hash: 8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 04-01-2021 06:10:58 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: BAFB46BF047FBA7FE3FF433BFC2B9DC3DAD3C1A9<br>File Hash: ABE2C85159B9C6CB9BF3A288E7EBB1E044B46ED260C1111A1C9BAE91E3919A19 | 03-30-2021 01:48:32 | Blacked Raw | 03-12-2020 | 04-17-2020 | PA0002246106 |
| 61 | Info Hash: 93EB9DEAF463F4AF3BD9E2D76BA391F909CCC7F2<br>File Hash: 04CA4329B75F3F75ABC66A751B7820B57C4F956A749EA82616FC05382A887E9A | 02-08-2021 05:39:40 | Blacked | 02-06-2021 | 03-08-2021 | PA0002280372 |
| 62 | Info Hash: 23F3281238E8C2B9F46A06DE03A1DD56C2FE4183<br>File Hash: F183EF0FD677D5E3B3A74E652AA19DA5A9D35A6F741282153C37E44C88A3A62C | 01-26-2021 22:22:48 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |
| 63 | Info Hash: 73554FFBC3738FD084087C0DBD1B77FF52A5E6F9<br>File Hash: EB9E17DAE379436C5C320B4F6D686051E5E07DE9C5FF77B54FDDE8BF45A4900A | 01-14-2021 07:39:41 | Tushy | 01-10-2021 | 02-09-2021 | PA0002276153 |
| 64 | Info Hash: 2862FA0426C54DF5E65C7A671C2FAC7887418C6F<br>File Hash: 33323486571753E5D76822CDCC102A957F57DE62E5AF27D8C951EB06958D0989 | 01-10-2021 07:51:09 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |
| 65 | Info Hash: E7DB8067AEC3C8610C83397448CC7D3B64ED7BF2<br>File Hash: E762103A09E0B8DE7410D9FBFE11319EF739060543C8E6A53DA08414173DE8B9 | 12-31-2020 22:41:36 | Tushy | 12-27-2020 | 01-05-2021 | PA0002269957 |
| 66 | Info Hash: 7A55D40C0AC6D4D98039ED938F88F0ECE565C3C2<br>File Hash: 13695C39A914DBC94B480E90A90A2B1226545E984E809BB8E11D7D0E88677BF0 | 12-23-2020 21:20:55 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |
| 67 | Info Hash: D2096C0FD519A3A1A62D449C8DE6710A88AC4F6A<br>File Hash: 8C1684AAD5A48537BD5405E9C5E5341445AC8934C48F243415E1DE4FADF681DC | 12-07-2020 05:36:21 | Vixen | 12-04-2020 | 01-04-2021 | PA0002277036 |
| 68 | Info Hash: FD63F631AEAE1834A387A44E1A97894E6ABCECA3<br>File Hash: E71E29CB4D7FACDFEBA6D0210208469A5A9181A110CD708E19DBEE039F165DE4 | 11-29-2020 17:06:31 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 69 | Info Hash: 2E7DB9DA1E12BC2963F7DC66AC300417AD983BC7<br>File Hash: 358DA725020AF45E0B0CAE9E1D26EBE160E66995B1C4815EE09665B1B4F93BEF | 11-04-2020 07:46:46 | Blacked Raw | 12-13-2019 | 01-22-2020 | PA0002234865 |