**Exhibit A to the Complaint**

**Location:** Marietta, GA  **IP Address:** 76.145.202.246
**Total Works Infringed:** 34  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 5350B7EBFC5725A84EE60BFBA2E1E9E59CFC1DF4<br>File Hash:<br>56722B1FA5F80B64E4B9D5E7B35BF4DB3F6D977FCC21AA34893670F2B18812FC | 07-29-2023<br>20:45:46 | Blacked Raw | 07-24-2023 | 08-17-2023 | PA0002425531 |
| 2 | Info Hash: F7157D4CC36D88116FCE910970867005793B8651<br>File Hash:<br>B75E6CB74048E739CE4704E42814522824E9D5706F635276A00A945459F0500B | 07-28-2023<br>18:19:37 | Blacked | 07-22-2023 | 08-17-2023 | PA0002425765 |
| 3 | Info Hash: D66191D35E77CDB8768588756FBF8A096AD895C3<br>File Hash:<br>1C31A0A8514DB4B55E48A0BA9957121D6DE8C9598ADCFE90CBC33FD36854043B | 07-28-2023<br>17:31:26 | Slayed | 03-07-2023 | 04-13-2023 | PA0002407765 |
| 4 | Info Hash: C007925479E9CAE8464CB50F5733191C0EC1764A<br>File Hash:<br>34B99FCF3503E925DA02EB09DA25808E24D5EB62BCE0402C837DB758CDAE249C | 07-22-2023<br>12:43:01 | Vixen | 12-30-2022 | 01-10-2023 | PA0002389585 |
| 5 | Info Hash: 5B3077C160BA3582630AD259484DFC305BDEB60B<br>File Hash:<br>18B36582A648ED0D8A39159D76E215F6850D2FF07F887938E4471CDA8D3098DD | 07-22-2023<br>12:10:58 | Vixen | 01-06-2023 | 01-27-2023 | PA0002393080 |
| 6 | Info Hash: E39F895D4E58E9EA65935691E4A56CFB734D2130<br>File Hash:<br>373DA38A6EE57F5FE551626B91C3993D8C1B3FE6537F8F531778AFFFFB969F96 | 07-15-2023<br>06:46:01 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 7 | Info Hash: 175E0D095B52ACC2F7E9868B5120A097C7B8E4DA<br>File Hash:<br>E8052046FFEA1F18BF916315ABD15D08CD6820977511CB37A0D95D05E529186C | 07-15-2023<br>06:44:14 | Vixen | 03-31-2023 | 04-09-2023 | PA0002405749 |
| 8 | Info Hash: 58CE634740469C6C84EEA4D1010B5DE0FDC0AE1F<br>File Hash:<br>F802506FA4080F2FCE9ECC3C978B0A3F27D41D455391BE1360B95C71EA040F13 | 07-14-2023<br>18:42:16 | Blacked | 07-08-2023 | 07-13-2023 | PA0002420354 |
| 9 | Info Hash: 1DB41186F523EE0812DCF5300C9B2E22B2A0F7F8<br>File Hash:<br>40EEB00B881A8F026F738699FC3079513264C3E373F870D84BF9AECB53B20F1A | 06-04-2023<br>22:25:17 | Blacked Raw | 05-29-2023 | 06-09-2023 | PA0002415372 |
| 10 | Info Hash: AB25EF96E6F72F546331A1CFFEF786A6CA92F532<br>File Hash:<br>C1E47ADF8151CEB6F3EF0F0B531E91BED84A543E47B70C3565D26D2781376C75 | 05-24-2023<br>16:21:19 | Blacked Raw | 05-19-2023 | 06-09-2023 | PA0002415367 |
| 11 | Info Hash: B22A7C436E58C0FFA78DF7DFF1FC7CB5B00AAEBB<br>File Hash:<br>B22858E0F5E12664E5B713F908BA3A2F90D228F6795CB87A93F54407DD7158E2 | 05-16-2023<br>22:51:29 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: CB4EC1F25FFAD874268462833D653891B9ECD633<br>File Hash: D8422E88707AA9414A70FAA0DD5969D9A5F87EABA6E4F63618174E5384856243 | 05-16-2023 22:44:37 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 13 | Info Hash: 0ED68E498149E0F9802D81B4C03685719DA8D8BE<br>File Hash: C61F364B290328AE4980465242E9686A2319F1E7700464305189749F9F12303B | 04-27-2023 14:38:07 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 14 | Info Hash: EC06D0BA313E94EEEE860D477D2B9C3C898A6D98<br>File Hash: EE7394822E03FE16815D45B6AC04ACA56D1BAC4DF38976A1CB3ADEF1C5244D22 | 04-26-2023 14:29:43 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 15 | Info Hash: BA3E47DF221C79C803F5F2404D9EE42DCE05F100<br>File Hash: 567FE6B623802D2252046655D0D7433E8C86F3F82AD50AA81D4A0CC854EC762C | 04-26-2023 14:22:15 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |
| 16 | Info Hash: BF8E8F13E6E0006C011A69E4CBDC061CD51CA4C4<br>File Hash: B5F9EBB728F9FDB4AB18B44FF8E91070DA34FCF436DFF4520240A1B7EDD4A76F | 04-26-2023 14:07:09 | Tushy | 11-06-2022 | 12-11-2022 | PA0002384747 |
| 17 | Info Hash: D09B0E39B1E94F8F9BEE6A068013473911ADDB60<br>File Hash: EBBBA8280364BC1C55BF5CDC09464CE9FD244DBDF460DB141E967A2AB8E43BAF | 04-26-2023 14:00:43 | Tushy | 10-23-2022 | 10-31-2022 | PA0002377815 |
| 18 | Info Hash: BBB1B1ECA6602867DD94D70DECF0D1CBFD973642<br>File Hash: C7972181EE2E3720ACB00992C0EE0C2C7BF7D7960DB5D1F27D62689DD3F71E17 | 04-17-2023 14:45:35 | Vixen | 04-14-2023 | 05-15-2023 | PA0002411265 |
| 19 | Info Hash: 54DDB381DB9B297FF4391C512E27E1628E1BF7C9<br>File Hash: C98C2FC3BD3645DB139308EE16424892DCD2FAC80768CEA3B2B4D8BA84A17BF6 | 04-12-2023 18:30:50 | Tushy | 04-09-2023 | 05-15-2023 | PA0002411263 |
| 20 | Info Hash: 09AC1BF92DAC87164E403939D03A444F1931CC4E<br>File Hash: FDCF3BB24E5545F88126731B7F9D3B0F4055E3F0A4F8490DB511E0E700568A63 | 04-04-2023 14:29:01 | Blacked | 04-01-2023 | 04-07-2023 | PA0002405761 |
| 21 | Info Hash: AA22F2CD2ED007CE11D1639BA548C9346BDB69AE<br>File Hash: 7DE2E3446F60125E2CD3F7313529FA175A0DDC164323F0861FEEA22CAD059647 | 04-03-2023 19:51:06 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 22 | Info Hash: 7E55EEE7E3D566F74E389AA6262B0B6F4A551118<br>File Hash: A7F4E0943508A2694A0FE2D61024363964202DBCFFCE54C8D227D584B68FF306 | 04-03-2023 16:41:50 | Tushy | 03-26-2023 | 04-07-2023 | PA0002405762 |
| 23 | Info Hash: 01D62C4CA7EB63B76D13B289DF7F87511A4DFDA4<br>File Hash: 4454AB18E201AB5D98184AC991209C69EE5A4976FCE9409B0C519593B53C6524 | 03-28-2023 16:11:36 | Blacked | 03-25-2023 | 04-07-2023 | PA0002405756 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 25090B9BAD6CDE241568913E5E3F3B7930400E1C<br>File Hash:<br>FDA69297AED1260BD43524C2BC11D728EF43A20D6BC1941F592D5CB4ABC7362E | 03-14-2023<br>14:11:34 | Blacked | 03-11-2023 | 04-09-2023 | PA0002405763 |
| 25 | Info Hash: 90B3B7E92C2FCAB7BC642BDBA8946CBBEE03AE90<br>File Hash:<br>FB9226ED18915EC2763AC638B7167B86633115C74B9AC01896A885AD5C6BAC8E | 02-23-2023<br>16:30:27 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 26 | Info Hash: BDD77BD8D64D940C3C113FE65070711EB153013B<br>File Hash:<br>9AA865FBFC08131F909CB29A254EEA4B6C42B3DED82BF9919A680C7F052D362D | 02-14-2023<br>13:39:14 | Tushy | 02-12-2023 | 03-07-2023 | PA0002400309 |
| 27 | Info Hash: 68D3FB33ECD5DAC5D07417DBB60EC5794C4DDB03<br>File Hash:<br>8444A684F7A41783330945CDF7A1F2F14BD536EDCD240DF33B73767C549A3E95 | 02-08-2023<br>15:56:58 | Tushy | 02-05-2023 | 03-07-2023 | PA0002400315 |
| 28 | Info Hash: BF504F5D65B1ABA34CBDB26DF9139869DD20041E<br>File Hash:<br>ECD2ECBE7728B5E763750C0BF7B1F180C8D2A55661DB70C2E44FEDE96571D5F4 | 02-06-2023<br>14:53:34 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 29 | Info Hash: 324688AD05A5C64445328FA68396E15D957E9A18<br>File Hash:<br>0B9046D2740F96449457BCD7AF4D8D1E8CDFD21293994027FC9B54D2B20ECBC4 | 12-21-2022<br>19:44:48 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 30 | Info Hash: DD6582F97DEDFA074D227FD4169F9ABFF71C9F9B<br>File Hash:<br>3498792D84F9BC2B5CD08B4AEED92B6443D04C6BFA67050613EA9F2F11C2FE64 | 12-21-2022<br>18:47:39 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 31 | Info Hash: 8D32AB1CB96102625A0B936368E3CE0A33BC5495<br>File Hash:<br>84F48A130E6807E9BCBDE8EE3DD7BDFF5E1F7FBDB80A5C72349B2C512B800A99 | 12-14-2022<br>16:01:56 | Tushy | 12-11-2022 | 01-10-2023 | PA0002389623 |
| 32 | Info Hash: 9D45680EAA811134A872DA4E5BE7BE3D8CCB44B9<br>File Hash:<br>DF768B4B022C8410DAE34D167783B4CBD6C3790064DA02532D048398BB3DB70D | 12-05-2022<br>15:13:07 | Blacked | 12-03-2022 | 01-10-2023 | PA0002389627 |
| 33 | Info Hash: A8B34BDF0B4F4F5C5CB30CF03619A74895624923<br>File Hash:<br>4A3EF5654987639E91322D5A4F6C805289BFCAFB0C4DB753445F22B271A049E5 | 11-14-2022<br>13:55:16 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 34 | Info Hash: 7439F6C3D8B4655E9B53F9D31F567932DF4ED637<br>File Hash:<br>8B34A9E14931BBDDCD25E30FBF9B5DE23BD296788138AC9D03C05C1E62091DC4 | 11-08-2022<br>18:18:52 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |