**FOURTEEN CASES FILED CONTEMPORANEOUSLY TODAY THAT SHOULD BE CONSOLIDATED IN CASE 1:23-CV-02096-SDG UNDER RULE 42(a)**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP ) | |
| Address 4.26.56.246, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP ) | |
| Address 174.163.111.64, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP ) | |
| Address 71.204.117.35, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

STRIKE 3 HOLDINGS, LLC,      )
                                  )
          Plaintiff,      )    Civil Case No.
                                  )
v.                              )
                                  )
JOHN DOE subscriber assigned IP  )
Address 24.125.216.48,      )
                                  )
          Defendant.    )
                                  )
_____)

STRIKE 3 HOLDINGS, LLC,      )
                                  )
          Plaintiff,      )    Civil Case No.
                                  )
v.                              )
                                  )
JOHN DOE subscriber assigned IP  )
Address 76.97.225.224,      )
                                  )
          Defendant.    )
_____)

STRIKE 3 HOLDINGS, LLC,      )
                                  )
          Plaintiff,      )    Civil Case No.
                                  )
v.                              )
                                  )
JOHN DOE subscriber assigned IP  )
Address 73.122.204.16,      )
                                  )
          Defendant.    )
_____)

STRIKE 3 HOLDINGS, LLC,               )
                                       )
              Plaintiff,               )     Civil Case No.
                                       )
v.                                     )
                                       )
JOHN DOE subscriber assigned IP        )
Address 73.137.192.15,                 )
                                       )
              Defendant.               )
                                       )

STRIKE 3 HOLDINGS, LLC,               )
                                       )
              Plaintiff,               )     Civil Case No.
                                       )
v.                                     )
                                       )
JOHN DOE subscriber assigned IP        )
Address 73.82.40.2,                    )
                                       )
              Defendant.               )
                                       )

STRIKE 3 HOLDINGS, LLC,               )
                                       )
              Plaintiff,               )     Civil Case No.
                                       )
v.                                     )
                                       )
JOHN DOE subscriber assigned IP        )
Address 24.99.82.249,                  )
                                       )
              Defendant.               )
                                       )

STRIKE 3 HOLDINGS, LLC,     )
                      )
       Plaintiff,         )   Civil Case No.
                      )
v.                       )
                      )
JOHN DOE subscriber assigned IP  )
Address 76.145.202.246,     )
                      )
       Defendant.       )
                      )

STRIKE 3 HOLDINGS, LLC,     )
                      )
       Plaintiff,         )   Civil Case No.
                      )
v.                       )
                      )
JOHN DOE subscriber assigned IP  )
Address 67.191.246.254,     )
                      )
       Defendant.       )
                      )

STRIKE 3 HOLDINGS, LLC,     )
                      )
       Plaintiff,         )   Civil Case No.
                      )
v.                       )
                      )
JOHN DOE subscriber assigned IP  )
Address 73.184.58.155,      )
                      )
       Defendant.       )
                      )

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>JOHN DOE subscriber assigned IP )<br>Address 73.207.165.108, )<br><br>Defendant. )<br>_____ ) | Civil Case No. |
| STRIKE 3 HOLDINGS, LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>JOHN DOE subscriber assigned IP )<br>Address 73.184.137.165, )<br><br>Defendant. )<br>_____ ) | Civil Case No. |

Dated: August 30, 2023

Respectfully submitted,

By: /s/ *Richard A. Rice, Jr.*
Richard A. Rice, Jr., Esq.
GA Bar No. 603203

The Rice Law Firm, LLC
3151 Maple Drive, NE
Atlanta, GA 30305
Tel.: (404) 835-0783
Fax: (404) 481-3057
E-mail: richard.rice@trlfirm.com
*Trial Counsel for Plaintiff*