### Exhibit A to the Complaint

**Location:** Riverdale, GA  
**Total Works Infringed:** 45  
**IP Address:** 67.191.246.254  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 35716DE321621E8E0C6E0CCBBDAE0F46628F447A<br>File Hash: A2532A60F98F1150D7CA2A1B34F5C29647CC1B1CDDA893DE0EAD967140B49AC8 | 08-17-2023 02:29:26 | Tushy | 02-05-2018 | 02-20-2018 | PA0002104194 |
| 2 | Info Hash: 2BD29F8D69BA9A390B2B1A0C4F97FE6089BD9E44<br>File Hash: A32388956F651267AF522E07EFE00B62EF01442B2652F8C5895F808AC7266FD3 | 08-16-2023 22:26:47 | Tushy | 01-11-2018 | 01-24-2018 | PA0002101766 |
| 3 | Info Hash: D01A4E6F3F6393DE6FDF134BB9AAE84DCD382756<br>File Hash: 2C718FE31541D0174188CD675A49E68F47657AF735FF32073A860451AB5A1507 | 08-15-2023 02:07:29 | Slayed | 03-28-2023 | 06-09-2023 | PA0002415741 |
| 4 | Info Hash: 5AF65FC2F36FDE10482D4C645E22493BBB1E7A41<br>File Hash: 7D3192E9D7806075BD7916816DC9771E30741ACC903282A22FEEB98033F789D4 | 08-15-2023 02:01:39 | Blacked Raw | 05-25-2020 | 06-22-2020 | PA0002245633 |
| 5 | Info Hash: 3D74ED835F96851E1D872CDFE806172D31D58719<br>File Hash: 7B227EC52AD2947808AB5AD555CF7AA03E6DB078ECD67581F63553D60156E5A0 | 08-12-2023 05:49:32 | Blacked Raw | 05-29-2023 | 06-09-2023 | PA0002415372 |
| 6 | Info Hash: 57C6912A8C0A652DCA85A3C71BF6C3DEAF6ADA9D<br>File Hash: 46DE425154E54C1154880B5A5814B542C2485F3870DC77DAA5A6781AC10D4A8D | 08-12-2023 05:46:31 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 7 | Info Hash: 3BC22005E2AFC76A838931DCA776BBA6A7235CD8<br>File Hash: 52978CFAE6E89E7576A6ACF227919E58FF957546FD0FBEF1FBECBE1294075FED | 08-12-2023 05:01:45 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 8 | Info Hash: A0871B0EB7C20111BB09F60C27E556080176C97C<br>File Hash: 5C5F7C9546858ED9DE74D9EE188D3243A34B83E66B71A73602981903FF037D6A | 08-12-2023 05:01:43 | Tushy | 07-02-2023 | 07-13-2023 | PA0002420348 |
| 9 | Info Hash: F8FBC36D824DEAFA3B0065D6F5B56870A30EE4DD<br>File Hash: C9BE0488CC1277581F0DE03434554ECFA894B8DFC32605AA8319A2FC7BC19879 | 08-12-2023 05:01:26 | Vixen | 04-14-2023 | 05-15-2023 | PA0002411265 |
| 10 | Info Hash: 74E11E3524B76B6E37D22F1200AFE49C2CB3CDFE<br>File Hash: 7585140E235E96F4BD705D67A00B86454206B422718DDDB2D673F9CEC873639B | 07-23-2023 18:10:06 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 11 | Info Hash: 540ED152DD3715A2E9B644E1A32880F02B99281D<br>File Hash: 46003CE73FC9B2A5DE672779ED28F1C8E7BB2A64759D84C412EC9B7B8079764D | 07-16-2023 16:39:20 | Blacked | 06-10-2023 | 07-13-2023 | PA0002420362 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: C66C68567B410A9898F2F6EF8AB001B4C1D3C212<br>File Hash: 281B4A3DEA06D447CEB4A72C07D4655F60123C065059DF7CB9509D58023EEF91 | 07-04-2023 18:06:57 | Vixen | 04-21-2023 | 05-15-2023 | PA0002411310 |
| 13 | Info Hash: E6225B4C149FD76C78EBEE0819BBBE85FDD96EC1<br>File Hash: 29F7D614655390CAF7FF8CBB925EC981C6DAD1223FDF5D4823A3D2BD34E785C5 | 07-04-2023 18:06:33 | Tushy | 12-25-2022 | 01-10-2023 | PA0002389583 |
| 14 | Info Hash: 0EE23E9A799EAB17B33BEF04F030F5CBD2C72F76<br>File Hash: 3E16B6DAE2EE7AD222835D06E18933C46E346636CA23E8D0DB1EE9C3FA3931BE | 06-24-2023 08:03:40 | Blacked Raw | 04-29-2023 | 05-14-2023 | PA0002411313 |
| 15 | Info Hash: D26A1658D037DC086562B6747F3ECE39B8469F7C<br>File Hash: 88FD4E3D62D9D818BE6958384A1B2514C2DA0E828B6B653309BDB60572F90B84 | 06-24-2023 08:02:49 | Tushy | 03-19-2023 | 04-07-2023 | PA0002405758 |
| 16 | Info Hash: 07D183ACDE4666D48DFBBFDA039D1220D6923FFC<br>File Hash: 1E73D1FD032959A1C730487798EF0AD3ED74284AF34DDA527545678185923601 | 05-21-2023 22:39:48 | Vixen | 01-20-2023 | 01-27-2023 | PA0002393071 |
| 17 | Info Hash: 59273C2580C92D41695C8A1D890F6F4AB3D63299<br>File Hash: C0F97DC824E118F0CA0225BB2C6B6E04DD9B1E2F68E10D364DD9F6F24E2E081F | 05-14-2023 19:45:21 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 18 | Info Hash: FF79E9DFC700B8931D11F713C9E9B2370FE2E0E1<br>File Hash: B0D5581077FEF7AFF6B3F1D8BC39F8610C0BEBC84648CB0891AF544B9FDACEBA | 05-13-2023 17:16:22 | Vixen | 03-10-2023 | 04-09-2023 | PA0002405759 |
| 19 | Info Hash: 0DCAD5CD34D983D041D5DFFFCBE84AB849B55877<br>File Hash: 5CA26B5703389C3C514505A8D2191E29676BA81E777D3F071585FB71B5D6FDDE | 05-13-2023 17:16:18 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 20 | Info Hash: 30DB12CBED97C504152F7431DD95C5926C267BC0<br>File Hash: 31A04114788169DEBA7233288589DAAFEA621A0A3BE5AC6FA59B850C25671166 | 05-13-2023 04:57:20 | Blacked Raw | 03-30-2023 | 04-07-2023 | PA0002405733 |
| 21 | Info Hash: D323B4EC16C8CD83752B6A5E4B65DEED95346FA2<br>File Hash: 32BB57E161FF42FDD49E28DBBB43994CDD455364EEA844B2396E47DDB7E46DA2 | 03-13-2023 03:23:37 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |
| 22 | Info Hash: 7226757B46D7B4F0CDB9323574DFA7303A311143<br>File Hash: 3F65B49F299B32660A623D4D74D344AE0472C2685F7787B4F2F28FB99C254381 | 03-13-2023 03:20:40 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 23 | Info Hash: 5B3077C160BA3582630AD259484DFC305BDEB60B<br>File Hash: 18B36582A648ED0D8A39159D76E215F6850D2FF07F887938E4471CDA8D3098DD | 03-13-2023 03:15:12 | Vixen | 01-06-2023 | 01-27-2023 | PA0002393080 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 13CF4D7DEA556EEB7D06BEC1F4CDD68D9120FD60<br>File Hash: 6E197A2A144C50D89DF75945AD1DB96E5AF4ADA6878DC8A89DDD35F77BEAEE83 | 03-13-2023 03:14:07 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |
| 25 | Info Hash: 2050D0595CE5CE49BF58E05FCFC07D94B3518567<br>File Hash: 68A380690E0D86D2B8C273C6DEAD56A98F5A34ED49D5E163E28FEB8F48A16271 | 03-13-2023 03:13:58 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 26 | Info Hash: 6CECBC349193EC9C7B76A2099FC15AE1A288D482<br>File Hash: 250DF55B05DE3EEB997D13B03E27C8D1B671ADD3EE18B3A40940920F646B24F8 | 03-08-2023 01:43:42 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 27 | Info Hash: EF594B74C2AABCDECD370925D345C24AF632DDF3<br>File Hash: F627E6763002FE8DFDC5D97D64B436BF155E8DF3437FC7ED728D3B1FD9F02181 | 03-04-2023 03:03:36 | Vixen | 02-24-2023 | 03-07-2023 | PA0002400307 |
| 28 | Info Hash: AB2C0AC43E536B2195555F021C1DDDA642AB8E0F<br>File Hash: 3E8089AF9B10BCE9B5073612DF72A785031B421F692353562F8C0EE35400366C | 02-24-2023 01:28:59 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 29 | Info Hash: 92CB8CC2B1BF14E6326BE06B3295D66F0F3E0A2F<br>File Hash: BC1B8C60FECC7DECC2E30B086BCB4005635C93E9E654848D2455692ACD7CA8D4 | 02-02-2023 23:27:10 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 30 | Info Hash: 0A943EE511B271EB4FECB0C68C646E26A824EBBA<br>File Hash: 5AF9E686D4F55210F2A0BA1CD985260CED2AB6321C7245F1E0030DEC8CFC2EED | 01-21-2023 07:05:29 | Blacked Raw | 09-26-2022 | 10-31-2022 | PA0002377828 |
| 31 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash: 5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 01-18-2023 22:47:02 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 32 | Info Hash: 9BBF81F07C458D87E9D129CA29F8EFCEBC51D53B<br>File Hash: E32A33E3F2122F155DBEA4A649F1102446BDC5F753FB1046AD781EA671E846A3 | 12-08-2022 23:13:24 | Blacked | 01-20-2018 | 03-02-2018 | PA0002104876 |
| 33 | Info Hash: CF344B3042DCAD24E21B955C9206EB79216612B1<br>File Hash: 3A0EEF200C8434AE7CFEF3AFD8948F4098A564D26947A116BB874717C5F636F9 | 11-16-2022 14:15:17 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 34 | Info Hash: 16DCEAB11B014672CF215062BF10313CBEF5B0A2<br>File Hash: BDFBEF79B0044C2F9C1893C95F37C78C9D37C3E9523EBB3722D20EB7E95D4CAC | 10-15-2022 22:25:12 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 35 | Info Hash: 749E544460520251EC74E0AFE586F6D1FDE01D75<br>File Hash: C0A0080028456E39A794A70FC0E6687158FEC4749B23E0ED395A961777FB6C06 | 10-07-2022 02:03:10 | Vixen | 12-31-2021 | 01-17-2022 | PA0002330094 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 14460C9C14FBE2AF72199CDE5A44701F0B6EB02B<br>File Hash: 9779F131A783314DD287D6DA26F1C5BFA145EBB837E040E4AB3D404A2925AA0F | 10-07-2022 01:34:27 | Blacked | 06-11-2022 | 06-27-2022 | PA0002355039 |
| 37 | Info Hash: B2BD02F85748E9B929C507FF7927035B3DB7D9C3<br>File Hash: F5512656E2B6581C621ECB4540F947AD22C4D7282DEBB316F0E72005F6943ADC | 08-25-2022 22:03:41 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |
| 38 | Info Hash: 9C9868F9A2BCEE240B9C6D024C49B6394F903E00<br>File Hash: D67B2145BAA691C91BC741B6AA31CB596055AAADB999861C24F4F06F24027452 | 07-06-2022 23:23:40 | Tushy | 07-03-2022 | 07-22-2022 | PA0002359464 |
| 39 | Info Hash: 9EF1697DACB071381C0A2D332FA66FA85F359C74<br>File Hash: 66F290059B0AF3622E0841D66009807CC8CCA6EE29AF736E370C18BABC4C4885 | 06-19-2022 13:24:42 | Blacked Raw | 07-27-2020 | 08-11-2020 | PA0002252262 |
| 40 | Info Hash: 009F9C7775B1B08E12B938E7895905234F849C90<br>File Hash: 0D295BBD50F5CFBA5900994BA8F45A048390521FD232EC6D662DCD2159635694 | 06-19-2022 13:21:19 | Tushy | 03-01-2020 | 04-15-2020 | PA0002244962 |
| 41 | Info Hash: 4FFEF2F34E795900B524ADB3A5D89A4870CCAE8C<br>File Hash: 1254A343029B99DBBD44743FFDE118A8C3B0EEA55980D1E9B75886A0AC5B2653 | 05-21-2022 03:00:06 | Blacked Raw | 04-11-2022 | 04-23-2022 | PA0002346408 |
| 42 | Info Hash: CBCD2792157D511F104632A294C1F384488E7898<br>File Hash: 099497CD425F9C511FF9463C074FD98858992B7D69E2D6A6589E3771E6081A4E | 04-07-2022 02:28:50 | Blacked | 03-12-2022 | 03-29-2022 | PA0002342846 |
| 43 | Info Hash: CBEC46459AE533CA84B9B04B6112A56ECA06279B<br>File Hash: 230D3F95B666FD506C2CD0E1859CAD4F2BDE3DFF5C8BB975B0C1F971338FBB5D | 03-20-2022 12:44:24 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 44 | Info Hash: F1C42EEE6A5C0C66BE5312B87E57F3BB13D4FF14<br>File Hash: DD4796B449317DB7C5EA04F3FA3518700E17FCEB633AE40D0361FF3C98D3E178 | 03-09-2022 01:35:53 | Vixen | 03-27-2020 | 04-17-2020 | PA0002246166 |
| 45 | Info Hash: 92D5BC7B567BCE82314A5D480DC48BD3645F29D9<br>File Hash: 57A71876B9677D9A3FFEF1396D8C4B9093C9AAB5CFAD32EB8F93E4BB471C85F2 | 03-02-2022 20:18:41 | Blacked Raw | 02-28-2022 | 03-29-2022 | PA0002342857 |