**Exhibit A to the Complaint**

**Location:** Tucker, GA  **IP Address:** 73.184.58.155
**Total Works Infringed:** 31  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 0BF5604D7554E72696D4946FA86DE816FDB2121F<br>File Hash:<br>C0454707B50F282C42655AD9343FBFD8520511ED159F503628F91DAC31CD8DC0 | 06-26-2023 02:26:53 | Tushy | 06-25-2023 | 07-13-2023 | PA0002420342 |
| 2 | Info Hash: FAE4B5D7521AB402BB80CF92802148D900CD4866<br>File Hash:<br>58DB5DA911A6F074DD1DF3D1834FA6800DB112A523C1798F94B0187DC9DBF67A | 05-21-2023 22:33:49 | Tushy | 05-21-2023 | 06-09-2023 | PA0002415379 |
| 3 | Info Hash: 7ADA8F25BA3C090FC082D96CC17A9DBB8380E5B3<br>File Hash:<br>24F28BA080728EABFB42CFBAA5A7E04EBD33FDF679787B4E8F48F02A39243F31 | 02-27-2023 13:25:01 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 4 | Info Hash: 0CC3C19AFFDA8108F08363593D2EAE5BDF33AB4E<br>File Hash:<br>F5ABA07070E7961F0985CFF108E9E0FDB00E2860566B6B680640B42D47FD53B0 | 02-22-2023 12:22:13 | Blacked Raw | 03-17-2020 | 04-17-2020 | PA0002246171 |
| 5 | Info Hash: 1F44AD17DA5B41336976B94A2762024F0E7C9DC8<br>File Hash:<br>23E994ED43C260A74239BC5843A4E3FE2CF0A7BFA20140AE936879FD2EE45A4A | 01-31-2023 12:41:50 | Blacked Raw | 04-11-2022 | 04-23-2022 | PA0002346408 |
| 6 | Info Hash: EBA39D1B83BE3DBB4AB546D7C603DFA9065AAE1E<br>File Hash:<br>181683AC90AD833B1D70B58FBF074F211F7EF377BB61938D996FCEF63479B05E | 01-28-2023 17:04:55 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 7 | Info Hash: 5AD3472C08F290934E598C8C45D25A1E7A33160D<br>File Hash:<br>2F90620815FEBF00461D8A1303241A9A220258B2A28C16931B0CCB295F755131 | 01-23-2023 13:35:36 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 8 | Info Hash: 721D3761E06AE8F3E0BF82D5A5B21F8DE585943E<br>File Hash:<br>B04B9F9ED2523A85034100C2605F7A8E2DA4C0DED7EA583D5CE9D889520D8D02 | 01-16-2023 17:09:52 | Tushy | 01-15-2023 | 01-27-2023 | PA0002393083 |
| 9 | Info Hash: 1C53C53A5095FDF2490282FD4126A0E7A997B735<br>File Hash:<br>253CC7BCD944A61FE3C8C4F177F82BE42A00C8A0012E9331C4FFA4E7E271D238 | 01-09-2023 12:44:21 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 10 | Info Hash: F1FEC7BB23B7FFBD340F5F12A9EDC3B1F95747A2<br>File Hash:<br>8843B000266E364ED5C2FA86E5D442505EAFCBAB6D372E34C59785BC67711F0A | 12-26-2022 12:19:02 | Tushy | 12-25-2022 | 01-10-2023 | PA0002389583 |
| 11 | Info Hash: F4F2D3EB1F5640B654C884095414DFCBCC07F5D7<br>File Hash:<br>6C0C67C086534516FEA147467983F396B6E9C71DC52F4CF302FB46474A1A33A1 | 12-19-2022 20:12:44 | Tushy | 12-27-2018 | 01-22-2019 | PA0002147899 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 56AD0C4A72F10506D7C3B91C3065AA604AD729E2<br>File Hash:<br>68474E60C3D5B1E90AC0F96280F1987E0F81244474F06E58EA908E8C74CD914C | 12-19-2022 16:16:46 | Tushy | 11-27-2017 | 01-04-2018 | PA0002069335 |
| 13 | Info Hash: F78AF54A4B061D8CC1C16DDAB91F06855A7AB979<br>File Hash:<br>712BA86BA7AF2CD06187F20B5078D7E68626E673D1E5E30E7339ACD6A41160ED | 12-18-2022 23:35:57 | Tushy | 11-07-2018 | 11-25-2018 | PA0002136607 |
| 14 | Info Hash: 7A28907E18FFFB4176EC10F1A706F3FB38DDEC16<br>File Hash:<br>1340C83305E0C5BF66C3E3AB132F0B4E92E4656ACCF82ECC0AC698724C2D50CF | 12-12-2022 17:27:48 | Tushy | 12-11-2022 | 01-10-2023 | PA0002389623 |
| 15 | Info Hash: 082A36A84E89E2C07D543EBAF5A1C68F9D894BAC<br>File Hash:<br>DE6CD45D1EDBA56B4511A78C8AF0AD1E47F01A76296E11368E907A095A73CA36 | 12-11-2022 13:41:03 | Tushy | 01-21-2018 | 02-20-2018 | PA0002104191 |
| 16 | Info Hash: B5A0BE06006E1610C6152096784CE93D8BAE1377<br>File Hash:<br>924ADF46F069813BC00EBF92DAC5C68176B6141FB93FAE307ED9B05886F554A5 | 12-06-2022 18:10:18 | Blacked | 07-24-2018 | 09-01-2018 | PA0002119589 |
| 17 | Info Hash: 856181277E5E7A77408060C6EEB794DFB89F70E5<br>File Hash:<br>F8B254079033A6A6F0BEA07DE8EC18A3C2AD0DCAA835ED5ECF11280B59528F6C | 12-05-2022 13:20:40 | Tushy | 12-04-2022 | 01-10-2023 | PA0002389591 |
| 18 | Info Hash: 955FBACADE8751B0497FF74473034B5D16DCBF80<br>File Hash:<br>12F99D3AC02A2E1BE3CA15D62F95B0543CCC6BB96C7815A6C3F7BC0D8C09B556 | 12-05-2022 13:14:24 | Blacked | 12-01-2018 | 01-22-2019 | PA0002149844 |
| 19 | Info Hash: 0217AF3A4144805F3ADCE788B633E2F1B20D5B4D<br>File Hash:<br>78ACA84636ACCC4D9D57538643C710691D25440575B92200DFC3A8DD7AC809E3 | 12-02-2022 21:47:52 | Blacked | 02-09-2019 | 03-11-2019 | PA0002158599 |
| 20 | Info Hash: 128798081988957B5A32120370C7530C5A1C91D2<br>File Hash:<br>291C23A4144E9FD82588C9E040C431AE32A9BAEAF050EC99DBC81FAFC12994E4 | 12-02-2022 02:22:04 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 21 | Info Hash: 38D8F982CF0BACDADD0FC8E01C27C6893875941C<br>File Hash:<br>E87D904CA0841406FE108D3C0E76349C71E78D9C3CB1271BEA935BB53D87B0CF | 11-30-2022 03:41:51 | Tushy | 10-16-2022 | 11-27-2022 | PA0002388606 |
| 22 | Info Hash: C00FF9955F7F809F58B31CF458024B732D30583E<br>File Hash:<br>9F02F92DD84D93B43FB5DC08B8518D08931B7A6FA08DC5DBB66BC07E0505B964 | 10-25-2022 10:28:48 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |
| 23 | Info Hash: A637079A572A2FED3C1C2DA3BA22521214E658FD<br>File Hash:<br>FCD4124CFED3784945F4E9D3395D6C3112982B9FD23D6343A60331B23204E8C5 | 10-16-2022 10:44:48 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 1FE45D323674A60E842B2E08415417325DF8B5FB<br>File Hash: FE7AD6BA12DDCD4835A48A75DCF6627497E529AAA42E03781EFE4E1FB71237AC | 09-30-2022 00:57:26 | Blacked Raw | 01-02-2020 | 02-04-2020 | PA0002225581 |
| 25 | Info Hash: 021793F7572EB4346C75483207048F1E2C570162<br>File Hash: 8EE7CABA255A2A0B10C3E40A274D4A106812510EB852801CB04FA12597D03FE7 | 09-04-2022 19:31:31 | Blacked | 05-30-2020 | 06-22-2020 | PA0002245635 |
| 26 | Info Hash: 47F7683CC534F694148BE5C1D38854646B550FD6<br>File Hash: 21A5185A9858677F3A5C139439A5C923B0A84164751D3022E6CEA66149552FD0 | 08-30-2022 12:56:35 | Tushy | 08-28-2022 | 11-01-2022 | PA0002378076 |
| 27 | Info Hash: 2050D0595CE5CE49BF58E05FCFC07D94B3518567<br>File Hash: 68A380690E0D86D2B8C273C6DEAD56A98F5A34ED49D5E163E28FEB8F48A16271 | 08-06-2022 15:24:21 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 28 | Info Hash: B4E2293F2A6FCBF9F8318D9EB92E0335F7291A3A<br>File Hash: 9A0796D14BA544A20EF62FC54DB22C7706B87EAD1028E4A992A5A6085D79B83E | 08-01-2022 21:08:39 | Slayed | 03-01-2022 | 03-04-2022 | PA0002345786 |
| 29 | Info Hash: 86DBBD19B68CCA8212BBB000A3A724ACFD8751D1<br>File Hash: BCD93ABF6013F22FE9D44FE2E72560C47518372BB6E1324EE0731F20F6FB0413 | 06-10-2022 11:36:26 | Tushy | 06-05-2022 | 06-27-2022 | PA0002355037 |
| 30 | Info Hash: AFF2342CBD289DA0E949FEF4D6077F3C0361C1FE<br>File Hash: 26AE418C86C6F30A51C25D4CB11E5F636DE1CD2D83B6D6A7C3D7E74D1208CB6D | 05-23-2022 11:36:30 | Blacked Raw | 04-27-2020 | 05-19-2020 | PA0002241476 |
| 31 | Info Hash: 60E6052FAE60285387DDC892DE224DDBF4BB8C09<br>File Hash: 0F610E881FF9BE5BEA40DCF4884F4CDE1A5E110F48A32D6275C125351361D087 | 02-24-2022 19:30:01 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |