**Exhibit A to the Complaint**

**Location:** Conyers, GA  **IP Address:** 73.207.165.108
**Total Works Infringed:** 38  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 6CB2E185E111E679DFB8F1DB78D36DDE2EC0633F<br>File Hash:<br>D3613B1251340782B7262AF37A0AFE5A17A90FB3F6B1C8E70270AECC00BF9359 | 07-22-2023<br>00:18:08 | Slayed | 02-14-2023 | 04-13-2023 | PA0002406900 |
| 2 | Info Hash: 3B1287CC82E27C77B95CE20F391E35278640AC8A<br>File Hash:<br>7CA6C026801333028E81F5D1727812BB4B4104F8098B8CF748B8875DC1964207 | 07-05-2023<br>18:23:33 | Slayed | 01-31-2023 | 04-13-2023 | PA0002407764 |
| 3 | Info Hash: 8F22BC1258A4FC841B86209E0A8AB1D459A2D4D8<br>File Hash:<br>A2E4EBB114F4A521E5C4FC3DC4BF1FF9D29166CAF638D09DD7C018AD5FE3419A | 06-30-2023<br>13:29:48 | Slayed | 01-24-2023 | 02-21-2023 | PA0002401001 |
| 4 | Info Hash: BA07D3069650D37C94262B8E0E20986FE4CF6737<br>File Hash:<br>48379B77B739CA787B7744E0169C6EC5D9B4E7D652B87479D366F79ECBFD2502 | 06-30-2023<br>13:17:32 | Slayed | 01-17-2023 | 02-21-2023 | PA0002400995 |
| 5 | Info Hash: 26F5560C4A9A70880313BB299014762E7373199B<br>File Hash:<br>5A71511788AD13E0C61313DE243DA736AA5248C8067F4AFB89F13A96DF82861E | 06-29-2023<br>14:11:23 | Tushy | 06-18-2023 | 07-13-2023 | PA0002420350 |
| 6 | Info Hash: 324EC61E71465F4386CB6D0BEB19E8C18D533ABD<br>File Hash:<br>868D6D210F82788A4E0BC13A7CB5AE0D7C95BA237597E577C619A04A6DF583F0 | 06-29-2023<br>14:06:58 | Tushy | 06-25-2023 | 07-13-2023 | PA0002420342 |
| 7 | Info Hash: 07D183ACDE4666D48DFBBFDA039D1220D6923FFC<br>File Hash:<br>1E73D1FD032959A1C730487798EF0AD3ED74284AF34DDA527545678185923601 | 01-22-2023<br>15:10:51 | Vixen | 01-20-2023 | 01-27-2023 | PA0002393071 |
| 8 | Info Hash: D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash:<br>E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 01-22-2023<br>14:28:29 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |
| 9 | Info Hash: 8D40EBBF5F646B4765085521D31201200E1BD26E<br>File Hash:<br>54E11364A17316BF1CFC288F7A11B4DB432D98FC19402BE7AB63A6B13CF0D399 | 01-18-2023<br>07:47:33 | Slayed | 07-26-2022 | 08-10-2022 | PA0002370904 |
| 10 | Info Hash: 7EF3BA31062D3CC2075A81AC75AA4FFD725F5BCA<br>File Hash:<br>68D7EDF195C4997889CC815CF649B6771A30990DDA5737AD254730FDC8D471A8 | 01-17-2023<br>16:16:35 | Tushy | 11-13-2022 | 12-11-2022 | PA0002384758 |
| 11 | Info Hash: C587D7D844493811E67C3945D6E504448A44CB6D<br>File Hash:<br>7B714CAD15B786523D93C122093E98271320F0BCEAB417C3CA9711C2300F1AB3 | 01-17-2023<br>07:44:14 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 0AC629E1B29686D67279EC8B6EA141C079FD7E7A<br>File Hash: 2015A762D99B2737B5E3CB11EBAA755FA4DC2779A31E6786B767D3C1E56393CC | 01-17-2023 07:39:31 | Tushy | 01-15-2023 | 01-27-2023 | PA0002393083 |
| 13 | Info Hash: 3305FC3A91E5218C673AA99E94ACCE56925E4D8A<br>File Hash: B71D6D984E002E155C9C4AA18737F64BACD84FCB4569C4B91AF3FD5E2735E245 | 01-17-2023 07:31:17 | Slayed | 07-19-2022 | 08-10-2022 | PA0002370906 |
| 14 | Info Hash: 25631D2A4B65B3575EBD4C4A05D5478C6843B4B0<br>File Hash: 0C7D063B872119130B66E29903017FBFFAC494300085DCCC55385FF252777F33 | 11-26-2022 20:00:33 | Slayed | 11-11-2021 | 12-03-2021 | PA0002333373 |
| 15 | Info Hash: 002A95D56207102BB8B3F832C54F7BFFB17323F9<br>File Hash: 19CB60F6B50B39A1046E0B9A8B9C4569AB092BFA444447707F03A13BD0F2AA7B | 11-26-2022 16:37:09 | Slayed | 04-19-2022 | 06-09-2022 | PA0002361531 |
| 16 | Info Hash: 2E53B6693B72A82B9D501E7F4FF508D0161490A4<br>File Hash: 79D89B49D058B9C5EB76C5202362FB4FC0B1C4356273EC2B0D73C366868C8D03 | 11-26-2022 08:10:43 | Slayed | 03-29-2022 | 04-21-2022 | PA0002353060 |
| 17 | Info Hash: 9408222E6A579EC45D770CE22C4664CDB67A6120<br>File Hash: 2D5319B78F39D032310069792A235C55A4D4AE4916C47E9D0DEBE64B1DAD58CB | 11-26-2022 08:10:39 | Slayed | 08-19-2021 | 09-08-2021 | PA0002316102 |
| 18 | Info Hash: 5530E900B58D349350346B7C87CDBBD7622436FD<br>File Hash: AFFFF25C22B2A26C46FB1EEBA6E6EB045ACFBA01A755BBD8B7470958468E8791 | 11-26-2022 08:10:37 | Slayed | 03-15-2022 | 04-21-2022 | PA0002353059 |
| 19 | Info Hash: A7D7A0A04A5F31E749B8420A8A797E5ECC2BF45A<br>File Hash: C8266441AAB3E213EB93BB7E3FE882D68B5BFBCC32ED97FCBE6D96CBE6B8D9AD | 11-26-2022 08:10:36 | Slayed | 02-01-2022 | 03-04-2022 | PA0002345792 |
| 20 | Info Hash: 157FC5825B3DE52C4264A1412C4A3EBFF7F22B94<br>File Hash: 2E5E00203A4ED86ACA760070115B90948331FA90C5E8A1DE012A2C8A457F5B36 | 11-26-2022 08:10:34 | Slayed | 01-25-2022 | 02-03-2022 | PA0002341780 |
| 21 | Info Hash: 167C517974AA9DA4667F71C69CAEE827B4E4AEC6<br>File Hash: CEDEB9BD31C0DD2AFC95A70BFACB8483AED2E5F1ACD83DB0936CC10142104658 | 11-26-2022 08:10:33 | Slayed | 12-28-2021 | 02-03-2022 | PA0002341801 |
| 22 | Info Hash: 2E35F8C50BF2A449E328387997E8EE5968E9D6D5<br>File Hash: 8612029B37AB2C77BAC5F93425BED625AB0A4185DF7775C0EE2B8F003BB9B785 | 11-26-2022 08:10:33 | Slayed | 10-21-2021 | 11-01-2021 | PA0002326406 |
| 23 | Info Hash: B4E2293F2A6FCBF9F8318D9EB92E0335F7291A3A<br>File Hash: 9A0796D14BA544A20EF62FC54DB22C7706B87EAD1028E4A992A5A6085D79B83E | 11-26-2022 04:57:21 | Slayed | 03-01-2022 | 03-04-2022 | PA0002345786 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: EBE740A485253F13592E278BD7B983F58A9D23FC<br>File Hash: AB0E1AD7720490942A1AB166E355BEDBDE0F0EEFFF1BBE82F7FE1262A73EB280 | 11-25-2022 18:44:20 | Slayed | 05-24-2022 | 06-09-2022 | PA0002361291 |
| 25 | Info Hash: 693F697CBF4431F197EE5A223C18662D6E98B78D<br>File Hash: 4AAB5FC3E48AB1A75F859A380C6A1EFD4FFFB955212465901906FD2DD4E14789 | 11-24-2022 11:12:30 | Tushy | 09-25-2022 | 10-05-2022 | PA0002373771 |
| 26 | Info Hash: AA99615AE6C723CB3050DAC4D48D914E6D5CC02F<br>File Hash: D4777437331085D9F83529F722265DFAD5117630DB84AAE1C0850A6A96FB67CA | 11-23-2022 16:19:31 | Blacked Raw | 05-17-2018 | 06-19-2018 | PA0002126644 |
| 27 | Info Hash: BA3E47DF221C79C803F5F2404D9EE42DCE05F100<br>File Hash: 567FE6B623802D2252046655D0D7433E8C86F3F82AD50AA81D4A0CC854EC762C | 11-23-2022 14:37:00 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |
| 28 | Info Hash: 8CED7F942421FBD5CF874727662D5A42032BB1CA<br>File Hash: C52E5DC17D6EBABEACCBF18F6B01CC240BA848A7831AA1395715BBA280FFD3D3 | 11-22-2022 03:27:13 | Slayed | 11-08-2022 | 11-24-2022 | PA0002389330 |
| 29 | Info Hash: C2D6C44B6514E6E73D128B4CBAADE5364CAC5781<br>File Hash: CB43FB72A120C7C6E9A84FE21A81DD163C02669BA4F1D2B2838DE7F62084E161 | 11-22-2022 03:24:58 | Slayed | 05-10-2022 | 06-09-2022 | PA0002361671 |
| 30 | Info Hash: 48DE187CADE6D655BB1B5F81C5C2B4B60F540A98<br>File Hash: A9CE71D9B4EB13F809FD81E9DBED8151A9E3E395BE254FC4CB355E0184BCF2CB | 11-22-2022 03:19:12 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 31 | Info Hash: 29622F896345C931E53BE326EB57ADCFBB39231A<br>File Hash: 4DFDABD16A7DA1F64532D60E8CEF22E15EF28937D29D837E6BF18B441F7FBBC4 | 03-13-2022 04:27:42 | Tushy | 03-06-2022 | 03-29-2022 | PA0002342854 |
| 32 | Info Hash: 3FEE7C487A35F7E6AE78A807A44B844FC26A82EF<br>File Hash: CD9DF4DA3207DFBAEDC3352231540A2EA0390A71EAA7A3FEC2492C3DAF4E8D78 | 11-30-2021 01:49:25 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 33 | Info Hash: FF9403981E8385DCAAA83EDC45FD250B2CC9449C<br>File Hash: 671AE55755DDEBDEAB73533FDC0DE64FA6A35232EA2E843AEB92F6E3A93E7FD3 | 11-24-2021 16:53:39 | Tushy | 11-21-2021 | 12-09-2021 | PA0002325830 |
| 34 | Info Hash: E069EEB99E73641B975F83C3EB0EAA78C190E597<br>File Hash: D2650479CB7EA30B795885F2B7768AA61C6DFEF4D09593CE98374A37C8CFA1DE | 10-14-2021 13:36:11 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 35 | Info Hash: E401EDC19B0CCB7625B52FEE8B163E03FFF0EF0E<br>File Hash: CFA72EA152DD827C145166E600349017CCEFD9C1FCDA3374115C2BCAD05C0681 | 09-27-2021 16:38:17 | Tushy | 11-22-2019 | 12-03-2019 | PA0002232052 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 73F6CCDF6EC69C9B0F220EB0095491EA21789A91<br>File Hash: 67DD04CB6C4AF17B9E5B9BC957E5665D5A61670C11409B157DE8A872CB4BDD64 | 09-02-2021 04:07:45 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 37 | Info Hash: C56D08F5B048AE326CA72B8204A2FF05214F509C<br>File Hash: ED6075D0104705837E074B9130E0A5B08534860A0C552964765CFF3B9E94B2BF | 09-02-2021 02:48:46 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |
| 38 | Info Hash: ED659FFEC80A299B40154A2BD303E5CAC4AD7680<br>File Hash: E893991464A848D8EF0A9AFED5B97B775198113AB53F34B6568B5223ED364779 | 09-01-2021 11:21:27 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |