DUPLICATE J314



PLAINTIFF'S EXHIBIT 3

# State of Georgia

## OFFICE OF SECRETARY OF STATE

I, Max Cleland, Secretary of State of the State of Georgia, do hereby certify that

"SECURITY BENEFIT ASSOCIATES GROUP SERVICES, INC."

has been duly incorporated under the laws of the State of Georgia on the 14th day of November, 1983, by the filing of articles of incorporation in the office of the Secretary of State and the fees therefor paid, as provided by law, and that attached hereto is a true copy of said articles of incorporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office, at the Capitol, in the City of Atlanta, this 14th day of November in the year of our Lord One Thousand Nine Hundred and Eighty Three and of the Independence of the United States of America the Two Hundred and Eight.

Max Cleland
SECRETARY OF STATE, EX-OFFICIO CORPORATION COMMISSIONER OF THE STATE OF GEORGIA

# ARTICLES OF INCORPORATION

## OF

## SECURITY BENEFIT ASSOCIATES GROUP SERVICES, INC.

### I.

The name of the Corporation is:

Security Benefit Associates Group Services, Inc.

### II.

This Corporation is organized pursuant to the Georgia Business Corporation Code.

### III.

The Corporation shall have perpetual duration.

### IV.

The object of the Corporation is pecuniary gain and profit and the Corporation is formed for the following purposes:

(a) To engage in the sale of life, health, hospitalization, accident and disability insurance of every type and description and all services related or incident thereto; and

(b) To engage in such other businesses for any other lawful purpose not specifically prohibited to Corporations under the Business Corporation Code of the State of Georgia.

### V.

The Corporation shall have authority to issue not more than 10,000 shares of common stock of $1.00 par value.

### VI.

The shareholders of the Corporation shall not have any preemptive rights to subscribe to any issue of additional shares of stock in the Corporation.

### VII.

The Corporation shall be entitled to purchase its own shares out of its unreserved and unrestricted earned and capital surplus available therefor.

VIII.

The Corporation shall be entitled to distribute a portion of its assets to its shareholders out of capital surplus available therefor.

IX.

The Corporation shall not commence business until it shall have received $500.00 in payment for the issuance of shares of stock.

X.

The initial registered office of the Corporation shall be at 3610 Interstate 85, N.E., Atlanta, DeKalb Georgia 30340. The initial registered agent of the Corporation shall be Frank E. Peterson.

XI.

The initial Board of Directors shall consist of two (2) members who shall be and whose addresses are:

| Name | Address |
|---|---|
| Frank E. Peterson | Suite 104<br>3610 Interstate 85, N.E.<br>Atlanta, Georgia 30340 |
| Seixas G. Milner, Sr. | Suite 104<br>3610 Interstate 85, N.E.<br>Atlanta, Georgia 30340 |

XII.

The names and addresses of the incorporators are:

| Name | Address |
|---|---|
| Frank E. Peterson | Suite 104<br>3610 Interstate 85, N.E.<br>Atlanta, Georgia 30340 |
| Seixas G. Milner, Sr. | Suite 104<br>3610 Interstate 85, N.E.<br>Atlanta, Georgia 30340 |

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation this 10th day of November, 1981.

*Tony G. Mills*
TONY G. MILLS, Attorney
for the Incorporators

-2-

CONSENT TO APPOINTMENT AS REGISTERED AGENT

TO: David B. Poythress
Secretary of State
Ex-Officio Corporation
Commissioner
State of Georgia

I (We) _____FRANK E. PETERSON_____
(Type or print name of person(s) or corporation)

do hereby consent to serve as registered agent for the corporation

_____SECURITY BENEFIT ASSOCIATES GROUP SERVICES, INC._____
(Type or print name of corporation)

This __7th__ day of __November__ 19__83__.

*Frank E. Peterson* (signature)
FRANK E. PETERSON

Address of registered agent(s):
(Type or print address)

3610 Interstate 85 N.E.

Suite 104

Atlanta, Georgia  30340



# State of Georgia

### OFFICE OF SECRETARY OF STATE

*I, Max Cleland, Secretary of State of the State of Georgia, do hereby certify that*

based on a diligent search of the records on file in this office, I find that the name of the following proposed domestic corporation to wit

"SECURITY BENEFIT ASSOCIATES GROUP SERVICES, INC."

is not identical with or confusingly similar to the name of any other existing domestic or domesticated or foreign corporation registered in the records on file in this office or to the name of any other proposed domestic or domesticated, or foreign corporation as shown by a certificate of the Secretary of State heretofore issued and presently effective.

This certificate is in full force and effective for a period of 4 calendar months from date of issuance. After such period of time, this certificate is void.



In TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office at the Capitol, in the City of Atlanta, this 14th day of NOVEMBER, in the year of our Lord One Thousand Nine Hundred and Eighty THREE and of the Independence of the United States of America the Two Hundred and EIGHT

Max Cleland
SECRETARY OF STATE, EX OFFICIO CORPORATION
COMMISSIONER OF THE STATE OF GEORGIA

167