CLERK OF SUPERIOR COURT
DEKALB COUNTY, GEORGIA

1990 SEP 21  PM 1:27

FILED


PLAINTIFF'S EXHIBIT 4

# AFFIDAVIT TO REGISTER TRADE NAME

GEORGIA, ~~COBB~~ DEKALB COUNTY

Personally, before the undersigned attesting officer authorized by law to administer oaths, appeared __Seixas Milner, Jr__, As president of British American Intermediaries, Inc., treasurer of Security Benefit Associates Group Services, Inc., president of Security Benefit Associates, Inc. who, after being first duly sworn, deposes an oath and says that

British American Insurance Intermediaries, Inc.
Security Benefits Associates, Inc, SBA Group Services, Inc.,

~~If individual(s) carrying on trade name, state name(s) individually~~
If Corporation carrying on trade name, state Corp. name

address __Suite 104  3610 Interstate 85, N.E. Atlanta, GA  30362__

is trading under the name of __The Milner Group__
__Suite 104  3610 Interstate 85, N.E.  Atlanta, Ga 30362__
principal address is __P.O. Box 48299  Atlanta, Georgia  30362__

the nature of same being __Sales and marketing of insurance products.__

and any related activities to the foregoing all under the Laws of Georgia.

This affidavit is made in compliance with Section 10-1-490 of the Official Code of Georgia Annotated.

_Seixas Milner, Jr._

Sworn to and subscribed to before me this

__22__ day of __August__, 19__90__.

_Notary Public,_
_My Commission expires_  MY COMMISSION EXPIRES AUG. 24, 1991

BOOK 022 PAGE 495

Form #7200