Control Number : 16023356

# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530



PLAINTIFF'S EXHIBIT 7

### CERTIFICATE OF ORGANIZATION

I, Brian P. Kemp, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**MILNER FINANCIAL, LLC**

a **Domestic Limited Liability Company**

has been duly organized under the laws of the State of Georgia on **03/09/2016** by the filing of articles of organization in the Office of the Secretary of State and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta
and the State of Georgia on 03/11/2016



Brian P. Kemp
Secretary of State

# ARTICLES OF ORGANIZATION

## OF

## MILNER FINANCIAL, LLC

**Article 1.**   **Name.** The name of the limited liability company is Milner Financial, LLC (the "Company").

**Article 2.**   **Management.** Management of the Company is vested in one or more managers elected from time to time. The authority and powers of such manager(s) shall be subject to the terms, conditions and limitations set forth in any applicable Operating Agreement of the Company, as amended from time to time, including, without limitation, the requisite approval(s) required to authorize any action which might be taken by any manager in order to make such action binding upon the Company and enforceable by any applicable designated person or entity.

**Article 3.**   **Effective Time.** These Articles of Organization shall be effective on the date of filing of these Articles of Organization with the Secretary of State of Georgia.

**Article 4.**   **Registered Agent and Office.** The address of the initial registered office of the Company shall be 833 Hurricane Shoals Rd., Gwinnett County, Lawrenceville, GA 30043-4821. The initial registered agent of the Company at such address shall be Seixas Groves Milner, III.

**Article 5.**   **Company Address.** The mailing address of the initial principal office of the Company shall be as follows:

> 833 Hurricane Shoals Rd.
> Lawrenceville, GA  30043-4821

**Article 6.**   **Organizer.** The name and address of the organizer are:

> Thomas V. Chorey, Jr.
> Barnes & Thornburg LLP
> Suite 1700
> 3475 Piedmont Road, NE
> Atlanta, Georgia 30305-2954

**Article 7.**   **Purpose.** The purpose of the Company is pecuniary gain and profit; to engage in financial transactions of all types and descriptions, all in accordance with applicable laws; to make and carry out contracts of every kind that may be necessary or conducive to the accomplishment of the purposes of the Company; to engage in any form or type of business for any lawful purpose or purposes not specifically prohibited to limited liability companies under the laws of the State of Georgia; and to have all the rights, powers, privileges and immunities

which are now or hereafter may be allowed to a limited liability company under the laws of the State of Georgia.

**Article 8.**   **Managers.**   The initial Board of Managers of the Company shall consist of the following person:

> Seixas Groves Milner, III
> 833 Hurricane Shoals Rd.
> Lawrenceville, GA  30043-4821

**IN WITNESS WHEREOF**, the undersigned organizer executes these Articles of Organization as of March 9, 2016.

_____
Thomas V. Chorey, Jr., Organizer



**Brian P. Kemp**
Secretary of State

**OFFICE OF SECRETARY OF STATE**
CORPORATIONS DIVISION
2 Martin Luther King Jr. Dr. SE
Suite 313 West Tower
Atlanta, Georgia 30334
(404) 656-2817
sos.georgia.gov/corporations

## TRANSMITTAL INFORMATION
## GEORGIA LIMITED LIABILITY COMPANY

**IMPORTANT**
Remember to include your e-mail address when completing this transmittal form.

Providing your e-mail address allows us to notify you via e-mail when we receive your filing and when we take action on your filing. Please enter your e-mail address on the line below. Thank you.

E-Mail: lheninger@btlaw.com

**NOTICE TO APPLICANT: PRINT PLAINLY OR TYPE REMAINDER OF THIS FORM**

1. 12836492
   LLC Name Reservation Number (If one has been obtained; if articles are being filed without prior reservation, leave this line blank.)
   Milner Financial, LLC
   LLC Name (List exactly as it appears in articles)

2. Thomas V. Chorey, Jr., Esq.          404-846-1693
   Name of person filing articles (Certificate will be mailed to this person at address below.)   Telephone Number
   3475 Piedmont Rd., NE, Ste. 1700
   Address
   Atlanta          GA          30305-3327
   City             State       Zip Code

3. 833 Hurricane Shoals Rd.
   Principal Office Mailing Address of LLC (Unlike registered office address, this may be a post office box.)
   Lawrenceville    GA          30043-4821
   City             State       Zip Code

4. Seixas Groves Milner, III
   Name of LLC's Registered Agent in Georgia
   833 Hurricane Shoals Rd.
   Registered Office Street Address in Georgia (Post office box or mail drop not acceptable for registered office address.)
   Lawrenceville    Gwinnett    GA          30043-4821
   City             County      State       Zip Code

5. Name and Address of Each Organizer (Attach additional sheets if necessary.)
   Thomas V. Chorey, Jr., Esq.    3475 Piedmont Rd., NE    Atlanta    GA    30305-3327
   Organizer                      Address                   City       State Zip Code

   _____    _____    _____    _____    _____
   Organizer      Address        City           State          Zip Code

6. Mail the following items to the Secretary of State at the above address:
   1) This transmittal form;
   2) The Articles of Organization; and
   3) Filing fee of $100.00 payable to Secretary of State. Filing fees are NON-refundable

Authorized Signature: _____          Date: March 9, 2016
Print Name: Thomas V. Chorey, Jr., Esq.
Signer's Capacity: (Choose one)  ☐ Member  ☐ Manager  ☐ Organizer  ☑ Attorney-in-fact

Request certificates and obtain entity information via the Internet: sos.georgia.gov/corporations

FORM 231
(Rev. 4/2015)