

**From:** Whitner R. "Whit" Milner
**Sent:** Monday, November 28, 2016 10:40 AM
**To:** Willis "Lat" Milner
**Subject:** Ownership of SBA group services

Do I still own part of the company ? So I'm not privy to the details of the lawsuit but chip tells me that the bases says that you own the Milner group name and we can't use it. Ok, sounds like chip screwed up ! However I'm told that if we change the name we cannot use "Milner" in any part of the name ? Is this true ? Chip says the only way we can stop this if I still own part of the company and I vote to stop the lawsuit ??? Help me out of this mess ??

**Whitner R. "Whit" Milner**
Executive Vice President

THE
MILNERGROUP

833 Hurricane Shoals Road
Lawrenceville, GA 30043
Direct Line: 678-252-1760
Toll Free: 800-926-9206 x124
Direct Fax: 678-252-1761
Website: www.milnergroup.com
Email: Whit@milnergroup.com



Defendant SBAGSI's 6/24/2021 Production - 000047