

UNITED STATES PATENT AND TRADEMARK OFFICE
Trademark Trial and Appeal Board
P.O. Box 1451
Alexandria, VA  22313-1451
General Contact Number: 571-272-8500

vw/jk

Mailed: June 7, 2017

Opposition No. 91226186

*The Milner Agency, Inc.*

v.

*Security Benefit Associates Group Services Inc.*

**By the Trademark Trial and Appeal Board:**

Applicant's motion for involuntary dismissal, filed May 12, 2017, is granted as conceded. *See* Trademark Rules 2.127(a) and 2.132(a).

Accordingly, the opposition is dismissed with prejudice.