**INTEGRITY**



02:46

# Integrity Marketing Group Extends its Market Leadership with Acquisition of North American Senior Benefits

November 7, 2019

**DALLAS** — Integrity Marketing Group, LLC ("Integrity"), the nation's largest independent distributor of life and health insurance products, today announced it has entered into a definitive agreement to acquire North American Senior Benefits ("NASB"), an insurance marketing organization based in Lawrenceville, Georgia. As part of the deal, NASB Co-Founder Seixas "Chad" Milner III, Co-Founder and President Craig Harvey, and the other NASB equity partners will become owners in Integrity. Financial terms of the contract were not disclosed.

NASB is one of the nation's largest agencies focused on the final expense life insurance market with additional offerings in Senior Market products. NASB distributes their products through a vast network of more than 5,000 agents across the U.S. and will produce over $40 million in final expense annualized premiums in 2019. In 2020, Chad Milner will also be Chairman of The National Association of Independent Life Brokerage Agencies ("NAILBA"), the premier trade association in the insurance and financial services marketplace that has more than 300 member organizations who produce over $20 billion in annualized premiums.

"I've known Chad and his team for years and they want nothing less than to revolutionize this industry," said Bryan W. Adams, Co-Founder & CEO of Integrity. "Every NASB agent is empowered to drive their own success. Together, we will reach higher and achieve more than we ever thought possible."

"Our greatest years are ahead of us, and there is no better way to shape our future than to partner with the best and brightest people in the business," said Chad Milner, Co-Founder of NASB. "I am absolutely convinced that the best and brightest people in this industry are with Integrity Marketing, and together we will deliver the collaboration and efficiency we need to win in the marketplace."

"Partnering with Integrity is a complete game changer for our business and exactly what we've been looking for to take our agents to the next level," added Craig Harvey, Co-Founder and President of NASB. "From proprietary products to lead resources and lead inventory, the infrastructure and efficiencies Integrity provides now would take us more than a decade to acquire. Joining Integrity will be like throwing gas on a fire that is already burning bright."

"NASB is all about family and creating an atmosphere for success," said Steve Young, Chairman of Integrity. "They are an undisputed leader in the final expense market and further evidence that the absolute best in the business are drawn to Integrity as they aspire to new levels of growth."

## About Integrity

Integrity, headquartered in Dallas, Texas, is a leading distributor of life and health insurance, and provider of innovative solutions for wealth management and retirement planning. Through its partner network of over 550,000 agents and advisors, Integrity helps millions of Americans protect their life, health and wealth with a commitment to meet them wherever they are — in person, over the phone and online. Integrity's cutting-edge technology helps streamline the insurance and financial planning experience for all stakeholders. In addition, Integrity develops products with carrier partners and markets them through its nationwide distribution network. In 2022, Integrity helped carriers place over $22 billion in new sales and oversaw more than $40 billion of assets under management and advisement through its RIA and broker-dealer platforms.

**Media Contact:**
Rachel Aird, *Public Relations Director*
Integrity Marketing Group
press@integritymarketing.com
385-401-4766



**Partnership Inquiries:**
Eric Pederson, *Vice President of Business Development*
Integrity Marketing Group

partnership@integritymarketing.com
866-650-1857

**For partnership inquiries, please complete the form below.**

First name*

Last name*

Email*

Phone Number*

Company Legal Name*

Business Type*

| Please Select |

Primary Product Type / Focus

| Please Select |

protected by reCAPTCHA
Privacy - Terms

SUBMIT



# I INTEGRITY

1445 Ross Avenue, 40th Floor
Dallas, Texas 75202
866-650-1857

8/16/23, 10:37 AM     Case 1:23-mi-99999-UNA    Document 2799-21    Integrity Acquires North American Senior Benefits    Filed 08/30/23    Page 4 of 4

## Stay in the know

Get the latest on what's happening at Integrity.

Email*

[ Your Email ] **SUBSCRIBE**

Protected by reCAPTCHA

HOME     PLATFORM     TECHNOLOGY     CULTURE     ABOUT US     NEWS

CONTACT US

    

Privacy Policy   Terms of Service   Do Not Sell My Information   Vendor Code of Conduct

©2022 Integrity Marketing Group



https://www.integritymarketing.com/integrity-marketing-group-extends-with-north-american-senior-benefits/     4/4