



 

# American Independent Marketing Joins Integrity Marketing Group

February 6, 2018



**DALLAS** — **Integrity Marketing Group, LLC ("Integrity")**, one of the nation's largest independent distributors of life and health insurance products, today announced that it has completed the acquisition of American Independent Marketing, Inc. ("AIM" or "the Company"), a national wholesaler of Long-Term

Care and Medicare Supplement products. As part of the deal, AIM founder John Wane becomes an owner in Integrity. Financial terms of the private transaction were not disclosed.

Founded in 1981 and headquartered in Yakima, Washington, AIM is one of the largest marketing organizations in the Western United States with over 6,000 agents. The combined business will produce almost $750 million in annualized premiums and expands Integrity's national presence to nearly 130,000 independent agents and almost 300 full-time employees. The Company will continue to operate under the AIM brand and all employees will stay on in their current roles.

"After running AIM for more than 30 years, succession planning was important and I began looking for a partner that would allow me to stay involved in the business but take over day-to-day management," said John Wane, Founder & Owner of AIM. "Integrity was the clear choice because it is built on a partnership philosophy that my team and I really relate to, and would provide me with upside opportunity by being part of a larger group. I've known most of the Integrity partners for many years and I'm more excited about the opportunity ahead than at any time in my 50 years in the insurance business."

"John Wane is a legend in the Senior Market who is widely recognized for his innovation and leadership in the Long-Term Care industry, and we're excited for him and his team to join the Integrity family," said Bryan W. Adams, Co-Founder & CEO of Integrity. "This partnership not only strengthens our position in the Western U.S., it also further diversifies our revenue with a significant Long-Term Care business that is currently growing at more than double the market."

"At Integrity, we are looking for respected market leaders to join our platform, and AIM is a perfect addition," added Steve Young, Chairman of Integrity. "But this is not just about acquiring companies. We are investing heavily in the systems, technology and people at Integrity to take our businesses to the next level, and we are excited to work with John Wane and the AIM team to help them reach their highest potential."

In 2017, the combined company helped more than 400,000 Americans plan for their important life and health insurance needs, making Integrity the clear leader in the Medicare Advantage, Medicare Supplement, Final Expense and Long-Term Care markets.



## About Integrity

Integrity, headquartered in Dallas, Texas, is a leading distributor of life and health insurance, and provider of innovative solutions for wealth management and retirement planning. Through its partner network of over 550,000 agents and advisors, Integrity helps millions of Americans protect their life, health and wealth with a commitment to meet them wherever they are — in person, over the phone and online. Integrity's cutting-edge technology helps streamline the insurance and financial planning experience for all stakeholders. In addition, Integrity develops products with carrier partners and markets them through its nationwide distribution network. In 2022, Integrity helped carriers place over $22 billion in new sales and

oversaw more than $40 billion of assets under management and advisement through its RIA and broker-dealer platforms.

**Media Contact:**

Rachel Aird, *Public Relations Director*
Integrity Marketing Group
press@integritymarketing.com
385-401-4766

**Partnership Inquiries:**

Eric Pederson, *Vice President of Business Development*
Integrity Marketing Group
partnership@integritymarketing.com
866-650-1857

For partnership inquiries, please complete the form below.

First name*

Last name*

Email*

Phone Number*

Company Legal Name*

Business Type*

Please Select

Primary Product Type / Focus

Please Select

protected by reCAPTCHA
Privacy - Terms

SUBMIT



1445 Ross Avenue, 40th Floor
Dallas, Texas 75202
866-650-1857

Stay in the know

Get the latest on what's happening at Integrity.

Email*

[ Your Email ]  **SUBSCRIBE**

Protected by reCAPTCHA

HOME    PLATFORM    TECHNOLOGY    CULTURE    ABOUT US    NEWS

CONTACT US

    

Privacy Policy   Terms of Service   Do Not Sell My Information   Vendor Code of Conduct

©2022 Integrity Marketing Group

