E-FILED IN OFFICE - MX
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**20-A-07822-1**

11/19/2020 3:40 PM

*[signature]*
CLERK OF SUPERIOR COURT

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| MILNER AGENCY, INC., WHITNER MILNER | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | **20-A-07822-1** |
| vs. | : | FILE NO. _____ |
| | : | |
| BRITISH AMERICAN INSURACNE INTERMEDIARIES, INC. and SECURITY BENEFIT ASSOCIATES GROUP SERVICES, INC. | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S EXHIBIT**

17

## COMPLAINT FOR DECLARATORY JUDGMENT, DAMAGES AND INJUNCTIVE RELIEF

Now come MILNER AGENCY, INC. and WHITNER MILNER ("Plaintiffs") and file this Complaint against British American Insurance Intermediaries, Inc. and Security Benefit Associates Group Services, Inc. ("Defendants") as follows:

## JURISDICTION, VENUE AND PARTIES

1.

Plaintiff Milner Agency, Inc. is a corporation registered to conduct business in the State of Georgia and has the authority to bring this action.

2.

Plaintiff Whitner Milner is a resident of the State of Georgia, an owner of Milner Agency, Inc. and an owner of British American Insurance Intermediaries, Inc. He is authorized to bring this action.

1

Copy from re:SearchGA

3.

Defendant Security Benefit Associates Group Services, Inc. ("SBA") is a Georgia corporation whose principal place of business is at 521 Swanson Dr, Lawrenceville, GA, 30043. Defendant may be served by delivering a copy of the Summons and Complaint to its registered agent, John. J. Scroggin, at 647 Mimosa Boulevard, Roswell, Georgia 30075.

4.

Defendant British American Insurance Intermediaries, Inc. ("BAII") is a Georgia corporation whose principal place of business is at 521 Swanson Dr, Lawrenceville, GA, 30043. Defendant may be served by delivering a copy of the Summons and Complaint to its registered agent, John. J. Scroggin, at 647 Mimosa Boulevard, Roswell, Georgia 30075.

5.

Venue is proper where any of the Defendants are located. Venue is proper in this Court.

## **GENERAL ALLEGATIONS**

6.

Paragraphs One (1) through Five (5) are realleged and incorporated by reference as if set forth fully herein.

7.

Plaintiff is a company owned by Whitner Milner and Sexias Milner, Jr.

8.

Defendant British American Insurance Intermediaries is owned equally by Whitner Milner and Latimer Milner. Litigation is pending in Barrow County between the current owners of British American Insurance Intermediaries concerning the right to compel Whitner Milner to sell his

Copy from re:SearchGA

shares.

9.

Upon information and belief, Defendant Security Benefit Associates Group Services is owned by Latimer Milner.

10.

Whitner Milner, Sexias Milner, Jr. and Latimer Milner are all brothers. Their father and grandfather were also in the insurance business. Some of the entities that are the subject of this action were actually started by their father for the purpose of passing along his business to his sons.

11.

Milner Agency and SBA operate under the umbrella name of The Milner Group to sell various insurance products.

12.

BAII conducts no business of any kind.

13.

Milner Agency and SBA share access to a list of clients.

14.

When customers or clients call the telephone numbers of The Milner Group, they first speak with a representative of the Milner Agency.

15.

If the person calling asks for the type of insurance offered by SBA, the representative of the Milner Agency transfers that call to SBA.

3

Copy from re:SearchGA

16.

On March 6, 2015, SBA fraudulently filed an application for registration of the trademark "The Milner Group" ("the Trademark") with the United States Patent and Trademark Office ("USPTO"), for which the USPTO issued U.S. Registration No. 5,239,004 ("the '004 Registration") on July 11, 2017. Attached hereto as Exhibit "A" is a copy of the Certificate of Registration for the '004 Registration issued by the USPTO.

17.

For many years prior to SBA filing for the '004 Registration, Milner Agency used the Trademark in commerce and therefore had acquired rights in the Trademark.

18.

SBA submitted to the USPTO a screen shot of The Milner Group's website, milnergroup.com, which is exclusively owned by the Milner Agency, Inc., as a specimen demonstrating its use of the Trademark in commerce in order to fraudulently obtain the '004 Registration.

19.

Milner Agency wholly owns the website milnergroup.com ("Website"). Attached as Exhibit "B" is a copy of the certificate that The Milner Agency owns the Website.

20.

SBA submitted no other specimen of use to the USPTO to show the use of the trademark and SBA owns no interest in the Website.

21.

BAII owns no interest in the Website.

4

Copy from re:SearchGA

22.

Milner Agency owns the two phone numbers used for the Milner Group 770-455-1234 and 800 -926-9206 ("Telephone Numbers"). Attached as Exhibit "C" is a renewed contract for The Milner Agency phone numbers and a list of the phone numbers under that account. The mentioned phone numbers are highlighted in yellow.

23.

SBA, nor BAII, does not own any interest in these Telephone Numbers.

24.

SBA was paying the Milner Agency for the right to use the Website and Telephone Numbers but has missed several payments over the last few years.

25.

Over the years, the business tensions have grown between the brothers regarding the Trademark and the family business in general.

26.

Plaintiff Milner Agency believes that it is time for the parties to go their separate ways in business.

## COUNT I- DECLARATORY JUDGEMENT AND
## INJUNCTION- FRAUDULENT TRADEMARK

27.

Paragraphs One (1) through Twenty-Six (26) are realleged and incorporated by reference as if set forth fully herein.

28.

The Milner Group name has been used since the 1990's.

Copy from re:SearchGA

29.

At all times, Plaintiff Milner Agency has wholly owned the Website, milnergroup.com.

30.

Defendant SBA clearly had knowledge of all of the facts stated herein concerning the use of the name The Milner Group given the family relationship between the owners of the companies.

31.

In 2017, Defendant SBA fraudulently registered "The Milner Group" with the United Stated Trademark Office by submitting a specimen of use showing a screen shot taken from the Website, which is wholly owned and operated by Plaintiff.

32.

Defendant SBA did this with the intent to deceive and mislead the public by causing confusion in the marketplace. Defendant SBA is also trying to leverage the other Milner Group affiliates to have to pay for the use of The Milner Group name.

33.

Once SBA fraudulently obtained the '004 Registration, SBA has demanded monthly payments for Plaintiff Milner Agency to use the Trademark.

34.

O.C.G.A § 10-1-373 and O.C.G.A. § 23-3-55 authorize this court to issue an injunction preventing SBA from using the Trademark further.

Copy from re:SearchGA

## COUNT II- DECLARATORY JUDGMENT- WEBSITE

35.

Paragraphs One (1) through Thirty-Four (34) are realleged and incorporated by reference as if set forth fully herein.

36.

Plaintiff Milner Agency seeks a declaratory judgment by virtue and authority of the provisions of O.C.G.A. § 9-4-2.

37.

Plaintiff Milner Agency shows the Court that there is an actual controversy between Milner Agency and Defendant SBA arising from the dispute over the ownership of the Website.

38.

Defendant used the Website as evidence to obtain the '004 Registration for "The Milner Group."

39.

Plaintiff Milner Agency owns the Website, as evidenced by Exhibit "B."

## COUNT III- DECLARATORY JUDGMENT- TELEPHONE NUMBERS

40.

Paragraphs One (1) through Forty (40) are realleged and incorporated by reference as if set forth fully herein.

41.

Plaintiff seeks a declaratory judgment by virtue and authority of the provisions of O.C.G.A. § 9-4-2.

Copy from re:SearchGA

42.

Plaintiff Milner Agency shows the Court that there is an actual controversy between Milner Agency and Defendant SBA arising from the dispute over the ownership of the Telephone Numbers.

43.

Plaintiff Milner Agency transfers calls from the Telephone Numbers to Defendant SBA.

44.

Plaintiff Milner Agency owns the Telephone Numbers, as evidenced by Exhibit "C."

## COUNT IV- DECLARATORY JUDGMENT- CLIENT LIST

45.

Paragraphs One (1) through Forty-Five (45) are realleged and incorporated by reference as if set forth fully herein.

46.

Plaintiff Milner Agency seeks a declaratory judgment by virtue and authority of the provisions of O.C.G.A. § 9-4-2.

47.

Plaintiff Milner Agency shows the Court that there is an actual controversy between Milner Agency and Defendant SBA arising from the dispute over the ownership of the client list.

48.

Plaintiff Milner Agency wishes for both Milner Agency and Defendant SBA to receive a copy of the client list when the companies go their separate ways.

Copy from re:SearchGA

## COUNT V- JUDICIAL DISSOLUTION OF BAII BY SUPERIOR COURT

49.

Paragraphs One (1) through Forty-Eight (48) are realleged and incorporated by reference as if set forth fully herein.

50.

O.C.G.A. §14-2-1430 provides for the involuntary dissolution of a corporation when its shareholders are deadlocked in voting power, the corporate assets are being misapplied and wasted, and when those in control of the corporation have acted or will act in a manner that is illegal or fraudulent in connection with the operation or management of the business and affairs of the corporation.

51.

In this case, Plaintiff Whitner Milner has been completely excluded from the benefits of his ownership of the BAII.  There are no meetings.  No corporate formalities are observed.  No financial benefits or profits have been shared or even reported to the Defendant.  The Plaintiff has converted all of the ownership rights of the corporation to his personal use.

52.

Further, Latimer Milner, owner of SBA and co-owner of BAII, fraudulently registered "The Milner Group" trademark.

53.

Once the assets and profits have been accounted for and marshalled, the corporation should be dissolved with a receiver appointed to liquidate its assets for the benefit of all its shareholders.

Copy from re:SearchGA

## COUNT VI- ATTORNEYS FEES

54.

Paragraphs One (1) through Fifty-Three (53) are realleged and incorporated by reference as if set forth fully herein.

55.

O.C.G.A. § 10-1-373 allows attorney fees in deceptive trade practice actions when the part charged "has willfully engaged in the trade practice knowing it to be deceptive."

56.

Defendant SBA knew that it did not own the Website used to obtain "The Milner Group" and knew obtaining such trademark would be deceptive.

57.

Plaintiffs are entitled to recover their reasonable attorney's fees and expenses of litigation pursuant to O.C.G.A. § 10-1-373 in an amount to be determined at trial.

58.

In the alternative, Defendants have acted in bad faith, been stubbornly litigious, and has caused the Plaintiffs unnecessary trouble and expense, which actions leave it liable to the Plaintiffs for expenses of litigation authorized under O.C.G.A. § 13-6-11.

59.

Plaintiffs are entitled to recover their reasonable attorney's fees and expenses of litigation pursuant to O.C.G.A. § 13-6-11 in an amount to be determined at trial.

WHEREFORE, Plaintiffs pray for the following:

(a) That Defendants be served with Summons, Process and a copy of this Complaint as provided by law;

Copy from re:SearchGA

(b)  That this Court find that Defendant SBA fraudulently obtained the trademark "The Milner Group" and deem it void;

(c)  That this Court enter an order declaring that Milner Agency, Inc. is the owner of the website: milnergroup.com;

(d)  That this Court enter an order declaring that Milner Agency, Inc. is the owner of the telephone numbers: 770-455-1234 and 800 -926-9206;

(e)  That this Court enter an order declaring that Milner Agency, Inc. and SBA shall be entitled to a copy of the list of current clients of The Milner Group;

(f)  That this Court judicially dissolve BAII;

(g)  That Plaintiffs be awarded attorneys' fees and expense of litigation in accordance with O.C.G.A. § 10-1-373, or in the alternative O.C.G.A. § 13-6-11;

(h)  That this matter be heard by a jury; and

(i)   That this Court grants Plaintiffs such other and future relief as this Court deems just and proper under all circumstances alleged and contained herein.

Respectfully submitted this 19th day of November, 2020.

POWELL & EDWARDS

Anthony O.L. Powell
Georgia Bar No. 585765
W. Charles Ross
Georgia Bar No. 615217
John J. Crowley
Georgia Bar No. 562636
Attorneys for Plaintiffs

P.O. Box 1390
Lawrenceville, GA 30046
Telephone: (770) 962-0100
Facsimile: (770) 963-3424

11

Copy from re:SearchGA

# EXHIBIT

## "A"

Copy from re:SearchGA

# United States of America
### United States Patent and Trademark Office

# The Milner Group

**Reg. No. 5,239,004**

**Registered Jul. 11, 2017**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

Security Benefit Associates Group Services Inc (GEORGIA CORPORATION)
521 Swanson Dr
Lawrenceville, GA 30043

CLASS 36: Insurance agency and brokerage

FIRST USE 1-1-1989; IN COMMERCE 1-1-1989

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "GROUP"

SEC.2(F)

SER. NO. 86-556,368, FILED 03-06-2015
VIVIAN M FIRST, EXAMINING ATTORNEY



Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

Copy from re:SearchGA

# EXHIBIT

# "B"

Copy from re:SearchGA

# dnsimple

Automating domain management since 2010

November 13, 2019
support@dnsimple.com

To whom it may concern,

This letter certifies that the current registrant of the domain:

milnergroup.com

is shown in our database as:

The Milner Agency
833 Hurricane Shoals Rd
Lawrenceville, GA 30043

Sincerely,

Anthony Eden
CEO, DNSimple Corporation

1

# EXHIBIT

# "C"

Copy from re:SearchGA

DocuSign Envelope ID: E4FE7102-19D3-465F-B9C0-5B0526E7D04B



# BIRCH
### A Fusion Company

Account # 702969_____, Account Name ("Customer") The Milner Agency_____, Date 03/12/2019

Service Address 833 Hurricane Shoals Rd_____, City Lawrenceville_____, State Ga____ Zip 30043____

## Re: Service Renewal Amendment

**Renewal Term Period:** 2 Years

By your signature on this amendment (the "Amendment"), you understand and acknowledge that your Services with Birch Communications, LLC, a Fusion Company (hereinafter "Birch"), are being renewed for an additional term period indicated above which shall be considered a new Initial Term.

Upon your execution of this Amendment, you understand and acknowledge that the following will occur:

A.   You will extend the Service term of all Services on the account number listed above, except for BirchMobile or BeyondMobile Services. The new Initial Term indicated above for the Services will commence on the latter of (1) the date Birch executes this document, or (2) the installation date of new Services. After this Initial Term, the Services shall renew in accordance with the terms of your existing Agreement with Birch (the "Agreement").

B.   You will receive a reduction of 230.39_____ off the current total Monthly Recurring Charges on the Service Address specified above. This amount may be applied as price reductions on other Services to accommodate the total discount amount. This change will be effective at the start of the next bill cycle. It may take up to two billing cycles for discount to reflect on your bill.

**Additional Terms.** Except as set forth above, your execution of this Amendment will cause no changes in the Services you currently receive. Taxes, surcharges, usage and fees may vary. Birch may, in its sole discretion, choose to change how discounts, if applicable, are allocated to your overall Services; provided however, that total Service rates for the applicable Service Address will be consistent with the terms of Section B above. Notwithstanding the foregoing, if Services are terminated from your account in the future, Birch reserves the right to adjust discounts on your account.

This Amendment applies only to the Birch Account Number listed above. New Services will be governed by the terms of the Agreement. Capitalized terms not defined herein shall have the meanings set forth in the Agreement.

**Customer Acceptance.** BY SIGNING BELOW, THE PERSON SIGNING ON BEHALF OF CUSTOMER REPRESENTS AND WARRANTS TO BIRCH THAT HE OR SHE HAS THE AUTHORITY AND POWER TO SIGN ON BEHALF OF CUSTOMER AND BIND CUSTOMER TO THE AMENDMENT. CUSTOMER UNDERSTANDS AND AGREES TO BE BOUND BY THE TERMS AND CONDITIONS FOR SERVICE AS DESCRIBED IN THE AGREEMENT WHICH INCLUDES EXISTING ORDER TERMS AND SERVICE ADDENDUM(S), WHERE APPLICABLE. THIS AMENDMENT IS ACCEPTED BY BIRCH ON THE DATE INDICATED BELOW, AND THE SERVICE TERM PERIOD SHALL BEGIN UPON THAT DATE.

ACCOUNT NAME ("Customer")                                          BIRCH COMMUNICATIONS, LLC

The Milner Agency

*Lance Perry*
DocuSigned by:

(Signature)B6A28073453...                                          _____
                                                                   (Signature)

Lance Perry                                                        _____
(Printed Name)                                                    (Printed Name)

3/12/2019                                                          _____
(Date Signed)                                                     (Date Accepted)



## Certificate Of Completion

Envelope Id: E4FE710219D3465FB9C05B0526E7D04B          Status: Completed
Subject: Please DocuSign: Offer 5 - MRR discount v5 (2).pdf
Source Envelope:
Document Pages: 1                Signatures: 1           Envelope Originator:
Certificate Pages: 4             Initials: 0             Bonita Williams
AutoNav: Enabled                                         320 Interstate N.  Pkwy SE
EnvelopeId Stamping: Enabled                             Suite 300
Time Zone: (UTC-05:00) Eastern Time (US & Canada)        Atlanta, GA  30339
                                                         bonita.williams@birch.com
                                                         IP Address: 64.238.96.125

## Record Tracking

Status: Original                 Holder: Bonita Williams              Location: DocuSign
      3/12/2019 9:09:35 AM             bonita.williams@birch.com

| Signer Events | Signature | Timestamp |
|---|---|---|
| Lance Perry<br>Lance@milnergroup.com<br>Security Level: Email, Account Authentication (None) | *Lance Perry*<br>DocuSigned by:<br>42E290239073453... <br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 74.7.11.194 | Sent: 3/12/2019 9:10:34 AM<br>Resent: 3/12/2019 9:12:04 AM<br>Resent: 3/12/2019 9:32:31 AM<br>Viewed: 3/12/2019 9:28:57 AM<br>Signed: 3/12/2019 9:41:39 AM |

Electronic Record and Signature Disclosure:
   Accepted: 11/27/2018 3:50:04 PM
   ID: c34711c4-9d66-4f17-a5f8-373f7ea4fb9f

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/12/2019 9:32:31 AM |
| Certified Delivered | Security Checked | 3/12/2019 9:32:57 AM |
| Signing Complete | Security Checked | 3/12/2019 9:41:39 AM |
| Completed | Security Checked | 3/12/2019 9:41:39 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

| Electronic Record and Signature Disclosure | | |
|---|---|---|

Electronic Record and Signature Disclosure created on: 12/10/2014 1:47:42 PM
Parties agreed to: Lance Perry

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, BIRCH (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

Copy from re:SearchGA

electronically from us.

**How to contact BIRCH:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

To contact us by email send messages to: danny.baute@birch.com


**To advise BIRCH of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at danny.baute@birch.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from BIRCH**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to danny.baute@birch.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with BIRCH**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an e-mail to danny.baute@birch.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..


**Required hardware and software**

| | |
|---|---|
| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Acknowledging your access and consent to receive materials electronically**

Copy from re:SearchGA

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify BIRCH as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by BIRCH during the course of my relationship with you.

Account Name: THE MILNER AGENCY

Account Number: 702969

Billing Address: 833 HURRICANE SHOALS RD NE, LAWRENCEVILLE, GA 30043-0000

Service Address: 833   HURRICANE SHOALS RD NE, LWRNCVL, GA , 30043

Contact Name: Melissa Crabtree

Contact TN: 7705588932

MTN:

Telephone Numbers:

WTN: 6787367825

WTN: 7709620068

DID: 4705543760

DID: 4705543761

DID: 4705543762

DID: 4705543763

DID: 4705543764

DID: 4705543765

DID: 4705543766

DID: 4705543767

DID: 4705543768

DID: 4705543769

DID: 4705543770

DID: 4705543771

DID: 4705543772

DID: 4705543773

DID: 4705543774

DID: 4705543775

DID: 4705543776

DID: 4705543777

DID: 4705543778

DID: 4705543779

DID: 4705543780

DID: 6782521700

DID: 6782521701

DID: 6782521702

DID: 6782521703

DID: 6782521704

DID: 6782521705

DID: 6782521706

DID: 6782521707

DID: 6782521708

DID: 6782521709

DID: 6782521710

DID: 6782521711

DID: 6782521712

DID: 6782521713

DID: 6782521714

DID: 6782521715

DID: 6782521716

DID: 6782521717

DID: 6782521718

Copy from re:SearchGA

DID: 6782521719

DID: 6782521720

DID: 6782521721

DID: 6782521723

DID: 6782521724

DID: 6782521725

DID: 6782521726

DID: 6782521727

DID: 6782521728

DID: 6782521729

DID: 6782521730

DID: 6782521731

DID: 6782521732

DID: 6782521733

DID: 6782521734

DID: 6782521735

DID: 6782521736

DID: 6782521737

DID: 6782521738

DID: 6782521739

DID: 6782521740

DID: 6782521741

DID: 6782521742

DID: 6782521743

DID: 6782521744

Copy from re:SearchGA

DID: 6782521745

DID: 6782521746

DID: 6782521747

DID: 6782521748

DID: 6782521749

DID: 6782521750

DID: 6782521751

DID: 6782521752

DID: 6782521753

DID: 6782521754

DID: 6782521755

DID: 6782521756

DID: 6782521757

DID: 6782521758

DID: 6782521759

DID: 6782521760

DID: 6782521761

DID: 6782521762

DID: 6782521763

DID: 6782521764

DID: 6782521765

DID: 6782521766

DID: 6782521767

DID: 6782521768

DID: 6782521769

Copy from re:SearchGA

DID: 6782521770

DID: 6782521771

DID: 6782521772

DID: 6782521773

DID: 6782521774

DID: 6782521775

DID: 6782521776

DID: 6782521777

DID: 6782521778

DID: 6782521779

DID: 6782521780

DID: 6782521781

DID: 6782521782

DID: 6782521783

DID: 6782521784

DID: 6782521785

DID: 6782521786

DID: 6782521787

DID: 6782521788

DID: 6782521789

DID: 6782521790

DID: 6782521791

DID: 6782521792

DID: 6782521793

DID: 6782521794

Copy from re:SearchGA

DID: 6782521795

DID: 6782521796

DID: 6782521797

DID: 6782521798

DID: 6782521799

DID: 6782810206

DID: 6784950485

DID: 6786892610

DID: 6786892611

DID: 6786892612

DID: 6786892613

DID: 6786892614

DID: 6786892615

DID: 6786892616

DID: 6786892617

DID: 6786892618

DID: 6786892619

DID: 6786892620

DID: 6786892621

DID: 6786892622

DID: 6786892623

DID: 6786892624

DID: 6787366310

DID: 6787366311

DID: 6787366312

Copy from re:SearchGA

DID: 6787366313

DID: 6787366314

DID: 6787366315

DID: 6787366316

DID: 6787366317

DID: 6787366318

DID: 6787366319

DID: 6787366320

DID: 6787366321

DID: 6787366322

DID: 6787366323

DID: 6787366324

DID: 6787366325

DID: 6787366326

DID: 6787366327

DID: 6787366328

DID: 6787366329

DID: 6787366330

DID: 6787366331

DID: 6787366332

DID: 6787366333

DID: 6787366334

DID: 6787366336

DID: 6787366337

DID: 6787366338

DID: 6787366339

DID: 6787367910

DID: 6787367911

DID: 6787367912

DID: 6787367913

DID: 6787367914

DID: 6787367915

DID: 6787367916

DID: 6787367917

DID: 6787367918

DID: 6787367919

DID: 6787367920

DID: 6787367921

DID: 6787367922

DID: 6787367923

DID: 6787367924

DID: 6787367925

DID: 6787367926

DID: 6787367927

DID: 6787367928

DID: 6787367929

DID: 6787367930

DID: 6787367931

DID: 6787367932

DID: 6787367933

Copy from re:SearchGA

DID: 6787367934

DID: 6787367935

DID: 6787367936

DID: 6787367937

DID: 6787367938

DID: 6787367939

DID: 7704076530

DID: 7704076531

DID: 7704076532

DID: 7704076533

DID: 7704076534

DID: 7704076535

DID: 7704076536

DID: 7704076537

DID: 7704076538

DID: 7704076539

DID: 7704551234

DID: 7704588999

DID: 7704589683

DID: 7705588900

DID: 7705588901

DID: 7705588902

DID: 7705588903

DID: 7705588904

DID: 7705588905

Copy from re:SearchGA

DID: 7705588906

DID: 7705588907

DID: 7705588908

DID: 7705588909

DID: 7705588910

DID: 7705588911

DID: 7705588912

DID: 7705588913

DID: 7705588914

DID: 7705588915

DID: 7705588916

DID: 7705588917

DID: 7705588918

DID: 7705588919

DID: 7705588920

DID: 7705588921

DID: 7705588922

DID: 7705588923

DID: 7705588924

DID: 7705588925

DID: 7705588926

DID: 7705588927

DID: 7705588928

DID: 7705588929

DID: 7705588930

Copy from re:SearchGA

DID: 7705588931

DID: 7705588932

DID: 7705588933

DID: 7705588934

DID: 7705588935

DID: 7705588936

DID: 7705588937

DID: 7705588938

DID: 7705588939

DID: 7705588940

DID: 7705588941

DID: 7705588942

DID: 7705588943

DID: 7705588944

DID: 7705588945

DID: 7705588946

DID: 7705588947

DID: 7705588948

DID: 7705588949

DID: 7705588950

DID: 7705588951

DID: 7705588952

DID: 7705588953

DID: 7705588954

DID: 7705588955

Copy from re:SearchGA

DID: 7705588956

DID: 7705588957

DID: 7705588959

DID: 7705588961

DID: 7705588962

DID: 7705588963

DID: 7705588964

DID: 7705588965

DID: 7705588966

DID: 7705588967

DID: 7705588968

DID: 7705588969

DID: 7705588970

DID: 7705588971

DID: 7705588972

DID: 7705588973

DID: 7705588974

DID: 7705588979

DID: 7707095450

DID: 7707095451

DID: 7707095452

DID: 7707095453

DID: 7707095454

DID: 7707095455

DID: 7707095456

Copy from re:SearchGA

DID: 7707095457

DID: 7707095458

DID: 7707095459

DID: 7707095460

DID: 7707095461

DID: 7707095462

DID: 7707095463

DID: 7707095464

DID: 7707095465

DID: 7707095466

DID: 7707095467

DID: 7707095468

DID: 7707095469

DID: 7707095470

DID: 7707095471

DID: 7707095472

DID: 7707095473

DID: 7707095474

DID: 7707095475

DID: 7707095476

DID: 7707095477

DID: 7707095478

DID: 7707095479

Toll Free

800 538-4541

Copy from re:SearchGA

800 598-3072

800 659-9603

800 670-7869

800 926-9206

800 926-9706

855 744-2600

855 926-6400

855 926-6465

866 926-9000

866 986-9206

888 403-2502

888 664-5637

Copy from re:SearchGA