PLAINTIFF'S EXHIBIT 20

[black redaction box]

---------- Forwarded message ---------
From: **Willis "Lat" Milner** <lat@milnergroup.com>
Date: Mon, Nov 14, 2022 at 1:54 PM
Subject: Fwd: The Milner Agency Joins Integrity
To: Lat <willismilner@gmail.com>


Sent from my iPhone

Lat Milner


Begin forwarded message:

> **From:** Chad Lewis <chadslewis@yahoo.com>
> **Date:** November 14, 2022 at 1:47:52 PM EST
> **To:** Willis Lat Milner <Lat@milnergroup.com>
> **Subject: Fwd: The Milner Agency Joins Integrity**
>
>
> Chad
> 770.262.5178
>
> Begin forwarded message:
>
>> **From:** The Milner Group <milner@milnergroup.com>
>> **Date:** November 14, 2022 at 12:05:58 PM EST
>> **To:** Chad Lewis <chadslewis@yahoo.com>
>> **Subject: The Milner Agency Joins Integrity**
>> **Reply-To:** The Milner Group <milner@milnergroup.com>

## The Milner Agency Joins Integrity to Utilize End-to-End Insurtech Resources and Serve More Americans



We are excited to announce that The Milner Agency is joining Integrity to strengthen our ability to serve you and your clients. The Milner family has a tremendous heritage in the insurance business and we're very excited to extend that legacy to the next generation with Integrity. The Milner Agency excels at relationships — we put our clients above all else. Now we have a partner who can help us be equally strong on the technology side. Integrity's products and resources are superior to all others in the industry. The shared services, technology platforms and marketing guidance will help us continue to excel for years to come.

We know that we would not be where we are today without our dedicated employees. I want to assure you that the staff and leadership structure of the company is not changing with the new partnership. You will still be working with the same wonderful team that you have grown to know and love at Milner. As an Integrity partner, we can now offer producers the strongest resources and most advanced technology in the industry. It's incredibly exciting to be part of what Integrity is building, and we see only good things ahead for The Milner Agency.

Sincerely,

Seixas G. "Chad" Milner III



Website
Blog
Company Directory
Agent Resources
Event Calendar

**Mobile Apps**





Copyright © 2022 THE MILNER GROUP, All rights reserved.

For Financial Professional Use Only.

Phone: 800.926.9206
Mailing address: 922A Hurricane Shoals Rd, Lawrenceville, GA 30043

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

--
*Willis "Lat" Milner*