



PLAINTIFF'S
EXHIBIT
21

12/30/2022

Lat Milner

2098 Teron Trce

Dacula, GA 30019

     RE:    Termination of the oral agreement between Lat Milner and Milner Agency, Inc.

Dear Lat Milner,

     This letter is to inform you that, effective ninety (90) days from the date of this letter, the oral agreement between you and Milner Agency, Inc. will terminate. Pursuant to this oral agreement, Milner Agency, Inc. has been providing you with the following services:

(1) License to use the following four phone lines that Milner Agency, Inc. owns, and holds title to: (i) (678) 252-1774, (ii) (678) 252-1778, (iii) (678) 252-1780, and (iv) (678) 736-7938;

(2) License to use the following two main phone lines that Milner Agency, Inc. owns, and holds title to: (i) (770) 455-1234, and (ii) (800) 926-9206.

(3) Access to a database maintained by Milner Agency Inc.'s listing agents, OneHQ; and

(4) Access to four of Milner Agency Inc.'s Microsoft 360 e-mail accounts under the e-mail domain name of @milnergroup.com.

     Pursuant to this oral agreement, Milner Agency, Inc. has the unilateral right to terminate such services, which right it is exercising at this time. As of 3/30/2023 (ninety (90) days from the date of this letter), Milner Agency, Inc. will no longer be providing you with the above listed services. However, while you will no longer have access to the two main phone lines listed in (2) above, the four phone numbers listed in (1) above will be released to you. Additionally, Milner Agency, Inc. will release all the data related to your business to you for use in your own database and will work with the database of your choosing to aid in this data transfer.

     The Acknowledgement attached to this letter evidences the consent of the directors of Milner Agency, Inc. to the termination of this oral agreement.

                   Sincerely,

**Acknowledgement**

The undersigned hereby acknowledge the termination of the oral agreement between Lat Milner and Milner Agency, Inc. which will be effective ninety (90) days from the date of this letter.

_____

Seixas G. Milner, III

_____

Seixas G. Milner, Jr.

_____

Whitner Milner