PLAINTIFF'S EXHIBIT 22

---------- Forwarded message ---------
From: **Willis "Lat" Milner** <lat@milnergroup.com>
Date: Thu, Mar 2, 2023 at 11:56 AM
Subject: FW: The Milner Group is now Milner Financial
To: Lat <willismilner@gmail.com>

**From:** Keith <keith.holbert@gmail.com>
**Sent:** Thursday, March 02, 2023 11:54 AM
**To:** Willis "Lat" Milner <lat@milnergroup.com>
**Subject:** Fwd: The Milner Group is now Milner Financial

Sent from my iPhone

Begin forwarded message:

> **From:** The Milner Group <milner@milnergroup.com>
> **Date:** March 1, 2023 at 10:59:56 AM EST
> **To:** keith.holbert@gmail.com
> **Subject: The Milner Group is now Milner Financial**
> **Reply-To:** The Milner Group <milner@milnergroup.com>

View this email in your browser



To our valued producers,

I want to thank you for the opportunity to serve you and your clients. For over 35 years, Seixas "Chip" Milner Jr. along with his brother Whitner Milner and the entire staff at The Milner Agency have been operating under the name of The Milner Group. It has been an exciting time for us as we have recently announced that The Milner Agency has been acquired by Integrity Marketing Group.

Starting this year, we are proud to reveal the brand-new name we will be operating under... Milner Financial! I am honored to continue to earn your business and strive to enhance your customer experience with the resources being added to our fingertips daily. I know the additional resources we now offer will help you grow throughout this year and those to come.

As a company, we will continue to provide the excellent level of service you are accustomed to as well as a few additions:

- Superior Underwriting Support
- Additional Carriers & Products
- Excellent Product Support
- High Quality Case Management Services
- Streamline Commission Payments

Access to LEADS!

Our team is excited to continue our partnership as we expand our services to support your business this year!

Thank you,
Seixas "Chad" Milner, III



Copyright © 2023 MILNER FINANCIAL, All rights reserved.

Our mailing address is:
922-A Hurricane Shoals Rd
Lawrenceville, GA 300

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.



--
*Willis "Lat" Milner*