| DATE | EVENT | Corresponding Complaint Paragraph Number |
|---|---|---|
| 11/10/1959 | SBA formed as a Georgia corporation | 25 |
| 12/14/1981 | AIM formed as Washington corporation | 16 |
| 9/22/1982 | BAII was formed as a Georgia corporation. | 9, 26 |
| 11/14/1983 | SBAGS was formed as a Georgia corporation. | 10, 27 |
| 9/21/1990 | Seixas Milner Jr as president of BAII, treasurer of SBA Group, & president of SBA Inc filed affidavit to register trade name for all three companies as THE MILNER GROUP | 28 |
| 11/19/1990 | MAI was formed as a Georgia corporation | 11, 29 |
| 11/24/1990 | Chip transferred his shares of BAII back to BAII | 30 |
| 8/8/1997 | Fritz transferred his shares of BAII back to BAII | 31 |
| 8/9/1997 | Lat & Whit are the only shareholders of BAII | 31 |
| 9/28/2001 | BAII and SBA assigned THE MILNER GROUP to SBAGS | 32 |
| 7/1998 | www.milnergroup.com is formed | 33 |
| 5/12/2002 | Seixas G Milner Sr (Dad) passed away | 33 |
| 9/12/2011 | Created The Milner Group Facebook Page | 33 |
| 11/30/2014 | BAII & SBAGS evicted from shared building | 34 |
| 3/6/2015 | SBAGS filed a trademark application for THE MILNER GROUP [86556368] for insurance agency and brokerage services (date of first use 01/01/1989) | 36 |
| 2/4/2016 | MAI filed its Opposition to SBAGS' trademark application [86556368] | 37 |
| 3/9/2016 | MF was formed as a Georgia limited liability company | 12, 38 |
| 6/21/2016 | IMG formed as a Delaware limited liability company | 14, 39 |
| 6/27/2016 | IMP formed as a Delaware limited liability company | 15, 39 |
| 7/13/2016 | SBAGS filed its answer to MAI's Opposition [86556368] | 40 |
| 8/12/2016 | SBAGS & MAI hold Discovery Conference re Opposition [86556368] | 41 |
| 11/28/2016 | Whit emails Lat re ownership of SBAGS | 42 |
| 1/18/2017 | MAI's officers change - CEO from Chip to Chad & Secretary from Whit to Danielle Graves | 43 |
| 5/11/2017 | Sexias G. Milner, Jr. v. BAII, Willis Latimer Milner, & Whitner R Milner - Complaint Filed - 17-A-04678-1 - Gwinnett County | 44 |
| 5/12/2017 | SBAGS filed its Motion to Dismiss Opposition [86556368] | 45 |
| 6/7/2017 | TTAB Dismissed MAI's Opposition with prejudice [86556368] | 46 |
| 7/11/2017 | THE MILNER GROUP trademark registered to SBAGS [5239004] | 47 |
| 7/18/2017 | Case 17-A-04678-1 - Voluntarily Dismissed without Prejudice | 48 |
| 8/7/2017 | Stock Purchase Agreement executed between Whitner & Chad for $10,000 | 49 |

PLAINTIFF'S EXHIBIT 24

| Date | Event | Page |
|---|---|---|
| 8/14/2017 | Lat receives email informing him that Whit sold BAII stock to Chad & order stockholder meeting | 50 |
| 8/21/2017 | BAII informs Whit that the purported stock purchase triggered BAII's right of first refusal | 51 |
| 9/5/2017 | Whit & Chad executed a rescission agreement | 53 |
| 10/6/2017 | Lat sends letter to Whit re: exercise of purchase option | 54 |
| 10/11/2017 | Whit sends Lat a text to arrange transfer of the stock | 54 |
| 1/3/2018 | AIM converts from Washington corporation to Washington limited liability company | 16, 58 |
| 2/6/2018 | IMG announces acquisition of AIM | 17 |
| 5/14/2018 | Willis Latimer Milner v. Whitner Reade Milner - Complaint Filed - 18-CV-000736-W - Barrow County | 55, 58 |
| 5/31/2018 | AIM files foreign entity registration in Georgia | 58 |
| 11/7/2019 | IMG announces acquisition of NABS & Chad becomes owners in IMG | 60 |
| 3/2/2020 | Case 18-CV-000736-W Motion for Summary Judgment Filed by Plaintiff | 61 |
| 4/9/2020 | IMG files Foreign Entity Registration in Texas | 62 |
| 9/17/2020 | Case 18-CV-000736-W Court Granted Summary Judgment in favor of Plaintiff | 63, 67 |
| 10/15/2020 | Defendant filed notice of appeal in Case 18-CV-000736-W | 64 |
| 11/19/2020 | Milner Agency Inc & Whitner Milner v. BAII & SBA Group - Complaint Filed - 20-A-07822-1 - Gwinnett County | 65 |
| 3/23/2021 | Case 20-A-07822-1 Defendants' Answer filed | 66 |
| 3/8/2022 | Georgia Court of Appeals affirms the Case 18-CV-000736-W Judgment | 67 |
| 5/9/2022 | Case 18-CV-000736-W Plaintiff filed Moition for Fees | 68 |
| 7/11/2022 | SBAGS filed Section 8 Affidavit for THE MILNER GROUP trademark | 69 |
| 9/15/2022 | Milner Financial Holdings, LLC formed as a Georgia limited liability company | 70 |
| 9/15/2022 | Milner Agency Holdings, Inc formed a a Georgia corporation | 70 |
| 10/19/2022 | Milner Holdings, LLC formed as a Georgia limited liability company | 70 |
| 11/1/2022 | MAI converted to a Delaware corporation | 70 |
| 11/1/2022 | MF converted to a Delaware limited liability company | 70 |
| 11/2/2022 | MF filed its foreign entity registration in Georgia | 70 |
| 11/3/2022 | MAI filed its foreign entity registration in Georgia | 70 |
| 11/14/2022 | IMG announces acquistion of MAI | 18, 70, 71 |
| 12/12/2022 | IMP is listed as a governor of AIM | 72 |
| 12/30/2022 | Letter to Lat terminating oral agreement between Lat & MAI | 73 |
| 1/4/2023 | USPTO accepts SBAGS' Section 8 declaration | 77 |
| 1/10/2023 | MF filed its foreign entity registration in Texas with AIM as the governing organization & care of legal department at IMG | 75 |

| Date | Event | Pages |
|---|---|---|
| 1/24/2023 | Case 18-CV-000736-W Court Granted Attorneys Fees finding improper conduct in violation of O.C.G.A. 9-15-14(b) | 68 |
| 3/1/2023 | Defendants announce The Milner Group is now Milner Financial | 78 |
| 3/10/2023 | Defendants changed the Milner Group Facebook page to Milner Financial | 79, 92 |
| 3/29/2023 | MF filed a name change with Georgia to MFS | 12, 13, 80 |
| 4/6/2023 | MF formed as a Delaware limited liability company | 11 |
| 4/12/2023 | MAI filed a name change with Georgia to MF | 11, 81 |
| 4/2/23-5/28/23 | Defendants redirect www.milnergroup.com to www.milnerfinancial.com | 82, 92 |