PLAINTIFF'S EXHIBIT 25

