UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| British American Insurance Intermediaries, Inc., | |
| And | CIVIL ACTION FILE NO.: |
| Security Benefit Associates Group Services, Inc., | **JURY TRIAL DEMANDED** |
| Plaintiffs, | |
| v. | |
| Milner Financial, LLC; Milner Financial Services, LLC; The Milner Agency, Inc.; Integrity Marketing Group, LLC; Integrity Marketing Partners, LLC; American Independent Marketing, LLC; | |
| Defendants. | |

# **PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

A. For Plaintiffs:

    British American Insurance Intermediaries, Inc.

    Security Benefit Associates Group Services, Inc.

B. For Defendants:

    Milner Financial, LLC

    Milner Financial Services, LLC

    The Milner Agency, Inc.

    Integrity Marketing Group, LLC

    Integrity Marketing Partners, LLC

    American Independent Marketing, LLC

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    For Plaintiffs:  Willis Latimer Milner

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    For Plaintiffs:    Andersen Tate & Carr, P.C.

                        FortmanSpann, LLC

    Kelly M. Spann

    R. Matthew Reeves

    S. Lanier Flanders

Dated: August 30, 2023   Respectfully submitted,

          ANDERSEN, TATE & CARR, P.C.

     By: /s/ R. Matthew Reeves
        R. Matthew Reeves
        Georgia Bar No. 598808
        S. Lanier Flanders
        Georgia Bar No. 703767
        One Sugarloaf Centre
        1960 Satellite Boulevard, Suite 4000
        Duluth, GA  30097
        Telephone | 770-822-0900
        Facsimile  | 770-822-9680
        mreeves@atclawfirm.com
        lflanders@atclawfirm.com

        Attorneys for Plaintiffs
        British American Insurance
        Intermediaries, Inc., and Security Benefit
        Associates Group Services, Inc.

        FortmanSpann, LLC

     By: /s/ Kelly M. Spann
        Kelly M. Spann
        Missouri Bar No. 73954
        250 Saint Catherine Street
        Florissant, MO 63031
        (314) 522-2312
        (314) 524-1519 (Facsimile)
        kms@fortmanlaw.com

-4-

                                        Attorney for Plaintiffs
British American Insurance
Intermediaries, Inc., and Security Benefit
Associates Group Services, Inc.

Pro Hac Vice pending

4863-8126-7069, v. 1