**Exhibit A to the Complaint**

**Location:** Stone Mountain, GA  
**Total Works Infringed:** 32  
**IP Address:** 73.184.137.165  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C<br>File Hash:<br>586893E43CB7D0015D78CEB0A8BCD237A3DA3E6EA2BDE57CF7D7278B51BC54BC | 08-07-2023 18:53:06 | Blacked Raw | 07-01-2018 | 07-26-2018 | PA0002112161 |
| 2 | Info Hash: 44F6C759F4752247486CF56C77F44FEA0E1065F2<br>File Hash:<br>B5F3A600958B723AD756C1824A61F32D79C2951D7DE7885026524896D4719DE7 | 08-07-2023 18:52:44 | Tushy | 11-17-2017 | 01-04-2018 | PA0002069336 |
| 3 | Info Hash: 0BF2F77667DA2D5179A2C98B9962C4E361CB7630<br>File Hash:<br>4898712AD01A587C38B2725F1FBEADD1E3049546F5C03B5B7A991E6A436B5D9D | 11-11-2022 09:03:46 | Tushy | 10-16-2022 | 11-27-2022 | PA0002388606 |
| 4 | Info Hash: EAB2397384B19AA89B987261808AB979F962822E<br>File Hash:<br>6603E3B54B2503DA948AB6D6F05E3CE18E3220BD3E45F2EF217F231364844512 | 11-10-2022 12:52:47 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 5 | Info Hash: 0417D03F4B11219055C780DAEA378F96BCC5C354<br>File Hash:<br>2E871D7DF3E88DDDF21EAE67FDC624D0409376B35D57638818C9FF347C1F230C | 10-04-2022 13:03:21 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 6 | Info Hash: A1BA6BAFAD3E12CE4164BA139BB9CB4E1D9A2F88<br>File Hash:<br>86720249ED8D06630B7381910AEAB97BA3AEB9B41AFB980D655DA49773531EB8 | 06-22-2022 08:27:08 | Tushy | 06-19-2022 | 08-10-2022 | PA0002370907 |
| 7 | Info Hash: DFC8BD304F9C774902F9E41F470D5FEFDA243931<br>File Hash:<br>E7579D0E2BB006B32A54844FAE6165D050C6629193092DEA4E0BBBDE05B6A9DE | 06-15-2022 11:03:48 | Blacked Raw | 06-13-2022 | 06-27-2022 | PA0002354983 |
| 8 | Info Hash: CC595248E7259D2582D1820525214ACA37D6539A<br>File Hash:<br>780950D57B90FDBF5109C9C417CD032C394E17685EA85F366CAB5E766B9A10B5 | 04-17-2022 11:46:03 | Blacked | 01-10-2019 | 02-02-2019 | PA0002155382 |
| 9 | Info Hash: CD9E2899B1099B6BABE667200E8A98A7F3DE3841<br>File Hash:<br>B9EBB7CDF4CF19E4639EC3E6B9CDA2BB0C0CA68D2C98C9EC3E012A3D437AF5C6 | 03-27-2022 13:25:16 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |
| 10 | Info Hash: D397CC4C8965D2287CD09E239826822C30F1CC15<br>File Hash:<br>05EB528CDD2281B503460FF042954C24F6221181A76F08D84EEDF2BD66FAE947 | 02-25-2022 17:56:57 | Blacked Raw | 02-21-2022 | 03-29-2022 | PA0002342850 |
| 11 | Info Hash: B038E50CE96EA99AC02E1BCF051643E7314A3667<br>File Hash:<br>72EAA4CC3AC4AF5B8AA2AD7BE38FAEC63017FABD2E62BA4876A94B5E05131F37 | 02-25-2022 08:33:32 | Blacked | 09-12-2018 | 11-01-2018 | PA0002143426 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 2B3449E120A8CF9DEEAA401CF06EAE0B43DC9835<br>File Hash: 5838308F0F82D895FC658FF05D5AF2B855542B149790DF6248CF746C25C012FF | 02-25-2022 08:32:28 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 13 | Info Hash: 5927F76E867BC41DB706B5C961DCAF058DC95B56<br>File Hash: 36087E06A2BE38D3F85AFF1DC5AE28FB38266DD0787814822F2B9AD712292DCA | 02-25-2022 08:27:30 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |
| 14 | Info Hash: 94088A7461878545FF90F965862350BD353E9980<br>File Hash: BB099378DCD005C047DCD6E604E84641D76658FF25BCBE2111D4FE11A6D8C22E | 02-25-2022 08:27:29 | Vixen | 10-08-2021 | 11-11-2021 | PA0002321269 |
| 15 | Info Hash: BF7DA46AAB01CA92B818DC1EED9D33E83768BF12<br>File Hash: 76ACEB0964E0FBDF7535C99F405DC85A8F13DF4C35810F11890C0E5815A50F07 | 02-25-2022 08:27:29 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 16 | Info Hash: 50DC2EF036DB5594F25ED3B5455050C78A904DBA<br>File Hash: A7738C94604F818E7322174C1C3CF630607E4F042BCC1D4531FD37085D33EDF1 | 02-25-2022 08:27:29 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 17 | Info Hash: B836A962F54AAACCCDA0791EB42F1047C6D3ECA3<br>File Hash: C14284D58F4A88A5BBE4233F1D0AA522D9A56609FCC93E659E9F6823E327FCB7 | 02-21-2022 18:22:33 | Vixen | 02-18-2022 | 03-29-2022 | PA0002342837 |
| 18 | Info Hash: 3F234693C7427250358D58C3A9CBB4A5DE6E058A<br>File Hash: E86E74055FE584DC77A55C771B9390528CC634E0BE85F5CB58F6601C0EA8ED77 | 02-21-2022 17:44:08 | Tushy | 01-06-2019 | 01-22-2019 | PA0002147897 |
| 19 | Info Hash: 6DB794F3800D2F41FFB1A3D15DA3451606AA1333<br>File Hash: 2198F42A5D99519E6C0131F9F29A2512502AFA135B0EC65251A2473093656099 | 02-21-2022 17:14:01 | Blacked Raw | 12-20-2021 | 01-17-2022 | PA0002330107 |
| 20 | Info Hash: FF9403981E8385DCAAA83EDC45FD250B2CC9449C<br>File Hash: 671AE55755DDEBDEAB73533FDC0DE64FA6A35232EA2E843AEB92F6E3A93E7FD3 | 02-21-2022 17:13:43 | Tushy | 11-21-2021 | 12-09-2021 | PA0002325830 |
| 21 | Info Hash: A64B661C3097F24AB79E935D73B0F72E97045A3A<br>File Hash: 7BB7231871BFC8FC0FCA6EE3732502B5DD91A04E1E5D169523B1A1219F2302D7 | 02-21-2022 11:18:17 | Tushy | 02-20-2022 | 03-29-2022 | PA0002342839 |
| 22 | Info Hash: 304FE1926D475FE19D7418EA11062DC899F3BE57<br>File Hash: 9BB3F690CCBB534A6749F25203E0352EA2E54CE415FCDE010A42CC7A3743A67B | 02-09-2022 14:15:35 | Tushy | 02-06-2022 | 02-14-2022 | PA0002335460 |
| 23 | Info Hash: ABF003EBA1BC27ADB34F0CE45FC0117B27772E1C<br>File Hash: 67DE93B151D03AE90C4686778B2C7D6EE97834310C6156B6095EC71AF6EBC144 | 02-09-2022 13:52:08 | Tushy | 01-01-2018 | 01-22-2018 | PA0002101767 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: FF4AA172EC0D469A97A0693DDBA0DC1A4ECC701C<br>File Hash: 3DECF0AAB8057B9C37D101B6C483E9EF52900F7E0F64F19DB44D782FD9354CF9 | 02-09-2022 13:51:37 | Blacked Raw | 12-23-2019 | 01-03-2020 | PA0002219636 |
| 25 | Info Hash: A10E5362835E4FF33970E522F94F624E326A2F0A<br>File Hash: A39DEE2B77D3E5FD9AF8E9F71BFEEA79A0A2803414EA28F14AE3B062BE3CD957 | 02-07-2022 10:08:14 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 26 | Info Hash: FA2542778DD161866933137EE908F6D20879B767<br>File Hash: FE4CC679450990642F1BDCAFD488ECF06919ECF93E5CFD603EBBC856E2B38C84 | 01-04-2022 06:51:26 | Tushy | 01-02-2022 | 01-17-2022 | PA0002330092 |
| 27 | Info Hash: D7032C76ABCF839F3B3DFE156B9D085E432A1AC8<br>File Hash: E75D8390F1A83D10410673656E11DFC1ED5FD9D89259694BA7F7E132FBE4F021 | 12-05-2021 11:13:08 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 28 | Info Hash: 592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash: 23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 12-05-2021 11:12:45 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 29 | Info Hash: 3AACB5F69998D5E25D30B52F695963BD65AC5CED<br>File Hash: ADC99B55A27896F9750C43909E9796E30B5E5E62E470180EA9D2949EDCE5796A | 10-28-2021 09:25:21 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 30 | Info Hash: F0BB5EC44696955E214165B717DEB7B177B41FB8<br>File Hash: 3EC4C6B9B87FD56CE21D1918824C207541BA1402A0F4CDE9123FF706EEE2B930 | 06-03-2021 08:26:03 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |
| 31 | Info Hash: 01CC874EEB1A3F109F1331F296881481C049C1BC<br>File Hash: 317780DD02B7F71213A1F399309D732F9D81F4221C301A2BBA1228F6565D807D | 06-03-2021 08:24:53 | Blacked | 04-17-2021 | 06-09-2021 | PA0002295585 |
| 32 | Info Hash: 2E488D2530B78399628D50E819179A23693E120A<br>File Hash: 7B75D65C107E15B751BDD24B4FC32F760B3E817F58BFB088434E7A96317F91ED | 06-03-2021 08:17:21 | Tushy | 05-16-2021 | 06-09-2021 | PA0002295592 |