# Exhibit "A"

Sheriff Number: 23025321   Court Case Number: 23-C-05393-S7
Date Received: 8/9/2023 Time: 2:49 PM
Special Service Inst:

State of Georgia
Gwinnett County

ATTORNEY'S ADDRESS

CHARLES WILLIAMS
PLAINTIFF
VS.
AUTO OWNERS INSURANCE COMPANY
DEFENDANT

NAME AND ADDRESS OF PARTY TO BE SERVED

AUTOOWNERS INSURANCE CO
CO CT CORP
289 S CULVER ST
LAWRENCEVILLE, GA 30046

### SHERIFF'S ENTRY OF SERVICE

**PERSONAL** [ ]   Sex_____ Skin Color_____ Hair Color_____ Age_____ Hgt_____ Wgt_____
I have this day served the defendant_____ personally with a copy of the within action and summons.

**NOTORIOUS** [ ]
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place in this County.

Delivered same into the hands of _____ described as follows:

| SEX | SKIN COLOR | HAIR COLOR | AGE | HGT | WGT |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**CORPORATION** [✓]
I have this day served the __Auto Owners Insurance Company__ a corporation by leaving a copy of the within action and summons with __Jane Richardson__ in charge of the office and place of doing business of said Corporation in this County.

**TACK AND MAIL** [ ]

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** [ ]

Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

**SPECIAL PROCESS**

**COMMENTS**

Date: 8-10-23

Time: _____

W. Higgins 5541
Deputy Sheriff

GWINNETT COUNTY GEORGIA

E-FILED IN OFFICE - KMG
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-05393-S7**
8/1/2023 1:02 PM
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| CHARLES WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | 23-C-05393-S7 |
| ) | Civil Action No. _____ |
| v. ) | |
| ) | |
| AUTO-OWNERS ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## SUMMONS

**TO THE ABOVE-NAMED DEFENDANT:**   Defendant Auto-Owners Insurance Company
c/o CT Corporation System
289 South Culver Street
Lawrenceville, Georgia 30046.

**You are hereby Summoned and required to file** with the Clerk of said Court and serve upon Plaintiff's Attorneys. Whose names and address are:

I. William Drought, III, Esq.
Post Office Box 10186
Savannah, Georgia 31412

**an answer to the Complaint that is served herewith served upon you, within 30 days after service** of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the Complaint.

This 1st day of August, 2023.

Tiana P. Garner, Clerk of Court
State Court of Gwinnett County, Georgia

By: _____
Deputy Clerk, State Court of Gwinnett County, GA

E-FILED IN OFFICE - KMG
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-05393-S7**
8/1/2023 1:02 PM
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| CHARLES WILLIAMS, | ) |
| Plaintiff, | ) 23-C-05393-S7 |
| v. | ) Civil Action No. _____ |
| AUTO-OWNERS INSURANCE COMPANY, | ) |
| Defendant. | ) |

### COMPLAINT

COMES NOW Charles Willliams, Plaintiff herein, and files his Complaint against Defendant Auto-Owners Insurance Company, showing as follows:

### NATURE OF ACTION

1. This is an action by Plaintiff Charles Williams ("Mr. Williams") to recover pursuant to his homeowner's insurance policy with Defendant Auto-Owners Insurance Company. Mr. Williams' home was significantly damaged by water, and Defendant Auto-Owners Insurance Company has agreed that it provides coverage for Mr. Williams' claim. However, Defendant Auto-Owners Insurance Company has refused to pay the fair market value for the damage.

### PARTIES, JURISDICTION, AND VENUE

2. Plaintiff Charles Williams is a citizen of the state of Georgia and owns a home located at 2548 Dry Dock Road, Metter, Georgia. Plaintiff consents to venue and jurisdiction in this Court.

3. Defendant Auto-Owners Insurance Company is a foreign insurance company with a principal office at 6101 Anacapri Blvd., Lansing, Michigan 48917.

4. Defendant Auto-Owners Insurance Company can be served with process through its registered agent, CT Corporation System, at 289 South Culver Street, Lawrenceville, Georgia 30046.

5. Jurisdiction and venue are proper in this Court.

## FACTUAL BACKGROUND

6. Plaintiff Charles Williams owns a house at 2548 Dry Dock Road, Metter, Georgia.

7. On September 2, 2021, Mr. Williams' home was significantly damaged by water as a result of a leak from an appliance.

8. Mr. Williams contacted Defendant Auto-Owners Insurance Company and notified it of the damage and that he sought compensation pursuant to his homeowner's policy with Defendant Auto-Owners Insurance Company.

9. Defendant Auto-Owners Insurance Company sent a claims representative, Larry West, to investigate the damage.

10. Mr. West found extensive damage to Mr. Williams' hardwood flooring that necessitated significant repairs.

11. Mr. West valued the damage at $31,766.68.

12. Mr. West is an employee or agent of Defendant Auto-Owners Insurance Company, and Mr. West does not actually perform construction or remediation work for Defendant Auto-Owners Insurance Company's insureds.

13. Mr. Williams disputed the valuation of the damages.

14. Specifically, Mr. Williams obtained a quote for the repairs from Bud Fleming Construction for $124,565.30.

- 3 -

15. Mr. Williams provided that quote to Jonathan Waters at Defendant Auto-Owners Insurance Company on August 23, 2022.

16. Mr. Waters did not adjust Defendant Auto-Owners Insurance Company's valuation of the property damage.

17. Defendant Auto-Owners Insurance Company refused to pay any amount above that calculated by Mr. West, wrote Mr. Williams a check in the amount of $31,766.68, and ceased contact with Mr. Williams.

18. Mr. Williams did not cash that check.

19. Instead, Mr. Williams obtained quotes from contractors to make the repairs that Defendant Auto-Owners Insurance Company recognized needed to be made.

20. Mr. Williams contracted with the lowest bidder and made the repairs at his own expense.

21. Mr. Williams incurred $71,955.06 in expenses making the same repairs that Defendant Auto-Owners Insurance Company admitted needed to be made.

22. $71,955.06 represents the fair market value of the damage and necessary repairs.

23. Mr. Williams again demanded that Defendant Auto-Owners Insurance Company pay the fair market value of the cost to repair the damage, and Defendant Auto-Owners Insurance Company refused to make payment.

24. Defendant Auto-Owners Insurance Company's continued refusal to pay the fair market value cost of repairs necessitated this lawsuit.

### CAUSES OF ACTION
### Count I
### Breach of Contract

25. Plaintiff repeats and incorporates by reference the preceding paragraphs as if fully

set forth herein.

26. Mr. Williams and Defendant Auto-Owners Insurance Company have a valid contract in which Defendant Auto-Owners Insurance Company is obligated to pay the fair market value of the loss, less the deductible, for the damages Mr. Williams incurred on September 2, 2021.

27. Defendant Auto-Owners Insurance Company has refused to pay Mr. Williams the fair market value of the loss, which constitutes a breach of contract.

28. As a foreseeable and proximate result of Defendant Auto-Owners Insurance Company's breach, Mr. Williams has sustained damages in an amount to be determined at trial.

29. Plaintiff has been forced to incur attorneys' fees and litigation expenses due to Defendant Auto-Owners Insurance Company's breach, and he is entitled to recover those fees and expenses pursuant O.C.G.A. § 13-6-11 for Defendant Auto-Owners Insurance Company's bad faith, stubborn litigiousness, and for causing Mr. Williams unnecessary trouble and expense.

30. Additionally, Plaintiff is entitled to pre-judgment interest pursuant to O.C.G.A. § 7-4-15.

**PRAYER FOR RELIEF**

Wherefore, the Plaintiff prays:

A. That Summons be issued and served upon the Defendant in this matter, along with this Complaint;

B. That Plaintiff has judgment against the Defendant for general and specific damages to include, but are not limited to, those set forth in this Complaint;

C. That this matter be tried by a jury;

D. That all Cost of Court be taxed against the Defendant;

E. For such other and further relief as this Court deems just and proper.

Respectfully submitted this 1st day of August, 2023.

OLIVER MANER LLP

P.O. Box 10186  
Savannah, Georgia 31412  
(912) 236-3311

*/s/ I. William Drought, III*  
I. WILLIAM DROUGHT, III  
Georgia Bar No. 411837

*Attorneys for the Plaintiff*

**IN THE STATE COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| CHARLES WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AUTO-OWNERS )<br>INSURANCE COMPANY, )<br>)<br>Defendant. ) | Civil Action No. _____ |

## CERTIFICATE UNDER RULE 3.2

Pursuant to Rule 3.2 of the Uniform Superior Court Rules of Georgia, I hereby certify that no case has heretofore been filed in the State Court of Gwinnett County, Georgia involving substantially the same parties or substantially the same subject matter or substantially the same factual issues that would require the Complaint in the above-styled case to be specifically assigned to the Judge to whom any other such action was or is assigned.

This 1st day of August, 2023.

OLIVER MANER LLP

/s/ *I. William Drought, III*
I. WILLIAM DROUGHT, III
Georgia Bar No. 411837

P.O. Box 10186
Savannah, Georgia 31412
(912) 236-3311            *Attorneys for the Plaintiff*

E-FILED IN OFFICE - KMG
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-05393-S7**

8/1/2023 1:02 PM
TIANA P. GARNER, CLERK

**General Civil and Domestic Relations Case Filing Information Form**

☐ Superior or ☒ State Court of  Gwinnett State Court  County

| For Clerk Use Only |
|---|
| Date Filed _____  Case Number _____ |
| MM-DD-YYYY |

**Plaintiff(s)**
Williams, Charles

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**
Auto-Owners Insurance Company

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** I William Drought    **State Bar Number** 411837    **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____  _____
Case Number          Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20