# Exhibit "B"

### IN THE STATE COURT OF GWINNETT COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| CHARLES WILLIAMS, ) | CIVIL ACTION |
| ) | |
| Plaintiff, ) | FILE NO. 23-C-05393-S7 |
| ) | |
| v. ) | |
| ) | |
| AUTO-OWNERS INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

Defendant Auto-Owners Insurance Company ("Auto-Owners" or "Defendant") notifies this Court and all other interested parties that it has filed a Notice of Removal in the United States District Court for the Northern District of Georgia, Atlanta Division, removing this action to said Court pursuant to 28 U.S.C. §§ 1441 and 1446. A true and correct copy of the Notice of Removal is attached hereto as Exhibit "A" and incorporated herein by reference.

Defendant respectfully requests that this Court take no further action with regard to this case.

Respectfully submitted, this 30th day of August, 2023.

**KERSHAW WHITE LLC**

5881 Glenridge Drive, Suite 100
Atlanta, Georgia 30328                **s/ Jeffrey A. Kershaw**
470-443-1100 main phone               **JEFFREY A. KERSHAW**
470-344-0958 direct phone             Georgia Bar No. 159054
404-748-1179 fax
*jeff.kershaw@kershawwhite.com*       *Counsel for Defendant Auto-Owners Insurance Company*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Notice of Filing Notice of Removal* has been filed with the Clerk of Court via Odyssey which will automatically send e-mail notification of such filing to the following attorneys of record:

I. William Drought, III
Oliver Maner LLP
P.O. Box 10186
Savannah, GA 31412
*wdrought@olivermaner.com*

*Counsel for Plaintiff*

Respectfully submitted, this 30th day of August, 2023.

**KERSHAW WHITE LLC**

5881 Glenridge Drive, Suite 100
Atlanta, Georgia 30328
470-443-1100 main phone
470-344-0958 direct phone
404-748-1179 fax
*jeff.kershaw@kershawwhite.com*

**s/ Jeffrey A. Kershaw**
**JEFFREY A. KERSHAW**
Georgia Bar No. 159054

*Counsel for Defendant Auto-Owners Insurance Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CHARLES WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | FILE NO. _____ |
| ) | |
| AUTO-OWNERS INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **NOTICE OF REMOVAL**

Auto-Owners Insurance Company ("Auto-Owners" or "Defendant") submits this Notice of Removal as follows:

1. Plaintiff filed this action in the State Court of Gwinnett County, Georgia on August 1, 2023. That Court assigned the case Civil Action Number 23-C-05393-S7.

2. In his Complaint, Plaintiff seeks damages arising from Defendant's alleged breach of contract with respect to the homeowners insurance coverage appliable to a first party property loss. In addition to contractual damages, Plaintiff seeks prejudgment interest, attorneys' fees, and costs.

3. This Removal is filed timely within 30 days of service on Defendant on August 10, 2023.

4. Plaintiff is a resident and citizen of Georgia and intends to remain in Georgia.

5. Defendant is a Michigan corporation with its principal place of business in Lansing, Michigan, and thus a citizen of Michigan.

6. Plaintiff seeks to recover damages in an amount greater than seventy-five thousand dollars ($75,000.00). Although Plaintiff cites contractual damages of $71,955.06, he additionally seeks prejudgment interest, attorneys' fees, and costs, well exceeding the jurisdictional threshold of $75,000.

7. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 such that this action may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

8. Defendant attaches copies of the process and pleadings served on it to this Notice as Exhibit "A" and incorporates them herein by reference.

9. Defendant is filing a Notice of Filing this Notice of Removal, as well as a copy of this Notice, with the Clerk of the State Court of Gwinnett County, Georgia, with service on Plaintiff's counsel. A copy of this filing is attached hereto as Exhibit "B."

WHEREFORE, this Court has jurisdiction over this action and may issue any such orders or process as may be necessary to bring all necessary parties before this Court.

Respectfully submitted, this 30th day of August, 2023.

                                        **KERSHAW WHITE LLC**

| | |
|---|---|
| | **/s/ Jeffrey A. Kershaw** |
| 5881 Glenridge Drive, Suite 100 | **JEFFREY A. KERSHAW** |
| Atlanta, GA  30328 | Georgia Bar No. 159054 |
| 470-443-1100 main phone | |
| 470-344-0958 direct dial | *Counsel for Defendant* |
| 404-748-1179 fax | *Auto-Owners Insurance Company* |
| *jeff.kershaw@kershawwhite.com* | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHARLES WILLIAMS,              ) | |
| ) | |
| Plaintiff,                     ) | CIVIL ACTION |
| ) | |
| v.                             ) | FILE NO. _____ |
| ) | |
| AUTO-OWNERS INSURANCE          ) | |
| COMPANY,                       ) | |
| ) | |
| Defendant.                     ) | |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document was prepared using Times New Roman 14-point font, in accordance with L.R. 5.1C, N.D. Ga.

Respectfully submitted, this 30th day of August, 2023.

**KERSHAW WHITE LLC**

**/s/ Jeffrey A. Kershaw**
**JEFFREY A. KERSHAW**
Georgia Bar No. 159054

*Counsel for Defendant*
*Auto-Owners Insurance Company*

5881 Glenridge Drive, Suite 100
Atlanta, GA  30328
470-443-1100 main phone
470-344-0958 direct dial
404-748-1179 fax
*jeff.kershaw@kershawwhite.com*

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CHARLES WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) |
| v. | ) FILE NO. _____ |
| | ) |
| AUTO-OWNERS INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing **NOTICE OF REMOVAL** upon the Clerk of Court via CM/ECF electronic filing, which will automatically send notification to the following counsel of record, and via U.S. Mail:

I. William Drought, III, Esq.
Oliver Maner LLP
P.O. Box 10186
Savannah, GA 31412
*wdrought@olivermaner.com*

*Counsel for Plaintiff*

5

Respectfully submitted, this 30th day of August, 2023.

                                            **KERSHAW WHITE LLC**

| | |
|---|---|
| | **/s/ Jeffrey A. Kershaw** |
| 5881 Glenridge Drive, Suite 100 | **JEFFREY A. KERSHAW** |
| Atlanta, GA  30328 | Georgia Bar No. 159054 |
| 470-443-1100 main phone | |
| 470-344-0958 direct dial | *Counsel for Defendant* |
| 404-748-1179 fax | *Auto-Owners Insurance Company* |
| *jeff.kershaw@kershawwhite.com* | |