# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC Number | County | Date Rec. by GDOT |
|---|---|---|---|
| C000880358-01 | GAGSP0000 | DOUGLAS | |

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Vehicles | Injuries | Fatalities | |
| 02/14/23 | 16:00 | 02/14/23 | 16:23 | 02/14/23 | 16:53 | 2 | 0 | 0 | |

**Road of Occurrence:** I20WB EXIT RAMP  
**At Its Intersection With:** _____  
☐ Corrected Report

**Not At Its Intersection But:** 0.1  ☑ Miles / ☐ Feet   ☐ North / ☐ South   ☐ East / ☑ West   **Of:** SR 6  
☐ Sup To Original

**Latitude (Y):** 33.77699395079  (Format) 00.00000  
**Longitude (X):** -84.6033503325974  (Format) -00.00000  
☐ Hit And Run?

## Unit 1
- ☑ Driver / ☐ Ped / ☐ Bike
- ☑ Susp At Fault
- **LAST NAME:** PARKER  **FIRST:** ALVIN  **MIDDLE:** B
- **Address:** 1871 BEXAR AVE EAST
- **City:** ALPHARETTA  **State:** GA  **Zip:** 30005  **DOB:** /1975
- **Driver's License No.:** 6614715  **Class:** C  **State:** AL  **Country:** UNITED STATES
- **Insurance Co.:** CANAL INS  **Policy No.:** I-641351001-5  **Telephone No.:**
- **Year:** 2015  **Make:** FRHT  **Model:** M2 106
- **VIN:** 3ALACWDT6FDGR9127  **Vehicle Color:** WHI
- **Tag #:** 49A0T8R  **State:** AL  **County:**  **Year:** 2023
- **Trailer Tag #:**  **State:**  **County:**  **Year:**
- ☐ Same as Driver  **Owner's Last Name:** PREMIER LLC
- **Address:** 1871 BEXAR AVE EAST
- **City:** ALPHARETTA  **State:** GA  **Zip:** 30005
- **Removed By:** DRIVER   ☐ Request List
- **Alco Test:** 2  **Type:**  **Results:**  **Drug Test:** 2  **Type:**  **Results:**
- **First Harmful Event:** 11  **Most Harmful Event:** 11  **Operator/Ped Cond:** 1
- **Operator Contributing Factors:** 3
- **Vehicle Contributing Factors:** 1  **Roadway Contributing Factors:** 1
- **Direction of Travel:** 4  **Vehicle Maneuver:** 5  **Non-Motor Maneuver:**
- **Vehicle Class:** 1  **Vehicle Type:** 8  **Vision Obscured:** 1
- **Number of Occupants:** 1  **Area of Initial Contact:** 12  **Damage to Veh:** 2
- **Traffic-Way Flow:** 3  **Road Comp:** 2  **Road Character:** 1
- **Number of Lanes:** 6  **Posted Speed:** 70  **Work Zone:** 0
- **Traffic Control:** 7  **Device Inoperative:** ☐ Yes ☑ No
- **Citation Information:**
  - Citation # W97E42856  O.C.G.A. §
  - Citation #  O.C.G.A. §
  - Citation #  O.C.G.A. §

## Unit 2
- ☑ Driver / ☐ Ped / ☐ Bike
- ☐ Susp At Fault
- **LAST NAME:** SMITH  **FIRST:** JODY  **MIDDLE:** RYAN
- **Address:** 3234 W ANDERSON DR
- **City:** LITHIA SPRINGS  **State:** GA  **Zip:** 30122  **DOB:** /1978
- **Driver's License No.:** 060231179  **Class:** C  **State:** GA  **Country:** UNITED STATES
- **Insurance Co.:** FEDERATED MUTUAL INS  **Policy No.:** 6121845  **Telephone No.:**
- **Year:** 2018  **Make:** FORD  **Model:** TRANSIT
- **VIN:** 1FDYR5PM4JKA44101  **Vehicle Color:** WHI
- **Tag #:** TCF2315  **State:** GA  **County:** DOUGLAS  **Year:** 2023
- **Trailer Tag #:**  **State:**  **County:**  **Year:**
- ☐ Same as Driver  **Owner's Last Name:** PANTHER BRANDS LLC
- **Address:** 3234 W ANDERSON DR
- **City:** LITHIA SPRINGS  **State:** GA  **Zip:** 30122-2505
- **Removed By:** DRIVER   ☐ Request List
- **Alco Test:** 2  **Type:**  **Results:**  **Drug Test:** 2  **Type:**  **Results:**
- **First Harmful Event:** 11  **Most Harmful Event:** 11  **Operator/Ped Cond:** 1
- **Operator Contributing Factors:** 1
- **Vehicle Contributing Factors:** 1  **Roadway Contributing Factors:** 1
- **Direction of Travel:** 4  **Vehicle Maneuver:** 5  **Non-Motor Maneuver:**
- **Vehicle Class:** 1  **Vehicle Type:** 10  **Vision Obscured:** 1
- **Number of Occupants:** 1  **Area of Initial Contact:** 6  **Damage to Veh:** 2
- **Traffic-Way Flow:** 1  **Road Comp:** 2  **Road Character:** 1
- **Number of Lanes:** 2  **Posted Speed:** 70  **Work Zone:** 0
- **Traffic Control:** 6  **Device Inoperative:** ☐ Yes ☑ No
- **Citation Information:**
  - Citation #  O.C.G.A. §
  - Citation #  O.C.G.A. §
  - Citation #  O.C.G.A. §

## COMMERCIAL MOTOR VEHICLES ONLY

### Unit 1
- **Carrier Name:** PREMIER LLC
- **Address:** 1871 BEXAR AVE E  **City:** HAMILTON  **State:** AL  **Zip:** 35570
- **U.S. D.O.T. #:** 1993780  **No. of Axles:** 1  **G.V.W.R.:** 01
- **Cargo Body Type:** 6  **Vehicle Config.:** 2  ☑ Interstate / ☐ Intrastate  **Fed. Reportable:** ☐ Yes ☑ No
- **C.D.L.?** ☐ Yes ☑ No  **C.D.L. Suspended?** ☐ Yes ☐ No
- **Vehicle Placarded?** ☐ Yes ☑ No  **Hazardous Materials?** ☐ Yes ☑ No
- **Haz Mat Released?** ☐ Yes ☑ No
- If YES:  Name or four Digit Number from Diamond or Box: _____
  One Digit Number from Bottom of Diamond: _____
- ☐ Ran Off Road  ☐ Down Hill Runaway  ☐ Cargo Loss or Shift  ☐ Separation of Units

### Unit 2
- **Carrier Name:**
- **Address:**  **City:**  **State:**  **Zip:**
- **U.S. D.O.T. #:**  **No. of Axles:**  **G.V.W.R.:**
- **Cargo Body Type:**  **Vehicle Config.:**  ☐ Interstate / ☐ Intrastate  **Fed. Reportable:** ☐ Yes ☐ No
- **C.D.L.?** ☐ Yes ☐ No  **C.D.L. Suspended?** ☐ Yes ☐ No
- **Vehicle Placarded?** ☐ Yes ☐ No  **Hazardous Materials?** ☐ Yes ☐ No
- **Haz Mat Released?** ☐ Yes ☐ No
- If YES:  Name or four Digit Number from Diamond or Box: _____
  One Digit Number from Bottom of Diamond: _____
- ☐ Ran Off Road  ☐ Down Hill Runaway  ☐ Cargo Loss or Shift  ☐ Separation of Units

GDOT-523 (07/17)

## COLLISION FIELDS

| Manner of Collision: | 3 | Location at Area of Impact: | 1 | Weather: | 1 | Surface Condition: | 1 | Light Condition: | 1 |

## NARRATIVE

Vehicle 2 was traveling West on Interstate 20 exiting onto State Route 6. Vehicle 1 was traveling West on Interstate 20 on the exit ramp, directly behind Vehicle 2. Vehicle 1 was following too closely to Vehicle 2 and struck the rear bumper of Vehicle 2 with the front bumper of Vehicle 1. Both vehicles came to final, controlled rests on the North shoulder of the exit ramp.

This investigation was digitally recorded GSP USB 2126, CAR 508.

## DIAGRAM

INDICATE NORTH

## PROPERTY DAMAGE INFORMATION

| Damage Other Than Vehicle | Owner |
|---|---|
| | |

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|
| | | | | | |

## OCCUPANT INFORMATION

**1**

| Name (Last, First): | PARKER, ALVIN | | | | | Address: | 1871 BEXAR AVE EAST ALPHARETTA, GA 30005 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Age: 47 | Sex: M | Unit #: 1 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: 2 |
| Injury Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

**2**

| Name (Last, First): | SMITH, JODY | | | | | Address: | 3234 W ANDERSON DR LITHIA SPRINGS, GA 30122 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Age: 44 | Sex: M | Unit #: 2 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: 2 |
| Injury Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

## ADMINISTRATIVE

**Photos Taken:** ☐ Yes  ☑ No   **By:**

*Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404)635-2963.*

| Report By: GRANT, ROBERT MICHAE #0508 | Agency: GSPD\POST 4 | Report Date: 02/14/23 | Checked By: MOORE, MARSHALL L #0510 | Date Checked: 02/21/23 |
|---|---|---|---|---|



**GDOT-523 SUPP (07/17)**