Alabama Secretary of State 

| Premier LLC ||
|---|---|
| Entity ID Number | 000 - 440 - 107 |
| Telephone Number | 0-0-0 |
| Date Processed by Revenue | 9-15-2022 |
| Reporting Address | PREMIER LLC<br>4234 STATE HIGHWAY 17<br>HAMILTON, AL 35570-7711 |
| Agent as Reported | LAMB, DWIGHT<br>4234 STATE HWY 17<br>HAMILTON, AL 35570 |
| President | |
| Secretary | |
| General Business | SELL/BUY/RENT/LEASE<br>1871 BEXAR AVE E<br>HAMILTON, AL 35570-4829 |
| | |

[Detail Page]   [New Search]

[Browse Results]