# STATE COURT OF DOUGLAS COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  23SV00478

SMITH, JODY

---

**PLAINTIFF**

**VS.**

PREMIER, LLC
PARKER, ALVIN B.

---

**DEFENDANTS**

### SUMMONS

TO: PREMIER, LLC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Trevor Becton**
> **MORGAN AND MORGAN ATLANTA PLLC**
> **178 S Main Street**
> **Unit 300**
> **Atlanta, Georgia 30343**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 5th day of May, 2023.**

Clerk of State Court

Annetta D. Stembridge, Clerk
Douglas County, Georgia