# AFFIDAVIT OF SERVICE

🔒 EFILED IN OFFICE
CLERK OF STATE COURT
DOUGLAS COUNTY, GEORGIA

**23SV00478**
BRIAN K. FORTNER
JUN 29, 2023 12:55 PM

*Annetta D. Stembridge*
Annetta D. Stembridge, Clerk
Douglas County, Georgia

| Case: 23SV00478 | Court: In the State Court of Douglas County, State of Georgia | County: Douglas, GA | Job: 8839315 (ALSTATE) |
|---|---|---|---|
| Plaintiff / Petitioner: Jody Smith | | Defendant / Respondent: Premier LLC, Alvin B Parker | |
| | | For: Morgan & Morgan, Alpharetta GA | |
| To be served upon: Alvin B Parker | | | |

I, Faye Gann, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Alvin B Parker, 251 Clark Creek Road Apt 191, Hamilton, AL 35570
**Manner of Service:** Personal/Individual, Jun 22, 2023, 2:28 pm CDT
**Documents:** Summons, Complaint, Interogatories, Request for Production of Documents, Request for Admissions (Received May 8, 2023 at 3:44am CDT)

**Additional Comments:**
1) Successful Attempt: Jun 22, 2023, 2:28 pm CDT at 251 Clark Creek Road Apt 191, Hamilton, AL 35570 received by Alvin B Parker. Age: 50-55; Ethnicity: Caucasian; Gender: Male; Weight: 150-160; Height: 5'9"; Hair: Blond; Eyes: Brown;
The documents were delivered to and accepted by Alvin B Parker at 25 Clark Creek Rd, Apt 191, Hamilton Ala.

*Faye Gann*    June 26, 2023
Faye Gann       Date

Subscribed and sworn to before me by the affiant who is personally known to me
By: *Melissa Liddell*
Notary Public
1-1-2024
Date Commission Expires

429 E Commerce St Suite 205
Hernando, MS 38632
662-298-1417

MICHELLE J CLOUSE CHANCERY CLERK
My Commission Expires
1-1-2024