# AFFIDAVIT OF SERVICE

**EFILED IN OFFICE**
CLERK OF STATE COURT
DOUGLAS COUNTY, GEORGIA
**23SV00478**
BRIAN K. FORTNER
JUN 29, 2023 12:55 PM

Annetta D. Stembridge, Clerk
Douglas County, Georgia

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 23SV00478 | In the State Court of Douglas County, State of Georgia | Douglas, GA | 8839146 (ALSTATE) |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| Jody Smith | Premier LLC, Alvin B Parker |

| | For: |
|---|---|
| | Morgan & Morgan, Alpharetta GA |

**To be served upon:**
PREMIER LLC, Registered Agent: DWIGHT LAMB

I, Faye Gann, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** PREMIER LLC, Registered Agent: DWIGHT LAMB, 4234 State Highway 17, Hamilton, AL 35570
**Manner of Service:** Authorized, Jun 22, 2023, 5:15 pm CDT
**Documents:** Summons, Complaint, Interogatories, Request for Production of Documents, Request for Admissions (Received May 8, 2023 at 3:44am CDT)

**Additional Comments:**
1) Successful Attempt: Jun 22, 2023, 5:15 pm CDT at 4234 State Highway 17, Hamilton, AL 35570 received by PREMIER LLC, Registered Agent: DWIGHT LAMB. Age: 50-55; Ethnicity: Caucasian; Gender: Male; Weight: 170-180; Height: 5'9"; Hair: Other; Eyes: Brown;
The documents were delivered to and acceptedd by Tim Edwards, Manger at Premier LLC 4234 Sate Hwy 17 Hamilton MS who stated that he was authorized to receive the documents for Dwight Lamb.

Faye Gann   June 26, 2023
Date

Subscribed and sworn to before me by the affiant who is personally known to me
By: Melissa Eden
Notary Public
1-1-2024
Date Commission Expires

429 E Commerce St Suite 205
Hernando, MS 38632
662-298-1417

My Commission Expires
1-1-2024

MICHELLE J. CLOUSE, CHANCERY CLERK