

# EXHIBIT B