John R. Ashcroft Secretary of State
# 2023-2024 BIENNIAL REGISTRATION REPORT
BUSINESS

**I00151768**
Date Filed: 2/3/2023
John R. Ashcroft
Missouri Secretary of State

☒ I ELECT TO FILE A BIENNIAL REGISTRATION REPORT

**\*SECTION 1, 3 & 4 ARE REQUIRED**

REPORT DUE BY: **4/30/2023**

RENEWAL MONTH: **JANUARY**

☐ I OPT TO CHANGE THE CORPORATION'S RENEWAL MONTH TO ___ FOR A $25.00 FEE

**I00151768**
ARCH INSURANCE COMPANY
CSC-LAWYERS INCORPORATING SERVICE COMPANY
221 BOLIVAR ST
JEFFERSON CITY MO 65101

**1** PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS: *

2345 Grand Blvd   (Required)
Suite 900
STREET
Kansas City   MO   64108-2619
CITY / STATE   ZIP

**2** If changing the registered agent and/or registered office address, please check the appropriate box(es) and fill in the necessary information.

☐ The new registered agent _____

IF CHANGING THE REGISTERED AGENT, AN ORIGINAL WRITTEN CONSENT FROM THE NEW REGISTERED AGENT MUST BE ATTACHED AND FILED WITH THIS REGISTRATION REPORT.

☐ The new registered office address _____

Must be a Missouri address, PO Box alone is not acceptable. This section is not applicable for Banks, Trusts and Foreign Insurance.

**3**

**A** OFFICERS
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST PRESIDENT AND SECRETARY BELOW

| | |
|---|---|
| **PRESIDENT** | First, Brian D |
| STREET | 185 Asylum Street, CityPlace II, 16th Floor |
| CITY/STATE/ZIP | Hartford CT 06103 |
| **SECRETARY** | Shulman, Regan A |
| STREET | 210 Hudson Street, Suite 300 |
| CITY/STATE/ZIP | Jersey City NJ 07311 |
| **TREASURER** | Ahern, Thomas J |
| STREET | Harborside 3, 210 Hudson Street Suite 300 |
| CITY/STATE/ZIP | Jersey City NJ 07311 |
| **ASSISTANT SECRETARY** | Gilligan, Melissa B |
| STREET | 185 Asylum St CityPlace II, 16th Floor |
| CITY/STATE/ZIP | Hartford CT 06103 |

**B** BOARD OF DIRECTORS *
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST AT LEAST ONE DIRECTOR BELOW

| | |
|---|---|
| NAME | First, Brian D |
| STREET | 185 Asylum Street CityPlace II, 16th Fl |
| CITY/STATE/ZIP | Hartford CT 06103 |
| NAME | Nails, Patrick K |
| STREET | Harborside 3, 210 Hudson Street Suite 300 |
| CITY/STATE/ZIP | Jersey City NJ 07311 |
| NAME | Ahern, Thomas J |
| STREET | Harborside 3, 210 Hudson Street Suite 300 |
| CITY/STATE/ZIP | Jersey City NJ 07311 |
| NAME | |
| STREET | |
| CITY/STATE/ZIP | |

NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS ARE ATTACHED

**4** The undersigned understands that false statements made in this report are punishable for the crime of making a false declaration under Section 575.060 RSMo. Photocopy or stamped signature not acceptable. *

Authorized party or officer sign here    **Barbara A Lee**    (Required)

Please print name and title of signer:   **Barbara A Lee**   /   **Other**
NAME                                                          TITLE

REGISTRATION REPORT FEE IS:
__$40.00 If filed on or before 4/30/2023
__$55.00 If filed on or before 5/31/2023
__$70.00 If filed on or before 6/30/2023
__$85.00 If filed on or before 7/31/2023
ADD AN ADDITIONAL $25.00 FEE IF CHANGING THE RENEWAL MONTH.

WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE

E-MAIL ADDRESS (OPTIONAL):   blowe@archinsurance.com

**REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED**
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 778, Jefferson City, MO 65102

# EXHIBIT C

John R. Ashcroft Secretary of State
## 2023-2024 BIENNIAL REGISTRATION REPORT
BUSINESS

I00151768
ARCH INSURANCE COMPANY
CSC-LAWYERS INCORPORATING SERVICE COMPANY
221 BOLIVAR ST
JEFFERSON CITY MO  65101

| # | OFFICERS (Continued)<br>NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). | BOARD OF DIRECTORS (Continued)<br>NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). |
|---|---|---|
| 3 | **CFO**       Ahern, Thomas J<br>STREET                    Harborside 3, 210 Hudson Street Suite 300<br>CITY/STATE/ZIP        Jersey City  NJ  07311<br><br>**OTHER**       Gilligan, Melissa B<br>STREET                    185 Asylum Street, CityPlace II 16th Floor<br>CITY/STATE/ZIP        Hartford  CT  06103 | **DIR.**<br>STREET<br>CITY/STATE/ZIP |

**REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED**
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 778, Jefferson City, MO 65102