# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TO: Mr. Kevin P. Weimer, Clerk<br>United States District Court | DATE: August 31, 2023 |
| RE: 23-56798-pmb<br><br>Bankruptcy Case No. | BRON Media Holdings USA Corp., et al.<br>Debtor(s)<br><br>Hercules<br>Appellant<br><br>vs<br>BRON Media Holdings USA Corp., et al.<br>Appellees |

## S U B M I S S I O N   S H E E T

**Submitted on:**
☒ Notice of Appeal filed 08/29/2023- Doc. No. 52,53
  File date of Order being appealed from 08/15/2023 - Doc. No. 37
☐ Supplemental Record to USDC Case No.
☐ Other: Click here to enter text.

**Contents of Record:**
☒ Documents 37,52,53, docket sheet
☐ Designated items of    ☐ Appellant(s)    ☐ Appellee
  Filing Fee Paid -  ☒ Yes    ☐ No

If previous and/or related appeal filed, list:

FROM:  Vania S. Allen, Clerk of Court
       United States Bankruptcy Court

By: /s/_____
    Yahaira Lugo, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009) – *dfa07.29.21*