**JNTADMIN, LEAD, APPEAL**

# U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
### Bankruptcy Petition #: 23−56798−pmb

*Date filed:* 07/19/2023

*Assigned to:* Judge Paul Baisier
Chapter 15
Voluntary

*Debtor*
**BRON Media Holdings USA Corp.**
1700−Park Place, 666 Burrard Street
Vancouver, British Columbia
OUTSIDE U. S.
CANADA
Tax ID / EIN: 82−5040637

represented by **Cameron M. McCord**
Jones & Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308
(404) 564−9300
Fax : (404) 564−9301
Email: cmccord@joneswalden.com

*JointAdmin Debtor*
**BRON Creative USA, Corp**
1700−Park Place, 666 Burrard Street
Vancouver, British Columbia
Canada
Tax ID / EIN: 36−4871363

represented by **Cameron M. McCord**
(See above for address)

*JointAdmin Debtor*
**BRON Digital USA, LLC**
1700−Park Place, 666 Burrard Street
Vancouver, British Columbia
Canada
Tax ID / EIN: 85−2100276

represented by **Cameron M. McCord**
(See above for address)

*JointAdmin Debtor*
**BRON Life USA Inc.**
1700−Park Place, 666 Burrard Street
Vancouver, British Columbia
Canada
Tax ID / EIN: 86−2551178

represented by **Cameron M. McCord**
(See above for address)

*JointAdmin Debtor*
**BRON Releasing USA Inc.**
1700−Park Place, 666 Burrard Street
Vancouver, British Columbia
Canada
Tax ID / EIN: 83−4056368

represented by **Cameron M. McCord**
(See above for address)

*JointAdmin Debtor*
**BRON Studios USA Inc.**
1700−Park Place, 666 Burrard Street
Vancouver, British Columbia
Canada
Tax ID / EIN: 45−3978784

represented by **Cameron M. McCord**
(See above for address)

represented by

| | |
|---|---|
| *JointAdmin Debtor*<br>**BRON Studios USA Developments Inc.**<br>1700−Park Place, 666 Burrard Street<br>Vancouver, British Columbia<br>Canada<br>Tax ID / EIN: 37−1767529 | **Cameron M. McCord**<br>(See above for address) |
| *JointAdmin Debtor*<br>**BRON Ventures 1, LLC**<br>1700−Park Place, 666 Burrard Street<br>Vancouver, British Columbia<br>Canada<br>Tax ID / EIN: 90−1495066 | represented by **Cameron M. McCord**<br>(See above for address) |
| *JointAdmin Debtor*<br>**Bakhorma, LLC**<br>1700−Park Place, 666 Burrard Street<br>Vancouver, British Columbia<br>Canada<br>Tax ID / EIN: 81−4136944 | represented by **Cameron M. McCord**<br>(See above for address) |
| *JointAdmin Debtor*<br>**Drunk Parents, LLC**<br>1700−Park Place, 666 Burrard Street<br>Vancouver, British Columbia<br>Canada<br>Tax ID / EIN: 30−0885462 | represented by **Cameron M. McCord**<br>(See above for address) |
| *JointAdmin Debtor*<br>**Fables Holdings USA, LLC**<br>1700−Park Place, 666 Burrard Street<br>Vancouver, British Columbia<br>Canada<br>Tax ID / EIN: 85−0998085 | represented by **Cameron M. McCord**<br>(See above for address) |
| *JointAdmin Debtor*<br>**Fables Productions USA Inc**<br>1700−Park Place, 666 Burrard Street<br>Vancouver, British Columbia<br>Canada<br>Tax ID / EIN: 85−1015169 | represented by **Cameron M. McCord**<br>(See above for address) |
| *JointAdmin Debtor*<br>**Gossamer Holdings USA, LLC**<br>1700−Park Place, 666 Burrard Street<br>Vancouver, British Columbia<br>Canada<br>Tax ID / EIN: 85−2042581 | represented by **Cameron M. McCord**<br>(See above for address) |
| *JointAdmin Debtor*<br>**Gossamer Productions USA Inc.**<br>1700−Park Place, 666 Burrard Street<br>Vancouver, British Columbia<br>Canada<br>Tax ID / EIN: 85−2717876 | represented by **Cameron M. McCord**<br>(See above for address) |
| *JointAdmin Debtor*<br>**Harry Haft Productions, Inc.**<br>1700−Park Place, 666 Burrard Street<br>Vancouver, British Columbia | represented by **Cameron M. McCord**<br>(See above for address) |

Canada
Tax ID / EIN: 83−2646144

| | |
|---|---|
| *JointAdmin Debtor*<br>**Heavyweight Holdings, LLC**<br>1700−Park Place, 666 Burrard Street<br>Vancouver, British Columbia<br>Canada<br>Tax ID / EIN: 83−2788193 | represented by **Cameron M. McCord**<br>(See above for address) |
| *JointAdmin Debtor*<br>**I Am Pink Productions, LLC**<br>1700−Park Place, 666 Burrard Street<br>Vancouver, British Columbia<br>Canada<br>Tax ID / EIN: 83−3866681 | represented by **Cameron M. McCord**<br>(See above for address) |
| *JointAdmin Debtor*<br>**Lucite Desk, LLC**<br>1700−Park Place, 666 Burrard Street<br>Vancouver, British Columbia<br>Canada<br>Tax ID / EIN: 36−4902546 | represented by **Cameron M. McCord**<br>(See above for address) |
| *JointAdmin Debtor*<br>**National Anthem Holdings, LLC**<br>1700−Park Place, 666 Burrard Street<br>Vancouver, British Columbia<br>Canada<br>Tax ID / EIN: 85−4296943 | represented by **Cameron M. McCord**<br>(See above for address) |
| *JointAdmin Debtor*<br>**National Anthem ProdCo Inc.**<br>1700−Park Place, 666 Burrard Street<br>Vancouver, British Columbia<br>Canada<br>Tax ID / EIN: 87−3498637 | represented by **Cameron M. McCord**<br>(See above for address) |
| *JointAdmin Debtor*<br>**Oakland Pictures Holdings, LLC**<br>1700−Park Place, 666 Burrard Street<br>Vancouver, British Columbia<br>Canada<br>Tax ID / EIN: 87−2134988 | represented by **Cameron M. McCord**<br>(See above for address) |
| *JointAdmin Debtor*<br>**Pathway Productions, LLC**<br>1700−Park Place, 666 Burrard Street<br>Vancouver, British Columbia<br>Canada<br>Tax ID / EIN: 00−4893081 | represented by **Cameron M. McCord**<br>(See above for address) |
| *JointAdmin Debtor*<br>**Robin Hood Digital PC USA Inc.**<br>1700−Park Place, 666 Burrard Street<br>Vancouver, British Columbia<br>Canada<br>Tax ID / EIN: 87−1892499 | represented by **Cameron M. McCord**<br>(See above for address) |
| | represented by |

*JointAdmin Debtor*  **Cameron M. McCord**
**Robin Hood Digital USA, LLC**  (See above for address)
1700−Park Place, 666 Burrard Street
Vancouver, British Columbia
Canada
Tax ID / EIN: 87−2224302

*JointAdmin Debtor*  represented by **Cameron M. McCord**
**Solitary Holdings USA, LLC**  (See above for address)
1700−Park Place, 666 Burrard Street
Vancouver, British Columbia
Canada
Tax ID / EIN: 85−2153013

*JointAdmin Debtor*  represented by **Cameron M. McCord**
**Surrounded Holdings USA LLC**  (See above for address)
1700−Park Place, 666 Burrard Street
Vancouver, British Columbia
Canada
Tax ID / EIN: 85−3288868

*JointAdmin Debtor*  represented by **Cameron M. McCord**
**Welcome To Me, LLC**  (See above for address)
1700−Park Place, 666 Burrard Street
Vancouver, British Columbia
Canada
Tax ID / EIN: 33−1228500

*U.S. Trustee*
**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404−331−4437

| Filing Date | # | Docket Text |
|---|---|---|
| 07/19/2023 | 1 | Chapter 15 Petition for Recognition of Foreign Proceeding. Fee Amount $1738 Filed by Cameron M. McCord of Jones & Walden, LLC on behalf of BRON Media Holdings USA Corp.. (McCord, Cameron) |
| 07/19/2023 |  | Receipt of Petition for Foreign Proceeding (Ch. 15)( 23−56798) [misc,415] (1738.00) filing fee. Receipt Number A59244300. Fee Amount 1738.00 (re: Doc# 1) (U.S. Treasury) |
| 07/19/2023 | 2 | Notice of Appearance Filed by Bryan E. Bates on behalf of Creative Wealth Media Finance Corp., Creative Wealth Media Lending Inc., and Creative Wealth Media Lending LP 2016. (Bates, Bryan) |
| 07/19/2023 | 3 | Notice of Appearance Filed by Kennedy Bodnarek on behalf of Creative Wealth Media Finance Corp., Creative Wealth Media Lending Inc., and Creative Wealth Media Lending LP 2016. (Bodnarek, Kennedy) |
| 07/20/2023 | 4 | Notice of List Filed Pursuant to Bankruptcy Rule 1007(a)(4) Filed by Cameron M. McCord on behalf of BRON Media Holdings USA Corp.. (McCord, Cameron) |
| 07/20/2023 | 5 |  |

| | | | |
|---|---|---|---|
| | | | Notice of Filing of (I) Certified Copy of Initial Order Made After Application and (II) Declaration of Aaron L. Gilbert in Support of Debtors' Chapter 15 Petitions and First−Day Pleadings in Foreign Proceedings Filed by Cameron M. McCord on behalf of BRON Media Holdings USA Corp.. (McCord, Cameron) |
| 07/20/2023 | | 6 | Motion for Joint Administration *of Chapter 15 Cases for Procedural Purposes Only* filed by Cameron M. McCord on behalf of BRON Media Holdings USA Corp.. (McCord, Cameron) |
| 07/20/2023 | | 7 | Omnibus Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code filed by Cameron M. McCord on behalf of BRON Media Holdings USA Corp.. (McCord, Cameron) Modified on 7/21/2023 (jlc). |
| 07/20/2023 | | 8 | Motion Of Foreign Representative For Order (I) Scheduling Hearing On Omnibus Petition Under Chapter 15 Of The Bankruptcy Code For Recognition Of A Foreign Main Proceeding And For Additional Relief And Assistance Under 11 U.S.C. §§105(A), 1507, And 1521 And (II) Specifying Form And Manner Of Service Of Notice Of Hearing filed by Cameron M. McCord on behalf of BRON Media Holdings USA Corp.. (related document(s)7) (McCord, Cameron) Modified on 7/21/2023 (jlc). |
| 07/20/2023 | | 9 | Motion of Foreign Representative for an Order Granting Certain Provisional Relief filed by Cameron M. McCord on behalf of BRON Media Holdings USA Corp.. (related document(s)7) (McCord, Cameron) Modified on 7/21/2023 (jlc). |
| 07/20/2023 | | 10 | Order GRANTING Motion for Joint Administration. An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing joint administration of this Chapter 15 case with the Chapter 15 case of BRON Media Holdings USA Corp. Case No. 23−56798. All further pleadings and other papers filed in this case shall be filed in, and all further docket entries shall be made in, the docket of BRON Media Holdings USA Corp. Case No. 23−56798. (Related Doc 6) Service by BNC. Entered on 7/20/2023. (jlc) |
| 07/20/2023 | | 11 | Emergency Motion to Set Hearing on *Provisional Relief* filed by Cameron M. McCord on behalf of BRON Media Holdings USA Corp.. (related document(s)8, 9) (McCord, Cameron) |
| 07/20/2023 | | 12 | Order Granting Debtor's Motion for Emergency Hearing and Notice of Virtual Hearing on Debtor's Motion of Foreign Representative for an Order Granting Certain Provisional Relief. Service by Debtor's counsel. Hearing to be held on 7/20/2023 at 03:00 PM via Judge Baisier's Virtual Hearing Room. [Review order for virtual hearing information.] Entered on 7/20/2023. (related document(s)9, 11) (amm) |
| 07/20/2023 | | 13 | (Duplicate of Order 12) Order Granting Debtors Motion For Emergency Hearing And Notice Of Virtual Hearing On Debtors Motion Of Foreign Representative For An Order Granting Certain Provisional Relief. Hearing to be held on 7/20/2023 at 03:00 PM in Courtroom 1202, Atlanta. [Review order for virtual hearing information.] Entered on 7/20/2023. (related document(s) 9, 11) (jlc) Modified on 7/20/2023 (jlc). |
| 07/20/2023 | | 14 | Certificate of Service of Motion of Foreign Representative for Order (I) Scheduling Hearing on Omnibus Petition Under Chapter 15 of the Bankruptcy Code for Recognition of a Foreign Main Proceeding and for |

| | | | |
|---|---|---|---|
| | | | Additional Relief and Assistance Under 11 U.S.C. §§105(a), 1507, and 1521 and (II) Specifying Form and Manner of Service of Notice of Hearing; Motion of Foreign Representative for an Order Granting Certain Provisional Relief; and Order Granting Debtors Motion for Emergency Hearing and Notice of Virtual Hearing on Debtors Motion of Foreign Representative for an Order Granting Certain Provisional Relief filed by Cameron M. McCord on behalf of BRON Media Holdings USA Corp.. (related document(s)8, 9, 12, 13) (McCord, Cameron) |
| 07/20/2023 | | | COURT: Rescheduled Hearing to be held on 7/28/2023 at 02:30 PM via Judge Baisier's Virtual Courtroom. (related document(s)9) (amm) |
| 07/20/2023 | | | COURT: Hearing to be held on 8/14/2023 at 01:30 PM via Judge Baisier's Virtual Hearing Room. (related document(s)7) (amm) |
| 07/20/2023 | | 15 | Order Granting Provisional Relief and Continuing Hearing. Service by Counsel for Foreign Representative. Hearing to be held on 7/28/2023 at 02:30 PM in Courtroom 1202, Atlanta. [Review order for virtual hearing information.] Entered on 7/20/2023. (related document(s)9) (scm) |
| 07/21/2023 | | 16 | Order (I) Scheduling Hearing On Omnibus Petition Under Chapter 15 Of The Bankruptcy Code For Recognition Of A Foreign Main Proceeding And For Additional Relief And Assistance Under 11 U.S.C. §§105(A), 1507, And 1521 And (II) Specifying Form And Manner Of Service Of Notice Of Hearing. Service by Counsel for Foreign Representative. Hearing to be held on 8/14/2023 at 01:30 PM in Courtroom 1202, Atlanta. [Review order for virtual hearing information.] Entered on 7/21/2023. (related document(s)7, 8) (jlc) |
| 07/22/2023 | | 17 | Certificate of Mailing by BNC of Order on Motion for Joint Administration Notice Date 07/22/2023. (Admin.) (Entered: 07/24/2023) |
| 07/22/2023 | | 18 | Certificate of Mailing by BNC of Order Notice Date 07/22/2023. (Admin.) (Entered: 07/24/2023) |
| 07/23/2023 | | 19 | Certificate of Mailing by BNC of Order and Notice Notice Date 07/23/2023. (Admin.) (Entered: 07/24/2023) |
| 07/24/2023 | | 20 | Certificate of Service of Omnibus Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code; Order Granting Provisional Relief and Continuing Hearing; and Order (I) Scheduling Hearing on Omnibus Petition Under Chapter 15 of the Bankruptcy Code for Recognition of a Foreign Main Proceeding and for Additional Relief and Assistance Under 11 U.S.C. §§105(A), 1507, and 1521 and (II) Specifying Form and Manner of Service of Notice of Hearing filed by Cameron M. McCord on behalf of BRON Media Holdings USA Corp.. (related document(s)7, 15, 16) (McCord, Cameron) |
| 07/28/2023 | | 21 | Notice of Appearance *of Counsel and Request for Service of Papers* Filed by Matthew Petrie on behalf of Access Road Capital, LLC. (Petrie, Matthew) |
| 07/28/2023 | | | COURT: Rescheduled Hearing to be held on 7/31/2023 at 09:30 AM via Judge Baisier's Virtual Hearing Room. (related document(s)9) (amm) |
| 07/28/2023 | | 22 | Notice of Filing Of (I) Certified Copy Of Amended And Restated Initial Order Made After Application And (II) Certified Copy Of Sales And |

| | | | |
|---|---|---|---|
| | | | Investment Solicitation Process Order Filed by Cameron M. McCord on behalf of BRON Media Holdings USA Corp.. (McCord, Cameron) |
| 07/31/2023 | | 23 | Order GRANTING Continued Provisional Relief (Related Doc # 9) Service by Counsel for the Foreign Representative. Entered on 7/31/2023. (jlc) |
| 08/02/2023 | | 24 | Certificate of Mailing by BNC of Order to Impose Stay Notice Date 08/02/2023. (Admin.) (Entered: 08/03/2023) |
| 08/03/2023 | | 25 | Certificate of Service of Order Granting Continued Provisional Relief filed by Cameron M. McCord on behalf of BRON Media Holdings USA Corp.. (related document(s)23) (McCord, Cameron) |
| 08/05/2023 | | 26 | Notice of Appearance Filed by Walter E. Jones on behalf of Comerica Bank. (Jones, Walter) |
| 08/08/2023 | | | Notice that the Notice of Appearance filed by Walter E. Jones is incorrect or deficient in the following manner: Case number does not match (related document(s)26) (jlc) |
| 08/08/2023 | | 27 | Notice of Appearance Filed by Walter E. Jones on behalf of Comerica Bank. (Jones, Walter) |
| 08/10/2023 | | 28 | Notice of Appearance *and Request for Notice* Filed by Louis G. McBryan on behalf of Hudson Private Corp., Hudson Private LP. (McBryan, Louis) |
| 08/10/2023 | | 29 | Opposition to Motion of Foreign Representative for an Order Granting Certain Provisional Relief, with attached Declaration of S. Moore In Support Thereof filed by Brian P. Hall on behalf of Hercules Film Investors I (US), Inc.. (Attachments: # 1 Declaration) (related document(s)9)(Hall, Brian) Modified on 8/11/2023 (jlc). |
| 08/10/2023 | | 30 | Hudson Private LP And Hudson Private Corporations Response In Opposition To Bron Media Corps Omnibus Petition For (I) Recognition Of Foreign Main Proceedings, (II) Recognition Of Foreign Representative, And (III) Related Relief Under Chapter 15 Of The Bankruptcy Code And Motion To Transfer Venue filed by Louis G. McBryan on behalf of Hudson Private Corp., Hudson Private LP. (related document(s)9)(McBryan, Louis) Modified on 8/11/2023 (jlc). |
| 08/14/2023 | | 31 | Foreign Representative's Reply to Objections of (i) Hudson Private LP and Hudson Private Corporation, and (ii) Hercules Film Investors I (US), Inc. to Final Recognition Order filed by Cameron M. McCord on behalf of BRON Media Holdings USA Corp.. (related document(s)29, 30)(McCord, Cameron) Modified on 8/15/2023 (jlc). |
| 08/14/2023 | | 32 | Amended Hudson Private LP And Hudson Private Corporations Response In Opposition To Bron Media Corps Omnibus Petition For (I) Recognition Of Foreign Main Proceedings, (II) Recognition Of Foreign Representative, And (III) Related Relief Under Chapter 15 Of The Bankruptcy Code And Motion To Transfer Venue filed by Louis G. McBryan on behalf of Hudson Private Corp., Hudson Private LP. (related document(s)9)(McBryan, Louis) Modified on 8/15/2023 (jlc). |
| 08/14/2023 | | 33 | Motion for Leave to File a Reply that Exceeds the Page Limits Established by the Local Rules with Incorporated Memorandum of Law filed by Cameron M. McCord on behalf of BRON Media Holdings USA Corp.. |

| | | | |
|---|---|---|---|
| | | | (related document(s)31) (McCord, Cameron) Modified on 8/15/2023 (jlc). |
| 08/14/2023 | | 34 | Application for Admission Pro Hac Vice, USDC receipt # 100005633, (Document is restricted and can only be viewed by Court staff.) filed by Jonathan Shenson on behalf of Hercules Film Investors I (US), Inc. . (rfs) |
| 08/14/2023 | | 35 | Order Granting Motion For Leave To File A Reply That Exceeds The Page Limits Established By The Local Rules With Incorporated Memorandum Of Law (Related Doc # 33) Service by BNC. Entered on 8/14/2023. (jlc) |
| 08/14/2023 | | 36 | Order GRANTING Application for Admission Pro Hac Vice of Jonathan Shenson on behalf of Hercules Film Investors I (US), Inc. (Related Doc # 34) Service by BNC. Entered on 8/14/2023. (jlc) |
| 08/15/2023 | | 37 | Order Granting Omnibus Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Court (Related Doc # 7) Service by Debtors' counsel. Entered on 8/15/2023. (amm) |
| 08/16/2023 | | | Notice that the Foreign Representative's Reply to Objections and Motion for Leave to File a Reply that Exceeds the Page Limits filed by Cameron M. McCord is incorrect or deficient in the following manner: Missing Certificate of Service, (related document(s)31, 33) (jlc) |
| 08/16/2023 | | 38 | Motion for Order Authorizing and Directing Return of Non−Estate Property and Granting Related Relief filed by Cameron M. McCord on behalf of BRON Media Holdings USA Corp.. (McCord, Cameron) Modified on 8/17/2023 (jlc). |
| 08/16/2023 | | 39 | Notice of of Filing of Declaration of Aaron Gilbert in Support of the Motion for Order Authorizing and Directing Return of Non−Estate Property Filed by Cameron M. McCord on behalf of BRON Media Holdings USA Corp.. (related document(s)38)(McCord, Cameron) |
| 08/16/2023 | | 40 | Notice of Hearing with Certificate of Service Filed by Cameron M. McCord on behalf of BRON Media Holdings USA Corp. Hearing to be held on 9/5/2023 at 1:20PM, in Courtroom 1202, Atlanta. (related document(s)38)(McCord, Cameron) Modified hearing info on 8/17/2023 (amm). Modified on 8/17/2023 (jlc). |
| 08/16/2023 | | 41 | Certificate of Mailing by BNC of Order on Application for Admission Pro Hac Vice Notice Date 08/16/2023. (Admin.) (Entered: 08/17/2023) |
| 08/16/2023 | | 42 | Certificate of Mailing by BNC of Order on Motion to Compel Notice Date 08/16/2023. (Admin.) (Entered: 08/17/2023) |
| 08/17/2023 | | | Hearing to be held on 9/5/2023 at 01:20 PM in Courtroom 1202, Atlanta. (related document(s)38) − for calendaring purposes only (amm) |
| 08/17/2023 | | 43 | Certificate of Mailing by BNC of Order on Motion to Set Hearing Notice Date 08/17/2023. (Admin.) (Entered: 08/18/2023) |
| 08/21/2023 | | 44 | Notice of Filing of Amended Declaration of Aaron Gilbert in Support of the Motion for Order Authorizing and Directing Return of Non−Estate Property Filed by Cameron M. McCord on behalf of BRON Media Holdings USA Corp.. (related document(s)38, 39)(McCord, Cameron) |

| | | | |
|---|---|---|---|
| 08/21/2023 | | 45 | Certificate of Service of Motion for Order Authorizing and Directing Return of Non−Estate Property and Granting Related Relief, Notice of Filing of Declaration of Aaron Gilbert in Support of the Motion for Order Authorizing and Directing Return of Non−Estate Property, Notice of Hearing, and Notice of Filing of Amended Declaration of Aaron Gilbert in Support of the Motion for Order Authorizing and Directing Return of Non−Estate Property filed by Cameron M. McCord on behalf of BRON Media Holdings USA Corp.. (related document(s)38, 39, 40, 44) (McCord, Cameron) |
| 08/21/2023 | | 46 | Certificate of Service of Order Granting Omnibus Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code filed by Cameron M. McCord on behalf of BRON Media Holdings USA Corp.. (related document(s)37) (McCord, Cameron) |
| 08/25/2023 | | 47 | Motion to Reject Executory Contract or Lease *with Maple Plaza, L.P.* filed by Cameron M. McCord on behalf of BRON Media Holdings USA Corp.. (McCord, Cameron) |
| 08/25/2023 | | 48 | Motion to Reject Executory Contract or Lease *with Konica Minolta Business Solutions U.S.A., Inc.* filed by Cameron M. McCord on behalf of BRON Media Holdings USA Corp.. (McCord, Cameron) |
| 08/25/2023 | | 49 | Emergency Motion to Set Hearing on *Motions to Reject Leases* filed by Cameron M. McCord on behalf of BRON Media Holdings USA Corp.. (related document(s)47, 48) (McCord, Cameron) |
| 08/25/2023 | | 50 | Order Granting Foreign Representative's Motion for Emergency Hearing and Notice of Virtual Hearing on Foreign Representative's Motions to Reject Leases. Service by Foreign Representative's counsel. Hearing to be held on 8/30/2023 at 11:30 AM via Judge Baisier's Virtual Hearing Room. Entered on 8/25/2023. (related document(s)47, 48, 49) (amm) |
| 08/27/2023 | | 51 | Certificate of Mailing by BNC of Order and Notice Notice Date 08/27/2023. (Admin.) (Entered: 08/28/2023) |
| 08/29/2023 | | 52 | Notice of Appeal to District Court Court, Fee $ 298 filed by Michael F. Holbein on behalf of Hercules Film Investors I (US), Inc.. Appellant Designation due by 9/12/2023, submission by USBC to USDC due by 9/28/2023, (Attachments: # 1 Order Granting Omnibus Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code) (related document(s)37) (Holbein, Michael) |
| 08/29/2023 | | | Receipt of Notice of Appeal (FEE)( 23−56798−pmb) [appeal,97] ( 298.00) filing fee. Receipt Number A59492387. Fee Amount 298.00 (re: Doc# 52) (U.S. Treasury) |
| 08/29/2023 | | 53 | Amended Notice of Appeal to District Court, filed by Michael F. Holbein on behalf of Hercules Film Investors I (US), Inc.. Appellant Designation due by 9/12/2023, submission by USBC to USDC due by 9/28/2023, (Attachments: # 1 Order Granting Omnibus Petition for (I) Recognition of Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code) (related document(s)37, 52) (Holbein, Michael) |
| 08/31/2023 | | 54 | Notification of Appeal Requirements (related document(s)53) (yl) |