# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LYNNTOYA WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File |
| v. ) | No. |
| ) | |
| STATE FARM FIRE AND ) | On Removal from Superior Court |
| CASUALTY COMPANY, ) | of Gwinnett County |
| ) | Civil Action No.  23-A-06388-6 |
| Defendant. ) | |

## **CERTIFICATE**

WE HEREBY CERTIFY that we are counsel for Defendant in this action and have this day filed a copy of the Notice of Removal in the Superior Court of Gwinnett County, State of Georgia, the court from which this action was removed.

This 31st day of August, 2023.

1

Respectfully submitted,

SWIFT, CURRIE, McGHEE & HIERS, LLP

/s/ Melissa A. Segel
Melissa A. Segel
Georgia State Bar No. 020406
Vera J. Starks
Georgia Bar No. 935496
***Attorneys for Defendant***

1420 Peachtree Street NE
Suite 800
Atlanta, GA  30309
(404) 874-8800
melissa.segel@swiftcurrie.com
vera.starks@swiftcurrie.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing *CERTIFICATE* with the Clerk of Court via the CM/ECF system, through which the Court will send notification to the following attorneys:

J. Remington Huggins
Michael D. Turner
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, GA  30075
remington@lawhuggins.com
mdturner@lawhuggins.com
Attorney for Plaintiff

This 31st day of August, 2023.

                                      SWIFT, CURRIE, McGHEE & HIERS, LLP

                                      /s/ Melissa A. Segel
                                      Melissa A. Segel
                                      Georgia State Bar No. 020406
                                      Vera J. Starks
                                      Georgia Bar No. 935496
                                      ***Attorneys for Defendant***

1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
(404) 874-8800
melissa.segel@swiftcurrie.com
vera.starks@swiftcurrie.com