IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| LYNNTOYA WASHINGTON, | &#124; |
| | &#124; |
| Plaintiff, | &#124; |
| | &#124; |
| v. | &#124;  CIVIL ACTION |
| | &#124;  FILE NO. 23-A-06388-6 |
| STATE FARM FIRE AND | &#124; |
| CASUALTY COMPANY, a foreign | &#124; |
| Corporation, | &#124; |
| | &#124; |
| Defendant. | &#124; |

## NOTICE OF FILING REMOVAL

TO:    Michael D. Turner
          J. Remington Huggins
          The Huggins Law Firm, LLC
          110 Norcross Street
          Roswell, GA  30075
          mdturner@lawhuggins.com
          remington@lawhuggins.com

Please take notice that State Farm Fire and Casualty Company, Defendant in the above-styled action, has on this date filed its Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division.

This 31st day of August, 2023.

                                        Respectfully submitted,

                                        SWIFT, CURRIE, McGHEE & HIERS, LLP

                                        /s/ Melissa A. Segel
                                        Melissa A. Segel
                                        Georgia State Bar No. 020406
                                        Vera J. Starks
                                        Georgia Bar No. 935496
                                        ***Attorneys for Defendant***

1420 Peachtree Street NE
Suite 800
Atlanta, GA  30309
(404) 874-8800
melissa.segel@swiftcurrie.com
vera.starks@swiftcurrie.com

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LYNNTOYA WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File |
| v. ) | No. |
| ) | |
| STATE FARM FIRE AND ) | On Removal from Superior Court |
| CASUALTY COMPANY, ) | of Gwinnett County |
| ) | Civil Action No. 23-A-06388-6 |
| Defendant. ) | |

## NOTICE OF REMOVAL

**COMES NOW** State Farm Fire and Casualty Company ("**State Farm**"), and without waiving its affirmative defenses, and within the time prescribed by law, files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, respectfully showing the Court the following facts:

1.

On July 25, 2023, Plaintiff filed a Complaint against State Farm in the State Court of Gwinnett County, Georgia, styled as *Lynntoya Washington. v. State Farm Fire and Casualty Company* and assigned Civil Action File No. 23-A-06388-6 (the "State Court Action"). True and correct copies of all filings to date in the State Court Action are collectively attached hereto as **Exhibit "1"**.

2.

State Farm was served on August 2, 2023. This Notice of Removal is filed within 30 days of August 2, 2023, the date on which State Farm was served with the Complaint and notice of the subject lawsuit. This Notice of Removal is also filed within one year of the commencement of the action. Thus, removal is timely under 28 U.S.C. § 1446(b).

3.

The United States District Court for the Northern District of Georgia, Atlanta Division, includes Gwinnett County, Georgia. Thus, removal to this Court is proper under 28 U.S.C. § 1441(a).

4.

In her Complaint, Plaintiff alleges that her property was damaged on or around August 2, 2022. [Compl. ¶ 10]. Plaintiff further alleges that State Farm issued an Insurance Policy to Plaintiff that was in effect at the time of the alleged loss. [Compl. ¶ 10]. In addition to recovery for the alleged damage, Plaintiff seeks a bad faith penalty equal to not more than 50% of the liability of State Farm or $5,000, whichever is greater, and attorney fees. [Compl. ¶¶ 39, 40 and 42]. Although Plaintiff does not itemize its damages, based upon the foregoing, and based upon express statements by Plaintiff within the Complaint, Plaintiff is seeking damages in excess of $75,000.00 [Compl. ¶ 17]. Specifically, Plaintiff

alleges that it sent a demand for $133,673.14 to settle the claim. [*Id*.]  Thus, the amount of damages Plaintiff seeks in this action is greater than $75,000.

5.

Defendant State Farm Fire and Casualty Company is a corporation organized under the laws of the State of Illinois with its principal place of business in the State of Illinois.  It is not a citizen of the State of Georgia, was not a citizen of the State of Georgia on the date of filing of the aforesaid civil action and has not been thereafter.

6.

Plaintiff is an individual residing in Fulton County, Georgia.  As such, Plaintiff is a citizen of the State of Georgia.

7.

Because Plaintiff and State Farm are citizens of different States, complete diversity exists between Plaintiff and State Farm in accordance with 28 U.S.C. § 1332(a)(1).

8.

As shown above, the amount in controversy exceeds the sum of $75,000, exclusive of interests.

9.

The aforementioned civil action is a civil action of which this Court has

original jurisdiction under the provisions of Title 28 of the United States Code §1332, and, accordingly, is one which may be removed to this Court by State Farm pursuant to the provisions of Title 28 of the United States Code §1441, in that it is a civil action in which the matter in controversy exceeds the sum of $75,000.00 exclusive of interest and costs and is between Plaintiff, which is a citizen of Georgia and State Farm, which is a citizen of Illinois.

10.

State Farm has given written notice of the filing of this Notice of Removal to Plaintiff by notifying her attorneys of record, Michael D. Turner and J. Remington Huggins of The Huggins Law Firm, LLC, 110 Norcross Street, Roswell, Georgia 30075.  State Farm also filed a written notice with the clerk of the State Court of Gwinnett County, Georgia a copy of said notice being attached hereto and made in part hereof.

WHEREFORE, State Farm prays that this case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 31st day of August, 2023.

**SWIFT CURRIE MCGHEE & HIERS**

/s/ Melissa A. Segel
Melissa A. Segel
Georgia State Bar No. 020406
Vera J. Starks
Georgia Bar No. 935496
*Attorneys for Defendant*

1420 Peachtree Street NE
Suite 800
Atlanta, GA  30309
(404) 874-8800
melissa.segel@swiftcurrie.com
vera.starks@swiftcurrie.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D) of the Northern District of Georgia, I hereby certify that this document was prepared in Times New Roman font, 14 point, pursuant to LR 5.1(C).

**SWIFT CURRIE MCGHEE & HIERS**

/s/ Melissa A. Segel
Melissa A. Segel
Georgia State Bar No. 020406
Vera J. Starks
Georgia Bar No. 935496
***Attorneys for Defendant***

1420 Peachtree Street NE
Suite 800
Atlanta, GA  30309
(404) 874-8800
melissa.segel@swiftcurrie.com
vera.starks@swiftcurrie.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have this day electronically filed *Notice of Removal* with the Clerk of Court using the CM/ECF System which will notify counsel of record as follows:

> Michael D. Turner
> J. Remington Huggins
> The Huggins Law Firm, LLC
> 110 Norcross Street
> Roswell, GA  30075
> mdturner@lawhuggins.com
> remington@lawhuggins.com
> *Attorneys for Plaintiff*

This 31st day of August, 2023.

**SWIFT CURRIE MCGHEE & HIERS**

/s/  Melissa A. Segel
Melissa A. Segel
Georgia State Bar No. 020406
Vera J. Starks
Georgia Bar No. 935496
*Attorneys for Defendant*

1420 Peachtree Street NE
Suite 800
Atlanta, GA  30309
(404) 874-8800
melissa.segel@swiftcurrie.com
vera.starks@swiftcurrie.com

4884-9712-0380, v. 1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have filed Defendant's Notice of Filing Removal with the Clerk of Court using the Odyssey E-FileGA system which will automatically send e-mail notification of such filing to counsel of record as follows:

J. Remington Huggins
Michael D. Turner
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, GA  30075
remington@lawhuggins.com
mdturner@lawhuggins.com
***Attorney for Plaintiff***

This 31st day of August, 2023.

Respectfully submitted,

SWIFT, CURRIE, McGHEE & HIERS, LLP

/s/ Melissa A. Segel
Melissa A. Segel
Georgia State Bar No. 020406
Vera J. Starks
Georgia Bar No. 935496
***Attorneys for Defendant***

1420 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309
(404) 874-8800
melissa.segel@swiftcurrie.com
vera.starks@swiftcurrie.com

4866-7272-8444, v. 1