# Exhibit B

## Please Be Aware of the Counterfeits!

**Danielle Townes, a native of New Jersey,** launched LOC N™ Gel and LOC N™ Products in 2016 and is a renown Loctitan first while also being a barber and stylist. Growing up on the east coast, she has been in the hair business since she was a child, helping and assisting her Mother, who is also a hairstylist with clients, and her Father, who is a barber. Danielle created the LOC N™ Products out of love for her clients and wanting the best for them that were wearing loc and twists styles at the time. She formulated the gel product based on what she knew the hair needed and the styles customers wanted to achieve.

As a self-proclaimed perfectionist and only wanting the best, Danielle developed a new gel technology that revolutionized the category and was the first to use the LOC N™ trademark and the brand colors. She wanted to create a gel that was developed with natural based ingredients and would be healthy for the hair and scalp, but still delivering the shine and hold needed. That lead her to create a specially formulated aloe vera based gel with no alcohol, no beeswax and no mineral oils or petrolatum. What was created was a powerful holding gel and other innovative products, with new formulation technologies and the right mix of ingredients to provide long lasting hold, boost shine, and have no product build-up or stickiness on the hair.

Danielle's good fortune and "creating the right products that work" brought about a lot of copycats and counterfeiters. Unfortunately, a certain company has counterfeited LOC N™ Gel and LOC N™ Products....so PLEASE be aware of the counterfeits.

So that you know the difference, LOC N™ Gel and all other LOC N™ products will now bear the company's official Gold seal and Danielle's gold signature. Make sure the products you purchase have those two things that authenticate them. (see examples on the next page)

Danielle has now joined forces with industry leader Cyrus Jackson, who made the first products for loc styles back in the 90's. Cyrus' industry experience, reputation, and relationships will have a massive impact on the future strategies and distribution of LOC N™ products moving forward. He previously owned and sold Professional Products Unlimited and has been identifying opportunities for mergers and acquisitions since selling.

This new alliance is already bringing about new product concepts and new distribution opportunities for the LOC N™ products. Be on the lookout for the LOC N™ Holding Gel line extensions---Mango & Lime, Peppermint, and Resistant 4C/Gray. Also, the new LOC N™ BRAIDS with Sea Moss, a complete system for maintaining healthy braids that will provide the same great hold and shine along with anti-itch and nourishment of the scalp from this natural essential oil combination.

**NEW - LOOK FOR GOLD SEAL & GOLD SIGNATURE**



**COUNTERFEIT JAR**



### Don't be Fooled
by a Counterfeit Product...

Look for the Gold Seal & Gold Signature



— Danielle Townes

### NEW COLLECTIONS COMING SOON!

**FOR INFORMATION AND THE AUTHENTIC WEBSITE:**
www.locnproducts.com

Available at the following LOC N™ Authorized Distributors:
- Beauty Consultants (954) 662-4652 • Leoalba@live.com
- Bee Sales • Bens MD, PA and TX
- Cicely's Beauty Supply • Jinny Beauty • Manado International (info@mamadousa.com) • PK NJ, IL
- PS One Sales (404) 723-0114 - Phillip0114@yahoo.com
- Star Bee



# LOC N GEL
### EXTRA HOLD

## The original since 2016 is back.
## Stronger than ever…
## And we mean business!

**Look for the Gold Seal & Gold Signature**

| LOC N™ GEL | | LOC N™ BRAIDS | |
|---|---|---|---|
| Extra Hold | 16 ounce | Super Hold Gel | 16 ounce |
| Mango & lime | 16 ounce | Gray Out Gel | 16 ounce |
| Lemongrass | 16 ounce | Anti Itch Gel | 16 ounce |
| Peppermint | 16 ounce | | |
| Resistant Tight Texture | 16 ounce | Super Hold Gel | 8 ounce |
| | | Gray Out Gel | 8 ounce |
| Extra Hold | 8 ounce | Anti Itch Gel | 8 ounce |
| Mango & lime | 8 ounce | | |
| Lemongrass | 8 ounce | Refresher Spray | 8 ounce |
| Peppermint | 8 ounce | Peppermint Aloe Shampoo | 8 ounce |
| Resistant Tight Texture | 8 ounce | Dry Cleanser Shampoo | 8 ounce |
| | | Loctite Foam Wrap | 8 ounce |
| Scratch Spray | 8 ounce | | |
| Peppermint Shampoo | 8 ounce | | |