# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PUREO NATURAL PRODUCTS LLC and TRENDZ BEAUTY ACADEMY LLC,<br><br>    Plaintiffs,<br>v.<br><br>LOCN PRODUCTS LLC, CUT CREATERS SALON SUITES, LLC, DANIELLE TOWNES, OMAR TOWNES, and DOES 1-10,<br><br>    Defendants. | Civil Action No. _____<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS PUREO NATURAL PRODUCTS LLC AND TRENDZ BEAUTY ACADEMY LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs PureO Natural Products LLC and Trendz Beauty Academy LLC submit this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3., N.D Ga., showing as follows:

1.    The undersigned counsel of record for a party to this action certifies that, to its knowledge, the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

PLAINTIFFS:

1

- PureO Natural Products LLC
- Trendz Beauty Academy LLC

<u>DEFENDANTS</u>:

- Locn Products LLC
- Cut Creaters Salon Suites, LLC
- Danielle Townes
- Omar Townes
- Does 1 through 10

2. The undersigned further certifies that the following, to its knowledge, is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Plaintiffs and Defendants

3. The undersigned further certifies the following, to its knowledge, is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>For Plaintiffs:</u>

BJay Pak
Georgia Bar No. 559457
bjay.pak@alston.com
Robert L. Lee
Georgia Bar No. 443978
bob.lee@alston.com
Katie H. Hall
Georgia Bar No. 143846

katie.hall@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street NE
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

For Defendants:

Not Known

Dated: August 31, 2023

/s/ *BJay Pak*
BJay Pak
bjay.pak@alston.com
Georgia Bar No. 559457
Robert L. Lee
bob.lee@alston.com
Georgia Bar No. 443978
Katie H. Hall
katie.hall@alston.com
Georgia Bar No. 143846
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street NE
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Plaintiffs PureO Natural Products LLC and Trendz Beauty Academy LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, a true and correct copy of the foregoing **PLAINTIFFS PUREO NATURAL PRODUCTS LLC AND TRENDZ BEAUTY ACADEMY LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was served on Defendants by U.S. Mail at the addresses below:

Locn Products LLC
c/o Christian Kant
115 Martin Luther King Dr.
Atlanta, GA 30303

Danielle Townes
90 Michael Ryan Drive
Porterdale, GA 30014-5006

Cut Creaters Salon Suites, LLC
c/o Shelton Foreman
10941 Station Drive
Hampton, GA 30228

Omar Townes
90 Michael Ryan Drive
Porterdale, GA 30014-5006

This 31st day of August, 2023.

/s/ *BJay Pak*
BJay Pak