IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DOROTHY CLARK,<br><br>Plaintiff,<br><br>v.<br><br>CONNER GOODWIN, TOTAL TRANSPORTATION OF MISSISSIPPI, LLC, and MOUNTAIN LAKE RISK RETENTION GROUP, INC.,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>23A00810 |

## ORDER

Having come before the Court on the Plaintiff's Motion to Dismiss With Prejudice Less Than All Parties, and having reviewed same;

**IT IS HEREBY ORDERED** that Mountain Lake Risk Retention Group, Inc., is **DISMISSED WITH PREJUDICE** from this action.

This _3rd_ day of _August_, 2023.

_____
JUDGE Kimberly A. Alexander
DEKALB COUNTY STATE COURT JUDGE

Submitted by:

*/s/ Riley W. Snider*
Riley W. Snider, Esq.
*Attorney for Plaintiff*
Georgia Bar No.: 912995
MORGAN & MORGAN ATLANTA PLLC
178 S Main Street Unit 300
Alpharetta, GA 30009
mpaul@forthepeople.com

STATE COURT OF
DEKALB COUNTY, GA.
8/3/2023 1:53 PM
E-FILED
BY: Johnette L Henderson

**EXHIBIT C**