# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC No. | County | Date Rec. by DOT |
|---|---|---|---|
| 22-102763 | 0440200 | DEKALB | 12/4/2022 |

| Estimated Crash Date | Time | Dispatch Date | Time | Arrival Date | Time | Total Vehicles | Injuries | Fatalities | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| 12/4/2022 | 15:01 | 12/4/2022 | 15:27 | 12/4/2022 | 15:37 | 2 | 0 | 0 | Unincorporated |

**Road of Occurence:** GLENWOOD RD
**At Its Intersection With:** COVINGTON HWY
**Not At Its Intersection But:** ☐ Miles ☐ Feet  ☐ North ☐ South  ☐ East ☐ West  **Of:**
**Latitude (Y):** 33.736758    **Longitude (X):** -84.216715

☐ Suppl. To Original?   ☐ Private Property?   ☐ Hit And Run?

## Unit 1
☑ Driver ☐ Ped ☐ Bike
**Last Name:** GOODWIN   **First:** CONNER   **Middle:** D
**Address:** 2709 CITCO AVE APT E01
☑ Susp At Fault
**City:** CHATTANOOGA   **State:** TN   **Zip:** 37406   **DOB:** 6/21/1995
**Driver's License No:** 120961357   **Class:** CLASS A   **State:** TN   **Country:** USA
**Insurance Co.:** MOUNTAIN LAKE RISK RETENTION   **Policy No.:** TTS239097-22   **Telephone No.:**
**Year:** 2020   **Make:** FREIGHTLINER   **Model:** CASCADIA
**VIN:** 3AKJHHDR4LSLJ7672   **Vehicle Color:** Red
**Tag #:** 3DR469   **State:** OK   **County:**   **Year:** 2023
**Trailer Tag #:** U617298   **State:** TN   **County:**   **Year:** 2023
☐ Same as Driver   **Owner's Last Name:** TOTAL TRANSPORTATION   **First:**   **Middle:**
**Address:** 4402 SW 44TH STREET
**City:** OKLAHOMA CITY   **State:** OK   **Zip:** 73119
**Removed By:** DRIVER 1   ☐ Request ☐ List
**Alcohol Test:** No   **Type:**   **Results:**   **Drug Test:** No   **Type:**   **Results:**
**First Harmful Event:** Motor Vehicle In Motion   **Most Harmful Event:** Motor Vehicle In Motion   **Operator/Ped Cond:** Not Drinking
**Operator Factors:** Changed Lanes Improperly
**Vehicle Factors:** No Contributing Factors   **Roadway Factors:** No Contributing Factors
**Direction of Travel:** North   **Vehicle Maneuver:** Changing Lanes   **Non-Motor Maneuver:**
**Vehicle Class:** Commercial Motor Vehicle (CMV)   **Vehicle Type:** Tractor/Trailer   **Vision Obscured:** Not Obscured
**Number of Occupants:** 2   **Area of Initial Contact:** Left Side-Near Front   **Damage to Vehicle:** Functional Damage
**Traffic Way Flow:** Two-Way Trafficway with no physical separation   **Road Composition:** Black Top   **Road Character:** Straight and Level
**Number of Lanes:** 6   **Posted Speed:** 45   **Work Zone:** None
**Traffic Control:** Traffic Signal   **Device Inoperative:** ☐ Yes ☑ No
**Citation Information:**
Citation # 22177085ET   O.C.G.A. § 40-6-48
Citation #   O.C.G.A. §
Citation #   O.C.G.A. §

## Unit 2
☑ Driver ☐ Ped ☐ Bike
**Last Name:** CLARK   **First:** DOROTHY   **Middle:**
**Address:** 1107 THICKET WAY
☐ Susp At Fault
**City:** DECATUR (DEKALB)   **State:** GA   **Zip:** 30035   **DOB:** 1/29/1951
**Driver's License No:** 002796703   **Class:** CLASS C   **State:** GA   **Country:** USA
**Insurance Co.:** ALLSTATE P & C   **Policy No.:** 000000021555571   **Telephone No.:** 6783348395
**Year:** 2001   **Make:** HYUNDAI   **Model:** ELANTRA
**VIN:** KMHDN45D91U173592   **Vehicle Color:** Silver
**Tag #:** BID0503   **State:** GA   **County:** DEKALB   **Year:** 2023
**Trailer Tag #:**   **State:**   **County:**   **Year:**
☑ Same as Driver   **Owner's Last Name:** CLARK   **First:** DOROTHY   **Middle:**
**Address:** 1107 THICKET WAY
**City:** DECATUR (DEKALB)   **State:** GA   **Zip:** 30035
**Removed By:** DRIVER 2   ☐ Request ☐ List
**Alcohol Test:** No   **Type:**   **Results:**   **Drug Test:** No   **Type:**   **Results:**
**First Harmful Event:** Motor Vehicle In Motion   **Most Harmful Event:** Motor Vehicle In Motion   **Operator/Ped Cond:** Not Drinking
**Operator Factors:** No Contributing Factors
**Vehicle Factors:** No Contributing Factors   **Roadway Factors:** No Contributing Factors
**Direction of Travel:** North   **Vehicle Maneuver:** Turning Right   **Non-Motor Maneuver:**
**Vehicle Class:** Privately Owned   **Vehicle Type:** Passenger Car   **Vision Obscured:** Not Obscured
**Number of Occupants:** 1   **Area of Initial Contact:** Right Side-Near Rear   **Damage to Vehicle:** Functional Damage
**Traffic Way Flow:** Two-Way Trafficway with no physical separation   **Road Composition:** Black Top   **Road Character:** Straight and Level
**Number of Lanes:** 6   **Posted Speed:** 45   **Work Zone:** None
**Traffic Control:** Traffic Signal   **Device Inoperative:** ☐ Yes ☑ No
**Citation Information:**
Citation #   O.C.G.A. §
Citation #   O.C.G.A. §
Citation #   O.C.G.A. §

## COMMERCIAL MOTOR VEHICLES ONLY (Unit 1)
**Carrier Name:** TOTAL TRANSPORTATION OF MISSISSIPPI LLC
**Address:** PO BOX 2060   **City:** Jackson   **State:** Mississippi   **Zip:** 39225
**U.S. D.O.T. #:** 434467   **No. of Axles:** 5   **G.V.W.R:** 26001 or Greater
**Cargo Body Type:** Other   **Vehicle Config.:** Tractor Trailer   ☑ Interstate ☐ Intrastate   **Fed. Reportable:** ☐ Yes ☑ No
**C.D.L.?** ☑ Yes ☐ No   **C.D.L. Suspended?** ☐ Yes ☑ No
**Vehicle Placarded?** ☐ Yes ☑ No   **Hazardous Materials?** ☐ Yes ☑ No
**Hazmat Released?** ☐ Yes ☑ No
☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

## COMMERCIAL MOTOR VEHICLES ONLY (Unit 2)
**Carrier Name:**
**Address:**   **City:**   **State:**   **Zip:**
**U.S. D.O.T. #:**   **No. of Axles:**   **G.V.W.R:**
**Cargo Body Type:**   **Vehicle Config.:**   ☐ Interstate ☐ Intrastate   **Fed. Reportable:** ☐ Yes ☐ No
**C.D.L.?** ☐ Yes ☐ No   **C.D.L. Suspended?** ☐ Yes ☐ No
**Vehicle Placarded?** ☐ Yes ☐ No   **Hazardous Materials?** ☐ Yes ☐ No
**Hazmat Released?** ☐ Yes ☐ No
☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

GDOT-523 (07/17)

**EXHIBIT D**

## COLLISION FIELDS

**Manner of Collision:** Sideswipe-Same Direction  **Location at Area of Impact:** On Roadway - Roadway Intersection  **Weather:** Cloudy  **Surface Condition:** Dry  **Light Condition:** Daylight

## NARRATIVE

Based upon the evidence at the scene and the statements of both drivers the following was determined: driver 2 was making a right turn from northbound Glenwood Road onto eastbound Covington HWY in lane 2 when vehicle 1 merged into her lane from lane 3 and sideswiped the passenger side rear of her vehicle causing moderate damage to the passenger side doors and quarter panel. There were no injuries reported. Driver 1 stated he was turning right onto Covington HWY from northbound Glenwood Road in lane 3 when he swerved to the left to avoid the curb on his right and sideswiped vehicle 2 as he negotiated the turn. Vehicle 1 had minor to moderate damage to the driver's side front fender. Driver 1 was cited for failure to maintain lane. Both drivers were given a case number for the police report. Both drivers were able to remove their vehicles from the scene. Body worn active.

## DIAGRAM

[Diagram: Not to scale. Shows Covington Highway running east-west with Glenwood Road intersecting. VEH 1 and VEH 2 shown at point of impact (P.O.I.) near intersection. 4825 Covington Highway / CITGO STATION and 4847 COV HWY shown to the south. Clarke Ln to the south.]

## PROPERTY DAMAGE INFORMATION

**Damage Other Than Vehicle:**   **Owner:**

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|

GDOT-523 (07/17)

## OCCUPANT INFORMATION

### 1
| Name (Last, First): | GOODWIN, CONNER | | | | Address: | 2709 CITCO AVE APT E01  CHATTANOOGA, TN 37406 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Age: 27 | Sex: Male | Unit #: 1 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No | |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | | |

### 2
| Name (Last, First): | BARNES, STACEY | | | | Address: | 1411 GEORGE F WEST BLVD  NATCHEZ, MS 39120 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Age: 49 | Sex: Male | Unit #: 1 | Position: Front Seat-Right Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No | |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | | |

### 3
| Name (Last, First): | CLARK, DOROTHY | | | | Address: | 1107 THICKET WAY  DECATUR (DEKALB), GA 30035 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Age: 71 | Sex: Female | Unit #: 2 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No | |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | | |

### 4
| Name (Last, First): | | | | | Address: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit #: | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: | |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | | |

## ADMINISTRATIVE

**Photos Taken:** ☐ Yes  ☑ No    **By:**

*Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963.*

| Report By: | Agency: | Report Date: | Checked By: | Date Checked: |
|---|---|---|---|---|
| BYRD, K (2527) | Dekalb Co Police Department | 12/04/2022 17:03 | Thompson, Adrian | 12/4/2022 |

GDOT-523 (07/17)    [Printed: 12/4/2022 | 8809197]    *MAIL TO: Georgia Department of Transportation, CRASH REPORTING UNIT, 935 United Ave, SE, Atlanta, GA 30316-2590*