No. 23A00810

Date Summons Issued and Filed
2/21/2023

/s/ Monica Gay
Deputy Clerk

Deposit Paid $ _____

[ ]  **ANSWER**
[X]  **JURY**

**STATE COURT OF DEKALB COUNTY**
**GEORGIA, DEKALB COUNTY**

**SUMMONS**

Dorothy Clark
_____
(Plaintiff's name and address)

vs.

Conner Goodwin
2709 Citco Avenue, Apartment E01
Chatanooga, TN 37406
(Defendant's name and address)

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Riley W. Snider, Esq.
(Name)
178 South Main Street, Unit #300, Alpharetta, GA 30009
(Address)
770.799.2757          912995
(Phone Number)       (Georgia Bar No.)

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. (Plus cost of this action.)

# EXHIBIT F

---

Defendant's Attorney

_____
Address

_____
Phone No.          Georgia Bar No.

Third Party Attorney

_____
Address

_____
Phone No.          Georgia Bar No.

---

**TYPE OF SUIT**

☐ Account         ☐ Personal Injury          Principal    $ _____
☐ Contract        ☐ Medical Malpractice
☐ Note            ☐ Legal Malpractice        Interest     $ _____
☐ Trover          ☐ Product Liability
                  ☐ Other                    Atty Fees    $ _____

☐ Transferred From _____

**(Attach BLUE to Original and WHITE to Service Copy of complaint)**

summons1200.rev
STATE COURT OF
DEKALB COUNTY, GA.
2/21/2023 2:01 PM
E-FILED
BY: Monica Gay