No. 23A00810

STATE COURT OF DEKALB COUNTY
GEORGIA, DEKALB COUNTY

SUMMONS

Date Summons Issued and Filed: 2/21/2023

/s/ Monica Gay
Deputy Clerk

Deposit Paid $ _____

[ ] **ANSWER**
[X] **JURY**

Dorothy Clark
_____
(Plaintiff's name and address)

vs.

Total Transportation of Mississippi, LLC
c/o Corporation Service Company
109 Executive Drive, Suite 3
Madison, MS 39110
(Defendant's name and address)

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Riley W. Snider, Esq.
(Name)
178 South Main Street, Unit #300, Alpharetta, GA 30009
(Address)
770.799.2757                                   912995
(Phone Number)                                 (Georgia Bar No.)

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. (Plus cost of this action.)

# EXHIBIT G

_____          _____
Defendant's Attorney                          Third Party Attorney

_____          _____
Address                                       Address

_____          _____
Phone No.         Georgia Bar No.             Phone No.         Georgia Bar No.

**TYPE OF SUIT**

☐ Account            ☐ Personal Injury              Principal    $ _____
☐ Contract           ☐ Medical Malpractice
☐ Note               ☐ Legal Malpractice            Interest     $ _____
☐ Trover             ☐ Product Liability
                     ☐ Other                        Atty Fees    $ _____

☐ Transferred From _____

**(Attach BLUE to Original and WHITE to Service Copy of complaint)**

summons1 2008rev

STATE COURT OF
DEKALB COUNTY, GA.
2/21/2023 2:01 PM
E-FILED
BY: Monica Gay