# IN THE STATE COURT OF DEKALB COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| DOROTHY CLARK, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 23A00810 |
| CONNER GOODWIN, TOTAL ) | |
| TRANSPORTATION OF MISSISSIPPI, ) | |
| LLC, and MOUNTAIN LAKE RISK ) | |
| RETENTION GROUP, INC. ) | |
| ) | |
| Defendants. ) | |

## ACKNOWLEDGEMENT OF SERVICE

Pursuant to O.C.G.A § 9-10-73, Defendants, Conner Goodwin and Total Transportation of Mississippi, LLC, by and through their undersigned counsel of record, hereby waives process, and acknowledges and accepts service of the Summons (Conner Goodwin), Summons (Total Transportation of Mississippi), Complaint, and Case Initiation Form in the above styled case and hereby waives all defenses as to service of process and sufficiency of process as to these defendants.

This 3rd day of August, 2023.

                                                                  **NALL & MILLER, LLP**

                                                                   /s/ *(signature)*
                                                                   **MICHAEL D. HOSTETTER**
                                                                   Georgia Bar No. 368420
                                                                   **LASHAWNDA M. SAMPSON**
                                                                   Georgia Bar No.: 577242
                                                                   *Attorney for Defendants*

Suite 1500 – North Tower
235 Peachtree St. NE
Atlanta, GA 30303-1401
(404) 522-2202
lsampson@nallmiller.com

STATE COURT OF
DEKALB COUNTY, GA.
8/3/2023 10:36 AM
E-FILED
BY: Johnette L Henderson

**EXHIBIT H**

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| DOROTHY CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE NO. 23A00810 |
| CONNER GOODWIN, TOTAL TRANSPORTATION OF MISSISSIPPI, LLC, and MOUNTAIN LAKE RISK RETENTION GROUP, INC. | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served the within and foregoing *Acknowledgment of Service* using the Court's electronic filing system (*Odyssey*) upon opposing counsel as follows:

Riley W. Snider, Esq.
Morgan & Morgan Atlanta, PLLC.
178 South Main Street, Unit #300
Alpharetta, GA 30009
rsnider@forthepeople.com

This 3rd day of August, 2023.

**NALL & MILLER, LLP**

/s/ *Sampson*

**MICHAEL D. HOSTETTER**
Georgia Bar No. 368420
**LASHAWNDA M. SAMPSON**
Georgia Bar No.: 577242
*Attorney for Defendants*

Suite 1500 – North Tower
235 Peachtree St. NE
Atlanta, GA 30303-1401
(404) 522-2202
lsampson@nallmiller.com

STATE COURT OF
DEKALB COUNTY, GA.
8/3/2023 10:36 AM
E-FILED
BY: Johnette Henderson

1019228v.1