EXHIBIT A
RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 7/3/2023 3:03 PM
Brian K. Hart -Clerk of Court

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| HEATHER RAY, Individually and As Parent and Natural Guardian of HUNTER WHITE, a Minor,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BENJAMIN ALVEY,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)CIVIL ACTION NO. STCV23-01369<br>)<br>)<br>)<br>)<br>)<br>) |

### SUMMONS

TO:   Benjamin Alvey
       17 Wheatview Lane
       Okatie, South Carolina, 29909

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's attorney whose name and address is:

> Angela T. Gore, Esq.
> Kenneth S. Nugent, P.C.
> One Bull Street, Suite 400
> Savannah, Georgia 31401

an answer to the complaint which is herewith served upon you, within 30 days after service of summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in this Complaint.

This _____ day of July, 2023.

STATE COURT OF CHATHAM COUNTY

/s/ Keagan Gracy
_____
Clerk, State Court of Chatham County

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| HEATHER RAY, Individually and As Parent and Natural Guardian of HUNTER WHITE, a Minor,<br><br>      Plaintiff,<br><br>vs.<br><br>BENJAMIN ALVEY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. STCV23-01369<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

COMES NOW Heather Ray, Individually, and As Parent and Natural Guardian of Hunter White, a minor, by and through undersigned counsel, and files this, her Complaint against Benjamin Alvey showing this Honorable Court the following:

**PARTIES, JURISDICTION, VENUE, AND SERVICE OF PROCESS**

1. Plaintiff Heather Ray (hereinafter "Plaintiff") is a resident of Chatham County, Georgia.

2. Defendant Benjamn Alvey (hereinafter "Defendant") is a non-resident motorist from Beaufort County, South Carolina, and may be served through the Georgia Secretary of State pursuant to the Georgia Nonresident Motorist Act, O.C. G. A. § 40-12-2 at his residence located at 17 Wheatview Lane, Okatie, South Carolina, 29909.

3. Defendant is subject to the jurisdiction of the Court pursuant to the Georgia Long-Arm Statute, O. C. G. A § 9-10-91.

4. The State Court of Chatham County is the Court of proper venue in this action.

5. The State Court of Chatham County has jurisdiction over the subject matter of this action.

## FACTS

5. On or about September 7, 2021, Plaintiff and her minor child, Hunter White, were in Plaintiff's 2014 Ford Mustang LX traveling east on Montgomery Crossroads, near the intersection with White Bluff Road, in Savannah, Chatham County, Georgia.

7. At said place and time, the Plaintiff's vehicle entered the intersection at Montgomery Crossroads and White Bluff Road on a green light to make a left hand turn onto White Bluff Road in Savannah, Chatham County, Georgia.

6. At said time and place, Defendant was traveling north on White Bluff Road near the intersection with Montgomery Crossroads in Savannah, Chatham County, Georgia, and failed to stop for the red traffic signal at the intersection of White Bluff Road and Montgomery Crossroads causing his vehicle to collide into the left center of the Plaintiff's vehicle, thus forming the subject collision in this action.

9. In the moments before the collision, Defendant was not traveling in a reasonable and prudent manner and did not have regard for the actual and potential hazards then existing on the roadway.

10. There was nothing that prevented Defendant from being able to see the vehicle operated by Plaintiff in the moments before the collision.

11. There was nothing that Plaintiff could have or should have done under the circumstances to avoid or minimize the collision with Defendant.

12. As a result of the collision with Defendant, Plaintiff and her minor child endured severe personal injuries and substantial losses.

**COUNT ONE: NEGLIGENCE OF DEFENDANT BENJAMIN ALVEY**

13. Plaintiff incorporates the preceding allegations as if fully set forth herein.

14. At all times material to this action, Defendant had a legal duty to adhere to Georgia traffic laws.

15. The acts or omissions on the part of Defendant, constituting negligence or negligence *per se*, consist of, among other things:

    (a) Failure to exercise due care, a violation of O.C.G.A. § 40-6-93, said violation constituting negligence *per se*;

    (b) Failure to maintain proper lookout;

    (c) Failure to obey a traffic control device, a violation of O.C.G.A. § 40-6-20, said violation constituting negligence *per se*;

    (d) Otherwise being negligent and careless in the operation of a motor vehicle.

16. As a direct and proximate result of the negligence and negligence *per se* of Defendant, Plaintiff and her minor child sustained personal injuries, pain and suffering, economic losses, and other damages.

17. Defendant is liable to Plaintiff for all past, present, and future economic and non-economic damages allowed by law for the injuries, damages, and losses sustained by Plaintiff and her minor child as a direct and proximate result of her negligence.

### COUNT TWO: INJURIES AND DAMAGES TO PLAINTIFF

17. Plaintiff incorporates the preceding allegations as if fully set forth herein

18. As a direct and proximate result of the actions of the Defendant, Plaintiff has sustained:

    (a) Various bodily injuries, including but not limited to, headaches, cervicalgia, left shoulder pain, back pain, left ankle pain, cervical radiculopathy, cervical facet joint syndrome, lumbar facet syndrome, lumbar radiculopathy, C3/4 disc

3

herniation with spinal cord compression requiring an Anterior Cervical Discectomy and Fusion, C5/6 disc bulge with superimposed right paracentral disc extrusion abutting the spinal cord requiring a cervical disc arthroplasty;

(b) Past, present and future mental and physical pain and suffering and disruption of normal life and diminution in the enjoyment of life;

(c) Past and present medical expenses in excess of $246.647.91;

(d) Future medical expenses in an amount to be determined;

(e) Out-of-pocket expenses in an amount to be determined.

## COUNT THREE: INJURIES AND DAMAGES TO PLAINTIFF'S MINOR CHILD, HUNTER WHITE

17. Plaintiff incorporates the preceding allegations as if fully set forth herein

18. As a direct and proximate result of the actions of the Defendant, Plaintiff's minor child, Hunter White, has sustained:

(a) Emotional trauma and anguish;

(b) Past, present and future mental and physical pain and suffering and disruption of normal life and diminution in the enjoyment of life in the amount of $10,000.00;

(c) Future medical expenses in an amount to be determined;

(d) Out-of-pocket expenses in an amount to be determined.

WHEREFORE, Plaintiff prays for the following:

(a) That summons and process issue, as provided by law, requiring Defendant to appear and answer Plaintiff's Complaint;

(b) That service be had upon Defendant as provided by law;

(c) That Plaintiff be awarded actual, general, special damages;

4

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 7/3/2023 5:05 PM Case 1:23-mi-99999-UNA Document 2821-1 Filed 08/31/23 Page 6 of 7 *Brian K. Hart* -Clerk of Court

(d) That Plaintiff have judgment against Defendant for all costs of Court;

(e) That Plaintiff have a trial by a jury as to all issues;

(f) That all attorneys' fees, expenses, and costs be cast against Defendant; and

(f) That Plaintiff have such other and further relief as the Court may deem just and proper.

Respectfully submitted, this <u>3rd</u> day of July, 2023.

                    KENNETH S. NUGENT, P.C.

                    */s/Angela T. Gore*
                    Angela T. Gore
                    Georgia Bar No. 197097
                    Jan P. Cohen
                    Georgia Bar No.174337
                    Attorneys for Plaintiff

One Bull Street
Suite 400
Savannah, Georgia 31401
agore@attorneykennugent.com
(912) 447-5984

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| HEATHER RAY, Individually and As Parent and Natural Guardian of HUNTER WHITE, a Minor, <br><br> Plaintiff, <br><br> vs. <br><br> BENJAMIN ALVEY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. STCV23-01369 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATION UNDER RULE 3.2**

Pursuant to Rules 3.2 and 3.4 of the Uniform State Court Rules and Local Rules of the Eastern Judicial Circuit of Georgia, I hereby certify that no case has heretofore been filed in the State Court of the Eastern Judicial Circuit involving substantially the same parties or substantially the same subject matter or substantially the same factual issues which would require the petition-pleading to be specifically assigned to the judge whom the original action was or is assigned.

This  3rd  day of July, 2023.

KENNETH S. NUGENT, P.C.

/s/Angela T. Gore
Angela T. Gore
Georgia Bar No. 197097
Jan P. Cohen
Georgia Bar No.174337
**Attorneys for Plaintiff**

One Bull Street
Suite 400
Savannah, Georgia 31401
agore@attorneykennugent.com
(912) 447-5984