IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| HEATHER RAY, Individually and As Parent and Natural Guardian of HUNTER WHITE, a Minor,<br><br>       Plaintiff,<br><br>vs.<br><br>BENJAMIN ALVEY and AMAZON LOGISTICS, INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)CIVIL ACTION NO. STCV23-01369<br>)<br>)<br>)<br>)<br>)<br>) |

## AMENDED COMPLAINT

COMES NOW Heather Ray, Individually, and As Parent and Natural Guardian of Hunter White, a minor, by and through undersigned counsel, and files this, her Complaint against Benjamin Alvey and Amazon Logistics, Inc. showing this Honorable Court the following:

### PARTIES, JURISDICTION, VENUE, AND SERVICE OF PROCESS

1. Plaintiff Heather Ray (hereinafter "Plaintiff") is a resident of Chatham County, Georgia.

2. Defendant Benjamin Alvey (hereinafter "Defendant Alvey") is a non-resident motorist from Beaufort County, South Carolina, and may be served through the Georgia Secretary of State pursuant to the Georgia Nonresident Motorist Act, O.C.G.A. § 40-12-2 at his residence located at 17 Wheatview Lane, Okatie, South Carolina, 29909.

3. Defendant Amazon Logistics, Inc. (hereinafter "Defendant Amazon") is a foreign corporation doing business in the State of Georgia and can be served through its registered agent, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Georgia, 30092

4. The State Court of Chatham County is the Court of proper venue in this action.

5. The State Court of Chatham County has jurisdiction over the subject matter of this action.

## FACTS

6. On or about September 7, 2021, Plaintiff and her minor child, Hunter White, were in Plaintiff's 2014 Ford Mustang LX traveling east on Montgomery Crossroads, near the intersection with White Bluff Road, in Savannah, Chatham County, Georgia.

7. At said place and time, the Plaintiff's vehicle entered the intersection at Montgomery Crossroads and White Bluff Road on a green light to make a left hand turn onto White Bluff Road in Savannah, Chatham County, Georgia.

8. At said time and place, Defendant Alvey, while working for Amazon Logistics, Inc., was traveling north on White Bluff Road near the intersection with Montgomery Crossroads in Savannah, Chatham County, Georgia, and failed to stop for the red traffic signal at the intersection of White Bluff Road and Montgomery Crossroads causing his vehicle to collide into the left center of the Plaintiff's vehicle, thus forming the subject collision in this action.

9. In the moments before the collision, Defendant Alvey was not traveling in a reasonable and prudent manner and did not have regard for the actual and potential hazards then existing on the roadway.

10. There was nothing that prevented Defendant Alvey from being able to see the vehicle operated by Plaintiff in the moments before the collision.

11. There was nothing that Plaintiff could have or should have done under the circumstances to avoid or minimize the collision with Defendant Alvey.

12. As a result of the collision with Defendant Alvey, Plaintiff and her minor child endured severe personal injuries and substantial losses.

## COUNT ONE: NEGLIGENCE OF DEFENDANT BENJAMIN ALVEY

13. Plaintiff incorporates the preceding allegations as if fully set forth herein.

14. At all times material to this action, Defendant Alvey had a legal duty to adhere to Georgia traffic laws.

15. The acts or omissions on the part of Defendant Alvey, constituting negligence or negligence *per se*, consist of, among other things:

   (a) Failure to exercise due care, a violation of O.C.G.A. § 40-6-93, said violation constituting negligence *per se*;

   (b) Failure to maintain proper lookout;

   (c) Failure to obey a traffic control device, a violation of O.C.G.A. § 40-6-20, said violation constituting negligence *per se*;

   (d) Otherwise being negligent and careless in the operation of a motor vehicle.

16. As a direct and proximate result of the negligence and negligence *per se* of Defendant Alvey, Plaintiff and her minor child sustained personal injuries, pain and suffering, economic losses, and other damages.

17. Defendant Alvey is liable to Plaintiff for all past, present, and future economic and non-economic damages allowed by law for the injuries, damages, and losses sustained by Plaintiff and her minor child as a direct and proximate result of her negligence.

**COUNT TWO: NEGLIGENCE OF DEFENDANT AMAZON LOGISTICS, INC.**

18. Plaintiff incorporates the preceding allegations as if fully set forth herein.

19. Plaintiff is informed and believes that at all times relevant to Plaintiff's Complaint, Defendant Alvey was the agent, servant, and/or employee of the Defendant Amazon, and at the time of the incident which is the subject of Plaintiff's Complaint, was in the course and scope of his employment with Defendant Amazon.

3

20. Defendant Amazon was negligent in one or more of the following respects:

   (a) By failing to properly train its agent and employee Defendant Alvey;

   (b) By failing to properly supervise its agent and employee Defendant Alvey;

   (c) By being responsible for the conduct of its agent and employee, Defendant Alvey;

   (d) By negligently entrusting Defendant Alvey to safely operate his vehicle and knowing Defendant Alvey was unfit to operate his vehicle; and

   (e) By being responsible for the conduct of its agent and employee Defendant Benjamin Alvey under the doctrine of *Respondeat Superior*.

21. All of the injuries and damages, past, present and prospective to Plaintiff was, is, and will be due to the negligence and carelessness of Defendant Amazon.

## COUNT THREE: INJURIES AND DAMAGES TO PLAINTIFF

22. Plaintiff incorporates the preceding allegations as if fully set forth herein

23. As a direct and proximate result of the actions of the Defendants, Plaintiff has sustained:

   (a) Various bodily injuries, including but not limited to, headaches, cervicalgia, left shoulder pain, back pain, left ankle pain, cervical radiculopathy, cervical facet joint syndrome, lumbar facet syndrome, lumbar radiculopathy, C3/4 disc herniation with spinal cord compression requiring an Anterior Cervical Discectomy and Fusion, C5/6 disc bulge with superimposed right paracentral disc extrusion abutting the spinal cord requiring a cervical disc arthroplasty;

   (b) Past, present and future mental and physical pain and suffering and disruption of normal life and diminution in the enjoyment of life;

   (c) Past and present medical expenses in excess of $246.647.91;

   (d) Future medical expenses in an amount to be determined;

4

(e) Out-of-pocket expenses in an amount to be determined.

## COUNT FOUR: INJURIES AND DAMAGES TO PLAINTIFF'S MINOR CHILD, HUNTER WHITE

24. Plaintiff incorporates the preceding allegations as if fully set forth herein

25. As a direct and proximate result of the actions of the Defendants, Plaintiff's minor child, Hunter White, has sustained:

(a) Emotional trauma and anguish;

(b) Past, present and future mental and physical pain and suffering and disruption of normal life and diminution in the enjoyment of life in the amount of $10,000.00;

(c) Future medical expenses in an amount to be determined;

(d) Out-of-pocket expenses in an amount to be determined.

WHEREFORE, Plaintiff prays for the following:

(a) That summons and process issue, as provided by law, requiring each Defendant to appear and answer Plaintiff's Complaint;

(b) That service be had upon each Defendant as provided by law;

(c) That Plaintiff be awarded actual, general, special damages;

(d) That Plaintiff have judgment against Defendants for all costs of Court;

(e) That Plaintiff have a trial by a jury as to all issues;

(f) That all attorneys' fees, expenses, and costs be cast against Defendants; and

(f) That Plaintiff have such other and further relief as the Court may deem just and proper.

Respectfully submitted, this <u>4th</u> day of August, 2023.

          KENNETH S. NUGENT, P.C.

          <u>/s/ *Angela T. Gore*</u>
          Angela T. Gore
          Georgia Bar No. 197097
          Jan P. Cohen
          Georgia Bar No.174337
          Attorneys for Plaintiff

One Bull Street
Suite 400
Savannah, Georgia 31401
agore@attorneykennugent.com
(912) 447-5984