Control Number : SOP-23166775

# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

## CERTIFICATE OF ACKNOWLEDGEMENT

I, Brad Raffensperger, Secretary of State of the State of Georgia, do hereby certify under the seal of my office that copies of legal documents regarding service of process upon:

**Benjamin Alvey**

have been filed with the Secretary of State on 07/26/2023 pursuant to O.C.G.A. § 40-12-2 relating to the following matter:

Case: Heather Ray, Individually and as parent and natural guardian of Hunter White, a minor v. Benjamin Alvey
Court: State Court of Chatham County
Civil Action No.: STCV2301369

Witness my hand and official seal in the City of Atlanta and the State of Georgia on 08/04/2023.



Brad Raffensperger
Secretary of State

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO., GA, 8/4/2023 2:46 PM — Brian K. Hart, Clerk of Court

# KENNETH S. NUGENT, P.C.
## ATTORNEYS AT LAW

One Bull Street
Suite 400
Savannah, Georgia 31401
(912) 447-5984
Fax (912) 447-0192
www.attorneykennugent.com

Kenneth S. Nugent
William D. Holman, TN
Russell T. Deutschman
M. Brian Clements
Michael G. Orr
Ahkibah Khan
Michael C. Cherof
Mark G. Pitts
James J. Kasprzycki, SC, NC
Christopher J. Adams, WV
J. Matthew Kirtlink, FL
Staci L. Alexander, AL
Angela Gore
Barton H. Goode
Jan P. Cohen
Matthew C. Richardson
Kaitlin Nugent Hammill
William G. Hammill
Sarah E. Moskowitz
Mary Lynn Paulson
Jenna B. Matson

Matthew C. Harris
Roberts, SC
Casey L. Ford
Brad G. Valentine
Stephen J. Anderson
Syed Kumail Rizvi
Eric A. Sterling
Michael H. Ruder, IL
M. Callan Hamby
Anthony S. Perez, FL
Kathryn B. Reddy, ME, NH, MA
Hal F. Higgins
James C. Berrigan
Basil S. Buchanan, Jr.
Kent T. Kelso
Delia Williams Carroll
Lucas W. Griffin
Valorri C. Jones
Allison E. Horne
Jason E. Downey

July 25, 2023

Georgia Secretary of State
Corporations Division
313 W. Tower
2 Martin Luther King, Jr. Drive
Atlanta, Georgia 30334

RECEIVED SECRETARY OF STATE INTAKE DIVISION 2023 JUL 26 PM 2:05

Re: *Heather Ray, Individually and as Parent and Natural Guardian of Hunter White v. Benjamin Alvey*
State Court Chatham County
Civil Action No. STCV23-01369

Dear Sir/Madam:

Please find enclosed for service the following:

1. Service copy of Summons to Benjamin Alvey, Civil Case Initiation Form, Complaint, and Certification Under Rule 3.2.
2. An Affidavit Showing Compliance with O.C.G.A. § 40-12-2 for Benjamin Alvey in regard to the above-referenced matter; and
5. A check in the amount of $10.00 for service fees.

Should you have any questions or need any additional information, please do not hesitate to give us a call.

Yours very truly,

Deborah Childree, C.P., FRP
Paralegal to
Angela T. Gore, Esq.

/dc
enclosure

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| HEATHER RAY, Individually and As Parent and Natural Guardian of HUNTER WHITE, a Minor, <br><br> Plaintiff, <br><br> v. <br><br> BENJAMIN ALVEY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. STCV23-01369 <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT SHOWING COMPLIANCE
## WITH O.C.G.A. SECTION 40-12-2

Personally appeared before the undersigned officer duly authorized by law to administer oaths, Angela T. Gore, who after first being duly sworn states and deposes as follows:

1.

That Affiant is attorney of record for the Plaintiff.

2.

That Affiant complied with the requirements of O.C.G.A. § 40-12-2, as amended, in serving a copy of the Plaintiff's Complaint upon Defendant Benjamin Alvey. Specifically, Affiant properly made service of process upon the non-resident motorist Defendant Benjamin Alvey, by serving a copy via overnight mail of the Complaint with Summons attached thereto, with a fee of Ten Dollars ($10.00), in the hands of the Secretary of State, together with a copy of this Affidavit of Compliance. The Affiant has also forwarded to Defendant Benjamin Alvey at his last known address, by registered or certified mail, copies of the aforementioned Summons and Complaint as follows:

Benjamin Alvey
17 Wheatview Lane
Okatie, South Carolina, 29909

3.

I further certify that I shall file with the appropriate Court appended to the documents, regarding this case:

(1) any return receipt received as evidence of service upon the Defendant by the Plaintiff and;

(2) this Plaintiff's Affidavit of Compliance.

4.

Affiant further states that this Affidavit is made upon personal knowledge; that Affiant is competent to make this Affidavit; that the matters contained herein are true and correct; that this Affidavit is made to show compliance with O.C.G.A. Section 40-12-2, relating to the service of Defendant Benjamin Alvey, in a case styled as *Heather Ray, Individually and as Parent and Natural Guardian of Hunter White, a Minor v. Benjamin Alvey*, being filed in the State Court of Chatham County.

FURTHER AFFIANT SAYETH NOT.

This the 25th day of July, 2023.

_____
Angela T. Gore
Attorney At Law

Sworn to and subscribed
before me this 25th day
of July, 2023.

_____
NOTARY PUBLIC

[Notary Seal: STEPHANIE L. SILVA, NOTARY, EXPIRES GEORGIA OCTOBER 7, 2023, EFFINGHAM COUNTY, PUBLIC]

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 7/3/2023 3:03 PM

Brian K. Hart -Clerk of Court
Brian K. Hart -Clerk of Court

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 7/3/2023 3:03 PM

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☐ State Court of __Chatham__ County

| For Clerk Use Only | |
|---|---|
| Date Filed __7/3/2023__ MM-DD-YYYY | Case Number __STCV23-01369__ |

**Plaintiff(s)**
Ray, Heather
Last    First    Middle I.    Suffix    Prefix

**Defendant(s)**
Alvey, Benjamin
Last    First    Middle I.    Suffix    Prefix

Plaintiff's Attorney _____Gore, Angela T._____   Bar Number __197097__   Self-Represented ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☒ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____    _____
Case Number                     Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
_____
_____

Version 1.1.18

# General Civil and Domestic Relations Case Filing Instructions

1. Provide the class of court and county in which the case is being filed.
2. Provide the plaintiff's and defendant's names.
3. Provide the plaintiff's attorney's name and Bar number. If you are representing yourself, provide your own name and check the self-represented box.
4. Provide the type of case by checking only *one* appropriate box. Cases can be either general civil or domestic relations and only *one* type of case within those categories. Check the case type that most accurately describes the primary case. If you are making more than one type of claim, check the case type that involves the largest amount of damages or the one you consider most important. See below for definitions of each case type.
5. Provide the type of post-judgment action, if applicable, by checking the appropriate box. Post-judgment cases are those that seek to enforce or modify an existing judgment. If the case is a post-judgment matter, an initial case type in the general civil and domestic relations boxes must be checked.
6. Provide an answer to the four questions by checking the appropriate boxes and/or filling in the appropriate lines.

## Case Type Definitions

### General Civil Cases

**Automobile Tort**: Any tort case involving personal injury, property damage, or wrongful death resulting from alleged negligent operation of a motor vehicle.

**Civil Appeal**: Any case disputing the finding of a limited jurisdiction trial court, department, or administrative agency.

**Contract**: Any case involving a dispute over an agreement between two or more parties.

**Garnishment**: Any case where, after a monetary judgment, a third party who has money or other property belonging to the defendant is required to turn over such money or property to the court.

**General Tort**: Any tort case that is not defined or is not attributable to one of the other torts.

**Habeas Corpus**: Any case designed to test the legality of the detention or imprisonment of an individual, not the question of guilt or innocence.

**Injunction/Mandamus/Other Writ**: Cases involving a written court order directed to a specific person, requiring that person to perform or refrain from performing a specific act.

**Landlord/Tenant**: Any case involving landlord/tenant disputes wherein the landlord removes a tenant and his/her property from the premises or places a lien on tenant property to repay debt.

**Medical Malpractice Tort**: Any tort case that alleges misconduct or negligence by a person in the medical profession acting in a professional capacity, such as doctors, nurses, physician's assistants, dentists, etc.

**Product Liability Tort**: Any tort case that alleges injury is caused to a person by the manufacturer or seller of an article due to a defect in, or the condition of, the article sold or an alleged breach of duty to provide suitable instructions to prevent injury.

**Real Property**: Any case involving disputes over the ownership, use, boundaries, or value of fixed land.

**Restraining Petition**: Any petition for a restraining order that does not result from a domestic altercation or is not between parties considered to be in a domestic relationship.

**Other General Civil**: Any case in which a plaintiff requests the enforcement or protection of a right or the redress or prevention of a wrong, but does not fit into one of the other defined case categories.

### Domestic Relations Cases

**Adoption**: Cases involving a request for the establishment of a new, permanent relationship of parent and child between persons not so biologically related.

**Dissolution/Divorce/Separate Maintenance**: Any case involving the dissolution of a marriage or the establishment of alimony or separate maintenance.

**Family Violence Petition**: Any case in which a protective order from a family member or domestic partner is requested.

**Paternity/Legitimation**: Cases involving the establishment of the identity and/or responsibilities of the father of a minor child or the determination of biological offspring.

**Support – IV-D**: Cases filed by the Georgia Department of Human Services to request maintenance of a minor child by a person who is required, under Title IV-D of the Social Security Act of 1973, to provide such maintenance.

**Support – Private (non-IV-D)**: Cases filed to request maintenance of a parent/guardian or a minor child by a person who is required by law, but who is not under the auspices of Title IV-D of the Social Security Act of 1973, to provide such maintenance.

**Other Domestic Relations**: Domestic relations cases, including name changes, that do not adequately fit into any of the other case types.

### Post-Judgment

**Contempt**: Any case alleging failure to comply with a previously existing court order.

**Modification**: Any case seeking to change the terms of a previously existing court order.

**Other/Administrative**: Any case with post-judgment activity that does not fit into contempt or modification categories.

**Please note:** This form is for statistical purposes only. It shall have no legal effect in the case. The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or court rules. Information on this form cannot be entered into evidence.

Version 1.1.18

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 7/3/2023 3:03 PM

Brian K. Hart -Clerk of Court
Brian K. Hart -Clerk of Court

# IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| HEATHER RAY, Individually and As Parent and Natural Guardian of HUNTER WHITE, a Minor, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. STCV23-01369 ) |
| BENJAMIN ALVEY, | ) ) |
| Defendant. | ) ) ) |

## SUMMONS

TO:   Benjamin Alvey
        17 Wheatview Lane
        Okatie, South Carolina, 29909

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's attorney whose name and address is:

> Angela T. Gore, Esq.
> Kenneth S. Nugent, P.C.
> One Bull Street, Suite 400
> Savannah, Georgia 31401

an answer to the complaint which is herewith served upon you, within 30 days after service of summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in this Complaint.

This _____ day of July, 2023.

STATE COURT OF CHATHAM COUNTY

/s/ Keagan Gracy
Clerk, State Court of Chatham County

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 8/4/2023 2:03 PM
Case 1:23-mi-99999-UNA Document 2821-3 Filed 08/31/23 Page 8 of 13
RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 7/3/2023 3:03 PM

Second Original
Brian K. Hart -Clerk of Court
Brian K. Hart -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| HEATHER RAY, Individually and As Parent and Natural Guardian of HUNTER WHITE, a Minor, <br><br> Plaintiff, <br><br> vs. <br><br> BENJAMIN ALVEY, <br><br> Defendant. | ) ) ) ) ) ) ) CIVIL ACTION NO. STCV23-01369 ) ) ) ) ) ) |

## COMPLAINT

COMES NOW Heather Ray, Individually, and As Parent and Natural Guardian of Hunter White, a minor, by and through undersigned counsel, and files this, her Complaint against Benjamin Alvey showing this Honorable Court the following:

### PARTIES, JURISDICTION, VENUE, AND SERVICE OF PROCESS

1. Plaintiff Heather Ray (hereinafter "Plaintiff") is a resident of Chatham County, Georgia.

2. Defendant Benjamn Alvey (hereinafter "Defendant") is a non-resident motorist from Beaufort County, South Carolina, and may be served through the Georgia Secretary of State pursuant to the Georgia Nonresident Motorist Act, O.C. G. A. § 40-12-2 at his residence located at 17 Wheatview Lane, Okatie, South Carolina, 29909.

3. Defendant is subject to the jurisdiction of the Court pursuant to the Georgia Long-Arm Statute, O. C. G. A § 9-10-91.

4. The State Court of Chatham County is the Court of proper venue in this action.

5. The State Court of Chatham County has jurisdiction over the subject matter of this action.

Case 1:23-mi-99999-UNA Document 2821-3 Filed 08/31/23 Page 9 of 13

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 7/3/2023 3:03 PM -Clerk of Court
RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 7/3/2023 3:03 PM -Clerk of Court

## FACTS

5. On or about September 7, 2021, Plaintiff and her minor child, Hunter White, were in Plaintiff's 2014 Ford Mustang LX traveling east on Montgomery Crossroads, near the intersection with White Bluff Road, in Savannah, Chatham County, Georgia.

7. At said place and time, the Plaintiff's vehicle entered the intersection at Montgomery Crossroads and White Bluff Road on a green light to make a left hand turn onto White Bluff Road in Savannah, Chatham County, Georgia.

6. At said time and place, Defendant was traveling north on White Bluff Road near the intersection with Montgomery Crossroads in Savannah, Chatham County, Georgia, and failed to stop for the red traffic signal at the intersection of White Bluff Road and Montgomery Crossroads causing his vehicle to collide into the left center of the Plaintiff's vehicle, thus forming the subject collision in this action.

9. In the moments before the collision, Defendant was not traveling in a reasonable and prudent manner and did not have regard for the actual and potential hazards then existing on the roadway.

10. There was nothing that prevented Defendant from being able to see the vehicle operated by Plaintiff in the moments before the collision.

11. There was nothing that Plaintiff could have or should have done under the circumstances to avoid or minimize the collision with Defendant.

12. As a result of the collision with Defendant, Plaintiff and her minor child endured severe personal injuries and substantial losses.

## COUNT ONE: NEGLIGENCE OF DEFENDANT BENJAMIN ALVEY

13. Plaintiff incorporates the preceding allegations as if fully set forth herein.

14. At all times material to this action, Defendant had a legal duty to adhere to Georgia traffic laws.

15. The acts or omissions on the part of Defendant, constituting negligence or negligence *per se*, consist of, among other things:

   (a) Failure to exercise due care, a violation of O.C.G.A. § 40-6-93, said violation constituting negligence *per se*;

   (b) Failure to maintain proper lookout;

   (c) Failure to obey a traffic control device, a violation of O.C.G.A. § 40-6-20, said violation constituting negligence *per se*;

   (d) Otherwise being negligent and careless in the operation of a motor vehicle.

16. As a direct and proximate result of the negligence and negligence *per se* of Defendant, Plaintiff and her minor child sustained personal injuries, pain and suffering, economic losses, and other damages.

17. Defendant is liable to Plaintiff for all past, present, and future economic and non-economic damages allowed by law for the injuries, damages, and losses sustained by Plaintiff and her minor child as a direct and proximate result of her negligence.

## COUNT TWO: INJURIES AND DAMAGES TO PLAINTIFF

17. Plaintiff incorporates the preceding allegations as if fully set forth herein

18. As a direct and proximate result of the actions of the Defendant, Plaintiff has sustained:

   (a) Various bodily injuries, including but not limited to, headaches, cervicalgia, left shoulder pain, back pain, left ankle pain, cervical radiculopathy, cervical facet joint syndrome, lumbar facet syndrome, lumbar radiculopathy, C3/4 disc

Case 1:23-mi-99999-UNA Document 2821-3 Filed 08/31/23 Page 11 of 13

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 7/3/2023 3:03 PM -Clerk of Court
RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 7/3/2023 3:03 PM -Clerk of Court

herniation with spinal cord compression requiring an Anterior Cervical Discectomy and Fusion, C5/6 disc bulge with superimposed right paracentral disc extrusion abutting the spinal cord requiring a cervical disc arthroplasty;

(b) Past, present and future mental and physical pain and suffering and disruption of normal life and diminution in the enjoyment of life;

(c) Past and present medical expenses in excess of $246.647.91;

(d) Future medical expenses in an amount to be determined;

(e) Out-of-pocket expenses in an amount to be determined.

## COUNT THREE: INJURIES AND DAMAGES TO PLAINTIFF'S MINOR CHILD, HUNTER WHITE

17. Plaintiff incorporates the preceding allegations as if fully set forth herein

18. As a direct and proximate result of the actions of the Defendant, Plaintiff's minor child, Hunter White, has sustained:

(a) Emotional trauma and anguish;

(b) Past, present and future mental and physical pain and suffering and disruption of normal life and diminution in the enjoyment of life in the amount of $10,000.00;

(c) Future medical expenses in an amount to be determined;

(d) Out-of-pocket expenses in an amount to be determined.

WHEREFORE, Plaintiff prays for the following:

(a) That summons and process issue, as provided by law, requiring Defendant to appear and answer Plaintiff's Complaint;

(b) That service be had upon Defendant as provided by law;

(c) That Plaintiff be awarded actual, general, special damages;

Case 1:23-mi-99999-UNA Document 2821-3 Filed 08/31/23 Page 12 of 13

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 7/3/2023 3:03 PM　*Brian A. Hart* -Clerk of Court
RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 7/3/2023 3:03 PM　*Brian A. Hart* -Clerk of Court

(d)   That Plaintiff have judgment against Defendant for all costs of Court;

(e)   That Plaintiff have a trial by a jury as to all issues;

(f)   That all attorneys' fees, expenses, and costs be cast against Defendant; and

(f)   That Plaintiff have such other and further relief as the Court may deem just and proper.

Respectfully submitted, this <u>3rd</u> day of July, 2023.

                      KENNETH S. NUGENT, P.C.

                      /s/Angela T. Gore
                      Angela T. Gore
                      Georgia Bar No. 197097
                      Jan P. Cohen
                      Georgia Bar No.174337
                      Attorneys for Plaintiff

One Bull Street
Suite 400
Savannah, Georgia 31401
agore@attorneykennugent.com
(912) 447-5984

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 7/3/2023 3:03 PM

Brian K. Hart -Clerk of Court
Brian K. Hart -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| HEATHER RAY, Individually and As Parent and Natural Guardian of HUNTER WHITE, a Minor, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. STCV23-01369 ) |
| BENJAMIN ALVEY, | ) ) |
| Defendant. | ) ) |

## CERTIFICATION UNDER RULE 3.2

Pursuant to Rules 3.2 and 3.4 of the Uniform State Court Rules and Local Rules of the Eastern Judicial Circuit of Georgia, I hereby certify that no case has heretofore been filed in the State Court of the Eastern Judicial Circuit involving substantially the same parties or substantially the same subject matter or substantially the same factual issues which would require the petition-pleading to be specifically assigned to the judge whom the original action was or is assigned.

This 3rd day of July, 2023.

KENNETH S. NUGENT, P.C.

/s/Angela T. Gore
Angela T. Gore
Georgia Bar No. 197097
Jan P. Cohen
Georgia Bar No.174337
**Attorneys for Plaintiff**

One Bull Street
Suite 400
Savannah, Georgia 31401
agore@attorneykennugent.com
(912) 447-5984