**EXHIBIT D**

# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**Annual Registration**  *Electronically Filed*
Secretary of State
Filing Date: 03/18/2023 06:01:25

## BUSINESS INFORMATION

| | | |
|---|---|---|
| **BUSINESS NAME** | : | Amazon Logistics, Inc |
| **CONTROL NUMBER** | : | 16011669 |
| **BUSINESS TYPE** | : | Foreign Profit Corporation |
| **JURISDICTION** | : | Delaware |
| **ANNUAL REGISTRATION PERIOD** | : | 2023 |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 410 TERRY AVENUE NORTH, SEATTLE, WA, 98109, USA |
| **REGISTERED AGENT NAME** | : | Corporation Service Company |
| **REGISTERED OFFICE ADDRESS** | : | 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| DAVID BOZEMAN | CFO | 410 TERRY AVENUE NORTH, SEATTLE, WA, 98109, USA |
| JOHN STONE | Secretary | 410 TERRY AVENUE NORTH, SEATTLE, WA, 98109, USA |
| UDIT MADAN | CEO | 410 TERRY AVENUE NORTH, SEATTLE, WA, 98109, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 410 TERRY AVENUE NORTH, SEATTLE, WA, 98109, USA |
| **REGISTERED AGENT NAME** | : | Corporation Service Company |
| **REGISTERED OFFICE ADDRESS** | : | 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| STEVEN ARMATO | CFO | 410 TERRY AVENUE NORTH, SEATTLE, WA, 98109, USA |
| JOHN STONE | Secretary | 410 TERRY AVENUE NORTH, SEATTLE, WA, 98109, USA |
| UDIT MADAN | CEO | 410 TERRY AVENUE NORTH, SEATTLE, WA, 98109, USA |

## AUTHORIZER INFORMATION

| | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | JOHN STONE |
| **AUTHORIZER TITLE** | : | Officer |