**EXHIBIT E**

# IN THE STATE COURT OF CHATHAM COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| HEATHER RAY, Individually and As Parent and Natural Guardian of HUNTER WHITE, A Minor<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN ALVEY and AMAZON LOGISTICS, INC.,<br><br>    Defendant. | CIVIL ACTION<br>FILE NO.: STCV23-01369 |

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on August 31, 2023, Defendant Benjamin Alvey filed a Notice of Removal with the United States District Court for the Southern District of Georgia, Savannah Division (the "District Court") pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. This Court is respectfully requested to proceed no further in this action, unless and until the District Court remands the case for further proceedings. A copy of the Notice of Removal for filing with the United States District Court removing this Civil Action from the State Court of Chatham County, State of Georgia, to the United States District Court for the Southern District of Georgia, Savannah Division, which was timely filed, is attached hereto as Exhibit A.

Respectfully submitted this 31st day of August, 2023.

*[SIGNATURE ON FOLLOWING PAGE]*

286417123v.1

|  | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** |
|---|---|
| 3348 Peachtree Road NE<br>Suite 1400<br>Atlanta, GA 30326<br>(470) 419-6650<br>Fax- (470) 419-6651<br>Dal.Burton@wilsonelser.com<br>Ben.Dorfman@wilsonelser.com | */s/ Benjamin S. Dorfman*<br>R. Dal Burton<br>GA Bar No.: 097890<br>Benjamin S. Dorfman<br>GA Bar No.: 411030<br>*Counsel for Defendant* |

2

286417123v.1

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **Notice Of Filing Notice Of Removal** was filed with the Clerk of Court using Odyssey eFileGA, which will automatically serve all counsel of record as follows:

Angela T. Gore
One Bull Street, Ste. 400
Savannah, Georgia
(912) 447-5984
agore@attorneykennugent.com
*Attorneys for Plaintiff*

Respectfully submitted this 31st day of August 2023.

*/s/ Benjamin S. Dorfman*
Benjamin S. Dorfman
GA Bar No. 411030