# EXHIBIT "B"

2023CV01966   eFiled 8/21/2023 8:01 AM
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Cornelia Ramsey

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

**Lakysha Shields**

Plaintiff/Petitioner

vs.

**John Joseph Bonicelli**

Defendant/Respondent

Case No.: 2023CV01966

AFFIDAVIT OF SERVICE OF
Summons; Complaint; RULE 5.2 CERTIFICATE OF SERVING DISCOVERY MATERIAL; Plaintiff's First Request for Admissions to Defendant; Plaintiff's First Continuing Interrogatories and Request for Production of Documents to Defendant

Received by **Vadall Morrow**, on the **1st day of August, 2023 at 8:59 PM** to be served upon **JOHN JOSEPH BONICELLI** at **802 County Road 4 East, Prattville, Autauga County, AL 36067**.
On the **2nd day of August, 2023 at 3:10 PM**, I, Vadall Morrow, SERVED JOHN JOSEPH BONICELLI at **802 County Road 4 East, Prattville, Autauga County, AL 36067** in the manner indicated below:

**INDIVIDUAL SERVICE**, by personally delivering **1** copy(ies) of the above-listed documents to **JOHN JOSEPH BONICELLI**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
I delivered the documents to JOHN JOSEPH BONICELLI with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a white male contact 45-55 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with a beard.

Service Fee Total: **$85.00**

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Vadall Morrow_    R7326413    9-18-23
Vadall Morrow            Server ID #    Date

Notary Public: Subscribed and sworn before me on this __18__ day of __August__ in the year of 20__23__
Personally known to me ☒ or _____ identified by the following document: _____

Notary Public (Legal Signature)

[Notary Seal: AMBER SIMMONS, NOTARY PUBLIC, ALABAMA STATE AT LARGE, My Comm. Expires Mar. 8, 2025]

REF: **REF-13348149**

Page 1 of 1
Tracking #: **0111459061**