# EXHIBIT "C"

## IN THE STATE COURT OF CLAYTON COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| LAKYSHA SHIELDS, | : |
|         Plaintiff, | : |
| vs. | : |
| | :   CIVIL ACTION |
| JOHN JOSEPH BONICELLI, | :   FILE NO. 2023CV01966 |
|         Defendant. | : |

### UNITED FINANCIAL CASUALTY COMPANY'S NOTICE OF FILING REMOVAL

**TO:** Counsel for Plaintiff
Daniel J. Saxton, Esq.
Alliston T. Newell, Esq.
Saxton Firm, P.C.
1995 North Park Place, SE
Suite 207
Atlanta, GA 30339

Please take notice that on the date of this filing, United Financial Casualty Company has filed a Notice of Removal in the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. A copy of the Notice of Removal is attached hereto.

**THIS** 31st day of August, 2023.

                                                                      GOWER WOOTEN & DARNEILLE, LLC

                                                                      */s/ Jason D. Darneille*
                                                                      JASON D. DARNEILLE
                                                                      Georgia Bar No. 224108
                                                                      Attorney for United Financial Casualty Co.

4200 Northside Parkway NW, Building 12
Atlanta, GA 30327
(404) 662-2333
(678) 981-5182 Fax
jdarneille@gwdlawfirm.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon opposing counsel a copy of the within and foregoing NOTICE OF FILING REMOVAL by filing the same with this Court through the designated electronic filing system and/or depositing a copy of same in the United States mail in an appropriately addressed envelope with adequate postage thereon as follows:

Daniel J. Saxton, Esq.<br>
Alliston T. Newell, Esq.<br>
Saxton Firm, P.C.<br>
1995 North Park Place, SE<br>
Suite 207<br>
Atlanta, GA 30339

**THIS** 31st day of August, 2023.

GOWER WOOTEN & DARNEILLE, LLC

*/s/ Jason D. Darneille*
JASON D. DARNEILLE
Georgia Bar No. 224108
Attorney for United Financial Casualty Co.

4200 Northside Parkway NW, Building 12
Atlanta, GA 30327
(404) 662-2333
(678) 981-5182 Fax
jdarneille@gwdlawfirm.com

### IN THE STATE COURT OF CLAYTON COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| LAKYSHA SHIELDS, | : |
| Plaintiff, | : |
| vs. | : |
| | : CIVIL ACTION |
| JOHN JOSEPH BONICELLI, | : FILE NO. 2023CV01966 |
| Defendant. | : |

### ORDER ON REMOVAL TO U.S. DISTRICT COURT

The Defendant's *Notice of Removal* of the foregoing case to the United States District Court for the Northern District of Georgia pursuant to the provisions of 28 U.S.C. § 1446(d) having been filed with the Court;

**WHEREFORE**, the foregoing case is hereby STAYED and this Court "…shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446 (d).

**SO ORDERED** this _____ day of _____, 2023.

_____
THE HONORABLE MARGARET SPENCER
JUDGE STATE COURT OF CLAYTON COUNTY

Order prepared by:

*/s/ Jason D. Darneille*
Jason D. Darneille
Georgia Bar No. 224108
Attorney for Defendant
4200 Northside Parkway, NW
Building 12
Atlanta, Georgia 30327
404-662-2333