IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LAKYSHA SHIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO. _____ |
| JOHN JOSEPH BONICELLI, | ) | |
| | ) | |
| Defendant, | ) | [Removed from State Court |
| | ) | of Clayton County, GA |
| | ) | Case No. 2023CV01966] |

## **CERTIFICATE OF INTERESTED PERSONS**

1) The undersigned counsel for record for United Financial Casualty Company certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

a) Lakysha Shields;

b) John Joseph Bonicelli;

c) United Financial Casualty Company;

d) Progressive Commercial Holdings, Inc.; and

e) The Progressive Corporation.

2) The undersigned further certifies that the following is a complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest or other interest which could be substantially affected by the outcome of this particular case:

Plaintiff is represented by The Saxton Firm, P.C.

3) The undersigned further certifies that the following is a complete list of all persons serving as attorneys for the parties in this proceeding:

> Daniel J. Saxton, Esq.
> Alliston T. Newell, Esq.
> Saxton Firm, P.C.
> 1995 North Park Place, SE
> Suite 207
> Atlanta, GA 30339
> *Attorneys for Plaintiff*

> Jason D. Darneille, Esq.
> Gower Wooten & Darneille, LLC
> 4200 Northside Parkway, Building 12
> Atlanta, GA 30327
> *Attorney for United Financial Casualty Company*

This 31st day of August, 2023.

> Respectfully submitted,
>
> **GOWER WOOTEN & DARNEILLE, LLC**
>
> */s/ Jason D. Darneille*
> JASON D. DARNEILLE
> Georgia Bar No. 24018
> *Counsel for United Financial Casualty Co.*

4200 Northside Parkway, NW
Building 12
Atlanta, GA 30327
(404) 662-2333
jdarneille@gwdlawfirm.com

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing has been prepared with Time New Roman 14-point, which is one of the font and point selections approved by the Court in LR 5.1B.

                                             **GOWER WOOTEN & DARNEILLE**

                                             */s/ Jason D. Darneille*
                                             JASON D. DARNEILLE
                                             Georgia Bar No. 224108
                                             *Counsel for United Financial Casualty Co.*

4200 Northside Parkway
Building 12
Atlanta, GA   30327
OFF:  (404) 662-2333
FAX: (678) 981-5182

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of this Court using the Court's electronic system, which will send notification of such filing to the following CM/ECF filing participants and I have deposited a copy of same in the United States mail in an appropriately addressed envelope with adequate postage thereon as follows:

Daniel J. Saxton, Esq.
Alliston T. Newell, Esq.
Saxton Firm, P.C.
1995 North Park Place, SE
Suite 207
Atlanta, GA 30339

This 31st day of August, 2023.

Respectfully submitted,

**GOWER WOOTEN & DARNEILLE, LLC**

*/s/ Jason D. Darneille*
JASON D. DARNEILLE
Georgia Bar No. 24018
*Counsel for United Financial Casualty Co.*

4200 Northside Parkway, NW
Building 12
Atlanta, GA 30327
(404) 662-2333
jdarneille@gwdlawfirm.com

5