IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LAKYSHA SHIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO. _____ |
| JOHN JOSEPH BONICELLI, | ) | |
| | ) | |
| Defendant, | ) | [Removed from State Court |
| | ) | of Clayton County, GA |
| | ) | Case No. 2023CV01966] |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW, United Financial Casualty Company and pursuant to FRCP 7.1 and Local Rule 87.1, hereby makes its corporate disclosure statement.

United Financial Casualty Company is a wholly owned subsidiary of Progressive Commercial Holdings, Inc. Progressive Commercial Holdings, Inc. is a wholly owned subsidiary of The Progressive Corporation. United Financial Casualty Company has Progressive Commercial Casualty Company as a subsidairy. The Progressive Corporation is a publicly traded company.

{*signature on next page*}

1

This 31st day of August, 2023.

                                    Respectfully submitted,

                                    **GOWER WOOTEN & DARNEILLE, LLC**

                                    */s/ Jason D. Darneille*
                                    JASON D. DARNEILLE
                                    Georgia Bar No.  24018
                                    *Counsel for United Financial Casualty Co.*

4200  Northside Parkway, NW
Building 12
Atlanta, GA 30327
404-662-2333
jdarneille@gwdlawfirm.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been prepared with Time New Roman 14-point, which is one of the font and point selections approved by the Court in LR 5.1B.

                              **GOWER WOOTEN & DARNEILLE**

                              */s/ Jason D. Darneille*
                              JASON D. DARNEILLE
                              Georgia Bar No. 224108
                              *Counsel for United Financial Casualty Co.*

4200 Northside Parkway
Building 12
Atlanta, GA   30327
OFF:  (404) 662-2333
FAX: (678) 981-5182

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of this Court using the Court's electronic system, which will send notification of such filing to the following CM/ECF filing participants and I have deposited a copy of same in the United States mail in an appropriately addressed envelope with adequate postage thereon as follows:

Daniel J. Saxton, Esq.<br>
Alliston T. Newell, Esq.<br>
Saxton Firm, P.C.<br>
1995 North Park Place, SE<br>
Suite 207<br>
Atlanta, GA 30339

This 31st day of August, 2023.

Respectfully submitted,

**GOWER WOOTEN & DARNEILLE, LLC**

*/s/ Jason D. Darneille*
JASON D. DARNEILLE
Georgia Bar No.  24018
*Counsel for United Financial Casualty Co.*

4200  Northside Parkway, NW
Building 12
Atlanta, GA 30327
404-662-2333
jdarneille@gwdlawfirm.com