Case 1:23-mi-99999-UNA    Document 2826-2    Filed 09/01/23    Page 1 of 1

# Case Information

https://researchga.tylerhost.net/CourtRecordsSearch/ViewCasePrint/2f806c51af92595f84810093f0a0f1e6

## PEACHTREE CENTER REHAB, LLC VS. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,STATE FARM FIRE AND CASUALTY COMPANY

2023CV383456

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Fulton - Superior Court | Civil | OTHER CIVIL CAUSE OF ACTION | 7/31/2023 |

| Judge | Case Status | | |
|---|---|---|---|
| MCAFEE, SCOTT | Open (Open) | | |

## Parties [3]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| DEFENDANT | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | | |
| DEFENDANT | STATE FARM FIRE AND CASUALTY COMPANY | | |
| PLAINTIFF | PEACHTREE CENTER REHAB, LLC | | DOUGLAS H. DEAN |

## Events [6]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 7/31/2023 | Filing | SUMMONS | Summons for STATE FARM FIRE AND CASUALTY COMPANY. | SUMMONS.pdf |
| 7/31/2023 | Filing | Plaintiff's Original Petition | Complaint | COMPLAINT.pdf |
| 7/31/2023 | Filing | CASE INITIATION FORM | OTHER GENERAL CIVIL | CASE INFORMATION FORM.pdf |
| 7/31/2023 | Filing | SUMMONS | Summons for STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY. | SUMMONS.pdf |
| 8/7/2023 | Filing | AFFIDAVIT | Affidavit of Service - State Farm Fire and Casualty | AFFIDAVIT.pdf |
| 8/7/2023 | Filing | AFFIDAVIT | Affidavit of Service - State Farm Mutual Auto | AFFIDAVIT.pdf |

© 2023 Tyler Technologies, Inc. | All Rights Reserved

Version: 2023.7.1.51


EMPOWERED BY TYLER TECHNOLOGIES

Exhibit No. 2