# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**Annual Registration**  *Electronically Filed*
Secretary of State
Filing Date: 06/30/2023 10:35:38

| **BUSINESS INFORMATION** | |
|---|---|
| **BUSINESS NAME** | : PEACHTREE CENTER REHAB, LLC |
| **CONTROL NUMBER** | : 0259650 |
| **BUSINESS TYPE** | : Domestic Limited Liability Company |
| **ANNUAL REGISTRATION PERIOD** | : 2023 |

| **BUSINESS INFORMATION CURRENTLY ON FILE** | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 439 dobbs rd, Woodstock, GA, GA, 30188, USA |
| **REGISTERED AGENT NAME** | : jeremy broe |
| **REGISTERED OFFICE ADDRESS** | : 439 dobbs rd, Woodstock, GA, GA, 30188, USA |
| **REGISTERED OFFICE COUNTY** | : Cherokee |

| **UPDATES TO ABOVE BUSINESS INFORMATION** | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 439 dobbs rd, Woodstock, GA, GA, 30188, USA |
| **REGISTERED AGENT NAME** | : jeremy broe |
| **REGISTERED OFFICE ADDRESS** | : 439 dobbs rd, Woodstock, GA, GA, 30188, USA |
| **REGISTERED OFFICE COUNTY** | : Cherokee |

| **AUTHORIZER INFORMATION** | |
|---|---|
| **AUTHORIZER SIGNATURE** | : Jeremy Broe |
| **AUTHORIZER TITLE** | : Member |

Exhibit No. 3