# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Clarence Miller, | : |
| | : |
| Plaintiff, | : Civil Action No.: _____ |
| v. | : |
| | : |
| Equifax Information Services, LLC; and Trans Union LLC, | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF INTERESTED PARTIES**

NOW COMES Sergei Lemberg and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

                              Clarence Miller, Plaintiff
                              Bedford, NH

                              Sergei Lemberg, Esq.

                              LEMBERG LAW, L.L.C.
                              43 Danbury Road, 3rd Floor
                              Wilton, CT 06897
                              Telephone: (203) 653-2250
                              Facsimile:  (203) 653-3424
                              E-mail: slemberg@lemberglaw.com
                              Attorneys for Plaintiff

Dated: September 1, 2023

                              Respectfully submitted,

                              By */s/ Sergei Lemberg*

                              Sergei Lemberg, Esq.
                              LEMBERG LAW, L.L.C.
                              43 Danbury Road, 3rd Floor
                              Wilton, CT 06897

Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
E-mail: slemberg@lemberglaw.com
Attorneys for Plaintiff