re:SearchGA : TBI DIAGNOSTIC CENTERS OF GEORGIA VS STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY Et Al 23CV6931

https://researchga.tylerhost.net/CourtRecordsSearch/ViewCasePrint/a9e8ca3b03de54dba4fc2f510a152f7b

## Case Information

# TBI DIAGNOSTIC CENTERS OF GEORGIA VS STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY Et Al

23CV6931

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| DeKalb - Superior Court | Civil | Declaratory Judgment | 7/31/2023 |

| Judge | Case Status | | |
|---|---|---|---|
| Parker-Smith, Yolanda C. | Open (Open) | | |

## Parties 3

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | TBI DIAGNOSTIC CENTERS OF GEORGIA | | Douglas Dean |
| Defendant | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | | |
| Defendant | STATE FARM FIRE AND CASUALTY COMPANY | | |

## Events 6

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 7/31/2023 | Filing | Complaint or Petition for Declaratory Judgment | Case Initiation Form | Complaint or Petition for Declaratory Judgment.pdf |
| 7/31/2023 | Filing | Case Initiation Form | Complaint | Complaint or Petition for Declaratory Judgment.pdf |
| 7/31/2023 | Filing | Summons | Summons-State Farm Fire and Casualty | Summons.pdf |
| 7/31/2023 | Filing | Summons | Summons-State Farm Mutual Automobile | Summons.pdf |
| 8/7/2023 | Filing | Affidavit | Affidavit of Service - State Farm Fire and Casualty | Affidavit.pdf |
| 8/7/2023 | Filing | Affidavit | Affidavit of Service - State Farm Mutual Auto | Affidavit.pdf |

© 2023 Tyler Technologies, Inc. | All Rights Reserved
Version: 2023.7.1.51



Exhibit No. 2