Control Number : 20084645

# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

### CERTIFICATE OF AMENDMENT

 I, **Brad Raffensperger**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**TBI Diagnostic Centers of Georgia LLC**

**a Domestic Limited Liability Company**

has filed articles/certificate of amendment in the Office of the Secretary of State on 10/22/2020 and has paid the required fees as provided by Title 14 of the Official Code of Georgia Annotated.  Attached hereto is a true and correct copy of said articles/certificate of amendment.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **11/16/2020**.





Brad Raffensperger
Secretary of State

Exhibit No. 3

## AMENDMENT TO LLC ARTICLES OF ORGANIZATION

Of: TBI Diagnostic Centers of Georgia LLC

A Limited Liability Company established in Georgia

We, the members of TBI Diagnostic Centers of Georgia LLC hereby resolve and confirm on June 4, 2020 the following:

1. Article(s) of the current LLC articles of organization are amended to read:

Organizer name change from Dan Myers and Jeff Gouge

New Organzier is Gairy Johnson
New address: 100 Quivas CT., Atlanta, GA 30331

The undersigned have duly executed this amendment to the LLC articles of organization on the date first written above:

Member Name: Gairy Johnson

Signature: [signed]

1

Amendment to LLC Articles of Organization



Secretary of State

**OFFICE OF SECRETARY OF STATE
CORPORATIONS DIVISION**
2 Martin Luther King Jr. Dr. SE
Suite 313 West Tower
Atlanta, Georgia 30334
(404) 656-2817
sos.ga.gov

*Electronically Filed*
Secretary of State
Filing Date: 10/22/2020 4:43:59 PM

# TRANSMITTAL INFORMATION FORM
# BUSINESS AMENDMENT

1. **TBI Diagnostic Centers of Georgia LLC**
   Entity Name

   **20084645**
   Entity Control No.

2. **TBI Diagnostic Centers of Georgia LLC**
   Name of Person Filing Business Amendment

   | **100 Quivas CT** | **Atlanta** | **GA** | **30331** |
   |---|---|---|---|
   | Address | City | State | Zip Code |

3. Submitted with this filing is a filing fee of $20.00 payable to "Secretary of State". Filing fees are non-refundable.

   I understand that this Transmittal Information Form is included as part of my filing, and the information on this form will be entered in the Secretary of State business entity database. I certify that the above information is true and correct to the best of my knowledge.

   **Gairy Johnson**
   Signature of Authorized Person