UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TBI DIAGNOSTIC CENTERS OF GEORGIA, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | CASE NO. _____ |
| vs. | ) ) ) | CASE BELOW: Superior Court of DeKalb County, Georgia, Case No. 23CV6931 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY | ) ) ) ) ) | JURY DEMAND |
| Defendants. | ) ) | |

**DECLARATION OF WESLIE SAWYER**

I, Weslie Sawyer, depose and state as follows:

1. I am over the age of 21 and competent to make this Declaration. I have personal knowledge of the facts stated herein.

2. I am employed by State Farm Mutual Automobile Insurance Company ("State Farm Mutual") as a Finance Director at State Farm Mutual's corporate headquarters in Bloomington, Illinois. As part of my job duties, I have access to, and personal knowledge of, the records of the department that prepares and files the Annual Statements and similar filings for State Farm Mutual and each of its property and casualty insurance subsidiaries and affiliates, including State Farm Fire and Casualty Company ("State Farm Fire").

3. I am also Assistant Secretary-Treasurer of State Farm Fire.

4. State Farm Mutual is a mutual insurance company organized under the laws of the State of Illinois. State Farm Mutual's statutory home office and main administrative office, as reported in its Annual Statement filed with state regulatory authorities, is located at its corporate headquarters at One State Farm Plaza, Bloomington, Illinois 61710. State Farm Mutual's home office has been located in Bloomington, Illinois since State Farm Mutual's inception in 1922.

5. State Farm Mutual's books and records are maintained in its home office. State Farm Mutual's officers and directors are elected or appointed primarily at its home office.

6. State Farm Mutual's principal officers are located at its home office and its federal income tax returns and state premium tax returns are prepared and filed from its home office.

7. State Farm Mutual's functional departments are headquartered in its home office, including its Property & Casualty ("P&C") Claims Department; its P&C Actuarial Department (which drafts its policy forms), its P&C Underwriting Department (which creates its underwriting standards); its Administrative Services Department; its Human Resources & Development Department, and its Enterprise Technology Department, among others.

8. State Farm Fire is a stock insurance company organized under the laws of the State of Illinois. State Farm Fire's statutory home office and main

administrative office, as reported in its Annual Statement filed with state regulatory authorities, is located at its corporate headquarters at One State Farm Plaza, Bloomington, Illinois 61710. State Farm Fire's home office has been located in Bloomington, Illinois since State Farm Fire's inception in 1935.

9. State Farm Fire's books and records are maintained in its home office. State Farm Fire's officers and directors are elected or appointed primarily at its home office.

10. State Farm Fire's principal officers are located at its home office and its federal income tax returns and state premium tax returns are prepared and filed from its home office.

11. State Farm Fire's functional departments are headquartered in its home office, including its Property & Casualty ("P&C") Claims Department; its P&C Actuarial Department (which drafts its policy forms), its P&C Underwriting Department (which creates its underwriting standards); its Administrative Services Department; its Human Resources & Development Department, and its Enterprise Technology Department, among others.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 28th, 2023

By: _____
      Weslie Sawyer