UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARTALIOUS RAYMON SNEED,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SOLUTIONS, INC.; EXPERIAN INFORMATION SERVICES, LLC; BANK OZK (CORP) F/K/A BANK OF THE OZARKS,<br><br>    Defendants. | CIVIL ACTION FILE NO. |

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

(1) The undersigned, counsel of record for Plaintiff, certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of stock of a party:

   (a) Plaintiff Artalious Sneed
   (b) Defendant Equifax Information Solutions, Inc.
   (c) Defendant Experian Information Services, LLC
   (d) Defendant Bank OZK

(2) The undersigned further certifies that the following is a complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

   (a) Misty Oaks Paxton, Esq. – attorneys for Plaintiff
   (b) Stein Saks, PLLC – attorneys for Plaintiff
   (c) TBD – attorneys for Defendant Equifax Information Solutions, Inc.

1

    (d)  TBD – attorneys for Defendant Experian Information Services, LLC
    (e)  TBD – attorneys for Defendant Bank OZK

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    (a)  Misty Oaks Paxton, Esq. – attorneys for Plaintiff
    (b)  Stein Saks, PLLC – attorneys for Plaintiff
    (c)  TBD – attorneys for Defendant Equifax Information Solutions, Inc.
    (d)  TBD – attorneys for Defendant Experian Information Services, LLC
    (e)  TBD – attorneys for Defendant Bank OZK

Submitted this 29th day of August, 2023.

*/s/ Misty Oaks Paxton*
Misty Oaks Paxton, Esq.
3315 Charleston Court
Decatur, GA, 30034
Phone:  404-725-5697
Fax: 775-320-3698
attyoaks@yahoo.com
*Attorneys for Plaintiff*

## Certificate of Compliance With Local Rule 7.1D

Pursuant to Local Rule 7.1D, the undersigned counsel certifies that this document has been prepared using Times New Roman 14-point font.

Submitted this 29th day of August, 2023.

Respectfully Submitted,

*/s/ Misty Oaks Paxton*
Misty Oaks Paxton, Esq.

## Certificate of Service

 I hereby certify that on this date, I electronically filed this Certificate of Interested Persons Statement using the CM/ECF system which will automatically send email notification of such filing to all attorney(s) of record.

 Submitted this 29th day of August, 2023.

              Respectfully Submitted,

              */s/ Misty Oaks Paxton*
              Misty Oaks Paxton, Esq.