# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| OSCAR BARNES and GWENDOLYN BARNES,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br>A foreign corporation,<br><br>    Defendant. | CIVIL ACTION<br>FILE NO. _____<br><br>[On removal from the Superior Court of Gwinnett County, Civil Action File No. 23-A-06462-6] |

## **CERTIFICATE**

**WE HEREBY CERTIFY** that we are counsel for Defendant STATE FARM FIRE AND CASUALTY COMPANY in the above-styled proceeding and have this day filed a copy of a "Notice of Removal," including the "Notice of Filing Removal," in the Superior Court of Gwinnett County, Georgia, the Court from which said action was removed.

This 1st day of September, 2023.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Christopher A. Wood*
Alex A. Mikhalevsky, Esq.

                                        Georgia Bar No. 711188
                                        Christopher A. Wood, Esq.
                                        Georgia Bar No. 272768
                                        *Attorneys for Defendant State Farm Fire*
                                        *and Casualty Company*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA   30309
Tel:   (404) 874-8800
Fax:   (404) 888-6199
alex.mikhalevsky@swiftcurrie.com
Christopher.wood@swiftcurrie.com

## **LOCAL RULE 5.1C CERTIFICATION**

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

Respectfully submitted this 1st day of September, 2023.

SWIFT, CURRIE, MCGHEE & HIERS

*/s/ Christopher A. Wood*
Alex A. Mikhalevsky, Esq.
Georgia Bar No. 711188
Christopher A. Wood, Esq.
Georgia Bar No. 272768
*Attorneys for Defendant State Farm Fire and Casualty Company*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA   30309
Tel:   (404) 874-8800
Fax:   (404) 888-6199
alex.mikhalevsky@swiftcurrie.com
Christopher.wood@swiftcurrie.com

## CERTIFICATE OF SERVICE

I have this day electronically filed the foregoing **CERTIFICATE** with the Clerk of Court using the CM/ECF System.  The clerk will serve opposing counsel as follows:

J. Remington Huggins
Michael D. Turner
THE HUGGINS LAW FIRM, LLC
110 Norcross Street, Roswell, GA 30075
remington@lawhuggins.com
mdturner@lawhuggins.com
*Attorneys for Plaintiffs*

This 1st day of September, 2023.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Christopher A. Wood*
Alex A. Mikhalevsky, Esq.
Georgia Bar No. 711188
Christopher A. Wood, Esq.
Georgia Bar No. 272768
*Attorneys for Defendant State Farm Fire and Casualty Company*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA   30309
Tel:   (404) 874-8800
Fax:   (404) 888-6199
alex.mikhalevsky@swiftcurrie.com
Christopher.wood@swiftcurrie.com

4876-2135-8461, v. 1