## Precision Public Adjusting

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380

### CONTINUED - Living Room Clst

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 732. | Floor preparation for resilient flooring | | | | | | | | | |
| | 24.15 SF | 0.53 | 0.17 | 2.60 | 15.57 | 0/50 yrs | Avg. | 0% | (0.00) | 15.57 |
| 733. | Vinyl tile | | | | | | | | | |
| | 24.15 SF | 3.44 | 3.75 | 17.38 | 104.21 | 0/50 yrs | Avg. | 0% | (0.00) | 104.21 |
| 734. | Final cleaning - construction - Residential | | | | | | | | | |
| | 24.15 SF | 0.27 | 0.00 | 1.30 | 7.82 | 0/NA | Avg. | 0% | (0.00) | 7.82 |
| **Totals: Living Room Clst** | | **44.14** | **525.22** | **3,151.08** | | | | | **0.00** | **3,151.08** |

| **Storage Room** | | | | | | | **Height: 7'** |
|---|---|---|---|---|---|---|---|



| 285.89 SF Walls | 123.67 SF Ceiling |
|---|---|
| 409.56 SF Walls & Ceiling | 123.67 SF Floor |
| 13.74 SY Flooring | 40.42 LF Floor Perimeter |
| 49.33 LF Ceil. Perimeter | |

| Missing Wall - Goes to Floor | | | 8' 11" X 6' 8" | | | Opens into STORAGE_ROO1 | | | |
|---|---|---|---|---|---|---|---|---|---|

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 735. | Contents - move out then reset | | | | | | | | | |
| | 1.00 EA | 60.26 | 0.00 | 12.06 | 72.32 | 0/NA | Avg. | 0% | (0.00) | 72.32 |
| 736. | Mask the floor per square foot - plastic and tape - 4 mil | | | | | | | | | |
| | 123.67 SF | 0.26 | 0.52 | 6.54 | 39.21 | 0/15 yrs | Avg. | 0% | (0.00) | 39.21 |
| 737. | Mask and prep for paint - plastic, paper, tape (per LF) | | | | | | | | | |
| | 49.33 LF | 1.43 | 0.93 | 14.28 | 85.75 | 0/15 yrs | Avg. | 0% | (0.00) | 85.75 |
| 738. | R&R Outlet or switch cover | | | | | | | | | |
| | 3.00 EA | 4.35 | 0.18 | 2.66 | 15.89 | 0/25 yrs | Avg. | 0% | (0.00) | 15.89 |
| 739. | R&R Light fixture | | | | | | | | | |
| | 1.00 EA | 88.09 | 2.31 | 18.08 | 108.48 | 0/20 yrs | Avg. | 0% | (0.00) | 108.48 |
| 740. | Clean floor or roof joist system - Heavy | | | | | | | | | |
| | 123.67 SF | 1.36 | 0.17 | 33.68 | 202.04 | 0/NA | Avg. | 0% | (0.00) | 202.04 |
| 741. | Seal floor or ceiling joist system (shellac) | | | | | | | | | |
| | 123.67 SF | 1.38 | 2.68 | 34.68 | 208.02 | 0/15 yrs | Avg. | 0% | (0.00) | 208.02 |
| 742. | R&R Crown molding - 2 1/4" | | | | | | | | | |
| | 49.33 LF | 5.41 | 5.56 | 54.48 | 326.91 | 0/150 yrs | Avg. | 0% | (0.00) | 326.91 |
| 743. | Stain & finish crown molding | | | | | | | | | |
| | 49.33 LF | 1.74 | 0.76 | 17.32 | 103.91 | 0/15 yrs | Avg. | 0% | (0.00) | 103.91 |

**Precision Public Adjusting**

4195 South Lee St., Suite 1
Buford, GA 30518
(770) 881-6380

**CONTINUED - Storage Room**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 744. Tear out wet drywall, cleanup, bag for disposal | | | | | | | | | |
| 123.67 SF | 1.02 | 1.47 | 25.52 | 153.13 | 0/NA | Avg. | NA | (0.00) | 153.13 |
| 745. 5/8" drywall - hung, taped, floated, ready for paint | | | | | | | | | |
| 123.67 SF | 3.02 | 5.89 | 75.88 | 455.25 | 0/150 yrs | Avg. | 0% | (0.00) | 455.25 |
| 746. Seal the ceiling w/PVA primer - one coat | | | | | | | | | |
| 123.67 SF | 0.61 | 0.52 | 15.18 | 91.14 | 0/15 yrs | Avg. | 0% | (0.00) | 91.14 |
| 747. Paint the ceiling - two coats | | | | | | | | | |
| 123.67 SF | 1.02 | 2.34 | 25.68 | 154.16 | 0/15 yrs | Avg. | 0% | (0.00) | 154.16 |
| 748. Clean stud wall - Heavy | | | | | | | | | |
| 285.89 SF | 1.09 | 0.40 | 62.40 | 374.42 | 0/NA | Avg. | 0% | (0.00) | 374.42 |
| 749. Seal stud wall for odor control (shellac) | | | | | | | | | |
| 285.89 SF | 1.02 | 5.40 | 59.40 | 356.41 | 0/15 yrs | Avg. | 0% | (0.00) | 356.41 |
| 750. Tear out and bag wet insulation | | | | | | | | | |
| 172.67 SF | 0.83 | 0.73 | 28.80 | 172.85 | 0/NA | Avg. | NA | (0.00) | 172.85 |
| 751. Batt insulation - 4" - R11 - paper / foil faced | | | | | | | | | |
| 172.67 SF | 0.80 | 6.16 | 28.86 | 173.16 | 0/150 yrs | Avg. | 0% | (0.00) | 173.16 |
| *Insulation on exterior walls.* | | | | | | | | | |
| 752. Tear out wet drywall, cleanup, bag for disposal | | | | | | | | | |
| 285.89 SF | 1.02 | 3.40 | 59.00 | 354.01 | 0/NA | Avg. | NA | (0.00) | 354.01 |
| 753. 1/2" drywall - hung only (no tape or finish) | | | | | | | | | |
| 285.89 SF | 1.72 | 11.61 | 100.66 | 604.00 | 0/150 yrs | Avg. | 0% | (0.00) | 604.00 |
| 754. Seal the walls w/PVA primer - one coat | | | | | | | | | |
| 285.89 SF | 0.61 | 1.20 | 35.12 | 210.71 | 0/15 yrs | Avg. | 0% | (0.00) | 210.71 |
| 755. Tear out wet paneling, bag for disposal | | | | | | | | | |
| 142.94 SF | 0.63 | 0.90 | 18.20 | 109.15 | 0/NA | Avg. | NA | (0.00) | 109.15 |
| 756. Paneling | | | | | | | | | |
| 142.94 SF | 2.95 | 6.99 | 85.70 | 514.17 | 0/150 yrs | Avg. | 0% | (0.00) | 514.17 |
| 757. R&R Corner trim - stain grade | | | | | | | | | |
| 28.00 LF | 2.49 | 2.14 | 14.36 | 86.22 | 0/150 yrs | Avg. | 0% | (0.00) | 86.22 |
| 758. Stain & finish corner trim | | | | | | | | | |
| 28.00 LF | 1.61 | 0.43 | 9.10 | 54.61 | 0/15 yrs | Avg. | 0% | (0.00) | 54.61 |
| 759. Door knob - interior | | | | | | | | | |
| 1.00 EA | 40.95 | 1.50 | 8.50 | 50.95 | 0/20 yrs | Avg. | 0% | (0.00) | 50.95 |
| 760. R&R Interior door unit | | | | | | | | | |
| 1.00 EA | 315.75 | 15.63 | 66.28 | 397.66 | 0/100 yrs | Avg. | 0% | (0.00) | 397.66 |
| 761. Stain & finish door slab only (per side) | | | | | | | | | |
| 2.00 EA | 60.22 | 1.33 | 24.34 | 146.11 | 0/15 yrs | Avg. | 0% | (0.00) | 146.11 |
| 762. Stain & finish door/window trim & jamb (per side) | | | | | | | | | |
| 2.00 EA | 42.14 | 0.93 | 17.04 | 102.25 | 0/15 yrs | Avg. | 0% | (0.00) | 102.25 |

OSCAR_BARNES

## Precision Public Adjusting

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380

### CONTINUED - Storage Room

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 763. Tear out trim and bag for disposal - up to Cat 3 | | | | | | | | | |
| 40.42 LF | 0.97 | 0.51 | 7.94 | 47.66 | 0/NA | Avg. | NA | (0.00) | 47.66 |
| 764. Base shoe | | | | | | | | | |
| 40.42 LF | 1.85 | 2.15 | 15.40 | 92.33 | 0/150 yrs | Avg. | 0% | (0.00) | 92.33 |
| 765. Stain & finish base shoe or quarter round | | | | | | | | | |
| 40.42 LF | 1.32 | 0.62 | 10.80 | 64.77 | 0/15 yrs | Avg. | 0% | (0.00) | 64.77 |
| 766. Tear out baseboard and bag for disposal - up to Cat 3 | | | | | | | | | |
| 40.42 LF | 0.97 | 0.51 | 7.94 | 47.66 | 0/NA | Avg. | NA | (0.00) | 47.66 |
| 767. Baseboard - 3 1/4" | | | | | | | | | |
| 40.42 LF | 4.22 | 5.04 | 35.12 | 210.73 | 0/150 yrs | Avg. | 0% | (0.00) | 210.73 |
| 768. Stain & finish baseboard | | | | | | | | | |
| 40.42 LF | 1.61 | 0.62 | 13.14 | 78.84 | 0/15 yrs | Avg. | 0% | (0.00) | 78.84 |
| 769. Door stop - wall or floor mounted | | | | | | | | | |
| 1.00 EA | 14.10 | 0.44 | 2.90 | 17.44 | 0/20 yrs | Avg. | 0% | (0.00) | 17.44 |
| 770. R&R Vinyl - metal transition strip | | | | | | | | | |
| 7.00 LF | 3.68 | 0.68 | 5.30 | 31.74 | 0/50 yrs | Avg. | 0% | (0.00) | 31.74 |
| 771. Water extraction from hard surface floor | | | | | | | | | |
| 123.67 SF | 0.24 | 0.00 | 5.94 | 35.62 | 0/NA | Avg. | 0% | (0.00) | 35.62 |
| 772. Tear out non-salvageable vinyl, cut & bag for disposal | | | | | | | | | |
| 63.00 SF | 1.48 | 0.26 | 18.70 | 112.20 | 0/NA | Avg. | NA | (0.00) | 112.20 |
| 773. Tear out non-salvageable vinyl, cut & bag for disposal | | | | | | | | | |
| 60.67 SF | 1.48 | 0.25 | 18.02 | 108.06 | 0/NA | Avg. | NA | (0.00) | 108.06 |
| 774. Clean concrete the floor | | | | | | | | | |
| 123.67 SF | 0.32 | 0.09 | 7.94 | 47.60 | 0/NA | Avg. | 0% | (0.00) | 47.60 |
| 775. Apply anti-microbial agent to the floor | | | | | | | | | |
| 123.67 SF | 0.28 | 0.35 | 7.00 | 41.98 | 0/NA | Avg. | 0% | (0.00) | 41.98 |
| 776. Floor preparation for resilient flooring | | | | | | | | | |
| 123.67 SF | 0.53 | 0.87 | 13.30 | 79.72 | 0/50 yrs | Avg. | 0% | (0.00) | 79.72 |
| 777. Vinyl floor covering (sheet goods) | | | | | | | | | |
| 72.45 SF | 2.80 | 8.47 | 42.28 | 253.61 | 0/50 yrs | Avg. | 0% | (0.00) | 253.61 |
| 778. Vinyl tile | | | | | | | | | |
| 60.67 SF | 3.44 | 9.43 | 43.62 | 261.75 | 0/50 yrs | Avg. | 0% | (0.00) | 261.75 |
| 779. Final cleaning - construction - Residential | | | | | | | | | |
| 123.67 SF | 0.27 | 0.00 | 6.68 | 40.07 | 0/NA | Avg. | 0% | (0.00) | 40.07 |
| **Totals: Storage Room** | | 112.18 | 1,215.82 | 7,294.67 | | | | 0.00 | 7,294.67 |

**Precision Public Adjusting**

4195 South Lee St., Suite 1
Buford, GA 30518
(770) 881-6380



**Storage Room Clst**            **Height: 7'**

147.06 SF Walls            37.38 SF Ceiling
184.43 SF Walls & Ceiling            37.38 SF Floor
4.15 SY Flooring            20.58 LF Floor Perimeter
29.50 LF Ceil. Perimeter

| Missing Wall - Goes to Floor | | | 8' 11" X 6' 8" | | | Opens into STORAGE_ROOM | | | |
|---|---|---|---|---|---|---|---|---|---|
| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
| 780. Contents - move out then reset - Small room | | | | | | | | | |
| 1.00 EA | 45.23 | 0.00 | 9.04 | 54.27 | 0/NA | Avg. | 0% | (0.00) | 54.27 |
| 781. Mask the floor per square foot - plastic and tape - 4 mil | | | | | | | | | |
| 37.38 SF | 0.26 | 0.16 | 1.98 | 11.86 | 0/15 yrs | Avg. | 0% | (0.00) | 11.86 |
| 782. Mask and prep for paint - plastic, paper, tape (per LF) | | | | | | | | | |
| 29.50 LF | 1.43 | 0.56 | 8.56 | 51.31 | 0/15 yrs | Avg. | 0% | (0.00) | 51.31 |
| 783. R&R Outlet or switch cover | | | | | | | | | |
| 1.00 EA | 4.35 | 0.06 | 0.90 | 5.31 | 0/25 yrs | Avg. | 0% | (0.00) | 5.31 |
| 784. Clean floor or roof joist system - Heavy | | | | | | | | | |
| 37.38 SF | 1.36 | 0.05 | 10.18 | 61.07 | 0/NA | Avg. | 0% | (0.00) | 61.07 |
| 785. Seal floor or ceiling joist system (shellac) | | | | | | | | | |
| 37.38 SF | 1.38 | 0.81 | 10.48 | 62.87 | 0/15 yrs | Avg. | 0% | (0.00) | 62.87 |
| 786. R&R Crown molding - 2 1/4" | | | | | | | | | |
| 29.50 LF | 5.41 | 3.33 | 32.60 | 195.53 | 0/150 yrs | Avg. | 0% | (0.00) | 195.53 |
| 787. Stain & finish crown molding | | | | | | | | | |
| 29.50 LF | 1.74 | 0.45 | 10.36 | 62.14 | 0/15 yrs | Avg. | 0% | (0.00) | 62.14 |
| 788. Tear out wet drywall, cleanup, bag for disposal | | | | | | | | | |
| 37.38 SF | 1.02 | 0.44 | 7.70 | 46.27 | 0/NA | Avg. | NA | (0.00) | 46.27 |
| 789. 5/8" drywall - hung, taped, floated, ready for paint | | | | | | | | | |
| 37.38 SF | 3.02 | 1.78 | 22.94 | 137.61 | 0/150 yrs | Avg. | 0% | (0.00) | 137.61 |
| 790. Seal the ceiling w/PVA primer - one coat | | | | | | | | | |
| 37.38 SF | 0.61 | 0.16 | 4.60 | 27.56 | 0/15 yrs | Avg. | 0% | (0.00) | 27.56 |
| 791. Paint the ceiling - two coats | | | | | | | | | |
| 37.38 SF | 1.02 | 0.71 | 7.76 | 46.60 | 0/15 yrs | Avg. | 0% | (0.00) | 46.60 |
| 792. Clean stud wall - Heavy | | | | | | | | | |
| 147.06 SF | 1.09 | 0.21 | 32.10 | 192.61 | 0/NA | Avg. | 0% | (0.00) | 192.61 |
| 793. Seal stud wall for odor control (shellac) | | | | | | | | | |
| 147.06 SF | 1.02 | 2.78 | 30.56 | 183.34 | 0/15 yrs | Avg. | 0% | (0.00) | 183.34 |
| 794. Tear out and bag wet insulation | | | | | | | | | |
| 22.75 SF | 0.83 | 0.10 | 3.80 | 22.78 | 0/NA | Avg. | NA | (0.00) | 22.78 |
| 795. Batt insulation - 4" - R11 - paper / foil faced | | | | | | | | | |
| 22.75 SF | 0.80 | 0.81 | 3.80 | 22.81 | 0/150 yrs | Avg. | 0% | (0.00) | 22.81 |
| *Insulation on exterior walls.* | | | | | | | | | |
| 796. Tear out wet drywall, cleanup, bag for disposal | | | | | | | | | |
| 147.06 SF | 1.02 | 1.75 | 30.36 | 182.11 | 0/NA | Avg. | NA | (0.00) | 182.11 |

**Precision Public Adjusting**

2153 South Lee St., Suite 1
Buford, GA 30519
(770) 831-6581

### CONTINUED - Storage Room Clst

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 801. | 1/2" drywall - hung, taped, floated, ready for paint | | | | | | | | | |
| | 143.00 SF | 1.72 | 7.27 | 51.75 | 310.62 | 0/150 yrs | Avg. | 0% | (0.00) | 310.62 |
| 802. | Seal/prime then paint the walls and ceiling, primer sealer, one coat | | | | | | | | | |
| | 143.00 SF | 0.45 | 0.62 | 12.85 | 105.84 | 1/15 yrs | Avg. | 6% | (6.00) | 10.85 |
| 799. | Paint the walls - two coats | | | | | | | | | |
| | 143.00 SF | 0.63 | 0.93 | 18.72 | 109.86 | 0/NA | Avg. | NA | (0.00) | 109.86 |
| 800. | Painting | | | | | | | | | |
| | 143.00 SF | 2.07 | 5.90 | 88.16 | 528.99 | 10/180 yrs | Avg. | 0% | (0.00) | 528.99 |
| 801. | R&R Rubber trim, cove in grade | | | | | | | | | |
| | 25.00 LF | 1.12 | 3.40 | 6.26 | 65.22 | 0/50 yrs | Avg. | 12% | (2.00) | 63.22 |
| 802. | Seal & finish cove base (trim) | | | | | | | | | |
| | 25.00 LF | 1.84 | 0.42 | 9.70 | 51.61 | 0/15 yrs | Avg. | 6% | (0.00) | 54.61 |
| 803. | Stain & finish cove base baseboard - Large (over 3 1/4) | | | | | | | | | |
| | 2.00 LF | 49.25 | 0.06 | 12.88 | 107.35 | 0/15 yrs | Avg. | 0% | (0.00) | 119.92 |
| 804. | Tear out tile and bag for disposal - up to Cat 3 | | | | | | | | | |
| | 20.58 LF | 0.97 | 0.26 | 4.06 | 24.28 | 0/NA | Avg. | NA | (0.00) | 24.28 |
| 805. | Base shoe | | | | | | | | | |
| | 20.58 LF | 1.85 | 1.09 | 7.84 | 47.00 | 0/150 yrs | Avg. | 0% | (0.00) | 47.00 |
| 806. | Stain & finish base shoe or quarter round | | | | | | | | | |
| | 20.58 LF | 1.32 | 0.32 | 5.50 | 32.99 | 0/15 yrs | Avg. | 0% | (0.00) | 32.99 |
| 807. | Tear out baseboard and bag for disposal – up to Cat 3 | | | | | | | | | |
| | 20.58 LF | 0.97 | 0.26 | 4.06 | 24.28 | 0/NA | Avg. | NA | (0.00) | 24.28 |
| 808. | Baseboard - 3 1/4" | | | | | | | | | |
| | 20.58 LF | 4.22 | 2.56 | 17.90 | 107.31 | 0/150 yrs | Avg. | 0% | (0.00) | 107.31 |
| 809. | Stain & finish baseboard | | | | | | | | | |
| | 20.58 LF | 1.61 | 0.32 | 6.68 | 40.13 | 0/15 yrs | Avg. | 0% | (0.00) | 40.13 |
| 810. | Water extraction from hard surface floor | | | | | | | | | |
| | 37.38 SF | 0.24 | 0.00 | 1.80 | 10.77 | 0/NA | Avg. | 0% | (0.00) | 10.77 |
| 811. | Tear out non-salvageable vinyl, cut & bag for disposal | | | | | | | | | |
| | 37.38 SF | 1.48 | 0.16 | 11.10 | 66.58 | 0/NA | Avg. | NA | (0.00) | 66.58 |
| 812. | Clean concrete the floor | | | | | | | | | |
| | 37.38 SF | 0.32 | 0.03 | 2.40 | 14.39 | 0/NA | Avg. | 0% | (0.00) | 14.39 |
| 813. | Apply anti-microbial agent to the floor | | | | | | | | | |
| | 37.38 SF | 0.28 | 0.13 | 2.12 | 12.70 | 0/NA | Avg. | 0% | (0.00) | 12.70 |
| 814. | Floor preparation for resilient flooring | | | | | | | | | |
| | 37.38 SF | 0.53 | 0.26 | 4.02 | 24.09 | 0/50 yrs | Avg. | 0% | (0.00) | 24.09 |
| 815. | Vinyl tile | | | | | | | | | |
| | 37.38 SF | 3.44 | 5.81 | 26.83 | 161.28 | 0/50 yrs | Avg. | 0% | (0.00) | 161.28 |

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380

**CONTINUED – Storage Room Clst**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 816. Seal drywall – smoothing – Heavy texture | | | | | | | | | |
| 47.38 SF | 0.27 | 0.00 | 2.02 | 21.17 | 0/NA | Avg. | 0% | (0.00) | 12.11 |
| Totals: Storage Room Clst | | 43.97 | 544.15 | 3,285.45 | | | | 0.00 | 3,285.45 |



| | | HVAC | | | | | | | Height 7' |
|---|---|---|---|---|---|---|---|---|---|

189.00 SF Walls
233.72 SF Walls & Ceiling
4.97 SY Flooring
27.00 LF Ceil. Perimeter

4.72 SF Ceiling
44.72 SF Floor
27.00 LF Floor Perimeter

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 812. R&R Ductwork system - hot or cold air - 2200 to 2500 SF home | | | | | | | | | |
| 1.00 EA | 7,652.91 | 212.56 | 1,473.34 | 9,441.81 | 0/50 yrs | Avg. | 0% | (0.00) | 9,441.81 |
| 818. R&R Foam pipe insulation - 1/2" wall for 2" to 3" pipe | | | | | | | | | |
| 35.00 LF | 5.49 | 6.63 | 49.31 | 296.10 | 0/150 yrs | Avg. | 0% | (0.00) | 296.10 |
| 819. Furnace - forced air - Detach & reset | | | | | | | | | |
| 1.00 EA | 788.66 | 0.00 | 157.74 | 946.40 | 0/NA | Avg. | 0% | (0.00) | 946.40 |
| 820. Furnace - heavy clean, replace filters and service - w/ AC | | | | | | | | | |
| 1.00 EA | 486.22 | 1.03 | 97.44 | 584.69 | 0/NA | Avg. | 0% | (0.00) | 584.69 |
| 821. CWH - Detach & reset | | | | | | | | | |
| 1.00 EA | 473.67 | 0.00 | 94.74 | 568.41 | 0/NA | Avg. | 0% | (0.00) | 568.41 |
| 822. Clean evaporator coil | | | | | | | | | |
| 1.00 EA | 62.19 | 0.01 | 12.44 | 74.66 | 0/NA | Avg. | 0% | (0.00) | 74.66 |
| 823. Water heater - Detach & reset | | | | | | | | | |
| 1.00 EA | 615.61 | 0.00 | 123.12 | 738.73 | 0/NA | Avg. | 0% | (0.00) | 738.73 |
| 824. Clean water heater | | | | | | | | | |
| 1.00 EA | 23.97 | 0.01 | 4.80 | 28.78 | 0/NA | Avg. | 0% | (0.00) | 28.78 |
| 825. R&R Water heater blanket | | | | | | | | | |
| 1.00 EA | 61.43 | 1.69 | 12.62 | 75.74 | 0/15 yrs | Avg. | 0% | (0.00) | 75.74 |
| 826. Clean floor or roof joist system - Heavy | | | | | | | | | |
| 44.72 SF | 1.36 | 0.06 | 12.18 | 73.06 | 0/NA | Avg. | 0% | (0.00) | 73.06 |
| 827. Seal floor or ceiling joist system (shellac) | | | | | | | | | |
| 44.72 SF | 1.38 | 0.97 | 12.54 | 75.22 | 0/15 yrs | Avg. | 0% | (0.00) | 75.22 |
| 828. Clean stud wall - Heavy | | | | | | | | | |
| 189.00 SF | 1.09 | 0.26 | 41.26 | 247.53 | 0/NA | Avg. | 0% | (0.00) | 247.53 |

OSCAR_BARNES

## Precision Public Adjusting

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380

### CONTINUED - HVAC

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 829. Seal stud wall for odor control (shellac) | | | | | | | | | |
| 189.00 SF | 1.02 | 3.57 | 39.28 | 235.63 | 0/15 yrs | Avg. | 0% | (0.00) | 235.63 |
| 830. Door knob - interior | | | | | | | | | |
| 1.00 EA | 40.95 | 1.50 | 8.50 | 50.95 | 0/20 yrs | Avg. | 0% | (0.00) | 50.95 |
| 831. R&R Interior door unit | | | | | | | | | |
| 1.00 EA | 315.75 | 15.63 | 66.28 | 397.66 | 0/100 yrs | Avg. | 0% | (0.00) | 397.66 |
| 832. Stain & finish door slab only (per side) | | | | | | | | | |
| 2.00 EA | 60.22 | 1.33 | 24.34 | 146.11 | 0/15 yrs | Avg. | 0% | (0.00) | 146.11 |
| 833. Water extraction from hard surface floor | | | | | | | | | |
| 44.72 SF | 0.24 | 0.00 | 2.14 | 12.87 | 0/NA | Avg. | 0% | (0.00) | 12.87 |
| 834. Clean concrete the floor | | | | | | | | | |
| 44.72 SF | 0.32 | 0.03 | 2.86 | 17.20 | 0/NA | Avg. | 0% | (0.00) | 17.20 |
| 835. Apply anti-microbial agent to the floor | | | | | | | | | |
| 44.72 SF | 0.28 | 0.13 | 2.52 | 15.17 | 0/NA | Avg. | 0% | (0.00) | 15.17 |
| 836. Concrete sealer - brush or spray applied | | | | | | | | | |
| 44.72 SF | 0.95 | 2.19 | 8.94 | 53.61 | 0/4 yrs | Avg. | 0% | (0.00) | 53.61 |
| 837. Final cleaning - construction - Residential | | | | | | | | | |
| 44.72 SF | 0.27 | 0.00 | 2.42 | 14.49 | 0/NA | Avg. | 0% | (0.00) | 14.49 |

| **Totals:  HVAC** | | **247.30** | **2,349.14** | **14,094.76** | | | | **0.00** | **14,094.76** |

| **Total:  Basement** | | **636.07** | **6,872.88** | **41,235.84** | | | | **0.00** | **41,235.84** |

| **Total:  Interior** | | **2,139.00** | **22,190.48** | **137,818.07** | | | | **0.00** | **137,818.07** |

### Electrical

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 838. Megohmmeter check electrical circuits - average residence | | | | | | | | | |
| 1.00 EA | 1,002.59 | 0.00 | 200.52 | 1,203.11 | 0/NA | Avg. | 0% | (0.00) | 1,203.11 |

| **Totals:  Electrical** | | **0.00** | **200.52** | **1,203.11** | | | | **0.00** | **1,203.11** |

### Foundation

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

OSCAR_BARNES                                                                                    9/5/2022          Page: 55

## Precision Public Adjusting

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380

### CONTINUED - Foundation

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|----------|------|-----|-----|-----|----------|-------|-------|---------|-----|
| 839. Temporary thermoset - Screw Jack per day |
| 54.00 DA | 52.42 | 8.08 | 741.62 | 3580.70 | 0/150 yrs | Avg | 8% | 803.03 | 1582.79 |
| 840. Respoint masonry - brick |
| 94.35 SF | 7.26 | 3.22 | 604.30 | 5046.71 | 0/NA | Avg | 4% | 42.00 | 3056.77 |
| Allowance to repair cracks in brick foundation wall and left, rear and left elevations |
| Totals: Foundation | | 8.22 | 759.82 | 1,366.47 | | | | 6.00 | 4556.47 |

### Water Mitigation

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|----------|------|-----|-----|-----|----------|-------|-------|---------|-----|
| BASEMENT DRY OUT EQUIPMENT |
| 841. Containment Barrier/Airlock/Clean & Sanitize |
| 715.90 SF | 0.91 | 7.52 | 0.00 | 658.99 | 0/NA | Avg. | 0% | (0.00) | 658.99 |
| 842. Peel & seal zipper |
| 3.00 EA | 13.04 | 1.94 | 0.00 | 41.06 | 0/NA | Avg. | 0% | (0.00) | 41.06 |
| 843. Air mover (per 24 hour period) - No monitoring |
| 42.00 EA | 31.00 | 0.00 | 0.00 | 1,302.00 | 0/NA | Avg. | 0% | (0.00) | 1,302.00 |
| 14 units for 3 days |
| 844. Neg. air fan/Air scrub.-Large (per 24 hr period)-No monit. |
| 12.00 DA | 121.54 | 0.00 | 0.00 | 1,458.48 | 0/NA | Avg. | 0% | (0.00) | 1,458.48 |
| 3 units for 3 days |
| 845. Add for HEPA filter (for neg. air machine/vacuum - Large) |
| 4.00 EA | 314.09 | 84.41 | 0.00 | 1,340.77 | 0/NA | Avg. | 0% | (0.00) | 1,340.77 |
| 846. Equipment setup, take down, and monitoring (hourly charge) |
| 14.00 HR | 56.77 | 0.00 | 0.00 | 794.78 | 0/NA | Avg. | 0% | (0.00) | 794.78 |
| 4 hours for setup, 4 hours for take down and 2 hours each day for monitoring. |
| 847. Equipment decontamination charge - per piece of equipment |
| 18.00 EA | 33.13 | 5.96 | 0.00 | 602.30 | 0/NA | Avg. | 0% | (0.00) | 602.30 |
| 848. Personal protective mask (N-95) |
| 12.00 EA | 3.23 | 2.71 | 0.00 | 41.47 | 0/NA | Avg. | 0% | (0.00) | 41.47 |
| 849. Water Extraction & Remediation For Guest Bedroom* |
| 1.00 EA | 2,042.00 | 0.00 | 0.00 | 2,042.00 | 0/NA | Avg. | 0% | (0.00) | 2,042.00 |
| Guest bedroom clean up and dry out. Per D&B Property Restoration, LLC (770) 906-3355, invoice #2 dated 8/12/2022. |
| 850. Debris Removal* |
| 1.00 EA | 600.00 | 0.00 | 0.00 | 600.00 | 0/NA | Avg. | 0% | (0.00) | 600.00 |
| Water extraction and demo debris removal. Per D&B Property Restoration, LLC (770) 906-3355, invoice #2 dated 8/12/2022. |

OSCAR_BARNES

## Precision Public Adjusting

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380

### CONTINUED - Water Mitigation

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Totals: Water Mitigation** | | 102.54 | 0.00 | 8,881.85 | | | | 0.00 | 8,881.85 |

### Tree Removal

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 851. Tree Removal From Roof* | | | | | | | | | |
| 1.00 EA | 24,600.00 | 0.00 | 0.00 | 24,600.00 | 0/NA | Avg. | NA | (0.00) | 24,600.00 |

Complete removal of 93 LF (69" diameter) tree from off of roof. Per D&B Property Restoration, LLC (770) 906-3355, invoice #1 dated 8/12/2022.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 852. Satefy Tie-Off of Additional Tree Limbs* | | | | | | | | | |
| 1.00 EA | 3,400.00 | 0.00 | 0.00 | 3,400.00 | 0/NA | Avg. | NA | (0.00) | 3,400.00 |

Safety tie-off of additional tree limbs (25-30 diameter) to prevent additional damage during tree removal from roof. Per D&B Property Restoration, LLC (770) 906-3355, invoice #1 dated 8/12/2022.

853. Tree Removal From Roof*

[several redacted/illegible line items]

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 858. Tree Debris Removal* | | | | | | | | | |
| 1.00 EA | 1,400.00 | 0.00 | 0.00 | 1,400.00 | 0/NA | Avg. | NA | (0.00) | 1,400.00 |

Removal of 69" diameter tree debris from property. Per D&B Property Restoration, LLC (770) 906-3355, invoice #1 dated 8/12/2022.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 859. Tree Debris Removal* | | | | | | | | | |
| 1.00 EA | 1,400.00 | 0.00 | 0.00 | 1,400.00 | 0/NA | Avg. | NA | (0.00) | 1,400.00 |

Removal of 30-43" diameter tree debris from property. Per D&B Property Restoration, LLC (770) 906-3355, invoice #1 dated 8/12/2022.

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Totals: Tree Removal** | | 0.00 | 0.00 | 47,664.00 | | | | 0.00 | 47,664.00 |

OSCAR_BARNES

## Precision Public Adjusting

4795 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380

### Emergency Services

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 860. Roof Tarp Installation* | | | | | | | | | |
| 1.00 EA | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 0/NA | Avg. | 0% | (0.00) | 2,000.00 |

*Installation of roof and elevation tarp to protect property. Per D&B Property Restoration, LLC (770) 906-3355, invoice #3 dated 8/19/2022.*

| Totals: Emergency Services | | 0.00 | 0.00 | 2,000.00 | | | | 0.00 | 2,000.00 |
|---|---|---|---|---|---|---|---|---|---|

### Debris Removal

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 861. Debris Removal* | | | | | | | | | |
| 1.00 EA | 2,400.00 | 0.00 | 0.00 | 2,400.00 | 0/NA | Avg. | NA | (0.00) | 2,400.00 |

*Cleanup, debris removal and dump cost for bedroom and roof demo.  Per D&B Property Restoration, LLC (770) 906-3355, invoice #3 dated 8/19/2022.*

| 862. Dumpster load - Approx. 40 yards, 7-8 tons of debris | | | | | | | | | |
| 2.00 EA | 920.00 | 0.00 | 368.00 | 2,208.00 | 0/NA | Avg. | NA | (0.00) | 2,208.00 |

| Totals: Debris Removal | | 0.00 | 368.00 | 4,608.00 | | | | 0.00 | 4,608.00 |
|---|---|---|---|---|---|---|---|---|---|

### Landscaping

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **YARD DAMAGED DURING TREE REMOVAL** | | | | | | | | | |
| 863. Skid steer loader and operator | | | | | | | | | |
| 4.00 HR | 97.30 | 0.00 | 77.84 | 467.04 | 0/NA | Avg. | 0% | (0.00) | 467.04 |
| 864. Tiller and operator | | | | | | | | | |
| 2.00 HR | 55.11 | 0.00 | 22.04 | 132.26 | 0/NA | Avg. | 0% | (0.00) | 132.26 |
| 865. Topsoil (per CY) | | | | | | | | | |
| 10.00 CY | 34.24 | 23.97 | 73.28 | 439.65 | 0/NA | Avg. | 0% | (0.00) | 439.65 |
| 866. Lawn - hand seeding | | | | | | | | | |
| 1,500.00 SF | 0.07 | 4.20 | 21.84 | 131.04 | 0/NA | Avg. | 0% | (0.00) | 131.04 |
| 867. Fertilizing | | | | | | | | | |
| 1,500.00 SF | 0.08 | 1.05 | 24.72 | 145.27 | 0/NA | Avg. | 0% | (0.00) | 145.27 |
| 868. Mulching | | | | | | | | | |
| 1,500.00 SF | 0.42 | 11.50 | 132.30 | 793.80 | 0/NA | Avg. | 0% | (0.00) | 793.80 |

| Totals: Landscaping | | 60.72 | 351.52 | 2,109.06 | | | | 0.00 | 2,109.06 |
|---|---|---|---|---|---|---|---|---|---|

**Precision Public Adjusting**

4195 South Lee St., Suite 1
Buford, GA 30518
(770) 881-6380

## Temp. Services

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 869. Temporary toilet (per month) | | | | | | | | | |
| 6.00 MO. | 106.15 | 0.00 | 127.38 | 764.28 | 0/NA | Avg. | 0% | (0.00) | 764.28 |
| Totals: Temp Services | | 0.00 | 127.38 | 764.28 | | | | 0.00 | 764.28 |

## Labor Minimums Applied

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 870. Miscellaneous concrete labor minimum | | | | | | | | | |
| 1.00 EA. | 271.70 | 0.00 | 54.34 | 326.04 | 0/NA | Avg. | 0% | (0.00) | 326.04 |
| Totals: Labor Minimums Applied | | 0.00 | 54.34 | 326.04 | | | | 0.00 | 326.04 |
| Line Item Totals: OSCAR_BARNES | | 4732.43 | 43,690.66 | 336,811.52 | | | | 0.00 | 336,811.52 |

[%] - Indicates that depreciate by percent was used for this item.
[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 7,868.92 | SF Walls | 2,359.47 | SF Ceiling | 10,228.39 | SF Walls and Ceiling |
| 2,359.47 | SF Floor | 262.16 | SY Flooring | 1,012.25 | LF Floor Perimeter |
| 1,766.15 | SF Long Wall | 1,766.15 | SF Short Wall | 1,020.08 | LF Ceil. Perimeter |
| 2,359.47 | Floor Area | 2,564.19 | Total Area | 6,433.11 | Interior Wall Area |
| 3,184.98 | Exterior Wall Area | 355.67 | Exterior Perimeter of Walls | | |
| 3,218.62 | Surface Area | 32.19 | Number of Squares | 332.71 | Total Perimeter Length |
| 60.00 | Total Ridge Length | 151.17 | Total Hip Length | | |

Precision Public Adjusting

1015 Scott Lea St., Suite 1
Buford, GA 30518
(770) 831-6550

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 334,811.52 | 99.07% | 334,811.52 | 99.07% |
| Dwelling - Fire Debris | 2,000.00 | 0.59% | 2,000.00 | 0.59% |
| Dwelling - Code Upgrade | 0.00 | 0.00% | 0.00 | 0.00% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 336,811.52 | 100.00% | 336,811.52 | 100.00% |

## Precision Public Adjusting

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 285,638.43 |
| Material Sales Tax | 4,732.43 |
| Subtotal | 290,370.86 |
| Overhead | 21,820.33 |
| Profit | 21,820.33 |
| **Replacement Cost Value** | **$334,011.52** |
| Less Deductible | (1,441.00) |
| Less Amount Over Limit(s) | (23,331.52) |
| **Net Claim** | **$309,239.00** |

Jennifer McPherson

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380

## Summary for Dwelling - Tree Debris

| | |
|---|---:|
| Line Item Total | 2,800.00 |
| **Replacement Cost Value** | **$2,800.00** |
| Less Amount Over Limit(s) | (1,800.00) |
| **Net Claim** | **$1,000.00** |

Jennifer McPherson

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380

## Summary for Dwelling - Code Upgrade

| | |
|---|---:|
| Line Item Total | 0.00 |
| **Replacement Cost Value** | **$0.00** |
| Net Claim | $0.00 |

## Dwelling - Code Upgrade Paid When Incurred

| | |
|---|---:|
| Line Item Total | 2,439.73 |
| Material Sales Tax | 50.25 |
| Subtotal | 2,589.97 |
| Overhead | 258.99 |
| Profit | 258.99 |
| Replacement Cost Value | $3,107.95 |
| Total Paid When Incurred | $3,107.95 |
| Net Claim | $0.00 |
| Net Claim If Additional Amounts are Recovered | $3,107.95 |

## Dwelling - Additional Coverage Limit Recap

| Description | Single Item Limit | Aggregate Limit | RCV | Overage |
|---|---|---|---|---|
| Dwelling - Tree Debris | $500.00 | $1,000.00 | $2,800.00 | $1,800.00 |
| Dwelling - Code Upgrade | $5,000.00 | $5,000.00 | $3,107.95 | $0.00 |
| | | | $5,907.95 | $1,800.00 |

Jennifer McPherson

## Precision Public Adjusting

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (7%) | Storage Rental Tax (7%) | Local Food Tax (3%) |
|---|---|---|---|---|---|
| **Line Items** | 21,820.33 | 21,820.33 | 4,732.43 | 0.00 | 0.00 |
| **Total** | **21,820.33** | **21,820.33** | **4,732.43** | **0.00** | **0.00** |

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380

## Recap by Room

**Estimate: OSCAR_BARNES**

**Area: Exterior**

| | | | | |
|---|---|---|---|---|
| Area: Roof | | | 33,799.52 | 11.72% |
| Coverage: Dwelling | 100.00% = | | 33,799.52 | |
| House Roof | | | 14,706.32 | 5.10% |
| Coverage: Dwelling | 100.00% = | | 14,706.32 | |
| Area Subtotal: Roof | | | 48,505.84 | 16.82% |
| Coverage: Dwelling | 100.00% = | | 48,505.84 | |
| Area: Front Elevation | | | 20,669.40 | 7.17% |
| Coverage: Dwelling | 100.00% = | | 20,669.40 | |
| Front Deck | | | 9,190.22 | 3.19% |
| Coverage: Dwelling | 100.00% = | | 9,190.22 | |
| Area Subtotal: Front Elevation | | | 29,859.62 | 10.35% |
| Coverage: Dwelling | 100.00% = | | 29,859.62 | |
| Right Elevation | | | 11,780.21 | 4.08% |
| Coverage: Dwelling | 100.00% = | | 11,780.21 | |
| **Area: Rear Elevation** | | | 3,616.17 | 1.25% |
| Coverage: Dwelling | 100.00% = | | 3,616.17 | |
| Area Subtotal: Rear Elevation | | | 3,616.17 | 1.25% |
| Coverage: Dwelling | 100.00% = | | 3,616.17 | |
| Left Elevation | | | 11,102.85 | 3.85% |
| Coverage: Dwelling | 100.00% = | | 11,102.85 | |
| Area Subtotal: Exterior | | | 104,864.69 | 36.36% |
| Coverage: Dwelling | 100.00% = | | 104,864.69 | |

**Area: Interior**

**Area: Main Level**

| | | | | |
|---|---|---|---|---|
| Attic | | | 6,250.12 | 2.17% |
| Coverage: Dwelling | 100.00% = | | 6,250.12 | |
| Guest Bedroom | | | 14,783.75 | 5.13% |
| Coverage: Dwelling | 100.00% = | | 14,783.75 | |
| Guest Bdrm Clst | | | 1,547.32 | 0.54% |
| Coverage: Dwelling | 100.00% = | | 1,547.32 | |

## Precision Public Adjusting

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380

| | | | | |
|---|---|---|---|---|
| **Guest Bedroom 2** | | | **3,677.72** | **1.28%** |
| Coverage: Dwelling | | 100.00% = | 3,677.72 | |
| **Guest Bdrm Clst 2** | | | **651.70** | **0.23%** |
| Coverage: Dwelling | | 100.00% = | 651.70 | |
| **Hall Clst** | | | **1,330.89** | **0.46%** |
| Coverage: Dwelling | | 100.00% = | 1,330.89 | |
| **Main Hall** | | | **2,320.41** | **0.80%** |
| Coverage: Dwelling | | 100.00% = | 2,320.41 | |
| **Family Room** | | | **8,554.22** | **2.97%** |
| Coverage: Dwelling | | 100.00% = | 8,554.22 | |
| **Dining Room** | | | **3,554.90** | **1.23%** |
| Coverage: Dwelling | | 100.00% = | 3,554.90 | |
| **Kitchen** | | | **13,507.98** | **4.68%** |
| Coverage: Dwelling | | 100.00% = | 13,507.98 | |
| **Stairs to Basement** | | | **946.53** | **0.33%** |
| Coverage: Dwelling | | 100.00% = | 946.53 | |
| **Living Room** | | | **9,345.68** | **3.24%** |
| Coverage: Dwelling | | 100.00% = | 9,345.68 | |
| **Hallway** | | | **1,386.11** | **0.48%** |
| Coverage: Dwelling | | 100.00% = | 1,386.11 | |
| **Hall Clst** | | | **676.91** | **0.23%** |
| Coverage: Dwelling | | 100.00% = | 676.91 | |
| **Master Bedroom** | | | **8,858.64** | **3.07%** |
| Coverage: Dwelling | | 100.00% = | 8,858.64 | |
| **Master Clst** | | | **2,368.82** | **0.82%** |
| Coverage: Dwelling | | 100.00% = | 2,368.82 | |
| **Area Subtotal:  Main Level** | | | **79,761.70** | **27.65%** |
| Coverage: Dwelling | | 100.00% = | 79,761.70 | |
| **Area: Basement** | | | | |
| **Living Room** | | | **11,003.33** | **3.81%** |
| Coverage: Dwelling | | 100.00% = | 11,003.33 | |
| **Living Room Clst** | | | **2,581.72** | **0.90%** |
| Coverage: Dwelling | | 100.00% = | 2,581.72 | |
| **Storage Room** | | | **5,966.67** | **2.07%** |
| Coverage: Dwelling | | 100.00% = | 5,966.67 | |
| **Storage Room Clst** | | | **2,676.85** | **0.93%** |
| Coverage: Dwelling | | 100.00% = | 2,676.85 | |
| **HVAC** | | | **11,498.32** | **3.99%** |
| Coverage: Dwelling | | 100.00% = | 11,498.32 | |
| **Area Subtotal:  Basement** | | | **33,726.89** | **11.69%** |
| Coverage: Dwelling | | 100.00% = | 33,726.89 | |

**Precision Public Adjusting**

4195 South Lee St., Suite T
Buford, GA 30518
(770) 881-6280

| | | | |
|---|---|---|---|
| **Area Subtotal: Interior** | | 113,468.59 | 39.35% |
| Coverage: Dwelling | 100.00% = | 113,488.59 | |
| **Electrical** | | 1,002.59 | 0.35% |
| Coverage: Dwelling | 100.00% = | 1,002.59 | |
| **Foundation** | | 3,793.83 | 1.32% |
| Coverage: Dwelling | 100.00% = | 3,793.83 | |
| **Water Mitigation** | | 8,779.31 | 3.04% |
| Coverage: Dwelling | 100.00% = | 8,779.31 | |
| **Tree Removal** | | 47,664.00 | 16.52% |
| Coverage: Dwelling | 94.13% = | 44,864.00 | |
| Coverage: Dwelling - Tree Debris | 5.87% = | 2,800.00 | |
| **Emergency Services** | | 2,000.00 | 0.69% |
| Coverage: Dwelling | 100.00% = | 2,000.00 | |
| **Debris Removal** | | 4,240.00 | 1.47% |
| Coverage: Dwelling | 100.00% = | 4,240.00 | |
| **Landscaping** | | 1,696.82 | 0.59% |
| Coverage: Dwelling | 100.00% = | 1,696.82 | |
| **Temp Services** | | 636.90 | 0.22% |
| Coverage: Dwelling | 100.00% = | 636.90 | |
| **Labor Minimums Applied** | | 271.70 | 0.09% |
| Coverage: Dwelling | 100.00% = | 271.70 | |
| **Subtotal of Areas** | | 288,438.43 | 100.00% |
| Coverage: Dwelling | 99.03% = | 285,638.43 | |
| Coverage: Dwelling - Tree Debris | 0.97% = | 2,800.00 | |
| **Total** | | 288,438.43 | 100.00% |

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380

## Recap by Category

| O&P Items | | | Total | % |
|---|---|---|---|---|
| **APPLIANCES** | | | **44.05** | **0.01%** |
| Coverage: Dwelling | @ | 100.00% = | 44.05 | |
| **CONT: CARPENT & SOFT GOODS CLN** | | | **224.77** | **0.07%** |
| Coverage: Dwelling | @ | 100.00% = | 224.77 | |
| **CLEANING** | | | **2,818.47** | **0.84%** |
| Coverage: Dwelling | @ | 100.00% = | 2,818.47 | |
| **CONCRETE & ASPHALT** | | | **314.18** | **0.09%** |
| Coverage: Dwelling | @ | 100.00% = | 314.18 | |
| **CONTENT MANIPULATION** | | | **1,054.90** | **0.31%** |
| Coverage: Dwelling | @ | 100.00% = | 1,054.90 | |
| **GENERAL DEMOLITION** | | | **27,422.51** | **8.14%** |
| Coverage: Dwelling | @ | 100.00% = | 27,422.51 | |
| **DOORS** | | | **4,925.25** | **1.46%** |
| Coverage: Dwelling | @ | 100.00% = | 4,925.25 | |
| **DRYWALL** | | | **13,701.35** | **4.07%** |
| Coverage: Dwelling | @ | 100.00% = | 13,701.35 | |
| **ELECTRICAL** | | | **3,124.90** | **0.93%** |
| Coverage: Dwelling | @ | 100.00% = | 3,124.90 | |
| **HEAVY EQUIPMENT** | | | **1,556.48** | **0.46%** |
| Coverage: Dwelling | @ | 100.00% = | 1,556.48 | |
| **FLOOR COVERING - CARPET** | | | **4,431.85** | **1.32%** |
| Coverage: Dwelling | @ | 100.00% = | 4,431.85 | |
| **FLOOR COVERING - CERAMIC TILE** | | | **4,562.28** | **1.35%** |
| Coverage: Dwelling | @ | 100.00% = | 4,562.28 | |
| **FLOOR COVERING - VINYL** | | | **2,906.69** | **0.86%** |
| Coverage: Dwelling | @ | 100.00% = | 2,906.69 | |
| **FLOOR COVERING - WOOD** | | | **1,415.59** | **0.42%** |
| Coverage: Dwelling | @ | 100.00% = | 1,415.59 | |
| **FENCING** | | | **255.32** | **0.08%** |
| Coverage: Dwelling | @ | 100.00% = | 255.32 | |
| **FINISH CARPENTRY / TRIMWORK** | | | **10,775.04** | **3.20%** |
| Coverage: Dwelling | @ | 100.00% = | 10,775.04 | |
| **FINISH HARDWARE** | | | **615.16** | **0.18%** |
| Coverage: Dwelling | @ | 100.00% = | 615.16 | |
| **FRAMING & ROUGH CARPENTRY** | | | **32,822.58** | **9.75%** |
| Coverage: Dwelling | @ | 100.00% = | 32,822.58 | |
| **HEAT, VENT & AIR CONDITIONING** | | | **9,363.66** | **2.78%** |
| Coverage: Dwelling | @ | 100.00% = | 9,363.66 | |
| **INSULATION** | | | **3,494.55** | **1.04%** |
| Coverage: Dwelling | @ | 100.00% = | 3,494.55 | |
| **LIGHT FIXTURES** | | | **1,664.73** | **0.49%** |
| Coverage: Dwelling | @ | 100.00% = | 1,664.73 | |

OSCAR_BARNES

9/5/2022          Page: 68

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380

| O&P Items | | | Total | % |
|---|---|---|---|---|
| **LANDSCAPING** | | | **1,307.62** | **0.39%** |
| Coverage: Dwelling | @ | 100.00% = | 1,307.62 | |
| **MASONRY** | | | **15,932.44** | **4.73%** |
| Coverage: Dwelling | @ | 100.00% = | 15,932.44 | |
| **PLUMBING** | | | **959.20** | **0.28%** |
| Coverage: Dwelling | @ | 100.00% = | 959.20 | |
| **PANELING & WOOD WALL FINISHES** | | | **2,960.56** | **0.88%** |
| Coverage: Dwelling | @ | 100.00% = | 2,960.56 | |
| **PAINTING** | | | **31,069.28** | **9.22%** |
| Coverage: Dwelling | @ | 100.00% = | 31,069.28 | |
| **ROOFING** | | | **10,742.87** | **3.19%** |
| Coverage: Dwelling | @ | 100.00% = | 10,742.87 | |
| **SIDING** | | | **3,264.93** | **0.97%** |
| Coverage: Dwelling | @ | 100.00% = | 3,264.93 | |
| **SOFFIT, FASCIA, & GUTTER** | | | **10,437.50** | **3.10%** |
| Coverage: Dwelling | @ | 100.00% = | 10,437.50 | |
| **TEMPORARY REPAIRS** | | | **636.90** | **0.19%** |
| Coverage: Dwelling | @ | 100.00% = | 636.90 | |
| **WINDOW TREATMENT** | | | **1,158.52** | **0.34%** |
| Coverage: Dwelling | @ | 100.00% = | 1,158.52 | |
| **WINDOWS - WOOD** | | | **5,275.74** | **1.57%** |
| Coverage: Dwelling | @ | 100.00% = | 5,275.74 | |
| **WALLPAPER** | | | **1,659.68** | **1.49%** |
| Coverage: Dwelling | @ | 100.00% = | 1,659.68 | |
| **WATER EXTRACTION & REMEDIATION** | | | **667.59** | **0.20%** |
| Coverage: Dwelling | @ | 100.00% = | 667.59 | |
| **O&P Items Subtotal** | | | **213,567.14** | **63.41%** |

| Non-O&P Items | | | Total | % |
|---|---|---|---|---|
| **GENERAL DEMOLITION** | | | **59,091.98** | **17.54%** |
| Coverage: Dwelling | @ | 95.26% = | 56,291.98 | |
| Coverage: Dwelling - Tree Debris | @ | 4.74% = | 2,800.00 | |
| **MISC. EQUIPMENT - AGRICULTURAL** | | | **5,000.00** | **1.48%** |
| Coverage: Dwelling | @ | 100.00% = | 5,000.00 | |
| **TEMPORARY REPAIRS** | | | **2,000.00** | **0.59%** |
| Coverage: Dwelling | @ | 100.00% = | 2,000.00 | |
| **WATER EXTRACTION & REMEDIATION** | | | **8,779.31** | **2.61%** |
| Coverage: Dwelling | @ | 100.00% = | 8,779.31 | |
| **Non-O&P Items Subtotal** | | | **74,871.29** | **22.23%** |
| **O&P Items Subtotal** | | | **213,567.14** | **63.41%** |
| **Material Sales Tax** | | | **4,732.43** | **1.41%** |
| Coverage: Dwelling | @ | 100.00% = | 4,732.43 | |
| **Overhead** | | | **21,820.33** | **6.48%** |

OSCAR_BARNES                                          9/5/2022                Page: 69

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380

| | | | | | |
|---|---|---|---|---|---|
| Coverage: Dwelling | @ | 100.00% = | | 21,820.33 | |
| Profit | | | | 21,820.33 | 6.48% |
| Coverage: Dwelling | @ | 100.00% = | | 21,820.33 | |
| **Total** | | | | **336,811.52** | **100.00%** |

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



1.   Exterior/Roof/House Rear: HMC

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



**Precision Public Adjusting**

4195 South Lee St., Suite 1
Buford, GA 30518
(770) 881-6380



Interior/Roof/Bonus Room - 3- IMG_
6256

**Precision Public Adjusting**

4195 South Lee St., Suite F
Buford, GA  30518
(770) 481-6580



**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



5    Exterior/Roof/House Roof - 5-IMG_
3258

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



6       Exterior/Roof/House Roof - 6-IMG_
        3249

**Precision Public Adjusting**

4195 South Lee St., Suite L
Buford, GA  30518
(770) 881-0380



Exterior Roof/House Roof ... 7 IMG_
3243

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



8      Exterior/Roof/House Roof - 8-
image000000 (1)

**Precision Public Adjusting**

4195 South Lee St., Suite 1
Buford, GA 30518
(770) 881-6380



9    Exterior/Roof/House Roof - 9-
image000001 (1)

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



10.     Exterior/Roof/House Roof ~ 10-
         image000004 (1)

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



11      Exterior/Roof/House Roof - 11-
         image000005 (1)

**Precision Public Adjusting**

4795 South Lee St, Suite I
Buford, GA 30518
(770) 881-6380



12    Exterior/Roof/House Roof - 12-
       image000006 (1)

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



13      Exterior/Roof/House Roof - 13-
        IMG_3241

### Precision Public Adjusting

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380





15:   Exterior/Roof House Roof - 15:
Image000007.(1)

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



16    Exterior/Roof/House Roof - 16-
       IMG_3243

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



17 .    Exterior/Roof/House Roof - 17-
        IMG_3244

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



18      Exterior/Roof/House Roof - 18-
        IMG_3246

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



19      Exterior/Roof/House Roof - 19-
        IMG_3247



20      Exterior/Front Elevation - 20-          Date Taken: 8/30/2022
        Media 207-8EAAD3AB-5F95-
        4F5F-A65F-ED2D3C43828

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



21      Exterior/Front Elevation - 21-IMG_
        3262

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



22      Exterior/Front Elevation - 22-      Date Taken: 8/30/2022
        Media 1-350C7590-83CC-44A8-
        8C92-24C769FBFDAC

Precision Public Adjusting

4108 South Lee St., Suite D
Buford, GA  30578
(770) 881-6780



23    Exterior/Front Elevation - 23-      Date Taken: 8/30/2022
      Media 202-E47DBDC3-C520-4453-
      9930-5A00218C220

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



24      Exterior/Front Elevation - 24-        Date Taken: 8/30/2022
        Media 48-BA10BC97-4862-47F8-
        B751-A3BCB7B0D708

## Precision Public Adjusting

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



25      Exterior/Front Elevation - 25-          Date Taken: 8/30/2022
        Media 43-52488D1F-E60E-4B35-
        93D4-3E5E87C06B53

## Precision Public Adjusting

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



26      Exterior/Front Elevation - 26-
        image000003 (1)

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



27      Exterior/Front Elevation - 27-        Date Taken: 8/30/2022
        Media 44-4404B9C7-279D-45FE-
        A38F-5EECCD1D6C81

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



28    Exterior/Front Elevation - 28-    Date Taken: 8/30/2022
Media 190-3F8FF0BC-4EA2-457C-
9179-7D1DFD481E7

## Precision Public Adjusting

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380





30   Exterior/Front Elevation - 30     Date Taken: 8/30/2022
Media 191-1B4D5720-C018-4F5D-
9066-E71B5838A5C

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



31      Exterior/Front Elevation - 31-       Date Taken: 8/30/2022
        Media 195-A863B54C-0418-49C6-
        AF68-6E3B08B3B46

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



32   Exterior/Front Elevation - 32-        Date Taken: 8/30/2022
     Media 192-FBB861B0-3EBD-
     4DB6-AC3E-88B97A315D5

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



33    Exterior/Front Elevation - 33-        Date Taken: 8/30/2022
      Media 45-E7CF1384-2115-47F2-
      A820-8D1F9E070225

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



34          Exterior/Front Elevation – 34–          Date Taken: 2/30/2022
            Media 193-A8F6980F-52EA-
            4D7A-A5F3-F5A1BB4EAFF

Precision Public Adjusting



35    Exterior/Front Elevation - 35-        Date Taken: 8/30/2022
      Media 194-44BDD541-BFFF-4229-
      9728-2B8199AF216

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



36     Exterior/Front Elevation - 36-      Date Taken: 8/30/2022
        Media 2-56B72112-EEDF-464D-
        9426-1AF4C016BACD

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



37    Exterior/Front Elevation - 37-          Date Taken: 8/30/2022
      Media 3-0DF0CAF0-4618-44E2-
      8141-BDB28E379C70

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



39 Exterior/Front Elevation - 39- Date Taken: 8/30/2022
Media 4-512DE422-6756-4450-
AC77-E61879872E1D

Precision Public Adjusting



40     Exterior/Front Elevation - 40-      Date Taken: 8/30/2022
       Media 42-7F659BE8-2327-40B3-
       9F73-182693512AD3

. . .

## Precision Public Adjusting

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



42      Exterior/Front Elevation - 42-       Date Taken: 8/30/2022
        Media 6-EDB89C2C-2D06-4949-
        920E-79497772D209



Precision Public Adjusting

1093 South Lee St., Suite 1
Buford, GA 30518
(770) 361-6188



44.    Exterior Front Elevation - 44.        Date Taken: 8/30/2022
       Media: 6E02D30E-8EAB-
       4BC4-A789-522D6E3C30D1.

**Precision Public Adjusting**

4195 South Lee St., Suite 1
Buford, GA 30518
(770) 881-6380



45    Exterior/Front Elevation - 45-    Date Taken: 8/30/2022
Media 7-1D89BA64-F8B0-448C-
9EB5-DD63EBE0C468

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



46    Exterior/Front Elevation - 46 -        Date Taken: 8/30/2022
Media 8-81F7B1A2-6FF1-4E4C-
8608-3DC2225F4CA8



Precision Public Affairs



**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



49      Interior Front Elevation - 425 MT.
        5250

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380







**Precision Public Adjusting**

496 South Lee St., Suite 1
Buford, WA, 30518
(702) 881-0330



**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



53      Exterior/Front Elevation - 53-        Date Taken: 8/30/2022
        Media 199-FB06F382-84E3-4B88-
        AAC0-BFB6877CCFB



54      Exterior/Front Elevation - 54-        Date Taken: 8/30/2022
        Media 200-D36A95A9-BAF4-
        4A7C-8648-EA5E4643935

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



55    Exterior/Front Elevation - 55-        Date Taken: 8/30/2022
      Media 201-F73A7471-A9EB-444E-
      894C-B313E27D9B7

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



56      Exterior/Front Elevation - 56-        Date Taken: 8/30/2022
        Media 203-753294CD-C821-48FC-
        892D-41DAA13E58C

**Precision Public Adjusting**

4195 South Lee St., Suite 1
Buford, GA 30518
(770) 881-6380



57   Exterior/Front Elevation - 57   Date Taken: 8/30/2022
Media 201-861C3034-B732-40D6-
A082-82209B40CA8

### Precision Public Adjusting

4925 North Lee St., Suite C
Buford, GA 30518-
(770) 881-6190



Exterior Right Elevation - 58-
Media Id: 16CA5B07-0B1FE47BC5
A00Z-170E885D197C1

Date Taken: 8/30/2022

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



59      Exterior/Right Elevation - 59-          Date Taken: 8/30/2022
        Media 11-660F2A4C-5269-4ECB-
        8C44-0153ADB2106D

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



60    Exterior/Right Elevation - 60-    Date Taken: 8/30/2022
Media 198-42F5AC22-6B13-4F6F-
9800-B21E8A6DDEC

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



61      Exterior/Right Elevation - 61-      Date Taken: 8/30/2022
        Media 12-44F9B064-CA9A-4E8A-
        8F93-ADFF90C9FAFE









64   Exterior/Rear Elevation - 64-Media   Date Taken: 8/30/2022
     14-541D0EDD-008E-4468-91CC-
     77AB8553FF7A

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



65      Exterior/Rear Elevation - 65-Media    Date Taken: 8/30/2022
        17-00C3DCF3-C0F6-45B8-9A16-
        924327922F55

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



66      Exterior/Rear Elevation - 66-Media   Date Taken: 8/30/2022
        16-2FC499A3-C73F-48A1-AFA0-
        4429DE7921FA

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



68    Exterior Rear Elevation - 6% Media   Date Taken: 8/30/2022
20-6FEB9FD4-CAF4-4B09-B78A-
B851AF192235

- - -

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



70    Exterior/Rear Elevation - 70-Media   Date Taken: 8/30/2022
22-FC4FF142-B6C7-4BE8-9C5A-
283D5F4B4317

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



71      Exterior/Rear Elevation - 71-Media    Date Taken: 8/30/2022
        23-7911E7EA-8F74-415A-B8A7-
        19921E49535A



72    Exterior/Rear Elevation - 72-Media   Date Taken: 8/30/2022
24-E1F5BB56-399A-4283-AC4E-
93D89C90C729

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



73    Exterior/Rear Elevation - 73-Media   Date Taken: 8/30/2022
18-3523A70E-C493-4107-8D37-
D36C098534C8

. . .

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



74      Exterior/Rear Elevation - 74-Media   Date Taken: 8/30/2022
        13-DAEA46FA-FECA-4F66-929E-
        E07A23352791

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



75    Exterior/Rear Elevation – 75-Media    Date Taken: 8/30/2022
      26-52A2356B-F879-4A20-8929-
      07281379CDDD

**Precision Public Adjusting**

4395 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



76   Exterior/Rear Elevation – 76 Media   Date Taken: 8/30/2022
27-674B3622-F3C8-4E27-A003-
791283-9B0EC4

**Precision Public Adjusting**

4195 South Lee St., Suite 1
Buford, GA 30518
(770) 881-6350



77    Exterior/Rear Elevation - 77-Media    Date Taken: 8/30/2022
25-C8459E9A-E012-43FA-AD24-
8DA6361234DB

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



78      Exterior/Rear Elevation - 78-Media   Date Taken: 8/30/2022
        197-75FF38D0-6277-4A1A-ACE3-
        E4C58114AE9

## Precision Public Adjusting

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



79    Exterior/Left Elevation - 79-Media    Date Taken: 8/30/2022
34-6FCEF3D6-4E6F-4AE7-9853-
0D1E0B973798

OSCAR_BARNES

9/5/2022     Page: 149

. . .

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



80      Exterior/Left Elevation - 80-Media    Date Taken: 8/30/2022
        32-BB4A57D8-DC19-486A-A7B8-
        C18DBB733E3E

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



81      Exterior/Left Elevation - 81-Media    Date Taken: 8/30/2022
31-227B0740-00E2-4150-9101-
93526E661985

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



82     Exterior/Left Elevation - 82-Media   Date Taken: 8/30/2022
        30-3987A26E-894B-4CF7-8EAA-
        00D45DB2DBCA

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



82  Exterior Left Elevation – #2 Media   Date Taken: 8/30/2022
39-4BEE8591-B0B9-4170-ACBB-
11C7420A8E59

**Precision Public Adjusting**

4301 South Le... Suite 2
United Sta...
(727)...



24.   Exterior/Left Elevation – 4t Media   Date Taken 8/30/2022
29-167E/2292-ABE1-4D82-BCB1-
2BF55F7D7DDF



**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



Precision Public Adjusting

4195 South Ace St., Suite 3
Buford, GA 30518
(770) 881-6340



87    Exterior/Left Elevation - 87-Media    Date Taken: 8/30/2022
      36-FEDA7830-8DA1-446E-93A4-
      5DA00E6F6AC8

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



88       Exterior/Left Elevation - 88-Media      Date Taken: 8/30/2022
         35-73BE00F3-5DBD-4780-ABB8-
         BFAF4FF5EE56

9/5/2022       Page: 158

OSCAR_BARNES

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



89   Interior/Main Level/Guest          Date Taken: 8/30/2022
     Bedroom - 89-Media 71-
     FA0CDCC2-6464-4336-A8E3-
     D74AFB035285



90    Interior/Main Level/Guest
      Bedroom - 90-image000002 (1)

Precision Public Adjusting



**Precision Public Adjusting**

4195 South Lee St., Suite 1
Buford, GA 30518
(770) 881-6380



92      Interior/Main Level/Guest        Date Taken: 8/30/2022
        Bedroom - 92-Media 49-
        C2C81934-7DCB-4381-83A4-
        5161F68BD652

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



93    Interior/Main Level/Guest       Date Taken: 8/30/2022
       Bedroom - 93-Media 56-
       7C081188-FC89-4054-B5A0-
       7A241D9C95FE

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



98        Interior Main Level Closet          Date Taken: 8/4/2022

## Precision Public Adjusting

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



86   Exterior/Main Level/Guest   Date Taken: 8/19/2022
Bedrooms - 95-Media 50-
B374EBC3-C577-4889-A57A-
F3318DC6B49C)

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



96    Interior/Main Level/Guest       Date Taken: 8/30/2022
Bedroom - 96-Media 54-
C2536593-288B-44DC-9D96-
79A56165FE5D

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



97       Interior/Main Level/Guest          Date Taken: 8/30/2022
         Bedroom - 97-Media 52-
         F1A4CD2C-A9A6-45E1-85ED-
         ECFA818AFE9C

**Precision Public Adjusting**

4195 South Lee St., Suite 1
Buford, GA  30518
(770) 881-6380



98      Interior/Main Level/Guest          Date Taken: 8/30/2022
        Bedroom - 98-Media 53-
        4FEE4BD4-7885-4A92-AE0F-
        581FDFE4D95A

## Precision Public Adjusting

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



Interior - Main Level - Guest Bedroom - 09-Media file: F1476BC5-D3BB-4712-8A73-7E5A4B067963    Date Taken: 8/30/2022





100     Interior/Main Level/Guest          Date Taken: 8/30/2022
        Bedroom - 100-Media 51-
        5033B554-7B48-4A7D-B8FB-
        39FCA18FE245

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



103    Interior Main Level Guest       Date Taken: 8/30/2022
       Bedroom – 103 Media S –
       ID: A24F2-BD01-46CD-AA68-
       3A0AF045F72E

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



102   Interior/Main Level/Guest       Date Taken: 8/30/2022
Bedroom - 102-Media 62-
E924F95D-63D7-4D74-83C9-
D6E541AF8573





103    Interior/Main Level/Guest        Date Taken: 8/30/2022
       Bedroom - 103-Media 63-
       08021433-8BC2-4991-B371-
       F5EC99EA6B3F

## Precision Public Adjusting

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



104    Interior/Main Level/Guest          Date Taken: 8/30/2022
       Bedroom - 104-Media 58-
       1DEFBDA7-9FA4-436D-973A-
       5E1997940C10

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



105      Interior/Main Level/Guest          Date Taken: 8/30/2022
         Bedroom - 105-Media 59-
         B86BC3AF-DAAC-44A7-9547-
         99F0CB421329

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



106    Interior/Main Level/Guest Bdrm      Date Taken: 8/30/2022
       Clst - 106-Media 60-DA6999B4-
       E1B2-4532-BD92-E2882E0B6ED5

**Precision Public Adjusting**

4195 South Lee St, Suite I
Buford, GA 30518
(770) 881-6380



107   Interior/Main Level/Guest       Date Taken: 8/30/2022
      Bedroom 2 - 107-Media 76-
      A4980AF3-81AC-443E-AB73-
      C199F1EF9801



108   Interior/Main Level/Guest          Date Taken: 8/30/2022
      Bedroom 2 - 108-Media 77-
      147803D9-343A-49DE-8584-
      B5A6F9E83799





**Precision Public Adjusting**

4105 South Lee St., Suite 1
Buford, GA  30518
(770) 881-6380



**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



111    Interior/Main Level/Guest       Date Taken: 8/30/2022
       Bedroom 2 - 111-Media 65-
       66573DE2-AA2A-4AF3-BB35-
       2A448161A180

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



112.  Interior/Main Level/Guest       Date Taken: 8/30/2022
      Bedroom 2 - 112-Media 66-
      8F8C6CE0-80C2-498C-B766-
      93228CE0BB3A

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



113     Interior/Main Level/Hall Clst - 113-   Date Taken: 8/30/2022
        Media 67-211A71EE-47D7-4DE3-
        B14E-3949FAD3E22D

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6580



114      Interior/Main Level/Hall Clst - 114-   Date Taken: 8/30/2022
         Media 72-535E1981-52B8-42E2-
         8C84-4EEF81D4295B

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



115     Interior/Main Level/Hall Clst - 115-   Date Taken: 8/30/2022
        Media 68-B9371D3A-577D-4FAF-
        83CD-0837FA2EFF10

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



116     Interior/Main Level/Hall Clst - 116-  Date Taken: 8/30/2022
       Media 73-FFF1B901-5AB7-417B-
       BB62-A4C004568CBF

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



TB: Interior\Main Level\Main Hall - 118 Media 74-A9349D3F-F35C-4SE4-815B-3452FT3E6D18    Date Taken: 8/30/2922







120   Interior/Main Level/Main Hall -      Date Taken: 8/30/2022
      120-Media 64-CE9B2664-E190-
      47AF-AED2-767FCE5B1023

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



121    Interior/Main Level/Family Room -    Date Taken: 8/30/2022
121-Media 70-D9AAC781-B33C-
4CED-A0D6-FC958CC9EC1C

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



122    Interior/Main Level/Family Room -   Date Taken: 8/30/2022
       122-Media 188-8C932E85-F6BE-
       4312-B3D9-7F80DFB7955

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380



123    Interior/Main Level/Family Room -   Date Taken: 8/30/2022
       123-Media 184-C45F5D31-5743-
       4BFE-96C2-55E6FD72415

**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA 30518
(770) 881-6380



124    Interior/Main Level/Family Room -   Date Taken: 8/30/2022
       124-Media 189-03BE5D0D-85BC-
       400B-8126-BCED1556843



125   Interior/Main Level/Family Room -   Date Taken: 8/30/2022
      125-Media 187-FF0D3B66-52F0-
      42CD-BBC0-9DE03C4F60C




**Precision Public Adjusting**

4195 South Lee St., Suite I
Buford, GA  30518
(770) 881-6380

