40.

Defendant denies all allegations contained in Paragraph 40 of Plaintiffs' Complaint.

41.

To the extent a response is required to the allegations contained in Paragraph 41 of Plaintiffs' Complaint, Defendant denies the allegations contained in Paragraph 41 of Plaintiffs' Complaint.

**DEMAND FOR JURY TRIAL**

42.

To the extent a response is required to Paragraph 42 of Plaintiffs' Complaint, Defendant denies any and all allegations contained in Paragraph 42 of Plaintiffs' Complaint.

**PRAYER FOR RELIEF**

43.

Defendant denies all allegations contained in Plaintiffs' Prayer for Relief, including those allegations set forth in subsections (a) through (i) contained therein.

44.

Except as otherwise herein admitted, Defendant denies all remaining allegations contained in Plaintiffs' Complaint.

WHEREFORE, having fully answered, Defendant respectfully requests that this Court:

(a) Deny Plaintiffs' prayer for damages;

(b) Dismiss this action with prejudice and cast all costs upon Plaintiffs; and

(c) Award Defendant any other relief that this Court deems just and equitable.

Respectfully submitted this 1st day of September, 2023.

                                      **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                                      */s/ Christopher A. Wood*
                                      Alex A. Mikhalevsky, Esq.
                                      Georgia Bar No. 711188
                                      Christopher A. Wood, Esq.
                                      Georgia Bar No. 272768
                                      *Attorneys for Defendant State Farm Fire and Casualty Company*

1420 Peachtree Street, NE
Suite 800
Atlanta, GA   30309
Tel:     (404) 874-8800
Fax:     (404) 888-6199
Alex.mikhalevsky@swiftcurrie.com
christopher.wood@swiftcurrie.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have electronically filed the foregoing **DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT** with the Clerk of Court using the Odyssey e-filing system, which will automatically send e-mail notification and service of such filing to counsel of record follows:

Michael D. Turner, Esq.
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, GA  30075
mdturner@lawhuggins.com
*Counsel for Plaintiffs*

This 1st day of September, 2023.

SWIFT, CURRIE, McGHEE & HIERS, LLP

<u>/s/ Christopher A. Wood</u>
Alex A. Mikhalevsky, Esq.
Georgia Bar No. 711188
Christopher A. Wood, Esq.
Georgia Bar No. 272768
*Attorneys for Defendant State Farm Fire and Casualty Company*

1420 Peachtree Street, NE
Suite 800
Atlanta, GA   30309
Tel:     (404) 874-8800
Fax:    (404) 888-6199
Alex.mikhalevsky@swiftcurrie.com
christopher.wood@swiftcurrie.com

4870-5111-3597, v. 2