# EXHIBIT B

**IN THE STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| HYANG CHUNG, SUNGJOON HWANG, and SANGYEOP HWANG, <br><br>    Plaintiffs, <br><br> v. <br><br> BINGO TRANSPORTATION INC. d/b/a WAVE EXPRESS, EVEREST DENALI INSURANCE COMPANY, and TYLER AUSTEN YARDLEY, <br><br>    Defendants. | CIVIL ACTION FILE NO.: <br><br> <u>23EV004634</u> |

**DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

COME NOW, the above-named Defendants, and file the following Notice of Removal to United States District Court, showing the Court as follows:

1. Defendants have filed a Notice of Removal to the United States District Court. A true and correct copy of the Notice is attached as Exhibit "A."

2. As a result thereof, this matter is automatically stayed and the action removed to United States District Court, for the Northern District of Georgia, pursuant to 28 U.S.C. § 1441 *et seq*.

This 1st day of September, 2023.

 

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

*/s/ Mark D. Christopher*
SCOTT H. MOULTON
Georgia State Bar No. 974237
MARK D. CHRISTOPHER
Georgia State Bar No. 821387

365 Northridge Road, Suite 230
Atlanta, Georgia 30350
Phone: (770) 650-8737
Fax: (770) 650-8797

scott.moulton@qpwblaw.com  
mark.christopher@qpwblaw.com  
kate.diem@qpwblaw.com

KATHERINE E. DIEM  
Georgia State Bar No. 578782  
*Counsel for Defendants*

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| HYANG CHUNG, SUNGJOON HWANG, and SANGYEOP HWANG, <br><br>    Plaintiffs, <br><br> v. <br><br> BINGO TRANSPORTATION INC. d/b/a WAVE EXPRESS, EVEREST DENALI INSURANCE COMPANY, and TYLER AUSTEN YARDLEY, <br><br>    Defendants. | CIVIL ACTION FILE NO.: <br><br> **23EV004634** |

### CERTIFICATE OF SERVICE

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** upon all parties to this matter by depositing same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or by statutory electronic service as follows:

Joseph A. Zdrilich
Zdrilich Injury Law, LLC
3575 Koger Boulevard, Suite 125
Duluth, Georgia 30096
joe@zinjurylaw.com
*Counsel for Plaintiffs*

This 1st day of September, 2023.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

*/s/ Mark D. Christopher*
SCOTT H. MOULTON
Georgia State Bar No. 974237
MARK D. CHRISTOPHER
Georgia State Bar No. 821387
KATHERINE E. DIEM

365 Northridge Road, Suite 230
Atlanta, Georgia 30350
Phone: (770) 650-8737
Fax: (770) 650-8797
scott.moulton@qpwblaw.com

mark.christopher@qpwblaw.com
kate.diem@qpwblaw.com

Georgia State Bar No. 578782
*Counsel for Defendants*