FILED IN OFFICE - KM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-05300-S5**
7/28/2023 2:27 PM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

Universal Property & Casualty Insurance Company

a/s/o Marguerite Williams and a/s/o Charlesetta Lacy

(File #: 2023-0137)

PLAINTIFF

VS.

**Best Buy Stores, L.P.**

c/o CT Corporation System

289 S Culver Street Lawrenceville, GA 30046-4805

DEFENDANT

CIVIL ACTION NUMBER: 23-C-05300-S5

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Ronald J Lockley
Attorney for Plaintiff
3605 Sandy Plains Road, Suite 240-409
Marietta, GA 30066

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20_____.
28th day of July, 2023

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011