|  |  |
|---|---|
| 23-C-05300-S5 | Superior Court ☐  Magistrate Court ☐ |
| Civil Action No. _____ | State Court ☑  Probate Court ☐ |
| Date Filed 07-28-2023 | Juvenile Court ☐ |
|  | Georgia, **Gwinnett** COUNTY |

UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY

Attorney's Address

Ronald Lockley, Ronald J. Lockley, P.C. (Attorney for Plaintiff)

a/s/o Marguerite Williams and a/s/o Charlesetta Lacy (File #: 2023-0137)

3605 Sandy Plains Road Suite 240-409

Marietta, GA 30066

Plaintiff

Vs.

Name and Address of Party to Be Served

**Best Buy Stores, L.P.**

**Best Buy Stores, L.P.**

**John Doe Delivery Service**

**C/O CT CORPORATION SYSTEM**

Defendant

**289 S CULVER STREET**

**LAWRENCEVILLE, GA 30046**

Garnishee

## SHERIFF'S ENTRY OF SERVICE

____ I have this day served the defendant _____ personally with a copy the within action and summons

____ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

_X_ Served the defendant _Best Best Buy Stores L.P._ a corporation by leaving a copy of the within action and summons with _Jen Richardson_ in charge of the office and place of doing business of said Corporation in this County.

____ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

____ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _4_ day of _Aug_, _2023_

_H. Higgins 50541_
DEPUTY

SHERIFF DOCKET _____ PAGE _____

SC-2 Rev. 85