IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY** a/s/o Marguerite Williams and a/s/o Charlesetta Lacy,<br><br>Plaintiff,<br><br>v.<br><br>**BEST BUY STORES, L.P.** and John Doe Delivery Service,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>_____ |

## AFFIDAVIT OF FILING OF NOTICE OF REMOVAL IN STATE COURT OF GWINNETT COUNTY

**STATE OF GEORGIA**
**FULTON COUNTY**

PERSONALLY APPEARED before me, the undersigned officer duly authorized by law to administer oaths, Martin A. Levinson, who being first duly sworn, on oath deposes and says he is an attorney for the named Defendant in this case and that as such attorney, he has filed a copy of the Notice of Removal with the Clerk of the State Court of Gwinnett County.

*[Signature of Counsel on Following Page]*

This 1st day of September, 2023.

_____
Martin A. Levinson
Georgia Bar No. 141791

Sworn to and subscribed to before me
This 1st day of September, 2023.

_____
Notary Public