# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY** a/s/o Marguerite Williams and a/s/o Charlesetta Lacy,<br><br>Plaintiff,<br><br>v.<br><br>**BEST BUY STORES, L.P.** and John Doe Delivery Service,<br><br>Defendants. | **CIVIL ACTION FILE NO.**<br><br>_____ |

## AFFIDAVIT OF ATTORNEY FOR DEFENDANT

**STATE OF GEORGIA**
**COUNTY OF FULTON**

PERSONALLY APPEARED before me, the undersigned officer of said State and County, duly authorized to administer oaths, Martin A. Levinson, who being first duly sworn, deposes and says on oath that he is an attorney for the named Defendant in the above-captioned suit, and that the contents and the statements and allegations contained in the within and foregoing Notice of Removal are true to the best of his knowledge and belief.

*[Signature of Counsel on Following Page]*

This 1st day of September, 2023.

_____
Martin A. Levinson
Georgia Bar No. 141791

Sworn to and subscribed to before me

This 1st day of September, 2023.

_____
Notary Public