IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY** a/s/o Marguerite Williams and a/s/o Charlesetta Lacy,<br><br> Plaintiff,<br><br>**v.**<br><br>**BEST BUY STORES, L.P.** and John Doe Delivery Service,<br><br> Defendants. | **CIVIL ACTION FILE NO.**<br><br>_____ |

## NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT

TO: Ronald Lockley, Esq.
   Ronald J. Lockley, P.C.
   3605 Sandy Plains Road, Suite 240-409
   Marietta, GA 30066

   YOU ARE HEREBY notified of the filing of a Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, of the case of *Universal Property & Casualty Insurance Company a/s/o Marguerite Williams and a/s/o Charlesetta Lacy v. Best Buy Stores, L.P. and John Doe Delivery Service*, Civil Action File no. 23-C-05300-S5, State Court of Gwinnett County, in accordance with the provisions of Section

1446, Title 28 of the United States Code. A copy of said Notice is attached hereto.

This 1st day of September, 2023.

                                      **HAWKINS PARNELL & YOUNG, LLP**

                                      /s/ *Martin A. Levinson*

                                      Martin A. Levinson
                                      Georgia Bar No. 141791
                                      *Counsel for Defendant Best Buy Stores, L.P.*

303 Peachtree Street
Suite 4000
Atlanta, GA 30308-3243
(404) 614-7400
(404) 614-7500 (fax)
mlevinson@hpylaw.com