IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY** a/s/o Marguerite Williams and a/s/o Charlesetta Lacy, <br><br>     Plaintiff, <br><br> v. <br><br> **BEST BUY STORES, L.P. and John Doe Delivery Service,** <br><br>     Defendants. | **CIVIL ACTION FILE NO.  23-C-05300-S5** |

<u>**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**</u>

**NOTICE IS HEREBY GIVEN** that the Defendant in this case has filed in the U.S. District Court for the Northern District of Georgia, Atlanta Division, a Notice of Removal of the case to the U.S. District Court in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446. Attached hereto and made parts hereof are a true and accurate copy of said Notice of Removal and all papers and exhibits attached hereto.

This 1st day of August, 2023.

                                                                **Hawkins Parnell & Young, LLP**

                                                                /s/ Martin A. Levinson
                                                                Martin A. Levinson
303 Peachtree Street, Suite 4000                Georgia Bar No. 141791
Atlanta, Georgia 30308-3243                       Damon M. Scott
(404) 614-7400                                              Georgia Bar No. 964680
(855) 889-4588 (fax)                                     *Counsel for Defendant Best Buy Stores, L.P.*
mlevinson@hpylaw.com
dscott@hpylaw.com

## CERTIFICATE OF SERVICE

I have served counsel for Plaintiff in this case with the foregoing *Notice of Removal to United States District Court* by filing with the Clerk of Court via the Odyssey eFileGA electronic filing system which will send e-mail notification of such filing to all counsel of record and by placing copies in the U.S. Mail in envelope with sufficient postage to ensure delivery, addressed as follows:

> Ronald Lockley, Esq.
> RONALD J. LOCKLEY, P.C.
> 3605 Sandy Plains Road, Suite 240-409
> Marietta, GA 30066
> rjl@lockleylaw.com
> *Counsel for Plaintiff*

This 1st day of September, 2023.

HAWKINS PARNELL & YOUNG, LLP

_____
Martin A. Levinson
Georgia Bar No. 141791
*Counsel for Defendant Best Buy Stores, L.P.*

303 Peachtree Street, N.E.
Suite 4000
Atlanta, Georgia  30308-3243
(404) 614-7400
(404) 614-7500 (fax)
mlevinson@hpylaw.com