IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY** a/s/o Marguerite Williams and a/s/o Charlesetta Lacy,<br><br>   Plaintiff,<br><br>v.<br><br>**BEST BUY STORES, L.P.** and John Doe Delivery Service,<br><br>   Defendants. | **CIVIL ACTION FILE NO.**<br><br>_____ |

## CERTIFICATE OF SERVICE

I have served counsel for Plaintiff in this case with the foregoing *Notice to Plaintiff of Removal to Federal Court* and *Notice of Removal (with Exhibits 1 through 3, Attorney's Affidavit, Affidavit of Filing in State Court of Gwinnett County, and Notice of Filing)* by placing copies in the U.S. Mail in envelope with sufficient postage to ensure delivery, addressed as follows:

    Ronald Lockley, Esq.
    Ronald J. Lockley, P.C.
    3605 Sandy Plains Road, Suite 240-409
    Marietta, GA 30066

This 1st day of September, 2023.

                                   **HAWKINS PARNELL & YOUNG, LLP**

                                   /s/ *Martin A. Levinson*
                                   Martin A. Levinson
                                   Georgia Bar No. 141791
                                   *Counsel for Defendant*

303 Peachtree Street
Suite 4000
Atlanta, Georgia 30308-3243
(404) 614-7400
(404) 614-7500 (fax)
mlevinson@hpylaw.com