IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULI-ANN DEBARROS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. _____ |
| HUEY LUEY'S ACWORTH, LLC, ) | [On removal from the State |
| RICHARD STOLL and ) | Court of Cobb County, |
| JAMIE GLORE, ) | Georgia, Civil Action |
| ) | File No. 23-A-2914] |
| Defendants. ) | |

## CONSENT OF DEFENDANT JAMIE GLORE TO DEFENDANTS HUEY LUEY'S ACWORTH, LLC AND RICHARD STOLL'S PETITION FOR REMOVAL

COMES NOW Defendant Jamie Glore in the above-styled action, and hereby consents to the Petition for Removal of this action filed by Defendants Huey Luey's Acworth, LLC and Jamie Glore on September 1, 2023, to the United States District Court for the Northern District of Georgia. Defendant Glore does not waive any defenses to Plaintiff's Complaint by consenting to the removal of this action.

**EXHIBIT "C"**

This 1st day of September, 2023.

        /s/ *Justin B. O'Dell*
Justin B. O'Dell
Georgia Bar No. 549414
(Signed by Anandhi S. Rajan w/express permission)

O'Dell O'Neal Hungerford & Blanchard
506 Roswell Street Suite 210
Marietta, GA 30060
(770) 405-0164
jbo@odelloneal.com

4883-5461-0812, v. 1