DocuSign Envelope ID: D1323E05-AFFF-46F1-A00D-30E0639BA5AF

## AMENDMENT TO SETTLEMENT AGREEMENT

This amendment is made as of February 23, 2022 (the "Amendment to Agreement Effective Date") by and between CHARLES AUGUSTUS BANKS IV, an individual ("Banks"); and KEVIN M. GARNETT, an individual ("Garnett").

## RECITALS

A.  Banks and Garnett were both parties to that certain Confidential Settlement Agreement and Mutual General Release effective as of April 23, 2019 (the 2019 Agreement").

B.  Pursuant to the 2019 Agreement, Banks agreed to pay Garnett the sum of $15,000,000.00 (the "Debt") in accordance with the following schedule:

| Date | Installment Amount |
| --- | --- |
| On or before 10 business days from the Effective Date | $5,000,000.00 |
| The first anniversary of the Effective Date | $500,000.00 |
| The second anniversary of the Effective Date | $4.750,000.00 |
| The third anniversary of the Effective Date | $4,750,000.00 |

C.  Banks made the first two payments in the aggregate sum of $5,500,000.00.  The unpaid principal sum of the Debt is $9,500,000.00 (the "Unpaid Principal").

D.  Banks and Garnett have agreed to establish a revised payment schedule for the Unpaid Principal repayment, as set forth below.

NOW, THEREFORE, in consideration of the mutual covenants and conditions contained in this Amendment to Agreement, and other good and valuable consideration, the sufficiency of which each of the Parties acknowledges, the Parties hereto agree as follows:

1.  No Modification Unless Expressly Agreed. Banks and Garnett agree that all the terms and conditions set forth in the 2019 Agreement are restated herein and shall remain in full force and effect, except as expressly modified herein.

2.  Settlement Amount and Payment. The parties agree to the payment schedule, as defined and set forth below:

| Date | Installment Amount |
| --- | --- |
| On or before March 4, 2022 | $750,000.00 (the "$750,000 Payment") |

EXHIBIT B

| The first anniversary of receipt of the $750,000 Payment | $4,750,000.00 |
|---|---|
| The second anniversary of receipt of the $750,000 Payment | $4,000,000.00 |

4.  IT IS SO AGREED, as of the Amendment to Agreement Effective Date.

**MR CHARLES A. BANKS IV**

DocuSigned by:
45D55F2E447A458
Date: 2/23/2022

**MR. KEVIN GARNETT**

DocuSigned by:
4C732C4C1AE0454
Date: 2/23/2022

Approved as to Form:

**RICHARD C. EBELING, ESQ.**
*Attorney for Mr. Kevin Banks*

Date: February 23, 2022

**THAD A. DAVIS, ESQ.**
*Attorney for Charles A. Banks IV*

Date: February 23, 2022

**PAUL J. MOROCHNIK, ESQ.**
*Attorney for Charles A. Banks IV*

Date: _____