# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. Kevin P. Weimer, Clerk
     United States District Court

RE: 23-54088-pmb
     Bankruptcy Case No.

DATE: September 1, 2023

Tracey E. Brown
Debtor(s)

Tracey E. Brown
Appellant

vs

Neil Gordon
Appellee

## SUBMISSION SHEET

**Submitted on:**
☒ Notice of Appeal filed 08/30/2023- Doc. No. 58
    File date of Order being appealed from 08/22/2023 - Doc. No. 55

**Contents of Record:**
☒ Documents 55, 58, 59, docket sheet
☐ Designated items of     ☐ Appellant(s)     ☐ Appellee
    Filing Fee Paid - ☐ Yes   ☒ No (IFP filed)

FROM: M. Regina Thomas, Clerk of Court
        United States Bankruptcy Court

By: /s/_____
      Yahaira Lugo, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009) – *dfa07.29.21*