# EXHIBIT B

 United States Department of State
National Visa Center
31 Rochester Ave, Suite 200
Portsmouth, NH 03801-2915



SEYED MORTEZA MIRHOSSEINI
19 MAKOUIEPOUR ST., APT. 26
ZAFERANIEH TEHRAN TEHRAN
1987743667
IRAN

Interview Letter (P4)

November 2, 2017

Dear SEYED MORTEZA MIRHOSSEINI,

The National Visa Center (NVC) is pleased to inform you that we scheduled your immigrant visa interview at the U.S. Embassy or Consulate in ABU DHABI, UNITED ARAB EMIRATES. This interview is for immigrant visa case number ABD2017607008 filed by FARKHONDEH EMMA MIRHOSSEINI on behalf of SEYED MORTEZA MIRHOSSEINI. **Please SAVE this letter and bring it to your interview. You should read this entire instruction packet and visit nvc.state.gov/interview online for detailed interview instructions.**

## Interview Date and Time

Your immigrant visa interview is at the U.S. Embassy or Consulate in ABU DHABI, UNITED ARAB EMIRATES on **December 6, 2017** at **08:00 am**. The following applicants should attend this interview:

Name
MIRHOSSEINI, SEYED MORTEZA

Petitioners are not required -- and at some locations, may not be allowed -- to attend the applicant's visa interview.

## What to Do If You Cannot Go to the Interview

To reschedule an interview, visit nvc.state.gov/interview and read the Interview Instructions for the embassy where you are interviewing. If there are no rescheduling guidelines on this site, contact the embassy directly (see below).

## U.S. Embassy Contact Information

To find the U.S. Embassy or Consulate in ABU DHABI's website, visit usembassy.gov. Using the map, click on the hemisphere or region where you'll be interviewing and then select UNITED ARAB EMIRATES: ABU DHABI from the list of websites on the following page. The embassy's website will include its street address and contact information, as well as specific instructions for attending visa interviews.

 United States Department of State
National Visa Center
31 Rochester Ave, Suite 200
Portsmouth, NH 03801-2915



FATEMEH MIRZA NASIRI
19 MAKOUIEPOUR ST., APT. 26
ZAFERANIEH TEHRAN IRAN
1987743667
IRAN
Interview Letter (P4)

November 2, 2017

Dear FATEMEH MIRZA NASIRI,

The National Visa Center (NVC) is pleased to inform you that we scheduled your immigrant visa interview at the U.S. Embassy or Consulate in ABU DHABI, UNITED ARAB EMIRATES. This interview is for immigrant visa case number ABD2017607012 filed by FARKHONDEH EMMA MIRHOSSEINI on behalf of FATEMEH MIRZA NASIRI. **Please SAVE this letter and bring it to your interview. You should read this entire instruction packet and visit nvc.state.gov/interview online for detailed interview instructions.**

## Interview Date and Time

Your immigrant visa interview is at the U.S. Embassy or Consulate in ABU DHABI, UNITED ARAB EMIRATES on **December 6, 2017** at **08:00 am**. The following applicants should attend this interview:

Name
MIRZA NASIRI, FATEMEH

Petitioners are not required -- and at some locations, may not be allowed -- to attend the applicant's visa interview.

## What to Do If You Cannot Go to the Interview

To reschedule an interview, visit nvc.state.gov/interview and read the Interview Instructions for the embassy where you are interviewing. If there are no rescheduling guidelines on this site, contact the embassy directly (see below).

## U.S. Embassy Contact Information

To find the U.S. Embassy or Consulate in ABU DHABI's website, visit usembassy.gov. Using the map, click on the hemisphere or region where you'll be interviewing and then select UNITED ARAB EMIRATES: ABU DHABI from the list of websites on the following page. The embassy's website will include its street address and contact information, as well as specific instructions for attending visa interviews.

ABD2017607012

================================================================

## Preparing for Your Visa Interview

================================================================

All eligible applicants must complete the following tasks **before** their visa interview. Detailed instructions for each step are online at nvc.state.gov/interview (English) and nvc.state.gov/ interview/espanol (Spanish):

1. **Complete a medical examination** with a U.S. embassy-approved physician. Every person applying for a visa is required to have a medical examination and submit the results on the day of the interview.
2. **Register for a courier service** (if required) and read the interview instructions for your location.
3. **Gather documents required for the interview.** You must bring to the interview the original versions of <u>all</u> civil documents and certificates submitted to NVC. You may need to get updated financial documents and police certificates.
4. **Visit the embassy's website** at usembassy.gov for additional information.

Please visit nvc.state.gov/interview to view our online interview preparation information. You can also **watch a video** at nvc.state.gov/resources. This instructional video is available in eight languages.

================================================================

## *** IMPORTANT *** Interview Reminders

================================================================

You already submitted certain forms and documents to NVC. At your visa interview, **you must give the consular officer the <u>original</u> version of each <u>civil</u> document you submitted plus one photocopy** for each person applying for a visa. These original versions will be returned to you.

- The only form you do **not** need to bring to your interview is the Form DS-260 Application for an Immigrant Visa. Instead, print a copy of the receipt page from ceac.state.gov showing you submitted the form online.

- If a financial sponsor submitted an I-864 Affidavit of Support form, you must give the consular officer a signed version. It can be a photocopy, but the signature cannot be typed or electronic.

- *If you do not bring to your interview the original version of all civil documents submitted to NVC, the consular officer will reschedule your interview.*

Please use the helpful checklist on the next page to prepare for your interview. You can also visit "Interview Preparation - Required Documents" on nvc.state.gov/interview or watch our instructional video at nvc.state.gov/resources for more information.

================================================================

## Family Reunification Parole (FRP) Program Interviews

================================================================

If you are participating in the Cuban Family Reunification Parole Program, view the program website at havana.usembassy.gov/cfrp.html (English) or spanish.havana.usembassy.gov/cfrp.html (Spanish) and follow the instructions.

If you are participating in the Haitian Family Reunification Parole Program, view the website at go.usa.gov/3MmV5 and click on "Haitian Family Reunification Parole (HFRP) Program" under "Office Services."

## ABD2017607012 - WHAT TO BRING TO YOUR IMMIGRANT VISA INTERVIEW

**Use the list below to determine the items that _every_ applicant must bring to the immigrant visa interview. Most embassies require English translations of documents if they are _not_ in the official language of the country where you will interview:**

☐   A copy of this appointment letter.

☐   Unexpired passport valid for six months beyond your intended date of entry to the U.S. _and_ a photocopy of the biographic page (where your name and photo are located).

☐   Two (2) color photographs sized 5 cm x 5 cm (2 inch x 2 inch) of each person applying for a visa.  Please see photo requirements at go.usa.gov/3MmwB.

☐   Confirmation page from the DS-260 Application for an Immigrant Visa submitted online at ceac.state.gov.

☐   Your **original** birth certificate _and_ a photocopy.

☐   Original or certified copies of birth certificates for each child of the principal applicant _(even if he or she is not accompanying)_.

☐   Medical examination results in a sealed envelope _(if the physician gives you these results)_.

**Applicants who fall into any category listed in italics below should bring these additional documents:**

☐   _For family-based visa applications_:

    ☐   The appropriate Form I-864 Affidavit of Support for **each** financial sponsor along with a photocopy of the sponsor's IRS transcript or most recent U.S. federal income tax return, and any relevant W-2s.

    ☐   Proof of your U.S. petitioner's status and domicile in the U.S. (photocopy of a U.S. passport, U.S. birth certificate, naturalization certificate, or legal permanent resident card).

    ☐   Evidence of the relationship between the petitioner and visa applicant (such as photographs and letters).

☐   _If you are married_:  Your **original** marriage certificate _and_ a photocopy.

☐   _If you were previously married:_  Your **original** divorce or spouse's death certificate _and_ a photocopy.

☐   _If you are older than 16 years of age:_  The **original** police certificate from your country of current residence and countries of previous residence. If these three items are **all** true, you must bring a more recent police certificate to the interview:

    o   He or she is older than 16 years;
    o   He or she obtained a police certificate and submitted it to NVC more than one year ago; and
    o   He or she still lives in the country that issued the police certificate.

☐   _For employment-based visa applications:_  Letter from your U.S. employer dated less than 1 month ago.

☐   _If you have ever been convicted of a crime_:  Court / criminal records and a photocopy.

☐   _If you have served in any country's military_:  Military records and photocopy.

☐   _If you are adopted:_  Adoption papers or custody documents _and_ a photocopy.

☐   _If you are the petitioner's stepchild:_  The **original** marriage certificate of the petitioner and your biological parent, English translation _and_ a photocopy.

**Did you read the U.S. embassy or consulate's interview instructions on nvc.state.gov/interview to learn:**

☐   The approved medical facilities where you can get a medical examination?

☐   Whether you are required to register for a passport courier service prior to the interview?

☐   Security requirements for entering the U.S. Embassy?

☐   If there are any forms or documents **not** listed above that the embassy wants you to bring to the interview?

☐   Whether you are required to provide the above documents to the embassy **prior** to your interview?

آرامگاه حافظ

VISAS 7 / ۷ روادید

1638

U.S. CUSTOMS AND BORDER PROTECTION
ADMITTED
ATL
NOV 23 2019

# VISA



IMMIGRANT VISA

Issuing Post Name
US EMBASSY
ABU DHABI

IV Case Number
ABD201760701201

Surname
MIRZA NASIRI

Registration Number
66083292

Given Name
FATEMEH

Gender
F

IV Category
IR6

Birth Date
23OCT1954

Birthplace
IRAN

Nationality
IRAN

Marital Status
MAR

Passport Number
U41633709

IV Issue Date
07NOV2019

IV Expires On
03NOV2020

Annotation
Presidential Proclamation Waived

N2296505

THIS SERVES AS TEMPORARY I-551 EVIDENCING PERMANENT RESIDENCE FOR 1 YEAR

IVMIRZA<NASIRI<<FATEMEH<<<<<<<<<<<<<<<<<<<<<<<
U416337095IRN5410237F2005032IJABD0AQ94163943

