# EXHIBIT C

 Gmail

Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>

## Fwd: Case Number ABD2017607008

**F Mirhosseini** <fh.mirhosseini@googlemail.com>
To: Niloofar <niloofar.mirhosseini@gmail.com>

Mon, Aug 7, 2023 at 12:35 AM

> **From:** F Mirhosseini <fh.mirhosseini@googlemail.com>
> **Date:** January 4, 2020 at 9:13:56 PM EST
> **To:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
> **Subject: Case Number ABD2017607008**

Dear Consular Officer,

I am writing on behalf of my father, Mr. Seyed Morteza MIRHOSSEINI, who attended an immigrant visa interview at your office on December 6th, 2017. His case number is ABD2017607008, which has been under administrative processing for over 2 years. As per your request, his detailed CV was provided on November 12th, 2019.

My father is a law-abiding individual who desperately seek to join us in the United States and enjoy his retirement with his wife, children and grandchildren. My mother was granted an immigrant visa in November 2019, and is now residing with us in the United States. Therefore, my father is experiencing extreme hardship as he has been separated from his entire family and is living in Iran by himself.

My father has never committed a single crime during his entire life and he has no criminal record. I believe that it is in the US national interest to grant him his immigrant visa and reunite this family who continues to contribute to America's success and economic prosperity.

My sister and I both have well-established families in the United States and we both own residential properties in the United States. We do not have any intentions of going back and living in Iran or any country other than the United States.

I fully understand and respect your duty to uphold the laws of the United States. According to the Presidential Proclamation, you have the authority and discretion to grant a waiver and issue a visa under certain circumstances. This is one of those circumstances. I request you please grant a waiver and issue my father's visa.

Best Regards,
Farkhondeh Emma Mirhosseini

8/8/23, 8:56 AM                                        Gmail - Fwd: Case Numbers ABD2017607012 and ABD2017607008

 Gmail                                    **Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>**

## Fwd: Case Numbers ABD2017607012 and ABD2017607008

F Mirhosseini <fh.mirhosseini@googlemail.com>                                    Mon, Aug 7, 2023 at 12:34 AM
To: Niloofar <niloofar.mirhosseini@gmail.com>

> **From:** F Mirhosseini <fh.mirhosseini@googlemail.com>
> **Date:** September 25, 2019 at 7:37:08 AM EDT
> **To:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
> **Subject: Case Numbers ABD2017607012 and ABD2017607008**
>
> Dear Consular Officer,
>
> I am writing on behalf of my parents, Ms. Fatemeh MIRZA NASIRI and Mr. Seyed Morteza MIRHOSSEINI,
> who attended an immigrant visa interview at your office on December 6th, 2017. Their case numbers are
> ABD2017607012 and ABD2017607008, respectively. Both cases have been under administrative
> processing for over 20 months.
>
> My parents are law-abiding individuals who desperately seek to join me, my sister and our families, and
> enjoy their retirement with their grandchildren. They are experiencing extreme hardship as they have been
> separated from their only children and grandchildren. Every day that passes, we all fear that they will never
> see their daughters and grandchildren again.
>
> My sister and I both have well-established families in the United States and we both own residential
> properties in the United States. We do not have any intentions of going back and living in Iran or any
> country other than the United States.
>
> Due to visa restrictions, my mother got to experience the joy of meeting her grandchildren just once over
> the past 6 years. My parents were not by my side when my babies were born. Despite that, there has been
> a very strong emotional bond developed between them and my children, which has made this extensive
> separation unbearable. My parents have never committed a single crime in their lives and they have no
> criminal record. I believe that it is in the US national interest to grant them their visas and reunite this family
> who continues to contribute to America's success and economic prosperity.
>
> I fully understand and respect your duty to uphold the laws of the United States. According to the
> Presidential Proclamation, you have the authority and discretion to grant a waiver and issue a visa under
> certain circumstances. This is one of those circumstances. I request you to please grant a waiver and issue
> visas for my parents, so that our family is reunited again in the United States after about 10 years.
>
> Sincerely,
> Farkhondeh Emma Mirhosseini

 Gmail

Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>

## Fwd: Update Request for Immigrant Visa Application - Case Number ABD2017607008

**F Mirhosseini** <fh.mirhosseini@googlemail.com>
To: niloofar.mirhosseini@gmail.com

Tue, Oct 6, 2020 at 8:10 AM

Sent from my iPhone

Begin forwarded message:

> **From:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
> **Date:** October 6, 2020 at 7:13:51 AM EDT
> **To:** F Mirhosseini <fh.mirhosseini@googlemail.com>
> **Subject: RE:  Update Request for Immigrant Visa Application - Case Number ABD2017607008**

Dear Applicant/Petitioner,

Case is still in administrative process and we realize that these extended time periods cause frustration to many individuals, and we are sensitive to the fact that the purpose of the immigrant visa program is to reunite families.  Nonetheless, the U.S. Embassy Abu Dhabi, like all U.S. Embassies and Consulates, must adjudicate visas in accordance with the provisions of the law, and, in some cases, this involves extensive administrative processing.

No additional documents are needed at this time.

Thanks,

U. S. Embassy

Abu Dhabi

Case 1:23-mi-99999-UNA   Document 2841-4   Filed 09/01/23   Page 5 of 43

**From:** F Mirhosseini <fh.mirhosseini@googlemail.com>
**Sent:** Wednesday, September 23, 2020 5:35 AM
**To:** Abu Dhabi, IV <AbuDhabiIV@state.gov>
**Subject:** Update Request for Immigrant Visa Application - Case Number ABD2017607008

Dear Consular Officer,

I am writing this email to ask for clarifications about the status of my father's immigrant visa application. His name is Mr. Seyed Morteza MIRHOSSEINI and he attended an immigrant visa interview at your office on December 6th, 2017. His case number is ABD2017607008, which has been under administrative processing for over 33 months. Since January 2020, we have received absolutely no updates regarding his case.

My father is a law-abiding individual who desperately seeks to join his family in the United States and spend his retirement with his wife, children and grandchildren. My mother was granted an immigrant visa in November 2019, and is planning to reside in the United States. Therefore, my father will experience extreme hardship as he will be separated from his entire family at the age of 71.

I fully respect your duty to uphold the laws of the United States, and I understand that the visa services have been affected by the COVID-19 pandemic. However, I really appreciate it if you could provide a status update regarding my father's immigrant visa application as soon as possible.

Best Regards,

Farkhondeh Emma Mirhosseini

 Gmail

Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>

## Fwd: Update Request for Immigrant Visa Application - Case Number ABD2017607008

**F Mirhosseini** <fh.mirhosseini@googlemail.com>                    Mon, Aug 7, 2023 at 12:36 AM
To: Niloofar <niloofar.mirhosseini@gmail.com>

> **From:** F Mirhosseini <fh.mirhosseini@googlemail.com>
> **Date:** September 22, 2020 at 9:35:29 PM EDT
> **To:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
> **Subject: Update Request for Immigrant Visa Application - Case Number ABD2017607008**
>
> Dear Consular Officer,
>
> I am writing this email to ask for clarifications about the status of my father's immigrant visa application. His name is Mr. Seyed Morteza MIRHOSSEINI and he attended an immigrant visa interview at your office on December 6th, 2017. His case number is ABD2017607008, which has been under administrative processing for over <u>33 months</u>. Since January 2020, we have received absolutely no updates regarding his case.
>
> My father is a law-abiding individual who desperately seeks to join his family in the United States and spend his retirement with his wife, children and grandchildren. My mother was granted an immigrant visa in November 2019, and is planning to reside in the United States. Therefore, my father will experience extreme hardship as he will be separated from his entire family at the age of 71.
>
> I fully respect your duty to uphold the laws of the United States, and I understand that the visa services have been affected by the COVID-19 pandemic. However, I really appreciate it if you could provide a status update regarding my father's immigrant visa application as soon as possible.
>
> Best Regards,
> Farkhondeh Emma Mirhosseini

 Gmail

Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>

---

## Fwd: Immigrant Visa Application ABD2017607012

---

**F Mirhosseini** <fh.mirhosseini@googlemail.com>
To: Noonoo <niloofar.mirhosseini@gmail.com>

Thu, Oct 10, 2019 at 7:52 AM

Sent from my iPhone

Begin forwarded message:

> **From:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
> **Date:** October 10, 2019 at 1:23:22 AM EDT
> **To:** "fh.mirhosseini@gmail.com" <fh.mirhosseini@gmail.com>
> **Subject: Immigrant Visa Application ABD2017607012**

Good morning,

In order to continue processing your case, you must provide a new medical exam and submit your passport. Please come to the Embassy **November 7 at 8 am** to submit the medical exam and passport, and to re-take the oath.

Please note, if your passport has changed for any reason, please send a copy of your passport by email and wait for further instructions from the Embassy before re-doing the medical exam and submitting your passport.

**Passports are typically returned after no less than one week through Empost (courier).**

*Please print this email to bring with you to the Embassy.*

**_Please note Mr. Seyed Morteza Mirhosseini's case is not ready for further processing at this time._**

Sincerely,

Consular Section

**U.S. Embassy Abu Dhabi**

**Official - Privacy/PII**

8/8/23, 9:04 AM

Case 1:23-mi-99999-UNA   Document 2841-4   Filed 09/01/23   Page 8 of 43
Gmail - Fwd: Immigrant Visa Application ABD2017607012

**UNCLASSIFIED**

 Gmail

**Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>**

---

## Fwd: Request for Immigrant Visa Status Update - Case Number ABD2017607008

---

**F Mirhosseini** <fh.mirhosseini@googlemail.com>
To: Niloofar <niloofar.mirhosseini@gmail.com>

Mon, Aug 7, 2023 at 12:38 AM

> **From:** F Mirhosseini <fh.mirhosseini@googlemail.com>
> **Date:** November 4, 2021 at 6:18:27 AM EDT
> **To:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
> **Subject: Request for Immigrant Visa Status Update - Case Number ABD2017607008**
>
> Dear Consular Officer,
>
> I am writing this email to ask for clarifications about the status of my father's immigrant visa application, and why the administrative processing of his case has taken **over 3.5 years**. My father, Seyed Morteza MIRHOSSEINI, attended an immigrant visa interview at your office on December 6th, 2017. His case number is ABD2017607008, and it has been under administrative processing since his interview.
>
> Based on the extreme and undue hardship that my family is experiencing, both emotionally and financially, I request your office to grant his immigrant visa as soon as possible. My entire family, except for my father who is waiting for his immigrant visa, currently resides in the United States and is suffering from massive anxiety as this extensive separation is unbearable.
>
> Best Regards,
> Farkhondeh Emma Mirhosseini

# M Gmail

**Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>**

---

## Fwd: Request for Immigrant Visa - Case Number ABD2017607008

---

**F Mirhosseini** <fh.mirhosseini@googlemail.com>
To: Niloofar <niloofar.mirhosseini@gmail.com>

Mon, Aug 7, 2023 at 12:37 AM

> **From:** F Mirhosseini <fh.mirhosseini@googlemail.com>
> **Date:** July 8, 2021 at 6:33:44 AM EDT
> **To:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
> **Subject: Request for Immigrant Visa - Case Number ABD2017607008**

Dear Consular Officer,

I am writing this email to ask for clarifications about the status of my father's immigrant visa application. His name is Mr. Seyed Morteza MIRHOSSEINI and he attended an immigrant visa interview at your office on December 6th, 2017. His case number is ABD2017607008, which has been under administrative processing for over **3.5 years**. Since November 2020, we have received absolutely no updates regarding his case.

My father is a law-abiding individual with absolutely no criminal records in his entire life. He is desperately seeking to join his family in the United States and spend his retirement with his wife, children and grandchildren. My mother was granted an immigrant visa in November 2019, and is planning to reside in the United States. Therefore, my father will experience extreme hardship as he will be separated from his entire family at the age of 72.

I understand that the visa services have been affected by the COVID-19 pandemic, however, I would really appreciate it if you could grant my father's immigrant visa as soon as possible.

Best Regards,
Farkhondeh Emma Mirhosseini

 Gmail                    Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>

## Fwd: Request for Immigrant Visa - Case Number ABD2017607008

**F Mirhosseini** <fh.mirhosseini@googlemail.com>                    Sun, Jul 11, 2021 at 9:27 AM
To: Niloofar <niloofar.mirhosseini@gmail.com>

Begin forwarded message:

> **From:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
> **Date:** July 11, 2021 at 3:20:57 AM EDT
> **To:** F Mirhosseini <fh.mirhosseini@googlemail.com>
> **Subject: RE: Request for Immigrant Visa - Case Number ABD2017607008**

This case is still pending admin processing.

Thank you

gy

---

> **From:** F Mirhosseini <fh.mirhosseini@googlemail.com>
> **Sent:** Thursday, July 8, 2021 2:34 PM
> **To:** Abu Dhabi, IV <AbuDhabiIV@state.gov>
> **Subject:** Request for Immigrant Visa - Case Number ABD2017607008

Dear Consular Officer,

I am writing this email to ask for clarifications about the status of my father's immigrant visa application. His name is Mr. Seyed Morteza MIRHOSSEINI and he attended an immigrant visa interview at your office on December 6th, 2017. His case number is ABD2017607008, which has been under administrative processing for over **3.5 years**. Since November 2020, we have received absolutely no updates regarding his case.

My father is a law-abiding individual with absolutely no criminal records in his entire life. He is desperately seeking to join his family in the United States and spend his retirement with his wife, children and grandchildren. My mother was granted an immigrant visa in November 2019, and is planning to reside in the United States. Therefore, my father will experience extreme hardship as he will be separated from his entire family at the age of 72.

I understand that the visa services have been affected by the COVID-19 pandemic, however, I would really appreciate it if you could grant my father's immigrant visa as soon as possible.

Best Regards,

Farkhondeh Emma Mirhosseini

SENSITIVE BUT UNCLASSIFIED

 **Gmail**                                    Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>

## Fwd: Request for Immigrant Visa Status Update - Case Number ABD2017607008

**F Mirhosseini** <fh.mirhosseini@googlemail.com>                     Thu, Nov 4, 2021 at 7:13 PM
To: Niloofar <niloofar.mirhosseini@gmail.com>

Begin forwarded message:

> **From:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
> **Date:** November 4, 2021 at 7:57:24 AM EDT
> **To:** F Mirhosseini <fh.mirhosseini@googlemail.com>
> **Subject: RE: Request for Immigrant Visa Status Update - Case Number ABD2017607008**

Dear Applicant/Petitioner,

Case is still in administrative process and we realize that these extended time periods cause frustration to many individuals, and we are sensitive to the fact that the purpose of the immigrant visa program is to reunite families.  Nonetheless, the U.S. Embassy Abu Dhabi, like all U.S. Embassies and Consulates, must adjudicate visas in accordance with the provisions of the law, and, in some cases, this involves extensive administrative processing.

No additional documents are needed at this time.

Thanks,

U. S. Embassy

Abu Dhabi

AA

 Gmail                                   Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>

## Fwd: Request for Immigrant Visa to be Approved - Case Number ABD2017607008

**F Mirhosseini** <fh.mirhosseini@googlemail.com>                              Mon, Aug 7, 2023 at 12:40 AM
To: Niloofar <niloofar.mirhosseini@gmail.com>

> **From:** F Mirhosseini <fh.mirhosseini@googlemail.com>
> **Date:** May 25, 2022 at 10:47:11 PM EDT
> **To:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
> **Subject: Request for Immigrant Visa to be Approved - Case Number ABD2017607008**

Dear Consular Officer,

My father, Seyed Morteza MIRHOSSEINI, attended an immigrant visa interview at your office on **December 6th, 2017**. His case number is ABD2017607008, and it has been under administrative processing for **more than 4 years** now. His case was originally approved immediately after his interview and even his passport was held by the embassy for his immigrant visa to be issued. However, his passport was given back a few days later with no visa and he was told that the only reason for that was the implementation of the third Travel Ban right at the same time. Since then, his case has been under administrative processing. I am writing this email to request my father's immigrant visa to be granted to him.

My entire family, except for my father, currently resides in the United States and is suffering from massive anxiety and emotional hardship as this extensive separation is not bearable anymore. We are constantly worried for him and my mother needs to make frequent visits to Iran. These frequent long flights, and the fact that they cannot make any long-term financial or housing decisions for their life is causing excessive hardship for them. My parents are in their late 60's and 70's and their only wish is to spend their time with their children and grandchildren. My father has been able to visit his grandchildren only twice for short periods of time during the last 7 years, which has caused my father, as well as my children to suffer emotionally.

My father is a law-abiding individual with absolutely no criminal records in his entire life. He has been granted non-immigrant US visas twice before and has gone under administrative processing with no issues.

Again, I sincerely request your office to please grant his immigrant visa, as our entire family is experiencing a very difficult time due to this separation.

Best Regards,
Farkhondeh Emma Mirhosseini

 Gmail

**Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>**

---

## Fwd: Request for Immigrant Visa Status Update - Case Number ABD2017607008

---

**F Mirhosseini** <fh.mirhosseini@googlemail.com>                               Mon, Aug 7, 2023 at 12:42 AM
To: Niloofar <niloofar.mirhosseini@gmail.com>

> **From:** F Mirhosseini <fh.mirhosseini@googlemail.com>
> **Date:** November 27, 2022 at 8:46:19 PM EST
> **To:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
> **Subject: Request for Immigrant Visa Status Update - Case Number ABD2017607008**
>
> Dear Consular Officer,
>
> I am writing to follow up on my father's immigrant visa application. His name is Seyed Morteza
> MIRHOSSEINI, with case number ABD2017607008 and he was interviewed at your office on December
> 6th, 2017. His case has been under administrative processing for **about 5 years** now. As I have also stated
> in my previous emails to your center, my father's case was already approved on December 6th, 2017 and
> was deferred **ONLY** due to travel ban 3.0 enforcement at the time. I am writing this email to request my
> father's immigrant visa to be granted to him after this extensive administrative processing.
>
> If the visa cannot be issued immediately, please give me an estimate for how much more we need to wait.
> Also, please advise if we should follow up the case by requesting a writ of mandamus from the USCIS.
>
> Kind Regards,
> Farkhondeh Emma Mirhosseini

---

8/8/23, 9:09 AM

Gmail - Fwd: Request for Immigrant Visa to be Approved - Case Number ABD2017607008

 Gmail

Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>

## Fwd: Request for Immigrant Visa to be Approved - Case Number ABD2017607008

**F Mirhosseini** <fh.mirhosseini@googlemail.com>
To: Niloofar <niloofar.mirhosseini@gmail.com>

Wed, Jun 8, 2022 at 9:03 AM

Begin forwarded message:

**From:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
**Date:** June 8, 2022 at 6:34:44 AM EDT
**To:** F Mirhosseini <fh.mirhosseini@googlemail.com>
**Subject: RE: Request for Immigrant Visa to be Approved - Case Number ABD2017607008**

Dear Applicant/Petitioner,

Case is still in administrative process and we realize that these extended time periods cause frustration to many individuals, and we are sensitive to the fact that the purpose of the immigrant visa program is to reunite families.  Nonetheless, the U.S. Embassy Abu Dhabi, like all U.S. Embassies and Consulates, must adjudicate visas in accordance with the provisions of the law, and, in some cases, this involves extensive administrative processing.

No additional documents are needed at this time.

Thanks,

U. S. Embassy

Abu Dhabi

AA

**From:** F Mirhosseini <fh.mirhosseini@googlemail.com>
**Sent:** Thursday, May 26, 2022 6:47 AM
**To:** Abu Dhabi, IV <AbuDhabiIV@state.gov>
**Subject:** Request for Immigrant Visa to be Approved - Case Number ABD2017607008

Dear Consular Officer,

My father, Seyed Morteza MIRHOSSEINI, attended an immigrant visa interview at your office on **December 6th, 2017**. His case number is ABD2017607008, and it has been under administrative processing for **more than 4 years** now. His case was originally approved immediately after his interview and even his passport was held by the embassy for his immigrant visa to be issued. However, his passport was given back a few days later with no visa and he was told that the only reason for that was the implementation of the third Travel Ban right at the same time. Since then, his case has been under administrative processing. I am writing this email to request my father's immigrant visa to be granted to him.

My entire family, except for my father, currently resides in the United States and is suffering from massive anxiety and emotional hardship as this extensive separation is not bearable anymore. We are constantly worried for him and my mother needs to make frequent visits to Iran. These frequent long flights, and the fact that they cannot make any long-term financial or housing decisions for their life is causing excessive hardship for them. My parents are in their late 60's and 70's and their only wish is to spend their time with their children and grandchildren. My father has been able to visit his grandchildren only twice for short periods of time during the last 7 years, which has caused my father, as well as my children to suffer emotionally.

My father is a law-abiding individual with absolutely no criminal records in his entire life. He has been granted non-immigrant US visas twice before and has gone under administrative processing with no issues.

Again, I sincerely request your office to please grant his immigrant visa, as our entire family is experiencing a very difficult time due to this separation.

Best Regards,
Farkhondeh Emma Mirhosseini

8/8/23, 9:02 AM

Case 1:23-mj-99999-UNA   Document 2841-4   Filed 09/01/23   Page 18 of 43
Gmail - Fwd: NEW PASSPORT REQUIRED for case ABD2017607008 for MIRHOSSEINI SEYED MORTEZA

 Gmail

Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>

## Fwd: NEW PASSPORT REQUIRED for case ABD2017607008 for MIRHOSSEINI SEYED MORTEZA

F Mirhosseini <fh.mirhosseini@googlemail.com>
To: Niloofar <niloofar.mirhosseini@gmail.com>

Mon, Aug 7, 2023 at 12:42 AM

> **From:** F Mirhosseini <fh.mirhosseini@googlemail.com>
> **Date:** June 30, 2022 at 12:06:44 AM EDT
> **To:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
> **Subject: Re: NEW PASSPORT REQUIRED for case ABD2017607008 for MIRHOSSEINI SEYED MORTEZA**

Hello,

Please find attached Seyed Morteza Mirhosseini's new passport front page copy, as requested.

Please note that the DS-260 immigrant visa application form has been updated for this applicant with the most recent information.

If any further information is needed, please let me know.

Regards,
Farkhondeh Emma Mirhosseini

On Wed, Jun 29, 2022 at 12:27 PM Abu Dhabi, IV <AbuDhabiIV@state.gov> wrote:
> Hello from the Consular Section of the U.S. Embassy in Abu Dhabi.
>
> In reviewing case ABD2017607008 we note that MIRHOSSEINI SEYED MORTEZA's passport has either expired or does not have more than six (6) months remaining validity.  Please reply to this email with a passport front page copy/scan as either as a JPG or PDF.
>
> Upon receipt of MIRHOSSEINI SEYED MORTEZA's passport scan, you should expect additional correspondence on additional steps to move forward with case ABD2017607008.
>
> You additionally need to update your DS-260 immigrant visa application. Please log in to your account at https://ceac.state.gov/IV/Login.aspx and enter ABD2017607008 to access your form.
>
> Although it is necessary to travel to the United Arab Emirates to continue processing, **DO NOT ARRANGE TRAVEL TO THE UAE AT THIS TIME.** We will notify you when your case is ready.
>
> We thank you in advance for your patience.
>
> Sincerely,
> Immigrant Visa Unit
> Consular Section
> U.S. Embassy Abu Dhabi

8/8/23, 9:11 AM                                                    Gmail - Fwd: Update

 Gmail                                    Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>

## Fwd: Update

**F Mirhosseini** <fh.mirhosseini@googlemail.com>                    Fri, Mar 10, 2023 at 8:11 PM
To: Niloofar <niloofar.mirhosseini@gmail.com>

**From:** "Spry, Charles (Warnock)" <Charles_Spry@warnock.senate.gov>
**Date:** March 10, 2023 at 2:03:47 PM EST
**To:** fh.mirhosseini@gmail.com
**Subject: Update**

Please see below update from the US Embassy:

Dear Charles Spry,

Thank you for your March 10, 2023, correspondence on behalf of your
constituent, Farkhondeh Mirhossein regarding the immigrant visa application
for Mr. Seyed Morteza Mirhosseini.

Unfortunately, the administrative processing for this immigrant visa
application has not yet concluded. This processing often lasts a few months,
but in some instances, it can take years.

We realize that these extended time periods can cause frustration and we are
sensitive to the fact that the purpose of the immigrant visa program is to re-
unite families.  Nonetheless, we must adjudicate visas in accordance with the
provisions of the law, and, in some cases, this involves
extensive administrative processing.  While we cannot predict when
the processing of Mr. Mirhosseini's visa will be completed, please be assured
that we are aware of your concerns and will do all we can to see that the
application is adjudicated as soon as the administrative processing of Mr.
Mirhosseini's visa case has been completed.

We regret that our response cannot be more detailed at this point, but we hope this
information is helpful.

Sincerely,

Consular Section

U.S. Embassy Abu Dhabi

Take Care,

Charles Spry

Director Constituent Services

Senator Raphael Warnock

404-450-1414

Charles_Spry@warnock.senate.gov

*Learn more about Senator Warnock's FY24 appropriations applications and deadlines here.*

8/8/23, 9:10 AM
Gmail - Fwd: NEW PASSPORT REQUIRED for case ABD2017607008 for MIRHOSSEINI SEYED MORTEZA

M Gmail                                      Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>

---

# Fwd: NEW PASSPORT REQUIRED for case ABD2017607008 for MIRHOSSEINI SEYED MORTEZA

---

**F Mirhosseini** <fh.mirhosseini@googlemail.com>                    Wed, Jun 29, 2022 at 12:29 PM
To: Niloofar <niloofar.mirhosseini@gmail.com>

Begin forwarded message:

**From:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
**Date:** June 29, 2022 at 12:27:05 PM EDT
**To:** fh.mirhosseini@gmail.com
**Subject: NEW PASSPORT REQUIRED for case ABD2017607008 for MIRHOSSEINI SEYED MORTEZA**

Hello from the Consular Section of the U.S. Embassy in Abu Dhabi.

In reviewing case ABD2017607008 we note that MIRHOSSEINI SEYED MORTEZA's passport has either expired or does not have more than six (6) months remaining validity.  Please reply to this email with a passport front page copy/scan as either a JPG or PDF.

Upon receipt of MIRHOSSEINI SEYED MORTEZA's passport scan, you should expect additional correspondence on additional steps to move forward with case ABD2017607008.

You additionally need to update your DS-260 immigrant visa application. Please log in to your account at https://ceac.state.gov/IV/Login.aspx and enter ABD2017607008 to access your form.

Although it is necessary to travel to the United Arab Emirates to continue processing, **DO NOT ARRANGE TRAVEL TO THE UAE AT THIS TIME.** We will notify you when your case is ready.

We thank you in advance for your patience.

Sincerely,
Immigrant Visa Unit
Consular Section
U.S. Embassy Abu Dhabi

**Kenneth S. Levine**

| | |
|---|---|
| **From:** | Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com> |
| **Sent:** | Tuesday, August 8, 2023 9:16 AM |
| **To:** | Kenneth S. Levine |
| **Cc:** | F Mirhosseini |
| **Subject:** | Request to file a writ of mandamus lawsuit - Seyed Morteza Mirhosseini |
| **Attachments:** | 2020-01-04 Inquiry.pdf; 2019-09-25 Inquiry.pdf; 2020-10-06 Embassy Response.pdf; 2020-09-22 Inquiry.pdf; 2019-10-10 Embassy Response.pdf; 2021-11-04 Inquiry.pdf; 2021-07-08 Inquiry.pdf; 2021-07-11 Embassy Response.pdf; 2021-11-04 Embassy Response.pdf; 2022-05-25 Inquiry.pdf; 2022-11-27 Inquiry.pdf; 2022-06-08 Embassy Response.pdf; 2022-06-30 Response to Embassy Request for Updated Passport.pdf; 2023-03-10 Emabssy Response to Mr Spry Inquiry.pdf; 2022-06-29 Embassy Request for Updated Passport.pdf |

Dear Mr. Levine,

Please share the payment information with me, as we'd like to move forward with the case.
As we discussed on Thursday, I am attaching the emails exchanged with the US Embassy in Abu Dhabi and their responses regarding my father's case.

Please let me know if there is anything else needed from us.

Thank you,
Niloufar Mir

**Kenneth S. Levine**

| From: | Kenneth S. Levine |
|---|---|
| Sent: | Tuesday, August 8, 2023 3:08 PM |
| To: | Niloofar Mirhosseini |
| Cc: | F Mirhosseini; Yuriana Guzman Sanchez |
| Subject: | RE: Request to file a writ of mandamus lawsuit - Seyed Morteza Mirhosseini |

Hello Niloofar –

Thank you for your decision to retai8n our office.

I would need a $2000 retainer payment towards the $3500 legal fee.  Payment may be made through ZELLE (send to yuriana@leimmigration.com) or by credit card through this link:  https://secure.lawpay.com/pages/leimmigration/trust

I will also need payment of the $402 filing fee and the $1500 balance of the legal fee at the time the lawsuit is ready to be filed.

*With best regards,*

*Kenneth S. Levine, Esq.*

*Levine & Eskandari LLC*
*280 Interstate North Circle, SE, Suite 450*
*Atlanta, GA 30339*
*770-551-2700 (office)*
*678-784-7570 (direct line)*
*706-765-2837 (fax)*
*ken@leimmigration.com*
*www.leimmigration.com*

**From:** Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>
**Sent:** Tuesday, August 8, 2023 9:16 AM
**To:** Kenneth S. Levine <ken@leimmigration.com>
**Cc:** F Mirhosseini <fh.mirhosseini@gmail.com>
**Subject:** Request to file a writ of mandamus lawsuit - Seyed Morteza Mirhosseini

Dear Mr. Levine,

Please share the payment information with me, as we'd like to move forward with the case.
As we discussed on Thursday, I am attaching the emails exchanged with the US Embassy in Abu Dhabi and their responses regarding my father's case.

Please let me know if there is anything else needed from us.

Thank you,
Niloufar Mir

1

 **Gmail**

**Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>**

---

## Fwd: Case Number ABD2017607008

---

**F Mirhosseini** <fh.mirhosseini@googlemail.com>             Mon, Aug 7, 2023 at 12:35 AM
To: Niloofar <niloofar.mirhosseini@gmail.com>

> **From:** F Mirhosseini <fh.mirhosseini@googlemail.com>
> **Date:** January 4, 2020 at 9:13:56 PM EST
> **To:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
> **Subject: Case Number ABD2017607008**
>
> Dear Consular Officer,
>
> I am writing on behalf of my father, Mr. Seyed Morteza MIRHOSSEINI, who attended an immigrant visa interview at your office on December 6th, 2017. His case number is ABD2017607008, which has been under administrative processing for over 2 years. As per your request, his detailed CV was provided on November 12th, 2019.
>
> My father is a law-abiding individual who desperately seek to join us in the United States and enjoy his retirement with his wife, children and grandchildren. My mother was granted an immigrant visa in November 2019, and is now residing with us in the United States. Therefore, my father is experiencing extreme hardship as he has been separated from his entire family and is living in Iran by himself.
>
> My father has never committed a single crime during his entire life and he has no criminal record. I believe that it is in the US national interest to grant him his immigrant visa and reunite this family who continues to contribute to America's success and economic prosperity.
>
> My sister and I both have well-established families in the United States and we both own residential properties in the United States. We do not have any intentions of going back and living in Iran or any country other than the United States.
>
> I fully understand and respect your duty to uphold the laws of the United States. According to the Presidential Proclamation, you have the authority and discretion to grant a waiver and issue a visa under certain circumstances. This is one of those circumstances. I request you to please grant a waiver and issue my father's visa.
>
> Best Regards,
> Farkhondeh Emma Mirhosseini

 **Gmail**

**Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>**

## Fwd: Case Numbers ABD2017607012 and ABD2017607008

**F Mirhosseini** <fh.mirhosseini@googlemail.com>
To: Niloofar <niloofar.mirhosseini@gmail.com>

Mon, Aug 7, 2023 at 12:34 AM

**From:** F Mirhosseini <fh.mirhosseini@googlemail.com>
**Date:** September 25, 2019 at 7:37:08 AM EDT
**To:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
**Subject: Case Numbers ABD2017607012 and ABD2017607008**

Dear Consular Officer,

I am writing on behalf of my parents, Ms. Fatemeh MIRZA NASIRI and Mr. Seyed Morteza MIRHOSSEINI, who attended an immigrant visa interview at your office on December 6th, 2017. Their case numbers are ABD2017607012 and ABD2017607008, respectively. Both cases have been under administrative processing for over 20 months.

My parents are law-abiding individuals who desperately seek to join me, my sister and our families, and enjoy their retirement with their grandchildren. They are experiencing extreme hardship as they have been separated from their only children and grandchildren. Every day that passes, we all fear that they will never see their daughters and grandchildren again.

My sister and I both have well-established families in the United States and we both own residential properties in the United States. We do not have any intentions of going back and living in Iran or any country other than the United States.

Due to visa restrictions, my mother got to experience the joy of meeting her grandchildren just once over the past 6 years. My parents were not by my side when my babies were born. Despite that, there has been a very strong emotional bond developed between them and my children, which has made this extensive separation unbearable. My parents have never committed a single crime in their lives and they have no criminal record. I believe that it is in the US national interest to grant them their visas and reunite this family who continues to contribute to America's success and economic prosperity.

I fully understand and respect your duty to uphold the laws of the United States. According to the Presidential Proclamation, you have the authority and discretion to grant a waiver and issue a visa under certain circumstances. This is one of those circumstances. I request you to please grant a waiver and issue visas for my parents, so that our family is reunited again in the United States after about 10 years.

Sincerely,
Farkhondeh Emma Mirhosseini

 Gmail                                   Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>

## Fwd: Update Request for Immigrant Visa Application - Case Number ABD2017607008

**F Mirhosseini** <fh.mirhosseini@googlemail.com>                    Tue, Oct 6, 2020 at 8:10 AM
To: niloofar.mirhosseini@gmail.com

Sent from my iPhone

Begin forwarded message:

**From:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
**Date:** October 6, 2020 at 7:13:51 AM EDT
**To:** F Mirhosseini <fh.mirhosseini@googlemail.com>
**Subject: RE: Update Request for Immigrant Visa Application - Case Number ABD2017607008**

Dear Applicant/Petitioner,

Case is still in administrative process and we realize that these extended time periods cause frustration to many individuals, and we are sensitive to the fact that the purpose of the immigrant visa program is to reunite families. Nonetheless, the U.S. Embassy Abu Dhabi, like all U.S. Embassies and Consulates, must adjudicate visas in accordance with the provisions of the law, and, in some cases, this involves extensive administrative processing.

No additional documents are needed at this time.

Thanks,

U. S. Embassy

Abu Dhabi

**From:** F Mirhosseini <fh.mirhosseini@googlemail.com>
**Sent:** Wednesday, September 23, 2020 5:35 AM
**To:** Abu Dhabi, IV <AbuDhabiIV@state.gov>
**Subject:** Update Request for Immigrant Visa Application - Case Number ABD2017607008

Dear Consular Officer,

I am writing this email to ask for clarifications about the status of my father's immigrant visa application. His name is Mr. Seyed Morteza MIRHOSSEINI and he attended an immigrant visa interview at your office on December 6th, 2017. His case number is ABD2017607008, which has been under administrative processing for over <u>33 months</u>. Since January 2020, we have received absolutely no updates regarding his case.

My father is a law-abiding individual who desperately seeks to join his family in the United States and spend his retirement with his wife, children and grandchildren. My mother was granted an immigrant visa in November 2019, and is planning to reside in the United States. Therefore, my father will experience extreme hardship as he will be separated from his entire family at the age of 71.

I fully respect your duty to uphold the laws of the United States, and I understand that the visa services have been affected by the COVID-19 pandemic. However, I really appreciate it if you could provide a status update regarding my father's immigrant visa application as soon as possible.

Best Regards,

Farkhondeh Emma Mirhosseini

# M Gmail

**Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>**

---

## Fwd: Update Request for Immigrant Visa Application - Case Number ABD2017607008

---

**F Mirhosseini <fh.mirhosseini@googlemail.com>**
To: Niloofar <niloofar.mirhosseini@gmail.com>

Mon, Aug 7, 2023 at 12:36 AM

> **From:** F Mirhosseini <fh.mirhosseini@googlemail.com>
> **Date:** September 22, 2020 at 9:35:29 PM EDT
> **To:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
> **Subject: Update Request for Immigrant Visa Application - Case Number ABD2017607008**
>
> Dear Consular Officer,
>
> I am writing this email to ask for clarifications about the status of my father's immigrant visa application. His name is Mr. Seyed Morteza MIRHOSSEINI and he attended an immigrant visa interview at your office on December 6th, 2017. His case number is ABD2017607008, which has been under administrative processing for over 33 months. Since January 2020, we have received absolutely no updates regarding his case.
>
> My father is a law-abiding individual who desperately seeks to join his family in the United States and spend his retirement with his wife, children and grandchildren. My mother was granted an immigrant visa in November 2019, and is planning to reside in the United States. Therefore, my father will experience extreme hardship as he will be separated from his entire family at the age of 71.
>
> I fully respect your duty to uphold the laws of the United States, and I understand that the visa services have been affected by the COVID-19 pandemic. However, I really appreciate it if you could provide a status update regarding my father's immigrant visa application as soon as possible.
>
> Best Regards,
> Farkhondeh Emma Mirhosseini

 **Gmail**

Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>

## Fwd: Immigrant Visa Application ABD2017607012

**F Mirhosseini** <fh.mirhosseini@googlemail.com>
To: Noonoo <niloofar.mirhosseini@gmail.com>

Thu, Oct 10, 2019 at 7:52 AM

Sent from my iPhone

Begin forwarded message:

> **From:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
> **Date:** October 10, 2019 at 1:23:22 AM EDT
> **To:** "fh.mirhosseini@gmail.com" <fh.mirhosseini@gmail.com>
> **Subject: Immigrant Visa Application ABD2017607012**

Good morning,

In order to continue processing your case, you must provide a new medical exam and submit your passport. Please come to the Embassy **November 7 at 8 am** to submit the medical exam and passport, and to re-take the oath.

Please note, if your passport has changed for any reason, please send a copy of your passport by email and wait for further instructions from the Embassy before re-doing the medical exam and submitting your passport.

**Passports are typically returned after no less than one week through Empost (courier).**

*Please print this email to bring with you to the Embassy.*

**_Please note Mr. Seyed Morteza Mirhosseini's case is not ready for further processing at this time._**

Sincerely,

Consular Section

**U.S. Embassy Abu Dhabi**

**Official - Privacy/PII**

**UNCLASSIFIED**

Case 1:23-mi-99999-UNA  Document 2841-4  Filed 09/01/23  Page 31 of 43

# M Gmail

**Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>**

---

## Fwd: Request for Immigrant Visa Status Update - Case Number ABD2017607008

---

**F Mirhosseini** <fh.mirhosseini@googlemail.com>                                    Mon, Aug 7, 2023 at 12:38 AM
To: Niloofar <niloofar.mirhosseini@gmail.com>

> **From:** F Mirhosseini <fh.mirhosseini@googlemail.com>
> **Date:** November 4, 2021 at 6:18:27 AM EDT
> **To:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
> **Subject: Request for Immigrant Visa Status Update - Case Number ABD2017607008**
>
> Dear Consular Officer,
>
> I am writing this email to ask for clarifications about the status of my father's immigrant visa application, and why the administrative processing of his case has taken **over 3.5 years**. My father, Seyed Morteza MIRHOSSEINI, attended an immigrant visa interview at your office on December 6th, 2017. His case number is ABD2017607008, and it has been under administrative processing since his interview.
>
> Based on the extreme and undue hardship that my family is experiencing, both emotionally and financially, I request your office to grant his immigrant visa as soon as possible. My entire family, except for my father who is waiting for his immigrant visa, currently resides in the United States and is suffering from massive anxiety as this extensive separation is unbearable.
>
> Best Regards,
> Farkhondeh Emma Mirhosseini

 **Gmail**        **Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>**

---

## Fwd: Request for Immigrant Visa - Case Number ABD2017607008

**F Mirhosseini** <fh.mirhosseini@googlemail.com>                  Mon, Aug 7, 2023 at 12:37 AM
To: Niloofar <niloofar.mirhosseini@gmail.com>

> **From:** F Mirhosseini <fh.mirhosseini@googlemail.com>
> **Date:** July 8, 2021 at 6:33:44 AM EDT
> **To:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
> **Subject: Request for Immigrant Visa - Case Number ABD2017607008**
>
> Dear Consular Officer,
>
> I am writing this email to ask for clarifications about the status of my father's immigrant visa application. His
> name is Mr. Seyed Morteza MIRHOSSEINI and he attended an immigrant visa interview at your office on
> December 6th, 2017. His case number is ABD2017607008, which has been under administrative
> processing for over **3.5 years**. Since November 2020, we have received absolutely no updates regarding
> his case.
>
> My father is a law-abiding individual with absolutely no criminal records in his entire life. He is desperately
> seeking to join his family in the United States and spend his retirement with his wife, children and
> grandchildren. My mother was granted an immigrant visa in November 2019, and is planning to reside in
> the United States. Therefore, my father will experience extreme hardship as he will be separated from his
> entire family at the age of 72.
>
> I understand that the visa services have been affected by the COVID-19 pandemic, however, I would really
> appreciate it if you could grant my father's immigrant visa as soon as possible.
>
> Best Regards,
> Farkhondeh Emma Mirhosseini

 Gmail

**Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>**

## Fwd: Request for Immigrant Visa - Case Number ABD2017607008

**F Mirhosseini** <fh.mirhosseini@googlemail.com>
To: Niloofar <niloofar.mirhosseini@gmail.com>

Sun, Jul 11, 2021 at 9:27 AM

Begin forwarded message:

> **From:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
> **Date:** July 11, 2021 at 3:20:57 AM EDT
> **To:** F Mirhosseini <fh.mirhosseini@googlemail.com>
> **Subject: RE: Request for Immigrant Visa - Case Number ABD2017607008**
>
>
> This case is still pending admin processing.
>
> Thank you
>
> gy
>
> _____
>
> **From:** F Mirhosseini <fh.mirhosseini@googlemail.com>
> **Sent:** Thursday, July 8, 2021 2:34 PM
> **To:** Abu Dhabi, IV <AbuDhabiIV@state.gov>
> **Subject:** Request for Immigrant Visa - Case Number ABD2017607008
>
> Dear Consular Officer,
>
> I am writing this email to ask for clarifications about the status of my father's immigrant visa application. His name is Mr. Seyed Morteza MIRHOSSEINI and he attended an immigrant visa interview at your office on December 6th, 2017. His case number is ABD2017607008, which has been under administrative processing for over **3.5 years**. Since November 2020, we have received absolutely no updates regarding his case.
>
> My father is a law-abiding individual with absolutely no criminal records in his entire life. He is desperately seeking to join his family in the United States and spend his retirement with his wife, children and grandchildren. My mother was granted an immigrant visa in November 2019, and is planning to reside in the United States. Therefore, my father will experience extreme hardship as he will be separated from his entire family at the age of 72.
>
> I understand that the visa services have been affected by the COVID-19 pandemic, however, I would really appreciate it if you could grant my father's immigrant visa as soon as possible.
>
> Best Regards,
>
> Farkhondeh Emma Mirhosseini

SENSITIVE BUT UNCLASSIFIED

 Gmail

Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>

## Fwd: Request for Immigrant Visa Status Update - Case Number ABD2017607008

**F Mirhosseini** <fh.mirhosseini@googlemail.com>                                    Thu, Nov 4, 2021 at 7:13 PM
To: Niloofar <niloofar.mirhosseini@gmail.com>

Begin forwarded message:

> **From:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
> **Date:** November 4, 2021 at 7:57:24 AM EDT
> **To:** F Mirhosseini <fh.mirhosseini@googlemail.com>
> **Subject: RE: Request for Immigrant Visa Status Update - Case Number ABD2017607008**

Dear Applicant/Petitioner,

Case is still in administrative process and we realize that these extended time periods cause frustration to many individuals, and we are sensitive to the fact that the purpose of the immigrant visa program is to reunite families.  Nonetheless, the U.S. Embassy Abu Dhabi, like all U.S. Embassies and Consulates, must adjudicate visas in accordance with the provisions of the law, and, in some cases, this involves extensive administrative processing.

No additional documents are needed at this time.

Thanks,

U. S. Embassy

Abu Dhabi

AA

 **Gmail**

Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>

---

## Fwd: Request for Immigrant Visa to be Approved - Case Number ABD2017607008

---

**F Mirhosseini** <fh.mirhosseini@googlemail.com>                              Mon, Aug 7, 2023 at 12:40 AM
To: Niloofar <niloofar.mirhosseini@gmail.com>

> **From:** F Mirhosseini <fh.mirhosseini@googlemail.com>
> **Date:** May 25, 2022 at 10:47:11 PM EDT
> **To:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
> **Subject: Request for Immigrant Visa to be Approved - Case Number ABD2017607008**

Dear Consular Officer,

My father, Seyed Morteza MIRHOSSEINI, attended an immigrant visa interview at your office on **December 6th, 2017**. His case number is ABD2017607008, and it has been under administrative processing for **more than 4 years** now. His case was originally approved immediately after his interview and even his passport was held by the embassy for his immigrant visa to be issued. However, his passport was given back a few days later with no visa and he was told that the only reason for that was the implementation of the third Travel Ban right at the same time. Since then, his case has been under administrative processing. I am writing this email to request my father's immigrant visa to be granted to him.

My entire family, except for my father, currently resides in the United States and is suffering from massive anxiety and emotional hardship as this extensive separation is not bearable anymore. We are constantly worried for him and my mother needs to make frequent visits to Iran. These frequent long flights, and the fact that they cannot make any long-term financial or housing decisions for their life is causing excessive hardship for them. My parents are in their late 60's and 70's and their only wish is to spend their time with their children and grandchildren. My father has been able to visit his grandchildren only twice for short periods of time during the last 7 years, which has caused my father, as well as my children to suffer emotionally.

My father is a law-abiding individual with absolutely no criminal records in his entire life. He has been granted non-immigrant US visas twice before and has gone under administrative processing with no issues.

Again, I sincerely request your office to please grant his immigrant visa, as our entire family is experiencing a very difficult time due to this separation.

Best Regards,
Farkhondeh Emma Mirhosseini

8/8/23, 9:03 AM                    Gmail - Fwd: Request for Immigrant Visa Status Update - Case Number ABD2017607008

 Gmail                                        Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>

## Fwd: Request for Immigrant Visa Status Update - Case Number ABD2017607008

**F Mirhosseini** <fh.mirhosseini@googlemail.com>                                   Mon, Aug 7, 2023 at 12:42 AM
To: Niloofar <niloofar.mirhosseini@gmail.com>

> **From:** F Mirhosseini <fh.mirhosseini@googlemail.com>
> **Date:** November 27, 2022 at 8:46:19 PM EST
> **To:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
> **Subject: Request for Immigrant Visa Status Update - Case Number ABD2017607008**

Dear Consular Officer,

I am writing to follow up on my father's immigrant visa application. His name is Seyed Morteza MIRHOSSEINI, with case number ABD2017607008 and he was interviewed at your office on December 6th, 2017. His case has been under administrative processing for **about 5 years** now. As I have also stated in my previous emails to your center, my father's case was already approved on December 6th, 2017 and was deferred **ONLY** due to travel ban 3.0 enforcement at the time. I am writing this email to request my father's immigrant visa to be granted to him after this extensive administrative processing.

If the visa cannot be issued immediately, please give me an estimate for how much more we need to wait. Also, please advise if we should follow up the case by requesting a writ of mandamus from the USCIS.

Kind Regards,
Farkhondeh Emma Mirhosseini

 **Gmail**

Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>

---

## Fwd: Request for Immigrant Visa to be Approved - Case Number ABD2017607008

---

**F Mirhosseini** <fh.mirhosseini@googlemail.com>
To: Niloofar <niloofar.mirhosseini@gmail.com>

Wed, Jun 8, 2022 at 9:03 AM

Begin forwarded message:

**From:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
**Date:** June 8, 2022 at 6:34:44 AM EDT
**To:** F Mirhosseini <fh.mirhosseini@googlemail.com>
**Subject: RE: Request for Immigrant Visa to be Approved - Case Number ABD2017607008**

Dear Applicant/Petitioner,

Case is still in administrative process and we realize that these extended time periods cause frustration to many individuals, and we are sensitive to the fact that the purpose of the immigrant visa program is to reunite families. Nonetheless, the U.S. Embassy Abu Dhabi, like all U.S. Embassies and Consulates, must adjudicate visas in accordance with the provisions of the law, and, in some cases, this involves extensive administrative processing.

No additional documents are needed at this time.

Thanks,

U. S. Embassy

Abu Dhabi

AA

**From:** F Mirhosseini <fh.mirhosseini@googlemail.com>
**Sent:** Thursday, May 26, 2022 6:47 AM
**To:** Abu Dhabi, IV <AbuDhabiIV@state.gov>
**Subject:** Request for Immigrant Visa to be Approved - Case Number ABD2017607008

Dear Consular Officer,

My father, Seyed Morteza MIRHOSSEINI, attended an immigrant visa interview at your office on **December 6th, 2017**. His case number is ABD2017607008, and it has been under administrative processing for **more than 4 years** now. His case was originally approved immediately after his interview and even his passport was held by the embassy for his immigrant visa to be issued. However, his passport was given back a few days later with no visa and he was told that the only reason for that was the implementation of the third Travel Ban right at the same time. Since then, his case has been under administrative processing. I am writing this email to request my father's immigrant visa to be granted to him.

My entire family, except for my father, currently resides in the United States and is suffering from massive anxiety and emotional hardship as this extensive separation is not bearable anymore. We are constantly worried for him and my mother needs to make frequent visits to Iran. These frequent long flights, and the fact that they cannot make any long-term financial or housing decisions for their life is causing excessive hardship for them. My parents are in their late 60's and 70's and their only wish is to spend their time with their children and grandchildren. My father has been able to visit his grandchildren only twice for short periods of time during the last 7 years, which has caused my father, as well as my children to suffer emotionally.

My father is a law-abiding individual with absolutely no criminal records in his entire life. He has been granted non-immigrant US visas twice before and has gone under administrative processing with no issues.

Again, I sincerely request your office to please grant his immigrant visa, as our entire family is experiencing a very difficult time due to this separation.

Best Regards,
Farkhondeh Emma Mirhosseini

8/8/23, 9:02 AM
Case 1:23-mi-99999-UNA    Document 2841-4    Filed 09/01/23    Page 40 of 43
Gmail - Fwd: NEW PASSPORT REQUIRED for case ABD2017607008 for MIRHOSSEINI SEYED MORTEZA

 Gmail

Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>

---

## Fwd: NEW PASSPORT REQUIRED for case ABD2017607008 for MIRHOSSEINI SEYED MORTEZA

---

**F Mirhosseini** <fh.mirhosseini@googlemail.com>                                             Mon, Aug 7, 2023 at 12:42 AM
To: Niloofar <niloofar.mirhosseini@gmail.com>

> **From:** F Mirhosseini <fh.mirhosseini@googlemail.com>
> **Date:** June 30, 2022 at 12:06:44 AM EDT
> **To:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
> **Subject: Re: NEW PASSPORT REQUIRED for case ABD2017607008 for MIRHOSSEINI SEYED MORTEZA**

> Hello,
>
> Please find attached Seyed Morteza Mirhosseini's new passport front page copy, as requested.
>
> Please note that the DS-260 immigrant visa application form has been updated for this applicant with the most recent information.
>
> If any further information is needed, please let me know.
>
> Regards,
> Farkhondeh Emma Mirhosseini
>
>
> On Wed, Jun 29, 2022 at 12:27 PM Abu Dhabi, IV <AbuDhabiIV@state.gov> wrote:
>> Hello from the Consular Section of the U.S. Embassy in Abu Dhabi.
>>
>> In reviewing case ABD2017607008 we note that MIRHOSSEINI SEYED MORTEZA's passport has either expired or does not have more than six (6) months remaining validity.  Please reply to this email with a passport front page copy/scan as either as a JPG or PDF.
>>
>> Upon receipt of MIRHOSSEINI SEYED MORTEZA's passport scan, you should expect additional correspondence on additional steps to move forward with case ABD2017607008.
>>
>> You additionally need to update your DS-260 immigrant visa application. Please log in to your account at https://ceac.state.gov/IV/Login.aspx and enter ABD2017607008 to access your form.
>>
>> Although it is necessary to travel to the United Arab Emirates to continue processing, **DO NOT ARRANGE TRAVEL TO THE UAE AT THIS TIME.**  We will notify you when your case is ready.
>>
>> We thank you in advance for your patience.
>>
>> Sincerely,
>> Immigrant Visa Unit
>> Consular Section
>> U.S. Embassy Abu Dhabi

 **Gmail**                    Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>

## Fwd: Update

F Mirhosseini <fh.mirhosseini@googlemail.com>                              Fri, Mar 10, 2023 at 8:11 PM
To: Niloofar <niloofar.mirhosseini@gmail.com>

> **From:** "Spry, Charles (Warnock)" <Charles_Spry@warnock.senate.gov>
> **Date:** March 10, 2023 at 2:03:47 PM EST
> **To:** fh.mirhosseini@gmail.com
> **Subject: Update**

> Please see below update from the US Embassy:

> Dear Charles Spry,

> Thank you for your March 10, 2023, correspondence on behalf of your
> constituent, Farkhondeh Mirhossein regarding the immigrant visa application
> for Mr. Seyed Morteza Mirhosseini.

> Unfortunately, the administrative processing for this immigrant visa
> application has not yet concluded. This processing often lasts a few months,
> but in some instances, it can take years.

> We realize that these extended time periods can cause frustration and we are
> sensitive to the fact that the purpose of the immigrant visa program is to re-
> unite families.  Nonetheless, we must adjudicate visas in accordance with the
> provisions of the law, and, in some cases, this involves
> extensive administrative processing.  While we cannot predict when
> the processing of Mr. Mirhosseini's visa will be completed, please be assured
> that we are aware of your concerns and will do all we can to see that the
> application is adjudicated as soon as the administrative processing of Mr.
> Mirhosseini's visa case has been completed.

> We regret that our response cannot be more detailed at this point, but we hope this
> information is helpful.

Sincerely,

Consular Section

U.S. Embassy Abu Dhabi

Take Care,

Charles Spry

Director Constituent Services

Senator Raphael Warnock

404-450-1414

Charles_Spry@warnock.senate.gov

*Learn more about Senator Warnock's FY24 appropriations applications and deadlines here.*

 Gmail

Niloofar Mirhosseini <niloofar.mirhosseini@gmail.com>

## Fwd: NEW PASSPORT REQUIRED for case ABD2017607008 for MIRHOSSEINI SEYED MORTEZA

**F Mirhosseini** <fh.mirhosseini@googlemail.com>
To: Niloofar <niloofar.mirhosseini@gmail.com>

Wed, Jun 29, 2022 at 12:29 PM

Begin forwarded message:

**From:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
**Date:** June 29, 2022 at 12:27:05 PM EDT
**To:** fh.mirhosseini@gmail.com
**Subject: NEW PASSPORT REQUIRED for case ABD2017607008 for MIRHOSSEINI SEYED MORTEZA**

Hello from the Consular Section of the U.S. Embassy in Abu Dhabi.

In reviewing case ABD2017607008 we note that MIRHOSSEINI SEYED MORTEZA's passport has either expired or does not have more than six (6) months remaining validity. Please reply to this email with a passport front page copy/scan as either as a JPG or PDF.

Upon receipt of MIRHOSSEINI SEYED MORTEZA's passport scan, you should expect additional correspondence on additional steps to move forward with case ABD2017607008.

You additionally need to update your DS-260 immigrant visa application. Please log in to your account at https://ceac.state.gov/IV/Login.aspx and enter ABD2017607008 to access your form.

Although it is necessary to travel to the United Arab Emirates to continue processing, **DO NOT ARRANGE TRAVEL TO THE UAE AT THIS TIME.** We will notify you when your case is ready.

We thank you in advance for your patience.

Sincerely,
Immigrant Visa Unit
Consular Section
U.S. Embassy Abu Dhabi