**Gmail**

Shailesh Godkhindi <godkhindis@gmail.com>

## Update

**Spry, Charles (Warnock)** <Charles_Spry@warnock.senate.gov>     Fri, Jun 16, 2023 at 3:18 PM
To: Shailesh Godkhindi <godkhindis@gmail.com>

Please see below update from USCIS, unfortunately there isn't a time frame for these:

Greetings,

Thank you for your inquiry, dated June 15, 2023 on behalf of your constituent, SHAILESH GODKHINDI, regarding his immigration matters.

U.S. Citizenship and Immigration Services (USCIS) records indicate that on May 15, 2023, we received Form I-290B, Notice of Appeal or Motion that was filed by SHAILESH GODKHINDI. This case is pending at the USCIS Atlanta Field Office (ATL). Please know that this application is in queue for Officer assignment and has not been overlooked.

Case status may be monitored online at https://egov/casestatus/landing.do.

We respectfully request you allow at least 90 days from the date of this email before following up on the status of the case.

We hope this information is helpful. If we may be of further assistance, please let us know.

Sincerely,

Congressional Liaison

Atlanta Field Office

U.S. Citizenship and Immigration Services


Take Care,

Charles Spry

Director Constituent Services

Senator Raphael Warnock

404-450-1414

Charles_Spry@warnock.senate.gov

*Learn more about Senator Warnock's FY24 appropriations applications and deadlines here.*