EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>410-2023-00210 |
|---|---|---|

_____NA_____ and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Ms. Fonda Price | 404-216-3822 | 11/16/61 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1441 White Oak Trace | Loganville GA 30052 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Atlanta Public School District | 500+ | 404-802-3500 |

| Street Address | City, State and ZIP Code |
|---|---|
| 130 Trinity Ave. NW | Atlanta GA 30303 |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **US EEOC ATDO RECEIVED 09-25-2022** | | |

Street Address City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☒ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: March 2022    Latest: September 2022

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

My name is Fonda Price. In July 2021, I was hired as a contract employee in the employee relations department of the Office of Human Resources for the Atlanta Public School ("APS") District.  In November 2021, I became a full time specialist.  My job duties included conducting internal investigation of allegations of employee misconduct and processing of disability accommodations requests at approximately 30 schools that were assigned to me.

I am also a qualified individual under the Americans with Disabilities Act ("ADA") in that I suffer from a condition called Social Anxiety Disorder and I also experience recurring migraines.  The anxiety disorder limits my ability to interact with people and to go into new environments. With the assistance of therapy, I am able to adjust to work settings but other than work, I am typically homebound.

During my first five months or so at APS, I enjoyed my work and had no meaningful difficulties with my colleagues or the executive director of employee relation, Toni Sellers-Pitts.  However, beginning in March 2021, I had constant difficulty with a new employee in team relations, Leverius Glass. He was openly belligerent and aggressive with his coworkers who were over-40 females, including myself.  His behavior varied from strange (complaining that he was being harassed if anyone touched him, however fleeting or innocuous the contact) to outright aggressive.  I watched him go into rages, yell at myself and other female colleagues, and physically intimidate women. He was openly disrespectful toward middle aged women in meetings. He accused me and another colleague, Kristie Walker, of harassing him–groundless allegations that the whole department could see were outlandish.  His volatility and anger was disruptive but Ms. Sellers-Pitts would not discipline him or stop his toxic conduct.

My interactions with Mr. Glass negatively affected my health, causing my migraines to worsen and creating a new level of anxiety at work.  On June 9, 2022, I filed a formal sex and age based complaint about Mr. Glass that referenced Ms. Sellers-Pitts' failure to remedy the hostile environment Mr. Glass caused.  To my knowledge, APS took no steps to investigate. The routine protocols for addressing employee grievances were ignored.  To make matters worse, when Ms. Sellers-Pitts made out a new staggered schedule in which employees would work in the office at different times, she actually assigned me and Mr. Glass to

Doc ID: 598ba0b47a85fa6452921b6f1ad4c25334b55c23

be the sole employees in the building on one day of the week.  Fortunately, several of my coworkers voluntarily shifted their own schedules to make sure I was not left alone with him.

    Mr. Glass ended up being fired in July over an incident between him and APS security.  But after the complaint, Ms. Sellers-Pitts became extremely negative towards me and my work.  She started questioning every aspect of my job performance and on at least one occasion, immediately after my June complaint, instigated an outgoing employee to allege that I had not properly investigated a misconduct allegation she lodged against a coworker.  Ms. Sellers-Pitts knew full well this complaint had no merit.  She also increasingly shifted the blame on me for failing to complete reports, when her slowness in singing off on action items was the real culprit.  It appeared to me that Ms. Sellers-Pitts was actively building a case to terminate me.  As a result, on August 9, I submitted a written internal complaint to the chief human resources officer Nicole Lawson about Ms. Sellers-Pitts, based on her abusive behavior and failure to follow internal policies and procedures for enforcing federal legal standards.

    During this same time frame, In late July 2022, Ms. Sellers-Pitts also announced a new policy that all employee relations specialists would be directed to make regular onsite visits to schools.  I was immediately concerned that my struggles with my social anxiety disorder would make it hard if not impossible for me to make regular visits to congested and noisy environments like school settings. I filled out an accommodations request form under the Americans with Disabilities Act ("ADA") seeking to be excused from this new policy and submitted it on or about August 11.

    It became clear over the next two weeks that my accommodation request was not being timely processed as it should have been.  I reached out to Lakea Fullwood, a member of the leave management team, for clarification and was directly told that Ms. Sellers-Pitts had told her to "slow walk" the accommodation and not to act on it, and to  stretch things out by making unnecessary requests for additional medical information.

    During the last full week in August, I was tipped off by a member of Ms. Sellers-Pitts' staff that the paperwork for my termination had been submitted to the Superintendent's office for final approval.   I feared the impact on my career of a termination and submitted a letter of resignation dated on or about September 2, 2022.

    I believe I was subjected by my supervisor to retaliatory mistreatment  based on my complaint in June 2022  about a hostile work environment motivated in part by my age and gender.  I was further  retaliated against in that immediately after I initiated a second formal complaint in August 2022, a reasonable ADA accommodation request I submitted was denied; and within three weeks of my August complaint against her, Ms. Sellers-Pitts recommended my termination. These claims arise under the Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, as well as the ADA.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the be of my knowledge, information and belief.<br><br>SIGNATURE OF COMPLAINANT |

| | | |
|---|---|---|
| 09 / 25 / 2022 | [signature] | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |
| Date | Charging Party Signature | |

Doc ID: 598ba0b47a85fa6452921b6f1ad4c25334b55c23



Audit Trail

| | |
|---|---|
| **TITLE** | EEOC Charge Fonda Price |
| **FILE NAME** | EEOC charge Re Fonda Price.pdf |
| **DOCUMENT ID** | 598ba0b47a85fa6452921b6f1ad4c25334b55c23 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

Document History

**SENT**  **09 / 25 / 2022**   Sent for signature to Fonda Price (docfprice@icloud.com)
10:35:32 UTC-4   from jwalker@hkm.com
IP: 76.97.141.204

**VIEWED**  **09 / 25 / 2022**   Viewed by Fonda Price (docfprice@icloud.com)
11:36:07 UTC-4   IP: 76.250.171.234

**SIGNED**  **09 / 25 / 2022**   Signed by Fonda Price (docfprice@icloud.com)
11:36:28 UTC-4   IP: 76.250.171.234

**COMPLETED**  **09 / 25 / 2022**   The document has been completed.
11:36:28 UTC-4