*Exhibit A*

23024476

Civil Action No. _23 EV 004632_

Date Filed _08/02 / 2023_

Attorney's Address

Magistrate Court ☐
Superior Court ☐
State Court ☑
Georgia, Gwinnett County

Robert  Glynn

3640  Youngfield

VS.

county

Name and Address of party to be served.

Carifax  Inc

Service  Company 2  Sun  Court  Suite

Peachtree  Corners,  GA  30092

Plaintiff

Defendant

Garnishee

## Sheriff's Entry Of Service

**Personal** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows:
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☑ Served the defendant _Equifax  Inc._ a corporation
by leaving a copy of the within action and summons with _Alicia  Smith_
in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _7_ day of _Aug_, 20_23_

_Collins_
**Deputy**

_30500_

**Gwinnett County, Georgia**

Sheriff Docket _____ Page _____

WHITE: Clerk    CANARY: Plaintiff / Attorney    PINK: Defendant

SC-2 Rev.3.13

Civil Action No. _____

Date Filed _____

Attorney's Address

Name and Address of party to be served.

_____
_____
_____

Magistrate Court ☐
Superior Court ☐
State Court ☑

**Georgia, Gwinnett County**

_____
_____ **Plaintiff**

VS.

_____

_____ **Defendant**

_____ **Garnishee**

## Sheriff's Entry Of Service

**Personal** ☐
I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☐
Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐
Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20____

Sheriff Docket_____ Page_____

_____
**Deputy**

_____
**Gwinnett County, Georgia**

WHITE: Clerk        CANARY: Plaintiff / Attorney        PINK: Defendant

SC-2 Rev.3.13

State Court of Fulton County
**E-FILED**
23EV004632
8/2/2023 1:53 PM
Donald Talley, Clerk
Civil Division

GEORGIA, FULTON COUNTY

DO NOT WRITE IN THIS SPACE

STATE COURT OF FULTON COUNTY
Civil Division

CIVIL ACTION FILE #: _____

Robert Glynn
3440 Youngfield St #129
Wheat Ridge, Co 80033

Plaintiff's Name, Address, City, State, Zip Code

vs.

Equifax Inc. C/O Corporation
Service Company 2 Sun Courts Ste. 400
Peachtree Corners, GA 30092

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| ************ | |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |
| : | |

### SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Robert Glynn
Address: 3440 Youngfield St. #129
City, State, Zip Code: Wheat Ridge, CO 80633          Phone No.: ~~888~~ 720-955-8953

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. DEFENSES MAY BE MADE & JURY TRIAL DEMANDED, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Donald Talley, Chief Clerk (electronic signature)

**SERVICE INFORMATION:**
Served, this _____ day of _____, 20_____.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

This _____ day of _____, 20_____.    _____ Foreperson

(STAPLE TO FRONT OF COMPLAINT)

State Court of Fulton County
**E-FILED**
23EV004632
8/2/2023 1:53 PM
Donald Talley, Clerk
Civil Division

IN THE _STATE_ COURT OF _FULTON_ COUNTY

STATE OF GEORGIA

_Robert Glynn,_
Plaintiff

v.

_Equifax Inc._
Defendant

CIVIL ACTION
NO. _____

COMPLAINT FOR ~~Robert Glynn~~ _Equifax Inc_

Now comes _Robert Glynn_ , plaintiff in the above-styled action, and states his complaint as follows:

The defendant is _Equifax Inc_ , who is a resident of _1550 Peachtree_ Street, City of _Atlanta_ , _Fulton_ County, Georgia, and is subject to the jurisdiction of this court.

2. List short and plain statement in separately numbered paragraphs of claim sued upon.

① Vehicle was insured and payed for.
② received numerous account confirmation of paid in full
③ Credit bureau refuses to report correctly
④ Disputed multiple times still refusal
⑤ Goto Equifax in person Aug 2ND 2023 9:00 AM referred to 1550 Peachtree, Equifax refuse to allow me to dispute with documentation, called police report #

3. List statement of damages, with items of special damages stated specifically.
Income ~ 2-3K weekly lost of contract. reporting default on credit

WHEREFORE, plaintiff demands judgment against defendant for the sum of $ _____ ,
together with interest and the costs of this action.

$3,000,000 + PUNITIVE DAMAGES
UPTO $1,000,000,000 (BILLION)
AND or revoCATION OF BUSINESS ENTITY.

Plaintiff
Address
Telephone number

Robert Glynn
3440 Youngfield ST #129
720 955 8953

IN THE _____ COURT OF _____ COUNTY
STATE OF GEORGIA

Robert Gwynn
_____

Petitioner

VS

Equifax Inc
_____

Respondent

Civil Action File No:
_____

VERIFICATION

I, (your name) Robert Gwynn _____, personally appeared before the undersigned Notary Public, and say under oath that I am the (check one :)
☒ Petitioner ☐ Respondent in the above styled action and that the facts stated in the

(name of petition, motion, complaint) Complaint _____
are true and correct.

This the ___02___ day of ___August___, 20 __23__
      [day]              [month]              [year]

_____
(Sign your name here in front of the Notary)

Name (print or type here):
Robert Gwynn
_____

Address:
3440 Youngfield St #129
Wheat Ridge Co 80033
_____

Telephone number:
(720) 955 · 8953
_____

Sworn to and subscribed before me, this
_2nd_ day of _Aug._, 20 _23_

_Marvin Wooley_
NOTARY PUBLIC
My Commission Expires: 1/21/2027
(Notary Seal)

MARVIN WOOLEY
NOTARY PUBLIC
COMMISSION EXPIRES
Jan. 21, 2027
DEKALB COUNTY, GA