*Exhibit B*

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| ROBERT GLYNN,<br><br>        Plaintiff,<br><br>   v.<br><br>EQUIFAX INC.,<br><br>        Defendant. | Case No. 23EV004632 |

TO THE CLERK OF THE STATE COURT OF FULTON COUNTY, GEORGIA AND PRO SE PLAINTIFF:

### NOTICE OF FILING OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE that on September 6, 2023, Defendant Equifax Inc. filed a Notice of Removal with the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.  A true and correct copy of that Notice of Removal is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal in the United States District Court effectuates the removal of this action. Accordingly, no further proceedings should take place in this Court unless and until the case has been remanded.

DATED:  September 6, 2023	Respectfully submitted,


	By: */s/ Eric Barton*
	Eric Barton (Georgia Bar No. 040704)
	SEYFARTH SHAW LLP
	1075 Peachtree Street N.E.,
	Suite 2500
	Atlanta, GA  30309
	Tel: (404) 885-1500
	Fax: (404) 892-7056

	*Attorney for Defendant*
	*Equifax Inc.*

2

## CERTIFICATE OF SERVICE

I certify that on September 6, 2023, a copy of the foregoing document was electronically filed with the Clerk of the Court using Odyssey eFile GA, which will send notification of such filing to all counsel of record.  I further certify that a copy was also served upon Pro Se Plaintiff via U.S. Mail with adequate postage thereon, addressed as follows:

Robert Glynn
3440 Youngfield Street, #129
Wheat Ridge, CO 80033

>              */s/ Eric Barton*
>              Eric Barton
>              Attorney for Defendant Equifax Inc.