# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **AVISHAG AFLALO HOUDERA,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | Civil No. |
| | ) | |
| v. | ) | COMPLAINT FOR A WRIT IN |
| | ) | THE NATURE OF MANDAMUS |
| **ALEJANDRO MAYORKAS**, Sec-retary, U.S. Department of Homeland Security; **MERRICK GARLAND**, Attorney General of the U.S.; **UR M. JADDOU**, Director, U.S. Citizenship and Immigration Services; and **MICAH R. BROWN**, Atlanta Field Office Director, U.S. Citizenship and Immigration Services, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| In their official capacities, | ) | |
| | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

## COMPLAINT FOR WRIT OF MANDAMUS

Comes now Plaintiff, Avishag Aflalo Houdera (hereinafter "Plaintiff") by and through her attorney, Rachel S. Binstock, and pleads as follows:

## I. INTRODUCTION

1.     This is a civil action brought pursuant to 8 U.S.C. § 1329, 28 U.S.C. §1331 and §1361, to redress the deprivation of rights, privileges and immunities secured to Plaintiff to compel Defendants to perform a duty Defendants owe to Plaintiff. Jurisdiction is also conferred by 5 U.S.C. §704.

2.     This action is brought against Defendants and those acting under them to compel action on the Application for Lawful Permanent Resident Status – Form I-485, (hereafter "the application") in order for Plaintiff, to become a legal permanent resident of the United States.

3.     Plaintiff is eligible to have her application adjudicated.

4.     Defendants, the Department of Homeland Security and U.S. Citizenship and Immigration Services ("USCIS"), are charged by law with the statutory obligation to adjudicate this Application.

5.     Venue is proper under 28 USC §1391(e) because the Plaintiff resides in this district and no real property is involved in this action.

## FACTS

6.  Plaintiff, Ms. Avishag Aflalo Houdera, is a native and citizen of Israel. Plaintiff is the beneficiary of an approved I-130 Petition for Immigrant Relative, filed by her U.S. Citizen Spouse. *See* **Exhibit A**, Copy of I-797, I-130 Approval Notice.

7.  On June 1, 2020, Plaintiff filed Form I-485, Application to Adjust to Permanent Resident Status based on her I-130 approved petition at the Texas Service Center, as she was in removal proceedings at the time. *See* **Exhibit B**, Copy of I-485 Receipt Notice.

8.  On July 17, 2020, Plaintiff received a notice from Defendant U.S. Citizenship and Immigration Services ("USCIS") stating that USCIS will reuse Plaintiff's previously captured fingerprints and biometrics. *See* **Exhibit C**, Copy of USCIS Notice.

9.  On February 25, 2022, the Honorable Immigration Judge Bryan Watson dismissed Plaintiff's removal proceedings, when he granted the Department of Homeland Security's Motion to Dismiss. *See* **Exhibit D**, copy of the Immigration Judge's Order.

10.  On November 28, 2022, Plaintiff received a Request for Evidence ("RFE") from the Atlanta Field Office, requesting she provide Form I-693, Report of Medical Examination and Vaccination Record. *See* **Exhibit E**, copy of USCIS' RFE.

Plaintiff sent the requested Form I-693 via FedEx which was delivered on December 19, 2023. *See* **Exhibit F**, FedEx shipment confirmation.

11.     Plaintiff has inquired about the status of her application on numerous occasions. Most recently, on April 4, 2023, Plaintiff was told that she will be "scheduled for an eligibility interview when an interview slot becomes available." **Exhibit G**, Emails from Plaintiff's inquiries regarding her application. It has been well over 60 days and Plaintiff has yet to receive an interview notice or any other request for more information on her application. Plaintiff's case has been under USCIS jurisdiction for more than 18 months, and it has been at the Atlanta Field Office for well over one year. Therefore, its processing is *significantly* overdue. Defendants have failed and refused to adjudicate this Application.

12.     Plaintiff has timely completed fingerprints and biometrics. Plaintiff has made numerous requests to determine the status of her application and the delay associated with its adjudication. The only explanation she has received to date is that the case remains pending at USCIS. Plaintiff continues to be unsure why Defendants have failed to continue the adjudication of her application.

13.     Plaintiff has been damaged by being deprived of the right to a decision on her status to which she is entitled. Plaintiff has further been damaged by being deprived of the status of lawful permanent resident during the interminable pendency of her application. Plaintiff seeks to integrate fully into the American life, society, and

culture. Naturalization as an American citizen, with the rights and privileges inherent therein, depends upon prior permanent resident status for at least 3 years. INA §316(a); 8 U.S.C. § 1427(a)(1). Plaintiff is therefore being deprived of the right to accumulate the requisite time as permanent resident before she is eligible to apply for naturalization, as a direct result of Defendants' failure to timely adjudicate her application.

## CLAIMS

15.    Defendants' refusal to act in this case is arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have delayed in, and have refused to, adjudicate Plaintiff's application for ***over one and a half years, and one year after the case was transferred to the Atlanta Field Office,*** thereby depriving her of the benefit of becoming a Permanent Resident of the United States, to which Plaintiff is entitled;

16.  Defendants owe Plaintiff a duty to adjudicate her application, and have unreasonably failed to perform that duty;

17.    Plaintiff has exhausted any administrative remedies that may exist.

WHEREFORE, Plaintiff prays that the Court:

1.    Compel Defendants and those acting under them to perform their duty to adjudicate the pending Application; and

2.   Grant such other and further relief as this Court deems proper under the cir-

cumstances; and

3.   Grant Attorney's fees and costs of Court to Plaintiff under the Equal Access to

Justice Act.

Respectfully submitted this 6th day of September 2023,


_____/s/_____
**Rachel S. Binstock**
**Attorney for Plaintiff**
**GA Bar # 631104**


**Schwartz Posel Immigration Law Group**
**St 450 RiverEdge One**
**5500 Interstate N. Parkway**
**Atlanta, GA 30328-4662**
**Tel:  (770) 951-1100**
**Fax:  (770) 951-1113**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **AVISHAG AFLALO HOUDERA**, | ) | |
| | ) | |
| **PLAINTIFF** | ) | Civil No. |
| | ) | |
| v. | ) | COMPLAINT FOR A WRIT IN |
| | ) | THE NATURE OF MANDAMUS |
| **ALEJANDRO MAYORKAS**, Secretary, U.S. Department of Homeland Security; **MERRICK GARLAND**, Attorney General of the U.S.; **UR M. JADDOU**, Director, U.S. Citizenship and Immigration Services; and **MICAH R. BROWN**, Atlanta Field Office Director, U.S. Citizenship and Immigration Services, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| In their official capacities, | ) | |
| | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

## List of Exhibits

| | | |
|---|---|---|
| **Exhibit A** | Copy of I-797, I-130 Approval Notice | Page 3 |
| **Exhibit B** | Copy of I-485 receipt notice | Page 3 |
| **Exhibit C** | Copy of USCIS Notice | Page 3 |
| **Exhibit D** | Copy of the Immigration Judge's Order | Page 3 |
| **Exhibit E** | Copy of USCIS' RFE | Page 3 |
| **Exhibit F** | Copy of FedEx shipment confirmation | Page 4 |
| **Exhibit G** | Emails from Plaintiff's inquiries regarding her application | Page 4 |

## Certificate of Service

This is to certify I electronically filed the foregoing **COMPLAINT FOR WRIT OF MANDAMUS** and its accompanying Exhibits with the Clerk of Court using the CM/ECF system. This system will automatically send email notification of such filing to all below Defendants who are registered with this system. In addition, in compliance with local rules, this initial Complaint and the accompanying Exhibits and summons have also been served by First Class Certified Mail, postage pre-paid, on:

Alejandro Mayorkas, Secretary, DHS
Office of the General Counsel
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave, SE
Washington, DC 20528-0485

Merrick Garland, Attorney General of the US
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Ur Mendoza Jaddou, Director USCIS
c/o
Office of the Chief Counsel
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009

Micah R. Brown, Atlanta Field Office Director, USCIS
2150 Parklake Drive NE
Atlanta, GA 30345

U.S. Attorney
Northern District of Georgia
Richard B. Russell Federal Building
75 Ted Turner Dr. SW
Suite 600
Atlanta, GA 30303-3309

Respectfully submitted this 6th day of September, 2023.

_____/s/_____
Rachel S. Binstock, Esq.
Schwartz Posel Immigration Law Group
GA Bar No. 631104
5500 Interstate North Parkway NW, Ste. 450
Atlanta, GA 30328
Tel: (770) 951-1100
rbinstock@immlawfirm.com
Attorney for Plaintiff

# I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| MSC1490617410 | | I130 - PETITION FOR ALIEN RELATIVE |
| **Received Date** | **Priority Date** | **Petitioner** |
| 02/13/2014 | 02/13/2014 | HOUDERA, DUDU |
| **Notice Date** | **Page** | **Beneficiary** A200 307 485 |
| 05/15/2018 | 1 of 1 | AFLALO, AVISHAG |

DUDU HOUDERA
3623 CORNERS WAY
NORCROSS  GA  30092

**Notice Type:** Approval Notice
Section: Husband or wife of U.S. Citizen,
201(b) INA

The above petition has been approved. The petition indicates that the beneficiary is in the United States and wishes to apply for adjustment of status to that of a lawful permanent resident. The evidence indicates that he or she may not be eligible to file an adjustment of status application. This determination is based on the information submitted with the petition and any relating files. This is not a final determination on eligibility to adjust status and the beneficiary is not precluded from applying for adjustment of status if he or she chooses and believes he or she is eligible to adjust status.

Because the beneficiary does not appear eligible to adjust status in the United States, we have sent the approved petition to the **U.S. Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** The NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for U.S. Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include in the body of the e-mail your name and date of birth, and the Applicant's (beneficiary's) name and date of birth.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.



ACTION COMPLETED
APPROVED FOR FILING
L X2425   JUN 0 5 2018  NBC

**EXHIBIT A**

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648004
Lee's Summit MO 64064

**Customer Service Telephone: 800-375-5283**

FORM I-797 [REV. 08/01/16]

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC2021650851 | | I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | |
| **Received Date** | **Priority Date** | **Applicant** A200 307 485 | |
| 06/01/2020 | | AFLALO HOUDERA, AVISHAG | |
| **Notice Date** | **Page** | **Beneficiary** A200 307 485 | |
| 06/02/2020 | 1 of 2 | AFLALO HOUDERA, AVISHAG | |

AVISHAG AFLALO HOUDERA
c/o LAINE S POSEL
SCHWARTZ POSEL IMMIGRATION LAW GRO
5500 INTERSTATE N PKWY NW STE 450
ATLANTA GA 30328

**Notice Type:** Receipt Notice
Amount received: $1225.00 U.S.
Section: EOIR Form

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date"
listed above.** It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you
in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery.
Have these records available when you contact us about your case.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS National Customer
Service Center (NCSC) at 1-800-375-5283 or visit the USCIS website at www.uscis.gov** (if you are hearing impaired, the NCSC TDD number is
1-800-767-1833). If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a
tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the NCSC at 1-800-375-5283 or visit our
  website at www.uscis.gov.

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a
SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing.
You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification.
Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

**If your address changes** - If your mailing address changes while your case is pending, please update your address with us using the Online Change of
Address option at www.uscis.gov or by calling the NCSC at 1-800-375-5283. Otherwise, you might not receive notices about this case.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to
establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained
in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For
example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her,
submit one Form G-884 with your mother's information.)

**NOTICE:** Under the Immigration and Nationality Act (INA), the information you provide on and in support of applications and petitions is submitted
under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making
a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review
public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

**USCIS Contact Center: www.uscis.gov/contactcenter**

**EXHIBIT B**



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  04/01/19

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| SRC2021650851 | | I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS |
| **Received Date** 06/01/2020 | **Priority Date** | **Applicant** A200 307 485 AFLALO HOUDERA, AVISHAG |
| **Notice Date** 06/02/2020 | **Page** 2 of 2 | **Beneficiary** A200 307 485 AFLALO HOUDERA, AVISHAG |

verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488




USCIS Contact Center: www.uscis.gov/contactcenter

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C  04/01/19



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Notice to Applicants | CASE TYPE<br>I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | NOTICE DATE<br>07/17/2020 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>SRC2021650851 | | USCIS A#<br>A200 307 485 | CODE<br>N/A |
| ACCOUNT NUMBER | ICR | SERVICE CENTER<br>TSC | PAGE<br>1 of 1 |

AVISHAG AFLALO HOUDERA
c/o LAINE S POSEL
SCHWARTZ POSEL IMMIGRATION LAW GRO
5500 INTERSTATE N PKWY NW STE 450
ATLANTA GA 30328

U. S. Citizenship and Immigration Services (USCIS) has received your form and is currently processing your application, petition, or request. This notice informs you that USCIS is able to reuse your previously captured fingerprints and other biometrics. USCIS will run the same security checks and use your biometric data as in the past, however, **it is not necessary for you to appear at a USCIS Application Support Center (ASC) for a biometrics appointment.** The biometrics fee will not be refunded.

USCIS is continuing to process your application, petition, or request. USCIS will contact you in writing if any additional information is necessary to resolve your case.

This notice is not an approval of your pending application, petition, or request.

If you have any questions or comments regarding this notice or the status of your case, please contact the NCSC toll free at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

APPLICATION NUMBER
I485 - SRC2021650851



# EXHIBIT C

**If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.**

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

---

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.**          Form I-797C  04/01/19



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**ATLANTA - W. PEACHTREE STREET IMMIGRATION COURT**

Respondent Name:

AFLALO, AVISHAG

To:

Binstock, Rachel Solomon
RiverEdge One, 5500 Interstate N Pkwy
Suite 450
Atlanta, GA 30328

A-Number:

 200307485

Riders:

In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
02/25/2022

**ORDER OF THE IMMIGRATION JUDGE**

☐ Respondent  ☒ The Department of Homeland Security has filed the following motion in these proceedings: Motion to Dismiss.

After considering the facts and circumstances, the motion is ☒ granted ☐ denied for the following reason(s):

Immigration Judge: Watson, Bryan  02/25/2022

Appeal:   Department of Homeland Security:   ☐ waived   ☐ reserved
          Respondent:                        ☐ waived   ☐ reserved

Appeal Due: 03/28/2022

**EXHIBIT D**

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service

To: [   ] Noncitizen | [   ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

By:  Nelson, Leah , Court Staff

Date: 02/28/2022

November 28, 2022

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
2150 Parklake Drive
Atlanta, GA 30345



**U.S. Citizenship
and Immigration
Services**

LAINE S POSEL
SCHWARTZ POSEL IMMIGRATION LAW GRO
5500 INTERSTATE N PKWY NW STE 450
ATLANTA, GA 30328

SRC2021650851



RE: AVISHAG AFLALO HOUDERA
I-485, Application to Register Permanent Residence or
Adjust Status

A200-307-485

<u>**REQUEST FOR EVIDENCE**</u>

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires additional evidence to process your Form I-485, Application to Register Permanent Residence or Adjust Status, filed on June 1, 2020 under section 245 of the Immigration and Nationality Act (INA) based on being the beneficiary of a family-based immigrant petition. Please read this letter carefully, follow all of the instructions, and provide the requested evidence and information in order for us to make a final decision on your case. Include duplicate copies if you are requesting consular notification.

**What You Need to Do**

**Submit a completed Form I-693, Report of Medical Examination and Vaccination Record**. A USCIS civil surgeon must complete and sign the form, and you must also sign the form. If the civil surgeon refers you to a specialist, the specialist must include his or her medical exam results and complete the proper sections of the Form I-693 before the civil surgeon may sign the form. Once everyone has signed, the civil surgeon will place the completed Form I-693 in a sealed envelope and give it to you. You must submit the sealed envelope containing the original Form I-693 that the civil surgeon signed and the medical exam results; we will NOT accept photocopied Form I-693 and medical exam results.

Civil surgeons must use the current Edition of Form I-693. You can find the current edition of Form I-693 on USCIS's website at <u>www.uscis.gov</u>. In addition, the civil surgeon must ensure that all parts of Form I-693 were properly completed.

**Please Note:** All Forms I-693 signed by civil surgeons on or after October 5, 2022 must use the 07/19/2022 edition of Form I-693. USCIS will not accept the 09/13/2021 version (or any previous editions) if the civil surgeon signed the Form I-693 after October 4, 2022. Therefore, the civil surgeon administering your immigration medical examination must complete and sign the 07/19/2022 edition of the Form I-693.

**Reminder:** Effective October 1, 2021, applicants subject to the immigration medical examination must complete the COVID-19 vaccine series before the civil surgeon can complete an immigration



**EXHIBIT E**

medical examination and sign Form I-693. This applies to Form I-693 signed by civil surgeon on or after October 1, 2021.

Please return the completed Form I-693 in an envelope sealed by the civil surgeon. Including a copy of this notice with your Form I-693 will facilitate matching the medical report with your file.

**Important Warning:** Only a designated civil surgeon authorized by USCIS to conduct medical examinations is qualified to complete the Form I-693. The civil surgeon must sign and date the Form I-693. Signatures by a nurse, physician's assistant, or a doctor not designated as a civil surgeon are not acceptable. You must also sign and date the Form I-693 when instructed to do so by the civil surgeon. When appropriately completed and signed, the **original** Form I-693 must be sealed in a separate envelope by the civil surgeon. The sealed envelope must be returned, unopened, to this office with any other requested evidence.

A list of designated civil surgeons can be obtained by calling the USCIS Contact Center at 1-800-375-5283, or via the USCIS website at www.uscis.gov and using the MyUSCIS Find a Doctor tool at my.uscis.gov/findadoctor. You will need to provide your zip code or address. If you are hearing impaired, please call the USCIS Contact Center TDD at 1-800-767-1833.

**Although processing times cannot be guaranteed, in order to complete your case as soon as possible, we strongly encourage you to submit your complete Form I-693 as soon as possible via express mail.**

**Your response must be received in this office by February 23, 2023.**

Please note that you have been allotted the maximum period allowed for responding to a Request for Evidence (RFE). The time period for responding cannot be extended. 8 Code of Federal Regulations (8 CFR) 103.2(b)(8)(iv). Because many immigration benefits are time sensitive, you are encouraged to respond to this request as early as possible, but no later than the deadline provided. If you do not respond to this notice within the allotted time, your case may be denied. The regulations do not provide for an extension of time to submit the requested evidence.

You must either mail the requested information to the address shown below or scan and upload your response using your USCIS online account (if applicable). You must submit the requested information by February 23, 2023. Please note, if the request is for original documents, you must submit that evidence by mail.

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence that is submitted after the due date. If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, it must be accompanied by a complete, accurate and certified English translation of the entire document including a translation of the registrar's name and information, signature and stamp of the civil authority. The translator must certify that the translation is accurate, and he or she is competent to translate from that language to English. **If you submit a foreign language translation in response to this request for evidence, you must also include a copy of the foreign language document.**

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to this request. Processing of your Form I-485, Application to Register Permanent Residence or Adjust

Status, will resume upon receipt of your response. If you have not heard from USCIS within **60 days of responding**, you may contact the USCIS Contact Center at 1-800-375-5283. If you are hearing impaired, please call the USCIS Contact Center TTY at 1-800-767-1833.

For questions about your application, please visit our web site at ww.uscis.gov. You can use our online tools at www.uscis.gov/tools, including our virtual assistant Emma, for information and guidance. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center online by visiting www.uscis.gov/contactcenter.

**Place a copy of this entire letter on top of your response. Submission of evidence without this letter may delay the processing of your case and could result in a denial.**

**Mail your response to this address:**

**U.S. Citizenship and Immigration Services**
**Atlanta Field Office**
**2150 Parklake Drive**
**Atlanta, GA 30345**

Sincerely,

Shineka C. Miller
Field Office Director

cc:LAINE POSEL

 Laine ☰

FedEx® Tracking                                                                                    ⋮

---

**DELIVERED**

# Monday

12/19/22 at 11:08 AM

Signed for by: M.WILSON

⬇ **Obtain proof of delivery**

**DELIVERY STATUS**

Delivered ✓

**TRACKING ID**

770809452893  ✏ ☆ 📋

> **FROM**
> ATLANTA, GA US
>
> **WE HAVE YOUR PACKAGE**
>
> **IN TRANSIT**
>
> **OUT FOR DELIVERY**
>
> **DELIVERED**
> ATLANTA, GA US
> *Delivered*
> 12/19/22 at 11:08 AM
>
> ↓ **View travel history**

Want updates on this shipment? Enter your email and we will do the rest!

| **YOUR EMAIL**                                    SUBMIT

✖ Your email is a required field.

**MORE OPTIONS**

---

Shipment facts                                                                                    ⌃



📦  Shipment overview



SHIPPER REFERENCE    H717.0 LSP/RSB/Imm Houdera

**SHIP DATE** ⑦    12/16/22

**ACTUAL DELIVERY**    12/19/22 at 11:08 AM

🚚 Services

**SERVICE**    FedEx 2Day

**SPECIAL HANDLING SECTION**    Deliver Weekday

 Package details

↑ Back to top

Travel history    ⌄

Ascending    ⌄

Local Scan Time    ⌄

Monday, 12/19/22

⊘    11:08 AM
**Delivered**
ATLANTA, GA

↑ Back to top

All (30)    ⌄

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible



ShopRunner

**LANGUAGE**

 United States

**FOLLOW FEDEX** 

© FedEx 1995-2023

Site Map  |  Terms of Use  |  Privacy & Security

**Rachel Binstock**

---

| | |
|---|---|
| **From:** | avishag houdera <aviho25@gmail.com> |
| **Sent:** | Tuesday, August 29, 2023 2:49 PM |
| **To:** | Rachel Binstock |
| **Subject:** | Fwd: Update |

Sent from my iPhone

Begin forwarded message:

> **From:** avishag houdera <aviho25@gmail.com>
> **Date:** April 4, 2023 at 7:07:09 PM EDT
> **To:** "Spry, Charles (Warnock)" <Charles_Spry@warnock.senate.gov>
> **Subject: Re: Update**
>
> Thank you very very much!
> I appreciate it!
>
> Sent from my iPhone
>
>
> > On Apr 4, 2023, at 2:01 PM, Spry, Charles (Warnock)
> > <Charles_Spry@warnock.senate.gov> wrote:
> >
> >
> > Please see below USCIS update:
> >
> >
> > Good afternoon,
> >
> > Thank you for your inquiry, dated March 14, 2023 on behalf of your constituent,
> > AVISHAG AFLALO AFLALO HOUDERA, regarding Form I-485,SRC2021650851.
> >
> > We have confirmed that this case remains pending at USCIS: Atlanta, and will be
> > scheduled for an eligibility interview when an interview slot becomes available.
> >
> > U.S. Citizenship and Immigration Services (USCIS) will contact your constituent
> > directly when an interview is scheduled or if additional information is requested prior
> > to the interview.
> >
> > Case status may be monitored online at
> > https://egov.uscis.gov/casestatus/landing.do.
> >
> > We respectfully request you allow at least 60 days from the date of this email before
> > following up on the status of the case.

**EXHIBIT G**

We hope this information is helpful. If we may be of further assistance, please let us know.

Sincerely,

Congressional Liaison

Atlanta Field Office

U.S. Citizenship and Immigration Services


Take Care,
Charles Spry
Director Constituent Services
Senator Raphael Warnock
404-450-1414
Charles_Spry@warnock.senate.gov
*Learn more about Senator Warnock's FY24 appropriations applications and deadlines here.*

## Rachel Binstock

| | |
|---|---|
| **From:** | avishag houdera <aviho25@gmail.com> |
| **Sent:** | Tuesday, August 29, 2023 2:50 PM |
| **To:** | Rachel Binstock |
| **Subject:** | Fwd: Automatic reply: Update |

Sent from my iPhone

Begin forwarded message:

> **From:** "Spry, Charles (Warnock)" <Charles_Spry@warnock.senate.gov>
> **Date:** March 14, 2023 at 5:11:06 PM EDT
> **To:** avishag houdera <aviho25@gmail.com>
> **Subject: RE: Automatic reply: Update**
>
> Thanks, we will follow-up.
> Charles
>
> **From:** avishag houdera <aviho25@gmail.com>
> **Sent:** Tuesday, March 14, 2023 3:08 PM
> **To:** Spry, Charles (Warnock) <Charles_Spry@warnock.senate.gov>
> **Subject:** Re: Automatic reply: Update
>
> Hello Mr. Spry,
>
> Hope you are doing well!
> It has been 60 days since the last inquiry.
> Can we please try to reach out again and check if there is any process on my case?
> I'm sorry for bugging you it just my case is dragging over 10 years now and I'm super frustrated.
> Please help me.
> Thank you so much
> Avishag houdera
> Sent from my iPhone
>
>
>> On Jan 18, 2023, at 2:54 PM, Spry, Charles (Warnock)
>> <Charles_Spry@warnock.senate.gov> wrote:
>>
>> Thank you for your email I have been unexpectedly called out of the office but am back at work and am
>> catching up.  I will respond to you as soon as I am able.
>> Take Care,
>> Charles Spry
>> Senator Raphael Warnock

1

**Rachel Binstock**

| | |
|---|---|
| **From:** | avishag houdera <aviho25@gmail.com> |
| **Sent:** | Tuesday, August 29, 2023 2:51 PM |
| **To:** | Rachel Binstock |
| **Subject:** | Fwd: Update |

Sent from my iPhone

Begin forwarded message:

> **From:** "Spry, Charles (Warnock)" <Charles_Spry@warnock.senate.gov>
> **Date:** January 11, 2023 at 6:24:10 PM EST
> **To:** avishag houdera <aviho25@gmail.com>
> **Subject: RE: Update**
>
> I will follow-up and be in touch.
> Charles
>
> **From:** avishag houdera <aviho25@gmail.com>
> **Sent:** Wednesday, January 11, 2023 9:52 AM
> **To:** Spry, Charles (Warnock) <Charles_Spry@warnock.senate.gov>
> **Subject:** Re: Update
>
> Good morning Mr. Spry,
>
> Hope you are doing well, and had a great holidays.
> Can we please try to find out about my I-485?
> It is past the processing time limit,
> Is it possible to do so?
> Thank you a lot!
> Avishag houdera
>
> Sent from my iPhone
>
>
> On Sep 14, 2022, at 10:43 AM, Spry, Charles (Warnock)
> <Charles_Spry@warnock.senate.gov> wrote:
>
> We cannot grant any sort of parole. If you have a petition pending with USCIS for
> advance parole we can follow-up on the case. We would need a new release specific to
> the parole case. Also for an expedite request you should include an explanation and
> supporting documentation per USCIS criteria, https://www.uscis.gov/forms/filing-
> guidance/how-to-make-an-expedite-request