AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | | |
|---|---|---|
| AVISHAG AFLALO HOUDERA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| ALEJANDRO MAYORKAS, et. al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, AVISHAG AFLALO HOUDERA                                                                                                                                          .

Date:      09/06/2023

_____
*Attorney's signature*

Rachel S. Binstock 631104
*Printed name and bar number*

Schwartz Posel Immigration Law Group
5500 Interstate North Parkway NW, Ste. 450
Atlanta, GA 30328

*Address*

rbinstock@immlawfirm.com
*E-mail address*

(770) 951-1100
*Telephone number*

(770) 951-1113
*FAX number*