# EXHIBIT "B"

IN THE SUPERIOR COURT OF DEKALB COUNTY

STATE OF GEORGIA

| GWENDOLYN WHITE, | |
|---|---|
| Plaintiff, | Civil Action |
| v. | File No.:    23CV3881 |
| DOLLAR TREE STORE INC., | |
| Defendant. | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE, Defendant, Dollar Tree Stores Inc., by and through its counsel of record, have filed a Petition for Removal in the office of the clerk of the United States District Court, Northern District of Georgia, Atlanta Division. A copy of the Petition for Removal is attached hereto as Exhibit "1". By virtue of law, the aforesaid case is now removed and all further proceedings in DeKalb County Superior Court are stayed.

This 6th day of September, 2023.

                Goodman McGuffey LLP
                Attorneys for Dollar Tree Stores Inc.

By:    */s/James T. Hankins, III*
           JAMES T. HANKINS, III
           GA State Bar No. 188771
           JHankins@GM-LLP.com
           AVRIL P. CALHOUN
           GA State Bar No. 574812
           ACalhoun@GM-LLP.com
           3340 Peachtree Road NE, Suite 2100
           Atlanta, GA 30326-1084
           (404) 264-1500 Phone
           (404) 264-1737 Fax

IN THE SUPERIOR COURT OF DEKALB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| GWENDOLYN WHITE,<br><br>  Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORE INC.,<br><br>  Defendant. | Civil Action<br>File No.:   23CV3881 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel and parties of record with a copy of the Notice of Removal by statutory electronic service pursuant to O.C.G.A. § 9-11-5(b) or by depositing a copy of same in the United States Mail, postage prepaid, as follows:

Latanya McPherson<br>
The McPherson Law Firm LLC<br>
238 Stockbridge Rd. Ste. 216-A<br>
Jonesboro, GA 30236<br>
latanyamcpherson@att.net<br>
<em>Attorney for Plaintiff</em>

This 6th day of September, 2023.

> /s/James T. Hankins, III
> JAMES T. HANKINS, III
> GA State Bar No.  188771
> JHankins@GM-LLP.com
> AVRIL P. CALHOUN
> GA State Bar No.  574812
> ACalhoun@GM-LLP.com
> Goodman McGuffey LLP
> 3340 Peachtree Road NE, Suite 2100
> Atlanta, GA 30326-1084
> (404) 264-1500 Phone
> (404) 264-1737 Fax