# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TO: Mr. Kevin P. Weimer, Clerk<br>United States District Court | DATE: September 6, 2023 |
| RE: 21-57646-wlh<br>Bankruptcy Case No. | Karen Anne Mitchell-Smith<br>Debtor(s) |
| | Karen Anne Mitchell-Smith<br>Appellant |
| | vs |
| | Edwin K. Palmer<br>Appellee |

## S U B M I S S I O N   S H E E T

**Submitted on:**

☒ Notice of Appeal filed 09/05/2023- Doc. No. 142
    File date of Order being appealed from 08/25/2023 - Doc. No. 133
☐ Supplemental Record to USDC Case No.
☐ Other: Click here to enter text.

**Contents of Record:**
☒ Documents 133,142,docket sheet
☐ Designated items of     ☐ Appellant(s)     ☐ Appellee
    Filing Fee Paid - ☒ Yes     ☐ No

If previous and/or related appeal filed, list:

FROM: Vania S. Allen, Clerk of Court
          United States Bankruptcy Court

By: /s/_____
      Yahaira Lugo, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009) – *dfa07.29.21*