**DISCHARGE, APPEAL**

# U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
### Bankruptcy Petition #: 21−57646−wlh

*Assigned to:* Judge Wendy L. Hagenau
Chapter 7
Previous chapter 13
Original chapter 13
Voluntary
Asset

*Date filed:* 10/10/2021
*Date converted:* 01/06/2022
*Debtor discharged:* 04/18/2022
*341 meeting:* 03/30/2022
*Deadline for filing claims (govt.):* 04/08/2022
*Deadline for objecting to discharge:* 04/11/2022

*Debtor disposition:* Standard Discharge

| | |
|---|---|
| **Debtor**<br>**Karen Anne Mitchell−Smith**<br>107 South West Street, #301<br>Alexandria, VA 22314<br>HENRY−GA<br>SSN / ITIN: xxx−xx−3928<br>*aka* **Karen Anne Smith**<br>*aka* **Karen Anne Mitchell** | represented by **Karen Anne Mitchell−Smith**<br>PRO SE<br><br>**Jonathan Proctor**<br>The Proctor Law Firm, LLC<br>2475 Northwinds Pkwy<br>Suite 200<br>Alpharetta, GA 30009<br>404−480−2171<br>Email: jproctor@jproctorlaw.com<br>*TERMINATED: 05/04/2022* |
| **Trustee**<br>**Nancy J. Whaley**<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>Suite 120, Truist Plaza Garden Offices<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303<br>678−992−1201<br>*TERMINATED: 01/06/2022* | represented by **Ryan J. Williams**<br>Nancy J. Whaley<br>Standing Chapter 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120<br>Atlanta, GA 30303<br>(678) 992−1201<br>Fax : (678) 668−1202<br>Email: ecf@njwtrustee.com |
| **Trustee**<br>**Edwin K. Palmer**<br>P.O. Box 1284<br>Decatur, GA 30031<br>(404) 479−4449 | represented by **Edwin K. Palmer**<br>P.O. Box 1284<br>Decatur, GA 30031<br>(404) 479−4449<br>Fax : 404−479−6260<br>Email: ekpalmerlaw@aol.com<br><br>**W. Russell Patterson**<br>Ragsdale Beals Seigler Patterson & Gray<br>229 Peachtree St., N.E.<br>Suite 2400<br>Atlanta, GA 30303−1629<br>(404) 588−0500<br><br>**William Russell Patterson, Jr.**<br>Ragsdale Beals Seigler Patterson & Gray<br>2400 International Tower<br>229 Peachtree Street NE |

|  |  |
|---|---|
| | Atlanta, GA 30303−1629<br>(404) 588−0500<br>Fax : 404−523−6714<br>Email: wrpjr@rbspg.com |
| **U.S. Trustee**<br>**Office of the United States Trustee**<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br>404−331−4437 | represented by **Alan Hinderleider**<br>Office of the United States Trustee<br>362 Richard B Russell Federal Building<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303<br>404−331−4464<br>Email: Alan.Hinderleider@usdoj.gov |
| | **David S. Weidenbaum**<br>Office of the U.S. Trustee<br>362 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br>(404) 331−4437<br>Email: david.s.weidenbaum@usdoj.gov |

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 10/10/2021 | 1 | Case Opened and Voluntary Petition Filed. Government Proof of Claim due by 4/8/2022. [Pursuant to General Order 45−2021, this document was received for filing via email.] (hd) Original document attached 10/15/2021 (rfs). (Entered: 10/12/2021) |
| 10/10/2021 | 2 | Statement of Social Security Number (Official Form B121) (Document is restricted and can only be viewed by Court staff.) filed by Karen Anne Mitchell−Smith . [Pursuant to General Order 45−2021, this document was received for filing via email.] (hd) Original document attached 10/15/2021 (rfs). (Entered: 10/12/2021) |
| 10/10/2021 | 3 | Application to Pay Filing Fee in Installments filed by Karen Anne Mitchell−Smith . [Pursuant to General Order 45−2021, this document was received for filing via email.] (hd) (Entered: 10/12/2021) |
| 10/12/2021 | | Receipt of Chp 13 Installment filing fee. Receipt Number 1265830. Fee Amount $0.00. Paid by Karen Anne Mitchell−Smith. |
| 10/13/2021 | | Notice of Debtor's Prior Filings for debtor Karen Anne Mitchell−Smith Case Number 07−80998, Chapter 7 filed in Georgia Northern Bankruptcy Court on 12/12/2007 , Standard Discharge on 05/09/2011; Case Number 19−64507, Chapter 13 filed in Georgia Northern Bankruptcy Court on 09/12/2019 , Dismissed for failure to make plan payments on 07/21/2021.(Admin) |
| 10/13/2021 | 4 | Order Setting Deadlines for Debtor to Correct Filing Deficiencies (Individual). Service by BNC. Statement of Financial Affairs due 10/25/2021. Declaration About Debtors Schedules (B106) due 10/25/2021. Summary of Assets and Liabilities due 10/25/2021.Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C−1 Form Due: 10/25/2021. Chapter 13 Plan due by 10/25/2021. Credit Counseling Certificate due 10/25/2021. Debtor Payment Advices due: 10/25/2021. (sfw) |
| 10/13/2021 | 5 | Order Granting Application by Debtor(s) to Pay Filing Fees in Installments. Debtor must pay initial filing fee within 10 days from the |

| | | | |
|---|---|---|---|
| | | | filing of the petition or case will be DISMISSED. Service by BNC Entered on 10/13/2021. (related document(s)3) (sfw) |
| 10/13/2021 | | 6 | [ENTERED IN ERROR] Order Setting Deadlines to Correct Filing Deficiency Pursuant to General Order 45−2021. (hd) Modified on 10/13/2021 (hd). |
| 10/13/2021 | | 7 | Order Setting Deadlines to Correct Filing Deficiency Pursuant to General Order 45−2021. Original document(s) with signature(s) required for document(s) filed via email or fillable form. Service by BNC. Original document(s) with signature(s) due: 10/25/2021. Entered on 10/13/2021. (related document(s)1, 2) (hd) |
| 10/15/2021 | | 8 | Notice of Meeting of Creditors (Chapter 13) and Confirmation Hearing. Telephonic 341 Meeting to be held on 11/15/2021 at 12:30 PM (See notice for telephonic call−in information (Ch. 13 Whaley ATL)). Confirmation Hearing to be held on 1/5/2022 at 09:30 AM in Courtroom 1403, Atlanta. Non−Government Proof of Claims due by 12/20/2021. Government Proof of Claim due by 4/8/2022. Objections for Discharge due by 1/14/2022 (ngs) |
| 10/15/2021 | | | Receipt of Chp 13 Installment filing fee. Receipt Number 1265863. Fee Amount $113.00. Paid by Karen Anne Mitchell−Smith. |
| 10/15/2021 | | 9 | Certificate of Mailing by BNC of Order Granting Application to Pay Filing Fees In Installments Notice Date 10/15/2021. (Admin.) (Entered: 10/16/2021) |
| 10/15/2021 | | 10 | Certificate of Mailing by BNC of Order on Deadlines to Correct New Case Deficiency − Individual. Notice Date 10/15/2021. (Admin.) (Entered: 10/16/2021) |
| 10/15/2021 | | 11 | Certificate of Mailing by BNC of Order Setting Deadline to Correct Filing Deficiency Pursuant to General Order Notice Date 10/15/2021. (Admin.) (Entered: 10/16/2021) |
| 10/15/2021 | | 13 | Motion to Extend the Automatic Stay filed by Karen Anne Mitchell−Smith . (ebjl) (Entered: 10/18/2021) |
| 10/15/2021 | | 14 | Pro Se Affidavit filed by Karen Anne Mitchell−Smith . (ebjl) (Entered: 10/18/2021) |
| 10/15/2021 | | 15 | Credit Counseling Service Certificate filed by Karen Anne Mitchell−Smith . (ebjl) (Entered: 10/18/2021) |
| 10/17/2021 | | 12 | Certificate of Mailing by BNC of Notice of Meeting of Creditors Notice Date 10/17/2021. (Admin.) (Entered: 10/18/2021) |
| 10/19/2021 | | 16 | Notice of Hearing. Service by BNC Hearing to be held on 11/3/2021 at 10:50 AM in Courtroom 1403, Atlanta, (related document(s)13) (nmw) |
| 10/21/2021 | | 17 | Motion to Dismiss Case for Failure to Comply with 11 U.S.C. Section 109(h) and 11 U.S.C. Section 521(b) *and Notice of Hearing* filed by Ryan J. Williams on behalf of Nancy J. Whaley. Hearing to be held on 11/17/2021 at 10:20 AM in Courtroom 1403, Atlanta. (See Notice for telephonic call−in information). (Williams, Ryan) Modified on 10/21/2021 (lyb). |

| Date | | Doc # | Description |
|---|---|---|---|
| 10/21/2021 | | 18 | Certificate of Mailing by BNC of Notice of Hearing Notice Date 10/21/2021. (Admin.) (Entered: 10/22/2021) |
| 10/22/2021 | | 19 | Order Regarding the List of Creditors with deficiencies noted. Failure to comply will result in dismissal of case without further notice. Service by BNC. List of all creditors due 10/29/2021. Entered on 10/22/2021. (sfw) |
| 10/24/2021 | | 20 | Certificate of Mailing by BNC of Order Regarding List of Creditors Notice Date 10/24/2021. (Admin.) (Entered: 10/25/2021) |
| 10/25/2021 | | 21 | Statement of Financial Affairs , Summary of Assets and Liabilities with Statistical Information for Individual Debtor , Verification or Declaration for Individual Debtor , Chapter 13 Statement of Current Monthly Income/Calculation of Disposable Income Document(s) filed by Karen Anne Mitchell−Smith . (related document(s)4) (ebjl) |
| 10/25/2021 | | 22 | Statement Regarding Payment Advices of Debtor, filed by Karen Anne Mitchell−Smith . (ebjl) |
| 10/25/2021 | | 23 | Chapter 13 Plan with NO Certificate of Service filed by Karen Anne Mitchell−Smith . (ebjl) Additional attachment(s) added on 10/25/2021 (ebjl). |
| 10/25/2021 | | 24 | [Duplicate of entry #23, docketed for service purposes only] Chapter 13 Plan with NO Certificate of Service filed by Karen Anne Mitchell−Smith . (aam) Modified on 10/26/2021 (aam). (Entered: 10/26/2021) |
| 10/28/2021 | | 25 | Certificate of Mailing by BNC of Chapter 13 Plan Notice Date 10/28/2021. (Admin.) (Entered: 10/29/2021) |
| 10/28/2021 | | 26 | Amended List of Creditors (No Fee Due) filed by Karen Anne Mitchell−Smith . (related document 19). [Pursuant to General Order 45−2021, this document was received for filing via email] (rfs) Original documents attached 11/01/2021 (rfs). Modified on 11/4/2021 (kdh). (Entered: 10/29/2021) |
| 10/29/2021 | | | Receipt of Chp 13 Installment filing fee. Receipt Number 1265970. Fee Amount $118.00. Paid by Karen Anne Mitchell−Smith. |
| 11/01/2021 | | 27 | Notice of Appearance Filed by Priya Patel on behalf of Henry County Animal Control Office. (Patel, Priya) |
| 11/01/2021 | | 28 | Motion for Relief from Stay Fee $ 188, filed by Priya Patel on behalf of Henry County Animal Control Office. Hearing to be held on 11/17/2021 at 10:20 AM in Courtroom 1403, Atlanta. (Patel, Priya) Modified on 11/2/2021 (kdh). |
| 11/02/2021 | | 29 | Receipt of Motion for Relief from Stay( 21−57646−wlh) [motion,185] ( 188.00) filing fee. Receipt Number A56245198. Fee Amount 188.00 (re: Doc# 28) (U.S. Treasury) |
| 11/03/2021 | | | COURT NOTES: Hearing Held re: (related document(s)13) (nmw) |
| 11/03/2021 | | 30 | Order GRANTING Debtor's Motion Extending Automatic Stay (Related Doc # 13) Service by BNC. Entered on 11/3/2021. (ojj) |
| 11/03/2021 | | 31 | |

| Date | | Doc # | Description |
|---|---|---|---|
| | | | Certificate of Mailing by BNC of Notice of Meeting of Creditors Notice Date 11/03/2021. (Admin.) (Entered: 11/04/2021) |
| 11/05/2021 | | 32 | Certificate of Mailing by BNC of Order on Motion to Extend Stay Notice Date 11/05/2021. (Admin.) (Entered: 11/06/2021) |
| 11/15/2021 | | | Section 341(a) meeting on 11/15/2021 reset for reasons other than debtor's failure to appear filed by Trustee. Telephonic 341 Meeting to be held on 11/22/2021 at 11:30 AM (See previous notice for call−in information).. (Whaley, Nancy) |
| 11/16/2021 | | 33 | Debtor's Motion In Opposition To Chapter 13 Trustee's Motion To Dismiss Case For Failure To Comply With 11 U.S.C. 109(h) And 11 U.S.C 521(b) And Debtor's Request For A Waiver Pursuant To 11 U.S.C. 109(h) filed by Karen Anne Mitchell−Smith . (related document(s)17) [Pursuant to General Order 45−2021, this document was received for filing via email] (rfs). |
| 11/16/2021 | | 34 | Debtor Karen Anne Mitchell−Smith's Motion In Opposition To Creditor Henry County Animal Control Office's Motion For Relief From Automatic Stay filed by Karen Anne Mitchell−Smith . (related document(s)28) [Pursuant to General Order 45−2021, this document was received for filing via email] (rfs) |
| 11/16/2021 | | 35 | Amended Schedule A/B , Amended Schedule C , Amendment to Schedules: Schedule E/F, with Certificate of Service Fee $ 32 Receipt Number: NONE, Amount Paid $ 0, filed by Karen Anne Mitchell−Smith . (ebjl) |
| 11/16/2021 | | 36 | Debtor Karen Anne Mitchell−Smith's Motion for Sanctions Against Creditor Henry County Animal Control Office, Its Counsel Priya M. Patel, and The Law Firm Jarrard & Davis, LLP for Violations of the Automatic Stay filed by Karen Anne Mitchell−Smith . (ebjl) |
| 11/17/2021 | | 37 | Notice of deficient filing re: Missing Supplemental List of Creditors, Missing Summary of Assets and Liabilities, Missing Fee, . $32.00 Service by BNC. (related document(s)35) (sfw) |
| 11/17/2021 | | | COURT NOTES: Hearing Held re: (related document(s)17, 28) (nmw) (Entered: 11/18/2021) |
| 11/17/2021 | | | COURT NOTES: Evidentiary Hearing to be held on 12/1/2021 at 01:30 PM in Courtroom 1403, Atlanta, (related document(s)28, 34, 36) (nmw) (Entered: 11/19/2021) |
| 11/18/2021 | | 38 | Order DENYING Motion to Dismiss Case. (Related Doc # 17) Service by BNC. Entered on 11/18/2021. (sfw) |
| 11/18/2021 | | 39 | Order And Notice Of Assignment Of In Person Evidentiary Hearing. Service by BNC. Hearing to be held on 12/15/2021 at 01:30 PM in Courtroom 1403, Atlanta, Entered on 11/18/2021. (related document(s)28, 34, 36) (sfw) Modified on 11/18/2021 (sfw). |
| 11/18/2021 | | 40 | Amended Order And Notice Of Assignment Of In Person Evidentiary Hearing. Service by BNC. Hearing to be held on 12/1/2021 at 01:30 PM in Courtroom 1403, Atlanta, Entered on 11/18/2021. (related document(s)39) (sfw) |

| Date | | Doc # | Description |
|---|---|---|---|
| 11/19/2021 | | 41 | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 11/19/2021. (Admin.) (Entered: 11/20/2021) |
| 11/20/2021 | | 42 | Certificate of Mailing by BNC of Order on Motion to Dismiss Case Notice Date 11/20/2021. (Admin.) (Entered: 11/21/2021) |
| 11/20/2021 | | 43 | Certificate of Mailing by BNC of Order and Notice Notice Date 11/20/2021. (Admin.) (Entered: 11/21/2021) |
| 11/20/2021 | | 44 | Certificate of Mailing by BNC of Order and Notice Notice Date 11/20/2021. (Admin.) (Entered: 11/21/2021) |
| 11/22/2021 | | | Section 341(a) meeting held and concluded on 11/22/2021 filed by Trustee. (Whaley, Nancy) |
| 11/24/2021 | | 45 | Notice of Appearance Filed by Jonathan Proctor on behalf of Karen Anne Mitchell−Smith. (Proctor, Jonathan) |
| 11/24/2021 | | 46 | Objection to Confirmation of Plan *and Motion to Dismiss Case* filed by Trustee. (Whaley, Nancy) |
| 11/29/2021 | | 47 | Exhibit list *for hearing being held on December 1 2021* filed by Priya Patel on behalf of Henry County Animal Control Office. (Patel, Priya) (related document(s) 40). Modified on 11/30/2021 (crfl). |
| 11/29/2021 | | 48 | Exhibits *1 through 5 for hearing being held on December 1 2021* filed by Priya Patel on behalf of Henry County Animal Control Office. (related document(s)47) (Patel, Priya) |
| 12/01/2021 | | | COURT NOTES: Rescheduled Hearing to be held on 1/5/2022 at 01:30 PM in Courtroom 1403, Atlanta, by party agreement (related document(s)28, 34, 36) (nmw) (Entered: 12/05/2021) |
| 12/08/2021 | | | Receipt of Chp 13 Installment filing fee. Receipt Number 1266347. Fee Amount $82.00. Paid by Karen Anne Mitchell−Smith. |
| 12/08/2021 | | | Receipt of Amendment filing fee. Receipt Number 1266347. Fee Amount $18.00. Paid by Karen Anne Mitchell−Smith. |
| 12/31/2021 | | 49 | Notice of Appearance Filed by Daniel L. Delnero on behalf of Henry County Animal Control Office. (Delnero, Daniel) |
| 01/05/2022 | | 50 | First Request to Convert from Chapter 13 to Chapter 7 Fee Collected $ 25, Receipt Number:1266597 , Amount Paid $25 , filed by Karen Anne Mitchell−Smith . (rfs) Added Receipt No. Modified on 4/28/2022 (cjr). |
| 01/05/2022 | | 51 | Debtor's Exhibits 1 Thru 38 filed by Karen Anne Mitchell−Smith . (rfs) |
| 01/06/2022 | | | Case Converted from Chapter 13 to Chapter 7. Trustee Nancy J. Whaley terminated from case. Incomplete Filings due by 1/20/2022.Statement of Intention due 2/7/2022. (sfw) |
| 01/06/2022 | | | Receipt of Convert 13 to 7 filing fee. Receipt Number 1266597. Fee Amount $25.00. Paid by Karen Anne Mitchell−Smith. |
| 01/06/2022 | | | Receipt of Amendment filing fee. Receipt Number 1266598. Fee Amount $32.00. Paid by Karen Anne Mitchell−Smith. |

| | | | |
|---|---|---|---|
| 01/11/2022 | | 52 | Notice of Meeting of Creditors (Chapter 7 − Individual − No Asset). Telephonic 341 Meeting to be held on 2/9/2022 at 02:10 PM (See notice for telephonic call−in information (Ch. 7 Palmer)).Financial Management Course due: 3/28/2022 Objections for Discharge due by 4/11/2022 (ngs) |
| 01/13/2022 | | 53 | Certificate of Mailing by BNC of Notice of Meeting of Creditors Notice Date 01/13/2022. (Admin.) (Entered: 01/14/2022) |
| 01/14/2022 | | 54 | Final Report and Accounting filed by Trustee. (Whaley, Nancy) |
| 01/18/2022 | | 55 | Order Approving Account and Discharging Trustee. Service by BNC (jla) |
| 01/20/2022 | | 56 | Certificate of Mailing by BNC of Order Approving Trustee's Report Notice Date 01/20/2022. (Admin.) (Entered: 01/21/2022) |
| 01/31/2022 | | 57 | Motion to Withdraw as Attorney of Record filed by Jonathan Proctor on behalf of Karen Anne Mitchell−Smith. (Proctor, Jonathan) |
| 02/09/2022 | | | Section 341(a) meeting reset for reasons other than debtor's failure to appear. Telephonic 341 Meeting to be held on 3/4/2022 at 11:30 AM (See previous notice for call−in information).. (ebjl) (Entered: 02/18/2022) |
| 03/04/2022 | | 59 | Section 341(a) meeting reset on account of debtor's failure to appear. Telephonic 341 Meeting to be held on 3/30/2022 at 03:00 PM (See notice for telephonic call−in information (Ch. 7 Palmer)). (ebjl) (Entered: 03/11/2022) |
| 03/09/2022 | | 58 | Withdrawal of Motion to withdraw counsel filed by Jonathan Proctor on behalf of Karen Anne Mitchell−Smith. (related document(s)57) (Proctor, Jonathan) Modified on 3/10/2022 (cws). |
| 03/13/2022 | | 60 | Certificate of Mailing by BNC of Reset Ch. 7 Meeting of Creditors Notice Date 03/13/2022. (Admin.) (Entered: 03/14/2022) |
| 03/29/2022 | | 61 | Notice to Debtor(s) Regarding Financial Management Certificate (rf) |
| 03/30/2022 | | 62 | Personal Financial Management Course Certificate For Debtor filed by Jonathan Proctor on behalf of Karen Anne Mitchell−Smith. (related document(s)52) (Proctor, Jonathan) |
| 03/30/2022 | | | Section 341(a) meeting held and concluded (rfs) (Entered: 04/06/2022) |
| 03/31/2022 | | 63 | Certificate of Mailing by BNC of Notice to Debtor Re: Financial Mgmt. Cert. Notice Date 03/31/2022. (Admin.) (Entered: 04/01/2022) |
| 04/01/2022 | | 64 | Motion to Withdraw as Attorney of Record filed by Jonathan Proctor on behalf of Karen Anne Mitchell−Smith. (Proctor, Jonathan) |
| 04/08/2022 | | 65 | Trustee's Notice of Abandonment of Property 36 cats filed by Trustee. (Palmer, Edwin) |
| 04/13/2022 | | 66 | Certificate of Mailing by BNC of Notice of Abandonment Notice Date 04/13/2022. (Admin.) (Entered: 04/14/2022) |
| 04/18/2022 | | 67 | Order Discharging Chapter 7 Debtor. Service by BNC (jcm) |

| | | | |
|---|---|---|---|
| 04/19/2022 | | 68 | Application to Employ W. Russell Patterson, Jr. and Ragsdale, Beals, Seigler, Patterson & Gray, LLP as counsel for Trustee filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (Patterson, William) |
| 04/19/2022 | | 69 | Order GRANTING Application to Employ W. Russell Patterson, Jr. and Ragsdale,Beals, Seigler, Patterson & Gray, LLP for Edwin K. Palmer(Related Doc # 68). Service by BNC. Entered on 4/19/2022. (ojj) |
| 04/20/2022 | | 70 | Certificate of Mailing by BNC of Order Discharging Debtor. Notice Date 04/20/2022. (Admin.) (Entered: 04/21/2022) |
| 04/21/2022 | | 71 | Certificate of Mailing by BNC of Order on Application to Employ Notice Date 04/21/2022. (Admin.) (Entered: 04/22/2022) |
| 04/22/2022 | | | COMES NOW the Chapter 7 Trustee in the above−styled case and reports that the Trustee is investigating the possibility of the recovery of assets in this case for the benefit of the creditors. No party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. 521(i)(2). filed by Trustee. (Palmer, Edwin) |
| 04/22/2022 | | 72 | Chapter 7 Trustee's Report of Assets and Request to Set Claim Deadline filed by Trustee. (Palmer, Edwin) |
| 04/25/2022 | | 73 | Notice Setting Deadline to File Proofs of Claim. Service by BNC Proof of Claims due by 7/25/2022. (abs) |
| 04/27/2022 | | 74 | Certificate of Mailing by BNC of Notice Fixing Claim Deadline Notice Date 04/27/2022. (Admin.) (Entered: 04/28/2022) |
| 05/04/2022 | | 75 | Order GRANTING Motion to Withdraw as Counsel (Related Doc # 64) Service by BNC. Entered on 5/4/2022. (ojj) |
| 05/06/2022 | | 76 | Certificate of Mailing by BNC of Order on Motion to Withdraw as Attorney Notice Date 05/06/2022. (Admin.) (Entered: 05/07/2022) |
| 05/11/2022 | | 77 | Notice of Hearing on Motion for Sanctions filed by Karen Anne Mitchell−Smith. Hearing to be held on 6/16/2022 at 10:30 AM in Courtroom 1403, Atlanta,36 [Pursuant to General Order 45−2021, this document was received for filing via email] (aam) Modified on 5/12/2022 (aam). Modified on 5/16/2022 (aam). Modified on 5/16/2022 (nmw). Original attached 5/17/2022 (rfs). (Entered: 05/12/2022) |
| 05/20/2022 | | 78 | Motion to Compel Creditor Henry County Animal Control Office, Its Director Gerri Yoder, and Its Counsels to Reveal the Status and Location of 36 Cats as well as the Return of Said 36 Cats filed by Karen Anne Mitchell−Smith . Hearing to be held on 6/2/2022 at 10:30 AM in Courtroom 1403, Atlanta, [Pursuant to General Order 45−2021, this document was received for filing via email](ebjl)INSUFFICIENT SERVICE TIME − NOTIFIED DEBTOR VIA PHONE Modified on 5/23/2022 (rso). Modified on 5/23/2022 (nmw). |
| 06/02/2022 | | 79 | Motion to Compel Halfway Home Rescue, Inc., Its Employees, Its Officers, and/or Its Counsel to Produce her 36 Cats and for Entry of an Order Preventing Halfway Home Rescue, Inc., Its Employees, Its Officer, and/or Its Agents from further Killing, Transferring, Placing for Adoption, and/or Otherwise Disposing of Any of said 36 Cats filed by Karen Anne Mitchell−Smith . Hearing to be held on 6/16/2022 at 10:30 AM in Courtroom 1403, Atlanta, [Pursuant to General Order 45−2021, this |

| | | | |
|---|---|---|---|
| | | | document was received for filing via email}(aam) |
| 06/02/2022 | | 80 | Motion to Compel Creditor Henry County Animal Control Office, Its Director, and/or Its Counsels to Produce her 36 Cats and for Entry of an Order Preventing Creditor Henry County Animal Control Office, Its Employees, Its Officers, and/or Its Agents From Further Killing, Transferring, Placing for Adoption, and/or Otherwise Disposing of Any of Said 36 Cats filed by Karen Anne Mitchell−Smith . Hearing to be held on 6/16/2022 at 10:30 AM in Courtroom 1403, Atlanta [Pursuant to General Order 45−2021, this document was received for filing via email] (aam) |
| 06/05/2022 | | 81 | Motion for Sanctions Against Henry County Code Enforcement Division and its Agent Charles W. Carpenter filed by Karen Anne Mitchell−Smith . Hearing to be held on 8/25/2022 at 10:30 AM in Courtroom 1403, Atlanta, [Pursuant to General Order 45−2021, this document was received for filing via email.] (hd) Modified on 6/7/2022 (hd). (Entered: 06/07/2022) |
| 06/06/2022 | | 82 | [WITHDRAWN] Motion to Compel Mew Haven Cat Cafe, its Officers, its Employees, and/or its Agents to Produce Debtor's 36 Cats AND for Entry of Both an Order Reversing the Adoption of Aubree and any of Debtor's 35 Cats and an Order Preventing Mew Haven Cat Cafe its Officers, its Employees, and/or its Agents from Further Killing, Transferring, Placing for Adoption, and/or Otherwise Disposing of any of Said 36 Cats, AND for Sanctions filed by Karen Anne Mitchell−Smith . Hearing to be held on 6/30/2022 at 10:30 AM in Courtroom 1403, Atlanta, [Pursuant to General Order 45−2021, this document was received for filing via email.] (hd) Modified on 6/7/2022 (hd). Modified on 7/5/2022 (lyb). (Entered: 06/07/2022) |
| 06/17/2022 | | 83 | Order on Motions for Sanctions. ORDERED that the Motions to Compel (Docs. Nos. 36, 77, 78, 79, 80, & 82) are DENIED. (Related Doc # 28, 34, 36, 77, 78, 79, 80, 82) Service by BNC. Entered on 6/17/2022. (mrw) |
| 06/19/2022 | | 84 | Certificate of Mailing by BNC of Order on Motion for Sanctions Notice Date 06/19/2022. (Admin.) (Entered: 06/20/2022) |
| 06/23/2022 | | 85 | Notice of Leave of Absence from July 25, 2022 − August 10, 2022 filed by Attorney W. Russell Patterson, Jr. (ebjl) (Entered: 06/24/2022) |
| 06/28/2022 | | 86 | Withdrawal of Motion to Compel Mew Haven Cat Cafe, its Officers, its Employees, and/or its Agents to Produce Debtor's 36 Cats AND for Entry of Both an Order Reversing the Adoption of Aubree and any of Debtor's 35 Cats and an Order Preventing Mew Haven Cat Cafe its Officers, its Employees, and/or its Agents from Further Killing, Transferring, Placing for Adoption, and/or Otherwise Disposing of any of Said 36 Cats, AND for Sanctions filed by Karen Anne Mitchell−Smith . (related document(s)82) [Pursuant to General Order 45−2021, this document was received for filing via email] (aam) Modified on 7/5/2022 (lyb). (Entered: 07/01/2022) |
| 07/01/2022 | | 87 | Motion for Reconsideration of Judge Hagenau's June 17 Order filed by Karen Anne Mitchell−Smith . (related document(s)83) [Pursuant to General Order 45−2021, this document was received for filing via email] (aam) Modified on 7/5/2022 (lyb). |
| 07/20/2022 | | 88 | Order DENYING Motion for Reconsideration of Order Denying Motions for Sanctions. (Related Doc # 87) Service by BNC. Entered on 7/20/2022. (ojj) |

| | | | |
|---|---|---|---|
| 07/22/2022 | | 89 | Notice of Appearance Filed by Laura A. Grifka on behalf of U.S Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016−CTT. (Grifka, Laura) |
| 07/22/2022 | | 90 | Certificate of Mailing by BNC of Order on Motion to Reconsider Notice Date 07/22/2022. (Admin.) (Entered: 07/23/2022) |
| 08/16/2022 | | 91 | Motion for Relief from Stay Fee $ 188, *with Certificate of Service* filed by Laura A. Grifka on behalf of U.S Bank National Association. Hearing to be held on 9/15/2022 at 09:30 AM in Courtroom 1403, Atlanta, (Grifka, Laura) |
| 08/16/2022 | | | Receipt of Motion for Relief from Stay( 21−57646−wlh) [motion,185] ( 188.00) filing fee. Receipt Number A57550792. Fee Amount 188.00 (re: Doc# 91) (U.S. Treasury) |
| 08/25/2022 | | 92 | Order DENYING Motion for Sanctions Against Henry County Code Enforcement Division and Its Agent Charles W. Carpenter. (Related Doc # 81) Service by BNC. Entered on 8/25/2022. (ojj) |
| 08/27/2022 | | 93 | Certificate of Mailing by BNC of Order on Motion for Sanctions Notice Date 08/27/2022. (Admin.) (Entered: 08/28/2022) |
| 09/09/2022 | | 94 | Adversary case 22−05129. Complaint against John Kania Mitchell Vogel *a/k/a John K. Vogel to Sell Jointly Held Property*, 31 (Approval of sale of property of estate and of a co−owner − 363(h)) Filed by Edwin K. Palmer (Patterson, William) |
| 09/15/2022 | | | COURT NOTES: Rescheduled Hearing to be held on 10/27/2022 at 09:30 AM in Courtroom 1403, Atlanta, by party agreement (related document(s)91) (nmw) |
| 10/25/2022 | | 95 | Debtor Karen Anne Mitchell−Smith's Motion In Opposition To U.S. Bank National Association's Motion for Relief From Automatic Stay filed by Karen Anne Mitchell−Smith . (related document(s)91)[Pursuant to General Order 45−2021, this document was received for filing via email](rfs) (Entered: 10/26/2022) |
| 10/27/2022 | | | COURT NOTES: Rescheduled Hearing to be held on 1/19/2023 at 09:30 AM in Courtroom 1403, Atlanta, (related document(s)91, 95) (nmw) |
| 01/19/2023 | | | COURT NOTES: Rescheduled Hearing to be held on 2/21/2023 at 09:30 AM in Courtroom 1403, Atlanta, Attorney to Notice (related document(s)91, 95) (nmw) |
| 01/21/2023 | | 96 | Trustee's Interim Report for period ending 12/31/22 filed by Trustee. (Palmer, Edwin) |
| 02/06/2023 | | 97 | Notice of Leave of Absence from February 27 through March 6, April 11 through April 19, and April 28 through May 2, 2023, filed by W. Russell Patterson (hd) |
| 02/21/2023 | | | COURT NOTES: Rescheduled Hearing to be held on 4/27/2023 at 09:30 AM in Courtroom 1403, Atlanta, Attorney to Notice (related document(s)91) (nmw) |
| 02/21/2023 | | 98 | |

| | | | |
|---|---|---|---|
| | | | Notice Rescheduling Hearing *on Motion for Relief from Stay* Filed by Laura A. Grifka on behalf of U.S Bank National Association. Hearing to be held on 4/27/2023 at 09:30 AM in Courtroom 1403, Atlanta. (related document(s)91)(Grifka, Laura) Modified on 2/22/2023 (lyb). |
| 03/24/2023 | | 99 | [WITHDRAWN] Trustee's Application to Employ Real Estate Agent filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (Patterson, William) Modified on 3/27/2023 (lyb). Modified on 6/9/2023 (lyb). |
| 03/27/2023 | | 100 | Debtor Karen Mitchell−Smith's Motion In Opposition To Trustee's Application To Employ Real Estate Agent Tony Money filed by Karen Anne Mitchell−Smith . (related document(s)99)[Pursuant to General Order 45−2021, this document was received for filing via email] (rfs) |
| 03/28/2023 | | 101 | Notice of Hearing on Trustee's Application to Employ Real Estate Agent and Response/Objection thereto in the above−styled case. Service by BNC. Hearing to be held on 4/18/2023 at 10:30 AM in Courtroom 1403, Atlanta, (related document(s)99, 100) (nmw) |
| 03/28/2023 | | 102 | Notice of Rescheduled Hearing on Trustee's Application to Employ Real Estate Agent and Response/Objection thereto in the above−styled case.. Service by BNC. Hearing to be held on 4/27/2023 at 10:30 AM in Courtroom 1403, Atlanta, (related document(s)99, 100) (nmw) |
| 03/28/2023 | | | Notice that Document Number 101 − Notice of Hearing on Trustee's Application to Employ Real Estate Agent and Response/Objection thereto in the above−styled case, was entered in error with the incorrect hearing date. Hearing Notice not released. (related document(s)101) (nmw) |
| 03/29/2023 | | 103 | Certificate of Service of Notice of Rescheduled Hearing (Doc. No. 102) filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (related document(s)102) (Patterson, William) |
| 03/30/2023 | | 104 | Certificate of Mailing by BNC of Notice of Rescheduling Hearing Notice Date 03/30/2023. (Admin.) (Entered: 03/31/2023) |
| 04/04/2023 | | 105 | Notice of Leave of Absence from April 17−19, 24−30, June 14−15, June 20−July 18, August 11−20, 2023 filed by Karen Anne Mitchell−Smith (jcm) (Entered: 04/05/2023) |
| 04/10/2023 | | 106 | Notice of Rescheduled Hearing on Trustee's Application to Employ Real Estate Agent filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer and Response/Objection thereto in the above−styled case. Service by BNC. Hearing to be held on 5/18/2023 at 10:30 AM in Courtroom 1403, Atlanta. (related document(s)99, 100) (nmw) |
| 04/12/2023 | | 107 | Certificate of Mailing by BNC of Notice of Rescheduling Hearing Notice Date 04/12/2023. (Admin.) (Entered: 04/13/2023) |
| 04/14/2023 | | 108 | Notice of Unavailability Filed by John Vogel . (rfs) (Entered: 04/17/2023) |
| 04/27/2023 | | | COURT NOTES: Hearing Held and Rescheduled. Hearing to be held on 6/1/2023 at 10:30 AM in Courtroom 1403, Atlanta. (related document(s)91) (nmw) |
| 05/02/2023 | | 109 | Order and Notice of In Person Hearing. Service by BNC. Hearing to be held on 6/1/2023 at 10:30 AM in Courtroom 1403, Atlanta. Entered on |

| | | | |
|---|---|---|---|
| | | | 5/2/2023. (related document(s)91, 95, 99, 100) (ngs) |
| 05/03/2023 | | 110 | Certificate of Service of Order and Notice of In Person Hearing filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (related document(s)109) (Patterson, William) |
| 05/04/2023 | | 111 | Certificate of Mailing by BNC of Order and Notice Notice Date 05/04/2023. (Admin.) (Entered: 05/05/2023) |
| 05/24/2023 | | 112 | Notice of Leave of Absence from July 24, 2023 through August 4, 2023, filed by W. Russell Patterson, Jr. (jar) (Entered: 05/25/2023) |
| 06/08/2023 | | 113 | Trustee's Withdrawal of Application to Employ Real Estate Agent (Doc. No. 99) filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (related document(s)99) (Patterson, William) Modified on 6/9/2023 (lyb). |
| 06/16/2023 | | 114 | Order GRANTING Motion for Relief from Stay of U.S. Bank National Association, not In Its Individual Capacity But Solely as Trustee for the RMAC Trust, Series 2016−CTT . (Related Doc # 91, 95) Service by BNC.. Entered on 6/16/2023. (ojj) |
| 06/18/2023 | | 115 | Certificate of Mailing by BNC of Order on Motion for Relief from Stay Notice Date 06/18/2023. (Admin.) (Entered: 06/19/2023) |
| 07/12/2023 | | 116 | Application to Employ Justin Fasano and McNamee Hosea, P.A. as Special Counsel to Chapter 7 Trustee filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (Patterson, William) |
| 07/14/2023 | | 117 | Motion for an Order Requiring Karen Anne Mitchell−Smith to Produce Records and To Appear for an Examination Under Rule 2004 filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (Patterson, William) Modified on 7/17/2023 (mtb). |
| 07/14/2023 | | 118 | Order Approving Special Counsel to the Chapter 7 Trustee Subject to Objection (Related Doc # 116). Service by BNC. Entered on 7/14/2023. (ojj) |
| 07/16/2023 | | 119 | Certificate of Mailing by BNC of Order on Application to Employ Notice Date 07/16/2023. (Admin.) (Entered: 07/17/2023) |
| 07/18/2023 | | 120 | Order GRANTING Motion for Examination of Karen Anne Mitchell−Smith Pursuant to Fed.R. Bank.P 2004. (Related Doc # 117) Service by BNC. Entered on 7/18/2023. (ojj) |
| 07/20/2023 | | 121 | Motion for Examination of *Wells Fargo Bank, N.A.* filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (Patterson, William) |
| 07/20/2023 | | 122 | Motion for Examination of *Delta Community Credit Union* filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (Patterson, William) |
| 07/20/2023 | | 123 | Certificate of Mailing by BNC of Order on Motion for Examination Pursuant to FRBP 2004 Notice Date 07/20/2023. (Admin.) (Entered: 07/21/2023) |
| 08/01/2023 | | 124 | |

| | | | |
|---|---|---|---|
| | | | Debtor's Motion in Opposition to Trustee's Motion for an Order Requiring Wells Fargo Bank, N.A. to Produce Records and to Appear for an Examination under Rule 2004 filed by Karen Anne Mitchell−Smith . (related document 121) [Pursuant to Amended and Restated General Order 45−2021, this document was received for filing via email.] (hd) (Entered: 08/02/2023) |
| 08/01/2023 | | 125 | Debtor's Motion in Opposition to Trustee's Motion for an Order Requiring Delta Community Credit Union to Produce Records and to Appear for an Examination under Rule 2004 filed by Karen Anne Mitchell−Smith . (related document 122) [Pursuant to Amended and Restated General Order 45−2021, this document was received for filing via email.] (hd) (Entered: 08/02/2023) |
| 08/03/2023 | | 126 | Notice of Hearing on Trustee's Motions for Examination of Wells Fargo Bank, N.A. and Delta Community Credit Union. Service by BNC. Hearing to be held on 8/24/2023 at 10:30 AM in Courtroom 1403, Atlanta. (related document(s)121, 122) (nmw) |
| 08/05/2023 | | 127 | Certificate of Mailing by BNC of Notice of Hearing Notice Date 08/05/2023. (Admin.) (Entered: 08/06/2023) |
| 08/16/2023 | | 128 | Notice of Appearance Filed by David S. Weidenbaum on behalf of Office of the United States Trustee. (Weidenbaum, David) |
| 08/16/2023 | | 129 | Notice of Appearance Filed by Alan Hinderleider on behalf of Office of the United States Trustee. (Hinderleider, Alan) |
| 08/21/2023 | | 130 | Trustee's Reply in Support of Trustee's Motions for Orders Requiring Wells Fargo Bank, N.A. (Doc No. 121) and Delta Community Credit Union (Doc. No. 122) to Produce Records and to Appear for an Examination Under Rule 2004 filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (related document(s)121, 122)(Patterson, William) Modified on 8/21/2023 (gnh). |
| 08/24/2023 | | 131 | Notice of Hospitalizations of Debtor and Motion for Continuance of Hearing with *Wells Fargo Bank, N.A.* filed by Karen Anne Mitchell−Smith . [Pursuant to Amended and Restated General Order 45−2021, this document was received for filing via email.] (hd) |
| 08/24/2023 | | 132 | Notice of Hospitalizations of Debtor and Motion for Continuance of Hearing with *Delta Community Credit Union* filed by Karen Anne Mitchell−Smith . [Pursuant to Amended and Restated General Order 45−2021, this document was received for filing via email.] (hd) |
| 08/25/2023 | | 133 | Order Granting Motion For Examination Of Wells Fargo Bank, N.A. Pursuant To Federal Rule Of Bankruptcy Procedure 2004. Wells Fargo Bank, N.A. is directed to produce all documents described in Exhibit A attached to this Order to Trustee's Counsel no later than 33 days after service of this Order by Trustee's Counsel.(Related Doc # 121) Service by BNC. Entered on 8/25/2023. (cdp) |
| 08/25/2023 | | 134 | Order Granting Motion For Examination Of Delta Community Credit Union Pursuant To Federal Rule Of Bankruptcy Procedure 2004. Delta Community Credit Union is directed to produce all documents described in Exhibit A attached to this Order to Trustee's Counsel no later than 33 days after service of this Order by Trustee's Counsel. (Related Doc 122) Service by BNC. Entered on 8/25/2023. (cdp) |

| Date | | Doc # | Description |
|---|---|---|---|
| 08/25/2023 | | 135 | Order DENYING Motions for Continuances (Related Doc # 131, 132) Service by BNC. Entered on 8/25/2023. (cdp) |
| 08/27/2023 | | 136 | Certificate of Mailing by BNC of Order on Motion for Continuance Notice Date 08/27/2023. (Admin.) (Entered: 08/28/2023) |
| 08/27/2023 | | 137 | Certificate of Mailing by BNC of Order on Motion for Examination Pursuant to FRBP 2004 Notice Date 08/27/2023. (Admin.) (Entered: 08/28/2023) |
| 08/27/2023 | | 138 | Certificate of Mailing by BNC of Order on Motion for Examination Pursuant to FRBP 2004 Notice Date 08/27/2023. (Admin.) (Entered: 08/28/2023) |
| 08/29/2023 | | 139 | Certificate of Service filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (related document(s)133) (Patterson, William) Modified on 8/30/2023 (acj). |
| 08/29/2023 | | 140 | Certificate of Service filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (related document(s)134) (Patterson, William) Modified on 8/30/2023 (acj). |
| 09/05/2023 | | | Receipt of Appeal filing fee. Receipt Number 1272777. Fee Amount $298.00. Paid by Karen Ann Mitchell −Smith. |
| 09/05/2023 | | 141 | Change of Address of Karen Anne Mitchell−Smith for Notices and Payments filed by Karen Anne Mitchell−Smith . (rfs) (Entered: 09/06/2023) |
| 09/05/2023 | | 142 | Notice of Appeal to District Court, Fee $ 298 Receipt Number: 01272777, Amount Paid $ 298.00, filed by Karen Anne Mitchell−Smith . Appellant Designation due by 9/19/2023, submission by USBC to USDC due by 10/5/2023, (related document(s)133) (rfs) (Entered: 09/06/2023) |
| 09/06/2023 | | 143 | Notification of Appeal Requirements (related document(s)142) (yl) |