# EXHIBIT B



PROPERTY AND CASUALTY COMPANIES - ASSOCIATION EDITION

# QUARTERLY STATEMENT

AS OF MARCH 31, 2023
OF THE CONDITION AND AFFAIRS OF THE

# HARLEYSVILLE WORCESTER INSURANCE COMPANY

NAIC Group Code __0140__ (Current) __0140__ (Prior) NAIC Company Code __26182__ Employer's ID Number __04-1989660__

Organized under the Laws of __OHIO__, State of Domicile or Port of Entry __OH__

Country of Domicile __United States of America__

Incorporated/Organized __02/11/1823__ Commenced Business __02/11/1823__

Statutory Home Office __ONE WEST NATIONWIDE BLVD.__ , __COLUMBUS, OH, US 43215-2220__
(Street and Number) (City or Town, State, Country and Zip Code)

Main Administrative Office __ONE WEST NATIONWIDE BLVD.__
(Street and Number)
__COLUMBUS, OH, US 43215-2220__ , __614-249-1545__
(City or Town, State, Country and Zip Code) (Area Code) (Telephone Number)

Mail Address __ONE WEST NATIONWIDE BLVD., 1-14-301__ , __COLUMBUS, OH, US 43215-2220__
(Street and Number or P.O. Box) (City or Town, State, Country and Zip Code)

Primary Location of Books and Records __ONE WEST NATIONWIDE BLVD., 1-14-301__
(Street and Number)
__COLUMBUS, OH, US 43215-2220__ , __614-249-1545__
(City or Town, State, Country and Zip Code) (Area Code) (Telephone Number)

Internet Website Address __WWW.NATIONWIDE.COM__

Statutory Statement Contact __ANDREA D. IACOBONI__ , __614-249-1545__
(Name) (Area Code) (Telephone Number)
__FINRPT@NATIONWIDE.COM__ , __866-315-1430__
(E-mail Address) (FAX Number)

**OFFICERS**

PRESIDENT & COO __MARK ALLEN BERVEN__  VP & TREASURER __PETER JUSTIN ROTHERMEL__
SVP & SECRETARY __DENISE LYNN SKINGLE__

**OTHER**

PAMELA ANN BIESECKER, SVP-HEAD OF TAXATION

**DIRECTORS OR TRUSTEES**

| CHARLES ANTHONY BEAL # | MARK ALLEN BERVEN | OSCAR GUERRERO |
| ELIZABETH MARGARET RICZKO | GEORGE MIDDLETON WILLIAMS III # | |

State of __OHIO__
County of __FRANKLIN__   SS:

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

MARK ALLEN BERVEN  DENISE LYNN SKINGLE  PETER JUSTIN ROTHERMEL
PRESIDENT & COO  SVP & SECRETARY  VP & TREASURER

Subscribed and sworn to before me this ___ day of __APRIL 2023__

ANDREW SWARTZEL
NOTARY PUBLIC · STATE OF OHIO
Comm. No. 2021-RE-839107
My Commission Expires Oct. 24, 2026

a. Is this an original filing? ...................... Yes [ X ] No [ ]
b. If no,
  1. State the amendment number........
  2. Date filed ........................................
  3. Number of pages attached............