# EXHIBIT C

Secretary of State
Control No.: 15004829
Date Filed:1/20/2015 11:21:27 AM

# Articles of Organization

**The Name of the Limited Liability Company:**
Take Flight Education LLC

**The Principal Place of Business:**
1063 Hopedale Lane
Lawrenceville, Georgia 30043

**Registered Agent's Name and Address:**
Matthew Weiss
1063 Hopedale Lane
Lawrenceville, Georgia 30043, Gwinnett County

**Effective Date:** September 15, 2014

**Organizer(s):**

Matthew Weiss

1063 Hopedale Lane
Lawrenceville, Georgia 30043

Christine Weiss

1063 Hopedale Lane
Lawrenceville, Georgia 30043

**Optional Provisions:**


**IN WITNESS WHEREOF, the undersigned has executed these Articles of Organization on the date set forth below:**
**Signed by:**
**Matthew Weiss Organizer**

**Date:  20 January, 2015**


**A person who signs a document submits an electronic filing he or she knows is false in any material respect with the intent that the document be delivered to the Secretary of State for filing shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished to the highest degree permissible by law. [O.C.G.A. § 14-2-129.]**



**Brian P. Kemp**
**Secretary of State**

**STATE OF GEORGIA**
**2015 Corporation Annual Registration**

OFFICE OF THE SECRETARY OF STATE
Annual Registration Filing
P.O. Box 23038
Columbus, Georgia 31902-3038

Secretary of State
Control No.: 15004829
Date Filed: 3/26/2015 3:57:10 PM

**Information on record as of: 3:57:16 PM**

**Entity Control No.: 15004829**          Amount Due: $50.00          Amount Due AFTER April 1, 2015: $75.00

Take Flight Education LLC
1063 Hopedale Lane
Lawrenceville, Georgia 30043

**Each business entity registered or filed with the Office of Secretary of State is required to file an annual registration.** Amount due for this entity is indicated above and below on the remittance form. Annual fee is $50. If amount is more than $50, the total reflects amount(s) due from previous year(s) and any applicable late fee(s). **Renew by April 1, 2015** Your Annual Registration must be postmarked by April 1, 2015. If your registration and payment are not postmarked by April 1, 2015, you will be assessed a $25.00 late filing penalty fee.

For faster processing, we invite you to file your Annual Registration online with a credit card at Http://www.sos.ga.gov/corporations/ The Corporations Division accepts Visa, MC, Discover, American Express and ATM/Debit Cards with the Visa or MC logo for online filings only. Annual Registrations not processed online require payment with a check, certified bank check or money orde**r. We cannot accept cash for payment.**

You may mail your registration in by submitting the bottom portion of this remittance with a check or money order payable to "Secretary of S t a t e " . **All checks must be pre-printed with a complete address in order to be accepted by our offices for your filing. Absolutely, no counter or starter checks will be accepted. Failure to adhere to these guidelines will delay or possibly reject your filing.** Checks that are dishonored by your bank are subject to a $30.00 NSF charge. Failure to honor your payment could result in a civil suit filed against you and/or your entity may be Administratively Dissolved by the Secretary of State. [See O.C.G.A. § 13-6-15 and Title 14, respectively.]

Officer, address and Agent information currently of record is listed below. Please verify "county of registered office." If correct and complete, detach bottom portion, sign, and return with payment. Or, enter changes as needed and submit. Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer, and Secretary of the corporation.
**Note: Registered Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Boxes may be used for principal office and officers'addresses.**

Any person authorized by the entity to do so may sign and file registration (including online filing). Additionally, a person who signs a document submits an electronic filing he or she knows is false in any material respect with the intent that the document be delivered to the Secretary of State for filing shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished to the highest degree permissible by law. [O.C.G.A. § 14-2-129.]

Please return ONLY the original form below and applicable fee(s). For more information on Annual Registrations or to file online, visit
Http://www.sos.ga.gov/corporations/ Or, call 404-656-2817.

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| THE ABOVE INFORMATION HAS BEEN UPDATED TO: | | | | |

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Take Flight Education LLC | 1063 Hopedale Lane | Lawrenceville | Georgia | 30043 |
| ORG: Matthew Weiss | 1063 Hopedale Lane | Lawrenceville | Georgia | 30043 |
| ORG: Christine Weiss | 1063 Hopedale Lane | Lawrenceville | Georgia | 30043 |

| AGT: Matthew Weiss | 1063 Hopedale Lane | Lawrenceville | Georgia | 30043 |
|---|---|---|---|---|
| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | P.O. BOX NOT ACCEPTABLE FOR REGISTERED AGENT'S ADDRESS | COUNTY OF REGISTERED OFFICE: | Gwinnett County | |
| AUTHORIZED SIGNATURE:   Matthew Weiss | | Date: 3/26/2015 3:57:10 PM | Total Due: | |
| Title: Organizer | Email: | | $50.00 | |

BR201 2015 Corporation Annual Registration

153  150048294  0050009  TAKEFLIGHTEDUCATIONL2  201504014  0075000

# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**Annual Registration**  *Electronically Filed*
Secretary of State
Filing Date: 01/20/2023 11:58:03

### BUSINESS INFORMATION

| | | |
|---|---|---|
| **BUSINESS NAME** | : | Take Flight Education LLC |
| **CONTROL NUMBER** | : | 15004829 |
| **BUSINESS TYPE** | : | Domestic Limited Liability Company |
| **ANNUAL REGISTRATION PERIOD** | : | 2023 |

### BUSINESS INFORMATION CURRENTLY ON FILE

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 1063 Hopedale Lane, Lawrenceville, GA, 30043, USA |
| **REGISTERED AGENT NAME** | : | Christine E Thomas |
| **REGISTERED OFFICE ADDRESS** | : | 1063 Hopedale Lane, Lawrenceville, GA, 30043, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

### UPDATES TO ABOVE BUSINESS INFORMATION

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 1890 Primrose Park Road, Sugar Hill, GA, 30518, USA |
| **REGISTERED AGENT NAME** | : | Christine E Thomas |
| **REGISTERED OFFICE ADDRESS** | : | 1890 Primrose Park Road, Sugar Hill, GA, 30518, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

### AUTHORIZER INFORMATION

| | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | Chris Thomas |
| **AUTHORIZER TITLE** | : | Organizer |