# EXHIBIT 2
## Paystub 1

MILESTONE PEDIATRICS & FAMILY
1438 Mclendon Dr
Decatur GA  30033

0035-T689
ORG1:100 Payroll
EE ID: 136          DD

*Payrolls by Paychex, Inc.*

EMILY S FOX
▮ QUEENSBOROUGH DRIVE
DUNWOODY GA ▮

**NON-NEGOTIABLE**

**NON-NEGOTIABLE**

| **PERSONAL AND CHECK INFORMATION** | | |
|---|---|---|
| Emily S Fox | | |
| ▮ QueensboroughDrive | | |
| Dunwoody, GA ▮ | | |
| **Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 136 | | |
| **Home Department:** 100 Payroll | | |
| **Pay Period:** 04/29/23 to 05/12/23 | | |
| **Check Date:** 05/19/23   **Check #:** 28061 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 0.00 |
| Chkg 49T | 0.00 | 3058.07 |
| Chkg 266 | 147.60 | 27522.87 |
| Chkg 449 | 16.40 | 0.00 |
| **NET PAY** | **164.00** | **30580.94** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---:|---|---:|
| | | Regular | | | 204.50 | | 43281.40 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 204.50 | | 43281.40 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---:|---:|
| | Social Security | $11.01 | 11.01 | 2666.76 |
| | Medicare | $2.58 | 2.58 | 623.68 |
| | Fed Income Tax | SMS | | 6845.10 |
| | GA Income Tax | S 0 0 0 | | 2295.82 |
| | **TOTAL** | | **13.59** | **12431.36** |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---:|---:|
| | Health EE Preta | 26.91 | 269.10 |
| | **TOTAL** | **26.91** | **269.10** |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | **164.00** | **30580.94** |

Payrolls by Paychex, Inc.

**0035 0035-T689** Milestone Pediatrics & Family • 1438 Mclendon Dr • Decatur GA  30033 • (770) 414-0337