# EXHIBIT 3
## Paystub 2

MILESTONE PEDIATRICS & FAMILY
1438 Mclendon Dr
Decatur GA  30033

0035-T689
ORG1:100 Payroll
EE ID: 136          DD

EMILY S FOX
▮ QUEENSBOROUGH DRIVE
DUNWOODY GA ▮

*Payrolls by Paychex, Inc.*

**NON-NEGOTIABLE**

**NON-NEGOTIABLE**

### PERSONAL AND CHECK INFORMATION
Emily S Fox
▮ QueensboroughDrive
Dunwoody, GA ▮
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 136

**Home Department:** 100 Payroll

**Pay Period:** 05/13/23 **to** 05/26/23
**Check Date:** 06/02/23    **Check #:** 28070

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 0.00 |
| Chkg 49T | 0.00 | 3211.17 |
| Chkg 266 | 1377.90 | 28900.77 |
| Chkg 449 | 153.10 | 0.00 |
| **NET PAY** | **1531.00** | **32111.94** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---:|---|---:|
| | Regular | | | 1957.26 | | 45238.66 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 1957.26 | | 45238.66 |
| | **Total Hrs Worked** | | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---:|---:|
| Social Security | $119.68 | 119.68 | 2786.44 |
| Medicare | $27.99 | 27.99 | 651.67 |
| Fed Income Tax | $159.26 | 159.26 | 7004.36 |
| GA Income Tax | $92.42 | 92.42 | 2388.24 |
| **TOTAL** | | 399.35 | 12830.71 |

### DEDUCTION

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Health EE Preta | 26.91 | 296.01 |
| **TOTAL** | 26.91 | 296.01 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | **1531.00** | **32111.94** |

*Payrolls by Paychex, Inc.*

**0035 0035-T689**  Milestone Pediatrics & Family • 1438 Mclendon Dr • Decatur GA  30033 • (770) 414-0337