# EXHIBIT 4
## Email

 Emily Fox <emilysfox1@gmail.com>

## EMPLOYMENT TERMINATION
1 message

**Iyabo Webzell** <iyabo.okuwobi@milestoneped.com>　　　　　　　　　　　　　　　Tue, Jun 27, 2023 at 6:03 AM
To: emily.fox@milestoneped.com, Emily Fox <​　　　　　　　　　　　​>

Good morning Emily,
I regret to write that this is your 30 day employment termination notice. Your employment with Milestone Pediatrics will end on July 26th 2023.

Myself and all the staff wish you the very best for the future.

With warmest regards,

Iyabo Y Webzell, MD FAAP (Okuwobi)
Owner- Milestone Pediatrics & Family Medicine
www.milestoneped.com
Author, Permanent Happiness, available on Amazon
www.driyabo.com

"Permanent Happiness" by Iyabo Ojikutu MD, is a beautifully written guide to help you live a peaceful life."
Paige Lovitt for Reader Views.