# EXHIBIT 5

## CME Receipt

**INVOICE #**

76447

**CONTINUING EDUCATION, INC. / University at Sea**
5700 4th St. N., St. Petersburg, FL 33703
Toll Free 1-800-422-0711  Fax: 1-727-527-3228

| BOOK DATE | INVOICE DATE | CEI REP | CUSTOMER # | SOURCE | RESERVATION # |
|---|---|---|---|---|---|
| 03/16/2023 | 04/19/2023 | Brenda | FE76447 | Phone Call | 4089906 |

Emily Fox NP
▇▇▇Queensborough Drive
Dunwoody GA ▇▇▇

**Program name**
Developmental & Behavioral Pediatrics & Psychopharmacology

**SAILING DATE**
08/04/2023

**Cruise line**
Royal Caribbean

**Ship name**
Ovation of the Seas

**Category** ZI

**Dining**
My Time

**Cabin no** GTY-7537   **Cabin type** Inside

**PENALTIES ACCRUE ON OR BEFORE DATE BELOW**

**Additional Passengers**

| Guest 2 | Guest 4 |
|---|---|
| Jeremy Johnson | |

| Guest 3 | Guest 5 |
|---|---|
| | |

**Itinerary**
Alaska Glacier Cruise   **Nights** 7

04/28/2023

**NOTES**

IMPORTANT: Please complete your REQUIRED online check-in at least 21 days prior to sailing. Go to www.rccl.com to complete these forms and print your boarding pass.
Crown & Anchor : Emily -321438973, Jeremy-387696012

**STATEROOM CHARGES**

| | | Rate | | | |
|---|---|---|---|---|---|
| 2 | Rate | 865.00 | Total Pax 1 & 2 | 1,730.00 |
| | Rate | 0.00 | Total Pax 3 | 0.00 |
| | Rate | 0.00 | Total Pax 4 | 0.00 |
| | Rate | 0.00 | Total Pax 5 | 0.00 |
| | Rate | 0.00 | Total Single | 0.00 |
| | Rate | 0.00 | Total Child | 0.00 |

**Total Pax** 2

**TOTAL CABIN** 1,730.00

**ADDITIONAL CHARGES - Cruise Line & Packages**

| | | Pre-Cruise | | | |
|---|---|---|---|---|---|
| Cruise Line Air | 0.00 | Pre-Cruise | | | |
| Air Deviation | 0.00 | Post-Cruise | | | |
| Cancellation | 0.00 | Misc 1 | | | |
| Transfers | 0.00 | Misc 2 | | | |
| Pre-Paid Gratuities | | Fuel Surcharge | | | |

**TOTAL PORT TAX** 498.10

**STATEROOM TOTAL** 2,228.10

**COURSE FEE** 795.00

**TOTAL ADDITIONAL** 0.00

**TravelMAX Air Booked and Invoiced separately**
CruiseLines & AirLine may add a FUEL SUPPLEMENT to booking prices.

**PENALTIES ACCRUE**

Final Payment Due Date  04/28/2023

**TOTAL BOOKING** $3,023.10

**TOTAL PAYMENTS** $3,023.10

**BALANCE DUE** $0.00

**PAYMENTS**   **Deposit Per Person**

| | | | | |
|---|---|---|---|---|
| 500.00 | 03/14/2023 | CC | AX2008 | 05/24 |
| 1,728.10 | 04/19/2023 | CC | AX2008 | 05/24 |
| 795.00 | 04/19/2023 | CX | AX2008 | 05/24 |
| 0.00 | | | | |
| 0.00 | | | | |
| 0.00 | | | | |
| 0.00 | | | | |
| 0.00 | | | | |
| **3,023.10** | | | | |

**PASSPORT NOTICE**
In most cases a Passport valid 6 months AFTER travel date is required. Some countries may also require a Visa. For Cruises leaving from AND returning to a US port, a Raised Seal Birth Certificate & a Drivers License MAY be sufficient.

**CANCELLATION POLICY & TRAVEL INSURANCE**
Cancellation policies vary by cruise line. Fees are imposed at about 121 days prior to sailing; check fees applicable to your cruise. Fees increase as departure date grows near. Should you need to cancel, your agent can confirm cancellation fees at the time. Travel Insurance may reimburse cancellation fees. To include pre-existing conditions, please order your insurance within 14 days of booking. All insurance is due no later than final payment date. Cancellation penalities for the Course:
30 days or more - None; 7-29 days - 50%; less than 7 days - 100%