**LaShawnda M. Sampson**

| | |
|---|---|
| **Attachments:** | Acceptance of Service - AG Energy.doc |

**From:** Bettis Rainsford <bettis@doumarlaw.com>
**Sent:** Tuesday, August 15, 2023 2:21 PM
**To:** Mike D. Hostetter <MHostetter@nallmiller.com>
**Cc:** Mike D. Hostetter <MHostetter@nallmiller.com>; Terri A. Cahill <TCahill@nallmiller.com>; Emily Doumar <Emily@doumarlaw.com>; Ray Doumar <ray@doumarlaw.com>; Alice Watts <alice@doumarlaw.com>
**Subject:** Re: Smith-Goldwire v. AG Energy Transport (60890-027)

Thanks Mike. I enjoyed speaking with you.

This will confirm we are seeking in excess of $75,000.00.

Thank you for willingness to accept service. Attached, please find a draft of the same. If it meets your approval, I would be happy to file on your behalf.

Please let me know if there is anything I can do in the meantime.

Bettis

--
Bettis C. Rainsford, Jr.

**DOUMAR | RAINSFORD**
*Attorneys at Law*
One 10th Street
Suite 700
Augusta, Georgia 30901
bettis@doumarlaw.com

P: 706-722-1700
F: 706-722-7600

www.doumarlaw.com

*Admitted in South Carolina & Georgia*


**From:** Mike D. Hostetter <MHostetter@nallmiller.com>
**Date:** Tuesday, August 15, 2023 at 2:10 PM
**To:** Bettis Rainsford <bettis@doumarlaw.com>
**Cc:** Mike D. Hostetter <MHostetter@nallmiller.com>, Terri A. Cahill <TCahill@nallmiller.com>
**Subject:** Smith-Goldwire v. AG Energy Transport (60890-027)

Hi Bettis.
Nice speaking with you today.

1

<span style="color:red">**EXHIBIT B**</span>

We have been retained to represent the Defendants in this new lawsuit.

I understand that Protective and Mr. Permar have been served but not AG Energy. This confirms that it has authorized me to accept service for it.

Please send me the Acknowledgement/Waiver of Service (my Bar Number is 368420).

We have diversity of citizenship and can remove to federal court. Please send me something that confirms our conversation in which you are seeking more than $75,000 in this lawsuit.

I look forward to working with you.

-Mike

Michael Hostetter
Nall & Miller, LLP
235 Peachtree Street, N.E.
Suite 1500 - North Tower
Atlanta, Georgia  30303-1401
(404)522-2200
(404)522-2204 (Direct)
(404)291-1909 (Mobile)
(404)522-2208 (Fax)
www.nallmiller.com

CONFIDENTIALITY NOTICE:  This email and any attachments are for the exclusive and confidential use of the intended recipient.  If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message.  If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.  We do not waive attorney-client or work product privilege by the transmission of this message.