# GEORGIA MOTOR VEHICLE CRASH REPORT

| Field | Value |
|---|---|
| Agency Case Number | 21-258844 |
| Agency NCIC No. | 1210000 |
| County | RICHMOND |
| Date Rec. by DOT | 9/10/2021 |
| Estimated Crash Date | 9/9/2021 |
| Estimated Crash Time | 18:47 |
| Dispatch Date | 9/9/2021 |
| Dispatch Time | 18:49 |
| Arrival Date | 9/9/2021 |
| Arrival Time | 18:52 |
| Total Number of Vehicles | 2 |
| Injuries | 0 |
| Fatalities | 0 |
| Inside City Of | Augusta |
| Road of Occurrence | I 20 East |
| Latitude (Y) | 33.526907 |
| Longitude (X) | -82.020148 |
| Suppl. To Original? | ✓ |
| Private Property? | |
| Hit And Run? | |

## Unit #1 (Driver, Susp At Fault ✓)

| Field | Value |
|---|---|
| Last Name | PERMAR |
| First | JOSEPH |
| Address | 3678 DOE LN |
| City | HAW RIVER |
| State | NC |
| Zip | 27258 |
| DOB | 11/20/1959 |
| Driver's License No | 000038053147 |
| Class | A |
| State | NC |
| Country | USA |
| Insurance Co. | INDIANA INSURANCE |
| Policy No. | AN-100037-00 |
| Telephone No. | 3025406289 |
| Year | 2020 |
| Make | VOLVO |
| Model | TR |
| VIN | 4V4NC9EJ6LN259784 |
| Vehicle Color | White |
| Tag # | 3037244 |
| State | IN |
| Year | 2022 |
| Owner's Last Name | AG ENERGY |
| First | TRANSPORT |
| Address | 3522 SOUTH SR 104 |
| City | LAPORTE |
| State | IN |
| Zip | 46350 |
| Removed By | C&A |
| List | ✓ |
| Alcohol Test | No |
| Drug Test | No |
| First Harmful Event | Motor Vehicle In Motion |
| Most Harmful Event | Cargo/Equipment Loss or Shift |
| Operator/Ped Cond | Not Drinking |
| Operator Factors | Other |
| Vehicle Factors | Tire Failure |
| Roadway Factors | No Contributing Factors |
| Direction of Travel | East |
| Vehicle Maneuver | Straight |
| Vehicle Class | Commercial Motor Vehicle (CMV) |
| Vehicle Type | Tractor/Trailer |
| Vision Obscured | Not Obscured |
| Number of Occupants | 1 |
| Area of Initial Contact | Front End |
| Damage to Vehicle | Disabling Damage |
| Traffic Way Flow | Two-Way Trafficway with a physical barrier |
| Road Composition | Concrete |
| Road Character | Straight and Level |
| Number of Lanes | 4 |
| Posted Speed | 55 |
| Work Zone | Construction |
| Traffic Control | Lanes |
| Device Inoperative | No |

## Unit #2 (Driver, Same as Driver ✓)

| Field | Value |
|---|---|
| Last Name | SMITH GOLDWIRE |
| First | MELANIE |
| Address | 901 COX AVE |
| City | AIKEN |
| State | SC |
| Zip | 29801 |
| DOB | 4/8/1974 |
| Driver's License No | 004146224 |
| Class | D |
| State | SC |
| Country | USA |
| Insurance Co. | STATE FARM |
| Policy No. | 6287260F2040 |
| Telephone No. | 8032152325 |
| Year | 2018 |
| Make | HONDA |
| Model | ACCORD EX |
| VIN | 1HGCV1F3XJA114557 |
| Vehicle Color | Black |
| Tag # | 127JJ |
| State | SC |
| Year | 2022 |
| Owner's Last Name | SMITH GOLDWIRE |
| First | MELANIE |
| Address | 901 COX AVE |
| City | AIKEN |
| State | SC |
| Zip | 29801 |
| Removed By | CHAVOUS |
| List | ✓ |
| Alcohol Test | No |
| Drug Test | No |
| First Harmful Event | Motor Vehicle In Motion |
| Most Harmful Event | Motor Vehicle In Motion |
| Operator/Ped Cond | Not Drinking |
| Operator Factors | Driver Lost Control |
| Vehicle Factors | No Contributing Factors |
| Roadway Factors | No Contributing Factors |
| Direction of Travel | East |
| Vehicle Maneuver | Straight |
| Vehicle Class | Privately Owned |
| Vehicle Type | Passenger Car |
| Vision Obscured | Not Obscured |
| Number of Occupants | 1 |
| Area of Initial Contact | Left Side-Center |
| Damage to Vehicle | Disabling Damage |
| Traffic Way Flow | Two-Way Trafficway with a physical barrier |
| Road Composition | Concrete |
| Road Character | Straight and Level |
| Number of Lanes | 4 |
| Posted Speed | 55 |
| Work Zone | Construction |
| Traffic Control | Lanes |
| Device Inoperative | No |

## COMMERCIAL MOTOR VEHICLES ONLY

### Unit 1
- Carrier Name: AG ENERGY TRANSPORT
- Address: 3522 SOUTH SR 104
- City: LAPORTE
- State: Indiana
- Zip: 46350
- U.S. D.O.T. #: 3151285
- No. of Axles: 3
- G.V.W.R: 26001 or Greater
- Cargo Body Type: Cargo Tanker
- Vehicle Config.: Tractor Trailer
- Interstate: ✓
- Fed. Reportable: Yes ✓
- C.D.L.?: Yes ✓
- C.D.L. Suspended?: No ✓
- Vehicle Placarded?: No ✓
- Hazardous Materials?: No ✓
- Hazmat Released?: No ✓

### Unit 2
(blank — not a commercial motor vehicle)

GDOT-523 (07/17)

**EXHIBIT C**

## COLLISION FIELDS

| Manner of Collision: Angle | Location at Area of Impact: On Roadway - Non-Intersection | Weather: Clear | Surface Condition: Dry | Light Condition: Daylight |

## NARRATIVE

V1 and V2 were traveling east on I-20 at MM201, V1 in the left lane and V2 in the right lane. The driver of V1 stated his right front tire blew out causing the truck to swerve and V2 lost control which collided with the front of his truck. The driver of V1 stated as he braked, V2 spun in the roadway as V1 hit the guard rail on the right side on the interstate. V2 became engulfed in flames, V1 driver stated he then jumped from his truck to remove the driver of V2 to safety.

The driver of V2 stated as she was traveling next to V1 she heard a loud bang and something white flew past her vehicle (piece of V1 fender) and a large piece of tire struck her vehicle which caused her to loose control. The front of V1 struck the left center/near front of V2.

The driver of V1 is at fault for the accident for tire failure, faulty equipment. Augusta Fire/EMS, North Augusta Fire and Belvedere Fire responded to scene as well as GSP motor carrier safety and North Augusta public safety. No violations found in report obtained by GSP motor carrier, MC03 Thompson. BWC active.

## DIAGRAM

EB I-20 MM201

concrete wall/barrier

concrete wall/barrier

N — Not To Scale

## PROPERTY DAMAGE INFORMATION

Damage Other Than Vehicle:          Owner:

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |

GDOT-523 (07/17)

## OCCUPANT INFORMATION

**1**

| Name (Last, First): | PERMAR, JOSEPH | | | | Address: | 3678 DOE LN HAW RIVER, NC 27258 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 61 | Sex: Male | Unit #: 1 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| Injured Taken To: | | | By: | | EMS Notified Time: 09/09/2021 18:47 | EMS Arrival Time: 09/09/2021 19:00 | | Hospital Arrival Time: | |

**2**

| Name (Last, First): | SMITH GOLDWIRE, MELANIE | | | | Address: | 901 COX AVE AIKEN, SC 29801 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 47 | Sex: Female | Unit #: 2 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| Injured Taken To: | | | By: | | EMS Notified Time: 09/09/2021 18:47 | EMS Arrival Time: 09/09/2021 19:00 | | Hospital Arrival Time: | |

**3**

| Name (Last, First): | | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit #: | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | | By: | | EMS Notified Time: | EMS Arrival Time: | | Hospital Arrival Time: | |

**4**

| Name (Last, First): | | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit #: | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | | By: | | EMS Notified Time: | EMS Arrival Time: | | Hospital Arrival Time: | |

## ADMINISTRATIVE

Photos Taken: [ ] Yes [✓] No    By:

*Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963.*

| Report By: | Agency: | Report Date: | Checked By: | Date Checked: |
|---|---|---|---|---|
| ATKINS-THIGPEN, ASHLEY | Richmond Co Sheriff's Office | 09/10/2021 04:06 | Benson, Chuck | 9/13/2021 |

GDOT-523 (07/17)    [Printed: 9/13/2021 | 8218498]    *MAIL TO: Georgia Department of Transportation, CRASH REPORTING UNIT, 935 East Confederate Ave., Atlanta, GA 30316-2590*