# SUPERIOR COURT OF RICHMOND COUNTY
# STATE OF GEORGIA

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
RICHMOND COUNTY, GEORGIA
**2023RCCV00371**
ASHLEY WRIGHT
AUG 01, 2023 01:54 PM

*Hattie Holmes Sullivan, Clerk*
*Richmond County, Georgia*

CIVIL ACTION NUMBER   2023RCCV00371

Smith-Goldwire, Melanie

_____

**PLAINTIFF**

VS.

AG Energy Transport, LLC
Permar, Joseph

_____

**DEFENDANTS**

## SUMMONS

TO: AG ENERGY TRANSPORT, LLC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Bettis C. Rainsford, Jr.**
**Doumar | Rainsford**
**One 10th Street**
**Ste. 1700**
**Augusta, Georgia 30901**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 1st day of August, 2023.**

Clerk of Superior Court

_____
Hattie Holmes Sullivan, Clerk
Richmond County, Georgia

Page 1 of 1

# EXHIBIT F