EFILED IN OFFICE
CLERK OF SUPERIOR COURT
RICHMOND COUNTY, GEORGIA

**2023RCCV00371**

ASHLEY WRIGHT
AUG 09, 2023 09:37 AM

Hattie Holmes Sullivan, Clerk
Richmond County, Georgia

## AFFIDAVIT OF SERVICE

| Case: 2023RCCV00371 | Court: Superior Court of Richmond County, State of Georgia | County: Richmond | Job: 9312487 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Melanie Smith Goldwire | | **Defendant / Respondent:** Joseph Permar; AG Energy Transport, LLC; and Protective Insurance Company | |
| **Received by:** CGA Solutions | | **For:** Doumar I Rainsford | |
| **To be served upon:** Protective Insurance Company c/o Corporation Service Company, Registered Agent | | | |

I, Thomas David Gibbs III, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Alisha Smith, Corporation Service Company: 2 Sun Ct Suite 400, Peachtree Corners, GA 30092
**Manner of Service:** Registered Agent, Aug 8, 2023, 10:55 am EDT
**Documents:** Summons, Complaint, Standing Order for Mediation in Civil Cases, Notice of Mediation Status, Plaintiff's Interrogatories and Request for Production of Documents to defendant Joseph Permar, Plaintiff's Interrogatories and Request for Production of Documents to Defendant AG Energy Transport LLC, General Civil and Domestic Relations Case Filing Information Form (Received Aug 4, 2023 at 12:07pm EDT)

**Additional Comments:**
1) Successful Attempt: Aug 8, 2023, 10:55 am EDT at Corporation Service Company: 2 Sun Ct Suite 400, Peachtree Corners, GA 30092 received by Alisha Smith.
CSC Coordinator

_____   8-8-23
Thomas David Gibbs III          Date

CGA Solutions
723 Main Street
Stone Mountain, GA 30083
866-217-8581

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

8-8-23   12-22-24
Date      Commission Expires

EXHIBIT G

COPY

IN THE SUPERIOR COURT OF RICHMOND COUNTY
STATE OF GEORGIA

IN RE: )
)
THOMAS DAVID GIBBS, III )
_____)

### ORDER APPOINTING THOMAS DAVID GIBBS, III AS PERMANENT PROCESS SERVER

The Petition of Thomas David Gibbs, III having been read and considered, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, in accordance with O.C.G.A. § 9-11-4, Thomas David Gibbs, III be appointed as a permanent process server for all actions pending in this Court in which he is not a party. Said appointment shall remain in full force and effect until voided by lawful Order of this Court. The Richmond County Clerk of Superior Court shall enter the instant Order upon the minutes of the Court.

So ORDERED. This 27th day of October, 2016.

_____
Michael N. Annis
Judge of Superior Court
Augusta Judicial Circuit

Presented By:

_____
Adam D. Land
Attorney for Petitioner
Georgia Bar No: 775211
Tisdale Middleton Law Firm
207 N. Belair Road
Evans, Georgia 30809
Telephone (706)869-1348
Facsimile (706)869-9464