📧 EFILED IN OFFICE
CLERK OF SUPERIOR COURT
RICHMOND COUNTY, GEORGIA
**2023RCCV00371**
ASHLEY WRIGHT
AUG 07, 2023 11:18 AM

*Hattie Holmes Sullivan*
Hattie Holmes Sullivan, Clerk
Richmond County, Georgia

IN THE SUPERIOR COURT OF RICHMOND COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| **MELANIE SMITH-GOLDWIRE,** | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE |
| | ) | NO.: 2023RCCV00371 |
| v. | ) | |
| | ) | |
| **JOSEPH PERMAR,** | ) | |
| **AG ENERGY TRANSPORT, LLC, and** | ) | |
| **PROTECTIVE INSURANCE COPANY** | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S AFFIDAVIT OF COMPLIANCE FOR SERVICE OF PROCESS UPON NON-RESIDENT MOTORISTS

I, Bettis C. Rainsford, Jr., represent the plaintiff in the above-referenced case.

I hereby certify that, in accordance with O.C.G.A. §40-12-2, I will forward by registered or certified mail or statutory overnight delivery a copy of the Summons, Complaint, Interrogatories, and Request for Production of Documents to the defendants at the following addresses:

Joseph Permar
3678 Doe Lane
Haw River, NC 27258

AG Energy Transport, LLC
Attn: Owner/Manager/Safety Director
107 Main Street
Buchanan, MI 49107

I further certify that **I SHALL FILE WITH THE APPROPRIATE COURT** appended to the documents regarding this case any return receipt received as evidence of service upon either defendant.

**EXHIBIT H**

PAGE 2
PLAINTIFF'S AFFIDAVIT OF COMPLIANCE FOR SERVICE
OF PROCESS UPON NON-RESIDENT MOTORISTS

This 7th day of August, 2023.

_____
Raymond J. Doumar
Ga. Bar No. 227510
Bettis C. Rainsford, Jr.
Ga. Bar No. 778594
Emily A. Doumar
Ga. Bar No. 279018

**ATTORNEYS FOR THE PLAINTIFF**

**DOUMAR | RAINSFORD**
One 10th Street, Suite 700
Augusta, Georgia 30901
ray@doumarlaw.com
bettis@doumarlaw.com
emily@doumarlaw.com
Phone: (706) 722-1700
Fax: (706) 722-7600

Sworn to and subscribed before me

This ___7th___ day of ___August___, 2023.

_____
Notary Public
My commission expires:

