UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | : : : | MDL DOCKET NO. 2974 |
| This document relates to: | : : | 1:20-md-02974-LMM |
| Morgan Hough | : : : : | |
| | : | Civil Action No.: _____ |
| | : : | |
| vs. | : | |
| TEVA PHARMACEUTICALS USA, INC.; TEVA WOMEN'S HEALTH, LLC; TEVA BRANDED PHARMACEUTICALS PRODUCTS R&D INC.; THE COOPER COMPANIES, INC.; AND COOPERSURGICAL, INC. | : : : : : : | |

## SHORT FORM COMPLAINT

Come(s) now the Plaintiff(s) named below, and for her/their Complaint against the Defendant(s) named below, incorporate(s) the Second Amended Master Personal Injury Complaint (Doc. No. 79), in MDL No. 2974 by reference. Plaintiff(s) further plead(s) as follows:

1.    Name of Plaintiff placed with Paragard: Morgan Hough _____

_____

2.    Name of Plaintiff's Spouse (if a party to the case): N/A _____

_____

3.    If case is brought in a representative capacity, Name of Other Plaintiff
       and capacity (i.e., administrator, executor, guardian, conservator):
       N/A
       _____

       _____

4.    State of Residence of each Plaintiff (including any Plaintiff in a
       representative capacity) at time of filing of Plaintiff's original
       complaint:     Maryland
                      _____

       _____

5.    State of Residence of each Plaintiff at the time of Paragard placement:
       Maryland
       _____

6.    State of Residence of each Plaintiff at the time of Paragard removal:
       Maryland
       _____

7.    District Court and Division in which personal jurisdiction and venue
       would be proper:
       U.S. District Court, District of Maryland, Northern Division
       _____

       _____

8.    Defendants. (Check one or more of the following five (5) Defendants
       against whom Plaintiff's Complaint is made. The following five (5)
       Defendants are the only defendants against whom a Short Form
       Complaint may be filed. No other entity may be added as a defendant
       in a Short Form Complaint.):

☑ A. Teva Pharmaceuticals USA, Inc.

☑ B. Teva Women's Health, LLC

☑ C. Teva Branded Pharmaceutical Products R&D, Inc.

☑ D. The Cooper Companies, Inc.

☑ E. CooperSurgical, Inc.

9.    Basis of Jurisdiction

☑ Diversity of Citizenship (28 U.S.C. § 1332(a))

☐ Other (if Other, identify below):

_____

10.

| Date(s) Plaintiff had Paragard placed (DD/MM/YYYY) | Placing Physician(s) or other Health Care Provider (include City and State) | Date Plaintiff's Paragard was Removed (DD/MM/YYYY)* <br><br> *If multiple removal(s) or attempted removal procedures, list date of each separately. | Removal Physician(s) or other Health Care Provider (include City and State)** <br><br> **If multiple removal(s) or attempted removal procedures, list information separately. |
|---|---|---|---|
| 04/25/2017 | UMD Family & Community (Baltimore, MD) | 03/01/2021 | UMD Family & Community (Baltimore, MD) |
| | | 05/17/2021 | University of Maryland Medical Center (Baltimore, MD) |
| | | | |

11. Plaintiff alleges breakage (other than thread or string breakage) of her Paragard upon removal.

✔ Yes

☐ No

12. Brief statement of injury(ies) Plaintiff is claiming:

Plaintiff's Paragard broke upon removal and one arm was retained that had

to be removed in a separate procedure.

Plaintiff reserves her right to allege additional injuries and complications specific to her.

13. Product Identification:

a. Lot Number of Paragard placed in Plaintiff (if now known):

S16002

b. Did you obtain your Paragard from anyone other than the HealthCare Provider who placed your Paragard:

☐ Yes

✔ No

14. Counts in the Master Complaint brought by Plaintiff(s):

✔ Count I – Strict Liability / Design Defect

✔ Count II – Strict Liability / Failure to Warn

✔ Count III – Strict Liability / Manufacturing Defect

✔ Count IV – Negligence

✔ Count V – Negligence / Design and Manufacturing Defect

✔ Count VI – Negligence / Failure to Warn

☑ Count IX – Negligent Misrepresentation

☑ Count X – Breach of Express Warranty

☑ Count XI – Breach of Implied Warranty

☑ Count XII – Violation of Consumer Protection Laws

☑ Count XIII – Gross Negligence

☑ Count XIV – Unjust Enrichment

☑ Count XV – Punitive Damages

☐ Count XVI – Loss of Consortium

☐ Other Count(s) (Please state factual and legal basis for other claims

not included in the Master Complaint below):

_____

_____

15. "Tolling/Fraudulent Concealment" allegations:

　　a. Is Plaintiff alleging "Tolling/Fraudulent Concealment"?

　　☑ Yes

　　☐ No

　　b. If Plaintiff is alleging "tolling/fraudulent concealment" beyond the facts alleged in the Master Complaint, please state the facts and legal basis applicable to the Plaintiff in support of those allegations below:

_____

_____

16. Count VII (Fraud & Deceit) and Count VIII (Fraud by Omission) allegations:

    a.    Is Plaintiff is bringing a claim under Count VII (Fraud & Deceit), Count VIII (Fraud by Omission), and/or any other claim for fraud or misrepresentation?

        ☑  Yes

        ☐  No

    b.    If Yes, the following information must be provided (in accordance with Federal Rule of Civil Procedure 8 and/or 9, and/or with pleading requirements applicable to Plaintiff's state law claims):

        i.    The alleged statement(s) of material fact that Plaintiff alleges was false: _Paragard was safe for use as a means of long-term birth control and was as safe or safer than other products on the market._

        ii.    Who allegedly made the statement: _The Defendants._

        iii.    To whom the statement was allegedly made: _Plaintiff and her healthcare providers._

        iv.    The date(s) on which the statement was allegedly made: _The statements were made on various dates since its approval by the FDA in 1984._

17. If Plaintiff is bringing any claim for manufacturing defect and alleging facts beyond those contained in the Master Complaint, the following information must be provided:

    a.    What does Plaintiff allege is the manufacturing defect in her Paragard? _N/A_

18.    Plaintiff's demand for the relief sought if different than what is

alleged in the Master Complaint: N/A_____

_____


19.    Jury Demand:

☑    Jury Trial is demanded as to all counts

☐    Jury Trial is NOT demanded as to any count



                                        **s/** R. Andrew Jones; Stephen Hunt, Jr._____
                                                Attorney(s) for Plaintiff


Address, phone number, email address and Bar information:

2131 Magnolia Ave South, Birmingham, AL 35023
(205) 328-2200_____
R. Andrew Jones (asb-0096-i11r) ajones@corywatson.com
Stephen Hunt, Jr. (asb-3621-n62h) shunt@corywatson.com