**THE UNITED STATES OF AMERICA**

**CERTIFICATE OF NATURALIZATION**



No. 39307900

*Personal description of holder as of date of naturalization:*

Date of birth: ▮

Sex: MALE

Height: 5 feet 8 inches

Marital status: SINGLE

Country of former nationality:
ETHIOPIA

*USCIS Registration No.* A062024496

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

_____
(Complete and true signature of holder)

*Be it known that, pursuant to an application filed with the Secretary of Homeland Security*

at: ATLANTA, GEORGIA

*The Secretary having found that:*

NATNAEL LULIE TESFA

residing at: ▮

*having complied in all respects with all of the applicable provisions of the naturalization laws of the United States, being entitled to be admitted as a citizen of the United States, and having taken the oath of allegiance at a ceremony conducted by*

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**

at: ATLANTA, GEORGIA    on: APRIL 18, 2018

*such person is admitted as a citizen of the United States of America.*

2.F.C

*U. S. Citizenship and Immigration Services*



ALTERATION OR MISUSE OF THIS DOCUMENT IS A FEDERAL OFFENSE AND PUNISHABLE BY LAW

**DEPARTMENT OF HOMELAND SECURITY**

BUREAU OF ENGRAVING AND PRINTING

FORM N-550 (REV. 10/12)