For: **FREHIWOT TARIKU SEID**



## Most Recent I-94

**Admission (I-94) Record Number : 36642948056**

**Most Recent Date of Entry: 2018 July 18**

**Class of Admission : AS**

**Admit Until Date : 07/17/2019**

**Details provided on the I-94 Information form:**

| | |
|---|---|
| **Last/Surname :** | **SEID** |
| **First (Given) Name :** | **FREHIWOT TARIKU** |
| **Birth Date :** | |
| **Passport Number :** | **401150919** |
| **Country of Issuance :** | **Ethiopia** |

Get Travel History

► **Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).**

► **If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.**

► **Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.**

OMB No. 1651-0111
Expiration Date: 08/31/2020

<u>For inquiries or questions regarding your I-94, please click here</u>

<u>Accessibility</u> | <u>Privacy Policy</u>

ይህ ፓስፖርት ለሁሉም ዓለም የፀና ነው/This passport is valid for all countries

ማስታወሻ/Observation Page

የኢትዮጵያ ፌዴራላዊ ዲሞክራሲያዊ ሪፐብሊክ - Federal Democratic Republic Of Ethiopia

**ፓስፖርት/PASSPORT**

አይነት/Type
P

የሀገር መለያ/Country Code
ETH

ፓስፖርት ቁ/Passport No.
EP1548617

የአያት ስም/Surname
ሰይድ/SEID

ስም ከነአባት/Given Name
ፍሬሕይወት ታሪኩ/FREHIWOT TARIKU

ዜግነት/Nationality
ETHIOPIAN

ጾታ/Sex
F

መለያ ቁ/Personal No.

የልደት ቀን ቀን/Date of Birth
■■■■■■

የተሰጠበት ቀን/Date of Issue
27 JUN 11

የትውልድ ቦታ/Place of Birth
ADDIS ABABA

የሚያበቃበት ቀን/Date of Expiry
25 JUN 16

የሰጠ ባለስልጣን/ Issuing Authority
MAIN DEPARTMENT FOR IMMIGRATION AND NATIONALITY AFFAIRS




የባለፓስፖርቱ ፊርማ/Bearer's Signature





P<ETHSEID<<FREHIWOT<TARIKU<<<<<<<<<<<<<<<<<<<
EP15486171ETH■■■■■■0F1606258<<<<<<<<<<<<<<06



VISA

UNITED STATES OF AMERICA

Issuing Post Name **ADDIS ABABA**  Control Number **20111871680003**

Surname **SEID**

Given Name **FREHIWOT TARIKU**

Passport Number **EP1548617**   Sex **F**   Visa Type /Class **R  F1**   Nationality **ETH**

Entries **M**   Issue Date **06JUL2011**   Expiration Date **05JUL2012**   **0100**

Annotation **N0008292417**

**THE PINEY WOODS SCHOOL**
**PINEY WOODS, MS 39148**

* *

E2849894

VISA

```
VNUSASEID<<FREHIWOT<TARIKU<<<<<<<<<<<<<<<<<<
EP15486171ETH          0F1207057F1ADD02M0I351364
```



VISA

# VISA
## UNITED STATES OF AMERICA



Issuing Post Name
**ADDIS ABABA**
Surname
**SEID**
Given Name
**FREHIWOT TARIKU**
Passport Number
**EP1548617**

Sex
**F**

Entries
**M**

Issue Date
**06JAN2015**

Annotation
**N0008292417**

**JACKSON STATE UNIVERSITY**
**1400 J.R. LYNCH STREET**
**JACKSON MS 39217**

Control Number
**20143646610003**

Visa Type/Class
**R** — **F1**

Birth Date
▮▮▮▮▮

Nationality
**ETH**

Expiration Date
**29DEC2015**          **0100**

**H9983899**

\* \*

```
VNUSASEID<<FREHIWOT<TARIKU<<<<<<<<<<<<<<<<<
EP15486171ETH▮▮▮▮▮OF1512292F1ADD047BG351360
```