2/24/2017  I94 - Official Website



**U.S. Customs and Border Protection**
Securing America's Borders

## Most Recent I-94

**Admission (I-94) Record Number :** 20393148540
**Most Recent Date of Entry:** 2016 October 14
**Class of Admission :** B2
**Admit Until Date :** 04 / 13 / 2017
**Details provided on the I-94 Information form:**

| | |
|---|---|
| Last/Surname : | BERHANU |
| First (Given) Name : | MAHELAT |
| Birth Date : | ███████ |
| Passport Number : | EP4028645 |
| Country of Issuance : | Ethiopia |

[ Get Travel History ]

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date:

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

ይህ ፓስፖርት ለመላው ዓለም የፀና ነው/This passport is valid for all countries

ማስታወሻ/Observation Page

የኢትዮጵያ ፌደራላዊ ዲሞክራሲያዊ ሪፐብሊክ - Federal Democratic Republic Of Ethiopia
ፓስፖርት/PASSPORT    አይነት/Type P    ሀገር መለያ/Country Code ETH    ፓስፖርት ቁ./Passport No. EP4028645

የአባት ስም/Surname
ብርሃኑ/BERHANU
ስም ከአባት/Given Name
ማህሌት ታዬ/MAHELAT TAYE
ዜግነት/Nationality
ETHIOPIAN    ጾታ/S F    ተለይ ቁ/Personal No.
የትውልድ ቀን/Date of Birth
የትውልድ ቦታ/Place of Birth
ADDIS ABABA
የተሰጠበት ቀን/Date of Issue
17 JUN 16
የሚያበቃበት ቀን/Date of Expiry
6 JUN 21
የሰጠው ባለስልጣን/Issuing Authority
MAIN DEPARTMENT FOR IMMIGRATION AND NATIONALITY AFFAIRS



የባለፓስፖርቱ ፊርማ/Bearer's Signature





P<ETHBERHANU<<MAHELAT<TAYE<<<<<<<<<<<<<<<<<<<
EP40286450ETH███████3F2106168<<<<<<<<<<<<<<04







```
P<ETHBERHANU<<MAHELAT<TAYE<<<<<<<<<<<<<<<<<<
EP15486023ETH        3F1606258<<<<<<<<<<<<<06
```



```
VNUSABERHANU<<MAHELAT<TAYE<<<<<<<<<<<<<<<<<<<
EP15486023ETH        3F1505052B3ADD03FRH863421
```

