# State of Georgia
# Marriage Certificate
## County of DeKalb

This Certifies That

Natnael Lulie Tesfa and Frehiwot Tariku Seid

Were United In

# Marriage

By September Guy Judge

on the 8th day of November, 2018

In The City Of Decatur, County Of Dekalb Georgia

As Appears In my office this 14th day of November, 2018

_____
JUDGE OF THE PROBATE COURT, DEKALB COUNTY GA