| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | October 05, 2020 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | A209114342 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2190004129 | August 31, 2020 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| August 31, 2020 | Immediate Relative of U.S. citizen | |

FREHIWOT T. SEID
C/O SOCHEAT CHEA SOCHEAT CHEA PC    17   00004577
3500 DULUTH PARK LANE NW STE 300
DULUTH, GA  30096

**PAYMENT INFORMATION:**

Application/Petition Fee: $1,140.00
Biometrics Fee: $85.00
Total Amount Received: $1,225.00
Total Balance Due: $0.00

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  04/01/19

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | October 05, 2020 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | A209755298 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2190004126 | August 31, 2020 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| August 31, 2020 | Immediate Relative of U.S. citizen | |

MAHELAT T. BERHANU
C/O SOCHEAT CHEA SOCHEAT CHEA PC
3500 DULUTH PARK LANE NW STE 300    17   00004580
DULUTH, GA 30096

**PAYMENT INFORMATION:**

| Application/Petition Fee: | $1,140.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,225.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 04/01/19