Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**



| ASC Appointment Notice | CASE TYPE<br>I485; I765 | | NOTICE DATE<br>11/07/2020 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>MSC2190004126; IOE0909988357 | | USCIS A#<br>A209 755 298 | CODE<br>3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>NBC | PAGE<br>1 of 2 |

MAHELAT TAYE BERHANU
c/o SOCHEAT CHEA
SOCHEAT CHEA PC
3500 DULUTH PARK LANE NW STE 300
DULUTH GA 30096

NOV 12 2020



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**
USCIS ATLANTA
3358B Chamblee Tucker Road
Atlanta GA 30341

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**
**DATE AND TIME OF APPOINTMENT**
12/01/2020
01:00PM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**NOTE:** USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28, C.F.R., Section 16.34.

**NOTE:** If the USCIS ASC is **closed** due to inclement weather or for other unforeseen circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**REQUEST FOR RESCHEDULING**

☐ **Please reschedule my appointment.** Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586

**APPLICATION NUMBER**
I485 - MSC2190004126



**APPLICATION NUMBER 2**
I765 - IOE0909988357



**If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.**

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**



**ATTENTION**

**Important Changes to Biometrics Services Appointments Related to COVID-19**

As USCIS resumes biometrics services at our Application Support Centers (ASC), we want to protect the safety of our workforce and you. **Please read the entirety of this notice, do not come to your appointment if you are feeling sick, and follow all instructions below:**

**Appointments**

- Only appear on your scheduled date and time. You will not be processed if you appear on a different date or at a different time. Only military members will be processed as walk-ins.
- Do not arrive more than 15 minutes before your appointment.
- Complete the attached Applicant Information Worksheet and bring it to your appointment. This information is needed to complete the biometric collection process.
- If you are ill, you should reschedule your appointment. Follow the instructions on your appointment notice to reschedule.
- On the day of your appointment, please check the status of our offices. Office status information can be located here: www.uscis.gov/about-us/uscis-office-closings.

**Face coverings and Social Distancing:**

- In order to enter the facility, you must wear a face covering while visiting the ASC. USCIS may deny entry if you do not wear a face covering.
- Do not bring additional individuals or family members with you to your appointment. Only interpreters, attorneys or those providing needed assistance to you will be permitted to accompany you, and will be required to wear a face covering.
- You will be required to follow social distancing guidance when you arrive, such as sitting and standing apart from others.

**APPLICANT'S INFORMATION WORKSHEET (AIW)**

**NAME:** ______________________________
FIRST MIDDLE LAST

**LIST ANY OTHER NAMES USED** (MAIDEN NAME, PREVIOUS MARRIAGE, ALIAS, ETC.):

1) ______________________________
FIRST MIDDLE LAST

2) ______________________________
FIRST MIDDLE LAST

**DATE OF BIRTH:** ______________________________
MONTH DAY YEAR

**COUNTRY OF BIRTH:** ______________ **COUNTRY OF CITIZENSHIP:** ______________

**GENDER:** (CHECK ONE)
- ☐ MALE
- ☐ FEMALE
- ☐ OTHER

**RACE:** (CHECK ONE)
- ☐ ASIAN
- ☐ BLACK
- ☐ CAUCASIAN/LATINO
- ☐ NATIVE AMERICAN
- ☐ UNKNOWN

**EYE COLOR:** (CHECK ONE)
- ☐ BLACK
- ☐ BLUE
- ☐ BROWN
- ☐ GRAY
- ☐ GREEN
- ☐ HAZEL
- ☐ MAROON
- ☐ MULTICOLOR
- ☐ PINK
- ☐ UNKNOWN

**HAIR COLOR:** (CHECK ONE)
- ☐ BALD
- ☐ BLACK
- ☐ BLOND OR STRAWBERRY
- ☐ BLUE
- ☐ BROWN
- ☐ GRAY
- ☐ GREEN
- ☐ ORANGE
- ☐ PINK
- ☐ PURPLE
- ☐ RED OR AUBURN
- ☐ SANDY
- ☐ WHITE
- ☐ UNKNOWN

**HEIGHT:** ________ FEET/INCHES **OR** ________ CENTIMETERS **WEIGHT:** ________ POUNDS **OR** ________ KILOGRAMS

When you provide your digital signature, you will be attesting to the following:

I declare under penalty of perjury that I have reviewed and understand the document(s) identified by the receipt number displayed on the screen above, and that all the information in these materials is complete, true, and correct. This includes any application, petition, or request that I submitted, that I provided on behalf of my derivative beneficiary; that was submitted on my behalf; and supporting documents, applications, petitions, or requests filed with my application, petition, or request that I (or my attorney or accredited representative) filed with USCIS, or that was filed on my behalf.

**RETURN "AIW" TO APPLICANT**

AIW: REVISED 5/15/2019

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.**