

**CT Corporation**
**Service of Process Notification**
08/08/2023
CT Log Number 544461648

## Service of Process Transmittal Summary

| | |
|---|---|
| **TO:** | CATHY SCHUDA, Director Assistant<br>Target Corporation<br>1000 NICOLLET MALL, MS: TPS-3155<br>MINNEAPOLIS, MN 55403-2542 |
| **RE:** | **Process Served in Georgia** |
| **FOR:** | Target Enterprise Inc  (Domestic State: MN) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: MILDRED HENDRIX // To: Target Enterprise Inc |
| **CASE #:** | 23EV004629 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, Lawrenceville, GA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 08/08/2023 at 11:56 |
| **JURISDICTION SERVED:** | Georgia |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/08/2023, Expected Purge Date: 08/13/2023<br><br>Image SOP<br><br>Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>289 S. Culver St.<br>Lawrenceville, GA 30046<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**Exhibit B**



# PROCESS SERVER DELIVERY DETAILS

Date: Tue, Aug 8, 2023
Server Name: Drop Service

| Entity Served | TARGET ENTERPRISES INC |
|---|---|
| Case Number | 23EV004629 |
| Jurisdiction | GA |

| Inserts | | |
|---|---|---|
| | | |

