11-AA

# State of Minnesota
# SECRETARY OF STATE

*Certificate of Merger*

I, Mary Kiffmeyer, Secretary of State of Minnesota, certify that: the documents required to effectuate a merger between the entities listed below and designating the surviving entity have been filed in this office on the date noted on this certificate; and the qualification of any non-surviving entity to do business in Minnesota is terminated on the effective date of this merger.

*Merger Filed Pursuant to Minnesota Statutes, Chapter: 302A*

*State of Formation and Names of Merging Entities:*

    MN: DAYTON HUDSON CORPORATION

    MN: TARGET CORPORATION

*State of Formation and Name of Surviving Entity:*

    MN: DAYTON HUDSON CORPORATION

*Effective Date of Merger:* 1/30/2000---12:01 A.M.

*Name of Surviving Entity After Effective Date of Merger:*

    TARGET CORPORATION

*This certificate has been issued on:* 1/13/2000



Exhibit C

*Mary Kiffmeyer*
Secretary of State.