IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MILDRED HENDRIX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | _____ |
| ) | |
| TARGET ENTERPRISE, INC. (MN) ABC ) | |
| CORPS #1-3, and JOHN DOES #1-3, ) | Removed From Gwinnett |
| ) | State Court Civil Action File |
| Defendants. ) | No.: 23EV004629 |
| ) | |

**DEFENDANT TARGET CORPORATION'S
CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE-PARTY DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant Target Corporation ("Target") files its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation, that owns 10% or more of the stock of a party:

**a. Defendant Target Corporation.**

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**a. Michael Johnson;**

**b. Morgan & Morgan**

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**a. Michael Johnson (Morgan & Morgan) for Plaintiff Mildred Hendrix; and**

**b. Brian K. Mathis (Huff, Powell & Bailey, LLC) for Defendant Target Corporation.**

(4)   The undersigned further certifies that the following is a list of citizenship of all parties:

**a. Defendant Target Corporation is a domestic for Profit (Business) Corporation incorporated and domiciled in the State of Minnesota, with its principal place of business in Minnesota; for purposes of**

- 3 -

**determining diversity jurisdiction, Target is therefore a citizen of Minnesota. 28 U.S.C. § 1332(c)(2);**

b. **Plaintiff Mildred Hendrix is a citizen of the State of Georgia.**

This 7th day of September, 2023.

           Respectfully submitted,

           HUFF, POWELL & BAILEY, LLC

           */s/ Brian K. Mathis*
           BRIAN K. MATHIS
           Georgia Bar No.: 477026

           *Counsel for Defendant Target Enterprise, Inc. (Improperly Named Defendant)*

999 Peachtree Street, NE, Suite 950
Atlanta, Georgia 30309
(404) 892-4022
bmathis@huffpowellbailey.com

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

HUFF, POWELL & BAILEY, LLC

*/s/ Brian K. Mathis*
BRIAN K. MATHIS
Georgia Bar No.: 477026

*Counsel for Defendant Target Enterprise, Inc. (Improperly Named Defendant)*

999 Peachtree Street, NE, Suite 950
Atlanta, Georgia 30309
(404) 892-4022
bmathis@huffpowellbailey.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy the DEFENDANT TARGET CORPORATION'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE-PARTY DISCLOSURE STATEMENT upon all parties or their counsel of record via CM/ECF's Electronic Case Filing System and by Statutory Electronic Service, addressed as follows to assure delivery to:

Michael A. Johnson
MORGAN & MORGAN
PO BOX 57007
Atlanta, Georgia 30343-1007
majohnson@forthepeople.com

*Counsel for Plaintiff*

This 7th day of September, 2023.

HUFF, POWELL & BAILEY, LLC

*/s/ Brian K. Mathis*
BRIAN K. MATHIS
Georgia Bar No.: 477026

*Counsel for Defendant Target Enterprise, Inc. (Improperly Named Defendant)*

999 Peachtree Street, NE, Suite 950
Atlanta, Georgia 30309
(404) 892-4022
bmathis@huffpowellbailey.com