FedEx 146525 Rev. 1/19 RRD00 20

**FedEx**

ORIGIN ID:VLDA   (229) 472-5759
KUCK BAXTER IMMIGRATION LLC
124 S BURWELL AVE

ADEL, GA 31620
UNITED STATES US

TO **U.S.C.I.S. VERMONT SERVICE CENTER**
   **ATTN: I-918**
   **38 RIVER RD**

**ESSEX JUNCTION VT 05479**
(229) 472-5759

SHIP DATE: 09DEC21
ACTWGT:0.01 LB
CAD: 112631497/WSXI3600

BILL SENDER

56DJ3/E934/FE4A



**FedEx**
Express

J21222110180 1uv

TRK# 2873 2400 4719
0201

**XE EFKA**

FRI — 10 DEC 1:00P
PRIORITY OVERNIGHT

05479
RES

VT-US   BTV


**KUCK | BAXTER**
IMMIGRATION

**ELIZABETH MATHERNE**                    **E-MAIL:EMATHERNE@IMMIGRATION.NET**

December 7, 2021

**VIA PRIORITY MAIL**
U.S. Citizenship and Immigration Services
Vermont Service Center
Attn: I-918
38 River Road
Essex Junction, VT 05479-0001

RE:   **Form I-918, Petition for U Nonimmigrant Status**
**Principal Applicant:** Ms. Luz Palma Ozuna
**Derivative Applicant: Jonathan Palma Ozuna**

Dear Sir or Madam:

In connection with the Petition for U Nonimmigrant Status on behalf of Ms. Luz
Palma Ozuna, we enclose the following documents:

1. **Form G-28**; Notice of Appearance as Attorney or Representative;

2. **Form I-918**, Petition for U Nonimmigrant Status, with two passport style photos;

3. **Form I-918**, Supplement B, U Nonimmigrant Certification and police reports;

4. **Form I-918**, Supplement A, Petition for Qualifying Family member of U-1 Recipient,
   with two passport style photos;

5. **Form I-765**, Application for Employment Authorization, with required filing fee of
   $410.00 for Derivative Applicant; and

6. **Addendum** listing documentation supporting the petition, with originals and/or
   photocopies attached thereto.

Ms. Luz Palma Ozuna (Applicant) is a citizen and native of Mexico, was born on
December 15, 1981 in Acapulco de Juarez, Guerrero. *See **Exhibit 1** (Applicant's birth
certificate)*. Ms. Palma Ozuna first entered the United States without inspection in or around
2003 in or around Arizona. She has lived in the United States ever since. Ms. Palma Ozuna
presently resides at 602 Summit Pointe Way, Atlanta, GA 30329.

365 Northridge Road
Suite 300
Atlanta, GA 30350
404-816-8611
404-816-8615

365 Northridge Road
Suite 300
Atlanta, Georgia 30350
P (404) 816-8611
F (404) 816-8615

WWW.IMMIGRATION.NET
www.immigration.net



On Tuesday August 25, 2020, in Panama city beach Ms. Palma Ozuna daughter ( Evelen Arredando) was molested by her aunt's significant other at the time. The applicant's daughter had gone on a weekend getaway with her aunt, her cousin and her aunt's partner. While Ms. Palma Ozuna daughter was asleep in their hotel room, the offender (Manuel Hernandez) stated inappropriately touching Ms. Palma Ozuna daughter as she slept. Evelen immediately woke up and ran off to call her mother to inform her of what was happening and to come rescue her. Ms. Palma Ozuna who was staying at a hotel nearby rushed over to her daughter and called 911. Mr. Maunel Hernandez was promptly arrested and charged with Lewd/Lascivious molestation. *See attached police reports. Under Florida Statute 800.04(5), the crime of **Lewd or Lascivious Molestation** is committed when a person intentionally touches the breasts, genitals, or buttocks of a child younger than 16 in a lewd or lascivious manner; or encourages, forces, or entices a child younger than 16 to touch another person in a lewd or lascivious manner.*

In an effort to describe the events of August 25, 2020, Ms. Palma Ozuna prepared the attached notarized personal statement as well as documents from her daughter's counselling sessions for the past year.

Ms. Palma Ozuna adolescent daughter was the victim of "*Lewd or Lascivious Molestation*" within the meaning of 8 CFR § 214.14. *Victim of qualifying criminal activity* is defined as "…an alien who has suffered direct or proximate harm as a result of the commission of qualifying criminal activity." See 8 CFR § 214.14(a)(14).

*Qualifying crime or qualifying criminal activity* includes the following or any similar activities in violation of Federal, State or local criminal law of the United States: "*Rape; torture; trafficking; incest; domestic violence, **sexual assault; abusive sexual contact;** prostitution; sexual exploitation; female genital mutilation; being held hostage; peonage; involuntary servitude; slave trade; kidnapping; abduction; unlawful criminal restraint; false imprisonment; blackmail; extortion; manslaughter; murder; felonious assault; witness tampering; obstruction of justice; perjury; or attempt, conspiracy or solicitation to commit any of the above mentioned crimes.*" See 8 CFR § 214.14(a)(9).

An alien is eligible for U-1 nonimmigrant status if he or she demonstrates all of the following:

1) "The alien has suffered substantial physical or mental abuse as a result of having been a victim of qualifying criminal activity." 8 CFR § 214.14(b)(1)
2) "The alien possesses credible and reliable information establishing that he or she has knowledge of the details concerning the qualifying criminal activity upon which his or her petition is based." 8 CFR §214.14(b)(2).
3) "The alien has been helpful, is being helpful, or is likely to be helpful to a certifying agency in the investigation or prosecution of the qualifying criminal



activity upon which his or her petition is based, and since the initiation of cooperation, has not refused or failed to provide information and assistance reasonably requested." 8 CFR §214.14(b)(3).

4) "The qualifying criminal activity occurred in the United States (including Indian country and U.S. military installations) or in the territories or possessions of the United States or violated a U.S. federal law that provides for extraterritorial jurisdiction to prosecute the offense in a U.S. federal court." 8 CFR §214.14(b)(4).

The evidence hereto presented makes clear that Ms. Palma Ozuna and her derivative applicant meet all of the above-listed criteria for U-1 nonimmigrant status. They have suffered substantial mental and emotional trauma because of the assault on Evelen Palam that occurred on August 25, 2020, during which her aunt's ex-boyfriend, Mr. Hernandez sexually assaulted her while she slept. Ms. Palma Ozuna and her family cooperated with law enforcement and prosecutors and, as the U-Visa Certification indicates, she consented to being interviewed and appearing in court. *See Form I-918 Supplement B.* Their cooperation resulted in a plea of *Nolo Contest* from Mr. Hernandez on the two counts of Lewd or Lascivious Molestation (*See Sentencing Order*). He was sentenced to prison in the state of Florida. Lastly, the criminal activity clearly occurred within the United States.

Ms. Palma Ozuna has never been prosecuted or convicted for any criminal offense. On December 4, 2011, she was arrested for the offense of "Battery" in Atlanta, Georgia after an altercation between her and a co-worker occurred. Prosecutors declined to prosecute and marked case NOD *(Not on Docket, dismissed),* and instead offered to enroll her in a Pretrial Diversion Program, which she completed. Signed off by assistant Solicitor General Mrs. Carmen D. Smith. She also has had a few traffic violations which she immediately handled and currently has no outstanding balances or warrants with the courts.

Based on the foregoing, Ms. Palma Ozuna meet the eligibility requirements for the conferral of U-1 Nonimmigrant Status.

Thank you for your assistance with the enclosed applications. Please contact me at (404) 816-8611 if you require any further information.

Very truly yours,

**ELIZABETH MATHERNE**

EM/LV
Enclosures
35802.0



## ADDENDUM

### To Petition for U Nonimmigrant Status (Form I-918)

**Principal Applicant:**      Luz Palma Ozuna

Derivative Applicant:      Jonathan Palma Ozuna

---

1. Complete copy of Applicant's current passport

2. Copy of Applicant's and Derivative Applicant birth certificate with English translation;

3. Copies of birth certificates of Applicant's children with English translations.

4. A detailed and notarized affidavit written by Applicant regarding the events that happened in connection with the crime, explaining how Applicant has been affected physically, emotionally, and mentally.

5. Copy of Applicant's final judgement and decree

6. Copies of police reports relating to the incident;

7. Copies of medical or psychological records for Applicant daughter relating to the incident; and

8. Certified copies of any criminal charges or convictions for Applicant.

 

Luz Palma Ozuna

 

Jonathan

Palma Ozuna







**Notice of Entry of Appearance**
**as Attorney or Accredited Representative**

Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

### Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any)

   ▶ [                    ]

#### Name of Attorney or Accredited Representative

2.a. Family Name (Last Name)  Matherne

2.b. Given Name (First Name)  Elizabeth

2.c. Middle Name  [            ]

#### Address of Attorney or Accredited Representative

3.a. Street Number and Name  P.O. Box 501359

3.b. ☐ Apt. ☐ Ste. ☐ Flr. [            ]

3.c. City or Town  Atlanta

3.d. State  GA    3.e. ZIP Code  31150

3.f. Province  [            ]

3.g. Postal Code  [            ]

3.h. Country
   United States

#### Contact Information of Attorney or Accredited Representative

4. Daytime Telephone Number
   (229) 472-5758

5. Mobile Telephone Number (if any)
   [            ]

6. Email Address (if any)
   ematherne@immigration.net

7. Fax Number (if any)
   (404) 816-8615

---

### Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

1.a. ☑ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

   Licensing Authority
   Supreme Court FL, GA

1.b. Bar Number (if applicable)
   FL 53540, GA 547425

1.c. I (select **only one** box) ☑ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable)
   Kuck Baxter Immigration LLC

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization
   [            ]

2.c. Date of Accreditation (mm/dd/yyyy)
   [            ]

3. ☐ I am associated with
   [            ] ,
   the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate
   [            ]

---

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☑ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

I-918

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):
☑ Applicant   ☐ Petitioner   ☐ Requestor
☐ Beneficiary/Derivative   ☐ Respondent (ICE, CBP)

### Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)    Palma Ozuna

**6.b.** Given Name (First Name)    Luz

**6.c.** Middle Name    Adriana

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

▶

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A-

### Client's Contact Information

**10.** Daytime Telephone Number

**11.** Mobile Telephone Number (if any)

(404) 483-2379

**12.** Email Address (if any)

adriannapalmas57@yahoo.com

### Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name    602 Summit Pointe Way

**13.b.** ☐ Apt.   ☐ Ste.   ☐ Flr.

**13.c.** City or Town    Atlanta

**13.d.** State   GA   **13.e.** ZIP Code   30329

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

United States

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4. Client's Consent to Representation and Signature (continued)

### *Options Regarding Receipt of USCIS Notices and Documents*

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** ☑ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☑ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

> **NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☑ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### *Signature of Client or Authorized Signatory for an Entity*

**2.a.** Signature of Client or Authorized Signatory for an Entity

➡ *[signature]*

**2.b.** Date of Signature (mm/dd/yyyy)  `11-22-2021`

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.** Signature of Attorney or Accredited Representative

*[signature]*

**1.b.** Date of Signature (mm/dd/yyyy)  `12/9/21`

**2.a.** Signature of Law Student or Law Graduate

**2.b.** Date of Signature (mm/dd/yyyy)

## Part 6.  Additional Information

If you need extra space to provide any additional information
within this form, use the space below.  If you need more space
than what is provided, you may make copies of this page to
complete and file with this form or attach a separate sheet of
paper.  Type or print your name at the top of each sheet;
indicate the **Page Number**, **Part Number**, and **Item Number**
to which your answer refers; and sign and date each sheet.

**1.a** Family Name
(Last Name)        Palma Ozuna

**1.b.** Given Name
(First Name)       Luz

**1.c.** Middle Name       Adriana

**2.a.** Page Number   **2.b.** Part Number   **2.c.** Item Number

**2.d.**

**3.a.** Page Number   **3.b.** Part Number   **3.c.** Item Number

**3.d.**

**4.a.** Page Number   **4.b.** Part Number   **4.c.** Item Number

**4.d.**

**5.a.** Page Number   **5.b.** Part Number   **5.c.** Item Number

**5.d.**

**6.a.** Page Number   **6.b.** Part Number   **6.c.** Item Number

**6.d.**



# Petition for U Nonimmigrant Status

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-918**
OMB No. 1615-0104
Expires 04/30/2021

| For USCIS Use Only | Remarks | Receipt | Action Block |
|---|---|---|---|

| U.S. Embassy Consulate | Validity Dates (mm/dd/yyyy) From: / / To: / / | Wait Listed | |
|---|---|---|---|
| | | Stamp Number   Date (mm/dd/yyyy) | |

| To be completed by an attorney or accredited representative (if any). | ☑ Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable) FL 53540, GA 547425 | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|

▶ **START HERE - Type or print in black or blue ink.**

## Part 1. Information About You (Person filing this petition as a victim)

**1.a.** Family Name (Last Name)  Palma Ozuna

**1.b.** Given Name (First Name)  Luz

**1.c.** Middle Name  Adriana

**Other Names Used** (Include maiden name, nicknames, and aliases, if applicable)

**2.a.** Family Name (Last Name)  N/A

**2.b.** Given Name (First Name)  N/A

**2.c.** Middle Name  N/A

### Home Address

**3.a.** Street Number and Name  602 Summit Pointe Way

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**3.c.** City or Town  Atlanta

**3.d.** State  GA   **3.e.** ZIP Code  30329

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country  United States

### Safe Mailing Address (if other than Home Address)

**4.a.** In Care Of Name  N/A

**4.b.** Street Number and Name  N/A

**4.c.** ☐ Apt. ☐ Ste. ☐ Flr.  N/A

**4.d.** City or Town  N/A

**4.e.** State   **4.f.** ZIP Code

**4.g.** Province  N/A

**4.h.** Postal Code  N/A

**4.i.** Country  N/A

### Other Information

**5.** Alien Registration Number (A-Number) (if any)
▶ A- N / A

**6.** U.S. Social Security Number (if any)
▶ N / A

**7.** USCIS Online Account Number (if any)
▶ N/A

**8.** Marital Status
☐ Single ☐ Married ☑ Divorced ☐ Widowed

## Part 1. Information About You (continued)

**9.** Gender ☐ Male ☑ Female

**10.** Date of Birth (mm/dd/yyyy) `12/15/1981`

**11.** Country of Birth
`Mexico`

**12.** Country of Citizenship or Nationality
`Mexico`

**13.** Form I-94 Arrival-Departure Record Number
▶ `N` / `I` `A`

**14.** Passport Number `G307471765`

**15.** Travel Document Number `N/A`

**16.** Country of Issuance for Passport or Travel Document
`Mexico`

**17.** Date of Issuance for Passport or Travel Document (mm/dd/yyyy) `10/31/2018`

**18.** Expiration Date for Passport or Travel Document (mm/dd/yyyy) `10/31/2021`

Place and Date of Last Entry into the United States and Date Authorized Stay Expired

**19.a.** City or Town `N/A`

**19.b.** State `AZ`

**20.** Date of Last Entry into the United States (mm/dd/yyyy) `2003`

**21.** Date Authorized Stay Expired (mm/dd/yyyy) `N/A`

**22.** Current Immigration Status
`EWI`

## Part 2. Additional Information About You

Answering "Yes" to the following questions below requires explanations and supporting documentation. Attach relevant documents in support of your claims that you are a victim of criminal activity listed in the Immigration and Nationality Act (INA) section 101(a)(15)(U)(iii). You must also attach a personal narrative statement describing the criminal activity of which you are a victim. If you are only petitioning for U derivative status for qualifying family members subsequent to your (the principal petitioner) initial filing, you are not required to submit evidence supporting the original petition with the new Form I-918.

If you need extra space to complete **Part 2.**, use the space provided in **Part 8. Additional Information.**

Select "Yes" or "No," as appropriate, for each of the following questions.

**1.** I am a victim of criminal activity listed in the INA at section 101(a)(15)(U)(iii). ☐ Yes ☑ No

**2.** I have suffered substantial physical or mental abuse as a result of having been a victim of this criminal activity. ☐ Yes ☑ No

**3.** I possess information concerning the criminal activity of which I was a victim. ☑ Yes ☐ No

**4.** I am submitting Form I-918, Supplement B, U Nonimmigrant Status Certification, from a certifying official. ☑ Yes ☐ No

**5.** The crime of which I am a victim occurred in the United States (including Indian country and military installations) or violated the laws of the United States. ☐ Yes ☑ No

**6.** I am under 16 years of age. ☐ Yes ☑ No

**7.a.** I was or am in immigration proceedings. ☐ Yes ☑ No

If you answered "Yes," select the type of proceedings. If you were in proceedings in the past and are no longer in proceedings, provide the date of action. If you are currently in proceedings, type or print "Current" in the appropriate date field. Select **all** applicable boxes. Use the space provided in **Part 8. Additional Information** to provide an explanation.

**7.b.** ☐ Removal Proceedings
Removal Date (mm/dd/yyyy) `_____`

**7.c.** ☐ Exclusion Proceedings
Exclusion Date (mm/dd/yyyy) `_____`

**7.d.** ☐ Deportation Proceedings
Deportation Date (mm/dd/yyyy) `_____`

**7.e.** ☐ Rescission Proceedings
Rescission Date (mm/dd/yyyy) `_____`

**7.f.** ☐ Judicial Proceedings
Judicial Date (mm/dd/yyyy) `_____`

## Part 2. Additional Information About You (continued)

**Provide the date of entry, place of entry, and status under which you entered the United States for each entry during the five years preceding the filing of this petition.**

**8.a.** Date of Entry (mm/dd/yyyy)  `07/2005`

Place of Entry into the United States

**8.b.** City or Town

**8.c.** State  `AZ`

**8.d.** Status at the Time of Entry (for example, F-1 student, B-2 tourist, entered without inspection)
`EWI`

**9.a.** Date of Entry (mm/dd/yyyy)  `2003`

Place of Entry into the United States

**9.b.** City or Town

**9.c.** State  `AZ`

**9.d.** Status at the Time of Entry (for example, F-1 student, B-2 tourist, entered without inspection)
`EWI`

**10.a.** Date of Entry (mm/dd/yyyy)  `N/A`

Place of Entry into the United States

**10.b.** City or Town  `N/A`

**10.c.** State  `N/A`

**10.d.** Status at the Time of Entry (for example, F-1 student, B-2 tourist, entered without inspection)
`N/A`

**If you are outside of the United States, provide the U.S. Consulate or inspection facility or a safe foreign mailing address you want notified if this petition is approved.**

**11.a.** Type of Office (Select **only one** box):

☐ U.S. Consulate   ☐ Pre-Flight Inspection
☐ Port-of-Entry

**11.b.** City or Town  `N/A`

**11.c.** State  `N/A`

**11.d.** Country  `N/A`

**Safe Foreign Address Where You Want Notification Sent** (if other than U.S. Consulate, Pre-Flight Inspection, or Port-of-Entry)

**12.a.** Street Number and Name  `N/A`

**12.b.** ☐ Apt.  ☐ Ste.  ☐ Flr.

**12.c.** City or Town  `N/A`

**12.d.** Province  `N/A`

**12.e.** Postal Code  `N/A`

**12.f.** Country  `N/A`

## Part 3. Processing Information

Answer the following questions about yourself. For the purposes of this petition, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

**NOTE:** If you answer "Yes" to **ANY** question in **Part 3.**, provide an explanation in the space provided in **Part 8. Additional Information**.

**NOTE:** Answering "Yes" does not necessarily mean that U.S. Citizenship and Immigration Services (USCIS) will deny your Petition for U Nonimmigrant Status.

Have you **EVER**:

**1.a.** Committed a crime or offense for which you have not been arrested?  ☑ Yes  ☐ No

**1.b.** Been arrested, cited, or detained by any law enforcement officer (including Department of Homeland Security (DHS), former Immigration and Naturalization Service (INS), and military officers) for any reason?  ☑ Yes  ☐ No

**1.c.** Been charged with committing any crime or offense?  ☑ Yes  ☐ No

**1.d.** Been convicted of a crime or offense (even if the violation was subsequently expunged or pardoned)?  ☑ Yes  ☐ No

**1.e.** Been placed in an alternative sentencing or a rehabilitative program (for example, diversion, deferred prosecution, withheld adjudication, deferred adjudication)?  ☑ Yes  ☐ No

## Part 3. Processing Information (continued)

**1.f.** Received a suspended sentence, been placed on probation, or been paroled? ☑ Yes ☐ No

**1.g.** Been in jail or prison? ☑ Yes ☐ No

**1.h.** Been the beneficiary of a pardon, amnesty, rehabilitation, or other act of clemency or similar action? ☐ Yes ☑ No

**1.i.** Exercised diplomatic immunity to avoid prosecution for a criminal offense in the United States? ☐ Yes ☑ No

### Information About Arrests, Citations, Detentions, or Charges

If you answered "Yes" to any of the above questions, respond to the questions below to provide additional details. If you need extra space, use the space provided in **Part 8. Additional Information**.

**2.a** Why were you arrested, cited, detained, or charged?

Driving w/o a license/ Failure to obey traffic laws

**2.b.** Date of arrest, citation, detention, or charge (mm/dd/yyyy)

12/4/2011

Where were you arrested, cited, detained, or charged?

**2.c.** City or Town   Atlanta

**2.d.** State   GA

**2.e.** Country

United States

**2.f.** Outcome or disposition (for example, no charges filed, charges dismissed, jail, probation)

Fine

**3.a** Why were you arrested, cited, detained, or charged?

Assault

**3.b.** Date of arrest, citation, detention, or charge (mm/dd/yyyy)

4/11/2010

Where were you arrested, cited, detained, or charged?

**3.c.** City or Town   Atlanta

**3.d.** State   GA

**3.e.** Country

United States

**3.f.** Outcome or disposition (for example, no charges filed, charges dismissed, jail, probation)

Completed probation

### Have you **EVER**:

**4.a.** Engaged in, or do you intend to engage in, prostitution or procurement of prostitution? ☐ Yes ☑ No

**4.b.** Engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☑ No

**4.c.** Knowingly encouraged, induced, assisted, abetted, or aided any alien to try to enter the United States illegally? ☐ Yes ☑ No

**4.d.** Illicitly trafficked in any controlled substance or knowingly assisted, abetted, or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☑ No

Have you **EVER** committed, planned or prepared, participated in, threatened to, attempted to, conspired to commit, gathered information for, or solicited funds for any of the following:

**5.a.** Hijacking or sabotage of any conveyance (including an aircraft, vessel, or vehicle)? ☐ Yes ☑ No

**5.b.** Seizing or detaining, and threatening to kill, injure, or continue to detain, another individual in order to compel a third person (including a governmental organization) to do or abstain from doing any act as an explicit or implicit condition for the release of the individual seized or detained? ☐ Yes ☑ No

**5.c.** Assassination? ☐ Yes ☑ No

**5.d.** The use of any firearm with intent to endanger, directly or indirectly, the safety of one or more individuals or to cause substantial damage to property? ☐ Yes ☑ No

**5.e.** The use of any biological agent, chemical agent, nuclear weapon or device, explosive, or other weapon or dangerous device, with intent to endanger, directly or indirectly, the safety of one or more individuals or to cause substantial damage to property? ☐ Yes ☑ No

Have you **EVER** been a member of, solicited money or members for, provided support for, attended military training (as defined in section 2339D(c)(1) of Title 18, United States Code) by or on behalf of, or been associated with any other group of two or more individuals, whether organized or not, which has been designated as, or has engaged in or has a subgroup which has been designated as, or has engaged in:

**6.a.** A terrorist organization under section 219 of the INA? ☐ Yes ☑ No

**6.b.** Hijacking or sabotage of any conveyance (including an aircraft, vessel, or vehicle)? ☐ Yes ☑ No

## Part 3. Processing Information (continued)

**6.c.** Seizing or detaining, and threatening to kill, injure, or continue to detain, another individual in order to compel a third person (including a governmental organization) to do or abstain from doing any act as an explicit or implicit condition for the release of the individual seized or detained? ☐ Yes ☑ No

**6.d.** Assassination? ☐ Yes ☑ No

**6.e.** The use of any firearm with intent to endanger, directly or indirectly, the safety of one or more individuals or to cause substantial damage to property? ☐ Yes ☑ No

**6.f.** The use of any biological agent, chemical agent, nuclear weapon or device, explosive, or other weapon or dangerous device, with intent to endanger, directly or indirectly, the safety of one or more individuals or to cause substantial damage to property? ☐ Yes ☑ No

**6.g.** Soliciting money or members or otherwise providing material support to a terrorist organization? ☐ Yes ☑ No

Do you intend to engage in the United States in:

**7.a.** Espionage? ☐ Yes ☑ No

**7.b.** Any unlawful activity, or any activity the purpose of which is in opposition to, or the control, or overthrow of the government of the United States? ☐ Yes ☑ No

**7.c.** Solely, principally, or incidentally in any activity related to espionage or sabotage or to violate any law involving the export of goods, technology, or sensitive information? ☐ Yes ☑ No

**8.** Have you **EVER** been or do you continue to be a member of the Communist or other totalitarian party, except when membership was involuntary? ☐ Yes ☑ No

**9.** Have you **EVER**, during the period of March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ordered, incited, assisted or otherwise participated in the persecution of any person because of race, religion, nationality, membership in a particular social group, or political opinion? ☐ Yes ☑ No

Have you **EVER** ordered, incited, called for, committed, assisted, helped with, or otherwise participated in any of the following:

**10.a.** Acts involving torture or genocide? ☐ Yes ☑ No

**10.b.** Killing any person? ☐ Yes ☑ No

**10.c.** Intentionally and severely injuring any person? ☐ Yes ☑ No

**10.d.** Engaging in any kind of sexual conduct or relations with any person who was being forced or threatened? ☐ Yes ☑ No

**10.e.** Limiting or denying any person's ability to exercise religious beliefs? ☐ Yes ☑ No

**10.f.** The persecution of any person because of race, religion, national origin, membership in a particular social group, or political opinion? ☐ Yes ☑ No

**10.g.** Displacing or moving any person from their residence by force, threat of force, compulsion, or duress? ☐ Yes ☑ No

**NOTE:** If you answered "Yes" to any question in **Item Numbers 10.a. - 10.g.,** please describe the circumstances in **Part 8. Additional Information.**

**11.** Have you **EVER** advocated that another person commit any of the acts described in the preceding question, urged, or encouraged another person, to commit such acts? ☐ Yes ☑ No

Have you **EVER** been present or nearby when any person was:

**12.a.** Intentionally killed, tortured, beaten, or injured? ☐ Yes ☑ No

**12.b.** Displaced or moved from his or her residence by force, compulsion, or duress? ☐ Yes ☑ No

**12.c.** In any way compelled or forced to engage in any kind of sexual contact or relations? ☐ Yes ☑ No

Have you **EVER**:

**13.a.** Served in, been a member of, assisted in, or participated in any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, rebel group, guerilla group, militia, or other insurgent organization? ☐ Yes ☑ No

## Part 3. Processing Information (continued)

**13.b.** Served in any prison, jail, prison camp, detention facility, labor camp, or any other situation that involved detaining persons? ☐ Yes ☑ No

**13.c.** Served in, been a member of, assisted in, or participated in any group, unit, or organization of any kind in which you or other persons transported, possessed, or used any type of weapon? ☐ Yes ☑ No

**NOTE:** If you answered "Yes" to any question in **Item Numbers 13.a. - 13.c.**, please describe the circumstances in **Part 8. Additional Information.**

Have you **EVER**:

**14.a.** Received any type of military, paramilitary, or weapons training? ☐ Yes ☑ No

**14.b.** Been a member of, assisted in, or participated in any group, unit, or organization of any kind in which you or other persons used any type of weapon against any person or threatened to do so? ☐ Yes ☑ No

**14.c.** Assisted or participated in selling or providing weapons to any person who to your knowledge used them against another person, or in transporting weapons to any person who to your knowledge used them against another person? ☐ Yes ☑ No

**NOTE:** If you answered "Yes" to any question in **Item Numbers 14.a. - 14.c.**, please describe the circumstances in **Part 8. Additional Information.**

Have you **EVER**:

**15.a.** Recruited, enlisted, conscripted, or used any person under 15 years of age to serve in or help an armed force or group? ☐ Yes ☑ No

**15.b.** Used any person under 15 years of age to take part in hostilities, or to help or provide services to people in combat? ☐ Yes ☑ No

**16.** Are you **NOW** in removal, exclusion, rescission, or deportation proceedings? ☐ Yes ☑ No

**17.** Have you **EVER** had removal, exclusion, rescission, or deportation proceedings initiated against you? ☐ Yes ☑ No

**18.** Have you **EVER** been removed, excluded, or deported from the United States? ☐ Yes ☑ No

**19.** Have you **EVER** been ordered to be removed, excluded, or deported from the United States? ☐ Yes ☑ No

**20.** Have you **EVER** been denied a visa or denied admission to the United States? ☐ Yes ☑ No

**21.** Have you **EVER** been granted voluntary departure by an immigration officer or an immigration judge and failed to depart within the allotted time? ☐ Yes ☑ No

**22.** Are you **NOW** under a final order or civil penalty for violating section 274C of the INA (producing and/or using false documentation to unlawfully satisfy a requirement of the INA)? ☐ Yes ☑ No

**23.** Have you **EVER**, by fraud or willful misrepresentation of a material fact, sought to procure or procured a visa or other documentation, for entry into the United States or any immigration benefit? ☐ Yes ☑ No

**24.** Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces or U.S. Coast Guard? ☐ Yes ☑ No

**25.** Have you **EVER** been a J nonimmigrant exchange visitor who was subject to the 2-year foreign residence requirement and not yet complied with that requirement or obtained a waiver of such? ☐ Yes ☑ No

**26.** Have you **EVER** detained, retained, or withheld the custody of a child, having a lawful claim to United States citizenship, outside the United States from a United States citizen granted custody? ☐ Yes ☑ No

**27.** Do you plan to practice polygamy in the United States? ☐ Yes ☑ No

**28.** Have you **EVER** entered the United States as a stowaway? ☐ Yes ☑ No

**29.a.** Do you **NOW** have a communicable disease of public health significance? ☐ Yes ☑ No

**29.b.** Do you **NOW** have or have you **EVER** had a physical or mental disorder and behavior (or a history of behavior that is likely to recur) associated with the disorder which has posed or may pose a threat to the property, safety, or welfare of yourself or others? ☐ Yes ☑ No

**29.c.** Are you **NOW** or have you **EVER** been a drug abuser or drug addict? ☐ Yes ☑ No

## Part 4. Information About Your Spouse and/or Children

If you need extra space to complete Part 4., use the space provided in Part 8. Additional Information.

**1.a.** Family Name (Last Name): Palma Ozuna

**1.b.** Given Name (First Name): Jonathan

**1.c.** Middle Name:

**2.** Date of Birth (mm/dd/yyyy): 12/18/2001

**3.** Country of Birth: Mexico

**4.** Relationship: Child

**5.** Current Location: United States

**6.a.** Family Name (Last Name): Arredondo Palma

**6.b.** Given Name (First Name): Evelin

**6.c.** Middle Name:

**7.** Date of Birth (mm/dd/yyyy): 1/13/2008

**8.** Country of Birth: United States

**9.** Relationship: Child

**10.** Current Location: United States

**11.a.** Family Name (Last Name): Arredondo Palma

**11.b.** Given Name (First Name): Axel

**11.c.** Middle Name:

**12.** Date of Birth (mm/dd/yyyy): 11/21/2004

**13.** Country of Birth: United States

**14.** Relationship: child

**15.** Current Location: United States

**16.a.** Family Name (Last Name):

**16.b.** Given Name (First Name):

**16.c.** Middle Name:

**17.** Date of Birth (mm/dd/yyyy):

**18.** Country of Birth:

**19.** Relationship:

**20.** Current Location:

**21.a.** Family Name (Last Name):

**21.b.** Given Name (First Name):

**21.c.** Middle Name:

**22.** Date of Birth (mm/dd/yyyy):

**23.** Country of Birth:

**24.** Relationship:

**25.** Current Location:

### Filing On Behalf of Family Members

**26.** I am petitioning for one or more qualifying family members. ☑ Yes ☐ No

**NOTE:** If you answered "Yes" to **26.**, you must complete and include Supplement A for each family member for whom you are petitioning.

## Part 5. Petitioner's Statement, Contact Information, Declaration, and Signature

**NOTE:** Read the **Penalties** section of the Form I-918 Instructions before completing this part.

### Petitioner's Statement

**NOTE:** Select the box for either **1.a.** or **1.b.** If applicable, select the box for **2.**

**1.a.** [ ] I can read and understand English, and I have read and understand every question and instruction on this petition and my answer to every question.

**1.b.** [✓] The interpreter named in **Part 6.** read to me every question and instruction on this petition and my answer to every question in

[_____],

a language in which I am fluent, and I understood everything.

**2.** [✓] At my request, the preparer named in **Part 7.**,

[Elizabeth Matherne],

prepared this petition for me based only upon information I provided or authorized.

### Petitioner's Contact Information

**3.** Petitioner's Daytime Telephone Number
[(404) 483-2379]

**4.** Petitioner's Mobile Telephone Number (if any)
[(404) 483-2379]

**5.** Petitioner's Email Address (if any)
[adriannapalmas57@yahoo.com]

### Petitioner's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any of my records that USCIS may need to determine my eligibility for the immigration benefit I seek.

I further authorize release of information contained in this petition, in supporting documents, and in my USCIS records to other entities and persons where necessary for the administration and enforcement of U.S. immigration laws.

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

**1)** I provided or authorized all of the information contained in, and submitted with, my petition;
**2)** I reviewed and understood all of the information in, and submitted with, my petition; and
**3)** All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that all of the information in my petition and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my petition, and that all of this information is complete, true, and correct.

### Petitioner's Signature

**6.a.** Petitioner's Signature
➡ [signature]

**6.b.** Date of Signature (mm/dd/yyyy) [11-22-2021]

**NOTE TO ALL PETITIONERS:** If you do not completely fill out this petition or fail to submit required documents listed in the Instructions, USCIS may deny your petition.

**NOTE:** A parent or legal guardian may sign for a person who is less than 14 years of age. A legal guardian may sign for a mentally incompetent person.

## Part 6. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

**1.a.** Interpreter's Family Name (Last Name)
[Vermenten]

**1.b.** Interpreter's Given Name (First Name)
[Lynne]

**2.** Interpreter's Business or Organization Name (if any)
[_____]

## Part 6.  Interpreter's Contact Information, Certification, and Signature (continued)

### Interpreter's Mailing Address

**3.a.** Street Number and Name

**3.b.** ☐ Apt.  ☐ Ste.  ☐ Flr.

**3.c.** City or Town

**3.d.** State

**3.e.** ZIP Code

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number

**5.** Interpreter's Mobile Telephone Number (if any)

**6.** Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and **Spanish**, which is the same language specified in **Part 5., 1.b.**, and I have read to this petitioner in the identified language every question and instruction on this petition and his or her answer to every question.  The petitioner informed me that he or she understands every instruction, question, and answer on the petition, including the **Petitioner's Declaration and Certification**, and has verified the accuracy of every answer.

### Interpreter's Signature

**7.a.** Interpreter's Signature (sign in ink)

**7.b.** Date of Signature (mm/dd/yyyy)   11/22/2021

## Part 7.  Contact Information, Declaration, and Signature of the Person Preparing this Petition, if Other Than the Petitioner

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name)
Matherne

**1.b.** Preparer's Given Name (First Name)
Elizabeth

**2.** Preparer's Business or Organization Name (if any)
Kuck Baxter Immigration LLC

### Preparer's Mailing Address

**3.a.** Street Number and Name   P.O. Box 501359

**3.b.** ☐ Apt.  ☐ Ste.  ☐ Flr.

**3.c.** City or Town   Atlanta

**3.d.** State   GA   **3.e.**   ZIP Code   31150

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country
United States

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number
(229) 472-5758

**5.** Preparer's Mobile Telephone Number (if any)

**6.** Preparer's Email Address (if any)
ematherne@immigration.net

## *Preparer's Statement*

**7.a.** ☐ I am not an attorney or accredited representative but have prepared this petition on behalf of the petitioner and with the petitioner's consent.

**7.b.** ☑ I am an attorney or accredited representative and my representation of the petitioner in this case

☐ extends   ☐ does not extend beyond the preparation of this petition.

**NOTE:** If you are an attorney or accredited representative whose representation extends beyond preparation of this petition, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this petition.

## *Preparer's Certification*

By my signature, I certify, under penalty of perjury, that I prepared this petition at the request of the petitioner.  The petitioner then reviewed this completed petition and informed me that he or she understands all of the information contained in, and submitted with, his or her petition, including the **Petitioner's Declaration and Certification**, and that all of this information is complete, true, and correct.  I completed this petition based only on information that the petitioner provided to me or authorized me to obtain or use.

## *Preparer's Signature*

**8.a.**   Preparer's Signature (sign in ink)

**8.b.**   Date of Signature (mm/dd/yyyy)   `12/9/21`

## Part 8.  Additional Information

If you need extra space to provide any additional information within this petition, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this petition or attach a separate sheet of paper.  Include your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name
(Last Name)    Palma Ozuna

**1.b.** Given Name
(First Name)   Luz

**1.c.** Middle Name   Adriana

**2.**  A-Number (if any)  ▶ **A-**

**3.a.** Page Number   **3.b.** Part Number   **3.c.** Item Number

**3.d.**

**4.a.** Page Number   **4.b.** Part Number   **4.c.** Item Number

**4.d.**

**5.a.** Page Number   **5.b.** Part Number   **5.c.** Item Number

**5.d.**

**6.a.** Page Number   **6.b.** Part Number   **6.c.** Item Number

**6.d.**

**7.a.** Page Number   **7.b.** Part Number   **7.c.** Item Number

**7.d.**



## Supplement B, U Nonimmigrant Status Certification

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-918**
OMB No. 1615-0104
Expires 04/30/2021

| For USCIS Use Only | Remarks |
|---|---|
| | |

▶ **START HERE - Type or print in black or blue ink.**

### Part 1. Victim Information

1. Alien Registration Number (A-Number) (if any)

   ▶ A-

**2.a.** Family Name (Last Name)  `PALMA OZUNA`

**2.b.** Given Name (First Name)  `LUZ`

**2.c.** Middle Name  `ADRIANA`

**Other Names Used** (Include maiden names, nicknames, and aliases, if applicable.)

If you need extra space to provide additional names, use the space provided in **Part 7. Additional Information.**

**3.a.** Family Name (Last Name)

**3.b.** Given Name (First Name)

**3.c.** Middle Name

4. Date of Birth (mm/dd/yyyy)  `12/15/1981`

5. Gender  ☐ Male  ☒ Female

### Part 2. Agency Information

1. Name of Certifying Agency

   `PANAMA CITY BEACH POLICE DEPARTMENT`

Name of Certifying Official

**2.a.** Family Name (Last Name)

**2.b.** Given Name (First Name)

**2.c.** Middle Name

3. Title and Division/Office of Certifying Official

Name of Head of Certifying Agency

**4.a.** Family Name (Last Name)

**4.b.** Given Name (First Name)

**4.c.** Middle Name

### Agency Address

**5.a.** Street Number and Name  `17115 PANAMA CITY BEACH P`

**5.b.** ☐ Apt.  ☐ Ste.  ☐ Flr.

**5.c.** City or Town  `PANAMA CITY BEACH`

**5.d.** State  `FL`  **5.f.** ZIP Code  `32413`

**5.g.** Province

**5.h.** Postal Code

**5.i.** Country  `USA`

### Other Agency Information

6. Agency Type
   ☐ Federal  ☐ State  ☒ Local

7. Case Status
   ☐ On-going  ☐ Completed
   ☐ Other

8. Certifying Agency Category
   ☐ Judge  ☐ Law Enforcement  ☐ Prosecutor
   ☐ Other

9. Case Number

10. FBI Number or SID Number (if applicable)

---

**Part 3. Criminal Acts**

If you need extra space to complete this section, use the space provided in **Part 7. Additional Information.**

1. The petitioner is a victim of criminal activity involving a violation of one of the following Federal, state, or local criminal offenses (or any similar activity). (Select **all applicable** boxes)

☐ Abduction
☑ Abusive Sexual Contact
☐ Attempt to Commit Any of the Named Crimes
☐ Being Held Hostage
☐ Blackmail
☐ Conspiracy to Commit Any of the Named Crimes
☐ Domestic Violence
☐ Extortion
☐ False Imprisonment
☐ Felonious Assault
☐ Female Genital Mutilation
☐ Fraud in Foreign Labor Contracting
☐ Incest
☐ Involuntary Servitude
☐ Kidnapping

☐ Manslaughter
☐ Murder
☐ Obstruction of Justice
☐ Peonage
☐ Perjury
☐ Prostitution
☐ Rape
☐ Sexual Assault
☐ Sexual Exploitation
☐ Slave Trade
☐ Solicitation to Commit Any of the Named Crimes
☐ Stalking
☐ Torture
☐ Trafficking
☐ Unlawful Criminal Restraint
☐ Witness Tampering

Provide the dates on which the criminal activity occurred.

2.a. Date (mm/dd/yyyy) [_____]

2.b. Date (mm/dd/yyyy) [_____]

2.c. Date (mm/dd/yyyy) [_____]

2.d. Date (mm/dd/yyyy) [_____]

3. List the statutory citations for the criminal activity being investigated or prosecuted, or that was investigated or prosecuted.

800.04  F. S. S

4.a. Did the criminal activity occur in the United States (including Indian country and military installations) or the territories or possessions of the United States?
☑ Yes   ☐ No

4.b. If you answered "Yes," where did the criminal activity occur?

_____

5.a. Did the criminal activity violate a Federal extraterritorial jurisdiction statute?   ☐ Yes   ☑ No

5.b. If you answered "Yes," provide the statutory citation providing the authority for extraterritorial jurisdiction.

_____

6. Briefly describe the criminal activity being investigated and/or prosecuted and the involvement of the petitioner named in **Part 1.** Attach copies of all relevant reports and findings.

Lewed & lacivious molestation

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

7. Provide a description of any known or documented injury to the victim. Attach copies of all relevant reports and findings.

_____
_____
_____
_____
_____
_____
_____
_____

## Part 4. Helpfulness Of The Victim

For the following questions, if the victim is under 16 years of age, incompetent or incapacitated, then a parent, guardian, or next friend may act on behalf of the victim.

1. Does the victim possess information concerning the criminal activity listed in **Part 3.**?  ☒ Yes   ☐ No

2. Has the victim been helpful, is the victim being helpful, or is the victim likely to be helpful in the investigation or prosecution of the criminal activity detailed above?  ☒ Yes   ☐ No

3. Since the initiation of cooperation, has the victim refused or failed to provide assistance reasonably requested in the investigation or prosecution of the criminal activity detailed above?  ☐ Yes   ☒ No

If you answer "Yes" to **Item Numbers 1. - 3.**, provide an explanation in the space below. If you need extra space to complete this section, use the space provided in **Part 7. Additional Information.**

THE VICTIM COOPERATED WITH LAW

ENFORCEMENT AND WAS HELPFUL IN THE

INVESTIGATION OF THE CRIME.

4. Other. Include any additional information you would like to provide.

## Part 5.  Family Members Culpable In Criminal Activity

1.  Are any of the victim's family members culpable or believed to be culpable in the criminal activity of which the petitioner is a victim?    ☐ Yes   ☐ No

If you answered "Yes," list the family members and their criminal involvement.  (If you need extra space to complete this section, use the space provided in **Part 7. Additional Information**.)

**2.a.**  Family Name (Last Name)

**2.b.**  Given Name (First Name)

**2.c.**  Middle Name

**2.d.**  Relationship

**2.e.**  Involvement

**3.a.**  Family Name (Last Name)

**3.b.**  Given Name (First Name)

**3.c.**  Middle Name

**3.d.**  Relationship

**3.e.**  Involvement

**4.a.**  Family Name (Last Name)

**4.b.**  Given Name (First Name)

**4.c.**  Middle Name

**4.d.**  Relationship

**4.e.**  Involvement

## Part 6.  Certification

I am the head of the agency listed in **Part 2.** or I am the person in the agency who was specifically designated by the head of the agency to issue a U Nonimmigrant Status Certification on behalf of the agency.  Based upon investigation of the facts, I certify, under penalty of perjury, that the individual identified in **Part 1.** is or was a victim of one or more of the crimes listed in **Part 3.**  I certify that the above information is complete, true, and correct to the best of my knowledge, and that I have made and will make no promises regarding the above victim's ability to obtain a visa from U.S. Citizenship and Immigration Services (USCIS), based upon this certification.  I further certify that if the victim unreasonably refuses to assist in the investigation or prosecution of the qualifying criminal activity of which he or she is a victim, I will notify USCIS.

1.  Signature of Certifying Official (sign in ink)

2.  Date of Signature (mm/dd/yyyy)    10/06/2021

3.  Daytime Telephone Number    850-249-8031

4.  Fax Number

## Part 7.  Additional Information

If you need extra space to complete any item within this supplement, use the space below or attach a separate sheet of paper; type or print the agency's name, petitioner's name, and the Alien Registration Number (A-Number) (if any) at the top of each sheet; indicate the **Page Number, Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.  If you need more space than what is provided, you may also make copies of this page to complete and file with this supplement.

**1.**    Agency Name

PANAMA CITY BEACH POLICE DEPARTMENT

### Petitioner's Name

**2.a.**  Family Name
(Last Name)          PALMA OZUNA

**2.b.**  Given Name
(First Name)         LUZ

**2.c.**  Middle Name     ADRIANA

**3.**    A-Number (if any)

▶ A-

**4.a.** Page Number    **4.b.** Part Number    **4.c.** Item Number

**4.d.**

**5.a.** Page Number    **5.b.** Part Number    **5.c.** Item Number

**5.d.**

**6.a.** Page Number    **6.b.** Part Number    **6.c.** Item Number

**6.d.**



**Theodore Jackson
Sheriff**

## FULTON COUNTY SHERIFF'S OFFICE

### Instructions for Cash Bond Refund

| Mailed Refund | Pickup Refund |
|---|---|
| • The Cash Bond Refund form (attached) must be signed by the surety.  The surety is the person who paid the bond and signed the receipt for the cash bond. This signature **must be notarized**. | • The Cash Bond Refund form (attached) must be signed by the surety.  The surety is the person who paid the bond and signed the receipt for the cash bond. |
| • A **valid** state issued photo identification i.e. a state driver's license or state identification card must be copied and returned with your package. | • A **valid** state issued photo identification i.e. a state driver's license or state identification card must be copied and brought with you. |
| • The receipt when the cash bond was paid, if available, should be returned with your package. | • The receipt when the cash bond was paid, if available, should be brought with you. |
| • A copy of the final disposition must be returned with your package.  The final disposition is the document given at the conclusion of the court case **with the judge's signature**. | • A copy of the final disposition must be brought with you.  The final disposition is the document given at the conclusion of the court case **with the judge's signature**. |
| • Include a valid address where the funds can be mailed to you certified. | • The surety is the only person who will receive the cash bond unless a Cash Bond Affidavit form (attached) is signed and notarized. |
| • The surety is the only person who will receive the cash bond unless a Cash Bond Affidavit form (attached) is signed and notarized. | • Please allow five (5) business days for processing refunds. |
| • Please allow ten (10) business days for processing refunds. | |

All items should be forwarded/brought to the address below:

**Fulton County Sheriff's Office
Bonding Administration Unit
Justice Center Tower, 9th Floor
185 Central Avenue, SW
Atlanta, Georgia 30303
404-612-5136**

Operating hours are:  **Monday thru Friday, 8:30 am until 5:00 pm**

678) 7708840

CARLOS X. LARES (678) 770-8840.

ADM064.02 01/09

# OFFENSE-INCIDENT REPORT

**Panama City Beach PD**

FL0030600 | ADM | Date of Supplement | Related

Juvenile in Report: Y | Juvenile Warn/Dismiss | 1. Original 2. Supplement: 1

Agency Report Number: 2053076 | Primary Offense Description: LEWD/LASCIVIOUS

## Event Information

**Event Data**

Original Day Reported: TUE | Date: 08/25/2020 | Time (mil): 0653 | Time Dispatched (mil): 0659 | Time Arrived (mil): 0704 | Time Completed (mil)

Incident Type: 1. Felony 2. Traffic Felony 3. Misdemeanor 4. Traffic Misdemeanor 5. Ordinance 9. Other

Incident: Day | Date | From: TUE | 08/25/2020 | Time (mil): 0653 | To: TUE | Date: 08/25/2020 | Time (mil): 0704

OFF#NC #1: Type 1 | LEWD/LASCIVIOUS MOLESTATION | A-Attempted C-Committed: C | Statute Violation Number - Chapter, Section, Sub: 800 - 04 | NCIC/UCR Code: 3600

OFF#NC #2: | A-Attempted C-Committed

Incident Location (Street Number, Street, Apt.): 12818 FRONT BEACH ROAD | City: PANAMA CITY BCH | Zip: 32407 | District | Grid | Area | Zone: C

Business Name/Area Identifier: DAYS INN | Forced Entry: N/A | Occupancy: N/A

Location Type: 01. Residence Single 02. Apartment/Condo 03. Residence-Other 04. Hotel/Motel 05. Convenience Store 06. Gas Station 07. Liquor Sales 08. Bar/Nightclub 09. Supermarket 10. Dept/Discount Store 11. Specialty Store 12. Drug Store/Hospital 13. Bank/Financial Inst. 14. Commercial/Office Bldg. 15. Industrial/Mfg. 16. Storage 17. Gov't/Public Bldg. 18. School/University 19. Jail/Prison 20. Religious Bldg. 21. Airport 22. Bus/Rail Terminal 23. Construction Site 24. Other Structure 25. Parking Lot/Garage 26. Highway/Roadway 27. Park/Woodlands/Field 28. Lake/Waterway 29. Motor Vehicle 30. Other Mobile 99. Other — **Hotel/Motel**

# OFF#NC: 1 | # Victims: 1 | # Offenders: 1 | # Prem. Ent.: 0 | # Veh. Stolen: 0 | Type of Weapon: 00. N/A 01. Handgun 02. Rifle 03. Shotgun 04. Firearm 05. Knife/Cutting Instrument 06. Blunt Object 07. Hands/Fist/Feet 08. Poison 09. Explosives 10. Fire/Incendiary 11. Threat/Intimidation 12. Simulated Weapon 88. Unknown 99. Other — N/A

## Persons Information

**Codes**

V/W Code: V - Victim, W - Witness

Person Type: 1. Juvenile 2. L.E. Officer 3. Adult 4. Business 5. Government 6. Church 9. Other

Race: N-N/A W-White B-Black I-American Indian O-Oriental/Asian U-Unknown

Sex: N-N/A M-Male F-Female U-Unknown

Residence Type: 0. N/A 1. City 2. County 3. Florida 4. Out-of-State

Residence Status: 0. N/A 1. Full Year 2. Part Year 3. Non-Resident

Extent of Injury: 0. None 1. Minor 2. Serious 3. Fatal

Injury Type: 00. N/A 01. Gunshot 02. Stabbed 03. Laceration 04. Unconscious 05. Poss. Broken Bones 06. Poss. Internal Injury 07. Loss of Teeth 08. Burns 09. Abrasions/Bruises 99. Other

Victim Relationship To Offender: 00. N/A 01. Undetermined 02. Stranger 03. Spouse 04. Ex-Spouse 05. Co-Habitant 06. Parent 07. Brother/Sister 08. Child 09. Step-Parent 10. Step-Child 11. In-Law 12. Other Family 13. Student 14. Teacher 15. Child of Boy/Girl Friend 16. Boy/Girl Friend 17. Friend 18. Neighbor 19. Sitter/Day Care 20. Employee 21. Employer 22. Landlord/Tenant 23. Acquaintance 90. Other Known

C - Complainant | O - Other

**Victim/Witness 1**

OFF#NC Indicator: 1-#1 2-#2 3-Both: 1 | V/W Code #: C | Person Type: 1 | Name: CLAS HECTOR | Residence Phone: 850 588-1587

Address: 12818 FRONT BEACH ROAD | City: PANAMA CITY BCH | State: FL | Zip: 32407 | Business Phone

Synopsis of Involvement: SECURITY

If V/W Code is V,W or C Fill in this Line | Dom. Violence: N | Race: W | Sex: M | Date of Birth: 08/20/1977 | Age: 43 | Res. Type: 1 | Res. Status: 1 | Extent of Injury: 0 | Injury Type(s) | Relationship: 00 | Ethnicity: Y | Will Victim prefer charge? Yes ☐ No ☐

**Victim/Witness 2**

OFF#NC Indicator: 1-#1 2-#2 3-Both: 1 | V/W Code #: V | Person Type: 1 | Name: ARREDANDO EVELEN | Residence Phone: 404 483-2379

Address: 1412 WILLOW LAKE DRIVE NE | City: ATLANTA | State: GA | Zip: 30329 | Business Phone

Synopsis of Involvement: VICTIM

If V/W Code is V,W or C Fill in this Line | Dom. Violence: N | Race: W | Sex: F | Date of Birth: 01/13/2008 | Age: 12 | Res. Type: 4 | Res. Status: 1 | Extent of Injury: 0 | Injury Type(s) | Relationship: 12 | Ethnicity: Y | Will Victim prefer charge? Yes ☒ No ☐

**Victim/Witness 3**

OFF#NC Indicator: 1-#1 2-#2 3-Both: 1 | V/W Code #: O | Person Type: 3 | Name: PALMA LUC ADRIANA | Residence Phone: 404 483-2379

Address: 1412 WILLOW LAKE DRIVE NE | City: ATLANTA | State: GA | Zip: 30329 | Business Phone

Synopsis of Involvement: MOTHER OF VICTIM

If V/W Code is V,W or C Fill in this Line | Dom. Violence: N | Race: W | Sex: F | Date of Birth: 12/16/1981 | Age: 38 | Res. Type: 4 | Res. Status | Extent of Injury | Injury Type(s) | Relationship | Ethnicity | Will Victim prefer charge? Yes ☐ No ☐

Signature of Officer Reporting | Name of Officer Reporting: K. PERKINS | I.D. Number/Locator Code: K. PERKINS | Unit#: 65 | Date: 08/25/2020

Signature of Officer Reviewing | Officer Reviewing (If Applicable): CALIGIURE | I.D. Number: 23 | Date: 08/25/2020

Case Status: CA - Cleared by Arrest, CE - Cleared Exceptionally, CF - Filed with State Atty, CU - Cleared Unfounded, I - Inactive, A - Active, P - Pending: A | Clearance Type: 1.Arrest 2.Exceptional 3.Unfounded | A-Adult J-Juvenile: A | Date Cleared | Arrest Number

Exception Type: 1.Extradition Declined 2.Arrest on Primary Offense Secondary Offense Without Prosecution 3. Death of Offender 4. V / W Refused to Cooperate 5. Prosecution Declined 6. Juvenile/No Custody | Related Report Number(s) | Number Arrested

**OFFENSE-INCIDENT REPORT**

FL0030600

ADM

| Related | X |

| Date of Supplement | | Juvenile in Report | Y | Juvenile Warn/Dismiss | | 1. Original 2. Supplement | 1 |

**Panama City Beach PD**

Agency Report Number: 2053076

Primary Offense Description: LEWD / LASCIVIOUS

## VICTIM / WITNESS

| OFF/INC Indicator 1-#1 2-#2 3-Both | 1 | V/W Code # | O | Person Type | 2 | 1 | Name (Last, First, Middle or Business) | PALMA | ADRIANA | | Residence Phone 470 454-1223 |

Address (Street, Apt. Number): 1412 WILLOW LAKE DRIVE NE
City: ATLANTA   State: GA   Zip: 30329   Business Phone:

Other Contact Info. (Time Available, Interpreter, etc.)

Synopsis of Involvement: COUSIN OF VICTIM

| If V/W Code is Dom. Violence V, W or C Fill in this Line | N | Race | W | Sex | F | Date of Birth 03/12/2013 | Age 7 | Res. Type 4 | Res. Status | Extent of Injury | Injury Type(s) | Relationship | Ethnicity | Will Victim prefer charge? Yes ☐ No ☐ |

## VICTIM / WITNESS

| OFF/INC Indicator 1-#1 2-#2 3-Both | 1 | V/W Code # | O | Person Type | 3 | 3 | Name (Last, First, Middle or Business) | PALMA | GUADALUPE | | Residence Phone 470 454-1223 |

Address (Street, Apt. Number): 1412 WILLOW LAKE DRIVE NE
City: ATLANTA   State: GA   Zip: 30329   Business Phone:

Other Contact Info. (Time Available, Interpreter, etc.)

Synopsis of Involvement: AUNT OF VICTIM

| If V/W Code is Dom. Violence V, W or C Fill in this Line | N | Race | W | Sex | F | Date of Birth 08/08/1994 | Age 26 | Res. Type 4 | Res. Status | Extent of Injury | Injury Type(s) | Relationship | Ethnicity | Will Victim prefer charge? Yes ☐ No ☐ |

## VICTIM / WITNESS

| OFF/INC Indicator 1-#1 2-#2 3-Both | 1 | V/W Code # | O | Person Type | 4 | 3 | Name (Last, First, Middle or Business) | KUBOS | MARTIN | | Residence Phone 404 454-9492 |

Address (Street, Apt. Number): 3861 WATER OAK WAY
City: DORAVILLE   State: GA   Zip: 30340   Business Phone:

Other Contact Info. (Time Available, Interpreter, etc.)

Synopsis of Involvement: STEPFATHER OF VICTIM

| If V/W Code is Dom. Violence V, W or C Fill in this Line | N | Race | W | Sex | M | Date of Birth 04/03/1979 | Age 41 | Res. Type 4 | Res. Status | Extent of Injury | Injury Type(s) | Relationship | Ethnicity | Will Victim prefer charge? Yes ☐ No ☐ |

## CODES

Suspect Race
N-N/A   I-American Indian
W-White   O-Oriental/Asian
B-Black   U-Unknown

Suspect Sex
N-N/A   F-Female
M-Male   U-Unknown

Hair Length
L-Long
M-Medium
S-Short

Hair Style
A-Afro   P-Ponytail   W-Wavey
B-Braided   S-Straight   X-Bald
C-Curly

Complexion
ACN-Acne   LT-Light
DK-Dark   MED-Medium

Build
HEV-Heavy   MUS-Muscular
MED-Medium   THN-Thin

Facial Hair
B-Beard/Goatee
C-Beard & Mustache   G-Glasses
E-Ear Ring(s)   M-Mustache

## SUSPECT OR MISSING PERSONS

| OFF/INC Indicator 1-#1 2-#2 3-Both | 1 | Suspect Code S-Suspect E-Escapee R-Rec. Missing A-Arrestee M-Missing Z-other | Code S | Susp. # 1 | Juvenile N | Name (Last, First, Middle) HERNANDEZ | MANUEL | ALEXANDER |

Maiden Name:

Nickname/Street Name:   Place of Birth:   Residence Phone:

Last Known Address (Street, Apt. Number): 1412 WILLOW LAKE DRIVE NE
City: ATLANTA   State: GA   Zip: 30329   Business Phone:

Occupation:   Employer/School:   Address:   Social Security Number:

Driver's License State/Number:   Immigration and Naturalization Number:   Other ID. Number:   OBTS Number:   SCIC/NCIC:

Clothing (Describe): BLACK GRAPHIC SHIRT AND GREY CARGO SHORTS

Scars/Marks/Tatoos (Location/Describe): NONE NOTED

| Race W | Sex M | Date of Birth or Age 03/12/1989 | 31 | R | Height | Weight | Eye Color BRO | Hair Color BLK | Hair Length S | Hair Style |

| Complexion MED | Build MED | Facial Hair B | Teeth | Speech/Voice | Special Identifiers MEXICAN NATIONAL |

## Narrative

On August 25, 2020, at approximately 6:59 am, I responded to Days Inn, located at 12818 Front Beach Road, in reference to a sexual offense. Upon arrival, I made contact with Days Inn security guard, Hector Clas. Clas was standing out front with Luc Palmar and Martin Kubos. Clas stated Luc Palma. Palma's daughter, Arredando was staying at the Holiday Inn Express with Kubos. Palma's daughter, Arredando was staying the night at Days Inn with her aunt, Guadalupe Palma, her cousin, Adriana Palma, and her aunt's partner, Manuel Hernandez. Luc Palma was on a video call with her daughter upon our arrival. Arredando

## ADMINISTRATIVE

| Signature of Officer Reporting | Name of Officer Reporting K. PERKINS | I.D. Number/Locator Code K. PERKINS | Units 65 | Date 08/25/2020 |

| Signature of Officer Reviewing | Officer Reviewing (If Applicable) CALIGIURE | I.D. Number 23 | | Date 08/25/2020 |

| Case Status CA - Cleared by Arrest GE - Cleared Exceptionally | CF - Filed with State Atty CU - Cleared Unfounded | I - Inactive A - Active P - Pending | A | Clearance Type 1.Arrest 3.Unfounded 2.Exceptional | A-Adult J-Juvenile | A | Date Cleared | Arrest Number |

| Exception Type 1.Extradition Declined | 2. Arrest on Primary Offense Secondary Offense Without Prosecution | 3. Death of Offender 4. V / W Refused to Cooperate | 5. Prosecution Declined 6. Juvenile/No Custody | Related Report Number(s) | Number Arrested |

| FL0030600 | Related | N | OFFENSE INCIDENT REPORT | | Juvenile in Report | Non Warn/Dismiss | 1. Original 2. Supplement | 1 |

| ADM | Date of Supplement | | Panama City Beach PD | Agency Report Number 2053076 | Primary Offense Description LEWD/LASCIVIOUS |

was visibly distraught and crying hysterically on the video call. Arredando stated her uncle, Manuel Hernandez, had woken her up by fondling and licking her breasts, under her shirt.

I asked Luc Palma which room her daughter was staying in. she replied 602. Cpl. Caligiure and I made our way up to room 602. We asked Luc Palma to have Arredando leave the bathroom and exit the room. A moment later she ran through the front door to her mothers arms. Arredando was crying hysterically and very distraught. I asked Guadalupe where Hernandez was located. At this time Hernandez sat up in the bed and I entered the room. I gathered their information and detained Hernandez. While I was in the room, Arredando advised Corporal Caligiure that Hernandez touched and licked her breasts. The criminal investigative division was contacted and Investigators Arafa and Gorman arrived shortly after.

This case was turned over to the CID for further investigation.

No body worn or in car footage exists for this case.

| ADMINISTRATIVE | Signature of Officer Reporting | | Name of Officer Reporting K. PERKINS | I.D. Number/Locator Code K. PERKINS | Unit# 65 | Date 08/25/2020 |
| | Signature of Officer Reviewing | | Officer Reviewing (If Applicable) CALIGIURE | I.D. Number 23 | | Date 08/25/2020 |
| | Case Status CA - Cleared by Arrest CE - Cleared Exceptionally | CF - Filed with State Atty CU - Cleared Unfounded | I - Inactive A - Active P - Pending | A | Clearance Type 1. Arrest   3. Unfounded 2. Exceptional | A-Adult J-Juvenile A | Date Cleared | Arrest Number |
| | Exception Type 1. Extradition Declined | 2. Arrest on Primary Offense Secondary Offense Without Prosecution | 3. Death of Offender 4. V / W Refused to Cooperate | | 5. Prosecution Declined 6. Juvenile/No Custody | | Related Report Number(s) | Number Arrested |

Office of the State Attorney

Fourteenth Judicial Circuit of Florida

In and For Bay, Calhoun, Gulf, Holmes, Jackson, and Washington Counties

Larry Basford
State Attorney



In Reply Refer to:
Post Office Box 1040
Panama City, FL 32402
(850) 872-4473

July 12, 2021

E.A.
602 Summitt Pointe Way
Atlanta, GA. 30329

RE:   STATE OF FLORIDA   vs  MANUEL ALEXANDER HERNANDEZ
     Charge:   I)     LEWD OR LASCIVIOUS MOLESTATION
            II)    LEWD OR LASCIVIOUS MOLESTATION
     Clerk's No.:     032020CF03330A
     Agency Case #:  2053076
     SA#:         032020F05648

Please be advised that this case has been rescheduled for August 5, 2021, 9:00 AM Central Time. Please note that all times referenced are Central Time, except for Gulf County which is located in the Eastern Time Zone.

You are welcome to appear at all court proceedings in the case, but you are not required to attend the next court date. If you have any questions or comments, please feel free to contact my office.

Sincerely,

*Barbara F. Beasley*

Barbara F. Beasley
Assistant State Attorney

If you require special communication methods due to hearing, speech, or dual-sensory (deaf/blind) impairments, you may utilize the services of the Florida Telecommunications Relay, Inc., using a TDD, LVD/TDD, or other devices. The toll-free number for this service is 1-800-955-8770(Voice) and 1-800-955-8771(TDD).

Office of the State Attorney
Fourteenth Judicial Circuit of Florida
In and For Bay, Calhoun, Gulf, Holmes, Jackson, and Washington Counties

LARRY BASFORD
STATE ATTORNEY



IN REPLY REFER TO:
POST OFFICE BOX 1040
PANAMA CITY, FL 32402
(850) 872-4473
Barbara.Beasley@sa14.fl.gov

September 14, 2021

E.A.
602 Summit Pointe Way
Atlanta, GA 30329

RE:   STATE OF FLORIDA   vs  MANUEL ALEXANDER HERNANDEZ
Charge:
    I)    LEWD OR LASCIVIOUS MOLESTATION
    II)    LEWD OR LASCIVIOUS MOLESTATION
Case #: 032020CF03330A
Agency Case #: 2053076
SA #: 032020F05648

Dear Arredondo:

This letter is to advise you that on September 10, 2021, the above-named defendant Pled No Contest as Charged.  Judge Ana M. Garcia adjudicated the defendant guilty. The defendant was sentenced as follows:

    State Prison/Department of Corrections -  4 year (concurrent) Count 1 & 2
    Credit for Time served -  382 days
    Sex Offender Probation -  10 year
    Court Costs and or Fines -  $1,253.00
    Civil Judgment for any unpaid money
    Psychological / Mental Health evaluation and counseling / treatment  (sex counseling)
    No contact with victim
    Sentenced under Jessica Lunsford Act
    Sentenced as a Sexual Offender

If the defendant was sentenced to prison, Florida law provides that a prisoner may be released early.  The Department of Corrections is responsible for notifying you.  If you change your address or phone number, you must advise the Department of Corrections at 501 S. Calhoun Street, Tallahassee, FL 32399, Attn: Gilbert Barnes, Victim Assistance Coordinator.

If restitution has been ordered in this case, the defendant should be placed on a monthly payment schedule and the Department of Corrections will issue you a check for the amount of restitution collected.

Any property that may have been collected as evidence is usually held until all the appeals are completed.

If you have any questions, please do not hesitate to call.

        Sincerely,
        Larry Basford
        State Attorney

        Barbara F. Beasley
        Assistant State Attorney

Office of the State Attorney

Fourteenth Judicial Circuit of Florida

In and For Bay, Calhoun, Gulf, Holmes, Jackson, and Washington Counties

Larry Basford
State Attorney



In Reply Refer to:
Post Office Box 1040
Panama City, FL 32402
(850) 872-4473

July 12, 2021

E.A.
602 Summitt Pointe Way
Atlanta, GA. 30329

RE:   STATE OF FLORIDA   vs   MANUEL ALEXANDER HERNANDEZ
      Charge:  I)      LEWD OR LASCIVIOUS MOLESTATION
               II)     LEWD OR LASCIVIOUS MOLESTATION
      Clerk's No.:     032020CF03330A
      Agency Case #:   2053076
      SA#:            032020F05648

Please be advised that this case has been rescheduled for August 5, 2021, 9:00 AM Central Time. Please note that all times referenced are Central Time, except for Gulf County which is located in the Eastern Time Zone.

You are welcome to appear at all court proceedings in the case, but you are not required to attend the next court date.  If you have any questions or comments, please feel free to contact my office.

Sincerely,

*Barbara F. Beasley*

Barbara F. Beasley
Assistant State Attorney

Office of the State Attorney

Fourteenth Judicial Circuit of Florida

In and For Bay, Calhoun, Gulf, Holmes, Jackson, and Washington Counties

Larry Basford
State Attorney



In Reply Refer To:
Post Office Box 1040
Panama City, Florida 32402
(850) 872-4473 (phone)
(850) 747-5863 (fax)

June 1, 2021

Ms. Luz Palma
1412 Willow Lake Drive
Atlanta, GA  30229

     Re:   State of Florida v. Manuel Alexander Hernandez
           Case No.:  20-3330

Dear Ms. Palma:

     We had a telephone appointment this morning at 11:00 a.m. but I did not hear from you.

     It is my understanding that you are interested in the results from the DNA swabs.  The laboratory found DNA that connects this Defendant to the swabbing collected from your daughter's right breast and material in her bra.

     If you would like to reschedule a telephone meeting, please let me know.

Sincerely,

Barbara F. Beasley
Assistant State Attorney

cc:   Blanca McCall, Victim's Advocate

Georgia Safety Plan

Date of Plan: 9/1/2020

Luz Pulma

☐ Present Danger Safety Plan
☒ Impending Danger Safety Plan

Case Name: Luz Pulma

Protection strategies utilized to manage or control safety threats:
☒ In-Home Safety Plan
☐ Out of Home Safety Plan

Reasonable Efforts Checklist
For each safety threat identified, consider the resources available in the family and community that might help to keep the child safe. Select all applicable responses utilized to protect each child.
☐ Use family resources, neighbors or individuals in the community as safety resources.
☐ Use the community agencies or services as safety resources.
☐ The alleged maltreator leaves the home, either voluntarily or through legal action.
☐ Have the non-maltreating caregiver move to a safe environment with the child.
☐ Have the caregiver(s) place the child outside the home.
☐ Legal action must be taken to place the child outside the home.
☐ Other:

| Safety threat: Sexual / Fondling |
| --- |
| Strategy to address safety threat (specify responsibilities and timeframe for strategy): BMO, Luz Pulma, will not allow maternal aunt's boyfriend around, Evelin, unsupervised. If boyfriend is to return to the home, BMO (biological mother) will contact case manager or law enforcement. |

| Safety threat: Sexual Allegation |
| --- |
| Strategy to address safety threat (specify responsibilities and timeframe for strategy): BMO will utilize oldest son, Jonathan, as a safety provider to supervise Evelin as needed. |

April 1, 2012

Safety threat:

Strategy to address safety threat (specify responsibilities and timeframe for strategy):

Safety threat:

Strategy to address safety threat (specify responsibilities and timeframe for strategy):

Date discussed with caregiver: 9/1/20   Caregiver(s) agree with plan? Yes ☒  No ☐

Date copy of plan provided to caregiver:

Caregiver signature: X _____   Date: 09/01/20

Caregiver signature: _____   Date: / /

SSCM signature: Jaylin Green   Date: 9 / 1 / 20

Supervisor signature: _____   Date: / /

safety provider: _____

April 1, 2012



# Application For Employment Authorization

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form I-765
OMB No. 1615-0040
Expires 07/31/2022

<table>
<tr><td rowspan="4"><b>For USCIS Use Only</b></td><td>☐ Authorization/Extension<br>Valid From<br>_____</td><td rowspan="2">Fee Stamp</td><td rowspan="2">Action Block</td></tr>
<tr><td>☐ Authorization/Extension<br>Valid Through<br>_____</td></tr>
<tr><td>Alien Registration Number   A-| | | | | | | | |</td></tr>
<tr><td>Remarks</td></tr>
</table>

| To be completed by an attorney or Board of Immigration Appeals (BIA)-accredited representative *(if any)*. | ☑ Select this box if Form G-28 is attached. | Attorney or Accredited Representative USCIS Online Account Number *(if any)* |
|---|---|---|
| | | | | | | | | | | | | | |

▶ **START HERE - Type or print in black ink.** Answer all questions fully and accurately. If a question does not apply to you (for example, if you have never been married and the question asks, "Provide the name of your current spouse"), type or print "N/A" unless otherwise directed. If your answer to a question which requires a numeric response is zero or none (for example, "How many children do you have" or "How many times have you departed the United States"), type or print "None" unless otherwise directed.

## Part 1.  Reason for Applying

**I am applying for** (select **only one** box):

**1.a.** ☑ Initial permission to accept employment.

**1.b.** ☐ Replacement of lost, stolen, or damaged employment authorization document, or correction of my employment authorization document **NOT DUE** to U.S. Citizenship and Immigration Services (USCIS) error.

**NOTE:** Replacement (correction) of an employment authorization document due to USCIS error does not require a new Form I-765 and filing fee. Refer to **Replacement for Card Error** in the **What is the Filing Fee** section of the Form I-765 Instructions for further details.

**1.c.** ☐ Renewal of my permission to accept employment. (Attach a copy of your previous employment authorization document.)

## Part 2.  Information About You

### Your Full Legal Name

**1.a.** Family Name (Last Name)   Palma Ozuna

**1.b.** Given Name (First Name)   Luz

**1.c.** Middle Name   Adriana

### Other Names Used

Provide all other names you have ever used, including aliases, maiden name, and nicknames. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

**2.a.** Family Name (Last Name)   _____

**2.b.** Given Name (First Name)   _____

**2.c.** Middle Name   _____

**3.a.** Family Name (Last Name)   _____

**3.b.** Given Name (First Name)   _____

**3.c.** Middle Name   _____

**4.a.** Family Name (Last Name)   _____

**4.b.** Given Name (First Name)   _____

**4.c.** Middle Name   _____

## Part 2. Information About You (continued)

### Your U.S. Mailing Address

**5.a.** In Care Of Name (if any)

**5.b.** Street Number and Name    602 Summit Pointe Way

**5.c.** ☐ Apt.  ☐ Ste.  ☐ Flr.

**5.d.** City or Town    Atlanta

**5.e.** State  GA    **5.f.** ZIP Code  30329

**6.** Is your current mailing address the same as your physical address?    ☑ Yes  ☐ No

NOTE: If you answered "No" to **Item Number 6.**, provide your physical address below.

### U.S. Physical Address

**7.a.** Street Number and Name    602 Summit Pointe Way

**7.b.** ☐ Apt.  ☐ Ste.  ☐ Flr.

**7.c.** City or Town    Atlanta

**7.d.** State  GA    **7.e.** ZIP Code  30329

### Other Information

**8.** Alien Registration Number (A-Number) (if any)
► A-  N/A

**9.** USCIS Online Account Number (if any)
►

**10.** Gender    ☐ Male  ☑ Female

**11.** Marital Status
☐ Single  ☐ Married  ☑ Divorced  ☐ Widowed

**12.** Have you previously filed Form I-765?    ☐ Yes  ☑ No

**13.a.** Has the Social Security Administration (SSA) ever officially issued a Social Security card to you?    ☐ Yes  ☑ No

NOTE: If you answered "No" to **Item Number 13.a.**, skip to **Item Number 14.** If you answered "Yes" to **Item Number 13.a.**, provide the information requested in **Item Number 13.b.**

**13.b.** Provide your Social Security number (SSN) (if known).
►  N/A

**14.** Do you want the SSA to issue you a Social Security card? (You must also answer "Yes" to **Item Number 15.**, **Consent for Disclosure**, to receive a card.)    ☑ Yes  ☐ No

NOTE: If you answered "No" to **Item Number 14.**, skip to **Part 2.**, **Item Number 18.a.** If you answered "Yes" to **Item Number 14.**, you must also answer "Yes" to **Item Number 15.**

**15.** **Consent for Disclosure:** I authorize disclosure of information from this application to the SSA as required for the purpose of assigning me an SSN and issuing me a Social Security card.    ☑ Yes  ☐ No

NOTE: If you answered "Yes" to **Item Numbers 14. - 15.**, provide the information requested in **Item Numbers 16.a. - 17.b.**

### Father's Name

Provide your father's birth name.

**16.a.** Family Name (Last Name)    Palma Hidalgo

**16.b.** Given Name (First Name)    Celerino

### Mother's Name

Provide your mother's birth name.

**17.a.** Family Name (Last Name)    Ozuna De Palma

**17.b.** Given Name (First Name)    Teresa

### Your Country or Countries of Citizenship or Nationality

List all countries where you are currently a citizen or national. If you need extra space to complete this item, use the space provided in **Part 6. Additional Information**.

**18.a.** Country
Mexico

**18.b.** Country

## Part 2. Information About You (continued)

### Place of Birth

List the city/town/village, state/province, and country where you were born.

**19.a.** City/Town/Village of Birth

Acapulco de Juarez

**19.b.** State/Province of Birth

Guerrero

**19.c.** Country of Birth

Mexico

**20.** Date of Birth (mm/dd/yyyy)   12/15/1981

### Information About Your Last Arrival in the United States

**21.a.** Form I-94 Arrival-Departure Record Number (if any)

▶

**21.b.** Passport Number of Your Most Recently Issued Passport

G30741765

**21.c.** Travel Document Number (if any)

**21.d.** Country That Issued Your Passport or Travel Document

Mexico

**21.e.** Expiration Date for Passport or Travel Document (mm/dd/yyyy)   10/31/2021

**22.** Date of Your Last Arrival Into the United States, On or About (mm/dd/yyyy)   2003

**23.** Place of Your Last Arrival Into the United States

Arizona

**24.** Immigration Status at Your Last Arrival (for example, B-2 visitor, F-1 student, or no status)

EWI

**25.** Your Current Immigration Status or Category (for example, B-2 visitor, F-1 student, parolee, deferred action, or no status or category)

Pending Uvisa

**26.** Student and Exchange Visitor Information System (SEVIS) Number (if any)

▶ N-

### Information About Your Eligibility Category

**27.** **Eligibility Category.** Refer to the **Who May File Form I-765** section of the Form I-765 Instructions to determine the appropriate eligibility category for this application. Enter the appropriate letter and number for your eligibility category below (for example, (a)(8), (c)(17)(iii)).

( A ) ( 19 ) ( )

**28.** **(c)(3)(C) STEM OPT Eligibility Category.** If you entered the eligibility category (c)(3)(C) in **Item Number 27.**, provide the information requested in **Item Numbers 28.a. - 28.c.**

**28.a.** Degree

**28.b.** Employer's Name as Listed in E-Verify

**28.c.** Employer's E-Verify Company Identification Number or a Valid E-Verify Client Company Identification Number

**29.** **(c)(26) Eligibility Category.** If you entered the eligibility category (c)(26) in **Item Number 27.**, provide the receipt number of your H-1B spouse's most recent Form I-797 Notice for Form I-129, Petition for a Nonimmigrant Worker.

▶

**30.** **(c)(8) Eligibility Category** If you entered the eligibility category (c)(8) in **Item Number 27.**, provide the information requested in **Item Numbers 30.a. - 30.g.**

**30.a.** Have you **EVER** been arrested for, and/or charged with, and/or convicted of any crime in any country?

☐ Yes   ☐ No

**NOTE:** If you answered "Yes" to **Item Number 30.a.**, refer to **Special Filing Instructions for Those With Pending Asylum Applications (c)(8)** of the Form I-765 Instructions for information about providing court dispositions.

**30.b.** Did you enter the United States lawfully through a U.S. port of entry and were you inspected and admitted or paroled after inspection by an immigration officer? (If you answer "Yes," you **MUST** provide evidence of your lawful entry.)

☐ Yes   ☐ No

**30.c.** If you answered "No" to **Item Number 30.b.**, did you present yourself to the Secretary of Homeland Security or his or her delegate (DHS) within 48 hours of entry or attempted entry **AND** express an intention to seek asylum within the United States or express a fear of persecution or torture in your home country?

☐ Yes   ☐ No

## Part 2. Information About You (continued)

If you answered "Yes" to **Item Number 30.c.**, provide the following information:

**30.d.** Date you presented yourself to DHS

**30.e.** Location where you presented yourself to DHS

**30.f.** Country of claimed persecution

**30.g.** Provide an explanation for why you did not enter the United States lawfully through a U.S. port of entry. If you need extra space to complete this item, use the space provided in **Part 6. Additional Information**.

**NOTE:** Refer to the **Special Filing Instructions for Those With Pending Asylum Applications (c)(8)** section of the Form I-765 Instructions for more information.

**31.a.** **(c)(35) and (c)(36) Eligibility Category.** If you entered the eligibility category (c)(35) in **Item Number 27.**, please provide the receipt number of your Form I-797 Notice for Form I-140, Immigrant Petition for Alien Worker. If you entered the eligibility category (c)(36) in **Item Number 27.**, please provide the receipt number of your spouse's or parent's Form I-797 Notice for Form I-140.

▶

**31.b.** If you entered the eligibility category (c)(35) or (c)(36) in **Item Number 27.**, have you **EVER** been arrested for and/or convicted of any crime?  ☐ Yes  ☐ No

**NOTE:** If you answered "Yes" to **Item Number 31.b.**, refer to **Employment-Based Nonimmigrant Categories, Items 8. - 9.**, in the **Who May File Form I-765** section of the Form I-765 Instructions for information about providing court dispositions.

## Part 3. Applicant's Statement, Contact Information, Declaration, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-765 Instructions before completing this section. You must file Form I-765 while in the United States.

### Applicant's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

**1.a.** ☐ I can read and understand English, and I have read and understand every question and instruction on this application and my answer to every question.

**1.b.** ☑ The interpreter named in **Part 4.** read to me every question and instruction on this application and my answer to every question in

Spanish

a language in which I am fluent, and I understood everything.

**2.** ☑ At my request, the preparer named in **Part 5.**,

Elizabeth Matherne

prepared this application for me based only upon information I provided or authorized.

### Applicant's Contact Information

**3.** Applicant's Daytime Telephone Number

(404) 483-2379

**4.** Applicant's Mobile Telephone Number (if any)

(404) 483-2379

**5.** Applicant's Email Address (if any)

adriannapalmas57@yahoo.com

**6.** ☐ Select this box if you are a Salvadoran or Guatemalan national eligible for benefits under the ABC settlement agreement.

### Applicant's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for the immigration benefit that I seek.

I furthermore authorize release of information contained in this application, in supporting documents, and in my USCIS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

## Part 3. Applicant's Statement, Contact Information, Declaration, Certification, and Signature (continued)

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

1) I reviewed and understood all of the information contained in, and submitted with, my application; and

2) All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that all of the information in my application and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my application and that all of this information is complete, true, and correct.

### Applicant's Signature

**7.a.** Applicant's Signature

**7.b.** Date of Signature (mm/dd/yyyy) `11-22-2021`

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

## Part 4. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

**1.a.** Interpreter's Family Name (Last Name)

**1.b.** Interpreter's Given Name (First Name)

**2.** Interpreter's Business or Organization Name (if any)

## Part 4. Interpreter's Contact Information, Certification, and Signature

### Interpreter's Mailing Address

**3.a.** Street Number and Name

**3.b.** ☐ Apt.   ☐ Ste.   ☐ Flr.

**3.c.** City or Town

**3.d.** State       **3.e.** ZIP Code

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number

**5.** Interpreter's Mobile Telephone Number (if any)

**6.** Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and `Spanish`, which is the same language specified in **Part 3., Item Number 1.b.,** and I have read to this applicant in the identified language every question and instruction on this application and his or her answer to every question. The applicant informed me that he or she understands every instruction, question, and answer on the application, including the **Applicant's Declaration and Certification,** and has verified the accuracy of every answer.

### Interpreter's Signature

**7.a.** Interpreter's Signature

**7.b.** Date of Signature (mm/dd/yyyy) `11/22/2021`

## Part 5.  Contact Information, Declaration, and Signature of the Person Preparing this Application, If Other Than the Applicant

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name)

Matherne

**1.b.** Preparer's Given Name (First Name)

Elizabeth

**2.** Preparer's Business or Organization Name (if any)

Kuck Baxter Immigration LLC

### Preparer's Mailing Address

**3.a.** Street Number and Name

P.O. Box 501359

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**3.c.** City or Town  Atlanta

**3.d.** State  GA  **3.e.** ZIP Code  31150

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

United States

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number

(229) 472-5758

**5.** Preparer's Mobile Telephone Number (if any)

**6.** Preparer's Email Address (if any)

ematherne@immigration.net

### Preparer's Statement

**7.a.** ☐ I am not an attorney or accredited representative but have prepared this application on behalf of the applicant and with the applicant's consent.

**7.b.** ☑ I am an attorney or accredited representative and my representation of the applicant in this case ☐ extends ☐ does not extend beyond the preparation of this application.

**NOTE:** If you are an attorney or accredited representative, you need to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this application.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this application at the request of the applicant.  The applicant then reviewed this completed application and informed me that he or she understands all of the information contained in, and submitted with, his or her application, including the **Applicant's Declaration and Certification**, and that all of this information is complete, true, and correct.  I completed this application based only on information that the applicant provided to me or authorized me to obtain or use.

### Preparer's Signature

**8.a.** Preparer's Signature

**8.b.** Date of Signature (mm/dd/yyyy)   12/9/21

## Part 6.  Additional Information

If you need extra space to provide any additional information within this application, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this application or attach a separate sheet of paper.  Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name
(Last Name)          Palma Ozuna

**1.b.** Given Name
(First Name)         Luz

**1.c.** Middle Name         Adriana

**2.** A-Number (if any) ▶ **A-**

| | | | |
|---|---|---|---|
| **3.a.** Page Number | **3.b.** Part Number | **3.c.** Item Number | |

**3.d.**

| | | | |
|---|---|---|---|
| **4.a.** Page Number | **4.b.** Part Number | **4.c.** Item Number | |

**4.d.**

| | | | |
|---|---|---|---|
| **5.a.** Page Number | **5.b.** Part Number | **5.c.** Item Number | |

**5.d.**

| | | | |
|---|---|---|---|
| **6.a.** Page Number | **6.b.** Part Number | **6.c.** Item Number | |

**6.d.**

| | | | |
|---|---|---|---|
| **7.a.** Page Number | **7.b.** Part Number | **7.c.** Item Number | |

**7.d.**

Form I-765   Edition   08/25/20



## Supplement A, Petition for Qualifying Family Member of U-1 Recipient

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-918**
OMB No. 1615-0104
Expires 04/30/2021

| For USCIS Use Only | Remarks | Receipt | Action Block |
|---|---|---|---|
| | U.S. Embassy Consulate | Validity Dates (mm/dd/yyyy)<br>From: / /<br>To: / / | Wait Listed<br><br>Stamp Number   Date (mm/dd/yyyy) | |

| To be completed by an attorney or accredited representative (if any). | ☑ Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable)<br>FL 53540, GA 547425 | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|

▶ **START HERE - Type or print in black or blue ink.**

**NOTE:** The recipient of the U-1 nonimmigrant classification is referred to as the "principal." His or her family members are referred to as "derivatives." The principal should complete Supplement A.

### Part 1. Family Member's Relationship To You (Principal)

1. The family member that I am filing for is my:
   ☐ Spouse   ☐ Parent   ☑ Child
   ☐ Unmarried sibling under 18 years of age

### Part 2. Information About You (Principal)

**1.a.** Family Name (Last Name)   Palma Ozuna
**1.b.** Given Name (First Name)   Luz Adriana
**1.c.** Middle Name

#### Other Information

2. Date of Birth (mm/dd/yyyy)   12/15/1981

3. Alien Registration Number (A-Number) (if any)
   ▶ A-

4. USCIS Online Account Number (if any)
   ▶

5. Status of your Form I-918
   ☑ Pending   ☐ Approved

### Part 3. Information About Your Qualifying Family Member (Derivative)

**1.a.** Family Name (Last Name)   Palma Ozuna
**1.b.** Given Name (First Name)   Jonathan
**1.c.** Middle Name

Other Names Used (Include maiden name, nicknames, and aliases, if applicable)

**2.a.** Family Name (Last Name)   N/A
**2.b.** Given Name (First Name)   N/A
**2.c.** Middle Name   N/A

**NOTE:** If you need extra space to complete this section, use the space provided in **Part 11. Additional Information.**

#### Residence or Intended Residence in the United States

**3.a.** Street Number and Name   602 Summit Pointe Way
**3.b.** ☐ Apt.   ☐ Ste.   ☐ Flr.
**3.c.** City or Town   Atlanta
**3.d.** State   GA   **3.e.** ZIP Code   30329

## Part 3. Information About Your Qualifying Family Member (The Derivative) (continued)

### Safe Mailing Address (if other than Residence)

**4.a.** In Care Of Name
N/A

**4.b.** Street Number and Name
N/A

**4.c.** ☐ Apt. ☐ Ste. ☐ Flr. N/A

**4.d.** City or Town
N/A

**4.e.** State N/A  **4.f.** ZIP Code N/A

**4.g.** Province

**4.h.** Postal Code N/A

**4.i.** Country
N/A

### Other Information About Qualifying Family Member

**5.** A-Number (if any) ► A- N/A

**6.** U.S. Social Security Number (if any)
► N/A

**7.** USCIS Online Account Number (if any)
► N/A

**8.** Date of Birth (mm/dd/yyyy) 12/15/1981

**9.** Country of Birth
Mexico

**10.** Country of Citizenship or Nationality
Mexico

**11.** Marital Status
☑ Single  ☐ Married  ☐ Divorced  ☐ Widowed

**12.** Gender  ☐ Male  ☑ Female

**13.** Form I-94 Arrival-Departure Record Number
► N/A

**14.** Passport Number  G37122868

**15.** Travel Document Number  N/A

**16.** Country of Issuance for Passport or Travel Document
Mexico

**17.** Date of Issuance for Passport or Travel Document (mm/dd/yyyy)  06/29/2020

**18.** Expiration Date for Passport or Travel Document (mm/dd/yyyy)  06/29/2023

## Part 4. Additional Information About Your Qualifying Family Member

**Provide the date of last entry, place of last entry, and current immigration status for your family member if he or she is currently in the United States.**

**1.a.** Date of Last Entry into the United States (mm/dd/yyyy)
08/2007

Place of Last Entry into the United States

**1.b.** City or Town  N/A

**1.c.** State  TX

**1.d.** Current Immigration Status
EWI

**Provide the date of entry, place of entry, and status at entry for your family member's last entry if he or she has previously traveled to the United States but is not currently in the United States.**

**2.a.** Date of Last Entry into the United States (mm/dd/yyyy)
08/2007

Place of Last Entry into the United States

**2.b.** City or Town  N/A

**2.c.** State  TX

**2.d.** Date Authorized Stay Expired (mm/dd/yyyy)
N/A

**2.e.** Status at the Time of Entry (for example, F-1 student, B-2 tourist, entered without inspection)
EWI

## Part 4. Additional Information About Your Qualifying Family Member (continued)

If your family member is outside the United States, provide the U.S. Consulate or inspection facility or a safe foreign mailing address you want notified if this supplement is approved.

**3.a.** Type of Office (Select **only one** box):

☐ U.S. Consulate   ☐ Pre-Flight Inspection

☐ Port-of-Entry

**3.b.** City or Town [_____]

**3.c.** State [____]

**3.d.** Country [_____]

**Safe Foreign Address Where You Want Notification Sent** (if other than U.S. Consulate, Pre-Flight Inspection, or Port-of-Entry)

**4.a.** Street Number and Name [N/A]

**4.b.** ☐ Apt. ☐ Ste. ☐ Flr. [_____]

**4.c.** City or Town [_____]

**4.d.** Province [_____]

**4.e.** Postal Code [_____]

**4.f.** Country [_____]

If your family member was previously married, list the names of your family member's prior spouses and the dates his or her marriages were terminated. You must attach documents such as divorce decrees or death certificates.

**5.a.** Family Name (Last Name) [N/A]

**5.b.** Given Name (First Name) [N/A]

**5.c.** Middle Name [N/A]

**5.d.** Date Marriage Ended (mm/dd/yyyy) [N/A]

**5.e.** Where did the marriage end?
[N/A]

**5.f.** How did the marriage end?
[N/A]

**6.a.** Family Name (Last Name) [_____]

**6.b.** Given Name (First Name) [_____]

**6.c.** Middle Name [_____]

**6.d.** Date Marriage Ended (mm/dd/yyyy) [_____]

**6.e.** Where did the marriage end?
[_____]

**6.f.** How did the marriage end?
[_____]

## Other Information

**7.a.** Your family member was or is in immigration proceedings.   ☐ Yes  ☑ No

If you answered "Yes," select the type of proceedings. If your family member was in proceedings in the past and is no longer in proceedings, provide the date of action. If your family member is currently in proceedings, type or print "Current" in the appropriate date field. Select **all applicable** boxes. Use the space provided in **Part 11. Additional Information** to provide an explanation.

**7.b.** ☐ Removal Proceedings
Removal Date (mm/dd/yyyy) [N/A]

**7.c.** ☐ Exclusion Proceedings
Exclusion Date (mm/dd/yyyy) [N/A]

**7.d.** ☐ Deportation Proceedings
Deportation Date (mm/dd/yyyy) [N/A]

**7.e.** ☐ Rescission Proceedings
Rescission Date (mm/dd/yyyy) [N/A]

**7.f.** ☐ Judicial Proceedings
Judicial Date (mm/dd/yyyy) [N/A]

**8.** Your family member would like an Employment Authorization Document.   ☑ Yes  ☐ No

**NOTE:** If you answered "Yes," submit Form I-765, Application for Employment Authorization Document, separately. If your family member is living outside the United States, he or she is not eligible to receive employment authorization until he or she is lawfully admitted to the United States. Do **not** file Form I-765 for a family member living outside the United States.

## Part 5.  Processing Information

Answer the following questions about the family member for whom you are filing this supplement.  For the purposes of this supplement, you must answer "Yes" to the following questions, if applicable, even if your family member's records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told your family member that he or she no longer has a record.

**NOTE:** If you answer "Yes" to **ANY** question in **Part 5.**, provide an explanation in the space provided in **Part 11. Additional Information**.

**NOTE:** Answering "Yes" does not necessarily mean that U.S. Citizenship and Immigration Services (USCIS) will deny your Supplement A, Petition for Qualifying Family Member of U-1 Recipient.

Has your family member **EVER**:

**1.a.** Committed a crime or offense for which he or she has not been arrested?  ☐ Yes  ☑ No

**1.b.** Been arrested, cited, or detained by any law enforcement officer (including Department of Homeland Security (DHS), former Immigration and Nationalization Service (INS), and military officers) for any reason?  ☐ Yes  ☑ No

**1.c.** Been charged with committing any crime or offense?  ☐ Yes  ☑ No

**1.d.** Been convicted of a crime or offense (even if the violation was subsequently expunged or pardoned)?  ☐ Yes  ☑ No

**1.e.** Been placed in an alternative sentencing or a rehabilitative program (for example, diversion, deferred prosecution, withheld adjudication, deferred adjudication)?  ☐ Yes  ☑ No

**1.f.** Received a suspended sentence, been placed on probation, or been paroled?  ☐ Yes  ☑ No

**1.g.** Been held in jail or prison?  ☐ Yes  ☑ No

**1.h.** Been the beneficiary of a pardon, amnesty, rehabilitation, or other act of clemency or similar action?  ☐ Yes  ☑ No

**1.i.** Exercised diplomatic immunity to avoid prosecution for a criminal offense in the United States?  ☐ Yes  ☑ No

## Information About Arrests, Citations, Detentions, or Charges

**2.a** Why was your family member arrested, cited, detained, or charged?
N/A

**2.b.** Date of arrest, citation, detention, or charge (mm/dd/yyyy)
N/A

Where was your family member arrested, cited, detained, or charged?

**2.c.** City or Town   N/A

**2.d.** State   N/A

**2.e.** Country
N/A

**2.f.** Outcome or disposition (for example, no charges filed, charges dismissed, jail, probation)
N/A

**3.a** Why was your family member arrested, cited, detained, or charged?
N/A

**3.b.** Date of arrest, citation, detention, or charge (mm/dd/yyyy)
N/A

Where was your family member arrested, cited, detained, or charged?

**3.c.** City or Town   N/A

**3.d.** State   N/A

**3.e.** Country
N/A

**3.f.** Outcome or disposition (for example, no charges filed, charges dismissed, jail, probation)
N/A

## Part 5. Processing Information (continued)

Has your family member **EVER**:

**4.a.** Engaged in, or does he or she intend to engage in, prostitution or procurement of prostitution?

☐ Yes  ☑ No

**4.b.** Engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?

☐ Yes  ☑ No

**4.c.** Knowingly encouraged, induced, assisted, abetted, or aided any alien to try to enter the United States illegally?

☐ Yes  ☑ No

**4.d.** Illicitly trafficked in any controlled substance or knowingly assisted, abetted, or colluded in the illicit trafficking of any controlled substance?

☐ Yes  ☑ No

Has your family member **EVER** committed, planned or prepared, participated in, threatened to, attempted to, conspired to commit, gathered information for, or solicited funds for any of the following:

**5.a.** Hijacking or sabotage of any conveyance (including an aircraft, vessel, or vehicle)?

☐ Yes  ☑ No

**5.b.** Seizing or detaining, and threatening to kill, injure, or continue to detain, another individual in order to compel a third person (including a governmental organization) to do or abstain from doing any act as an explicit or implicit condition for the release of the individual seized or detained?

☐ Yes  ☑ No

**5.c.** Assassination?

☐ Yes  ☑ No

**5.d.** The use of any firearm with intent to endanger, directly or indirectly, the safety of one or more individuals or to cause substantial damage to property?

☐ Yes  ☑ No

**5.e.** The use of any biological agent, chemical agent, nuclear weapon or device, explosive, or other weapon or dangerous device, with intent to endanger, directly or indirectly, the safety of one or more individuals or to cause substantial damage to property?

☐ Yes  ☑ No

Has your family member **EVER** been a member of, solicited money or members for, provided support for, attended military training (as defined in section 2339D(c)(1) of Title 18, United States Code) by or on behalf of, or been associated with any other group of two or more individuals, whether organized or not, which has been designated as, or has engaged in or has a subgroup which has been designated as, or has engaged in:

**6.a.** A terrorist organization under section 219 of the Immigration and Nationality Act (INA)?

☐ Yes  ☑ No

**6.b.** Hijacking or sabotage of any conveyance (including an aircraft, vessel, or vehicle)?

☐ Yes  ☑ No

**6.c.** Seizing or detaining, and threatening to kill, injure, or continue to detain, another individual in order to compel a third person (including a governmental organization) to do or abstain from doing any act as an explicit or implicit condition for the release of the individual seized or detained?

☐ Yes  ☑ No

**6.d.** Assassination?

☐ Yes  ☑ No

**6.e.** The use of any firearm with intent to endanger, directly or indirectly, the safety of one or more individuals or to cause substantial damage to property?

☐ Yes  ☑ No

**6.f.** The use of any biological agent, chemical agent, nuclear weapon or device, explosive, or other weapon or dangerous device, with intent to endanger, directly or indirectly, the safety of one or more individuals or to cause substantial damage to property?

☐ Yes  ☑ No

**6.g.** Soliciting money or members or otherwise providing material support to a terrorist organization?

☐ Yes  ☑ No

Does your family member intend to engage in the United States in:

**7.a.** Espionage?

☐ Yes  ☑ No

**7.b.** Any unlawful activity, or any activity the purpose of which is in opposition to, or the control, or overthrow of the Government of the United States?

☐ Yes  ☑ No

**7.c.** Solely, principally, or incidentally in any activity related to espionage or sabotage or to violate any law involving the export of goods, technology, or sensitive information?

☐ Yes  ☑ No

**8.** Has your family member **EVER** been or does he or she continue to be a member of the Communist or other totalitarian party, except when membership was involuntary?

☐ Yes  ☑ No

## Part 5.  Processing Information (continued)

**9.** Has your family member **EVER**, during the period of March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ordered, incited, assisted or otherwise participated in the persecution of any person because of race, religion, nationality, membership in a particular social group or political opinion?  ☐ Yes ☑ No

Has your family member **EVER** ordered, incited, called for, committed, assisted, helped with, or otherwise participated in any of the following:

**10.a.** Acts involving torture or genocide?  ☐ Yes ☑ No

**10.b.** Killing any person?  ☐ Yes ☑ No

**10.c.** Intentionally and severely injuring any person?  ☐ Yes ☑ No

**10.d.** Engaging in any kind of sexual conduct or relations with any person who was being forced or threatened?  ☐ Yes ☑ No

**10.e.** Limiting or denying any person's ability to exercise religious beliefs?  ☐ Yes ☑ No

**10.f.** The persecution of any person because of race, religion, national origin, membership in a particular social group, or political opinion?  ☐ Yes ☑ No

**10.g.** Displacing or moving any person from their residence by force, threat of force, compulsion, or duress?  ☐ Yes ☑ No

**NOTE:** If you answered "Yes" to any question in **Item Numbers 10.a. - 10.g.**, please describe the circumstances in the spaces provided in **Part 11. Additional Information**.

**11.** Has your family member **EVER** advocated that another person commit any of the acts described in **Item Numbers 10.a. - 10.g.**, urged, or encouraged another person, to commit such acts?  ☐ Yes ☑ No

Has your family member **EVER** been present or nearby when any person was:

**12.a.** Intentionally killed, tortured, beaten, or injured?  ☐ Yes ☑ No

**12.b.** Displaced or moved from his or her residence by force, compulsion, or duress?  ☐ Yes ☑ No

**12.c.** In any way compelled or forced to engage in any kind of sexual contact or relations?  ☐ Yes ☑ No

Has your family member **EVER**:

**13.a.** Served in, been a member of, assisted in, or participated in any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, rebel group, guerilla group, militia, or other insurgent organization?  ☐ Yes ☑ No

**13.b.** Served in any prison, jail, prison camp, detention facility, labor camp, or any other situation that involved detaining persons?  ☐ Yes ☑ No

**13.c.** Served in, been a member of, assisted in, or participated in any group, unit, or organization of any kind in which you or other persons transported, possessed, or used any type of weapon?  ☐ Yes ☑ No

**NOTE:** If you answered "Yes" to any question in **Item Numbers 13.a. - 13.c.**, please describe the circumstances in **Part 11. Additional Information**.

Has your family member **EVER**:

**14.a.** Received any type of military, paramilitary, or weapons training?  ☐ Yes ☑ No

**14.b.** Been a member of, assisted in, or participated in any group, unit, or organization of any kind in which you or other persons used any type of weapon against any person or threatened to do so?  ☐ Yes ☑ No

**14.c.** Assisted or participated in selling or providing weapons to any person who to your knowledge used them against another person, or in transporting weapons to any person who to your knowledge used them against another person?  ☐ Yes ☑ No

**NOTE:** If you answered "Yes" to any question in **Item Numbers 14.a. - 14.c.**, please describe the circumstances in **Part 11. Additional Information**.

Has your family member **EVER**:

**15.a.** Recruited, enlisted, conscripted, or used any person under 15 years of age to serve in or help an armed force or group?  ☐ Yes ☑ No

**15.b.** Used any person under 15 years of age to take part in hostilities, or to help or provide services to people in combat?  ☐ Yes ☑ No

**16.** Is your family member **NOW** in removal, exclusion, rescission, or deportation proceedings?  ☐ Yes ☑ No

**17.** Has your family member **EVER** had removal, exclusion, rescission, or deportation proceedings initiated against him or her?  ☐ Yes ☑ No

## Part 5. Processing Information (continued)

**18.** Has your family member **EVER** been removed, excluded, or deported from the United States? ☐ Yes ☑ No

**19.** Has your family member **EVER** been ordered to be removed, excluded, or deported from the United States? ☐ Yes ☑ No

**20.** Has your family member **EVER** been denied a visa or denied admission to the United States? ☐ Yes ☑ No

**21.** Has your family member **EVER** been granted voluntary departure by an immigration officer or an immigration judge and failed to depart within the allotted time? ☐ Yes ☑ No

**22.** Is your family member **NOW** under a final order or civil penalty for violating section 274C of the INA (producing and/or using false documentation to unlawfully satisfy a requirement of the INA)? ☐ Yes ☑ No

**23.** Has your family member **EVER**, by fraud or willful misrepresentation of a material fact, sought to procure or procured a visa or other documentation, for entry into the United States or any immigration benefit? ☐ Yes ☑ No

**24.** Has your family member **EVER** left the United States to avoid being drafted into the U.S. Armed Forces or U.S. Coast Guard? ☐ Yes ☑ No

**25.** Has your family member **EVER** been a J nonimmigrant exchange visitor who was subject to the 2-year foreign residence requirement and not yet complied with that requirement or obtained a waiver of such? ☐ Yes ☑ No

**26.** Has your family member **EVER** detained, retained, or withheld the custody of a child, having a lawful claim to United States citizenship, outside the United States from a United States citizen granted custody? ☐ Yes ☑ No

**27.** Does your family member plan to practice polygamy in the United States? ☐ Yes ☑ No

**28.** Has your family member **EVER** entered the United States as a stowaway? ☐ Yes ☑ No

**29.a.** Does your family member **NOW** have a communicable disease of public health significance? ☐ Yes ☑ No

**29.b.** Does your family member **NOW** have or has your family member **EVER** had a physical or mental disorder and behavior (or a history of behavior that is likely to recur) associated with the disorder which has posed or may pose a threat to the property, safety, or welfare of yourself or others? ☐ Yes ☑ No

**29.c.** Is your family member **NOW** or has your family member **EVER** been a drug abuser or drug addict? ☐ Yes ☐ No

## Part 6. Information About Your Qualifying Family Member's Spouse and/or Children

Provide the following information about your family member's spouse and/or children. If you need extra space to complete this section, use the space provided in **Part 11. Additional Information**.

**1.a.** Family Name (Last Name) _N/A_

**1.b.** Given Name (First Name) _N/A_

**1.c.** Middle Name _N/A_

**2.** Date of Birth (mm/dd/yyyy) _N/A_

**3.** Country of Birth _N/A_

**4.** Relationship _N/A_

**5.a.** Family Name (Last Name) _N/A_

**5.b.** Given Name (First Name) _N/A_

**5.c.** Middle Name _N/A_

**6.** Date of Birth (mm/dd/yyyy) _N/A_

**7.** Country of Birth _N/A_

**8.** Relationship _N/A_

**9.a.** Family Name (Last Name) _N/A_

**9.b.** Given Name (First Name) _N/A_

**9.c.** Middle Name _N/A_

**10.** Date of Birth (mm/dd/yyyy) _N/A_

**11.** Country of Birth _N/A_

**12.** Relationship _N/A_

## Part 7. Petitioner's Statement, Contact Information, Declaration, and Signature

**NOTE:** Read the **Penalties** section of the Form I-918 Instructions before completing this part.

### Petitioner's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

**1.a.** ☑ I can read and understand English, and I have read and understand every question and instruction on this supplement and my answer to every question.

**1.b.** ☐ The interpreter named in **Part 9.** read to me every question and instruction on this supplement and my answer to every question in

[_____],

a language in which I am fluent, and I understood everything.

**2.** ☑ At my request, the preparer named in **Part 10.**,

[Elizabeth Matherne],

prepared this supplement for me based only upon information I provided or authorized.

### Petitioner's Contact Information

**3.** Petitioner's Daytime Telephone Number

[_____]

**4.** Petitioner's Mobile Telephone Number (if any)

[_____]

**5.** Petitioner's Email Address (if any)

[_____]

### Petitioner's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any of my records that USCIS may need to determine my eligibility for the immigration benefit I seek.

I further authorize release of information contained in this supplement, in supporting documents, and in my USCIS records to other entities and persons where necessary for the administration and enforcement of U.S. immigration laws.

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

> **1)** I provided or authorized all of the information contained in, and submitted with, my supplement;
> **2)** I reviewed and understood all of the information in, and submitted with, my supplement; and
> **3)** All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that all of the information in my supplement and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my supplement, and that all of this information is complete, true, and correct.

### Petitioner's Signature

**6.a.** Petitioner's Signature (sign in ink)

➡ [ _signature_ ]

**6.b.** Date of Signature (mm/dd/yyyy)  [11-22-2021]

**NOTE TO ALL PETITIONERS:** If you do not completely fill out this supplement or fail to submit required documents listed in the Instructions, USCIS may deny your supplement.

## Part 8. Qualifying Family Member's Statement, Contact Information, Declaration, and Signature

**NOTE:** Read the **Penalties** section of the Form I-918 Instructions before completing this part.

### Qualifying Family Member's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

**1.a.** ☐ I can read and understand English, and I have read and understand every question and instruction on this supplement and my answer to every question.

**1.b.** ☐ The interpreter named in **Part 9.** read to me every question and instruction on this supplement and my answer to every question in

[_____],

a language in which I am fluent, and I understood everything.

**2.** ☑ At my request, the preparer named in **Part 10.**,

[Elizabeth Matherne],

prepared this supplement for me based only upon information I provided or authorized.

## Part 8. Qualifying Family Member's Statement, Contact Information, Declaration, and Signature (continued)

### Qualifying Family Member's Contact Information

**3.** Qualifying Family Member's Daytime Telephone Number

(404) 483-2379

**4.** Qualifying Family Member's Mobile Telephone Number (if any)

(404) 483-2379

**5.** Qualifying Family Member's Email Address (if any)

adriannapalmas57@yahoo.com

### Qualifying Family Member's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any of my records that USCIS may need to determine my eligibility for the immigration benefit I seek.

I further authorize release of information contained in this supplement, in supporting documents, and in my USCIS records to other entities and persons where necessary for the administration and enforcement of U.S. immigration laws. Any disclosure shall be in accordance with 8 U.S.C. section 1367 and 8 CFR 214.14(e).

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

> **1)** I provided or authorized all of the information contained in, and submitted with, my supplement;
> **2)** I reviewed and understood all of the information in, and submitted with, my supplement; and
> **3)** All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that all of the information in my supplement and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my supplement, and that all of this information is complete, true, and correct.

### Qualifying Family Member's Signature

**6.a.** Qualifying Family Member's Signature (sign in ink)

*Jonathan Palma*

**6.b.** Date of Signature (mm/dd/yyyy)

11/22/2021

**NOTE TO ALL QUALIFYING FAMILY MEMBERS:** If you do not completely fill out this supplement or fail to submit required documents listed in the Instructions, USCIS may deny your supplement.

## Part 9. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

**1.a.** Interpreter's Family Name (Last Name)

**1.b.** Interpreter's Given Name (First Name)

**2.** Interpreter's Business or Organization Name (if any)

### Interpreter's Mailing Address

**3.a.** Street Number and Name

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**3.c.** City or Town

**3.d.** State          **3.e.** ZIP Code

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number

**5.** Interpreter's Mobile Telephone Number (if any)

**6.** Interpreter's Email Address (if any)

## Part 9. Interpreter's Contact Information, Certification, and Signature (continued)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and [                    ],
which is the same language specified in **Part 7., Item Number 1.b.,** and **Part 8. Item Number 1.b.,** and I have read to this petitioner and qualifying family member in the identified language(s) every question and instruction on this supplement and the petitioner's and qualifying family member's answer to every question. The petitioner and qualifying family member informed me that they understand every instruction, question, and answer on the supplement, including the **Petitioner's Declaration and Certification and the Qualifying Family Member's Declaration and Certification,** and have verified the accuracy of every answer.

### Interpreter's Signature

**7.a.** Interpreter's Signature (sign in ink)

[                    ]

**7.b.** Date of Signature (mm/dd/yyyy)

[                    ]

## Part 10. Contact Information, Declaration, and Signature of the Person Preparing this Petition, if Other Than the Petitioner or Qualifying Family Member

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name)

Matherne

**1.b.** Preparer's Given Name (First Name)

Elizabeth

**2.** Preparer's Business or Organization Name (if any)

Kuck Baxter Immigration LLC

### Preparer's Mailing Address

**3.a.** Street Number and Name | P.O. Box 501359

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr. [        ]

**3.c.** City or Town | Atlanta

**3.d.** State | GA   **3.e.** ZIP Code | 31150

**3.f.** Province [        ]

**3.g.** Postal Code [        ]

**3.h.** Country

United States

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number

(229) 472-5758

**5.** Preparer's Mobile Telephone Number (if any)

[        ]

**6.** Preparer's Email Address (if any)

ematherne@immigration.net

### Preparer's Statement

**7.a.** ☐ I am not an attorney or accredited representative but have prepared this supplement on behalf of the petitioner and qualifying family member and with the petitioner's and qualifying family member's consent.

**7.b.** ☑ I am an attorney or accredited representative and my representation of the petitioner and qualifying family member in this case ☑ extends ☐ does not extend beyond the preparation of this supplement.

**NOTE:** If you are an attorney or accredited representative whose representation extends beyond preparation of this supplement, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this supplement.

**Part 10.  Contact Information, Declaration, and Signature of the Person Preparing this Petition, if Other Than the Petitioner or Qualifying Family Member** (continued)

### *Preparer's Certification*

By my signature, I certify, under penalty of perjury, that I prepared this supplement at the request of the petitioner and qualifying family member.  The petitioner and qualifying family member then reviewed this completed supplement and informed me that they understand all of the information contained in, and submitted with, this supplement, including the **Petitioner's Declaration and Certification, and the Qualifying Family Member's Declaration and Certification**, and that all of this information is complete, true, and correct.  I completed this supplement based only on information that the petitioner and qualifying family member provided to me or authorized me to obtain or use.

### *Preparer's Signature*

**8.a.**   Preparer's Signature (sign in ink)

**8.b.**   Date of Signature (mm/dd/yyyy)    12/9/21

## Part 11.  Additional Information

If you need extra space to provide any additional information within this supplement, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this supplement or attach a separate sheet of paper.  Include your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

### *Your Full Name (Principal)*

**1.a.**  Family Name
(Last Name)

**1.b.**  Given Name
(First Name)

**1.c.**  Middle Name

**2.**  A-Number (if any)  ▶ A-

**3.a.**  Page Number

**3.b.**  Part Number

**3.c.**  Item Number

**3.d.**

**4.a.**  Page Number

**4.b.**  Part Number

**4.c.**  Item Number

**4.d.**

**5.a.**  Page Number

**5.b.**  Part Number

**5.c.**  Item Number

**5.d.**

**6.a.**  Page Number

**6.b.**  Part Number

**6.c.**  Item Number

**6.d.**

**7.a.**  Page Number

**7.b.**  Part Number

**7.c.**  Item Number

**7.d.**



# Application For Employment Authorization

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
**Form I-765**

OMB No. 1615-0040
Expires 07/31/2022

| | | | |
|---|---|---|---|
| **For USCIS Use Only** | ☐ **Authorization/Extension Valid From** _____ ☐ **Authorization/Extension Valid Through** _____ | **Fee Stamp** | **Action Block** |
| | **Alien Registration Number** A-□□□□□□□□□ | | |
| | **Remarks** | | |

| | | |
|---|---|---|
| **To be completed by an attorney or Board of Immigration Appeals (BIA)-accredited representative** (if any). | ☑ **Select this box if Form G-28 is attached.** | **Attorney or Accredited Representative USCIS Online Account Number** (if any) _____ |

▶ **START HERE - Type or print in black ink.** Answer all questions fully and accurately. If a question does not apply to you (for example, if you have never been married and the question asks, "Provide the name of your current spouse"), type or print "N/A" unless otherwise directed. If your answer to a question which requires a numeric response is zero or none (for example, "How many children do you have" or "How many times have you departed the United States"), type or print "None" unless otherwise directed.

## Part 1. Reason for Applying

**I am applying for** (select **only one** box):

1.a. ☑ Initial permission to accept employment.

1.b. ☐ Replacement of lost, stolen, or damaged employment authorization document, or correction of my employment authorization document **NOT DUE** to U.S. Citizenship and Immigration Services (USCIS) error.

**NOTE:** Replacement (correction) of an employment authorization document due to USCIS error does not require a new Form I-765 and filing fee. Refer to **Replacement for Card Error** in the **What is the Filing Fee** section of the Form I-765 Instructions for further details.

1.c. ☐ Renewal of my permission to accept employment. (Attach a copy of your previous employment authorization document.)

## Part 2. Information About You

### Your Full Legal Name

1.a. Family Name (Last Name)  `Palma Ozuna`

1.b. Given Name (First Name)  `Jonathan`

1.c. Middle Name

## Other Names Used

Provide all other names you have ever used, including aliases, maiden name, and nicknames. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

2.a. Family Name (Last Name)

2.b. Given Name (First Name)

2.c. Middle Name

3.a. Family Name (Last Name)

3.b. Given Name (First Name)

3.c. Middle Name

4.a. Family Name (Last Name)

4.b. Given Name (First Name)

4.c. Middle Name

## Part 2. Information About You (continued)

### Your U.S. Mailing Address

**5.a.** In Care Of Name (if any)

**5.b.** Street Number and Name — 602 Summit Pointe Way

**5.c.** ☐ Apt. ☐ Ste. ☐ Flr.

**5.d.** City or Town — Atlanta

**5.e.** State — GA   **5.f.** ZIP Code — 30329

**6.** Is your current mailing address the same as your physical address? ☑ Yes ☐ No

**NOTE:** If you answered "No" to **Item Number 6.**, provide your physical address below.

### U.S. Physical Address

**7.a.** Street Number and Name — 602 Summit Pointe Way

**7.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**7.c.** City or Town — Atlanta

**7.d.** State — GA   **7.e.** ZIP Code — 30329

### Other Information

**8.** Alien Registration Number (A-Number) (if any)
► A-

**9.** USCIS Online Account Number (if any)
►

**10.** Gender ☐ Male ☑ Female

**11.** Marital Status
☑ Single ☐ Married ☐ Divorced ☐ Widowed

**12.** Have you previously filed Form I-765? ☐ Yes ☑ No

**13.a.** Has the Social Security Administration (SSA) ever officially issued a Social Security card to you? ☐ Yes ☑ No

**NOTE:** If you answered "No" to **Item Number 13.a.**, skip to **Item Number 14.** If you answered "Yes" to **Item Number 13.a.**, provide the information requested in **Item Number 13.b.**

**13.b.** Provide your Social Security number (SSN) (if known).
►

**14.** Do you want the SSA to issue you a Social Security card? (You must also answer "Yes" to **Item Number 15.**, **Consent for Disclosure**, to receive a card.)
☑ Yes ☐ No

**NOTE:** If you answered "No" to **Item Number 14.**, skip to **Part 2., Item Number 18.a.** If you answered "Yes" to **Item Number 14.**, you must also answer "Yes" to **Item Number 15.**

**15.** **Consent for Disclosure:** I authorize disclosure of information from this application to the SSA as required for the purpose of assigning me an SSN and issuing me a Social Security card. ☑ Yes ☐ No

**NOTE:** If you answered "Yes" to **Item Numbers 14. - 15.**, provide the information requested in **Item Numbers 16.a. - 17.b.**

### Father's Name

Provide your father's birth name.

**16.a.** Family Name (Last Name) — N/A

**16.b.** Given Name (First Name)

### Mother's Name

Provide your mother's birth name.

**17.a.** Family Name (Last Name) — Palma Ozuna

**17.b.** Given Name (First Name) — Luz Adriana

### Your Country or Countries of Citizenship or Nationality

List all countries where you are currently a citizen or national. If you need extra space to complete this item, use the space provided in **Part 6. Additional Information**.

**18.a.** Country
Mexico

**18.b.** Country

## Part 2.  Information About You (continued)

### Place of Birth

List the city/town/village, state/province, and country where you were born.

**19.a.** City/Town/Village of Birth

San Marcos

**19.b.** State/Province of Birth

Guerrero

**19.c.** Country of Birth

Mexico

**20.** Date of Birth (mm/dd/yyyy)  12/18/2001

### Information About Your Last Arrival in the United States

**21.a.** Form I-94 Arrival-Departure Record Number (if any)

▶

**21.b.** Passport Number of Your Most Recently Issued Passport

G37122869

**21.c.** Travel Document Number (if any)

**21.d.** Country That Issued Your Passport or Travel Document

Mexico

**21.e.** Expiration Date for Passport or Travel Document (mm/dd/yyyy)  06/29/2023

**22.** Date of Your Last Arrival Into the United States, On or About (mm/dd/yyyy)  08/2007

**23.** Place of Your Last Arrival Into the United States

Texas

**24.** Immigration Status at Your Last Arrival (for example, B-2 visitor, F-1 student, or no status)

EWI

**25.** Your Current Immigration Status or Category (for example, B-2 visitor, F-1 student, parolee, deferred action, or no status or category)

Pending Uvisa

**26.** Student and Exchange Visitor Information System (SEVIS) Number (if any)

▶ N-

### Information About Your Eligibility Category

**27.** **Eligibility Category.** Refer to the **Who May File Form I-765** section of the Form I-765 Instructions to determine the appropriate eligibility category for this application. Enter the appropriate letter and number for your eligibility category below (for example, (a)(8), (c)(17)(iii)).

( A ) ( 20 ) ( )

**28.** **(c)(3)(C) STEM OPT Eligibility Category.** If you entered the eligibility category **(c)(3)(C)** in **Item Number 27.**, provide the information requested in **Item Numbers 28.a. - 28.c.**

**28.a.** Degree

**28.b.** Employer's Name as Listed in E-Verify

**28.c.** Employer's E-Verify Company Identification Number or a Valid E-Verify Client Company Identification Number

**29.** **(c)(26) Eligibility Category.** If you entered the eligibility category (c)(26) in **Item Number 27.**, provide the receipt number of your H-1B spouse's most recent Form I-797 Notice for Form I-129, Petition for a Nonimmigrant Worker.

▶

**30.** **(c)(8) Eligibility Category** If you entered the eligibility category **(c)(8)** in **Item Number 27.**, provide the information requested in **Item Numbers 30.a. - 30.g.**

**30.a.** Have you **EVER** been arrested for, and/or charged with, and/or convicted of any crime in any country?

☐ Yes  ☐ No

**NOTE:** If you answered "Yes" to **Item Number 30.a.**, refer to **Special Filing Instructions for Those With Pending Asylum Applications (c)(8)** of the Form I-765 Instructions for information about providing court dispositions.

**30.b.** Did you enter the United States lawfully through a U.S. port of entry and were you inspected and admitted or paroled after inspection by an immigration officer? (If you answer "Yes," you **MUST** provide evidence of your lawful entry.)

☐ Yes  ☐ No

**30.c.** If you answered "No" to **Item Number 30.b.**, did you present yourself to the Secretary of Homeland Security or his or her delegate (DHS) within 48 hours of entry or attempted entry **AND** express an intention to seek asylum within the United States or express a fear of persecution or torture in your home country?

☐ Yes  ☐ No

## Part 2.  Information About You (continued)

If you answered "Yes" to **Item Number 30.c.,** provide the following information:

**30.d.** Date you presented yourself to DHS

**30.e.** Location where you presented yourself to DHS

**30.f.** Country of claimed persecution

**30.g.** Provide an explanation for why you did not enter the United States lawfully through a U.S. port of entry.  If you need extra space to complete this item, use the space provided in **Part 6. Additional Information.**

**NOTE:** Refer to the **Special Filing Instructions for Those With Pending Asylum Applications (c)(8)** section of the Form I-765 Instructions for more information.

**31.a.** **(c)(35) and (c)(36) Eligibility Category.**  If you entered the eligibility category (c)(35) in **Item Number 27.,** please provide the receipt number of your Form I-797 Notice for Form I-140, Immigrant Petition for Alien Worker. If you entered the eligibility category (c)(36) in **Item Number 27.,** please provide the receipt number of your spouse's or parent's Form I-797 Notice for Form I-140.

▶

**31.b.** If you entered the eligibility category (c)(35) or (c)(36) in **Item Number 27.,** have you **EVER** been arrested for and/or convicted of any crime?  ☐ Yes  ☐ No

**NOTE:**  If you answered "Yes" to **Item Number 31.b.,** refer to **Employment-Based Nonimmigrant Categories, Items 8. - 9.,** in the **Who May File Form I-765** section of the Form I-765 Instructions for information about providing court dispositions.

## Part 3.  Applicant's Statement, Contact Information, Declaration, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-765 Instructions before completing this section.  You must file Form I-765 while in the United States.

### Applicant's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

**1.a.** ☑ I can read and understand English, and I have read and understand every question and instruction on this application and my answer to every question.

**1.b.** ☐ The interpreter named in **Part 4.** read to me every question and instruction on this application and my answer to every question in

a language in which I am fluent, and I understood everything.

**2.** ☑ At my request, the preparer named in **Part 5.,**

Elizabeth  Matherne

prepared this application for me based only upon information I provided or authorized.

### Applicant's Contact Information

**3.** Applicant's Daytime Telephone Number

(404) 483-2379

**4.** Applicant's Mobile Telephone Number (if any)

(404) 483-2379

**5.** Applicant's Email Address (if any)

adriannapalmas57@yahoo.com

**6.** ☐ Select this box if you are a Salvadoran or Guatemalan national eligible for benefits under the ABC settlement agreement.

### Applicant's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date.  Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for the immigration benefit that I seek.

I furthermore authorize release of information contained in this application, in supporting documents, and in my USCIS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

## Part 3. Applicant's Statement, Contact Information, Declaration, Certification, and Signature (continued)

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

1) I reviewed and understood all of the information contained in, and submitted with, my application; and

2) All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that all of the information in my application and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my application and that all of this information is complete, true, and correct.

### Applicant's Signature

**7.a.** Applicant's Signature

➡ *Jonathan Palma*

**7.b.** Date of Signature (mm/dd/yyyy)  11 / 22 / 2021

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

## Part 4. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

**1.a.** Interpreter's Family Name (Last Name)

**1.b.** Interpreter's Given Name (First Name)

**2.** Interpreter's Business or Organization Name (if any)

## Part 4. Interpreter's Contact Information, Certification, and Signature

### Interpreter's Mailing Address

**3.a.** Street Number and Name

**3.b.** ☐ Apt.  ☐ Ste.  ☐ Flr.

**3.c.** City or Town

**3.d.** State

**3.e.** ZIP Code

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number

**5.** Interpreter's Mobile Telephone Number (if any)

**6.** Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and _____, which is the same language specified in **Part 3., Item Number 1.b.**, and I have read to this applicant in the identified language every question and instruction on this application and his or her answer to every question. The applicant informed me that he or she understands every instruction, question, and answer on the application, including the **Applicant's Declaration and Certification**, and has verified the accuracy of every answer.

### Interpreter's Signature

**7.a.** Interpreter's Signature

**7.b.** Date of Signature (mm/dd/yyyy)

## Part 5. Contact Information, Declaration, and Signature of the Person Preparing this Application, If Other Than the Applicant

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name)

Matherne

**1.b.** Preparer's Given Name (First Name)

Elizabeth

**2.** Preparer's Business or Organization Name (if any)

Kuck Baxter Immigration LLC

### Preparer's Mailing Address

**3.a.** Street Number and Name  `P.O. Box 501359`

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**3.c.** City or Town  `Atlanta`

**3.d.** State `GA`  **3.e.** ZIP Code `31150`

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

United States

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number

(229) 472-5758

**5.** Preparer's Mobile Telephone Number (if any)

**6.** Preparer's Email Address (if any)

ematherne@immigration.net

### Preparer's Statement

**7.a.** ☐ I am not an attorney or accredited representative but have prepared this application on behalf of the applicant and with the applicant's consent.

**7.b.** ☑ I am an attorney or accredited representative and my representation of the applicant in this case
☑ extends  ☐ does not extend beyond the preparation of this application.

**NOTE:** If you are an attorney or accredited representative, you need to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this application.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this application at the request of the applicant. The applicant then reviewed this completed application and informed me that he or she understands all of the information contained in, and submitted with, his or her application, including the **Applicant's Declaration and Certification**, and that all of this information is complete, true, and correct. I completed this application based only on information that the applicant provided to me or authorized me to obtain or use.

### Preparer's Signature

**8.a.** Preparer's Signature

**8.b.** Date of Signature (mm/dd/yyyy)  `12/9/21`

## Part 6.  Additional Information

If you need extra space to provide any additional information within this application, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this application or attach a separate sheet of paper.  Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

| | | |
|---|---|---|
| **1.a.** | Family Name (Last Name) | Palma Ozuna |
| **1.b.** | Given Name (First Name) | Luz |
| **1.c.** | Middle Name | Adriana |

**2.**  A-Number (if any) ▶ **A-**

**3.a.** Page Number

**3.b.** Part Number

**3.c.** Item Number

**3.d.**

**4.a.** Page Number

**4.b.** Part Number

**4.c.** Item Number

**4.d.**

**5.a.** Page Number

**5.b.** Part Number

**5.c.** Item Number

**5.d.**

**6.a.** Page Number

**6.b.** Part Number

**6.c.** Item Number

**6.d.**

**7.a.** Page Number

**7.b.** Part Number

**7.c.** Item Number

**7.d.**



Identificador Electrónico
1205300012021002312

FOLIO
1327456

Clave Única de Registro de Población
**PAOL811215MGRLZZ00**

## Estados Unidos Mexicanos

## Acta de Nacimiento

Número de Certificado de Nacimiento
---

Entidad de Registro
**GUERRERO**

Municipio de Registro
SAN MARCOS

| Oficialía | Fecha de Registro | Libro | Número de Acta |
|-----------|-------------------|-------|----------------|
| 0001 | 18/09/1982 | 4 | 542 |

### Datos de la Persona Registrada

| LUZ ADRIANA | PALMA | OZUNA |
|-------------|-------|-------|
| Nombre(s): | Primer Apellido: | Segundo Apellido: |

| | | ACAPULCO DE JUAREZ |
|---|---|---|
| MUJER | 15/12/1981 | GUERRERO |
| Sexo: | Fecha de Nacimiento: | Lugar de Nacimiento: |

### Datos de Filiación de la Persona Registrada

| CELERINO | PALMA | HIDALGO | MEXICANA | — |
|----------|-------|---------|----------|---|
| Nombre(s): | Primer Apellido: | Segundo Apellido: | Nacionalidad: | CURP: |

| TERESA | OZUNA | DE PALMA | MEXICANA | — |
|--------|-------|----------|----------|---|
| Nombre(s): | Primer Apellido: | Segundo Apellido: | Nacionalidad: | CURP: |

| Anotaciones Marginales: | Certificación: |
|-------------------------|----------------|
| | Se extiende la presente copia certificada, con fundamento en el artículo 302 del Código Civil de Guerrero; 22 fr. XV de la Ley 495 del Registro Civil de Guerrero; 2 fr. XII del Reglamento de la Ley 495 del Registro Civil de Guerrero y 11 de la Ley Número 874 que regula el uso de la Firma Electrónica Certificada de Guerrero. La Firma Electrónica con la que cuenta es vigente a la fecha de expedición; tiene validez jurídica y probatoria de acuerdo a las disposiciones legales en la materia. |
| | A LOS 12 DÍAS DEL MES DE AGOSTO DE 2021 . DOY FE. |

Firma Electrónica:

UE FP TD gx MT lx NU 1H Uk xa Wj Aw fE xV Wi BB RF JJ QU 5B fF BB TE
1B fE 9a VU 5B fD Ex Mj A1 Mz Aw MD Ex OT gy MD A1 ND Iw fE Z8 MT Uv
MT Iv MT k4 MX xH VU VS Uk VS T3 xD RU xF Uk lO Ty BQ QU xN QS BI

Código QR



*María Adela Herrera de la O*

Código de Verificación
11205300011982005420

Coordinador Técnico del Sistema Estatal del Registro Civil de Guerrero
LIC. MARÍA ADELA HERRERA DE LA O.



La presente copia certificada del acta es un extracto del acta que se encuentra en los archivos del Registro Civil correspondiente, la cual se ha expedido con base en las disposiciones jurídicas aplicables, cuyos datos pueden ser verificados en la página https://cevar.registrocivil.gob.mx/eVAR/ConsultaFolio.jsp ,capturando el Identificador Electrónico que se encuentra en la parte superior derecha del acta, para su consulta en dispositivos móviles, descarga una aplicación para lectura del código QR.



**Latin American Association**
**a:** 2750 Buford Highway, Atlanta, GA 30324
**p:** 404.638.1829
**w:** thelaa.org

**Latin American Association**

| CERTIFICATION OF TRANSLATION | CERTIFICADO DE TRADUCCIÓN |
|---|---|

*I do hereby certify as a qualified translator that I know the English and the Spanish languages and can translate between the two, and that, to the best of my knowledge, this is a true and correct translation from <u>Spanish to English of a Birth Certificate.</u>*

*This translation reflects the style, grammar and tone of the document(s) presented to the Latin American Association.*

*<u>The certification of translation is in no way an endorsement of the content, authenticity and/or validity of the document(s) presented for translation.</u>*

*Any erasures or amendments invalidate the certification of translation.*

Certifico por la presente que como traductora calificada sé el idioma inglés y el español y puedo traducir entre ambos idiomas, y que a mi leal entender, la presente es una traducción fiel y exacta <u>del español al inglés de un acta de nacimiento.</u>

Esta traducción refleja el estilo, la gramática y el tono del (de los) documento(s) presentado(s) a la Asociación Latinoamericana.

<u>El certificado de traducción no es de ningún modo una confirmación del contenido, la autenticidad y/o la validez del (de los) documento(s) presentado(s) para traducir.</u>

Cualquier tachadura o enmienda invalida el presente certificado de traducción.

_____
Translator / Traductora – Guisella Pásara

Sworn to and subscribed before me, on ___October 25_____, 2021.

Jurado y suscrito ante mí, el ___25 de octubre_____ de 2021.

_____
Notary Public / Notario Público





| PAGE<br>1327456<br>(Bar Code) | (Coat of Arms)<br>UNITED<br>MEXICAN<br>STATES | Electronic Identifier<br>12053000120210002312<br>(Bar Code) |
|---|---|---|

**United Mexican States**

**Birth Certificate**

| Unique Population Registration Code (CURP) |
|---|
| **PAOL811215MGRLZZ00** |
| (Bar Code) |
| Birth Certificate Number |
| ---- |
| State of Registry |
| **GUERRERO** |
| Municipality of Registry |
| SAN MARCOS |

| Office | Registration Date | Book | Certificate Number |
|---|---|---|---|
| **0001** | **09/18/1982** | **4** | **542** |

## Registered Child's Data

| LUZ ADRIANA | PALMA | OZUNA |
|---|---|---|
| Given Name(s): | First Surname: | Second Surname: |

| FEMALE | 12/15/1981 | ACAPULCO DE JUAREZ<br>GUERRERO |
|---|---|---|
| Sex: | Date of Birth: | Place of Birth: |

## Filiation Data of the Registered Child

|  |  |  |  | (Bar Code) |
|---|---|---|---|---|
| CELERINO | PALMA | HIDALGO | MEXICAN | |
| Given Name(s): | First Surname: | Second Surname: | Nationality: | CURP: |

|  |  |  |  | (Bar Code) |
|---|---|---|---|---|
| TERESA | OZUNA | DE PALMA | MEXICAN | ---- |
| Given Name(s): | First Surname: | Second Surname: | Nationality: | CURP: |

**Marginal Notes:**

**Certification:**

This certified copy is issued pursuant to article 302 of the Civil Code of Guerrero; 22 section XV of the Law 495 of the Civil Registry of Guerrero; 2 section XII of the Regulations of the Law 495 of the Civil Registry of Guerrero, and 11 of the Law Number 874 of Guerrero that regulates the use of the Certified Electronic Signature. This Electronic Signature is valid as of the issue date, and it has probative and legal validity in accordance with the legal provisions on this subject.

ON THE 12TH DAY OF THE MONTH OF AUGUST OF 2021.
I ATTEST.

**Electronic Signature:**

(Alphanumeric sequence)

(QR code)

QR code

Verification Code
11205300011982005420
(Bar Code)

(Signature)

Technical Coordinator of the State System of the Civil Registry of Guerrero
LIC.[*] MARIA ADELA HERRERA DE LA O.

This certified copy of the certificate is an extract from the certificate filed in the archives of the corresponding Civil Registry. It has been issued based on the applicable legal provisions, whose data can be verified at the following website: https://cevar.registrocivil.gob.mx/eVAR/ConsultaFolio.jsp, by using the Electronic Identifier on the upper right side of the certificate. For consulting in mobile devices, download an app to read QR codes.

[*] Translator's Note:
'LIC.' – An abbreviation for 'Licenciado/a', a term often used in Latin America to denote attorneys or holders of university degrees.

*(Reverse side)*



SEGOB
GOVERNMENT SECRETARIAT

**GENERAL DIRECTORATE OF THE
NATIONAL REGISTRY OF POPULATION
AND PERSONAL IDENTIFICATION**



*CONAFREC*
National Board of Civil
Registry Officials





En caso de que el titular de este pasaporte requiera de asistencia protección del gobierno mexicano, se recomienda que acuda a representación diplomática o consular mexicana más cercana.

Baja California Sur

EN CASO DE EMERGENCIA NOTIFICAR A /
IN CASE OF AN EMERGENCY PLEASE NOTIFY /
EN CAS D'URGENCE, PRIÈRE DE NOTIFIER À

Nombre:
Dirección:
Entidad Federativa:
C.P.                    Teléfono:

DOMICILIO DEL TITULAR / HOLDER'S ADDRESS
ADRESSE DU TITULAIRE

Dirección:
Entidad Federativa:
C.P.                    Teléfono:

ESTE PASAPORTE ES VÁLIDO PARA TODOS LOS PAÍSES
THIS PASSPORT IS VALID FOR ALL COUNTRIES
CE PASSEPORT EST VALABLE POUR TOUS LES PAYS



## PASAPORTE Passport / Passeport

### Estados Unidos Mexicanos

12427755

| | |
|---|---|
| Tipo / Type / Type **P** | Clave del país de expedición / Issuing state code / Code du pays émetteur **MEX** | Pasaporte No. / Passport No. / No. de Passeport **G30741765** |

Apellidos / Surname / Nom
**PALMA OZUNA**
Nombres / Given names / Prénoms
**LUZ ADRIANA**
Nacionalidad / Nationality / Nationalité
**MEXICANA**

Observaciones / Remarks / Observations

Fecha de nacimiento / Date of birth / Date de naissance
**15 12 1981**

CURP / Personal No. / No. personnel
**PAOL811215MGRLZZ00**

Sexo / Sex / Sexe
**F**

Lugar de nacimiento / Place of birth / Lieu de naissance
**ACAPULCO DE JUAREZ, GRO., MEX**

Fecha de expedición / Issue date / Date de délivrance
**31 10 2018**

Fecha de caducidad / Expiry date / Date d'expiration
**31 10 2021**

Firma del titular / Holder's signature / Signature du titulaire

Autoridad / Authority / Autorité
**ATLANTA**

```
P<MEXPALMA<OZUNA<<LUZ<ADRIANA<<<<<<<<<<<<<<
G307417655MEX8112152F2110318<<<<<<<<<<<<<04
```

*Coahuila*

5 VISAS

*Campeche*

4 VISAS







Hidalgo

13 VISAS

Guerrero

12 VISAS















Tlaxcala

29
VISAS

Tamaulipas

28
VISAS



G 3 0 7 4 1 7 6 5

Zacatecas

Este pasaporte será válido por la temporalidad que se indica en la página de datos. Al término de su validez ó de que se hayan usado la totalidad de sus páginas, éste podrá ser canjeado por uno nuevo presentando el anterior y cumpliendo con los requisitos establecidos en el reglamento para la expedición de pasaporte.

En caso de pérdida, destrucción ó mutilación del pasaporte su titular deberá comunicar el hecho inmediatamente a las autoridades locales de policía y las circunstancias en que hubiese ocurrido.

Es nulo si tiene raspaduras, enmendaduras, entrerrenglonaduras ó cualquier otra alteración.

Contiene 32 páginas y no podrán agregársele hojas. En caso de accidente ó muerte, favor de notificar a la embajada ó consulado de México más cercano.

This Passport is void if there are any erasures, corrections, interlinings or any other alterations. It contains 32 pages and no extra pages may be added. In the event of accident or death, please notify the nearest Mexican Embassy or Consulate.

Ce passeport sera déclaré nul en cas de grattages, corrections, ratures ou quelques autres alterations. Il contient 32 pages et il ne peut y être ajouté de feuilles supplémentaires. En cas d'accident ou de décès, prière d'en notifier l'ambassade ou le consulat Mexicain le plus proche.

32
VISAS
TI-EV-MEXICO



**Identificador Electrónico**

12053000120200001164

FOLIO
1089479



Clave Única de Registro de Población

**PAOJ011218HGRLZNA4**

Número de Certificado de Nacimiento

---

# Estados Unidos Mexicanos

## Acta de Nacimiento

Entidad de Registro

**GUERRERO**

Municipio de Registro

SAN MARCOS

| Oficialía | Fecha de Registro | Libro | Número de Acta |
|---|---|---|---|
| 0001 | 26/02/2002 | 1 | 154 |

### Datos de la Persona Registrada

| JONATHAN | PALMA | OZUNA |
|---|---|---|
| Nombre(s): | Primer Apellido: | Segundo Apellido: |

| HOMBRE | 18/12/2001 | SAN MARCOS GUERRERO |
|---|---|---|
| Sexo: | Fecha de Nacimiento: | Lugar de Nacimiento: |

### Datos de Filiación de la Persona Registrada

| LUZ ADRIANA | PALMA | OZUNA | MEXICANA | --- |
|---|---|---|---|---|
| Nombre(s): | Primer Apellido: | Segundo Apellido: | Nacionalidad: | CURP: |

| | | | | |
|---|---|---|---|---|
| Nombre(s): | Primer Apellido: | Segundo Apellido: | Nacionalidad: | CURP: |

**Anotaciones Marginales:**

Sin anotaciones marginales.

**Certificación:**

Se extiende la presente copia certificada, con fundamento en el artículo 302 del Código Civil de Guerrero, 22 fr. XV de la Ley 495 del Registro Civil de Guerrero, 2 fr. XII del Reglamento de la Ley 495 del Registro Civil de Guerrero y 11 de la Ley Número 874 que regula el uso de la Firma Electrónica Certificada de Guerrero. La Firma Electrónica con la que cuenta es vigente a la fecha de expedición; tiene validez jurídica y probatoria de acuerdo a las disposiciones legales en la materia.

A LOS 29 DÍAS DEL MES DE JUNIO DE 2020. DOY FE.

**Firma Electrónica:**

UE FP Sj Ax MT Ix OE hH Uk xa Tk E0 fE pP Tk FU SE FO fF BB TE 1B fE 9a
VU 5B fD Ex Mj A1 Mz Aw MD Ey MD Ay MD Ax NT Qw fE 1B MT gv MT Iv Mj
Aw MX xH VU VS Uk VS T3 xM VV og QU RS SU FO QS BQ QU xN QS BP



Código QR

Código de Verificación

11205300012002001540

Coordinador Técnico del Sistema Estatal del Registro Civil de Guerrero

**LIC. LENIN CARBAJAL CABRERA**

La presente copia certificada del acta de nacimiento es un extracto del acta que se encuentra en los archivos del Registro Civil correspondiente, la cual se ha expedido con base en las disposiciones jurídicas aplicables, cuyos datos pueden ser verificados en la página http://www.registrocivil.gob.mx/ActaMex/ConsultaFolio.jsp, capturando el Identificador Electrónico que se encuentra en la parte superior derecha del acta, para su consulta en dispositivos móviles, descarga una aplicación para lectura del código QR.



**Latin American Association**
**a:** 2750 Buford Highway, Atlanta, GA 30324
**p:** 404.638.1829
**w:** thelaa.org

*CERTIFICATION OF TRANSLATION*

*I do hereby certify as a qualified translator that I know the English and the Spanish languages and can translate between the two, and that, to the best of my knowledge, this is a true and correct translation from Spanish to English of a Birth Certificate.*

*This translation reflects the style, grammar and tone of the document(s) presented to the Latin American Association.*

*The certification of translation is in no way an endorsement of the content, authenticity and/or validity of the document(s) presented for translation.*

*Any erasures or amendments invalidate the certification of translation.*

**CERTIFICADO DE TRADUCCIÓN**

Certifico por la presente que como traductora calificada sé el idioma inglés y el español y puedo traducir entre ambos idiomas, y que a mi leal entender, la presente es una traducción fiel y exacta del español al inglés de un acta de nacimiento.

Esta traducción refleja el estilo, la gramática y el tono del (de los) documento(s) presentado(s) a la Asociación Latinoamericana.

El certificado de traducción no es de ningún modo una confirmación del contenido, la autenticidad y/o la validez del (de los) documento(s) presentado(s) para traducir.

Cualquier tachadura o enmienda invalida el presente certificado de traducción.

Translator / Traductora – Guisella Pásara

Sworn to and subscribed before me, on _____October 25_____, 2021.

Jurado y suscrito ante mí, el _____25 de octubre_____ de 2021.

Notary Public / Notario Público



| PAGE<br>1089479<br>(Bar Code) | <br>(Coat of Arms)<br>UNITED<br>MEXICAN<br>STATES | **Electronic Identifier**<br>12053000120200001164<br>(Bar Code) |
|---|---|---|

| | | Unique Population Registration Code (CURP) |
|---|---|---|

**PAOJ011218HGRLZNA4**

(Bar Code)

## United Mexican States

## Birth Certificate

| Birth Certificate Number |
|---|
| --- |

| State of Registry |
|---|
| **GUERRERO** |

| Municipality of Registry |
|---|
| SAN MARCOS |

| Office | Registration Date | Book | Certificate Number |
|---|---|---|---|
| **0001** | **02/26/2002** | **1** | **154** |

### Registered Child's Data

| JONATHAN | PALMA | OZUNA |
|---|---|---|
| Given Name(s): | First Surname: | Second Surname: |

| MALE | 12/18/2001 | SAN MARCOS<br>GUERRERO |
|---|---|---|
| Sex: | Date of Birth: | Place of Birth: |

### Filiation Data of the Registered Child

| | | | | (Bar Code) |
|---|---|---|---|---|
| LUZ ADRIANA | PALMA | OZUNA | MEXICAN | —— |
| Given Name(s): | First Surname: | Second Surname: | Nationality: | CURP: |

| | | | | (Bar Code) |
|---|---|---|---|---|
| ----------------- | -------------- | -------------- | ---------------- | —— |
| Given Name(s): | First Surname: | Second Surname: | Nationality: | CURP: |

| Marginal Notes: | Certification: |
|---|---|
| No marginal notes. | This certified copy is issued pursuant to article 302 of the Civil Code of Guerrero; 22 section XV of the Law 495 of the Civil Registry of Guerrero; 2 section XII of the Regulations of the Law 495 of the Civil Registry of Guerrero, and 11 of the Law Number 874 of Guerrero that regulates the use of the Certified Electronic Signature. This Electronic Signature is valid as of the issue date, and it has probative and legal validity in accordance with the legal provisions on this subject. |
| | ON THE 29TH DAY OF THE MONTH OF JUNE OF 2020.<br>I ATTEST. |

Electronic Signature:

(Alphanumeric sequence)

(QR code)

QR code

(Signature)

Verification Code
11205300012002001540
(Bar Code)

Technical Coordinator of the State System of the Civil Registry of Guerrero
LIC.[*] LENIN CARBAJAL CABRERA

This certified copy of the birth certificate is an extract from the certificate filed in the archives of the corresponding Civil Registry. It has been issued based on the applicable legal provisions, whose data can be verified at the following website: https://www.registrocivil.gob.mx/ActaMex/ConsultaFolio.jsp, by using the Electronic Identifier on the upper right side of the certificate. For consulting in mobile devices, download an app to read QR codes.

[*] Translator's Note:
'LIC.' – An abbreviation for 'Licenciado/a', a term often used in Latin America to denote attorneys or holders of university degrees.

*(Reverse side)*

 

**SEGOB**
GOVERNMENT SECRETARIAT

**GENERAL DIRECTORATE OF THE
NATIONAL REGISTRY OF POPULATION
AND PERSONAL IDENTIFICATION**

*CONAFREC*
National Board of Civil
Registry Officials







4
VISAS

Campeche

5
VISAS

Coahuila

6
VISAS

Colima

7
VISAS

Chiapas











16
VISAS

Michoacán

17
VISAS

Morelos









24
VISAS

San Luis Potosi

25
VISAS

Sinaloa







30
VISAS

Visas

31
VISAS

Visas

Zacatecas

Este pasaporte será válido por la temporalidad que se indica en la página de datos. Al término de su validez o de que se haya usado la totalidad de sus páginas, éste podrá ser canjeado por uno nuevo presentando el anterior y cumpliendo con los requisitos establecidos en el reglamento para la expedición de pasaporte.

En caso de pérdida, destrucción o mutilación del pasaporte su titular deberá comunicar el hecho inmediatamente a las autoridades locales se podrá y las circunstancias en que hubiese ocurrido.

Es nulo si tiene raspaduras, enmendaduras, entrerrenglonaduras ó cualquier otra alteración.

Contiene 32 páginas y no podrán agregársele hojas. En caso de accidente ó muerte, favor de notificar a la embajada ó consulado de México más cercano.

This Passport is void if there are any erasures, corrections, interlinings or any other alterations. It contains 32 pages and no extra pages may be added. In the event of accident or death, please notify the nearest Mexican Embassy or Consulate.

Ce passeport sera déclaré nul en cas de grattages, corrections, ratures ou quelques autres altérations. Il contient 32 pages et il ne peut y être ajouté de feuillets supplémentaires. En cas d'accident ou de décès, prière d'en notifier l'ambassade ou le consulant Mexicain le plus proche.

32
VISAS
TI EV MEXICO





G3712 2868

| STATE OF GEORGIA CERTIFICATE OF LIVE BIRTH | Death Number | Local File Number | 1. State File Number |
|---|---|---|---|
| | | | 2008GA000008147 |

| 2 CHILD'S NAME: FIRST | 3.MIDDLE | 4.LAST | 5.JR., III,ETC. | 6.Sex (M or F ) | 7.DATE OF BIRTH (Mo., Day,Year ) |
|---|---|---|---|---|---|
| EVELIN | | ARREDONDO PALMA | | FEMALE | 01/13/2008 |

| 8. TIME OF BIRTH | 9. THIS BIRTH (Single,Twin,Triplet, Etc.) | 10.IF NOT SINGLE SPECIFY BIRTH ORDER |
|---|---|---|
| 12:55 MILITARY | SINGLE | |

| 11.CITY TOWN, OR LOCATION OF BIRTH | 12. HOSPITAL FACILITY NAME (If not Hospital give street and Number.) |
|---|---|
| EAST POINT | SOUTH FULTON MEDICAL CENTER |

| 13. IF NOT HOSPITAL,Specify | 14. COUNTY OF BIRTH |
|---|---|
| HOSPITAL | FULTON |

| 15.MOTHER'S NAME FIRST | 16. MIDDLE | 17.LAST | 18.MAIDEN (Last Name) |
|---|---|---|---|
| LUZ | ADRIANA | PALMA-OZUNA | PALMA-OZUNA |

| 19.DATE OF BIRTH (Month ,Day,Year ) | 20.STATE OF BIRTH (If not U.S.A. ,Name Country) | 21. RESIDENCE - STATE | 22. COUNTY |
|---|---|---|---|
| 12/15/1981 | Mexico | GEORGIA | DEKALB |

| 23. CITY,TOWN OR LOCATION | 24.STREET AND NUMBER OF RESIDENCE |
|---|---|
| ATLANTA | 2339 BRAIRCLIFF ROAD APT C |

| 25.MOTHER'S MAILING ADDRESS | | | | 26.RESIDENCE INSIDE CITY LIMITS? (Yes or No) |
|---|---|---|---|---|
| 2339 BRAIRCLIFF ROAD APT C | ATLANTA | GEORGIA | 30329 | UNKNOWN |

| 27.FATHER'S NAME FIRST | 28.MIDDLE | 29.LAST,JR., ETC. | 30.DATE OF BIRTH (Mo.,Day, Year) | 31 STATE OF BIRTH(If not U.S.A. ,Name Country) |
|---|---|---|---|---|
| FILIBERTO | | ARREDONDO NINO | 04/09/1982 | Mexico |

| 32a. INFORMANT'S NAME (Type or Print ) | 32b. RELATION TO CHILD | 33 PARENTS AUTHORIZE RELEASE OF INFORMATION TO SOCIAL SECURITY ADMINISTRATION TO ISSUE THIS CHILD A SOCIAL SECURITY NUMBER. |
|---|---|---|
| FILIBERTO ARREDONDO NINO | FATHER | (Yes or No) YES |

| 34. I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE (Signature) Electronically signed by ELOISE P. DELAINE | 35. DATE SIGNED (Mo.,Day,Year) 01/14/2008 | 36. ATTENDANT AT BIRTH IF OTHER THAN CERTIFIER (Type or Print) (Name) KARLA BOOKER 37.(Title) MD |
|---|---|---|

| 38. CERTIFIER (Type or Print) (Name) ELOISE P DELAINE (Title) TECH II | 39. PHYSICIAN'S MEDICAL LIC. NO. 000 | 40. CERTIFIER MAILING ADDRESS (Street or R.F.D No., City or Town,State, Zip ) 1170 CLEVELAND AVENUE EAST POINT, GA 30344 |
|---|---|---|

| 41. REGISTRAR (Signature) Electronically signed by /S/ Deborah C. Aderhold | 42. DATE RECEIVED BY STATE REGISTRAR (Mo.,Day,Year ) 01/30/2008 |
|---|---|

GEORGIA DEPARTMENT OF COMMUNITY HEALTH. VITAL RECORDS SERVICE    Form 3901A (Rev. 7-1-92)

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF COMMUNITY HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 290-1-3, DCH RULES AND REGULATIONS. Any reproduction of this document is prohibited by statute. Do not accept unless on security paper with seal of Vital Records clearly embossed. Chapter 31-10, Code of Georgia as amended.

JUN 14 2011

BY    Registrar

WARNING: THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK. THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND, EMBOSSED SEAL AND THERMOCHROMIC INK. THE BACK CONTAINS SPECIAL LINES WITH TEXT.

231666

STATE OFFICE GA VITAL RECORDS

STATE OF GEORGIA 1776

VOID IF ALTERED OR COPIED

Form 3972 (Rev.3410)

FILED

IN THE SUPERIOR COURT OF DEKALB COUNTY
STATE OF GEORGIA

2018 JUN -4 PM 4: 17

CLERK OF SUPERIOR COURT
DEKALB COUNTY GA

| | | |
|---|---|---|
| LUZ ADRIANA PALMA, | * | |
| Plaintiff, | * | CIVIL ACTION |
| vs. | * | FILE NO. _____ 18FM4307 _____ |
| FILIBERTO ARREDONDO, | * | |
| Defendant. | * | |

### FINAL JUDGMENT AND DECREE

Upon consideration of this case, upon evidence submitted as provided by law, it is the judgment of the Court that a total divorce be granted, that is to say, a *vinculo matrimonii*, between the parties to the above stated case upon legal principles.

It is considered, ordered, and decreed by the Court that the marriage contract heretofore entered into between the parties to this case, from and after this date, be and is set aside and dissolved as fully and effectually as if no such contract had ever been made or entered into.

Petitioner and Respondent in the future shall be held and considered as separate and distinct persons altogether unconnected by any nuptial union or civil contract whatsoever and both shall have the right to remarry.

The **Agreement** between the parties and the **Child Support Addendum** signed by the plaintiff on ___April 6, 2018___ and by the defendant on___ April 16, 2018 ___ is incorporated herein by reference and made a part of this **Final Judgment and Decree**. Each party is **ORDERED** and directed to comply with the terms and conditions therein.

The costs of these proceedings are taxed against the Plaintiff.

Decree and Order entered this __4th__ day of __JUNE__ , 201 8 .

_____
JUDGE, SUPERIOR COURT OF DEKALB COUNTY

Presented by:

Fredy M. Alvarez, Esquire
Attorney for Plaintiff
GA Bar #:014160
62-A Lenox Pointe NE, Atlanta, GA 30324
404-841-9117
fredy.alvarez@alvarezlawoffices.com

FILED

IN THE SUPERIOR COURT OF DEKALB COUNTY
STATE OF GEORGIA

2018 JUN -4 PM 4: 18

CLERK OF SUPERIOR COURT
DEKALB COUNTY GA

LUZ ADRIANA PALMA
Plaintiff/Petitioner

v.

Civil Action 18FM4307
Number_____

FILIBERTO ARREDONDO
Defendant/Respondent

## CHILD SUPPORT ADDENDUM

Pursuant to O.C.G.A. § 19-6-15(c)(2), the Court makes the following applicable and required findings.

1.  This addendum is issued as:

    __x__ a final _____ a temporary

    in

    _____ an initial action _____ a modification action.

2.  The Gross Income of the Father is _____**2,773.33**_____ per month. O.C.G.A. § 19-6-15(c)(2)(C).

    The Gross Income of the Mother is _____**3,033.33**_____ per month. O.C.G.A. § 19-6-15(c)(2)(C).

3.  Is health insurance for the child(ren) involved reasonably available at a reasonable cost to either parent? Please *circle* your response:     YES     **(NO)**

    If *YES*, then ____ (Check if applicable) ____ (a) father, OR ____ (b) mother, OR ____ (c) both parents, shall provide accident and sickness insurance for the child(ren) for as long as child support continues. O.C.G.A. § 19-6-15(c)(2)(D).

4.  Mother shall pay _____**50**_____% and Father shall pay ____**50**____% of all expenses

Case Management I.O.P. [January 2008]

Page 1 of 4 pages

incurred for the children's health care (including medical, dental, mental health, hospital and vision care) that are not covered by insurance. The party who incurs such expense shall provide documentation thereof to the other party within fourteen days of said expenditure with a short note explaining the details, the reasons, et cetera, of said expenditure. That other party shall reimburse the incurring party (or pay the health care provider directly) for the appropriate percentage of the expense, within fourteen days after receiving the verification of a particular health care expense. O.C.G.A. § 19-6-15(c)(2)(G).

5.    Pursuant to the visitation schedule, the noncustodial parent's parenting time is __**20.8**__ percent annually. *(Standard* Visitation with alternating weekends, holidays plus 2 weeks during the summer represents 20.8% parenting time for the noncustodial parent. With three weeks of summer vacation, the noncustodial parent's parenting time is 22.8% and with four weeks of summer vacation, the noncustodial parent's parenting time is 24.7%.). O.C.G.A. § 19-6-15(c)(2)(F).

6.    The presumptive amount of child support as indicated by the *Child Support Worksheet* (#9 on Page 1 thereon) is __**712.03**__ per month for Mother and __**650.97**__ per month for Father. O.C.G.A. § 19-6-15(c)(2)(A) and (B).

7.    a.    _____ *No Deviation.* If NO deviation, please skip the remaining items in item 7 and continue to item 8 to complete this form.

      b.    __**x**__ *Deviation.* If DEVIATION, you MUST complete EITHER item 7(b)(i) OR item 7(b)(ii)

            i.    __**x**__

                  It has been determined that one or more of the Deviations allowed under O.C.G.A. §19-6-15 applies in this case. *Schedule E* of the *Child Support Worksheet,* docketed separately but simultaneously herewith, explains the

reasons for the deviation, how the application of the guidelines would be unjust or inappropriate considering the relative ability of each parent to provide support, and how the best interest of the children who are subject to this child support determination is served by deviation from the presumptive amount of child support.

OR

ii.    _____

The reasons for deviation are: _____

_____

_____

_____

_____.

The guidelines would be unjust or inappropriate considering the relative ability of each parent to provide support because: _____

_____

_____

_____.

The best interest of the children who are subject to this child support determination is served by deviation from the presumptive amount of child support because: _____

_____

_____

_____.

8.    Taking into consideration all of the applicable data from the *Child Support Worksheet*, the award of child support which _____**Father**_____ shall pay to _____**Mother**_____ _____ for support of the child(ren) is __**600.00**____ dollars per _____ (a) week, OR _____ (b) _**x**__ month, OR ___ (c) other period: _____, beginning on the ___**5th**__ day of

___**May**_____, 20_**18**___, and payable thereafter on a _____ (a) weekly, or _____

(b) bi-weekly, or __**x**___ (c) monthly, or __**x**___ (d) other period:__ on the 5th day of every month

thereafter_____,until the children become 18 years of age, die, marry, or otherwise become

emancipated, except that if the children become 18 years of age while enrolled in and attending

secondary school on a full-time basis, then such support shall continue until the children complete

secondary school provided that such support shall not be required after the children attain 20

years of age.  O.C.G.A. § 19-6-15(c)(2)(A) and (B).

So found, this ___4th___ day of ___JUNE_____, 20_18_.

_____
JUDGE, Superior Court of DeKalb County

Consented to by:

X _____
Plaintiff

X _____
Defendant

_4 / 6 / 2018_
Date

_4 / 16 / 2018_
Date

22 de Noviembre, 2021

Atlanta, Georgia

Yo, Luz Adriana Palma Ozuna, juro que lo siguiente es verdad:

Nací el 15 de Diciembre de 1981, en Acapulco de Juárez, Guerrero, México. Tuve mi primer hijo en San Marcos, Guerrero, México y mis otros dos hijos nacieron acá en los Estados Unidos,

Vine a los Estados Unidos en agosto del 2003. Soy divorciada, vivo con mis 3 hijos; Jonathan quien tiene 19 años; Axel quien tiene 17 años y Evelin quien tiene 13 años.

En Agosto 25 del 2020, la pareja de mi hermana Guadalupe; acaricio y toco a mi hija Evelin. Esto sucedió en Panamá City, Florida.

Estando acá en Atlanta, mi hermana me pregunto si mi hija quería ir con ellos a la playa porque llevaba a su hija y no quería que estuviera sola.

Yo le pregunte a mi hija si quería ir con su tía y con su prima a la playa, y me respondió que sí. Yo le comenté a mi novio que mi hermana iba para la playa y el me pregunto si quería ir también y fuimos.

Mi hermana se fue con su pareja Manuel, mi sobrina y mi hija Evelin. Mi novio yo, nos hospedamos en el hotel Holiday Inn Express; mi hermana y su pareja y mi sobrina en otro hotel.

El 25 de agosto del 2020 aproximadamente a las 6:02am desperté y lo primero que hice fue mirar mi teléfono y tenia mensajes de mi hija, lo cual rápidamente le hice una video llamada; pero ya tenia mensajes de ella pidiéndome ayuda como "mami estoy llorando ahorita, no se como decirle a mi tía; pero me desperté con Ale y me estaba tocando", "ma tengo mucho miedo, no puedo dormir; y lo iba hacer otra vez pero me moví", "me puede venir a traer? No puedo parar de llorar y no quiero dormir", "mama no se como decirle a mi tía", "mama ya despertaste?". Fueron los mensajes que me envió mi hija, y me envió su ubicación también.

En ese momento hice la video llamada y así mantuve comunicación con mi hija hasta llegar al hotel donde estaba ella llorando muy asustada en pánico. Llegue al lobby del hotel donde se encontraba mi hija, preguntando por la habitación de mi hermana Guadalupe.

Ellos miraron a mi hija en la video llamada que estaba llorando en pánico y llamaron a seguridad, y seguridad llamo a la policía.

Yo le decía a mi hija que no colgara el teléfono, que yo estaba ahí para ayudarla. Llego la policía y fuimos a la habitación, mi hija salió rápidamente en pánico llorando y no para de llorar con mucho miedo. La policía vio a mi hija en la video llamada llorando, histérica. Después nos llevaron a un centro de defensa de protección de niños Gulf Coast Children's Advocacy Center.

Mi hija fue examinada, y le hicieron preguntas de lo que paso, y también le hicieron pruebas del ADN el cual encontraron.

Mi hija esta ahora recibiendo ayuda y tratamiento por el trauma ocasionado. Yo también estoy recibiendo tratamiento por el trauma.

Es muy doloroso y duro para mí, es una situación muy dura y en todo momento cuido a mi hija. Está recibiendo asesoramiento, aconsejado por los servicios para niños.

También pido que por favor me ayudan con la Visa U porque necesito estar legalmente en este país por mi hija. Ella necesita mucho de mi y de su hermano Jonathan.

Por nuestra situación legal, se nos complican muchas cosas. Ella depende mucho de mi y de su hermano.

Toda esta situación no ha sido fácil para mi y para mis hijos, por eso les pido nos ayuden con la Visa U para estar protegiendo a mi hija Evelin.

**Luz Adriana Palma Ozuna**

November 22, 2021
Atlanta, Georgia

I, Luz Adriana Palma Ozuna, swear that the following is true:

Born on December 15, 1981, in Acapulco de Juarez, Guerrero, Mexico. I had my first child in San Marcos, Guerrero, Mexico  and my other two children were born here in the United States.

I came to the United States in August 2003. I am divorced, I live with my 3 children; Jonathan who is 19 years old, Axel who is 17 years old and Evelin who is 13 years old.

In August 25, 2020, my sister's Guadalupe partner; caressed and touch my daughter Evelin. This happened in Panama City, Florida.

Being here in Atlanta, my sister asked me if my daughter wanted to go with them to the beach because she was taking her daughter and didn't want her to be alone.

I asked my daughter if she wanted to go with her aunt and her cousin to the beach, and I said yes. I told my boyfriend that my sister was going to the beach, and he asked me if I wanted to go too and we went.

My sister left with her partner Manuel, my niece, and my daughter Evelin. My boyfriend, myself, stayed at the Holiday Inn Express hotel, my sister and her partner and my niece at another hotel.

On August 25, 2020 at approximately 6:02am I woke up and the first thing I did was look at my phone and I had messages from my daughter, which I quickly made a video call; but I already had messages from her asking me for help like "mommy I'm crying right now, I don't know how to tell my aunt; but I woke up with Ale and he was touching me", "ma I'm very afraid, I can't sleep; and I was going to do it again but I moved", *"can you* come and get me? I can't stop crying and I don't want to sleep", "mom I don't know how to tell my aunt", "Mom are you awake?" They were the messages that my daughter sent me, and she sent me her location as well.

At that moment I made the video call and so I maintained communication with my daughter until I reached the hotel where she was crying very scared in panic. I went to the lobby of the hotel where my daughter was, asking for my sister Guadalupe's room. They looked at my daughter in the video Hamada who was crying in a panic and called security, and security calls the police.

I told my daughter not to hang up the phone, that I was there to help her. The police arrived and we went to the room, my daughter left quickly in panic crying and does not stop crying with great fear. The cop saw my daughter in the video call crying, hysterical.  We were then taken to a Gulf Coast Children's Advocacy Center.

My daughter was examined, and they asked her questions about what happened, and they also did DNA tests on what they found.

My daughter is now receiving help and treatment for the trauma caused. I'm also getting treatment for trauma.

It was very pain full and hurtful for me, this situation very hard and I am always taking care of my daughter. She is receiving advice, counseling by the services for children.

I also ask that you please help me with the U Visa because I need to be legally in this country for my daughter. She needs me and her brother Jonathan so much. Becauce of our legal situation, many things are complicated for us. She depends a lot on me and her brother.

This whole situation has not been easy for me and my children, so I ask you to help us with the U Visa to be protecting my daughter Evelin.

Luz Adriana Palma Ozuna
---------------

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF TRANSLATOR'S COMPETENCE

I, Lyanne Vermenton, hereby certify that this is an accurate translation of the attached document in **Spanish** and that I am competent in both **English** and **Spanish** to render such a translation. The foregoing instrument was acknowledged before me this 2nd December of 2021 in Fulton County.

Date: <u>December 2, 2021</u>

Notary Signature
My Commission Expires







FAMILIES &
SCHOOLS

FAMILY
COUNSELING
OF COLUMBUS

Date: November 16, 2021

To whom it may concern

This letter is in response to the request for records as it relates to Adriana Luz Palma as a client of Family Counseling of Columbus, a program of The Family Center.

Adriana has been a client of Family Counseling of Columbus since September 10, 2020 at which time she completed her two hour intake process. This client has attended a total of 24 individual sessions as of her last session on November 4, 2021.

The client is currently under my care for "F43.11 Post-traumatic stress disorder acute" in accordance with the Diagnostic and Statistical Manual of Mental Disorders 5th Edition (DSM-5).

Please do not hesitate in contacting our office if you have any further questions or need further assistance.

Sincerely,

Angel R. Duarte, MA, APC
Family Counseling of Columbus

**BOARD OF DIRECTORS**

**Lori Auten**
*Chair*

**Mo Scarbrough**
*Vice Chair*

**Eric Tydings**
*Treasurer*

**Chuck Rossi**
*Past Chair*

**Al Haynes**
*Public Relation*

Darryl G. Carter

Sebastian Dixon

Regina Fernicola

Tricia Griggs

Dr. Kaizad Shroff, MD

BG (Ret) Peter L. Jones

Alston Lyle

Jessica McCullars

Eddie Obleton

Jason Powers

Amber Clark

Steve Rutledge

Angeanette Snell

**Todd Bennett**
*CEO*

1350 15th Avenue, Columbus, GA 31901   |   706.327.3238   |   www.thefamilyctr.org



SCSAC-CAC

# Southern Crescent Sexual Assault and Child Advocacy Center
## Client Intake Form

**General Information**

Client Name: Evelyn Arredondo Palma   Today's Date: 09-9-2020

Parent Name (if under 18): Luz A Palma   DOB: 07-13-2008

Address: 1412 Willow Lake Dr. Apt T   DOB: 12-15-1981

City: Atlanta   Apt #: T

Cell Phone: 404 3949157   State: Ga   Zip: 30329

Email: adriannapalma57@yahoo.com   Home Phone: _____

May I leave a message? ✓Yes __No

**Insurance: For data purposes only**

_____

**Emergency Contact**

Name: Veronica Heredia

Phone: 404-981-0698   Relationship: Cousin

**Previous Counseling**

Have you received psychological services in the past? __Yes X No

Please list any physical or mental illness or symptoms: _____

_____
_____
_____

P. O. Box 1788 Jonesboro, GA  30237 O: 770/507/7772 F: 770/573/4112
www.scsac.org

## <u>OUR AGREEMENT TO ENTER INTO A THERAPEUTIC RELATIONSHIP:</u>

I am sincerely looking forward to facilitating you on your journey toward healing and growth. If you have any questions about any part of this document, please ask. Please print, date, and sign your name below indicating that you have read and understand the contents of this "Information, Authorization, and Consent to Treatment" form as well as the "Health Insurance Portability and Accountability Act (HIPAA) Notice of Privacy Practices" provided to you separately. Your signature also indicates that you agree to the policies of your relationship with me, and you are authorizing me to begin treatment with you.

_____     _____
Client Name (Please Print)                                                    Date

_____
Client Signature

If Applicable:

_____     _____
Parent's or Legal Guardian's Name (Please Print)                     Date

_____
Parent's or Legal Guardian's Signature

My signature below indicates that I have discussed this form with you and have answered any questions you have regarding this information.

_____     _____
Counselor's Signature                                                          Date
                                                                                      9/9/20

**P. O. Box 1788 Jonesboro, GA  30237 O: 770/507/7772 F: 770/573/4112**
**www.scsac.org**

# CHILD AND ADOLESCENT ASSESSMENT

Clients Name: E Amado    9/9/20

| | | No. |
|---|---|---|
| QUESTION | ANSWER | 1 |
| What is your favorite TV show | Haikyu - A silent voice | 2 |
| What time do you go to bed | school - 12am  weekend - 1-2pm | 3 |
| Have you ever been really sick or hurt that you had to go to the hospital | no | 4 |
| Who understands you the most | mom. | 5 |
| If you had a magic wand and could change anything in your life, what would change | something bad that happened in the past | 6 |
| What is the best thing that ever happen to you | being happy n placed w/ family | 7 |
| What is the best thing your mom has ever done for you | stayed by my side. | 8 |
| What is the worst thing that has ever happen to you | day go I not with home to the beach. | 9 |
| Who hugs you the most | foster mom | 10 |
| What don't you like about yourself | | 11 |
| One thing i like about myself | not mean  people that are dificult | 12 |
| When I was little, I liked it when | Lost w/ my family to Disney | 13 |
| I feel ashamed when I | | 14 |
| Things would be better if I wasn't so _____ | shy | 15 |
| My mother reminds me of | memories | 16 |
| Every time I hear the word "dad" I | kind of feel sad. | 17 |
| I am really great at _____ | making progress. | 18 |
| I am scared of _____ | falling from heights | 19 |
| Don't ever call me _____ | names | 20 |
| If I really thought about it, I'd _____ | get a monkey | 21 |
| I am _____ | usually a happy diery person | 22 |
| One time when I was sad, I _____ | lay down in bed and screamed my roofers | 23 |
| The feeling I have most is _____ | lonely a happy person | 24 |
| When I'm alone, I think about _____ | about if a specific thing have happed | 25 |
| When I go home from school, I like to _____ | draw, game pass |  |

1

CPSS-5

The 20 PTSD symptom items and 7 function items on a scale ranging from 0 (not at all) to 4 (6 or more times a week/severe). The 20 PTSD symptom items are rated on a 5-point scale of frequency and severity from 0 (not at all) to 4 (6 or more times a week /severe). The 7 functioning items are rated on yes/no. The CPSS-SR-5 has excellent internal consistency for total symptom severity (Cronbach's alpha = .924) and good test-retest reliability (r = .800). The CPSS-SR-5 also demonstrates convergent validity with CPSS-I-5 (r = .904), and discriminant validity with the Multidimensional Anxiety Scale (MASC) for Children and Child Depression Inventory (CDI). A cut off score of 31 can be used for identifying a probable PTSD diagnosis in children

## Scoring

PTSD severity is determined by totaling the 20 PDS-5 symptom ratings (items 1-20). Scores range from 0-80. The following are clinical guidelines for PTSD symptom severity:

0 – 10 Minimal symptoms
11 – 20 Mild symptoms
21 – 40 Moderate symptoms
41 – 60 Severe symptoms
61 – 80 Very severe symptoms

In addition, a score of 31 can be used as a cutoff point for possible diagnosis of PTSD, with scores between 0 – 30 suggesting no diagnosis, and 31 – 80 suggesting possible diagnosis.

The additional seven items that inquire about daily functioning (e.g., relationships with friends, schoolwork) are rated as either absent (0) or present (1) and yield a total impairment severity score ranging from 0 to 7.

3 )

Name or ID#: _____   Date: _____

## CPSS - V

Sometimes scary or upsetting things happen to kids. It might be something like a car accident, getting beaten up, living through an earthquake, being robbed, being touched in a way you didn't like, having a parent get hurt or killed, or some other very upsetting event.

Please write down the scary or upsetting thing that bothers you the most when you think about it:

When I was being touched in a way I didn't like.

_____

When did it happen? 7th grade, 12, Tuesday

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Not at all | Once a week or less/a little | 2 to 3 times a week/somewhat | 4 to 5 times a week/a lot | 6 or more times a week/almost always |

These questions ask about how you feel about the upsetting thing you wrote down. Read each question carefully. Then circle the number (0–4) that best describes how often that problem has bothered you IN THE LAST MONTH.

1. 0 1 (2) 3 4 — Having upsetting thoughts or pictures about it that came into your head when you didn't want them to

2. 0 (1) 2 3 4 — Having bad dreams or nightmares

3. (0) 1 2 3 4 — Acting or feeling as if it was happening again (seeing or hearing something and feeling as if you are there again)

4. 0 1 2 (3) 4 — Feeling upset when you remember what happened (for example, feeling (scared) angry, sad, guilty, confused)

5. 0 1 (2) 3 4 — Having feelings in your body when you remember what happened (for example, sweating, heart beating fast, stomach or head hurting)

6. 0 1 2 (3) 4 — Trying not to think about it or have feelings about it

7. 0 1 2 (3) 4 — Trying to stay away from anything that reminds you of what happened (for example, people, places, or conversations about it)

8. 0 (1) 2 3 4 — Not being able to remember an important part of what happened

9. 0 (1) 2 3 4 — Having bad thoughts about yourself, other people, or the world (for example, "I can't do anything right", "All people are bad", "The world is a scary place")

10. (0) 1 2 3 4 — Thinking that what happened is your fault (for example, "I should have known better", "I shouldn't have done that", "I deserved it")

3  4  9

16
16
2

| 0 Not at all | 1 Once a week or less/a little | 2 2 to 3 times a week/somewhat | 3 4 to 5 times a week/a lot | 4 6 or more times a week/almost always |
|---|---|---|---|---|

11.   0   1   **(2)**   3   4    Having strong bad feelings (like fear, anger, guilt, or shame)

12.   0   1   **(2)**   3   4    Having much less interest in doing things you used to do

13.   0   **(1)**   2   3   4    Not feeling close to your friends or family or not wanting to be around them

14.   0   1   **(2)**   3   4    Trouble having good feelings (like happiness or love) or trouble having any feelings at all

15.   **(0)**   1   2   3   4    Getting angry easily (for example, yelling, hitting others, throwing things)

16.   **(0)**   1   2   3   4    Doing things that might hurt yourself (for example, taking drugs, drinking alcohol, running away, cutting yourself)

17.   0   1   **(2)**   3   4    Being very careful or on the lookout for danger (for example, checking to see who is around you and what is around you)

18.   0   **(1)**   2   3   4    Being jumpy or easily scared (for example, when someone walks up behind you, when you hear a loud noise)

19.   0   1   2   **(3)**   4    Having trouble paying attention (for example, losing track of a story on TV, forgetting what you read, unable to pay attention in class)

20.   0   1   **(2)**   3   4    Having trouble falling or staying asleep

     2    1b    3        15

**Have the problems above been getting in the way of these parts of your life IN THE PAST MONTH?**

21.    YES    **(NO)**     Fun things you want to do

22.    **(YES)**    NO     Doing your chores

23.    YES    **(NO)**     Relationships with your friends

24.    YES    **(NO)**     Praying

25.    **(YES)**    NO     Schoolwork

26.    YES    **(NO)**     Relationships with your family

27.    **(YES)**    NO     Being happy with your life

**Name:** _____

**Date:** _____  7/23/20

## Brief Mood Survey*

**Instructions.** Use checks (✓) to indicate how you're feeling. Please answer all the items.

| How do you feel right now? | How do YOU feel? | | | | | How does YOUR CHILD feel? | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0-Not at all | 1-A little | 2-In between | 3-A lot | 4-Completely | 0-Not at all true | 1-A little true | 2-In between | 3-A lot | 4-Completely |
| **How sad do you feel right now?** | | | | | | | | | | |
| 1. I feel sad and unhappy. | | ✓ | | | | | | | | |
| 2. I feel like things will never get better. | ✓ | | | | | | | | | |
| 3. I'm no good. | ✓ | | | | | | | | | |
| 4. I feel like a loser. | ✓ | | | | | | | | | |
| 5. I'm not having any fun. | ✓ | | | | | | | | | |

| 0 | 1 - 5 | 6 - 10 | 11 - 15 | 16 - 20 |
|---|---|---|---|---|

Total → 1   Total →

| **How suicidal have you been feeling recently?** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Sometimes I wish I were dead. | ✓ | | | | | | | | | |
| 2. Sometimes I want to kill or hurt myself. | ✓ | | | | | | | | | |

Total → 0   Total →

| **How anxious do you feel right now?** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. I feel scared. | | | | | | | | | | |
| 2. I feel worried. | | | ✓ | | | | | | | |
| 3. I feel afraid. | | | | | | | | | | |

| 0 | 1 - 4 | 5 - 7 | 8 - 9 | 10 - 12 |
|---|---|---|---|---|

Total → 2   Total →

| **How angry do you feel right now?** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. I'm mad. | | ✓ | | | | | | | | |
| 2. I'm angry. | ✓ | | | | | | | | | |
| 3. I'm frustrated. | ✓ | | | | | | | | | |

| 0 | 1 - 4 | 5 - 7 | 8 - 9 | 10 - 12 |
|---|---|---|---|---|

Total → 2   Total →

| **How shy have you been feeling recently?** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. I feel shy around other people. | | | | ✓ | | | | | | |
| 2. I'm afraid that people will notice that I feel shy. | ✓ | | | | | | | | | |
| 3. I often worry that people won't like me because I'm shy. | | | | ✓ | | | | | | |

| 0 | 1 - 4 | 5 - 7 | 8 - 9 | 10 - 12 |
|---|---|---|---|---|

Total → 4   Total →

| **Trouble Concentrating** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. It's hard for me to pay attention. | | | | | | | | | | |
| 2. It's hard for me to focus on things. | ✓ | | | | | | | | | |
| 3. It's hard for me to finish my work. | ✓ | | | | | | | | | |

| 0 | 1 - 4 | 5 - 7 | 8 - 9 | 10 - 12 |
|---|---|---|---|---|

Total → 4   Total →

| **Feeling Impulsive** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. I often interrupt people when we're talking. | ✓ | | | | | | | | | |
| 2. I sometimes have trouble waiting until it's my turn. | ✓ | | | | | | | | | |
| 3. I sometimes grab or touch things I'm not supposed to touch. | ✓ | | | | | | | | | |

| 0 | 1 - 4 | 5 - 7 | 8 - 9 | 10 - 12 |
|---|---|---|---|---|

Total → 0   Total →

| **Feeling Restless** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. It's hard for me to sit still. | | | | | | | | | | |
| 2. I often feel restless or squirmy. | | ✓ | | | | | | | | |
| 3. People often tell me to sit still. | ✓ | | | | | | | | | |

| 0 | 1 - 4 | 5 - 7 | 8 - 9 | 10 - 12 |
|---|---|---|---|---|

Total → 3   Total →

° Copyright © 2010 by David D. Burns, M.D.

# WELCOME TO THERAPY!

Therapy is a safe place to help you feel better about upsetting or confusing events that you have experienced. You will get to draw, write, talk, and play! You will learn many important things about: upsetting/confusing events, feelings, relaxation, and how to stay safe. You will also learn a lot about yourself: your thoughts, feelings, actions, strengths, and dreams! **Please draw a picture to show how you feel about being here today:**

*tired*

*happy*

*annoyed*

Do you have any questions about therapy?

**Evelin Arrendo**

**HAVE** you ever thought "I am not good enough" or "I will never be able to do this"? Yes, When I struggle with something. These types of thoughts usually make us feel unmotivated, defeated, and stressed. It's perfectly normal to think this way sometimes. However, when we think this way most of the time, these thoughts can prevent us from creating the life we want.

**SO WHAT?**

negative thoughts.   Saying you are able to do it. Bellieving in yourself, And trying not to have as many

Research shows successful people have other types of thoughts more often. If you were to get inside their minds, you would hear something like, "I can accomplish anything!" and "I love this challenge!"

## THESE TYPES OF THOUGHTS FORM A POSITIVE MINDSET AND MAKE US SUCCESSFUL.

By thinking this way, we form strong positive beliefs about ourselves which help us reach our dreams and make us unstoppable!

Evelin Arrendo

So let's see what kind of thoughts flow around in your head most often. On a scale of 1 – 5, with 1 being "you don't agree" and 5 being "you strongly agree", score yourself.

You generally say negative things about yourself.

1   **2**   3   4   5

You have a hard time finding positive things in most situations.

**1**   2   3   4   5

You think your current lifestyle will limit your success.

**1**   2   3   4   5

There's nothing exciting to look forward to in the future.

**1**   2   3   4   5

You believe you can't really change how intelligent you are.

**1**   2   3   4   5

Now add up your numbers above and see where you score below.

5 – 10 You've got a pretty positive mindset!

11 – 20 Your thoughts and your mindset might be holding you back.

21 – 25 Your negative thoughts really bring you down.

It's natural and healthy to experience a wide range of thoughts and feelings, including less pleasant ones like disappointment, sadness, or guilt. There are no wrong thoughts – some thoughts just don't serve you as well as others.

# ABOUT YOU

You are a very special person!  There are many special things about you and a lot of things you are good at.  **Please draw or write some of these things:**

· I'm good at playing videogames

· something special about is that I have my own personality.

· I'm also good at playing basketball

· I'm also a decent drawer

· something special about me is I have my own type of way of decorating things, I always draw a flower in the corner of the thing I decorate.

**What are some things you like to do for fun?** I like to use my phone, draw, play with my guinea pigs, or just go take a nap.

# ABOUT YOUR FAMILY

What are some things you like about your family?  What do you and your family like to do together?  **Please draw or write some of these things:**

- I like how they are always there for

- I like how my brothers aren't mean and I get along with them

- I like how my mom is kind and helps me with the things I like

- We like to go out together for example, six flags, the zoo, going for a walk, or out to eat.

- We also like to take my pet guinea pig out with us for walks

- I like how they care for me

- I like how they are funny and can make me laugh





# Mental Health Maintenance Plan

Much like your body requires a balanced diet and exercise to maintain its health, your mental health also needs attention. Maintaining your mental health involves practicing self-care, using coping strategies, and knowing when to seek professional help. Use this worksheet to review your mental health needs and the strategies you can use to maintain wellness.

## Spotting Mental Health Risks

**Triggers**

A trigger is anything that can bring back mental health issues. Triggers can be activities, thoughts, people, places, or things. Once you know your triggers, they can be avoided or managed. **List 4 of your triggers.**

*Tip: In order to avoid triggers, you may need to make changes to your habits, lifestyle, and relationships.*



| 1 | When people talk about the trauma |
| 2 | See the person who did it. |
| 3 | |
| 4 | |

**Warning Signs**

Warning signs are symptoms—such as thoughts, feelings, and behaviors—that indicate your mental health might be at risk. Examples include sleep issues, social isolation, and stress. **List 4 of your warning signs.**

*Tip: Knowing your warning signs allows you to begin managing symptoms <u>before</u> they become too severe.*

| 1 | "not sure" |
| 2 | |
| 3 | |
| 4 | |

© 2018 Therapist Aid LLC                    1                    Provided by **TherapistAid.com**

# Mental Health Maintenance Plan

## Preventing and Dealing with Problems

### Self-Care

Self-care activities are the things you do regularly to maintain your mental health. Examples include eating well, exercising, socializing, and engaging in hobbies. **List 3 self-care activities you can practice regularly.**

*Tip: A healthy lifestyle will make you more resilient to stress. Choose self-care activities that can become habits, and a regular part of your day.*

| | |
|---|---|
| 1 | guinea pigs - spending time and taking care of them. |
| 2 | sit down and take a nap. |
| 3 | comfort food - sweets, apple juice. |

### Coping Strategies

Coping strategies are skills that help you manage problems or symptoms when they arise. Examples include relaxation, communication, and anger management skills. **List 3 coping strategies you can use.**

*Tip: Practice your coping strategies regularly so you are prepared to use them in an emergency.*

| | |
|---|---|
| 1 | go to sleep with guinea pig - coco |
| 2 | take a shower to calm down. |
| 3 | |

### Returning to Therapy    continue with new therapist @ SCSAC - CAC.

It's normal to experience problems or uncomfortable emotions, such as sadness, anger, or anxiety. However, when your problems become too intense, or last for too long, you may need professional help. **How will you know if you should return to therapy?**



© 2018 Therapist Aid LLC                    2                    Provided by **TherapistAid.com**

Behavior, Intervention, Response, Plan (BIRP) Progress Note

**Evelin Arrendo**                                                    Tue Sep 29 2020

**Medical Record Number:**   FA7F-206          **DOB:**        01/13/2008

**Treating Clinician:**                                **Provider:**     Southern Crescent Sexual Assault and
                                                                  Child Advocacy Center & The Bright
                                                                  House

                                                      **Requires**     No
                                                      **cosign:**

## Date of Service

9/23/2020

## Client Name

Evelin Arrendo

## Person(s) Involved Client only

## Contact Type face to face

## Consumer's overall affect quiet

## Client's Progress 1-No progress at all

### Behavior

Therapist, Melinda Daugherty met with Evelin Arrendo for individual therapy at SCSAC-CAC offices. Client was quiet, yet cooperative. Client did not maintain eye contact at times. The focus of the session was on completing assessments. Client was oriented to person, place, time, and situation (4x). Client did not display any signs of suicidal or homicidal ideation.

### Intervention

Therapist, Melinda Daugherty met with Evelin Arrendo for individual therapy at SCSAC-CAC offices. Therapist utilized active and empathic listening to build therapeutic trust and rapport. Therapist administered Brief Mood Survey and CPSS-V. Therapist engaged client in completing KHTP. Therapist utilized Welcome to Therapy from TF-CBT workbook.

### Response

Client completed Brief Mood Survey and CPSS-V. Client identified being touched in a way she didn't like as what bothers her the most when she thinks about it. Client completed KHTP. Client completed Welcome to Therapy page.

### Plan

Review KHTP. Continue TF-CBT workbook.

Non-Contact Session Form

**Evelin Arrendo**                                                    Tue Sep 22 2020

Medical Record Number:    FA7F-206          DOB:        01/13/2008

Treating Clinician:                         Provider:   Southern Crescent Sexual Assault and
                                                        Child Advocacy Center & The Bright
                                                        House

                                            Requires    No
                                            cosign:

## Client Name

Evelin Arrendo

## Date and Time

9/11/2020 9:35:00 AM

## Contact Type Email

## Comment/Response

Advocate notified counselor that client had an FI completed in Florida.

Behavior, Intervention, Response, Plan (BIRP) Progress Note

**Evelin Arrendo**                                               Thu Sep 10 2020

Medical Record Number:    FA7F-206          **DOB :**        01/13/2008

Treating Clinician:                          **Provider:**    Southern Crescent Sexual Assault and
                                                             Child Advocacy Center & The Bright
                                                             House

                                             **Requires**     No
                                             **cosign:**

## Date of Service

9/9/2020

## Client Name

Evelin Arrendo

## Person(s) Involved Client only

## Contact Type face to face

## Consumer's overall affect sad

## Client's Progress 1-No progress at all

### Behavior

Therapist, Melinda Daugherty met with Evelin Arrendo for individual therapy at Jonesboro SCSAC-CAC. The client
was quiet and tearful throughout the session. The client's mother spoke limited English, so counselor was unable to
fully obtain intake information. Client's mother signed informed consent. The focus of the session was on intake.
Client was oriented to person, place, time, and situation (4x). Client did not display any signs of suicidal or homicidal
ideation.

### Intervention

Therapist, Melinda Daugherty met with Evelin Arrendo for individual therapy at Jonesboro SCSAC-CAC. The client
was quiet and tearful throughout the session. The client's mother spoke limited English, so counselor was unable to
fully obtain intake information. Client's mother signed informed consent. The focus of the session was on intake.
Client was oriented to person, place, time, and situation (4x). Client did not display any signs of suicidal or homicidal
ideation.

### Response

Client reported that she understood trauma as that something bad happened and it stick in someone's head. Client
reported that her mother reported that "they" recommended southern crescent for counseling. Client could not
verbalize who "they" were. Client could not verbalize if she had a FI or FME. Client became tearful when identifying
that worst thing that has happened to her is when she "went to the beach with her auntie." Client completed Child
and Adolescent assessment.

**Plan**

Acquire more information from parent utilizing language line and speaking to advocate who filled out referral form.

Behavior, Intervention, Response, Plan (BIRP) Progress Note

**Evelin Arrendo**

Thu Oct 08 20

| | | | |
|---|---|---|---|
| **Medical Record Number:** | FA7F-206 | **DOB:** | 01/13/2008 |
| **Treating Clinician:** | | **Provider:** | Southern Crescent Sexual Assault and Child Advocacy Center & The Bright House |
| | | **Requires cosign:** | No |

## Date of Service

10/7/2020

## Client Name

Evelin Arrendo

## Person(s) Involved Parent and Client

## Contact Type face to face

## Consumer's overall affect quiet

## Client's Progress 2-Minor Progress

### Behavior

Therapist, Melinda Daugherty, met with Evelin Arrendo for individual therapy at the SCSAC-CAC offices. Evelin's mother was present in the beginning of the session to discuss termination with current therapist and transition to new therapist. Therapist and Client's mother used a language line to aid in interpretation and understanding. Client was soft-spoken, quiet, and closed in body language. The focus of the session was on building therapeutic rapport and termination process. Client was oriented to person, place, time, and situation (4x). Client did not display any signs of suicidal or homicidal ideation.

### Intervention

Therapist, Melinda Daugherty, met with Evelin Arrendo for individual therapy at the SCSAC-CAC offices. Therapist utilized active and empathic listening. Therapist informed client and client's mother that counselor will be departing in two weeks. Therapist informed client and client's mother of termination options. Therapist informed client and client's mother of termination options. Therapists provided answers to mother's questions. Therapist processed beginning termination process with client. Therapist normalized client's feelings of termination and transition. Therapist utilized TF-CBT workbook pages, About You and About Family.

### Response

Client's mother stated that she would like the client to transition to the new counselor that is coming to replace her current therapist, Melinda Daugherty. Client's mother also asked clarifying questions such as the counseling process and time frame for counseling sessions. Client reported that she felt uncomfortable with transitioning to a new counselor. Client completed About You and About Family pages from TF-CBT workbook.

## Plan

Transition to new counselor and continue termination process.

Non-Contact Session Form

**Evelin Arrendo**                                               Fri Dec 04 2020

Medical Record Number:     FA7F-206          DOB:          01/13/2008

Treating Clinician:                          Provider:      Southern Crescent Sexual Assault and
                                                            Child Advocacy Center & The Bright
                                                            House

                                             Requires       No
                                             cosign:

## Client Name

Evelin Arrendo

## Date and Time

12/4/2020 2:00:13 PM

## Contact Type No show for appointment via face to face

## Comment/Response

No show for appointment. Messages via Theraplatform

Non-Contact Session Form

## Evelin Arrendo

Fri Dec 04 2020

**Medical Record Number:** FA7F-206

**Treating Clinician:**

**DOB:** 01/13/2008

**Provider:** Southern Crescent Sexual Assault and Child Advocacy Center & The Bright House

**Requires cosign:** No

## Client Name

Evelin Arrendo

## Date and Time

12/4/2020 2:00:13 PM

## Contact Type No show for appointment via face to face

## Comment/Response

No show for appointment. Messages via Theraplatform

Behavior, Intervention, Response, Plan (BIRP) Progress Note

**Evelin Arrendo**                                               Thu Oct 22 2020

**Medical Record Number:**   FA7F-206          **DOB:**      01/13/2008

**Treating Clinician:**                        **Provider:**  Southern Crescent Sexual Assault and
                                                              Child Advocacy Center & The Bright
                                                              House

                                               **Requires**   No
                                               **cosign:**

## Date of Service

10/21/2020

## Client Name

Evelin Arrendo

**Person(s) Involved** Client only

**Contact Type** face to face

**Consumer's overall affect** quiet

**Client's Progress** 2-Minor Progress

### Behavior

Therapist, Melinda Daugherty, met with Evelin Arrendo for individual therapy at the SCSAC-CAC offices. The client was quiet throughout the session. The focus of the session was on termination and transition. Client was oriented to person, place, time, and situation (4x). Client did not display any signs of suicidal or homicidal ideation.

### Intervention

Therapist, Melinda Daugherty, met with Evelin Arrendo for individual therapy at the SCSAC-CAC offices. Therapist utilized active and empathic listening. Therapist utilized mental health maintenance plan to facilitate termination. Therapist instructed client to write a letter to her new therapist to facilitate the transition process.

### Response

Client completed mental health maintenance plan. Client could not identify warning signs. Client shared that it would be helpful for her new therapist to know that she prefers a calm environment. Client engaged in writing a letter to her new therapist.

### Plan

Termination summary complete. Client will transition to new counselor.

Non-Contact Session Form

**Evelin Arrendo**                                                                                          Thu Oct 08 2020

**Medical Record Number:**    FA7F-206                    **DOB:**          01/13/2008

**Treating Clinician:**                                                **Provider:**      Southern Crescent Sexual Assault and
                                                                                          Child Advocacy Center & The Bright
                                                                                          House

                                                                        **Requires**      No
                                                                        **cosign:**

## Client Name

Evelin Arrendo

## Date and Time

10/8/2020 10:37:20 AM

## Contact Type Email

## Comment/Response

Therapist emailed using google translate regarding the client's mother not receiving emails in theraplatform.

Behavior, Intervention, Response, Plan (BIRP) Progress Note

## Evelin Arrendo

Mon Apr 05 2021

**Medical Record Number:** FA7F-206

**DOB:** 01/13/2008

**Treating Clinician:**

**Provider:** Southern Crescent Sexual Assault and Child Advocacy Center & The Bright House

**Requires cosign:** No

## Date of Service

4/5/2021

## Client Name

Evelyn Arrendo

## Person(s) Involved Client only

## Contact Type Tele-therapy through platform

## Consumer's overall affect calm

## Client's Progress 3-Partial/Moderate Progress

## Behavior

Therapist, Gabrielle Waters, LPC met Evelyn for individual therapy via theraplatform. She was calm and timid when completing assertive communication techniques. She was coherent and alert, however shyed away from the camera often. She did not display any sucicidal or homicidal ideation.

## Intervention

Therapist, Gabrielle Waters, LPC met Evelyn for individual therapy via theraplatform. Therapist began by reviewing previous session with client's parent. Therapist explained about her upcoming court appearance and asked how does she feel about it. Therapist then completed assertive communication technique worksheet with client. Therapist modeled assertive communication techniques and then prompted client to practice "I statements with feelings." Therapist then role played assertive communication techniques. Therapist concluded by completing a grounding exercise to assist "Iam" positive affirmations to assist with decreasing negative thoughts by replacing with positive affirmations.

## Response

She began by stating that she was not aware of the conversation that her mother had with therapist about her upcoming court case. She stated that she is not aware of the court appearance and she does not know what to say. She then went through assertive communication worksheet. She stated that it is hard to say what she wants and needs. She then practiced assertive communication. She was aware of her difficulties with speaking up for herself. She then completed the gorunding exercise. She drew fireworks while she listened to the music "I am" she stated, " I am powerful. I am Strong. I am unque. I am my own person. " She drew pictures showing those things.

## Plan

She will return for session with 7-14 days.

Behavior, Intervention, Response, Plan (BIRP) Progress Note

**Evelin Arrendo**

Mon Aug 23 2021

| | | | |
|---|---|---|---|
| **Medical Record Number:** | FA7F-206 | **DOB:** | 01/13/2008 |
| **Treating Clinician:** | | **Provider:** | Southern Crescent Sexual Assault and Child Advocacy Center & The Bright House |
| | | **Requires cosign:** | No |

## Date of Service

8/23/2021

## Client Name

Evelyn Arrendo

**Person(s) Involved** Client only

**Contact Type** Tele-therapy through platform

**Consumer's overall affect** happy

**Client's Progress** 3-Partial/Moderate Progress

### Behavior

Therapist, Gabrielle Waters, LPC met with Evelin for individual therapy via HIPPA compliant platform. She described being Joyful and happy. She did not display any signs of suicidal ideation.

### Intervention

Therapist, Gabrielle Waters, LPC

### Response

Look at attachment for Big Life Journal Chpt. 1.

### Plan

She will return for session with 7-14 days.

Evelin Arrendo

## LEARNING ABOUT TRAUMA

We all experience stress.  School can be stressful.  Arguments with friends and family can be stressful.  Those are normal types of stressors. Sometimes things happen that go way beyond normal stress.  Extremely stressful events are known as traumas.  Traumas are usually situations where someone was abused, hurt or killed or thought they could have been.  Traumas can cause a lot of feelings including being confused, terrified, overwhelmed, helpless, angry, and/or numb.  When faced with a trauma, you go into survival mode and use survival responses like fight, flight, or freeze.  When you experience trauma, especially over and over again, you can get "stuck" in survival mode.  It can be hard to feel safe. You may feel out of control or that life is out of control.  It can be hard to trust people or get close to people.  You may get into a lot of conflict and drama with the people around you.  You can also start feeling like nobody cares about you.  Therapy helps teens overcome these kinds of distressing thoughts and feelings and enjoy life and relationships with others more.

❖  What are some ways this fits your experience?

I guess there where so many overhwieming feelings.  and through out it and confusing parts to it.  I guess it makes me over think more than usual.  I guess throughout , at first with my mom it was rocky.  But it is getting better. __

Evelin Arredo

# TYPES OF TRAUMA

There are different kinds of traumas. Let's focus on the traumatic event(s) that you have experienced. Your therapist will help you answer some common questions teens have about trauma, or you can create your own questions. If you have experienced more than one type of trauma, you can use more than one page.

❖ What is it called?  I guess, sexual abuse

❖ What does that mean? Sexual buse means that someone gets touched or raped.  When the other person does things to them when they do ❖ Who does this happen to? Young people, teens, amle and female. not want them to do anything to them.

❖ Do a lot of teens experience this?  I think so, I think that there are people who have not spoken up about it.

❖ Why does this happen? I guess think It happens because teens and and young people are easier target.  Young people are easier to manipulate They think that they can scare y ou into  not telling.

How do teens react when this happens to them?  I think some of the things that happen is get   scared when it happens.

Create your own questions here:

1. ___

2.

3.

Evelin Arrendo

## HOW DOES TRAUMA AFFECT YOU?

Many teens have upsetting memories or dreams about their trauma(s). Some teens feel "on edge" or nervous or angry. After trauma, a lot of teens watch out for danger and worry about bad things happening. Many teens have trouble sleeping and concentrating in school. Some teens feel like they <u>don't</u> want to talk about or think about the trauma(s), but trauma memories pop into their minds anyway. They may have troubling thoughts and feelings about the trauma (like "I did something wrong" or feeling depressed). When something reminds them of the trauma(s), teens may feel overwhelmed, like the trauma is happening all over again. They may feel out of control and react in extreme ways. Some teens may feel empty and numb, like they can't feel anything at all. After trauma, some teens feel like things aren't real or they might feel disconnected from themselves and their own bodies. They may use drugs or alcohol, fighting, sex, cutting, overeating or running away to try to deal with their trauma reactions and/or distressing feelings.

❖ Which of these reactions do you relate to?

I guess I am more careful of my surroundings. Of course start to over think and stuff. I start getting uncomfortable, like...you know. The uncomfortable feeling is feeling very fidgety and anxious. I worry a little more about things. __

Evelin Arrendo

## DEALING WITH TRAUMA REMINDERS

Trauma reminders are things that remind you about the trauma(s). They can include certain places, situations, people, words, sounds, smells, sensations, or days of the year that remind you of the trauma(s) but are not actually dangerous. When you experience these reminders, you may feel unsafe or as if you were living through the trauma(s) over again. You may find yourself engaging in behaviors that don't fit the situation or get you in trouble with others. You might also avoid anything associated with the trauma reminder. This can get in the way of your life and the things you like to do. At times you may have strong emotional reactions to situations that seem unrelated to prior traumatic experiences. But once you are aware of your possible reminders, you can use coping and relaxation skills to manage your emotional reactions better. Your therapist and other support people can also help you take small steps to be able to face situations that remind you of your traumas in a safe way so that you don't have to keep avoiding them. **Please write down or tell your therapist about a few of your trauma reminders below.**

I do not think I have any trauma reminders. I just think of the place which is in the hotel. The specific hotel. When I am sleeping and they try t   wake me up and they shake me. I get really jumpy and stuff.

## UNIFORM TRAFFIC CITATION, SUMMONS, AND ACCUSATION

**GEORGIA**

Citation Number **4288269**

NCIC Number GAAPD0000

CICA Number 1133-9142?

CITY OF ATLANTA - DEPARTMENT OF POLICE

On Month _____ (Day) _____ State _____ at 3:56 ☐ AM ☐ PM

License Class or Type _____ Endorsements _____ Expires _____

Operator License No. _____

Name _____ (Last, Suffix) _____ (First) _____ (Middle) (Race/Sex) BR/M

Current Address 407 Ashland Hz _____ Apt _____

City _____ State _____ Zip Code _____ Phone Number _____

DOB 1-___ Height _____ Weight _____ Eyes _____ Hair BRO _____

Veh. Yr. 2000 Make Nissan Style Xterra Color BLK

Registration No. _____ State _____ Yr. 12/2012 State _____

☐ CDL ☐ YES ☑ NO   ☐ ACCIDENT ☐ YES ☐ NO   ☐ INJURIES ☐ YES ☐ NO   ☐ FATALITIES ☐ YES

☐ 2-LANE ROAD   ☐ DRIVER REQUESTED ACCURACY CHECK   ☐ VASCAR   ☐ LASER ☐ RADAR
Within the State of Georgia, did commit the following offense: SPEEDING - Clocked by _____ at _____ MPH in a _____ zone

☐ DUI (Test Administered): ☐ BLOOD ☐ BREATH ☐ URINE ☐ OTHER _____ DUI Test Results _____

OFFENSE (Other than above): **Driving 10 be without license**

☐ State Law
☐ Local Ordinance

**REMARKS/ VICTIM NAME / #** _____   CITATION No. _____

**WEATHER**
☐ Clear ☐ Cloudy ☐ Raining ☐ Other

**ROAD (A)**
☐ Dry ☐ Wet ☐ Ice ☐ Other

**(B)**
☐ Concrete ☐ Blacktop ☐ Dirt ☐ Other

**TRAFFIC**
☐ Light ☐ Medium ☐ Heavy

**LIGHTING**
☐ Daylight ☐ Darkness ☐ Other

**COMMERCIAL VIOLATION INFORMATION**
☐ 16+ Passengers
☐ Commercial Vehicle Violation
☐ Hazardous Material Violation

In the City of Atlanta, County of Fulton / DeKalb / Clayton
on _____ Street No., Highway, Road, Street, Intersection, or Private Property

Officer Name (Print) _____   Assignment _____   Court Code : Off days _____

2d Officer Name (Print) _____   Assignment _____   Court Code : Off days _____

APD ID No. _____

You are hereby ordered to appear in court to answer this charge on the _____ day
of _____ Yr. _____ at _____ ☐ AM ☐ PM in the MUNICIPAL COURT OF

ATLANTA AT 150 GARNETT STREET, ATLANTA, Georgia, 30303   ☐ Copy ☐ Jail

NOTICE: This citation shall constitute official notice to you that failure to appear in Court at the date and time stated on this citation to dispose of the charge against you, will cause your driver's license number to be forwarded to the designated Court to forward your driver's license number to the Department of Driver Services. (Georgia Code 17-6-11 and 40-5-56). The suspension shall remain in effect until such time as there is a satisfactory disposition in this matter or the
LICENSE DISPLAYED IN LIEU OF BAIL   ☐ Yes   ☐ No   RELEASED TO _____
SIGNATURE ACKNOWLEDGES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME.
SIGNATURE _____

**OFFICER CERTIFICATION**

**VIOLATOR'S COPY**

---

## UNIFORM TRAFFIC CITATION, SUMMONS, AND ACCUSATION

**GEORGIA**

Citation Number **4288273**

NCIC Number GAAPD0000

CICA Number 1133-9142?

CITY OF ATLANTA - DEPARTMENT OF POLICE

On Month _____ (Day) _____ State _____ at 3:56 ☐ AM ☐ PM

License Class or Type N/A Endorsements _____ Expires _____

Operator License No. _____

Name _____ (Last, Suffix) _____ (First) _____ (Middle) (Race/Sex) BR/M

Current Address 407 Ashland Hz _____ Apt _____

City _____ State _____ Zip Code _____ Phone Number _____

DOB 1-___ Height _____ Weight _____ Eyes _____ Hair BRO _____

Veh. Yr. 2000 Make Nissan Style Xterra Color BLK

Registration No. _____ State _____ Yr. 12/2012 State _____

☐ CDL ☐ YES ☑ NO   ☐ ACCIDENT ☐ YES ☐ NO   ☐ INJURIES ☐ YES ☐ NO   ☐ FATALITIES ☐ YES ☐ NO

☐ 2-LANE ROAD   ☐ DRIVER REQUESTED ACCURACY CHECK   ☐ VASCAR   ☐ LASER ☐ RADAR
Within the State of Georgia, did commit the following offense: SPEEDING - Clocked by _____ at _____ MPH in a _____ zone

☐ DUI (Test Administered): ☐ BLOOD ☐ BREATH ☐ URINE ☐ OTHER _____ DUI Test Results _____

OFFENSE (Other than above): **Driving while unlicensed**

☐ State Law
☐ Local Ordinance

**REMARKS/ VICTIM NAME / #** _____   CITATION No. _____

**WEATHER**
☐ Clear ☐ Cloudy ☐ Raining ☐ Ice ☐ Other

**ROAD (A)**
☐ Dry ☐ Wet ☐ Ice ☐ Other

**(B)**
☐ Concrete ☐ Blacktop ☐ Dirt ☐ Other

**TRAFFIC**
☐ Light ☐ Medium ☐ Heavy

**LIGHTING**
☐ Daylight ☐ Darkness ☐ Other

**COMMERCIAL VIOLATION INFORMATION**
☐ 16+ Passengers
☐ Commercial Vehicle Violation
☐ Hazardous Material Violation

In the City of Atlanta, County of Fulton / DeKalb / Clayton
on _____ Street No., Highway, Road, Street, Intersection, or Private Property

Officer Name (Print) _____   Assignment 3025   Court Code : Off days _____   Time 1500

2d Officer Name (Print) _____   Assignment _____   Court Code : Off days _____   Time _____

APD ID No. _____

You are hereby ordered to appear in court to answer this charge on the _____ day
of _____ Yr. 20__ at _____ ☐ AM ☐ PM in the MUNICIPAL COURT OF

ATLANTA AT 150 GARNETT STREET, ATLANTA, Georgia, 30303   ☐ Copy ☐ Jail

NOTICE: This citation shall constitute official notice to you that failure to appear in Court at the date and time stated on this citation to dispose of the charge against you, will cause your driver's license number to be forwarded to the designated Court to forward your driver's license number to the Department of Driver Services. (Georgia Code 17-6-11 and 40-5-56). The suspension shall remain in effect until such time as there is a satisfactory disposition in this matter or the
Court notifies the Department of Driver Services.
LICENSE DISPLAYED IN LIEU OF BAIL   ☐ Yes   ☐ No   RELEASED TO _____
SIGNATURE ACKNOWLEDGES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME.
SIGNATURE _____

**OFFICER CERTIFICATION**

**VIOLATOR'S COPY**

CRTR7226

MUNICIPAL COURT OF ATLANTA      GA060081J

PHONE #          -  FAX #          WEBSITE: municourt@atlantaga.gov

Date:  01/09/2012          Citation: 4288269          Case Number: 11TR149503          Receipt:    1038827

:                                                       ID Number:

DEFENDANT:       PALMA-OZUNA, LUZ ADRIANA

RECEIVED FROM:
PALMA-OZUNA, LUZ ADRIANA
2501    BRIARCLIFF    RD#C

ATLANTA          GA   30329

ON BEHALF OF:    PALMA-OZUNA, LUZ ADRIANA

PAYMENT FOR:                                          AMOUNT
   BASE FINE                                          132.00
   Charge #1: FAIL TO OBEY TRAF CTRL DEVICE   Receipt:

   BASE FINE-TRAFFIC ($101.00 AND GREATER)           200.00
   Charge #2: NO DRIVERS LICENSE   Receipt: 1038827   Date:

   BASE COSTS                                        3.00
   Charge #1: FAIL TO OBEY TRAF CTRL DEVICE   Receipt:

   BASE SURCHARGES (TRAFFIC)                         116.20
   Charge #1: FAIL TO OBEY TRAF CTRL DEVICE   Receipt:

   PEACE OFFICER AND PROSECUTOR TRAINING FUND        33.20
   Charge #1: FAIL TO OBEY TRAF CTRL DEVICE   Receipt:

   BASE COSTS                                        3.00
   Charge #2: NO DRIVERS LICENSE   Receipt: 1038827   Date:

PAYMENT TYPE:            REFERENCE NUMBER         AMOUNT PAID
CASH                                             487.40

RECEIPT TOTAL:                                   487.40
CHANGE:                                          0.00

BALANCE DUE                                      0.00

COMMENTS:

NEXT PAYMENT DATE:            NEXT PAYMENT AMOUNT:
COURT RETURN DATE:

NEXT APPEARANCE DATE:

                                                 OPERATOR:  TFOWLER
JUDGE:                      DEPT:                RECEIPT LOCATION: CASHIER
LOCATION:

                                                 PAGE:   1
                This transaction is subject to final audit.

**FULTON COUNTY JAIL**
**CASH RECEIPT**

No. 13003

Receipt _____ for,

Date 4/11/10 _____

Received of _Juan Cintron_ _____ the amount of

_____ PRINT NAME

Prisoner _Luz adriana Palma Ozuna_ _2400.00_

_Two thousand four hundred dollars_ dollars in payment for

| | | |
|---|---|---|
| Fine ☐ | Jail Fees ☑ | Retution ☐   Civil Court ☐ |
| Cash Bond ☑ | Bond Approval ☐ | Ccempt ☐   Criminal Court ☐ |
| Forfeiture ☐ | Fulton County ☐ | Pration ☐   Superior Court ☐ |

Foreign County _____   Cr _____

Probation Officer _____   Case _____

Identification No. _101172.8_   C.No. _____

_Juan L Cintron_

SIGNATURE OF SURETY   RECEIVED BY SUPERVISOR

ADDRESS OF SURETY   ☐ M



You have been selected to participate in the Pretrial Diversion Program for your case in Fulton County State Court. The Solicitor General's Office has referred your file to Judicial Correction Services, Inc. for supervision.

The Pretrial Diversion Program is a special privilege. You are assigned a program to complete and once it has been completed successfully, your case will be closed and returned to the Solicitor General's Office. You can then apply for your record to be expunged.

You have been scheduled to report to our office on ____8-10-10____, at 10:00 AM. The Pretrial Diversion Program will be explained at this appointment which usually takes 15-20 minutes. Please bring $33 with you (cash or money order only).

Our office is located at **34 Peachtree Street, Suite 1000, Atlanta, Georgia 30303**. The office is across from Woodruff Park and just north of the 5 Points Marta Station and the Underground.

It is very important you keep your appointment and get your program started. If you have already completed your conditions, please bring documentation with you. If you fail to keep your appointment or contact this office, your case will be returned to the Solicitor General's office as ineligible and a court date will be scheduled.

You may call Ms. Walker with any questions at 404-591-3180.

We look forward to working with you and helping you complete the program successfully.

Sincerely,


Pretrial Diversion Officer
N. STOKES


Judicial Correction Services, Inc.
34 Peachtree St, Suite 1000
Atlanta, GA 30303



**FULTON COUNTY SHERIFF'S OFFICE**

Theodore Jackson
Sheriff

**Cash Bond Refund Notice**

Date: 11-12-10

_____ Court of Fulton County

Case Number: SG-45a615-10

State vs. Luz A. Palma-Ozuna

***To the Cashier of Fulton County Sheriff's Office:***

[✓] You are hereby authorized to refund a cash bond in the amount of $ 2,400.00
Receipt # 13003

[ ] You are hereby authorized to refund a cash bond in the amount of $ _____
less 10% of the total for the bond fee.

***The above case was completed by:***

[✓] Dead Docket   [ ] Nol Prossed   [ ] Dismissed   Date 11/12/10

Sentence: NOD                                          Fine $

***Instructions for disbursement of refund:***

[✓] I would like to pick up my check in person.

[ ] I would like _____ to pick up my check on my behalf
Please Print

[ ] I would like my check mailed to the address on my ID.

[ ] I would like my check mailed to the address I have specified below:

_____

_____

_____

Accounting
(404) 612-0611

*******************************************************************

| Surety Signature (notarize if mailed) | Date | Telephone |
|---|---|---|
| Juan L Cintron | 11/12/10 | (404) 423-2273 |

| Bond Administrator | Asst. Bond Administrator | Prepared By |
|---|---|---|
| | | |

*******************************************************************

I, _____, received check # _____ in the total

amount of $ _____ for a cash bond refund for _____

This check was issued on _____ and received on behalf of

_____. By signing below I am in agreement with the above statement.

Recipient/Surety: _____   Date: _____

Witness: _____   Date: _____

ADM066.01 01/09



# OFFICE OF THE SOLICITOR GENERAL
## Carmen D. Smith
160 Pryor Street, Atlanta Georgia 30303
(404) 730-4800

## <u>NOTICE TO REFUND CASH BOND</u>

**State**

File/Case No. SG-452615-D
Booking No. 1011789
Receipt No. 13003

**V.**

Luz A. Palma Dzunn,
**Defendant.**

**To the Sheriff of Fulton County, Georgia:**

**The defendant in the above-styled case <u>may</u> be entitled to a refund of his/her cash bond payment in an amount to be determined by the Sheriff's Department.  According to our research of the records, the above referenced case was dismissed/disposed of by way of:**

✓ **NOD (Not on Docket)** ___**Dead Docket**    or other disposition_____
                                                                    **(Please Specify)**

on 11-18-10 .

By: _____
          **Assistant Solicitor-General**

Sworn and subscribed before me on
This 12 day of NOV , 20 10 .

Muhamah Hassan
Notary Public

My commission expires: _____
MY COMMISSION EXPIRES ON THE 27th DAY OF AUGUST 2014

Revised 10-1-2008



# Pretrial Diversion Program Information

Being selected to participate in pretrial diversion is a special privilege.  You have a program to complete based on the charges you were arrested for.  Once you have completed the assigned program successfully, your case will be closed and taken back to the Solicitor General's office.  You can then fill out an application to expunge your record.

You will have a monthly supervision fee of $33 until you complete the assigned program. You are required to report to us at least once a month until you complete your program.

Your assigned program:

|   | |
|---|---|
| ___ | Restorative Justice Class -- $65 class fee |
| ___ | Substance Abuse Monitoring -- $15/test   (minimum of 4 months) |
| ___ | AA meeting attendance – 2 meetings per week for first 60 days (minimum of 4 months) |
| ___ | Domestic Violence Intervention (24 weeks |
| X | Anger Control Workshop |
| ___ | Youthful Offender Workshop -- $65 class fee |
| ___ | Shoplifting Workshop -- $65 class fee |
| ___ | Financial Management -- $65 class fee |
| ___ | Community Service Work -- $15 insurance fee per every 40 hours |
|   | _____ hours assigned |
| ___ | Sexual Deviancy Counseling |
| ___ | Alcohol/Drug Evaluation & Counseling, if recommended |
| ___ | Psychological Evaluation & Counseling, if recommended |
| ___ | Restitution of $_____ |
| ___ | Hispanic/Foreign Language Counseling Program |
| ___ | Other: _____ |

*** Prices if classes are taken at JCS, Inc.  If you are required to complete Domestic Violence counseling or Anger Management, you can take it at any state certified program provided you bring proof of attendance.

* If you fail to complete the program, your case will be rejected & returned to the Solicitor General's office for prosecution.

Pretrial Diversion Officer

N. STOKES

OFFICE OF THE SOLICITOR GENERAL

CARMEN D. SMITH
Solicitor General
State Court of Fulton County



FULTON COUNTY

Carnes Justice Center Building
Suite J-301
160 Pryor Street, s.w.
Atlanta, Georgia 30303-3477

(404) 730-4800
FAX (404) 7307121

Date _11-18-10_

RE: Closed file on State v. _Luz A. V. Dzuna_ File No. _SG-452615-10_

Charge (s): _Battery_

To Whom It May Concern:

The Solicitor General of the State Court of Fulton County prosecutes misdemeanor charges and county ordinance violations.  We decided not to prosecute the above-styled case and closed our file by marking it **NOD** (*Not on Docket i.e. dismissed*) on _11-18-10_.  In other words, no formal misdemeanor charge or charges will be filed by this office in the State Court of Fulton County.  This matter is closed.

Sincerely,

_____
Assistant Solicitor General

Sworn and subscribed before me
On this _12_ day of _N O V._, 20_10_

_Muhamed Hassan_
NOTARY PUBLIC

MY COMMISSION EXPIRES ON THE 27th DAY OF AUGUST 2014