# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANDRE R. JOHNSON<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO.,<br><br>Defendant. | Civil Action<br>File No. _____<br><br>Removed from State Court of Fulton County, Civil Action File No. 23EV004834<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT THE KROGER CO.'S DEMAND FOR TWELVE PERSON JURY

**COMES NOW**, Defendant The Kroger Co., by and through the undersigned counsel, and pursuant to Federal Rules of Civil Procedure, Rule 38, hereby demands that this case be tried by a jury of twelve (12) persons.

Respectfully submitted this <u>8th</u> day of <u>September</u>, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,**<br>**MOFFETT & BRIESKE, L.L.P.**<br>950 East Paces Ferry Road, N.E.<br>Suite 1700 – Salesforce Tower Atlanta<br>Atlanta, Georgia 30326<br>Telephone:  (404) 870-1067<br>Facsimile:   (404) 870-1030<br>Email: mhood@grsmb.com<br>          ykintner@grsmb.com | */s/ Marc Hood*_____<br>Matthew G. Moffett<br>Georgia State Bar No.: 515323<br>Marc Hood<br>Georgia State Bar No.: 490821<br>*Counsel for Defendant The Kroger Co.* |

## **CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH L.R. 5.1**

This is to certify that on this date, the undersigned filed a true and correct copy of the foregoing pleading with the Clerk of Court using the CM/ECF system and served all parties of record via electronic service through the CM/ECF system to:

Paul I. Hotchkiss, Esq.
Maggie L. Stewart, Esq.
Hotchkiss Law Firm, LLC
185 E. Lake Ter. SE
Atlanta, Georgia 30317
paul@hotchkisslawfirm.com
maggie@hotchkisslawfirm.com
*Counsel for Plaintiff*

Further, this is to certify that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

Dated this <u>8th</u> day of <u>September</u>, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | |
| **MOFFETT & BRIESKE, L.L.P.** | */s/ Marc Hood* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia State Bar No.: 515323 |
| Atlanta, Georgia 30326 | Marc Hood |
| Telephone:  (404) 870-1067 | Georgia State Bar No.: 490821 |
| Facsimile:   (404) 870-1030 | *Counsel for Defendant The Kroger Co.* |
| Email: mhood@grsmb.com | |
|            ykintner@grsmb.com | |