AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| STEPHANIE ECHEVERRY | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| DEPUTY PERLAZA of GWINNETT CO SHERIFF'S OFFICE | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Deputy Perlaza
Gwinnett County Sheriff's Office
2900 University Pkwy.
Lawrenceville, GA 30043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher M. Upshaw
1015 Tyrone Rd. Ste 620
Tyrone, GA 30290
doc@sanchezhayeslaw.com
(770) 692-5020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*