IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHELSEA DAVIS, | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | |
| | ) | |
| ALLIANCE CARS, LLC | ) | |
| dba ALM NEWNAN, | ) | |
| | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

## SUMMONS

**To:**
**Alliance Cars, LLC dba ALM Newnan**
**3740 Davinci Court**
**Ste 350**
**Norcross, GA 30092**

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)—you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    **The Clifton Law Firm, LLC**
    **James W. Clifton**
    125 Flat Creek Trail
    Suite 120
    Fayetteville, Georgia 30214
    (770) 828-7339
    (770) 744-3896 (facsimile)
    james.clifton@cliftonlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:_____  _____
Signature of Clerk or Deputy Clerk