# **EXHIBIT C**

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MADELEINE STANLEY,<br><br>    Plaintiff,<br>v.<br><br>MACY'S RETAIL HOLDINGS, LLC; ABC CORPS #1-3; AND JOHN DOES #1-3<br><br>    Defendant. | Civil Action File No: 23-A-1668 |

### NOTICE OF FILING NOTICE OF REMOVAL

TO: Clerk, State Court of Cobb County, Georgia

Comes Now Defendant Macy's Retail Holdings, LLC, through counsel, and provides the following notice to the Court:

In compliance with 28 U.S.C. § 1446(d), you are hereby notified of the filing of a Notice of Removal in this action with the United States District Court for the Northern District of Georgia, Atlanta Division. A copy of the Notice of Removal is attached hereto.

Respectfully submitted this 8th day of September, 2023.

DREW ECKL & FARNHAM, LLP

/s/Lisa R. Richardson
Lisa R. Richardson
*Georgia Bar No. 604074*
Taylor P. Alig
*Georgia Bar No. 230116*

303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: richardsonl@deflaw.com
E-mail: aligt@deflaw.com
*Attorneys for Defendant Macy's Retail Holdings, LLC*

13718879v1
07613-262495

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MADELEINE STANLEY,<br><br>    Plaintiff,<br>v.<br><br>MACY'S RETAIL HOLDINGS, LLC; ABC CORPS #1-3; AND JOHN DOES #1-3<br><br>    Defendant. | Civil Action File No: 23-A-1668 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am counsel for Defendant Macy's Retail Holdings, LLC and that I have this day served a copy of the forgoing *Notice of Filing Notice of Removal* upon all parties to this matter by filing with the PeachCourt efiling system, which will automatically deliver electronic notification to the following counsel of record:

> Phillip Hairston
> Morgan & Morgan Atlanta PLLC
> P.O. Box 57007
> Atlanta, Georgia 30343-1007

This 8th day of September, 2023.

> */s/Lisa R. Richardson*
> Lisa R. Richardson
> ***Georgia Bar No. 604074***

303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: richardsonl@deflaw.com
***Attorneys for Defendant Macy's Retail Holdings, LLC***

13718879v1
07613-262495