E-FILED IN OFFICE - MB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-05602-S1**
**8/10/2023 11:35 AM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

**PAUL BOGLE**

Plaintiff/Petitioner

vs.

**WAL-MART STORES EAST, LP**

Defendant/Respondent

Case No.: **23-C-05602-S1**

Hearing Date: **10/09/2023**

AFFIDAVIT OF SERVICE OF
**SUMMONS; COMPLAINT; PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT WAL-MART STORES EAST, LP W/ RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY; PLAINTIFF'S NOTICE TO TAKE DEPOSITION OF DESIGNATED REPRESENTATIVE PURSUANT TO O.C.G.A § 9-11-30 (B)(6) W/ RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY**

Received by **Berhane Tassaw**, on the **9th day of August, 2023 at 9:02 AM** to be served upon **Wal-Mart c/o The Corporation Company, Registered Agent** at **106 Colony Park Drive Ste 800 B, Cumming, Forsyth County, GA 30040**.
On the **9th day of August, 2023 at 2:10 PM**, I, **Berhane Tassaw**, SERVED Wal-Mart c/o The Corporation Company, Registered Agent at **106 Colony Park Drive Ste 800 B, Cumming, Forsyth County, GA 30040** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **The Corporation Company, Registered Agent**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to The Corporation Company, Registered Agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black male contact 25-35 years of age, 5'-5'4" tall and weighing 120-140 lbs.  Dayvon Jackson**

Service Fee Total: **$85.00**

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _____   22-C-07133-4   _____   8/10/2023
Berhane Tassaw                Server ID #              Date

Notary Public: Subscribed and sworn before me on this _10th_ day of _August_ in the year of 20_23_
Personally known to me __✓__ or _____ identified by the following document:

_____
Notary Public (Legal Signature)

KIFLOM AWETAHENG
Notary Public, Georgia
Dekalb County
My Commission Expires
May 09, 2025

REF: **REF-13413136**

Page 1 of 1
Tracking #: **0111891281**



FILED IN OFFICE
CLERK STATE COURT
GWINNETT COUNTY, GA

2022 DEC 12 PM 4:18

TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

IN RE: Permanent Process Servers

Case Number: **22 C-07133-4**

## ORDER OF APPOINTMENT

The application of the undersigned permanent process server having been read and considered, said applicant is hereby appointed permanent process server of this court pursuant to O.C.G.A. § 9-11-4(c), from the date of this order **up to and including January 4, 2024.**

This order allows the applicant to serve as a process server in Gwinnett County State Court matters only, on an annual renewable basis.

SO ORDERED this 12th day of December, 2022.

_Ronda C. Leary_
Ronda Colvin Leary (Dec 12, 2022 12:31 EST)

Presiding Judge
Gwinnett County State Court

Applicant: BT Process Services
Name: Berhane Tassaw
Address: 4514 Chamblee Dunwoody Rd, Suite 231
Atlanta, GA 30338
404-455-1603