

GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
# BRAD RAFFENSPERGER

HOME (/)

**BUSINESS SEARCH**

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **WAL-MART STORES EAST, LP (DELAWARE)** | Control Number: | **0150520** |
| Business Type: | **Foreign Limited Partnership** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **702 SW 8th St., Bentonville, AR, 72716, USA** | Date of Formation / Registration Date: | **11/16/2001** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2023** |
| Principal Record Address: | **NONE** | | |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **THE CORPORATION COMPANY (FL)** |
| Physical Address: | **106 Colony Park Drive Ste. 800-B, Cumming, GA, 30040-2794, USA** |
| County: | **Forsyth** |

### GENERAL PARTNER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| WSE MANAGEMENT,, LLC | General Partner | 702 SW 8th Street, Bentonville, AR, 72716, USA |

Back                     Filing History        Name History

Return to Business Search



GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
# BRAD RAFFENSPERGER

HOME (/)

**BUSINESS SEARCH**

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **WSE MANAGEMENT, LLC** | Control Number: | **0206279** |
| Business Type: | **Foreign Limited Liability Company** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **702 SW 8th St., Bentonville, AR, 72716, USA** | Date of Formation / Registration Date: | **2/5/2002** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2023** |
| Principal Record Address: | **NONE** | | |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **THE CORPORATION COMPANY (FL)** |
| Physical Address: | **106 Colony Park Drive Ste. 800-B, Cumming, GA, 30040-2794, USA** |
| County: | **Forsyth** |

Back         Filing History     Name History

Return to Business Search



Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

| HOME | Entity Details |
|---|---|

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 3455699 | Incorporation Date / Formation Date: | 11/9/2001 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | WAL-MART STORES EAST, LP | | |
| Entity Kind: | Limited Partnership | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | THE CORPORATION TRUST COMPANY | | |
|---|---|---|---|
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status  ○ Status,Tax & History Information

[Submit]

[View Search Results]    [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies



**Department of State: Division of Corporations**

Allowable Characters

**HOME**

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3455670 | Incorporation Date / Formation Date: | 11/9/2001 (mm/dd/yyyy) |
| Entity Name: | WSE MANAGEMENT, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ⬤ Status  ⬤ Status,Tax & History Information

[Submit]

[View Search Results]   [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

https://icis.corp.delaware.gov/eCorp/EntitySearch/NameSearch.aspx    1/1