

GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
# BRAD RAFFENSPERGER

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **MERCHANTS DISTRIBUTORS, LLC** |
| Control Number: | **H858058** |
| Business Type: | **Foreign Limited Liability Company** |
| Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** |
| Principal Office Address: | **5001 ALEX LEE BLVD, HICKORY, NC, 28601, USA** |
| Date of Formation / Registration Date: | **11/27/1978** |
| Jurisdiction: | **North Carolina** |
| Last Annual Registration Year: | **2023** |
| Principal Record Address: | **NONE** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **U.S. CORPORATION CO.** |
| Physical Address: | **2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA** |
| County: | **Gwinnett** |

Back    Filing History    Name History

Return to Business Search