

# GEORGIA CORPORATIONS DIVISION

**GEORGIA SECRETARY OF STATE**
## BRAD RAFFENSPERGER

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **AON RISK SERVICES SOUTH, INC.** | Control Number: | **0325972** |
| Business Type: | **Foreign Profit Corporation** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **200 E. RANDOLPH STREET, CHICAGO, IL, 60601, USA** | Date of Formation / Registration Date: | **5/13/2003** |
| Jurisdiction: | **North Carolina** | Last Annual Registration Year: | **2023** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Corporation Service Company** |
| Physical Address: | **2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA** |
| County: | **Gwinnett** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| JULIE CHO | Secretary | 200 E. RANDOLPH STREET, CHICAGO, IL, 60601, USA |
| PAUL A. HAGY | CFO | 200 E. RANDOLPH STREET, CHICAGO, IL, 60601, USA |
| Scott A Allman | CEO | 200 E. RANDOLPH STREET, CHICAGO, IL, 60601, USA |

Back  Filing History  Name History

Return to Business Search