• File an Annual Report/Amend an Annual Report • Upload a PDF Filing • Order a Document Online • Add Entity to My Email Notification List • View Filings • Print a Pre-Populated Annual Report form • Print an Amended a Annual Report form

# Business Corporation

## Legal Name

Alex Lee, Inc.

# Information

**SosId:** 0307037
**Status:** Current-Active ⓘ
**Date Formed:** 6/3/1992
**Citizenship:** Domestic
**Fiscal Month:** September
**Annual Report Due Date:** January 15th
**Annual Report Status:** Current
**Registered Agent:** Orgain, John B,

# Addresses

| Mailing | Principal Office | Reg Office |
|---|---|---|
| 120 4th St SW | 120 4th St SW | 120 4th St SW |
| Hickory, NC 28602-2947 | Hickory, NC 28602-2947 | Hickory, NC 28602-2947 |

**Reg Mailing**
120 4th St SW
Hickory, NC 28602-2947

# Officers

| Chief Financial Officer | Senior Vice President | Vice President | Vice President |
|---|---|---|---|
| Andrew W Almquist | Andrew W Almquist | Michele Azar | Shawn R Beichler |
| PO Box 800 | PO Box 800 | PO Box 800 | PO Box 800 |
| Hickory NC 28603 | Hickory NC 28603 | Hickory NC 28603 | Hickory NC 28603 |

| Chairman of the Board | President | Chief Executive Officer | |
|---|---|---|---|
| Brian A. George | Brian A. George | Brian A. George | |
| PO Box 800 | PO Box 800 | PO Box 800 | |
| Hickory NC 28603 | Hickory NC 28603 | Hickory NC 28603 | |

| Senior Vice President | Senior Vice President | Vice President | Secretary |
|---|---|---|---|
| Kimberly D. George | Anita Harris | Timothy D. Lowe | John B Orgain |
| PO Box 800 | PO Box 800 | PO Box 800 | 120 4th Street SW |
| Hickory NC 28603 | Hickory NC 28603 | Hickory NC 28603 | Hickory NC 28602 |

| Senior Vice President | General Counsel | Senior Vice President | |
|---|---|---|---|
| John B Orgain | John B Orgain | Robert K Vipperman | |
| PO Box 800 | PO Box 800 | PO Box 800 | |
| Hickory NC 28603 | Hickory NC 28603 | Hickory NC 28603 | |

# Stock

**Class:** COMMON
**Shares:** 9000000
**Par Value** 1

**Class:** PREFERRED
**Shares:** 1000000
**Par Value** 10