**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---

### THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | November 09, 2020 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-130, Petition for Alien Relative | |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2190191840 | October 05, 2020 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| October 05, 2020 | 201 B INA SPOUSE OF USC | October 30, 1987 |

DESMOND D. MORGAN
595 RIVERSIDE PKWY APT 508
AUSTELL, GA 30168

13   00003286

**PAYMENT INFORMATION:**

Application/Petition Fee:   $535.00
Total Amount Received:   $535.00
Total Balance Due:   $0.00

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

---

We have received your form and are currently processing the above case for the following beneficiaries:

```
Name                        Date of Birth    Country of Birth    Class (If Applicable)
LUCKY, RACHAEL              9/8/1987         NIGERIA
```

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

---

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283
APPLICANT COPY




Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

---

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | November 09, 2020 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-130, Petition for Alien Relative | |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2190191852 | October 05, 2020 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| October 05, 2020 | 201 B INA MINOR CHILD OF USC | October 30, 1987 |

DESMOND D. MORGAN
595 RIVERSIDE PKWY APT 508
AUSTELL, GA 30168

13    00003300

**PAYMENT INFORMATION:**

Application/Petition Fee:   $535.00
Total Amount Received:      $535.00
Total Balance Due:            $0.00

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| LUCKY, DIVINE | 9/10/2014 | NIGERIA | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

---

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**
(800)375-5283
APPLICANT COPY




| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | November 09, 2020 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-130, Petition for Alien Relative | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| MSC2190191844 | October 05, 2020 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| October 05, 2020 | 201 B INA MINOR CHILD OF USC | October 30, 1987 |

DESMOND D. MORGAN
595 RIVERSIDE PKWY APT 508
AUSTELL, GA 30168        13    00003293

PAYMENT INFORMATION:

Application/Petition Fee:    $535.00
Total Amount Received:       $535.00
Total Balance Due:           $0.00

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case for the following beneficiaries:

```
Name                    Date of Birth     Country of Birth     Class (If Applicable)
LUCKY, FAVOUR           4/7/2009          NIGERIA
```

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283
APPLICANT COPY




| Department of Homeland Security<br>U.S. Citizenship and Immigration Services | Form I-797C, Notice of Action |
|---|---|

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE<br>Receipt | NOTICE DATE<br>November 09, 2020 |
|---|---|
| CASE TYPE<br>I-130, Petition for Alien Relative | USCIS ALIEN NUMBER |
| RECEIPT NUMBER<br>MSC2190191848 | RECEIVED DATE<br>October 05, 2020 | PAGE<br>1 of 1 |
| PRIORITY DATE<br>October 05, 2020 | PREFERENCE CLASSIFICATION<br>201 B INA MINOR CHILD OF USC | DATE OF BIRTH<br>October 30, 1987 |

DESMOND D. MORGAN
595 RIVERSIDE PKWY APT 508
AUSTELL, GA 30168

13   00003295

**PAYMENT INFORMATION:**

Application/Petition Fee:   $535.00
Total Amount Received:   $535.00
Total Balance Due:   $0.00

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| LUCKY, ISIOMA | 12/5/2012 | SOUTH AFRICA | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283
APPLICANT COPY


