**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---

### THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | November 09, 2020 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-485, Application to Register Permanent Residence or Adjust Status | A219638139 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| MSC2190191839 | October 05, 2020 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| October 05, 2020 | Immediate Relative of U.S. citizen | September 08, 1987 |

RACHAEL O. LUCKY
595 RIVERSIDE PKWY APT 508
AUSTELL, GA 30168

13   00003287

**PAYMENT INFORMATION:**

Application/Petition Fee: $1,140.00
Biometrics Fee: $85.00
Total Amount Received: $1,225.00
Total Balance Due: $0.00

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**
(800)375-5283




**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Ac**

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | November 09, 2020 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | | A219638137 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2190191851 | October 05, 2020 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| October 05, 2020 | Immediate Relative of U.S. citizen | September 10, 2014 |

DIVINE N. LUCKY
595 RIVERSIDE PKWY APT 508
AUSTELL, GA 30168

13  00003298

**PAYMENT INFORMATION:**

Application/Petition Fee:      $750.00
Total Amount Received:        $750.00
Total Balance Due:                  $0.00

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Contact Center Number:**

(800)375-5283




**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | November 09, 2020 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | A219638138 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2190191843 | October 05, 2020 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| October 05, 2020 | Immediate Relative of U.S. citizen | April 07, 2009 |

FAVOUR C. LUCKY
595 RIVERSIDE PKWY APT 508
AUSTELL, GA  30168

13   00003291

**PAYMENT INFORMATION:**

Application/Petition Fee:   $750.00
Total Amount Received:     $750.00
Total Balance Due:         $0.00

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Contact Center Number:**
(800)375-5283




**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | November 09, 2020 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | | A219638140 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2190191847 | October 05, 2020 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| October 05, 2020 | Immediate Relative of U.S. citizen | December 05, 2012 |

ISIOMA L. LUCKY
595 RIVERSIDE PKWY APT 508
AUSTELL, GA  30168

13  00003296

**PAYMENT INFORMATION:**

Application/Petition Fee:      $750.00
Total Amount Received:         $750.00
Total Balance Due:             $0.00

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Contact Center Number:**
(800)375-5283


