# Marriage Certificate

**STATE OF GEORGIA**　　　　　　　　　　　　　　　　　　　　**COUNTY OF COBB**

This Certifies that __RACHAEL ONYEMELIEHI LUCKY__

and __DESMOND DESHAWN MORGAN__ were united in

__MARRIAGE__

by __JOHN STRAUSS, JUDGE__

on the __06TH__ day of __FEBRUARY__, in the year, __2020__

As appears of record in my office in Marriage Record Book __2020__

Page __0472__ This __06TH__ day of __MARCH__, __2020__

JUDGE OR CLERK, PROBATE COURT, MARIETTA, GEORGIA



Application No. 2020000449
License No. _____

## STATE OF GEORGIA
### County of Cobb

## Marriage License

To any Clergy or any other person authorized to solemnize:
You are hereby authorized and permitted to join the persons named below in Matrimony.

**DESMOND DESHAWN MORGAN** AND **RACHAEL ONYEWELIEHI LUCKY**

according to the Constitution and laws of this state, and for doing so this shall be your sufficient license.

Given Under My Hand and Seal this **06TH** day of **FEBRUARY**, **2020**.

_____ Probate Judge
By: _____
Deputy Clerk

I hereby certify, that the persons named above for whom this license was issued were joined together in Matrimony by me on the **6th** day of **February**, **2020**, in the City of **Marietta**, County of **Cobb**, Georgia

Recorded _____

Signature of Officiant
Printed Name: **John Strauss**
Title: **Magistrate Judge**

Deputy Clerk _____

COBB COUNTY PROBATE COURT
32 WADDELL STREET
MARIETTA, GEORGIA 30060

Address: **32 Waddell Street Marietta, GA 30090**

*Officiant must provide a legible signature on all copies. Return this license to the Cobb County Probate Judge immediately after performing ceremony. Certified copies of the license may be obtained after the license is recorded by the Probate Court.*