An official website of the United States government
Here's how you know

Español | Multilingual Resources

MENU

# Case Status Online

## Interview Was Completed And My Case Must Be Reviewed

Your interview for your Form I-130, Petition for Alien Relative, Receipt Number MSC2190191840, was completed, and your case must be reviewed. We will mail you a notice if we make a decision or take further action. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE

## Related Tools



An official website of the United States government
Here's how you know

Español | Multilingual Resources

MENU

# Case Status Online

## Interview Was Completed And My Case Must Be Reviewed

Your interview for your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number MSC2190191839, was completed, and your case must be reviewed. We will mail you a notice if we make a decision or take further action. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE

## Related Tools



An official website of the United States government
Here's how you know

Español | Multilingual Resources

MENU

# Case Status Online

## Interview Was Completed And My Case Must Be Reviewed

Your interview for your Form I-130, Petition for Alien Relative, Receipt Number MSC2190191852, was completed, and your case must be reviewed. We will mail you a notice if we make a decision or take further action. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE

## Related Tools

An official website of the United States government
Here's how you know

Español | Multilingual Resources

MENU

# Case Status Online

## Interview Was Scheduled

On November 19, 2021, we scheduled an interview for your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number MSC2190191851. We will mail you an interview notice. Please follow any instructions in the notice. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE

## Related Tools



An official website of the United States government
Here's how you know

Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

# Case Status Online

## Interview Was Completed And My Case Must Be Reviewed

Your interview for your Form I-130, Petition for Alien Relative, Receipt Number MSC2190191844, was completed, and your case must be reviewed. We will mail you a notice if we make a decision or take further action. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE

## Related Tools



An official website of the United States government
Here's how you know

Español | Multilingual Resources

MENU

# Case Status Online

## Interview Was Scheduled

On November 19, 2021, we scheduled an interview for your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number MSC2190191843. We will mail you an interview notice. Please follow any instructions in the notice. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE

## Related Tools



An official website of the United States government
Here's how you know

Español | Multilingual Resources

MENU

# Case Status Online

## Interview Was Completed And My Case Must Be Reviewed

Your interview for your Form I-130, Petition for Alien Relative, Receipt Number MSC2190191848, was completed, and your case must be reviewed. We will mail you a notice if we make a decision or take further action. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE

## Related Tools

An official website of the United States government
Here's how you know

Español | Multilingual Resources

U.S. Citizenship
and Immigration
Services

MENU

# Case Status Online

## Interview Was Scheduled

On November 19, 2021, we scheduled an interview for your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number MSC2190191847. We will mail you an interview notice. Please follow any instructions in the notice. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ?

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

DHS PRIVACY NOTICE

## Related Tools