

**Clearview AI**
**15 West 72nd St. - 23rd Fl**
**New York, NY 10023**

## SERVICE AGREEMENT

**Parties.** This Service Agreement (hereinafter referred to as "Service Agreement") is made and entered into on the ___ day of _____ 2019 and is by and between State of Louisiana, through Jefferson Parish Sheriff's Office, 1233 Westbank Expressway, Harvey, LA 70058 (the "Client") and Clearview AI, Inc. ("CV").

**Services.** The purpose of this Service Agreement is to establish the terms and conditions under which the Client will utilize CV's facial identification technology ("the Program"). The Client will have twenty (20) licenses (the "Licensed Users) to the technology.  CV hereby agrees to provide the Client with its proprietary technology, database & investigative tools on a 12-month subscription basis as follows:
Each User Account Includes:
- Unlimited Use of CV's Proprietary Research System for its Licensed Users.
- Unlimited Access to CV's Proprietary Image Database for its Licensed Users.
- Each Licensed User Account Includes iPhone or Android CV Application
- Each Licensed User Account Includes Lap/Desktop Versions of CV Program
- Help-Desk Support

**Term of Service Agreement.** The term of this Service Agreement shall commence on the ___ day of _____, 2019. This Service Agreement may be terminated by any of the signatories with thirty (30) day written notice given to the other party. The Program may be extended by mutual consent in writing for an additional 12-month subscription at the end of each subscription term

**Compensation.** For performance of duties described herein, the Client agrees to pay CV twenty five thousand Dollars ($25,000) within 30 days of execution of this Service Agreement.

**Usage Guidelines.** It is understood by the Client that search results established through CV and its related systems and technologies are indicative and not definitive. CV makes no guarantees as to the accuracy of its search-identification software. The Client must conduct further research in order to verify identities or other data generated by the CV system. CV is neither designed nor intended to be used as a single-source system for establishing the identity of an individual. Furthermore, CV is neither designed nor intended to be used as evidence in a court of law. CV shall not store the images or data uploaded by Client into the search-identification software and shall not allow the images or data uploaded by Client to be searchable by other clients of CV. CV shall only release the images or data uploaded by Client into the search identification software to Client and the law enforcement agency identified by Client as the agency who supplied Client with the uploaded images or data.



PLAINTIFF'S EXHIBIT 3

IN WITNESS WHEREOF THE BELOW PARTIES EXECUTE THIS AGREEMENT.

| JEFFERSON PARISH SHERIFF'S OFFICE | CLEARVIEW AI, INC. |
|---|---|
| *[signature]* <br> Signature | *Jessica Medeiros Garrison* <br> Signature |
| By: Joseph P. Lopinto <br> Its: Sheriff | By: Jessica M. Garrison <br> Its: Authorized Agent |