# DeKalb County Police Department
## GA0440200
## INCIDENT REPORT

Page 1 of 2

Case #: 22-100059

## EVENT INFORMATION

| Incident Type: | Incident Start: | Incident End: | Date Report: | Loc Code: |
|---|---|---|---|---|
| NON-CODABLE INCIDENT | 11/25/2022 15:30:00 | 11/25/2022 17:00:00 | 11/25/2022 20:50:00 | 350 |

I20 Eb Entry Ramp / I285 Nb Exit Ramp , UNINCORPORATED DEKALB COUNTY, GA   30034

## OFFENSES

| Offense: | Counts: | Incident Code: | NIBRS Code: |
|---|---|---|---|
| NC - WANTED PERSON LOCATED | 1 | | 99 |

| Premise Type: | Weapon Type: | Forcible: | Hate Motivated: |
|---|---|---|---|
| | | | NONE |

## BUSINESS VICTIM

| Business Name: | | Phone #: |
|---|---|---|
| STATE OF GEORGIA | , , | |

**Associated Offenses**

| NCWPL | NC - WANTED PERSON LOCATED | NIBRS:99 |
|---|---|---|

## OFFENDER(S)

| Name (Last Suffix, First Middle): | Moniker/Nickname: | DOB: | Age: | Sex: | Race: | Ethnicity: |
|---|---|---|---|---|---|---|
| REID , RANDAL QURAN | | 02/09/1994 | 28 | M | B | NON-HISPANIC |

| Address: | Home #: | Cell #: | Email: |
|---|---|---|---|
| 5094 PANOLA MILL RD , LITHONIA, GA   30038- | (678) 863-9991 | | |

| SSN: | Resident Status: | Height: | Weight: | Hair Color: | Hair Style: | Hair Length: | Eye Color: | OLN#/State |
|---|---|---|---|---|---|---|---|---|
| | | 510 | 165 | BLACK | | | BROWN | 056138679/GA |

| Occupation: | Employer: | Employer Address: | Employer Phone: |
|---|---|---|---|
| | | , , | |

| Arrested? | Used: | | |
|---|---|---|---|

SMTs

**Associated Offenses**

| NCWPL | NC - WANTED PERSON LOCATED | NIBRS:99 |
|---|---|---|

## VEHICLE(S)

| Class: | Status: | Tag Number: | State: | Year: | VIN: | Type: |
|---|---|---|---|---|---|---|
| | | CSV9467 | GA | | 1C4RJEAG3HC952367 | |

| Year: | Make: | Model: | Style: | Color: | Insured By: |
|---|---|---|---|---|---|
| 2017 | Jeep | Grand Cherokee | | White | |

| Value: | Recovery Value: | Date Recovered: | Recovered Address: | Vehicle Recovery: |
|---|---|---|---|---|
| | | | , , | |

| Owner: | | Address: | Phone: |
|---|---|---|---|
| , | | | |

PLAINTIFF'S EXHIBIT 4

## DeKalb County Police Department
## GA0440200
## INCIDENT REPORT

Page 2 of 2

Case #: 22-100059

| Inventory Date: | Stored At: SOUTH DEKALB | Secured: | Released to Other: |
|---|---|---|---|
| | | | |

Related To:

### NARRATIVE(S)

| Officer Name: ANDERSON, B K 3337 | Date: 11/25/2022 20:52:13 | |
|---|---|---|

**Title:** INITIAL REPORT

On Friday, November 25, 2022, at approximately 1530 hrs, while patrolling unincorporated DeKalb County conducting interstate enforcement on I-20EB near the I-285 split, I observed a white 2017 Jeep Grand Cherokee bearing Georgia tag CSV9467.

A random GCIC/NCIC query of the vehicle tag informed me that the registered owner, Mr. Randal Reid, was showing two active felony larceny warrants for his arrest with full extradition. One with the Jefferson Parish Sheriff's Office and the second out of the Baton Rouge Police Department, Louisiana, WNO#6309522.

Based on the Department of Driver Services (DDS) photo on file for Mr. Reid and a male driver matching his physical description, a traffic stop was conducted. I approached the vehicle and asked the suspect for his driver's license, and the suspect advised that he did not have it on him. However, he announced his name was Mr. Randal Reid, DOB 02/09/1994, providing the same information on the hit for the wanted person.

I subsequently removed Mr. Reid from the vehicle, placed him into custody with the assistance of Officer R Mason (Motor 11), and informed him that he was showing two felony larceny warrants for his arrest. The warrants were also attached to his Georgia driver's license on the hit. The warrants were subsequently confirmed, and Mr. Reid was transported to the DeKalb County jail to be extradited. The vehicle was inventoried and then towed to South DeKalb. Incident recorded on body-worn camera.