| DEKALB COUNTY SHERIFF'S OFFICE | ARREST / INCIDENT REPORT | | | ORI: GA0440000 |
|---|---|---|---|---|
| | | | | CASE NUMBER: 22SO11-003901 |

**INCIDENT**

| INCIDENT TYPE | | | | | | CTS | PREMISE TYPE |
|---|---|---|---|---|---|---|---|
| WARRANT ARREST | | | | | | 1 | |

| INCIDENT LOCATION |
|---|

| INCIDENT DATE | TIME | TO | DATE | TIME | STRANGER TO STRANGER | WEAPON TYPE |
|---|---|---|---|---|---|---|
| | | | | | | |

| COMPLAINANT | | |
|---|---|---|
| ADDRESS | | PHONE NUMBER |

**VICTIM**

| VICTIM'S NAME | RACE | SEX | AGE | RESIDENCE PHONE |
|---|---|---|---|---|
| | | | | |

| VICTIM'S ADDRESS | BUSINESS PHONE |
|---|---|
| | |

**WITNESS**

| WITNESS NAME & ADDRESS | PHONE NUMBER |
|---|---|
| | |

| WITNESS NAME & ADDRESS | PHONE NUMBER |
|---|---|
| | |

**OFFENDER / ARREST INFO**

| ARREST DATE | ARREST TIME | LOCATION OF ARREST |
|---|---|---|
| 11/25/2022 | 4:40 PM | DEKALB COUNTY JAIL |

| NAME OF PERSON ARRESTED (LAST, FIRST, MIDDLE) | ALIAS OR NICKNAME |
|---|---|
| REID, RANDAL Q | Reid, Randal Quran |

| ADDRESS OF SUBJECT (NUMBER & STREET/APT #) | CITY/ STATE/ ZIP CODE |
|---|---|
| 1724 CARISSA DR | CONYERS, GA, 30094 |

| PHONE NUMBER | SOCIAL SECURITY NUMBER | DRIVER'S LICENSE INFORMATION | STATE | EXPIRES |
|---|---|---|---|---|
| | | | GA | |

| AGE | RACE | SEX | EYES | HAIR | HEIGHT | WEIGHT | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|---|---|---|---|---|---|
| 28 | Black | Male | Brown | Black | 5-10 | 160 | | GA |

| OCCUPATION/EMPLOYER | WORK ADDRESS |
|---|---|
| | |

| WORK PHONE NUMBER | ARRESTING OFFICER | CURRENT DATE |
|---|---|---|
| | CHANG | 11/30/2022 |

**WARRANT INFO**

| WARRANT NUMBER | F/M | DATE OF OFFENSE | CHARGES | CTS | BOND |
|---|---|---|---|---|---|
| 22W018886 | F | 11/25/2022 | FUGITIVE FROM JUSTICE | 1 | NONE |
| | | | LARCENY/LOUISIANA | | |
| | | | | | |
| | | | | | |

| IMPOUND | | TAG NUMBER | STATE | YEAR | VIN |
|---|---|---|---|---|---|
| | | | | | |

| YEAR | MAKE | MODEL | STYLE | COLOR |
|---|---|---|---|---|
| | | | | |

**NARR**

Subject was arrested on DeKalb County Warrant 22W018886, issued by Judge TAYLOR charging Fugitive from Justice from LOUISIANA. On NOV 29, 2022, the fugitive was taken before a DeKalb County Magistrate Judge where he signed a waiver Of extradition agreeing to return to said state. Subject is ready for pick-up and the demanding state has been contacted.

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| CHANG | 2848 | | |



PLAINTIFF'S
EXHIBIT
5