## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

**ITEM NUMBER:** F-21850-22

**WARRANT NUMBER:**

## ARREST WARRANT

STATE OF LOUISIANA
VERSUS
ARMANDO JACOB WILLIAMS - BLACK/AFRICAN AMERICAN/MALE
3339 Bruxelles St New Orleans, Louisiana 70122
DOB: 03/23/2001
DL/ID #11924458          SSN: 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
Height: 5'10"            Weight: 130
Eye Color: Brown         Hair Color: Black
D/M:

TO ANY COMMISSIONED PEACE OFFICER:

WHEREAS, complaint has been made to me, upon the sworn affidavit of Detective Andrew R Bartholomew, with the Jefferson Parish Sheriff's Office, charging one Armando Jacob Williams with:

1 Count(s) of 14:71.1-- BANK FRAUD-- (Felony)
1 Count(s) of 14:67.16 C(1-3)-- Identity Theft (Felony)-- (Felony)
1 Count(s) of 14:67 B3-- Theft $1000 but less than $5000 (Felony)-- (Felony)

Committed on or about the date(s) of 06-23-2022.

Now, therefore, you are hereby commanded, in the name of the State, to apprehend and arrest and book the said accused to answer the said complaint. You are further commanded to keep the said accused in safe custody until released according to law, and this shall be your warrant.

Given under my official signature, this 19 day of Jul, 2022 at 04:19 PM.

*CK for NCIC - LA ONLY*
*Sgt [signature] 110551*

*Paul Schneider [signature]*

Judge Paul Schneider
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

**PLAINTIFF'S EXHIBIT 15**

Case Number: F-21850-22     Warrant Number:     Approved on: Jul, 19, 2022 at 04:19 PM