

**Clearview Ai**
**15 West 72nd St. - 23rd Fl**
**New York, NY 10023**
Tax ID: 82-2397610

# Invoice

September 19, 2019

TO:  **Jefferson Parish Sheriff's Office**
**1233 Westbank Expressway**
**Harvey, La. 70058**

## For Clearview License Subscription for up to 40 Users:
### Term of September 1, 2019 – September 30, 2020

- Unlimited Use of CV's Proprietary Research System for its Licensed Users.
- Unlimited Access to CV's Proprietary Image Database for its Licensed Users.
- Each Licensed User Account Includes iPhone and Android CV Application
- Each Licensed User Account Includes Lap/Desktop Versions of CV Program
- Help-Desk Support

**Total Due: $25,000**
Please make check payable and deliver to :
**Clearview Ai**
**Attention: Richard Schwartz**
**15 West 72nd St. - 23rd Fl**
**New York, NY 10023**
**Tax ID: 82-2397610**

1 | P a g e

Questions/Information Contact:
Jessica Medeiros Garrison  |  205.568.4371  |  jessica@clearview.ai



PLAINTIFF'S EXHIBIT 20