# Jefferson Parish Sheriff's Office

## JEFFERSON PARISH SHERIFFS OFFICE
## EXTRADITION / FUGITIVE SECTION

DATE   12/01/2022

TO: DEKALB COUNTY, GEORGIA

FROM:  TECH. C. DOUSE-CROCKENS, EXTRADITION OFFICER

NUMBER OF PAGES: TOTAL 1

REF: REID, RANDAL B/M ▇▇▇▇▇▇

PLEASE RELEASE OUR HOLD ON THE ABOVE SUBJECT, THE DISTRICT ATTORNEY HAS REVIEWED THE CASE AND HAS DECIDED NOT TO EXTRADITE THIS SUBJECT FROM YOUR AGENCY ON WARRANT NUMBER F-21850-22. THE SUBJECT WARRANT HAS BEEN REFUSED AND WILL BE REMOVED FROM NCIC. DO NOT HOLD FOR THIS AGENCY. FOR ANY FURTHER INFORMATION, PLEASE CONTACT OUR DISTRICT ATTORNEY'S OFFICE AT 504-368-1020

THANKS FOR ALL OF YOUR ASSISTANCE

CONTACT PERSON:   EXTRADITION SECTION
                  GRETNA, LA. 70053

PHONE: 504-349-5663
FAX:   504-363-5627

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION CONTAIN INFORMATION, WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIES INFORMATION IS STRICTLY PROHIBITED AND THAT THE DOCUMENTS SHOULD BE RETURNED TO THIS OFFICE IMMEDIATELY. IN THIS REGARD, IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO WE CAN ARRANGE FOR THE RETURN OF THE ORIGINAL DOCUMENTS TO US AT NO COST TO YOU.

Jefferson Parish Sheriff's Office - 1233 Westbank Expressway - Harvey, LA 70058



Revised: 9/7/17