## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

**CASE NUMBER:** F-21850-22     **WARRANT NUMBER:**

## Request for Recall of Arrest Warrant
**Date:** 11/30/2022

Suspect Name:
RANDAL QURAN REID
BLACK/AFRICAN AMERICAN, MALE
5094 Panola Mill Dr. ,Lithonia Georgia 30038

Charge(s):

10 Count of RS14:71.1--BANK FRAUD-- (Felony)

10 Count of RS14:67.16C.(1)--IDENTITY THFT OVER $1,000-- (Felony)

1 Count of RS14:67.B.(2)--THEFT $5,000-$24,999-- (Felony)

    I, Sergeant Randy Thibodeaux, am respectfully requesting that the ARREST WARRANT issued for RANDAL QURAN REID be recalled for the following reason(s):
After further investigation, it was learned Randal Reid was not involved in the crimes committed.

Respectfully submitted,

**Given under my official signature, this 30 day of Nov, 2022 at 04:06 PM.**

*Randy Thibodeaux*

Sergeant Randy Thibodeaux
Jefferson Parish Sheriff's Office

*Patricia Joyce*

Judge Patricia Joyce
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA



PLAINTIFF'S EXHIBIT 24