# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| NATHANIEL BEH, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | FILE NO. _____ |
| v. | ) | |
| | ) | [Removed from the State |
| | ) | Court of DeKalb County, |
| BRUCE DEAN and | ) | Georgia, Civil Action |
| SOUTHERN TANK TRANSPORT, INC., | ) | File No. 23A03502] |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE

**I HEREBY CERTIFY** that I am counsel for Defendant SOUTHERN TANK TRANSPORT, INC. in the above-styled proceeding and have this day filed a copy of the "Notice of Removal," including the "Notice of Filing Removal," in the State Court of DeKalb County, Georgia, the Court from which said action was removed.

This 11th day of September, 2023.

Respectfully submitted,

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

*/s/ Laura N. Gable*
Stephen M. Schatz
Georgia Bar No. 628840
Laura N. Gable
Georgia Bar No. 208961

*Attorneys for Defendant*
*Southern Tank Transport, Inc.*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309
Tel: (404) 874-8800
Fax: (404) 888-6199
steve.schatz@swiftcurrie.com
laura.gable@swiftcurrie.com

- 3 -

## CERTIFICATE OF COMPLIANCE

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

This 11th day of September, 2023.

                                         **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                                         */s/ Laura N. Gable*
                                         Stephen M. Schatz
                                         Georgia Bar No. 628840
                                         Laura N. Gable
                                         Georgia Bar No. 208961
                                         ***Attorneys for Defendant***
                                         ***Southern Tank Transport, Inc.***

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309
Tel:  (404) 874-8800
Fax:  (404) 888-6199
steve.schatz@swiftcurrie.com
laura.gable@swiftcurrie.com

- 3 -

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing *CERTIFICATE* with the Clerk of Court using the CM/ECF (Pacer) System, which will automatically send e-mail notification of such filing to the following counsel of record:

M. Cordele Rolle
The Cordele Firm, Inc.
5815 Live Oak Pkwy, Suite A
Norcross, GA 30093
cordele@cordelefirm.com
*Attorney for Plaintiff*

This 11th day of September, 2023.

                                        **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                                        */s/  Laura N. Gable*
                                        Stephen M. Schatz
                                        Georgia Bar No. 628840
                                        Laura N. Gable
                                        Georgia Bar No. 208961
                                        *Attorneys for Defendant*
                                        *Southern Tank Transport, Inc.*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309
Tel:  (404) 874-8800
Fax:  (404) 888-6199
steve.schatz@swiftcurrie.com
laura.gable@swiftcurrie.com