# EXHIBIT A

EEOC Form 5 (11/09)

| C HARGE OF D ISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA | |
| | ☒ EEOC | **410-2023-09133** |

**RECEIVED ATDO**

**APRIL 20, 2023**_____ and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)*<br>**Ms. Amie Loudermilk** | Home Phone *(Incl. Area Code)*<br>**(706) 669-3949** | Date of Birth<br>**January 7, 2000** |
|---|---|---|
| Street Address<br>**755 Cove Rd** | City, State and ZIP Code<br>**Jasper, GA 30143** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  *(If more than two, list under PARTICULARS below.)*

| Name<br>**RaceTrac Petroleum aka RaceTrac, Inc.** | No. Employees, Members<br>500+ | Phone No. *(Include Area Code)*<br>**(678) 493-5807** |
|---|---|---|
| Street Address<br>**7984 Cumming Hwy** | City, State and ZIP Code<br>**Canton, GA 30115** | |
| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON *(Check appropriate box(es)).* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | Earliest          Latest |
| ☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION | March 17, 2023 |
| ☐ OTHER *(Specify)* | ☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I.        On or about July 6, 2022, I began working for the company as an Associate in the Jasper location, and in August 2022, I transferred to the Macedonia location. I worked in the kitchen area prepping food and cleaning.

II.        On or around December 1, 2022, I informed the General Manager, Royce Patton, that I was pregnant since I would no longer be able to switch to the overnight shift. During this conversation, I also asked Mr. Patton to help me by not making me lift anything heavy. Mr. Patton congratulated me on my pregnancy and said okay to my not lifting anything heavy. About a week later, I met with my doctor, and he placed me on several restrictions, such as no squatting. Mr. Patton told me to call HR/Benefits, but I could not reach them, so the Operations Supervisor, Bennett Steph, told me to send an email from the company computer explaining my pregnancy and restrictions and to copy him and Mr. Patton. I sent the email. I was then told to contact them about a month or so before my due date.

III.        Around the same time, a coworker was making fun of my pregnancy saying that my baby was going to come out autistic and commenting about my weight. I complained to manager Giovanni, but she said she would not tell Mr. Patton, so I went to Mr. Patton myself and he said he would talk to the employee. The employee gave me an insincere apology and was promoted to entry-level shift manager just a few days later.

IV.        During this time, I also asked not to be scheduled by myself in the kitchen without any help. Giovanni would help here and there but management said they could not afford to do so, but this was not true because they had other people come in to help on many occasions.

V.        On or around March 15, 2023, I began bleeding. I went to Giovanni, and she told me to tell Mr. Patton. When I went to Mr. Patton, he had an attitude with me and told me to go to the back because they needed to talk. He told me that I needed to go on medical leave because I could not leave work. He said his bosses had been on his ass and if I didn't do something he was going to have to fire me for leaving.  Mr. Patton also said that I was not communicating with him or providing medical excuses, but this was not true. I provided several medical notes and texted him on several occasions. I ultimately left work and immediately called HR who put me through to the ethics department.

VI.        On or around March 17, 2023, HR and Benefits called me and left a voicemail. When I returned the call, I

spoke with Rebecca in HR and she told me to take medical leave or I could go to a different store. I was then taken completely off the schedule.

VII.      On or around March 24, 2023, my health insurance, SunLife, called me and left a voicemail regarding leave. They were forcing me to take leave and asking me to sign off on it. They also asked me to take paperwork to my doctor to sign stating that I needed unpaid medical leave as an accommodation. Rebecca later followed up with me asking for my medical documents, so I sent her my hospital paperwork. Rebecca said the documents were not what she needed, and she wanted records from my actual doctor.

VIII.     On or around March 30, 2023, I sent Rebecca my doctor's notes. I then called and texted Rebecca but she did not respond to me. A few days later I sent my doctor's notes to Benefits.

IX.       Thereafter, Sunlife called me saying that I could go to work. I informed them that I could return the next day and they said they couldn't return me to work until after they spoke with my manager, so they asked for another date I could return to work. They also asked for paperwork from my doctor for the leave I was on and said that I could return to work on April 3, 2023, which would give them more time. I agreed to return to work on April 3.

X.        On April 3, 2023, Sunlife called me and left a voicemail asking if I went back to work or not. On April 4, 2023, Sunlife called again asking if I returned to work and they said they would contact HR and management since I was not on the schedule to work.

XI.       After April 4, I called Sunlife but there was no answer. I then sent an email, but they did not respond. To date, I have not been put on the schedule to return to work.

XII.      I believe I am being discriminated against in violation of the Pregnancy Discrimination Act, Title VII of the Civil Rights Act of 1964, and the Americans with Disabilities Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I declare under penalty of perjury that the above is true and correct.<br><br>04/18/2023<br>_____<br>Date | NOTARY – *When necessary for State and Local Agency Requirements*<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |
| Electronically Signed 2023-04-18 17:35:21 UTC - 173.189.128.190<br>*Amie Loudermilk*<br>Nintex AssureSign® 679ae516-f6c9-4b4f-b749-afe801212857<br>*Charging Party Signature* | |

Ianna O. Richardson | ianna@justiceatwork.com | Barrett & Farahany