# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>410-2023-06374 |
|---|---|---|

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Ms. Camella Holloway** | Home Phone (Incl. Area Code)<br>**(205) 285-6453** | Date of Birth<br>**May 8, 1971** |
|---|---|---|
| Street Address<br>**3050 Woodward Crossing Blvd Apt 2106** | City, State and ZIP Code<br>**Buford, GA 30519** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (If more than two, list under PARTICULARS below.)

| Name<br>**Carcoustics USA South** | No. Employees, Members<br>1,000+ | Phone No. (Include Area Code)<br>**(678) 765-6153** |
|---|---|---|
| Street Address<br>**4620 Thompson Mill Rd.** | City, State and ZIP Code<br>**Buford, GA 30518** Received 4/11/2023 ATDO | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest     Latest<br>March 22, 2023<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I.   I began working for the employer on October 17, 2022, as an HR Manager.

II.   On or around March 9, 2023, I had surgery that required me to be out of work for a day. After the surgery, my blood pressure was elevated so I needed to be off of work for about a week. I emailed my doctor's note to the company and called Ian Fisher, HR Generalist, to let him know I would be out. Ian informed me that I would not have to use vacation or PTO days and not to worry about it.

III.   On or around March 15, 2023, I returned from my leave. On or around March 22, 2023, the company terminated me stating I was "Not a good fit for the company."

IV.   I believe I was discriminated and retaliated against in violation of the Americans with Disabilities Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 04/10/2023     *Camella Holloway*<br>Electronically Signed  2023-04-10 21:14:03 UTC - 104.191.118.0<br>Nintex AssureSign®   e72c3867-667d-4caf-b59d-afe001455ee1<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

Ianna O. Richardson | ianna@justiceatwork.com | Barrett & Farahany