# EXHIBIT B

EEOC Form 161-B (01/2022)    **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | **Camella Holloway**<br>3050 Woodward Crossing Boulevard, Apt. 2106<br>Buford, GA 30519 | From: | **Atlanta District Office**<br>100 Alabama Street, SW, Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

| EEOC Charge No.<br>**410-2023-06374** | EEOC Representative<br>**ASHLEY HARPER,**<br>**Investigator** | Telephone No.<br>**470-531-4813** |
|---|---|---|

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

   Less than 180 days have elapsed since the filing date. I certify that the Commission s processing of this charge will not be completed within 180 days from the filing date.

   The EEOC is terminating its processing of this charge.

*Equal Pay Act (EPA):* You already have the right to sue under the EPA (filing an EEOC charge is not required.)  EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By:Darrell E. Graham
07/25/2023

**Darrell E. Graham**
**District Director**

Enclosures(s)

cc:   **Jacqueline Paige**
      **4620 THOMPSON MILL RD**
      **Buford, GA 30518**

      **Ianna Richardson**
      **Barrett & Farahany**
      **P.O. Box 530092**
      **Atlanta, GA 30353**