AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| Christopher Bertsch,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>FINSYNC, Inc.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FINSYNC, Inc.
                  c/o David Olsen, Registered Agent
                  100 Galleria Parkway, Suite 200
                  Atlanta, Georgia 30339

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jefferson M. Starr, Esq.
                                  Lueder, Larkin & Hunter, LLC
                                  3535 Piedmont Road
                                  Building 14, Suite 205
                                  Atlanta, Georgia 30305

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____               _____
                                                      *Signature of Clerk or Deputy Clerk*