## Case Information

## Spencer Harris VS.Charles Holmes,CJ Alexander Trucking, LLC

23EV003129

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Fulton - State Court | Civil | Tort | 5/24/2023 |

| Judge | Case Status | | |
|---|---|---|---|
| Dixon, Myra H | Open (Open) | | |

## Parties [6]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| DEFENDANT | ABC Corporation 1-3 | | |
| DEFENDANT | CJ Alexander Trucking, LLC | | ALAIN FERNANDEZ, Mrs Amanda L. Matthews |
| DEFENDANT | Trisura Specialty Insurance Company | | ALAIN FERNANDEZ |
| DEFENDANT | John Doe 1-3 | | |
| DEFENDANT | Charles Holmes | | ADANNA U UGWONALI, ESQ |
| PLAINTIFF | Spencer Harris | | ADANNA U UGWONALI, ESQ |

## Events [14]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 5/24/2023 | Filing | Complaint | Complaint | Spencer Harris - Complaint (Imputed Liability).pdf |
| 5/24/2023 | Filing | Case Initiation Form | Case Initiation | Spencer Harris - Case Initiation.pdf |
| 5/25/2023 | Filing | Summons | Summons | S. Harris - Summons.pdf |
| 6/23/2023 | Filing | Affidavit | Affidavit of Service Trisura Insurance | S. Harris - Affidavit of Service Trisura Insurance.pdf |
| 7/3/2023 | Filing | Affidavit | Affidavit of Non Service - C J Alexander Trucking | S. Harris - C J Trucking Affidavit of non service 20230605121523.pdf |
| 7/6/2023 | Filing | Affidavit | Affidavit of Non Service Charles Holmes | S. Harris - Non Service of Charles Holmes.pdf |
| 7/21/2023 | Filing | Answer/Contest/Response | TRISURA SPECIALTY INSURANCE COMPANYS ANSWER TO PLAINTIFFS COMPLAINT FOR DAMAGES | TRISURA SPECIALTY INSURANCE COMPANY S ANSWER TO PLAINTIFF S COMPLAINT FOR DAMAGES.pdf |
| 7/21/2023 | Filing | Leave Of Absence | Notice of Leave of Absence of Amanda Matthews | NOTICE OF LEAVE OF ABSENCE.pdf |
| 7/21/2023 | Filing | Certificate Of Service | Rule 5.2 Certificate of Service (Defendant TRISURA's First Request for Admissions, Interrogatories and Production of Documents to Plaintiff) | RULE 5.2 CERTIFICATE OF SERVICE.pdf |
| 7/31/2023 | Filing | Answer/Contest/Response | SPECIAL APPEARANCE AND ANSWER OF C J ALEXANDER TRUCKING LLC TO PLAINTIFFS COMPLAINT FOR DAMAGES | SPECIAL APPEARANCE AND ANSWER OF C J ALEXANDER TRUCKING LLC.pdf |
| 8/1/2023 | Filing | Certificate Of Service | Rule 5.2 Certificate of Service (Defendants Request for Production of Documents to Non-Parties) | RULE 5.2 CERTIFICATE OF SERVICE.pdf |
| 8/8/2023 | Filing | Leave Of Absence | Notice of Leave of Absence of Alain P. Fernandez | NOTICE OF LEAVE OF ABSENCE.pdf |
| 8/21/2023 | Filing | Certificate Of Service | Rule 5.2 Certificate of Service | Spencer Harris - Rule 5.2 Discovery response to Trisura.pdf |
| 8/31/2023 | Filing | Certificate Of Service | Rule 5.2 Certificate of Service (Defendant TRISURA's Request for Production of Documents to Non-Party) | RULE 5.2 CERTIFICATE OF SERVICE.pdf |

EXHIBIT A

© 2023 Tyler Technologies, Inc. | All Rights Reserved
Version: 2023.8.0.52 

# EXHIBIT A