Case 1:23-mi-99999-UNA   Document 2944-3   Filed 09/12/23   Page 1 of 1

State Court of Fulton County
**E-FILED**
23EV003129
7/6/2023 10:36 AM
Donald Talley, Clerk
Civil Division

SPENCER HARRIS

Plaintiff

vs

CHARLES HOLMES, ET AL

Defendant

2023060610124

Civi[l] _____ Court O[f]
Fulton _____ Venue

Docket Number: 23EV003129

**Person to be served** (Name and Address):
CHARLES HOLMES
10222 S.GESSNER RD APT 401
HOUSTON TX 77071
**By serving:** CHARLES HOLMES

**Attorney:** ADANNA U. UGWONALI, ESQ.

**Papers Served:** SUMMONS AND COMPLAINT, GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.____

**Service Data:**   [ ] Served Successfully   [✓] Not Served

**Date/Time:** 6-8-23 @ 1:52 pm

[ ] Delivered a copy to him/her personally

Name of Person Served and relationship/title:
_____
_____

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[ ] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

**Description of Person Accepting Service:**

SEX:____ AGE:_____ HEIGHT:_____ WEIGHT:_____ SKIN:_____ HAIR:_____ OTHER:_____

**Unserved:**
[✓] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:   Date/Time: _____
                     Date/Time: _____
                     Date/Time: _____

Other: Manager Lorena def not listed on lease. No answer at door. Left callback note. Def called, 407-480-6454 - he lives in Louisiana. Cousin lives at their attn.

**To Be Used Where Electronic Signature Not Available**
**Served Data:**
Subscribed and Sworn to me this
8th day of June, 2023
Notary Signature: _Carilisa Alexander_
Name of Notary: Carilisa Alexander
Commission Expiration: [stamp]

CARILISA A. ALEXANDER
Notary Public, State of Texas
Comm. Expires 05-19-2024
Notary ID 13248571[9]

Name of Private Server: Bitsy Muse

**Docusign Court Approved E-Signature**
I, _Bitsy Muse_, was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_Bitsy Muse_                6/8/2023
Signature of Process Server    Date
PSC 11629

Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952

**EXHIBIT B**