Case 1:23-mi-99999-UNA   Document 2944-5   Filed 09/12/23   Page 1 of 1

State Court of Fulton County
**E-FILED**
23EV003129
6/23/2023 9:59 AM
Donald Talley, Clerk
Civil Division

SPENCER HARRIS

            Plaintiff

vs

CHARLES HOLMES, ET AL

            Defendant

20230605121706

Court Of _Civil_
Venue _Fulton GA_

Docket Number: 23EV003129

**Person to be served** (Name and Address):
TRISURA INSURANCE COMPANY
210 PARK AVE.
OKLAHOMA CITY  OK  73102
**By serving:** TRISURA INSURANCE COMPANY

**Attorney:** ADANNA U. UGWONALI, ESQ.

**Papers Served:** SUMMONS AND COMPLAINT,

**Service Data:**  [ ] Served Successfully   [ ] Not Served

Date/Time: _6/7/2023_   _3:30 pm_

[ ] Delivered a copy to him/her personally
[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)
[✓] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____

Name of Person Served and relationship/title:

_Carla Jennings_
_Authorized Agent_

**Description of Person Accepting Service:**

SEX: _F_  AGE: _60_  HEIGHT: _6'_  WEIGHT: _130_  SKIN: _White_  HAIR: _Grey_  OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:   Date/Time: _____
                    Date/Time: _____
                    Date/Time: _____

Other: _____

**To Be Used Where Electronic Signature Not Available**
**Served Data:**
Subscribed and Sworn to me this
_8_ day of _June_, 20 _23_
Notary Signature: _AY_
_Amanda Yates_   _2/4/24_
Name of Notary   Commission Expiration

(Notary Seal: AMANDA YATES, NOTARY, #16001150, EXP. 02/04/24, STATE OF OKLAHOMA)

**Docusign Court Approved E-Signature**
I, _Cindy Grammer_ PSS 21-02
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_Cindy Grammer_   _6/18/2023_
Signature of Process Server   Date

Name of Private Server: _Cindy Grammer_  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952

**EXHIBIT D**
