Case 1:23-mi-99999-UNA   Document 2944-7   Filed 09/12/23   Page 1 of 10

State Court of Fulton County
**E-FILED**
23EV003129
7/31/2023 10:53 AM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| SPENCER HARRIS,<br><br>    Plaintiff,<br>v.<br><br>CHARLES HOLMES; JOHN DOE 1-3;<br>CJ ALEXANDER TRUCKING, LLC,<br>TRISURA SPECIALTY INSURANCE<br>COMPANY, and<br>ABC CORPORATION 1-3,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br><br>23EV003129 |

**SPECIAL APPEARANCE AND ANSWER OF C J ALEXANDER TRUCKING LLC TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

COMES NOW, C J Alexander Trucking LLC (hereinafter "C J Alexander"), Defendant in the above-styled case, appearing specially, not generally, and preserving all defenses to service and jurisdiction, by and through its undersigned counsel, and hereby files this its Special Appearance and Answer to Plaintiff's Complaint for Damages (hereinafter "Complaint"), and shows this honorable Court as follows:

**FIRST DEFENSE**

Plaintiff's Complaint, in whole or in part, fails to state a claim against C J Alexander upon which relief can be granted and should be dismissed.

**SECOND DEFENSE**

No act or omission on the part of C J Alexander caused or contributed to the Plaintiff's alleged injuries and damages and, therefore, Plaintiff is not entitled to any recovery from C J

977753v.1

**EXHIBIT F**

Alexander.

## THIRD DEFENSE

C J Alexander contests the damages and injuries which are being asserted in this action and demands strict proof thereof.

## FOURTH DEFENSE

C J Alexander states that the proximate cause of the Plaintiff's alleged injuries and damages are unrelated to the subject accident, in whole or in part, and/or were due to the actions, omissions, or negligence of a person or persons other than C J Alexander, for whom it is in no way liable. Therefore, Plaintiff is not entitled to recover from C J Alexander.

## FIFTH DEFENSE

Any recovery by Plaintiff should be reduced in proportion to the comparative fault of Plaintiff and others.

## SIXTH DEFENSE

Plaintiff, by the exercise of ordinary care, could have avoided the accident that forms the basis of Plaintiff's Complaint.

## SEVENTH DEFENSE

The negligence of Plaintiff was equal to or greater than any alleged negligence on the part of C J Alexander or any person for whom C J Alexander is responsible. Therefore, Plaintiff is not entitled to recover any sum from C J Alexander.

## EIGHTH DEFENSE

Plaintiff had the last opportunity to prevent the harm that occurred. Therefore, recovery is barred or reduced by the last clear chance doctrine.

977753v.1

## EXHIBIT F

**NINTH DEFENSE**

Plaintiff's claim for property damages has been resolved, and therefore, Plaintiff's claims for property damages should be dismissed.

**TENTH DEFENSE**

Venue is improper.

**ELEVENTH DEFENSE**

There is an insufficiency of process and service of process on C J Alexander, and therefore, the claims against it should be dismissed.

**TWELFTH DEFENSE**

This Court lacks personal jurisdiction over C J Alexander, and therefore, Plaintiff's claims against it should be dismissed.

**THIRTEENTH DEFENSE**

C J Alexander reserves the right to rely upon any of the affirmative or additional defenses to the claims asserted by Plaintiff to the extent that such defenses are supported by information developed through discovery or evidence at trial.

**FOURTEENTH DEFENSE**

C J Alexander answers the specific allegations of Plaintiff's Complaint as follows:

**PARTIES AND JURISDICTION**

1.

C J Alexander only admits that this Court has subject matter jurisdiction over this Complaint. C J Alexander is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 1 of Plaintiff's Complaint and therefore, they are denied.

**EXHIBIT F**

2.

C J Alexander only admits that Charles Holmes was an agent of C J Alexander at the time of the subject accident that gives rise to Plaintiff's Complaint. C J Alexander is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 2 of Plaintiff's Complaint and therefore, they are denied.

3.

C J Alexander only admits that at the time of the subject accident that gives rise to Plaintiff's Complaint, it was a trucking company engaged in the transportation of goods, it was licensed in the State of Florida, its registered agent was Jena Mehlberg, and the registered agent's address was 1209 N. Mills Ave., Orlando, Florida. C J Alexander denies the remaining allegations in this Paragraph.

4.

C J Alexander is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 of Plaintiff's Complaint and therefore, they are denied.

5.

C J Alexander is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5 of Plaintiff's Complaint and therefore, they are denied.

6.

C J Alexander is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6 of Plaintiff's Complaint and therefore, they are denied.

7.

C J Alexander denies the allegations in Paragraph 7 of Plaintiff's Complaint.

977753v.1

**EXHIBIT F**

## BACKGROUND

8.

C J Alexander is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 of Plaintiff's Complaint and therefore, they are denied.

9.

C J Alexander admits the allegations in Paragraph 9 of Plaintiff's Complaint.

10.

C J Alexander admits the allegations in Paragraph 10 of Plaintiff's Complaint.

11.

C J Alexander only admits that on or about August 30, 2021, while traveling on I-475, the vehicle driven by Charles Holmes experienced a tire blowout, and the remnants of the blown tire were encountered by nearby vehicles. C J Alexander is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 11 of Plaintiff's Complaint and therefore, they are denied.

## **COUNT I – NEGLIGENCE**

12.

C J Alexander restates and incorporates by reference its responses to Paragraphs 1 through 11 as if fully set forth herein.

13.

C J Alexander denies the allegations in Paragraph 13 of Plaintiff's Complaint.

14.

C J Alexander denies the allegations in Paragraph 14 of Plaintiff's Complaint.

-5-

977753v.1

## **EXHIBIT F**

-6-

15.

C J Alexander denies the allegations in Paragraph 15 of Plaintiff's Complaint.

16.

C J Alexander denies the allegations in Paragraph 16 of Plaintiff's Complaint.

**COUNT II – IMPUTED LIABILITY**

17.

C J Alexander restates and incorporates by reference its responses to Paragraphs 1 through 16 as if fully set forth herein.

18.

C J Alexander admits the allegations in Paragraph 18 of Plaintiff's Complaint.

19.

C J Alexander admits the allegations in Paragraph 19 of Plaintiff's Complaint.

20.

C J Alexander only admits that at the time of the subject accident that gives rise to Plaintiff's Complaint, it was a trucking company engaged in the transportation of goods, it was licensed in the State of Florida, and it employed Charles Holmes as an independent contractor. C J Alexander further admits that it is liable for any negligent acts committed by Charles Holmes committed during the course of and within the scope of his employment with C J Alexander. C J Alexander denies the remaining allegations in this Paragraph.

**COUNT III – DIRECT ACTION**

21.

C J Alexander restates and incorporates by reference its responses to Paragraphs 1 through 20 as if fully set forth herein.

977753v.1

**EXHIBIT F**

22.

C J Alexander is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 of Plaintiff's Complaint and therefore, they are denied.

23.

C J Alexander only admits that Trisura Specialty Insurance Company issued an insurance policy to C J Alexander that was in effect that the time of the subject accident that gives rise to Plaintiff's Complaint. C J Alexander denies the remaining allegations in this Paragraph.

24.

C J Alexander is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 of Plaintiff's Complaint and therefore, they are denied.

25.

C J Alexander is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 of Plaintiff's Complaint and therefore, they are denied.

## COUNT IV

## CLAIM FOR PROPERTY DAMAGE

26.

C J Alexander only admits that it owned the vehicle operated by Charles Holmes during the subject accident giving rise to Plaintiff's Complaint. C J Alexander denies the remaining allegations in this Paragraph.

27.

C J Alexander denies the allegations in Paragraph 27 of Plaintiff's Complaint.

28.

C J Alexander denies the allegations in Paragraph 28 of Plaintiff's Complaint.

-7-

977753v.1

## EXHIBIT F

## **DAMAGES**

29.

C J Alexander restates and incorporates by reference its responses to Paragraphs 1 through 28 as if fully set forth herein.

30.

In response to the allegations in Paragraph 30 of Plaintiff's Complaint, C J Alexander is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's alleged injuries and therefore, they are denied. C J Alexander denies the remaining allegations in this Paragraph.

31.

In response to the allegations in Paragraph 31 of Plaintiff's Complaint, C J Alexander is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's alleged medical expenses and therefore, they are denied. C J Alexander denies the remaining allegations in this Paragraph.

32.

In response to the allegations in Paragraph 32 of Plaintiff's Complaint, C J Alexander is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's alleged lost wages and therefore, they are denied. C J Alexander denies the remaining allegations in this Paragraph.

33.

C J Alexander denies any allegations contained in the Paragraph beginning "WHEREFORE" following Paragraph 32 of Plaintiff's Complaint, including subparts (a) through (h).

977753v.1

## **EXHIBIT F**

34.

Any allegation in Plaintiff's Complaint not specifically responded to above is hereby denied by C J Alexander.

**WHEREFORE**, Defendant C J Alexander Trucking LLC prays that:

(1)     It be dismissed;

(2)     All costs of this litigation be paid by Plaintiff;

(3)     If any triable issue of fact exists, C J Alexander requests that it be granted a jury trial by a twelve (12) person jury as provided by law; and

(4)     Any other relief that this Court deems just and proper be granted.

This 31st day of July, 2023.

                         **NALL & MILLER, LLP**

                         By:     */s/ Alain P. Fernandez*
                              **AMANDA MATTHEWS**
                              Georgia Bar No. 474951
                              **ALAIN P. FERNANDEZ**
                              Georgia Bar No. 684293

                        ***ATTORNEYS FOR DEFENDANT TRISURA SPECIALTY INSURANCE COMPANY & C J ALEXANDER TRUCKING LLC***

235 Peachtree Street, NE
North Tower, Suite 1500
Atlanta, Georgia 30303
Telephone: 404.522.2200
Facsimile: 404.522.2208
amatthews@nallmiller.com
afernandez@nallmiller.com

-9-

977753v.1

**EXHIBIT F**

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed and served the within and foregoing **SPECIAL APPEARANCE AND ANSWER OF C J ALEXANDER TRUCKING LLC TO PLAINTIFF'S COMPLAINT FOR DAMAGES** via the Court's electronic filing service upon counsel of record listed below.

Adanna U. Ugwonali, Esq.
Ugwonali Law Group, LLC
750 Hammond Drive
Building 12, Suite 200
Sandy Springs, Georgia 30328
404-593-2705
404-334-3306 (fax)
adanna@auulaw.com
***Attorney for Plaintiff***

This 31st day of July, 2023.

                        **NALL & MILLER, LLP**

                        By: */s/ Alain P. Fernandez*
                            **ALAIN P. FERNANDEZ**
                            Georgia Bar No. 684293

                        ***ATTORNEY FOR DEFENDANT TRISURA SPECIALTY INSURANCE COMPANY & C J ALEXANDER TRUCKING LLC***

235 Peachtree Street, NE
North Tower, Suite 1500
Atlanta, Georgia 30303
Telephone: 404.522.2204
Facsimile: 404.522.2208
afernandez@nallmiller.com

977753v.1

# EXHIBIT F
