# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC No. | County | Date Rec. by DOT |
|---|---|---|---|
| 2021-74916 | 0110000 | BIBB | 9/8/2021 |

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Vehicles | Injuries | Fatalities | |
| 8/30/2021 | 00:15 | 8/30/2021 | 00:15 | 8/30/2021 | 00:30 | 5 | 0 | 0 | Macon |

**Road of Occurrence:** I-475
**At Its Intersection With:**
☐ Miles  ☐ North  ☐ East
**Not At Its Intersection But:**
☐ Feet  ☐ South  ☐ West
**Of:**

**Latitude (Y):** 32.835520 (Format: 00.00000)
**Longitude (X):** -83.734250 (Format: -00.00000)

☐ Suppl. To Original?
☐ Private Property?
☑ Hit And Run?

---

## Unit # 1
☑ Driver  ☐ Ped  ☐ Bike
☑ Susp At Fault

| LAST NAME | FIRST | MIDDLE |
|---|---|---|
| HOLMES | CHARLES | |

**Address:** 624 MONTEGO BAY CT.
**City:** WINTER PARK  **State:** FL  **Zip:** 32792  **DOB:** 12/14/1988
**Driver's License No:** H452-141-88-454-0  **Class:** CLASS A  **State:** GA  **Country:** USA
**Insurance Co.:** RELIANCE PARTNERS  **Policy No.:** BE20170807-00  **Telephone No.:** 3214411645
**Year:** 2014  **Make:** VOLVO  **Model:** TR
**VIN:** 4V4NC9EJ4EN180326  **Vehicle Color:** White
**Tag #:** JB80RN  **State:** FL  **County:**  **Year:** 2021
**Trailer Tag #:**  **State:**  **County:**  **Year:**

☐ Same as Driver
**Owner's Last Name:** CJ ALEXANDER TRUCKING LLC  **First:**  **Middle:**
**Address:** 3948 CHERRY APPLE CT
**City:** ORLANDO  **State:** FL  **Zip:** 32810
**Removed By:** DRIVER # 1  ☐ Request  ☐ List

**Alcohol Test:** No  **Type:**  **Results:**  **Drug Test:** No  **Type:**  **Results:**

**First Harmful Event:** Motor Vehicle In Motion
**Most Harmful Event:** Motor Vehicle In Motion
**Operator/Ped Cond:** Not Drinking
**Operator Factors:** Other
**Vehicle Factors:** Tire Failure  **Roadway Factors:** No Contributing Factors
**Direction of Travel:** South  **Vehicle Maneuver:** Straight  **Non-Motor Maneuver:**
**Vehicle Class:** Commercial Motor Vehicle (CMV)  **Vehicle Type:**  **Vision Obscured:** Not Obscured
**Number of Occupants:** 1  **Area of Initial Contact:** Non-contact Vehicle  **Damage to Vehicle:** No Damage
**Traffic Way Flow:** Two-Way Trafficway with no physical separation
**Road Composition:** Concrete  **Road Character:** Straight and Level
**Number of Lanes:** 3  **Posted Speed:**  **Work Zone:** None
**Traffic Control:** Lanes  **Device Inoperative:** ☐ Yes ☑ No

**Citation Information:**
Citation #          O.C.G.A. §
Citation #          O.C.G.A. §
Citation #          O.C.G.A. §

### COMMERCIAL MOTOR VEHICLES ONLY
**Carrier Name:** CJ ALEXANDER TRUCKING LLC.
**Address:** 3948 CHERRY APPLE CIR.  **City:** Orange  **State:** Florida  **Zip:** 32810
**U.S. D.O.T. #:** 3481731  **No. of Axles:** 3  **G.V.W.R:** 10000 or Less-Haz-9 Or More
**Cargo Body Type:** Van Enclosed-Box  **Vehicle Config.:** Tractor Trailer  ☑ Interstate  ☐ Intrastate  **Fed. Reportable:** ☐ Yes ☑ No
**C.D.L. ?** ☑ Yes ☐ No  **C.D.L. Suspended?** ☐ Yes ☑ No
**Vehicle Placarded?** ☐ Yes ☐ No  **Hazardous Materials?** ☐ Yes ☑ No
**Hazmat Released?** ☐ Yes ☐ No
**If YES:** Name or 4 Digit Number from Diamond or Box:
**One Digit Number from Bottom of Diamond:**
☐ Ran Off Road  ☐ Down Hill Runaway  ☐ Cargo Loss or Shift  ☐ Separation of Units

---

## Unit # 2
☑ Driver  ☐ Ped  ☐ Bike
☐ Susp At Fault

| LAST NAME | FIRST | MIDDLE |
|---|---|---|
| TRAN | KENNY | |

**Address:** 3476 OAKLEIGH DR
**City:**  **State:** GA  **Zip:** 30273  **DOB:** 12/12/2000
**Driver's License No:** 059911089  **Class:** CLASS C  **State:** GA  **Country:** USA
**Insurance Co.:** STATE FARM MUTUAL AUTOMOBILE  **Policy No.:** 1128758539  **Telephone No.:** 7709462355
**Year:** 2015  **Make:** LEXUS  **Model:** IS-F
**VIN:** JTHBE1D28F5020437  **Vehicle Color:** White
**Tag #:** CJK1836  **State:** GA  **County:**  **Year:** 2021
**Trailer Tag #:**  **State:**  **County:**  **Year:**

☐ Same as Driver
**Owner's Last Name:** TRAN  **First:** KELVIN  **Middle:**
**Address:** 3476 OAKLEIGH DR
**City:** CLAYTON (RABUN)  **State:** GA  **Zip:** 30273
**Removed By:** DRIVER # 1  ☐ Request  ☐ List

**Alcohol Test:** No  **Type:**  **Results:**  **Drug Test:** No  **Type:**  **Results:**

**First Harmful Event:** Other Object (Not Fixed)
**Most Harmful Event:** Other Non-Collision
**Operator/Ped Cond:** Not Drinking
**Operator Factors:** No Contributing Factors
**Vehicle Factors:** No Contributing Factors  **Roadway Factors:** No Contributing Factors
**Direction of Travel:** South  **Vehicle Maneuver:** Straight  **Non-Motor Maneuver:**
**Vehicle Class:** Privately Owned  **Vehicle Type:**  **Vision Obscured:** Not Obscured
**Number of Occupants:** 1  **Area of Initial Contact:** Front End  **Damage to Vehicle:** Functional Damage
**Traffic Way Flow:** Two-Way Trafficway with no physical separation
**Road Composition:** Concrete  **Road Character:** Straight and Level
**Number of Lanes:** 3  **Posted Speed:**  **Work Zone:** None
**Traffic Control:** Lanes  **Device Inoperative:** ☐ Yes ☑ No

**Citation Information:**
Citation #          O.C.G.A. §
Citation #          O.C.G.A. §
Citation #          O.C.G.A. §

### COMMERCIAL MOTOR VEHICLES ONLY
**Carrier Name:**
**Address:**  **City:**  **State:**  **Zip:**
**U.S. D.O.T. #:**  **No. of Axles:**  **G.V.W.R:**
**Cargo Body Type:**  **Vehicle Config.:**  ☐ Interstate  ☐ Intrastate  **Fed. Reportable:** ☐ Yes ☐ No
**C.D.L. ?** ☐ Yes ☐ No  **C.D.L. Suspended?** ☐ Yes ☐ No
**Vehicle Placarded?** ☐ Yes ☐ No  **Hazardous Materials?** ☐ Yes ☐ No
**Hazmat Released?** ☐ Yes ☐ No
**If YES:** Name or 4 Digit Number from Diamond or Box:
**One Digit Number from Bottom of Diamond:**
☐ Ran Off Road  ☐ Down Hill Runaway  ☐ Cargo Loss or Shift  ☐ Separation of Units

---

GDOT-523 (07/17)

**EXHIBIT H**

## Unit # 3

- Driver: ✓
- Ped: ☐
- Bike: ☐
- Susp At Fault: ☐

| Field | Value |
|---|---|
| Last Name | HARRIS |
| First | SPENCER |
| Middle | |
| Address | 3005 BENTON DR |
| City | MACON (BIBB) |
| State | GA |
| Zip | 31216 |
| DOB | 4/29/1958 |
| Driver's License No | 050366158 |
| Class | CLASS C |
| State | GA |
| Country | USA |
| Insurance Co. | PROGRESSIVE PREMIER INS |
| Policy No. | 948316306 |
| Telephone No. | 4784440661 |
| Year | 2021 |
| Make | LEXUS |
| Model | RX |
| VIN | 2T2JZMAA5MC216197 |
| Vehicle Color | Tan |
| Tag # | P2572812 |
| State | |
| County | |
| Year | 2021 |
| Trailer Tag # | |

Same as Driver: ✓
- Owner's Last Name: HARRIS
- First: SPENCER
- Address: 3005 BENTON DR
- City: MACON (BIBB)
- State: GA
- Zip: 31216

Removed By: DRIVER#2   Request: ☐   List: ☐

| Field | Value |
|---|---|
| Alcohol Test | No |
| Drug Test | No |
| First Harmful Event | Other - Fixed Object |
| Most Harmful Event | Other Non-Collision |
| Operator/Ped Cond | Not Drinking |
| Operator Factors | No Contributing Factors |
| Vehicle Factors | No Contributing Factors |
| Roadway Factors | No Contributing Factors |
| Direction of Travel | South |
| Vehicle Maneuver | Straight |
| Non-Motor Maneuver | |
| Vehicle Class | Privately Owned |
| Vehicle Type | |
| Vision Obscured | Not Obscured |
| Number of Occupants | 1 |
| Area of Initial Contact | Front End |
| Damage to Vehicle | Functional Damage |
| Traffic Way Flow | Two-Way Trafficway with no physical separation |
| Road Composition | Concrete |
| Road Character | Straight and Level |
| Number of Lanes | 3 |
| Posted Speed | |
| Work Zone | None |
| Traffic Control | Lanes |
| Device Inoperative | No ✓ |

Citation Information:
- Citation #    O.C.G.A. §
- Citation #    O.C.G.A. §
- Citation #    O.C.G.A. §

### COMMERCIAL MOTOR VEHICLES ONLY

- Carrier Name:
- Address / City / State / Zip:
- U.S. D.O.T. #    No. of Axles    G.V.W.R
- Cargo Body Type    Vehicle Config.    Interstate ☐   Intrastate ☐   Fed. Reportable: Yes ☐ No ☐
- C.D.L.?: Yes ☐ No ☐    C.D.L. Suspended?: Yes ☐ No ☐
- Vehicle Placarded?: Yes ☐ No ☐    Hazardous Materials?: Yes ☐ No ☐
- Hazmat Released?: Yes ☐ No ☐
- If YES: Name or 4 Digit Number from Diamond or Box:
- One Digit Number from Bottom of Diamond:
- ☐ Ran Off Road   ☐ Down Hill Runaway   ☐ Cargo Loss or Shift   ☐ Separation of Units

## Unit # 4

- Driver: ✓
- Ped: ☐
- Bike: ☐
- Susp At Fault: ☐

| Field | Value |
|---|---|
| Last Name | DAVIS |
| First | LATASHA |
| Middle | |
| Address | 3509 DANEELS ST |
| City | NEW ORLEANS |
| State | LA |
| Zip | 70115 |
| DOB | 12/31/1976 |
| Driver's License No | 011581311 |
| Class | Other |
| State | LA |
| Country | USA |
| Insurance Co. | ALLIANZ GLOBAL |
| Policy No. | 000000000000 |
| Telephone No. | 5045130439 |
| Year | 2021 |
| Make | KIA MOTORS |
| Model | RIO |
| VIN | 3KPA24AD6LE282230 |
| Vehicle Color | Other |
| Tag # | UPG7839 |
| State | GA |
| County | |
| Year | |
| Trailer Tag # | |

Same as Driver: ☐
- Owner's Last Name: HERTZ VEHICLES LLC
- Address: 44074 MERCURE CIR
- City: OTHER
- State: VA
- Zip: 20166

Removed By: DRIVER #3   Request: ☐   List: ☐

| Field | Value |
|---|---|
| Alcohol Test | No |
| Drug Test | No |
| First Harmful Event | Motor Vehicle In Motion |
| Most Harmful Event | Other Non-Collision |
| Operator/Ped Cond | Not Drinking |
| Operator Factors | No Contributing Factors |
| Vehicle Factors | No Contributing Factors |
| Roadway Factors | No Contributing Factors |
| Direction of Travel | South |
| Vehicle Maneuver | Straight |
| Non-Motor Maneuver | |
| Vehicle Class | Privately Owned |
| Vehicle Type | |
| Vision Obscured | Not Obscured |
| Number of Occupants | 3 |
| Area of Initial Contact | Front End |
| Damage to Vehicle | Functional Damage |
| Traffic Way Flow | Two-Way Trafficway with no physical separation |
| Road Composition | Concrete |
| Road Character | Straight and Level |
| Number of Lanes | 3 |
| Posted Speed | |
| Work Zone | None |
| Traffic Control | Lanes |
| Device Inoperative | No ✓ |

Citation Information:
- Citation #    O.C.G.A. §
- Citation #    O.C.G.A. §
- Citation #    O.C.G.A. §

### COMMERCIAL MOTOR VEHICLES ONLY

- Carrier Name:
- Address / City / State / Zip:
- U.S. D.O.T. #    No. of Axles    G.V.W.R
- Cargo Body Type    Vehicle Config.    Interstate ☐   Intrastate ☐   Fed. Reportable: Yes ☐ No ☐
- C.D.L.?: Yes ☐ No ☐    C.D.L. Suspended?: Yes ☐ No ☐
- Vehicle Placarded?: Yes ☐ No ☐    Hazardous Materials?: Yes ☐ No ☐
- Hazmat Released?: Yes ☐ No ☐
- If YES: Name or 4 Digit Number from Diamond or Box:
- One Digit Number from Bottom of Diamond:
- ☐ Ran Off Road   ☐ Down Hill Runaway   ☐ Cargo Loss or Shift   ☐ Separation of Units

**EXHIBIT H**

| Unit # | ☑ Driver | LAST NAME | FIRST | MIDDLE |
|---|---|---|---|---|
| 5 | ☐ Ped ☐ Bike | | | |
| ☐ Susp At Fault | | Address | | |

| City | State | Zip | DOB |
|---|---|---|---|

| Driver's License No | Class | State | Country |
|---|---|---|---|

| Insurance Co. | Policy No. | Telephone No. |
|---|---|---|

| Year | Make | Model |
|---|---|---|
| | FORD | MUSTANG |

| VIN | Vehicle Color |
|---|---|

| Tag # | State | County | Year |
|---|---|---|---|

| Trailer Tag # | State | County | Year |
|---|---|---|---|

| ☐ Same as Driver | Owner's Last Name | First | Middle |
|---|---|---|---|
| | WIGFALL | BRITIAN | |

**Address**
UNKNOWN

| City | State | Zip |
|---|---|---|
| MACON (BIBB) | GA | 31206 |

**Removed By:** OWNER    ☐ Request  ☐ List

| Alcohol Test: | Type: | Results: | Drug Test: | Type: | Results: |
|---|---|---|---|---|---|

**First Harmful Event:** Other Non-Collision
**Most Harmful Event:** Other Non-Collision
**Operator/Ped Cond:**

**Operator Factors:** No Contributing Factors
**Vehicle Factors:** No Contributing Factors    **Roadway Factors:** No Contributing Factors

**Direction of Travel:**
**Vehicle Maneuver:** Straight
**Non-Motor Maneuver:**

**Vehicle Class:** Privately Owned
**Vehicle Type:**
**Vision Obscured:**

**Number of Occupants:** 1
**Area of Initial Contact:** Front End
**Damage to Vehicle:** Minor Damage

**Traffic Way Flow:** Two-Way Trafficway with no physical separation
**Road Composition:** Concrete
**Road Character:** Straight and Level

**Number of Lanes:** 3    **Posted Speed:**    **Work Zone:** None

**Traffic Control:** Lanes    **Device Inoperative:** ☐ Yes ☑ No

**Citation Information:**
Citation #            O.C.G.A. §
Citation #            O.C.G.A. §
Citation #            O.C.G.A. §

**COMMERCIAL MOTOR VEHICLES ONLY**

**Carrier Name**

| Address | City | State | Zip |
|---|---|---|---|

**U.S. D.O.T. #**    **No. of Axles**    **G.V.W.R**

**Cargo Body Type**    **Vehicle Config.**    ☐ Interstate  ☐ Intrastate    **Fed. Reportable** ☐ Yes ☐ No

**C.D.L. ?** ☐ Yes ☐ No    **C.D.L. Suspended?** ☐ Yes ☐ No
**Vehicle Placarded?** ☐ Yes ☐ No    **Hazardous Materials?** ☐ Yes ☐ No
**Hazmat Released?** ☐ Yes ☐ No

If YES: Name or 4 Digit Number from Diamond or Box:
One Digit Number from Bottom of Diamond:

☐ Ran Off Road  ☐ Down Hill Runaway  ☐ Cargo Loss or Shift  ☐ Separation of Units

GDOT-523 (07/17)

**EXHIBIT H**

| COLLISION FIELDS | | | | |
|---|---|---|---|---|
| **Manner of Collision:** Not A Collision with Motor Vehicle | **Location at Area of Impact:** On Roadway - Non-Intersection | **Weather:** Clear | **Surface Condition:** Dry | **Light Condition:** Dark-Lighted |

### NARRATIVE

Driver#1 stated that he was traveling south bound when his tire blew causing him to pull off into the emergency lane.

Vehicles 2-5 struck the blown tire rubber laying in the roadway, which caused front end damage to all the vehicles.

### DIAGRAM

[Diagram: I-475 North/South roadway showing Vehicle#4, Vehicle#2, Vehicle#3, Vehicle#5 (all marked POI), blown tire, and vehicle#1 pulled to the side. North arrow shown. Not To Scale.]

### PROPERTY DAMAGE INFORMATION

**Damage Other Than Vehicle:**          **Owner:**

### WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|
| | | | | | |

GDOT-523 (07/17)

# EXHIBIT H

## OCCUPANT INFORMATION

### 1
| Name (Last, First): | HOLMES, CHARLES | | | | Address: | 624 MONTEGO BAY CT. WINTER PARK, FL 32792 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 32 | Sex: Male | Unit # 1 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 2
| Name (Last, First): | TRAN, KENNY | | | | Address: | 3476 OAKLEIGH DR , GA 30273 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 20 | Sex: Male | Unit # 2 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 3
| Name (Last, First): | HARRIS, SPENCER | | | | Address: | 3005 BENTON DR MACON (BIBB), GA 31216 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 63 | Sex: Male | Unit # 3 | Position: Front Seat-Left Side | Safety Eq: Lap Belt Only Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 4
| Name (Last, First): | DAVIS, LATASHA | | | | Address: | 3509 DANEELS ST NEW ORLEANS, LA 70115 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 44 | Sex: Female | Unit # 4 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 5
| Name (Last, First): | BROWM, MABLE | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 43 | Sex: Female | Unit # 4 | Position: Front Seat-Right Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 6
| Name (Last, First): | DAVIS, YOALANDA | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 50 | Sex: Female | Unit # 4 | Position: Rear Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury (O) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

## ADMINISTRATIVE

| Photos Taken: ☐ Yes ☑ No | By: | | *Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963.* |
|---|---|---|---|
| Report By: PITTS, LAQUTA (1952) | Agency: Bibb Co Sheriff's Office | Report Date: 09/08/2021 07:48 | Checked By: McCoy, Alfred | Date Checked: 9/9/2021 |

GDOT-523 (07/17)    [Printed: 9/9/2021 | 8215808]    *MAIL TO: Georgia Department of Transportation, CRASH REPORTING UNIT, 935 East Confederate Ave., Atlanta, GA 30316-2590*

**EXHIBIT H**