Case 1:23-mi-99999-UNA   Document 2944-11   Filed 09/12/23   Page 1 of 1

State Court of Fulton County
**E-FILED**
23EV003129
7/3/2023 12:40 PM
Donald Talley, Clerk
Civil Division

## AFFIDAVIT OF NON-SERVICE

State of Georgia          County of Fulton          Civil Court

Case Number: 23EV003129

Plaintiff:
**SPENCER HARRIS**

vs.

Defendant:
**CHARLES HOLMES, ET AL**

For:
ADANNA UGWONALI

Received by GUARANTEED SUBPOENA SERVICE, INC. on the 5th day of June, 2023 at 5:06 pm to be served on **CJ ALEXANDER TRUCKING, LLC C/O JENA L. MEHLBERG, R.A, 1209 N. MILLS AVE, ORLANDO, FL 32814.**

I, Michael E. Bateman, being duly sworn, depose and say that on the **12th day of June, 2023** at **11:27 am,** I:

**NON-SERVED** the **SUMMONS AND COMPLAINT,** for the reason that I failed to find **CJ ALEXANDER TRUCKING, LLC C/O JENA L. MEHLBERG, R.A** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
6/12/2023  11:27 am  Attempted service at 1209 N. MILLS AVE, ORLANDO, FL 32814
Not here.  This is a hair salon.  Girls inside said Jena is not here and don't know when she will be in.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under Penalty of Perjury, I declare that I have read the foregoing document and that the facts stated in it are true to the best of my knowledge. Notary not required pursuant to Florida Statute 92.525 verification of documents.

_____
Michael E. Bateman
#640

GUARANTEED SUBPOENA SERVICE, INC.
2009 Morris Avenue, Suite 101
Union, NJ 07083

Our Job Serial Number: GTS-0000079323
Ref: 20230605121523

Subscribed and Sworn to before me on the 12th day of June, 2023 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

JENNIFER GUTHRIE
Commission # GG 957340
Expires May 12, 2024
Bonded Thru Budget Notary Services

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m



**EXHIBIT J**