Case 1:23-mi-99999-UNA   Document 2944-13   Filed 09/12/23   Page 1 of 3

State Court of Fulton County
**E-FILED**
23EV003129
7/21/2023 3:19 PM
Donald Talley, Clerk
Civil Division

TO: All Judges, Clerks of Court, and Counsel of Record

FROM: **Amanda Matthews, Esq.**

RE: **NOTICE OF LEAVE OF ABSENCE**

DATE: July 21, 2023

    **COMES NOW, Amanda Matthews** and respectfully notifies all Judges before whom she has cases pending, all affected clerks of court, and all opposing counsel, as reflected in the attached Exhibit A as follows:

1. The time period during which Applicant anticipates being away from the practice of law includes: July 3, 5-7, 10, 26-28 and 31; August 1, 25, and 28; September 5, and 25-29; October 2 and 31; November 15, 20-22, and 27; and December 4, 13, 20, 26 and 27, 2023. Applicant states the purpose of leave is for CLE fulfillment, professional events and personal time away from the practice of law including time out-of-state. Applicant will be unable to participate in trials, hearings, depositions and other legal proceedings during this period.

2. All affected judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

    This 21st day of July 2023.

| | |
|---|---|
| **NALL & MILLER, LLP**<br>Suite 1500, North Tower<br>235 Peachtree Street, NE<br>Atlanta, Georgia 30303-1401<br>Phone: 404.522.2208<br>E-Mail: amatthews@nallmiller.com | /s/ Amanda Matthews<br>Amanda Matthews<br>Georgia State Bar No. 474951 |

935448v.1

**EXHIBIT L**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this date served a copy of the foregoing Notice of Leave of Absence on all judges, clerks, and opposing counsel listed on the attached Exhibit A, was served electronically by operation of the Court's electronic filing system [Odyssey eFile GA] to all counsel of record.

This 21st day of July, 2023.

| | |
|---|---|
| **NALL & MILLER, LLP**<br>Suite 1500, North Tower<br>235 Peachtree Street, NE<br>Atlanta, Georgia 30303-1401<br>Phone: 404.522.2208<br>E-Mail: amatthews@nallmiller.com | /s/ Amanda Matthews<br>Amanda Matthews<br>Georgia State Bar No. 474951 |

935448v.1

# **EXHIBIT L**

| EXHIBIT "A" | | |
|---|---|---|
| **NAME OF CASE / CASE NUMBER:** | **COURT AND COUNTY / NAME OF JUDGE** | **CLERK / OPPOSING COUNSEL** |
| SPENCER HARRIS,<br><br>v.<br><br>CHARLES HOLMES, et al.<br><br>CAFN: 23EV003129 | IN THE STATE COURT OF FULTON COUNTY STATE OF GEORGIA<br><br>**Honorable Judge** | Clerk of Court<br>State Court of Fulton County<br><br>Amanda Matthews, Esq.<br>**NALL & MILLER, LLP**<br>Suite 1500, North Tower<br>235 Peachtree Street, NE<br>Atlanta, Georgia 30303-1401<br>E-Mail: amatthews@nallmiller.com<br>*Counsel for Defendants*<br><br>Adanna U. Ugwonali<br>UGWONALI LAW GROUP, LLC<br>750 Hammond Drive<br>Building 12, Suite 200<br>Sandy Springs, Georgia 30328<br>adanna@auulaw.com |

935448v.1

**EXHIBIT L**