Case 1:23-mi-99999-UNA   Document 2944-14   Filed 09/12/23   Page 1 of 2

State Court of Fulton County
**E-FILED**
23EV003129
8/1/2023 2:30 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SPENCER HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES HOLMES; JOHN DOE 1-3; CJ ALEXANDER TRUCKING, LLC; TRISURA SPECIALTY INSURANCE COMPANY AND ABC CORPORATION 1-3,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>23EV003129 |

**RULE 5.2 CERTIFICATE OF SERVICE**

I hereby certify that I have on the 1st day of August 2023, served a copy of Request for Production of Documents to the following Non-Parties to *Ortho Georgia, Orthopaedic & Spine Surgery Center of Atlanta, Macon Spine and Injury and American Health Imaging* via U.S. Mail, Certified Mail Return Receipt request with sufficient postage, addressed to counsel of record as follows:

Adanna U. Ugwonali
UGWONALI LAW GROUP, LLC
750 Hammond Drive
Building 12, Suite 200
Sandy Springs, Georgia 30328
adanna@auulaw.com
*Attorney for Plaintiff*

This 1st day of August 2023.

901537v.1

**EXHIBIT M**

                                                **NALL & MILLER, LLP**

**By:**   */s/ Alain P. Fernandez*
         **AMANDA L. MATTHEWS**
         Georgia Bar No. 474951
         **ALAIN P. FERNANDEZ**
         Georgia Bar No. 684293

         ***COUNSEL FOR DEFENDANTS***
         ***TRISURA SPECIALTY***
         ***INSURANCE COMPANY***

235 Peachtree Street NE
North Tower, Suite 1500
Atlanta, Georgia 30303-1905
Telephone: (404)522-2200
Facsimile: (404)522-2208
amatthews@nallmiller.com
afernandez@nallmiller.com

901537v.1

**EXHIBIT M**