Case 1:23-mi-99999-UNA   Document 2944-15   Filed 09/12/23   Page 1 of 2

State Court of Fulton County
**E-FILED**
23EV003129
8/31/2023 12:48 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SPENCER HARRIS,<br><br>  Plaintiff,<br><br>v.<br><br>CHARLES HOLMES; JOHN DOE 1-3; CJ ALEXANDER TRUCKING, LLC; TRISURA SPECIALTY INSURANCE COMPANY AND ABC CORPORATION 1-3,<br><br>  Defendants. | CIVIL ACTION FILE NO.<br><br>23EV003129 |

**RULE 5.2 CERTIFICATE OF SERVICE**

  I hereby certify that I have on the 31st day of August 2023, served a copy of Request for Production of Documents to the following Non-Parties to *Orthopaedic & Spine Center of Atlanta*, *American Health Imaging*, *Piedmont Macon Hospital, Medical Center Navicent Health, Macon Family Health Center, Axis Spine and Pain,  and T-Mobile* via statutory electronic service to counsel of record as follows:

Adanna U. Ugwonali
UGWONALI LAW GROUP, LLC
750 Hammond Drive
Building 12, Suite 200
Sandy Springs, Georgia 30328
adanna@auulaw.com
*Attorney for Plaintiff*

  This 31st day of August 2023.

                  **NALL & MILLER, LLP**

901537v.1

**EXHIBIT N**

|     |     |
| --- | --- |
| **By:** | */s/ Alain P. Fernandez*<br>**AMANDA L. MATTHEWS**<br>Georgia Bar No. 474951<br>**ALAIN P. FERNANDEZ**<br>Georgia Bar No. 684293<br><br>***COUNSEL FOR DEFENDANTS TRISURA SPECIALTY INSURANCE COMPANY*** |

235 Peachtree Street NE
North Tower, Suite 1500
Atlanta, Georgia 30303-1905
Telephone: (404)522-2200
Facsimile: (404)522-2208
amatthews@nallmiller.com
afernandez@nallmiller.com

2

901537v.1

**EXHIBIT N**