Case 1:23-mi-99999-UNA   Document 2944-16   Filed 09/12/23   Page 1 of 2

State Court of Fulton County
**E-FILED**
23EV003129
7/21/2023 3:16 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SPENCER HARRIS,<br><br>         Plaintiff,<br><br>v.<br><br>CHARLES HOLMES; JOHN DOE 1-3; CJ ALEXANDER TRUCKING, LLC; TRISURA SPECIALTY INSURANCE COMPANY AND ABC CORPORATION 1-3,<br><br>         Defendants. | CIVIL ACTION FILE NO.<br><br>23EV003129 |

**RULE 5.2 CERTIFICATE OF SERVICE**

COMES NOW Defendant TRISURA Specialty Insurance Company, by and through their undersigned counsel, pursuant to Rule 5.2 of the Uniform State Court Rules, and hereby certifies that on July 21, 2023 all parties in the above-styled action were served with true and correct copies of: ***(1) DEFENDANT TRISURA SPECIALTY INSURANCE COMPANY'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF SPENCER HARRIS; (2) DEFENDANT TRISURA SPECIALTY INSURANCE COMPANY'S FIRST INTERROGATORIES TO PLAINTIFF SPENCER HARRIS; AND (3) DEFENDANT TRISURA SPECIALTY INSURANCE COMPANY'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF SPENCER HARRIS*** by statutory electronic service as follows:

*[Signature below]*

901537v.1

**EXHIBIT O**

Adanna U. Ugwonali
UGWONALI LAW GROUP, LLC
750 Hammond Drive
Building 12, Suite 200
Sandy Springs, Georgia 30328
adanna@auulaw.com
*Attorney for Plaintiff*

This 21st day of July 2023.

                                                  **NALL & MILLER, LLP**

**By:**   */s/ Alain P. Fernandez*
           **AMANDA L. MATTHEWS**
           Georgia Bar No. 474951
           **ALAIN P. FERNANDEZ**
           Georgia Bar No. 684293

           *COUNSEL FOR DEFENDANTS*
           *CHARLES HOLMES, CJ*
           *ALEXANDER TRUCKING, LLC*
           *AND TRISURA SPECIALTY*
           *INSURANCE COMPANY*

235 Peachtree Street NE
North Tower, Suite 1500
Atlanta, Georgia 30303-1905
Telephone: (404)522-2200
Facsimile: (404)522-2208
amatthews@nallmiller.com
afernandez@nallmiller.com

901537v.1

**EXHIBIT O**