Case 1:23-mi-99999-UNA   Document 2944-17   Filed 09/12/23   Page 1 of 1

State Court of Fulton County
**E-FILED**
23EV003129
8/21/2023 5:36 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SPENCER HARRIS,<br><br>　　　　Plaintiff,<br>v.<br><br>CHARLES HOLMES; JOHN DOE 1-3;<br>CJ ALEXANDER TRUCKING, LLC,<br>TRISURA SPECIALTY INSURANCE<br>COMPANY, and<br>ABC CORPORATION 1-3,<br><br>　　　　Defendants. | CIVIL ACTION FILE NO.:<br><br>23EV003129 |

## RULE 5.2 CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **PLAINTIFF'S RESPONSES TO DEFENDANT TRISURA SPECIALTY INSURANCE COMPANY'S FIRST INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** with the Clerk of Court using the electronic filing system, which will automatically send email notification of such filing to the following attorneys of record:

Alain P. Fernandez & Amanda Matthews
Nall & Miller, LLP
235 Peachtree Street, NE
North Tower, Suite 1500
Atlanta, Georgia 30303
afernandez@nallmiller.com, amatthews@nallmiller.com
*Attorney for Trisura Specialty Insurance*

Dated: August 21, 2023

　　　　　　　　　　　　　　　　　　　　UGWONALI LAW GROUP LLC

　　　　　　　　　　　　　　　　　　　　/s/ Adanna Ugwonali
　　　　　　　　　　　　　　　　　　　　Adanna U. Ugwonali, Esq.
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 360541
　　　　　　　　　　　　　　　　　　　　(Attorney) for the Plaintiff

**EXHIBIT P**