# EXHIBIT "B"

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| VINCENT MERCADO,<br><br>    Plaintiff,<br><br>vs.<br><br>RAMON CULVER,<br><br>    First Defendant,<br><br>K.L. BREEDEN & SONS, LLC d/b/a KLB SONS,<br><br>    Second Defendant,<br><br>and<br><br>NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,<br><br>    Third Defendant. | Case Number:  23EV003785 |

Plaintiff responds to Defendants' Requests for Admissions as follows:

1. Admit that you have been a citizen of New York continuously since April 8, 2023.

**RESPONSE:   Admitted.**

2. Admit that the amount in controversy in this case exceeds the sum or value of $75,000.00, exclusive of interest and costs.

**RESPONSE:   Admitted.**

3. If your response to request no. 3 is anything other than an unqualified admission, admit that you or your counsel will not ask a judge or jury to award damages in excess of $75,000, exclusive of interest and costs.

**RESPONSE:   Plaintiff's response to request no. 2 is an unqualified admission. Plaintiff therefore denies this request.**

PAGE 1

4.	If your response to request no. 3 is anything other than an unqualified admission, admit that you will not amend your complaint to seek damages in excess of $75,000.00, exclusive of interest and costs, after the expiration of one year from the date this case was commenced.

**RESPONSE:	Plaintiff's response to request no. 2 is an unqualified admission. Plaintiff therefore denies this request.**

5.	If your response to request no. 3 is anything other than an unqualified admission, admit that in the event of a verdict or judgment in excess of $75,000, exclusive of interest and costs, you will agree not to execute on any portion of the verdict or judgment that exceeds $75,000.00, exclusive of interest and costs.

**RESPONSE:	Plaintiff's response to request no. 2 is an unqualified admission. Plaintiff therefore denies this request.**

6.	If your response to request no. 3 is anything other than an unqualified admission, admit that in the event of a verdict or judgment in excess of $75,000, exclusive of interest and costs, you will agree that the verdict or judgment shall be satisfied and canceled upon payment of $75,000.00, exclusive of interest and costs.

**RESPONSE:	Plaintiff's response to request no. 2 is an unqualified admission. Plaintiff therefore denies this request.**

This the 16th day of August, 2023.

Respectfully submitted,
NIMMONS MALCHOW JOHNSON

*/s/ Chris C. Johnson*
Leland M. Malchow  GSB #466990
leland@nmjfirm.com
Chris C. Johnson   GSB #436652
chris@nmjfirm.com
*Counsel for Plaintiff*

460 Greene Street
Augusta, Georgia 30901
(706) 724-8890