# EXHIBIT "D"

# Business Entity Summary

- Summary
- [Address](#)
- [Agent](#)
- [Filings](#)
- [Names](#)
- [Officers](#)
- [Stock](#)
- [Protected Series](#)
- [Search Again](#)

[Print Certificate of Existence](#)

Searched: **Nationwide Agribusiness**

| Business No. | Legal Name | Status |
|---|---|---|
| 69693 | "NATIONWIDE AGRIBUSINESS INSURANCE COMPANY" | Active |

| Type | State of Inc. | Modified |
|---|---|---|
| Legal | IA | No |

| Expiration Date | Effective Date | Filing Date |
|---|---|---|
| PERPETUAL | 12/10/1973 12:00 AM | 12/10/1973 12:00 AM |

**Chapter**

CODE 490 DOMESTIC PROFIT

# Names (Viewing 2 of 2)

| Type | Status | Modified | Name |
|---|---|---|---|
| Legal | Active | No | "NATIONWIDE AGRIBUSINESS INSURANCE COMPANY" |
| Former | Inactive | No | FARMLAND INSURANCE COMPANY |

# Registered Agent or Reserving Party

**Full Name**

CORPORATION SERVICE COMPANY

| Address | Address 2 |
|---|---|
| 505 5TH AVE STE 729 | |

**City, State, Zip**

DES MOINES, IA, 50309

# Home Office

**Full Name**

| Address | Address 2 |
|---|---|
| 1100 LOCUST STREET | |

**City, State, Zip**

DES MOINES, IA, 50391110

[↑ Back to Top](#)