# EXHIBIT "E"

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| VINCENT MERCADO,<br><br>       Plaintiff,<br><br>v.<br><br>RAMON CULVER, K.L. BREEDEN & SONS, LLC D/B/A KLB SONS, and NATIONWIDE AGRIBUSINESS INSURANCE COMPANY.,<br><br>       Defendants. | CIVIL ACTION FILE<br>NO. 23EV003785 |

NOTICE OF FILING PETITION FOR REMOVAL

TO:    Clerk of Court
           Fulton County State Court
           141 Pryor St. SW
           Atlanta, Georgia 30303

      PLEASE TAKE NOTICE that defendants in the above-styled action, have on this date filed their Petition for Removal, a receipt of the filing of the Petition for Removal, which is attached hereto as Exhibit "A" (without exhibits), with the Office of the Clerk of the United States District Court, Northern District of Georgia, Atlanta Division.

      This 12th day of September, 2023.

                                                **FREEMAN MATHIS & GARY, LLP**

                                                */s/ Wayne S. Melnick*
                                                Wayne S. Melnick
                                                Georgia Bar No. 501267
                                                wmelnick@fmglaw.com
                                                Aaron P. Miller
                                                Georgia Bar No. 898190
                                                amiller@fmglaw.com

                                                *Attorneys for Defendants*

100 Galleria Parkway, Suite 1600

- 2 -

Atlanta, Georgia 30339
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing *NOTICE OF FILING PETITION FOR REMOVAL* to the Clerk of Court using the *Odyssey eFileGA* filing system which will automatically send electronic mail notification of such filing to counsel of record:

Leland M. Malchow<br>
Chris C. Johnson<br>
Nimmons Malchow Johnson<br>
460 Greene Street<br>
Augusta, Georgia 30901

This 12th day of September, 2023

                         **FREEMAN MATHIS & GARY, LLP**

                         */s/ Wayne S. Melnick*
                         Wayne S. Melnick
                         Georgia Bar No. 501267
                         wmelnick@fmglaw.com
                         Aaron P. Miller
                         Georgia Bar No. 898190
                         amiller@fmglaw.com

                         *Attorneys for Defendants*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)