IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Joyce King, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Experian Information Solutions, Inc., | )   CASE NO. |
| | ) |
| Defendants. | ) |
| | ) |

**EXPERIAN INFORMATION SOLUTIONS, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.3 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1**

1. **The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

    (a)   Plaintiff Joyce King

    (b)   Defendant Experian Information Solutions, Inc. The ultimate parent company of Experian Information Solutions, Inc. is Experian plc. Experian plc indirectly owns one hundred percent (100%) of Experian

Information Solutions, Inc. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

2. **The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

    (a)    Central Source LLC
    (b)    Online Data Exchange LLC
    (c)    New Management Services LLC
    (d)    VantageScore Solutions LLC
    (e)    Opt-Out Services LLC

3. **The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

Plaintiff is proceeding pro se; and

Jodi L. Kalson and the law firm of JONES DAY, Attorneys for Experian Information Solutions, Inc.

4. **For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the citizenship of every individual or entity whose citizenship is attributed to the party or proposed intervenor on whose behalf the certificate is filed.**

Not Applicable.  Plaintiff has alleged jurisdiction pursuant to 28 U.S.C. § 1331 (Federal Question).

Dated: September 12, 2023            Respectfully submitted,

/s/ *Jodi L. Kalson*
Jodi L. Kalson
Ga. Bar No. 184730
JONES DAY
1221 Peachtree St. NE, Ste. 400
Atlanta, GA 30361
Telephone: (404) 581-8822
Facsimile: (404) 581-8330
jkalson@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

3

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on September 12, 2023, a true and correct copy of the foregoing document was filed through the Court's e-filing system and served via first-class United States Mail, postage prepaid at the following address:

>Joyce King
>400 Ashwood Avenue
>Atlanta, GA 30315.

>/s/ *Jodi L. Kalson*
>Jodi L. Kalson
>
>*Attorney for Defendant*
>*Experian Information Solutions, Inc.*