# EXHIBIT C

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MICHAEL TERRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 23-C-05519-S2 |
| BIOMET, INC. d/b/a ZIMMER BIOMET, | ) ) |
| Defendant. | ) ) ) |

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on the 12th day of September 2023, the above-styled civil action was removed from this Court to the United States District Court for the Northern District of Georgia by filing a Notice of Removal in accordance with 28 U.S.C. §§ 1332, 1441, and 1446. A true copy of the Notice of Removal is attached hereto as **Exhibit A** and is incorporated herein by reference.

Under 28 U.S.C. § 1446(d), the filing of the attached Notice of Removal has effected the removal of the above-styled action, and the State Court of Gwinnett County, Georgia should proceed no further.

Respectfully submitted this 12th day of September, 2023.

                                                    TROUTMAN PEPPER HAMILTON
                                                    SANDERS LLP

                                                    */s/ David F. Norden*
                                                    David F. Norden
                                                    Georgia Bar No. 545647

600 Peachtree St., NE, Suite 3000           *Attorneys for Defendant Biomet, Inc. d/b/a*
Atlanta, GA 30308                                        *Zimmer Biomet*
Telephone:    (404) 885-3000
Facsimile:      (404) 885-3900
david.norden@troutman.com

- 2 -

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this day served a true and correct copy of the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** by electronic notification through the Court's electronic filing system to the following counsel of record:

Timothy K. Hall
Adam M. Collins
HALL & COLLINS INJURY LAW, LLC
594 Oconee St., Suite 111
Athens, GA  30605

This 12th day of September, 2023.

*/s/ David F. Norden*
David F. Norden
Georgia Bar No. 545647