# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL TERRY,<br><br>    Plaintiff,<br><br>v.<br><br>BIOMET, INC. d/b/a ZIMMER BIOMET,<br><br>    Defendant. | CIVIL ACTION NO. |

## DEFENDANT BIOMET, INC. D/B/A ZIMMER BIOMET'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant Biomet, Inc. d/b/a Zimmer Biomet ("Biomet"), by and through its undersigned counsel, hereby submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

**(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

    A.    Plaintiff:

    Michael Terry

    B.    Defendant:

    Biomet, Inc. d/b/a Zimmer Biomet

Biomet, Inc. is a wholly owned subsidiary of LVB Acquisition, Inc. LVB Acquisition, Inc. is indirectly wholly owned by Zimmer Biomet Holdings, Inc., a publicly traded company. No publicly held corporation owns 10% or more of the stock of Zimmer Biomet Holdings, Inc.

**(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

Biomet is not aware of any other persons or entities having interest in the outcome of this litigation as contemplated by this rule.

**(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

A.   Counsel for Plaintiff:

>Timothy K. Hall
>Georgia Bar No. 319319
>Adam M. Collins
>Georgia Bar No. 153117
>HALL & COLLINS INJURY LAW, LLC
>595 Oconee St., Suite 111
>Athens, GA  30605
>Telephone:  (706) 351-6055
>thall@hcinjurylawyers.com
>acollins@hcinjurylawyers.com

B.   Counsel for Defendant:

>David F. Norden
>Georgia Bar No. 545647
>TROUTMAN PEPPER

HAMILTON SANDERS LLP
600 Peachtree Street, Suite 3000
Atlanta, GA 30308
Telephone:  (404) 885-3000
Facsimile:   (404) 885-3995
david.norden@troutman.com

Respectfully submitted this 12th day of September, 2023.

TROUTMAN PEPPER
HAMILTON SANDERS LLP

*/s/ David F. Norden*
David F. Norden
Georgia Bar No. 545647
600 Peachtree Street, Suite 3000
Atlanta, GA 30308
Telephone:  (404) 885-3000
Facsimile:   (404) 885-3995
david.norden@troutman.com

*Attorneys for Defendant Biomet, Inc.
d/b/a Zimmer Biomet*

## **FONT CERTIFICATION**

Pursuant to Local Rule 7.1D, I hereby certify that the foregoing document was prepared using Times New Roman 14-point type as provided in Local Rule 5.1.

>   */s/ David F. Norden*
>   David F. Norden
>   Georgia Bar No. 545647

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of September, 2023, I electronically filed the foregoing **DEFENDANT BIOMET, INC. D/B/A ZIMMER BIOMET'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system and served Plaintiff's counsel with a copy via U.S. Mail with adequate first class postage affixed thereto as follows:

Timothy K. Hall
Adam M. Collins
HALL & COLLINS INJURY LAW, LLC
594 Oconee St., Suite 111
Athens, GA  30605

*/s/ David F. Norden*
David F. Norden
Georgia Bar No. 545647