# EXHIBIT C

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| AUDREY LAWSON, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 23-C-05517-S7 |
| BIOMET, INC. d/b/a ZIMMER BIOMET, | ) ) | |
| Defendant. | ) ) ) | |

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on the 12th day of September 2023, the above-styled civil action was removed from this Court to the United States District Court for the Northern District of Georgia by filing a Notice of Removal in accordance with 28 U.S.C. §§ 1332, 1441, and 1446. A true copy of the Notice of Removal is attached hereto as **Exhibit A** and is incorporated herein by reference.

Under 28 U.S.C. § 1446(d), the filing of the attached Notice of Removal has effected the removal of the above-styled action, and the State Court of Gwinnett County, Georgia should proceed no further.

Respectfully submitted this 12th day of September, 2023.

TROUTMAN PEPPER HAMILTON
SANDERS LLP

*/s/ David F. Norden*
David F. Norden
Georgia Bar No. 545647

600 Peachtree St., NE, Suite 3000
Atlanta, GA 30308
Telephone:      (404) 885-3000
Facsimile:      (404) 885-3900
david.norden@troutman.com

*Attorneys for Defendant Biomet, Inc. d/b/a Zimmer Biomet*

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this day served a true and correct copy of the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** by electronic notification through the Court's electronic filing system to the following counsel of record:

Timothy K. Hall
Adam M. Collins
HALL & COLLINS INJURY LAW, LLC
594 Oconee St., Suite 111
Athens, GA  30605

This 12th day of September, 2023.

/s/ David F. Norden
David F. Norden
Georgia Bar No. 545647