IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AUDREY LAWSON,<br><br>      Plaintiff,<br><br>v.<br><br>BIOMET, INC. d/b/a ZIMMER BIOMET,<br><br>      Defendant. | CIVIL ACTION NO. |

**DEFENDANT BIOMET, INC. D/B/A ZIMMER BIOMET'S
CERTIFICATE OF INTERESTED PERSONS AND
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant Biomet, Inc. d/b/a Zimmer Biomet ("Biomet"), by and through its undersigned counsel, hereby submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

**(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

    A.    Plaintiff:

        Audrey Lawson

    B.    Defendant:

        Biomet, Inc. d/b/a Zimmer Biomet

Biomet, Inc. is a wholly owned subsidiary of LVB Acquisition, Inc. LVB Acquisition, Inc. is indirectly wholly owned by Zimmer Biomet Holdings, Inc., a publicly traded company. No publicly held corporation owns 10% or more of the stock of Zimmer Biomet Holdings, Inc.

**(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

Biomet is not aware of any other persons or entities having interest in the outcome of this litigation as contemplated by this rule.

**(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

    A.    Counsel for Plaintiff:

> Timothy K. Hall
> Georgia Bar No. 319319
> Adam M. Collins
> Georgia Bar No. 153117
> HALL & COLLINS INJURY LAW, LLC
> 595 Oconee St., Suite 111
> Athens, GA  30605
> Telephone:  (706) 351-6055
> thall@hcinjurylawyers.com
> acollins@hcinjurylawyers.com

    B.    Counsel for Defendant:

> David F. Norden
> Georgia Bar No. 545647
> TROUTMAN PEPPER

HAMILTON SANDERS LLP
600 Peachtree Street, Suite 3000
Atlanta, GA 30308
Telephone:  (404) 885-3000
Facsimile:  (404) 885-3995
david.norden@troutman.com

Respectfully submitted this 12th day of September, 2023.

TROUTMAN PEPPER
HAMILTON SANDERS LLP

*/s/ David F. Norden*
David F. Norden
Georgia Bar No. 545647
600 Peachtree Street, Suite 3000
Atlanta, GA 30308
Telephone:  (404) 885-3000
Facsimile:  (404) 885-3995
david.norden@troutman.com

*Attorneys for Defendant Biomet, Inc. d/b/a Zimmer Biomet*

## **FONT CERTIFICATION**

Pursuant to Local Rule 7.1D, I hereby certify that the foregoing document was prepared using Times New Roman 14-point type as provided in Local Rule 5.1.

>	*/s/ David F. Norden*
>	David F. Norden
>	Georgia Bar No. 545647

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of September, 2023, I electronically filed the foregoing **DEFENDANT BIOMET, INC. D/B/A ZIMMER BIOMET'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system and served Plaintiff's counsel with a copy via U.S. Mail with adequate first class postage affixed thereto as follows:

Timothy K. Hall
Adam M. Collins
HALL & COLLINS INJURY LAW, LLC
594 Oconee St., Suite 111
Athens, GA  30605

*/s/ David F. Norden*
David F. Norden
Georgia Bar No. 545647