# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| INGRID ERVIN-HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action |
| v. | ) File No.: |
| | ) |
| WHOLE FOODS MARKET GROUP, INC., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

COMES NOW Plaintiff Ingrid Ervin-Harris, by and through her counsel of record, and, pursuant to Local Rule 3.3, submits her Certificate of Interested Persons as follows:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or a proposed intervenor:

   a) Plaintiff Ingrid Ervin-Harris; and

   b) Defendant Whole Foods Market Group, Inc.

(2) The undersigned further certifies that the following is a full and

complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

    a) Buckley Bala Wilson Mew LLP

    (3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

<u>For the Plaintiff:</u>

Edward D. Buckley
Georgia Bar No. 092750
edbuckley@bbwmlaw.com
Buckley Bala Wilson Mew LLP
600 Peachtree Street NE, Suite 3900
Atlanta, GA  30308
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101

    (4) [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

    Not applicable.

    Respectfully submitted on September 12, 2023.

3

**BUCKLEY BALA WILSON MEW LLP**

By: <u>*/s/ Edward D. Buckley*</u>
Edward D. Buckley
Georgia Bar No. 092750
edbuckley@bbwmlaw.com
600 Peachtree Street, NE
Suite 3900
Atlanta, GA  30308
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101
*Counsel for Plaintiff*

3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| INGRID ERVIN-HARRIS, | ) |
| Plaintiff, | ) |
| | ) Civil Action |
| v. | ) File No.: |
| | ) |
| WHOLE FOODS MARKET GROUP, INC., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023, I filed the foregoing **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS** using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

**BUCKLEY BALA WILSON MEW LLP**

*/s/ Edward D. Buckley*
Edward D. Buckley
Georgia Bar No. 092750

4