# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DR. PEGGY LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action |
| v. | ) | File No.: |
| | ) | |
| EMORY UNIVERSITY, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

COMES NOW Plaintiff Dr. Peggy Lee, by and through her counsel of record, and, pursuant to Local Rule 3.3, submits her Certificate of Interested Persons as follows:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or a proposed intervenor:

   a) Plaintiff Dr. Peggy Lee; and

   b) Defendant Emory University.

(2) The undersigned further certifies that the following is a full and

complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

    a)  Buckley Bala Wilson Mew LLP

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

<u>For the Plaintiff:</u>

Edward D. Buckley
Georgia Bar No. 092750
edbuckley@bbwmlaw.com
Danny D. Patterson, Jr.
Georgia Bar No. 941731
dpatterson@bbwmlaw.com
Buckley Bala Wilson Mew LLP
600 Peachtree Street NE, Suite 3900
Atlanta, GA  30308
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101

(4)  [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

    Not applicable.

Respectfully submitted on September 12, 2023.

**BUCKLEY BALA WILSON MEW LLP**

By: */s/ Edward D. Buckley*
Edward D. Buckley
Georgia Bar No. 092750
edbuckley@bbwmlaw.com
Danny D. Patterson, Jr.
Georgia Bar No. 941731
dpatterson@bbwmlaw.com
600 Peachtree Street, NE
Suite 3900
Atlanta, GA  30308
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DR. PEGGY LEE, | ) |
|     Plaintiff, | ) <br> ) <br> ) Civil Action |
| v. | ) File No.: <br> ) |
| EMORY UNIVERSITY, | ) **JURY TRIAL DEMANDED** <br> ) |
|     Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023, I filed the foregoing **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS** using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

                                          **BUCKLEY BALA WILSON MEW LLP**

                                          */s/ Edward D. Buckley*
                                          Edward D. Buckley
                                          Georgia Bar No. 092750