# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MICHAEL WRIGHT,** | |
| Plaintiff, | **CIVIL ACTION** |
| vs. | **FILE NO.: _____** |
| **ATLANTA PUBLIC SCHOOLS,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Plaintiff Michael Wright ("Plaintiff"), by and through her undersigned counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, and hereby files his Certificate of Interested Persons and Corporate Disclosure Statement, respectfully showing this Honorable Court the following:

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

  a. Plaintiff Michael Wright

  b. Defendant Atlanta Public Schools (further information provided by Defendant)

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

  a. For Plaintiff: Hill, Kertscher & Wharton, LLP (counsel for Plaintiff)

  b. For Defendant: (information provided by Defendant)

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

  a. Counsel for Plaintiff:

   Julie H. Burke
   Georgia Bar. No. 448095
   **HILL, KERTSCHER & WHARTON, LLP**
   3625 Cumberland Blvd, SE, Suite 1050
   Atlanta, GA 30339
   Tel: (770) 953-0995
   Email: jb@hkw-law.com

  b. Counsel for Defendant:

   (Defendant will supply this information regarding its counsel)

- 3-

Respectfully submitted this 13th day of September, 2023.

>By: ***/s/ Julie H. Burke***
>Julie H. Burke
>Georgia Bar No. 448095
>**HILL, KERTSCHER & WHARTON, LLP**
>3625 Cumberland Blvd, SE, Suite 1050
>Atlanta, GA 30339
>Tel: (770) 953-0995
>Email: jb@hkw-law.com
>
>*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this date caused to be served upon all counsel a true and correct copy of the within and foregoing **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system that automatically sends e-mail notification of such filing to counsel of record.

This 13th day of September, 2023.

By:   ***/s/ Julie H. Burke***
      Julie H. Burke
      Georgia Bar No. 448095

      *Attorney for Plaintiff*