# EXHIBIT A

## CONSENT TO BECOME A PARTY-PLAINTIFF

I consent to become a party-plaintiff in the Fair Labor Standards Act putative collective action *Brandon Stallworth and Jahleel Wilson v. Southeast Connections, LLC* in the United States District Court for the Northern District of Georgia.

I authorize the Plaintiffs' attorneys, Legare, Attwood & Wolfe, LLC ("Plaintiffs' Counsel"), to represent me in any claims I may have for unpaid wages, unpaid overtime wages, and liquidated damages against Southeast Connections, LLC, or affiliated entities. I authorize the Plaintiffs' Counsel, together with the Named Plaintiffs– Brandon Stallworth and Jahleel Wilson (or any other Named Plaintiffs who may be added or substituted) –to make decisions on my behalf in the case, including whether to settle and for what amount. I agree to be bound by any settlement or judgment in the case.

I understand that reasonable costs Plaintiffs' Counsel expend on my behalf will be deducted from any settlement or judgment on a pro-rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

If this case does not proceed collectively, then I also consent to become a party-plaintiff in any subsequent action to assert FLSA claims for unpaid wages and liquidated damages against Southeast Connections, LLC, and/or any affiliated entity or joint employer.

Brandon Stallworth
Print Name

*[signature]*
Signature

09 / 05 / 2023
Date

1

Doc ID: 40766b2f4366410421b7779a535ca97592208b0f