# EXHIBIT C

# ADPMobile

⋮



| CO. | FILE | DEPT. | CLOCK | VCHR. NO: | 030 |
|-----|------|-------|-------|-----------|-----|
| VLA | 805382 | 001000 | | 0000050120 | 1 |

SOUTHEAST  CONNECTION  LLC
AN ARTERA  COMPANY
2720 DOGWOOD  DRIVE  SE
CONYERS,  GA 30013

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:        0,Tax Blocked
GA:             2(Head  of Household)

## Earnings  Statement

Period Beginning:       01/22/2023
Period Ending:          01/28/2023
Pay  Date:              02/03/2023

### BRANDON  DENARD  STALLWORTH

███████████████████████████████

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0000 | 40.00 | 920.00 | 1,989.50 |
| Overtime | 34.5000 | 1.00 | 34.50 | 34.50 |
| Salary  Holiday | | | | 368.00 |
| Vacation | | | | 1,472.00 |
| **Gross  Pay** | | | **$954.50** | 3,864.00 |

**Deductions**

| | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social  Security Tax | | -55.01 | 219.95 |
| Medicare Tax | | -12.86 | 51.44 |
| GA State Income Tax | | -33.15 | 119.36 |
| **Other** | | | |
| Aflac Hos Indem | | -4.38 | |
| AFLAC  CILLNESS | | -3.56 | 17.80 |
| AFLAC  GA High | | -3.06 | 15.30 |
| Long Term Disab | | -5.48 | 27.40 |
| Short Term Dis | | -0.88 | 4.40 |
| Standard Dental | | -1.82* | 9.10 |
| Traditional 80 | | -44.80* | 224.00 |
| Vision Pretax | | -0.89* | 4.45 |
| Voluntary Life | | -2.84 | 14.20 |
| VAC BUY | | -19.70* | 78.80 |
| 401K Employee | | -76.36* | 301.76 |
| 401K Loan | | -23.05 | 115.25 |
| **Net  Pay** | | **$666.66** | |
| Checking  2 | | -666.66 | |
| **Net  Check** | | **$0.00** | |

**\* Excluded from federal taxable wages**
Your  federal  taxable wages this period  are $810.93

**Other  Benefits  and**

| Information | this period | total to date |
|---|---|---|
| Max  Elig/Comp | 954.50 | 3,864.00 |
| Ovrtme | 1.00 | 1.00 |
| Regular Hrs Gli | 40.00 | 86.50 |
| Vacation Buy | 2.52 | |
| 401K Match | 28.64 | 115.93 |
| Totl Hrs Worked | 41.00 | |

**Important  Notes**
COMPANY  PH#:+1  336 272 0775

BASIS  OF PAY: HOURLY

© 2007 ADP, Inc.

SOUTHEAST  CONNECTION LLC
AN ARTERA  COMPANY
2720 DOGWOOD  DRIVE  SE
CONYERS, GA 30013

Advice number:     00000050120
Pay date:          02/03/2023



Deposited  to the account  of
BRANDON  DENARD  STALLWORTH...

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxxxx4148 | xxxx  xxxx | $666.66 |



## NON-NEGOTIABLE