# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CARMELA CAPOROSSI,<br><br>    Plaintiffs,<br><br>v.<br><br>UNIFI AVIATION, LLC, DELTA AIR LINES, INC., and JOHN DOE,<br><br>    Defendants. | CIVIL ACTION<br><br>FILE NO. _____ |

## CERTIFICATE OF REMOVAL

I hereby certify that I serve as counsel for Defendants UNIFI AVIATION, LLC and DELTA AIR LINES, INC. in the above-styled proceeding and this day have filed a copy of the *Notice of Removal,* including *Notice of Filing Notice of Removal,* in the State Court of Gwinnett County, Georgia, the Court from which said action was removed.

This 13th day of September, 2023.

**HALL BOOTH SMITH, P.C.**

*/s/ Justin M. Kerenyi*
JUSTIN M. KERENYI
Georgia Bar No. 416623
M. CHRISTOPHER FREEMAN
Georgia Bar No. 436411
*Counsel for Defendants Delta Air Lines, Inc. and Unifi, LLC*

191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303
Phone: (404) 954-5000
Fax: (404) 954-5020
jkerenyi@hallboothsmith.com

## CERTIFICATE OF SERVICE

This is to certify that this day I have electronically filed **CERTIFICATE OF REMOVAL** with the Clerk of Court by e-filing same using the CM/ECF System, which will automatically send e-mail notification of said filing to the following attorneys of record:

>Peter A. Law, Esq.
>E. Michael Moran, Esq.
>Denise D. Hoying, Esq.
>LAW & MORAN
>563 Spring Street, N.W.
>Atlanta, Georgia 30308
>pete@lawmoran.com
>mike@lawmoran.com
>denise@lawmoran.com

This 13th day of September, 2023.

**HALL BOOTH SMITH, P.C.**

| | |
|---|---|
| | */s/ Justin M. Kerenyi* |
| | JUSTIN M. KERENYI |
| 191 Peachtree Street, NE, Suite 2900 | Georgia Bar No. 416623 |
| Atlanta, Georgia 30303 | M. CHRISTOPHER FREEMAN |
| Phone: (404) 954-5000 | Georgia Bar No. 436411 |
| Fax: (404) 954-5020 | *Counsel for Defendants Delta Air* |
| jkerenyi@hallboothsmith.com | *Lines, Inc. and Unifi, LLC* |