# EXHIBIT E
## Payment Bond Loss

| Entry Date | Payee or Payor | Check # | Paid Loss | Bond# | Principal Name | Obligee Name |
|---|---|---|---|---|---|---|
| 3/22/2021 | Lewallen Construction Co, Inc. | 000000000201928 | $ 57,350.00 | GRHNSU0772230 00 0000 | Fritz Contractors, LLC | YOUNG CONTRACTING / SE, INC. |
| 3/25/2021 | Continental Pipe Services, Inc. | 000000000202086 | $ 10,937.50 | GRHNSU0772230 00 0000 | Fritz Contractors, LLC | YOUNG CONTRACTING / SE, INC. |
| 3/25/2021 | Dirt Xpediters | 000000000202085 | $ 136,350.00 | GRHNSU0772230 00 0000 | Fritz Contractors, LLC | YOUNG CONTRACTING / SE, INC. |
| 3/30/2021 | Metro Koring & Supply, Inc. | 000000000202084 | $ 9,699.52 | GRHNSU0772230 00 0000 | Fritz Contractors, LLC | YOUNG CONTRACTING / SE, INC. |
| 4/9/2021 | Ferguson Waterworks | 000000000202350 | $ 3,766.01 | GRHNSU0772230 00 0000 | Fritz Contractors, LLC | YOUNG CONTRACTING / SE, INC. |
| 4/9/2021 | Great Lakes Petroleum | 000000000202348 | $ 5,485.00 | GRHNSU0772230 00 0000 | Fritz Contractors, LLC | YOUNG CONTRACTING / SE, INC. |
| 4/9/2021 | Northeast Lubricants Ltd. | 000000000202349 | $ 820.92 | GRHNSU0772230 00 0000 | Fritz Contractors, LLC | YOUNG CONTRACTING / SE, INC. |
| 4/12/2021 | Foley Products Company | 000000000202410 | $ 56,435.03 | GRHNSU0772230 00 0000 | Fritz Contractors, LLC | YOUNG CONTRACTING / SE, INC. |
| 4/13/2021 | Modir Transportation, LLC | 000000000202411 | $ 12,540.00 | GRHNSU0772230 00 0000 | Fritz Contractors, LLC | YOUNG CONTRACTING / SE, INC. |
| 4/13/2021 | Southeast Culvert, Inc. | 000000000202409 | $ 226,962.05 | GRHNSU0772230 00 0000 | Fritz Contractors, LLC | YOUNG CONTRACTING / SE, INC. |
| 4/16/2021 | Fortiline, Inc. | 000000000202474 | $ 101,146.05 | GRHNSU0772230 00 0000 | Fritz Contractors, LLC | YOUNG CONTRACTING / SE, INC. |
| 4/27/2021 | Yancey Bros. Co. | 000000000202700 | $ 56,425.64 | GRHNSU0772230 00 0000 | Fritz Contractors, LLC | YOUNG CONTRACTING / SE, INC. |
| 4/29/2021 | H. Michael Bray | 000000000202701 | $ 24,500.00 | GRHNSU0772230 00 0000 | Fritz Contractors, LLC | YOUNG CONTRACTING / SE, INC. |
| 5/3/2021 | Vulcan-Attn: Brian Dunmire | 000000000202795 | $ 93,468.36 | GRHNSU0772230 00 0000 | Fritz Contractors, LLC | YOUNG CONTRACTING / SE, INC. |
| 5/6/2021 | Mintek Resources, Inc. | 000000000203059 | $ 45,523.69 | GRHNSU0772230 00 0000 | Fritz Contractors, LLC | YOUNG CONTRACTING / SE, INC. |
| 6/2/2021 | Sitech South | 000000000203286 | $ 7,053.01 | GRHNSU0772230 00 0000 | Fritz Contractors, LLC | YOUNG CONTRACTING / SE, INC. |
| 6/2/2021 | AIMS Companies | 000000000203285 | $ 1,875.00 | GRHNSU0772230 00 0000 | Fritz Contractors, LLC | YOUNG CONTRACTING / SE, INC. |
| 6/9/2021 | Badger Daylighting Corp | 000000000203533 | $ 5,433.75 | GRHNSU0772230 00 0000 | Fritz Contractors, LLC | YOUNG CONTRACTING / SE, INC. |
| 6/10/2021 | The Erosion Company, LLC | 000000000203532 | $ 1,225.29 | GRHNSU0772230 00 0000 | Fritz Contractors, LLC | YOUNG CONTRACTING / SE, INC. |
| 6/22/2021 | Trench Plate Rental Co. | 000000000203739 | $ 40,813.12 | GRHNSU0772230 00 0000 | Fritz Contractors, LLC | YOUNG CONTRACTING / SE, INC. |
| 6/23/2021 | Southeastern Traffic Supply LLC | 000000000203740 | $ 11,418.63 | GRHNSU0772230 00 0000 | Fritz Contractors, LLC | YOUNG CONTRACTING / SE, INC. |
| 5/13/2022 | Benjamin Rachelson, Esq. | 000000000210998 | $ 23,641.90 | GRHNSU0772230 00 0000 | Fritz Contractors, LLC | YOUNG CONTRACTING / SE, INC. |
| | | **Total Incurred:** | **$ 932,870.47** | | | |



PLAINTIFF'S EXHIBIT E