# EXHIBIT A

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**United States Patent and Trademark Office**

Reg. No. 3,046,168
Registered Jan. 17, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# EVERLAST

EVERLAST ROOFING, INC. (PENNSYLVANIA CORPORATION)
239 NORTH 5TH AVE.
LEBANON, PA 17046

FOR: METAL ROOFING, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 3-30-1997; IN COMMERCE 3-30-1997.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,980,967.

SER. NO. 78-550,917, FILED 1-20-2005.

DOUGLAS LEE, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

Reg. No. 2,980,967

**United States Patent and Trademark Office**  Registered Aug. 2, 2005

TRADEMARK
PRINCIPAL REGISTER

# EVERLAST II

EVERLAST ROOFING, INC. (PENNSYLVANIA CORPORATION)
239 NORTH 5TH AVE.
LEBANON, PA 17046

FOR: METAL ROOFING, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 1-1-2004; IN COMMERCE 1-1-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-372,754, FILED 2-23-2004.

KEVON CHISOLM, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**Reg. No. 3,065,577**

United States Patent and Trademark Office   Registered Mar. 7, 2006

## TRADEMARK
### PRINCIPAL REGISTER



EVERLAST ROOFING, INC. (PENNSYLVANIA CORPORATION)
239 NORTH 5TH AVE.
LEBANON, PA 17046

FOR: METAL ROOFING, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 3-30-1997; IN COMMERCE 3-30-1997.

OWNER OF U.S. REG. NO. 2,980,967.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ROOFING INC", APART FROM THE MARK AS SHOWN.

SER. NO. 78-550,925, FILED 1-20-2005.

MARIA-VICTORIA SUAREZ, EXAMINING ATTORNEY

3