# EXHIBIT B

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 1/6/2023 9:56:44 AM

**BUSINESS INFORMATION**

| | |
|---|---|
| **CONTROL NUMBER** | 07046482 |
| **BUSINESS NAME** | EVERLAST CONSTRUCTION GROUP, LLC |
| **BUSINESS TYPE** | Domestic Limited Liability Company |
| **EFFECTIVE DATE** | 01/06/2023 |
| **ANNUAL REGISTRATION PERIOD** | 2023, 2024 |

**PRINCIPAL OFFICE ADDRESS**

| | |
|---|---|
| **ADDRESS** | 1355 Union Hill Industrial Court, Alpharetta, GA, 30004, USA |

**REGISTERED AGENT**

| NAME | ADDRESS | COUNTY |
|---|---|---|
| BCS Corporate Services, Inc. | 33 South Main Street, Suite 300, Alpharetta, GA, 30009, USA | Fulton |

**AUTHORIZER INFORMATION**

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | Eric Antebi |
| **AUTHORIZER TITLE** | Member |