# EXHIBIT D



ABOUT  COMMERCIAL  MULTIFAMILY  SUBCONTRACTOR  CONTACT



# ABOUT EVERLAST

In 2007, Eric Antebi, a born native of Atlanta, Georgia, founded Everlast Construction with one thought in mind - quality. Learning from his father while growing up in the construction industry, Eric learned not only the value of hard work, but also about integrity. Entering the general construction industry with nothing but an education of service and grit for quality, Eric focused on the customers' needs and the quality they desired.

Everlast Construction is a General Building Contractor that specializes in exterior and interior refurbishment, buildouts, restoration and new build projects. Since we opened our doors in 2007, we have carried out thousands of contracts within the Public and Private Sectors. Here at Everlast, we have a broad portfolio of successfully completed projects across a range of market types including Retail, Healthcare, Education, Hospitality, Financial, Restaurant, Office, Municipal, Government, Industrial and Multifamily.

The success of ECG is attributed to quality leadership and strong core values of honesty, trust, respect and integrity, which provides a fine balance between clients and Everlast team members. We have built a reputation on our client-centered focus and hands-on approach, which has rewarded us with many repeat customers.

© 2020 by Everlast Construction G



ABOUT             COMMERCIAL             MULTIFAMILY             SUBCONTRACTOR             CONTACT