# EXHIBIT E

(770) 573-9338 | Info@RoofsbyEverlast.com



Need a roof quote?
Get your price NOW!

**HOME**    **RESIDENTIAL** ⌄    **COMMERCIAL** ⌄    **GALLERY** ⌄

**STORM DAMAGE**    **BLOG**    **ABOUT**    **CONTACT**    **FINANCING**

**LEARN MORE NOW**

Instant Roof Quote

9/7/23, 1:36 PM
About - Everlast Roofing

Case 1:23-mi-99999-UNA    Document 2078-8    Filed 09/13/23    Page 3 of 5



(770) 573-9338 | Info@RoofsbyEverlast.com

**HOME**  **RESIDENTIAL** ⌄  **COMMERCIAL** ⌄  **GALLERY** ⌄

**STORM DAMAGE**  **BLOG**  **ABOUT**  **CONTACT**  **FINANCING**

Need a roof quote?
Get your price NOW!

to come.






2

https://www.roofsbyeverlast.com/about/

2/4

(770) 573-9338 | Info@RoofsbyEverlast.com



Need a roof quote?
Get your price NOW!

HOME    RESIDENTIAL ˅    COMMERCIAL ˅    GALLERY ˅

STORM DAMAGE    BLOG    ABOUT    CONTACT    FINANCING

We treat our customers like family and want an ongoing trust with them. If emergency services are needed, we act immediately to help those we have built relationships with, providing an urgent temporary fix until a proven solution can take place.

Honesty, integrity, value, trust and built to last, those are the characteristics in which we do business.

3

# (770) 573-9338 | Info@RoofsbyEverlast.com



**HOME**   **RESIDENTIAL** ⌄   **COMMERCIAL** ⌄   **GALLERY** ⌄

**STORM DAMAGE**   **BLOG**   **ABOUT**   **CONTACT**   **FINANCING**



Need a roof quote?
Get your price NOW!

Alpharetta, GA 30004

Mon – Fri | 7:00 AM – 5:00 PM

Everlast Roofing and Restoration does not provide metal roofing and is not associated with Everlast Roofing Inc.

Copyright © Everlast Roofing & Restoration. All rights reserved.

4