# EXHIBIT F

**Denise Paulick**

| | |
|---|---|
| **From:** | Leon Van Gelderen <leon@lvglaw.com> |
| **Sent:** | Tuesday, October 6, 2015 4:16 PM |
| **To:** | James Keenan |
| **Cc:** | Eric Antebi |
| **Subject:** | RE: Everlast Roofing, Inc. |

James- My client agrees to add the disclaimer." Everlast Construction Group, LLC does not provide, install or repair metal roofing and is not associated with Everlast Roofing, LLC." In the footer "About Everlast Construction" He will be redoing his web site in the next month and will make roofing a less prominent feature. This is being done to compromise a disputed claim and not as any admission of the validity of Everlast Roofing's claims.

Sincerely,

## Leon Van Gelderen, Esq.

Leon Van Gelderen, P.C.
400 Colony Square, Suite 1100
1201 Peachtree Street, NE
Atlanta, GA  30361
Telephone (770) 392-9006
Facsimile (770) 392-2090

NOTICE: This email message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone [(770) 392-9006] and delete this message and all copies and backups thereof. Thank you.

---

**From:** James Keenan [mailto:jkeenan@bernsteinshur.com]
**Sent:** Thursday, October 01, 2015 12:56 PM
**To:** James Keenan <jkeenan@bernsteinshur.com>; Leon Van Gelderen <leon@lvglaw.com>
**Subject:** RE: Everlast Roofing, Inc.

Mr. Van Gelderen:

I am following-up on my email below.

Please advise as to the status of including the disclaimer and altering the emphasis placed roofing services.

Jim


**James Keenan**
**Shareholder**
207 228-7207 direct
207 774-1200 main
My Bio | LinkedIn | Twitter

**BERNSTEIN**SHUR

CELEBRATING **1OO** YEARS | Portland, ME | Augusta, ME | Manchester, NH

**Confidentiality notice:** This message is intended only for the person to whom addressed in the text above and may contain privileged or confidential information. If you are not that person, any use of this message is prohibited. We request that you notify us by reply to this message, and then delete all copies of this message including any contained in your reply. Thank you.

**From:** James Keenan [mailto:jkeenan@bernsteinshur.com]
**Sent:** Friday, September 11, 2015 7:58 AM
**To:** 'Leon Van Gelderen'
**Subject:** RE: Everlast Roofing, Inc.

Mr. Van Gelderen:

It appears that your client has made further edits to its web site, using "Everlast Construction" throughout in an attempt to better clarify that it is a general contractor, not a roofing company.  We remain concerned, however, that the content of your client's web site is heavily roofing oriented.  The opening screen shots feature several pictures of roofs and the lead services highlight your client's roofing services (both in the rotating header and the list of services below that header).  To reduce the risk of confusion, we ask that your client use different, non-roofing photos on its landing pages and that it move "roofing" to the bottom of its list of services.  Also, your client offered to include a disclaimer.  We agree that this would be helpful.  Please have your client include the following statement in the footer of its entire site and, more prominently, under "Roofing Quick Quote" on its roofing page, which is at http://everlastllc.com/roofing:

    Everlast Construction Group, LLC does not provide, install or repair metal roofing and is not associated with Everlast Roofing, LLC.

Please advise whether your client will make these changes and, if so, the anticipated timeframe to complete them.

Finally, we did receive and review your previous letter.  For the record, we disagree with its contentions.  Our client is acting well within its rights.

Sincerely,


**James Keenan**
**Shareholder**
207 228-7207 direct
207 774-1200 main

My Bio | LinkedIn | Twitter



CELEBRATING **1OO** YEARS | Portland, ME | Augusta, ME | Manchester, NH

**Confidentiality notice:** This message is intended only for the person to whom addressed in the text above and may contain privileged or confidential information. are not that person, any use of this message is prohibited. We request that you notify us by reply to this message, and then delete all copies of this message inclu any contained in your reply. Thank you.

**From:** Leon Van Gelderen [mailto:leon@lvglaw.com]
**Sent:** Friday, August 14, 2015 4:30 PM
**To:** James Keenan; Ned Sackman
**Subject:** Everlast Roofing, Inc.

Please see attached.

Sincerely,

## Leon Van Gelderen, Esq.

Leon Van Gelderen, P.C.
400 Colony Square, Suite 1100
1201 Peachtree Street, NE
Atlanta, GA  30361
Telephone (770) 392-9006
Facsimile (770) 392-2090

NOTICE: This email message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone [(770) 392-9006] and delete this message and all copies and backups thereof. Thank you.