# EXHIBIT G



1