# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **CURTIO MALIK FREDERICKS,**<br><br>        **Plaintiff,**<br>**v.**<br><br>**THE UNITED STATES OF AMERICA, THE UNITED STATES DEPARTMENT OF JUSTICE, THE UNITED STATES POSTAL SERVICE, and DAVE ANTHONY PETERS,**<br><br>        **Defendants.** | **CIVIL ACTION FILE NO:** |

## RULE 5.2 CERTIFICATE OF SERVICE

This is to certify that pursuant to Uniform Court Rule 5.2, I have served upon all Defendants in the foregoing matter with a copy of the following:

1. PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT DAVE ANTHONY PETERS;

2. PLAINTIFF'S FIRST CONTINUING INTERROGATORIES TO DEFENDANT DAVE ANTHONY PETERS;

1

3. PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND NOTICE TO PRODUCE TO DEFENDANT DAVE ANTHONY PETERS;

This 13th day of September 2023.

                                                Respectfully submitted,

                                                /s/ Edward Hardrick
                                                Edward Hardrick, Esq.
                                                Georgia Bar No. 606792
                                                Attorney for Plaintiff

11605 Haynes Bridge Road
Suite 490
Alpharetta, GA  30009
Telephone: (770)576-7634
ehardrick@forthepeople.com

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CURTIO MALIK FREDERICKS,**<br><br>**Plaintiff,**<br>**v.**<br><br>**THE UNITED STATES OF AMERICA, THE UNITED STATES DEPARTMENT OF JUSTICE, THE UNITED STATES POSTAL SERVICE, and DAVE ANTHONY PETERS,**<br><br>**Defendants.** | **CIVIL ACTION FILE NO:** |

**CERTIFICATE OF SERVICE**

This certifies that I have this day served a copy of the foregoing CERTIFICATE OF SERVICE 5.2 upon all parties to this matter by depositing a true copy of same in the United States Mail, proper postage prepaid, addressed to counsel of record as follows:

United States Attorney for the Northern District of Georgia
75 Richard B. Russell Federal Building,
75 Ted Turner Drive SW, Suite 600,
Atlanta, Georgia 30303

U.S. Department of Justice

3

Civil Division
950 Pennsylvania Avenue NW,
Washington, D.C. 20530-0001

United States Postal Service
475 L'Enfant Plaza SW,
Washington, DC 20260

Dave Anthony Peters
255 Lakeside Point
Covington, Georgia 30016

This 13th day of September 2023.

                                               Respectfully submitted,

                                             _/s/ *Edward Hardrick*_
                                            Edward Hardrick, Esq.
                                            Georgia Bar No. 606792
                                            Attorney for Plaintiff

11605 Haynes Bridge Road
Suite 490
Alpharetta, GA  30009
Telephone: (770)576-7634
ehardrick@forthepeople.com