EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | |

_____ and EEOC

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Rafiq M. Huq | 3106179039 | 1/1/1961 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5020 Habersham Hills Drive, Suwanee Georgia 30024 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Airgas, an Air Liquide Company | more than 500 | 6784077534 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2530 Sever Road, Suite 300, Lawrenceville, Georiga 30043 | |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☒ COLOR   ☐ SEX   ☐ RELIGION   ☒ NATIONAL ORIGIN

☒ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION

☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest            Latest       1/4/2022

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I believe I have been discriminated against on the bases of my age, color, race, and national origin. I also believe I have been retaliated against for raising those issues with my employer. Over the last several years I have been denied promotions to jobs, for which I was fully qualified, only to see those jobs awarded to younger white people. I am an Asian American. The last such position, VP of Operations, was posted and I applied. I did not even get an interview. Then, on January 4, 2022, I learned that the job was awarded to a 40 year old Caucasian from outside the company. I believe the company has retaliated against me in failing to promote me and even demoted me earlier because I expressed my concerns about discrimination. I think all of the actions taken against me were in violation of my federally protected rights under Title VII of the Civil Rights Act of 1964.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 12/30/2022          _____ Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |