# EXHIBIT A TO PLAINTIFF'S COMPLAINT

American Strategic Insurance Corp.
P.O. Box 33018
St. Petersburg, FL 33733-8018
866-511-0793
FloodUnderwriting@asicorp.org

 

**Endorsement** | **Dwelling Policy Form** | **Policy Declarations**

| | |
|---|---|
| **Policy Number:** 0FLD600430 | **Policy Period:** 07/23/2022 to 07/23/2023 |
| **Product Type:** Standard Policy | At 12:01 AM local time at the described location |
| Endorsement Reason: Other | **Endorsement Effective:** 7/23/2022 |

**Named Insured**   **NAIC:** 10872   **Agent/Producer Name & Address**

OLLIE MCCOY

**Property Location:**
775 LOVETTE LN NE
ATLANTA, GA 30342-4350

420684 - PROGRESSIVE SALES
P.O. BOX 23039 SAINT PETERSBURG, FL 33742
(877)415-1745

**Mailing Address**
775 LOVETTE LN NE
ATLANTA, GA 30342

**Payor:** OLLIE MCCOY

**Community Rating Information**

| | |
|---|---|
| Community Name: | ATLANTA, CITY OF |
| Community Number: | 135157 - 0251 - F |
| Current Flood Zone: | X |
| FIRM Type: | POST |
| Program: | Regular |

No Addition(s) and Extension(s)

**Contents Location:**
Basement/Enclosure/Crawlspace and Above

**Building Information**

| | |
|---|---|
| Occupancy: | Single Family |
| Elevated Building: | No |
| Number of Floors: | 3 Floors |
| Finished Basement | |
| Construction Type: | Masonry |
| First Floor Height: | 1.1 ft   FEMA determined |
| Prior NFIP Claims: | 0 |

Your property's NFIP Flood claims history can affect your premiu

Replacement Cost:   $650,000
Primary Residence: Yes
FEMA Determined Replacement Cost:   $1,643,810

| Coverage Information | Limit(s): | Deductible | Premium |
|---|---:|---:|---:|
| Building | $250,000 | $2,000 | $202.00 |
| Contents | $100,000 | $2,000 | $112.00 |

**THIS IS NOT A BILL**

MORTGAGEE:
The Reform Act of 1994 requires you to notify the WYO company for the policy within 60 days of any changes in the service of the loan.

**COVERAGE LIMITATIONS MAY APPLY.**
See Your Policy Form for Detail

For questions about your flood in surance policy rating, contact your agent or insurance company. To learn more about your flood risk please visit FloodSmart.gov/floodcosts.

| | |
|---|---:|
| ICC Premium: | $6.00 |
| Mitigation Discount: | $0.00 |
| CRS Discount: | $-25.00 |
| Full-Risk Premium: | $295.00 |
| Annual Increase Cap Discount: | $0.00 |
| Pre-FIRM Discount: | $0.00 |
| Newly Mapped Discount: | $0.00 |
| Other Statutory Discounts: | $0.00 |
| Discounted Premium: | $295.00 |
| Reserve Fund Assessment: | 53.00 |
| HFIAA Surcharge: | $25.00 |
| Federal Policy Fee: | $47.00 |
| Probation Surcharge: | $0.00 |
| **Total Annual Payment:** | **$420.00** |

**Special Provisions**
This policy covers only one building. If you have more than one building on your property, please make sure each is covered. See
Section III Property Covered within your flood policy for the NFIP definition of 'building' or contact your agent, broker or insurance

**Forms and Endorsements**
ASI FLD IMPINF 08,  DW 10 2021 Merged

This Declarations Page, in conjunction with the policy, constitutes your Flood Insurance Policy. IN WITNESS WHEREOF, we have signed this policy below and hereby enter into this Insurance

Date:   07/07/2022

Kevin Milkey
Executive Vice President, American Strategic Insurance

NFIP STD DP 04 19

**Mortgagee(s)**

**First Mortgagee:**
WELLS FARGO BANK NA #936 ISAOA
PO BOX 100515
FLORENCE, SC 29502

LOAN #:0499768042
ESCROW: NO

NFIP STD DP 04 19