UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | : | MDL DOCKET NO. 2974 |
| | : | |
| | : | |
| This document relates to: | : | 1:20-md-02974-LMM |
| | : | |
| [NAME(S) OF ALL PLAINTIFFS IN THE SHORT FORM COMPLAINT] | : | |
| | : | |
| | : | Civil Action No.: _____ |
| | : | |
| vs. | : | |
| | : | |
| [NAME(S) OF ALL DEFENDANTS PLAINTIFF IS BRINGING CLAIMS AGAINST IN THE SFC] | : | |
| | : | |
| | : | |

_____

**SHORT FORM COMPLAINT**

Come(s) now the Plaintiff(s) named below, and for her/their Complaint

against the Defendant(s) named below, incorporate(s) the Second Amended Master

Personal Injury Complaint (Doc. No. 79), in MDL No. 2974 by reference.

Plaintiff(s) further plead(s) as follows:

1. Name of Plaintiff placed with Paragard: Melody Logan _____

   _____

2. Name of Plaintiff's Spouse (if a party to the case): _____

   _____

3.    If case is brought in a representative capacity, Name of Other Plaintiff
      and capacity (i.e., administrator, executor, guardian, conservator):

      _____

      _____

4.    State of Residence of each Plaintiff (including any Plaintiff in a
      representative capacity) at time of filing of Plaintiff's original
      complaint:    Louisiana
                   _____

      _____

5.    State of Residence of each Plaintiff at the time of Paragard placement:
      Louisiana
      _____

6.    State of Residence of each Plaintiff at the time of Paragard removal:
      Louisiana
      _____

7.    District Court and Division in which personal jurisdiction and venue
      would be proper:
      The United States District Court for the Eastern District of Louisiana
      _____

      _____

8.    Defendants. (Check one or more of the following five (5) Defendants
      against whom Plaintiff's Complaint is made. The following five (5)
      Defendants are the only defendants against whom a Short Form
      Complaint may be filed. No other entity may be added as a defendant
      in a Short Form Complaint.):

2

☑     A. Teva Pharmaceuticals USA, Inc.

☑     B. Teva Women's Health, LLC

☑     C. Teva Branded Pharmaceutical Products R&D, Inc.

☑     D. The Cooper Companies, Inc.

☑     E. CooperSurgical, Inc.

9.     Basis of Jurisdiction

☑     Diversity of Citizenship (28 U.S.C. § 1332(a))

☐     Other (if Other, identify below):

_____

10.

| Date(s) Plaintiff had Paragard placed (DD/MM/YYYY) | Placing Physician(s) or other Health Care Provider (include City and State) | Date Plaintiff's Paragard was Removed (DD/MM/YYYY)* <br><br> *If multiple removal(s) or attempted removal procedures, list date of each separately. | Removal Physician(s) or other Health Care Provider (include City and State)** <br><br> **If multiple removal(s) or attempted removal procedures, list information separately. |
|---|---|---|---|
| 06/16/2014 | Shontell Thomas Kenner, Louisiana | 10/17/2022 | Shontell Thomas Kenner, Louisiana |
|  |  |  |  |

3

11.    Plaintiff alleges breakage (other than thread or string breakage) of her Paragard upon removal.

☑    Yes

☐    No

12.    Brief statement of injury(ies) Plaintiff is claiming:
Paragard IUD broke upon removal causing physical and emotional injuries.

_____

_____

Plaintiff reserves her right to allege additional injuries and complications specific to her.

13.    Product Identification:

a.  Lot Number of Paragard placed in Plaintiff (if now known):

_____

b.  Did you obtain your Paragard from anyone other than the HealthCare Provider who placed your Paragard:

☐    Yes

☑    No

14.    Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I – Strict Liability / Design Defect

☑    Count II – Strict Liability / Failure to Warn

☑    Count III – Strict Liability / Manufacturing Defect

☑    Count IV – Negligence

☑    Count V – Negligence / Design and Manufacturing Defect

☑    Count VI – Negligence / Failure to Warn

4

☐    Count IX – Negligent Misrepresentation

☐    Count X – Breach of Express Warranty

☐    Count XI – Breach of Implied Warranty

☐    Count XII – Violation of Consumer Protection Laws

☐    Count XIII – Gross Negligence

☐    Count XIV – Unjust Enrichment

☐    Count XV – Punitive Damages

☐    Count XVI – Loss of Consortium

☐    Other Count(s) (Please state factual and legal basis for other claims not included in the Master Complaint below):

_____

_____


15.    "Tolling/Fraudulent Concealment" allegations:

    a.    Is Plaintiff alleging "Tolling/Fraudulent Concealment"?

    ☑    Yes

    ☐    No

    b.    If Plaintiff is alleging "tolling/fraudulent concealment" beyond the facts alleged in the Master Complaint, please state the facts and legal basis applicable to the Plaintiff in support of those allegations below:

    _____

    _____

16.   Count VII (Fraud & Deceit) and Count VIII (Fraud by Omission) allegations:

a.   Is Plaintiff is bringing a claim under Count VII (Fraud & Deceit), Count VIII (Fraud by Omission), and/or any other claim for fraud or misrepresentation?

☐   Yes

☑   No

b.   If Yes, the following information must be provided (in accordance with Federal Rule of Civil Procedure 8 and/or 9, and/or with pleading requirements applicable to Plaintiff's state law claims):

i.   The alleged statement(s) of material fact that Plaintiff alleges was false:  _____

_____

ii.   Who allegedly made the statement: _____

_____

iii.   To whom the statement was allegedly made: _____

_____

iv.   The date(s) on which the statement was allegedly made:

_____

17.   If Plaintiff is bringing any claim for manufacturing defect and alleging facts beyond those contained in the Master Complaint, the following information must be provided:

a.   What does Plaintiff allege is the manufacturing defect in her Paragard? _____

6

18.    Plaintiff's demand for the relief sought if different than what is

       alleged in the Master Complaint: _____

       _____


19.    Jury Demand:

☑      Jury Trial is demanded as to all counts

☐      Jury Trial is NOT demanded as to any count



                                        *s/ Betsy Barnes,*
                                        Betsy Barnes, LA Bar #19473
                                        John C. Enochs, La Bar#22774
                                        Morris Bart, LLC 601
                                        Poydras St., 24th Floor
                                        New Orleans, LA 70130 Phone:
                                        504-525-8000
                                        Fax: 833-277-4214
                                        bbarnes@morrisbart.com
                                        jenochs@morrisbart.com
                                        Attorneys for Plaintiff