# EXHIBIT E

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-03911-S6**
**8/15/2023 4:43 PM**
**TIANA P. GARNER, CLERK**

THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

ANITRICE ANDERSON,

   Plaintiff,

v.

SPEEDWAY LLC, MARATHON
PETROLEUM CORPORATION LP,
and JOHN DOE(S) 1-2,

   Defendants.
_____/

CASE NO. 23-C-03911-S6

## **CONSENT MOTION TO DISMISS FEWER THAN ALL PARTIES**

COME NOW Plaintiff Anitrice Anderson and Defendant Speedway LLC and, pursuant to O.C.G.A. § 9-11-41, move the Court for an Order dismissing MARATHON PETROLEUM CORPORATION LP without prejudice.

On the day of the incident of September 16, 2019, Defendant Speedway LLC owned, operated, controlled, and maintained Speedway Store 4102 where the incident giving rise to this litigation occurred. Marathon Petroleum Corporation LP did not own, operate, control, or maintain the store. Plaintiff's cause of action against Defendant Speedway LLC will remain unaffected. A proposed Order is attached hereto for the Court's consideration.

WHEREFORE, the parties respectfully request that this Court GRANT this Consent Motion; enter an Order dismissing Defendant MARATHON PETROLEUM CORPORATION LP without prejudice; and grant such further relief as the Court deems just and proper.

Submitted this 15th day of August, 2023.

SIGNATURES ON FOLLOWING PAGE

CASE NO. 23-C-03911-S6

CONSENTED TO BY:

| | |
|---|---|
| */s/ Cameron D. Hawkins* | */s/ Joseph P. Menello* |
| Cameron D. Hawkins, Esq. | Joseph P. Menello, Esq. |
| Georgia Bar No. 250504 | Georgia Bar No. 752378 |
| Law Office of Cameron Hawkins, LLC | Asher W. Lipsett, Esq. |
| | Georgia Bar No. 951994 |
| 1231 Booth St. NW | Wicker Smith O'Hara McCoy & Ford, P.A. |
| Atlanta, GA 30318 | 3414 Peachtree Road NE, Suite 960 |
| (678) 921-4225 | Atlanta, Georgia 30326 |
| chawkins@chawkinslaw.com | (407) 843-3939 |
| Counsel for Plaintiff | jmenello@wickersmith.com |
| | alipsett@wickersmith.com |
| | atlcrtpleadings@wickersmith.com |
| | Counsel for Defendant Speedway LLC |