# EXHIBIT F

Case 1:23-mi-99999-UNA Document 2985-6 Filed 09/14/23 Page 2 of 2

E-FILED IN OFFICE - CL
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-03911-S6**
**8/18/2023 11:28 AM**
TIANA P. GARNER, CLERK

THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

ANITRICE ANDERSON,

    Plaintiff,

CASE NO. 23-C-03911-S6

v.

SPEEDWAY LLC, MARATHON
PETROLEUM CORPORATION LP,
and JOHN DOE(S) 1-2,

    Defendants.
_____/

## [PROPOSED] ORDER DISMISSING MARATHON PETROLEUM CORPORATION LP WITHOUT PREJUDICE

The Court, on considering the Consent Motion to Dismiss Fewer than all Parties and finding good cause for same, hereby **GRANTS** the Consent Motion. Defendant MARATHON PETROLEUM CORPORATION LP is hereby dismissed without prejudice.

SO ORDERED this 17th day of August, 2023.

_____
Judge Veronica Cope
State Court of Gwinnett County, Georgia

Prepared by:
Joseph P. Menello, Esq.
Georgia Bar No. 752378
Wicker Smith O'Hara McCoy & Ford, P.A.
jmenello@wickersmith.com