# EXHIBIT B

**IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA**

HOLIDAY HOSPITALITY FRANCHISING, LLC,

        Plaintiff,

        v.

RICK Q. LY a/k/a RICHARD QUAN LY,

        Defendant.

**Civil Action No.:** 23A02391

**NOTICE OF FILING NOTICE OF REMOVAL**

**TO:**   Clerk, State Court of DeKalb County, Georgia

Michael W. Tyler
Brittany Herbert
Bennett T. Richardson
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

Please take notice that Defendant, Rick Q. Ly a/k/a Richard Quan Ly ("Ly" or "Defendant"), has filed a Notice of Removal under 28 U.S.C. §§ 1441-1446 in the United States District Court for the Northern District of Georgia, Atlanta Division. A copy of the Notice of Removal is attached hereto as Exhibit "A."

Pursuant to the provisions of 28 U.S.C. §1446, the filing of the Notice of Removal by Defendant in United States District Court for the Northern District of Georgia affects the removal of this action from the State Court's jurisdiction, and the State Court "shall proceed no further unless and until the case is remanded" by the federal court. 28 U.S.C. § 1446.

Respectfully submitted this 14th day of September, 2023.

**TAYLOR ENGLISH DUMA LLP**

/s/ Matthew R. Rosenkoff
Matthew R. Rosenkoff, Esq.
Georgia Bar No. 842117
Michael S. Rosenthal
Georgia Bar No. 614750
1600 Parkwood Circle – Suite 200
Atlanta, Georgia 30339
(770) 434-6868
(770) 434-7376 (Facsimile)
mrosenkoff@taylorenglish.com
*Attorneys for Defendant*

**IN THE STATE COURT OF DEKALB COUNTY**
**STATE OF GEORGIA**

HOLIDAY HOSPITALITY FRANCHISING, LLC,

      Plaintiff,

      v.

RICK Q. LY a/k/a RICHARD QUAN LY,

      Defendant.

**Civil Action No.:** 23A02391

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *Notice of Filing Notice of Removal* by electronically filing via PeachCourt, which will send e-mail notification to all counsel of record as follows:

> Michael W. Tyler
> Brittany Herbert
> Bennett T. Richardson
> Kilpatrick Townsend & Stockton LLP
> 1100 Peachtree Street, Suite 2800
> Atlanta, GA 30309-4530

Respectfully submitted this 14th day of September, 2023.

**TAYLOR ENGLISH DUMA LLP**

/s/ Matthew R. Rosenkoff
Matthew R. Rosenkoff, Esq.
Georgia Bar No. 842117
Michael S. Rosenthal
Georgia Bar No. 614750
1600 Parkwood Circle – Suite 200
Atlanta, Georgia 30339
(770) 434-6868
(770) 434-7376 (Facsimile)
mrosenkoff@taylorenglish.com
*Attorneys for Defendant*

3