# EXHIBIT B

**U.S. Department of Justice**

Civil Rights Division

*Disability Rights Section – 4 Con*
*950 Pennsylvania Ave, NW*
*Washington, DC  20530*

August 8, 2023

**VIA EMAIL:teamior@justiceatwork.com; Kela@justiceatwork.com**

Cassandra Thompson c/o
Ianna Richardson, ESQ
Barrett & Farahang-Justice at Work
1175 Northmeadow, Pkwy#140 MSC 530092
Birmingham, AL  35203

| | | |
|---|---|---|
| Re: | EEOC Charge Against: | Cherokee County Division of Family & Children Services |
| | EEOC No.: | 410-2023-07786 |

Dear Ms. Thompson:

## NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge, and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you or your attorney has specifically requested this Notice, <u>you are hereby notified that you have the right to institute a civil action against the above-named respondent under Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et seq.  If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.</u>  This should not be taken to mean that the Department has made a judgment as to whether or not your charge is meritorious.

If you or your attorney has any questions concerning this matter or wish to inspect the investigative file, please address your inquiry to: Atlanta District Office, U.S. Equal Employment Opportunity Commission.

    Enclosed you will find a Notice of Rights under the ADA Amendments Act of 2008 (ADAAA). We are forwarding a copy of this Notice of Right to Sue to the Respondent in this case.

                                      Sincerely,
                                      Kristen Clarke
                                      Assistant Attorney General
                                      Civil Rights Division

BY: *Celeste A. Adams-Simmons*
                                      Celeste A. Adams-Simmons
                                      Senior Investigator
                                      Disability Rights Section

Enclosures:
    Notice of Rights under the ADAAA

cc:    Cherokee County Division of Family & Children Services
       EEOC- Atlanta District Office

2