## Case Information

23EV004334 | Jeffrey Allen vs. R.J. Corman Railroad Services, LLC.

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| 23EV004334 | State Court | Morrison, Jane |
| File Date | Case Type | Case Status |
| 07/19/2023 | PERSONAL INJURY | Open |

## Party

Plaintiff
Allen, Jeffrey

Address
P O Drawer 220
Rossville GA 30741

Active Attorneys ▾
Lead Attorney
ROYAL, CARSON
Retained

Defendant
R.J. Corman Railroad Services, LLC.

Address
c/o Registered Agent Solutions, Inc.
900 Old Roswell Lakes Pkwy #310
Roswell GA 30076

## Events and Hearings

07/19/2023 COMPLAINT ▾

Complaint

   Comment
   Complaint

07/19/2023 Discovery ▾

Discovery to Defendant

   Comment
   Discovery to Defendant

08/10/2023 Summons With Service ▾

Summons and seos

   Comment
   Summons and seos

08/11/2023 Service to Marshal/Process Server

08/11/2023 COMPLAINT ▾

Unserved

08/18/2023 SERVICE ▾

Black and White0727.pdf

   Comment
   RETURN OF SERVICE

# Financial

Allen, Jeffrey

| | | |
|---|---|---|
| Total Financial Assessment | | $272.00 |
| Total Payments and Credits | | $272.00 |

| | | | | | |
|---|---|---|---|---|---|
| 7/19/2023 | Transaction Assessment | | | | $222.00 |
| 7/19/2023 | File & Serve | Receipt # TCJT-498656 | Allen, Jeffrey | ($222.00) |

| 8/9/2023 | Transaction Assessment | | | $50.00 |
| 8/9/2023 | File & Serve | Receipt # TCJT-501280 | Allen, Jeffrey | ($50.00) |

## Documents

Complaint

Discovery to Defendant

Summons and seos

Black and White0727.pdf

GEORGIA, FULTON COUNTY

**State Court of Fulton County**
DO NOT WRITE IN THIS SPACE   \*\*\*EFILED\*\*\*
**File & ServeXpress**
Transaction ID: 70608520
Date: Aug 10 2023 02:39PM
Donald Talley, Chief Clerk
Civil Division

**STATE COURT OF FULTON COUNTY**
Civil Division

CIVIL ACTION FILE #: _____

_Jeffrey Allen_

_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

_R. J. Corman Railroad Services,_
_LLC and John Doe_

Defendant's Name, Address, City, State, Zip Code — _R. J. Corman Railroad Services, LLC_
_c/o Registered Agent Solutions Inc._
_900 Old Roswell Lakes Pkwy Suite 310_
_Roswell GA 30076_

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [✓] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | ••••••••• |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

**SUMMONS**

TO THE ABOVE NAMED DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: _Carson H. Rogal_
Address: _PO Drawer 839_
City, State, Zip Code: _Rossville GA 30741_            Phone No.: _706-861-0743_

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. DEFENSES MAY BE MADE & JURY TRIAL DEMANDED, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Donald Talley, Chief Clerk (electronic signature)

**SERVICE INFORMATION:**
Served, this _1st_ day of _Aug_, 20_23_.            _C. _____
                                                    DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

**WRITE VERDICT HERE:**
We, the jury, find for _____

_____

This _____ day of _____, 20____.   _____ Foreperson

(STAPLE TO FRONT OF COMPLAINT)

State Court of Fulton County
***EFILED***
File & ServeXpress
Transaction ID: 70432546
Date: Jul 19 2023 12:00AM
Donald Talley, Chief Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY

### STATE OF GEORGIA

| | | |
|---|---|---|
| JEFFREY ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | State Court Civil Action |
| | ) | File No_____ |
| vs. | ) | **JURY TRIAL DEMAND** |
| | ) | |
| R.J. CORMAN RAILROAD SERVICES, | ) | |
| LLC., and JOHN DOE, | ) | |
| | ) | |
| Defendants. | ) | |

### COMPLAINT FOR DAMAGES

COMES NOW JEFFREY ALLEN ("Plaintiff") in the above styled action, and by and through her undersigned counsel files this Complaint for Damages, and shows the Court the following:

### STATEMENT OF JURISDICTION AND VENUE

1.

Plaintiff voluntarily subjects himself to the jurisdiction and venue of the Court by filing this Complaint for Damages.

2.

Defendant R.J. CORMAN RAILROAD SERVICES, LLC. committed tortious acts or omissions and may be served with the Summons and a copy of the Complaint through its registered agent, Registered Agent Solutions, Inc., 900 Old Roswell Lakes Parkway Suite 310, Roswell, GA 30076.

3.

Defendant R.J. Corman Railroad Services, LLC. committed tortious acts or omissions on or about October 4, 2021, on the premises of the R.J. Corman Railroad Services, LLC. store it owned and occupied located at the Chickamauga GA train yard located in Chickamauga,

1

Walker County, Georgia.

4.

Defendant R.J. Corman Railroad Services, LLC. is subject to the jurisdiction and venue of this Court.

5.

Defendant JOHN DOE, (hereinafter, John Doe), whose true name is unknown to Plaintiff, committed tortious acts or omissions on October 4, 2021, at the Chickamauga train yard in Chickamauga GA. He will be properly served with process upon his identity being ascertained.

## FACTS OF THE CASE

6.

Plaintiff re-alleges and incorporates paragraphs 1 through 5 above, and further alleges as follows.

7.

On or before October 4, 2021, Defendant completed maintenance on the railroad located at the Chickamauga train yard, (hereafter "the Premises").

8.

On October 4, 2021, Defendant occupied the Premises.

9.

On or about October 4, 2021, Plaintiff was a working on the Premises for his employer, Shaw Industries.

10.

On or about October 4, 2021, John Doe was an employee of Defendant R.J. Corman Railroad Services, LLC. and worked on the Premises.

11.

2

On or about October 4, 2021, Plaintiff had tripped and fell on a metal spacer.

12.

Defendant failed to adequately maintain their workspace.

13.

Defendant failed to clean up the materials.

14.

Defendant's employees were aware of the materials.

15.

As a result of Plaintiff's fall, he sustained injuries to his back.

## NEGLIGENCE OF DEFENDANT

16.

Plaintiff re-alleges and incorporates paragraphs 1 through 15 above, and further alleges as follows.

17.

Defendant owed a duty to Plaintiff to exercise that degree of care exercised by an ordinarily prudent person under the same or similar circumstances to protect Plaintiff from non-obvious dangerous conditions.

18.

Defendant breached the above stated duty of care owed Plaintiff in that Defendant failed to clean up their construction material.

19.

The Defendant's knowledge of the dangerous condition was superior to that of the Plaintiff's knowledge.

20.

Plaintiff exercised all ordinary care owed under the circumstances.

3

21.

As a result of its above-described breach of the duty of care to Plaintiff, Defendant was negligent.

22.

The negligent acts and omissions of the agent(s) of Defendant's employees may be imputed to Defendant by the doctrine of respondeat superior.

23.

As a direct, substantial and proximate result of the negligence of Defendant, Plaintiff sustained physical injuries and has incurred expenses for medical attention and lost wages. Plaintiff's medical bills are currently unknown, but the Plaintiff will amend this complaint to disclose said amount when the time is appropriate.

24.

As a further direct, substantial and proximate result of the negligence of Defendant, there is a reasonable probability that Plaintiff will incur future medical expenses and lost wages. The exact amount of these future medical expenses and lost wages is not known at this time.

25.

As a further direct, substantial and proximate result of the negligence of Defendant, Plaintiff has endured and continues to endure, mental and physical pain and suffering. There is a reasonable probability that his injuries will result in continued pain and suffering as well as permanent disability and impairment.

**WHEREFORE**, Plaintiff prays for the following:

1. That the Summons shall issue and that Defendants be served with the Summons and a copy of this Complaint as provided by law,

2. That this case be tried before a fair and impartial jury,

3. That Plaintiff be awarded $70,000.00 for special damages, including medical expenses

4

and lost wages, and

4.    General damages including compensation for past and future pain and suffering in an amount to be determined by the enlightened conscience of a fair and impartial jury, and

5.    For such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted this 10th day of _____, 2023.

CARSON A. ROYAL
GA Bar No. 964008
Attorney for Plaintiff

HARRISS HARTMAN LAW FIRM, P.C.
Carson Royal
P.O. Drawer 220
Rossville, GA 30741
(706) 861-0203
(706) 861-6838 (Facsimile)
Email: carson.royal@harrisshartman.com

5

```
PATIENT NO:        ▓▓▓▓▓▓    PARKRIDGE MED CTR INC    BILLING DATE    PAGE   1    00031
MED REC NO:        ▓▓▓▓      2333 MCCALLIE AVE        10/12/21
GUARANTOR NO:
PATIENT:                     CHATTANOOGA                      TN ▓▓3258   ADMITTED    DISCHARGED
ALLEN JEFFREY PAUL                                                       10/05/21    10/05/21


PAY TO ADDRESS:    DBA PARKRIDGE MED CTR
                   PO BOX 402620
                   ATLANTA
                   GA 303842620


BILL TO:
    ALLEN JEFFREY PAUL                   EMERGENCY                   FC=04
    ▓▓▓▓▓▓▓▓▓▓▓▓                          ADMIT THRU DISCHARGE CLAIM
    ▓▓▓▓▓▓▓▓      ▓▓
    ▓▓▓▓▓▓


DATE OF  BATCH      F    NDC/CPT-4/
SERVICE  REF   DEPT S PROC    HCPCS        QTY SERVICE DESCRIPTION        CHARGES

   352-CT SCAN/BODY
100521 05B056  0726    315335   72125        1 CT C-SPINE W/O CONTRAS    4835.80
                                               SUBTOTAL:                 4835.80
   450-EMERG ROOM
100521 07B385  0780    319041   99284        1 LVL 4 EMER DEPT           1051.55
                                               SUBTOTAL:                 1051.55


                                    TOTAL ANCILLARY CHARGES    5887.35


                                      TOTAL CHARGES    5887.35
                                          PAYMENTS         .00
                                       ADJUSTMENTS         .00
                                          BALANCE     5887.35
```

INSURANCE BENEFITS ASSIGNED TO
PARKRIDGE MEDICAL CENTER.

```
PATIENT NO:        ▆▆▆▆       PARKRIDGE MED CTR INC     BILLING DATE    PAGE   2    00031
MED REC NO:          ▆▆▆▆     2333 MCCALLIE AVE         10/12/21
GUARANTOR NO:
PATIENT:                      CHATTANOOGA                    TN  ▆▆▆3258    ADMITTED    DISCHARGED
ALLEN JEFFREY PAUL                                                         10/05/21    10/05/21
```

```
                    DEPARTMENTAL CHARGE SUMMARY
            DEPT        DESCRIPTION              AMOUNT

            0726     CT                          4,835.80
            0780     EMERGENCY ROOM              1,051.55

                    REVENUE CHARGE SUMMARY
        REV CD DESCRIPTION            BILLABLE   NON-BILLABLE        TOTAL

        0352   CT SCAN/BODY           4,835.80          .00      4,835.80
        0450   EMERG ROOM             1,051.55          .00      1,051.55


            TOTAL CHARGES:    5,887.35
            TOTAL PAYMENTS:        .00
            TOTAL ADJUST:          .00
```

SE TENNESSEE EMERG PHYS, PLLC
PO BOX 37988
PHILADELPHIA, PA 19101-7988

DGE

**STATEMENT OF ACCOUNT** ( D )   Page 1

Statement Date: 07/18/22

TAX ID# ████7733
████████6332-00
#BWNJFDB
████████████49453#
JEFFREY P ALLEN
████████████
████████████

| Account Number: | ████████████████ |
| Patient Name: | JEFFREY P ALLEN |

Amount You Owe:   $0.00

Services provided at:

**PARKRIDGE MEDICAL CENTER - 2333 MCCALLIE AVENUE - CHATTANOOGA TN 37404-3258**

| Date of Service | CPT Code | Description | Provider | Charges | Payments or Adjustments | Explanation | Amount You Owe |
|---|---|---|---|---|---|---|---|
| 12/05/2021 | 99284 | EMERGENCY EVAL & MGMT (LVL 4) | DR. CUNNINGHAM | $1,198.00 | $1,198.00 | 1,2,3 | $0.00 |

1. WORKERS COMP CONTRACTUAL ALLOWANCE
2. WORKERS COMP PAYMENT
3. WORKERS COMP PD/30 BALANCE/NEW OF PAYOR. NO NEW ACTION

| Total Charges: | $1,198.00 |
| Current Patient Responsibility: | $0.00 |

Insurance Information:
Insurance 1: WORKERS COMP GEORGIA - WORKERS COMPENSATION

RADIOLOGY ALLIANCE PC
P O BOX 440166
NASHVILLE TN 37244-0166
(800) 475-6112

Patient:
   Acct #: ████████
   ALLEN,JEFFREY PAUL
   ███████████████████
   ███████████████████

Responsible party:
   ALLEN, JEFFREY PAUL
   ███████████████

| Srvc. Date | Proced | Proc. Description | Charge | Balance | Physician |
|---|---|---|---|---|---|
| 10/05/2021 | 72125 | CT CRV SPI C-MATRL | $535.00 | $0.00 | GALLAGHER, THOMAS |

Payment Information
   Insurance Payment: 12/01/2021 of $84.53   Adjustment: $450.47

| 10/05/2021 | G9637 | FINAL REPORTS WITH DOCUM | $0.00 | $0.00 | GALLAGHER, THOMAS |

Payment Information
   Insurance Payment: 10/18/2021 of $0.00   Adjustment: $0

                              TOTAL BALANCE: $0.00
                              Print Date: 10/26/2022

Reproduced: Wednesday, October 26, 2022 04:13:00 PM (sylvana.ramirez)

HARRISS AND HARTMAN
200 MCFARLAND AVE PO DRAWER 220
ROSSVILLE GA 30741

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA

| 1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
ALLEN JEFFERY P

3. PATIENT'S BIRTH DATE **1966** SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
ALLEN JEFFERY P

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY                STATE

8. RESERVED FOR NUCC USE

CITY              STATE

ZIP CODE          TELEPHONE (Include Area Code)

ZIP CODE          TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
NONE

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  ☐ YES ☐ NO

a. INSURED'S DATE OF BIRTH **1966** SEX M ☒ F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  ☐ YES ☐ NO   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  ☐ YES ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  ☐ YES ☐ NO  If yes, complete items 9, 9a, and 9d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED **SIGNATURE ON FILE**   DATE **06/05/2022**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  QUAL.

15. OTHER DATE  QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM          TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DR JAMES M OSBORN MD

17a.
17b. 1366417396

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM          TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  ☐ YES ☐ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. 0

A. L M48.42   B. L M48.02   C. L M54.10   D. L M54.51
E. L M51.37   F. L M54.17   G. L          H. L

22. RESUBMISSION CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 28 22  04 28 22 | 11 | 99204  25 | ABC | 651 00 | | | NPI | 1366417396 |
| 2 | 04 28 22  04 28 22 | 11 | 72110 | DEF | 213 00 | | | NPI | 1366417396 |
| 3 | 04 28 22  04 28 22 | 11 | 1036F | ABC | 0 00 | | | NPI | 1366417396 |
| 4 | 04 28 22  04 28 22 | 11 | G8484 | ABC | 0 00 | | | NPI | 1366417396 |
| 5 | 04 28 22  04 28 22 | 11 | G9999 | ABC | 0 00 | | | NPI | 1366417396 |
| 6 | 04 28 22  04 28 22 | 11 | | ABC | | | | NPI | 1366417396 |

25. FEDERAL TAX I.D. NUMBER  SSN EIN
834746743

26. PATIENT'S ACCOUNT NO.
12644

27. ACCEPT ASSIGNMENT?
☐ YES ☐ NO

28. TOTAL CHARGE
$ 864 00

29. AMOUNT PAID

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
JAMES M OSBORN, M.D.
SIGNED          DATE 05/05/22

32. SERVICE FACILITY LOCATION INFORMATION
COMPREHENSIVE SPINE INSTITUTE
1206 POINTE CENTRE DR SUITE 110
CHATTANOOGA TN 37421-1143
1881256048

33. BILLING PROVIDER INFO & PH #   423  5415990
COMPREHENSIVE SPINE INSTITUTE
1206 POINTE CENTRE DRIVE
CHATTANOOGA TN 37421-1143
1881256048

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    CR061657    APPROVED OMB-0938-1197 FORM 1500 (02-12)

HARRISS AND HARTMAN
200 MCFARLAND AVE PO DRAWER 220
ROSSVILLE GA 30741

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | PICA |
|---|---|---|

1. MEDICARE ☐ MEDICAID ☐ TRICARE ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☒ FECA BLK LUNG ☐ OTHER ☐   1a. INSURED'S I.D. NUMBER (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
ALLEN, JEFFERY P

3. PATIENT'S BIRTH DATE 1966   SEX M ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
ALLEN, JEFFERY P

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY ........ STATE

8. RESERVED FOR NUCC USE

CITY ........ STATE

ZIP CODE ........ TELEPHONE (Include Area Code)

ZIP CODE ........ TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
NONE

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH 1966   SEX M ☒ F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? ☐ YES ☒ NO   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? ☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE 05/05/2022

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)   QUAL.

15. OTHER DATE   QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DR. JAMES M OSBORN MD   17b. NPI 1366417396

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? ☐ YES ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. 0
A. M43.12   B. M48.02   C. M54.40   D. M54.51
E. M54.37   F. M54.17

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From — To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 28 22  04 28 22 | 11 | | G0903 | ABC | 0.00 | 1 | | NPI | 1366417396 |
| 2 | 04 28 22  04 28 22 | 11 | | G9744 | ABC | 0.00 | 1 | | NPI | 1366417396 |
| 3 | 04 28 22  04 28 22 | 11 | | G8447 | ABC | 0.00 | 1 | | NPI | 1366417396 |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
934747742

26. PATIENT'S ACCOUNT NO.
120411

27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO

28. TOTAL CHARGE

29. AMOUNT PAID

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
JAMES M OSBORN, M.D.
SIGNED   DATE 05/05/22

32. SERVICE FACILITY LOCATION INFORMATION
COMPREHENSIVE SPINE INSTITUTE
1206 POINTE CENTRE DR SUITE 110
CHATTANOOGA TN 37421-4143
1881256048

33. BILLING PROVIDER INFO & PH # ( 423 ) 5415990
COMPREHENSIVE SPINE INSTITUTE
1206 POINTE CENTRE DRIVE
CHATTANOOGA TN 37421-4143
1881256048

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   CR051657   APPROVED OMB-0938-1197 FORM 1500 (02-12)

11/02/2022   14:09                                  (FAX)                                        P.0017/0021

Make Checks Payable To:

Prime Imaging Chattanooga Outpatient Ctr
1604 Gunbarrel Road
Chattanooga, TN 37421-3125
USA
STATEMENT

| IF PAYING BY CREDIT CARD, FILL OUT BELOW | | | |
|---|---|---|---|
| CHECK CARD USING FOR PAYMENT | | | |
| ☐ American Express | ☐ Discover | ☐ Mastercard | ☐ Visa |
| CARD NUMBER | | CVV | AMOUNT |
| SIGNATURE | | | EXP. DATE |
| STATEMENT DATE | PAY THIS AMOUNT | | ACCOUNT NBR |
| 10/26/2022 | $193.82 | | |
| SHOW AMOUNT PAID HERE $ | | | |

ADDRESSEE:
Allen, Jeffrey

REMIT TO:
Prime Imaging Chattanooga Outpatient Ctr
1804 Gunbarrel Road
Chattanooga, TN 37421-3125
USA

☐ Please check box if above address is incorrect or insurance
information has changed and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
Thank You Prime Imaging COC

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
|---|---|---|---|---|---|
| 10/05/22 | ENCOUNTER 264895 FOR ALLEN, JEFFREY WITH MCPHERSON MD, GARTH | | | | |
| 10/05/22 | 74176 - CT ABD/PELVIS WO CONT | $556.00 | | $193.82 | |
| 10/05/22 | SB Patient Pay Credit Card | -$50.00 | | | |
| 10/25/22 | SB COMMERCIAL PYMT (PR1 (Applied To Deductible)) | $0.00 | | | |
| 10/25/22 | SB COMMERCIAL CONT ADJ (PR1 (Applied To Deductible)) | -$312.18 | | | |
| 10/05/22 | G9637 - DOSE REDUCTION TECHNIQUES MET | $0.01 | $0.01 | | |
| 10/25/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 10/25/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| | ENCOUNTER TOTAL | $193.83 | $0.01 | $193.82 | $193.83 |

PAY ON LINE AT PRIMEIMAGING.COM
The balance is patient responsibility and is now due.

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
|---|---|---|---|---|---|---|
| | $193.83 | $0.00 | $0.00 | $0.00 | $0.00 | $193.83 |

MESSAGE:
for questions regarding this statement, please call 423-760-4875

| Please Pay This |
|---|
| AMOUNT >>>> $193.82 |

** PAYMENT DUE UPON RECEIPT *THANK YOU **
STATEMENT

Page: 1 of 1

11/02/2022   14:09                                                    (FAX)                                    P.0018/0021

**Make Checks Payable To:**

Prime Imaging Chattanooga Outpatient Ctr
1604 Gunbarrel Road
Chattanooga, TN 37421-3125
USA
STATEMENT

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
|---|
| CHECK CARD USING FOR PAYMENT |

☐ American Express   ☐ Discover   ☐ Mastercard   ☐ Visa

| CARD NUMBER | | CVV | AMOUNT |
|---|---|---|---|
| SIGNATURE | | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 10/26/2022 | $0.00 | |

SHOW AMOUNT PAID HERE $

ADDRESSEE:
Allen, Jeffrey

USA

REMIT TO:
Prime Imaging Chattanooga Outpatient Ctr
1604 Gunbarrel Road
Chattanooga, TN 37421-3125
USA

☐ Please check box if above address is incorrect or insurance information has changed and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
Thank You Prime Imaging COC

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
|---|---|---|---|---|---|
| 01/06/22 | ENCOUNTER 249389 FOR ALLEN, JEFFREY WITH BUSCH MD, JAMES | | | | |
| 01/06/22 | G9500 - RADIATION EXPOSURE INDICES | $0.01 | | | |
| 01/24/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 02/14/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 02/14/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 03/21/22 | SB COMMERCIAL CONT ADJ | -$0.01 | | | |
| 03/21/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 04/03/22 | SB Commercial Credit Card Payment | $0.00 | | | |
| 01/06/22 | Q9967.M (QTY 10.00) - ISOVUE 300-399 mg/ml | $20.00 | | | |
| 01/24/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 02/14/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 02/14/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 03/21/22 | SB COMMERCIAL CONT ADJ | -$20.00 | | | |
| 03/21/22 | SB Commercial Credit Card Payment | $0.00 | | | |
| 04/03/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/06/22 | 62305 - RF MYELOGRAM 2 OR MORE REGIONS | $736.00 | | | |
| 01/24/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL PYMT | $0.00 | | | |

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
|---|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MESSAGE:
for questions regarding this statement, please call 423-760-4875

|>>>> Continued |

** PAYMENT DUE UPON RECEIPT *THANK YOU **
STATEMENT

**Make Checks Payable To:**

Prime Imaging Chattanooga Outpatient Ctr
1604 Gunbarrel Road
Chattanooga, TN 37421-3125
USA
STATEMENT

IF PAYING BY CREDIT CARD, FILL OUT BELOW

CHECK CARD USING FOR PAYMENT

American Express    Discover    Mastercard    Visa

| CARD NUMBER | | CVV | AMOUNT |
|---|---|---|---|
| SIGNATURE | | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 10/20/2022 | $0.00 | |

SHOW AMOUNT PAID HERE $

ADDRESSEE:

Allen, Jeffrey
USA

REMIT TO:

Prime Imaging Chattanooga Outpatient Ctr
1604 Gunbarrel Road
Chattanooga, TN 37421-3125
USA

☐ Please check box if above address is incorrect or insurance
information has changed and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
Thank You Prime Imaging COC

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
|---|---|---|---|---|---|
| 01/31/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 02/14/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 02/14/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 03/21/22 | SB Commercial Credit Card Payment | -$293.39 | | | |
| 03/21/22 | SB COMMERCIAL CONT ADJ | -$442.61 | | | |
| 04/03/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| 01/06/22 | ENCOUNTER 249369 FOR ALLEN, JEFFREY WITH KING, COLLIER DO | | | | |
| 01/06/22 | 72132L - CT LUMBAR POST MYELOGRAM | $627.00 | | | |
| 01/24/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/24/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 02/14/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 02/14/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 03/21/22 | SB COMMERCIAL CONT ADJ | -$416.80 | | | |
| 03/21/22 | SB Commercial Credit Card Payment | -$210.20 | | | |
| 04/03/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/06/22 | 72126C - CT CERVICAL POST MYELOGRAM | $629.00 | | | |
| 01/24/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/24/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 02/14/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 02/14/22 | SB COMMERCIAL PYMT | $0.00 | | | |

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
|---|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MESSAGE:
for questions regarding this statement, please call 423-760-4676

>>>> Continued

** PAYMENT DUE UPON RECEIPT *THANK YOU **
STATEMENT

11/02/2022   14:10                                (FAX)                           P.0020/0021

**Make Checks Payable To:**

Prime Imaging Chattanooga Outpatient Ctr
1604 Gunbarrel Road
Chattanooga, TN 37421-3125
USA
STATEMENT

| IF PAYING BY CREDIT CARD, FILL OUT BELOW | | |
|---|---|---|
| CHECK CARD USING FOR PAYMENT | | |
| ** American Express  ☐ Discover  ☐ Mastercard  ☐ Visa | | |
| CARD NUMBER | CVV | AMOUNT |
| SIGNATURE | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 10/26/2022 | $0.00 | |
| SHOW AMOUNT PAID HERE $ | | |

**ADDRESSEE:**
Allan, Jeffrey

USA

**REMIT TO:**
Prime Imaging Chattanooga Outpatient Ctr
1604 Gunbarrel Road
Chattanooga, TN 37421-3125
USA

☐ Please check box if above address is incorrect or insurance
information has changed and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
Thank You Prime Imaging COG

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
|---|---|---|---|---|---|
| 03/21/22 | SB COMMERCIAL CONT ADJ | -$418.80 | | | |
| 03/21/22 | SB Commercial Credit Card Payment | -$210.20 | | | |
| 04/03/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/06/22 | G9637 - DOSE REDUCTION TECHNIQUES MET | $0.01 | | | |
| 01/24/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/24/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 02/14/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 02/14/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 03/21/22 | SB Commercial Credit Card Payment | $0.00 | | | |
| 03/21/22 | SB COMMERCIAL CONT ADJ | -$0.01 | | | |
| 04/03/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/06/22 | G9637 - DOSE REDUCTION TECHNIQUES MET | $0.01 | | | |
| 01/24/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/24/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 01/31/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 02/14/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 02/14/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 03/21/22 | SB COMMERCIAL CONT ADJ | -$0.01 | | | |
| 03/21/22 | SB Commercial Credit Card Payment | $0.00 | | | |
| 04/03/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |

PAY ON LINE AT PRIMEIMAGING.COM

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
|---|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MESSAGE:
for questions regarding this statement, please call 423-760-4875

| Please Pay This |
|---|
| AMOUNT >>>> $0.00 |

** PAYMENT DUE UPON RECEIPT *THANK YOU **
STATEMENT

11/02/2022   14:10                                                            (FAX)                                          P.0021/0021

**Make Checks Payable To:**

Prime Imaging Chattanooga Outpatient Ctr
1604 Gunbarrel Road
Chattanooga, TN 37421-3125
USA
STATEMENT

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
| --- |
| CHECK CARD USING FOR PAYMENT |

| ☐ American Express | ☐ Discover | ☐ Mastercard | ☐ Visa |
| --- | --- | --- | --- |

| CARD NUMBER | CVV | AMOUNT |
| --- | --- | --- |

| SIGNATURE | EXP. DATE |
| --- | --- |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
| --- | --- | --- |
| 10/26/2022 | $0.00 |  |

SHOW AMOUNT PAID HERE $

**ADDRESSEE:**

Allen, Jeffrey
▓▓▓▓▓▓▓▓▓
USA

**REMIT TO:**

Prime Imaging Chattanooga Outpatient Ctr
1604 Gunbarrel Road
Chattanooga, TN 37421-3125
USA

☐ Please check box if above address is incorrect or insurance
information has changed and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
Thank You Prime Imaging COC

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
| --- | --- | --- | --- | --- | --- |
| 12/09/21 | ENCOUNTER 247881 FOR ALLEN, JEFFREY WITH KADRIE MD, TARECK | | | | |
| 12/09/21 | 95886 - EMG W/NERVE CONDUCTION, COMPLETE | $255.00 | $255.00 | | |
| 01/18/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/18/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 04/28/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 04/28/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 05/04/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 05/04/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 12/09/21 | 95910 - Nerve Conduction 7-8 | $551.00 | $551.00 | | |
| 01/18/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 01/18/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 04/28/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| 04/28/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 05/04/22 | SB COMMERCIAL CONT ADJ | $0.00 | | | |
| 05/04/22 | SB COMMERCIAL PYMT | $0.00 | | | |
| | ENCOUNTER TOTAL | $806.00 | $806.00 | $0.00 | $806.00 |

PAY ON LINE AT PRIMEIMAGING.COM
The balance is patient responsibility and is now due.

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
| --- | --- | --- | --- | --- | --- | --- |
| ▓▓▓▓▓▓▓ | $806.00 | $0.00 | $0.00 | $0.00 | $0.00 | $806.00 |

MESSAGE:
for questions regarding this statement, please call 423-760-4875

| Please Pay This AMOUNT >>>> $0.00 |
| --- |

** PAYMENT DUE UPON RECEIPT **THANK YOU **
STATEMENT

Page: 1 of 1

State Court of Fulton County
***EFILED***
File & ServeXpress
Transaction ID: 70432546
Date: Jul 19 2023 12:00AM
Donald Talley, Chief Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY

### STATE OF GEORGIA

JEFFREY ALLEN,

  Plaintiff,

vs.

R.J. CORMAN RAILROAD SERVICES,
LLC., and JOHN DOE,

  Defendants.

  State Court Civil Action
  File No_____
  **JURY TRIAL DEMAND**

### PLAINTIFF'S FIRST INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSIONS TO DEFENDANT R.J. CORMAN RAILROAD SERVICES, LLC.

NOW COMES Jeffrey Allen, Plaintiff in the above-styled action, and, pursuant to O.C.G.A. § 9-11-26, 9-11-33, 9-11-34 and 9-11-36, serves upon Defendant R.J. Corman Railroad Services, LLC. ("Defendant") his First Interrogatories, Request for Production of Documents and Request for Admissions and requests that they be answered fully in writing and under oath within the time provided by the Georgia Civil Practice Act.

### DEFINITIONS AND INSTRUCTIONS

1. The terms "document" and "documents" shall be used in their broadest sense and shall mean and include, but not be limited to, all writings of any kind, nature and character, including electronically stored information, such as electronic mail ("e-mail").

2. The term "person(s)" means any natural person, partnership, corporation, joint venture, proprietorship, association, governmental entity, agency, group, organization or group of persons.

3. These discovery requests shall be deemed continuing in nature to the extent permitted by Rule 26(e) of the Georgia Civil Practice Act, and you are specifically required to serve supplemental answers if you later obtain (a) information regarding the identity and location of

persons having knowledge of discoverable matters; or (b) information upon the basis of which (i) you know that an answer was incorrect when made; or (ii) you know that an answer, though correct when made, is no longer true, and the circumstances are such that a failure to amend your answer is in substance a knowing concealment.

4. In the event that the attorney-client privilege, the work product privilege, or any other claim of privilege is asserted with respect to any information requested in these Interrogatories, or any document, the identification of which is sought by these Interrogatories, then as to each such item of information or document subject to such assertion, you shall supply in writing a specific basis for the assertion of the privilege or claim and an identification of such information or documents with sufficient specificity to permit the Court to reach a determination in the event of a motion to compel as to the applicability of the asserted privilege.

## INTERROGATORIES

1.

Identify every person involved in preparing the responses to these interrogatories and/or in providing information used in responding to these interrogatories.

2.

In accordance with O.C.G.A. §9-11-26(b)(4)(A), state the name and address of each person whom you expect to call as an expert witness at the trial of this case, state the subject matter on which the expert is expected to testify, the substance of the facts and opinions to which the expert is expected to testify, and a summary of the grounds of each such opinion.

3.

In accordance with O.C.G.A. §9-11-26(b)(2), identify every insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a

2

judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

4.

Please identify each person that you believe has personal knowledge and/or other information relating to the October 4, 2021 incident giving rise to the above-styled civil action (hereinafter referred to as "the Incident") and/or any of the facts alleged in the Complaint filed on behalf of Plaintiff in this civil action.  State briefly the nature of each person's knowledge and/or information.

5.

Please identify every person from whom you have obtained statements in any form regarding the Incident and/or any of the facts alleged in the Complaint.  For each person identified, provide the person's name, last known address, last known telephone number, last known employer and job title. Please also identify each person who prepared, participated in, or heard such statements.

6.

Please list all communications that you, or any representative on your behalf, have had with Plaintiff.

7.

Please list all communications that you, or any representative on your behalf, have had with any person other than Plaintiff which relate to the Incident.

8.

Please identify: (a) any eyewitnesses to the Incident; (b) any person who had any communication with Plaintiff after the Incident; and (c) any person involved in any post-Incident investigation.

9.

Please identify all persons who were responsible for constructing, inspecting, fixing, repairing and/or maintaining the train yard on the Premises on October 4, 2021.

10.

Identify all documents you generated which are related to the Incident .

11.

Identify all documents you have obtained from any third party which are related to the Incident and/or the claims asserted in the present lawsuit, including, but not limited to, documents related to any medical treatment Plaintiff has received. This includes any witness statements, incident reports, and/or photographs.

12.

Identify all photographs and/or video recordings (whether or not such photographs and/or video recordings are still in existence) depicting the area on the Premises where Plaintiff fell on October 4, 2021.  This interrogatory includes any photo of the area taken at any time before or after Plaintiff's fall.

13.

Identify all photographs and/or video recordings (whether or not such photographs and/or video recordings are still in existence) depicting Plaintiff on October 4, 2021, or anytime thereafter.

14.

4

Are you aware of any instance prior to October 4, 2021, in which any individual reported hazardous conditions in or on the train yard?  If so:

    (a)  Identify all such instances by date and the location;

    (b)  Identify all documents related to such instance;

    (c)  Describe all actions taken by you or any third party to repair or remediate the hazardous condition;

    (d)  State whether any person was injured due to a reported hazardous condition;

    (e)  State whether such person made any claim for personal injury; and

    (f)  Identify such person(s).

15.

Describe all repairs or inspections made to the area of the train yard of the Premises after Plaintiff tripped on October 4, 2021.  Your response should include the identity of all persons involved in making such repairs or inspections.

16.

Please state with specificity when and from what information Defendants first anticipated litigation in this case.

## REQUEST FOR PRODUCTION OF DOCUMENTS

1.

Please produce any and all documents that are identified in your responses to Plaintiff's First Continuing Interrogatories to Defendant.

2.

5

Please produce any and all documents in your possession, custody or control which relate to Plaintiff.

3.

Please produce any and all documents in your possession, custody, or control which relate to the October 4, 2021 incident (hereinafter "the Incident") in which Plaintiff tripped at the Chickamauga train yard located in Chickamauga, Georgia, ("the Premises").

4.

Please produce any reports related to this Incident.

5.

Please produce all documents related to Plaintiff and/or the Incident which you obtained or received from any third party as a result of any request for documents, whether formal or informal, made by you or any of your representatives.

6.

Please produce a copy of all documents that pertain, relate to, or discuss the claims asserted in the Complaint filed by Plaintiff in the above-styled action.

7.

Please produce any and all documents which have been furnished by you or your counsel to your expert witness.

8.

Please produce all expert reports related to the claims asserted in the Complaint.

9.

Please produce any written job descriptions which describe any obligations any person had

in relation to the repairs, inspection, or maintenance of the train yard in which the Plaintiff fell which were in effect on October 4, 2021.

10.

Please produce any statements made by Plaintiff.

11.

Please produce all documents you have obtained from any third party which are related to the claims asserted in the present lawsuit, including, but not limited to, documents related to Plaintiff's injuries.

12.

Please produce all photographs and/or video recordings depicting the area where Plaintiff was injured on October 4, 2021.

13.

Please produce all photographs and/or video recordings in your possession, custody, or control depicting Plaintiff.

14.

Please produce all photographs and/or video depicting the area at-issue in this case.

15.

Please produce all documents which evidence any communications between Plaintiff, or his representatives, and you, or your representatives.

16.

Please produce all documents which evidence any communications between you and any person other than Plaintiff regarding the Incident, or any injuries sustained by Plaintiff as a result

7

of the Incident.

18.

Please produce all documents which memorialize, reference, and/or relate to any repairs, inspections or maintenance of the train yard at Chickamauga, Georgia at issue in this case.

## REQUEST FOR ADMISSIONS

1.

Please admit that you were responsible for the maintenance and cleaning of the premises located at the Chickamauga train yard located in Chickamauga, Georgia, ("the Premises").

2.

Please admit that you were responsible for cleaning or maintaining the Chickamauga train yard in Chickamauga, Georgia  on October 4, 2021.

3.

Please admit that after Plaintiff tripped on the Premises, you arranged to have the area cleaned up.

4.

Please admit that you prepared a written report regarding the incident.

5.

Please admit that there were no warning or caution signs in the area at the time of the incident.

6.

Please admit that you had a video surveillance system in place on the Premises on October 4, 2021.

7.

8

Please admit that your video surveillance system was operating on October 4, 2021.

8.

Please admit that the incident was captured on video.

This __19th__ day of _____July_____, 2023.

HARRISS HARTMAN LAW FIRM, P.C.

Carson A. Royal
GA Bar No. 964008
Attorney for Plaintiff

9

State Court of Fulton County
**E-FILED**
23EV004334
8/15/2023 9:03 AM
Donald Talley, Clerk
Civil Division

# STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

23EV004334

Jeffrey Allen
c/o Harriss & Hartman Law Firm
PO Drawer 220
Rossville GA 30741

Attorney or Plaintiff Name and Address

DO NOT WRITE IN THIS SPACE

RECEIVED
AUG 15 RECD

Jeffrey Allen
c/o Drawer 220
Rossville GA 30741

**Name and Address of PLAINTIFF**

vs.

R.J. Corman Railroad Servic
LLC c/o Registered Agent
Solutions Inc. 900 Old Roswell
Lakes Pkwy E 310
Roswell GA 30076

**Name and Address of DEFENDANT**

## MARSHAL'S ENTRY OF SERVICE

| | |
|---|---|
| **PERSONAL** | **GEORGIA, FULTON COUNTY**<br>I have this day served the defendant(s) _____<br>_____ personally, with a copy of the within action and summons<br>This _____ day of _____<br>**DEPUTY MARSHAL** |
| **NOTORIOUS** | **GEORGIA, FULTON COUNTY**<br>I have this day served the defendant(s) _____<br>By leaving a copy of the action and summons at his/their most notorious place of abode in said County.<br>Delivered same in hands of _____ a<br>_____ described as follows:<br>Age, about _____ years; weight, about _____ lbs; height, about _____ ft. _____ in.,<br>Domiciled at the residence of the defendant(s).<br>This _____ day of _____<br>**DEPUTY MARSHAL** |
| **CORPORATION** | **GEORGIA, FULTON COUNTY**<br>Served the defendant _R.J. Corman Railroad Servic LLC_, a corporation, by leaving a copy<br>of the within action and summons with _Pat Stany @ 1115_ in charge of the office and doing<br>business of said corporation, in Fulton County, Georgia.<br>This _15_ day of _August_ _2023_ _C. Lockwood 433_<br>**DEPUTY MARSHAL** |
| **BETTER ADDRESS** | **GEORGIA, FULTON COUNTY**<br>Diligent search made and the defendant(s) _____<br>Not to be found in the jurisdiction of said Court for the following reason: _____ |
| **NON-EST** | Please furnish this office with a new service form with the correct address.<br>This _____ day of _____<br>**DEPUTY MARSHAL** |

1 copy for court's records + 1 copy to be returned to Plaintiff after service attempted



529986