IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JEFFREY ALLEN, | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CIVIL ACTION ) |
| R.J. CORMAN RAILROAD SERVICES, LLC, | ) FILE NO. 23EV004334 ) ) |
| **Defendant.** | ) ) ) |

## NOTICE OF FILING NOTICE OF REMOVAL

COMES NOW Defendant R.J. Corman Railroad Services, LLC ("Defendant"), and respectfully notifies the Court that, pursuant to the provisions of 28 U.S.C. §§ 1441, and 1446, Defendant has on this 14th day of September, 2023, filed with the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division, a Notice of Removal to remove Civil Action File No. 23EV004334 from the State Court of Fulton County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division. A copy of said Notice of Removal is attached hereto as **Exhibit A**.

Respectfully submitted, this 14th day of September, 2023.

/s/ *Grace B. Callanan*
Grace B. Callanan
Georgia Bar No. 909597
gcallanan@burr.com

*Counsel for Defendant R.J. Corman Railroad Services, LLC*

1

**BURR & FORMAN LLP**
171 Seventeenth Street, NW
Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2023, I filed a copy of the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** with the Clerk of Court using the Court's electronic filing system, which will automatically send email notification of such filing to all counsel of record, and have served a copy of same on all counsel of record via United States mail, postage prepaid, addressed as follows:

>Carson A. Royal
>GA Bar No. 964008
>**HARRISS HARTMAN LAW FIRM, P.C.**
>P.O. Drawer 220
>Rossville, GA  30741
>(706) 861-0203
>(706) 861-6838 (Facsimile)
>Email:  carson.royal@harrisshartman.com

>*/s/ Grace B. Callanan*
>Grace B. Callanan
>Georgia Bar No. 909597
>gcallanan@burr.com
>
>*Counsel for Defendant R.J. Corman Railroad Services, LLC*

**BURR & FORMAN LLP**
171 Seventeenth Street, NW
Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244