IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JEFFREY ALLEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO: _____** |
| ) | |
| **R.J. CORMAN RAILROAD** ) | |
| **SERVICES, LLC, et al,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 (a) and LR 3.3, Defendant R.J. Corman Railroad Services, LLC submits this Certificate of Interested Persons and Corporate Disclosure Statement in the above-styled action as follows:

(1) **The undersigned counsel of record for Defendant to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

Plaintiff Jeffrey Allen
Defendant R.J. Corman Railroad Services, LLC
No publicly traded corporation owns ten percent or more of R.J. Corman Railroad Services, LLC.

51694345 v1

(2) **The undersigned counsel of record for Defendant to this action certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

R.J. Corman Railroad Services, LLC;

R.J. Corman Railroad Group, LLC – sole member and owner of R.J. Corman Railroad Services, LLC.

(3) **The undersigned counsel of record for Defendant to this action further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this proceeding:**

Carson A. Royal (counsel for Plaintiff);

Grace Callanan (counsel for Defendant);

Turner B. Williams (counsel for Defendant);

Al F. Teel (counsel for Defendant); and

Madeline E. Hughes (counsel for Defendant).

(4) **For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose**

**citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:**

Upon information and belief, Plaintiff Jeffrey Allen is a citizen of Georgia. R.J. Corman is a citizen of Kentucky. R.J. Corman's sole member is R.J. Corman Railroad Group, LLC. The sole member of R.J. Corman Railroad Group, LLC is the Richard J. Corman Living Trust, a traditional trust established under the laws of Rhode Island. All of the Trustees of Trust are citizens of the Commonwealth of Kentucky.

Respectfully submitted this 14th day of September, 2023.

/s/ Grace B. Callanan
Grace B. Callanan
Georgia Bar No. 909597
gcallanan@burr.com
Counsel for Defendant R.J. Corman Railroad Services, LLC

BURR & FORMAN LLP
171 17th Street, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

## CERTIFICATION OF COUNSEL

I hereby certify I prepared the foregoing **NOTICE OF REMOVAL** with Times New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1B.

*/s/ Grace B. Callanan*
Grace B. Callanan
Georgia Bar No. 909597
gcallanan@burr.com
Counsel for Defendant R.J. Corman
Railroad Services, LLC

BURR & FORMAN LLP
171 17th Street, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2023, I presented the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** to the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record, or, if notice is not provided to the attorney via the CM/ECF system, that a true and correct copy of same will be served via United States First Class Mail, postage prepaid, and addressed as follows:

>Carson A. Royal
>GA Bar No. 964008
>**HARRISS HARTMAN LAW FIRM, P.C.**
>P.O. Drawer 220
>Rossville, GA  30741
>(706) 861-0203
>(706) 861-6838 (Facsimile)
>Email:  carson.royal@harrisshartman.com

>*/s/ Grace B. Callanan*
>Grace B. Callanan
>Georgia Bar No. 909597
>gcallanan@burr.com
>Counsel for Defendant R.J. Corman Railroad Services, LLC

51694345 v1

BURR & FORMAN LLP
171 17th Street, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

51694345 v1