# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**Annual Registration**  *Electronically Filed*
Secretary of State
Filing Date: 02/15/2023 10:33:49

## BUSINESS INFORMATION

| | |
|---|---|
| **BUSINESS NAME** | : HARBOR FREIGHT TOOLS USA, INC. |
| **CONTROL NUMBER** | : 0050361 |
| **BUSINESS TYPE** | : Foreign Profit Corporation |
| **JURISDICTION** | : Delaware |
| **ANNUAL REGISTRATION PERIOD** | : 2023 |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : Attn: Legal Compliance, 26541 Agoura Road, Calabasas, CA, 91302-2093, USA |
| **REGISTERED AGENT NAME** | : CORPORATE CREATIONS NETWORK INC. |
| **REGISTERED OFFICE ADDRESS** | : 2985 GORDY PARKWAY, 1ST FLOOR, Marietta, GA, 30006, USA |
| **REGISTERED OFFICE COUNTY** | : Cobb |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Eric L Smidt | CEO | 26541 Agoura Road, Calabasas, CA, 91302-2093, USA |
| Tomas Kokko | CFO | 26541 Agoura Road, Calabasas, CA, 91302-2093, USA |
| Marc M Friedman | Secretary | 26541 Agoura Road, Calabasas, CA, 91302-2093, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 26677 Agoura Rd., Calabasas, CA, 91302-2093, USA |
| **REGISTERED AGENT NAME** | : CORPORATE CREATIONS NETWORK INC. |
| **REGISTERED OFFICE ADDRESS** | : 2985 GORDY PARKWAY, 1ST FLOOR, Marietta, GA, 30006, USA |
| **REGISTERED OFFICE COUNTY** | : Cobb |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Eric Smidt | CEO | 26677 Agoura Rd., Calabasas, CA, 91302, USA |
| Jason Kupper | Secretary | 26677 Agoura Rd., Calabasas, CA, 91302, USA |
| Tomas P Kokko | CFO | 26677 Agoura Rd., Calabasas, CA, 91302, USA |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | : John Duemig, Special Secretary |
| **AUTHORIZER TITLE** | : Authorized Person |

Exhibit B