# EXHIBIT L



**NORTHPOINT**
COMMERCIAL FINANCE

November 2, 2022

Time Out Communities, LLC
TOPPOS, LLC
Attn: Neil Carmichael Bender, II, Manager
401 East Las Olas Blvd, Suite 130-161
Fort Lauderdale, FL 33301

*with copies to:*

Guarantor (defined below)
Attn: Neil Carmichael Bender, II, Manager
401 East Las Olas Blvd, Suite 130-161
Fort Lauderdale, FL 33301

Neil Carmichael Bender, II, Individually

Fort Lauderdale, FL 33301

Re: Default and Demand for Payment

Dear Mr. Bender:

Because of past due payments, Time Out Communities, LLC and Toppos, LLC (collectively the "**Borrowers**") are in default under the terms of the Loan and Security Agreement dated as of May 18, 2020 between the Borrowers and Northpoint Commercial Finance LLC (the "**Agreement**"). Northpoint Commercial Finance LLC ("**Northpoint**") demands that the Borrowers pay the past due sum of $281,679.10 (the "**Demand Amount**") as detailed on **Exhibit B**.

As a result of the Borrowers' defaults, Northpoint may, in its sole discretion, implement the default rate of interest.

By copy of this letter, Northpoint is informing each party listed on **Exhibit A** attached hereto (each, a "**Guarantor**") of the Borrowers' defaults, and pursuant to each Guarantor's guaranty of the Borrowers' obligations under the Agreement (the "**Guaranty**"), Northpoint also makes demand on each Guarantor to pay the Demand Amount.

If Northpoint is forced to take action to protection its interests, the Borrowers and each Guarantor would be responsible for all costs and expenses incurred by Northpoint, which would include any repossession expenses and legal fees.

Northpoint reserves all of its rights and remedies under the Agreement, each Guaranty, and applicable law, and nothing in this letter shall constitute a waiver or amendment of any of those rights and remedies. Any delay or forbearance by Northpoint in the exercise of those rights and remedies will not operate as a waiver or amendment of those rights and remedies.

Northpoint expects the Borrowers' and each Guarantor's cooperation in promptly resolving this matter. Please contact the undersigned with any questions regarding this Default and Demand for Payment.

Sincerely,

*Mark Marfice*

Mark Marfice
Portfolio Manager

NORTHPOINT COMMERCIAL FINANCE LLC, 1105 LAKEWOOD PARKWAY, SUITE 210, ALPHARETTA, GA 30009

**Exhibit A**
**Guarantors**

Neil Carmichael Bender, II
Time Out Properties, LLC
Top Park Services LLC
Abbot Park MHC LLC
Alamac Village MHP LLC
Cadillac Ranch MHC LLC
Brittany Court MHP LLC
Bullock MHP LLC
Cedarbrook Estates MHP LLC
Central Park 2 MHP LLC
Central Park 3 MHP LLC
City View MHC LLC
Eaglewood MHP LLC
Grand Valley MHP LLC
Littlefield Village MHP LLC
Maple Creek MHP LLC
Countryside MHC LLC
 Eastview MHC LLC
Pine Run Park MHP LLC
Prairie Knolls MHP LLC
Rolling Acres MHC LLC
Scottsdale MHP LLC
Taylor Park MHC LLC
Waynesville Plantation MHP LLC
West Estates MHC LLC
Wysteria Village MHC LLC
Patch Place MHC LLC
Dogwood MHC, LLC
Laiken Estates MHC, LLC
Schoolview MHC, LLC
Turner Park MHC, LLC
Victoria Estates MHC, LLC
Ridgefield MHC LLC
Pleasant Hope MHC LLC
Time Out MHP, LLC
Cape Fear MHC LLC
Green Pines MHC LLC
Pine Log MHC LLC
Pinewood MHC LLC
Taylor's Bridge MHC LLC
White Sands MHC LLC
Bayside MHC LLC
Affordable Resorts LLC

**EXHIBIT B**
Time Out Communities

| Charge Type | Past Due | | Charges | $134,788.09 |
|---|---|---|---|---|
| Administration | $0.00 | | Sold | $35,684.74 |
| Fees | $8,340.40 | | Curtailments | $65,960.10 |
| Inspection | $0.00 | | TOTAL | **$236,432.93** |
| Insurance | $0.00 | | | |
| Insurance Tax | $0.00 | | | |
| Interest | $119,945.61 | | | |
| Late Interest | $6,502.08 | | | |
| Late Payment | $0.00 | | | |
| NSF | $0.00 | | | |
| | $134,788.09 | | | |

| Supplier | Invoice Number | Invoice Date | Model Number | Serial VIN | Status | Current Balance | Financed Amount |
|---|---|---|---|---|---|---|---|
| CMH Manufacturin | 50993AC | $44,412.00 | 36TRS14663AH | CWP050993TN | Sold and Unpaid | $35,684.74 | $36,413.00 |
| | | | | | | $35,684.74 | |

| Invoice Number | Invoice Date | Model Number | Serial VIN | Current Balance | Financed Amount | Past Due |
|---|---|---|---|---|---|---|
| 82330 | 08/30/2021 | 42TRU28483RH | SA4082330ALAB | $50,203.44 | $51,228.00 | $1,024.56 |
| 82278 | 08/16/2021 | TRU28483RH21 | SA4082278AB | $50,203.44 | $51,228.00 | $1,024.56 |
| 46291 | 08/09/2021 | 21TRU28483RH | CLH046291TNAB | $49,505.68 | $50,516.00 | $1,010.32 |
| 39465 | 08/31/2021 | TRS14663AH21 | SRB039465AL | $35,917.00 | $36,650.00 | $733.00 |
| 39428 | 08/26/2021 | TRS14663AHZ2 | SRB039428AL | $35,917.00 | $36,650.00 | $733.00 |
| 39417 | 08/25/2021 | TRS14663AH21 | SRB039417AL | $35,917.00 | $36,650.00 | $733.00 |
| 39384 | 08/20/2021 | 47TRS14663AH | SRB039384AL | $35,917.00 | $36,650.00 | $733.00 |
| 39405 | 08/24/2021 | 47TRS14663AH | SRB039405AL | $35,917.00 | $36,650.00 | $733.00 |
| 39452 | 08/30/2021 | TRS14663AH21 | SRB039452AL | $35,917.00 | $36,650.00 | $733.00 |
| 39458 | 08/31/2021 | TRS14663AH21 | SRB039458AL | $35,917.00 | $36,650.00 | $733.00 |
| 39446 | 08/27/2021 | TRS14663AH21 | SRB039446AL | $35,917.00 | $36,650.00 | $733.00 |
| 39435 | 08/27/2021 | TRS14663AH21 | SRB039435AL | $35,917.00 | $36,650.00 | $733.00 |
| 39416 | 08/25/2021 | TRS14663AH21 | SRB039416AL | $35,917.00 | $36,650.00 | $733.00 |
| 39424 | 08/25/2021 | TRS14663AH21 | SRB039424AL | $35,917.00 | $36,650.00 | $733.00 |
| 39395 | 08/23/2021 | 47TRS14663AH | SRB039395AL | $35,712.18 | $36,441.00 | $728.82 |
| 51043AC | 08/09/2021 | 36TRS14663AH | CWP051043TN | $35,684.74 | $36,413.00 | $728.26 |
| 51020AC | 08/09/2021 | 36TRS14663AH | CWP051020TN | $35,684.74 | $36,413.00 | $728.26 |
| 51094AC | 08/13/2021 | 36TRS14663AH | CWP051094TNAC | $35,684.74 | $36,413.00 | $728.26 |
| 51133AC | 08/18/2021 | 36TRS14663AH | CWP051133TNAC | $35,684.74 | $36,413.00 | $728.26 |
| 51124AC | 08/18/2021 | 36TRS14663AH | CWP051124TNAC | $35,684.74 | $36,413.00 | $728.26 |
| 50816AC | 09/02/2021 | 36TRS14663AH | CWP050816TNAC | $36,413.00 | $36,413.00 | $728.26 |
| 51009AC | 08/09/2021 | 36TRS14663AH | CWP051009TN | $35,684.74 | $36,413.00 | $728.26 |
| 51055AC | 08/09/2021 | 36TRS14663AH | CWP051055TN | $35,684.74 | $36,413.00 | $728.26 |
| 50957AC | 08/03/2021 | 36TRS14663AH | CWP050957TN | $35,684.74 | $36,413.00 | $728.26 |
| 50990AC | 08/03/2021 | 36TRS14663AH | CWP050990TN | $35,684.74 | $36,413.00 | $728.26 |
| 50944AC | 08/04/2021 | 36TRS14663AH | CWP050944TN | $35,684.74 | $36,413.00 | $728.26 |
| 50983AC | 08/03/2021 | 36TRS14663AH | CWP050983TN | $35,684.74 | $36,413.00 | $728.26 |
| 50966AC | 08/03/2021 | 36TRS14663AH | CWP050966TN | $35,684.74 | $36,413.00 | $728.26 |
| 50999AC | 08/04/2021 | 36TRS14663AH | CWP050999TN | $35,684.74 | $36,413.00 | $728.26 |
| 51121AC | 08/17/2021 | 36TRS14663AH | CWP051121TNAC | $35,684.74 | $36,413.00 | $728.26 |
| 51114AC | 08/17/2021 | 36TRS14663AH | CWP051114TNAC | $35,684.74 | $36,413.00 | $728.26 |
| 51109AC | 08/16/2021 | 36TRS14663AH | CWP051109TNAC | $35,684.74 | $36,413.00 | $728.26 |
| 50896AC | 07/28/2021 | 36TRS14663AH | CWP050896TN | $34,956.48 | $36,413.00 | $728.26 |
| 51085AC | 08/12/2021 | TRS14663AH21 | CWP051085TNAC | $35,684.74 | $36,413.00 | $728.26 |
| 51067AC | 08/13/2021 | TRS14663AH21 | CWP051067TNAC | $35,684.74 | $36,413.00 | $728.26 |
| 51077AC | 08/11/2021 | TRS14663AH21 | CWP051077TNAC | $35,684.74 | $36,413.00 | $728.26 |
| 51051AC | 08/06/2021 | TRS14663AH21 | CWP051051TN | $35,684.74 | $36,413.00 | $728.26 |
| 51275AC | 08/25/2021 | 36TRS14663AH | CWP051275TNAC | $35,684.74 | $36,413.00 | $728.26 |
| 51267AC | 08/25/2021 | 36TRS14663AH | CWP051267TNAC | $35,684.74 | $36,413.00 | $728.26 |
| 51258AC | 08/25/2021 | 36TRS14663AH | CWP051258TNAC | $35,684.74 | $36,413.00 | $728.26 |
| 51135AC | 08/19/2021 | 36TRS14663AH | CWP051135TNAC | $35,684.74 | $36,413.00 | $728.26 |
| 50911AC | 07/30/2021 | 36TRS14663AH | CWP050911TN | $34,956.48 | $36,413.00 | $728.26 |
| 50818AC | 09/03/2021 | 36TRS14663AH | CWP050818TNAC | $36,413.00 | $36,413.00 | $728.26 |
| 50819AC | 09/03/2021 | 36TRS14663AH | CWP050819TNAC | $36,413.00 | $36,413.00 | $728.26 |
| 50814AC | 08/31/2021 | TRS14663AH21 | CWP050814TNAC | $35,684.74 | $36,413.00 | $728.26 |
| 50815AC | 09/02/2021 | TRS14663AH22 | CWP050815TNAC | $36,413.00 | $36,413.00 | $728.26 |
| 50817AC | 09/01/2021 | RS14663AH22 | CWP050817TNAC | $36,413.00 | $36,413.00 | $728.26 |
| 51295AC | 08/27/2021 | TRS1663AH21S | CWP051295TNAC | $35,684.74 | $36,413.00 | $728.26 |

| | | | | | |
|---|---|---|---|---|---|
| 51285AC | 08/26/2021 | 36TRS14663AH CWP051285TNAC | $35,684.74 | $36,413.00 | $728.26 |
| 39128AC | 07/20/2021 | TRS14663AH21 SRB039128ALAC | $34,920.00 | $36,375.00 | $727.50 |
| 39134AC | 07/20/2021 | 47TRS14663AH SRB039134ALAC | $34,920.00 | $36,375.00 | $727.50 |
| 39141AC | 07/21/2021 | 47TRS14663AH SRB039141ALAC | $34,873.92 | $36,327.00 | $726.54 |
| 39159AC | 07/22/2021 | 47TRS14663AH SRB039159ALAC | $34,800.96 | $36,251.00 | $725.02 |
| 39145AC | 07/21/2021 | 47TRS14663AH SRB039145ALAC | $34,800.96 | $36,251.00 | $725.02 |
| 39168AC | 07/26/2021 | 47TRS14663AH SRB039168ALAC | $34,800.96 | $36,251.00 | $725.02 |
| 50871AC | 07/27/2021 | 36TRS14663AH CWP050871TN | $34,044.48 | $35,463.00 | $709.26 |
| 50888AC | 07/27/2021 | 36TRS14663AH CWP050888TN | $34,044.48 | $35,463.00 | $709.26 |
| 50859AC | 07/27/2021 | 36TRS14663AH CWP050859TN | $34,044.48 | $35,463.00 | $709.26 |
| 39127AC | 07/20/2021 | TRS14663AH21 SRB039127AL | $33,864.00 | $35,275.00 | $705.50 |
| 39675 | 09/27/2021 | TRS14663AH22 SRB039675AL | $35,225.00 | $35,225.00 | $704.50 |
| 38311 | 09/22/2021 | TRS14663AH22 SRB038311AL | $35,225.00 | $35,225.00 | $704.50 |
| 39663 | 09/23/2021 | TRS14663AH22 SRB039663AL | $35,225.00 | $35,225.00 | $704.50 |
| 39660 | 09/23/2021 | 47TRS14663AH SRB039660AL | $35,225.00 | $35,225.00 | $704.50 |
| 39671 | 09/24/2021 | 47TRS14663AH SRB039671AL | $35,225.00 | $35,225.00 | $704.50 |
| 37541 | 09/20/2021 | TRS14663AH22 SRB037541AL | $35,225.00 | $35,225.00 | $704.50 |
| 38313 | 09/21/2021 | TRS14663AH22 SRB038313AL | $35,225.00 | $35,225.00 | $704.50 |
| 37542 | 09/17/2021 | 47TRS14663AH SRB037542AL | $35,225.00 | $35,225.00 | $704.50 |
| 39667 | 09/24/2021 | TRS14663AH22 SRB039667AL | $35,225.00 | $35,225.00 | $704.50 |
| 39680 | 09/27/2021 | TRS14663AH22 SRB039680AL | $35,225.00 | $35,225.00 | $704.50 |
| 37539 | 09/20/2021 | TRS14663AH22 SRB037539AL | $35,225.00 | $35,225.00 | $704.50 |
| 38658 | 09/23/2021 | TRS14663AH22 SRB039658AL | $35,225.00 | $35,225.00 | $704.50 |
| 38309 | 09/23/2021 | TRS14663AH22 SRB038309AL | $35,225.00 | $35,225.00 | $704.50 |
| 37548 | 09/16/2021 | 47TRS14663AH SRB037548AL | $35,225.00 | $35,225.00 | $704.50 |
| 39607 | 09/17/2021 | 47TRS14663AH SRB039607AL | $35,016.00 | $35,016.00 | $700.32 |
| 50711 | 09/29/2021 | TRS14663AH22 CWP050711TN | $34,988.00 | $34,988.00 | $699.76 |
| 50708AC | 09/24/2021 | TRS14663AH22 CWP050708TNAC | $34,988.00 | $34,988.00 | $699.76 |
| 50710 | 09/24/2021 | TRS14663AH22 CWP050710TN | $34,988.00 | $34,988.00 | $699.76 |
| 50706AC | 09/24/2021 | TRS14663AH22 CWP050706TNAC | $34,988.00 | $34,988.00 | $699.76 |
| 50766AC | 09/21/2021 | TRS14663AH22 CWP050766TNAC | $34,988.00 | $34,988.00 | $699.76 |
| 50775AC | 09/17/2021 | 36TRS14663AH CWP050775TNAC | $34,988.00 | $34,988.00 | $699.76 |
| 50763AC | 09/20/2021 | 36TRS14663AH CWP050763TNAC | $34,988.00 | $34,988.00 | $699.76 |
| 50762AC | 09/20/2021 | 36TRS14663AH CWP050762TNAC | $34,988.00 | $34,988.00 | $699.76 |
| 50776AC | 09/17/2021 | 36TRS14663AH CWP050776TNAC | $34,988.00 | $34,988.00 | $699.76 |
| 50773AC | 09/17/2021 | 36TRS14663AH CWP050773TNAC | $34,988.00 | $34,988.00 | $699.76 |
| 50774AC | 09/17/2021 | 36TRS14663AH CWP050774TNAC | $34,988.00 | $34,988.00 | $699.76 |
| 50764AC | 09/20/2021 | 36TRS14663AH CWP050764TNAC | $34,988.00 | $34,988.00 | $699.76 |
| 50765AC | 09/20/2021 | 36TRS1463AH2 CWP050765TNAC | $34,988.00 | $34,988.00 | $699.76 |
| 51097AC | 08/16/2021 | 36TRS14663AH CWP051097TNAC | $34,149.08 | $34,846.00 | $696.92 |
| 38185AC | 05/14/2021 | TRS14663AH21 SRB038185ALAC | $28,060.00 | $29,280.00 | $610.00 |
| 39120AC | 07/19/2021 | 47TRS14562AH SRB039120ALAC | $28,584.00 | $29,775.00 | $595.50 |
| 39115AC | 07/19/2021 | 47TRS14562AH SRB039115ALAC | $28,584.00 | $29,775.00 | $595.50 |

$65,960.10

**EXHIBIT B**

| Charge Type | Past Due |
|---|---|
| Administration | $0.00 |
| Fees | $2,144.98 |
| Inspection | $0.00 |
| Insurance | $0.00 |
| Insurance Tax | $0.00 |
| Interest | $24,775.02 |
| Late Interest | $1,879.65 |
| Late Payment | $0.00 |
| NSF | $0.00 |
| | $28,799.65 |

| | |
|---|---|
| Charges | $28,799.65 |
| Curtailment | $16,446.52 |
| TOTAL | $45,246.17 |

| Invoice Number | Invoice Date | Model Number | Serial VIN | Current Balance | Financed Amount | Past Due |
|---|---|---|---|---|---|---|
| 499692 | 09/01/2022 | Marvel | CLH043822TNAB | $71,077.26 | $71,077.26 | $248.77 |
| 483238 | 05/02/2022 | 48X28 | SA4078675ALAB | $59,013.11 | $59,851.03 | $209.48 |
| 84ALAB | 06/30/2022 | TRU28483RH | SA4082284ALAB | $50,690.10 | $51,228.00 | $179.30 |
| 82881 | 07/14/2022 | TRU28483RH21 | SA4082281ALAB | $50,869.40 | $51,228.00 | $179.30 |
| 82266 | 08/13/2021 | TRU28483RH | SA4082266ALAB | $51,228.00 | $51,228.00 | $179.30 |
| 449003 | 03/09/2022 | 56 X 28 | CLH40903TNAB | $46,446.30 | $47,442.60 | $166.05 |
| 488076 | 03/09/2022 | 48 X 28 | SA4078674ALAB | $46,077.53 | $47,065.91 | $164.73 |
| 9993-0986 | 05/02/2022 | 66X14 | SRB035664AL | $45,958.13 | $46,610.69 | $163.14 |
| 49933 | 05/04/2021 | 36TRU28564AH | CWP049933TNAB | $43,508.70 | $44,442.00 | $155.55 |
| 9993-0974 | 05/02/2022 | 66X14 | CWP042624TN | $37,395.60 | $37,926.56 | $132.74 |
| 9993-0998 | 06/17/2022 | 14X66 | CWP040307TN | $37,225.37 | $37,620.38 | $131.67 |
| 50918 | 08/04/2021 | 36TRS14663AH | CWP050918TN | $35,775.75 | $36,413.00 | $127.45 |
| 39125AC | 07/20/2021 | 47TRS14663AH | SRB039125ALAC | $35,738.45 | $36,375.00 | $127.31 |
| 39163AC | 07/23/2021 | 47TRS14663AH | SRB039163ALAC | $35,738.45 | $36,375.00 | $127.31 |
| 39152AC | 07/22/2021 | 47TRS14663AH | SRB039152ALAC | $35,483.83 | $36,375.00 | $127.31 |
| 39122AC | 07/20/2021 | 47TRS14663AH | SRB039122ALAC | $35,691.30 | $36,327.00 | $127.14 |
| 9993-0968 | 05/02/2022 | 66X14 | CWP044690TN | $35,266.81 | $35,767.57 | $125.19 |
| 38461 | 11/09/2021 | TRS14663AH22 | SRB038461AL | $34,928.85 | $35,551.00 | $124.43 |
| 37905 | 11/08/2021 | TRS14663AH22 | SRB037905AL | $34,928.85 | $35,551.00 | $124.43 |
| 38281 | 11/08/2021 | TYRS14663AH2 | SRB038281AL | $34,928.85 | $35,551.00 | $124.43 |
| 38357 | 11/06/2021 | TRS14663AH22 | SRB038357AL | $34,855.15 | $35,476.00 | $124.17 |
| 38363 | 11/08/2021 | TRS14663AH22 | SRB038363AL | $34,855.15 | $35,476.00 | $124.17 |
| 38369 | 11/08/2021 | TRS14663AH22 | SRB038369AL | $34,855.15 | $35,476.00 | $124.17 |
| 38389 | 11/08/2021 | 47TRS14633AH | SRB038389AL | $34,855.15 | $35,476.00 | $124.17 |
| 50838AC | 07/15/2021 | TRS14663AH21 | CWP050838TN | $34,842.40 | $35,463.00 | $124.12 |
| 50845AC | 07/19/2021 | 36TRS14663AH | CWP050845TN | $34,842.40 | $35,463.00 | $124.12 |
| 50854AC | 07/19/2021 | 36TRS14663AH | CWP050854TN | $34,842.40 | $35,463.00 | $124.12 |
| 50486 | 06/28/2021 | TRS14663AH21 | CWP050486TN | $34,827.65 | $35,448.00 | $124.07 |
| 50490 | 06/28/2021 | TRS14663AH21 | CWP050490TN | $34,827.65 | $35,448.00 | $124.07 |
| 50497 | 06/28/2021 | TRS14663AH21 | CWP050497TN | $34,827.65 | $35,448.00 | $124.07 |
| 50507 | 06/30/2021 | TRS14663AH21 | CWP050507TN | $34,827.65 | $35,448.00 | $124.07 |
| 50522 | 06/30/2021 | TRS14663AH21 | CWP050522TN | $34,827.65 | $35,448.00 | $124.07 |
| 50533 | 06/30/2021 | TRS14663AH21 | CWP050533TN | $34,827.65 | $35,448.00 | $124.07 |
| 50549 | 07/01/2021 | TRS14663AH21 | CWP050549TN | $34,827.65 | $35,448.00 | $124.07 |
| 50539 | 07/01/2021 | TRS14663AH21 | CWP050539TN | $34,827.65 | $35,448.00 | $124.07 |
| 50553 | 07/01/2021 | TRS14663AH21 | CWP050553TN | $34,827.65 | $35,448.00 | $124.07 |
| 50562AC | 07/06/2021 | TRS14662AH21 | CWP050562TN | $34,827.65 | $35,448.00 | $124.07 |
| 50572 | 07/06/2021 | TRS14663AH21 | CWP050572TN | $34,827.65 | $35,448.00 | $124.07 |
| 39103AC | 07/16/2021 | 47TRS14663AH | SRB039103ALAC | $34,757.90 | $35,377.00 | $123.82 |
| 39107AC | 07/19/2021 | 47TRS14663AH | SRB039107ALAC | $34,757.90 | $35,377.00 | $123.82 |
| 39110AC | 07/19/2021 | 47TRS14663AH | SRB039110ALAC | $34,757.90 | $35,377.00 | $123.82 |
| 39114AC | 07/19/2021 | 47TRS14663AH | SRB039114ALAC | $34,757.90 | $35,377.00 | $123.82 |
| 39119AC | 07/19/2021 | TRS14663AH21 | SRB039119ALAC | $34,757.90 | $35,377.00 | $123.82 |
| 50289 | 06/14/2021 | 36TRS14663AH | CWP050289TN | $34,710.75 | $35,329.00 | $123.65 |
| 50299 | 06/14/2021 | TRS14663AH21 | CWP050299TN | $34,710.75 | $35,329.00 | $123.65 |
| 50313 | 06/14/2021 | 36TRS14663AH | CWP050313TN | $34,710.75 | $35,329.00 | $123.65 |
| 50329 | 06/22/2021 | 36TRS14663AH | CWP050329TN | $34,710.75 | $35,329.00 | $123.65 |
| 50336 | 06/22/2021 | 36TRS14663AH | CWP050336TN | $34,710.75 | $35,329.00 | $123.65 |
| 50343 | 06/23/2021 | TRS14663AH21 | CWP050343TN | $34,710.75 | $35,329.00 | $123.65 |
| 50372 | 06/23/2021 | TRS14663AH21 | CWP050372TN | $34,710.75 | $35,329.00 | $123.65 |
| 50378 | 06/23/2021 | TRS14663AH21 | CWP050378TN | $34,710.75 | $35,329.00 | $123.65 |
| 39117AC | 07/19/2021 | 47TRS14663AH | SRB039117ALAC | $34,683.25 | $35,301.00 | $123.55 |
| 38804 | 06/16/2021 | TRS14663AH21 | SRB038804AL | $34,671.45 | $35,289.00 | $123.51 |
| 38806 | 06/16/2021 | TRS14663AH21 | SRB038806AL | $34,671.45 | $35,289.00 | $123.51 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 38809 | 06/16/2021 | TRS14663AH21 | SRB038809AL | $34,671.45 | $35,289.00 | $123.51 |
| 38811 | 06/17/2021 | TRS14663AH21 | SRB038811AL | $34,671.45 | $35,289.00 | $123.51 |
| 38813 | 06/21/2021 | TRS14663AH21 | SRB038813AL | $34,671.45 | $35,289.00 | $123.51 |
| 39121AC | 07/20/2021 | TRS14663AH21 | SRB039121ALAC | $34,657.70 | $35,275.00 | $123.46 |
| 39124AC | 07/20/2021 | 47TRS14663AH | SRB039124ALAC | $34,657.70 | $35,275.00 | $123.46 |
| 40146 | 12/02/2021 | TRS14663AH22 | SRB040146AL | $34,535.85 | $35,151.00 | $123.03 |
| 40148 | 12/02/2021 | TRS14663AH22 | SRB040148AL | $34,535.85 | $35,151.00 | $123.03 |
| 40155 | 12/02/2021 | 47TRS14663AH | SRB040155AL | $34,535.85 | $35,151.00 | $123.03 |
| 40159 | 12/03/2021 | 47TRS14663AH | SRB040159AL | $34,535.85 | $35,151.00 | $123.03 |
| 40154 | 12/02/2021 | TRS14663AH22 | SRB040154AL | $34,535.85 | $35,151.00 | $123.03 |
| 40156 | 12/02/2021 | 47TRS14663AH | SRB040156AL | $34,535.85 | $35,151.00 | $123.03 |
| 40143 | 12/01/2021 | TRS14663AH22 | SRB040143AL | $34,535.85 | $35,151.00 | $123.03 |
| 40158 | 12/02/2021 | 47TRS14663AH | SRB040158AL | $34,268.60 | $34,879.00 | $122.08 |
| 40152 | 12/02/2021 | TRS14663AH22 | SRB040152AL | $34,268.60 | $34,879.00 | $122.08 |
| 40028 | 11/16/2021 | TRS14663AH22 | SRB040028AL | $34,229.30 | $34,839.00 | $121.94 |
| 40014 | 11/15/2021 | TRS14663AH22 | SRB040014AL | $34,229.30 | $34,839.00 | $121.94 |
| 38464 | 11/09/2021 | TRS14663AH22 | SRB038464AL | $34,229.30 | $34,839.00 | $121.94 |
| 38468 | 11/09/2021 | TRS14663AH22 | SRB038468AL | $34,229.30 | $34,839.00 | $121.94 |
| 38467 | 11/09/2021 | TRS14663AH22 | SB038467AL | $34,229.30 | $34,839.00 | $121.94 |
| 40020 | 11/16/2021 | TRS14663AH22 | SRB040020AL | $34,229.30 | $34,839.00 | $121.94 |
| 40015 | 11/15/2021 | 47TRS14663AH | SRB040015AL | $34,155.65 | $34,764.00 | $121.67 |
| 39113AC | 07/19/2021 | 47TRS14663AH | SRB039113ALAC | $33,724.30 | $34,325.00 | $120.14 |
| 37546 | 03/18/2021 | TRS14764AH21 | SRB037546AL | $33,562.06 | $34,282.00 | $119.99 |
| 37547 | 03/03/2022 | 47TRS14764AH | SRB037547AL | $33,562.06 | $34,282.00 | $119.99 |
| 9993-0981 | 05/02/2022 | 66X14 | CWP044051TN | $33,419.91 | $33,894.43 | $118.63 |
| 48945 | 03/31/2021 | 36TRS14764AH | CWP048945TN | $31,246.74 | $31,917.00 | $111.71 |
| 48953 | 03/31/2021 | 36TRS14764AH | CWP048953TN | $31,135.03 | $31,917.00 | $111.71 |
| 51794 | 11/15/2021 | TRS14663AH22 | CWP051794TN | $31,170.80 | $31,726.00 | $111.04 |
| 51809 | 11/17/2021 | 36TRS14663AH | CWP051809TN | $31,170.80 | $31,726.00 | $111.04 |
| 51861 | 12/08/2021 | 36TRS14663AH | CWP051861TN | $31,170.80 | $31,726.00 | $111.04 |
| 51853 | 12/06/2021 | 36TRS14663AH | CWP051853TN | $31,059.76 | $31,726.00 | $111.04 |
| 51860 | 12/08/2021 | 36TRS14663AH | CWP051860TN | $30,948.72 | $31,726.00 | $111.04 |
| 48772 | 03/11/2021 | TRS14764AH21 | CWP048772TN | $31,014.72 | $31,680.00 | $110.88 |
| 48773 | 03/15/2021 | TRS14764AH21 | CWP048773TN | $31,014.72 | $31,680.00 | $110.88 |
| 48816 | 03/11/2021 | TRS14764AH21 | CWP048816TN | $31,014.72 | $31,680.00 | $110.88 |
| 38197AC | 05/17/2021 | TRS14663AH21 | SRB038197ALC | $30,931.05 | $31,482.00 | $110.19 |
| 38038 | 03/03/2022 | 47TRS14663AH | SRB038038AL | $30,638.76 | $31,296.00 | $109.54 |
| 9993-0997 | 06/17/2022 | 14X66 | SRB035680AL | $30,738.87 | $31,065.06 | $108.73 |
| 37941 | 03/22/2021 | 47TRS14663AH | SRB037941AL | $30,406.74 | $31,059.00 | $108.71 |
| 37942 | 03/22/2021 | 47TRS14663AH | SRB037942AL | $30,406.74 | $31,059.00 | $108.71 |
| 37944 | 03/22/2021 | 47TRS14663AH | SRB037944AL | $30,406.74 | $31,059.00 | $108.71 |
| 37950 | 03/22/2021 | 47TRS14663AH | SRB037950AL | $30,406.74 | $31,059.00 | $108.71 |
| 37951 | 03/22/2021 | 47TRS14663AH | SRB037951AL | $30,406.74 | $31,059.00 | $108.71 |
| 37952 | 03/22/2021 | 47TRS14663AH | SRB037952AL | $30,406.74 | $31,059.00 | $108.71 |
| 37953 | 03/22/2021 | 47TRS14663AH | SRB037953AL | $30,406.74 | $31,059.00 | $108.71 |
| 37954 | 03/22/2021 | 47TRS3314663 | SRB037954AL | $30,406.74 | $31,059.00 | $108.71 |
| 37955 | 03/23/2021 | 47TRS14663AH | SRB037955AL | $30,406.74 | $31,059.00 | $108.71 |
| 37956 | 03/23/2021 | 47TRS14663AH | SRB037956AL | $30,406.74 | $31,059.00 | $108.71 |
| 38020 | 03/29/2021 | TRS14663AH21 | SRB038020AL | $30,406.74 | $31,059.00 | $108.71 |
| 9993-0993 | 06/17/2022 | 14X66 | CWP044752TN | $30,368.29 | $30,690.55 | $107.42 |
| 38186AC | 05/14/2021 | TRS14663AH21 | SRB038186ALAC | $29,966.25 | $30,500.00 | $106.75 |
| 38189AC | 05/14/2021 | TRS14663AH21 | SRB038189ALAC | $29,966.25 | $30,500.00 | $106.75 |
| 38187AC | 05/14/2021 | TRS14663AH21 | SRB038187ALAC | $29,966.25 | $30,500.00 | $106.75 |
| 38188AC | 05/14/2021 | TRS14663AH21 | SRB038188ALAC | $29,966.25 | $30,500.00 | $106.75 |
| 38193AC | 05/17/2021 | TRS14663AH21 | SRB038193ALAC | $29,966.25 | $30,500.00 | $106.75 |
| 9993-0964 | 03/09/2022 | 66 X 14 | SRB030243AL | $29,831.09 | $30,470.99 | $106.65 |
| 9993-0963 | 03/09/2022 | 66 X 14 | SRB030515AL | $29,726.11 | $30,363.73 | $106.27 |
| 39118AC | 07/19/2021 | 47TRS14562AH | SRB039118ALAC | $29,045.53 | $29,775.00 | $104.21 |
| 49984 | 05/20/2021 | 36TRS14663AH | CWP049984TN | $28,751.90 | $29,264.00 | $102.42 |
| 49973 | 05/18/2021 | TRS14663AH21 | CWP049973TN | $28,751.90 | $29,264.00 | $102.42 |
| 49972 | 05/18/2021 | TRS14663AH21 | CWP049972TN | $28,751.90 | $29,264.00 | $102.42 |
| 49981 | 05/20/2021 | 36TRS14663AH | CWP049981TN | $28,751.90 | $29,264.00 | $102.42 |
| 9993-0966 | 03/09/2022 | 66 X 14 | SRB030659AL | $27,847.14 | $28,444.50 | $99.56 |
| 48769 | 03/10/2021 | 36TRS14663AH | CWP048769TN | $27,834.94 | $28,432.00 | $99.51 |
| 48771 | 03/12/2021 | TRS14663AH21 | CWP048771Tn | $27,834.94 | $28,432.00 | $99.51 |
| 48811 | 03/18/2021 | TRS14663AH21 | CWP048811TN | $27,834.94 | $28,432.00 | $99.51 |
| 48813 | 03/19/2021 | 36TRS14663AH | CWP048813TN | $27,834.94 | $28,432.00 | $99.51 |
| 48743 | 03/08/2021 | 36TRS14663AH | CWP048743TN | $26,485.86 | $27,054.00 | $94.69 |
| 48744 | 03/08/2021 | 36TRS14663AH | CWP048744TN | $26,485.86 | $27,054.00 | $94.69 |
| 47845 | 03/09/2021 | 36TRS14663AH | CWP048745TN | $26,485.86 | $27,054.00 | $94.69 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 48746 | 03/09/2021 | 36TRS14463AH | CWP048746TN | $26,485.86 | $27,054.00 | $94.69 |
| 49459 | 03/04/2021 | 36TRS14663AH | CWP049459TN | $26,485.86 | $27,054.00 | $94.69 |
| 49461 | 03/05/2021 | 36TRS14663AH | CWP049461TN | $26,485.86 | $27,054.00 | $94.69 |
| 49463 | 03/04/2021 | 36TRS14663AH | CWP049463TN | $26,485.86 | $27,054.00 | $94.69 |
| 49417 | 02/24/2021 | 36TRS14663AH | CWP049417TN | $26,453.58 | $27,021.00 | $94.57 |
| 49421 | 02/24/2021 | 36TRS14663AH | CWP049421TN | $26,453.58 | $27,021.00 | $94.57 |
| 49428 | 02/26/2021 | 36TRS14663AH | CWP049428TN | $26,453.58 | $27,021.00 | $94.57 |
| 49432 | 03/01/2021 | TRS14663AH21 | CWP049432TN | $26,453.58 | $27,021.00 | $94.57 |
| 49439 | 03/02/2021 | TRS14663AH21 | CWP049439TN | $26,453.58 | $27,021.00 | $94.57 |
| 49441 | 03/02/2021 | TRS14663AH21 | CWP049441TN | $26,453.58 | $27,021.00 | $94.57 |
| 448015 | 03/09/2022 | 14 X 66 | SRB030645AL | $26,364.44 | $26,929.94 | $94.25 |
| 49228 | 02/04/2021 | TRS14663AH21 | CWP049228TN | $26,035.52 | $26,594.00 | $93.08 |
| 476215 | 07/15/2022 | 44X28 | 62310244TAB | $18,473.37 | $18,603.59 | $65.11 |
| 456682 | 08/19/2022 | 14 x 56 | 4B310200F | $17,913.22 | $17,976.14 | $62.92 |
| 487023 | 07/15/2022 | 66X14 | H112345G | $13,136.46 | $13,229.06 | $46.30 |
| 473960T | 03/04/2022 | Oakwood | HONC03319224 | $11,648.47 | $11,689.38 | $40.91 |
| 53365 | 04/08/2022 | 36TRS14663AH | CWP053365TN | $38,257.00 | $38,257.00 | $0.00 |
| 480617/Nooe | 10/11/2022 | Wesfield | GAFLW39A10608WS12 | $13,303.37 | $13,303.37 | $0.00 |
| 478909/Davis | 10/11/2022 | Gile | GI27138 | $13,170.74 | $13,170.74 | $0.00 |
| 479946/Mitchell | 10/11/2022 | Oakland | NCFL841A595130L12 | $13,528.81 | $13,528.81 | $0.00 |
| | | | | | | $16446.52 |