# EXHIBIT M



# NORTHPOINT
### COMMERCIAL FINANCE

February 1, 2023

Time Out Communities, LLC
TOPPOS, LLC
Attn: Neil Carmichael Bender, II, Manager
333 Las Olas Way CU-1, Suite 434
Fort Lauderdale, FL 33301

*with copies to:*

Guarantor (defined below)
Attn: Neil Carmichael Bender, II, Manager
333 Las Olas Way CU-1, Suite 434
Fort Lauderdale, FL 33301

Neil Carmichael Bender, II, Individually

██████████
Fort Lauderdale, FL 33301

Re: Default and Demand for Payment

Dear Mr. Bender:

Because of past due payments, Time Out Communities, LLC and Toppos, LLC (collectively the "**Borrowers**") are in default under the terms of the Loan and Security Agreement dated as of May 12, 2020 between the Borrowers and Northpoint Commercial Finance LLC (the "**Agreement**"). Northpoint Commercial Finance LLC ("**Northpoint**") demands that the Borrowers pay the past due sum of $324,848.90 (the "**Demand Amount**").

As a result of the Borrowers' defaults, Northpoint may, in its sole discretion, implement the default rate of interest.

By copy of this letter, Northpoint is informing each party listed on **Exhibit A** attached hereto (each, a "**Guarantor**") of the Borrowers' defaults, and pursuant to each Guarantor's guaranty of the Borrowers' obligations under the Agreement (the "**Guaranty**"), Northpoint also makes demand on each Guarantor to pay the Demand Amount.

If Northpoint is forced to take action to protect its interests, the Borrowers and each Guarantor would be responsible for all costs and expenses incurred by Northpoint, which would include any repossession expenses and legal fees.

Northpoint reserves all of its rights and remedies under the Agreement, each Guaranty, and applicable law, and nothing in this letter shall constitute a waiver or amendment of any of those rights and remedies. Any delay or forbearance by Northpoint in the exercise of those rights and remedies will not operate as a waiver or amendment of those rights and remedies.

Northpoint expects the Borrowers' and each Guarantor's cooperation in resolving this matter. Please contact the undersigned immediately at 470-719-4880 to make arrangements for the payment of the Demand Amount.

Sincerely,

*Mark Marfice*

Mark Marfice
Portfolio Manager

## Exhibit A
## Guarantors

Neil Carmichael Bender, II
Time Out Properties, LLC
Top Park Services LLC
Abbot Park MHC LLC
Alamac Village MHP LLC
Cadillac Ranch MHC LLC
Brittany Court MHP LLC
Bullock MHP LLC
Cedarbrook Estates MHP LLC
Central Park 2 MHP LLC
Central Park 3 MHP LLC
City View MHC LLC
Eaglewood MHP LLC
Grand Valley MHP LLC
Littlefield Village MHP LLC
Maple Creek MHP LLC
Countryside MHC LLC
 Eastview MHC LLC
Pine Run Park MHP LLC
Prairie Knolls MHP LLC
Rolling Acres MHC LLC
Scottsdale MHP LLC
Taylor Park MHC LLC
Waynesville Plantation MHP LLC
West Estates MHC LLC
Wysteria Village MHC LLC
Patch Place MHC LLC
Dogwood MHC, LLC
Laiken Estates MHC, LLC
Schoolview MHC, LLC
Turner Park MHC, LLC
Victoria Estates MHC, LLC
Ridgefield MHC LLC
Pleasant Hope MHC LLC
Time Out MHP, LLC
Cape Fear MHC LLC
Green Pines MHC LLC
Pine Log MHC LLC
Pinewood MHC LLC
Taylor's Bridge MHC LLC
White Sands MHC LLC
Bayside MHC LLC
Affordable Resorts LLC

# Exhibit B

**TOPPOS Past Due Charges & Curtailments**

| Charge Type | Past Due |
|---|---|
| Fees | $5,722.90 |
| Interest | $29,507.79 |
| | |
| Total Charges Due= | $35,230.69 |

## Past Due Curtailments

| Invoice Number | Invoice Date | Serial VIN | Current Balance | Past Due |
|---|---|---|---|---|
| 39118AC | 7/19/2021 | SRB039118ALAC | $28,732.90 | $104.21 |
| 51860 | 12/8/2021 | CWP051860TN | $30,615.60 | $111.04 |
| 39152AC | 7/22/2021 | SRB039152ALAC | $35,101.90 | $127.31 |
| 48953 | 3/31/2021 | CWP048953TN | $30,799.90 | $111.71 |
| 448015 | 3/9/2022 | SRB030645AL | $26,081.69 | $94.25 |
| 449003 | 3/9/2022 | CLH40903TNAB | $45,948.15 | $166.05 |
| 488076 | 3/9/2022 | SA4078674ALAB | $45,583.34 | $164.73 |
| 9993-0963 | 3/9/2022 | SRB030515AL | $29,407.30 | $106.27 |
| 9993-0964 | 3/9/2022 | SRB030243AL | $29,511.14 | $106.65 |
| 9993-0966 | 3/9/2022 | SRB030659AL | $27,548.46 | $99.56 |
| 48945 | 3/31/2021 | CWP048945TN | $30,911.61 | $111.71 |
| 51853 | 12/6/2021 | CWP051853TN | $30,726.64 | $111.04 |
| 37546 | 3/18/2021 | SRB037546AL | $33,202.09 | $119.99 |
| 37547 | 3/3/2022 | SRB037547AL | $33,202.09 | $119.99 |
| 37941 | 3/22/2021 | SRB037941AL | $30,080.61 | $108.71 |
| 37942 | 3/22/2021 | SRB037942AL | $30,080.61 | $108.71 |
| 37944 | 3/22/2021 | SRB037944AL | $30,080.61 | $108.71 |
| 37950 | 3/22/2021 | SRB037950AL | $30,080.61 | $108.71 |
| 37951 | 3/22/2021 | SRB037951AL | $30,080.61 | $108.71 |
| 37952 | 3/22/2021 | SRB037952AL | $30,080.61 | $108.71 |
| 37953 | 3/22/2021 | SRB037953AL | $30,080.61 | $108.71 |
| 37954 | 3/22/2021 | SRB037954AL | $30,080.61 | $108.71 |
| 37955 | 3/23/2021 | SRB037955AL | $30,080.61 | $108.71 |
| 37956 | 3/23/2021 | SRB037956AL | $30,080.61 | $108.71 |
| 38020 | 3/29/2021 | SRB038020AL | $30,080.61 | $108.71 |
| 38038 | 3/3/2022 | SRB038038AL | $30,310.14 | $109.54 |
| 48743 | 3/8/2021 | CWP048743TN | $26,201.79 | $94.69 |
| 48744 | 3/8/2021 | CWP048744TN | $26,201.79 | $94.69 |
| 47845 | 3/9/2021 | CWP048745TN | $26,201.79 | $94.69 |
| 48746 | 3/9/2021 | CWP048746TN | $26,201.79 | $94.69 |
| 48769 | 3/10/2021 | CWP048769TN | $27,536.41 | $99.51 |
| 48771 | 3/12/2021 | CWP048771TN | $27,536.41 | $99.51 |
| 48772 | 3/11/2021 | CWP048772TN | $30,682.08 | $110.88 |
| 48773 | 3/15/2021 | CWP048773TN | $30,682.08 | $110.88 |
| 48811 | 3/18/2021 | CWP048811TN | $27,536.41 | $99.51 |

| | | | | |
|---|---|---|---|---|
| 48813 | 3/19/2021 | CWP048813TN | $27,536.41 | $99.51 |
| 48816 | 3/11/2021 | CWP048816TN | $30,682.08 | $110.88 |
| 49228 | 2/4/2021 | CWP049228TN | $25,756.28 | $93.08 |
| 49417 | 2/24/2021 | CWP049417TN | $26,169.87 | $94.57 |
| 49421 | 2/24/2021 | CWP049421TN | $26,169.87 | $94.57 |
| 49428 | 2/26/2021 | CWP049428TN | $26,169.87 | $94.57 |
| 49432 | 3/1/2021 | CWP049432TN | $26,169.87 | $94.57 |
| 49439 | 3/2/2021 | CWP049439TN | $26,169.87 | $94.57 |
| 49441 | 3/2/2021 | CWP049441TN | $26,169.87 | $94.57 |
| 49459 | 3/4/2021 | CWP049459TN | $26,201.79 | $94.69 |
| 49461 | 3/5/2021 | CWP049461TN | $26,201.79 | $94.69 |
| 49463 | 3/4/2021 | CWP049463TN | $26,201.79 | $94.69 |
| 49933 | 5/4/2021 | CWP049933TNAB | $43,042.05 | $155.55 |
| 40156 | 12/2/2021 | SRB040156AL | $34,166.76 | $123.03 |
| 38461 | 11/9/2021 | SRB038461AL | $34,555.56 | $124.43 |
| 38186AC | 5/14/2021 | SRB038186ALAC | $29,646.00 | $106.75 |
| 38189AC | 5/14/2021 | SRB038189ALAC | $29,646.00 | $106.75 |
| 38187AC | 5/14/2021 | SRB038187ALAC | $29,646.00 | $106.75 |
| 38464 | 11/9/2021 | SRB038464AL | $33,863.48 | $121.94 |
| 38188AC | 5/14/2021 | SRB038188ALAC | $29,646.00 | $106.75 |
| 38193AC | 5/17/2021 | SRB038193ALAC | $29,646.00 | $106.75 |
| 9993-0968 | 5/2/2022 | CWP044690TN | $34,891.24 | $125.19 |
| 9993-0986 | 5/2/2022 | SRB035664AL | $45,468.71 | $163.14 |
| 9993-0974 | 5/2/2022 | CWP042624TN | $36,997.38 | $132.74 |
| 9993-0981 | 5/2/2022 | CWP044051TN | $33,064.02 | $118.63 |
| 483238 | 5/2/2022 | SA4078675ALAB | $58,384.67 | $209.48 |
| 38468 | 11/9/2021 | SRB038468AL | $33,863.48 | $121.94 |
| 40028 | 11/16/2021 | SRB040028AL | $33,863.48 | $121.94 |
| 50289 | 6/14/2021 | CWP050289TN | $34,339.80 | $123.65 |
| 40143 | 12/1/2021 | SRB040143AL | $34,166.76 | $123.03 |
| 50299 | 6/14/2021 | CWP050299TN | $34,339.80 | $123.65 |
| 40146 | 12/2/2021 | SRB040146AL | $34,166.76 | $123.03 |
| 40148 | 12/2/2021 | SRB040148AL | $34,166.76 | $123.03 |
| 49984 | 5/20/2021 | CWP049984TN | $28,444.64 | $102.42 |
| 40155 | 12/2/2021 | SRB040155AL | $34,166.76 | $123.03 |
| 40158 | 12/2/2021 | SRB040158AL | $33,902.36 | $122.08 |
| 40159 | 12/3/2021 | SRB040159AL | $34,166.76 | $123.03 |
| 38197AC | 5/17/2021 | SRB038197ALC | $30,600.48 | $110.19 |
| 50313 | 6/14/2021 | CWP050313TN | $34,339.80 | $123.65 |
| 49973 | 5/18/2021 | CWP049973TN | $28,444.64 | $102.42 |
| 38804 | 6/16/2021 | SRB038804AL | $34,300.92 | $123.51 |
| 49981 | 5/20/2021 | CWP049981TN | $28,444.64 | $102.42 |
| 38806 | 6/16/2021 | SRB038806AL | $34,300.92 | $123.51 |
| 38809 | 6/16/2021 | SRB038809AL | $34,300.92 | $123.51 |
| 38811 | 6/17/2021 | SRB038811AL | $34,300.92 | $123.51 |
| 38813 | 6/21/2021 | SRB038813AL | $34,300.92 | $123.51 |
| 50329 | 6/22/2021 | CWP050329TN | $34,339.80 | $123.65 |

| 50336 | 6/22/2021 | CWP050336TN | $34,339.80 | $123.65 |
| 50343 | 6/23/2021 | CWP050343TN | $34,339.80 | $123.65 |
| 50372 | 6/23/2021 | CWP050372TN | $34,339.80 | $123.65 |
| 50378 | 6/23/2021 | CWP050378TN | $34,339.80 | $123.65 |
| 50486 | 6/28/2021 | CWP050486TN | $34,455.44 | $124.07 |
| 50490 | 6/28/2021 | CWP050490TN | $34,455.44 | $124.07 |
| 50497 | 6/28/2021 | CWP050497TN | $34,455.44 | $124.07 |
| 50507 | 6/30/2021 | CWP050507TN | $34,455.44 | $124.07 |
| 50522 | 6/30/2021 | CWP050522TN | $34,455.44 | $124.07 |
| 50533 | 6/30/2021 | CWP050533TN | $34,455.44 | $124.07 |
| 50549 | 7/1/2021 | CWP050549TN | $34,455.44 | $124.07 |
| 50539 | 7/1/2021 | CWP050539TN | $34,455.44 | $124.07 |
| 50553 | 7/1/2021 | CWP050553TN | $34,455.44 | $124.07 |
| 50562AC | 7/6/2021 | CWP050562TN | $34,455.44 | $124.07 |
| 50572 | 7/6/2021 | CWP050572TN | $34,455.44 | $124.07 |
| 50838AC | 7/15/2021 | CWP050838TN | $34,470.04 | $124.12 |
| 39103AC | 7/16/2021 | SRB039103ALAC | $34,386.44 | $123.82 |
| 39107AC | 7/19/2021 | SRB039107ALAC | $34,386.44 | $123.82 |
| 39110AC | 7/19/2021 | SRB039110ALAC | $34,386.44 | $123.82 |
| 39113AC | 7/19/2021 | SRB039113ALAC | $33,363.88 | $120.14 |
| 39114AC | 7/19/2021 | SRB039114ALAC | $34,386.44 | $123.82 |
| 39117AC | 7/19/2021 | SRB039117ALAC | $34,312.60 | $123.55 |
| 39119AC | 7/19/2021 | SRB039119ALAC | $34,386.44 | $123.82 |
| 50845AC | 7/19/2021 | CWP050845TN | $34,470.04 | $124.12 |
| 50854AC | 7/19/2021 | CWP050854TN | $34,470.04 | $124.12 |
| 39121AC | 7/20/2021 | SRB039121ALAC | $34,287.32 | $123.46 |
| 39122AC | 7/20/2021 | SRB039122ALAC | $35,309.88 | $127.14 |
| 39124AC | 7/20/2021 | SRB039124ALAC | $34,287.32 | $123.46 |
| 39125AC | 7/20/2021 | SRB039125ALAC | $35,356.52 | $127.31 |
| 39163AC | 7/23/2021 | SRB039163ALAC | $35,356.52 | $127.31 |
| 50918 | 8/4/2021 | CWP050918TN | $35,393.40 | $127.45 |
| 38357 | 11/6/2021 | SRB038357AL | $34,482.64 | $124.17 |
| 37905 | 11/8/2021 | SRB037905AL | $34,555.56 | $124.43 |
| 38281 | 11/8/2021 | SRB038281AL | $34,555.56 | $124.43 |
| 38363 | 11/8/2021 | SRB038363AL | $34,482.64 | $124.17 |
| 38369 | 11/8/2021 | SRB038369AL | $34,482.64 | $124.17 |
| 38389 | 11/8/2021 | SRB038389AL | $34,482.64 | $124.17 |
| 38467 | 11/9/2021 | SRB038467AL | $33,863.48 | $121.94 |
| 40014 | 11/15/2021 | SRB040014AL | $33,863.48 | $121.94 |
| 40015 | 11/15/2021 | SRB040015AL | $33,790.64 | $121.67 |
| 51794 | 11/15/2021 | CWP051794TN | $30,837.68 | $111.04 |
| 40020 | 11/16/2021 | SRB040020AL | $33,863.48 | $121.94 |
| 51809 | 11/17/2021 | CWP051809TN | $30,837.68 | $111.04 |
| 40152 | 12/2/2021 | SRB040152AL | $33,902.36 | $122.08 |
| 40154 | 12/2/2021 | SRB040154AL | $34,166.76 | $123.03 |
| 51861 | 12/8/2021 | CWP051861TN | $30,837.68 | $111.04 |
| 84ALAB | 6/30/2022 | SA4082284ALAB | $50,152.20 | $179.30 |

| | | | | |
|---|---|---|---|---|
| 476215 | 7/15/2022 | 62310244TAB | $18,278.04 | $65.11 |
| 487023 | 7/15/2022 | H112345G | $12,997.56 | $46.30 |
| 82881 | 7/14/2022 | SA4082281ALAB | $50,331.50 | $179.30 |
| 473960T | 3/4/2022 | HONC03319224 | $11,525.74 | $40.91 |
| 9993-0993 | 6/17/2022 | CWP044752TN | $30,046.03 | $107.42 |
| 9993-0997 | 6/17/2022 | SRB035680AL | $30,412.68 | $108.73 |
| 9993-0998 | 6/17/2022 | CWP040307TN | $36,830.36 | $131.67 |
| 456682 | 8/19/2022 | 4B310200F | $17,724.46 | $62.92 |
| 499692 | 9/1/2022 | CLH043822TNAB | $70,330.95 | $248.77 |
| 82266 | 8/13/2021 | SA4082266ALAB | $50,690.10 | $179.30 |
| 53365 | 4/8/2022 | CWP053365TN | $37,989.20 | $133.90 |
| 480617/Nooe | 10/11/2022 | GAFLW39A10608WS12 | $13,210.25 | $46.56 |
| 478909/Davis | 10/11/2022 | GI27138 | $13,078.54 | $46.10 |
| 479946/Mitchell | 10/11/2022 | NCFL841A595130L12 | $13,434.11 | $47.35 |
| 49972 | 5/18/2021 | CWP049972TN | $28,444.64 | $102.42 |
| 39159AC | 7/22/2021 | 3RB039159ALAC | $34,075.94 | $119.27 |
| 50957AC | 8/3/2022 | CWP050957TN | $34,956.48 | $122.35 |
| 50993AC | 8/4/2021 | CWP050993TN | $35,684.74 | $124.90 |
| 82474 | 10/8/2021 | SA4082474ALAB | $52,815.00 | $184.85 |
| 50383 | 4/12/2022 | CWP050383TN | $38,357.00 | $134.25 |
| 41552 | 5/2/2022 | SRB041552AL | $43,304.00 | $151.56 |
| 52358 | 1/10/2022 | CWP052358TN | $33,790.00 | $118.27 |
| 52301 | 1/5/2022 | CWP052301TN | $32,840.00 | $114.94 |
| 51509 | 10/20/2021 | CWP051509TN | $31,783.36 | $111.24 |
| 50990AC | 8/3/2021 | CWP050990TN | $34,956.48 | $122.35 |
| 51502 | 10/20/2021 | CWP051502TN | $32,432.00 | $113.51 |
| 51498 | 10/21/2021 | CWP051498TN | $32,432.00 | $113.51 |
| 51568 | 10/27/2021 | CWP051568TN | $32,432.00 | $113.51 |
| 51596 | 11/4/2021 | CWP051596 | $32,432.00 | $113.51 |

| | |
|---|---|
| **Total Past Due Curtailments=** | $18,478.45 |
| **Total Past Due Charges=** | $35,230.69 |
| **Total Demand=** | $53,709.14 |

NORTHPOINT COMMERCIAL FINANCE LLC, 1105 LAKEWOOD PARKWAY, SUITE 210, ALPHARETTA, GA 30009

# Exhibit B Continued
### Time Out Communities, LLC Past Due Charges & Curtailments

| Charge Type | Past Due |
|---|---|
| Fees | $7,245.00 |
| Interest | $146,732.72 |
| | |
| Total Charges Due= | $153,977.72 |

| Invoice Number | Invoice Date | Serial VIN | Current Balance | Past Due |
|---|---|---|---|---|
| 38808 | 12/21/2021 | SRB038808AL | $38,384.00 | $767.68 |
| 38311 | 9/22/2021 | SRB038311AL | $33,111.50 | $704.50 |
| 39675 | 9/27/2021 | SRB039675AL | $33,111.50 | $704.50 |
| 39435 | 8/27/2021 | SRB039435AL | $33,718.00 | $733.00 |
| 39446 | 8/27/2021 | SRB039446AL | $33,718.00 | $733.00 |
| 82472 | 10/8/2021 | SA4082472ALAB | $50,702.40 | $1,056.30 |
| 38313 | 9/21/2021 | SRB038313AL | $33,111.50 | $704.50 |
| 38309 | 9/23/2021 | SRB038309AL | $33,111.50 | $704.50 |
| 38658 | 9/23/2021 | SRB039658AL | $33,111.50 | $704.50 |
| 37541 | 9/20/2021 | SRB037541AL | $33,111.50 | $704.50 |
| 37539 | 9/20/2021 | SRB037539AL | $33,111.50 | $704.50 |
| 39607 | 9/17/2021 | SRB039607AL | $32,915.04 | $700.32 |
| 39680 | 9/27/2021 | SRB039680AL | $33,111.50 | $704.50 |
| 51500 | 10/21/2021 | CWP051500TN | $33,724.80 | $702.60 |
| 49203 | 10/20/2021 | CWP049203TN | $32,084.16 | $668.42 |
| 50624 | 10/20/2021 | CWP050624TN | $33,588.48 | $699.76 |
| 50628 | 10/8/2021 | CWP050628TN | $33,588.48 | $699.76 |
| 49192 | 10/11/2021 | CWP049192TN | $31,544.64 | $657.18 |
| 49206 | 10/11/2021 | CWP049206TN | $33,724.80 | $702.60 |
| 50623 | 10/8/2021 | CWP050623TN | $33,588.48 | $699.76 |
| 50711 | 9/29/2021 | CWP050711TN | $32,888.72 | $699.76 |
| 50706AC | 9/24/2021 | CWP050706TNAC | $32,888.72 | $699.76 |
| 50710 | 9/24/2021 | CWP050710TN | $32,888.72 | $699.76 |
| 50708AC | 9/24/2021 | CWP050708TNAC | $32,888.72 | $699.76 |
| 49196 | 10/13/2021 | CWP049196TN | $31,544.64 | $657.18 |
| 49204 | 10/13/2021 | CWP049204TN | $33,724.80 | $702.60 |
| 39660 | 9/23/2021 | SRB039660AL | $33,111.50 | $704.50 |
| 37542 | 9/17/2021 | SRB037542AL | $33,111.50 | $704.50 |
| 37548 | 9/16/2021 | SRB037548AL | $33,111.50 | $704.50 |
| 50765AC | 9/20/2021 | CWP050765TNAC | $32,888.72 | $699.76 |

| 82278 | 8/16/2021 | SA4082278ALAB | $47,129.76 | $1,024.56 |
| 50764AC | 9/20/2021 | CWP050764TNAC | $32,888.72 | $699.76 |
| 50774AC | 9/17/2021 | CWP050774TNAC | $32,888.72 | $699.76 |
| 50773AC | 9/17/2021 | CWP050773TNAC | $32,888.72 | $699.76 |
| 50776AC | 9/17/2021 | CWP050776TNAC | $32,888.72 | $699.76 |
| 50762AC | 9/20/2021 | CWP050762TNAC | $32,888.72 | $699.76 |
| 50763AC | 9/20/2021 | CWP050763TNAC | $32,888.72 | $699.76 |
| 39667 | 9/24/2021 | SRB039667AL | $33,111.50 | $704.50 |
| 39663 | 9/23/2021 | SRB039663AL | $33,111.50 | $704.50 |
| 51537 | 10/25/2021 | CWP051537TN | $31,134.72 | $648.64 |
| 51544 | 10/25/2021 | CWP051544TN | $31,628.16 | $658.92 |
| 50775AC | 9/17/2021 | CWP050775TNAC | $32,888.72 | $699.76 |
| 50766AC | 9/21/2021 | CWP050766TNAC | $32,888.72 | $699.76 |
| 39428 | 8/26/2021 | SRB039428AL | $33,718.00 | $733.00 |
| 39424 | 8/25/2021 | SRB039424AL | $33,718.00 | $733.00 |
| 39417 | 8/25/2021 | SRB039417AL | $33,718.00 | $733.00 |
| 39416 | 8/25/2021 | SRB039416AL | $33,718.00 | $733.00 |
| 50707 | 10/4/2021 | CWP050707TN | $33,588.48 | $699.76 |
| 50709 | 10/4/2021 | CWP050709TN | $33,588.48 | $699.76 |
| 50627 | 10/15/2021 | CWP050627TN | $33,588.48 | $699.76 |
| 82473 | 10/8/2021 | SA4082473ALAB | $46,493.76 | $968.62 |
| 51507 | 10/20/2021 | CWP051507TN | $31,628.16 | $658.92 |
| 51512 | 10/20/2021 | CWP051512TN | $31,628.16 | $658.92 |
| 82471 | 10/8/2021 | SA4082471ALAB | $46,493.76 | $968.62 |
| 39671 | 9/24/2021 | SRB039671AL | $33,111.50 | $704.50 |
| 50625 | 10/6/2021 | CWP050625TN | $33,588.48 | $699.76 |
| 50626 | 10/6/2021 | CWP050626TN | $33,588.48 | $699.76 |
| 40022 | 11/16/2021 | SRB040022AL | $34,068.72 | $695.28 |
| 52160 | 12/14/2021 | CWP052160TN | $31,890.00 | $637.80 |
| 51837 | 12/3/2021 | CWP051837TN | $31,726.00 | $634.52 |
| 51857 | 12/6/2021 | CWP051857TN | $31,726.00 | $634.52 |
| 51850 | 12/3/2021 | CWP051850TN | $31,726.00 | $634.52 |
| 51833 | 12/3/2021 | CWP051833TN | $31,726.00 | $634.52 |
| 40245 | 12/10/2021 | SRB040245AL | $38,696.00 | $773.92 |
| 40237 | 12/10/2021 | SRB040237AL | $38,696.00 | $773.92 |
| 40230 | 12/10/2021 | SRB040230AL | $38,696.00 | $773.92 |
| 40207 | 12/8/2021 | SRB040207AL | $35,151.00 | $703.02 |
| 40165 | 12/3/2021 | SRB040165AL | $35,151.00 | $703.02 |
| 40163 | 12/3/2021 | SRB040163AL | $35,151.00 | $703.02 |
| 40161 | 12/3/2021 | SRB040161AL | $35,151.00 | $703.02 |
| 40160 | 12/3/2021 | SRB040160AL | $35,151.00 | $703.02 |
| 40267 | 12/14/2021 | SRB040267AL | $38,696.00 | $773.92 |
| 40266 | 12/14/2021 | SRB040266AL | $38,696.00 | $773.92 |
| 40259 | 12/13/2021 | SRB040259AL | $38,696.00 | $773.92 |

| | | | | |
|---|---|---|---|---|
| 40253 | 12/13/2021 | SRB040253AL | $38,696.00 | $773.92 |
| 40252 | 12/13/2021 | SRB040252AL | $38,696.00 | $773.92 |
| 40251 | 12/13/2021 | SRB040251AL | $38,696.00 | $773.92 |
| 40257 | 12/13/2021 | SRB040257AL | $38,621.00 | $772.42 |
| 40151 | 12/2/2021 | SRB040151AL | $35,076.00 | $701.52 |
| 40006 | 11/15/2021 | SRB040006AL | $37,616.32 | $767.68 |
| 40019 | 11/15/2021 | SRB040019AL | $34,142.22 | $696.78 |
| 40150 | 12/2/2021 | SRB040150AL | $34,879.00 | $697.58 |
| 33091 | 11/12/2021 | SRB033091AL | $37,616.32 | $767.68 |
| 33352 | 11/12/2021 | SRB033352AL | $37,616.32 | $767.68 |
| 38462 | 11/9/2021 | SRB038462AL | $34,142.22 | $696.78 |
| 38469 | 11/9/2021 | SRB038469AL | $34,142.22 | $696.78 |
| 38495 | 11/11/2021 | SRB038495AL | $37,616.32 | $767.68 |
| 40004 | 11/15/2021 | SRB040004AL | $37,616.32 | $767.68 |
| 52229 | 12/23/2021 | CWP052229TN | $32,840.00 | $656.80 |
| 40689 | 12/28/2021 | SRB040689AL | $38,039.00 | $760.78 |
| 51811 | 11/17/2021 | CWP051811TN | $31,172.82 | $636.18 |
| 38383 | 11/8/2021 | SRB038383AL | $34,766.48 | $709.52 |
| 51588 | 10/28/2021 | CWP051588TN | $33,724.80 | $702.60 |
| 51553 | 10/27/2021 | CWP051553TN | $31,134.72 | $648.64 |
| 51574 | 10/28/2021 | CWP051574TN | $33,724.80 | $702.60 |
| 51758 | 11/15/2021 | CWP051758TN | $31,172.82 | $636.18 |
| 51744 | 11/12/2021 | CWP051744TN | $31,091.48 | $634.52 |
| 51725 | 11/12/2021 | CWP051725TN | $31,172.82 | $636.18 |
| 51727 | 11/12/2021 | CWP051727TN | $31,172.82 | $636.18 |
| 51728 | 11/12/2021 | CWP051728TN | $31,172.82 | $636.18 |
| 51609 | 11/4/2021 | CWP051609TN | $31,783.36 | $648.64 |
| 51656 | 11/4/2021 | CWP051656TN | $33,822.74 | $690.26 |
| 51644 | 11/1/2021 | CWP051644TN | $33,863.90 | $691.10 |
| 51629 | 11/1/2021 | CWP051629TN | $33,863.90 | $691.10 |
| 39405 | 8/24/2021 | SRB039405AL | $33,718.00 | $733.00 |
| 39384 | 8/20/2021 | SRB039384AL | $33,718.00 | $733.00 |
| 39395 | 8/23/2021 | SRB039395AL | $33,525.72 | $728.82 |
| 50911AC | 7/30/2021 | CWP050911TN | $32,771.70 | $728.26 |
| 51135AC | 8/19/2021 | CWP051135TNAC | $33,499.96 | $728.26 |
| 51258AC | 8/25/2021 | CWP051258TNAC | $33,499.96 | $728.26 |
| 51267AC | 8/25/2021 | CWP051267TNAC | $33,499.96 | $728.26 |
| 51275AC | 8/25/2021 | CWP051275TNAC | $33,499.96 | $728.26 |
| 50999AC | 8/4/2021 | CWP050999TN | $33,499.96 | $728.26 |
| 51285AC | 8/26/2021 | CWP051285TNAC | $33,499.96 | $728.26 |
| 50966AC | 8/3/2021 | CWP050966TN | $33,499.96 | $728.26 |
| 50983AC | 8/3/2021 | CWP050983TN | $33,499.96 | $728.26 |
| 50944AC | 8/4/2021 | CWP050944TN | $33,499.96 | $728.26 |
| 39458 | 8/31/2021 | SRB039458AL | $33,718.00 | $733.00 |

| | | | | |
|---|---|---|---|---|
| 39465 | 8/31/2021 | SRB039465AL | $33,718.00 | $733.00 |
| 39452 | 8/30/2021 | SRB039452AL | $33,718.00 | $733.00 |
| 50817AC | 9/1/2021 | CWP050817TNAC | $34,228.22 | $728.26 |
| 51020AC | 8/9/2021 | CWP051020TN | $33,499.96 | $728.26 |
| 51055AC | 8/9/2021 | CWP051055TN | $33,499.96 | $728.26 |
| 51043AC | 8/9/2021 | CWP051043TN | $33,499.96 | $728.26 |
| 51009AC | 8/9/2021 | CWP051009TN | $33,499.96 | $728.26 |
| 51295AC | 8/27/2021 | CWP051295TNAC | $33,499.96 | $728.26 |
| 46291 | 8/9/2021 | CLH046291TNAB | $46,474.72 | $1,010.32 |
| 39168AC | 7/26/2021 | SRB039168ALAC | $32,625.90 | $725.02 |
| 50819AC | 9/3/2021 | CWP050819TNAC | $34,228.22 | $728.26 |
| 50818AC | 9/3/2021 | CWP050818TNAC | $34,228.22 | $728.26 |
| 51051AC | 8/6/2021 | CWP051051TN | $33,499.96 | $728.26 |
| 50815AC | 9/2/2021 | CWP050815TNAC | $34,228.22 | $728.26 |
| 50814AC | 8/31/2021 | CWP050814TNAC | $33,499.96 | $728.26 |
| 50816AC | 9/2/2021 | CWP050816TNAC | $34,228.22 | $728.26 |
| 82330 | 8/30/2021 | SA4082330ALAB | $47,129.76 | $1,024.56 |
| 51077AC | 8/11/2021 | CWP051077TNAC | $33,499.96 | $728.26 |
| 51067AC | 8/13/2021 | CWP051067TNAC | $33,499.96 | $728.26 |
| 51085AC | 8/12/2021 | CWP051085TNAC | $33,499.96 | $728.26 |
| 39120AC | 7/19/2021 | SRB039120ALAC | $26,797.50 | $595.50 |
| 39115AC | 7/19/2021 | SRB039115ALAC | $26,797.50 | $595.50 |
| 39145AC | 7/21/2021 | SRB039145ALAC | $32,625.90 | $725.02 |
| 39141AC | 7/21/2021 | SRB039141ALAC | $32,694.30 | $726.54 |
| 51097AC | 8/16/2021 | CWP051097TNAC | $32,058.32 | $696.92 |
| 51109AC | 8/16/2021 | CWP051109TNAC | $33,499.96 | $728.26 |
| 51094AC | 8/13/2021 | CWP051094TNAC | $33,499.96 | $728.26 |
| 51114AC | 8/17/2021 | CWP051114TNAC | $33,499.96 | $728.26 |
| 51121AC | 8/17/2021 | CWP051121TNAC | $33,499.96 | $728.26 |
| 51124AC | 8/18/2021 | CWP051124TNAC | $33,499.96 | $728.26 |
| 51133AC | 8/18/2021 | CWP051133TNAC | $33,499.96 | $728.26 |
| 50896AC | 7/28/2021 | CWP050896TN | $32,771.70 | $728.26 |
| 50859AC | 7/27/2021 | CWP050859TN | $31,916.70 | $709.26 |
| 50888AC | 7/27/2021 | CWP050888TN | $31,916.70 | $709.26 |
| 50871AC | 7/27/2021 | CWP050871TN | $31,916.70 | $709.26 |
| 39128AC | 7/20/2021 | SRB039128ALAC | $32,737.50 | $727.50 |
| 39134AC | 7/20/2021 | SRB039134ALAC | $32,737.50 | $727.50 |
| 39127AC | 7/20/2021 | SRB039127ALAC | $31,747.50 | $705.50 |
| 40164 | 12/3/2021 | SRB040164AL | $35,076.00 | $701.52 |
| 38185AC | 5/14/2021 | SRB038185ALAC | $26,230.00 | $610.00 |
| 51747 | 11/12/2021 | CWP051747TN | $34,565.58 | $705.42 |
| 51856 | 12/6/2021 | CWP051856TN | $31,726.00 | $634.52 |
| 40017 | 11/15/2021 | SRB040017AL | $34,068.72 | $695.28 |
| 40024 | 11/16/2021 | SRB040024AL | $34,142.22 | $696.78 |

| 51798 | 11/16/2021 | CWP051798TN | $34,565.58 | $705.42 |
|---|---|---|---|---|

| | |
|---|---|
| **Total Past Due Curtailments=** | $117,162.04 |
| **Total Past Due Charges=** | $153,977.72 |
| **Total Demand=** | $271,139.76 |
| **Grand Total Demand Due=** | $324,848.90 |

NORTHPOINT COMMERCIAL FINANCE LLC, 1105 LAKEWOOD PARKWAY, SUITE 210, ALPHARETTA, GA 30009



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



# NORTHPOINT
## COMMERCIAL FINANCE

February 1, 2023

Time Out Communities, LLC
TOPPOS, LLC
Attn: Neil Carmichael Bender, II, Manager
333 Las Olas Way CU-1, Suite 434
Fort Lauderdale, FL 33301

*with copies to:*

Guarantor (defined below)
Attn: Neil Carmichael Bender, II, Manager
333 Las Olas Way CU-1, Suite 434
Fort Lauderdale, FL 33301

Neil Carmichael Bender, II, Individually

███████████
Fort Lauderdale, FL 33301

Re: Default and Demand for Payment

Dear Mr. Bender:

Because of past due payments, Time Out Communities, LLC and Toppos, LLC (collectively the "**Borrowers**") are in default under the terms of the Loan and Security Agreement dated as of May 12, 2020 between the Borrowers and Northpoint Commercial Finance LLC (the "**Agreement**"). Northpoint Commercial Finance LLC ("**Northpoint**") demands that the Borrowers pay the past due sum of $324,848.90 (the "**Demand Amount**").

As a result of the Borrowers' defaults, Northpoint may, in its sole discretion, implement the default rate of interest.

By copy of this letter, Northpoint is informing each party listed on **Exhibit A** attached hereto (each, a "**Guarantor**") of the Borrowers' defaults, and pursuant to each Guarantor's guaranty of the Borrowers' obligations under the Agreement (the "**Guaranty**"), Northpoint also makes demand on each Guarantor to pay the Demand Amount.

If Northpoint is forced to take action to protect its interests, the Borrowers and each Guarantor would be responsible for all costs and expenses incurred by Northpoint, which would include any repossession expenses and legal fees.

Northpoint reserves all of its rights and remedies under the Agreement, each Guaranty, and applicable law, and nothing in this letter shall constitute a waiver or amendment of any of those rights and remedies. Any delay or forbearance by Northpoint in the exercise of those rights and remedies will not operate as a waiver or amendment of those rights and remedies.

Northpoint expects the Borrowers' and each Guarantor's cooperation in resolving this matter. Please contact the undersigned immediately at 470-719-4880 to make arrangements for the payment of the Demand Amount.

Sincerely,

Mark Marfice
Portfolio Manager

**Exhibit A**
**Guarantors**

Neil Carmichael Bender, II
Time Out Properties, LLC
Top Park Services LLC
Abbot Park MHC LLC
Alamac Village MHP LLC
Cadillac Ranch MHC LLC
Brittany Court MHP LLC
Bullock MHP LLC
Cedarbrook Estates MHP LLC
Central Park 2 MHP LLC
Central Park 3 MHP LLC
City View MHC LLC
Eaglewood MHP LLC
Grand Valley MHP LLC
Littlefield Village MHP LLC
Maple Creek MHP LLC
Countryside MHC LLC
Eastview MHC LLC
Pine Run Park MHP LLC
Prairie Knolls MHP LLC
Rolling Acres MHC LLC
Scottsdale MHP LLC
Taylor Park MHC LLC
Waynesville Plantation MHP LLC
West Estates MHC LLC
Wysteria Village MHC LLC
Patch Place MHC LLC
Dogwood MHC, LLC
Laiken Estates MHC, LLC
Schoolview MHC, LLC
Turner Park MHC, LLC
Victoria Estates MHC, LLC
Ridgefield MHC LLC
Pleasant Hope MHC LLC
Time Out MHP, LLC
Cape Fear MHC LLC
Green Pines MHC LLC
Pine Log MHC LLC
Pinewood MHC LLC
Taylor's Bridge MHC LLC
White Sands MHC LLC
Bayside MHC LLC
Affordable Resorts LLC

# Exhibit B

**TOPPOS Past Due Charges & Curtailments**

| Charge Type | Past Due |
|---|---|
| Fees | $5,722.90 |
| Interest | $29,507.79 |
| **Total Charges Due=** | $35,230.69 |

## Past Due Curtailments

| Invoice Number | Invoice Date | Serial VIN | Current Balance | Past Due |
|---|---|---|---|---|
| 39118AC | 7/19/2021 | SRB039118ALAC | $28,732.90 | $104.21 |
| 51860 | 12/8/2021 | CWP051860TN | $30,615.60 | $111.04 |
| 39152AC | 7/22/2021 | SRB039152ALAC | $35,101.90 | $127.31 |
| 48953 | 3/31/2021 | CWP048953TN | $30,799.90 | $111.71 |
| 448015 | 3/9/2022 | SRB030645AL | $26,081.69 | $94.25 |
| 449003 | 3/9/2022 | CLH40903TNAB | $45,948.15 | $166.05 |
| 488076 | 3/9/2022 | SA4078674ALAB | $45,583.34 | $164.73 |
| 9993-0963 | 3/9/2022 | SRB030515AL | $29,407.30 | $106.27 |
| 9993-0964 | 3/9/2022 | SRB030243AL | $29,511.14 | $106.65 |
| 9993-0966 | 3/9/2022 | SRB030659AL | $27,548.46 | $99.56 |
| 48945 | 3/31/2021 | CWP048945TN | $30,911.61 | $111.71 |
| 51853 | 12/6/2021 | CWP051853TN | $30,726.64 | $111.04 |
| 37546 | 3/18/2021 | SRB037546AL | $33,202.09 | $119.99 |
| 37547 | 3/3/2022 | SRB037547AL | $33,202.09 | $119.99 |
| 37941 | 3/22/2021 | SRB037941AL | $30,080.61 | $108.71 |
| 37942 | 3/22/2021 | SRB037942AL | $30,080.61 | $108.71 |
| 37944 | 3/22/2021 | SRB037944AL | $30,080.61 | $108.71 |
| 37950 | 3/22/2021 | SRB037950AL | $30,080.61 | $108.71 |
| 37951 | 3/22/2021 | SRB037951AL | $30,080.61 | $108.71 |
| 37952 | 3/22/2021 | SRB037952AL | $30,080.61 | $108.71 |
| 37953 | 3/22/2021 | SRB037953AL | $30,080.61 | $108.71 |
| 37954 | 3/22/2021 | SRB037954AL | $30,080.61 | $108.71 |
| 37955 | 3/23/2021 | SRB037955AL | $30,080.61 | $108.71 |
| 37956 | 3/23/2021 | SRB037956AL | $30,080.61 | $108.71 |
| 38020 | 3/29/2021 | SRB038020AL | $30,080.61 | $108.71 |
| 38038 | 3/3/2022 | SRB038038AL | $30,310.14 | $109.54 |
| 48743 | 3/8/2021 | CWP048743TN | $26,201.79 | $94.69 |
| 48744 | 3/8/2021 | CWP048744TN | $26,201.79 | $94.69 |
| 47845 | 3/9/2021 | CWP048745TN | $26,201.79 | $94.69 |
| 48746 | 3/9/2021 | CWP048746TN | $26,201.79 | $94.69 |
| 48769 | 3/10/2021 | CWP048769TN | $27,536.41 | $99.51 |
| 48771 | 3/12/2021 | CWP048771TN | $27,536.41 | $99.51 |
| 48772 | 3/11/2021 | CWP048772TN | $30,682.08 | $110.88 |
| 48773 | 3/15/2021 | CWP048773TN | $30,682.08 | $110.88 |
| 48811 | 3/18/2021 | CWP048811TN | $27,536.41 | $99.51 |

| | | | | |
|---|---|---|---|---|
| 48813 | 3/19/2021 | CWP048813TN | $27,536.41 | $99.51 |
| 48816 | 3/11/2021 | CWP048816TN | $30,682.08 | $110.88 |
| 49228 | 2/4/2021 | CWP049228TN | $25,756.28 | $93.08 |
| 49417 | 2/24/2021 | CWP049417TN | $26,169.87 | $94.57 |
| 49421 | 2/24/2021 | CWP049421TN | $26,169.87 | $94.57 |
| 49428 | 2/26/2021 | CWP049428TN | $26,169.87 | $94.57 |
| 49432 | 3/1/2021 | CWP049432TN | $26,169.87 | $94.57 |
| 49439 | 3/2/2021 | CWP049439TN | $26,169.87 | $94.57 |
| 49441 | 3/2/2021 | CWP049441TN | $26,169.87 | $94.57 |
| 49459 | 3/4/2021 | CWP049459TN | $26,201.79 | $94.69 |
| 49461 | 3/5/2021 | CWP049461TN | $26,201.79 | $94.69 |
| 49463 | 3/4/2021 | CWP049463TN | $26,201.79 | $94.69 |
| 49933 | 5/4/2021 | CWP049933TNAB | $43,042.05 | $155.55 |
| 40156 | 12/2/2021 | SRB040156AL | $34,166.76 | $123.03 |
| 38461 | 11/9/2021 | SRB038461AL | $34,555.56 | $124.43 |
| 38186AC | 5/14/2021 | SRB038186ALAC | $29,646.00 | $106.75 |
| 38189AC | 5/14/2021 | SRB038189ALAC | $29,646.00 | $106.75 |
| 38187AC | 5/14/2021 | SRB038187ALAC | $29,646.00 | $106.75 |
| 38464 | 11/9/2021 | SRB038464AL | $33,863.48 | $121.94 |
| 38188AC | 5/14/2021 | SRB038188ALAC | $29,646.00 | $106.75 |
| 38193AC | 5/17/2021 | SRB038193ALAC | $29,646.00 | $106.75 |
| 9993-0968 | 5/2/2022 | CWP044690TN | $34,891.24 | $125.19 |
| 9993-0986 | 5/2/2022 | SRB035664AL | $45,468.71 | $163.14 |
| 9993-0974 | 5/2/2022 | CWP042624TN | $36,997.38 | $132.74 |
| 9993-0981 | 5/2/2022 | CWP044051TN | $33,064.02 | $118.63 |
| 483238 | 5/2/2022 | SA4078675ALAB | $58,384.67 | $209.48 |
| 38468 | 11/9/2021 | SRB038468AL | $33,863.48 | $121.94 |
| 40028 | 11/16/2021 | SRB040028AL | $33,863.48 | $121.94 |
| 50289 | 6/14/2021 | CWP050289TN | $34,339.80 | $123.65 |
| 40143 | 12/1/2021 | SRB040143AL | $34,166.76 | $123.03 |
| 50299 | 6/14/2021 | CWP050299TN | $34,339.80 | $123.65 |
| 40146 | 12/2/2021 | SRB040146AL | $34,166.76 | $123.03 |
| 40148 | 12/2/2021 | SRB040148AL | $34,166.76 | $123.03 |
| 49984 | 5/20/2021 | CWP049984TN | $28,444.64 | $102.42 |
| 40155 | 12/2/2021 | SRB040155AL | $34,166.76 | $123.03 |
| 40158 | 12/2/2021 | SRB040158AL | $33,902.36 | $122.08 |
| 40159 | 12/3/2021 | SRB040159AL | $34,166.76 | $123.03 |
| 38197AC | 5/17/2021 | SRB038197ALC | $30,600.48 | $110.19 |
| 50313 | 6/14/2021 | CWP050313TN | $34,339.80 | $123.65 |
| 49973 | 5/18/2021 | CWP049973TN | $28,444.64 | $102.42 |
| 38804 | 6/16/2021 | SRB038804AL | $34,300.92 | $123.51 |
| 49981 | 5/20/2021 | CWP049981TN | $28,444.64 | $102.42 |
| 38806 | 6/16/2021 | SRB038806AL | $34,300.92 | $123.51 |
| 38809 | 6/16/2021 | SRB038809AL | $34,300.92 | $123.51 |
| 38811 | 6/17/2021 | SRB038811AL | $34,300.92 | $123.51 |
| 38813 | 6/21/2021 | SRB038813AL | $34,300.92 | $123.51 |
| 50329 | 6/22/2021 | CWP050329TN | $34,339.80 | $123.65 |

| 50336 | 6/22/2021 | CWP050336TN | $34,339.80 | $123.65 |
| 50343 | 6/23/2021 | CWP050343TN | $34,339.80 | $123.65 |
| 50372 | 6/23/2021 | CWP050372TN | $34,339.80 | $123.65 |
| 50378 | 6/23/2021 | CWP050378TN | $34,339.80 | $123.65 |
| 50486 | 6/28/2021 | CWP050486TN | $34,455.44 | $124.07 |
| 50490 | 6/28/2021 | CWP050490TN | $34,455.44 | $124.07 |
| 50497 | 6/28/2021 | CWP050497TN | $34,455.44 | $124.07 |
| 50507 | 6/30/2021 | CWP050507TN | $34,455.44 | $124.07 |
| 50522 | 6/30/2021 | CWP050522TN | $34,455.44 | $124.07 |
| 50533 | 6/30/2021 | CWP050533TN | $34,455.44 | $124.07 |
| 50549 | 7/1/2021 | CWP050549TN | $34,455.44 | $124.07 |
| 50539 | 7/1/2021 | CWP050539TN | $34,455.44 | $124.07 |
| 50553 | 7/1/2021 | CWP050553TN | $34,455.44 | $124.07 |
| 50562AC | 7/6/2021 | CWP050562TN | $34,455.44 | $124.07 |
| 50572 | 7/6/2021 | CWP050572TN | $34,455.44 | $124.07 |
| 50838AC | 7/15/2021 | CWP050838TN | $34,470.04 | $124.12 |
| 39103AC | 7/16/2021 | SRB039103ALAC | $34,386.44 | $123.82 |
| 39107AC | 7/19/2021 | SRB039107ALAC | $34,386.44 | $123.82 |
| 39110AC | 7/19/2021 | SRB039110ALAC | $34,386.44 | $123.82 |
| 39113AC | 7/19/2021 | SRB039113ALAC | $33,363.88 | $120.14 |
| 39114AC | 7/19/2021 | SRB039114ALAC | $34,386.44 | $123.82 |
| 39117AC | 7/19/2021 | SRB039117ALAC | $34,312.60 | $123.55 |
| 39119AC | 7/19/2021 | SRB039119ALAC | $34,386.44 | $123.82 |
| 50845AC | 7/19/2021 | CWP050845TN | $34,470.04 | $124.12 |
| 50854AC | 7/19/2021 | CWP050854TN | $34,470.04 | $124.12 |
| 39121AC | 7/20/2021 | SRB039121ALAC | $34,287.32 | $123.46 |
| 39122AC | 7/20/2021 | SRB039122ALAC | $35,309.88 | $127.14 |
| 39124AC | 7/20/2021 | SRB039124ALAC | $34,287.32 | $123.46 |
| 39125AC | 7/20/2021 | SRB039125ALAC | $35,356.52 | $127.31 |
| 39163AC | 7/23/2021 | SRB039163ALAC | $35,356.52 | $127.31 |
| 50918 | 8/4/2021 | CWP050918TN | $35,393.40 | $127.45 |
| 38357 | 11/6/2021 | SRB038357AL | $34,482.64 | $124.17 |
| 37905 | 11/8/2021 | SRB037905AL | $34,555.56 | $124.43 |
| 38281 | 11/8/2021 | SRB038281AL | $34,555.56 | $124.43 |
| 38363 | 11/8/2021 | SRB038363AL | $34,482.64 | $124.17 |
| 38369 | 11/8/2021 | SRB038369AL | $34,482.64 | $124.17 |
| 38389 | 11/8/2021 | SRB038389AL | $34,482.64 | $124.17 |
| 38467 | 11/9/2021 | SRB038467AL | $33,863.48 | $121.94 |
| 40014 | 11/15/2021 | SRB040014AL | $33,863.48 | $121.94 |
| 40015 | 11/15/2021 | SRB040015AL | $33,790.64 | $121.67 |
| 51794 | 11/15/2021 | CWP051794TN | $30,837.68 | $111.04 |
| 40020 | 11/16/2021 | SRB040020AL | $33,863.48 | $121.94 |
| 51809 | 11/17/2021 | CWP051809TN | $30,837.68 | $111.04 |
| 40152 | 12/2/2021 | SRB040152AL | $33,902.36 | $122.08 |
| 40154 | 12/2/2021 | SRB040154AL | $34,166.76 | $123.03 |
| 51861 | 12/8/2021 | CWP051861TN | $30,837.68 | $111.04 |
| 84ALAB | 6/30/2022 | SA4082284ALAB | $50,152.20 | $179.30 |

NORTHPOINT COMMERCIAL FINANCE LLC, 1105 LAKEWOOD PARKWAY, SUITE 210, ALPHARETTA, GA 30009

| 476215 | 7/15/2022 | 62310244TAB | $18,278.04 | $65.11 |
| 487023 | 7/15/2022 | H112345G | $12,997.56 | $46.30 |
| 82881 | 7/14/2022 | SA4082281ALAB | $50,331.50 | $179.30 |
| 473960T | 3/4/2022 | HONC03319224 | $11,525.74 | $40.91 |
| 9993-0993 | 6/17/2022 | CWP044752TN | $30,046.03 | $107.42 |
| 9993-0997 | 6/17/2022 | SRB035680AL | $30,412.68 | $108.73 |
| 9993-0998 | 6/17/2022 | CWP040307TN | $36,830.36 | $131.67 |
| 456682 | 8/19/2022 | 4B310200F | $17,724.46 | $62.92 |
| 499692 | 9/1/2022 | CLH043822TNAB | $70,330.95 | $248.77 |
| 82266 | 8/13/2021 | SA4082266ALAB | $50,690.10 | $179.30 |
| 53365 | 4/8/2022 | CWP053365TN | $37,989.20 | $133.90 |
| 480617/Nooe | 10/11/2022 | GAFLW39A10608WS12 | $13,210.25 | $46.56 |
| 478909/Davis | 10/11/2022 | GI27138 | $13,078.54 | $46.10 |
| 479946/Mitchell | 10/11/2022 | NCFL841A595130L12 | $13,434.11 | $47.35 |
| 49972 | 5/18/2021 | CWP049972TN | $28,444.64 | $102.42 |
| 39159AC | 7/22/2021 | 3RB039159ALAC | $34,075.94 | $119.27 |
| 50957AC | 8/3/2022 | CWP050957TN | $34,956.48 | $122.35 |
| 50993AC | 8/4/2021 | CWP050993TN | $35,684.74 | $124.90 |
| 82474 | 10/8/2021 | SA4082474ALAB | $52,815.00 | $184.85 |
| 50383 | 4/12/2022 | CWP050383TN | $38,357.00 | $134.25 |
| 41552 | 5/2/2022 | SRB041552AL | $43,304.00 | $151.56 |
| 52358 | 1/10/2022 | CWP052358TN | $33,790.00 | $118.27 |
| 52301 | 1/5/2022 | CWP052301TN | $32,840.00 | $114.94 |
| 51509 | 10/20/2021 | CWP051509TN | $31,783.36 | $111.24 |
| 50990AC | 8/3/2021 | CWP050990TN | $34,956.48 | $122.35 |
| 51502 | 10/20/2021 | CWP051502TN | $32,432.00 | $113.51 |
| 51498 | 10/21/2021 | CWP051498TN | $32,432.00 | $113.51 |
| 51568 | 10/27/2021 | CWP051568TN | $32,432.00 | $113.51 |
| 51596 | 11/4/2021 | CWP051596 | $32,432.00 | $113.51 |

**Total Past Due Curtailments=** $18,478.45

**Total Past Due Charges=** $35,230.69

**Total Demand=** $53,709.14

NORTHPOINT COMMERCIAL FINANCE LLC, 1105 LAKEWOOD PARKWAY, SUITE 210, ALPHARETTA, GA 30009

# Exhibit B Continued
## Time Out Communities, LLC Past Due Charges & Curtailments

| Charge Type | Past Due |
|---|---|
| Fees | $7,245.00 |
| Interest | $146,732.72 |
| | |
| Total Charges Due= | $153,977.72 |

| Invoice Number | Invoice Date | Serial VIN | Current Balance | Past Due |
|---|---|---|---|---|
| 38808 | 12/21/2021 | SRB038808AL | $38,384.00 | $767.68 |
| 38311 | 9/22/2021 | SRB038311AL | $33,111.50 | $704.50 |
| 39675 | 9/27/2021 | SRB039675AL | $33,111.50 | $704.50 |
| 39435 | 8/27/2021 | SRB039435AL | $33,718.00 | $733.00 |
| 39446 | 8/27/2021 | SRB039446AL | $33,718.00 | $733.00 |
| 82472 | 10/8/2021 | SA4082472ALAB | $50,702.40 | $1,056.30 |
| 38313 | 9/21/2021 | SRB038313AL | $33,111.50 | $704.50 |
| 38309 | 9/23/2021 | SRB038309AL | $33,111.50 | $704.50 |
| 38658 | 9/23/2021 | SRB039658AL | $33,111.50 | $704.50 |
| 37541 | 9/20/2021 | SRB037541AL | $33,111.50 | $704.50 |
| 37539 | 9/20/2021 | SRB037539AL | $33,111.50 | $704.50 |
| 39607 | 9/17/2021 | SRB039607AL | $32,915.04 | $700.32 |
| 39680 | 9/27/2021 | SRB039680AL | $33,111.50 | $704.50 |
| 51500 | 10/21/2021 | CWP051500TN | $33,724.80 | $702.60 |
| 49203 | 10/20/2021 | CWP049203TN | $32,084.16 | $668.42 |
| 50624 | 10/20/2021 | CWP050624TN | $33,588.48 | $699.76 |
| 50628 | 10/8/2021 | CWP050628TN | $33,588.48 | $699.76 |
| 49192 | 10/11/2021 | CWP049192TN | $31,544.64 | $657.18 |
| 49206 | 10/11/2021 | CWP049206TN | $33,724.80 | $702.60 |
| 50623 | 10/8/2021 | CWP050623TN | $33,588.48 | $699.76 |
| 50711 | 9/29/2021 | CWP050711TN | $32,888.72 | $699.76 |
| 50706AC | 9/24/2021 | CWP050706TNAC | $32,888.72 | $699.76 |
| 50710 | 9/24/2021 | CWP050710TN | $32,888.72 | $699.76 |
| 50708AC | 9/24/2021 | CWP050708TNAC | $32,888.72 | $699.76 |
| 49196 | 10/13/2021 | CWP049196TN | $31,544.64 | $657.18 |
| 49204 | 10/13/2021 | CWP049204TN | $33,724.80 | $702.60 |
| 39660 | 9/23/2021 | SRB039660AL | $33,111.50 | $704.50 |
| 37542 | 9/17/2021 | SRB037542AL | $33,111.50 | $704.50 |
| 37548 | 9/16/2021 | SRB037548AL | $33,111.50 | $704.50 |
| 50765AC | 9/20/2021 | CWP050765TNAC | $32,888.72 | $699.76 |

| | | | | |
|---|---|---|---|---|
| 82278 | 8/16/2021 | SA4082278ALAB | $47,129.76 | $1,024.56 |
| 50764AC | 9/20/2021 | CWP050764TNAC | $32,888.72 | $699.76 |
| 50774AC | 9/17/2021 | CWP050774TNAC | $32,888.72 | $699.76 |
| 50773AC | 9/17/2021 | CWP050773TNAC | $32,888.72 | $699.76 |
| 50776AC | 9/17/2021 | CWP050776TNAC | $32,888.72 | $699.76 |
| 50762AC | 9/20/2021 | CWP050762TNAC | $32,888.72 | $699.76 |
| 50763AC | 9/20/2021 | CWP050763TNAC | $32,888.72 | $699.76 |
| 39667 | 9/24/2021 | SRB039667AL | $33,111.50 | $704.50 |
| 39663 | 9/23/2021 | SRB039663AL | $33,111.50 | $704.50 |
| 51537 | 10/25/2021 | CWP051537TN | $31,134.72 | $648.64 |
| 51544 | 10/25/2021 | CWP051544TN | $31,628.16 | $658.92 |
| 50775AC | 9/17/2021 | CWP050775TNAC | $32,888.72 | $699.76 |
| 50766AC | 9/21/2021 | CWP050766TNAC | $32,888.72 | $699.76 |
| 39428 | 8/26/2021 | SRB039428AL | $33,718.00 | $733.00 |
| 39424 | 8/25/2021 | SRB039424AL | $33,718.00 | $733.00 |
| 39417 | 8/25/2021 | SRB039417AL | $33,718.00 | $733.00 |
| 39416 | 8/25/2021 | SRB039416AL | $33,718.00 | $733.00 |
| 50707 | 10/4/2021 | CWP050707TN | $33,588.48 | $699.76 |
| 50709 | 10/4/2021 | CWP050709TN | $33,588.48 | $699.76 |
| 50627 | 10/15/2021 | CWP050627TN | $33,588.48 | $699.76 |
| 82473 | 10/8/2021 | SA4082473ALAB | $46,493.76 | $968.62 |
| 51507 | 10/20/2021 | CWP051507TN | $31,628.16 | $658.92 |
| 51512 | 10/20/2021 | CWP051512TN | $31,628.16 | $658.92 |
| 82471 | 10/8/2021 | SA4082471ALAB | $46,493.76 | $968.62 |
| 39671 | 9/24/2021 | SRB039671AL | $33,111.50 | $704.50 |
| 50625 | 10/6/2021 | CWP050625TN | $33,588.48 | $699.76 |
| 50626 | 10/6/2021 | CWP050626TN | $33,588.48 | $699.76 |
| 40022 | 11/16/2021 | SRB040022AL | $34,068.72 | $695.28 |
| 52160 | 12/14/2021 | CWP052160TN | $31,890.00 | $637.80 |
| 51837 | 12/3/2021 | CWP051837TN | $31,726.00 | $634.52 |
| 51857 | 12/6/2021 | CWP051857TN | $31,726.00 | $634.52 |
| 51850 | 12/3/2021 | CWP051850TN | $31,726.00 | $634.52 |
| 51833 | 12/3/2021 | CWP051833TN | $31,726.00 | $634.52 |
| 40245 | 12/10/2021 | SRB040245AL | $38,696.00 | $773.92 |
| 40237 | 12/10/2021 | SRB040237AL | $38,696.00 | $773.92 |
| 40230 | 12/10/2021 | SRB040230AL | $38,696.00 | $773.92 |
| 40207 | 12/8/2021 | SRB040207AL | $35,151.00 | $703.02 |
| 40165 | 12/3/2021 | SRB040165AL | $35,151.00 | $703.02 |
| 40163 | 12/3/2021 | SRB040163AL | $35,151.00 | $703.02 |
| 40161 | 12/3/2021 | SRB040161AL | $35,151.00 | $703.02 |
| 40160 | 12/3/2021 | SRB040160AL | $35,151.00 | $703.02 |
| 40267 | 12/14/2021 | SRB040267AL | $38,696.00 | $773.92 |
| 40266 | 12/14/2021 | SRB040266AL | $38,696.00 | $773.92 |
| 40259 | 12/13/2021 | SRB040259AL | $38,696.00 | $773.92 |

| 40253 | 12/13/2021 | SRB040253AL | $38,696.00 | $773.92 |
|---|---|---|---|---|
| 40252 | 12/13/2021 | SRB040252AL | $38,696.00 | $773.92 |
| 40251 | 12/13/2021 | SRB040251AL | $38,696.00 | $773.92 |
| 40257 | 12/13/2021 | SRB040257AL | $38,621.00 | $772.42 |
| 40151 | 12/2/2021 | SRB040151AL | $35,076.00 | $701.52 |
| 40006 | 11/15/2021 | SRB040006AL | $37,616.32 | $767.68 |
| 40019 | 11/15/2021 | SRB040019AL | $34,142.22 | $696.78 |
| 40150 | 12/2/2021 | SRB040150AL | $34,879.00 | $697.58 |
| 33091 | 11/12/2021 | SRB033091AL | $37,616.32 | $767.68 |
| 33352 | 11/12/2021 | SRB033352AL | $37,616.32 | $767.68 |
| 38462 | 11/9/2021 | SRB038462AL | $34,142.22 | $696.78 |
| 38469 | 11/9/2021 | SRB038469AL | $34,142.22 | $696.78 |
| 38495 | 11/11/2021 | SRB038495AL | $37,616.32 | $767.68 |
| 40004 | 11/15/2021 | SRB040004AL | $37,616.32 | $767.68 |
| 52229 | 12/23/2021 | CWP052229TN | $32,840.00 | $656.80 |
| 40689 | 12/28/2021 | SRB040689AL | $38,039.00 | $760.78 |
| 51811 | 11/17/2021 | CWP051811TN | $31,172.82 | $636.18 |
| 38383 | 11/8/2021 | SRB038383AL | $34,766.48 | $709.52 |
| 51588 | 10/28/2021 | CWP051588TN | $33,724.80 | $702.60 |
| 51553 | 10/27/2021 | CWP051553TN | $31,134.72 | $648.64 |
| 51574 | 10/28/2021 | CWP051574TN | $33,724.80 | $702.60 |
| 51758 | 11/15/2021 | CWP051758TN | $31,172.82 | $636.18 |
| 51744 | 11/12/2021 | CWP051744TN | $31,091.48 | $634.52 |
| 51725 | 11/12/2021 | CWP051725TN | $31,172.82 | $636.18 |
| 51727 | 11/12/2021 | CWP051727TN | $31,172.82 | $636.18 |
| 51728 | 11/12/2021 | CWP051728TN | $31,172.82 | $636.18 |
| 51609 | 11/4/2021 | CWP051609TN | $31,783.36 | $648.64 |
| 51656 | 11/4/2021 | CWP051656TN | $33,822.74 | $690.26 |
| 51644 | 11/1/2021 | CWP051644TN | $33,863.90 | $691.10 |
| 51629 | 11/1/2021 | CWP051629TN | $33,863.90 | $691.10 |
| 39405 | 8/24/2021 | SRB039405AL | $33,718.00 | $733.00 |
| 39384 | 8/20/2021 | SRB039384AL | $33,718.00 | $733.00 |
| 39395 | 8/23/2021 | SRB039395AL | $33,525.72 | $728.82 |
| 50911AC | 7/30/2021 | CWP050911TN | $32,771.70 | $728.26 |
| 51135AC | 8/19/2021 | CWP051135TNAC | $33,499.96 | $728.26 |
| 51258AC | 8/25/2021 | CWP051258TNAC | $33,499.96 | $728.26 |
| 51267AC | 8/25/2021 | CWP051267TNAC | $33,499.96 | $728.26 |
| 51275AC | 8/25/2021 | CWP051275TNAC | $33,499.96 | $728.26 |
| 50999AC | 8/4/2021 | CWP050999TN | $33,499.96 | $728.26 |
| 51285AC | 8/26/2021 | CWP051285TNAC | $33,499.96 | $728.26 |
| 50966AC | 8/3/2021 | CWP050966TN | $33,499.96 | $728.26 |
| 50983AC | 8/3/2021 | CWP050983TN | $33,499.96 | $728.26 |
| 50944AC | 8/4/2021 | CWP050944TN | $33,499.96 | $728.26 |
| 39458 | 8/31/2021 | SRB039458AL | $33,718.00 | $733.00 |

NORTHPOINT COMMERCIAL FINANCE LLC, 1105 LAKEWOOD PARKWAY, SUITE 210, ALPHARETTA, GA 30009

| | | | | |
|---|---|---|---|---|
| 39465 | 8/31/2021 | SRB039465AL | $33,718.00 | $733.00 |
| 39452 | 8/30/2021 | SRB039452AL | $33,718.00 | $733.00 |
| 50817AC | 9/1/2021 | CWP050817TNAC | $34,228.22 | $728.26 |
| 51020AC | 8/9/2021 | CWP051020TN | $33,499.96 | $728.26 |
| 51055AC | 8/9/2021 | CWP051055TN | $33,499.96 | $728.26 |
| 51043AC | 8/9/2021 | CWP051043TN | $33,499.96 | $728.26 |
| 51009AC | 8/9/2021 | CWP051009TN | $33,499.96 | $728.26 |
| 51295AC | 8/27/2021 | CWP051295TNAC | $33,499.96 | $728.26 |
| 46291 | 8/9/2021 | CLH046291TNAB | $46,474.72 | $1,010.32 |
| 39168AC | 7/26/2021 | SRB039168ALAC | $32,625.90 | $725.02 |
| 50819AC | 9/3/2021 | CWP050819TNAC | $34,228.22 | $728.26 |
| 50818AC | 9/3/2021 | CWP050818TNAC | $34,228.22 | $728.26 |
| 51051AC | 8/6/2021 | CWP051051TN | $33,499.96 | $728.26 |
| 50815AC | 9/2/2021 | CWP050815TNAC | $34,228.22 | $728.26 |
| 50814AC | 8/31/2021 | CWP050814TNAC | $33,499.96 | $728.26 |
| 50816AC | 9/2/2021 | CWP050816TNAC | $34,228.22 | $728.26 |
| 82330 | 8/30/2021 | SA4082330ALAB | $47,129.76 | $1,024.56 |
| 51077AC | 8/11/2021 | CWP051077TNAC | $33,499.96 | $728.26 |
| 51067AC | 8/13/2021 | CWP051067TNAC | $33,499.96 | $728.26 |
| 51085AC | 8/12/2021 | CWP051085TNAC | $33,499.96 | $728.26 |
| 39120AC | 7/19/2021 | SRB039120ALAC | $26,797.50 | $595.50 |
| 39115AC | 7/19/2021 | SRB039115ALAC | $26,797.50 | $595.50 |
| 39145AC | 7/21/2021 | SRB039145ALAC | $32,625.90 | $725.02 |
| 39141AC | 7/21/2021 | SRB039141ALAC | $32,694.30 | $726.54 |
| 51097AC | 8/16/2021 | CWP051097TNAC | $32,058.32 | $696.92 |
| 51109AC | 8/16/2021 | CWP051109TNAC | $33,499.96 | $728.26 |
| 51094AC | 8/13/2021 | CWP051094TNAC | $33,499.96 | $728.26 |
| 51114AC | 8/17/2021 | CWP051114TNAC | $33,499.96 | $728.26 |
| 51121AC | 8/17/2021 | CWP051121TNAC | $33,499.96 | $728.26 |
| 51124AC | 8/18/2021 | CWP051124TNAC | $33,499.96 | $728.26 |
| 51133AC | 8/18/2021 | CWP051133TNAC | $33,499.96 | $728.26 |
| 50896AC | 7/28/2021 | CWP050896TN | $32,771.70 | $728.26 |
| 50859AC | 7/27/2021 | CWP050859TN | $31,916.70 | $709.26 |
| 50888AC | 7/27/2021 | CWP050888TN | $31,916.70 | $709.26 |
| 50871AC | 7/27/2021 | CWP050871TN | $31,916.70 | $709.26 |
| 39128AC | 7/20/2021 | SRB039128ALAC | $32,737.50 | $727.50 |
| 39134AC | 7/20/2021 | SRB039134ALAC | $32,737.50 | $727.50 |
| 39127AC | 7/20/2021 | SRB039127ALAC | $31,747.50 | $705.50 |
| 40164 | 12/3/2021 | SRB040164AL | $35,076.00 | $701.52 |
| 38185AC | 5/14/2021 | SRB038185ALAC | $26,230.00 | $610.00 |
| 51747 | 11/12/2021 | CWP051747TN | $34,565.58 | $705.42 |
| 51856 | 12/6/2021 | CWP051856TN | $31,726.00 | $634.52 |
| 40017 | 11/15/2021 | SRB040017AL | $34,068.72 | $695.28 |
| 40024 | 11/16/2021 | SRB040024AL | $34,142.22 | $696.78 |

| 51798 | 11/16/2021 | CWP051798TN | $34,565.58 | $705.42 |

| | |
|---|---|
| **Total Past Due Curtailments=** | $117,162.04 |
| **Total Past Due Charges=** | $153,977.72 |
| **Total Demand=** | $271,139.76 |
| **Grand Total Demand Due=** | $324,848.90 |

NORTHPOINT COMMERCIAL FINANCE LLC, 1105 LAKEWOOD PARKWAY, SUITE 210, ALPHARETTA, GA 30009