# EXHIBIT N



May 22, 2023

Time Out Communities, LLC
TOPPOS, LLC
Attn: Neil Carmichael Bender, II, Manager
333 Las Olas Way CU-1, Suite 434
Fort Lauderdale, FL 33301

*with copies to:*

Guarantor (defined below)
Attn: Neil Carmichael Bender, II, Manager
333 Las Olas Way CU-1, Suite 434
Fort Lauderdale, FL 33301

Neil Carmichael Bender, II, Individually
█████████████
Fort Lauderdale, FL 33301

Re: Default and Demand for Payment

Dear Mr. Bender:

Because of past due payments, Time Out Communities, and Toppos, LLC (collectively the "**Borrowers**") are in default under the terms of the Loan and Security Agreement dated as of May 12, 2020 between the Borrowers and Northpoint Commercial Finance LLC (the "**Agreement**"). Northpoint Commercial Finance LLC ("**Northpoint**") demands that the Borrowers pay the past due sum for Toppos of 59,776.57 and the past due sum for Time out communities of 583,854.53 which comprise the $643,631.10 (the "**Demand Amount**").

As a result of the Borrowers' defaults, Northpoint may, in its sole discretion, implement the default rate of interest.

By copy of this letter, Northpoint is informing each party listed on **Exhibit A** attached hereto (each, a "**Guarantor**") of the Borrowers' defaults, and pursuant to each Guarantor's guaranty of the Borrowers' obligations under the Agreement (the "**Guaranty**"), Northpoint also makes demand on each Guarantor to pay the Demand Amount.

If Northpoint is forced to take action to protect its interests, the Borrowers and each Guarantor would be responsible for all costs and expenses incurred by Northpoint, which would include any repossession expenses and legal fees.

Northpoint reserves all of its rights and remedies under the Agreement, each Guaranty, and applicable law, and nothing in this letter shall constitute a waiver or amendment of any of those rights and remedies. Any delay or forbearance by Northpoint in the exercise of those rights and remedies will not operate as a waiver or amendment of those rights and remedies.

Northpoint expects the Borrowers' and each Guarantor's cooperation in resolving this matter. Please contact the undersigned immediately at 470-719-4880 to make arrangements for the payment of the Demand Amount.

Sincerely,

*Mark Marfice*

Mark Marfice

## Exhibit A
### Guarantors

Neil Carmichael Bender, II
Time Out Properties, LLC
Top Park Services LLC
Abbot Park MHC LLC
Alamac Village MHP LLC
Cadillac Ranch MHC LLC
Brittany Court MHP LLC
Bullock MHP LLC
Cedarbrook Estates MHP LLC
Central Park 2 MHP LLC
Central Park 3 MHP LLC
City View MHC LLC
Eaglewood MHP LLC
Grand Valley MHP LLC
Littlefield Village MHP LLC
Maple Creek MHP LLC
Countryside MHC LLC
 Eastview MHC LLC
Pine Run Park MHP LLC
Prairie Knolls MHP LLC
Rolling Acres MHC LLC
Scottsdale MHP LLC
Taylor Park MHC LLC
Waynesville Plantation MHP LLC
West Estates MHC LLC
Wysteria Village MHC LLC
Patch Place MHC LLC
Dogwood MHC, LLC
Laiken Estates MHC, LLC
Schoolview MHC, LLC
Turner Park MHC, LLC
Victoria Estates MHC, LLC
Ridgefield MHC LLC
Pleasant Hope MHC LLC
Time Out MHP, LLC
Cape Fear MHC LLC
Green Pines MHC LLC
Pine Log MHC LLC
Pinewood MHC LLC
Taylor's Bridge MHC LLC
White Sands MHC LLC
Bayside MHC LLC
Affordable Resorts LLC

# Exhibit B  Toppo's LLC

| Charge Type | Past Due |
|---|---|
| Fees | $1,534.02 |
| Interest | $35,989.90 |
| Late Interest | $1,838.02 |
| | |
| Total charges 39,361.94 | |

## Curtailments $20,414.63

## Total past due $59,776.57

| Invoice Number | Invoice Date | Serial VIN | Current Balance | Past Due |
|---|---|---|---|---|
| 9993-0968 | 05/02/2022 | CWP044690TN | $34,515.67 | $125.19 |
| 9993-0986 | 05/02/2022 | SRB035664AL | $44,979.29 | $163.14 |
| 9993-0974 | 05/02/2022 | CWP042624TN | $36,599.16 | $132.74 |
| 9993-0981 | 05/02/2022 | CWP044051TN | $32,708.13 | $118.63 |
| 483238 | 05/02/2022 | SA4078675ALAB | $57,756.23 | $209.48 |
| 40156 | 12/02/2021 | SRB040156AL | $33,797.67 | $123.03 |
| 38461 | 11/09/2021 | SRB038461AL | $34,182.27 | $124.43 |
| 38186AC | 05/14/2021 | SRB038186ALAC | $29,325.75 | $106.75 |
| 38189AC | 05/14/2021 | SRB038189ALAC | $29,325.75 | $106.75 |
| 38187AC | 05/14/2021 | SRB038187ALAC | $29,325.75 | $106.75 |
| 38464 | 11/09/2021 | SRB038464AL | $33,497.66 | $121.94 |
| 38188AC | 05/14/2021 | SRB038188ALAC | $29,325.75 | $106.75 |
| 38193AC | 05/17/2021 | SRB038193ALAC | $29,325.75 | $106.75 |
| 38468 | 11/09/2021 | SRB038468AL | $33,497.66 | $121.94 |
| 40028 | 11/16/2021 | SRB040028AL | $33,497.66 | $121.94 |
| 50289 | 06/14/2021 | CWP050289TN | $33,968.85 | $123.65 |
| 40143 | 12/01/2021 | SRB040143AL | $33,797.67 | $123.03 |
| 50299 | 06/14/2021 | CWP050299TN | $33,968.85 | $123.65 |
| 40146 | 12/02/2021 | SRB040146AL | $33,797.67 | $123.03 |
| 40148 | 12/02/2021 | SRB040148AL | $33,797.67 | $123.03 |
| 49984 | 05/20/2021 | CWP049984TN | $28,137.38 | $102.42 |
| 40155 | 12/02/2021 | SRB040155AL | $33,797.67 | $123.03 |
| 40158 | 12/02/2021 | SRB040158AL | $33,536.12 | $122.08 |
| 40159 | 12/03/2021 | SRB040159AL | $33,797.67 | $123.03 |
| 38197AC | 05/17/2021 | SRB038197ALAC | $30,269.91 | $110.19 |
| 50313 | 06/14/2021 | CWP050313TN | $33,968.85 | $123.65 |
| 49973 | 05/18/2021 | CWP049973TN | $28,137.38 | $102.42 |
| 38804 | 06/16/2021 | SRB038804AL | $33,930.39 | $123.51 |

|  | Exhibit B |  |  |  |
|---|---|---|---|---|
| 49981 | 05/20/2021 | CWP049981TN | $28,137.38 | $102.42 |
| 38806 | 06/16/2021 | SRB038806AL | $33,930.39 | $123.51 |
| 38809 | 06/16/2021 | SRB038809AL | $33,930.39 | $123.51 |
| 38811 | 06/17/2021 | SRB038811AL | $33,930.39 | $123.51 |
| 38813 | 06/21/2021 | SRB038813AL | $33,930.39 | $123.51 |
| 50329 | 06/22/2021 | CWP050329TN | $33,968.85 | $123.65 |
| 50336 | 06/22/2021 | CWP050336TN | $33,968.85 | $123.65 |
| 50343 | 06/23/2021 | CWP050343TN | $33,968.85 | $123.65 |
| 50372 | 06/23/2021 | CWP050372TN | $33,968.85 | $123.65 |
| 50378 | 06/23/2021 | CWP050378TN | $33,968.85 | $123.65 |
| 50486 | 06/28/2021 | CWP050486TN | $34,083.23 | $124.07 |
| 50490 | 06/28/2021 | CWP050490TN | $34,083.23 | $124.07 |
| 50497 | 06/28/2021 | CWP050497TN | $34,083.23 | $124.07 |
| 50507 | 06/30/2021 | CWP050507TN | $34,083.23 | $124.07 |
| 50522 | 06/30/2021 | CWP050522TN | $34,083.23 | $124.07 |
| 50533 | 06/30/2021 | CWP050533TN | $34,083.23 | $124.07 |
| 50549 | 07/01/2021 | CWP050549TN | $34,083.23 | $124.07 |
| 50539 | 07/01/2021 | CWP050539TN | $34,083.23 | $124.07 |
| 50553 | 07/01/2021 | CWP050553TN | $34,083.23 | $124.07 |
| 50562AC | 07/06/2021 | CWP050562TN | $34,083.23 | $124.07 |
| 50572 | 07/06/2021 | CWP050572TN | $34,083.23 | $124.07 |
| 50838AC | 07/15/2021 | CWP050838TN | $34,097.68 | $124.12 |
| 39103AC | 07/16/2021 | SRB039103ALAC | $34,014.98 | $123.82 |
| 39107AC | 07/19/2021 | SRB039107ALAC | $34,014.98 | $123.82 |
| 39110AC | 07/19/2021 | SRB039110ALAC | $34,014.98 | $123.82 |
| 39113AC | 07/19/2021 | SRB039113ALAC | $33,003.46 | $120.14 |
| 39114AC | 07/19/2021 | SRB039114ALAC | $34,014.98 | $123.82 |
| 39117AC | 07/19/2021 | SRB039117ALAC | $33,941.95 | $123.55 |
| 39119AC | 07/19/2021 | SRB039119ALAC | $34,014.98 | $123.82 |
| 50845AC | 07/19/2021 | CWP050845TN | $34,097.68 | $124.12 |
| 50854AC | 07/19/2021 | CWP050854TN | $34,097.68 | $124.12 |
| 39121AC | 07/20/2021 | SRB039121ALAC | $33,916.94 | $123.46 |
| 39122AC | 07/20/2021 | SRB039122ALAC | $34,928.46 | $127.14 |
| 39124AC | 07/20/2021 | SRB039124ALAC | $33,916.94 | $123.46 |
| 39125AC | 07/20/2021 | SRB039125ALAC | $34,974.59 | $127.31 |
| 39163AC | 07/23/2021 | SRB039163ALAC | $34,974.59 | $127.31 |
| 50918 | 08/04/2021 | CWP050918TN | $35,011.05 | $127.45 |
| 38357 | 11/06/2021 | SRB038357AL | $34,110.13 | $124.17 |
| 37905 | 11/08/2021 | SRB037905AL | $34,182.27 | $124.43 |
| 38281 | 11/08/2021 | SRB038281AL | $34,182.27 | $124.43 |
| 38363 | 11/08/2021 | SRB038363AL | $34,110.13 | $124.17 |
| 38369 | 11/08/2021 | SRB038369AL | $34,110.13 | $124.17 |
| 38389 | 11/08/2021 | SRB038389AL | $34,110.13 | $124.17 |
| 38467 | 11/09/2021 | SRB038467AL | $33,497.66 | $121.94 |
| 40014 | 11/15/2021 | SRB040014AL | $33,497.66 | $121.94 |
| 40015 | 11/15/2021 | SRB040015AL | $33,425.63 | $121.67 |
| 51794 | 11/15/2021 | CWP051794TN | $30,504.56 | $111.04 |
| 40020 | 11/16/2021 | SRB040020AL | $33,497.66 | $121.94 |
| 51809 | 11/17/2021 | CWP051809TN | $30,504.56 | $111.04 |

| | Exhibit B | | | |
|---|---|---|---|---|
| 40152 | 12/02/2021 | SRB040152AL | $33,536.12 | $122.08 |
| 40154 | 12/02/2021 | SRB040154AL | $33,797.67 | $123.03 |
| 51861 | 12/08/2021 | CWP051861TN | $30,504.56 | $111.04 |
| 448015 | 03/09/2022 | SRB030645AL | $25,798.94 | $102.33 |
| 449003 | 03/09/2022 | CLH40903TNAB | $45,450.00 | $180.28 |
| 488076 | 03/09/2022 | SA4078674ALAB | $45,089.15 | $178.85 |
| 9993-0963 | 03/09/2022 | SRB030515AL | $29,088.49 | $115.38 |
| 9993-0964 | 03/09/2022 | SRB030243AL | $29,191.19 | $115.79 |
| 9993-0966 | 03/09/2022 | SRB030659AL | $27,249.78 | $108.09 |
| 48945 | 03/31/2021 | CWP048945TN | $30,576.48 | $121.28 |
| 51853 | 12/06/2021 | CWP051853TN | $30,393.52 | $120.56 |
| 37546 | 03/18/2021 | SRB037546AL | $32,842.12 | $130.27 |
| 37547 | 03/03/2022 | SRB037547AL | $32,842.12 | $130.27 |
| 37941 | 03/22/2021 | SRB037941AL | $29,754.48 | $118.02 |
| 37942 | 03/22/2021 | SRB037942AL | $29,754.48 | $118.02 |
| 37944 | 03/22/2021 | SRB037944AL | $29,754.48 | $118.02 |
| 37950 | 03/22/2021 | SRB037950AL | $29,754.48 | $118.02 |
| 37951 | 03/22/2021 | SRB037951AL | $29,754.48 | $118.02 |
| 37952 | 03/22/2021 | SRB037952AL | $29,754.48 | $118.02 |
| 37953 | 03/22/2021 | SRB037953AL | $29,754.48 | $118.02 |
| 37954 | 03/22/2021 | SRB037954AL | $29,754.48 | $118.02 |
| 37955 | 03/23/2021 | SRB037955AL | $29,754.48 | $118.02 |
| 37956 | 03/23/2021 | SRB037956AL | $29,754.48 | $118.02 |
| 38020 | 03/29/2021 | SRB038020AL | $29,754.48 | $118.02 |
| 38038 | 03/03/2022 | SRB038038AL | $29,981.52 | $118.92 |
| 48743 | 03/08/2021 | CWP048743TN | $25,917.72 | $102.81 |
| 48744 | 03/08/2021 | CWP048744TN | $25,917.72 | $102.81 |
| 47845 | 03/09/2021 | CWP048745TN | $25,917.72 | $102.81 |
| 48746 | 03/09/2021 | CWP048746TN | $25,917.72 | $102.81 |
| 48769 | 03/10/2021 | CWP048769TN | $27,237.88 | $108.04 |
| 48771 | 03/12/2021 | CWP048771TN | $27,237.88 | $108.04 |
| 48772 | 03/11/2021 | CWP048772TN | $30,349.44 | $120.38 |
| 48773 | 03/15/2021 | CWP048773TN | $30,349.44 | $120.38 |
| 48811 | 03/18/2021 | CWP048811TN | $27,237.88 | $108.04 |
| 48813 | 03/19/2021 | CWP048813TN | $27,237.88 | $108.04 |
| 48816 | 03/11/2021 | CWP048816TN | $30,349.44 | $120.38 |
| 49228 | 02/04/2021 | CWP049228TN | $24,992.85 | $0.00 |
| 49417 | 02/24/2021 | CWP049417TN | $25,886.16 | $102.68 |
| 49421 | 02/24/2021 | CWP049421TN | $25,886.16 | $102.68 |
| 49428 | 02/26/2021 | CWP049428TN | $25,886.16 | $102.68 |
| 49432 | 03/01/2021 | CWP049432TN | $25,886.16 | $102.68 |
| 49439 | 03/02/2021 | CWP049439TN | $25,886.16 | $102.68 |
| 49441 | 03/02/2021 | CWP049441TN | $25,886.16 | $102.68 |
| 49459 | 03/04/2021 | CWP049459TN | $25,917.72 | $102.81 |
| 49461 | 03/05/2021 | CWP049461TN | $25,917.72 | $102.81 |
| 49463 | 03/04/2021 | CWP049463TN | $25,917.72 | $102.81 |
| 49933 | 05/04/2021 | CWP049933TNAB | $42,575.40 | $168.88 |
| 39118AC | 07/19/2021 | SRB039118ALAC | $28,411.33 | $113.15 |
| 39152AC | 07/22/2021 | SRB039152ALAC | $34,709.05 | $138.23 |

| | | | | |
|---|---|---|---|---|
| 48953 | 03/31/2021 | CWP048953TN | $30,455.20 | $121.28 |
| 456682 | 08/19/2022 | 4B310200F | $17,535.70 | $62.92 |
| 473960T | 03/04/2022 | HONC03319224 | $11,403.01 | $40.91 |
| 84ALAB | 06/30/2022 | SA4082284ALAB | $49,614.30 | $179.30 |
| 82881 | 07/14/2022 | SA4082281ALAB | $49,793.60 | $179.30 |
| 476215 | 07/15/2022 | 62310244TAB | $18,082.71 | $65.11 |
| 487023 | 07/15/2022 | H112345G | $12,858.66 | $46.30 |
| 9993-0993 | 06/17/2022 | CWP044752TN | $29,723.77 | $107.42 |
| 9993-0997 | 06/17/2022 | SRB035680AL | $30,086.49 | $108.73 |
| 9993-0998 | 06/17/2022 | CWP040307TN | $36,435.35 | $131.67 |
| 50905AC | 07/28/2021 | CWP050905TN | $35,648.30 | $127.45 |
| 480617/Nooe | 10/11/2022 | GAFLW39A10608WS12 | $13,070.57 | $46.56 |
| 478909/Davis | 10/11/2022 | GI27138 | $12,940.24 | $46.10 |
| 479946/Mitchell | 10/11/2022 | NCFL841A595130L12 | $13,292.06 | $47.35 |
| 53365 | 04/08/2022 | CWP053365TN | $37,587.50 | $133.90 |
| 499692 | 09/01/2022 | CLH043822TNAB | $69,584.64 | $248.77 |
| 82266 | 08/13/2021 | SA4082266ALAB | $50,152.20 | $179.30 |
| 51509 | 10/20/2021 | CWP051509TN | $31,449.64 | $111.24 |
| 39159AC | 07/22/2021 | 3RB039159ALAC | $33,718.13 | $119.27 |
| 50957AC | 08/03/2022 | CWP050957TN | $34,589.43 | $122.35 |
| 50993AC | 08/04/2021 | CWP050993TN | $35,310.04 | $124.90 |
| 82474 | 10/08/2021 | SA4082474ALAB | $52,260.45 | $184.85 |
| 50383 | 04/12/2022 | CWP050383TN | $37,954.25 | $134.25 |
| 41552 | 05/02/2022 | SRB041552AL | $42,849.32 | $151.56 |
| 52358 | 01/10/2022 | CWP052358TN | $33,435.19 | $118.27 |
| 52301 | 01/05/2022 | CWP052301TN | $32,495.18 | $114.94 |
| 50990AC | 08/03/2021 | CWP050990TN | $34,589.43 | $122.35 |
| 51502 | 10/20/2021 | CWP051502TN | $32,091.47 | $113.51 |
| 51498 | 10/21/2021 | CWP051498TN | $32,091.47 | $113.51 |
| 51568 | 10/27/2021 | CWP051568TN | $32,091.47 | $113.51 |
| 51596 | 11/04/2021 | CWP051596 | $32,091.47 | $113.51 |
| 49972 | 05/18/2021 | CWP049972TN | $28,137.38 | $102.42 |
| 50776AC | 09/17/2021 | CWP050776TNAC | $32,773.61 | $115.11 |
| 52517 | 01/27/2022 | CWP052517TN | $34,449.16 | $121.42 |
| 40954 | 02/24/2022 | SRB040954AL | $37,937.56 | $133.72 |
| 40958 | 02/24/2022 | SRB040958AL | $37,937.56 | $133.72 |
| 41225 | 03/24/2022 | SRB041225AL | $41,399.16 | $145.92 |
| 50393 | 04/18/2022 | CWP050393TN | $38,088.50 | $134.25 |
| 53450 | 04/28/2022 | CWP053450TN | $39,639.56 | $139.72 |
| 83606 | 06/08/2022 | SA4083606ALAB | $68,326.34 | $240.83 |
| 54393 | 07/18/2022 | CWP054393TN | $41,782.46 | $147.27 |
| 49187 | 10/15/2021 | CWP049187TN | $31,323.82 | $110.41 |
| 82278 | 08/16/2021 | SA4082278ALAB | $47,129.76 | $164.95 |

**Total $20,414.63**

## Exhibit B Continued -Total Curtailments   Time Out Communities

| Invoice Number | Invoice Date | Serial VIN | Current Balance | Past Due |
|---|---|---|---|---|
| 41224 | 03/24/2022 | SRB041224AL | $41,691.00 | $833.82 |
| 41222 | 03/23/2022 | SRB041222AL | $41,816.00 | $836.32 |
| 41271 | 03/29/2022 | SRB041271AL | $41,691.00 | $833.82 |
| 41273 | 03/29/2022 | SRB041273AL | $41,691.00 | $833.82 |
| 41283 | 03/30/2022 | SRB041283AL | $41,691.00 | $833.82 |
| 41341 | 04/26/2022 | SRB041341AL | $43,147.00 | $0.00 |
| 52950 | 03/04/2022 | CWP052950TN | $36,708.00 | $734.16 |
| 52915 | 03/03/2022 | CWP052915TN | $41,125.00 | $822.50 |
| 52911 | 03/03/2022 | CWP052911TN | $36,708.00 | $734.16 |
| 53018 | 03/10/2022 | CWP053018TN | $41,125.00 | $822.50 |
| 53006 | 03/09/2022 | CWP053006TN | $41,125.00 | $822.50 |
| 53022 | 03/10/2022 | CWP053022TN | $41,125.00 | $822.50 |
| 53010 | 03/09/2022 | CWP053010TN | $41,125.00 | $822.50 |
| 50140 | 04/19/2022 | CWP050140TN | $38,357.00 | $0.00 |
| 41281 | 03/30/2022 | SRB041281AL | $41,595.00 | $831.90 |
| 41279 | 03/30/2022 | SRB041279AL | $41,691.00 | $833.82 |
| 41277 | 03/30/2022 | SRB041277AL | $41,691.00 | $833.82 |
| 41272 | 03/29/2022 | SRB041272AL | $41,420.00 | $828.40 |
| 41267 | 03/30/2022 | SRB041267AL | $41,409.00 | $828.18 |
| 41223 | 03/24/2022 | SRB041223AL | $41,420.00 | $828.40 |
| 41213 | 03/23/2022 | SRB041213AL | $41,816.00 | $836.32 |
| 53111 | 03/25/2022 | CWP053111TN | $38,770.00 | $775.40 |
| 41206 | 03/23/2022 | SRB041206AL | $41,420.00 | $828.40 |
| 41215 | 03/23/2022 | SRB041215AL | $41,420.00 | $828.40 |
| 41219 | 03/23/2022 | SRB041219AL | $41,420.00 | $828.40 |
| 41227 | 03/24/2022 | SRB041227AL | $41,420.00 | $828.40 |
| 41274 | 03/29/2022 | SRB041274AL | $41,691.00 | $833.82 |
| 40959 | 02/24/2022 | SRB040959AL | $38,341.00 | $1,533.64 |
| 40965 | 02/24/2022 | SRB040965AL | $38,341.00 | $1,533.64 |
| 41210 | 03/23/2022 | SRB041210AL | $41,420.00 | $828.40 |
| 41284 | 03/30/2022 | SRB041284AL | $41,409.00 | $828.18 |
| 41282 | 03/30/2022 | SRB041282AL | $41,691.00 | $833.82 |
| 41278 | 03/30/2022 | SRB041278AL | $41,409.00 | $828.18 |
| 41232 | 03/24/2022 | SRB041232AL | $41,420.00 | $828.40 |
| 51907 | 01/27/2022 | CWP051907TN | $38,665.00 | $2,319.90 |
| 51932 | 01/19/2022 | CWP051932TN | $37,456.00 | $2,247.36 |
| 52444 | 01/19/2022 | CWP052444TN | $33,790.00 | $2,027.40 |
| 52443 | 01/19/2022 | CWP052443TN | $33,790.00 | $2,027.40 |
| 52526 | 01/28/2022 | CWP052526TN | $34,692.00 | $2,081.52 |
| 52527 | 01/28/2022 | CWP052527TN | $34,692.00 | $2,081.52 |
| 52531 | 01/28/2022 | CWP052531TN | $34,692.00 | $2,081.52 |
| 52541 | 01/28/2022 | CWP052541TN | $34,692.00 | $2,081.52 |

| | | | | |
|---|---|---|---|---|
| 52542 | 01/28/2022 | CWP052542TN | $34,692.00 | $2,081.52 |
| 52719 | 02/10/2022 | CWP052719TN | $34,915.00 | $1,396.60 |
| | | Exubit | | |
| 52737 | 02/10/2022 | CWP052737TN | $34,915.00 | $1,396.60 |
| 52745 | 02/10/2022 | CWP052745TN | $34,915.00 | $1,396.60 |
| 52732 | 02/10/2022 | CWP052732TN | $34,915.00 | $1,396.60 |
| 40685 | 01/28/2022 | SRB040685AL | $38,039.00 | $2,282.34 |
| 52553 | 02/03/2022 | CWP052553TN | $34,915.00 | $1,396.60 |
| 52614 | 02/03/2022 | CWP052614TN | $34,915.00 | $1,396.60 |
| 52554 | 02/03/2022 | CWP052554TN | $34,915.00 | $1,396.60 |
| 52555 | 02/03/2022 | CWP052555TN | $34,915.00 | $1,396.60 |
| 52556 | 02/03/2022 | CWP052556TN | $34,915.00 | $1,396.60 |
| 40686 | 01/28/2022 | SRB040686AL | $38,039.00 | $2,282.34 |
| 40687 | 01/28/2022 | SRB040687AL | $38,039.00 | $2,282.34 |
| 40688 | 01/28/2022 | SRB040688AL | $38,039.00 | $2,282.34 |
| 40689 | 12/28/2021 | SRB040689AL | $38,039.00 | $3,043.12 |
| 40691 | 01/28/2022 | SRB040691AL | $38,039.00 | $2,282.34 |
| 40692 | 01/28/2022 | SRB040692AL | $38,039.00 | $2,282.34 |
| 40695 | 01/31/2022 | SRB040695AL | $38,039.00 | $2,282.34 |
| 40696 | 01/31/2022 | SRB040696AL | $38,039.00 | $2,282.34 |
| 40697 | 01/31/2022 | SRB040697AL | $38,039.00 | $2,282.34 |
| 41207 | 03/22/2022 | SRB041207AL | $40,902.00 | $818.04 |
| 41216 | 03/23/2022 | SRB041216AL | $41,816.00 | $836.32 |
| 53078 | 03/23/2022 | CWP053078TN | $42,488.00 | $849.76 |
| 53082 | 03/25/2022 | CWP053082TN | $38,770.00 | $775.40 |
| 53134 | 03/30/2022 | CWP053134TN | $37,870.00 | $757.40 |
| 53153 | 03/31/2022 | CWP053153TN | $37,870.00 | $757.40 |
| 53135 | 03/30/2022 | CWP053135TN | $37,870.00 | $757.40 |
| 53112 | 03/25/2022 | CWP053112TN | $37,870.00 | $757.40 |
| 53053 | 03/15/2022 | CWP053053TN | $41,980.00 | $839.60 |
| 52837 | 02/21/2022 | CWP052837TN | $34,915.00 | $1,396.60 |
| 449002 | 03/04/2022 | 02396822904AB | $6,376.10 | $1,129.94 |
| 450542 | 03/04/2022 | H813463G | $10,969.85 | $1,944.02 |
| 482289 | 03/04/2022 | H158494G | $6,992.63 | $1,239.20 |
| 515157 | 03/04/2022 | GBHMM52822 | $13,819.63 | $2,449.06 |
| 52862 | 02/22/2022 | CWP052862TN | $35,097.00 | $1,403.88 |
| 9999-1947 | 03/08/2022 | VAFLX19A51553CM12 | $8,794.80 | $1,558.58 |
| 40951 | 02/24/2022 | SRB040951AL | $38,341.00 | $1,533.64 |
| 40961 | 02/24/2022 | SRB040961AL | $37,285.00 | $1,491.40 |
| 40962 | 02/25/2022 | SRB040962AL | $42,177.00 | $1,687.08 |
| 40960 | 02/24/2022 | SRB040960AL | $38,205.00 | $1,528.20 |
| 40950 | 02/24/2022 | SRB040950AL | $38,205.00 | $1,528.20 |
| 40956 | 02/24/2022 | SRB040956AL | $38,205.00 | $1,528.20 |
| 83000 | 02/10/2022 | SA4083000ALAB | $54,690.00 | $2,187.60 |
| 52779 | 02/14/2022 | CWP052779TN | $37,147.00 | $1,485.88 |
| 82994 | 02/10/2022 | SA4082994ALAB | $54,690.00 | $2,187.60 |
| 52802 | 02/16/2022 | CWP052802TN | $37,147.00 | $1,485.88 |
| 52780 | 02/14/2022 | CWP052780TN | $34,915.00 | $1,396.60 |
| 52823 | 02/18/2022 | CWP052823TN | $37,147.00 | $1,485.88 |
| 52849 | 02/21/2022 | CWP052849TN | $35,097.00 | $1,403.88 |

| | | | | |
|---|---|---|---|---|
| 52845 | 02/21/2022 | CWP052845TN | $37,147.00 | $1,485.88 |
| 52855 | 02/21/2022 | CWP052855TN | $35,097.00 | $1,403.88 |
| 52856 | 02/22/2022 | CWP052856TN | $35,097.00 | $1,403.88 |
| 50983AC | 08/03/2021 | CWP050983TN | $33,499.96 | $2,913.04 |
| 50944AC | 08/04/2021 | CWP050944TN | $33,499.96 | $2,913.04 |
| 39458 | 08/31/2021 | SRB039458AL | $33,718.00 | $2,932.00 |
| 39465 | 08/31/2021 | SRB039465AL | $33,718.00 | $2,932.00 |
| 39452 | 08/30/2021 | SRB039452AL | $33,718.00 | $2,932.00 |
| 50817AC | 09/01/2021 | CWP050817TNAC | $34,228.22 | $2,913.04 |
| 50815AC | 09/02/2021 | CWP050815TNAC | $34,228.22 | $2,913.04 |
| 50814AC | 08/31/2021 | CWP050814TNAC | $33,499.96 | $2,913.04 |
| 39435 | 08/27/2021 | SRB039435AL | $33,718.00 | $2,932.00 |
| 39446 | 08/27/2021 | SRB039446AL | $33,718.00 | $2,932.00 |
| 51124AC | 08/18/2021 | CWP051124TNAC | $33,499.96 | $2,913.04 |
| 51133AC | 08/18/2021 | CWP051133TNAC | $33,499.96 | $2,913.04 |
| 50816AC | 09/02/2021 | CWP050816TNAC | $34,228.22 | $2,913.04 |
| 82330 | 08/30/2021 | SA4082330ALAB | $47,129.76 | $4,098.24 |
| 37542 | 09/17/2021 | SRB037542AL | $33,111.50 | $2,818.00 |
| 37548 | 09/16/2021 | SRB037548AL | $33,111.50 | $2,818.00 |
| 50764AC | 09/20/2021 | CWP050764TNAC | $32,888.72 | $2,799.04 |
| 50765AC | 09/20/2021 | CWP050765TNAC | $32,888.72 | $2,799.04 |
| 50774AC | 09/17/2021 | CWP050774TNAC | $32,888.72 | $2,799.04 |
| 50773AC | 09/17/2021 | CWP050773TNAC | $32,888.72 | $2,799.04 |
| 50762AC | 09/20/2021 | CWP050762TNAC | $32,888.72 | $2,799.04 |
| 50763AC | 09/20/2021 | CWP050763TNAC | $32,888.72 | $2,799.04 |
| 50775AC | 09/17/2021 | CWP050775TNAC | $32,888.72 | $2,799.04 |
| 50766AC | 09/21/2021 | CWP050766TNAC | $32,888.72 | $2,799.04 |
| 39428 | 08/26/2021 | SRB039428AL | $33,718.00 | $2,932.00 |
| 39424 | 08/25/2021 | SRB039424AL | $33,718.00 | $2,932.00 |
| 39417 | 08/25/2021 | SRB039417AL | $33,718.00 | $2,932.00 |
| 39416 | 08/25/2021 | SRB039416AL | $33,718.00 | $2,932.00 |
| 50711 | 09/29/2021 | CWP050711TN | $32,888.72 | $2,799.04 |
| 50706AC | 09/24/2021 | CWP050706TNAC | $32,888.72 | $2,799.04 |
| 50710 | 09/24/2021 | CWP050710TN | $32,888.72 | $2,799.04 |
| 50708AC | 09/24/2021 | CWP050708TNAC | $32,888.72 | $2,799.04 |
| 39667 | 09/24/2021 | SRB039667AL | $33,111.50 | $2,818.00 |
| 39663 | 09/23/2021 | SRB039663AL | $33,111.50 | $2,818.00 |
| 51537 | 10/25/2021 | CWP051537TN | $31,134.72 | $2,594.56 |
| 51544 | 10/25/2021 | CWP051544TN | $31,628.16 | $2,635.68 |
| 50707 | 10/04/2021 | CWP050707TN | $33,588.48 | $2,799.04 |
| 50709 | 10/04/2021 | CWP050709TN | $33,588.48 | $2,799.04 |
| 50627 | 10/15/2021 | CWP050627TN | $33,588.48 | $2,799.04 |
| 82473 | 10/08/2021 | SA4082473ALAB | $46,493.76 | $3,874.48 |
| 51507 | 10/20/2021 | CWP051507TN | $31,628.16 | $2,635.68 |
| 51512 | 10/20/2021 | CWP051512TN | $31,628.16 | $2,635.68 |
| 82471 | 10/08/2021 | SA4082471ALAB | $46,493.76 | $3,874.48 |
| 39671 | 09/24/2021 | SRB039671AL | $33,111.50 | $2,818.00 |
| 50625 | 10/06/2021 | CWP050625TN | $33,588.48 | $2,799.04 |
| 50626 | 10/06/2021 | CWP050626TN | $33,588.48 | $2,799.04 |
| 82472 | 10/08/2021 | SA4082472ALAB | $50,702.40 | $4,225.20 |

| | | | | |
|---|---|---|---|---|
| 38313 | 09/21/2021 | SRB038313AL | $33,111.50 | $2,818.00 |
| 38309 | 09/23/2021 | SRB038309AL | $33,111.50 | $2,818.00 |
| 38658 | 09/23/2021 | SRB039658AL | $33,111.50 | $2,818.00 |
| 37541 | 09/20/2021 | SRB037541AL | $33,111.50 | $2,818.00 |
| 37539 | 09/20/2021 | SRB037539AL | $33,111.50 | $2,818.00 |
| 39607 | 09/17/2021 | SRB039607AL | $32,915.04 | $2,801.28 |
| 39680 | 09/27/2021 | SRB039680AL | $33,111.50 | $2,818.00 |
| 50628 | 10/08/2021 | CWP050628TN | $33,588.48 | $2,799.04 |
| 49192 | 10/11/2021 | CWP049192TN | $31,544.64 | $2,628.72 |
| 49206 | 10/11/2021 | CWP049206TN | $33,724.80 | $2,810.40 |
| 50623 | 10/08/2021 | CWP050623TN | $33,588.48 | $2,799.04 |
| 51500 | 10/21/2021 | CWP051500TN | $33,724.80 | $2,810.40 |
| 49203 | 10/20/2021 | CWP049203TN | $32,084.16 | $2,673.68 |
| 50624 | 10/20/2021 | CWP050624TN | $33,588.48 | $2,799.04 |
| 49196 | 10/13/2021 | CWP049196TN | $31,544.64 | $2,628.72 |
| 49204 | 10/13/2021 | CWP049204TN | $33,724.80 | $2,810.40 |
| 39660 | 09/23/2021 | SRB039660AL | $33,111.50 | $2,818.00 |
| 39141AC | 07/21/2021 | SRB039141ALAC | $32,694.30 | $2,906.16 |
| 39120AC | 07/19/2021 | SRB039120ALAC | $26,797.50 | $2,382.00 |
| 39115AC | 07/19/2021 | SRB039115ALAC | $26,797.50 | $2,382.00 |
| 39145AC | 07/21/2021 | SRB039145ALAC | $32,625.90 | $2,900.08 |
| 51009AC | 08/09/2021 | CWP051009TN | $33,499.96 | $2,913.04 |
| 51020AC | 08/09/2021 | CWP051020TN | $33,499.96 | $2,913.04 |
| 51055AC | 08/09/2021 | CWP051055TN | $33,499.96 | $2,913.04 |
| 51043AC | 08/09/2021 | CWP051043TN | $33,499.96 | $2,913.04 |
| 46291 | 08/09/2021 | CLH046291TNAB | $46,474.72 | $4,041.28 |
| 39405 | 08/24/2021 | SRB039405AL | $33,718.00 | $2,932.00 |
| 39384 | 08/20/2021 | SRB039384AL | $33,718.00 | $2,932.00 |
| 39395 | 08/23/2021 | SRB039395AL | $33,525.72 | $2,915.28 |
| 50911AC | 07/30/2021 | CWP050911TN | $32,771.70 | $2,913.04 |
| 50819AC | 09/03/2021 | CWP050819TNAC | $34,228.22 | $2,913.04 |
| 50818AC | 09/03/2021 | CWP050818TNAC | $34,228.22 | $2,913.04 |
| 39168AC | 07/26/2021 | SRB039168ALAC | $32,625.90 | $2,900.08 |
| 51051AC | 08/06/2021 | CWP051051TN | $33,499.96 | $2,913.04 |
| 51135AC | 08/19/2021 | CWP051135TNAC | $33,499.96 | $2,913.04 |
| 51258AC | 08/25/2021 | CWP051258TNAC | $33,499.96 | $2,913.04 |
| 51267AC | 08/25/2021 | CWP051267TNAC | $33,499.96 | $2,913.04 |
| 51275AC | 08/25/2021 | CWP051275TNAC | $33,499.96 | $2,913.04 |
| 50871AC | 07/27/2021 | CWP050871TN | $31,916.70 | $2,837.04 |
| 50896AC | 07/28/2021 | CWP050896TN | $32,771.70 | $2,913.04 |
| 50859AC | 07/27/2021 | CWP050859TN | $31,916.70 | $2,837.04 |
| 50888AC | 07/27/2021 | CWP050888TN | $31,916.70 | $2,837.04 |
| 51077AC | 08/11/2021 | CWP051077TNAC | $33,499.96 | $2,913.04 |
| 51067AC | 08/13/2021 | CWP051067TNAC | $33,499.96 | $2,913.04 |
| 51085AC | 08/12/2021 | CWP051085TNAC | $33,499.96 | $2,913.04 |
| 51285AC | 08/26/2021 | CWP051285TNAC | $33,499.96 | $2,913.04 |
| 50999AC | 08/04/2021 | CWP050999TN | $33,499.96 | $2,913.04 |
| 51097AC | 08/16/2021 | CWP051097TNAC | $32,058.32 | $2,787.68 |
| 51109AC | 08/16/2021 | CWP051109TNAC | $33,499.96 | $2,913.04 |
| 51094AC | 08/13/2021 | CWP051094TNAC | $33,499.96 | $2,913.04 |

| | | | | |
|---|---|---|---|---|
| 51114AC | 08/17/2021 | CWP051114TNAC | $33,499.96 | $2,913.04 |
| 51121AC | 08/17/2021 | CWP051121TNAC | $33,499.96 | $2,913.04 |
| 51295AC | 08/27/2021 | CWP051295TNAC | $33,499.96 | $2,913.04 |
| 50966AC | 08/03/2021 | CWP050966TN | $33,499.96 | $2,913.04 |
| 51758 | 11/15/2021 | CWP051758TN | $31,172.82 | $2,544.72 |
| 51727 | 11/12/2021 | CWP051727TN | $31,172.82 | $2,544.72 |
| 51728 | 11/12/2021 | CWP051728TN | $31,172.82 | $2,544.72 |
| 51837 | 12/03/2021 | CWP051837TN | $31,726.00 | $2,538.08 |
| 51850 | 12/03/2021 | CWP051850TN | $31,726.00 | $2,538.08 |
| 40245 | 12/10/2021 | SRB040245AL | $38,696.00 | $3,095.68 |
| 40237 | 12/10/2021 | SRB040237AL | $38,696.00 | $3,095.68 |
| 40230 | 12/10/2021 | SRB040230AL | $38,696.00 | $3,095.68 |
| 40207 | 12/08/2021 | SRB040207AL | $35,151.00 | $2,812.08 |
| 40165 | 12/03/2021 | SRB040165AL | $35,151.00 | $2,812.08 |
| 40163 | 12/03/2021 | SRB040163AL | $35,151.00 | $2,812.08 |
| 40161 | 12/03/2021 | SRB040161AL | $35,151.00 | $2,812.08 |
| 40160 | 12/03/2021 | SRB040160AL | $35,151.00 | $2,812.08 |
| 40259 | 12/13/2021 | SRB040259AL | $38,696.00 | $3,095.68 |
| 40253 | 12/13/2021 | SRB040253AL | $38,696.00 | $3,095.68 |
| 40252 | 12/13/2021 | SRB040252AL | $38,696.00 | $3,095.68 |
| 40251 | 12/13/2021 | SRB040251AL | $38,696.00 | $3,095.68 |
| 40257 | 12/13/2021 | SRB040257AL | $38,621.00 | $3,089.68 |
| 40151 | 12/02/2021 | SRB040151AL | $35,076.00 | $2,806.08 |
| 40006 | 11/15/2021 | SRB040006AL | $37,616.32 | $3,070.72 |
| 40019 | 11/15/2021 | SRB040019AL | $34,142.22 | $2,787.12 |
| 33091 | 11/12/2021 | SRB033091AL | $37,616.32 | $3,070.72 |
| 33352 | 11/12/2021 | SRB033352AL | $37,616.32 | $3,070.72 |
| 38462 | 11/09/2021 | SRB038462AL | $34,142.22 | $2,787.12 |
| 38469 | 11/09/2021 | SRB038469AL | $34,142.22 | $2,787.12 |
| 38495 | 11/11/2021 | SRB038495AL | $37,616.32 | $3,070.72 |
| 40004 | 11/15/2021 | SRB040004AL | $37,616.32 | $3,070.72 |
| 52160 | 12/14/2021 | CWP052160TN | $31,890.00 | $2,551.20 |
| 51588 | 10/28/2021 | CWP051588TN | $33,724.80 | $2,810.40 |
| 51553 | 10/27/2021 | CWP051553TN | $31,134.72 | $2,594.56 |
| 51574 | 10/28/2021 | CWP051574TN | $33,724.80 | $2,810.40 |
| 51609 | 11/04/2021 | CWP051609TN | $31,783.36 | $2,594.56 |
| 51656 | 11/04/2021 | CWP051656TN | $33,822.74 | $2,761.04 |
| 51644 | 11/01/2021 | CWP051644TN | $33,863.90 | $2,764.40 |
| 51629 | 11/01/2021 | CWP051629TN | $33,863.90 | $2,764.40 |
| 38311 | 09/22/2021 | SRB038311AL | $33,111.50 | $2,818.00 |
| 39675 | 09/27/2021 | SRB039675AL | $33,111.50 | $2,818.00 |
| 38808 | 12/21/2021 | SRB038808AL | $38,384.00 | $3,070.72 |
| 53047 | 03/14/2022 | CWP053047TN | $38,770.00 | $775.40 |
| 38185AC | 05/14/2021 | SRB038185ALAC | $26,230.00 | $2,440.00 |
| 56963 | 02/03/2022 | CWP052910TN | $36,708.00 | $1,468.32 |
| 52935 | 03/03/2022 | CWP052935TN | $41,125.00 | $822.50 |
| 39128AC | 07/20/2021 | SRB039128ALAC | $32,737.50 | $2,910.00 |
| 39134AC | 07/20/2021 | SRB039134ALAC | $32,737.50 | $2,910.00 |
| 449027 | 06/08/2022 | 4D310507G | $6,750.20 | $549.44 |
| 471735 | 06/08/2022 | 8D420110J | $11,273.89 | $917.64 |

| | | | | |
|---|---|---|---|---|
| 519176 | 06/08/2022 | 4R4207286 | $11,390.33 | $927.12 |
| 9993-0988 | 06/17/2022 | HONC03322319 | $13,452.91 | $1,095.00 |
| 9993-0990 | 06/17/2022 E | GAFLV07A41708W222 | $12,684.25 | $1,032.44 |
| 9993-0992 | 06/17/2022 | H850853G | $12,914.31 | $1,051.16 |
| 39127AC | 07/20/2021 | SRB039127ALAC | $31,747.50 | $2,822.00 |
| 460393 | 06/16/2022 | H134988G | $11,704.06 | $952.66 |
| 492146 | 06/16/2022 | 13833749 | $11,946.49 | $972.39 |
| 9993-0980 | 05/11/2022 | 13838483 | $11,417.94 | $929.37 |
| 458034 | 05/11/2022 | 068156 | $11,670.92 | $949.96 |
| 56966 | 02/03/2022 | CWP052963TN | $36,708.00 | $1,468.32 |
| 993-0969 | 05/11/2022 | H151933G | $14,197.36 | $1,155.60 |
| 9993-0971 | 05/11/2022 | B46642 | $10,590.11 | $861.99 |
| 9993-0975 | 05/11/2022 | LHSC537960588 | $16,417.97 | $1,336.35 |
| 9993-0979 | 05/11/2022 | B45358 | $12,703.61 | $1,034.01 |
| 53074 | 03/23/2022 | CWP053074TN | $42,488.00 | $849.76 |
| 51747 | 11/12/2021 | CWP051747TN | $34,565.58 | $2,821.68 |
| 51856 | 12/06/2021 | CWP051856TN | $31,726.00 | $2,538.08 |
| 40017 | 11/15/2021 | SRB040017AL | $34,068.72 | $2,781.12 |
| 40024 | 11/16/2021 | SRB040024AL | $34,142.22 | $2,787.12 |
| 51798 | 11/16/2021 | CWP051798TN | $34,565.58 | $2,821.68 |
| 51924 | 01/27/2022 | CWP051924TN | $34,528.00 | $2,071.68 |
| 51908 | 01/25/2022 | CWP051908TN | $34,692.00 | $2,081.52 |
| 465441 | 09/01/2022 | NCFLV41A37951C012 | $11,007.76 | $828.54 |
| 481588 | 09/01/2022 | 13840601 | $12,161.89 | $915.41 |
| 455494 | 09/01/2022 | GBHMK19775AB | $28,655.18 | $2,156.84 |
| 510570 | 09/01/2022 | 23969509271 | $13,023.05 | $980.23 |
| 40963 | 02/24/2022 | SRB040963AL | $37,195.00 | $1,487.80 |
| 448660 | 09/16/2022 | H150826G | $9,118.48 | $686.34 |
| 47294 | 03/30/2022 | CLH047294TNAB | $56,978.00 | $1,139.56 |

## Past Due Curtailments  Time Out  Communities
## $583,854.53


## Toppos and Time Out  Communities


## Total past due
## $643,631.10