# EXHIBIT Q



**NORTHPOINT**
COMMERCIAL FINANCE

August 17, 2023

Time Out Communities, LLC
TOPPOS, LLC
Attn: Neil Carmichael Bender, II, Manager
401 East Las Olas Blvd, Suite 130-161
Fort Lauderdale, FL 33301

*with copies to:*

Guarantor (defined below)
Attn: Neil Carmichael Bender, II, Manager
401 East Las Olas Blvd, Suite 130-161
Fort Lauderdale, FL 33301

Neil Carmichael Bender, II, Individually
401 East Las Olas Blvd, Suite 130-161
Fort Lauderdale, FL 33301


Re: Default, Acceleration of Debt, and Demand for Payment

Dear Mr. Bender:

Time Out Communities, LLC and Toppos, LLC (collectively the "**Borrowers**") are in default under the terms of the Loan and Security Agreement dated as of May 18, 2020 between Borrowers and Northpoint Commercial Finance LLC (the "**Agreement**").

As a result, Northpoint Commercial Finance LLC ("**Northpoint**") has accelerated the maturity of all obligations owing under the Agreement, Northpoint has terminated Borrowers' credit facility, and Northpoint has implemented the default rate of interest. Northpoint demands that Borrowers immediately pay the sum of $22,702,279.76 (the "**Demand Amount**"). The Demand Amount consists of all principal, interest, and fees accrued through billing ending 7/31/23. The Demand Amount will be increased by the amount of interest and any fees accruing after the date of this letter and all other amounts for which Borrowers are responsible under the Agreement.

By copy of this letter, Northpoint is informing each party listed on **Exhibit A** attached hereto (each, a "**Guarantor**") of the Borrowers' defaults, and pursuant to each Guarantor's guaranty of the Borrowers' obligations under the Agreement (each, a "**Guaranty**"), Northpoint also makes demand on each Guarantor to pay the Demand Amount.

Northpoint reserves all of its rights and remedies under the Agreement, each Guaranty, and applicable law, and nothing in this letter shall constitute a waiver or amendment of any of those rights and remedies. Any delay or forbearance by Northpoint in the exercise of those rights and remedies will not operate as a waiver or amendment of those rights and remedies. Northpoint demands strict compliance of all Borrowers' obligations under all agreements with Northpoint. All payments must be paid in the full amount stated in the monthly statements and must be received by Northpoint by the due date.

Northpoint expects Borrowers' and each Guarantor's cooperation in resolving this matter. Please contact the undersigned immediately at (470)719-4880 to make arrangements to payment the Demand Amount.

Sincerely,

Mark Marfice
Portfolio Manager

<u>**Exhibit A**</u>
**Guarantors**

Neil Carmichael Bender, II
Time Out Properties, LLC
Top Park Services LLC
Abbot Park MHC LLC
Alamac Village MHP LLC
Cadillac Ranch MHC LLC
Brittany Court MHP LLC
Bullock MHP LLC
Cedarbrook Estates MHP LLC
Central Park 2 MHP LLC
Central Park 3 MHP LLC
City View MHC LLC
Eaglewood MHP LLC
Grand Valley MHP LLC
Littlefield Village MHP LLC
Maple Creek MHP LLC
Countryside MHC LLC
 Eastview MHC LLC
Pine Run Park MHP LLC
Prairie Knolls MHP LLC
Rolling Acres MHC LLC
Scottsdale MHP LLC
Taylor Park MHC LLC
Waynesville Plantation MHP LLC
West Estates MHC LLC
Wysteria Village MHC LLC
Patch Place MHC LLC
Dogwood MHC, LLC
Laiken Estates MHC, LLC
Schoolview MHC, LLC
Turner Park MHC, LLC
Victoria Estates MHC, LLC
Ridgefield MHC LLC
Pleasant Hope MHC LLC
Time Out MHP, LLC
Cape Fear MHC LLC
Green Pines MHC LLC
Pine Log MHC LLC
Pinewood MHC LLC
Taylor's Bridge MHC LLC
White Sands MHC LLC
Bayside MHC LLC
Affordable Resorts LLC

Exhibit B

| | |
|---|---:|
| Time Out Communities Principal Due | $13,254,607.93 |
| Time out Communites Past Due and Current charges and fees | $474,486.89 |
| TOPPOS LLC Principal Due | $8,725,592.43 |
| TOPPOS LLC Past Due and Current charges and fees | $247,592.51 |
| **GRAND TOTAL** | **$22,702,279.76** |