# EXHIBIT S



**NORTHPOINT**
COMMERCIAL FINANCE

August 29, 2023

*BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED*

Time Out Communities, LLC
TOPPOS, LLC
Attn: Neil Carmichael Bender, II, Manager
401 East Las Olas Blvd, Suite 130-161
Fort Lauderdale, FL 33301

*with copies to:*

Community Owner (defined below)
Attn: Neil Carmichael Bender, II, Manager
401 East Las Olas Blvd, Suite 130-161
Fort Lauderdale, FL 33301

Neil Carmichael Bender, II, Individually
401 East Las Olas Blvd, Suite 130-161
Fort Lauderdale, FL 33301


Re: Demand Under Collateral Assignment of Rights Under Lease Agreement

Dear Mr. Bender:

As you are aware, Time Out Communities, LLC and TOPPOS, LLC (collectively the "**Borrowers**") are in default under the terms of the Loan and Security Agreement, as amended, restated, supplemented, or otherwise modified from time to time, dated as of May 18, 2020 between Borrowers and Northpoint Commercial Finance LLC (the "**Loan Agreement**").

As advised in prior correspondence, Northpoint Commercial Finance LLC ("**Northpoint**") has accelerated the maturity of all obligations owing under the Agreement, Northpoint has terminated Borrowers' credit facility, and Northpoint has implemented the default rate of interest. Northpoint demands that Borrowers immediately pay the sum of $22,702,279.76 (the "**Demand Amount**"). The Demand Amount consists of all principal, interest, and fees accrued through July 31, 2023. The Demand Amount will be increased by the amount of interest and any fees accruing after the date of this letter and all other amounts for which Borrowers are responsible under the Agreement.

Each party listed on **Exhibit A** attached hereto (each, a "**Community Owner**") has signed a Guaranty of Borrowers' obligations under the Loan Agreement and Northpoint has notified each Community Owner of Borrowers' ongoing defaults.

Furthermore, each Community Owner and TOPPOS, LLC executed a Collateral Assignment of Rights Under Lease Agreement (each, a "**Collateral Assignment**") in favor of Northpoint. As

acknowledged in the Collateral Assignment, each Community Owner and TOPPOS, LLC have entered into certain Lease Agreements (as defined in the Collateral Assignment) pursuant to which Financed Homes (as defined in the Collateral Assignment) are leased to Community Owner.

Pursuant to the Collateral Assignment, the Community Owner and TOPPOS, LLC agreed, among other things, that upon the written request of Northpoint from and after the occurrence and continuance of a default under the Loan Agreement, the Community Owner will pay directly to Northpoint any and all sums owed to TOPPOS, LLC under the Lease Agreement without offset, set-off, or counterclaim.

By this letter, Northpoint hereby demands that each Community Owner immediately pay directly to Northpoint any and all sums owed to TOPPOS, LLC under any Lease Agreement until the Demand Amount is paid in full.

Without limitation to its rights and remedies under the Collateral Assignment and other applicable law, Northpoint also hereby notifies each Community Owner that, pursuant to Section 9-607 of the Uniform Commercial Code (the "UCC"), Northpoint has a perfected security interest in the accounts receivable of TOPPOS, LLC. As a result of TOPPOS, LLC's default on its obligations to Northpoint, Northpoint may exercise all of its rights under the UCC, including the right to directly collect from each Community Owner any and all amounts owed to TOPPOS, LLC.

Effective immediately all existing and future payments owed by each Community Owner to TOPPOS, LLC are payable to Northpoint. Each Community Owner is hereby directed to make these payments directly to Northpoint. Please make these payments payable to Northpoint, reference the TOPPOS, LLC on the payments, and send to the following address:

>    Northpoint Commercial Finance LLC
>    P.O. Box 731751
>    Dallas, TX 75373-1751

**THIS INSTRUCTION CANNOT BE CHANGED BY TOPPOS, LLC AND MAY ONLY BE CHANGED BY WRITTEN NOTICE FROM NORTHPOINT. UNDER SECTION 9-406 OF THE UNIFORM COMMERCIAL CODE, PAYMENT MADE OTHER THAN TO NORTHPOINT IN THE MANNER SPECIFIED ABOVE WILL NOT DISCHARGE THE PAYMENT OBLIGATIONS.**

Northpoint reserves all of its rights and remedies under the Loan Agreement, each Guaranty of the Loan Agreement, each Collateral Assignment, and applicable law, and nothing in this letter shall constitute a waiver or amendment of any of those rights and remedies. Any delay or forbearance by Northpoint in the exercise of those rights and remedies will not operate as a waiver or amendment of those rights and remedies. Northpoint demands strict compliance of all Borrowers', Community Owner's, and guarantors' obligations under all agreements with Northpoint. All payments must be paid in the full amount stated in the monthly statements and must be received by Northpoint by the due date.

August 29, 2023
Page 3 of 4

Northpoint expects Borrowers' and each Community Owner's cooperation in resolving this matter. Please contact the undersigned immediately at (470) 719-4880 regarding any arrangements to pay the Demand Amount and all other amounts demanded herein.

Sincerely,

*[signature]*

Mark Marfice
Portfolio Manager

## Exhibit A
## Community Owner

Abbot Park MHC LLC
Alamac Village MHP LLC
Cadillac Ranch MHC LLC
Brittany Court MHP LLC
Bullock MHP LLC
Cedarbrook Estates MHP LLC
Central Park 2 MHP LLC
Central Park 3 MHP LLC
City View MHC LLC
Eaglewood MHP LLC
Grand Valley MHP LLC
Littlefield Village MHP LLC
Maple Creek MHP LLC
Countryside MHC LLC
Eastview MHC LLC
Pine Run Park MHP LLC
Prairie Knolls MHP LLC
Rolling Acres MHC LLC
Scottsdale MHP LLC
Taylor Park MHC LLC
Waynesville Plantation MHP LLC
West Estates MHC LLC
Wysteria Village MHC LLC
Patch Place MHC LLC
Dogwood MHC, LLC
Laiken Estates MHC, LLC
Schoolview MHC, LLC
Turner Park MHC, LLC
Victoria Estates MHC, LLC
Ridgefield MHC LLC
Pleasant Hope MHC LLC
Cape Fear MHC LLC
Green Pines MHC LLC
Pine Log MHC LLC
Pinewood MHC LLC
Taylor's Bridge MHC LLC
White Sands MHC LLC
Bayside MHC LLC

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Time Out Communities, LLC
   TOPPOS, LLC
   ATTN: Neil Carmichael Bender, II, Manager
   401 East Las Olas Blvd, Suite 130-161
   Fort Lauderdale, FL 33301

   9590 9402 8290 3094 0888 43

2. Article Number (Transfer from service label)

   7022 2410 0000 9382 6851

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**Certified Mail**

- A receipt (this portion o[f]
- A unique identifier for y[our]
- Electronic verification o[f] delivery.
- A record of delivery (inc[luding] signature) that is retain[ed] for a specified period.

**Important Reminders:**
- You may purchase Certi[fied Mail with] First-Class Mail®, First-[Class Package,] or Priority Mail® service.
- Certified Mail service is [available for] international mail.
- Insurance coverage is n[ot available] with Certified Mail servic[e. However,] of Certified Mail service [does provide] insurance coverage auto[matically for] certain Priority Mail item[s.]
- For an additional fee, an[d with a proper] endorsement on the mail[piece, you may request] the following services:
  - Return receipt service, [which provides proof] of delivery (including th[e recipient's signature]. You can request a hard[copy return receipt or an] electronic version. For [an electronic return receipt,] complete PS Form 381[1.] Receipt; attach PS For[m]

PS Form 3800, April 2015

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Community Owner (defined below)
ATTN: Neil Carmichael Bender, II, Manager
401 East Las Olas Blvd, Suite 130-161
Fort Lauderdale, FL 33301

9590 9402 8290 3094 0053 38

2. Article Number (Transfer from service label)
7019 1120 0001 3521 3471

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☒ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**Certified Mail**
- A receipt (this portion…)
- A unique identifier for…
- Electronic verification… delivery.
- A record of delivery (in… signature) that is retain… for a specified period.

*Important Reminders*
- You may purchase Cert… First-Class Mail®, First-… or Priority Mail® service…
- Certified Mail service is… international mail.
- Insurance coverage is… with Certified Mail servi… of Certified Mail service… insurance coverage aut… certain Priority Mail iten…
- For an additional fee, an… endorsement on the ma… the following services:
  - Return receipt service… of delivery (including… You can request a har… electronic version. For… complete PS Form 381… Receipt; attach PS For…

PS Form 3800, April 2015

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Neil Carmichael Bender, II, Individually
   401 East Las Olas Blvd, Suite 130-161
   Fort Lauderdale, FL 33301

   9590 9402 8290 3094 0888 05

2. Article Number (Transfer from service label)

   7019 1120 0001 3521 3464

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ☐ Agent
     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ... Mail
   ☐ ... Mail Restricted Delivery ($500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**Certified Mail**

- A receipt (this portion ...
- A unique identifier for ...
- Electronic verification ... delivery.
- A record of delivery (in... signature) that is retai... for a specified period.

*Important Reminders*

- You may purchase Cer... First-Class Mail®, First-... or Priority Mail® servic...
- Certified Mail service is ... international mail.
- Insurance coverage is ... with Certified Mail serv... of Certified Mail service... insurance coverage au... certain Priority Mail ite...
- For an additional fee, a... endorsement on the m... the following services:
  - Return receipt servic... of delivery (including... You can request a ha... electronic version. Fo... complete PS Form 38... Receipt; attach PS Fo...

PS Form 3800, April 201...