# **Exhibit 1**
# **Summons**

SUPERIOR COURT OF NEWTON COUNTY
STATE OF GEORGIA

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
NEWTON COUNTY, GEORGIA
SUCV2023001844
LAYLA H. ZON
AUG 11, 2023 10:10 AM

Linda D. Hays, Clerk
Newton County, Georgia

CIVIL ACTION NUMBER  SUCV2023001844

Mung, Pau Sian

**PLAINTIFF**

VS.

Advanced Fresh Concepts Franchise Corp.

**DEFENDANT**

**SUMMONS**

TO: ADVANCED FRESH CONCEPTS FRANCHISE CORP.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Donato Palumbo**
**Palumbo Law LLC**
**2323 Brockett Rd**
**Tucker, Georgia 30084**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 11th day of August, 2023.**

Clerk of Superior Court

Linda D. Hays, Clerk
Newton County, Georgia