# Exhibit 3
# Motion to Correct Misnomer

IN THE SUPERIOR COURT OF NEWTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| PUA SIAN MUNG | )<br>)<br>) |
| Petitioners, | )<br>) CIVIL ACTION |
| vs. | ) FILE NO. SUCV2023001844<br>) |
| ADVANCED FRESH CONCEPTS<br>FRANCHISE CORP. | )<br>)<br>)<br>) |
| Respondent. | )<br>) |

## MOTION TO CORRECT MISNOMER PURSUANT TO O.C.G.A §9-10-132

COMES NOW the Petitioner PAU SIAN MUNG, and files this *Motion to Correct a Misnomer in Petitioner's Name* pursuant to O.C.G.A §9-10-132 and respectfully shows the Court:

**1.**

The instant matter is a breach of contract case filed on or about August 11, 2023.

**2.**

At the time of filing Petitioner's name was erroneously entered as PUA SIAN MUNG.

**3.**

The Petitioner's actual name is PAU SIAN MUNG.

*Motion to Correct a Misnomer*
*Pau Sian Mung v. American Fresh Concepts Franchise Corp.*
*Civil File No.: SUCV2023001844*

Page 1 of 4

**4.**

Pursuant to O.C.G.A §9-10-132, Petitioner requests this Court sign an Order correcting the misnomer and changing the caption of the herein case from:

IN THE SUPERIOR COURT OF NEWTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| PUA SIAN MUNG | ) |
| | ) |
| Petitioner, | ) |
| | ) CIVIL ACTION |
| vs. | ) FILE NO. SUCV2023001844 |
| | ) |
| ADVANCED FRESH CONCEPTS | ) |
| FRANCHISE CORP. | ) |
| | ) |
| | ) |
| Respondent. | ) |

**To:**

IN THE SUPERIOR COURT OF NEWTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| PAU SIAN MUNG | ) |
| | ) |
| Petitioner, | ) |
| | ) CIVIL ACTION |
| vs. | ) FILE NO. SUCV2023001844 |
| | ) |
| ADVANCED FRESH CONCEPTS | ) |
| FRANCHISE CORP. | ) |
| | ) |
| | ) |
| Respondent. | ) |

Motion to Correct a Misnomer
Pau Sian Mung v. American Fresh Concepts Franchise Corp.
Civil File No.: SUCV2023001844

Page 2 of 4

**5.**

Petitioner shows the Court that Respondent suffers no harm or prejudice by correction of this misnomer.

**WHEREFORE, Petitioner prays:**

(a) That the Court sign an Order changing the caption to:

IN THE SUPERIOR COURT OF NEWTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| PAU SIAN MUNG ) | |
| ) | |
| Petitioners, ) | |
| ) | CIVIL ACTION |
| vs. ) | FILE NO. SUCV2023001844 |
| ) | |
| ADVANCED FRESH CONCEPTS ) | |
| FRANCHISE CORP. ) | |
| ) | |
| ) | |
| Respondent. ) | |
| ) | |

(b) That Petitioner be granted such other and further relief as the Court finds equitable and just.

This 22 day of August , 2023

Respectfully submitted,

_(signature)_
_____
DONATO PALUMBO
Georgia Bar No. 937493
Attorney for Petitioner

*Motion to Correct a Misnomer*
*Pau Sian Mung v. American Fresh Concepts Franchise Corp.*
*Civil File No.: SUCV2023001844*

Page 3 of 4

PALUMBO LAW, LLC
2323 Brockett Rd
Tucker, Georgia 30084
470-275-1500   phone
678-443-7854   facsimile
dan@palumbolawga.com

Motion to Correct a Misnomer
Pau Sian Mung v. American Fresh Concepts Franchise Corp.
Civil File No.: SUCV2023001844

Page 4 of 4