UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
---------------------------------------------------------------x
BRANDI COLEMAN,                                                          Dkt #:

                 Plaintiff/Petitioner,            **COMPLAINT**

- against –

COMMISSIONER OF SOCIAL SECURITY,

                 Defendant/Respondent.
---------------------------------------------------------------x

Plaintiff, BRANDI COLEMAN, by her attorneys, KONOSKI & PARTNERS, P.C., hereby files this Complaint against the Defendant, COMMISSIONER OF SOCIAL SECURITY, and respectfully alleges as follows:

### A. JURISDICTION

1. Jurisdiction is proper in this court pursuant to Section 205(g) of the Social Security Act, 42 U.S.C. Section 405(g), to review a final determination of the Commissioner. The Plaintiff has appealed her case through all the steps required by the Social Security Administration, and they have issued a Final Decision denying Plaintiff's claim.

### B. PARTIES

2. Plaintiff's name is BRANDI COLEMAN.

3. Plaintiff lives in the State of Georgia. Plaintiff's mailing address is 101 Glynn Addy Drive, Stockbridge, GA 30281.

4. Plaintiff's social security number, which was used by the Social Security Administration in this case, is: ***-**-5784.

5. The Defendant is the Commissioner of the Social Security Administration. The Defendant's address is: Office of the Regional Chief Counsel, Region IV, Social Security

Administration, Atlanta Federal Center, 61 Forsyth Street S.W., Suite 20T45, Atlanta, GA 30303-8910

## C. CAUSE OF ACTION

6. Plaintiff applied for Title II and/or Title XVI Social Security Disability Benefits (i.e., Social Security Disability Insurance (SSDI) and Supplemental Security Income (SSI) benefits).

7. Plaintiff was denied Title II and/or Title XVI benefits by an Administrative Law Judge (ALJ) on May 15, 2023.

8. Plaintiff appealed the ALJ denial to the Appeals Council. The Appeals Council denied review of the ALJ decision on October 12, 2023.

9. Plaintiff was disabled and unable to work during the time period included in this case. Plaintiff continues to be disabled and unable to work.

10. Plaintiff is entitled to Title II and/or Title XVI benefits due to her disability.

11. The decision of the Social Security Administration is not supported by substantial evidence and/or is contrary to law and regulation.

## D. DEMAND

12. Plaintiff requests all such relief as is proper under the Social Security Act and as the Court otherwise deems appropriate, including (i) reversing the decision of the Social Security Administration and awarding Plaintiff benefits; (ii) remanding the decision of the Social Security Administration for further proceedings; (iii) award attorney's fees and costs under the Equal Access to Justice Act (EAJA"), 28 U.S.C. § 2412(d), and 42 U.S.C. § 406(b), on the grounds that the Commissioner's action in this case was not substantially justified; (iv) any other relief that is otherwise deemed just, proper, and appropriate, by this Court.

Dated: December 14, 2023

                                      Respectfully submitted,

                                      /s/ Kira Treyvus_____
                                      KIRA TREYVUS, ESQ.
                                      KONOSKI & PARTNERS, P.C.
                                      Attorney(s) for the Plaintiff
                                      305 Broadway, 7th Floor
                                      New York, NY 10007
                                      (212) 897-5832
                                      Fax (917) 456-9387
                                      TheFederalAppealsFirm@gmail.com

TO:
The Attorney General of the United States
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Office of the Regional Chief Counsel, Region IV
Social Security Administration
Atlanta Federal Center
61 Forsyth Street S.W., Suite 20T45
Atlanta, GA 30303-8910

The United States Attorney's Office
Richard B. Russell Federal Building
75 Ted Turner Dr. SW
Suite 600
Atlanta, GA 30303-3309