AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| BRANDI COLEMAN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| COMMISSIONER OF SOCIAL SECURITY | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF, BRANDI COLEMAN                                                                     .

Date:   12/14/2023                                             /s/ Kira Treyvus
                                                                    *Attorney's signature*

                                                          Kira Treyvus, #234108
                                                          *Printed name and bar number*
                                                          Konoski & Partners, P.C.
                                                          305 Broadway, 7th Floor
                                                          New York, NY 10007

                                                                    *Address*

                                                          federalecf@gmail.com
                                                                    *E-mail address*

                                                          (212) 897-5832
                                                                    *Telephone number*

                                                          (917) 456-9387
                                                                    *FAX number*