# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| BEATRICE BROWN, | § § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION |
| vs. | § § | |
| | § | FILE NO. _____ |
| MICHAELS STORES, INC., | § § | |
| Defendant. | § § § | |

## DEFENDANT MICHAELS STORES, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, **MICHAELS STORES, INC.**, Defendant in the above-styled civil action, and hereby files and serves this Certificate of Interested Persons and Corporate Disclosure Statement, respectfully showing the Court as follows:

(1) The undersigned Counsel of Record for Defendant Michaels Stores, Inc. certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff: Beatrice Brown.

Defendant: Michaels Stores, Inc.

Michaels Stores, Inc. is a privately held corporation. Michaels Stores, Inc.

has the following parent company: The Michaels Companies, Inc.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships or corporations (including those related to a party as a subsidiary, conglomerate, affiliate or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Malcolm A. Palmore and Palmore, Boenig & Associates.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Defendant Michaels Stores, Inc. in this proceeding:

>Candice R. Bryant, Esq.
>Janelle Russell, Esq.
>Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
>275 Scientific Drive, Suite 2000
>Peachtree Corners, GA  30092
>(404) 881-2622
>(404) 881-2630 (Fax)
>cbryant@cmlawfirm.com
>jrussell@cmlawfirm.com

This 14th day of December, 2023.

|  |  |
|---|---|
| Meridian II, Suite 2000<br>275 Scientific Drive<br>Peachtree Corners, GA  30092<br>(404) 881-2622<br>(404) 881-2630 (Fax)<br>cbryant@cmlawfirm.com<br>jrussell@cmlawfirm.com | **CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**<br><br>/s/ Candice R. Bryant<br>**CANDICE R. BRYANT**<br>Georgia Bar No. 807404<br>**JANELLE RUSSELL**<br>Georgia Bar No. 630113<br>*Attorneys for Defendant* |

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certify the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(C).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned has this day electronically filed the within and foregoing **DEFENDANT MICHAELS STORES, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will send e-mail notification of such filing to the following attorneys of record:

Malcolm A. Plamore
PALMORE, BOENIG & ASSOCIATES
575 Research Drive, Suite C
Athens, GA 30605
mpalmore@palmoreboenig.com
*Counsel for Plaintiff*

This 14th day of December, 2023.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA  30092
(404) 881-2622
(404) 881-2630 (Fax)
cbryant@cmlawfirm.com
jrussell@cmlawfirm.com

/s/ Candice R. Bryant
**CANDICE R. BRYANT**
Georgia Bar No. 807404
**JANELLE RUSSELL**
Georgia Bar No. 630113
*Attorneys for Defendant*