IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

DERRICK KING,

    Plaintiff,

v.                                      Civil Action No.:

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## **COMPLAINT**

1. Plaintiff, Derrick King, is a resident of Lithonia, DeKalb County, Georgia.

2. This case is an appeal under 42 U.S.C. § 405(g) of a final administrative decision of Defendant, which denied Plaintiff Supplemental Security Income (SSI) under Title XVI and Disability Insurance Benefits (DIB) under Title II of the Social Security Act.

3. This action is an appeal from a final administrative decision dated April 25, 2023, denying Plaintiff's claim. Plaintiff's identifying designation is BNC # 21PP358A22412.

4. This action is commenced within the appropriate time period set forth in the Action of Appeals Council on Request for Review, dated October 25, 2023,

and received by Plaintiff on or about October 30, 2023.

5. Plaintiff has exhausted administrative remedies in this matter and this Court has jurisdiction for judicial review pursuant to 42 U.S.C. § 405(g).

6. Plaintiff is disabled.

7. Plaintiff was denied SSI and DIB by Defendant as it was her determination that Plaintiff is not disabled under the Social Security Act.

8. It is Plaintiff's contention that the denial of his disability claim is not supported by substantial evidence under the standards set forth by 42 U.S.C. § 405(g) and all other applicable laws and regulations, including the weight of the evidence, his credibility, the medical evidence of record, and any and all other applicable evidentiary issues, both in law and in fact, and therefore the denial of his claim should be reversed or remanded for further administrative proceedings.

WHEREFORE the Plaintiff seeks judicial review by this Court and the entry of a judgment for such relief as may be proper, including reversal of the Agency's decision or, in the alternative remand for further proceedings, as well as costs.

/

/

/

3

>Respectfully submitted,
>
>***/s/ Jonathan Ginsberg***
>Jonathan Ginsberg, Esquire
>Bar No: Bar No: 295690
>Ginsberg Law Offices
>1854 Independence Square
>Atlanta, GA  30338
>Telephone:  770-393-4985
>Fax:  770-393-0240
>ginsberg@gmail.com
>*December 14, 2023*