# Exhibit A

ID#2023-0156416-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**23108848**

A. Gregory Poole - 52

NOV 10, 2023 04:30 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

**General Civil and Domestic Relations Case Filing Information Form**

☑ Superior or ☐ State Court of ___Cobb___ County

| For Clerk Use Only | |
|---|---|
| Date Filed __11-10-2023__ | Case Number __23108848__ |
| **MM-DD-YYYY** | |

**Plaintiff(s)**

INTEGRATED TECHNOLOGIES, INTERNATIONAL, LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**

YANFENG NORTH AMERICA

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

YANFENG US AUTOMOTIVE INTERIOR SYSTEMS I LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

YANFENG AUTOMOTIVE INTERIORS

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** McCarthy, Mr. Brendan J.     **Bar Number** 482221     **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☑ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
**Case Number**                  **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

_____

Version 1.1.20

ID#2023-0156417-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**23108848**
A. Gregory Poole - 52
NOV 10, 2023 04:30 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

DISCLOSURE STATEMENT
CLERK OF SUPERIOR COURT

CASE NUMBER   **23108848**

**INTEGRATED TECHNOLOGIES, INTERNATIONAL, LLC;**
            Plaintiff

            Vs.

**YANFENG NORTH AMERICA; YANFENG** US AUTOMOTIVE INTERIOR SYSTEMS I LLC; YANF
            Defendant

## TYPE OF ACTION

- o Divorce without Agreement Attached
- o Divorce with Agreement Attached
- o Domestic Relations
- ☑ Damages Arising out of Contract
- o Damages Arising out of Tort
- o Condemnation
- o Equity
- o Zoning – County Ordinance Violations (i.e., Injunctive Relief-Zoning)
- o Zoning Appeals (denovo)
- o Appeal, Including denovo appeal – excluding Zoning

- o URESA
- o Name Change
- o Other
- o Recusal
- o Adoption

## PREVIOUS RELATED CASES

Does this case involve substantially the same parties, or substantially the same subject matter, or substantially the same factual issues, as any other case filed in this court (Whether pending simultaneously or not)?

- ☑ NO
- o YES – If yes, please fill out the following:

      1. Case # _____

      2. Parties _____

      3. Assigned Judge _____

      4. Is this case still pending?        o  Yes      o  No

      5. Brief description of similarities:

/S/   **McCarthy, Mr. Brendan J.** _____

                                    Attorney or Party Filing Suit

# SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

ID# 2023-0156413-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**23108848**

**A. Gregory Poole - 52**
**NOV 10, 2023 04:30 PM**

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

CIVIL ACTION NUMBER  23108848

$214.00 COST PAID

INTEGRATED TECHNOLOGIES,
INTERNATIONAL, LLC

_____
**PLAINTIFF**
                                    **VS.**
YANFENG NORTH AMERICA
YANFENG US AUTOMOTIVE INTERIOR
SYSTEMS I LLC
YANFENG AUTOMOTIVE INTERIORS

_____
**DEFENDANTS**

### SUMMONS

TO: YANFENG NORTH AMERICA

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Brendan J. McCarthy**
> **Andre Kill & McCarthy, LLP**
> **244 Roswell Street**
> **Suite 1000**
> **Marietta, Georgia 30060**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 10th day of November, 2023.**

Clerk of Superior Court

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

Page 1 of 1

# SUPERIOR COURT OF COBB COUNTY
# STATE OF GEORGIA

ID# 2023-0156414-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**23108848**

A. Gregory Poole - 52
NOV 10, 2023 04:30 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

CIVIL ACTION NUMBER   23108848

$214.00 COST PAID

INTEGRATED TECHNOLOGIES,
INTERNATIONAL, LLC

**PLAINTIFF**

VS.

YANFENG NORTH AMERICA
YANFENG US AUTOMOTIVE INTERIOR
SYSTEMS I LLC
YANFENG AUTOMOTIVE INTERIORS

**DEFENDANTS**

## SUMMONS

TO: YANFENG US AUTOMOTIVE INTERIOR SYSTEMS I LLC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Brendan J. McCarthy**
**Andre Kill & McCarthy, LLP**
**244 Roswell Street**
**Suite 1000**
**Marietta, Georgia 30060**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 10th day of November, 2023.**

Clerk of Superior Court

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

ID# 2023-0156415-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**23108848**

A. Gregory Poole - 52
NOV 10, 2023 04:30 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

# SUPERIOR COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  23108848

$214.00 COST PAID

INTEGRATED TECHNOLOGIES,
INTERNATIONAL, LLC

_____

**PLAINTIFF**

**VS.**

YANFENG NORTH AMERICA
YANFENG US AUTOMOTIVE INTERIOR
SYSTEMS I LLC
YANFENG AUTOMOTIVE INTERIORS

_____

**DEFENDANTS**

## SUMMONS

TO: YANFENG AUTOMOTIVE INTERIORS

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Brendan J. McCarthy**
**Andre Kill & McCarthy, LLP**
**244 Roswell Street**
**Suite 1000**
**Marietta, Georgia 30060**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 10th day of November, 2023.**

Clerk of Superior Court

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

Page 1 of 1

ID# 2023-0156412-CV
⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**23108848**
A. Gregory Poole - 52
NOV 10, 2023 04:30 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## IN THE SUPERIOR COURT OF COBB COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| INTEGRATED TECHNOLOGIES, INTERNATIONAL, LLC, ) | |
| ) | |
| ) | **CIVIL ACTION** |
| **Plaintiff,** ) | |
| ) | **FILE NO.:** _____ |
| **v.** ) | |
| ) | |
| YANFENG NORTH AMERICA, ) | |
| YANFENG US AUTOMOTIVE ) | |
| INTERIOR SYSTEMS I LLC, and ) | |
| YANFENG AUTOMOTIVE ) | |
| INTERIORS,          ) | |
| ) | |
| **Defendants.** | |

## COMPLAINT

Plaintiff Integrated Technologies International, LLC ("Plaintiff") files this Complaint against Defendants Yanfeng North America ("Yanfeng NA"), Yanfeng US Automotive Interior Systems I LLC ("Yanfeng US"), and Yanfeng Automotive Interiors ("YFAI") (Yanfeng NA, Yanfeng US, and YFAI are sometimes collectively referred to as "Defendants") and respectfully show this Court as follows:

### 1.

Yanfeng NA is an entity apparently based in Michigan and may be served with process at 41935 West 12 Mile Road, Novi, Michigan 48377, and is subject to the jurisdiction of this court pursuant to the Georgia Long Arm Statute.

### 2.

Yanfeng US is an entity that was previously authorized to transact business in the State of Georgia and which maintained its registered agent as CT Corporation System, Inc. at 1201 West Peachtree Street, Atlanta, Fulton County, Georgia, but failed to maintain its registration as required

1

by law; consequently, the Georgia Secretary of State revoke Yanfeng US's authority to transact business in the State of Georgia. Yanfeng is subject to the jurisdiction of this Court both in its capacity as a revoked corporate entity and pursuant to the Georgia Long Arm Statute.

**3.**

YFAI is a company transacting business and maintains a principal place of business at 101 International Boulevard, Fountain Inn, South Carolina 29644 and is subject to the jurisdiction of this Court pursuant to the Georgia Long Arm Statute.

**4.**

Venue is proper in this Court because the substantial part of the business was transacted in Cobb County, Georgia, and the tortious act, injury, and damage occurred in Cobb County, Georgia, as Plaintiff is located in Cobb County, Georgia.

**5.**

Based upon a prior business relationship between Craig Hillier, then a Plant Technical Manager for Yanfeng US, and now Senior Regional Technical Manager (since 2023) for Yanfeng US, reached out to Daniel Welton, the owner of Plaintiff, and encourage Plaintiff to become an approved vendor for Yanfeng.

**6.**

The approval process took more than a year, with Yanfeng requiring Plaintiff and Welton to produce bank statements, tax returns, and other documents as part of the vendor approval process.

**7.**

Plaintiff and Defendants entered into an agreement for Plaintiff to construct certain machines, as reflected in the Proposals attached hereto as Exhibit A and incorporated herein by

2.

reference and the Purchase Order attached hereto as Exhibit B and incorporated herein by reference.

**8.**

As the approval process concluded, Paul Stewart, an advanced manufacturing engineer project manager of Yanfeng, came to Plaintiff's existing location in Cobb County, Georgia in September 2021 and insisted that Plaintiff move to a larger building to handle the scope of the work.

**9.**

Stewart is the representative for Yanfeng who approved all the designs prepared by Plaintiff for the equipment designed and fabricated by Plaintiff for Defendants. (See Exhibit B attached hereto and incorporated herein by reference).

**10.**

During the performance of the work, Defendants, through Steven Voll, who is identified as the Commodity Manager—Capital Equipment & Tooling, N.A., repeatedly discussed changes to the manufacturing process, and eventually convinced Plaintiff to work with another vendor on the equipment.

**11.**

During the performance of the work, Plaintiff repeatedly requested for delivery of required sample parts from Defendants for the final assembly, debug, and testing of the equipment.

**12.**

In December 2022, during the performance of the work, Voll contacted Plaintiff and threatened to back up a truck and take all the equipment from Plaintiff's premises, even though Plaintiff had not been paid for the equipment and work.

**13.**

Plaintiff refused and explained that the equipment still belonged to Plaintiff.

**14.**

As per recorded telephone conversation, Voll subsequently proposed a modification of the agreement to allow another company, Reliable Automation, to take possession of the equipment from Plaintiff and complete the unfinished work, with Voll assuring Plaintiff that Defendants would pay for the amounts due to Plaintiff.

**15.**

Per the recorded telephone conversation, the amount due to Plaintiff was the total amounts from Quote #6455-L dated December 9, 2022 ($465,973.81) and Quote #6463-A dated August 16, 2022 ($31,400.00) minus the initial payment received by Plaintiff from Defendants ($310,153.00) received on April 2022 for a total amount due to Plaintiff of $232,618.81. See Invoice attached hereto as Exhibit C and incorporated herein by reference.

**16.**

Importantly, according to Voll, Reliable Automation had bid on the same work, but lost the bid to Plaintiff.

**17.**

Voll claimed that Reliable Automation had excess capacity and could assist in completing the work.

**18.**

Based upon repeated assurances of payment from Voll, Plaintiff reasonably believed that Defendants would pay the full agreed upon amount owed for the equipment.

4

### 19.

In reliance on those assurances, Plaintiff allowed Defendants to take possession of the equipment and move the equipment from Plaintiff's warehouse on December 13, 2022.

### 20.

On February 6, 2023, Voll sent the letter attached hereto as Exhibit D and alleged to terminate the agreement.

### 21.

This letter was a complete breach of the representations made by Voll to Plaintiff, which representations were made to induce Plaintiff to release the equipment owned by Plaintiff.

### 22.

Plaintiff has been damaged by the breach of the agreement by Defendants and the breach of the Voll representations in an amount to be shown.

### 23.

Upon information and belief, Voll made the representations to induce Plaintiff to release the equipment, while Voll knew Defendants never intended to pay Plaintiff, which makes such representations fraud.

### 24.

Voll purposefully made the representations to Plaintiff by telephone communications to Plaintiff at Plaintiff's office in Kennesaw, Cobb County, Georgia.

### 25.

Plaintiff has been damaged by these breaches and the fraud in an amount to be shown.

### 26.

Defendants have disregarded corporate formalities and should be considered the alter egos, such that Defendants are jointly and severally liable to Plaintiff.

### 27.

Defendants have acted in bad faith, have been stubbornly litigious, and have caused Plaintiff unnecessary time, trouble, and expense; consequently, Plaintiff is entitled to recover its attorney's fees and expenses against Defendants in an amount to be shown.

### 28.

Plaintiff is entitled to recover prejudgment interest on the amount of its damages in an amount to be shown.

### 29.

All conditions precedent to Plaintiff's rights to bring these claims and receive the relief requested have been satisfied by Plaintiff or waived or excused by Defendants.

## COUNT I-BREACH OF CONTRACT

### 30.

Plaintiff incorporates the allegations contained in Paragraphs 1 through 29 above as if fully set forth herein.

### 31.

Plaintiff and Defendants entered into a contract for Plaintiff to provide design work and equipment to Defendants and Defendants agreed to pay for such design work and equipment.

### 32.

Plaintiff performed the design work and manufactured the equipment, but Defendants breached the agreement because Defendants have failed and refused to pay Plaintiff what is owed.

**33.**

Defendants' breach of the agreement by failing to pay has caused damages to Plaintiff, for which Plaintiff is entitled to recover against Defendants, jointly and severally.

## COUNT TWO-FRAUD

**34.**

Plaintiff incorporates the allegations set forth in Paragraphs 1 through 33 above as if fully set forth herein.

**35.**

Defendants made representations to Plaintiff that Defendants would pay Plaintiff the money owed and such representations were made to induce Plaintiff to release certain equipment to Defendants.

**36.**

In reliance on those representations, Plaintiff released certain equipment to Defendants.

**37.**

Defendants committed fraud on Plaintiff because Defendants apparently did not intend to pay Plaintiff once Defendants received possession of the equipment.

**38.**

Plaintiff would not have released the equipment to Defendants if Plaintiff knew that Defendants did not intend to pay Plaintiff.

**39.**

Plaintiff has been damaged by Defendants' fraudulent conduct in an amount to be shown.

**40.**

Defendants' actions show malice, fraud, wantonness, oppression, and that entire want of

care to raise the presumption of conscious indifference to the consequences of their actions; consequently, Plaintiff is entitled to recover punitive damages against Defendants in an amount to be determined.

**WHEREFORE,** Plaintiff respectfully requests the Court grant Plaintiff:

**A.** Judgment in favor of Plaintiff and against each of the Defendants for the breach of contract, plus pre-judgment interest, and attorney's fees and expenses of litigation in an amount to be shown;

**B.** Judgment in favor of Plaintiff and against each of the Defendants for fraud in an amount to be shown, plus punitive damages and attorney's fees and expenses; and,

**C.** Such other and further relief as the Court deems just and proper.

s/ *Brendan J. McCarthy*
Brendan J. McCarthy
Georgia Bar No. 482221
*Attorney for Plaintiff*

**Andre Kill & McCarthy, LLP**
244 Roswell Street
Suite 1000
Marietta, Georgia 30060
(404) 653-3004
(404) 653-0338 (Facsimile)

**EXHIBIT A**

*Integrated Technologies International*                    Proposal

---

**INTEGRATED TECHNOLOGIES INTERNATIONAL**

Proposal #6455-L – December 9, 2022





YANFENG RFQ #517550 VOLVO V536 Hard Trim Final Assembly

Integrated Technologies International, LLC 3939 Royal Drive, Suite #107 Kennesaw Georgia 30144



Proposal

December 9, 2022
ITI Proposal #6455-L
Yanfeng RFQ #517550

Paul Stewart
Steven Voll
**Yanfeng Automotive Interiors**
101 International Boulevard
Fountain Inn, SC 29644

Per your request we are pleased to present our updated proposal to automate the **Volvo V536 Hard Trim Final Assembly** application.

We appreciate the opportunity to submit our proposal. If you have any questions or need additional information, please do not hesitate to contact me directly.

Sincerely,


Daniel J. Welton
General Manager



**Integrated Technologies International**

Proposal

Proposal #6455-L
Page 2

**SYSTEMS PRICING:**
**GROUP 1**

**CELL #1: A-PILLAR LOWER LH/RH & SILL EXTENSION LH/RH**
- Nest set designed for the A-Pillar Lower LH/RH parts
- (4) Hold down clamps to secure parts in nest
- (2) Full spectrum color sensors for A-Pillar Lower
- (4) NVH presence sensors
- (2) Pneumatic wet-out fixtures for PSA NVH
- (2) Pneumatically actuated Clip Driver units
- (2) Clip present sensors
- (2) Clip seated sensors
- (2) Keyence SR-1000W bar code scanners
- (2) No-Clip verification sensors prior to cycle start sequence
- Nest set designed for the Sill Extension LH/RH parts
- (2) Part present sensors for Rear Floor Support LH/RH
- (2) Keyence LR-ZB laser sensors for Felt present
- (2) Keyence SR-1000W bar code scanners
- (2) No-Clip verification sensors prior to cycle start sequence
- Cell PLC/HMI Programming w/red-rabbit plan
- Tooling pack with AB-1734 Point I/O Modules and Ethernet adapter
- Pricing was reduced for assembly controls labor hours supplied by Yanfeng

Cell Pricing: $31,320.00ea

**CELL #2: B-PILLAR LOWER LH/RH**
- Nest set designed for the B-Pillar Lower LH/RH parts
- (4) Hold down clamps to secure parts in nest
- (2) Full spectrum color sensors for B-Pillar Lower
- (4) NVH presence sensors
- (2) Pneumatic wet-out fixtures for PSA NVH
- (6) Pneumatically actuated Clip Driver units
- (6) Clip present sensors
- (6) Clip seated sensors
- (2) Keyence SR-1000W bar code scanners
- (2) No-Clip verification sensors prior to cycle start sequence
- Cell PLC/HMI Programming w/red-rabbit plan
- Tooling pack with AB-1734 Point I/O Modules and Ethernet adapter
- Pricing was reduced for assembly controls labor hours supplied by Yanfeng

Cell Pricing: $27,460.00ea

Integrated Technologies International, LLC 3939 Royal Drive, Suite #107 Kennesaw Georgia 30144



**Proposal**

Proposal #6455-L
Page 3

### CELL #9: REAR FLOOR SUPPORT LH/RH
- Nest set designed for the Rear Floor Support LH/RH parts
- (2) Rear Floor Support part presence sensors
- (2) Keyence LR-ZB laser sensors for Felt present
- (2) Keyence SR-1000W bar code scanners
- Nest for the Floor Support part
- (1) Floor Support part present sensor
- (1) Compression Limiter nest w/part present sensor
- (1) Keyence SR-1000W bar code scanner
- Nest set designed for the Front Floor Support LH/RH parts
- (2) Front Floor Support part presence sensors
- (2) Foam Donut present sensors
- (2) Nest wet-out for Foam Donut PSA
- (2) Pneumatically actuated Clip Driver units 1LH/1RH
- (2) Clip present sensors
- (2) Clip seated sensors
- (2) Keyence SR-1000W bar code scanners
- (2) No-Clip verification sensors prior to cycle start sequence
- Cell PLC/HMI Programming w/red-rabbit plan

          **Cell Pricing:   $58,645.00ea**

### CELL #14: WINDOW FRAME LH/RH
- Nest set designed for the Window Frame LH/RH parts
- (4) Hold down clamps to secure parts in nest sets
- (12) Pneumatically actuated Clip Driver Type 1 units 8LH/4RH
- (12) Clip present sensors
- (12) Clip seated sensors
- (2) Pneumatically actuated Clip Driver Type 2 units 2LH
- (2) Clip present sensors
- (2) Clip seated sensors
- (2) Keyence SR-1000W bar code scanners
- (2) No-Clip verification sensors prior to cycle start sequence
- Cell PLC/HMI Programming w/red-rabbit plan
- Tooling pack with AB-1734 Point I/O Modules and Ethernet adapter

          **Cell Pricing:   $54,900.00ea**


**Integrated Technologies International**

Proposal

Proposal #6455-L
Page 4

## SYSTEMS PRICING:
## GROUP 2

### CELL #3: C-PILLAR LOWER LH/RH
- Nest set designed for the C-Pillar Lower LH/RH parts *(5&7 seat versions)*
- Nest set designed for the Switch Housing parts *(for clip driving)*
- (2) Full spectrum color sensors for C-Pillar Lower
- (2) C-Lower part present sensors
- (2) Button Housing part present sensors
- (8) NVH presence sensors
- (4) Pneumatic wet-out fixtures for PSA NVH
- (3) Pneumatically actuated Clip Driver units 1LH/2RH
- (3) Clip present sensors
- (3) Clip seated sensors
- (1) Pneumatically actuated Tether Clip Driver unit 1LH
- (1) Tether Clip present sensor
- (1) Tether Clip seated sensor
- (1) Tether Anchor part present sensor
- (8) Fixed point sonic welding points
- (2) Sonic generators
- (2) Keyence SR-1000W bar code scanners
- (2) No-Clip verification sensors prior to cycle start sequence
- Cell PLC/HMI Programming w/red-rabbit plan
- Pricing was reduced for assembly/controls labor hours supplied by Yanfeng
- Price reduction was moved to Cell 11 ($5,670.00)
- Price reduction for Telsonic payment ($34,107.75)

**Cell Pricing:   $58,867.25ea**

### CELL #15: TAILGATE LOWER
- LAFB FlexBase *to be supplied by YFAI*
- Safety light curtain set and Opto-touch
- (2) Hold down clamps to secure parts in nest sets
- (4) NVH presence sensors
- (2) Pneumatic wet-out fixtures for NVH PSA
- (13) Pneumatically actuated Clip Driver units
- (13) Clip present sensors
- (13) Clip seated sensors
- (1) Keyence SR-1000W bar code scanner
- (1) No-Clip verification sensors prior to cycle start sequence
- Cell PLC/HMI Programming w/red-rabbit plan
- Tooling pack with AB-1734 Point I/O Modules and Ethernet adapter

**Cell Pricing:   $50,420.00ea**

Integrated Technologies International, LLC 3939 Royal Drive, Suite #107 Kennesaw Georgia 30144



Proposal

---

Proposal #6455-L
Page 5

### CELL #12: C-PILLAR UPPER #1 LH/RH
- Built Systems WKB1000 48"x30" workstation w/aluminum top
- Nest set designed for the C-Pillar Upper LH/RH parts

**Cell Pricing:   $7,300.00ea**

### CELL #13: C-PILLAR UPPER #2 LH/RH
- LAFB FlexBase *to be supplied by YFAI*
- Safety light curtain set and Opto-touch
- Nest set designed for the C-Pillar Upper Panel LH/RH parts
- (4) Hold down clamps to secure parts in nest sets
- (2) Full spectrum color sensors for Upper Panel
- (2) Full spectrum color sensors for Slider Panel
- (2) Full spectrum color sensors for Button
- (4) Pneumatically actuated Adjustable Clip Driver units 2LH/2RH
- (4) Clip present sensors
- (4) Clip seated sensors
- (4) NVH PSA presence sensors
- (2) Pneumatic wet-out fixtures for NVH PSA
- (12) Keyence LR-ZB laser sensors for Felt present
- (12) Keyence LR-ZB laser sensors for Felt present
- (2) Part in nest sensors
- (8) Pneumatically actuated Clip Driver units 6LH/6RH
- (8) Clip present sensors
- (8) Clip seated sensors
- (4) Keyence SR-1000W bar code scanners
- (2) No-Clip verification sensors prior to cycle start sequence
- Cell PLC/HMI Programming w/red-rabbit plan
- Tooling pack with AB-1734 Point I/O Modules and Ethernet adapter
- Pricing was reduced for assembly/controls labor hours supplied by Yanfeng
- Price reduction was moved to Cell 11 ($8,241.75)

**Cell Pricing:   $88,855.00ea**

---



Proposal

Proposal #6455-L
Page 6

## SYSTEMS PRICING:
## GROUP 3

### CELL #10: B-PILLAR UPPER #1 LH/RH
- Built Systems WKB1000 48"x30" workstation w/aluminum top
- Nest set designed for the B-Pillar Upper LH/RH parts

Cell Pricing:   $7,300.00ea

### CELL #11: B-PILLAR UPPER #2 LH/RH (70% COMPLETED)
- Nest set designed for the B-Pillar Upper/Mid Panel LH/RH parts
- (4) Hold down clamps to secure parts in nest sets
- (2) Full spectrum color sensors for Upper Panel
- (2) Full spectrum color sensors for Mid Panel
- (2) Full spectrum color sensors for Slider Panel
- (2) Full spectrum color sensors for Button
- (4) Pneumatically actuated Adjustable Clip Driver units 2LH/2RH
- (4) Clip present sensors
- (4) Clip seated sensors
- (2) Eye Hook part presence sensors       
- (8) NVH PSA presence sensors
- (2) Pneumatic wet-out fixtures for NVH PSA
- (8) Keyence LR-ZB laser sensors for Felt present
- (8) Keyence LR-ZB laser sensors for Felt present
- (8) Pneumatically actuated Clip Driver units 6LH/6RH
- (8) Clip present sensors
- (8) Clip seated sensors
- (6) Fixed point sonic welding points
- (2) Sonic generators
- (4) Keyence SR-1000W bar code scanners
- (2) No-Clip verification sensors prior to cycle start sequence
- Cell PLC/HMI Programming w/red-rabbit plan
- Tooling pack with AB-1734 Point I/O Modules and Ethernet adapter
- Pricing was reduced for assembly/controls labor hours supplied by Yanfeng
- Pricing added from other cells
- Price reduction for Telsonic payment ($28,008.00)
- Price adder for second tool pack assembly ($13,500.00) per quote #6463-A

Cell Pricing:   $36,567.91ea
70% Pricing:   $11,089.54ea



**Proposal**

Proposal #6455-L
Page 7

## CELL #4: D-PILLAR LOWER #1 LH/RH
- Built Systems WKB1000 48"x30" workstation w/aluminum top
- Nest set designed for the D-Pillar Lower LH/RH parts

Cell Pricing:    $7,300.00ea

## CELL #5: D-PILLAR LOWER #2 LH/RH (70% COMPLETED)
- Nest set designed for the D-Pillar Lower LH/RH parts *(5 & 7 seat versions)*
- (8) Hold down clamps to secure parts in nest sets
- (4) Full spectrum color sensors for D-Pillar Lower and Speaker Grill
- (4) NVH PSA presence sensors
- (2) Pneumatic wet-out fixtures for NVH PSA
- (4) FOAM PSA presence sensors
- (2) Pneumatic wet-out fixtures for FOAM PSA
- (12) Pneumatically actuated Clip Driver units 6LH/6RH
- (12) Clip present sensors
- (12) Clip seated sensors
- (2) Part present sensors *(5 seat vs 7 seat)*
- (16) Fixed point sonic welding points
- (2) Sonic generators
- (4) Keyence SR-1000W bar code scanners
- (2) No-Clip verification sensors prior to cycle start sequence
- Cell PLC/HMI Programming w/red-rabbit plan
- Tooling pack with AB-1734 Point I/O Modules and Ethernet adapter
- Pricing was reduced for assembly/controls labor hours supplied by Yanfeng
- Pricing was reduced for assembly/controls labor hours supplied by Yanfeng
- System design and engineering complete
- CNC Machining complete
- Mechanical assembly 90% complete
- Electrical assembly 50% complete
- System programming and HMI 90% complete
- Price reduction for Telsonic payment ($58,506.75)





Cell Pricing:    $102,099.07ea
70% Pricing:    $12,962.60ea

Proposal #6455-L
Page 8

**Integrated
Technologies
International**

Proposal

---

## CELL #6: FRONT SILL LH/RH (40% COMPLETED)
- Nest set designed for the Front Sill LH/RH parts
- Nest set for alum decorative insert w/edge locators +/-0.4mm.
- (2) Keyence IV500 vision sensors to inspect insert orientation of "VOLVO" logo
- (2) Full spectrum color sensors for Front Sill
- (4) NVH presence sensors
- (2) Pneumatic wet-out fixtures for NVH PSA
- (4) Pneumatically actuated Clip Driver units 6LH/6RH
- (4) Clip present sensors
- (4) Clip seated sensors
- (2) Keyence SR-1000W bar code scanners
- (2) No-Clip verification sensors prior to cycle start sequence
- Cell PLC/HMI Programming w/red-rabbit plan
- Tooling pack with AB-1734 Point I/O Modules and Ethernet adapter
- Pricing was reduced for assembly/controls labor hours supplied by Yanfeng
- Price reduction was moved to Cell 11 ($5,670.00)
- System design and engineering complete
- CNC Machining complete
- Electrical assembly 50% complete



**Cell Pricing:   $73,438.17ea**
**40% Pricing:   $29,375.27ea**

---

## CELL #7: REAR SILL LH/RH (40% COMPLETED)
- Nest set designed for the Rear Sill LH/RH parts
- (4) Hold down clamps to secure parts in nest sets
- (2) Full spectrum color sensors for Rear Sill
- (4) NVH presence sensors
- (2) Pneumatic wet-out fixtures for NVH PSA
- (4) Pneumatically actuated Clip Driver units 6LH/6RH
- (4) Clip present sensors
- (4) Clip seated sensors
- (2) Keyence SR-1000W bar code scanners
- (2) No-Clip verification sensors prior to cycle start sequence
- Cell PLC/HMI Programming w/red-rabbit plan
- Tooling pack with AB-1734 Point I/O Modules and Ethernet adapter
- Pricing was reduced for assembly/controls labor hours supplied by Yanfeng
- Price reduction was moved to Cell 11 ($8,606.25)
- System design and engineering complete
- CNC Machining complete
- Electrical assembly 50% complete





**Cell Pricing:   $78,959.44ea**
**40% Pricing:   $31,583.78ea**

---



Proposal

---

Proposal #6455-L
Page 8

### CELL #8: SILL MOLDING LH/RH
- Nest set designed for the Inlay Carrier LH/RH parts
- (2) Hold down clamps to secure parts in nest sets
- (2) Metal Inlay part presence sensors
- (2) Inlay Carrier part presence sensors
- (2) Keyence SR-1000W bar code scanners
- Nest set designed for the Sill Molding LH/RH
- (2) Metal inlay/Carrier part present sensors
- (1) Sill Molding part present sensor
- (2) Insert seated sensors
- (6) NVH present sensors
- (3) Foam Donut present sensors
- (3) Nest wet-out for Foam Donut PSA
- (3) Keyence SR-1000W bar code scanners
- Cell PLC/HMI Programming w/red-rabbit plan
- Tooling pack with AB-1734 Point I/O Modules and Ethernet adapter
- Pricing was reduced for assembly/controls labor hours supplied by Yanfeng
- Price reduction was moved to Cell 11 ($3,375.00)



**Cell Pricing:    $33,993.37ea**

ITI will provide purchased and machined components for stations 5, 6, 7. 11LH, 11RH
ITI will provide latest full HMI programs and PLC programs
ITI will provide updated (native/editable) Cad models, details and BOM's
ITI will honor 18-month warranty.

---



Proposal

---

August 16, 2022
Proposal #6463-A

Paul Stewart
**Yanfeng Automotive Interiors**
101 International Blvd.
Fountain Inn, SC  29644

Additions to the Volvo 536 Hard Trim Assembly project:

Cell #9 Y0 Support – Add Functional and MES program logic to work-station at Fountain Inn, South Carolina facility (expenses included)          $3,700.00

Cell #7 Rear Sill – Add (2) Keyence IV3-500 vision cameras to verify orientation for the 'VOLVO' logo deco plate                    $14,200.00

Cell #11 B-Pillar Upper – Add second 48" Tool Pack assembly to include machined aluminum top plate, painted steel weldment bottom, I/O enclosure and back plane with ethernet communication components                    $13,500.00


We appreciate the opportunity to submit our proposal.  If you have any questions or need additional information, please do not hesitate to contact me directly.

Sincerely,

Daniel J. Welton
General Manager

**EXHIBIT B**

# Purchase Order
## No   TA104160   Rev   2          Page 1



| Order Date | 10/6/2021 | | E-Invoices Only:  PTP-INVSCAN-US@yanfeng.com |
|---|---|---|---|
| Supplier Code | 9083575 | | *For Bill-to/Invoicing party see document footer* |
| Phone  770-335-2840 | | Fax        678-354-1947 | Invoice Mailing Address |

| Supplier Name  INTEGRATED TECHNOLOGIES | Yanfeng North America YFAI NA |
|---|---|
| 3939 Royal Drive | P.O. Box 7125 |
| Suite 107 | 48376 Novi |
| 30144 Kennesaw, GA | UNITED STATES |
| UNITED STATES | Support Contact   PTP-query-US@yanfeng.com |
| | Tel          +421 2 3907 6400 (English) |

**Delivery Location**

YFAI Fountain Inn
101 International Blvd
Fountain Inn, SC 29644

| Credit Terms | TOOLING |
|---|---|
| | Tooling |
| Incoterms | DDP, Fountain Inn, SC USA |

| Buyer | Steven Voll |
|---|---|
| Tel | |
| E-mail | steven.voll@yanfeng.com |

**Terms and Conditions:**

This Purchase Order is governed exclusively by Buyers 'TERMS AND CONDITIONS FOR THE PURCHASE OF GOODS AND SERVICES AND SPARE PARTS DESTINED FOR THE AUTOMOBILE' (available at https://www.yanfeng.com/en/suppliers and incorporated here by reference) except as modified as provided therein. All other terms are rejected. The purchase order number must appear on all invoices, packaging slips and bill of lading. Amounts in item Total and Line exclude all taxes. All Pre-Production parts must be marked/labeled with the Yanfeng Automotive Interiors part number and revision level as indicated on the CAD model and/or drawing. Pre-Production parts that are shipped without proper identification as stated above will be returned to the shipper at their expense.

| Ln | Price Valid From | Due Date | Site | Item Number / Supplier Part / Description | Quantity | UM | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|
| 1 | | | 1161 | F-14002-T | 32,098.00 | EA | 1.00000 | 32,098.00 |
| | | | | Assembly Equipment | | | | |
| | | | | oling - Assembly Equipme —— | | | | |

YFAI PROJECT LEAD:  Paul.Stewart@yanfeng.com
YFAI CENTRAL BUYER:  Steve.Voll@yanfeng.com
SUPPLIER QUOTE:  ITI Proposal #6455-F Dated October 5, 2021
YFAI SRF/RFQ:  217550
PROJECT:  NF000163 Volvo XC90 V536 HT

YFAI TOOL:  Item 1- A pillar lower- LH/RH and Sill Extension - LH/RH - 6088196

| 2 | | | 1161 | F-14002-T | 28,143.00 | EA | 1.00000 | 28,143.00 |
|---|---|---|---|---|---|---|---|---|
| | | | | Assembly Equipment | | | | |
| | | | | oling - Assembly Equipme | | | | |

YFAI TOOL:  Item 2- B pillar lower- LH/RH - 6088200

Yanfeng International Automotive Technology US I LLC    EIN: 320447985
41935 W 12 MILE ROAD

48377 NOVI
UNITED STATES
Tel:
Fax:
www.yanfeng.com

Citibank NA London
SWIFT: CITIGB2L
IBAN: GB93CIT118500818438919

Citibank NA London
SWIFT: CITIGB2L
EUR IBAN: GB24CIT118500818438900

**Purchase Order**
**No    TA104160    Rev    2**    Page 2



| Ln | Price Valid From | Due Date | Site | Item Number Supplier Part Description | Quantity | UM | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|
| 3 | | | 1161 | F14002-T | 89,455.00 | EA | 1.00000 | 89,455.00 |
| | | | | Assembly Equipment | | | | |
| | | | | oling - Assembly Equipme | | | | |
| | | YFAI TOOL:  Item 3- C pillar lower- LH/RH - 6088201 | | | | | | |
| 4 | | | 1161 | F14002-T | 7,478.00 | EA | 1.00000 | 7,478.00 |
| | | | | Assembly Equipment | | | | |
| | | | | oling - Assembly Equipme | | | | |
| | | YFAI TOOL:  Item 4- D pillar lower #1- LH/RH - 6088202 | | | | | | |
| 5 | | | 1161 | F14002-T | 104,555.00 | EA | 1.00000 | 104,555.00 |
| | | | | Assembly Equipment | | | | |
| | | | | oling - Assembly Equipme | | | | |
| | | YFAI TOOL:  Item 5- D pillar lower #2- LH/RH - 6088202 | | | | | | |
| 6 | | | 1161 | F14002-T | 67,424.00 | EA | 1.00000 | 67,424.00 |
| | | | | Assembly Equipment | | | | |
| | | | | oling - Assembly Equipme | | | | |
| | | YFAI TOOL:  Item 6- Front sill- LH/RH - 6088203 | | | | | | |
| 7 | | | 1161 | F14002-T | 72,012.00 | EA | 1.00000 | 72,012.00 |
| | | | | Assembly Equipment | | | | |
| | | | | oling - Assembly Equipme | | | | |
| | | YFAI TOOL:  Item 7- Rear sill- LH/RH - 6088204 | | | | | | |
| 8 | | | 1161 | F14002-T | 31,393.00 | EA | 1.00000 | 31,393.00 |
| | | | | Assembly Equipment | | | | |
| | | | | oling - Assembly Equipme | | | | |
| | | YFAI TOOL:  Item 8- Sill moulding #1 and Sill moulding #2 - 6088197 | | | | | | |
| 9 | | | 1161 | F14002-T | 60,074.00 | EA | 1.00000 | 60,074.00 |
| | | | | Assembly Equipment | | | | |
| | | | | oling - Assembly Equipme | | | | |
| | | YFAI TOOL:  Item 10- Y0/Frt/Rear load floor support - 6088199 | | | | | | |
| 10 | | | 1161 | F14002-T | 7,478.00 | EA | 1.00000 | 7,478.00 |
| | | | | Assembly Equipment | | | | |
| | | | | oling - Assembly Equipme | | | | |
| | | YFAI TOOL:  Item 11- B pillar upper #1- LH/RH - 6088206 | | | | | | |

Yanfeng International Automotive Technology US I LLC   EIN: 320447985
41933 W 12 MILE ROAD

48377 NOVI
UNITED STATES
Tel:
Fax:
www.yanfeng.com

Citibank NA London
SWIFT: CITIGB2L
IBAN: GB93CITI18500818438919

Citibank NA London
SWIFT: CITIGB2L
EUR IBAN: GB24CITI18500818438900

# Purchase Order

**No   TA104160   Rev   2**   Page 3



| Ln | Price Valid From | Due Date | Site | Item Number Supplier Part Description | Quantity | UM | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|
| 11 | | | 1161 | F14002-T<br><br>Assembly Equipment<br>oling - Assembly Equipme | 71,817.00 | EA | 1.00000 | 71,817.00 |
| | | | | YFAI TOOL:  Item 12- B pillar upper #2- LH/RH - 6088207 | | | | |
| 12 | | | 1161 | F14002-T<br><br>Assembly Equipment<br>oling - Assembly Equipme | 7,478.00 | EA | 1.00000 | 7,478.00 |
| | | | | YFAI TOOL:  Item 13- C pillar upper #1- LH/RH - 6088208 | | | | |
| 13 | | | 1161 | F14002-T<br><br>Assembly Equipment<br>oling - Assembly Equipme | 82,584.00 | EA | 1.00000 | 82,584.00 |
| | | | | YFAI TOOL:  Item 14- C pillar upper #2 - LH/RH - 6088209 | | | | |
| 14 | | | 1161 | F14002-T<br><br>Assembly Equipment<br>oling - Assembly Equipme | 56,239.00 | EA | 1.00000 | 56,239.00 |
| | | | | YFAI TOOL:  Item 16- Window Frame- LH/RH - 6088212 | | | | |
| 15 | | | 1161 | F14002-T<br><br>Assembly Equipment<br>oling - Assembly Equipme | 51,650.00 | EA | 1.00000 | 51,650.00 |
| | | | | YFAI TOOL:  Item 17- Tail Gate - 6088213 | | | | |
| 16 | | | 1161 | F14002-T<br><br>Shipping<br>oling - Assembly Equipme | 2,662.00 | EA | 1.00000 | 2,662.00 |
| | | | | YFAI TOOL:  Shipping - 6088213 | | | | |
| 17 | | | 1161 | F14002-T<br><br>Installation & Re-assembly at<br>oling - Assembly Equipme | 5,071.00 | EA | 1.00000 | 5,071.00 |
| | | | | YFAI TOOL: Installation & Re-assembly at YFAI facility - 6088213 | | | | |
| 18 | | | 1161 | F14002-T<br><br>Commissioning<br>oling - Assembly Equipme | 30,424.00 | EA | 1.00000 | 30,424.00 |
| | | | | YFAI TOOL: Commissioning - 6088213 | | | | |

Yanfeng International Automotive Technology US I LLC   EIN: 320447985
41935 W 12 MILE ROAD

48377 NOVI
UNITED STATES
Tel:
Fax:
www.yanfeng.com

Citibank NA London
SWIFT: CITIGB2L
IBAN: GB93CITI18500818438919

Citibank NA London
SWIFT: CITIGB2L
EUR IBAN: GB24CITI18500818438900

# Purchase Order
## No  TA104160   Rev   2        Page 4



| Ln | Price Valid From | Due Date | Site | Item Number Supplier Part Description | Quantity | UM | Unit Price | Total |
|----|------------------|----------|------|----------------------------------------|----------|----|-----------|-------|
| 19 |                  |          | 1161 | F14002-T | 5,071.00 | EA | 1.00000 | 5,071.00 |
|    |                  |          |      | 1 Week Service and Support |  |  |  |  |
|    |                  |          |      | oling - Assembly Equipme |  |  |  |  |

YFAI TOOL:1 week service and support - 6088213

* This PO has been set up for "tooling" terms which assumes the supplier will be set up on the agreement through JP Morgan.  Supplier payment cannot occur until this agreement is complete.  IF for any reason, this order cannot go through the agreement, the supplier MUST contact the buyer so the PO can be corrected.  The TOTAL amount on this order will NOT increase from the initial "tooling" terms/amount(s) to meet CR-45 terms.
* (3) Progress Payments: PO "Qty" & "Net Price" may have been switched to allow for partial payments through A/P. Preferred Supplier payment terms apply to this order.
* Invoice must be dated/ submitted upon: *30% upon review and YFAI approval of engineering drawings through the design phase. *50% upon successful run-off and YFAI acceptance at seller's facility or approval to ship (if applicable). *20% upon run-off and YFAI acceptance on floor including delivery of all "as built" equipment manuals/drawing, applicable documentation/forms including a YFAI approved spare parts list.
* This order is expected to meet or exceed the expectations outlined in the latest YFAI RFQ and associated equipment/tooling specification/guidelines and/or details provided. Reference supplier quote for maximum pricing only. Unless otherwise approved in writing by the YFAI lead engineer, the supplier is expected to meet or exceed the latest version of SESS/SEGS/tool guidelines including all local expectation at point of equipment/tool use. If you do not have the latest version of SESS/SEGS/tool guidelines, contact the YFAI lead engineer.
* IF this PO represents a portion of a YFAI project value, this PO authorizes the supplier to invest up to, but not to exceed, PO amount(s) shown. An updated and/or additional PO with the remaining balance(s) will be the authorization to continue the project beyond partial PO value(s).
* The Supplier is responsible to tag all tooling-funded fixtures/tools per the latest OEM tool tagging standards & submit .jpg pictures with the Required Invoice Information package. The tool number is located on the PO along with the Yanfeng Automotive Interiors part number and Customer Asset Number. If you are unclear of these tagging expectations or individual customer tool numbers, contact the YFAI lead engineer.

| By | _Steven Voll_ | | | Line Total | USD | 813,106.00 |
|----|---------------|--|--|------------|-----|------------|
|    | Steven Voll   | | | Total Tax | USD | 0.00 |
|    | Authorized purchasing signature | | | Currency Total | USD | 813,106.00 |

Yanfeng International Automotive Technology US LLC.  EIN: 320447985
41935 W 12 MILE ROAD

48377 NOVI
UNITED STATES
Tel:
Fax:
www.yanfeng.com

Citibank NA London
SWIFT: CITIGB2L
IBAN: GB93CITI18500818438919

Citibank NA London
SWIFT: CITIGB2L
EUR IBAN: GB24CITI18500818438800



**Yanfeng Global Automotive Interiors (YFAI) NA Tooling Factoring Schedule**
YF Std calculation

Rates Rev: September 14, 2021 - Form Rev: July 30, 2021

| YFAI PO#: | TA104160 Rev. 3 | | | | Supplier/Number: | INTEGRATED TECHNOLOGIES (9083575) | | |
|---|---|---|---|---|---|---|---|---|
| YFAI Tool/Project Engineer e-mail: | Paul.stewart@yanfeng.com | | | | YFAI Buyer e-mail: | steven.voll@yanfeng.com | | |

| PO DETAILS | | SUPPLIER QUOTED AMOUNT(S) | | | | YFAI FACTORED AMOUNT(S) | | | |
|---|---|---|---|---|---|---|---|---|---|
| Tool Number and/or Description (If applicable) | PO # Line Number | Total Quoted Amount | Payment 1 | Payment 2 | Payment 3 | Total Factored Amount | Factored Amount Invoice 1 | Factored Amount Invoice 2 | Factored Amount Invoice 3 |
| Item 1- A pillar lower - LH/RH and Sill Extension - LH/RH - 6088198 | 1 | 31,320 | 16,281 | 15,039 | | 32,098 | 16,770 | 15,328 | |
| Item 2- B pillar lower- LH/RH - 6088200 | 2 | 27,460 | 14,313 | 13,147 | | 28,143 | 14,743 | 13,400 | |
| Item 3- C pillar lower- LH/RH - 6088201 | 3 | 87,305 | 29,594 | 49,323 | 8,388 | 89,455 | 30,463 | 50,461 | 8,531 |
| Item 4- D pillar lower #1- LH/RH - 6088202 | 4 | 7,300 | 2,190 | 3,650 | 1,460 | 7,478 | 2,256 | 3,733 | 1,489 |
| Item 5- D pillar lower #2 - LH/RH - 6088202 | 5 | 102,100 | 45,563 | 56,537 | | 104,555 | 46,932 | 57,623 | |
| Item 6- Front sill- LH/RH - 6088203 | 6 | 65,845 | 26,000 | 38,945 | | 67,424 | 29,871 | 37,553 | |
| Item 7- Rear sill- LH/RH - 6088204 | 7 | 70,354 | 28,281 | 42,073 | | 72,012 | 29,131 | 42,881 | |
| Item 8- Sill moulding #1 and Sill moulding #2 - 6088197 | 8 | 30,619 | 17,219 | 13,400 | | 31,353 | 17,730 | 13,657 | |
| Item 10- YG/Frt/Rear load floor support - 6088199 | 9 | 58,645 | 17,594 | 29,323 | 11,728 | 60,074 | 18,122 | 29,987 | 11,965 |
| Item 11- B pillar upper #1- LH/RH - 6088206 | 10 | 7,300 | 2,190 | 3,650 | 1,460 | 7,478 | 2,256 | 3,733 | 1,489 |
| Item 12- B pillar upper #1- LH/RH - 6088207 | 11 | 70,055 | 38,438 | 31,617 | | 71,817 | 39,593 | 32,224 | |
| Item 13- C pillar upper #1- LH/RH - 6088209 | 12 | 7,300 | 2,190 | 3,650 | 1,460 | 7,478 | 2,256 | 3,733 | 1,489 |
| Item 14- C pillar upper #2 - LH/RH - 6088209 | 13 | 80,614 | 26,657 | 44,428 | 9,529 | 82,584 | 27,458 | 45,435 | 9,691 |
| Item 16- Window Frame- LH/RH - 6088212 | 14 | 54,000 | 16,470 | 27,450 | 10,080 | 55,239 | 16,955 | 28,073 | 11,201 |
| Item 17- Toll Gate - 6088213 | 15 | 50,426 | 15,128 | 25,210 | 10,084 | 51,660 | 15,561 | 25,762 | 10,287 |
| Shipping - 6088213 | 16 | 2,860 | 780 | 1,300 | 520 | 2,662 | 803 | 1,329 | 530 |
| Installation & Re-assembly at YFAI facility - 6088213 | 17 | 4,950 | 1,485 | 2,475 | 990 | 5,071 | 1,530 | 2,531 | 1,010 |
| Commissioning - 6088213 | 18 | 29,700 | 6,910 | 14,850 | 5,940 | 30,424 | 9,178 | 15,187 | 6,059 |
| 1 week service and support - 6088213 | 19 | 4,950 | 1,485 | 2,475 | 990 | 5,071 | 1,530 | 2,531 | 1,010 |
| | | Total Quoted Amount | Payment 1 Total | Payment 2 Total | Payment 3 Total | Total Invoice Amount | Invoice 1 Total | Invoice 2 Total | Invoice 3 Total |
| Total(s) in USD (US Dollar): | | 793,737 | 313,766 | 416,442 | 63,529 | 813,106 | 323,194 | 425,161 | 64,751 |

| Additional comments: | |
|---|---|

**YFAI Supplier**

The sheet above and attached PO number as specified above are for a YFAI tooling-funded purchase. The YF PO should show "tooling" terms signifying the YFAI factoring process applies. Please be aware that your original quote MAY have been "factored" meaning YFAI has added an estimated "finance cost" to your original quote. In cases where your quoted amount EQUALS the factored amount this means YF has NOT added a finance cost. Once each invoice is processed, you should receive a payment that equals or very closely equals your original quoted amount. Please note, the "Net terms" on a PO stating "TOOLING" terms = your current "Net terms" per YF's vendor master system. If you are unsure of your current "Net terms" with YF, please contact your YF buyer. Depending on credit availability with IFM, you MAY receive a payment directly from YFAI with an immediate "payout" for the "finance costs."

**Invoice expectations:**

(1) Your invoice(s) to Yanfeng Automotive Interiors should match the TOTAL of the ENTIRE progress payment(s) (factored amount) stated above. For deviation instructions, please contact the buyer listed on PO Processor mentioned above if this is not possible. unless you have PRE-approval from the appropriate YF buyer, do NOT split progress payment invoices by tool.

(2) YFAI's current Supplier Self Service Portal (3SSP) is located at https://na.yfai.com/esupply/login. This online and FREE system allows suppliers to track invoiced details. Until further notice, all suppliers that accept tooling PO's are expected to utilize the available YFAI 3SSP. Instructions and access information for the YFAI 3SSP can be found at https://www.yfai.com/suppliers by scrolling down to a YFAI Supplier Portal under the "Accounts Payable Tab.

(3) Invoice should only be submitted AFTER the defined milestone(s) have been met and should be dated accordingly. Reference the YFAI Purchase Order and/or YFAI specification for individual payment milestone expectations. Invoices dated and/or submitted prior to defined milestones may be rejected.

(4) In many cases, suppliers are expected to submit Required Invoice Information (RII) along with the FINAL invoice. If you are unclear of these expectations, contact the YFAI Tool/Project Engineer.

(5) Failure to following the expectation above may lead to payment issues and/or delays.

Questions, issues, concerns with this factoring schedule please contact me:

Denise Bookie
denise.bookie@yanfeng.com
+1 (810) 212-2321

*Denise Bookie*

YFAI & Supplier Confidential Information

# EXHIBIT C

# INTEGRATED TECHNOLOGIES INT

1880 ROBERTS BLVD
SUITE 406
KENNESAW, GA  30144
USA

Voice:  770-335-2840
Fax:

# INVOICE

| | |
|---|---|
| Invoice Number: | 773 |
| Invoice Date: | Dec 14, 2022 |
| Page: | 1 |

| Bill To: | Ship to: |
|---|---|
| YANFENG NORTH AMERICA<br>PO BOX 7125<br>NOVI, MI  48376<br>USA | YFAI FOUNTAIN INN<br>101 INTERNATIONAL BLVD<br>FOUNTAIN INN, SC  29644<br>USA |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| YFAI NA | TA104160 REV0 | 30-50-20 Net 90 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Best Way | 12/14/22 | 12/14/22 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | | A PILLAR LOWER AND SILL EXTENSION LH/RH 6088196 | 31,320.00 | 31,320.00 |
| 1.00 | | B PILLAR LOWER LH/RH 6088200 | 27,460.00 | 27,460.00 |
| 1.00 | | C PILLAR LOWER LH/RH 6088201 | 58,867.25 | 58,867.25 |
| 1.00 | | D PILLAR LOWER#1 LH/RH 6088202 | 7,300.00 | 7,300.00 |
| 1.00 | | D PILLAR LOWER#2 LH/RH 6088202 | 12,962.60 | 12,962.60 |
| 1.00 | | FRONT SILL LH/RH 6088203 | 29,375.27 | 29,375.27 |
| 1.00 | | REAR SILL LH/RH 6088204 | 31,583.78 | 31,583.78 |
| 1.00 | | SILL MOLDING AND SILL MOLDING#2 6088197#1 | 33,993.37 | 33,993.37 |
| 1.00 | | Y0/FRT/REAR LOAD FLOOR SUPPORT 6088199 | 58,645.00 | 58,645.00 |
| 1.00 | | B PILLAR UPPER#1 LH/RH 6088206 | 7,300.00 | 7,300.00 |
| 1.00 | | B PILLAR UPPER#2 LH/RH 6088207 | 11,089.54 | 11,089.54 |
| 1.00 | | C PILLAR UPPER#1 LH/RH 6088208 | 7,300.00 | 7,300.00 |
| 1.00 | | C PILLAR UPPER#2 LH/RH 6088209 | 88,855.00 | 88,855.00 |
| 1.00 | | WINDOW FRAME LH/RH 6088212 | 54,900.00 | 54,900.00 |
| 1.00 | | TAIL GATE 6088213 | 50,420.00 | 50,420.00 |
| 1.00 | | SHIPPING 6088213 | | |
| 1.00 | | INSTALL & REASSEMBLY AT YFAI FACILITY 6088213 | | |

| | | |
|---|---|---|
| Subtotal | | Continued |
| Sales Tax | | Continued |
| Total Invoice Amount | | Continued |
| Payment/Credit Applied | | |
| **TOTAL** | | **Continued** |

Check/Credit Memo No:

# INTEGRATED TECHNOLOGIES INT
1680 ROBERTS BLVD
SUITE 406
KENNESAW, GA  30144
USA

Voice:   770-335-2840
Fax:

# INVOICE

| | |
|---|---|
| Invoice Number: | 773 |
| Invoice Date: | Dec 14, 2022 |
| Page: | 2 |

**Bill To:**
YANFENG NORTH AMERICA
PO BOX 7125
NOVI, MI  48376
USA

**Ship to:**
YFAI FOUNTAIN INN
101 INTERNATIONAL BLVD
FOUNTAIN INN, SC  29644
USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| YFAI NA | TA104160 REV0 | 30-50-20 Net 90 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Best Way | 12/14/22 | 12/14/22 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | | COMMISSIONING 6088213 | | |
| 1.00 | | 1 WEEK SERVICE & SUUPORT 6088213 | | |
| 1.00 | | ADD PROGRAMMING TO CELL 9 Y.O SUPPORT | 3,700.00 | 3,700.00 |
| 1.00 | | ADD CAMERAS TO REAR SILL CELL | 14,200.00 | 14,200.00 |
| 1.00 | | ADD SECOND TOOL PACK ASSEMBLY TO B-PILLAR UPPER CELL | 13,500.00 | 13,500.00 |
| -1.00 | | DESIGN APPROVAL PAYMENT RECEIVED | 310,153.00 | -310,153.00 |

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | 232,618.81 |
| Sales Tax | |
| Total Invoice Amount | 232,618.81 |
| Payment/Credit Applied | |
| **TOTAL** | **232,618.81** |

# Andre Kill & McCarthy, LLP

*Attorneys and Counselors at Law*

244 ROSWELL STREET, SUITE 1000
MARIETTA, GEORGIA 30060
(404) 653-0338 FAX

Brendan J. McCarthy
Direct Dial: *(404) 653-3004*
Email: *bmccarthy@ablaw.net*

September 7, 2023

**VIA FEDEX**
Yanfeng North America
41935 West 12 Mile Road
Novi, MI 48377

Yanfeng Automotive Interiors a/k/a YFAI
101 International Boulevard
Fountain Inn, SC 29644

**RE:    Amounts due to Integrated Technologies International, LLC**

Dear Sir/Madam:

We represent Integrated Technologies International, LLC ("ITI") in connection with amounts owed as further described in the attached draft Complaint. ITI is owed $232,618.81 in principal, plus prejudgment interest accruing at the rate of 18% per annum. ITI intends to seek the recovery of its attorney's fees and expenses in addition to the principal amount, plus interest. You can avoid liability for the attorney's fees and expenses by paying the principal amount, plus interest, within ten (10) days of the date of your receipt of this letter.

This letter constitutes official notice to preserve all potential evidence, including, but not limited to, emails, electronically stored information, plain paper information, and anything connected to the issues set forth in the attached Complaint. Failure to preserve all such information can result in sanctions for spoliation, including, but not limited to, entry of judgment against you.

Please direct all communications to the undersigned. Thank you.

Sincerely,

*s/Brendan J. McCarthy*

Brendan J. McCarthy
For the Firm

BJM/
Enclosure

**EXHIBIT D**



Dan Welton
President
Integrated Technologies

February 6, 2023

Dear Dan,

Integrated Technologies ("ITI") was contracted to supply certain goods to Yanfeng International Automotive Technology US I LLC ("YF") for the Volvo V536 Hard Trim Assembly program (the "Program") under YF purchase order number TA104160 ("YF PO"). The YF PO is governed by YF's Terms and Conditions of Purchase available at www.yanfeng.com/en/suppliers ("Terms").

In the course of performance under the YF PO: (1) ITI has requested financial accommodations from YF in the form of payments to ITI suppliers for subcomponents of the goods that ITI was to supply; and (2) has failed to produce goods free of design defect and conforming to the specifications provided by YF, in breach of ITI's warranties under the Terms. These actions have caused considerable financial harm to YF.

YF has worked with ITI for months in an attempt to resolve these issues despite being under no obligation to do so. However, we must protect our interests and those of our customer. Accordingly, this letter is to inform you that the YF PO is hereby terminated without further YF liability pursuant to Sections 18(b) and 19(a) of the Terms.

YF hopes that the issues encountered on this project are not indicative of future performance on other projects so that we can again have a mutually beneficial relationship with ITI.


Sincerely,

Steve Voll
Commodity Manager – Capital Equipment & Tooling, N.A.


EXPERIENCE IN MOTION™