IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| SHANNON LOGAN and AKILI LOGAN, <br><br> Plaintiffs, <br> v. <br><br> QUIKTRIP CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION <br><br> FILE NO. |

## NOTICE OF REMOVAL

COMES NOW, Defendant QuikTrip Corporation, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, files this Notice of Removal of the above-styled action to the United States District Court for the Northern District of Georgia, Atlanta Division, and in support thereof, Defendant shows this Court as follows:

1.

This is a personal injury matter arising out of an incident that occurred on November 16, 2021.

2.

The original suit, styled as Shannon Logan and Akili Logan v. Quiktrip Corporation, Civil Action File No. 23CV-1793-2, was filed in the Superior Court of Forsyth County, Georgia on November 7, 2023. Timely Defenses and Answer

were filed on December 11, 2023.

3.

Copies of the Complaint and Defenses and Answer filed in the Superior Court of Forsyth County are attached hereto as Exhibit "A." A copy of all other pleadings filed in this action, which are or may be required to be filed along with this Notice pursuant to 28 U.S.C. § 1446(a) are attached hereto as Exhibit "B."

4.

This Notice is filed within the timeframe specified in 28 U.S.C. § 1446(b).

5.

Plaintiffs are residents of the State of Georgia, domiciled in Georgia, and citizens of Georgia for purposes of diversity jurisdiction. (Exhibit "A" Plaintiffs' Complaint).

6.

QuikTrip Corporation is an Oklahoma corporation with its principal place of business in Oklahoma.

7.

This action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C.A. § 1332 and is, accordingly, removable to this Court pursuant to 28 U.S.C. § 1441. The Plaintiffs claim to seek damages in the amount of $3,000,000.00 (Exhibit "A" Plaintiffs' Complaint). In the Complaint, Plaintiff

Shannon Logan seeks to recover $188,396.75 in claimed past medical expenses. Accordingly, the matter in controversy exceeds $75,000.00, exclusive of interest and costs, and the Action is between citizens of different states.

8.

Defendant will this date give written notice of the filing of this Notice of Removal to adverse parties as required by 28 U.S.C. § 1446(d).

9.

All conditions precedent to removal have been satisfied.

WHEREFORE, Defendant prays that the above-entitled action now pending in the Superior Court of Forsyth County, Georgia be removed therefrom to this Court.

This 14th day of December, 2023.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By: /s/ Sean L. Hynes
    SEAN L. HYNES
    Georgia State Bar No. 381698
    hynes@downeycleveland.com
    Attorneys for Defendant

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D) of the Northern District of Georgia, I hereby certify that this pleading has been prepared in compliance with Local Rule 5.1(C) using 14 point Times New Roman.

    Respectfully submitted,

    **DOWNEY & CLEVELAND, LLP**

    By:  /s/ Sean L. Hynes
         SEAN L. HYNES
         Georgia State Bar No. 381698
         hynes@downeycleveland.com
         Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Nikoo Razavi, Esq.
Razavi Law Firm, LLC
211 Cambridge Avenue
Decatur, Georgia 30030

This 14th day of December, 2023.

         **DOWNEY & CLEVELAND, LLP**

        By:   /s/ Sean L. Hynes
           SEAN L. HYNES
           Georgia State Bar No. 381698