# Exhibit B

# AFFIDAVIT OF SERVICE

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FORSYTH COUNTY, GEORGIA
**23CV-1793-2**
Judge David L. Dickinson
NOV 10, 2023 08:59 PM

Greg G. Allen, Clerk
Forsyth County, Georgia

| Case: 23CV-1793-2 | Court: In The Superior Court of Forsyth County County State of Georgia | County: Forsyth | Job: 9903056 |
|---|---|---|---|
| Plaintiff / Petitioner: LOGAN, SHANNON, LOGAN, AKILI | | Defendant / Respondent: QUICKTRIP CORPORATION | |
| Received by: Southeastern Process Servers | | For: Razavi Law Firm, LLC | |
| To be served upon: Quicktrip Corporation | | | |

I, Rochelle Earthrise, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Reg. Agt. Ct Corporation System, Dayvon Jackson, accepted service on their behalf. Corporate: 106 Colony Park Drive, Suite 800-B, Cumming, GA 30040

**Manner of Service:** Registered Agent, Nov 9, 2023, 2:05 pm EST

**Documents:** Complaint; Summons; General Civil Case Filing Information Form; PLAINTIFF SHANNON LOGAN'S FIRST INTERROGATORIES TO DEFENDANT PLAINTIFF SHANNON LOGAN'S REQUEST FOR PRODUCTION OF DOCUMENTS AND NOTICE TO PRODUCE DOCUMENTS TO EACH DEFENDANT PLAINTIFFS REQUEST FOR ADMISSIONS TO EACH DEFENDANT (Received Nov 7, 2023 at 9:32 am EST)

**Additional Comments:**
1) Successful Attempt: Nov 9, 2023, 2:05 pm EST at Corporate: 106 Colony Park Drive Suite 800-B, Cumming, GA 30040 received by Quicktrip Corporation and was Corporate served through their Reg. Agt. CT Corporation System, Dayvon Jackson, accepted service on their behalf. Age: 27; Ethnicity: African American; Gender: Male; Weight: 165; Height: 5'6"; Hair: Other; Relationship: Authorized; Quicktrip Corporation was Corporate served through their Reg. Agt. CT Corporation System, Dayvon Jackson, accepted service on their behalf.

_Rochelle Earthrise_ 11/10/2023
Rochelle Earthrise       Date
ID# CPS 236

Southeastern Process Servers
2296 Henderson Mill Rd NE # 116
Atlanta, GA 30345
404-330-9066

Subscribed and sworn to before me by the affiant who is personally known to me in the state of Georgia, Dekalb County.

_Susan Earthrise_
Notary Public
11/10/2023          07/19/24
Date                Commission Expires

[Notary Seal: SUSAN EARTHRISE, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, JULY 19, 2024]

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FORSYTH COUNTY, GEORGIA

**23CV-1793-2**
Judge David L. Dickinson
DEC 11, 2023 03:52 PM

Greg G. Allen, Clerk
Forsyth County, Georgia

IN THE SUPERIOR COURT OF FORSYTH COUNTY

STATE OF GEORGIA

| | |
|---|---|
| SHANNON LOGAN and AKILI LOGAN, ) ) ) | |
| Plaintiffs, ) | CIVIL ACTION |
| v. ) ) | FILE NO. 23CV-1793-2 |
| QUIKTRIP CORPORATION, ) ) | |
| Defendant. ) ) ) | |

## DEMAND FOR TWELVE-MEMBER JURY TRIAL

COMES NOW, Defendant QuikTrip Corporation, appearing specially without submitting to the jurisdiction and venue of this Court, and demands a trial by a twelve-member jury in the above styled action.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By: /s/ Sean L. Hynes
SEAN L. HYNES
Georgia State Bar No. 381698
hynes@downeycleveland.com
Attorney for Defendant

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

- 1 -

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Nikoo Razavi, Esq.
Razavi Law Firm, LLC
211 Cambridge Avenue
Decatur, Georgia 30030

This 11th day of December, 2023.

                                        **DOWNEY & CLEVELAND, LLP**

                                        By:   /s/ Sean L. Hynes
                                                SEAN L. HYNES
                                                Georgia State Bar No. 381698

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
FORSYTH COUNTY, GEORGIA
**23CV-1793-2**
Judge David L. Dickinson
DEC 11, 2023 03:52 PM

Greg G. Allen, Clerk
Forsyth County, Georgia

IN THE SUPERIOR COURT OF FORSYTH COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| SHANNON LOGAN and AKILI LOGAN, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | FILE NO. 23CV-1793-2 |
| QUIKTRIP CORPORATION, | ) ) ) | |
| Defendant. | ) ) ) | |

## RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Uniform State Court Rule 5.2, the undersigned hereby certifies that on the date shown, Defendant QUIKTRIP CORPORATION, appearing specially without submitting to the jurisdiction and venue of this Court, served copies of the following pleadings:

1. Defendant's First Continuing Interrogatories to Plaintiffs and
2. Defendant's First Request for Production of Documents to Plaintiffs

by depositing same in the United States Mail, properly addressed and with sufficient postage affixed thereon, to the following counsel of record:

Nikoo Razavi, Esq.
Razavi Law Firm, LLC
211 Cambridge Avenue
Decatur, Georgia 30030

This 11th day of December, 2023.

*(Signature on following page)*

- 2 -

        Respectfully submitted,

        **DOWNEY & CLEVELAND, LLP**

By: /s/ Sean L. Hynes
       SEAN L. HYNES
       Georgia State Bar No. 381698
       hynes@downeycleveland.com
       Attorney for Defendant

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Nikoo Razavi, Esq.
Razavi Law Firm, LLC
211 Cambridge Avenue
Decatur, Georgia 30030

This 11th day of December, 2023.

                                              **DOWNEY & CLEVELAND, LLP**

                                              By:   /s/ Sean L. Hynes
                                                     SEAN L. HYNES
                                                     Georgia State Bar No. 381698