# EXHIBIT B

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

ASHLEY GLENN, TERRIE HOOD,
KYLIE SORGE, DAVID HOOD,
TRAVIS HOOD, JENNIFER FRATESI,
MARYANN DEAN, MICHAEL
MULLHOLAND, CAREY BROCK,
HADEN EASON, MATTHEW FORD,
SHERRI FORD, SPENCER
MULLHOLAND, PAYTON CLARK,
PETER GLEICHMAN,
MARGARET PALEMEN, and
ASHLEY PALMER

      Plaintiffs,

vs.

META PLATFORMS, INC.,

      Defendant.

Civil Action File No.:
23108528

## NOTICE OF FILING REMOVAL

**PLEASE TAKE NOTICE** that Defendant Meta Platforms, Inc. has on this date filed its

Notice of Removal, a copy of which is attached hereto, in the office of the Clerk of the United

States District Court for the Northern District of Georgia, Atlanta Division in Atlanta, Georgia.

Respectfully submitted, this 14th day of December, 2023.

SWIFT, CURRIE, McGHEE & HIERS, LLP

By:  */s/ Lee Clayton*_____
        Lee Clayton
        Georgia State Bar No. 601004
        Sarah R Daley
        Georgia State Bar No. 644153
        *Attorneys for Defendant*
        *Meta Platforms, Inc.*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3231
(404) 874-8800 (ph)
lee.clayton@swiftcurrie.com
sarah.daley@swiftcurrie.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have this day electronically filed the foregoing **NOTICE OF FILING REMOVAL** with the Clerk of Court via the Court's electronic filing system (PeachCourt) which electronically serves a copy of same upon all parties of record and/or United States mail, postage prepaid, and properly addressed as follows:

William Gregory Dobson                Todd L. Lord
Michael J. Lober                            Law Office of Todd L. Lord
Lober & Dobson, LLC                    4 Courthouse Square
830 Mulberry St.                           P.O. Box 901
Suite 201-Robert E. Lee Building      Cleveland, Georgia 30528
Macon, Georgia 31201                    attytllord@windstream.net
wgd@lddlawyers.com
mjlober@lddlawyers.com


Dated this 14th day of December, 2023.


                                        **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                                        By:   ***/s/ Lee Clayton***_____
                                                Lee Clayton
                                                Georgia State Bar No. 601004
                                                Sarah R Daley
                                                Georgia State Bar No. 644153
                                                ***Attorneys for Defendant***
                                                ***Meta Platforms, Inc.***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3231
(404) 874-8800 (ph)
lee.clayton@swiftcurrie.com
sarah.daley@swiftcurrie.com

4855-9331-8295, v. 1