# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ASHLEY KOPPERUD and ROBERT KOPPERUD, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendant. | Civil Action File No.: 23-A-09647-11 <br><br> On Removal from Superior Court of Gwinnett County <br> CAFN 23-A-09647-11 |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW **Defendant State Farm Fire and Casualty Company ("State Farm")**, and pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.3, states as follows:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

**For Plaintiff: Ashley Kopperud and Robert Kopperud**.

**For Defendant: State Farm Fire and Casualty Company**

1

State Farm Fire and Casualty Company, which is a wholly owned subsidiary of State Farm Mutual Automobile Insurance Company, its parent, is a corporation formed under the laws of the state of Illinois and its principal place of business is in Illinois. As a mutual insurance company, State Farm Mutual Automobile Insurance Company has no stock and is not a publicly traded corporation.

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**As to Plaintiff:** Unknown by Defendant.

**As to Defendant:** State Farm Fire and Casualty Company, as well as its parent company, State Farm Mutual Automobile Insurance Company.

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

**For Plaintiff:**

Michael D. Turner
J. Remington Huggins
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, GA  30075
remington@lawhuggins.com

mdturner@lawhuggins.com

**For Defendant:**

Jonathan M. Adelman
Kyle T. Joyce
WALDON ADELMAN CASTILLA
MCNAMARA & PROUT
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
jadelman@waldonadelman.com
kjoyce@waldonadelman.com

(4)  The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**For Plaintiff:**       Georgia

**For Defendant:**     Illinois

This 14th day of December, 2023.

              WALDON ADELMAN CASTILLA
              MCNAMARA & PROUT

              /s/Kyle Joyce
              Jonathan M. Adelman
              (State Bar No. 005128)
              Kyle T. Joyce
              (State Bar No. 960181)
              Attorneys for Defendant

900 Circle 75 Parkway

Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
jadelman@waldonadelman.com
kjoyce@waldonadelman.com

## **LOCAL RULE 5.1C CERTIFICATION**

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

This 14th day of December, 2023.

        WALDON ADELMAN CASTILLA
        MCNAMARA & PROUT

        /s/Kyle Joyce
        Jonathan M. Adelman
        (State Bar No. 005128)
        Kyle T. Joyce
        (State Bar No. 960181)
        Attorneys for Defendant

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
jadelman@waldonadelman.com
kjoyce@waldonadelman.com

## **CERTIFICATE OF SERVICE**

This is to certify that this day I have electronically filed ***Defendant State Farm Fire and Casualty Company's Certificate of Interested Persons and Corporate Disclosure Statement*** with the Clerk of Court by e-filing same using the CM/ECF System, which will automatically send e-mail notification of said filing to the following attorneys of record:

>J. Remington Huggins, Esq.
>Michael D. Turner, Esq.
>The Huggins Law Firm, LLC
>110 Norcross Street
>Roswell, GA  30075
>remington@lawhuggins.com
>mdturner@lawhuggins.com

This 14th day of December, 2023.

>WALDON ADELMAN CASTILLA
>MCNAMARA & PROUT
>
>/s/Kyle Joyce
>Jonathan M. Adelman
>(State Bar No. 005128)
>Kyle T. Joyce
>(State Bar No. 960181)
>Attorneys for Defendant

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
jadelman@waldonadelman.com
kjoyce@waldonadelman.com