AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____Northern District of Georgia_____

| | |
|---|---|
| NAMON JONES <br><br> *Plaintiff(s)* <br> v. <br> IHEARTMEDIA+ENTERTAINMENT, INC., et al. <br><br> *Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> IHEARTMEDIA+ENTERTAINMENT, INC.
> CT Corporation System, RA
> 289 S. Culver St.
> Lawrenceville, GA 30046-4805

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   **John A. Moore, Esq., The Moore Law Group, LLC, 1745 Martin Luther King Jr. Dr., Atlanta, GA 30314**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*