# THE UNITED STATES OF AMERICA

## CERTIFICATE OF NATURALIZATION

No. 32 537 229

**Personal description of holder as of date of naturalization:**

Date of birth: [REDACTED]

Sex: **MALE**

Height: **5** feet **7** inches

Marital status: **SINGLE**

Country of former nationality: **INDIA**



IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

CIS Registration No. **A044619248**

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

_(Complete and true signature of holder)_

Be it known that, pursuant to an application filed with the Secretary of Homeland Security

at: **ATLANTA, GEORGIA**

The Secretary having found that:

**JAY VIJAYKUMAR BHAVSAR**

then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**

at: **ATLANTA, GEORGIA**     on: **APRIL 16, 2010**

that such person is admitted as a citizen of the United States of America.

Director, U. S. Citizenship and Immigration Services

DEPARTMENT OF HOMELAND SECURITY

FORM N-550 REV. 4/04                    BUREAU OF ENGRAVING AND PRINTING.