## FORM "II"
*(See Sub-section (2) of section 11 and sub-rule (5) and (6) of rule 4)*

.045994



सत्यमेव जयते
**GOVERNMENT OF GUJARAT**



# Certificate of Registration of Marriage
*(Under the Gujarat Registration of Marriages Act. 2006)*

No. 2022-MRW-0251-0000046

Ward: CHANDKHEDA

This is to Certify that Shri __JAY__ Son of Shri __VIJAYKUMAR BHAVSAR__ residing at __NADIYAD__ and __ANKITABEN__ daughter of Shri __HARSHADKUMAR BHAVSAR__ residing at __MEHSANA__ have furnished the particulars in Memorandum declaring that their marriage has been solemnized on __24/01/2022__ at __CHANDKHEDA__ and that the same has been registered this day __24__ of __January__ __2022__ at serial No __0000046__ of volume __1__ of Registrar of Marriages maintained under the Gujarat Registration of Marriages Act, 2006. (Guj. 16 of 2006).

UPADHYAY KANAKBEN A.



BIRTH AND DEATH REGI. DEPT.-OFFICE
24/01/2022

MARRIAGE REGISTRAR
WARD-CHANDKHEDA
AHMEDABAD MUNICIPAL CORPORATION