| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | March 01, 2022 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-130, Petition for Alien Relative | A044619248 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| IOE0915351070 | February 25, 2022 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| February 25, 2022 | 201 B INA SPOUSE OF USC | |

| APPLICANT/PETITIONER NAME AND MAILING ADDRESS | PAYMENT INFORMATION: |
|---|---|
| JAY V. BHAVSAR<br>C/O SOCHEAT CHEA SOCHEAT CHEA PC<br>3500 DULUTH PARK LANE NW STE 300<br>DULUTH, GA 30096<br><br>3   00000615 | Application/Petition Fee: $535.00<br>Total Amount Received: $535.00<br>Total Balance Due: $0.00 |

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| BHAVSAR, ANKITABEN | | INDIA | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

| USCIS Office Address: | USCIS Contact Center Number: |
|---|---|
| Potomac Service Center<br>U.S. Citizenship and Immigration Services<br>2200 Potomac Center Drive Stop 2425<br>Arlington, VA 20598-2425 | (800)375-5283<br>ATTORNEY COPY<br> |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information. | Form I-797C 04/01/19

| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | March 01, 2022 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-130, Petition for Alien Relative | A044619248 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| IOE0915351071 | February 25, 2022 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| February 25, 2022 | 201 B INA MINOR CHILD OF USC | |

| | PAYMENT INFORMATION: | |
|---|---|---|
| JAY V. BHAVSAR<br>C/O SOCHEAT CHEA ESQ SOCHEAT CHEA PC<br>3500 DULUTH PARK LANE NW STE 300<br>DULUTH, GA 30096<br>3  00000614 | Application/Petition Fee: | $535.00 |
| | Total Amount Received: | $535.00 |
| | Total Balance Due: | $0.00 |

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| B████, H████ | | INDIA | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

| **USCIS Office Address:** | **USCIS Contact Center Number:** |
|---|---|
| Potomac Service Center | (800)375-5283 |
| U.S. Citizenship and Immigration Services | ATTORNEY COPY |
| 2200 Potomac Center Drive Stop 2425 |  |
| Arlington, VA 20598-2425 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.  Form I-797C  04/01/19