# EXHIBIT A



# SECURITY
### CREDIT SERVICES

DARELL ROBINSON



November 7, 2023

Re:    Original Creditor / Account #: **Kornerstone Credit/ account #** ███ **21-1**
        Current Account Owner / Account #: **Security Credit Services, LLC / account #** ███ **15**

Dear DARELL:

The account referenced above has been closed as settled in full for $2,313.00 on or about 10/17/2023.   A request has been submitted to have this account updated & removed from EQUIFAX, Experian and TransUnion. **The update may take up to 60 (sixty) days**.

If I may be of any additional assistance, please do not hesitate to contact me.  Our hours of operation are Monday through Friday, 8 am to 5 pm CST.

Sincerely,

Diamond Jennings
Support Services Representative
Security Credit Services, LLC
www.securitycreditservicesllc.com

Unless you notify us within thirty (30) days after receipt of this letter that you dispute the validity of the debt, or any portion thereof, the debt will be assumed to be valid by this office.  If you notify us, in writing, within thirty days, that the debt, or any portion thereof, is disputed, we will obtain verification of it and a copy of the verification will be mailed to you.  If requested, in writing, we will also provide you with the name and address of the original creditor, if different from your current creditor.

This communication is from a debt collector.

Post Office Box 1156  –  Oxford, MS 38655  –  T 866.699.7889