# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAVI MALLIK, ) <br> ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRUSTGARD INSURANCE COMPANY, ) <br> ) <br>     Defendant. ) <br> ) | CIVIL ACTION FILE NO. <br><br> _____ |

## **CERTIFICATE OF REMOVAL**

I hereby certify that that I am counsel for Defendant TRUSTGARD INSURANCE COMPANY, in the above-styled proceeding and this day have filed a copy of the "Notice of Removal," including "Notice of Filing Notice of Removal," in the State Court of Gwinnett County, Georgia, the court from which said action was removed.

Respectfully submitted this 15th day of December, 2023.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

*/s/ M. Brandon Howard*
Stephen M. Schatz
Georgia Bar No. 628840
M. Brandon Howard
Georgia Bar No. 550524
***Attorneys for Trustgard Insurance Company***

- 1 -

1420 Peachtree St., N.E., Suite 800
Atlanta, GA 30309
Tel: (404) 874-8800
Fax: (404) 888-6199
steve.schatz@swiftcurrie.com
brandon.howard@swiftcurrie.com

## **LOCAL RULE 5.1C CERTIFICATION**

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

Respectfully submitted this 15th day of December, 2023.

                                        **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                                        */s/ M. Brandon Howard*
                                        Stephen M. Schatz
                                        Georgia Bar No. 628840
                                        M. Brandon Howard
                                        Georgia Bar No. 550524
                                        *Attorneys for Trustgard Insurance Company*

1420 Peachtree St., N.E., Suite 800
Atlanta, GA 30309
Tel: (404) 874-8800
Fax: (404) 888-6199
steve.schatz@swiftcurrie.com
brandon.howard@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

This is to certify that this day I have electronically filed this ***Certificate of Removal*** with the Clerk of Court by e-filing same using the CM/ECF System, which will automatically send e-mail notification of said filing to the following attorneys of record:

Michael B.Weinstein, Esq.
James D. Elliott, Esq.
WEINSTEIN & BLACK,LLC
3050 Amwiler Road
Ste. 200.C
Atlanta,GA 30360
mike@wblegal.net
james@wblegal.net
***Attorneys for Plaintiff***

Respectfully submitted this 15th day of December, 2023.

                                      **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                                      */s/ M. Brandon Howard*
                                      Stephen M. Schatz
                                      Georgia Bar No. 628840
                                      M. Brandon Howard
                                      Georgia Bar No. 550524
                                      ***Attorneys for Trustgard Insurance Company***

1420 Peachtree St., N.E., Suite 800
Atlanta, GA 30309
Tel: (404) 874-8800
Fax: (404) 888-6199
steve.schatz@swiftcurrie.com
brandon.howard@swiftcurrie.com