# EXHIBIT B

Joinder and Consents to Removal

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PASCALE CADET-DANTES,

    Plaintiff,

v.                                                                Case No. _____

CREDENCE RESOURCE
MANAGEMENT LLC, EQUIFAX
INFORMATION SERVICES LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., and
TRANS UNION LLC,

    Defendants.

## JOINDER IN AND CONSENT TO REMOVAL

Without waiving any of its defenses, Defendant Credence Resource Management LLC hereby consents to the notice of removal of this action from the State Court of Gwinnett County, Georgia, wherein it is now pending, to this Court. Removal of this action is proper for the reasons set forth in Defendant Trans Union LLC's Notice of Removal.

Date:  December 15, 2023

    Respectfully Submitted,

    */s/* Kirsten H. Smith
    Kirsten H. Smith (#702220)
    SESSIONS ISRAEL & SHARTLE, LLC
    3850 N. Causeway Boulevard, Suite 200
    Metairie, Louisiana 70002
    Telephone No.: (504) 846-7943
    Facsimile No.:  (504) 828-3737
    ksmith@sessions.legal
    *Attorney for Defendant,*
    *Credence Resource Management, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PASCALE CADET-DANTES,

    Plaintiff,

v.

CREDENCE RESOURCE
MANAGEMENT LLC, EQUIFAX
INFORMATION SERVICES LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., and
TRANS UNION LLC,

    Defendants.

Case No. _____

## JOINDER IN AND CONSENT TO REMOVAL

Without waiving any of its defenses, Defendant Equifax Information Services, LLC hereby consents to the notice of removal of this action from the State Court of Gwinnett County, Georgia, wherein it is now pending, to this Court. Removal of this action is proper for the reasons set forth in Defendant Trans Union LLC's Notice of Removal.

Dated: December 15, 2023

Respectfully submitted,

*/s/ Eric Barton*
Eric Barton (Georgia Bar No. 040704)
SEYFARTH SHAW LLP
1075 Peachtree Street N.E., Suite 2500
Atlanta, GA 30309
Tel: (404) 885-1500
Fax: (404) 892-7056
ebarton@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

PASCALE CADET-DANTES,

    Plaintiff,

v.

CREDENCE RESOURCE
MANAGEMENT LLC, EQUIFAX
INFORMATION SERVICES LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., and
TRANS UNION LLC,

    Defendants.

Case No. _____

## JOINDER IN AND CONSENT TO REMOVAL

Without waiving any of its defenses, Defendant Experian Information Solutions, Inc. hereby consents to the notice of removal of this action from the State Court of Gwinnett County, Georgia, wherein it is now pending, to this Court.  Removal of this action is proper for the reasons set forth in Defendant Trans Union LLC's Notice of Removal.

Dated:  December 14, 2023.

Respectfully submitted,

*/s/ Kaela J. Palmiter*
Kaela J. Palmiter
GA Bar No. 897514
JONES DAY
1221 Peachtree Street N.E., Suite 400
Atlanta, GA 30361
(404) 581-8031
kpalmiter@jonesday.com
*Counsel for Defendant*
*Experian Information Solutions, Inc.*