IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PASCALE CADET-DANTES,

    Plaintiff,

v.                                    Case No. _____

CREDENCE RESOURCE
MANAGEMENT LLC, EQUIFAX
INFORMATION SERVICES LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., and
TRANS UNION LLC,

    Defendants.

## ATTACHMENT TO THE CIVIL COVER SHEET

**Pro Se Plaintiff**
Pascale Cadet-Dantes
1881 Geyser Terrace
Lawrenceville, GA 30044
(404) 604-5014
pcdrd@yahoo.com

**Counsel for Trans Union**
Paul W. Sheldon
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Tel: (214) 560-5453
Fax: (214) 871-2111
psheldon@qslwm.com

**Counsel for Equifax**
Eric Barton
SEYFARTH SHAW LLP
1075 Peachtree Street N.E., Suite 2500
Atlanta, GA 30309
Tel: (404) 885-1500
Fax: (404) 892-7056
ebarton@seyfarth.com

**Counsel for Experian**
Kaela J. Palmiter
JONES DAY
1221 Peachtree Street N.E.
Suite 400
Atlanta, GA 30361
Tel: (404) 581-8031
kpalmiter@jonesday.com

6721403.1

**Counsel for Credence
<u>Resource Management LLC</u>**

Kirsten Smith
SESSIONS ISRAEL & SHARTLE, LLC
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002
Tel: (504) 846-7943
Fax: (504) 828-3737
ksmith@sessions.legal

6721403.1