# EXHIBIT B

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| RUSSELL JUNIOR MCCRAY, III<br>Plaintiff, | )<br>)<br>) | |
| VS. | )<br>) | CIVIL ACTION FILE NO. 2023CV388860 |
| BOWLERO ATLANTIC STATION, LLC<br>Defendant. | )<br>)<br>)<br>) | |

### AFFIDAVIT OF SERVICE UPON BOWLERO ATLANTIC STATION, LLC

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of FRANK L. SWINDLE - PROCESS SERVER, who after first being duly sworn, and states:

1. My name is FRANK L. SWINDLE - PROCESS SERVER, and I am competent in all respects to testify regarding the matter set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of the above action and I am not related to any of the parties.

2. I am a resident of the State of Georgia and a citizen of the United States of America and am over age twenty-one (21). I have been appointed as Process Server in the SUPERIOR COURT OF FULTON COUNTY and I have been assigned in the above-styled case to perfect service of process of the pending Summons and Complaint upon BOWLERO ATLANTIC STATION, LLC.

3. On Nov 17, 2023 at approx. 2:15 pm at the 289 SOUTH CULVER STREET, LAWRENCEVILLE, GA 30046 address, I served the pending SUMMONS AND COMPLAINT FOR DAMAGES (JURY TRIAL DEMANDED), GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM upon BOWLERO ATLANTIC STATION, LLC, by leaving said service documents with JANE RICHARDSON, an employee of CT CORPORATION SYSTEM, the Registered Agent for BOWLERO ATLANTIC STATION, LLC, and who is authorized to accept service of process on behalf of BOWLERO ATLANTIC STATION, LLC.

This 17th of November, 2023.

_____
FRANK L. SWINDLE - PROCESS SERVER

Sworn to and subscribe before me
This 17th of November, 2023
_____
Notary Public,
My commission expires on  OCT. 22, 2026

