# EXHIBIT C

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 03/31/2023 18:36:28

## BUSINESS INFORMATION

**BUSINESS NAME** : Bowlero Atlantic Station, LLC

**CONTROL NUMBER** : 18064004

**BUSINESS TYPE** : Foreign Limited Liability Company

**JURISDICTION** : Delaware

**ANNUAL REGISTRATION PERIOD** : 2023

## BUSINESS INFORMATION CURRENTLY ON FILE

**PRINCIPAL OFFICE ADDRESS** : 222 West 44th Street, New York, NY, 10036, USA

**REGISTERED AGENT NAME** : C T CORPORATION SYSTEM

**REGISTERED OFFICE ADDRESS** : 289 S CULVER ST, LAWRENCEVILLE, GA, 30046, USA

**REGISTERED OFFICE COUNTY** : Gwinnett

## UPDATES TO ABOVE BUSINESS INFORMATION

**PRINCIPAL OFFICE ADDRESS** : 7313 Bell Creek Road, Mechanicsville, VA, 23111, USA

**REGISTERED AGENT NAME** : C T CORPORATION SYSTEM

**REGISTERED OFFICE ADDRESS** : 289 S CULVER ST, LAWRENCEVILLE, GA, 30046, USA

**REGISTERED OFFICE COUNTY** : Gwinnett

## AUTHORIZER INFORMATION

**AUTHORIZER SIGNATURE** : Kristen Rahm

**AUTHORIZER TITLE** : Attorney In Fact