# EXHIBIT D

Control Number : 18064004

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

## CERTIFICATE OF AUTHORITY

I, **Brian P. Kemp**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**Bowlero Atlantic Station, LLC**
a **Foreign Limited Liability Company**

has been duly formed under the laws of **Delaware** and has filed an application meeting the requirements of Georgia law to transact business as a **Foreign Limited Liability Company** in this state.

WHEREFORE, by the authority vested in me as Secretary of State, the above **Foreign Limited Liability Company** is hereby granted, on **05/21/2018**, a certificate of authority to transact business in the State of Georgia as provided by Title 14 of the Official Code of Georgia Annotated. Attached hereto is a true and correct copy of said application.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **05/23/2018**.



Brian P. Kemp
Secretary of State

# APPLICATION FOR CERTIFICATE OF AUTHORITY

*Electronically Filed*
Secretary of State
Filing Date: 5/21/2018 2:53:09 PM

## BUSINESS INFORMATION

| | |
|---|---|
| **CONTROL NUMBER** | 18064004 |
| **BUSINESS NAME** | Bowlero Atlantic Station, LLC |
| **BUSINESS TYPE** | Foreign Limited Liability Company |
| **EFFECTIVE DATE** | 05/21/2018 |
| **HOME JURISDICTION** | Delaware |
| **DURATION** | Perpetual |
| **NAME IN HOME STATE** | Bowlero Atlantic Station, LLC |
| **DATE OF FORMATION IN HOME JURISDICTION** | 05/11/2018 |
| **COMMENCEMENT DATE IN GEORGIA** | 05/21/2018 |

## PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **ADDRESS** | 222 West 44th Street, New York, NY, 10036, USA |

## RECORDS ADDRESS

| | |
|---|---|
| **ADDRESS** | 222 West 44th Street, New York, NY, 10036, USA |

## REGISTERED AGENT

| NAME | ADDRESS | COUNTY |
|---|---|---|
| C T CORPORATION SYSTEM | 289 S CULVER ST, LAWRENCEVILLE, GA, 30046, USA | Gwinnett |

## MANAGER(S)

| NAME | TITLE | ADDRESS |
|---|---|---|
| AMF Bowling Centers. Inc. | MANAGER | 7313 Bell Creek Road, Mechanicsville, VA, 23111, USA |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | Brett I. Parker |
| **AUTHORIZER TITLE** | Authorized Person |

The foreign limited liability company undertakes to keep its records at the address shown above until its registration in Georgia is canceled or withdrawn. The foreign limited liability company, in accordance with Title 14 of the Official Code of Georgia Annotated, appoints the Secretary of State as agent for service of process if no agent has been appointed in Georgia or, if appointed, the agent's authority has been revoked or the agent cannot be found or served by the exercise of reasonable diligence.