UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EVANS DELIVERY COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>GFA ALABAMA, INC.<br><br>Defendant. | CIVIL ACTION NO.: |

## **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

1. The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

- Evans Delivery Company, Inc.
- GFA Alabama, Inc.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

-1-

- Evans Delivery Company, Inc.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding.

- John L. McKinley, Jr., Esq.
- Sean E. Boyd, Esq.
- Eric Palombo, Esq. (*pro hac vice forthcoming*)
- Melissa Lagoumis, Esq. (*pro hac vice forthcoming*)

4. The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

Evans Delivery Company, Inc. is incorporated in the State of Pennsylvania and has its principal place of business in the State of Pennsylvania. As such, Evans Delivery Company, Inc. is a citizen of Pennsylvania.

Respectfully submitted this 15th day of December, 2023.

          */s/ Sean E. Boyd*
John L. McKinley, Jr.
Georgia Bar No. 495513
Sean E. Boyd
Georgia Bar No. 302874

*Attorneys for Plaintiff Evans Delivery Company, Inc.*

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
jmckinley@mfllaw.com
sboyd@mfllaw.com