# Exhibit 2



ELARBEE THOMPSON

800 International Tower • 229 Peachtree Street, NE • Atlanta, Georgia 30303
Phone: 404.659.6700 • Fax: 404.222.9718 • www.elarbeethompson.com
Elarbee, Thompson, Sapp & Wilson, LLP

WRITER'S DIRECT DIAL: (404) 582-8432
connell@elarbeethompson.com

March 8, 2023

**VIA – FEDERAL EXPRESS MAIL**

Doug Beasley, Partner
Young and Meathe Homes, LLC
1962 Howell Mill Road, Suite #200
Atlanta, Georgia 30318

Re: **Demand for Payment of Promotional Fee and Indemnification for Payments Made on Behalf of Young and Meathe Homes, LLC**

Dear Mr. Beasley,

This Firm has been retained to represent the rights of Flower Magazine. The purpose of this correspondence is to demand full and immediate payment for advertising and promotional services as well as to demand indemnification for payments made to third party vendors in relation to the contract between Young and Meathe Homes, LLC and Flower Magazine (the "Agreement"). Young and Meathe Homes, LLC ("Builder") assumed these obligations on or about August 14, 2020, and you are now in default on your obligations to Flower Magazine.

As a reminder of the history, Builder accepted the Terms and Conditions of services as of August 31, 2020, when a fully integrated copy of the Agreement was executed by the parties. Builder has now breached its obligations by failing to make payment as proscribed under Section 5 of the Agreement. The Agreement states in relevant part that Publisher will provide promotional services related to the house located at 389 Blackland Road NW, Atlanta, Georgia 30342. In exchange, under section 5 of the Agreement, Builder agreed to pay the sum of $65,000.00 as an advertising and promotional fee. The fee was agreed to be paid in three (3) separate installments: $25,000.00 due March 1, 2021, $20,000.00 due May 15, 2021, and $20,000.00 due September 1, 2021. The services were rendered by Publisher in accordance with the Agreement and payment on the part of Builder is now past due.

Furthermore, Publisher has made payment to Third Party Vendors (JM Shea Installation, Matthew Quinn, and D'Kei) on behalf of Builder for the purpose of fulfilling Publisher's contractual duties in connection with Section 8 ("Preview Party") and in reliance on being indemnified by the Builder pursuant to the Agreement. Section 1(F) of

Doug Beasley, Partner
Young and Meathe Homes, LLC
March 8, 2023
Page 2

the Agreement states in relevant part that "Builder assumes all costs associated with the construction of the house and acknowledges that Publisher has made no representations with regard to any financial assistance or benefits to be derived from the Show House concept other than those set forth in this Agreement." Section 1(K) states that "… Publisher shall not be liable in any respect under or in connection with Builder's agreements with third parties, **including liability for payment.** Finally, Section 1(L) states that… "Publisher may bring an action against Builder for indemnification of claims for which Builder is responsible hereunder.

In consideration of the proceeding contractual rights, demand is hereby made for immediate, full payment of the charges due as originally agreed by Builder. Should full payment (e.g., $65,000.00 contract price + $226,298.28 indemnification) of **$291,298.28** not be received within thirty (30) days of the date of this letter, Publisher will pursue all legal and equitable remedies, including its costs and fees incurred in seeking rectification of this breach of the Agreement. Publisher remains hopeful that this matter will be seen to expeditiously.

If you have any questions or comments regarding the foregoing, please do not hesitate to contact me.

Regards,

*[signature]*

Justin B. Connell
Dustin C. Hadley
Andrew C. Suarez

cc:   Margot Shaw