# EXHIBIT 1

**NanoLumens®**

Wesley Funsch
Vice President of Operations

April 23, 2020

Mr. Warren Martin

wmartin@nanolumens.com

**RE: OFFER OF EMPLOYMENT**

Warren,

NanoLumens, Inc. is pleased to extend to you this offer for the position of **Field Engineer** with NanoLumens, Inc. ("NanoLumens"), effective **May 11, 2020**. In this position, you will be reporting to Teela McGehee.

Warren, we believe your knowledge and skills are particularly well suited to this position with NanoLumens, and that your acceptance of this offer will prove mutually beneficial.

Your starting base salary for this full-time position is $80,500.00 per annum, paid semi-monthly, which equates to $3,354.17 per pay period, less taxes and benefits. A performance appraisal will be conducted annually.

The key responsibilities of the position are outlined in the enclosed position description.

Please note that this offer is contingent upon you signing and maintaining current updates of the non-disclosure, non-compete and assignment of intellectual property rights agreement, handbook receipt, as well as the successful completion of a standard background check and drug screen evaluation. When you report for work, you will be required by the Immigration Reform Control Act, as amended, to complete the Employment Eligibility Verification Form. You will also be asked on your first day to show documents that establish your identity and employment eligibility as described on the reverse side of the Form I-9.

Additional elements of NanoLumens' offer are:

Equity Participation

The company is amending its employee equity incentive program in which you will be eligible to participate, once completed, subject to board approval.

888.771.NANO (6266)
info@nanolumens.com
Suite 300, 5390 Triangle Parkway
Peachtree Corners, GA 30092
USA
www.nanolumens.com

Benefits & Personal Time Off ("PTO")

The company has a vacation/sick/personal day policy, which is described in detail in the NanoLumens Employee Handbook. Health and Life Insurance are also offered as a part of our employment package. Details are available from our Human Resources Department.

If this offer and its described terms are acceptable to you, please indicate your acceptance by returning a signed copy to my attention *via* return mail, in person, or by e-mail. This offer will remain open until Friday, May 1, 2020.

Warren, again, we are excited about you joining the company and the things we will accomplish together. Welcome to the team and we are looking forward to your contribution.

Regards,

*[signature]*

Wesley Funsch
Vice President of Operations
NanoLumens, Inc.

encl:   NanoLumens Field Engineer job description

cc:     Eileen Endres, Manpower Policy & Planning, NanoLumens, Inc.

I acknowledge that this employment offer letter represents the entire agreement between me and NanoLumens, Inc. and that no verbal or written agreements, promises or representations that are not specifically stated in this employment offer letter, are or will be binding upon NanoLumens, Inc. My signature below signifies my voluntary acceptance of this offer of employment.

signed: _____
        Warren Martin

dated:  _____

2