# EXHIBIT 2



# Employee Change Of Status
*(Employment Information)*

**Completion Instructions**
- Complete all fields in the Employee Information section and make any changes to applicable sections.
- Submit the completed form to your Insperity payroll specialist.

## Employee Information *(Complete all fields.)*

| First Name | MI | Last Name | Insperity Employee ID No. | Last 4 Digits of Social Security No. |
|---|---|---|---|---|
| Warren | | Martin | 3568164 | OR |

| Effective Date of Change (mm/dd/yyyy) | Client Company Name | Client Number |
|---|---|---|
| 11/16/2022 | Nanolumens, Inc. | 4906300 |

## Job Description Change/Transfer *(Enter changes and new information only.)*

**New Job Category**
- ☐ Executive/Senior Level Official and Manager
- ☐ First/Mid-Level Official and Manager
- ☐ Professional
- ☒ Technician
- ☐ Sales Worker
- ☐ Administrative Support Worker
- ☐ Craft Worker
- ☐ Operative
- ☐ Laborer and Help
- ☐ Service Worker

| New Job Title | New Job Function *(if different from job title)* |
|---|---|
| | |

| New Benefits Class | New Billing Group | New Workers' Comp Code |
|---|---|---|
| | | |

| New Department Code (alpha and/or numeric) | New Location Code (alpha and/or numeric) | New Supervisor |
|---|---|---|
| | | |

| Physical Address | Street Address | City | County | State | ZIP | Address Code |
|---|---|---|---|---|---|---|
| **Worksite*** where employee works | | | | | | |
| | Worksite Location is (check one): ☐ Actual Client Location  ☐ Offsite Location  ☐ Employees Home | | | | | Insperity Use Only → |
| *For multi-state worker, complete State Unemployment Add/Change form.* | | | | | | |
| **Check Delivery** where employee's check is delivered | | | | | | |
| **Reporting** where employee's supervisor is located | | | | | | → |

Print Supervisor Name

| Employee Work Email Address | Work Phone Number | Ext. |
|---|---|---|
| | | |

| Change Client Number | Work Fax Number | Work Cell Number |
|---|---|---|
| From            To | | |

| Change Insperity Hire Date (mm/dd/yyyy) | Change Client Original Hire Date (mm/dd/yyyy) |
|---|---|
| From            To | From            To |

## Job Costing

| Split 1 | Split 2 | Split 3 | Split 4 | Split 5 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



# Employee Change Of Status
## (Employment Information)

| Employee Full Name | Warren Martin | Effective Date | 11/16/2022 |
|---|---|---|---|

**Pay Rate Change/Classification** *(Enter changes only)* **Employee signature required for pay reduction and/or changes from nonexempt to exempt.**

| ☐ Pay Rate Increase* | From: | ☐ Hourly<br>☐ Salary<br>☐ *Pieces _____<br>☐ *Miles $_____<br>☐ *Days $_____ | To: | ☐ Hourly<br>☐ Salary<br>☐ *Pieces _____<br>☐ *Miles $_____<br>☐ *Days $_____ | ☐ This Employee supervises others. |
| ☐ Pay Reduction** | From:<br>90,000.00 | ☐ Hourly<br>☒ Salary<br>☐ *Pieces _____<br>☐ *Miles $_____<br>☐ *Days $_____ | To:<br>42.00 | ☒ Hourly<br>☐ Salary<br>☐ *Pieces _____<br>☐ *Miles $_____<br>☐ *Days $_____ | ☐ This Employee no longer supervises others. |

*Only specific job functions can be paid by this earnings code. Contact your payroll specialist for further details.

Other:
☐ Car Allowance $_____          ☐ Pay Period   ☐ Monthly   ☐ Quarterly   ☐ Annually
☐ Fringe $_____ Type _____     ☐ Pay Period   ☐ Monthly   ☐ Quarterly   ☐ Annually
    (Example: GTL, personal use of company car, etc.)
☐ Minister Housing $_____            ☐ Pay Period   ☐ Monthly   ☐ Quarterly   ☐ Annually

| Classification Change **TO**<br>☐ Full-Time   ☐ Part-Time   ☐ Seasonal<br>Default Hours Per Week _____ | Is this Employee Commission?   ☐ Yes   ☐ No<br>Is this Employee Temporary?    ☐ Yes   ☐ No<br>If **Yes**, Enter Temp End Date (mm/dd/yyyy) _____ |
|---|---|
| ☒ Exemption Change | Is this employee exempt from overtime payment?   ☐ Yes   ☒ No<br>If "Yes," the FLSA Test for Exemption for this position should be completed, signed by the employee and onsite supervisor, and submitted to your Insperity payroll specialist. |

**Paid Time Off (PTO)** *(PTO, Sick, Vacation)*

| Does Insperity track your PTO?   ☐ Yes   ☐ No | If **Yes**, what is the Employee's PTO Effective Date? (mm/dd/yyyy) _____<br>**Note:** Effective date does not have to match date of hire. |
|---|---|
| Are you a TimeStar Client?   ☐ Yes   ☐ No | |

**By signing below, I acknowledge that this is not a deferral of wages and I have not been promised that any reduction in wages reflected herein will be made up or paid at a later date. I also understand that a reduction in my wages will result in a reduction in benefits for any applicable life insurance, short-term/long-term disability, workers' compensation and other benefit which is based on my wages/salary.**
**\*\*For a reduction in pay, this form must be signed and dated by the employee on or before the effective date of change.**

**Sign And Date Form**

| Employee First Name<br>Warren | MI | Last Name<br>Martin | Insperity Employee ID No.<br>3568164 | Last 4 Digits of Social Security No.<br>**OR** |
|---|---|---|---|---|
| Employee Signature | Date Employee Signed (mm/dd/yyyy) | | | *For a payroll contact and/or onsite supervisor pay increase or reduction, the client owner signature is required.* |
| Payroll Contact/Onsite Supervisor Signature<br>*Autumn D. McCullogh* | Payroll Contact Printed Name<br>Autumn McCullogh | Date Signed (mm/dd/yyyy)<br>11/10/2022 | | |
| Client Owner Signature<br>*Autumn D. McCullogh* | Client Owner Printed Name<br>Autumn McCullogh | Date Signed (mm/dd/yyyy)<br>11/10/2022 | | |

****** COMPLETED BY PAYROLL SERVICES ******

| Entered By | Date Entered (mm/dd/yyyy) |
|---|---|
| | |

10014

© 2019 Insperity. All rights reserved.