# EXHIBIT 3







| | | | |
|---|---|---|---|
| 10/20 | | 8 h 0 m | Salary |
| FRI 10/21 | Hours: 8h 0m | 8 h 0 m | Salary |
| SAT 10/22 | | | |
| SUN 10/23 | | | |
| MON 10/24 | Hours: 8h 0m | 8 h 0 m | Salary |
| TUE 10/25 | Hours: 8h 0m | 8 h 0 m | Salary |
| WED 10/26 | Hours: 8h 0m | 8 h 0 m | Salary |
| THU 10/27 | Hours: 8h 0m | 8 h 0 m | Salary |
| FRI 10/28 | Hours: 8h 0m | 8 h 0 m | Salary |
| SAT 10/29 | | | |
| SUN 10/30 | | | |
| MON 10/31 | Hours: 8h 0m | 8 h 0 m | Salary |

## Totals

### Period Totals
| | |
|---|---|
| Punches Total | 0h 0m |
| Hours Total | 88h 0m |
| Total Period Hours | 88h 0m |

### Period Accrual Totals
| | |
|---|---|
| PTO | 0.000 |

### Hours Worked by Org Level
**Client ID**
| | |
|---|---|
| 4906300 - Nanolumens, Inc *Semi-Monthly* | 88h 0m |

**Department**
| | |
|---|---|
| 300 - ENGINE-Engineering | 88h 0m |

### Totals by Pay Type
**Salary**
| | |
|---|---|
| Hours | 88h 0m |

### Approvals
| | |
|---|---|
| Supervisor | Approved |
| Employee | Approved |