# EXHIBIT A

Case 1:23-mi-99999-UNA   Document 4187-1   Filed 12/15/23   Page 2 of 13

Filed in Office Nov 13 2023 13:23:25
ID# 2023-0155856-CV
Page 1

Connie Taylor
Clerk of Superior Court Cobb County

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

Lorenzo R. Clemente + Ken Morton
**Plaintiff**

v.

CSC of Cobb County
**Defendant**

Civil Action File Number 23-1-8815-71

## DOMESTIC RELATIONS STANDING ORDER

The Parties to this action, as well as their agents, employees and all other persons acting in concert with the Parties are subject to the following provisions:

1. If this case involves a question of child custody (excluding contempt actions), except by agreement of the parties or Court Order, you shall not cause or permit the minor child(ren) to be removed from the State of Georgia. However, this provision does not preclude the parties from taking the minor child(ren) on a vacation or family trip, not exceeding fourteen (14) days, inside the United States, so long as the opposing party is provided with thirty (30) days advanced notice and a travel itinerary that includes where the child(ren) will be spending the night. Customary activities/events such as camp attendance, sporting events and other extracurricular activities involving the child(ren) shall also serve as exceptions to the restraints concerning removal of the children from the State of Georgia.
2. You shall not do, attempt to do, or threaten to do any act which injures, maltreats, vilifies, molests, or harasses or which may, upon judicial determination, constitute threats, harassment, or stalking of the adverse Party or the child(ren) of the Parties or any act which constitutes a violation of other civil or criminal laws of this state.
3. You shall not sell, encumber, trade, contract to sell, or otherwise dispose of or remove from the jurisdiction of the court, without the permission of the Court, any of the property belonging to the Parties except in the ordinary course of business or except in an emergency which has been created by the other Party to the action.
4. You shall not disconnect or cause to be disconnected any utility-providing service to the home of the other Party. You shall not change, cause to change, cancel, or cause the cancellation of any insurance presently in effect which protects the Parties or any of their children or property. You shall not interfere with the other Party's mail.
5. You must attend the Seminar for Divorcing Parents. If you would like more information about the Seminar, please see this Court's Standing Order Establishing Seminar for Divorcing Parents or contact the ADR Office at 770-528-1812.
6. If you are a self-represented litigant or become self-represented and do not have counsel, you must attend the Family Law Workshop within 45 days. Contact the ADR Office at 770-528-1812 to make arrangements to attend.
7. If a Guardian Ad Litem has been appointed, then counsel for the parties to the action, and anyone acting in concert with counsel, shall not communicate with or meet with the parties' minor children regarding the pending litigation without first securing the written consent of the Guardian Ad Litem.
8. You must provide the following documentation to this Court by filing it with the Clerk:
    a) If this case involves financial issues such as child support, alimony, division of property, allocation of debt, or contempt of a court order addressing these issues, then you must file your Financial Affidavit/Statement as required by Uniform Superior Court Rule 24.2 with the Clerk at least 5 days before the scheduled hearing, mediation or other alternative dispute resolution proceeding.
    b) If this case involves child support or child custody, then you must file your Child Support Worksheet and the schedules thereto as required by Uniform Superior Court Rule 24.2 with the Clerk at least 5 days before the scheduled hearing, mediation or other alternative dispute resolution proceeding.
    c) If this case involves an action for contempt of a previous court order or an action for modification of custody, visitation, child support, or alimony, then you must attach copies of all prior orders which you seek to enforce or modify to your initial pleadings.
    d) If there has been a change in your income, employment, debts, assets, or other relevant financial circumstances since you filed a previous Financial Affidavit/Statement or Child Support Worksheet, then you must file with the Clerk and serve upon the opposing Party updated versions of either or both of those documents at least 5 days before the next scheduled hearing, mediation or other alternative dispute resolution proceeding.
9. You must bring the following documents to each hearing in this case:
    a) Documents reflecting your current income, including but not limited to a copy of your most recent paystub as well as state and federal income tax returns, W-2 forms, and 1099 forms from the last three years.
    b) If this case involves child support, documents from your employer or insurance company showing how much you pay for health, dental, and vision insurance for the children at issue and health insurance cards for yourself and the children at issue. If possible, these documents should show how much you pay for insurance for each child.
    c) IMPORTANT NOTICE - If any documents that you plan to file or bring to court contain social security numbers, taxpayer identification numbers or financial account numbers, you must redact those numbers by marking out all but the last four digits. Additionally, any documents containing a date of birth must be redacted so that only the year of birth is visible.
10. If you fail to comply with the provisions of this Order, then you may be sanctioned by or held in contempt of this Court.
11. This serves to put the parties on notice that the Court may rely on evidence introduced at any temporary hearing in making its final custody determination. Pace v. Pace, 287 Ga. 899 (2010).

SO ORDERED this 13 day of November 20 23

Superior Court Judge
Cobb Judicial Circuit

Revised January 29, 2021

Filed in Office Nov-13-2023 13:15:26
23-2023-0155844-CV
Page 1
Connie Taylor
Clerk of Superior Court Cobb County

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☐ State Court of _____ County

**For Clerk Use Only**

Date Filed  11-13-2023
MM-DD-YYYY

Case Number  23-1-8815-71

**Plaintiff(s)**

CLEMENT  LORENZO  E
Last   First   Middle I.   Suffix   Prefix

NEWTON  KENYTA
Last   First   Middle I.   Suffix   Prefix

**Defendant(s)**

CSC  of Cobb County Inc
Last   First   Middle I.   Suffix   Prefix

Hood  Clayton  logistics LLC
Last   First   Middle I.   Suffix   Prefix

Plaintiff's Attorney _____ State Bar Number _____ Self-Represented ☐

Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☑ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____ Case Number   _____ Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

Filed In Office Nov-13-2023 13:15:26
ID# 2023-0155843-CV
Page 1

Connie Taylor
Clerk of Superior Court Cobb County

**DISCLOSURE STATEMENT**
**CLERK OF SUPERIOR COURT**

CASE NUMBER 23-1-8815-71
Assigned by Clerk

LORENZO E. CLEMENT   Kuyota Morita
_____
Plaintiff

Vs.

CSC of Cobb County Inc. ETAL
_____
Defendant

## TYPE OF ACTION

1. ☐ Divorce without Agreement Attached
2. ☐ Divorce with Agreement Attached
3. ☐ Domestic Relations
4. ☐ Damages Arising out of Contract
5. ☐ Damages Arising out of Tort
6. ☐ Condemnation
7. ☐ Equity
8. ☐ Zoning- County Ordinance Violations (i.e. Injunctive Relief-Zoning)
9. ☐ Zoning Appeals (denovo)
10. ☐ Appeal, Including denovo appeal- excluding Zoning
11. ☐ URESA
12. ☐ Name Change
13. ☑ Other
14. ☐ Recusal
15. ☐ Adoption

## PREVIOUS RELATED CASES

Does this case involve substantially the same parties, or substantially the same subject matter, or substantially the same factual issues, as any other case filed in this court (Whether pending simultaneously or not)?

☑ NO

☐ YES- If yes, please fill out the following:
  1. Case #_____
  2. Parties _____ vs. _____
  3. Assigned Judge _____
  4. Is this case still pending? ☐ Yes ☐ No
  5. Brief description of similarities:

_____
Attorney or Party Filing Suit

Filed In Office Nov-13-2023 13:15:26
ID# 2023-0155845-CV
Page 1

# IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

Connie Taylor
Clerk of Superior Court Cobb County

Petitioner: **LORENZO E. CLEMENT**

and

Respondent: **CSC of Cobb County**

Civil Action File No.: **23-1-8815-71**

## SUMMONS

TO THE ABOVE NAMED RESPONDENT:

You are hereby summoned and required to file with the Clerk of said Court and serve upon the Petitioner, whose name and address is:

**660 SABLE VIEW LN**
**ATLANTA, GA 30349**
**LORENZO E. CLEMENT / KEN MORTON**

an Answer to the Complaint which is herewith served upon you, within 30 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

If a hearing has already been scheduled in this case, you must appear at that scheduled hearing, regardless of whether the 30 days for filing an answer has elapsed.

This **13th** day of **NOVEMBER**, 20**23**.

CONNIE TAYLOR,
Clerk of Superior Court

By **Jennifer Smith**
    **Deputy** Clerk

To Respondent:

This Complaint and Summons was served upon you, _____, 20 _____.

**SHERIFF'S ENTRY OF SERVICE**

Marietta, Georgia   COBB COUNTY

Superior Court ☒   State Court ☐

Attorney's Address   Pro Se'
LORENZO E. CLEMENT + K. Hahn
660 Sable View LN
Atlanta, GA 30349

SERVE

Civil Action No. 23-1-5815-71
Date Filed 10-13-2023

Name and Address of Party to be Served

_____ Garnishee

LORENZO E. CLEMENT
_____
Plaintiff

VS.

_____
Defendant

| | | |
|---|---|---|
| PERSONAL ☐ | I have this day served the defendant _____ personally with a copy of the within action and summons. | |
| NOTORIOUS ☐ | I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County. Delivered same into hands of _____ described as follows age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant. | |
| CORPORATION ☒ | Served the defendant __Kroger__ a corporation by leaving a copy of the within action and summons with __CSC of Cobb County__ in charge of the office and place of doing business of said Corporation in this County. | |
| TACK & MAIL ☐ | I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons. | |
| NON EST ☐ | Diligent search made and defendant _____ not to be found in the jurisdiction of this Court. | |

This __15__ day of __Nov__, 20__23__

_____
DEPUTY
#05051
COBB COUNTY, GEORGIA

SHERIFF DOCKET _____   PAGE _____

WHITE: Clerk   CANARY: Plaintiff Attorney   PINK: Defendant

ID# 2023-0164971-CV
**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**23108815**

DEC 04, 2023 11:01 AM

*Connie Taylor, Clerk of Superior Court*
*Cobb County, Georgia*

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

LORENZO E. CLEMENT and
KEN MORTON,
Petitioner,

v.

CSC OF COBB COUNTY, INC., and
HOOD CLAYTON,
Respondent.

Civil Action File No.

23-1-8815 -71

# Calendar Call Order

The above-styled case is hereby set for *Hearing on Complaint* for an in-person calendar call on the 22nd day of January, 20 24 at 9:00 **AM**/PM in Courtroom 6300, Cobb County Superior Court, 70 Haynes Street, Marietta, Georgia 30090. The calendar will be recast for cases to be heard during the remainder of the week and the week after.

All Parties must appear at the calendar call. Failure to appear could result in adverse consequences in your case. The Clerk shall add this hearing to a published calendar.

SO ORDERED this 4th day of December, 20 23.

_____
Judge Sonja N. Brown

---

### Certificate of Service

I certify that when the foregoing document was filed with the Clerk of Superior Court, copies of the document were hand-delivered, emailed, served via PeachCourt electronic service, or placed into the Court's mail system (to be mailed via United States mail or interdepartmental mail) to

Lorenzo F. Clement
lorenzo.clement@yahoo.com
Ken Morton
planetics46@gmail.com

CSC of Cobb County
192 Anderson Street, SE.
Suite 125
Marietta, GA 30060

Hood Clayton
Logistics LLC.
1014 Vine Street
The Kroger Co.,
Cincinnati, OH 45202-1100 USA

Certified by Court Staff

Filed In Office Nov-13-2023 13:15:26
ID# 2023-0155842-CV
Page 1

# IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

Connie Taylor
Clerk of Superior Court Cobb County

Lorenzo E. Clement,
And Ken Morton,
    *Plaintiffs,*

VS

Civil Action: 23-1-8815-71

CSC of Cobb County Inc.
192 Anderson St. SE, Suite 125
Marietta, Ga 30060:
County: Cobb

Hood Clayton
Logistics LLC
1014 Vine St
The Kroger Co.,
Cincinnati, Oh 4520-1100 USA
    *Defendants*

## Kroger Claim
## Racial Profiling By Kroger Management And Security

COMES NOW Plaintiff Lorenzo E Clement and Ken Morton, stating a complaint against Defendant The Kroger Co., as follows:

1.

### PARTIES AND JURISDICTION

Plaintiff Lorenzo E Clement
Plaintiff Ken Morton

2.

The incident happened on July 7th, 2023 at Kroger located at 2875 north Decatur rd.

3.

Venue as to Defendant's CSC OF Cobb County' Inc. and The Kroger Co. is proper in Cobb County, Georgia

4.

## The Plantiffs' Claim And Resolution

We were sitting (Mr. Lorenzo Clement and Ken Morton) in the Starbucks area at approximately 9:25 pm. We were approached by a manager whom greeted us in a friendly manner. Thirty minutes later the same manager Lewis returned with a security officer only to violate our rights with racial profiling. That resulted in the Dekalb county police being called out and we were unlawfully detained. Being detained illegally could have caused this matter to become physical which is what the manager stated. The manager then informed us that he came for confrontation knowing that it was two of us involved. He was proven wrong after a receipt was presented not only to him but to the officer who was on call. There was no probable cause not only to the officer but also to the manager as well. We were informed by Lewis (store manager) that it was best for the police be present to remedy these false allegations. Mr. Lewis (store manager) was under the Assumption that we stole items that we were consuming. We requested the video footage of the incident after we were detained along with an Apology.

These are the violations in which we were violated:

## A. RACIAL PROFILING

A PRIVATE PERSON SUBJECTED TO UNLAWFUL RACIAL PROFILING MAY SEEK REMEDIES UNDER 42 U.S.c.1983 SECTION 1983)

Which protects persons from the deprivation of any rights, privileges, or immunities secured by the Constitution and laws of the United States

Racial profiling or ethnic profiling is the act of suspecting, targeting or discriminating against a person on

The basis of their ethnicity, religion or nationality rather than on individual suspicion or available evidence.

We were two black men that he used as grounds for suspecting that we committed a crime

## B. DETAINMENT

Under Georgia Law, The tort of false imprisonment sometimes called false arrest of unlawful detention of someone, for any length of time, where the person is deprived of your physical liberty We requested Mr. Lewis (store manager) to provide us with his first and last name in which he refused. He also stated that he would not provide any information until he received a receipt from us nor would he release us.

### C. ILLEGAL SEARCH AND SEIZURE

Is illegal under the fourth amendment. If it happens without consent, a warrant, or probable cause to believe a crime has been committed. There was no probable cause in being searched when a crime was not committed. There was no probable cause because Lewis security or surveillance did not see us pick up steal or pick anything up, nor did we leave the store or premises with anything, we were just sitting down at a table having a conversation about politics and consuming products that we purchased.

### D. HARRASSMENT

is unwanted, uninvited, and unwelcome and causes nuisance, alarm, or substantial emotional distress without any legitimate purpose. He the (store manager Lewis) harassed us by aggressively demanding a receipt and assuming that we would be aggressive by bringing security to intimidate us.

REFERENCE NUMBER 58266757 14A23079 RC43-0001

LORENZO ERIC CLEMENT

ADDRESS

DATE

TIME

## CONCLUSION

Wherefore the plaintiff's, Lorenzo E. Clement and Ken Morton, pray for the granting of the instant civil action complaint for racial profiling against the Kroger Co. and award damages in the amount of the following:

$1.25 Million Each
$1.25 Million Each
$2.5 Million

1. Emotional distress, trauma
2. Present/Future
3. Psychologically, mentally, financially, and physically
4. Anger, paranoid, depression

Respectfully Submitted,

_____
Lorenzo E. Clement     Ken Morton

Sworn to and subscribed before me this 13 day of Nov, 2023

Sworn to and subscribed before me this 13 day of Nov, 2023

## Certificate Of Service

This is to certify that and true and correct copy of the instant civil action upon the following parties herein on this 13 day of November, 2023, by filing with the clerk of courts of Cobb County Superior Court's office

Clerk of court
Cobb County
Superior Court
736 Whitlock Avenue NW
Marietta, Ga 30064

Sworn to and subscribed before me this 13 day of Nov, 2023

Sharlynn Herndon
Notary 6-4-2025

Hood Clayton
Logistics LLC
1014 Vine St
The Kroger Co.,
Cincinnati, Oh 4520-1100 USA

Respectfully Submitted,

Lorenzo E. Clement

Ken Morton

Sworn to and subscribed before me this 13 day of Nov, 2023

Sharlynn Herndon
Notary 6-4-2025