## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LORENZO E. CLEMENT AND KEN MORTON, <br><br> Plaintiffs, <br><br> v. <br><br> CSC OF COBB COUNTY INC. <br> HOOD CLAYTON LOGISTICS LLC <br> THE KROGER CO. <br><br> Defendants. | **Civil Action File No.:** <br><br> _____ <br><br> *Removed from* <br> Cobb County Superior Court <br><br> Civil Action No.: 23108815 |

## DEFENDANT THE KROGER CO.'S
## DEMAND FOR TWELVE PERSON JURY

COMES NOW The Kroger Co., by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure, Rule 38, and hereby demands a trial by jury of twelve persons.

*[signature on following page]*

Respectfully submitted this 15th day of December 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.**<br>950 East Paces Ferry Road, N.E.<br>Suite 1700 – Salesforce Tower Atlanta<br>Atlanta, Georgia 30326<br>Telephone:  (404) 870-7390<br>Facsimile:   (404) 870-1030<br>mmoffett@grsmb.com<br>nbedford@grsmb.com | */s/ Nicholas D. Bedford*<br>Matthew G. Moffett<br>Georgia Bar No. 515323<br>Nicholas D. Bedford<br>Georgia Bar No. 940659<br>***Counsel for Defendant Kroger*** |

## **CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1**

This is to certify that I have this day served the foregoing with the Clerk of Court and upon all counsel of record using the CM/ECF system which will automatically send email notification of such filing and via Certified Mail to the following:

Lorenzo E. Clement
Ken Morton
660 Sable View Lane
Atlanta, GA 30349
Lorenzo.clement@yahoo.com
Planetics46@gmail.com
***Plaintiffs, Pro Se***

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1.  It is prepared in Times New Roman 14-point font.

Respectfully submitted, this 15th day of December 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.** | /s/ Nicholas D. Bedford |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia Bar No. 515323 |
| Atlanta, Georgia 30326 | Nicholas D. Bedford |
| Telephone:  (404) 870-7390 | Georgia Bar No. 940659 |
| Facsimile:   (404) 870-1030 | ***Counsel for Defendant Kroger*** |
| mmoffett@grsmb.com | |
| nbedford@grsmb.com | |
| twilliams@grsmb.com | |