## In the United States District Court for the
## Northern District of Georgia
### Atlanta Division

Latoya **Perrier o/b/o**
**R.D.W. (minor child)**,
Plaintiff,
vs.                                                                                  Civil Action No.
Kilolo **Kijakazi**, Acting Commissioner of
Social Security,
Defendant.

### Certificate of Interested Persons and Corporate Disclosure Statement

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party of proposed intervenor:
   a. Latoya Perrier o/b/o R.D.W., Plaintiff
   b. Kilolo Kijakazi, Acting Commissioner of Social Security, Defendant
(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of the case:
   a. None
(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:
   a. George C. Piemonte, Esq., Attorney for Plaintiff
   b. The Honorable Felicia D. Burkes, Administrative Law Judge
   c. Carl E. Alexis, Administrative Appeals Judge
   d. A. Van Soest, Administrative Appeals Judge

Submitted this 18th day of December, 2023.

*/s/ George C Piemonte*
George C. Piemonte
Georgia Bar No. 653775
North Carolina Bar No. 14420
Attorney for Plaintiff

Business Email:
service@mjpdisability.com
Fax (404) 373-4110

Martin, Jones, & Piemonte
Decatur Office:
123 N. McDonough Street
Decatur, GA 30030
(404) 373-3116

Charlotte Office:
4601 Charlotte Park Drive, Suite 390
PO Box 669468
Charlotte, NC  28266
(704) 399-8890