# Exhibit C



**Arnall Golden Gregory** LLP

Atlanta Office
171 17th St. NW, Suite 2100
Atlanta, GA 30363
Direct Phone: 404.873.8126
Email: David.Marmins@agg.com

July 6, 2023

**VIA FEDEX OVERNIGHT**
Dollar Tree Stores Inc.
d/b/a Dollar Tree 05260
500 Volvo Parkway
Chesapeake, VA 23320
ATTN: Lease Accounting Department 300

### SECOND NOTICE OF DEFAULT
Lease dated March 25, 2013 (as amended, the "Lease")[1] between NDM (Edens), LLC ("Landlord") and Dollar Tree Stores Inc. ("Tenant"), and as guaranteed by Dollar Tree Stores Inc, for certain premises known as Space Number 200 (the "Premises") in the shopping center known as North DeKalb Mall, Phase I in Decatur, Georgia

Dear Tenant:

This law firm represents Landlord. The purpose of this letter is to provide Tenant with notice of its failure to pay monthly Minimum Rental under Section A(9) and Additional Rent under Section 10 of the Lease. Landlord previously noticed Tenant's default on April 25, 2022, as shown on Exhibit A attached hereto. Tenant never cured its default. Tenant is currently in arrears in the sum of **$24,553.91**, as shown on Exhibit B attached hereto. Be advised that Tenant's continued failure to pay monthly Minimum Rental and Additional Rent may entitle Landlord to, among other remedies, terminate the Lease and recover damages incurred by reason of the breaches pursuant to Section P(1)(e) and (f) of the Lease.

Accordingly, Landlord demands that Tenant (i) pay the sum of **$24,553.91** with certified funds in the same manner as rent provided for under the Lease within ten (10) days of the date of this letter and notice of default. If Tenant continues in violation of the Lease, Landlord reserves its rights under the Lease and applicable law.

I also note that on May 4, 2023, Tenant sent Landlord a letter purporting to exercise its renewal option under the Lease. However, Tenant was in default at that time. Section 8(b) of the Lease provides that Tenant has a right to extend the term of the Lease "in accordance with Section C.3." Section C.3 provides that, "**Provided Tenant is not in default** beyond any applicable cure period under any of the terms and provisions herein contained at the time of renewal and permitted by this Lease, Landlord hereby grants to Tenant the option to renew this

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Lease.



July 6, 2023
Page 2

Lease…" [Emphasis added]. Because Tenant was in default at the time of renewal, the May 4, 2023 letter did not effectively exercise Tenant's right to renewal.

Section C.3 further provides that, "Notice of election by Tenant to exercise each option shall be given to Landlord in writing at least seven (7) months prior to the expiration of the Lease Term." The Lease Term expires on January 31, 2024. Because it now less than seven (7) months prior to the expiration of the Lease Term, Tenant no longer has the right to extend the term of the Lease. Therefore, this confirms that Tenant's Lease Term expires on January 31, 2024 and Landlord expects Tenant to comply with all requirements of Section W(2)(a) to surrender possession of the Premises to Landlord in good condition and repair, broom clean, as of that date.

This letter and notice of default is being sent without prejudice to Landlord's right and remedies under the Lease and applicable law, all of which are expressly reserved.

Sincerely

ARNALL GOLDEN GREGORY LLP

David J. Marmins

Enclosures

# EXHIBIT A

Case 1:23-mi-99999-UNA   Document 4199-3   Filed 12/18/23   Page 5 of 12

776679451874



4/25/2022
**VIA FEDERAL EXPRESS OVERNIGHT DELIVERY**

Dollar Tree Stores Inc
dba Dollar Tree 05260
Attn Lease Accounting Dept 300
500 Volvo Pkwy
Chesapeake VA 23320

Re: Lease Agreement dated, March 25, 2013 by and between NDM (Edens), LLC ("Landlord") and Dollar Tree Stores Inc ("Tenant"), and as guaranteed by Dollar Tree Stores Inc, for that certain premises known as Space Number 200 and by Lease Identification Number 11092 in Landlord's internal records, and located at North DeKalb Phase I in Decatur, GA ("Premises") (as amended, the "Lease")

## NOTICE OF MONETARY DEFAULT

Dear Tenant,

This letter is to notify you that Tenant is in default under the Lease for failure to timely pay amounts due Landlord. The current outstanding amount due Landlord is $16,132.22 (the "Default Amount"), which amount may be exclusive of attorney's fees, late fees, interest and any as yet accrued and unpaid charges for which Tenant may also be responsible under the Lease.

Landlord is entitled to exercise its rights and remedies if Tenant does not cure this default within 10 days. Tenant may avoid further action by Landlord (including, institution of legal action to collect the Default Amount and recover possession of the Premises) provided you immediately pay Landlord the entire Default Amount. Any partial payment or payments not properly made in accordance with the Lease, will not cure the default.

This letter shall not in any way waive any rights or remedies under the Lease or otherwise available to Landlord at law or in equity. Landlord reserves all of its rights.

Your prompt payment is expected so that it will not be necessary for Landlord to take further action against you to cure the default, including the commencement of legal action.

Should you have any questions regarding this matter, please contact me at (678) 527-0419 by email at ballen@edens.com.

Sincerely,

Becca Allen
Property Manager

cc:   Dollar Tree Stores Inc, dba Dollar Tree 05260, Attn Lease Admin Dept, 500 Volvo Pkwy, Chesapeake VA 23320

## STATEMENT
### Edens Limited Partnership

***** We are showing a Past Due Balance on your account *****
If your records do not agree with ours, please contact us immediately.
The balance includes the following items.

Billing:

Dollar Tree Stores Inc
dba Dollar Tree 05260
Attn Lease Accounting Dept 300
500 Volvo Pkwy
Chesapeake VA 23320

Premises: North DeKalb Phase I
Unit: 200
Dollar Tree
Decatur GA 30033

Make checks payable to:

North DeKalb Phase I
C/O NDM (Edens), LLC
Tenant # 88214
P.O. Box 536856
Atlanta GA 30353-6856

Date: 4/25/2022
Property ID: 247901
Tenant ID: 88214
Lease ID: 11092 Active
Amount Enclosed: _____

Pay Rent Online
To learn more and enroll, visit edens.com/tenants
Tenant ID        88214

**Property Manager:**  Becca Allen

**Phone:** (678) 527-0419

**Email:**

| Due Date | Inv Date | Charge | Description | Charge | Payment | Date | Check Number | Open | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10/17/2021 | 9/17/2021 | TRHR | 9/17-9/30/21 TRHR | 246.55 | | | | 246.55 | 246.55 |
| 10/31/2021 | 10/1/2021 | TRHR | Oct 21 TRHR | 528.32 | | | | 528.32 | 774.87 |
| 12/1/2021 | 11/1/2021 | TRHR | Nov 21 TRHR | 528.32 | | | | 528.32 | 1,303.19 |
| 12/1/2021 | 12/1/2021 | TRHR | Trash Escrow | 528.32 | | 12/9/2021 | 0027818752 | 528.32 | 1,831.51 |
| 1/1/2022 | 1/1/2022 | TRHR | Trash Escrow | 528.32 | | | | 528.32 | 2,359.83 |
| 2/1/2022 | 2/1/2022 | TRHR | Trash Escrow | 528.32 | | | | 528.32 | 2,888.15 |
| 3/1/2022 | 3/1/2022 | TRHR | Trash Escrow | 528.32 | | | | 528.32 | 3,416.47 |
| 4/1/2022 | 4/1/2022 | TRHR | Trash Escrow | 528.32 | | | | 528.32 | 3,944.79 |
| 5/1/2022 | 4/21/2022 | LCHM | Generated Fee or Interest | 28.61 | | | | 28.61 | 3,973.40 |
| 5/1/2022 | 5/1/2022 | RNTR | Base Rent | 11,630.50 | | | | 11,630.50 | 15,603.90 |
| 5/1/2022 | 5/1/2022 | TRHR | Trash Escrow | 528.32 | | | | 528.32 | 16,132.22 |

**AMOUNT DUE:** 16,132.22

***** Please enclose this statement with your payment *****

If Applicable, remember to send your sales reports. If you have
questions, please call your property manager at the above telephone number.

Page   1

# EXHIBIT B



| | | Print Date | 7/5/2023 |
|---|---|---|---|
| | | Page | 1 of 5 |

# RETAILER STATEMENT

**Billing**
Dollar Tree Stores Inc
dba Dollar Tree 05260
Attn Lease Accounting Dept 300
500 Volvo Pkwy
Chesapeake VA 23320

**Premises:**
Dollar Tree
Lulah Hills
2050 Lawrenceville Hwy Ste 5009-A
Decatur GA 30033

**Remit Payments to:**
Tenant #: 88214
P.O. Box 536856
Atlanta GA 30353-6856

| **Property Manager:** | Roy Copeland |
|---|---|
| **Phone:** | (770) 569-2379 |
| **Email:** | rocopeland@edens.com |

| **Date:** | 7/5/2023 |
|---|---|
| **Property:** | 247901 |
| **Tenant ID:** | 88214 |
| **Lease ID:** | 11092 |

**Pay Rent Online:**
To learn more and enroll, visit edens.com/tenants
**Tenant ID:**     88214

| Date | Due Date | Description | Charges / Credits | Payments | Total |
|---|---|---|---|---|---|
| 9/1/2021 | | Beginning Balance | $0.00 | $0.00 | $0.00 |
| 9/17/2021 | 10/1/2021 | Miscellaneous Escrow | $246.55 | | $246.55 |
| 9/17/2021 | 10/1/2021 | Base Rent | $5,427.57 | | $5,674.12 |
| 9/17/2021 | | Acquistion - Disposition | ($5,427.57) | | $246.55 |
| 10/1/2021 | 10/1/2021 | Miscellaneous Escrow | $528.32 | | $774.87 |
| 10/1/2021 | 10/1/2021 | Base Rent | $11,630.50 | | $12,405.37 |
| 11/1/2021 | 11/1/2021 | Base Rent | $11,630.50 | | $24,035.87 |
| 11/1/2021 | 11/1/2021 | Miscellaneous Escrow | $528.32 | | $24,564.19 |
| 11/12/2021 | | Payment Check #0027812396 | | ($11,630.50) | $12,933.69 |
| 11/17/2021 | | Miscellaneous Escrow | ($246.55) | | $12,687.14 |
| 11/17/2021 | | Miscellaneous Escrow | ($528.32) | | $12,158.82 |
| 11/17/2021 | | Miscellaneous Escrow | ($528.32) | | $11,630.50 |
| 11/17/2021 | 10/17/2021 | Trash Escrow | $246.55 | | $11,877.05 |
| 11/17/2021 | 10/31/2021 | Trash Escrow | $528.32 | | $12,405.37 |
| 11/17/2021 | 12/1/2021 | Trash Escrow | $528.32 | | $12,933.69 |
| 12/1/2021 | 12/1/2021 | Base Rent | $11,630.50 | | $24,564.19 |
| 12/1/2021 | 12/1/2021 | Trash Escrow | $528.32 | | $25,092.51 |
| 12/2/2021 | | Payment Check #000215 | | ($11,630.50) | $13,462.01 |
| 12/9/2021 | | Payment Check #0027818752 | | ($11,630.50) | $1,831.51 |
| 1/1/2022 | 1/1/2022 | Base Rent | $11,630.50 | | $13,462.01 |
| 1/1/2022 | 1/1/2022 | Trash Escrow | $528.32 | | $13,990.33 |
| 1/10/2022 | | Payment Check #0027824554 | | ($11,630.50) | $2,359.83 |
| 2/1/2022 | 2/1/2022 | Base Rent | $11,630.50 | | $13,990.33 |
| 2/1/2022 | 2/1/2022 | Trash Escrow | $528.32 | | $14,518.65 |



| | | Print Date | 7/5/2023 |
|---|---|---|---|
| | | Page | 2 of 5 |

# RETAILER STATEMENT

**Billing**
Dollar Tree Stores Inc
dba Dollar Tree 05260
Attn Lease Accounting Dept 300
500 Volvo Pkwy
Chesapeake VA 23320

**Premises:**
Dollar Tree
Lulah Hills
2050 Lawrenceville Hwy Ste 5009-A
Decatur GA 30033

**Remit Payments to:**
Tenant #: 88214
P.O. Box 536856
Atlanta GA 30353-6856
**Property Manager:** Roy Copeland
**Phone:** (770) 569-2379
**Email:** rocopeland@edens.com

**Date:** 7/5/2023
**Property:** 247901
**Tenant ID:** 88214
**Lease ID:** 11092

**Pay Rent Online:**
To learn more and enroll, visit edens.com/tenants
**Tenant ID:** 88214

| Date | Due Date | Description | Charges / Credits | Payments | Total |
|---|---|---|---|---|---|
| 2/9/2022 | | Payment Check #0027830653 | | ($11,630.50) | $2,888.15 |
| 3/1/2022 | 3/1/2022 | Base Rent | $11,630.50 | | $14,518.65 |
| 3/1/2022 | 3/1/2022 | Trash Escrow | $528.32 | | $15,046.97 |
| 3/11/2022 | | Payment Check #0027836118 | | ($11,630.50) | $3,416.47 |
| 4/1/2022 | 4/1/2022 | Base Rent | $11,630.50 | | $15,046.97 |
| 4/1/2022 | 4/1/2022 | Trash Escrow | $528.32 | | $15,575.29 |
| 4/18/2022 | | Payment Check #0027843080 | | ($11,630.50) | $3,944.79 |
| 4/21/2022 | 5/1/2022 | Late Fee | $28.61 | | $3,973.40 |
| 4/29/2022 | 5/29/2022 | CAM Recon | $2,019.88 | | $5,993.28 |
| 5/1/2022 | 5/1/2022 | Base Rent | $11,630.50 | | $17,623.78 |
| 5/1/2022 | 5/1/2022 | Trash Escrow | $528.32 | | $18,152.10 |
| 5/3/2022 | | Payment Check #0027848081 | | ($11,630.50) | $6,521.60 |
| 5/21/2022 | 6/1/2022 | Late Fee | $47.12 | | $6,568.72 |
| 6/1/2022 | | CAM Recon | ($1,831.51) | | $4,737.21 |
| 6/1/2022 | 6/1/2022 | Base Rent | $11,630.50 | | $16,367.71 |
| 6/1/2022 | 6/1/2022 | Trash Escrow | $528.32 | | $16,896.03 |
| 6/8/2022 | | Payment Check #0027854664 | | ($11,630.50) | $5,265.53 |
| 6/21/2022 | 7/1/2022 | Late Fee | $71.05 | | $5,336.58 |
| 7/1/2022 | 7/1/2022 | Base Rent | $11,630.50 | | $16,967.08 |
| 7/1/2022 | 7/1/2022 | Trash Escrow | $528.32 | | $17,495.40 |
| 7/7/2022 | | Payment Check #0027860450 | | ($11,630.50) | $5,864.90 |
| 7/21/2022 | 8/1/2022 | Late Fee | $62.40 | | $5,927.30 |
| 8/1/2022 | 8/1/2022 | Base Rent | $11,630.50 | | $17,557.80 |



| | | Print Date | 7/5/2023 |
|---|---|---|---|
| | | Page | 3 of 5 |

# RETAILER STATEMENT

**Billing**
Dollar Tree Stores Inc
dba Dollar Tree 05260
Attn Lease Accounting Dept 300
500 Volvo Pkwy
Chesapeake VA 23320

**Premises:**
Dollar Tree
Lulah Hills
2050 Lawrenceville Hwy Ste 5009-A
Decatur GA 30033

**Remit Payments to:**
Tenant #: 88214
P.O. Box 536856
Atlanta GA 30353-6856
**Property Manager:** Roy Copeland
**Phone:** (770) 569-2379
**Email:** rocopeland@edens.com

**Date:** 7/5/2023
**Property:** 247901
**Tenant ID:** 88214
**Lease ID:** 11092

**Pay Rent Online:**
To learn more and enroll, visit edens.com/tenants
**Tenant ID:** 88214

| Date | Due Date | Description | Charges / Credits | Payments | Total |
|---|---|---|---|---|---|
| 8/1/2022 | 8/1/2022 | Trash Escrow | $528.32 | | $18,086.12 |
| 8/5/2022 | | Payment Check #0027865870 | | ($11,630.50) | $6,455.62 |
| 8/9/2022 | | Payment Check #0027868753 | | ($2,019.88) | $4,435.74 |
| 8/21/2022 | 9/1/2022 | Late Fee | $58.75 | | $4,494.49 |
| 9/1/2022 | 9/1/2022 | Base Rent | $11,630.50 | | $16,124.99 |
| 9/1/2022 | 9/1/2022 | Trash Escrow | $528.32 | | $16,653.31 |
| 9/6/2022 | | Payment Check #0027871639 | | ($11,630.50) | $5,022.81 |
| 10/1/2022 | 10/1/2022 | Base Rent | $11,630.50 | | $16,653.31 |
| 10/1/2022 | 10/1/2022 | Trash Escrow | $528.32 | | $17,181.63 |
| 10/5/2022 | | Payment Check #0027877623 | | ($11,630.50) | $5,551.13 |
| 11/1/2022 | 11/1/2022 | Base Rent | $11,630.50 | | $17,181.63 |
| 11/1/2022 | 11/1/2022 | Trash Escrow | $528.32 | | $17,709.95 |
| 11/7/2022 | | Payment Check #0027883178 | | ($11,630.50) | $6,079.45 |
| 12/1/2022 | 12/1/2022 | Base Rent | $11,630.50 | | $17,709.95 |
| 12/1/2022 | 12/1/2022 | Trash Escrow | $528.32 | | $18,238.27 |
| 12/8/2022 | | Payment Check #0027889007 | | ($11,630.50) | $6,607.77 |
| 12/12/2022 | 5/1/2022 | Electric & Gas Recon | $5,184.30 | | $11,792.07 |
| 1/1/2023 | 1/1/2023 | Base Rent | $11,630.50 | | $23,422.57 |
| 1/1/2023 | 1/1/2023 | Trash Escrow | $528.32 | | $23,950.89 |
| 1/9/2023 | | Payment Check #0027894243 | | ($11,630.50) | $12,320.39 |
| 1/17/2023 | | Payment Check #0027897679 | | ($6,868.16) | $5,452.23 |
| 2/1/2023 | 2/1/2023 | Base Rent | $11,630.50 | | $17,082.73 |



Print Date 7/5/2023
Page 4 of 5

# RETAILER STATEMENT

**Billing**
Dollar Tree Stores Inc
dba Dollar Tree 05260
Attn Lease Accounting Dept 300
500 Volvo Pkwy
Chesapeake VA 23320

**Premises:**
Dollar Tree
Lulah Hills
2050 Lawrenceville Hwy Ste 5009-A
Decatur GA 30033

**Remit Payments to:**
Tenant #: 88214
P.O. Box 536856
Atlanta GA 30353-6856

**Property Manager:** Roy Copeland
**Phone:** (770) 569-2379
**Email:** rocopeland@edens.com

Date: 7/5/2023
Property: 247901
Tenant ID: 88214
Lease ID: 11092

**Pay Rent Online:**
To learn more and enroll, visit edens.com/tenants
**Tenant ID:** 88214

| Date | Due Date | Description | Charges / Credits | Payments | Total |
|---|---|---|---|---|---|
| 2/1/2023 | 2/1/2023 | Trash Escrow | $528.32 | | $17,611.05 |
| 2/6/2023 | | Payment Check #0027900132 | | ($11,630.50) | $5,980.55 |
| 3/1/2023 | 3/1/2023 | Base Rent | $11,630.50 | | $17,611.05 |
| 3/1/2023 | 3/1/2023 | Trash Escrow | $528.32 | | $18,139.37 |
| 3/9/2023 | | Payment Check #0027905638 | | ($11,630.50) | $6,508.87 |
| 4/1/2023 | 4/1/2023 | Base Rent | $11,630.50 | | $18,139.37 |
| 4/1/2023 | 4/1/2023 | Trash Escrow | $528.32 | | $18,667.69 |
| 4/10/2023 | | Payment Check #0027912172 | | ($11,630.50) | $7,037.19 |
| 4/25/2023 | 5/25/2023 | Electric & Gas Recon | $26,890.13 | | $33,927.32 |
| 4/27/2023 | 5/27/2023 | Operating Expense Recon | $1,879.51 | | $35,806.83 |
| 5/1/2023 | 5/1/2023 | Base Rent | $11,630.50 | | $47,437.33 |
| 5/1/2023 | 5/1/2023 | Trash Escrow | $528.32 | | $47,965.65 |
| 5/3/2023 | | Payment Check #0027917649 | | ($11,630.50) | $36,335.15 |
| 6/1/2023 | 6/1/2023 | Base Rent | $11,630.50 | | $47,965.65 |
| 6/1/2023 | 6/1/2023 | Trash Escrow | $528.32 | | $48,493.97 |
| 6/8/2023 | | Payment Check #0027923469 | | ($11,630.50) | $36,863.47 |
| 6/23/2023 | | Payment Check #27926256 | | ($7,851.32) | $29,012.15 |
| 6/23/2023 | | Base Rent | ($11,630.50) | | $17,381.65 |
| 6/23/2023 | | Trash Escrow | ($528.32) | | $16,853.33 |
| 6/23/2023 | 6/1/2023 | Base Rent | $7,365.98 | | $24,219.31 |
| 6/23/2023 | 6/1/2023 | Trash Escrow | $334.60 | | $24,553.91 |
| 7/1/2023 | | Base Rent | ($11,630.50) | | $12,923.41 |
| 7/1/2023 | | Trash Escrow | ($528.32) | | $12,395.09 |



| | | Print Date | 7/5/2023 |
|---|---|---|---|
| | | Page | 5 of 5 |

# RETAILER STATEMENT

**Billing**
Dollar Tree Stores Inc
dba Dollar Tree 05260
Attn Lease Accounting Dept 300
500 Volvo Pkwy
Chesapeake VA 23320

**Premises:**
Dollar Tree
Lulah Hills
2050 Lawrenceville Hwy Ste 5009-A
Decatur GA 30033

**Remit Payments to:**
Tenant #: 88214
P.O. Box 536856
Atlanta GA 30353-6856

**Date:** 7/5/2023
**Property:** 247901
**Tenant ID:** 88214
**Lease ID:** 11092

**Property Manager:** Roy Copeland
**Phone:** (770) 569-2379
**Email:** rocopeland@edens.com

**Pay Rent Online:**
To learn more and enroll, visit edens.com/tenants
**Tenant ID:** 88214

| Date | Due Date | Description | Charges / Credits | Payments | Total |
|---|---|---|---|---|---|
| 7/1/2023 | 7/1/2023 | Base Rent | $11,630.50 | | $24,025.59 |
| 7/1/2023 | 7/1/2023 | Trash Escrow | $528.32 | | $24,553.91 |
| | | **Ending Balance** | $285,533.77 | $(260,979.86) | $24,553.91 |