# Exhibit D



**Arnall
Golden
Gregory** LLP

171 17th Street NW
Suite 2100
Atlanta, GA 30363
Direct Phone: 404.873.8126
Direct Fax: 404.873.8127
Email: david.marmins@agg.com

August 9, 2023

VIA FEDERAL EXPRESS OVERNIGHT

Dollar Tree Stores, Inc.
d/b/a Dollar Tree 05260
Attn: Lease Accounting Department 300
500 Volvo Parkway
Chesapeake, Virginia 23320

      Re:    Lease Agreement dated March 25, 2013 (as amended, the "Lease")[1], between NDM (Edens), LLC ("Landlord"), as successor-in-interest to Hendon North DeKalb, LLC, and Dollar Tree Stores, Inc. ("Tenant"), and as guaranteed by Dollar Tree Stores, Inc., for the certain premises known as Space Number 200 (the "Premises"), in the shopping center known as North DeKalb Mall, Phase I in Decatur, Georgia.

Dear Tenant:

      This firm represents Landlord. The purpose of this letter is to provide Tenant notice of Landlord's termination of the Lease pursuant to Section P(1)(e)(1) of the Lease due to Tenant's default pursuant to Section P(1)(a) of the Lease.

      Under Section P(1)(a) of the Lease, "Tenant shall be in financial default beyond any written notice and cure period if it fails to pay when due each installment of Base Rent or Additional Rent." Tenant has failed to comply with this Lease provision. Tenant has consistently had an outstanding balance owed to Landlord and, currently, Tenant's outstanding balance is $30,337.17. A copy of Landlord's statement reflecting Tenant's balance is attached as Exhibit A.

      Section P(1)(b) of the Lease provides that, "In the event Tenant is in financial default, Tenant shall have a grace period of ten (10) days to cure such default after Tenant shall have received notice of such default in accordance to Section Q of this Lease." On July 6, 2023, Landlord provided a Notice of Default. Since receiving the Notice of Default, Tenant has failed to cure its default by paying its outstanding balance.

      Section P(1)(e)(1) gives Landlord the right to terminate the Lease and Tenant's right to possession of the Premises upon Tenant's failure to cure its default. Because Tenant is in default

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Lease.



Dollar Tree Stores, Inc.
August 9, 2023
Page 2

beyond the ten-day cure period, Landlord hereby terminates the Lease effective immediately and Tenant has already surrendered possession of the Premises to Landlord.

Sincerely,

ARNALL GOLDEN GREGORY LLP

David J. Marmins

cc:     NDM (Edens), LLC

# EXHIBIT A

STATEMENT
Edens Limited Partnership

***** We are showing a Past Due Balance on your account *****
If your records do not agree with ours, please contact us immediately.
The balance includes the following items.

Billing:

Dollar Tree Stores Inc
dba Dollar Tree 05260
Attn Lease Accounting Dept 300
500 Volvo Pkwy
Chesapeake VA 23320

Premises:   Lulah Hills
Unit:  200
Dollar Tree
2050 Lawrenceville Hwy Ste 5009-A
Decatur GA 30033

Make checks payable to:

Lulah Hills
C/O NDM (Edens), LLC
Tenant # 88214
P.O. Box 536856
Atlanta GA 30353-6856

Date:                8/8/2023
Property ID:         247901
Tenant ID:           88214
Lease ID             11092   Former Still Bi
Amount Enclosed:

**Property Manager:**   Roy Copeland            Phone:   (770) 569-2379
**Email:** rocopeland@edens.com

| Inv Date | Due Date | Charge | Description | Charge | Payment | Date | Check Number | Open | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4/19/2022 | 5/1/2022 | ELEC | 2021 Electric | 5,184.30 | | | | 5,184.30 | 5,184.30 |
| 4/21/2022 | 5/1/2022 | LCHM | Generated Fee or Interest | 28.61 | | | | 28.61 | 5,212.91 |
| 5/21/2022 | 6/1/2022 | LCHM | Generated Fee or Interest | 47.12 | | | | 47.12 | 5,260.03 |
| 6/21/2022 | 7/1/2022 | LCHM | Generated Fee or Interest | 71.05 | | | | 71.05 | 5,331.08 |
| 7/21/2022 | 8/1/2022 | LCHM | Generated Fee or Interest | 62.40 | | | | 62.40 | 5,393.48 |
| 8/21/2022 | 9/1/2022 | LCHM | Generated Fee or Interest | 58.75 | | | | 58.75 | 5,452.23 |
| 4/25/2023 | 5/25/2023 | ELEC | 2022 Electric | 26,890.13 | | | | 26,890.13 | 32,342.36 |
| 4/27/2023 | 5/27/2023 | MSCP | Operating Expense Recon | 1,879.51 | | | | 1,879.51 | 34,221.87 |
| 6/23/2023 | | UC | DOLLAR TREE STORES col | | | | | 3,929.92- | 30,291.95 |
| 7/20/2023 | | | | 520.93- | | | | 520.93- | 29,771.02 |
| 7/20/2023 | 8/19/2023 | TRAC | ADJ 2023 Move Out Trash | 566.15 | | | | 566.15 | 30,337.17 |

**AMOUNT DUE:**   30,337.17

***** Please enclose this statement with your payment *****

If Applicable, remember to send your sales reports.  If you have
questions, please call your property manager at the above telephone number.

Page      1