# **<u>Exhibit E</u>**



**Arnall
Golden
Gregory** LLP

171 17th Street NW
Suite 2100
Atlanta, GA 30363
Direct Phone: 404.873.8126
Direct Fax: 404.870.5768
Email: meredith.bradshaw@agg.com

August 14, 2023

VIA FEDERAL EXPRESS OVERNIGHT

Dollar Tree Stores, Inc.
d/b/a Dollar Tree 05260
Attn: Lease Accounting Department 300
500 Volvo Parkway
Chesapeake, Virginia 23320

    Re:    Release of Letter of Credit required by the Amendment and Relocation Agreement ("Relocation Agreement") of the Lease Agreement dated March 25, 2013 (as amended, the "Lease")[1], between NDM (Edens), LLC ("Landlord"), as successor-in-interest to Hendon North DeKalb, LLC, and Dollar Tree Stores, Inc. ("Tenant"), and as guaranteed by Dollar Tree Stores, Inc., for the certain premises known as Space Number 200 (the "Premises"), in the shopping center known as North DeKalb Mall, Phase I in Decatur, Georgia.

Dear Tenant:

    This firm represents Landlord. The purpose of this letter is to demand that Tenant release and return the Letter of Credit that Landlord had issued by Wells Fargo pursuant to the Relocation Agreement and Exhibit D thereto.

    Under Section 5 of the Relocation Agreement, Landlord shall owe Tenant a Termination Fee of $2,000,000.00 if Landlord "does not deliver the Relocation Premises to Tenant with Landlord Relocation Work substantially completed on or before the Outside Delivery Date, and Landlord does not cure the same and deliver the Relocation Premises to Tenant within sixty (60) days thereafter." Section 5 further provides that Landlord must issue an irrevocable Letter of Credit in the amount of the Termination Fee prior to the Closure Date. Landlord adhered to the terms of the Relocation Agreement and had the Letter of Credit issued by Wells Fargo prior to the Closure Date.

    However, because Landlord terminated the Lease on August 9, 2023, at no point will Landlord owe any portion of the Termination Fee to Tenant. It is therefore no longer necessary to maintain the Letter of Credit. Therefore, please have the original letter of credit returned to my

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Lease.



Dollar Tree Stores, Inc.
August 14, 2023
Page 2

attention at the address above within five (5) business days of receipt of this letter and please destroy any copies of the same.

    We will coordinate any further release of the letter of credit that may be necessary at a later date.

    If you have any further questions about this matter, please do not hesitate to reach out.

    Sincerely,

    ARNALL GOLDEN GREGORY LLP

    Meredith A. Bradshaw

cc:    NDM (Edens), LLC