# Exhibit C

| 23-GSBC-0013 | WELLS FARGO BANK, N.A. , ET AL V ACHENBACH, ET AL | BUSINESS COURT | CIVIL |

## Case Information

**Case Initiation Date**
12/01/2023

**Assigned Judge**
JUDGE BILL HAMRICK

Why subscribe to PeachCourt+? Well, for one thing... you could get an automagic email alert when anyone files anything into this case. You don't have to come back here day after day after day just to check the docket. We'll take care of that for you. All you have to do is subscribe!

## Party Information

**Plaintiffs:**

**WELLS FARGO BANK, N.A.,**

**WELLS FARGO DELAWARE TRUST COMPANY, N.A.,**

**Defendants:**

**ACHENBACH, BRUCE**

**BELSER, NANCY**

**COSTANZA, ANDREW**

**DARROW, ANDREW**

**GRIMM, JAY, JR.**

**KRAKOVITZ, ROBERT**

**MALKA, MOSHE**

**MALNIK, LEON**

**SEPTIMUS, BARRY**

**SIFEN, PHYLLIS**

**FLOCK, DEAN**

**DARROW, DAVID**

**DARROW, JONATHAN**

## Attorney/Filer Information

**LUCAS, CATHERINE**

**OLCZAK, SASKIA**

| Docket # | Document Type | Description | Filer | Filing Date | Source |
|---|---|---|---|---|---|
| 1 | Pro Hac Vice Application | VERIFIED APPLICATION FOR PRO HAC VICE ADMISSION | Lucas, Catherine | 12/01/2023 | EFile: PeachCourt |

| 2 | Pro Hac Vice Application | VERIFIED APPLICATION FOR PRO HAC VICE ADMISSION | Lucas, Catherine | 12/01/2023 | EFile: PeachCourt |
| 3 | Miscellaneous | DECLARATION IN SUPPORT OF MOTION TO STAY | Lucas, Catherine | 12/01/2023 | EFile: PeachCourt |
| 4 | Disclosure Statement | CORPORATE DISCLOSURE STATEMENT | Lucas, Catherine | 12/01/2023 | EFile: PeachCourt |
| 5 | Sealed Exhibit | SEALED EXHIBIT TO COMPLAINT | Lucas, Catherine | 12/01/2023 | EFile: PeachCourt |
| 6 | Motion | MOTION TO STAY | Lucas, Catherine | 12/01/2023 | EFile: PeachCourt |
| 7 | Motion | MOTION TO SEAL EXHIBIT A TO COMPLAINT | Lucas, Catherine | 12/01/2023 | EFile: PeachCourt |
| 8 | Complaint | COMPLAINT | Lucas, Catherine | 12/01/2023 | EFile: PeachCourt |
| 9 | Brief | BRIEF IN SUPPORT OF MOTION TO STAY | Lucas, Catherine | 12/01/2023 | EFile: PeachCourt |
| 10 | Summons | SUMMONS FOR ACHENBACH, BRUCE. | Lucas, Catherine | 12/01/2023 | EFile: PeachCourt |
| 11 | Summons | SUMMONS FOR BELSER, NANCY. | Lucas, Catherine | 12/01/2023 | EFile: PeachCourt |
| 12 | Summons | SUMMONS FOR COSTANZA, ANDREW. | Lucas, Catherine | 12/01/2023 | EFile: PeachCourt |
| 13 | Summons | SUMMONS FOR DARROW, ANDREW. | Lucas, Catherine | 12/01/2023 | EFile: PeachCourt |
| 14 | Summons | SUMMONS FOR GRIMM, JAY, JR.. | Lucas, Catherine | 12/01/2023 | EFile: PeachCourt |
| 15 | Summons | SUMMONS FOR KRAKOVITZ, ROBERT. | Lucas, Catherine | 12/01/2023 | EFile: PeachCourt |
| 16 | Summons | SUMMONS FOR MALKA, MOSHE. | Lucas, Catherine | 12/01/2023 | EFile: PeachCourt |
| 17 | Summons | SUMMONS FOR MALNIK, LEON. | Lucas, Catherine | 12/01/2023 | EFile: PeachCourt |
| 18 | Summons | SUMMONS FOR SEPTIMUS, BARRY. | Lucas, Catherine | 12/01/2023 | EFile: PeachCourt |
| 19 | Summons | SUMMONS FOR SIFEN, PHYLLIS. | Lucas, Catherine | 12/01/2023 | EFile: PeachCourt |
| 20 | Summons | SUMMONS FOR FLOCK, DEAN. | Lucas, Catherine | 12/01/2023 | EFile: PeachCourt |
| 21 | Case Information Form | CASE INFORMATION FORM | Lucas, Catherine | 12/01/2023 | EFile: PeachCourt |
| 22 | Order | ORDER GRANTING MOTION TO SEAL EXHIBIT TO COMPLAINT | Judge, GSBC | 12/08/2023 | EFile: PeachCourt |
| 23 | Order | ORDER GRANTING PHV APPLICATION (KENNEDY M. MYERS) | Judge, GSBC | 12/08/2023 | EFile: PeachCourt |
| 24 | Order | ORDER GRANTING PHV APPLICATION (JONATHAN P. HERSEY) | Judge, GSBC | 12/08/2023 | EFile: PeachCourt |
| 25 | Acknowledgement Of Service | ACKNOWLEDGEMENT OF SERVICE | Olczak, Saskia | 12/15/2023 | EFile: PeachCourt |

The clerk's office maintains the official record for this case. The information we provide is our best attempt at reflecting the official record. Despite our best efforts, you may find discrepancies between the information on this page and the clerk's official record. The clerk's official record is always official and is always THE record.

**Printed from www.peachcourt.com on Dec 18, 2023 11:59 AM**