# Exhibit D

# GEORGIA STATE-WIDE BUSINESS COURT

EFILED IN OFFICE
CLERK OF THE GEORGIA
STATE-WIDE BUSINESS COURT

**23-GSBC-0013**
JUDGE BILL HAMRICK
DEC 01, 2023 06:18 PM

*Angie T. Davis*
Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

CIVIL ACTION NUMBER  23-GSBC-0013

WELLS FARGO BANK, N.A.
WELLS FARGO DELAWARE TRUST
COMPANY, N.A.

**PLAINTIFF**

**VS.**

Achenbach, Bruce
Belser, Nancy
Costanza, Andrew
Darrow, Andrew
Grimm, Jay, Jr.
Krakovitz, Robert
Malka, Moshe
Malnik, Leon
Septimus, Barry
SIFEN, PHYLLIS
FLOCK, DEAN

**DEFENDANTS**

# GEORGIA STATE-WIDE BUSINESS COURT

**SUMMONS**

TO: DARROW, ANDREW

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Catherine Lucas**
**Duane Morris**
**1075 Peachtree Street**
**Suite 1700**
**Atlanta, Georgia 30309**

an answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this Summons upon you, exclusive of the day of service, unless proof of service of this Complaint is not filed within five (5) business days of such service. Then the time to answer shall not commence until such proof of service has been filed. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

You are required to file your Answer electronically at https://peachcourt.com.

**This 1st day of December, 2023.**

Clerk of Court

Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

# GEORGIA STATE-WIDE BUSINESS COURT

EFILED IN OFFICE
CLERK OF THE GEORGIA
STATE-WIDE BUSINESS COURT
**23-GSBC-0013**
JUDGE BILL HAMRICK
DEC 01, 2023 06:18 PM

Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

CIVIL ACTION NUMBER  <u>23-GSBC-0013</u>

WELLS FARGO BANK, N.A.
WELLS FARGO DELAWARE TRUST
COMPANY, N.A.

_____

**PLAINTIFF**

**VS.**

Achenbach, Bruce
Belser, Nancy
Costanza, Andrew
Darrow, Andrew
Grimm, Jay, Jr.
Krakovitz, Robert
Malka, Moshe
Malnik, Leon
Septimus, Barry
SIFEN, PHYLLIS
FLOCK, DEAN

_____

**DEFENDANTS**

## GEORGIA STATE-WIDE BUSINESS COURT

### SUMMONS

TO: GRIMM, JAY, JR.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Catherine Lucas**
> **Duane Morris**
> **1075 Peachtree Street**
> **Suite 1700**
> **Atlanta, Georgia 30309**

an answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this Summons upon you, exclusive of the day of service, unless proof of service of this Complaint is not filed within five (5) business days of such service. Then the time to answer shall not commence until such proof of service has been filed. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

You are required to file your Answer electronically at https://peachcourt.com.

**This 1st day of December, 2023.**

Clerk of Court

Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

# GEORGIA STATE-WIDE BUSINESS COURT

**EFILED IN OFFICE**
CLERK OF THE GEORGIA
STATE-WIDE BUSINESS COURT
**23-GSBC-0013**
**JUDGE BILL HAMRICK**
**DEC 01, 2023 06:18 PM**

*Angie T. Davis*
Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

CIVIL ACTION NUMBER  23-GSBC-0013

WELLS FARGO BANK, N.A.
WELLS FARGO DELAWARE TRUST
COMPANY, N.A.

_____

**PLAINTIFF**

                                        **VS.**

Achenbach, Bruce
Belser, Nancy
Costanza, Andrew
Darrow, Andrew
Grimm, Jay, Jr.
Krakovitz, Robert
Malka, Moshe
Malnik, Leon
Septimus, Barry
SIFEN, PHYLLIS
FLOCK, DEAN

_____

**DEFENDANTS**

# GEORGIA STATE-WIDE BUSINESS COURT

**SUMMONS**

TO: KRAKOVITZ, ROBERT

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Catherine Lucas**
**Duane Morris**
**1075 Peachtree Street**
**Suite 1700**
**Atlanta, Georgia 30309**

an answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this Summons upon you, exclusive of the day of service, unless proof of service of this Complaint is not filed within five (5) business days of such service. Then the time to answer shall not commence until such proof of service has been filed. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

You are required to file your Answer electronically at https://peachcourt.com.

**This 1st day of December, 2023.**

Clerk of Court

Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

# GEORGIA STATE-WIDE BUSINESS COURT

✦ **EFILED IN OFFICE**
CLERK OF THE GEORGIA
STATE-WIDE BUSINESS COURT

**23-GSBC-0013**
**JUDGE BILL HAMRICK**
**DEC 01, 2023 06:18 PM**

*Angie T. Davis*
Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

CIVIL ACTION NUMBER  23-GSBC-0013

WELLS FARGO BANK, N.A.
WELLS FARGO DELAWARE TRUST
COMPANY, N.A.

_____

**PLAINTIFF**

**VS.**

Achenbach, Bruce
Belser, Nancy
Costanza, Andrew
Darrow, Andrew
Grimm, Jay, Jr.
Krakovitz, Robert
Malka, Moshe
Malnik, Leon
Septimus, Barry
SIFEN, PHYLLIS
FLOCK, DEAN

_____

**DEFENDANTS**

## GEORGIA STATE-WIDE BUSINESS COURT

### SUMMONS

TO: MALKA, MOSHE

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Catherine Lucas**
**Duane Morris**
**1075 Peachtree Street**
**Suite 1700**
**Atlanta, Georgia 30309**

an answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this Summons upon you, exclusive of the day of service, unless proof of service of this Complaint is not filed within five (5) business days of such service. Then the time to answer shall not commence until such proof of service has been filed. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

You are required to file your Answer electronically at https://peachcourt.com.

**This 1st day of December, 2023.**

Clerk of Court

Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

# GEORGIA STATE-WIDE BUSINESS COURT

⚖ **EFILED IN OFFICE**
CLERK OF THE GEORGIA
STATE-WIDE BUSINESS COURT

**23-GSBC-0013**
**JUDGE BILL HAMRICK**
**DEC 01, 2023 06:18 PM**

*Angie T. Davis*
Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

CIVIL ACTION NUMBER  23-GSBC-0013

WELLS FARGO BANK, N.A.
WELLS FARGO DELAWARE TRUST
COMPANY, N.A.

---

**PLAINTIFF**

**VS.**

Achenbach, Bruce
Belser, Nancy
Costanza, Andrew
Darrow, Andrew
Grimm, Jay, Jr.
Krakovitz, Robert
Malka, Moshe
Malnik, Leon
Septimus, Barry
SIFEN, PHYLLIS
FLOCK, DEAN

---

**DEFENDANTS**

# GEORGIA STATE-WIDE BUSINESS COURT

**SUMMONS**

TO: ACHENBACH, BRUCE

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Catherine Lucas**
**Duane Morris**
**1075 Peachtree Street**
**Suite 1700**
**Atlanta, Georgia 30309**

an answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this Summons upon you, exclusive of the day of service, unless proof of service of this Complaint is not filed within five (5) business days of such service. Then the time to answer shall not commence until such proof of service has been filed. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

You are required to file your Answer electronically at https://peachcourt.com.

**This 1st day of December, 2023.**

Clerk of Court

Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

# GEORGIA STATE-WIDE BUSINESS COURT

⊕ **EFILED IN OFFICE**
CLERK OF THE GEORGIA
STATE-WIDE BUSINESS COURT
**23-GSBC-0013**
**JUDGE BILL HAMRICK**
**DEC 01, 2023 06:18 PM**

_Angie T. Davis_
Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

CIVIL ACTION NUMBER   23-GSBC-0013

WELLS FARGO BANK, N.A.
WELLS FARGO DELAWARE TRUST
COMPANY, N.A.

_____

**PLAINTIFF**

**VS.**

Achenbach, Bruce
Belser, Nancy
Costanza, Andrew
Darrow, Andrew
Grimm, Jay, Jr.
Krakovitz, Robert
Malka, Moshe
Malnik, Leon
Septimus, Barry
SIFEN, PHYLLIS
FLOCK, DEAN

_____

**DEFENDANTS**

# GEORGIA STATE-WIDE BUSINESS COURT

### SUMMONS

TO: BELSER, NANCY

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Catherine Lucas**
**Duane Morris**
**1075 Peachtree Street**
**Suite 1700**
**Atlanta, Georgia 30309**

an answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this Summons upon you, exclusive of the day of service, unless proof of service of this Complaint is not filed within five (5) business days of such service. Then the time to answer shall not commence until such proof of service has been filed. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

You are required to file your Answer electronically at https://peachcourt.com.

**This 1st day of December, 2023.**

Clerk of Court

Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

# GEORGIA STATE-WIDE BUSINESS COURT

EFILED IN OFFICE
CLERK OF THE GEORGIA
STATE-WIDE BUSINESS COURT
**23-GSBC-0013**
JUDGE BILL HAMRICK
DEC 01, 2023 06:18 PM

*Angie J. Davis*
Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

CIVIL ACTION NUMBER  23-GSBC-0013

WELLS FARGO BANK, N.A.
WELLS FARGO DELAWARE TRUST
COMPANY, N.A.

_____

**PLAINTIFF**

**VS.**

Achenbach, Bruce
Belser, Nancy
Costanza, Andrew
Darrow, Andrew
Grimm, Jay, Jr.
Krakovitz, Robert
Malka, Moshe
Malnik, Leon
Septimus, Barry
SIFEN, PHYLLIS
FLOCK, DEAN

_____

**DEFENDANTS**

## GEORGIA STATE-WIDE BUSINESS COURT

### SUMMONS

TO: FLOCK, DEAN

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Catherine Lucas**
**Duane Morris**
**1075 Peachtree Street**
**Suite 1700**
**Atlanta, Georgia 30309**

an answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this Summons upon you, exclusive of the day of service, unless proof of service of this Complaint is not filed within five (5) business days of such service. Then the time to answer shall not commence until such proof of service has been filed. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

You are required to file your Answer electronically at https://peachcourt.com.

**This 1st day of December, 2023.**

Clerk of Court

Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

# GEORGIA STATE-WIDE BUSINESS COURT

EFILED IN OFFICE
CLERK OF THE GEORGIA
STATE-WIDE BUSINESS COURT
**23-GSBC-0013**
JUDGE BILL HAMRICK
DEC 01, 2023 06:18 PM

*Angie T. Davis*
Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

CIVIL ACTION NUMBER  23-GSBC-0013

WELLS FARGO BANK, N.A.
WELLS FARGO DELAWARE TRUST
COMPANY, N.A.

**PLAINTIFF**

**VS.**

Achenbach, Bruce
Belser, Nancy
Costanza, Andrew
Darrow, Andrew
Grimm, Jay, Jr.
Krakovitz, Robert
Malka, Moshe
Malnik, Leon
Septimus, Barry
SIFEN, PHYLLIS
FLOCK, DEAN

**DEFENDANTS**

# GEORGIA STATE-WIDE BUSINESS COURT

**SUMMONS**

TO: SIFEN, PHYLLIS

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Catherine Lucas**
**Duane Morris**
**1075 Peachtree Street**
**Suite 1700**
**Atlanta, Georgia 30309**

an answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this Summons upon you, exclusive of the day of service, unless proof of service of this Complaint is not filed within five (5) business days of such service. Then the time to answer shall not commence until such proof of service has been filed. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

You are required to file your Answer electronically at https://peachcourt.com.

**This 1st day of December, 2023.**

Clerk of Court

_Angie T. Davis_

Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

# GEORGIA STATE-WIDE BUSINESS COURT

⏚ EFILED IN OFFICE
CLERK OF THE GEORGIA
STATE-WIDE BUSINESS COURT

**23-GSBC-0013**
**JUDGE BILL HAMRICK**
**DEC 01, 2023 06:18 PM**

Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

CIVIL ACTION NUMBER  <u>23-GSBC-0013</u>

WELLS FARGO BANK, N.A.
WELLS FARGO DELAWARE TRUST
COMPANY, N.A.

_____

**PLAINTIFF**

**VS.**

Achenbach, Bruce
Belser, Nancy
Costanza, Andrew
Darrow, Andrew
Grimm, Jay, Jr.
Krakovitz, Robert
Malka, Moshe
Malnik, Leon
Septimus, Barry
SIFEN, PHYLLIS
FLOCK, DEAN

_____

**DEFENDANTS**

## GEORGIA STATE-WIDE BUSINESS COURT

**SUMMONS**

TO: SEPTIMUS, BARRY

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Catherine Lucas**
**Duane Morris**
**1075 Peachtree Street**
**Suite 1700**
**Atlanta, Georgia 30309**

an answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this Summons upon you, exclusive of the day of service, unless proof of service of this Complaint is not filed within five (5) business days of such service. Then the time to answer shall not commence until such proof of service has been filed. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

You are required to file your Answer electronically at https://peachcourt.com.

**This 1st day of December, 2023.**

Clerk of Court

_____

Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

# GEORGIA STATE-WIDE BUSINESS COURT

🔔 **EFILED IN OFFICE**
CLERK OF THE GEORGIA
STATE-WIDE BUSINESS COURT

**23-GSBC-0013**
**JUDGE BILL HAMRICK**
**DEC 01, 2023 06:18 PM**

*Angie T. Davis*
Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

CIVIL ACTION NUMBER  <u>23-GSBC-0013</u>

WELLS FARGO BANK, N.A.
WELLS FARGO DELAWARE TRUST
COMPANY, N.A.

**PLAINTIFF**

**VS.**

Achenbach, Bruce
Belser, Nancy
Costanza, Andrew
Darrow, Andrew
Grimm, Jay, Jr.
Krakovitz, Robert
Malka, Moshe
Malnik, Leon
Septimus, Barry
SIFEN, PHYLLIS
FLOCK, DEAN

**DEFENDANTS**

# GEORGIA STATE-WIDE BUSINESS COURT

### SUMMONS

TO: COSTANZA, ANDREW

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Catherine Lucas**
**Duane Morris**
**1075 Peachtree Street**
**Suite 1700**
**Atlanta, Georgia 30309**

an answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this Summons upon you, exclusive of the day of service, unless proof of service of this Complaint is not filed within five (5) business days of such service. Then the time to answer shall not commence until such proof of service has been filed. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

You are required to file your Answer electronically at https://peachcourt.com.

**This 1st day of December, 2023.**

Clerk of Court

Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

# GEORGIA STATE-WIDE BUSINESS COURT

EFILED IN OFFICE
CLERK OF THE GEORGIA
STATE-WIDE BUSINESS COURT
**23-GSBC-0013**
JUDGE BILL HAMRICK
DEC 01, 2023 06:18 PM

Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

CIVIL ACTION NUMBER  23-GSBC-0013

WELLS FARGO BANK, N.A.
WELLS FARGO DELAWARE TRUST
COMPANY, N.A.

_____

**PLAINTIFF**

**VS.**

Achenbach, Bruce
Belser, Nancy
Costanza, Andrew
Darrow, Andrew
Grimm, Jay, Jr.
Krakovitz, Robert
Malka, Moshe
Malnik, Leon
Septimus, Barry
SIFEN, PHYLLIS
FLOCK, DEAN

_____

**DEFENDANTS**

# GEORGIA STATE-WIDE BUSINESS COURT

### SUMMONS

TO: MALNIK, LEON

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Catherine Lucas**
**Duane Morris**
**1075 Peachtree Street**
**Suite 1700**
**Atlanta, Georgia 30309**

an answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this Summons upon you, exclusive of the day of service, unless proof of service of this Complaint is not filed within five (5) business days of such service. Then the time to answer shall not commence until such proof of service has been filed. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

You are required to file your Answer electronically at https://peachcourt.com.

**This 1st day of December, 2023.**

Clerk of Court

Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

Page 2 of 2