# Exhibit F

✳ EFILED IN OFFICE
CLERK OF THE GEORGIA
STATE-WIDE BUSINESS COURT
**23-GSBC-0013**
JUDGE BILL HAMRICK
DEC 01, 2023 06:18 PM

*Angie T. Davis*
Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

IN THE GEORGIA STATE-WIDE BUSINESS COURT
STATE OF GEORGIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., and WELLS FARGO DELAWARE TRUST COMPANY, N.A., <br><br>     Plaintiffs, <br><br> - against - <br><br> BRUCE ACHENBACH, NANCY BELSER, ANDREW COSTANZA, ANDREW DARROW, DAVID DARROW, JONATHAN DARROW, DEAN FLOCK, JAY GRIMM, JR., ROBERT KRAKOVITZ, MOSHE MALKA, LEON MALNIK, BARRY SEPTIMUS, and PHYLLIS SIFEN, <br><br>     Defendants. | Civil Case No. |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs Wells Fargo Bank, N.A. and Wells Fargo Delaware Trust Company, N.A. ("Plaintiffs"), by and through their attorneys of record and pursuant to Rule 2-2 of the Business Court Rules, file this Certificate of Interested Persons and Corporate Disclosure Statement.

1. The undersigned counsel of record for Plaintiffs certifies that the following is a full and complete list of each party to this action, including a parent corporation or publicly held corporation that owns ten percent or more of the stock of a party:

  A. Plaintiff Wells Fargo Bank, N.A., which is a wholly-owned subsidiary of WFC Holdings, LLC. WFC Holdings, LLC is a wholly-owned subsidiary of Wells Fargo & Company. Wells Fargo & Company is a publicly held corporation (trading symbol: WFC).

  B. Plaintiff Wells Fargo Delaware Trust Company, N.A., which is a wholly-owned subsidiary of Wells Fargo Bank, N.A.

**2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in, or other interest that could be substantially affected by, the outcome of this particular case:**

  A. The Plaintiffs identified in response to Question No. 1, above.

  B. The Defendants, including:

   i. Bruce Achenbach, as Heir of Walter Achenbach;

   ii. Nancy Belser, as Heir of Dana Belser;

   iii. Andrew Constanza, as Heir of Angelo Costanza;

   iv. Andrew Darrow, David Darrow, And Jonathan Darrow, as Heirs of Stanley Darrow;

   v. Dean Flock, as Heir of Henry Flock;

      vi.   Jay Grimm, Jr., as Heir of Jay Grimm;

      vii.   Robert Krakovitz, M.D., as Heir of Sylvia Hankin;

      viii.   Moshe Malka, as Heir of Victor Malka;

      ix.   Leon Malnik, as Heir of Abraham Malnik;

      x.   Barry Septimus, as Heir of Helen Wilkenfeld; and

      xi.   Phyllis Sifen, as Heir of Paul Sifen; and

      xii.   Possibly other heirs and beneficiaries of the alleged Insured decedents identified above.

C.    Liberty One Funding Trust and Liberty Two Funding Trust, Delaware statutory trusts, which are plaintiffs in the related case *Liberty One Funding Trust, et al. v. Bruce Achenbach, et al.*, Georgia State-Wide Business Court, Case No. 23-GSBC-0009, and also respondents in the *Achenbach, et al. v. Liberty One Funding Trust* arbitration before the American Arbitration Association, AAA Case No. 01-23-0004-4523.

**3.    The undersigned further certifies that the following is a full and a complete list of all persons serving as attorneys for the parties in this proceeding:**

A.    Attorneys for Plaintiffs:

Catherine G. Lucas
Georgia Bar No. 567369

-3-

**DUANE MORRIS LLP**
klucas@duanemorris.com
1075 Peachtree Street NE, Ste 1700
Atlanta, Georgia 30309

Terry R. Weiss
Georgia Bar No. 746495
**DUANE MORRIS LLP**
TRWeiss@duanemorris.com
1075 Peachtree Street NE, Ste 1700
Atlanta, Georgia 30309

*Jonathan P. Hersey
jonathan.hersey@klgates.com
*Kennedy M. Myers
Kennedy.loenhorst@klgates.com
**K&L GATES LLP**
1 Park Plaza, 12th Floor
Irvine, CA 92614

*pro hac vice* applications pending

    B.    Attorneys for Defendants:

Gregory J. Star
gstar@cozen.com
Michael J. Miller
mjmiller@cozen.com
Alex H. Hayden
ahayden@cozen.com
Chase A. Howard
chasehoward@cozen.com
Victoria G. Mazzola
vmazzola@cozen.com
**COZEN O'CONNOR**
1650 Market Street, Suite 2800
Philadelphia, PA 19103

Respectfully submitted this 1st day of December, 2023.

        **DUANE MORRIS LLP**
        Attorneys for Plaintiffs

        */s/ Terry R. Weiss*
        Terry R. Weiss
        Georgia Bar No. 746495
        TRWeiss@duanemorris.com
        Catherine G. Lucas
        Georgia Bar No. 567369
        klucas@duanemorris.com
        1075 Peachtree Street NE, Ste 1700
        Atlanta, Georgia 30309

        -and-

        *Jonathan P. Hersey
        jonathan.hersey@klgates.com
        *Kennedy M. Myers
        kennedy.loenhurst@klgates.com
        **K&L GATES LLP**
        1 Park Plaza, 12th Floor
        Irvine, CA 92614

        **pro hac vice* applications pending

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing **PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** upon all parties to this matter by electronically filing a copy of same with the Court's electronic filing system, which will automatically send an electronic copy to all counsel of record.

This 1st day of December, 2023.

                                                              Respectfully Submitted,

                                                              **DUANE MORRIS LLP**

                                                              */s/Catherine G. Lucas*
                                                              Catherine G. Lucas, Esq.
                                                              Ga. Bar No. 567369

**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309-3929
(404) 253-6912 (telephone)
(404) 601-9839 (fax)
klucas@duanemorris.com