# Exhibit H

EFILED IN OFFICE
CLERK OF THE GEORGIA
STATE-WIDE BUSINESS COURT
23-GSBC-0013
JUDGE BILL HAMRICK
DEC 15, 2023 05:29 PM

Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

**IN THE GEORGIA STATE-WIDE BUSINESS COURT**
**STATE OF GEORGIA**

| | |
|---|---|
| WELLS FARGO BANK, N.A. AND WELLS FARGO DELAWARE TRUST COMPANY, N.A.<br><br>Plaintiffs,<br><br>- against -<br><br>BRUCE ACHENBACH, NANCY BELSER, ANDREW COSTANZA, ANDREW DARROW, DAVID DARROW, JONATHAN DARROW, DEAN FLOCK, JAY GRIMM, JR., ROBERT KRAKOVITZ, MOSHE MALKA, LEON MALNIK, BARRY SEPTIMUS, AND PHYLLIS SIFEN<br><br>Defendants. | CIVIL CASE NO. 23-GSBC-0013 |

## ACKNOWLEDGEMENT OF SERVICE

COME NOW Defendants Nancy Belser, Andrew Costanza, Andrew Darrow, David Darrow, Jonathan Darrow, Dean Flock, Jay Grimm, Jr., Robert Krakovitz, Moshe Malka, Leon Malnik, Barry Septimus, and Phyllis Sifen, by and through their counsel of record, and hereby acknowledge service of the Complaint and Summons in this matter, and acknowledge that such service is valid, sufficient, and proper. No further service of process or other process is required as to the listed Defendants.

This 15th day of December 2023.

_____
Saskia Olczak, Esq.

Ga. Bar No. 686983
1230 Peachtree Street NE, Suite 400
Atlanta, GA 30309
Tel. 404-572-2099
Fax 404-572-2199
**COZEN O'CONNOR**

*Attorney for Defendants*

2