# Exhibit I

📧 **EFILED IN OFFICE**
CLERK OF THE GEORGIA
STATE-WIDE BUSINESS COURT
**23-GSBC-0013**
**JUDGE BILL HAMRICK**
DEC 01, 2023 06:18 PM

*Angie T. Davis*
Angie T. Davis, Clerk of Court
Georgia State-wide Business Court



# Georgia State-wide Business Court Case Information Form

**Date Filed** 12-01-2023 (MM-DD-YYYY)   **Case Number** 23-GSBC-0013

**Plaintiff(s)**
- WELLS FARGO BANK, N.A.
- WELLS FARGO DELAWARE TRUST

**Defendant(s)**
- Achenbach, Bruce
- Belser, Nancy
- Costanza, Andrew
- Darrow, Andrew

**Initiating Attorney:** Lucas, Catherine

**Bar Number:** 567369     Self-represented ☐

**Origin of Action:**
- ☑ Direct Filing (O.C.G.A. § 15-5A-4(a)(1))
- ☐ Removed from State or Superior Court by Agreement (O.C.G.A. § 15-5A-4(a)(2))
- ☐ Transferred from State or Superior Court (O.C.G.A. § 15-5A-4(a)(3))

**Type of Court:**
- ☐ State Court
- ☐ Superior Court

**Original Court:**

**Original Case Number:**

**Filing Date of Original Case:**

**Related Business Court Case:** 23-GSBC-0009

**Identify the Venue Selected by the Party/Parties for purposes of pre-trial proceedings and/or trials:** (O.C.G.A. § 15-5A-2(e))

Fulton County Superior Court

**Basis of Court's Jurisdiction:**
Identify all of the following that apply. Refer to O.C.G.A. § 15-5A-3.

- ☑ Georgia Arbitration Code (O.C.G.A. § 15-5A-3(a)(1)(A)(i))
- ☐ Georgia International Commercial Arbitration Code (O.C.G.A. § 15-5A-3(a)(1)(A)(ii))
- ☐ Georgia Trades Secrets Act (O.C.G.A. § 15-5A-3(a)(1)(A)(iii))
- ☐ Georgia Uniform Securities Act (O.C.G.A. § 15-5A-3(a)(1)(A)(iv))
- ☐ Uniform Commercial Code (O.C.G.A. § 15-5A-3(a)(1)(A)(v))
- ☐ Georgia Business Corporations Code (O.C.G.A. § 15-5A-3(a)(1)(A)(vi))
- ☐ Uniform Partnership Act (O.C.G.A. § 15-5A-3(a)(1)(A)(vii))
- ☐ Georgia Revised Uniform Limited Partnership Act (O.C.G.A. § 15-5A-3(a)(1)(A)(viii))
- ☐ Uniform Limited Partnership Act (O.C.G.A. § 15-5A-3(a)(1)(A)(ix))
- ☐ Georgia Limited Liability Company Act (O.C.G.A. § 15-5A-3(a)(1)(A)(x))
- ☐ O.C.G.A. § 15-5A-3(a)(1)(A)(xi) (i.e., claims that relate to the internal affairs of a business, including, but not limited to, the rights or obligations between or among business participants regarding the liability or indemnity of business participants, officers, directors, managers, trustees, or partners)
- ☑ O.C.G.A. § 15-5A-3(a)(1)(A)(xii) (i.e., claims that arise under federal law over which the Georgia State-wide Business Court has concurrent jurisdiction)
- ☐ O.C.G.A. § 15-5A-3(a)(1)(A)(xiii) (i.e., claims involving professional malpractice arising out of a business dispute)
- ☐ O.C.G.A. § 15-5A-3(a)(1)(A)(xiv) (i.e., claims involving a tort between or among two or more business entities or individuals as to their business or investment activities relating to contracts, transactions, or relationships between or among such entities or individuals)
- ☐ O.C.G.A. § 15-5A-3(a)(1)(A)(xv) (i.e., claims for breach of contract, fraud, or misrepresentation between businesses arising out of business transactions or relationships)
- ☐ O.C.G.A. § 15-5A-3(a)(1)(A)(xvi) (i.e., claims arising from e-commerce agreements; technology licensing agreements, including, but not limited to, software and biotechnology license agreements; or any other agreement involving the licensing of any intellectual property right, including, but not limited to, an agreement relating to patent rights)
- ☐ O.C.G.A. § 15-5A-3(a)(1)(A)(xvii) (i.e., claims involving commercial real property

**Identify Primary Jurisdiction:**

O.C.G.A. § 15-5A-3(a)(1)(A)(i)

**Describe the Action:**

Petition to stay arbitration and for declaratory judgment that (1) certain Defendants have not entered into arbitration agreement with Plaintiffs, and (2) the claims asserted by the Defendants in arbitration are time-barred under O.C.G.A. § 9-9-5.

**Is equitable relief requested?**
(O.C.G.A. § 15-5A-3(a)(1)(A))
☑ Yes ☐ No

If so, describe the nature of the equitable relief requested.

Declaration that (1) certain Defendants have not entered into an arbitration agreement with Plaintiffs,. and (2) the claims asserted by the Defendants in the arbitration are time-barred under O.C.G.A. § 9-9-5.

**Are money damages sought?**
☐ Yes ☑ No

☐ I attest that the amount sought is at least $500,000.
☐ I attest that the amount sought is at least $1,000,000.

**Does the complaint seek summary or expedited proceedings?**
☐ Yes ☑ No

**Do the pleadings assert claims arising under the Court's supplemental jurisdiction?**
☐ Yes ☑ No

If so, describe the supplemental jurisdiction.

**Does the complaint seek certification/designation as class or mass action?**
☐ Yes ☑ No

**Does the complaint include a jury demand?**
☐ Yes ☑ No

If so, describe the nature of the jury demand requested.

**Filing Requirements**
[✔]  *I acknowledge that I have read and complied with the eFiling registration and filing requirements defined by the Georgia State-wide Business Court.*

**Redaction of Personal or Confidential Information**
[✔]  *I hereby certify that this filing, including attachments and exhibits, satisfies the requirements for redaction of personal or confidential information in [O.C.G.A. § 9-11-7.1](O.C.G.A. § 9-11-7.1).*

---

*The information contained herein is for use by the Court for statistical and administrative purposes only. Nothing herein shall be deemed an admission by or binding upon any party.*