# Exhibit J

⚖ EFILED IN OFFICE
CLERK OF THE GEORGIA
STATE-WIDE BUSINESS COURT
**23-GSBC-0013**
JUDGE BILL HAMRICK
DEC 01, 2023 06:18 PM

*Angie J. Davis*
Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

## IN THE GEORGIA STATE-WIDE BUSINESS COURT
## STATE OF GEORGIA

WELLS FARGO BANK, N.A., WELLS FARGO
DELAWARE TRUST CO., N.A.,
COMPUTERSHARE TRUST CO., N.A. and
COMPUTERSHARE DELAWARE TRUST CO.

                      Plaintiffs,

        - against -

BRUCE ACHENBACH, NANCY BELSER,
ANDREW COSTANZA, ANDREW DARROW,
DAVID DARROW, JONATHAN DARROW, JAY
GRIMM, JR., ROBERT KRAKOVITZ, MOSHE
MALKA, LEON MALNIK, BARRY SEPTIMUS,
and PHYLLIS SIFEN

                     Defendants.

**CIVIL CASE NO.**

## VERIFIED APPLICATION FOR *PRO HAC VICE* ADMISSION

Pursuant to Georgia Business Court Rule 4-4, I, Jonathan P. Hersey (Applicant), hereby applies to this Honorable Court for admission to practice in the above-styled case *pro hac vice*.  In support of this application, Applicant states as follows:

1.     I reside at:

       13092 Tamarisk Drive
       Santa Ana, CA 92705

2.     My business address is:

       K&L Gates LLP

1 Park Plaza, 12th Floor
Irvine, CA 92614
Phone: 949-623-3570
Email: jonathan.hersey@klgates.com

3.  I have been retained to represent the following clients:

Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94104

Wells Fargo Delaware Trust Company, N.A.
919 Market Street, Suite 1600
Wilmington, DE 19801

4.  I am a member in good standing of the following jurisdictions:

Jurisdiction: California
Date admitted: June 9, 1997
Current Status: Active
Bar/Registration No.: 189240

5.  I have never been a member of the State Bar of Georgia.

6.  I have never been denied *pro hac vice* admission in Georgia.

7.  I have never had *pro hac vice* admission revoked in Georgia.

8.  I have never been sanctioned or formally disciplined by a court in Georgia.

9.  I have never been the subject of any formal disciplinary proceedings.

10. I have never been formally held in contempt, or otherwise sanctioned by a court in a written order, for disobedience to its rules or orders.

11. In the past two years I have not filed for *pro hac vice* admission in Georgia.

12. I have reviewed and am familiar with the Georgia Rules of Professional Conduct and all court rules relevant to practice before the court in which I am seeking admission.

13.   My local sponsor is:

Terry R. Weiss
Bar Number: 746495
Duane Morris LLP
1075 Peachtree St. NE, Suite 1700
Atlanta, Georgia 30309
Phone: 404-253-6909
Email: TRWeiss@duanemorris.com

I, Jonathan P. Hersey, applicant in the foregoing Verified Application for *Pro*

*Hac Vice* Admission, hereby verify the facts contained herein are true and accurate

to the best of my knowledge.

This ___30th___ day of November, 2023.

_____
**Jonathan P. Hersey**
**Applicant**

**Sworn before me this _____ day of November, 2023**

← Please
see
attached.
-SF

_____
**Notary Public**

**My commission expires _____**

3

## <u>CERTIFICATE OF SERVICE</u>

I am initiating this litigation and do not know who opposing counsel(s) is at this time. I will serve copy of the foregoing Verified Application for *Pro Hac Vice* Admission on opposing counsel as soon as possible and will notify the Office of the General Counsel of the same.

*/s/ Terry R. Weiss*
Terry R. Weiss
Bar Number: 746495

**Duane Morris LLP**
1075 Peachtree St. NE, Suite 1700
Atlanta, Georgia 30309
Phone: 404-253-6912
Email: TRWeiss@duanemorris.com

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**       GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____

_____        _____
*Signature of Document Signer No. 1*        *Signature of Document Signer No. 2 (if any)*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Orange_

Subscribed and sworn to (or affirmed) before me

on this _30_ day of _November_, 20_23_
       *Date*     *Month*     *Year*
by

(1) _Jonathan Hersey_

(and (2)_____ ),
           *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature _____
           *Signature of Notary Public*

```
SOFIA FAROOQUEE
Notary Public - California
Orange County
Commission # 2314976
My Comm. Expires Dec 9, 2023
```

*Seal*
*Place Notary Seal Above*

─────────────── OPTIONAL ───────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Verified Application for_  Document Date: _11/30/2023_     Pro Hac Vice Application - Jonathan P. Hersey
Number of Pages: _4_  Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

⚖ **EFILED IN OFFICE**
CLERK OF THE GEORGIA
STATE-WIDE BUSINESS COURT
**23-GSBC-0013**
**JUDGE BILL HAMRICK**
DEC 01, 2023 06:18 PM

*Angie T. Davis*
Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

## IN THE GEORGIA STATE-WIDE BUSINESS COURT
## STATE OF GEORGIA

WELLS FARGO BANK, N.A., WELLS FARGO
DELAWARE TRUST CO., N.A.,
COMPUTERSHARE TRUST CO., N.A. and
COMPUTERSHARE DELAWARE TRUST CO.

Plaintiffs,

- against -

BRUCE ACHENBACH, NANCY BELSER,
ANDREW COSTANZA, ANDREW DARROW,
DAVID DARROW, JONATHAN DARROW, JAY
GRIMM, JR., ROBERT KRAKOVITZ, MOSHE
MALKA, LEON MALNIK, BARRY SEPTIMUS,
and PHYLLIS SIFEN

Defendants.

**CIVIL CASE NO.**

## VERIFIED APPLICATION FOR *PRO HAC VICE* ADMISSION

Pursuant to Georgia Business Court Rule 4-4, I, Kennedy M. Myers (Applicant), hereby applies to this Honorable Court for admission to practice in the above-styled case *pro hac vice*. In support of this application, Applicant states as follows:

1. I reside at:

   32393 Old Sage Drive
   San Juan Capistrano, CA 92675

2. My business address is:

   K&L Gates LLP

1 Park Plaza, 12th Floor
Irvine, CA 92614
Phone: 949-623-3614
Email: kennedy.loenhorst@klgates.com

3.   I have been retained to represent the following clients:

Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94104

Wells Fargo Delaware Trust Company, N.A.
919 Market Street, Suite 1600
Wilmington, DE 19801

4.   I am a member in good standing of the following jurisdictions:

Jurisdiction: California
Date admitted: December 9, 2021
Current Status: Active
Bar/Registration No.: 343152

5.   I have never been a member of the State Bar of Georgia.

6.   I have never been denied *pro hac vice* admission in Georgia.

7.   I have never had *pro hac vice* admission revoked in Georgia.

8.   I have never been sanctioned or formally disciplined by a court in Georgia.

9.   I have never been the subject of any formal disciplinary proceedings.

10.   I have never been formally held in contempt, or otherwise sanctioned by a court in a written order, for disobedience to its rules or orders.

11.   In the past two years I have not filed for *pro hac vice* admission in Georgia.

12.   I have reviewed and am familiar with the Georgia Rules of Professional Conduct and all court rules relevant to practice before the court in which I am seeking admission.

2

13.     My local sponsor is:

>       Terry R. Weiss
>       Bar Number: 746495
>       Duane Morris LLP
>       1075 Peachtree St. NE, Suite 1700
>       Atlanta, Georgia 30309
>       Phone: 404-253-6909
>       Email: TRWeiss@duanemorris.com

I, Kennedy M. Myers, applicant in the foregoing Verified Application for *Pro Hac Vice* Admission, hereby verify the facts contained herein are true and accurate to the best of my knowledge.

This ___30___ day of November, 2023.

_____
**Kennedy M. Myers**
**Applicant**

**Sworn before me this _____ day of November, 2023**

_____
**Notary Public**

**My commission expires _____**

*Please see attached. -SF*

3

## <u>CERTIFICATE OF SERVICE</u>

I am initiating this litigation and do not know who opposing counsel(s) is at this time.  I will serve copy of the foregoing Verified Application for *Pro Hac Vice* Admission on opposing counsel as soon as possible and will notify the Office of the General Counsel of the same.

/s/ *Terry R. Weiss*
Terry R. Weiss
Bar Number: 746495

**Duane Morris LLP**
1075 Peachtree St. NE, Suite 1700
Atlanta, Georgia 30309
Phone: 404-253-6912
Email: TRWeiss@duanemorris.com

4

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          **GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1 _____

2 _____

3 _____

4 _____

5 _____

6 _____        _____
      *Signature of Document Signer No. 1*          *Signature of Document Signer No. 2 (if any)*

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

State of California
County of _Orange_____

SOFIA FAROOQUEE
Notary Public - California
Orange County
Commission # 2314976
My Comm. Expires Dec 9, 2023

Subscribed and sworn to (or affirmed) before me

on this __30__ day of __November__, 20_23_,
        *Date*        *Month*    *Year*

by

(1)_Kennedy Myers_____

(and (2)_____),
                *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature _Sofia Farooquee_____
             *Signature of Notary Public*

        *Seal*
    *Place Notary Seal Above*

―――――――――――――― *OPTIONAL* ――――――――――――――
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Verified Application for_ Pro Hac Vice – Kennedy M. Myers_ Document Date: _11/30/2023_
Number of Pages: _4_ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

EFILED IN OFFICE
CLERK OF THE GEORGIA
STATE-WIDE BUSINESS COURT
**23-GSBC-0013**
**JUDGE BILL HAMRICK**
**DEC 08, 2023 07:34 PM**

*Angie T. Davis*

Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

# IN THE GEORGIA STATE-WIDE BUSINESS COURT

|  |  |
|---|---|
| WELLS FARGO BANK, N.A. and WELLS FARGO DELAWARE TRUST COMPANY, N.A., | |
| Plaintiffs, | Case No. 23-GSBC-0013 |
| v. | |
| BRUCE ACHENBACH, NANCY BELSER, ANDREW COSTANZA, ANDREW DARROW, DEAN FLOCK, JAY GRIMM, JR., ROBERT KRAKOVITZ, MOSHE MALKA, LEON MALNIK, BARRY SEPTIMUS, and PHYLLIS SIFEN, | |
| Defendants. | |

## ORDER GRANTING VERIFIED APPLICATION FOR PRO HAC VICE ADMISSION OF KENNEDY M. MYERS

The above-styled action is before the Court on the Verified Application for Pro Hac Vice Admission of Kennedy M. Myers (the "Application"), wherein Ms. Myers seeks admission pro hac vice to participate in this litigation as counsel for Plaintiffs Wells Fargo Bank, N.A., and Wells Fargo Delaware Trust Company, N.A. (collectively, "Plaintiffs"). The averments in the foregoing Application satisfy

the requirements of Business Court Rule 4-4.   Accordingly, the Application is

**GRANTED**, and it is hereby **ORDERED** that Kennedy M. Myers is admitted pro

hac vice in this matter as counsel for Plaintiffs.

IT IS SO ORDERED this __7th__ day of December, 2023.


_____
HON. WILLIAM "BILL" GRADY HAMRICK, III
Georgia State-wide Business Court Judge

*Wells Fargo Bank, N.A., et al. v. Achenbach, et al. (23-GSBC-0013)*
*Order Granting Verified Application for*
*Pro Hac Vice Admission of Kennedy M. Myers*

*Copies to*:[1]

**Terry R. Weiss**
trweiss@duanemorris.com

**Catherine G. Lucas**
klucas@duanemorris.com

DUANE MORRIS LLP
1075 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6912

**Jonathan P. Hersey** (admitted *pro hac vice*)
jonathan.hersey@klgates.com

**Kennedy M. Myers** (admitted *pro hac vice*)
kennedy.loenhorst@klgates.com

K&L GATES LLP
1 Park Plaza, Twelfth Floor
Irvine, California 92614
Telephone: (949) 253-0900

*Counsel for Plaintiffs*

*Wells Fargo Bank, N.A., et al. v. Achenbach, et al. (23-GSBC-0013)*
*Order Granting Verified Application for*
*Pro Hac Vice Admission of Kennedy M. Myers*

---

[1] Plaintiffs are directed to serve a copy of this order on the named Defendants (or their counsel if formally represented in connection with this action) in accordance with Georgia law.

⚜ EFILED IN OFFICE
CLERK OF THE GEORGIA
STATE-WIDE BUSINESS COURT
**23-GSBC-0013**
JUDGE BILL HAMRICK
DEC 08, 2023 07:34 PM

*Angie T. Davis*
Angie T. Davis, Clerk of Court
Georgia State-wide Business Court

## IN THE GEORGIA STATE-WIDE BUSINESS COURT

| | |
|---|---|
| WELLS FARGO BANK, N.A. and WELLS FARGO DELAWARE TRUST COMPANY, N.A., | |
| Plaintiffs, | Case No. 23-GSBC-0013 |
| v. | |
| BRUCE ACHENBACH, NANCY BELSER, ANDREW COSTANZA, ANDREW DARROW, DEAN FLOCK, JAY GRIMM, JR., ROBERT KRAKOVITZ, MOSHE MALKA, LEON MALNIK, BARRY SEPTIMUS, and PHYLLIS SIFEN, | |
| Defendants. | |

## ORDER GRANTING VERIFIED APPLICATION FOR PRO HAC VICE ADMISSION OF JONATHAN P. HERSEY

The above-styled action is before the Court on the Verified Application for Pro Hac Vice Admission of Jonathan P. Hersey (the "Application"), wherein Mr. Hersey seeks admission pro hac vice to participate in this litigation as counsel for Plaintiffs Wells Fargo Bank, N.A., and Wells Fargo Delaware Trust Company, N.A. (collectively, "Plaintiffs"). The averments in the foregoing Application satisfy

the requirements of Business Court Rule 4-4.   Accordingly, the Application is

**GRANTED**, and it is hereby **ORDERED** that Jonathan P. Hersey is admitted pro

hac vice in this matter as counsel for Plaintiffs.

      IT IS SO ORDERED this _7th_ day of December, 2023.


                                    _____

                                    HON. WILLIAM "BILL" GRADY HAMRICK, III
                                    Georgia State-wide Business Court Judge


*Wells Fargo Bank, N.A., et al. v. Achenbach, et al. (23-GSBC-0013)*
*Order Granting Verified Application for*
*Pro Hac Vice Admission of Jonathan P. Hersey*

*Copies to*:[1]

**Terry R. Weiss**
trweiss@duanemorris.com

**Catherine G. Lucas**
klucas@duanemorris.com

DUANE MORRIS LLP
1075 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6912


**Jonathan P. Hersey** (admitted *pro hac vice*)
jonathan.hersey@klgates.com

**Kennedy M. Myers** (admitted *pro hac vice*)
kennedy.loenhorst@klgates.com

K&L GATES LLP
1 Park Plaza, Twelfth Floor
Irvine, California 92614
Telephone: (949) 253-0900

*Counsel for Plaintiffs*


*Wells Fargo Bank, N.A., et al. v. Achenbach, et al. (23-GSBC-0013)*
*Order Granting Verified Application for*
*Pro Hac Vice Admission of Jonathan P. Hersey*

---

[1] Plaintiffs are directed to serve a copy of this order on the named Defendants (or their counsel if formally represented in connection with this action) in accordance with Georgia law.

3