# EXHIBIT D

# Medline Patents -Patent info: www.medline.com/patents

Posted: 23 Aug 2023

This is a listing of patent and patent information for select products. This is not a complete listing of Patents for products carried by Medline Industries Inc. Some products may have patent information marked directly on the product or on the product and may not be listed on this website. Please contact Medline with any questions. Medline reserves the right to correct any errors.

Product: Adult Incontinence Briefs

| Reference Number - | Patent Nos.: |
|---|---|
| FITBASICMD | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITBASICMDZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITBASICMD-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITBASICRG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITBASICRGZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITBASICRG-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITBASICLG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITBASICLGZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITBASICLG-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITBASICXLG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITBASICXLGZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITBASICXLG-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITBASICXXL | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITBASICXXLZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITBASICXXL-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITEXTRASM | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITEXTRASMZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITEXTRASM-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITEXTRAMD | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITEXTRAMDZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITEXTRAMD-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITEXTRARG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITEXTRARGZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITEXTRARG-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITEXTRALG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITEXTRALG-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITEXTRALGZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITEXTRAXLG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITEXTRAXLGZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITEXTRAXLG-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITEXTRAXXL | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITEXTRAXXLZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITEXTRAXXL-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITPLUSMD | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITPLUSMDZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITPLUSMD-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITPLUSRG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITPLUSRGZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITPLUSRG-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITPLUSLG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |

| | |
|---|---|
| FITPLUSLGZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITPLUSLG-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITPLUSXLG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITPLUSXLG-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITPLUSXLGZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITPLUSXXL | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITPLUSXXL-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITPLUSXXLZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITULTRASM | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITULTRASMZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITULTRASM-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITULTRAMD | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITULTRAMDZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITULTRAMD-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITULTRARG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITULTRARGZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITULTRARG-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITULTRALG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITULTRALGZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITULTRALG-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITULTRAXLG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITULTRAXLGZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITULTRAXLG-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITULTRAXXL | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITULTRAXXLZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITULTRAXXL-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITRESTOREMD | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITRESTOREMDZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITRESTOREMD2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITRESTORERG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITRESTORERGZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITRESTORERG2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITRESTORELG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITRESTORELGZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITRESTORELG2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITRESTOREXLG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITRESTORXLGZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITRESTOREXL2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITRESTOREXXL | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITRESTORXXLZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITRESTOREXX2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FRP300 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FRP300Z | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FRP300-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FRP400 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FRP400-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FRP500 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FRP500Z | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FRP500-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FRP600 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |

| Model | Patents |
|---|---|
| FRP600Z | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FRP600-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FRP700 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FRP700-2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| MSC100MD | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| MSC100MDZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| MSC100RG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| MSC100LG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| MSC100LGZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| MSC100XLG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| MSC100XLGZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| MSC100XXL | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| MSC202SM | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| MSC202MD | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| MSC202LG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| MSC202XLG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| MSC202XLGZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| MSC202XXL | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| MSC202XXLZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| MSC404MD | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| MSC404LG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| MSC404XLG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| MSC404XLGZ | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| UNIMD | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| UNIRG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| UNILG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| UNIXLG | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| UNIXXL | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| INSBB80-S | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| INSBB100-M | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| INSBB100-L | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| INSBB100-XL | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| INSBB100-XXL | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FRE300PAL | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FRE500PAL | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITSTRETCHU1 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITSTRETCHU1Z | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITSTRETCHU2 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITSTRETCHU2Z | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITSTRETCHU3 | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |
| FITSTRETCHU3Z | Patent Pending, U.S. 8,152,788, 8,708,990, 8,771,249, 8,784,398, 9,439,811, 9,757,283 |

Product: CATHETER TRAYS – ERASE CAUTI

Patent Nos.:
US8,631,935  US8,678,190  US8,448,786   US8,746,452   US9,283,352   US9,522,753   US9,745,088   US 10,251,812  US11,661,219, US11,661,220, US11,684,347 and may include others as well as other Patents Pending.

Reference Numbers for ERASE CAUTI Kits covered by the above patents:

DYND160100
DYND160100
DYND160114
DYND160116
DYND160116B
DYND160116C
DYND160118
DYND160200
DYND160214
DYND160216
DYND160216B
DYND160216S
DYND160218
DYND160218S
DYND160414
DYND160416
DYND160418
DYND160514
DYND160516
DYND160516S
DYND160518
DYND160518S
DYND160714
DYND160716
DYND160716C
DYND160718
DYND160806
DYND160808
DYND160808T
DYND160810
DYND160810T
DYND160812
DYND160814
DYND160814S
DYND160814T
DYND160814TS
DYND160816

DYND1608
DYND1608
DYND1608
DYND1608
DYND1608
DYND1608
DYNDP160
DYNDP160
DYNDP160
DYNDP160
DYNDP160
DYNDP160
DYNDP160
DYNDP160
DYNDT104
DYNDT104
DYNDT106
DYNDT107
DYNDT107
DYNDT107
DYNDT107
DYNDT107
DYNDT107
DYNDT107
DYNDT108
DYNDT108
DYNDT108
DYNDT108
DYNDT109
DYNDT109

Product: Wound Assessment Tool – NE1

| Reference Number - | Patent Nos.: | |
| --- | --- | --- |
| MSCNE1TOOL | U.S. 8,276,287, U.S. 8,505,209 | Other Patents Pending |
| MSCNE1TOOLPK | U.S. 8,276,287, U.S. 8,505,209 | Other Patents Pending |

Product: DVT Sleeve

| Reference Number - | Patent Nos.: |
| --- | --- |
| MDS601PD | Patent Pending |
| MDS601MD | Patent Pending |
| MDS601LD | Patent Pending |
| MDS601BD | Patent Pending |
| MDS630SD | Patent Pending |
| MDS630MD | Patent Pending |
| MDS630LD | Patent Pending |

MDS630BD           Patent Pending

Product: Disposable Under pads (Ultrasorbs and Extrasorbs)

Reference Number -     Patent Nos.:

EXTSB3036A350      Patent Pending, U.S. 8,791,321, EP2,444,039
DRYHE3136          Patent Pending, U.S. 8,791,321, EP2,444,039
MSC282350          Patent Pending, U.S. 8,791,321, EP2,444,039
USAP3136ES         Patent Pending, U.S. 8,791,321, EP2,444,039
USAP2436ES         Patent Pending, U.S. 8,791,321, EP2,444,039
USAP3157US         Patent Pending, U.S. 8,791,321, EP2,444,039
USAP3136US         Patent Pending, U.S. 8,791,321, EP2,444,039
USAP3136ESLP       Patent Pending, U.S. 8,791,321, EP2,444,039
USAP3136ESLPV      Patent Pending, U.S. 8,791,321, EP2,444,039
USAP3136ESV        Patent Pending, U.S. 8,791,321, EP2,444,039
MSC282090ESLP      Patent Pending, U.S. 8,791,321, EP2,444,039

Product: CDS Box

Reference Number -     Patent Nos.:

104292             Patented and Patent Pending
104293             Patented and Patent Pending
101344             Patented and Patent Pending
96855              Patented and Patent Pending
104294             Patented and Patent Pending
96857              Patented and Patent Pending
104291             Patented and Patent Pending

Product: Crutch Grip, Crutch Assembly

Reference Number – Patent Numbers

MDS80540           Patent Pending, 10,278,886
MDS80540H          Patent Pending, 10,278,886
MDS80540-8         Patent Pending, 10,278,886
MDS80543KD         Patent Pending, 10,278,886
MDS80543KDH        Patent Pending, 10,278,886
G90-214-8          Patent Pending, 10,278,886
G90-214-8H         Patent Pending, 10,278,886
G91-214-8          Patent Pending, 10,278,886
G91-214-8H         Patent Pending, 10,278,886
G92-214-8          Patent Pending, 10,278,886
G92-214-8H         Patent Pending, 10,278,886
WRX276734          Patent Pending, 10,278,886

This is a listing of patent and patent information for select products.  This is not a complete listing of Patents for products carried by Medline Industries Inc.  Some products may have patent information marked directly on the product or on the product and may not be listed on this website.  Medline reserves the right to correct any errors.