# EXHIBIT F

Case No. IPR2019-00223
Patent No. 9,808,596

## UNITED STATES PATENT AND TRADEMARK OFFICE

———————————

## BEFORE THE PATENT TRIAL AND APPEAL BOARD

———————————

C.R. BARD, INC.,

Petitioner

v.

MEDLINE INDUSTRIES, LP,

Patent Owner

Case No. IPR2019-00223
Patent No. 9,808,596

———————————————————————————————————

## MEDLINE INDUSTRIES, LP'S UPDATED MANDATORY NOTICES PURSUANT TO 37 C.F.R. § 42.8(a)(2)

Mail Stop PATENT BOARD
Patent Trial and Appeal Board
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, Virginia 22313-1450

1

Case No. IPR2019-00223
Patent No. 9,808,596

Patent Owner Medline Industries, LP ("Medline"), hereby submits the following updated mandatory notices for the above-captioned proceeding to update its counsel of record.

## I.   37 C.F.R. § 42.8(b)(1) – REAL PARTY-IN-INTEREST

On September 7, 2021, patent owner Medline Industries, Inc. converted under Section 205 of the Illinois Entity Omnibus Act to Medline Industries, LP. Accordingly, the real party-in-interest is Medline Industries, LP.

## II.   37 C.F.R. § 42.8(b)(2) – RELATED MATTERS

The '596 patent is asserted in a proceeding pending before the U.S. District Court for the Northern District of Illinois: *Medline Industries, Inc. v. C.R. Bard, Inc.*, 1:17-cv-07216 (N.D. Ill.).

U.S. Patent Application No. 16/986,803 is a continuation application claiming priority to the '596 patent and is currently under examination at the Patent Office.

U.S. Patent Application Nos. 16/258,231; 16/688,185; 16/833,575; 16/944,667; 17/180,680; 16/721,718; 17/372,149; 17/483,608; 17/483,610 and 63/247,733 are related applications that are currently under examination at the Patent Office. These applications share similar disclosures and in at least some instances similar claim language with the '596 patent claims challenged in this *inter partes* review proceeding.

Petitioner has filed several other Petitions for *Inter Partes* Review (IPR) of

2

Case No. IPR2019-00223
Patent No. 9,808,596

patents that are related to the '596 patent. On October 4, 2018, Petitioner filed two

Petitions challenging claims of U.S. Patent No. 9,745,088, which have been assigned

as IPR2019-00035 and IPR2019-00036.  On October 24, 2018, Petitioner filed a

Petition challenging claims of U.S. Patent No. 9,795,761, which has been assigned

as IPR2019-00109. Finally, on November 7, 2018, Petitioner filed a Petition

challenging claims of U.S. Patent No. 9,808,400, which has been assigned as

IPR20196-00208.  These patents share similar disclosures with the '596 patent and

the claims challenged in those proceedings are similar to the claims challenged in

this IPR proceeding.

Patent Owner is not aware of any other judicial or administrative matters that

would affect, or be affected by, a decision in this proceeding.

## III.    37 C.F.R. § 42.8(b)(3) – LEAD AND BACKUP COUNSEL

The Patent Owner identifies lead and back-up counsel in this matter as

follows:

The lead counsel for Medline is:

> Jeffrey P. Kushan
> Reg. No. 43,401
> Sidley Austin LLP
> 1501 K Street, N.W.
> Washington, DC 20005
> Tel: (202) 736-8914
> Fax: (202) 736-8711
> E-mail: jkushan@sidley.com

Case No. IPR2019-00223
Patent No. 9,808,596

The backup counsel for Medline is:

Nathaniel C. Love
*Pro Hac Vice* to be filed
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
Tel: (312) 853-7804
Fax: (312) 853-7036
E-mail: nlove@sidley.com

Courtney E. Cronin
Reg. No. 76,847
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
Tel: (312) 853-7230
Fax: (312) 853-7036
Email: courtney.cronin@sidley.com

## IV.   37 C.F.R. § 42.8(b)(4) – SERVICE INFORMATION

Please address all correspondence to the lead and back-up counsel as shown above. Patent Owner hereby consents to electronic service by email at SidleyMedlineBard@sidley.com.

Respectfully submitted,

Sidley Austin LLP

Date:  October 1, 2021          By:   /Jeffrey P. Kushan/
                                      Jeffrey P. Kushan
                                      Reg. No. 43,401
                                      Counsel for Patent Owner
                                      4

Case No. IPR2019-00223
Patent No. 9,808,596

Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8914
Fax: (202) 736-8711

Case No. IPR2019-00223
Patent No. 9,808,596

## CERTIFICATION OF SERVICE
## UNDER 37 C.F.R. §§ 42.6(e), 42.105(a)

I, Jeffrey P. Kushan, hereby certify that on October 1, 2021, the foregoing

**PATENT OWNER MEDLINE INDUSTRIES, LP'S UPDATED**

**MANDATORY NOTICES PURSUANT TO 37 C.F.R. § 42.8(a)(2)** was served

electronically via email on the following counsel of record for Petitioner:

Mehran Arjomand
marjomand@mofo.com
Morrison & Foerster LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017-3543

Nicole Smith
nmsmith@jonesday.com
Jones Day
555 S. Flower Street, 50th Floor
Los Angeles, California 90071

48010-Medline@mofo.com

Date: October 1, 2021       BY:   /Jeffrey P. Kushan/
                                    Jeffrey P. Kushan
                                    Reg. No. 43,401
                                    Counsel for Patent Owner
                                    Sidley Austin LLP
                                    1501 K Street, N.W.
                                    Washington, DC 20005
                                    Tel: (202) 736-8914
                                    Fax: (202) 736-8711