# EXHIBIT G



| | |
|---|---|
| Document title: | Surestep™ Foley Tray \| BD |
| Capture URL: | https://www.bd.com/en-us/products-and-solutions/products/product-families/surestep--foley-tray |
| Page loaded at (UTC): | Mon, 25 Sep 2023 17:13:42 GMT |
| Capture timestamp (UTC): | Mon, 25 Sep 2023 17:15:05 GMT |
| Capture tool: | 10.30.0 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | niUEo7h5KNSCMk4A6YaC4N |
| User: | lw-phiggins |

PDF REFERENCE #:        vzCbcZDATD63efccE4pwed



Products   Solutions   Knowledge Center   Support   About BD



← Products

# Surestep™ Foley Tray

Contact Us →

**Overview** | Products & Accessories | EIFU & Resources

## Overview

The Surestep™ Foley Tray was designed to help provide a consistent step-by-step process to guide the clinician through the Foley insertion process by displaying the recommended steps directly on the tray. Starting with patient preparation all the way to catheter insertion and maintenance.

Remember the ABC's of catheter insertion:

A. Always clean the patients

B. Be sure to use aseptic technique

C. Care and maintenance

## Reference

*The Foley catheters included in the Bardex™ I.C. System contain Bacti-Guard™ silver alloy coating licensed from Bactiguard AB. Bacti-Guard is a registered trademark of Bactiguard AB.

Specifications subject to change without notice.

For the latest information, always check the "Instructions for Use" that comes packaged with the product. If you are a consumer seeking more information, please consult your healthcare provider.

BD-50278





## Overview

Overview

The Surestep™ Foley Tray was designed to help provide a consistent step-by step process to guide the clinician through the Foley insertion process by displaying the recommended steps directly on the tray. Starting with patient preparation all the way to catheter insertion and maintenance.

Remember the ABC's of catheter insertion:

A. Always clean the patients

B. Be sure to use aseptic technique

C. Care and maintenance

Reference

*The Foley catheters included in the Bardex™ I.C. System contain Bacti-Guard™ silver alloy coating licensed from Bactiguard AB. Bacti-Guard is a registered trademark of Bactiguard AB.

Specifications subject to change without notice.

For the latest information, always check the "Instructions for Use" that comes packaged with the product. If you are a consumer seeking more information, please consult your healthcare provider.

BD-50278

