# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MEDLINE INDUSTRIES, LP, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) ) ) |
| C.R. BARD, INC., | ) ) |
|       Defendant. | ) ) ) |

Civil Action No. _____

## PLAINTIFF MEDLINE INDUSTRIES, LP'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3.3, Plaintiff Medline Industries, LP ("Medline") provides this Certificate of Interested Persons and Corporate Disclosure Statement.

1.  The undersigned counsel for Medline certifies that the following is a full and complete list of all plaintiff parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:  Medline Industries, LP (f/k/a Medline Industries, Inc.) is wholly owned by Medline Borrower, LP, which is in turn wholly owned by Medline Intermediate, LP, which is in turn wholly owned by Mozart Holdings, LP.  Each of the following groups (either directly and/or indirectly through one or more intervening holding companies) owns more than 5%

1

of the limited partnership interests of Mozart Holdings, LP:  (1) investment funds affiliated with and controlled by Blackstone Inc., which is a publicly traded company; (2) investment funds affiliated with and controlled by The Carlyle Group Inc., which is a publicly traded company; (3) investment funds affiliated with and controlled by Hellman & Friedman LLC, which is not a publicly traded company; (4) Mozart HoldCo, Inc., which is not a publicly traded company; and (5) Hux Investment Pte. Ltd., which is affiliated with GIC Pte. Ltd., which is not a publicly traded company.  Additionally, various individuals and entities—none of which are publicly traded—have minority or profits interests in Mozart Holdings, LP.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations known to Medline having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:  none besides those disclosed in Paragraph 1.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Medline in this proceeding: Daniel A. Kent of KENT & RISLEY LLC; Henry D. Fellows, Jr. and Ethan M. Knott of FELLOWS LABRIOLA LLP; Gregory K. Sobolski, Terra L. Reynolds, Gabrielle LaHatte, and Brett M. Sandford of LATHAM & WATKINS LLP.

Submitted this 18th day of December, 2023.

    Respectfully submitted,

    */s/ Daniel A. Kent*
    Daniel A. Kent
    Georgia Bar No. 415110
    KENT & RISLEY LLC
    5755 N Point Pkwy Ste 57
    Alpharetta, GA 30022
    Phone: (404) 585-4214
    Facsimile: (404) 829-2412
    dankent@kentrisley.com

    Henry D. Fellows, Jr.
    Georgia Bar No. 257825
    Ethan M. Knott
    Georgia Bar No. 737481
    FELLOWS LABRIOLA LLP
    Suite 2400 Harris Tower
    233 Peachtree Street, N.E.
    Atlanta, GA 30303
    Phone: (404) 586-9200
    Facsimile: (404) 586-9201
    hfellows@fellab.com
    eknott@fellab.com

    *Of counsel*:

    Gregory K. Sobolski (*pro hac vice to be filed*)
    Gabrielle LaHatte (*pro hac vice to be filed*)
    Brett M. Sandford (*pro hac vice to be filed*)
    LATHAM & WATKINS LLP
    505 Montgomery St., Ste. 2000
    San Francisco, California 94111
    Phone: (415) 391-0600

Facsimile: (415) 395-8095
greg.sobolski@lw.com
gabrielle.lahatte@lw.com
brett.sandford@lw.com

Terra L. Reynolds (*pro hac vice to be filed*)
LATHAM & WATKINS LLP
330 North Wabash Ave. Ste. 2800
Chicago, Illinois 60611
Phone: (312) 876-7700
Facsimile: (312) 993-9767
terra.reynolds@lw.com

*Counsel for Plaintiff Medline Industries, LP*

4