IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CEDRIC BURTON as Administrator of the Estate of James Merritt Byrd; JASMAN MAXWELL on behalf of AKASHIA MAXWELL, a minor child and LADRIQUA MAXWELL, a minor child; and AMBER GRIFFIN on behalf of FAITH GRIFFIN, a minor child,<br><br>    Plaintiffs,<br><br>v.<br><br>TIMOTHY WARD, individually and in his official capacity as Commissioner, Georgia Department of Corrections; VICTOR WALKER, individually and in his official capacity as Warden of Effingham County Correctional Institution; RAYMOND HOLMES, individually and in his official capacity as Corrections Officer, Effingham County Correctional Institution; SHAVONTA BAPTISTE, individually and in her official capacity as Corrections Officer, Effingham County Correctional Institution; ROLAND BROWN, individually; WELLPATH, LLC; JOHN DOE 1-5, nurses at Effingham County Correctional Institution; DYNAMIC MOBILE DENTISTRY, LLC; RICHARD LIIPFERT, DDS, and EFFINGHAM COUNTY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3, Plaintiffs file the following Certificate of Interested Persons and Corporate Disclosure Statement:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties to this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a. Cedric Burton;

    b. Jasman Maxwell;

    c. Akashia Maxwell, a minor child;

    d. Ladriqua Maxwell, a minor child;

    e. Amber Griffin;

    f. Faith Griffin, a minor child;

    g. The State of Georgia;

    h. Timothy Ward;

    i. Victor Walker;

    j. Raymond Holmes;

    k. Shavonta Baptiste;

    l. Roland Brown;

    m. Wellpath, LLC;

    n. Dynamic Mobile Dentistry;

o.  Richard Liipfert;

p.  Effingham County, Georgia; and

q.  John Doe 1-5, nurses at Effingham County Correctional Institution.

(2) The undersigned counsel further certifies that the following is a full and complete lost of all other persons, associations of persons, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

   a.  The Arnold Law Firm, LLC;

   b.  William Arnold, Esq.;

   c.  The Raimey Law Firm, LLC;

   d.  Timothy A. Raimey, Esq.;

   e.  Gillespie Law Firm;

   f.  Phyillis M. Gillespie, Esq.; and

   g.  Association County Commissioners of Georgia.

   h.  Jackson A. Dial, Esq.;

(3) The undersigned counsel further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

   a.  William Arnold of The Arnold Law Firm for Plaintiffs;

   b.  Timothy Raimey of The Raimey Law Firm for Plaintiffs; and

   c.  Phyllis Gillespie of Gillespie Law Firm for Plaintiffs.

The undersigned counsel, in accordance with L.R. 7.1 and 5.1(C), hereby certifies that the type font used herein is 13-point Book Antiqua. Respectfully submitted this 19th day of December 2023.

/s/ William Arnold
**William Arnold, Esquire**
Georgia Bar No.
The Arnold Law Firm, LLC
6440 Old Hillandale Drive, Ste 106
Stonecrest, GA 30058
Ofc:404-692-5251
Fax: 404-573-4899
Email:will@thearnoldlawfirm.com

/s/ Timothy Raimey
**Timothy Raimey, Esquire**
Georgia Bar No. 957293
Raimey Law Firm
4500 Hugh Howell Road, Ste 620D
Tucker, GA 30084
Ofc:404-729-7586
Email:tj@raimeylaw.com

/s/ Phyllis M. Gillespie
**Phyllis M. Gillespie, Esquire**
Gillespie Law Firm
Florida Bar No. 0130801
Tennessee Bar No. 018409
1 SE Ocean Blvd
Stuart, FL 34994
Ofc: 772-238-6388
Fax: 772-783-1007
Email: phyllis@gillespielawfirm.net
Pending Pro Hac Vice Admission
**Attorneys for Plaintiffs**