Personal

flickr.com

flickr Explore Prints Get Pro

Photos, people, or groups

Log In Sign Up

Back to album

Laura Heppolette + Follow

brooklyn 06

PRO

209 views 0 faves 0 comments

Uploaded on July 28, 2006

Taken on June 22, 2006

All rights reserved

