



flickr.com




Laura Heppolette
Follow

brooklyn 06

Show your appreciation with the gift of Flickr Pro

151 views
0 faves
0 comments

Uploaded on July 28, 2006
Taken on June 22, 2006

All rights reserved



u10D,S300D,u300D

ƒ/3.1
5.8 mm
0.5
320

Flash (off, did not fire)

Hide EXIF

JFIFVersion - 1.02
X-Resolution - 144 dpi
Y-Resolution - 144 dpi
Compression - JPEG (old-style)
Image Description - OLYMPUS DIGITAL CAMERA
Make - OLYMPUS OPTICAL CO.,LTD
Orientation - Horizontal (normal)
Software - Adobe Photoshop CS2 Windows
Date and Time (Modified) - 2006:06:26 18:49:27
YCbCr Positioning - Co-sited
ISO Speed - 320
Exif Version - 0220

Copyright Flag - False
Global Angle - 30
Global Altitude - 30
IPTCDigest - 58c5fce11cb7b6677ed96b6a4583803a
XMPToolkit - 3.1.1-111
Description - OLYMPUS DIGITAL CAMERA
Format - image/jpeg
Color Mode - RGB
ICCProfile Name - sRGB IEC61966-2.1
Make - OLYMPUS OPTICAL CO.,LTD
Orientation - Horizontal (normal)
Creator Tool - Adobe Photoshop CS2 Windows
Metadata Date - 2006:06:26 18:49:27-04:00
Derived From Document ID - uuid:9EA648CA6505DB11ABC1B6FCEC088C5E
Derived From Instance ID - uuid:9EA648CA6505DB11ABC1B6FCEC088C5E
Document ID - uuid:9FA648CA6505DB11ABC1B6FCEC088C5E
Instance ID - uuid:A0A648CA6505DB11ABC1B6FCEC088C5E
Camera ID - 114
Camera Type - Point and Shoot



Upgrade to Flickr Pro to hide these ads

**This photo is in 1 album**



Brooklyn the bulldog
6 items

### Tags

brooklyn    bulldog    dogs



Date and Time - 2006:06:26 18:49:27
YCbCr Positioning - Co-sited
ISO Speed - 320
Exif Version - 0220
Date and Time (Original) - 2006:06:22 22:30:02
Date and Time (Digitized) - 2006:06:22 22:30:02
Components Configuration - Y, Cb, Cr, -
Exposure Bias - -0.3 EV
Max Aperture Value - 3.1
Metering Mode - Multi-segment
Light Source - Unknown
Flashpix Version - 0100
Color Space - sRGB
File Source - Digital Camera
Custom Rendered - Normal
Exposure Mode - Manual
White Balance - Auto
Digital Zoom Ratio - 1
Scene Capture Type - Standard
Gain Control - High gain up
Contrast - Normal
Saturation - Normal
Sharpness - Normal
Interop Index - R98 - DCF basic file (sRGB)
Interop Version - 0100
Application Record Version - 2
Caption- Abstract - OLYMPUS DIGITAL CAMERA
Copyright Flag - False
Global Angle - 30
Global Altitude - 30
IPTCDigest - 58c5fce11cb7b6677ed96b6a4583803a
XMPToolkit - 3.1.1-111
Description - OLYMPUS DIGITAL CAMERA
Format - image/jpeg
Color Mode - RGB
ICCProfile Name - sRGB IEC61966-2.1
Make - OLYMPUS OPTICAL CO.,LTD
Orientation - Horizontal (normal)
Creator Tool - Adobe Photoshop CS2 Windows
Metadata Date - 2006:06:26 18:49:27-04:00
Derived From Document ID - uuid:9EA648CA6505DB11ABC1B6FCEC088C5E


Components Configuration - Y Cb Cr -
Exposure Bias - 0.0 EV
Max Aperture Value - 3.1
Metering Mode - Multi-segment
Light Source - Unknown
Flashpix Version - 0100
Color Space - sRGB
File Source - Digital Camera
Custom Rendered - Normal
Exposure Mode - Manual
White Balance - Auto
Digital Zoom Ratio - 1
Scene Capture Type - Standard
Gain Control - High gain up
Contrast - Normal
Saturation - Normal
Sharpness - Normal
Interop Index - R98 - DCF basic file (sRGB)
Interop Version - 0100
Application Record Version - 2
Caption- Abstract - OLYMPUS DIGITAL CAMERA
Copyright Flag - False
Global Angle - 30
Global Altitude - 30
IPTCDigest - 58c5fce11cb7b6677ed96b6a4583803a
XMPToolkit - 3.1.1-111
Description - OLYMPUS DIGITAL CAMERA
Format - image/jpeg
Color Mode - RGB
ICCProfile Name - sRGB IEC61966-2.1
Make - OLYMPUS OPTICAL CO.,LTD
Orientation - Horizontal (normal)
Creator Tool - Adobe Photoshop CS2 Windows
Metadata Date - 2006:06:26 18:49:27-04:00
Derived From Document ID - uuid:9EA648CA6505DB11ABC1B6FCEC088C5E
Derived From Instance ID - uuid:9EA648CA6505DB11ABC1B6FCEC088C5E
Document ID - uuid:9FA648CA6505DB11ABC1B6FCEC088C5E
Instance ID - uuid:A0A648CA6505DB11ABC1B6FCEC088C5E
Camera ID - 114
Camera Type - Point and Shoot

Make - OLYMPUS OPTICAL CO.,LTD

Orientation - Horizontal (normal)

Creator Tool - Adobe Photoshop CS2 Windows

Metadata Date - 2006:06:26 18:49:27-04:00

Derived From Document ID - uuid:9EA648CA6505DB11ABC1B6FCEC088C5E

Derived From Instance ID - uuid:9EA648CA6505DB11ABC1B6FCEC088C5E

Document ID - uuid:9FA648CA6505DB11ABC1B6FCEC088C5E

Instance ID - uuid:A0A648CA6505DB11ABC1B6FCEC088C5E

Camera ID - 114

Camera Type - Point and Shoot

Upgrade to Flickr Pro to hide these ads

**This photo is in 1 album**

Brooklyn the bulldog
6 items

## Tags

brooklyn    bulldog    dogs

cute

## Additional info

| | | |
|---|---|---|
| 🔓 | Viewing privacy | Public |
| ✓ | Safety level | Safe |
| 🖼 | Content type | Photo |
| ℹ️ | License History | |