# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-367-866

**Effective Date of Registration:**
October 24, 2023
**Registration Decision Date:**
October 25, 2023

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:   July 28, 2006 to July 28, 2006

### Title

| | |
|---|---|
| **Title of Group:** | Brooklyn The Bulldog |
| **Number of Photographs in Group:** | 6 |
| • **Individual Photographs:** | Brooklyn Smiles, Brooklyn Mug, Brooklyn Mean Mug, Brooklyn Kitchen Snooze, Brooklyn Sitting Pretty, Brooklyn Takes a Nap |
| **Published:** | July 2006 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2006 |
| **Earliest Publication Date in Group:** | July 28, 2006 |
| **Latest Publication Date in Group:** | July 28, 2006 |
| **Nation of First Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Laura Moss Heppolette |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1975 |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Laura Moss Heppolette |

1360 Peachtree Street NE, Suite 1201, Atlanta, GA, 30309, United States

## Rights and Permissions

**Organization Name:** Knight Palmer, LLC
**Name:** Laura Heppolette
**Email:** lauramhepp@gmail.com
**Address:** 1360 Peachtree Street NE
Suite 1201
Atlanta, GA 30309 United States

## Certification

**Name:** Laura Moss Heppolette
**Date:** October 24, 2023

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.