# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-347-785

**Effective Date of Registration:**
May 18, 2023
**Registration Decision Date:**
May 18, 2023

## Title
  **Title of Work:** Brooklyn the English Bulldog Sleeping

## Completion/Publication
  **Year of Completion:** 2009
  **Date of 1st Publication:** April 11, 2009
  **Nation of 1st Publication:** United States

## Author
  - **Author:** Jessica Dawn Haulter
    **Author Created:** photograph
    **Citizen of:** United States
    **Year Born:** 1980

## Copyright Claimant
  **Copyright Claimant:** Jessica Dawn Haulter
  8114 Bluestar Circle, Orlando, FL, 32819, United States

## Rights and Permissions
  **Organization Name:** Beusse Sanks, PLLC
  **Name:** Terry M. Sanks
  **Email:** copyrights@firstiniplaw.com
  **Telephone:** (407)222-7825
  **Alt. Telephone:** (407)644-8888
  **Address:** 157 E. New England Avenue
  Suite 375
  Winter Park, FL 32789 United States

Page 1 of 2

## Certification

**Name:** Terry M. Sanks
**Date:** May 16, 2023
**Applicant's Tracking Number:** 20119-001

**Correspondence:** Yes