# EXHIBIT "C"

# NOTICE OF FILING PETITION FOR REMOVAL

IN THE SUPERIOR COURT OF TOWNS COUNTY
STATE OF GEORGIA

| | |
|---|---|
| BARBARA DAVIS, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION FILE ) NO. SUCV2023000155 |
| FRANCIS NAVARRE and JOHN DOES 1&2, | ) ) ) ) |
|     Defendants. | ) ) |

## NOTICE OF FILING PETITION FOR REMOVAL

TO:   Clerk of Court
Towns County Superior Court
48 River Street, Suite E
Hiawassee, Georgia 30546

PLEASE TAKE NOTICE that defendant Navarre, in the above-styled action, has on this date filed a Petition for Removal, a receipt of the filing of the Petition for Removal, which is attached hereto as Exhibit "A" (without exhibits), with the Office of the Clerk of the United States District Court, Northern District of Georgia, Gainesville Division.

This 19th day of December, 2023.

                                      **FREEMAN MATHIS & GARY, LLP**

                                      */s/ Marc H. Bardack*
                                      MARC H. BARDACK
                                      Georgia Bar No. 037126

                                      */s/ Aaron P. Miller*
                                      AARON P. MILLER
                                      Georgia Bar No. 898190
                                      *Counsel for Defendant Francis Navarre*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(770) 818-0000 - Phone
mbardack@fmglaw.com
amiller@fmglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing **NOTICE OF FILING PETITION FOR REMOVAL** via PeachCourt E-File system which will send electronic notification of such filing to counsel of record as follows:

Ahkibah Khan, Esq.
Jan P. Cohen, Esq.
Kenneth S. Nugent, P.C.
1355 Peachtree Street, NE
The Peachtree, Suite 1000
Atlanta, GA 30309
akhan@attorneykennugent.com
jcohen@attorneykennugent.com

Jason D. Darneille, Esq.
Gower Wooten & Darneille, LLC
4200 Northside Parkway NW, Building 12
Atlanta, Georgia 30327

This 19th day of December, 2023.

                                            **FREEMAN MATHIS & GARY, LLP**

                                            */s/ Marc H. Bardack*
                                            MARC H. BARDACK
                                            Georgia Bar No. 037126
                                            mbardack@fmglaw.com
                                            AARON P. MILLER
                                            Georgia Bar No. 898190
                                            amiller@fmglaw.com

                                            *Attorneys for Defendant Francis Navarre*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339
(770) 818-0000 (Phone)
(833) 330-3669 (Facsimile)

2