# EXHIBIT C

Case 1:23-mi-99999-UNA   Document 4211-3   Filed 12/19/23   Page 2 of 2

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-08473-S5**
**11/20/2023 2:57 PM**
TIANA P. GARNER, CLERK

Job # 25909

# AFFIDAVIT OF SERVICE

### Client Info:
Wade and Campbell Firm
Nathan Wade
1827 Powers Ferry Road
Building 25-100
Atlanta, Georgia  30339

### Case Info:

**Plaintiff:**                                                     State Court of Gwinnett County, State of Georgia
Sherrika Stegall                                       County of Georgia, Georgia
  -versus-
**Defendant:**                                 Issuance Date: 11/17/2023 Court Case # **23-C-08473-S5**
Anibal Alberto Lindo

### Service Info:

**Date Received: 11/17/2023** at **09:17 AM**
**Service:** I Served **Anibal Alberto Lindo**
With: **Case Initiation Form, Complaint, Interrogatories to Defendant, Request for Production of Documents to Defendant, Request for Admissions to Defendant, 5.2 Certificate of Service**
by leaving with **Donesha, CO-RESIDENT**

**At Residence 715 HEARTLAND POINT AVE, NORTH LAS VEGAS, NV 89032**
Latitude: **36.232360**,   Longitude: **-115.151682**

On **11/20/2023** at **08:34 AM**
**Manner of Service: SUBSTITUTE**
Substitute Service for **Anibal Alberto Lindo** was performed by leaving a true copy of this **Case Initiation Form, Complaint, Interrogatories to Defendant, Request for Production of Documents to Defendant, Request for Admissions to Defendant, 5.2 Certificate of Service**, with the date and hour of service endorsed thereon by me, with **Donesha - CO-RESIDENT**, as a person of suitable age and discretion residing at the within name person's usual place of abode at **715 Heartland Point Ave, North Las Vegas, NV 89032** and informing such person of their contents.

**Served Description:  (Approx)**

Age: **35**, Sex: **Female**, Race: **Black-African American**, Height: **5' 4"**, Weight: **150**, Hair: **Black** Glasses:  **No**

I **Jacqueline T. Kohler** , acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above , action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server:_____
**Jacqueline T. Kohler**
Lic # **R-097043**
**LV Process and Investigations, LLC**
License #2039
7181 N. Hualapai Way Suite 130-9
Las Vegas, NV 89166
Phone: (702) 592-3283

Our Job #  **25909**     Client Ref #  **Sherrika Stegall**

SUBSCRIBED AND SWORN to before me this _20_ day of _November_ , _2023_ , by _Jacqueline Kohler_ ,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



NOTARY PUBLIC for the state of Nevada

