# EXHIBIT D

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| SHERRIKA STEGALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 23-C-08473-S5 |
| | ) | |
| ANIBAL ALBERTO LINDO, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT ANIBAL ALBERTO LINDO'S NOTICE OF FILING NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant Anibal Alberto Lindo has, on this date, filed his Notice of Removal, a copy of which is attached hereto as Exhibit 1 in the office of the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 19th day of December, 2023.

*/s/ Ashley D. Alfonso*
Ashley D. Alfonso
Georgia Bar No. 195484
Swift, Currie, McGhee & Hiers, LLP
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3052
Tel: (404) 874-8800
Fax: (404) 888-6199
ashley.alfonso@swiftcurrie.com
*Attorney for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have this day filed a copy of the within and foregoing ***Defendant Anibal Alberto Lindo's Notice of Filing Notice of Removal*** with the Clerk of Court via Odyssey, which will automatically send notification of such filing to the following attorney of record:

Nathan Wade
Wade & Campbell Firm
1827 Powers Ferry Road
Building 25, Suite 100
Atlanta, Ga 30339
admin@wadeandcampbell.com
*Attorney for Plaintiff*

This the 19th day of December, 2023.

*/s/ Ashley D. Alfonso*
Ashley D. Alfonso
Georgia Bar No. 195484
Swift, Currie, McGhee & Hiers, LLP
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3052
Tel: (404) 874-8800
Fax: (404) 888-6199
ashley.alfonso@swiftcurrie.com
*Attorney for Defendant*
