# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SHERRIKA STEGALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| | ) | NO. |
| v. | ) | |
| | ) | State Court of Gwinnett County |
| ANIBAL ALBERTO LINDO, | ) | CAFN: 23-C-08473-S5 |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, ANIBAL ALBERTO LINDO, Defendant in the above-captioned matter, and pursuant to Fed. R. Civ. P. 7.1 and N.D. Ga. LR 3.3, files his Certificate of Interested Persons and Corporate Disclosure Statement, showing the Court as follows:

(1) The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

- Plaintiff Sherrika Stegall

- Defendant Anibal Alberto Lindo

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Nathan Wade, Esq.

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

- For Defendant:

  Ashley D. Alfonso, Esq.
  Swift, Currie, McGhee & Hiers, LLP
  1420 Peachtree Street, N.E., Suite 800
  Atlanta, GA 30309-3052
  ashley.alfonso@swiftcurrie.com

- For Plaintiff:

  Nathan Wade, Esq.
  Wade & Campbell Firm
  1827 Powers Ferry Road
  Building 25 Suite 100
  Atlanta, GA 30339
  admin@wadeandcampbell.com

(4)     The undersigned further certifies that the following is a full and complete list of the citizenship* of every individual or entity whose citizenship is

~ 3 ~

attributed to a party on whose behalf this certificate is filed:

- Defendant is domiciled in, and a resident of, the State of Nevada.

Respectfully submitted this 19th day of December, 2023.

>*/s/ Ashley D. Alfonso*
>Ashley D. Alfonso
>Georgia Bar No. 195484
>Swift, Currie, McGhee & Hiers, LLP
>1420 Peachtree Street, N.E., Suite 800
>Atlanta, GA 30309-3052
>Tel: (404) 874-8800
>Fax: (404) 888-6199
>ashley.alfonso@swiftcurrie.com
>*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a copy of the within and foregoing Defendant's Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of Court, which will automatically send notification of such filing to the following attorney of record:

Nathan Wade, Esq.
Wade & Campbell Firm
1827 Powers Ferry Road
Building 25 Suite 100
Atlanta, GA 30339
admin@wadeandcampbell.com

This the 19th day of December, 2023.

                                        */s/ Ashley D. Alfonso*
                                        Ashley D. Alfonso
                                        Georgia Bar No. 195484
                                        Swift, Currie, McGhee & Hiers, LLP
                                        1420 Peachtree Street, N.E., Suite 800
                                        Atlanta, GA 30309-3052
                                        Tel: (404) 874-8800
                                        Fax: (404) 888-6199
                                        ashley.alfonso@swiftcurrie.com
                                        *Attorney for Defendant*

4865-2651-8935, v. 1