## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **FOLASADE A. LOYE,**<br><br>　　　**Plaintiff,**<br><br>**vs.**<br><br>**EMORY UNIVERSITY d/b/a EMORY UNIVERSITY SCHOOL OF MEDICINE**<br><br>　　　**Defendant.** | **CIVIL ACTION FILE NO.** |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Plaintiff Folasade A. Loye, by and through her undersigned attorneys, and pursuant to F.R.C.P. 7.1 and LR 3.3, and states:

1. The undersigned counsel of record for Folasade A. Loye certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   a. **Plaintiff Folasade A. Loye**. Ms. Loye is a citizen of the state of Georgia.

   b. **Defendant Emory University.** Emory University is a domestic nonprofit corporation and has a principal place of business at 505 Kilgo Circle NE, 300 Convocation Hall, Atlanta, Georgia 30322.

Upon information and belief, Emory University has no parent company or parent corporation and no publicly held corporation owns 10% or more of Emory University's stock.

2. The undersigned further certifies that the following is a full and complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

   a. Plaintiff's counsel and law firm: Edward Dovin and Allison Ficken of Dovin Ficken, LLC.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

   a. **For Plaintiff**: Edward Dovin and Allison Ficken of Dovin Ficken, LLC.

   b. **For Defendant**: JonVieve Hill of Fisher & Phillips LLP.

This 19th day of December, 2023.

Respectfully submitted,

**DOVIN | FICKEN LLC**

*/s/ Edward J. Dovin*
Edward J. Dovin
Georgia Bar No. 227645
ejdovin@dovinficken.com

*/s/ Allison S. H. Ficken*
Allison S. H. Ficken
Georgia Bar No. 355875
ahficken@dovinficken.com

*Counsel for Plaintiff*

Monarch Plaza
3414 Peachtree Road, NE
Suite 625
Atlanta, Georgia 30326
T: (770) 829-3869
F: (770) 829-3865

## CERTIFICATE OF SERVICE

On December 19, 2023, I caused to be served on all counsel a true and correct copy of the foregoing *Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement* by filing same into the PACER system for the Northern District of Georgia and by emailing a copy of same to counsel record, to include:

JonVieve Hill
Fisher & Phillips LLP
1230 Peachtree Street, NE
Suite 3300
Atlanta, GA 30309
jhill@fisherphillips.com

DOVIN | FICKEN LLC

*/s/ Edward J. Dovin*
Edward J. Dovin
Georgia Bar No. 227645
ejdovin@dovinficken.com

*/s/ Allison S. H. Ficken*
Allison S. H. Ficken
Georgia Bar No. 355875
ahficken@dovinficken.com

*Counsel for Plaintiff*

Monarch Plaza
3414 Peachtree Road, NE
Suite 625
Atlanta, Georgia 30326
T: (770) 829-3869
F: (770) 829-3865