IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAKITA BRYANT,<br><br>    Plaintiff,<br><br>v.<br><br>C&M DEFENSE GROUP LLC,<br>CHARLES REEDY, and<br>REGINALD DANIELS,<br><br>    Defendants. | Civil Action No.<br><br><br><br>**JURY TRIAL DEMANDED** |

## CONSENT TO JOIN

By my signature below, I hereby consent, pursuant to Section 216(b) of the Fair Labor Standards Act ("FLSA"), to become a Party Plaintiff in the above-captioned FLSA action and authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of Defendant C&M Defense Group LLC and Defendant Charles Reedy to pay me all overtime wages required by the FLSA. I designate Justin M. Scott and Grace A. Starling, of Radford Scott LLP, to represent me in this suit.

Makita Bryant
_____
Name (Printed)

*Makita Bryant* (Dec 18, 2023 15:30 EST)
_____
Signature

12/18/23
_____
Date