Exhibit 2

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-08580-S5**

11/17/2023 11:14 AM
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| WILLIAM DUDLEY MULLIS, JR., an individual, ) ) ) Plaintiff, ) ) v. ) ) COOK INCORPORATED; COOK ) MEDICAL INCORPORATED; ) COOK GROUP INCORPORATED; ) COOK MEDICAL, LLC; WILLIAM ) COOK EUROPE APS, ) ) Defendant. | Civil Action File NO. 23-C-08580-S5 |

### SUMMONS

You are hereby summoned and required to file with the Clerk of said Court and serve upon the Plaintiff's attorney, whose name and address is:

**Robert M. Hammers, Jr.**
**5555 Glenridge Connector**
**Suite 975**
**Atlanta, GA 30342**

an answer to the complaint, which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 17th day of November, 2023.

_____
DEPUTY CLERK

**HAMMERS LAW FIRM, LLC**

*/s/ Robert M. Hammers, Jr.*
ROBERT M. HAMMERS, JR.
State Bar No.: 337211
5555 Glenridge Connector, Suite 975
Atlanta, Georgia 30342
rob@hammerslawfirm.com
*Attorney for Plaintiff*