Exhibit 3

### IN THE STATE COURT OF GWINNETT COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| WILLIAM DUDLEY MULLIS, JR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 23-C-08580-S5 |
| COOK INCORPORATED; COOK MEDICAL INCORPORATED; COOK GROUP INCORPORATED; COOK MEDICAL, LLC; WILLIAM COOK EUROPE APS, | ) |
| Defendants. | ) |

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on the 19th day of December, 2023, the above-styled civil action was removed from this Court to the United States District Court for the Northern District of Georgia by filing a Notice of Removal in accordance with 28 U.S.C. §§ 1332, 1441, and 1446. A true copy of the Notice of Removal is attached hereto as **Exhibit A** and is incorporated herein by reference.

Under 28 U.S.C. § 1446(d), the filing of the attached Notice of Removal has effected the removal of the above-styled action, and the State Court of Gwinnett County, Georgia should proceed no further.

Respectfully submitted this 19th day of December, 2023.

                                                           */s/ Halli D. Cohn*
                                                           Halli D. Cohn
                                                           Georgia Bar No. 175505
                                                           David F. Norden
                                                           Georgia Bar No. 545647
                                                           Frederick J. King
                                                           Georgia Bar No. 110969

- 2 -

        **TROUTMAN PEPPER HAMILTON SANDERS LLP**
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308
(404) 885-3000
halli.cohn@troutman.com
david.norden@troutman.com
frederick.king@troutman.com

*Attorneys for Defendants Cook Incorporated, Cook Group Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that I have this day served a true and correct copy of the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** by electronic notification through the Court's electronic filing system to the following counsel of record:

> Robert M. Hammers, Jr.
> Hammers Law Firm, LLC
> 5555 Glenridge Connector
> Suite 975
> Atlanta, GA 30342

This 19th day of December, 2023.

                                            */s/ Halli D. Cohn*
                                            Halli D. Cohn
                                            Georgia Bar No. 175505