**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Atlanta Field Office*
2150 Parklake Drive NE
Atlanta, GA 30345

*HAND DELIVERED AT INTERVIEW*



**U.S. Citizenship and Immigration Services**

Date: July 8, 2021

Applicant: Sasha Tamara Young

Form Type: I-485

A-Number: A214028398

Interviewing Officer: Williams, G

## NOTICE OF INTERVIEW RESULTS

☐ Your application has been recommended for approval. A final decision will be mailed once your case is complete.

☒ USCIS is unable to complete your case at this time. Your case is being continued until a final decision can be made. Please see below for further explanation.

## REASON FOR CONTINUANCE

☐ Your case is being held for additional review. At this time, USCIS does not require any further information or documents from you. Should further information or documents be required, you will receive a notice in the mail. We may also schedule you for another interview, in which case you will receive a notice in the mail. Otherwise, a final decision will be mailed once your case is completed.

☐ Your I-485 interview is complete. However, your visa priority date is not current at this time. Your case will be transferred to the Texas Service Center (TSC) or National Benefits Center (NBC) until your priority date becomes current. Once your priority date becomes current, the TSC or NBC will make the final decision on your case.

☐ Your case is being transferred to the USCIS office servicing your new address. Should further information or documents be required, you will receive a notice in the mail. USCIS may also schedule you for another interview, in which case you will receive a notice in the mail. Otherwise, a final decision will be mailed once your case is complete.

☒ Your case is being held for required background checks. Once all the requisite clearances have been received and reviewed, you will be notified by mail of the decision on your application.

☐ You will be scheduled for fingerprints.

Please allow 120 days before making a status inquiry on your case. You may make a status inquiry through the National Customer Service Center at 1- 800-375-5283. You may also make an InfoPass appointment online on the USCIS website at www.infopass.uscis.gov to discuss your case with an Immigration Officer.

If you change your address, you must file Form AR-11 and contact the National Customer Service Center to ensure that your file and all systems are updated with your current address. Form AR-11 may be obtained from the USCIS website at www.uscis.gov