IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOSHIA RIVERS, ) <br> ) <br>   Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> WAL-MART STORES EAST, L.P.., ) <br> ABC CORPS #1-3, AND JOHN DOES #1-3) <br> ) <br> ) <br>   Defendants. ) | CIVIL ACTION FILE NO.: <br><br> [Removed from <br> The State Court of <br> DeKalb County; <br> Civil Action File No. <br> 23A01805], |

**DEFENDANT WAL-MART STORES EAST L.P.'S ANSWER**

**AND DEMAND FOR JURY TRIAL**

Comes now, Wal-Mart Stores East L.P. , by and through counsel of record, files this its Answer to Plaintiff's Complaint and shows as follows:

FIRST DEFENSE

The plaintiff's failure to specifically state the special damages she is seeking in this litigation bars her recovery.

SECOND DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

1

## THIRD DEFENSE

Defendant pleads comparative negligence.

## FOURTH DEFENSE

Defendant pleads assumption of the risk.

## FIFTH DEFENSE

Responding to the specific allegations of the numbered paragraphs of plaintiff's Complaint, defendant answers:

1.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and can neither admit nor deny same.

2.

Defendant admits the allegations contained within this paragraph of Plaintiff's Complaint.

3.

Defendant admits the allegations contained within this paragraph of Plaintiff's Complaint.

4.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and can neither admit nor deny same.

5.

Defendant denies the allegations contained within this paragraph of Plaintiff's Complaint.

6.

Defendant denies the allegations contained within this paragraph of Plaintiff's Complaint.

7.

Defendant admits that it operates and manages the store located at 4375 Lawrenceville Hwy Tucker, GA. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiff's Complaint and can neither admit nor deny same.

8.

Defendant admits that Plaintiff was on its premises on January 8, 2023. Defendant denies the remaining allegations contained within this paragraph of Plaintiff's Complaint.

9.

Defendant denies the allegations contained within this paragraph of Plaintiff's Complaint.

10

Defendant denies the allegations contained within this paragraph of Plaintiff's Complaint.

11.

Defendant denies the allegations contained within this paragraph of Plaintiff's Complaint.

12.

Defendant denies the allegations contained within this paragraph of Plaintiff's Complaint.

13.

Defendant realleges and incorporates by reference its answer and defenses to Paragraph 1 through 13 of Plaintiff's Complaint as through fully set for the herein.

14.

Defendant denies the allegations contained within this paragraph of Plaintiff's Complaint.

15.

Defendant admits the allegations contained within this paragraph of Plaintiff's Complaint to the extent that this is an accurate statement of law.

16.

Defendant admits the allegations contained within this paragraph of Plaintiff's Complaint.

17.

Defendant admits the allegations contained within this paragraph of Plaintiff's Complaint.

18.

Defendant denies the allegations contained within this paragraph of Plaintiff's Complaint.

19.

Defendant denies the allegations contained within this paragraph of Plaintiff's Complaint.

20.

Defendant denies the allegations contained within this paragraph of Plaintiff's Complaint.

21.

Defendant denies the allegations contained within this paragraph of Plaintiff's Complaint.

22.

Defendant denies the allegations contained within this paragraph of Plaintiff's Complaint.

23.

Defendant denies the allegations contained within this paragraph of Plaintiff's Complaint.

24.

Defendant realleges and incorporates by reference his/her answer and defenses to Paragraph 1 through 23 of Plaintiff's Complaint as through fully set for the herein.

25.

Defendant admits that it operates the stores located at the premises. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiff's Complaint and can neither admit nor deny same.

26.

Defendant admits the allegations contained within this paragraph of Plaintiff's Complaint to the extent that this is an accurate statement of law.

27.

Defendant admits the allegations contained within this paragraph of Plaintiff's Complaint to the extent that this is an accurate statement of law.

28.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and can neither admit nor deny same.

29.

Defendant denies the allegations contained within this paragraph of Plaintiff's Complaint.

30.

Defendant denies the allegations contained within this paragraph of Plaintiff's Complaint.

31.

Defendant denies the allegations contained within this paragraph of Plaintiff's Complaint.

32.

Defendant denies the allegations contained within this paragraph of Plaintiff's Complaint.

33.

Defendant denies the allegations contained within this paragraph of Plaintiff's Complaint.

34.

Any allegation, language or paragraph of plaintiff's Complaint not hereinbefore responded to is specifically denied by defendant.

WHEREFORE, having fully answered plaintiff's Complaint, defendant prays:

a)   that plaintiff's Complaint be dismissed;

b)   that defendant have judgment in her favor;

c)   that defendant have a trial by jury of twelve persons; and

d)   that defendant have all other proper relief.

This 20th day of December, 2023.

WALDON ADELMAN CASTILLA
MCNAMARA & PROUT

  /s/ Ryland Avery
Brian C. McCarthy
Georgia Bar No. 001322
Ryland S. Avery

                                                  Georgia Bar No. 190643
                                                  *Attorneys for Wal-Mart Stores East L.P.*

900 Circle 75 Parkway, Suite 1040
Atlanta, Georgia 30339
(770) 771-6513
bmccarthy@waldonadelman.com
ravery@waldonadelman.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C. This brief has been prepared in Times New Roman font, 14 point.

        WALDON ADELMAN CASTILLA
        MCNAMARA & PROUT

        /s/ Ryland S. Avery
        _____
        BRIAN C. MCCARTHY
        Georgia Bar No.: 001322
         RYLAND S. AVERY
        GEORGIA BAR NO. 190643
        *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIE SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO.: |
| ) | |
| v. ) | |
| ) | [Removed from |
| ) | The State Court of |
| WAL-MART STORES EAST, L.P.., ) | Clayton County; |
| ABC CORPS #1-3, AND JOHN DOES #1-3) | Civil Action File No. |
| ) | 2023CV00978], |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on this the *16th* day of October, 20223 I electronically filed the DEFENDANT WAL-MART STORES EAST, L.P,'S ANSWER AND DEMAND FOR JURY TRIAL with the Clerk of this Court using the CM/ECF system which will automatically provide notice of such filing via electronic mail to the following attorney(s) of record:

        Toya Perkins, Esq.
        MORGAN & MORGAN ATLANTA PLLC
        PO Box 57007
        Atlanta, GA 30343-1007
        tperkins@forthepeople.com

This 20th day of December, 2023.

        WALDON ADELMAN CASTILLA
        MCNAMARA & PROUT

        __/s/Ryland Avery_____

/s/ Brian C. McCarthy
Brian C. McCarthy
Georgia Bar No. 001322
Ryland S. Avery
Georgia Bar No. 190643
*Attorneys for Wal-Mart Stores East L.P.*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
bmccarthy@waldonadelman.com
ravery@waldonadelman.com

12