**Exhibit A to the Complaint**

**Location:** Hampton, GA  **IP Address:** 45.22.71.196
**Total Works Infringed:** 126  **ISP:** AT&T Internet

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 6CFEF4ABA839FE686D298225213B1A551771F81C<br>File Hash:<br>DF9305F5D08D98A2009E563A39A02972AEB32A1D06ECE42B630DB6DAEB99558C | 12-15-2023 23:26:00 | Blacked | 10-14-2023 | 11-13-2023 | PA0002439573 |
| 2 | Info Hash: 364D65C8F7726A10E880CA7B43352A55565925EE<br>File Hash:<br>430D25FA4D99731B4873B2410A260C6CE4DEDBFBCD1EC35E21A03EA3FA4CB23E | 12-15-2023 23:17:07 | Blacked | 11-25-2023 | 12-11-2023 | PA0002444871 |
| 3 | Info Hash: 373CF3FC6F847C6EEA5B20AC21911FB1227DE0EA<br>File Hash:<br>D2DF0CF636A8E4E22663820638976EA1DC9DE946457097ACBB2D9BFCFDEE16D8 | 12-06-2023 01:40:09 | Blacked Raw | 12-04-2023 | 12-12-2023 | PA0002445181 |
| 4 | Info Hash: 86424EE8D181B4E2792DB07224D7E9B9B41E21E1<br>File Hash:<br>F20848591B319F30E72B370873148FC9D2FAC25CC770BE17DDD30CD033F69B01 | 11-25-2023 04:07:32 | Blacked Raw | 11-20-2023 | 12-12-2023 | PA0002444867 |
| 5 | Info Hash: B45394D37307077416EBB57D3C729E3ECB28341A<br>File Hash:<br>6E8DA089300E930893CAA8968D41AB734515FFAE5C80C4E3346ACA55315973C3 | 11-19-2023 00:07:18 | Blacked Raw | 11-13-2023 | 12-12-2023 | PA0002444884 |
| 6 | Info Hash: 2ED1A96F7829431F1D96731B80C610F70E313359<br>File Hash:<br>BE5F0CB48C55C8A8A1D5D30B965F8AACE56664852498817598BB757DB2300205 | 11-14-2023 19:21:07 | Blacked | 11-11-2023 | 12-11-2023 | PA0002444873 |
| 7 | Info Hash: 67D95FCED9B00C108A63588568A4B4CC34737EE5<br>File Hash:<br>2F08A480A39A433B92CB7BE753ED72122DDC6A8669D61337B266203F90B0E8D4 | 11-06-2023 01:19:34 | Blacked | 07-09-2018 | 08-07-2018 | PA0002131818 |
| 8 | Info Hash: F9F375B641E9E26C7668E746B36B7EE9930986F3<br>File Hash:<br>ED44FB9DE89A6945E41B829196A520BC11B17811C5584740595B008CD7C309D6 | 10-28-2023 03:07:49 | Blacked | 10-21-2023 | 11-13-2023 | PA0002439582 |
| 9 | Info Hash: FE1880F0D5E54DB3569E22296EDB43E5776BB21E<br>File Hash:<br>FDE6DA4BE8A238FCF572D383D07426FE114A5999591B771A4AE47C8CFAA4905A | 10-25-2023 01:11:18 | Blacked Raw | 10-23-2023 | 11-13-2023 | PA0002439616 |
| 10 | Info Hash: ABFC2EB108FE49907C02B4FFA57A5A387131FD35<br>File Hash:<br>EE97D8C1D600D1779202054774DC13428C2B7F8C9BE66232A7A244D819AD6703 | 10-22-2023 02:43:44 | Blacked Raw | 10-16-2023 | 11-13-2023 | PA0002439580 |
| 11 | Info Hash: D76DB1B1BA35E0E84328956E3339D255F8EBB0EA<br>File Hash:<br>F07CB4EA65B360347C9AAE536DBE82F9A160913FA9F7D88BCBE7A6BAE2D8F4A2 | 10-12-2023 01:43:41 | Blacked Raw | 10-09-2023 | 10-18-2023 | PA0002435308 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 8CB2E9FCCCD0A0A1CAB0D1AF648B53EAC2AB3F78<br>File Hash: AAD3457D8353D55772D7EF767D1B5AE03B3D0280DC3F27415FBF54817E4B7E10 | 10-06-2023 19:47:09 | Blacked Raw | 10-02-2023 | 10-18-2023 | PA0002435277 |
| 13 | Info Hash: E2F1FA105740A79E1F6760EE543771E399E7BC7E<br>File Hash: B88DFB3FDC07345DDEF49F2E5FC5186217B958DD277E6770897F00934D014812 | 09-27-2023 01:19:23 | Blacked | 09-23-2023 | 10-17-2023 | PA0002435265 |
| 14 | Info Hash: 54609D74A9FF3AB268D9A0893FAF92DD1608DEF3<br>File Hash: 1E2A0A7871CABB5F73E42D0D7E8403CBFA69E1FD56C7604C04683E51DB784D89 | 09-27-2023 00:51:47 | Blacked Raw | 09-25-2023 | 10-18-2023 | PA0002435306 |
| 15 | Info Hash: 1637C53172E9BDFB7F2F1C608C88BAF078433DAD<br>File Hash: 8210793AD09BA6FC2F0879336D5B4EB31EA0CA359CB26CE1F2CF119506539F96 | 08-29-2023 20:58:55 | Blacked | 08-26-2023 | 09-18-2023 | PA0002430902 |
| 16 | Info Hash: 251E98FDDBF487C34DF4A4378903DF0134382A03<br>File Hash: B16D5B37DC5D64EF629C18B33A934DA9B5FE3D11B60F02EBDE2AE911BC2F2DA9 | 08-25-2023 20:37:06 | Blacked | 08-19-2023 | 09-18-2023 | PA0002430893 |
| 17 | Info Hash: C9C463928C427B0E5CDEBEA032C06E819F4507B6<br>File Hash: 737A6DD34CC7529967CD83144DBDF70FB7B513B27F4095149AB07AE01C806B38 | 08-25-2023 20:32:59 | Blacked Raw | 08-21-2023 | 09-17-2023 | PA0002430900 |
| 18 | Info Hash: 64C96C1E394CFE997AAE489B10F2E5FAAB3696FD<br>File Hash: A499844E51FFCC1FEED38115498E25CBC02C5B84DF7AC509CA3D72C391979B62 | 08-20-2023 02:55:44 | Blacked Raw | 08-14-2023 | 10-18-2023 | PA0002435302 |
| 19 | Info Hash: F7157D4CC36D88116FCE910970867005793B8651<br>File Hash: B75E6CB74048E739CE4704E42814522824E9D5706F635276A00A945459F0500B | 07-26-2023 19:44:13 | Blacked | 07-22-2023 | 08-17-2023 | PA0002425765 |
| 20 | Info Hash: 2369DA2EA39DD17E91F2F55D81946629A7872B9E<br>File Hash: DC064752573A2022E4D177464D8CF99257640F88BD2CF8277CA68C4479A71323 | 07-19-2023 06:30:26 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |
| 21 | Info Hash: B3CF1BC90895F4A5C53C9B30A7EB76F20B525656<br>File Hash: A92FCFF6E4F800D2DC258FF1F12F6581EDDC834A3A47873F8CAC6636C8636108 | 07-19-2023 02:45:42 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 22 | Info Hash: 4426831D6F22526B08FB788393DA0808CF36C4EA<br>File Hash: 67F22DA812B587FF698C66C7617D7E68CE07D1F126C9767B0E1836BC121340E9 | 07-15-2023 03:32:52 | Blacked Raw | 06-26-2019 | 08-27-2019 | PA0002213245 |
| 23 | Info Hash: B842125724634B62F2F35B16A4F876EB63493A7C<br>File Hash: A0FD9B99E132B1CA64E0BA989C6610FC3855446B91DCD42FEAFC353CCA7F89A8 | 07-08-2023 03:55:57 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash: E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 07-07-2023 15:44:25 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 25 | Info Hash: 95D6896F17F918BE475E91C8119AF61086FC432A<br>File Hash: EAED0212CC719E05161F9B17002F50E509D606AA30F6D9BCAE8E11908D32442F | 06-24-2023 03:50:34 | Blacked Raw | 06-03-2023 | 06-09-2023 | PA0002415371 |
| 26 | Info Hash: ACC005CC5540B73FD43F4D15ABAF01B7245E583F<br>File Hash: 38EA3BEBD5531AA9C70A2F4275A0A9F108E1F1BDA2C9CBB7B347BFEBBC5A2B84 | 06-24-2023 03:26:06 | Blacked | 06-10-2023 | 07-13-2023 | PA0002420362 |
| 27 | Info Hash: 0185608D5FC14C71957A6AF0A95E6B9A69ED9BA0<br>File Hash: 34635672ADDE69E6C7DB4953231485C3DB019FEDB95E5D271696ECACF53EE3A4 | 06-24-2023 03:25:51 | Blacked Raw | 06-18-2023 | 07-13-2023 | PA0002420357 |
| 28 | Info Hash: EF90A8C0CBD5AD85E1FFF280DBE1272C3D247F81<br>File Hash: F9B67709F48BFCC6DCD9A032E27D2F973583C64A62E6316EF47A6B91110A0570 | 06-21-2023 02:09:15 | Blacked | 06-17-2023 | 07-13-2023 | PA0002420351 |
| 29 | Info Hash: A2285D359C1A11FC04C46A99A488747938358B65<br>File Hash: 985663042B32496D35EC0B21E21BFBA3F6AFF2FDE00ABE14235EABA40310DB82 | 06-04-2023 04:55:20 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 30 | Info Hash: D93E7A2150B84861096407A9CABB85144D6DA4EC<br>File Hash: 7181F8C850321C93A227560AC549BC5E49DAB521BB9974A950DF7FA6EE4E28C1 | 06-02-2023 20:38:48 | Blacked Raw | 05-27-2019 | 06-13-2019 | PA0002180951 |
| 31 | Info Hash: 076639683893C394998E73D13F53BB2EE4CE3DF2<br>File Hash: 59CF847C01B3A2D3E392312FA00D2F0B47EB11B43B68B69FCD1857D00C2B087C | 06-02-2023 20:02:48 | Blacked | 05-27-2023 | 06-09-2023 | PA0002415390 |
| 32 | Info Hash: BA5DC3EF8DA5096B1CD1ECD185924F57B28A4BEC<br>File Hash: 7736C751BC525B52E9284AF975AEE6F7CDD09BC6D546AE4D804D5AB0E18A482B | 05-25-2023 23:35:42 | Blacked Raw | 06-15-2020 | 07-17-2020 | PA0002248596 |
| 33 | Info Hash: 27C3D3574B9C056507577AC454D9F5DCB35239D6<br>File Hash: 01600ADBA3B50DA09F3116EE7A13EF9CE423AD0E1A5FA611E59664DA584E6E1D | 05-24-2023 19:50:04 | Blacked Raw | 05-14-2023 | 06-09-2023 | PA0002415357 |
| 34 | Info Hash: 1093C8247752EBFE1ECA68BD32CE7D2733601137<br>File Hash: 82F1288089C268400FA4A72DF754200177E19829C0328CB1F163C842B6537B3E | 05-13-2023 04:49:10 | Blacked | 05-06-2023 | 05-15-2023 | PA0002411299 |
| 35 | Info Hash: F25A8DD3192FA2965BA54A591774A990C9E80C5B<br>File Hash: E5D18A3131937B4CA5A8BCA3C61A9B24175C98798375CACE01C78476725435D5 | 05-13-2023 04:46:45 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 25911261133636DA5E9A2ED2D08B5C41D3077C29<br>File Hash: 15AEA451ADB45F4921FA0C5E6B9EDCFCA1267A16CA238F80FD4D7B0949AB8781 | 05-06-2023 03:44:10 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 37 | Info Hash: 0DBF25B7D2F0F81C72BE1B7419AD7F72BC27BFC1<br>File Hash: EE2171AFEF9CCACB672C580C5E6B64ABF837EB6811EDC93432D9F28620FFD7FB | 05-06-2023 03:10:36 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 38 | Info Hash: 732813BB2180BDE9475B1630CCE9364D0C069228<br>File Hash: A0C0E5FF9FB0A72DF42E4CFBF3DCE9FB22CDE152D96D350510E350015045EFFE | 05-06-2023 03:04:09 | Blacked Raw | 04-29-2023 | 05-14-2023 | PA0002411313 |
| 39 | Info Hash: F44B66E867E84AAF3293899293D256A90CFBAC6B<br>File Hash: A061C6BB38FA83A4DD51FCFD689106718DD776FB125111098B3AD1758D752B14 | 05-06-2023 03:00:45 | Blacked | 04-22-2023 | 05-15-2023 | PA0002411285 |
| 40 | Info Hash: 9B48A0D89AD001E3D865537382259A411780312D<br>File Hash: 680534C519E425A23402EAE1AF81B67DEB1A267E28BDCD9A7C9D15530B81BC8A | 05-06-2023 02:52:50 | Blacked | 04-29-2023 | 05-17-2023 | PA0002412011 |
| 41 | Info Hash: 86C5F87BA9C2618D57F79C76608F5D883C5439CF<br>File Hash: 58FBE5F562F65118013731FFA138E1D677C1589287C02171C3829034C0E6DAED | 04-17-2023 22:11:04 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 42 | Info Hash: 7B62855029DF45E29373896DAEF5941F1BD3A57B<br>File Hash: 96E1B5A574C25A62C9B806F1B4DB2C67350580EE8C8BBD909D363E037141C006 | 04-15-2023 04:20:28 | Blacked Raw | 04-09-2023 | 05-14-2023 | PA0002411278 |
| 43 | Info Hash: E12F1732A7DF55602F4D35C8A10F4751875DCED6<br>File Hash: A9BB917CE441F1DAC9060DF5CF8B5C99B2B3003BD100501FD438636A62C93E4F | 04-15-2023 04:06:00 | Blacked Raw | 03-15-2023 | 04-07-2023 | PA0002405750 |
| 44 | Info Hash: D8BDF81D1E3F08C2FD1FDBF17F7D0AA0314425E0<br>File Hash: 21710A2AE416B0FE4B81172DEC5626456A18D3DBC76835BCA2BECB6F49728C42 | 03-24-2023 02:39:24 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 45 | Info Hash: AD35028FBA3E58D262D727CE869E6D4757C8DF91<br>File Hash: 0D5C4E7A38DFCBCDB5DBF984E8A5D82A8CB9E6F278043C661BDCAFDE1D4D93C1 | 03-23-2023 01:28:04 | Blacked | 03-18-2023 | 04-07-2023 | PA0002405751 |
| 46 | Info Hash: B232F6C7054DB73F98230AB71EB6F8400C033F12<br>File Hash: 0AD2FAA4067988D387E1CBB4B6D83B23EDA576C75318C127D1912B3CD66A2CBE | 03-23-2023 01:25:01 | Blacked Raw | 03-20-2023 | 04-07-2023 | PA0002405757 |
| 47 | Info Hash: A9E40993CDF31BB22C8E5F4599B2EF6EE63DAEF7<br>File Hash: 9250EF7FEF4CAA5B5AB85408343C823D459E63E331AFBAEAABDCE9C70F37B245 | 03-05-2023 02:50:07 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 8AB9FDD615D0FBC90CCB30F527B01ACF5C3392A9<br>File Hash: 2C455D2C2790A80F7DF0DB958F5EEF9E32ACE7EC7F97467FAE58299545A9B231 | 03-02-2023 23:36:55 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 49 | Info Hash: 6C8838FC8D9E67B9CEDE5A554638A6CEFFE917CB<br>File Hash: 97333BD8DC54DA715AE592D8451678A45FDA5E953386A1AADC18A463C48E676C | 02-28-2023 01:36:50 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 50 | Info Hash: 90B3B7E92C2FCAB7BC642BDBA8946CBBEE03AE90<br>File Hash: FB9226ED18915EC2763AC638B7167B86633115C74B9AC01896A885AD5C6BAC8E | 02-25-2023 03:31:12 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 51 | Info Hash: 08C0D6BF53705AA2CB2A9681D44D2DCD2F1162B3<br>File Hash: 7FE81A20C10FF08E1AF097618A3F98BB628565079F55334FCDF3EEE2126AA4C2 | 02-18-2023 04:26:10 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 52 | Info Hash: 57C6912A8C0A652DCA85A3C71BF6C3DEAF6ADA9D<br>File Hash: 46DE425154E54C1154880B5A5814B542C2485F3870DC77DAA5A6781AC10D4A8D | 01-10-2023 02:56:04 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 53 | Info Hash: B510A624B51DA5D209130F6B7161A6456E021C56<br>File Hash: FA2E737F2AD41A98DDC527879C378B5991091A5EB51854E8A8A4AC6AA92F21C0 | 01-05-2023 21:50:09 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 54 | Info Hash: CB4EC1F25FFAD874268462833D653891B9ECD633<br>File Hash: D8422E88707AA9414A70FAA0DD5969D9A5F87EABA6E4F63618174E5384856243 | 01-04-2023 22:27:55 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 55 | Info Hash: B22A7C436E58C0FFA78DF7DFF1FC7CB5B00AAEBB<br>File Hash: B22858E0F5E12664E5B713F908BA3A2F90D228F6795CB87A93F54407DD7158E2 | 01-04-2023 21:14:00 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 56 | Info Hash: 3537B4247DB06A8D91ADC0AEFB596DC5D59B4BBC<br>File Hash: 83C008AF4813D9AF8399FE11592B7FB9F28D177EEB52EFBD6B70CAF316A9E201 | 12-30-2022 02:23:03 | Blacked Raw | 12-25-2022 | 01-09-2023 | PA0002389598 |
| 57 | Info Hash: 6A657D7A60C3FE65BD5EAC2E480FB8F4B2D3C04E<br>File Hash: 154B1A2183857FF6EBFE06F1198699B0CF09D863F9AC6E6693D2B6A2578DA2DA | 12-27-2022 03:38:17 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |
| 58 | Info Hash: CA60236D29E4C5A36B1A2BD59DBA968105F955AC<br>File Hash: D40AE0203C62D97B29DA45B68BF568D372CDB7EBE39E27D9571A0A1C77E2EB03 | 12-26-2022 01:41:47 | Blacked Raw | 12-15-2022 | 02-21-2023 | PA0002400999 |
| 59 | Info Hash: 7ED92D8AA22B261BCDB57F37297A623FE1F9F060<br>File Hash: F82F1D943C014372D82E7D4C79F34CB619AE968AA2EF2461F5B32E85D9E7422A | 12-20-2022 19:07:54 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: F2CFA314102B2C3C937927F447795205937123DF<br>File Hash: AF876E0A1C2943BF8E9695896DC5BD155E5562C2BA241C341C8E66CFCC212D79 | 12-16-2022 02:29:31 | Blacked | 09-03-2022 | 11-01-2022 | PA0002378069 |
| 61 | Info Hash: 97F603639E41F7A2FD311871C434CE33CB97D619<br>File Hash: F64DCAB7A711567A399527166F2EDFF4D41707982A869E4B27E97507218E871F | 12-13-2022 22:23:20 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 62 | Info Hash: 9D45680EAA811134A872DA4E5BE7BE3D8CCB44B9<br>File Hash: DF768B4B022C8410DAE34D167783B4CBD6C3790064DA02532D048398BB3DB70D | 12-10-2022 17:26:03 | Blacked | 12-03-2022 | 01-10-2023 | PA0002389627 |
| 63 | Info Hash: 324688AD05A5C64445328FA68396E15D957E9A18<br>File Hash: 0B9046D2740F96449457BCD7AF4D8D1E8CDFD21293994027FC9B54D2B20ECBC4 | 11-19-2022 19:18:52 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 64 | Info Hash: 3289862151F3F22F39D839F83AE3A4FBB5A9EF8E<br>File Hash: 47DF7E09EAED11BF1378F298D546506A5928ED8A35A6C9D504D9D2D7DC1CD9EB | 11-07-2022 22:33:13 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |
| 65 | Info Hash: FE489257524EBD9BF2822D3141896384CF645292<br>File Hash: D63F25214F36BBCA9DDB40C18E2258F16A565C81E26465135423055535B09F0C | 11-05-2022 03:44:02 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 66 | Info Hash: 8B78B77793A4284DD8647508DD3EDB99FC4C7A6E<br>File Hash: 8381CC3932E3A99B26C1665F380DFFF62D13EA20F85A94C2D0B9ED4AE413B9B4 | 11-02-2022 02:15:58 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |
| 67 | Info Hash: 192472959510175286E0731FB04278020BC47133<br>File Hash: 0D6C6DE0F0C98545FBB3518F4880958D6F4B1877FB60D6AF0F9A11F223EB2BDD | 11-02-2022 02:06:58 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 68 | Info Hash: BFCBBF7E9047C247DB0D70E1A3B985D9307E8002<br>File Hash: 86254758175A641A77A7F2C7D4919E662D3F18CA403DCE048983F224813EC919 | 11-02-2022 02:00:14 | Blacked | 10-29-2022 | 01-06-2023 | PA0002394016 |
| 69 | Info Hash: 2FFC54C8C08F786009539D71232FF518E6B929CD<br>File Hash: E2036073A71E13EDD9FE9019909C7E242C68781B9EA447CAFECD4D9FBD55508C | 09-22-2022 23:02:36 | Blacked | 11-01-2018 | 11-25-2018 | PA0002136644 |
| 70 | Info Hash: 02B4F8C61194285E5B9B3AE3EF214BE78C41F271<br>File Hash: CED49D312F703F0E082E164ACB1A596D9ABE26A2F8876E5BD06818F49F119126 | 09-22-2022 23:02:00 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 71 | Info Hash: 88DEE49E165E812CD294E8008E656412E3CE4605<br>File Hash: 010047D1F2C49A234E525CB4CA67E2A3B80915F8B3108E274CF6C7160FC6339B | 09-14-2022 19:06:08 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: A4D740048B2F6B92372354BA6C770CC6AFCC786B<br>File Hash: 9A5459E9729C934E53BC2A8D78BB1B0A29A01B2655A39238FF87B6D0DED01BDD | 08-31-2022 18:07:17 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 73 | Info Hash: E9645FE775040144DF8957B3093DE2450DF1CEE1<br>File Hash: 8B99A3AC68E8AF718CE04BB3B534AC08098C4581955B4413F4AB61A2BD68673B | 08-24-2022 21:25:29 | Blacked Raw | 08-22-2022 | 08-30-2022 | PA0002367731 |
| 74 | Info Hash: D07FCE81EB4557E725B5E70B5695E3824BD3D395<br>File Hash: 077451F1DE9DCB08110698D7517F083F9A8BD1292FC5E209618C634181CACC52 | 08-23-2022 00:43:21 | Blacked | 08-20-2022 | 08-29-2022 | PA0002367733 |
| 75 | Info Hash: 18F37A18FE1AC5E6CEFE5CA0F702EDAF5E3130C4<br>File Hash: 3B4B2AF11D93CA07CD38FD8D08E0C77EBA6208A33E4B5A5D8973EA94748DF061 | 08-10-2022 16:54:37 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 76 | Info Hash: 216F45A59927B41DC23BEAF802AF3AC7E990BFF6<br>File Hash: 0225B45018AC75C00DD17C4293E6D0E5FC7E2566523D7538FFBAD0EFE1E4CC62 | 08-08-2022 18:38:32 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 77 | Info Hash: A45135933D2916166CD81B774C59AB9D551ABFDD<br>File Hash: 5BB4FD9BB134B08DCB2F522421309D45E957B0FB1F8FDEAE7FB262B439168267 | 08-07-2022 03:15:04 | Blacked | 07-30-2022 | 08-30-2022 | PA0002367742 |
| 78 | Info Hash: 729F4F046005EFDCD2954C73FC9786EA9522F034<br>File Hash: BDA4C088BED8C71E60817F42F99A1FDE8F7F9E5D6112F08E2A704F70C8DECC2C | 07-29-2022 22:21:57 | Blacked | 05-05-2018 | 05-24-2018 | PA0002101366 |
| 79 | Info Hash: 5AF65FC2F36FDE10482D4C645E22493BBB1E7A41<br>File Hash: 7D3192E9D7806075BD7916816DC9771E30741ACC903282A22FEEB98033F789D4 | 07-29-2022 03:35:42 | Blacked Raw | 05-25-2020 | 06-22-2020 | PA0002245633 |
| 80 | Info Hash: 2050D0595CE5CE49BF58E05FCFC07D94B3518567<br>File Hash: 68A380690E0D86D2B8C273C6DEAD56A98F5A34ED49D5E163E28FEB8F48A16271 | 07-29-2022 02:32:22 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 81 | Info Hash: CAA1DD05BF6575C8B47341C4E15A88FD3F0FF0DA<br>File Hash: EC51CE82B5229B431FB52886F86419C2CCE3EA3B3F6E44E614350E34C6B0A2A0 | 07-29-2022 02:26:29 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 82 | Info Hash: D73D84EA314E0FF698536A45595592C277D8F6C5<br>File Hash: A8E5C067293F41DEA80AB05236733C455D1AC72FC8F4A66F7C7E20570AC3D873 | 07-27-2022 23:58:04 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 83 | Info Hash: 1D44B95259442C3A9B0B9455C8C28A89AD369DE7<br>File Hash: DF7B69C7949959ED563F5993AE5D903F8E7A90693CFE734430395BEB848221E5 | 07-27-2022 23:57:57 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: AE7859A84B38AA3012FC54F8083DC7BB98EEA9CB<br>File Hash: A8144653928B76356ECFE207ACB692A2DF407F16908E1A7C3BDC87A3E8829DE5 | 07-19-2022 03:09:55 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 85 | Info Hash: 14B10A509F9801CDB0F3A26FB468B879FA1052C7<br>File Hash: 7111B20609AC2DDD76A51E9E2F4910F0DFD86179DD930790BD97963AE5C365E0 | 07-10-2022 15:11:18 | Blacked Raw | 03-07-2020 | 04-17-2020 | PA0002246118 |
| 86 | Info Hash: 7C5664503A6507504F1DD34CF346C34C843E29E1<br>File Hash: B4C3341D97F538C2E474C49482AE121A378BAB847204DD5013AD20E9BC5CBA8A | 06-22-2022 22:59:27 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 87 | Info Hash: 14460C9C14FBE2AF72199CDE5A44701F0B6EB02B<br>File Hash: 9779F131A783314DD287D6DA26F1C5BFA145EBB837E040E4AB3D404A2925AA0F | 06-14-2022 21:02:37 | Blacked | 06-11-2022 | 06-27-2022 | PA0002355039 |
| 88 | Info Hash: 569B2699E6608A00782FF580A440633E4123CFED<br>File Hash: 06195E5701577DEC924C708557DA26CE80A835ED0F2CD77D1806CBA327B89056 | 06-10-2022 20:30:25 | Vixen | 11-30-2018 | 12-18-2018 | PA0002141918 |
| 89 | Info Hash: 622195ABB8B53CD431F9F6A08A2BBF336C3DB775<br>File Hash: 4D10452541ECB322A2EE67ED442F7A49D24F2D9D541FBCF8F8C1DFDE9FEF4579 | 06-10-2022 20:18:18 | Blacked Raw | 05-17-2021 | 06-03-2021 | PA0002299687 |
| 90 | Info Hash: 645A32577E78C52E0BB082DD71A13B71AFC0CD4B<br>File Hash: E16A3C2E0257D09EC2DBC02EF47A8A126C1B200935907F7CB2159CDB51D4050E | 06-10-2022 20:04:20 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |
| 91 | Info Hash: A88B603322BF187C8BBA11B011BAA6896B16FD0E<br>File Hash: 11DF5105317A7853DF00BE01797F850ABF0BDC4534AFCE164904B10F78AEA29D | 06-08-2022 01:14:38 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 92 | Info Hash: C6C37AE276F78A41F09A036DAD4CE1180C41CA73<br>File Hash: 0467A8099A6D1C5CEF004A827BA0B8EE4FB9CCED20F6182AFD5D826BD0B9EE6A | 06-08-2022 00:40:01 | Blacked | 06-04-2022 | 06-27-2022 | PA0002354990 |
| 93 | Info Hash: 75DC1A69F6AAE2EF34EB348DA038E8E94A74D0FA<br>File Hash: 9DC3889987EC4C4D233DAAAA64AD51E91AC4F4E74A06FA0327E8D52EAAD18385 | 06-03-2022 02:36:15 | Blacked Raw | 05-30-2022 | 07-21-2022 | PA0002367910 |
| 94 | Info Hash: A8EC61CFDDDE3AD8A8898F05ACE3418B5DFF3014<br>File Hash: 634F33148B5E71A11DBA1AFEACA11D1BDA59B891FC5523A2D39B5057867B7EE3 | 06-03-2022 02:30:28 | Blacked | 05-28-2022 | 06-27-2022 | PA0002355034 |
| 95 | Info Hash: E5EA15B7345AA3784B86AC90DBF931479525790E<br>File Hash: E187E955BC211670C77B916369B9ECDEF074F86B8F4387C984DF8CBAB6010336 | 05-30-2022 02:53:07 | Blacked Raw | 05-16-2022 | 05-20-2022 | PA0002350378 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: DF13DBDC5953B38B3E5133F037BCC8E8AF0F468D<br>File Hash: C34BA05DE519722211D78E80F30F1DBCCF669B8F44E350B62FF21AEFD8E95C46 | 05-30-2022 02:38:11 | Blacked | 05-14-2022 | 05-20-2022 | PA0002350380 |
| 97 | Info Hash: DEE51D0DCBE476C087C2FBFC6FD3265A0630E4A8<br>File Hash: 47335489F0CF63B02ADB32671381D366A9A5EA8A8FBC105A05423CC419DCEFF6 | 05-30-2022 02:37:46 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |
| 98 | Info Hash: 46857304ACE7F50BB0FA81A89D992DFD7234A063<br>File Hash: E273352946EAC52115D1645E86441B060FD6CA129C923630923C5BFC08ABCBF2 | 05-27-2022 02:51:56 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 99 | Info Hash: 74D463D48855684B4B79E2CB2A91955B8FCC2DBD<br>File Hash: 11490E5227F00B539E79C7A1028926A5EF9BDB2DAAC14342C881CFE135C0E9EB | 05-01-2022 01:50:15 | Blacked Raw | 03-14-2022 | 03-29-2022 | PA0002342865 |
| 100 | Info Hash: 272E754C63E93B5DE615DE9798364C9433033A38<br>File Hash: 5BBA8184DA2AEDEE912499158A064D785750AD453CBE08519B52C6D060A2B9A8 | 05-01-2022 01:39:36 | Blacked | 04-09-2022 | 04-23-2022 | PA0002346430 |
| 101 | Info Hash: 501BDA717A96D91FF3A8AE965AD6F2F6F4637FCA<br>File Hash: A00E8C27041DC90849C197EF8F4DCE5B99EAA5EE0DAC3DA3546455B6F4B04F9A | 04-29-2022 01:28:16 | Blacked | 04-23-2022 | 05-20-2022 | PA0002350376 |
| 102 | Info Hash: C6D89A14439B65845B858939EABB7075820E2B1D<br>File Hash: 34B237A6542B8BC5C3F37D109D74B20FCA2D704596C79193FF3BB53A62EB7F4B | 04-23-2022 03:46:11 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 103 | Info Hash: 07E67BE388D71A80E890C9AED73D6B93FBB7EC82<br>File Hash: 3CC6461BB4E2CED5A2BAF587DE350F4FFD65C241D6797C506E7A673D2A35069D | 04-23-2022 03:38:13 | Blacked Raw | 04-18-2022 | 04-23-2022 | PA0002346421 |
| 104 | Info Hash: 2F73A144B780B7D386C021B9DFCA2C674931DEE8<br>File Hash: F85AE75227D8B66E7A0DEAC0477536890D8F9ECE99E4FA681CC88AAEC3688FDF | 04-17-2022 05:41:59 | Blacked | 03-21-2018 | 04-12-2018 | PA0002091520 |
| 105 | Info Hash: EFA937808F0ED58A57B5B7902F86CC46FFEF4A88<br>File Hash: B1ACA1BB3FF18B56DD4E28B45C13CEF7155C393C134B08F2317639FEF5A59520 | 04-14-2022 23:22:30 | Blacked | 03-10-2020 | 04-15-2020 | PA0002246103 |
| 106 | Info Hash: 6C097F8E2DD268506A3D928774099F16FCF1D7F0<br>File Hash: A599AD9EEF71FABC77029F80B0572DB18357A57D435FB6F5D32DC2362CACFFDC | 04-05-2022 01:15:56 | Blacked | 04-02-2022 | 04-23-2022 | PA0002346422 |
| 107 | Info Hash: C161315A1B18EA37FB7A6DDDA1DFF21699648073<br>File Hash: 6501EF84FF038EC62977471E45EC07081931B5F36040832EC09F158775935ED5 | 04-05-2022 01:14:08 | Blacked | 03-26-2022 | 04-23-2022 | PA0002346435 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: FFB6EDFA66EEEF53EA113883593C28EC6BCE89A1<br>File Hash: DA2409230A42FC45846820181027589052AE7C23274AA50393F3E49B9D372671 | 04-05-2022 01:08:28 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |
| 109 | Info Hash: C5AC5FEEBA7840F8FE1853CC8FAEE519EBBB42AE<br>File Hash: 73625A5F34CAF25CF81C5566988D2CED4D9DB94750EC8F51B66DFEF13B02BF68 | 02-27-2022 01:39:36 | Blacked Raw | 02-14-2022 | 03-29-2022 | PA0002342705 |
| 110 | Info Hash: 2C34775555B78EC426E7B740C0BE468CB3E9A091<br>File Hash: F4F0B1E8C52D10C3E68BC7760B608862C666D76C443ADCC2C6F17868036E9CC9 | 02-27-2022 01:38:44 | Blacked Raw | 02-21-2022 | 03-29-2022 | PA0002342850 |
| 111 | Info Hash: A46EF5D51533052AB5DB18AD5D59C02498112521<br>File Hash: E5D45312A0B249EB3F0741F4B012A08C297C648B314375ED6CC0A752B45BE90B | 02-19-2022 03:49:06 | Vixen | 12-03-2021 | 12-09-2021 | PA0002325832 |
| 112 | Info Hash: 3B4EA9DAAA3B1FC2F3D187FD1021BC9E4511C74A<br>File Hash: E1679995451088F985398F3E2F3CBDEF368CB39F12EDA01031CDA26AA4202C00 | 02-15-2022 03:13:17 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 113 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash: 2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 02-15-2022 03:03:17 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 114 | Info Hash: BC5F9AA2263FD164AFDD451FC1A02CC773024DAC<br>File Hash: DBB04E56F5E649F7EBB923395CC97A81D0265917C8579D541294F9527D94FEA6 | 02-07-2022 03:02:56 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |
| 115 | Info Hash: 27AE1E1034EA8BB067DFE05D0C8A6F35A4A4C51D<br>File Hash: CDD56A4C5055860375D8539B9F2524A4013525256F75F6D3168EE368B7F65D3F | 02-07-2022 02:32:10 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 116 | Info Hash: 7EC7D8A69E959827878CA2B204713488076172D5<br>File Hash: 400EB249A813414B23F052A99CA9A2F20877C3C408B7D9B20A8107A30ABA9BE4 | 02-07-2022 01:58:40 | Blacked Raw | 01-31-2022 | 02-14-2022 | PA0002335501 |
| 117 | Info Hash: 0EEED2F091967A7CF2C4B4EE547E47EA54BA3324<br>File Hash: 8BAAB418BA29FBB190CCA77C6238E795FDFFFB2938BEEFBDF38B07741D64EEAD | 01-17-2022 17:23:01 | Blacked | 01-15-2022 | 02-14-2022 | PA0002335487 |
| 118 | Info Hash: CCB9E55E86A2B9DCA817559173CE152D89FEE149<br>File Hash: 4E474BFF18A07AB53426EF3C92839F50B199C4A94F789FCB7CC7611C2DA7C3D9 | 01-17-2022 17:19:51 | Blacked | 12-18-2021 | 01-17-2022 | PA0002330124 |
| 119 | Info Hash: 0C6C0C31980EB1B7FC0BD5D3BE2436167D73819D<br>File Hash: F6D29449BE73E94125DD3E552A3091094642E5D41C9F7475AB8C868D0DC4C7C7 | 01-09-2022 03:03:11 | Blacked Raw | 12-20-2021 | 01-17-2022 | PA0002330107 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: B038E50CE96EA99AC02E1BCF051643E7314A3667<br>File Hash: 72EAA4CC3AC4AF5B8AA2AD7BE38FAEC63017FABD2E62BA4876A94B5E05131F37 | 01-01-2022 02:57:38 | Blacked | 09-12-2018 | 11-01-2018 | PA0002143426 |
| 121 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash: 953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 01-01-2022 02:55:40 | Blacked | 11-16-2018 | 11-25-2018 | PA0002136637 |
| 122 | Info Hash: D2B4C2613F8E4D42CDA01E8D2703FBBDE0C97200<br>File Hash: E405FE35A132796271E2ADBEA8A8C4C82459515753C2BB36CE694B726C3CF3A3 | 12-25-2021 04:59:55 | Blacked | 03-21-2019 | 04-17-2019 | PA0002186999 |
| 123 | Info Hash: 8F5305E4A5285CF5A766334ABC97D190CB1AC874<br>File Hash: 84723E9F05287A7F8EA5504E6382D15F7CBAA540619211B9334DD6B6647267BB | 12-12-2021 02:48:43 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 124 | Info Hash: 5D16EC2FE6C9F9FA9F5476C90525208D413532F1<br>File Hash: 247DCE33E47A1EC566200C820669478595511EF53F3A644E15EBEE009FBBD0A0 | 12-12-2021 02:23:12 | Blacked | 06-29-2018 | 07-26-2018 | PA0002112160 |
| 125 | Info Hash: 32E09D6A5978F499397CCFFAB8C889951CF3BF94<br>File Hash: EADF62816A0B33E9DCC505156847A93771275B747B14A6DBC5154D2ED41A2C04 | 12-12-2021 02:22:23 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 126 | Info Hash: F384E970AC450A02931E74335A99876DCA5AFBFF<br>File Hash: 201D0FF4E41487C0C1B7C759ED7237173F0D4D0F56007F7D5EC7FE0E6CB68A0A | 11-26-2021 03:20:29 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |