**TWELVE CASES FILED CONTEMPORANEOUSLY TODAY THAT SHOULD BE CONSOLIDATED IN CASE 1:23-CV-02096-SDG UNDER RULE 42(a)**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP Address 45.22.71.196, | ) |
| | ) |
| Defendant. | ) |
| | ) |

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP Address 73.43.172.88, | ) |
| | ) |
| Defendant. | ) |
| | ) |

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP Address 99.98.209.132, | ) |
| | ) |
| Defendant. | ) |
| | ) |

STRIKE 3 HOLDINGS, LLC, )
 )
  Plaintiff, ) Civil Case No.
 )
v. )
 )
JOHN DOE subscriber assigned IP )
Address 174.163.124.9, )
 )
  Defendant. )
_____)
STRIKE 3 HOLDINGS, LLC, )
 )
  Plaintiff, ) Civil Case No.
 )
v. )
 )
JOHN DOE subscriber assigned IP )
Address 76.17.18.208, )
 )
  Defendant. )
_____)
STRIKE 3 HOLDINGS, LLC, )
 )
  Plaintiff, ) Civil Case No.
 )
v. )
 )
JOHN DOE subscriber assigned IP )
Address 45.19.245.132, )
 )
  Defendant. )
_____)

STRIKE 3 HOLDINGS, LLC,    )
    )
        Plaintiff,    )    Civil Case No.
    )
v.    )
    )
JOHN DOE subscriber assigned IP    )
Address 73.184.247.26,    )
    )
        Defendant.    )
_____)

STRIKE 3 HOLDINGS, LLC,    )
    )
        Plaintiff,    )    Civil Case No.
    )
v.    )
    )
JOHN DOE subscriber assigned IP    )
Address 104.190.216.29,    )
    )
        Defendant.    )
_____)

STRIKE 3 HOLDINGS, LLC,    )
    )
        Plaintiff,    )    Civil Case No.
    )
v.    )
    )
JOHN DOE subscriber assigned IP    )
Address 97.81.76.48,    )
    )
        Defendant.    )
_____)

STRIKE 3 HOLDINGS, LLC, )
 )
   Plaintiff, ) Civil Case No.
 )
v. )
 )
JOHN DOE subscriber assigned IP )
Address 71.199.137.137, )
 )
   Defendant. )
_____)

STRIKE 3 HOLDINGS, LLC, )
 )
   Plaintiff, ) Civil Case No.
 )
v. )
 )
JOHN DOE subscriber assigned IP )
Address 24.30.19.225, )
 )
   Defendant. )
_____)

STRIKE 3 HOLDINGS, LLC, )
 )
   Plaintiff, ) Civil Case No.
 )
v. )
 )
JOHN DOE subscriber assigned IP )
Address 108.78.223.207, )
 )
   Defendant. )
_____)

Dated: December 20, 2023

4

Respectfully submitted,

By: /s/ *Richard A. Rice, Jr.*
Richard A. Rice, Jr., Esq.
GA Bar No. 603203

The Rice Law Firm, LLC
3151 Maple Drive, NE
Atlanta, GA 30305
Tel.: (404) 835-0783
Fax: (404) 481-3057
E-mail: richard.rice@trlfirm.com
*Trial Counsel for Plaintiff*