**Exhibit A to the Complaint**

**Location:** Union City, GA  
**Total Works Infringed:** 50

**IP Address:** 73.43.172.88  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 2FB0184D847F32A5D4FA9E1BC896FF63F5C106D0<br>File Hash:<br>4E34D7E05595B7D5FC3C5EAA08ADB038B9826EE410A4A9ED6F93D09B27DD99FE | 12-02-2023 18:24:57 | Blacked Raw | 08-14-2023 | 10-18-2023 | PA0002435302 |
| 2 | Info Hash: 6742F51417E400EEB56584B73B970A2B605FD713<br>File Hash:<br>87057131412E85764CE435473F0C2F26E3C28174AB560094D97ACF1BE19B4181 | 11-29-2023 02:36:27 | Blacked Raw | 03-23-2018 | 04-17-2018 | PA0002116746 |
| 3 | Info Hash: A73E6755DEB9F369429F7A85D300C74C4EEDF847<br>File Hash:<br>ABCBDE05025359E4374E1A031FCCCD6283268A7E2D2C42C5240DBC6634A853F9 | 11-29-2023 02:36:27 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 4 | Info Hash: 05B72F9FE884778D6750C21EE229C3B4BA742933<br>File Hash:<br>D599EBB6D7CF1B73D8BDA917677EBD5B750A9B5C5031866EA3C8D0E17FB2017E | 11-21-2023 00:06:13 | Blacked Raw | 11-20-2023 | 12-12-2023 | PA0002444867 |
| 5 | Info Hash: 380A75664A5905AC93CEA0DDD356D2A575EF0F13<br>File Hash:<br>2EC8849084448CFC29CB040A0E8A0ADCAAAF7BDB8B21A029C4AD6657E13CDEF5 | 11-20-2023 14:12:03 | Slayed | 04-11-2023 | 06-09-2023 | PA0002415744 |
| 6 | Info Hash: 00148BFD2178C2020A1A798A93B4287CEB4C4AAD<br>File Hash:<br>726C8D33E6BDBC80D2A79A5DF92848FD9C4D515417C548C49DDC4B118D426F11 | 11-18-2023 23:02:33 | Blacked | 11-18-2023 | 12-11-2023 | PA0002444878 |
| 7 | Info Hash: 34594569ADFBEDE6087EC318D0F45E6E15C7E0CD<br>File Hash:<br>3864AFAC0DE24A69D01F08AB75CFDA143B1B6FCEA3CB3E6B2937964E41C0F1CB | 11-13-2023 12:44:56 | Blacked | 11-11-2023 | 12-11-2023 | PA0002444873 |
| 8 | Info Hash: 2A313C9A5BE36420B17CDDF280D97577A3B6DE09<br>File Hash:<br>202C81A31AD249F3B0D4589F294FAC3F5B3026BF781CEB900C680EB7BDD5BD2E | 11-11-2023 02:38:54 | Blacked Raw | 10-30-2023 | 12-05-2023 | PA0002443584 |
| 9 | Info Hash: 641DC51E8CB08F43EF29D0F151F6937540563FD3<br>File Hash:<br>6AB5C750B260D895A7A71B677B1504DBABD944476A44AEE0E61C2B55D35192D3 | 11-04-2023 22:24:17 | Blacked | 11-04-2023 | 11-13-2023 | PA0002439565 |
| 10 | Info Hash: 7C5664503A6507504F1DD34CF346C34C843E29E1<br>File Hash:<br>B4C3341D97F538C2E474C49482AE121A378BAB847204DD5013AD20E9BC5CBA8A | 10-30-2023 03:28:00 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 11 | Info Hash: 05F28FD2C56DF7A889C8EC5DC78DB2F8FFAF692D<br>File Hash:<br>54724734B2203F47456B0C1D3D3FF71B8EC2FABE8E93BA09DDB4ECCCAADC8F94 | 10-28-2023 19:02:30 | Blacked | 10-28-2023 | 11-13-2023 | PA0002439611 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 401B87749F59474E33519F42C3F8A2C11C5DDB01<br>File Hash: 28499A4802E0D5E162E5E8E742739839A9FDA7B6064382E7CD63AAF8847FBC13 | 10-25-2023 02:31:37 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 13 | Info Hash: FE1880F0D5E54DB3569E22296EDB43E5776BB21E<br>File Hash: FDE6DA4BE8A238FCF572D383D07426FE114A5999591B771A4AE47C8CFAA4905A | 10-24-2023 23:55:52 | Blacked Raw | 10-23-2023 | 11-13-2023 | PA0002439616 |
| 14 | Info Hash: F9F375B641E9E26C7668E746B36B7EE9930986F3<br>File Hash: ED44FB9DE89A6945E41B829196A520BC11B17811C5584740595B008CD7C309D6 | 10-21-2023 18:16:25 | Blacked | 10-21-2023 | 11-13-2023 | PA0002439582 |
| 15 | Info Hash: 7C3D20E5BA648F3ECA6FFE221EB1F6FC68F3EB0F<br>File Hash: 0BA51374DD5C2EC02F32A5165502FB850D99A68378995F44FD675B3E8241B3E4 | 10-18-2023 00:27:40 | Blacked | 10-14-2023 | 11-13-2023 | PA0002439573 |
| 16 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 10-09-2023 11:42:24 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 17 | Info Hash: A7E7C380ACFFD82D5677CEA9E1DBDFB7E7AAC9A3<br>File Hash: D9BA0C441CE7853B9D5A30776F10AEB1DB32D8E26DB048607D593D9AA98C9D78 | 10-09-2023 08:24:11 | Blacked | 10-07-2023 | 10-18-2023 | PA0002435291 |
| 18 | Info Hash: 759D9F49506296AE3E43EA6E19EF7DD3844611EA<br>File Hash: 1E000D0E4D6D1DD91059DF6DA966980E2A89F3DB5F06B168243BB4DCBFADD702 | 09-29-2023 11:25:50 | Blacked Raw | 09-25-2023 | 10-18-2023 | PA0002435306 |
| 19 | Info Hash: 191676095E69CDF9FE482B3461E5A209DE69A2F0<br>File Hash: 9933C54B08089AE9D45470D2616B7CF31CA87E9906A38D5AC67BD4E0DA4181D1 | 09-20-2023 23:25:23 | Blacked | 09-16-2023 | 10-18-2023 | PA0002435289 |
| 20 | Info Hash: C5F1F25C9A928AD889C7B478EFA3DB443C6FD9AD<br>File Hash: 9AACBFABA6B312B142E69B530EE54F3153D24F6FFA3DB46E8A6B40B198EE6380 | 09-18-2023 23:29:01 | Blacked Raw | 09-18-2023 | 10-18-2023 | PA0002435281 |
| 21 | Info Hash: 0F95F01EE5093BFC4C6DF94DD1C1B05747983A8C<br>File Hash: 04AB55E67BB37395CEBAD7FCB669A753A5D28C78623BC9BF2D4B29799774F163 | 09-03-2023 18:23:34 | Blacked | 09-02-2023 | 09-18-2023 | PA0002430909 |
| 22 | Info Hash: E3EC69032FEDCE5E54BBC5B0B6C09F6FEC70B641<br>File Hash: 607C8A05F3A628048C617D9BC686BDF18F4923ABF24CF2D501916020B835AE7B | 08-29-2023 00:11:22 | Blacked | 08-26-2023 | 09-18-2023 | PA0002430902 |
| 23 | Info Hash: 251E98FDDBF487C34DF4A4378903DF0134382A03<br>File Hash: B16D5B37DC5D64EF629C18B33A934DA9B5FE3D11B60F02EBDE2AE911BC2F2DA9 | 08-20-2023 14:04:44 | Blacked | 08-19-2023 | 09-18-2023 | PA0002430893 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 24D551AFE3553A40D3423C17139E905DD0CD6A63<br>File Hash: D01ACF1FAF9ABBD2FEC76889290E42C285509EE7479CB42C7ED850138EADCE5C | 08-12-2023 12:44:19 | Slayed | 03-28-2023 | 06-09-2023 | PA0002415741 |
| 25 | Info Hash: 2D1F93A12D9C1A70C9D7CCB260285AD15520CD5E<br>File Hash: 90608B34C1963992DEB1433847B5D40ED45D451CFA3156146B10C84EFB87F424 | 07-19-2023 13:18:22 | Blacked | 07-15-2023 | 08-17-2023 | PA0002425771 |
| 26 | Info Hash: 2D225B263516EA0C9314687CBFDB446CDAABA93F<br>File Hash: 31E43DC0064637472AA157B813CC74C286A64CE16CC6604FD41C6190CB1262D8 | 07-02-2023 14:27:44 | Blacked | 07-01-2023 | 07-13-2023 | PA0002420349 |
| 27 | Info Hash: 91A4EFE2C634E466B827833D0124F82C6DA6D732<br>File Hash: 52D5F331A869CBAC67910086299E363F7EDBABA2D8D8AD0B2347769867A54201 | 06-25-2023 13:25:31 | Blacked | 06-17-2023 | 07-13-2023 | PA0002420351 |
| 28 | Info Hash: 1390F63B89DF69275F06F590B1E5058DCDFFD9EE<br>File Hash: F9FEF29C7184C3127FE71113A032D5908367A3527705F800A2DA98FCACC71960 | 06-16-2023 20:47:23 | Blacked Raw | 06-13-2023 | 07-13-2023 | PA0002420359 |
| 29 | Info Hash: 8D04FED7E85BDBF5BA9BE8F0CA901F165FC70394<br>File Hash: B776A6D3BD5456E54166F680C85B9F594404F142B465AB7E0C6AA7350087ECCC | 06-11-2023 11:58:22 | Blacked | 06-10-2023 | 07-13-2023 | PA0002420362 |
| 30 | Info Hash: AB25EF96E6F72F546331A1CFFEF786A6CA92F532<br>File Hash: C1E47ADF8151CEB6F3EF0F0B531E91BED84A543E47B70C3565D26D2781376C75 | 05-24-2023 06:45:04 | Blacked Raw | 05-19-2023 | 06-09-2023 | PA0002415367 |
| 31 | Info Hash: 9FF59BDE75C01B103D160D2D050AE4754A4A5314<br>File Hash: 586B7FCF2A8D72D4EC40E7D3D9FC87F5AC44DDEA6D6C1A5308C481C1270B176D | 05-24-2023 06:44:36 | Blacked | 05-20-2023 | 06-09-2023 | PA0002415379 |
| 32 | Info Hash: 1A5B5E1DC2C8394DCAA93B9E7A57A40F070207C3<br>File Hash: B2AC21AB00870A1189DBB879BA7FCB9C50613A1BAF32A97FF096E29ADDBDB6D7 | 05-19-2023 23:27:21 | Tushy | 05-14-2023 | 06-09-2023 | PA0002415365 |
| 33 | Info Hash: 27C3D3574B9C056507577AC454D9F5DCB35239D6<br>File Hash: 01600ADBA3B50DA09F3116EE7A13EF9CE423AD0E1A5FA611E59664DA584E6E1D | 05-17-2023 12:42:39 | Blacked Raw | 05-14-2023 | 06-09-2023 | PA0002415357 |
| 34 | Info Hash: 96A921A9E8523EEC0DA8FD584BD37C54C3D0BCA4<br>File Hash: 5BFC9798355B857B487411612FEC6357FA87887DC706CE9DAEF8074CD6768DD9 | 05-16-2023 12:09:32 | Blacked | 05-13-2023 | 06-09-2023 | PA0002415384 |
| 35 | Info Hash: D6E102DB48A3BCCEECFB002F367B1102D77A5C60<br>File Hash: 5CD3CAC9CAEF908638D04C3E6700317B65BD7EDAFA7726A4636FEE8B6F65624D | 05-13-2023 23:57:34 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 1093C8247752EBFE1ECA68BD32CE7D2733601137<br>File Hash: 82F1288089C268400FA4A72DF754200177E19829C0328CB1F163C842B6537B3E | 05-09-2023 23:22:27 | Blacked | 05-06-2023 | 05-15-2023 | PA0002411299 |
| 37 | Info Hash: F59AD419F53D551B86D260EB957D82FBB337F056<br>File Hash: F18A6FBC83465AD49E0E6052167CFC54F78BDEAC050540591C388146749CADA5 | 05-06-2023 13:38:07 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 38 | Info Hash: DCA4BC44A713CB12C83B8697C3FC37EE032F1FEE<br>File Hash: 400D37001FCCA3B32A98DF4E00644701CD44615B19CE8832ACEBB577F4BE6237 | 04-22-2023 13:23:53 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 39 | Info Hash: 085AB88D90A96930394C198EBBE8A7F2474D85F2<br>File Hash: 6A22370E231DC13C8BDA7BDAE644452FAFBF9075BDCA4717AA434F393D9F20D0 | 04-10-2023 11:49:03 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |
| 40 | Info Hash: 3BC22005E2AFC76A838931DCA776BBA6A7235CD8<br>File Hash: 52978CFAE6E89E7576A6ACF227919E58FF957546FD0FBEF1FBECBE1294075FED | 03-25-2023 02:23:47 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 41 | Info Hash: 9F35DF45936488FCB0D2AE93448A92EDFB700D6E<br>File Hash: 2B575622DFF0E12494298DF48C2FDF98F3CD5BAD4080C51DB3306725F7E260AE | 03-20-2023 11:43:19 | Blacked | 03-18-2023 | 04-07-2023 | PA0002405751 |
| 42 | Info Hash: F37A59D2C8800474287D6D093A9EA31456C8DDB9<br>File Hash: 7304BF5EFCDA0F9C7D3F8D50E862F127E28725828EAB12DD3F037F6408538AFA | 03-20-2023 11:42:00 | Blacked Raw | 03-15-2023 | 04-07-2023 | PA0002405750 |
| 43 | Info Hash: 352D8D6F68451DBAD94635B8E4343E8D1632C261<br>File Hash: 4D84E6B086411F862B19D79FBD7C5E7A8D3A10E500CE4C3B47C8191687B4EE7E | 03-09-2023 08:00:59 | Blacked Raw | 10-19-2018 | 11-25-2018 | PA0002136715 |
| 44 | Info Hash: 7A5E3408AF26D787EE0E1F03A2F77436F75950D7<br>File Hash: 0545C33026AFC826D0331FB6ABB4723673C0F9D76258F7C5F291D1B1D889A325 | 03-09-2023 04:54:08 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 45 | Info Hash: 8338EEE7422DE5D14A74AB545A3CBF4757117CD7<br>File Hash: E737AA61BA0EF6FF81A090E7305FB22391FA070E202D2B1D9D388715E79F5304 | 03-09-2023 04:53:24 | Blacked Raw | 05-09-2022 | 05-20-2022 | PA0002350381 |
| 46 | Info Hash: 74E11E3524B76B6E37D22F1200AFE49C2CB3CDFE<br>File Hash: 7585140E235E96F4BD705D67A00B86454206B422718DDDB2D673F9CEC873639B | 03-06-2023 14:05:40 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 47 | Info Hash: 2B2E2FF6BFEC85BE09464404DB64A2CA93C6E665<br>File Hash: D42E55F2AC0B7FE9E4450656AAB62D16F44F1B199C0650ADC2F16479B167EAE7 | 03-02-2023 08:23:04 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: E1DC17F1E6B165394C514C08B55A305613F4AAE6<br>File Hash: FB14B0202BB679BDE513466782E98A1BE16635DF06633F94D5D6390605FA2618 | 02-27-2023 01:07:42 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 49 | Info Hash: 1A618EF49402930C1C538EF14A6F18918A438983<br>File Hash: 6CADAB282554DF20A5EC1538F9C7B8D56396A85EE63E7E188D8ACD266FE83143 | 02-21-2023 22:18:29 | Blacked | 02-18-2023 | 04-13-2023 | PA0002407766 |
| 50 | Info Hash: 12CB3CAF76D76F88E13556704B1C13FC6902811E<br>File Hash: B1F01BFBFC6B3E923D7F6F8786EB2955B1D0EA2483E0866F5EC52B59A161DACB | 02-11-2023 14:57:51 | Blacked Raw | 02-08-2023 | 03-06-2023 | PA0002399990 |