**Exhibit A to the Complaint**

**Location:** Lithonia, GA  **IP Address:** 99.98.209.132
**Total Works Infringed:** 122  **ISP:** AT&T Internet

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 743EDE7C0F2B5801AFC36E54099CED32AD3C81D7<br>File Hash:<br>DA8F791AA7BA91591C613C33BFC79816EF2CC655306F786D7A87FC5AA7360F80 | 11-30-2023 22:07:02 | Blacked Raw | 11-27-2023 | 12-12-2023 | PA0002445178 |
| 2 | Info Hash: B9B543B067CA187E3DEB4EE55F69B649A7C92E10<br>File Hash:<br>962A95CAC208E4199F45EF5A60983F59D6D7E51637703D461E1341C5A9F36C7C | 11-30-2023 11:31:54 | Blacked | 11-25-2023 | 12-11-2023 | PA0002444871 |
| 3 | Info Hash: 8724EEF63870D55B3CAB610A8A874CA4D4B93B55<br>File Hash:<br>2059FD692DA407DE8FB6FEE825C80B8A9129A0F7DCC6E0CDE7448B8FBA1101BF | 11-23-2023 15:25:21 | TushyRaw | 11-22-2023 | 12-13-2023 | PA0002445429 |
| 4 | Info Hash: 17348BED427795695761016349FFB2C48B907F38<br>File Hash:<br>F568AB4B1FF99DD0DBC99E8C14EDAC6BD964DB8C6B32BCD15E1FA01E22977D45 | 11-22-2023 19:00:01 | TushyRaw | 10-25-2023 | 11-14-2023 | PA0002439667 |
| 5 | Info Hash: 5A9FC2B64F37E334F99EED819A4904747B745F13<br>File Hash:<br>18ABDF116C9A087F5D8A390BF1FE120756BA3E78C519E4BB0C66AF5BC5B6DD96 | 11-20-2023 23:53:21 | Blacked | 11-18-2023 | 12-11-2023 | PA0002444878 |
| 6 | Info Hash: 1C949F3B5D4AF5469EA4817A5EF1D10387B6C0A3<br>File Hash:<br>5E4408D526E3BA5A0E7A389D7DCA4FDDAB1AA92F33C9C0184A56EEFF488D703A | 11-20-2023 23:53:15 | Blacked Raw | 11-20-2023 | 12-12-2023 | PA0002444867 |
| 7 | Info Hash: B45394D37307077416EBB57D3C729E3ECB28341A<br>File Hash:<br>6E8DA089300E930893CAA8968D41AB734515FFAE5C80C4E3346ACA55315973C3 | 11-14-2023 15:20:11 | Blacked Raw | 11-13-2023 | 12-12-2023 | PA0002444884 |
| 8 | Info Hash: 2A3E16486F3957D77B2F1A800AC14318046022B2<br>File Hash:<br>845EE9836073953BE23AC83F9A6A05B95F214544EEED1A26969C36D4B5E66DB0 | 11-11-2023 10:24:27 | Blacked | 10-28-2023 | 11-13-2023 | PA0002439611 |
| 9 | Info Hash: 179A031C274721F319B7E9B383EBC8D53D45790A<br>File Hash:<br>D836A9F45E4D95D9B508AED8D8657ACCDEE27BBDEA56E0C0723A5D72758A8ACE | 11-11-2023 10:16:36 | Blacked Raw | 11-06-2023 | 11-13-2023 | PA0002439619 |
| 10 | Info Hash: DE91B3E0A4A6E6C6DFC13D1A4B9F26A03B99597E<br>File Hash:<br>FD4A7789336A9406A0C3556B3D7B911BEAEADCE5FEC0C5DA74928428284197F8 | 11-11-2023 10:15:18 | Blacked | 11-04-2023 | 11-13-2023 | PA0002439565 |
| 11 | Info Hash: D21FF692E96E967D30C7F53FC3A4156A4ABF3E16<br>File Hash:<br>22D5CC88969FD55F7234292D0CB962DBBBEF021B9C7E5161B2A2EEEE064BC6934 | 11-01-2023 14:19:22 | Blacked Raw | 10-30-2023 | 12-05-2023 | PA0002443584 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: DA70A507154195E1F1D887397EC5903939B976AD<br>File Hash:<br>0C349545C5D39C96181264C812AC75A6E396F1D5E790A94F1D9E0203C438F5AB | 10-24-2023 14:24:28 | Blacked Raw | 10-23-2023 | 11-13-2023 | PA0002439616 |
| 13 | Info Hash: F9F375B641E9E26C7668E746B36B7EE9930986F3<br>File Hash:<br>ED44FB9DE89A6945E41B829196A520BC11B17811C5584740595B008CD7C309D6 | 10-21-2023 23:36:37 | Blacked | 10-21-2023 | 11-13-2023 | PA0002439582 |
| 14 | Info Hash: 7C3D20E5BA648F3ECA6FFE221EB1F6FC68F3EB0F<br>File Hash:<br>0BA51374DD5C2EC02F32A5165502FB850D99A68378995F44FD675B3E8241B3E4 | 10-20-2023 06:42:00 | Blacked | 10-14-2023 | 11-13-2023 | PA0002439573 |
| 15 | Info Hash: 49DF6FDD62BCC7F2AD1F322CB99D8B359C044CCC<br>File Hash:<br>9E6A75CEAFDD7702981A80FD1A32E209E873A1BED00B60855F711F5C5BF035E6 | 10-20-2023 06:25:59 | Blacked Raw | 10-16-2023 | 11-13-2023 | PA0002439580 |
| 16 | Info Hash: A7E7C380ACFFD82D5677CEA9E1DBDFB7E7AAC9A3<br>File Hash:<br>D9BA0C441CE7853B9D5A30776F10AEB1DB32D8E26DB048607D593D9AA98C9D78 | 10-10-2023 10:25:47 | Blacked | 10-07-2023 | 10-18-2023 | PA0002435291 |
| 17 | Info Hash: 6AEC16230CD7A724EC70D71A6BBD8FF86D55A504<br>File Hash:<br>EF9D6FA06670CD08EAC6BC0B74427660BF0CD0425765E014C6455C560E7E85EA | 10-03-2023 03:20:26 | Blacked | 09-30-2023 | 10-18-2023 | PA0002435266 |
| 18 | Info Hash: 756F97C3F34497D02236A11C4D35074801457FA8<br>File Hash:<br>B4479BED86BD7679A3120495A42534A22F7E673C9DA9FBA3DF28F23C02AABA25 | 10-03-2023 02:54:48 | Blacked Raw | 10-02-2023 | 10-18-2023 | PA0002435277 |
| 19 | Info Hash: 2604C991D82D1D04D33C9A63E7B26263B90EF862<br>File Hash:<br>53E910CE971AB408A80FD937F193FBFAB39FC67A99B2546A71786D8BC415842C | 09-27-2023 21:37:15 | Blacked | 09-23-2023 | 10-17-2023 | PA0002435265 |
| 20 | Info Hash: 7E588401D8CAE523BF30B0A3B687B63372D63427<br>File Hash:<br>9D90013370362C89E6B63144E08D9E61833A2DFB86D2A3A67140B2FDD7ADD4A5 | 09-21-2023 15:31:29 | Blacked Raw | 09-18-2023 | 10-18-2023 | PA0002435281 |
| 21 | Info Hash: 30772D9F1FB82CC62F63B6A9BAB605E808B86CD7<br>File Hash:<br>12C47BA9BA8ED661FA8685FFC4E0F9267347C6D60F1CC2912588FE66F0C55B89 | 09-21-2023 15:29:41 | Blacked | 09-09-2023 | 09-18-2023 | PA0002430904 |
| 22 | Info Hash: 0AE9B160D36E7D61C82F02E9C06C16847CAEFBF0<br>File Hash:<br>EFA5C20C4BC26CD834AD0CDEA274288EFA6DF1C4C0BE2132BDFECF19D8511695 | 09-07-2023 00:40:22 | Blacked | 09-02-2023 | 09-18-2023 | PA0002430909 |
| 23 | Info Hash: 34CD46C59638849199B5C771B5A6C008EC0A8FF3<br>File Hash:<br>62D93F0E28A3630C43EC9033DF57C59BEFEEE97525575B3CAD33225F9DA8712D | 09-07-2023 00:39:43 | Blacked Raw | 09-04-2023 | 09-17-2023 | PA0002430908 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: A9A8D8AC5016AAA8A31E093F211A5A19C1915E3B<br>File Hash: DEF3D8BC99D2007E68B4BC6493B2C1D9C368AEF687F9F7AAE75268A17DB15912 | 09-07-2023 00:36:45 | Blacked | 08-26-2023 | 09-18-2023 | PA0002430902 |
| 25 | Info Hash: 1149632029B2203A09EF6DB1B644D4E0F5F00FE5<br>File Hash: F1229FE37A0BD54A30E560D416313F5BFD09A09DAB865C1584FAE8018BF2E7E0 | 09-07-2023 00:36:43 | Blacked | 08-12-2023 | 10-18-2023 | PA0002435264 |
| 26 | Info Hash: 8C06A6A6C3DD2669F73BA09EA79A7196598F00A0<br>File Hash: CB1B023E7835AFAAD52904D34E54962002CB308DCD90FACCCBBEA45962A6633A | 09-07-2023 00:36:39 | Blacked | 08-05-2023 | 08-17-2023 | PA0002425714 |
| 27 | Info Hash: 4DCAFC0FFCBA6D1ED960241EBC5B00516BDF4D76<br>File Hash: A2D24E420BAA8D4C9CD86C31399BEE87660DD3259CA9AC5CCB636714F49F18E7 | 08-15-2023 17:06:30 | TushyRaw | 08-09-2023 | 08-17-2023 | PA0002425525 |
| 28 | Info Hash: D93E7A2150B84861096407A9CABB85144D6DA4EC<br>File Hash: 7181F8C850321C93A227560AC549BC5E49DAB521BB9974A950DF7FA6EE4E28C1 | 08-11-2023 05:36:50 | Blacked Raw | 05-27-2019 | 06-13-2019 | PA0002180951 |
| 29 | Info Hash: 114A824EC7BC9618981419810D490E129F5FC2F9<br>File Hash: 75898BDFAA0C37E1B679F720C2738F0BF311344565B9492AF08A27F9527E2E6B | 07-31-2023 13:41:13 | Blacked | 07-22-2023 | 08-17-2023 | PA0002425765 |
| 30 | Info Hash: 2E7F1857614CC274AF20C9DD87F3C1174D770D1B<br>File Hash: 6A990F12169E46A2D505A3A56AD659568132F2A2612973AB9E0601770842B0C3 | 07-17-2023 23:29:11 | Blacked Raw | 07-17-2023 | 08-17-2023 | PA0002425535 |
| 31 | Info Hash: 7A2F0ABEBEF919AD2353F8CE407731AA7DDFDE02<br>File Hash: 0E1D2467180070068A6638C2F5F5EF0E8F389F6D497EDE3EE045A9ACC039B694 | 07-16-2023 22:44:19 | Blacked | 07-15-2023 | 08-17-2023 | PA0002425771 |
| 32 | Info Hash: EEED6D7C641A001F15664F9A531B88CDB2A0D63C<br>File Hash: CAA34FC9AAE5C22E7265F3183379F5B82D6B2D1AF9ED53621D5EBBBF25C59BE9 | 07-12-2023 23:52:33 | Blacked Raw | 07-10-2023 | 07-13-2023 | PA0002420345 |
| 33 | Info Hash: 8D68CA2B47D8104C4924CA8600131B3FE3688F53<br>File Hash: C3DF71DA4256A070876209E548F5F1FB45CADB67BF401F3647DF669EB673DE95 | 07-04-2023 12:57:04 | Blacked | 06-24-2023 | 07-13-2023 | PA0002420341 |
| 34 | Info Hash: 919A88F63D482611220967EEFE99B6669317742C<br>File Hash: 4AC9421AB70BE5053E3D148D03BA2DF013A5B609B4D8ADB325A3121CC03DA16B | 07-04-2023 12:53:44 | Blacked Raw | 06-28-2023 | 07-13-2023 | PA0002420343 |
| 35 | Info Hash: 72BA14713A012A40E4D24E77CB0BE0E300CCCE3D<br>File Hash: 855C85F7D6D0CEAC1EAE0F836F8A1A8428915F82C593E26367276EFB30858D48 | 06-19-2023 22:11:30 | Blacked Raw | 06-18-2023 | 07-13-2023 | PA0002420357 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 91A4EFE2C634E466B827833D0124F82C6DA6D732<br>File Hash:<br>52D5F331A869CBAC67910086299E363F7EDBABA2D8D8AD0B2347769867A54201 | 06-19-2023<br>09:59:51 | Blacked | 06-17-2023 | 07-13-2023 | PA0002420351 |
| 37 | Info Hash: C6669ADD9B0F3E67DCE328B4CAC96D5DFE08C0EE<br>File Hash:<br>38A94341615FFB732966A3BA32F7D3AB2EB62980609457FE788EC443FFB4181A | 06-13-2023<br>17:34:59 | Blacked Raw | 06-08-2023 | 07-13-2023 | PA0002420361 |
| 38 | Info Hash: 540ED152DD3715A2E9B644E1A32880F02B99281D<br>File Hash:<br>46003CE73FC9B2A5DE672779ED28F1C8E7BB2A64759D84C412EC9B7B8079764D | 06-13-2023<br>17:34:33 | Blacked | 06-10-2023 | 07-13-2023 | PA0002420362 |
| 39 | Info Hash: CAED018EC1278C8F2E449F71E5898201BA515746<br>File Hash:<br>380236735C98C75A1B8485835D99AF43861C096964EAE54B6D035CB8E82CCC5F | 06-13-2023<br>17:33:55 | Blacked | 06-03-2023 | 06-09-2023 | PA0002415360 |
| 40 | Info Hash: 3BC64C2DACE5BB4CD2AB84FDA6937D6BAE7FD522<br>File Hash:<br>A01E3F81F210391BE147664A30C08CE09533E82D2AFAA429D3717030E12CCAEB | 05-29-2023<br>19:25:53 | Blacked Raw | 05-14-2023 | 06-09-2023 | PA0002415357 |
| 41 | Info Hash: 6A83878A0CB2F92E0CA157564B6559F28253D8DD<br>File Hash:<br>4F993B6A694F036EBF8153F0AF828022489CC23DC0B3295A73269925F3C11754 | 05-29-2023<br>19:20:59 | Blacked | 05-27-2023 | 06-09-2023 | PA0002415390 |
| 42 | Info Hash: 3D74ED835F96851E1D872CDFE806172D31D58719<br>File Hash:<br>7B227EC52AD2947808AB5AD555CF7AA03E6DB078ECD67581F63553D60156E5A0 | 05-29-2023<br>19:17:10 | Blacked Raw | 05-29-2023 | 06-09-2023 | PA0002415372 |
| 43 | Info Hash: EEEC559C8B781DA31220AE506BD79F18A9F2BDDD<br>File Hash:<br>F056E80D1AA66100AA5552CA1D31150AD7403A5D395C327C232FBB86142F4970 | 05-29-2023<br>19:14:08 | Blacked Raw | 05-19-2023 | 06-09-2023 | PA0002415367 |
| 44 | Info Hash: 09D47AB9088F21EF18555D5A08DDEFA6C824789E<br>File Hash:<br>8BB5B7236686E997B5AAE85D317618FC251C65F0381B845495E498DA092A508B | 05-11-2023<br>21:00:42 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |
| 45 | Info Hash: 4531E00925FA2FD3453EB18BB37C16BB755A82BD<br>File Hash:<br>BC4ED583B9E8B601F85C3628499D7690CC19DAACD52A7D19E076220BBFDE1269 | 05-07-2023<br>05:19:20 | Blacked | 05-06-2023 | 05-15-2023 | PA0002411299 |
| 46 | Info Hash: 9E79588759F761D647051E31C6FC6175958AB01B<br>File Hash:<br>645ED8EDA23BAF087D9200BFE0F594A7CC91B42E31D2E1AD28F3EFDAFF458ED0 | 05-01-2023<br>16:26:22 | Blacked Raw | 04-29-2023 | 05-14-2023 | PA0002411313 |
| 47 | Info Hash: 965FEC6F83D93E3D37B5FD5BD6AB41B1198C93E3<br>File Hash:<br>F54D5B838BC9C97ECD0514BB6E1F13E8BCBCB96995C12DD891F4A0075DD2E61A | 04-30-2023<br>07:18:05 | Blacked | 04-29-2023 | 05-17-2023 | PA0002412011 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: B40193B63CBE2FBA436FD4A07CFF20D9A84FDC0F<br>File Hash:<br>FA7084749F733A1576F39D0879A5FEA24E306BD952932F2F73C66B0739C92C92 | 04-26-2023<br>03:32:46 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 49 | Info Hash: 9E3D2DB609C7AE1370FB2CAB8E663D40F975426A<br>File Hash:<br>762AB6DC5E71CBFA5019AC7ECB95A59F7C5AAB082D15DD990DE8A8BD17EDAA67 | 04-20-2023<br>11:11:12 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 50 | Info Hash: 5A86E04371FFF05DE053070B8B7A84368CCE8435<br>File Hash:<br>E3EBF428FC8353EB16611884DD79582C42C159FD1BEDB67F82176DEB6109B400 | 04-16-2023<br>20:48:59 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 51 | Info Hash: 0B7A7F159268FAD23AD9C9D359111291489CA002<br>File Hash:<br>DB512BA9F8EDFB8C1672DDB459EEA06ED1A622842C88A89DA0E8A8D92F08DD3D | 04-05-2023<br>23:41:52 | Blacked Raw | 04-04-2023 | 04-07-2023 | PA0002405732 |
| 52 | Info Hash: 465E8843CF7BFD7F4EF9D195384EB5C97D3730E9<br>File Hash:<br>95AADFE0D3241299CE41A7684F2817AE390F5DB928FA16137676D2314B6477B9 | 04-04-2023<br>18:30:17 | Blacked | 04-01-2023 | 04-07-2023 | PA0002405761 |
| 53 | Info Hash: 0AEC90FD61429D473ACE512307B3A817704D288B<br>File Hash:<br>2895A74E175D9E4265D8E7CFFDF6FD89E800D78CA80C90E52348DE265DFF4B6D | 03-26-2023<br>15:25:52 | Blacked Raw | 03-25-2023 | 04-07-2023 | PA0002405729 |
| 54 | Info Hash: 3F61B082F992075D67F71479085ACA442CBAF7B8<br>File Hash:<br>A8FB3C262B9B418D0185A17BD2F9697D8F550C8B08FEB13C9479359D0578D5D1 | 03-24-2023<br>13:30:53 | Blacked | 03-11-2023 | 04-09-2023 | PA0002405763 |
| 55 | Info Hash: 72C24FC31E42B53E2C33370E1EBF4BE06BC74F46<br>File Hash:<br>080549C7A733A94557660CBA1DCE0E94DC08565A2BE49DCAC21DAD5B011AD4DD | 03-22-2023<br>13:38:26 | Blacked Raw | 03-15-2023 | 04-07-2023 | PA0002405750 |
| 56 | Info Hash: 6D1C6C8C3F460CAA41EA91AC6BCEF85091CEB1C3<br>File Hash:<br>4731241731A0D3D76A3F458E1792787C08BFFD472BD4C63E61584FC6A9191C74 | 03-06-2023<br>04:30:30 | Blacked Raw | 03-05-2023 | 04-07-2023 | PA0002405735 |
| 57 | Info Hash: DA41F73C20EF0639FA92F3B337C2B4868D4CC850<br>File Hash:<br>8B00908F5E5FD92AE1B9014EBC89F17A5BE461176EEB6597D59D6A1834C5E6AB | 03-06-2023<br>04:14:16 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 58 | Info Hash: 9900994D9F711DC57B56FAF357ABDE84F4D562AE<br>File Hash:<br>D1E3B241595C6CB921A25329247C372EDEE91F8B6C25DE52F8342D92E66ABE5C | 03-05-2023<br>13:19:52 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 59 | Info Hash: B27AF2712E7BD4DA58FF41EDBC1CE41BC228FEB7<br>File Hash:<br>F43698D77561481B613D45DC42F120BB82F80B64F7B8C3649F5FEA85E7D49C25 | 02-21-2023<br>17:12:00 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: DEE4EADAEA082046B6D6D3E9D7DF1AF8E3286304<br>File Hash:<br>2B37DA2391BB8AAD430A7F99077FD444EC667D9730086CF02D4E13DF76B459C3 | 02-11-2023 03:01:35 | Blacked Raw | 02-08-2023 | 03-06-2023 | PA0002399990 |
| 61 | Info Hash: 0E95068814F542566FD430766E522E151CD831F2<br>File Hash:<br>586E2A1F652BB0EF2E103A5C2FEB3D1EC256C72F586AEBE14E6D5BAFFA604FF8 | 02-08-2023 03:58:24 | Blacked | 02-04-2023 | 03-07-2023 | PA0002400314 |
| 62 | Info Hash: C69B11EB281F393E2E595E878C46B19E687F7D57<br>File Hash:<br>C2CD469336DA9502FC88B64480484D25A32D72353AC3C5298AC23BF2F3F72D31 | 02-03-2023 13:28:02 | Blacked Raw | 01-29-2023 | 04-13-2023 | PA0002406902 |
| 63 | Info Hash: 63CD460C2E1EB0A247A54F5E7519567CFB0FA018<br>File Hash:<br>FE5E598CB30E45DDDF1893D6DCF026ABA2F8A073587C5B338B49D3E08BAD8A50 | 01-27-2023 22:01:41 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 64 | Info Hash: 9EA2BE5C0BAEDD453E3431F8D402BCA47542F8D9<br>File Hash:<br>6069F5E65383CFAE9FE6947EC2D8C1AB21D6BA8A39D1B9625D7BD9ECE5E7C7F8 | 01-21-2023 03:10:39 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 65 | Info Hash: 7B0565BED4922E06B8A01BE541895ED9FA55938E<br>File Hash:<br>81B7868C05558FC0E7984DCD275375C8C6A1BF0BDECA031CEBF908251B565F1E | 01-21-2023 03:10:35 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 66 | Info Hash: 7378B84BF75D7FFC45973877607D73D10B056018<br>File Hash:<br>F227575D2FF9DAE476E80E21BF6E3770188E3472A95877B760FD4F2A4A338D24 | 01-10-2023 13:49:30 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 67 | Info Hash: 5978ED3C98087BB0C242A4C322084C16AF1150B8<br>File Hash:<br>8FD4DD9BC672ACD47A845BA2A3E542851323592823667A6EE884557E84104D8D | 12-31-2022 15:57:07 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 68 | Info Hash: 17C216221BBCD70E5CA32B65980C3AF11F9259A4<br>File Hash:<br>2C9A0D49AAB70FA6044DA89EF701D8AD18103455AEF9B079C435D035792C4367 | 12-23-2022 10:52:08 | Blacked Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |
| 69 | Info Hash: 811488E112F02442EEB687F84E2ADB85975814BA<br>File Hash:<br>8461C75D9ABC8DE942B4976DC41012936611B82FE8AE28CACF3826A55E67376C | 12-16-2022 10:49:32 | Blacked Raw | 12-15-2022 | 02-21-2023 | PA0002400999 |
| 70 | Info Hash: 93F814C4D7A7F2439FFC6BB5A3E9350FD8C876A4<br>File Hash:<br>7448FCF1CAC22ED67178345817C5883DCAFBC4FC010E85F03E5CAB439DC2DAA0 | 12-07-2022 22:49:00 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |
| 71 | Info Hash: A41482D5132301BD4F3AA9EDFD7A6DB422397675<br>File Hash:<br>5645A601655D6EC1D8272A333CCED5D6267D696F759EEEE4F9AED668B868DBDF | 12-07-2022 22:47:57 | Blacked Raw | 11-30-2020 | 01-04-2021 | PA0002277037 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: CC2CB3B1BE178ECF1BBE98FAA76143AD6E9AFFC9<br>File Hash:<br>F2959DBF401A86529B4EAAFF61E178885CC39396FBCFD6F7E94E80691E36C564 | 12-07-2022<br>22:41:22 | Blacked Raw | 11-23-2020 | 12-09-2020 | PA0002274806 |
| 73 | Info Hash: BF2908ECCBCC6CD61CC68BA743BB0859CEA6B61A<br>File Hash:<br>7245C80694C6FC46666B0522731B251174BA4A4824A5EE9AA40CD741DC8A6E47 | 12-07-2022<br>22:36:07 | Blacked Raw | 12-05-2022 | 01-10-2023 | PA0002389624 |
| 74 | Info Hash: 70A34FAEF5802CE52C3C4EBBE13D35D447929837<br>File Hash:<br>526630D150995C2658201E68C92B409ABC4649968193A15B0CA0CF6B8EC7B1CE | 12-07-2022<br>22:31:39 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 75 | Info Hash: B48880908FE56B630CE0C32B964A48221B0F4B06<br>File Hash:<br>96B25C2329AE1795401039E8D55458A4319B9D9FE5987A6D0F8D3D79A650B3F4 | 12-06-2022<br>20:31:39 | Blacked | 12-03-2022 | 01-10-2023 | PA0002389627 |
| 76 | Info Hash: B041BD57A7C49A9EF692EB13DE770705A1F9AC4F<br>File Hash:<br>31FD7BBCE628B553152DD257C480B29FE98C2B6B7D12694048B055D3D7305A78 | 12-06-2022<br>17:23:05 | Blacked Raw | 11-30-2022 | 01-10-2023 | PA0002389625 |
| 77 | Info Hash: BB0DFBBDB0F4FB14C7DC995A3B298E5B22BDAFB1<br>File Hash:<br>42A7A7DF1BE7ED2FF69A9F287E95C91EEB23274B982B84752BF116DFBE125193 | 11-30-2022<br>10:21:51 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 78 | Info Hash: A25685687023EF84BFF6D91D0BBD873DC0F6B275<br>File Hash:<br>D104235CB186000257EFEC44D37009138ED666B5A0AF953262BC8DC8878B6C1E | 11-18-2022<br>12:33:54 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 79 | Info Hash: 909B496AF4569AA1C6D60555962442F032A1A8F2<br>File Hash:<br>B1462BA86433FDAA0CCC6E9A17DAF8206A2A1B93AA63953FA83D0D2F75A2DCBF | 10-12-2022<br>15:02:18 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 80 | Info Hash: A50DA64F593C414E6332A2B987C875DFFD297BD9<br>File Hash:<br>3ED6AB6927CDE5BA6CD646D1BF23C0002BAB6D3F5DA15852459C776F5FB33FE5 | 10-12-2022<br>14:57:12 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 81 | Info Hash: 8D286AE8536955AA5605DA58D4571C75D916D88C<br>File Hash:<br>E8C7745E3AD6252B980C9C513369CF29041397F411D595548C7F2BAD9B1FB52A | 10-01-2022<br>17:40:12 | Blacked | 09-24-2022 | 10-05-2022 | PA0002373769 |
| 82 | Info Hash: A447AC79B01B548FC5AA510718C13F3F07EAC09B<br>File Hash:<br>F99250BE6517CC6783398090B6A14FB0FDBD0CB499338EB9EC1410B7D900EB08 | 10-01-2022<br>17:34:51 | Blacked Raw | 09-26-2022 | 10-31-2022 | PA0002377828 |
| 83 | Info Hash: 5AD99E35014BA9DA843C4B2B1F3107E596733CF3<br>File Hash:<br>3E4AD74A76806EB84025EA39AE6D00032310B40ED0954F9B58C82F4760D1073B | 09-14-2022<br>19:11:18 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 995EDCB1EB9346A9201A7D7D983C451A99226581<br>File Hash:<br>33E2DEF2AAC1F6DFE6DD74894160F8807285A81BB574338E1A11CB5705EF4C47 | 09-14-2022<br>19:08:32 | Blacked Raw | 09-06-2022 | 10-05-2022 | PA0002373770 |
| 85 | Info Hash: 8D5CD0BE3787FFA607DDA188720E65FDB6093D5D<br>File Hash:<br>6E995BC2033B005EAF6980705D7739D92268DAB7E1D9B9F960F13476DC6D4F46 | 09-04-2022<br>16:07:27 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 86 | Info Hash: CAD5D377E18FCABACC5883C25F37A62C72543AC0<br>File Hash:<br>4E76038637C5F4B344828547C0EF1C3AA1D90A2FA29BFA5261938FEBA02503EE | 09-04-2022<br>16:01:51 | Blacked | 08-13-2022 | 08-30-2022 | PA0002367729 |
| 87 | Info Hash: 1886519162C3C84528F05DF3EC3E4E21F17009AF<br>File Hash:<br>B1F2DBBFBC3F581592B4629731C676B1FB3EA9B7B11997BF0F6EDD6B202EAB84 | 09-04-2022<br>15:02:52 | Blacked Raw | 05-02-2022 | 05-20-2022 | PA0002350372 |
| 88 | Info Hash: 813E50B9406EDB8469005C6E60EC8EACE11F605A<br>File Hash:<br>8B3A359E8FF5B5254EB074CBB950D2C9044EA0DBCD9445A324290DDA4EA83A26 | 08-09-2022<br>08:47:18 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 89 | Info Hash: A0C5974E9BB1CF15F8F5E10566E845FB41D3567E<br>File Hash:<br>BE430C9F03D83F9FA68BCF20E79D4CD0DBBC78F5BFA2C50972F7BBADA000B446 | 08-09-2022<br>08:31:39 | Blacked | 07-30-2022 | 08-30-2022 | PA0002367742 |
| 90 | Info Hash: 666B7E6AB3149E011B58B36C100C46F1C0032B44<br>File Hash:<br>E3D238AE80078D5E40360A93424CB19180ED0D28E548F011DCF426AE5C5DF7BA | 08-09-2022<br>08:30:55 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 91 | Info Hash: 2050D0595CE5CE49BF58E05FCFC07D94B3518567<br>File Hash:<br>68A380690E0D86D2B8C273C6DEAD56A98F5A34ED49D5E163E28FEB8F48A16271 | 07-27-2022<br>15:14:09 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 92 | Info Hash: 1EBC2F20824E705567B4FEB68EA1D690FC5A6F4B<br>File Hash:<br>C32DD0741B507A98C3F6EB1698AA53CF4F01E6B2BEFD059F99C55E2B67451ED9 | 07-27-2022<br>15:10:32 | Blacked | 07-02-2022 | 07-22-2022 | PA0002359461 |
| 93 | Info Hash: E1CBD0E60D49447D64F746CBD5854D37F77473CF<br>File Hash:<br>F00F5EB59156B59C9FF8AF1CD71E528ED45480E251FC7048718FA87C0E93C190 | 07-27-2022<br>13:48:52 | Blacked | 05-07-2022 | 05-20-2022 | PA0002350371 |
| 94 | Info Hash: 914658A5BDB2C4B7F6DC0068A0CD8620BD6BD78B<br>File Hash:<br>86431A12471F040E4720728ED2CB6B29A140CCE1AF9EEAF6A8B527601AB33194 | 07-27-2022<br>13:48:31 | Blacked Raw | 05-23-2022 | 06-27-2022 | PA0002355031 |
| 95 | Info Hash: 0B74246F5507942FE41BB9B8E6175E94FEE2C06A<br>File Hash:<br>D54C0F79F19BDA5059D654FD088C62844684712E3808B8DEFDF2CBB762FDCA59 | 07-27-2022<br>13:48:04 | Blacked Raw | 05-09-2022 | 05-20-2022 | PA0002350381 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: C6C37AE276F78A41F09A036DAD4CE1180C41CA73<br>File Hash: 0467A8099A6D1C5CEF004A827BA0B8EE4FB9CCED20F6182AFD5D826BD0B9EE6A | 07-27-2022 13:47:53 | Blacked | 06-04-2022 | 06-27-2022 | PA0002354990 |
| 97 | Info Hash: 71B373239AA21E0A2A1291498B72DC7BB0F06687<br>File Hash: 24688D83D2C2F0B22615DCA435E39CD808D05F274EB2804456F6E77AEFDCED83 | 07-27-2022 13:47:50 | Blacked Raw | 05-16-2022 | 05-20-2022 | PA0002350378 |
| 98 | Info Hash: D438D59BE854CC7D23D3F6E82193FE65EC2D560D<br>File Hash: 700F72C8084AC76393414F373867DC0F253AE2A45B67311DD30B5DFDE8434885 | 07-27-2022 13:42:18 | Blacked | 05-14-2022 | 05-20-2022 | PA0002350380 |
| 99 | Info Hash: 5D1578FE2F0C81EF827A82667943F9BF3459AEB1<br>File Hash: CFD551BB414A1FC232E5A77CC6302766506A722D9CD657624E9DFB1049238702 | 06-28-2022 12:23:24 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 100 | Info Hash: F0E6F9B4F59F388FA1B13469986C96FDD80EB501<br>File Hash: 00D09225B488C1FA22736D76C53E4D5A7F1D5A19658361F5036842447D490233 | 06-28-2022 12:12:45 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |
| 101 | Info Hash: 14460C9C14FBE2AF72199CDE5A44701F0B6EB02B<br>File Hash: 9779F131A783314DD287D6DA26F1C5BFA145EBB837E040E4AB3D404A2925AA0F | 06-28-2022 12:06:08 | Blacked | 06-11-2022 | 06-27-2022 | PA0002355039 |
| 102 | Info Hash: 7226757B46D7B4F0CDB9323574DFA7303A311143<br>File Hash: 3F65B49F299B32660A623D4D74D344AE0472C2685F7787B4F2F28FB99C254381 | 06-27-2022 08:12:37 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 103 | Info Hash: 05851F28E0F58C26B1928128F2B63BCB6D0625F2<br>File Hash: 1D3D7E8C06AA10F66F54608427F52D5B155C87E2350CC43875EC7103A9605790 | 02-27-2022 21:43:36 | Tushy | 02-13-2022 | 03-29-2022 | PA0002342838 |
| 104 | Info Hash: B7F474A5BDDCF21BF33956707025DCC09BB974A2<br>File Hash: 97596848025554FA4317B070D895BDC1E5AD422E371D3F79AB3AEE83367C69AE | 02-27-2022 20:58:36 | Blacked | 02-19-2022 | 03-29-2022 | PA0002342851 |
| 105 | Info Hash: 86B2A993F96CC9F473E867DB4A1BA57C778AF815<br>File Hash: F2BD552DD6887C5000B9112D1AD26059AF0E1334F97BA67D2E9D2C2454BDA777 | 02-18-2022 19:06:23 | Blacked Raw | 02-14-2022 | 03-29-2022 | PA0002342705 |
| 106 | Info Hash: ECF44D7A564CCA8ACAA69424C62ABFA9F9551D78<br>File Hash: 56A1D36C956F20188364ECBF62883AFA7E7BC809323AA575F9D02D3BB6973246 | 02-18-2022 18:49:21 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 107 | Info Hash: EC40852D6DAF26790A6256DD34017213CD1756BF<br>File Hash: D7973478B39F77F9FD87444AD83D272C340EFE1590C85CC40F93A503B7B38A61 | 02-04-2022 23:27:11 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 3533BFE2853463A8CE4FF8CE760540696A30A521<br>File Hash: ED70630D11F5DF0483E9DB9EBF530C1AF63E53E9AA47A88FE6AEE10CBC8536B4 | 02-04-2022 18:17:28 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |
| 109 | Info Hash: 0A7983849F2681A6ADE9FE0141458570487CC5B3<br>File Hash: 2591EB40C8896921038F79AEB71E6522D558FE7807BE93D80075A4CA283D3929 | 01-26-2022 09:31:43 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |
| 110 | Info Hash: A90F6A867709C07659120E0B693D311974F1BF6E<br>File Hash: 372F6462D658F9F99DE54561B06D8C28F0F2EF71C8985A3AB0DD95DD9AE69D45 | 01-23-2022 00:50:21 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 111 | Info Hash: ECFEE2726F6EB826215ABEEA31BC5DFE535501C6<br>File Hash: CD0C8E67F02AA17266E1F8628FFA813F0DC18D5CC0C338D7642923ABD9991EAD | 01-23-2022 00:50:00 | Blacked Raw | 01-10-2022 | 02-14-2022 | PA0002335456 |
| 112 | Info Hash: ACD5866E4689EEAA725C36A93B1640560BAB0750<br>File Hash: EFF6053E86D6B492C52D58EFB0357986F5994750EA2634832BF38611965CAA2A | 01-23-2022 00:37:27 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |
| 113 | Info Hash: A2A0AD0C224CBBAC523FF79D4979411534884F5C<br>File Hash: 39BECC6D07EE75CDDCBBD9482329321574EFB45E528B507D60060F283E61397A | 01-23-2022 00:37:14 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 114 | Info Hash: 99CA9E13E224230C3E636CEC268039EFBA511E52<br>File Hash: 9EAC2C57CDF5500693BC1E2C8687E25A82189FBF53F026146E286B5976F5F37F | 01-07-2022 06:07:20 | Blacked Raw | 01-03-2022 | 01-17-2022 | PA0002330091 |
| 115 | Info Hash: E2CB26C3D2C3EC278298F91941C5C4AE135342D7<br>File Hash: D971851573FD82D8A9FA817C600ADDD55B382EC6E7928E06468182B5B659FA96 | 12-24-2021 06:13:32 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 116 | Info Hash: 1DC4FD807560A77D4EB3245D1681787B2B3447B7<br>File Hash: 47E77D92331F3DB4CBB4CF1723F5035C1525804DCA55265C7E80757580CC6240 | 12-24-2021 05:47:59 | Blacked | 12-18-2021 | 01-17-2022 | PA0002330124 |
| 117 | Info Hash: AB6E0C35C5DDA3E639B6BE5917CCF0F1EE17D2DD<br>File Hash: 8968ADCD73B367D940CDE0DBA6555B02983C15747B098605A9F81347B6B349F5 | 11-27-2021 21:59:44 | Blacked | 11-13-2021 | 12-09-2021 | PA0002325812 |
| 118 | Info Hash: F95777F35779C40EBD270F2ED2F0096D8D8A10D0<br>File Hash: 3F6FFD88820E88F33FB32276FA8EDE0882FE85E9C90A60CC2BB5B35F09D15B46 | 11-27-2021 21:56:42 | Blacked Raw | 11-15-2021 | 12-09-2021 | PA0002325813 |
| 119 | Info Hash: 5E3EE3C04A734916F44384558A7B5A5CD86D22A9<br>File Hash: 662626198753F06CE5869D75C00627A6BDF01C532494F46913512AB350149ED1 | 10-14-2021 01:11:36 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: 6AF4F17AD9DC19F64DE641CBE672D9C7CD699D8E<br>File Hash: 985A44BBBDDAAF38195EA059D5BA0757A510E4231200FF28BD37B8EAAEF53EF4 | 09-02-2021 06:40:39 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 121 | Info Hash: B6FDD2D53039D3D3E61BDAEE105A0B3203FF5BD8<br>File Hash: E71A16FB72AB74194E4880F7ED4415B287B8EC2BD9E6ACD6F47393F04F86B19A | 07-12-2021 05:03:35 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 122 | Info Hash: 294DDCEBFD93AA7E18B5CCC90F48DC52718D1B79<br>File Hash: FD6A9D3183365AC95017C622CEEDE7C51872C6FDA57F35D63F6C2ECC7254D62C | 07-12-2021 04:57:34 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |