**Exhibit A to the Complaint**

**Location:** Austell, GA  **IP Address:** 174.163.124.9
**Total Works Infringed:** 83  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 9892FD4F8ADBDDE657D84F0EFFC88E449FF15109<br>File Hash:<br>1C7DA30585A494016B57E007700058EA3E656999EA15F7978151E91A30BCBAB8 | 11-30-2023<br>06:37:50 | TushyRaw | 11-29-2023 | 12-13-2023 | PA0002445424 |
| 2 | Info Hash: 326EEADB1F9E2D1D221820F0580DE9CC503D7A8B<br>File Hash:<br>8ABCFA3FB27EA2807B5408B0BADC4E38607F9AE19D5BFDEE54E0A7BBDEE5D9E7 | 11-23-2023<br>08:20:23 | TushyRaw | 11-22-2023 | 12-13-2023 | PA0002445429 |
| 3 | Info Hash: 2DB0D201E4ACBF8D1828490697F30C0B5C630C9A<br>File Hash:<br>2BECA585105F2D6043F5228940C0422DF0E07334FCBEFC966A5BA96506E012B6 | 11-20-2023<br>04:23:00 | Tushy | 11-19-2023 | 12-12-2023 | PA0002445179 |
| 4 | Info Hash: 66A6A66A240B3C1C99B701127F02B0668B11C1FF<br>File Hash:<br>F7BE3522CDBFCBB8A1D61FC52AE3E87D31F18E0DAD6807DCF9FE7271AE8C2C8A | 11-14-2023<br>03:46:17 | Tushy | 11-12-2023 | 12-12-2023 | PA0002445182 |
| 5 | Info Hash: 8674F8F8BFC4E353A0907E6A4417079AF4B4D3D6<br>File Hash:<br>324F16834BB37FF241DCEA86F9FE7CB1B9D01D1716C0A2862354E607A56B197B | 11-05-2023<br>04:07:47 | TushyRaw | 09-27-2023 | 10-18-2023 | PA0002435616 |
| 6 | Info Hash: 03F73B4001397D836B654BC12E9B6A71A33EDF76<br>File Hash:<br>764727A834919FC900D7A06FE6466DF91513C79FFC10CFDE0624863AA6592680 | 11-05-2023<br>03:16:06 | TushyRaw | 05-24-2023 | 07-14-2023 | PA0002427448 |
| 7 | Info Hash: 8521CD9BD105F68FCD8571BC8E72DA2C4D61364D<br>File Hash:<br>7A5F3777E6079493D733ADE43E07E286ADFB11CADE68478FE0FA7C84D9192FA2 | 10-21-2023<br>20:48:04 | Tushy | 08-24-2017 | 09-15-2017 | PA0002052837 |
| 8 | Info Hash: 46B372C88FDDF32242BBAA549BC944CAEA90758B<br>File Hash:<br>B9944BE83BAF9434CE919213493E5FAF1129FC82595C17FD04DBDE896D685313 | 10-19-2023<br>14:40:27 | Tushy | 11-29-2020 | 01-04-2021 | PA0002277033 |
| 9 | Info Hash: 2B147C9CAFE6DC490676725C948EABE5AE3CBB60<br>File Hash:<br>BAD936B04DC9613E5C7B8457D27206D5C21464572DB44D55F1D30656D3FC9B7B | 10-19-2023<br>02:47:29 | TushyRaw | 10-18-2023 | 11-14-2023 | PA0002439663 |
| 10 | Info Hash: 8F4F1FA7CC004ADD7CDD9F00D5DFC968267D2675<br>File Hash:<br>C1AE1AFE64AC561DCC15272FF2A964E0DF58435E13537750D4143A627E6BEC87 | 10-17-2023<br>18:26:14 | Tushy | 07-15-2019 | 08-02-2019 | PA0002192300 |
| 11 | Info Hash: 72346C684333B29BA44A3AD510D50601209FC2CE<br>File Hash:<br>E0C847982F6D2E8FEE75BFF7D0A5C8996ADC5833DCD8B863F3F53AA452E0BBB8 | 10-14-2023<br>20:32:16 | Vixen | 11-25-2022 | 12-11-2022 | PA0002384729 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 4E4710DB086CC599EB415393962F652D351183C1<br>File Hash:<br>954FECED35CF927A3EF98B9AC19FAA2D83C511F8EF0DB3C80F75C34AA10BD607 | 10-14-2023<br>20:27:33 | Tushy | 07-11-2021 | 09-21-2021 | PA0002312668 |
| 13 | Info Hash: C74BD503F3ADE8221D9A01391A1AA9B2B360BB6D<br>File Hash:<br>B0E01A1430CBD1FC5C30A29886D28E648C14C622BB6649166FB1CFE23602A3C2 | 10-14-2023<br>19:03:26 | Tushy | 12-12-2021 | 02-03-2022 | PA0002341808 |
| 14 | Info Hash: 5562787D91E3447D81F9275687499D136F496655<br>File Hash:<br>67723D0C5886F713BFB35B01B63D0B9E7465530B4EB34D54894692D91F4964BC | 10-14-2023<br>17:18:16 | Tushy | 05-23-2021 | 06-15-2021 | PA0002296928 |
| 15 | Info Hash: E96D13E31AC3B7D665F1DF9F79FD1AD873F551C6<br>File Hash:<br>5320B61FFB147AC701E6771C9C61262B00D6B49769877513C53F9F56AB62C928 | 10-14-2023<br>17:14:34 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 16 | Info Hash: 9A0B4B599E34B148174405F0D2DB2EBD52BB1D86<br>File Hash:<br>F0E952820D4B750DE22C6F982D2C2D3473EF54945AB23956AF3F22260039AA80 | 10-14-2023<br>17:11:55 | Tushy | 11-12-2018 | 12-10-2018 | PA0002145826 |
| 17 | Info Hash: 11317BD69D7E2FE51E3BDDC1C53B65643242CB9C<br>File Hash:<br>F63C87FC2DE9AF3AE5B0803EA75F2ECD3EE51ACC21B0A12F11F155DB8E891C77 | 10-14-2023<br>16:58:11 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 18 | Info Hash: E233BC9FC1BA4A03C9AF450702CC5EC291CD1D8A<br>File Hash:<br>00C6FB7C44F943D7BF80D83A82BAD7F4D3B74103305DA27FDB5E12C0923F5196 | 10-14-2023<br>16:38:07 | Tushy | 10-31-2021 | 01-07-2022 | PA0002337490 |
| 19 | Info Hash: 71971282149D5BE36BDAEE5F0763FC155532FFB8<br>File Hash:<br>F620FA81A5FB07283BF814942CC62859C2CEF6430428BD91FB7F4F8CEFCF3626 | 10-14-2023<br>16:35:28 | Tushy | 07-23-2023 | 08-17-2023 | PA0002425533 |
| 20 | Info Hash: 0537F0DF697A4A3110DD54DED03AC39F00779192<br>File Hash:<br>4E83AB31D5D96887299DCC453E8FB79D3AE9BAA975793E8C3FCE077D1D5F2444 | 10-14-2023<br>16:34:25 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 21 | Info Hash: 6215317E618659CB22BBBBA7AD4078AE2E0BCE56<br>File Hash:<br>8732C3D26BC08AAB052C4B9DCAB5186FF053C9B1AA8114B3AFEB99BD39D5B9FF | 10-14-2023<br>16:33:21 | Tushy | 09-11-2022 | 10-05-2022 | PA0002373765 |
| 22 | Info Hash: AEA2A54A10B734C86EA9A7997223B49989896BE2<br>File Hash:<br>41041503E1C182A4AAAF199D41D54B74439B9907271000EF4C8CEF9F1DE3998C | 10-14-2023<br>16:32:50 | Tushy | 07-04-2021 | 07-08-2021 | PA0002300663 |
| 23 | Info Hash: 34B40F753FF7AF73C73BAD28C96417CBCD6C12A9<br>File Hash:<br>19B18D3DD5791DE4AB8CF5EE6200248AAD96D0BB882D296C9A8A25CCBB2FEFAB | 10-14-2023<br>16:28:36 | Tushy | 05-28-2023 | 06-09-2023 | PA0002415376 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: F3A56FB24B2D38FBF36EA4BEDFA1229299BEF6F5<br>File Hash:<br>B215D9EE13B23D22DEEB29D2EAB102D34CAF24679286EE578125674E5D884608 | 10-14-2023<br>16:23:51 | Tushy | 03-21-2021 | 04-14-2021 | PA0002286723 |
| 25 | Info Hash: ECBB9CA5B188231C32B5E776190C95490D88C90A<br>File Hash:<br>25A2913FB11437977C8B560C40FF5AA2A3578759FF426AE31889BFA76D5C2474 | 10-14-2023<br>16:19:38 | Tushy | 09-04-2022 | 11-27-2022 | PA0002388059 |
| 26 | Info Hash: 48BD71E0E1D1AD941A418EE89C4B5DC5B6E1FA4D<br>File Hash:<br>8B35427BE315C6CE206E734F13A6A05DFA34FFBC20217832F4C56CEA26B929AB | 10-14-2023<br>16:18:04 | TushyRaw | 07-05-2023 | 07-13-2023 | PA0002420347 |
| 27 | Info Hash: ACAEAB5A100D20A306B5F8BD063D03CFE0865F2F<br>File Hash:<br>FE47DAC4CEFE80E8AEBCCEE88BB1FCD162E4444A536736C3E26270D841B654C3 | 10-14-2023<br>16:12:19 | Tushy | 11-06-2022 | 12-11-2022 | PA0002384747 |
| 28 | Info Hash: 302BACA51776D1DB345C7552ED0B6F33B4838B88<br>File Hash:<br>13BE6F25C71964A5256DD8CAB67A6445BC1ED7074BE1EE55649397FFB40193F1 | 10-14-2023<br>16:05:31 | Tushy | 07-16-2023 | 08-17-2023 | PA0002425541 |
| 29 | Info Hash: BCEE2B201E8BE86D6E309C344A3457EA1E53277D<br>File Hash:<br>E808D4CC998B33A513DD7C925B248A79D8F7D6D757C4E455A6806258CABE4D63 | 10-14-2023<br>16:03:57 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 30 | Info Hash: 570ADBBB385588D27AC048E1C5E6D9D686A08A39<br>File Hash:<br>A8E31D9E099E252807F9D97CDD655513D1BB72EF0912DB7668048E3E645898F0 | 10-14-2023<br>16:03:25 | Tushy | 12-05-2021 | 12-09-2021 | PA0002325840 |
| 31 | Info Hash: 4442F6E910EAEC5FAA78E8B003F3477C7116FBD6<br>File Hash:<br>F65DAB55A5503F2AA492B382978552567E9270E55E32DAB68583EDAC81C1A044 | 10-14-2023<br>16:02:22 | TushyRaw | 08-02-2023 | 08-17-2023 | PA0002425540 |
| 32 | Info Hash: EE9E6E77A748F465513D7F12B5E291638FA8FA79<br>File Hash:<br>AA2E6FF533A00B15F88F34DE9330916461EC58F40F0AA9A7007A38E5AE6AFEC2 | 10-14-2023<br>15:58:12 | Tushy | 10-30-2022 | 01-06-2023 | PA0002394017 |
| 33 | Info Hash: F88C73EDBD5369156CF6618EDE7CCEE2E9362A4A<br>File Hash:<br>7C6FB1FA98748FBF3EB6975B30203629C5F9DB3D0240D67EBB7A2F68EE1814E4 | 10-14-2023<br>15:51:23 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |
| 34 | Info Hash: 9C86D551830E010D26ED2E75E3073CF361779ADB<br>File Hash:<br>480442E76B40F6DF2697AF4B44C2157C814F6951A4BD183B5876F654AA6F9CFD | 10-14-2023<br>15:46:41 | Tushy | 06-18-2023 | 07-13-2023 | PA0002420350 |
| 35 | Info Hash: 1D41990AB5A3C4C31036F316B1BF79C315123F72<br>File Hash:<br>12ECE9683A9BC28BC1117CB6E408E662AEE7D8E035206170B47DD4E309FE251B | 10-14-2023<br>15:41:27 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: D70B641B33E30BCED7E47CC2E730012E20C36C06<br>File Hash:<br>5BA409A3CAB83E625CF54404B0792AAE034DCDAE89FF5B310B15797BA71D2631 | 10-14-2023 15:39:21 | Tushy | 12-04-2022 | 01-10-2023 | PA0002389591 |
| 37 | Info Hash: F9716007E6CAD9686EBFE6FA156C9BD41FB499E8<br>File Hash:<br>31989ED7703D726A62E91E82BD527992F98DFD0B6384B0A3D18816BD798C6FFE | 10-14-2023 15:34:08 | Tushy | 07-30-2023 | 08-17-2023 | PA0002425542 |
| 38 | Info Hash: EC06D0BA313E94EEEE860D477D2B9C3C898A6D98<br>File Hash:<br>EE7394822E03FE16815D45B6AC04ACA56D1BAC4DF38976A1CB3ADEF1C5244D22 | 10-14-2023 15:33:36 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 39 | Info Hash: D4F4CB87CF6C9F5B302AEB41BD1901396245154E<br>File Hash:<br>CB502BFCF04BDAE0BB88F6699859AFE62825B44BC764C9A7EEDE96882721EFA5 | 10-14-2023 15:32:02 | Tushy | 01-23-2022 | 02-14-2022 | PA0002335464 |
| 40 | Info Hash: 6AECD64092F17E9085560DDF13411F5C617EA4B6<br>File Hash:<br>610911B0A03EFBB6F914E6246EC1B563648E7485563C7EF78A4D2655F2D0B9DE | 10-14-2023 15:29:56 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 41 | Info Hash: 905E4F7C416218B8230D0E3F77FEE0E5409D7995<br>File Hash:<br>54E302936EF99A29636EBC9A82783F3C3976B37E467AD2E3F39B60877283F542 | 10-14-2023 14:46:35 | Blacked Raw | 09-16-2022 | 10-05-2022 | PA0002373764 |
| 42 | Info Hash: 79F50E3960CFE36B1F1E044B222200097AA1DFEF<br>File Hash:<br>65513133DE6896A6FF1FF80BF1E9FF0B73CC9F7CEDE904744AC67802B05CF59C | 10-14-2023 14:46:03 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 43 | Info Hash: 23FFAFD0CF5E44C026B7E17FF5C0B717367D7290<br>File Hash:<br>37D3497E7D097911E9E607B26B90574E867421E4C7A908D96A7FDA0AC841E3BC | 10-14-2023 14:45:32 | TushyRaw | 06-21-2023 | 08-22-2023 | PA0002431054 |
| 44 | Info Hash: A9C14DD83D0992005247AC06BB8E03C96549F72B<br>File Hash:<br>30473674FEA5EB8957CA1A952361CAB89FC6AA9F955EA5B03713BD96E82624F8 | 10-14-2023 14:45:00 | TushyRaw | 07-26-2023 | 08-17-2023 | PA0002425530 |
| 45 | Info Hash: 8D32AB1CB96102625A0B936368E3CE0A33BC5495<br>File Hash:<br>84F48A130E6807E9BCBDE8EE3DD7BDFF5E1F7FBDB80A5C72349B2C512B800A99 | 10-14-2023 14:42:23 | Tushy | 12-11-2022 | 01-10-2023 | PA0002389623 |
| 46 | Info Hash: 1A26A196358C2C12445BC8122570365DEE727A70<br>File Hash:<br>A5E4E4AA26374FE74D4F62B1BBBF99AD26104A1B6A6CEEE59E75309D3022702E | 10-14-2023 13:14:02 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 47 | Info Hash: 665AB059BA65DDB82040CEB98A83B8BCED372A4C<br>File Hash:<br>33426FFA7BACA6169D3C17B75E83C7F65AF84AEE693F1DFF51FDA25B6EE0E659 | 10-14-2023 13:09:51 | Tushy | 07-24-2022 | 08-29-2022 | PA0002367746 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: AC3D3B8282563DDBACFEEB9915DA0ACA37FEC2DD<br>File Hash:<br>CE1C7E0C34CCE673204AB3CE70296C4466B044EFBE38AE0A048211F0E959DCA2 | 10-14-2023<br>13:08:17 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 49 | Info Hash: 720BD54DC91FCDA2A82F0F1E95A74EC2FAFF0DDC<br>File Hash:<br>8746C503E2BBAE805C28AD87A22566335199650A638A6AE3B697CF21DA0DF0D6 | 10-14-2023<br>13:04:37 | Vixen | 09-23-2022 | 10-05-2022 | PA0002373763 |
| 50 | Info Hash: C06BE5AD424DEAEEF37D595614E9A58994A24D7D<br>File Hash:<br>87207896853FC7878F0A1A4855F64EAA036DFF4990658ADA4F201B5BF29BF304 | 10-14-2023<br>12:56:15 | Tushy | 05-02-2021 | 06-15-2021 | PA0002296917 |
| 51 | Info Hash: E80911DFB9A223C1D65056D1A4E2AD4B8EAFE8D9<br>File Hash:<br>4FAEE6CF727194788E1E339165C431B7DEC10D918A13820CECE400DECA50CDD9 | 10-14-2023<br>11:22:10 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 52 | Info Hash: E64F1EF5FC18A3D1F630E1B0838A175EC34A6C1B<br>File Hash:<br>C617308E6E87FCED4A6E80E60EC04C9C02C4EA163270C3FFA88F71863FF4DD98 | 10-14-2023<br>09:33:25 | Tushy | 04-23-2023 | 05-14-2023 | PA0002411314 |
| 53 | Info Hash: 04D1E15B09618A4312212EDD4AA7534ABB8DCF96<br>File Hash:<br>C18729AA5F0F5446CCAD18A988F9F132B09792B82BA160F2600CCEC2F668B675 | 10-14-2023<br>09:31:20 | Tushy | 09-26-2021 | 10-19-2021 | PA0002317053 |
| 54 | Info Hash: C53946C97B226C06BE28B29962D81DD4311C318A<br>File Hash:<br>84D3DDD0B642C99A94135BF2A3015E727FA42FDAA94E68297E2A6E8363B51464 | 10-14-2023<br>09:28:43 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 55 | Info Hash: FF487258F6D9E2E846445A223A569DF217B200E8<br>File Hash:<br>B16CC40704C8777313159AF09453C1228654A5E6AAEE05E06CA2EE871A8BB6C2 | 10-14-2023<br>09:28:11 | Tushy | 04-01-2018 | 04-17-2018 | PA0002116061 |
| 56 | Info Hash: C990E27DD9E35E65BA0AC86DF1E223F5D1042FB8<br>File Hash:<br>4CC2ED27B58026B705993370F1DF0AFDD48830B4755038F1C95CA8E637B5F3F8 | 10-14-2023<br>09:24:32 | Vixen | 04-28-2023 | 05-15-2023 | PA0002411258 |
| 57 | Info Hash: F3330BFC8A24FC90551B831A5F4BC374E9B8A1F2<br>File Hash:<br>F6660632D2AA5B513DCCA9FD3AEAAF708F0806B128C2571B58C5B7D31F00A91B | 10-14-2023<br>08:43:45 | Tushy | 06-25-2023 | 07-13-2023 | PA0002420342 |
| 58 | Info Hash: 00B01BD252FBE3339331D8CC18A08ED50BEB7EA9<br>File Hash:<br>E719DC6411AACA81709FD6FEB1B49B6E03B3378EC1B4D61E366595B3251A4F26 | 10-14-2023<br>07:54:37 | Tushy | 08-27-2023 | 09-18-2023 | PA0002430911 |
| 59 | Info Hash: 7E55EEE7E3D566F74E389AA6262B0B6F4A551118<br>File Hash:<br>A7F4E0943508A2694A0FE2D61024363964202DBCFFCE54C8D227D584B68FF306 | 10-14-2023<br>07:51:29 | Tushy | 03-26-2023 | 04-07-2023 | PA0002405762 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 9C41308E5DB8820F5E530560B7CAFDD192FCF9F3<br>File Hash:<br>0345A9BDA3924921AD96202D3BD46DD5A9058144D9BC5D31B9C2DE681DE0551C | 10-14-2023<br>07:26:24 | TushyRaw | 07-12-2023 | 08-17-2023 | PA0002425538 |
| 61 | Info Hash: A0B36F8E469EC4523E1A0F9D594566FFA268A904<br>File Hash:<br>C16D19EA6DA546D9966ACC23A2E739312F03C269790B06271DD2715981A9B19D | 10-14-2023<br>07:24:25 | TushyRaw | 09-20-2023 | 10-18-2023 | PA0002435608 |
| 62 | Info Hash: 08824157DC7C0A7E70E1CBF3B6A61EC638A6F4AA<br>File Hash:<br>B50AB71F29D333F66FCE09EFA4C348309C16C6F334A9D9CBEECA35B125FD8827 | 10-13-2023<br>08:54:38 | Tushy | 08-07-2022 | 08-29-2022 | PA0002367740 |
| 63 | Info Hash: 2C19AA6E15E6386C8BDB715BC853FF75A9BBCACC<br>File Hash:<br>D8D616C49A97884AFDB0EF5411FA0E16E9E1EF3523D961BF7A79EBD4DBE86A96 | 10-13-2023<br>08:53:37 | Tushy | 12-19-2021 | 02-03-2022 | PA0002341852 |
| 64 | Info Hash: E6273339D215373260CB6ABAD3BB022CD4FCD720<br>File Hash:<br>7EEE4CE486F9FEC6023832436D3750FA51B4FE91231075D4CED58F0CEE050C3D | 10-13-2023<br>08:52:04 | Tushy | 07-20-2019 | 08-26-2019 | PA0002213244 |
| 65 | Info Hash: B932566CA80214AF1768FCDD8E37A4C272BF016F<br>File Hash:<br>956F4B94646E9605D916985FF017AE521D401BE8ACC474B680F906BCFE506CC3 | 10-13-2023<br>08:50:41 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 66 | Info Hash: 71D2D29AD1EC84E95C3EC6E1CAEDD6A2595FF48B<br>File Hash:<br>FBBEC96AB34618E8209282048601343DC436F5AA83CAD376ABD85F8CEA28459B | 10-13-2023<br>08:45:36 | Tushy | 05-30-2021 | 06-24-2021 | PA0002303168 |
| 67 | Info Hash: B010B76E07A12376DD21900DD7206BFF8A020A90<br>File Hash:<br>0F5623891AEDACA4C7589E648597516FDEC26E596D01F8D3DF9B86E3AA19BFD0 | 10-13-2023<br>08:34:31 | Tushy | 10-03-2018 | 11-01-2018 | PA0002143432 |
| 68 | Info Hash: CE7A7F0C86735289A9C3E6ABA4932C5F9385FC87<br>File Hash:<br>C742AC797D94028A0954E886980A2274B1F7835E93A150B64D1209B28C7418B1 | 10-12-2023<br>19:58:30 | Tushy | 04-16-2017 | 06-15-2017 | PA0002037570 |
| 69 | Info Hash: 7EE83E4C760B6740D26B1695F6723039A7D97952<br>File Hash:<br>D865F55231B9415F4D2B8D03D69CAFE100F0D737CA26A0426A337C72BB8643C3 | 10-12-2023<br>19:51:34 | Tushy | 06-10-2017 | 07-07-2017 | PA0002074096 |
| 70 | Info Hash: 5DE0F105FC00E754C7A68603C1A8E3DD0386A030<br>File Hash:<br>66005ED04FAA2FA043F36536FF1BA73147CB286F0AC9CCC4034E6F08ACDDA242 | 10-12-2023<br>19:48:54 | Tushy | 02-05-2020 | 03-15-2020 | PA0002240545 |
| 71 | Info Hash: D3EDCA7030EE605A8DA274135EE6498EF36BC9D3<br>File Hash:<br>ADEA1C1514252261FF4373EA8EE9095368751F8A6C9C1BB7410312DBEC199710 | 10-12-2023<br>19:41:51 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 89A1142134FA5FAE3CB726926A422452A64091EB<br>File Hash:<br>98729DBA467BDF4C11B646A81446651F5BAFB8A4DA383976258CF53A383BAC58 | 10-12-2023<br>19:35:36 | Tushy | 10-03-2017 | 10-10-2017 | PA0002086147 |
| 73 | Info Hash: 6BF17E11F39F2D900A6FA6A488285C00561B4DCF<br>File Hash:<br>A3F4779937593C7C86A389D124EBB682073036431971082A40EDBDC6780FD7FF | 10-12-2023<br>16:49:39 | Tushy | 03-13-2022 | 03-29-2022 | PA0002342866 |
| 74 | Info Hash: 588E81D9772DDD3461ECCA0B79D2E3B9363725F3<br>File Hash:<br>179253CD4469BBAF7F51E2CEBF0C71859E398535B09B26EAEC2651B7EFDB7D47 | 10-12-2023<br>16:46:37 | Tushy | 07-02-2023 | 07-13-2023 | PA0002420348 |
| 75 | Info Hash: F4C62F1FD6F96D354A206B3C071BC30B0FCF3492<br>File Hash:<br>6C13119810306D9687576AA11BBF42B39F59647A38D5BD760B9DBB22CBEB6013 | 10-12-2023<br>16:22:35 | Tushy | 05-16-2019 | 07-05-2019 | PA0002206381 |
| 76 | Info Hash: E401EDC19B0CCB7625B52FEE8B163E03FFF0EF0E<br>File Hash:<br>CFA72EA152DD827C145166E600349017CCEFD9C1FCDA3374115C2BCAD05C0681 | 10-12-2023<br>16:21:00 | Tushy | 11-22-2019 | 12-03-2019 | PA0002232052 |
| 77 | Info Hash: 6E307A8B0A47D54F90BDF98237CC4DE81AECE9FB<br>File Hash:<br>717BB0E946328493157AA59F3DA23755D6DAFA94C36574A6A460D16FB1856D8C | 10-12-2023<br>16:17:47 | Tushy | 07-26-2020 | 08-31-2020 | PA0002265634 |
| 78 | Info Hash: D26A1658D037DC086562B6747F3ECE39B8469F7C<br>File Hash:<br>88FD4E3D62D9D818BE6958384A1B2514C2DA0E828B6B653309BDB60572F90B84 | 10-12-2023<br>16:11:16 | Tushy | 03-19-2023 | 04-07-2023 | PA0002405758 |
| 79 | Info Hash: 13B54509168185BC935CFFC6DEAAB97487CFD0C7<br>File Hash:<br>6EF51AC15DFDF1B3817C88B7E6039B9ED6A9DD29C1E483E28577651468557673 | 10-12-2023<br>15:53:03 | TushyRaw | 06-14-2023 | 07-13-2023 | PA0002420358 |
| 80 | Info Hash: A37E9DED6FFDC1AB0B1F1E3FAE29FED1AAD831B0<br>File Hash:<br>08D845E44E6C504024335E5594371172A1973617744D6A2F7E95B589D217464E | 10-12-2023<br>15:51:55 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |
| 81 | Info Hash: AB52389963FD8BB2ADB824BE85F2F24022893EC6<br>File Hash:<br>EE362BA0EAD80CAED3869719805342ED9BBC2AE9838B8019DD83A30E551D1DB2 | 10-12-2023<br>10:19:40 | Tushy | 06-04-2023 | 06-09-2023 | PA0002415359 |
| 82 | Info Hash: 721947E3AF1F879F551DFBC17B3FAEC15518A213<br>File Hash:<br>1FCA20EF7BAB97D6C19EAEB8994B7EAE3CC9B803352125DF898DCD1977342906 | 10-12-2023<br>04:03:45 | Tushy | 09-10-2023 | 09-17-2023 | PA0002430910 |
| 83 | Info Hash: 47CB6013605E4A01B74C761BE95A689B7FC61A7A<br>File Hash:<br>E885D342579A6936EFF48D2B3F6F388D99BA444F1DD2A014B6F5F2C4675C7F04 | 10-10-2023<br>20:04:31 | Tushy | 04-01-2017 | 06-05-2017 | PA0002050768 |