**TWELVE CASES FILED CONTEMPORANEOUSLY TODAY THAT
SHOULD BE CONSOLIDATED IN CASE 1:23-CV-02096-SDG UNDER
RULE 42(a)**

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 45.22.71.196, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 73.43.172.88, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP Address 99.98.209.132, | ) | |
| | ) | |
| Defendant. | ) | |

STRIKE 3 HOLDINGS, LLC, )
)
        Plaintiff, )  Civil Case No.
)
v. )
)
JOHN DOE subscriber assigned IP )
Address 174.163.124.9, )
)
        Defendant. )
_____)

STRIKE 3 HOLDINGS, LLC, )
)
        Plaintiff, )  Civil Case No.
)
v. )
)
JOHN DOE subscriber assigned IP )
Address 76.17.18.208, )
)
        Defendant. )
_____)

STRIKE 3 HOLDINGS, LLC, )
)
        Plaintiff, )  Civil Case No.
)
v. )
)
JOHN DOE subscriber assigned IP )
Address 45.19.245.132, )
)
        Defendant. )
_____)

STRIKE 3 HOLDINGS, LLC,    )
        )
        Plaintiff,    )    Civil Case No.
        )
v.    )
        )
JOHN DOE subscriber assigned IP    )
Address 73.184.247.26,    )
        )
        Defendant.    )
_____)

STRIKE 3 HOLDINGS, LLC,    )
        )
        Plaintiff,    )    Civil Case No.
        )
v.    )
        )
JOHN DOE subscriber assigned IP    )
Address 104.190.216.29,    )
        )
        Defendant.    )
_____)

STRIKE 3 HOLDINGS, LLC,    )
        )
        Plaintiff,    )    Civil Case No.
        )
v.    )
        )
JOHN DOE subscriber assigned IP    )
Address 97.81.76.48,    )
        )
        Defendant.    )
_____)

STRIKE 3 HOLDINGS, LLC,                )
                                       )
      Plaintiff,                       )     Civil Case No.
                                       )
v.                                     )
                                       )
JOHN DOE subscriber assigned IP        )
Address 71.199.137.137,                )
                                       )
      Defendant.                      )
_____)
STRIKE 3 HOLDINGS, LLC,                )
                                       )
      Plaintiff,                       )     Civil Case No.
                                       )
v.                                     )
                                       )
JOHN DOE subscriber assigned IP        )
Address 24.30.19.225,                  )
                                       )
      Defendant.                      )
_____)
STRIKE 3 HOLDINGS, LLC,                )
                                       )
      Plaintiff,                       )     Civil Case No.
                                       )
v.                                     )
                                       )
JOHN DOE subscriber assigned IP        )
Address 108.78.223.207,                )
                                       )
      Defendant.                      )
_____)

Dated: December 20, 2023

Respectfully submitted,

By: /s/ *Richard A. Rice, Jr.*
Richard A. Rice, Jr., Esq.
GA Bar No. 603203

The Rice Law Firm, LLC
3151 Maple Drive, NE
Atlanta, GA 30305
Tel.: (404) 835-0783
Fax: (404) 481-3057
E-mail: richard.rice@trlfirm.com
*Trial Counsel for Plaintiff*