**Exhibit A to the Complaint**

**Location:** Kennesaw, GA  
**Total Works Infringed:** 35  
**IP Address:** 76.17.18.208  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: EC4BFEC467DC664C1EA73539E1FB0CB89B9E2BC1<br>File Hash:<br>D73492883DAED4AE4A6C05D7B35D388D7E59E753FB911B720722E61AA8B68098 | 12-06-2023 06:51:45 | Tushy | 12-03-2023 | 12-13-2023 | PA0002445432 |
| 2 | Info Hash: C7DBE73516CDA8963906E5AFC68641C74996A3DA<br>File Hash:<br>B8AE26FEF8A58F678801A82F213C43862B8388819E20E890D0D1B56571501AC9 | 12-06-2023 06:25:59 | Blacked | 12-02-2023 | 12-11-2023 | PA0002444887 |
| 3 | Info Hash: 1064C8559C95522534A2CDF212B3EB5BAF5879CF<br>File Hash:<br>9C4008C6DF53EF060B1416F5D78BBDDD74C86C45F9899E4038EF13A67412A440 | 12-06-2023 06:11:06 | Blacked Raw | 12-04-2023 | 12-12-2023 | PA0002445181 |
| 4 | Info Hash: C41754346569AC83F54C660EF03B475FAEEBC475<br>File Hash:<br>8D6B4EB45D7879CE8B9B484FB8824F8B0F1C03C18E996B970472B8A566CBAB7E | 11-29-2023 07:21:40 | Blacked Raw | 11-27-2023 | 12-12-2023 | PA0002445178 |
| 5 | Info Hash: 578BF9CA7B971E31B3BD84B5F3642EF1566B3C76<br>File Hash:<br>E77A637BD5B999C66BF3BF0D09E94F4B02C07523E74587BCA2A25B2AFDACD41E | 11-29-2023 07:06:13 | Tushy | 11-26-2023 | 12-13-2023 | PA0002445325 |
| 6 | Info Hash: 01079369575B0453DA949C34415504E41AA60FDB<br>File Hash:<br>4C34D821F4405055F3745FAFC168AD4924AA9199E6DD3B9661341EF9F65E31D8 | 11-23-2023 10:03:55 | TushyRaw | 11-22-2023 | 12-13-2023 | PA0002445429 |
| 7 | Info Hash: F8E874DEDB60F636AE6FA8C865F7C87C87057705<br>File Hash:<br>0E98C5CF7C2FD24FD1814091C312307FEC04E9E865A24D47C90DF47BB7796B0B | 11-23-2023 10:03:32 | Tushy | 11-19-2023 | 12-12-2023 | PA0002445179 |
| 8 | Info Hash: 881B92486038C9253D68EA8E489675E0EDB2B9E7<br>File Hash:<br>C6E64381A315B1994C1C70687EC3ECE61D270639E124957676F3EE1CC4534A83 | 11-18-2023 08:06:41 | TushyRaw | 11-15-2023 | 12-13-2023 | PA0002445430 |
| 9 | Info Hash: 2100C4686852723D0BE4D3F0625F05C05B40585B<br>File Hash:<br>FC43FF4692B35FB406A6B09DB655929A68FEABC61F51CBFFB08C34C72A0FE1C9 | 11-12-2023 10:28:36 | TushyRaw | 11-08-2023 | 11-14-2023 | PA0002439690 |
| 10 | Info Hash: 35C8BFE163ABCE81C62B014F9F17181BF88B235F<br>File Hash:<br>1E8631024E0120E80CAF7CFA90009EF76F4F41AEBF1988066253A7220C1A8CFE | 11-04-2023 08:01:23 | TushyRaw | 11-01-2023 | 11-14-2023 | PA0002439668 |
| 11 | Info Hash: F85E95DC909232CD905AC3B15D5588D02EBAC5A8<br>File Hash:<br>056DB192041CB7DB66D23A340E87091DE8132C9A5FFEB23E9C0C9BAFCDD94DE4 | 10-30-2023 05:50:16 | Tushy | 10-29-2023 | 11-13-2023 | PA0002439637 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 22D2FF7ADC09FB52244F0FF2FE28AD3FE76FF431<br>File Hash: DA884C1C5DF4A725A8BD3D9790888DC862C14557F788E534226C60688A6FC0DA | 10-29-2023 08:28:47 | TushyRaw | 10-25-2023 | 11-14-2023 | PA0002439667 |
| 13 | Info Hash: 26F87EC223F2F7096DFE53EDE3C672AEA6CED133<br>File Hash: FB852ABC6F1D55D27DC643E1A85721F6E6D71E16DE5E880F9856F20710ABB86B | 10-21-2023 08:15:53 | Blacked | 10-14-2023 | 11-13-2023 | PA0002439573 |
| 14 | Info Hash: 2B147C9CAFE6DC490676725C948EABE5AE3CBB60<br>File Hash: BAD936B04DC9613E5C7B8457D27206D5C21464572DB44D55F1D30656D3FC9B7B | 10-21-2023 04:35:36 | TushyRaw | 10-18-2023 | 11-14-2023 | PA0002439663 |
| 15 | Info Hash: 94EC300DCF686F03C1EF5E4A09EA2F1147AE33D0<br>File Hash: AFB21F115908B62F0D5E7E55EAAA652E2698ADCF641294152A844F7F14A0A467 | 10-18-2023 06:17:10 | Tushy | 10-15-2023 | 11-13-2023 | PA0002439634 |
| 16 | Info Hash: E29BCC2D417B95AE806E583350100FF547C82E4C<br>File Hash: AD4932A9317A5B1F164C56C2F596D026FAA62DD93A28FB38A783440FE9ACDABC | 10-12-2023 07:30:07 | TushyRaw | 10-11-2023 | 11-14-2023 | PA0002439659 |
| 17 | Info Hash: D1CF3CFC5262613445A491EA4EC5EBAB336F286B<br>File Hash: 6A5E3CDA493DBD8EEB50EE661E077F4C564078A8F086E7AE88768FA59D347337 | 10-07-2023 04:50:23 | Blacked Raw | 09-25-2023 | 10-18-2023 | PA0002435306 |
| 18 | Info Hash: F26F127647AD48C9EFA5DF88D7CD36868F79BE22<br>File Hash: B2F2BAD02DD97108086A75B5191AE167F87F9158E75A7C59F7275DF5BCADDAAF | 09-29-2023 10:14:01 | TushyRaw | 09-27-2023 | 10-18-2023 | PA0002435616 |
| 19 | Info Hash: ADBA687124354AF325EA4BF0F20A83E6CAB9ED30<br>File Hash: 884BE8C0FAA0FB35864C95E594C84D1DC893171EC1533E02AB8D06128A7BA557 | 09-29-2023 09:24:36 | Tushy | 09-24-2023 | 10-18-2023 | PA0002435287 |
| 20 | Info Hash: EA0A7A563821E15AD7E47DA6C601C77B00FFD762<br>File Hash: 067CB7737F29DEEB5C9C702023DE0E5B0D105E39E009762AA1E531C1AEF95A6D | 09-29-2023 08:58:17 | Blacked | 09-23-2023 | 10-17-2023 | PA0002435265 |
| 21 | Info Hash: 7AE09EDC105B7B9311D1044FC528E08108EB7AAE<br>File Hash: 123CCF5B34FB8EF6B4594B898DCF37A9CE8B3D83E67209A8DDC6745A7997CDE3 | 09-29-2023 08:16:43 | TushyRaw | 09-20-2023 | 10-18-2023 | PA0002435608 |
| 22 | Info Hash: AF8746382070C287BE048A3850E276C0BF19155A<br>File Hash: 23F0880C6A6D0B92DAF60086D2FB5D4E60CD448A879ACA653466E862608617FD | 09-20-2023 08:36:31 | Tushy | 09-17-2023 | 10-18-2023 | PA0002435347 |
| 23 | Info Hash: EB51B59C4CEFD5F39BA4CA3E2D417DE1EA355E7B<br>File Hash: E94EED135C0BBEC36B615240A5944EE94058DC617B78FC81C3027E2D1BFC6C92 | 09-20-2023 08:10:30 | Blacked | 09-16-2023 | 10-18-2023 | PA0002435289 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 303F2FF03EAC2964602FCBCBD218CB1F72D50377<br>File Hash: 5E10565AA2ABE0841501E5CDB7811333D11CE6E16CFA1D707B25D7AC1CF61E90 | 09-14-2023 07:40:25 | TushyRaw | 09-13-2023 | 10-18-2023 | PA0002435599 |
| 25 | Info Hash: EC1160A3A2399430F00895590FBC633128C076E8<br>File Hash: A71D6D27C23E5EA1B4FB1775648423DAD08141141A8643A935E707A22559A52E | 09-12-2023 06:17:50 | Tushy | 09-10-2023 | 09-17-2023 | PA0002430910 |
| 26 | Info Hash: B263A6BF860A42C4ED1561AF94B647A2603FA926<br>File Hash: 4FF4002100A2AE94543DA11F5301A7C671673A60984F6D82B051F51D8B5390D6 | 09-04-2023 09:07:06 | Tushy | 09-03-2023 | 09-17-2023 | PA0002430895 |
| 27 | Info Hash: B124B5334556DED72152EF523BD44B9930AFD416<br>File Hash: 2BCED3E3DF5FDE4179531195D2EB16C2D89AAE9FE88787D3929EC10A0535A2FC | 09-01-2023 09:15:05 | TushyRaw | 08-30-2023 | 09-18-2023 | PA0002430961 |
| 28 | Info Hash: C72A57DB09EE073AA8591616D40DF785213BAAF3<br>File Hash: F9597531B6619EA952B89C5A9E773E589103E0385662E4D87581095A29A02569 | 08-30-2023 05:02:55 | Blacked Raw | 08-28-2023 | 09-17-2023 | PA0002430912 |
| 29 | Info Hash: C3C17F9AEDCB4C02FC495C7F6C780DAACD86D8C7<br>File Hash: 0020579FEB0F81B38E1586C316F934A2E6577B4BA398A712C4774BCE40135F70 | 08-28-2023 04:11:32 | TushyRaw | 08-23-2023 | 09-18-2023 | PA0002431079 |
| 30 | Info Hash: C3F33D09BEF69D7C1695AC2318A90DEDB69DEA20<br>File Hash: B53AB60AF51A510FAC37AD870E6E21DEAB7665ABFA30CF66D73CDBEC28757856 | 08-28-2023 03:46:40 | TushyRaw | 08-16-2023 | 09-18-2023 | PA0002431113 |
| 31 | Info Hash: 8B92912347D3E2EBC80B339E086730F840C02426<br>File Hash: FF81143FE6EBFCA8FFC9351A2357F0DEFDEB353EC8A25C6E9CDFF6FFD783480D | 08-28-2023 03:22:24 | Tushy | 08-20-2023 | 09-18-2023 | PA0002430899 |
| 32 | Info Hash: CAC178698E2D7079ECA0F1BC27701CC4C1557845<br>File Hash: 700EA101AF6B313C231B5BA94099DF5A9299EDE94C0CD2A0324C799DB4D65906 | 08-28-2023 02:39:54 | Tushy | 08-27-2023 | 09-18-2023 | PA0002430911 |
| 33 | Info Hash: D427F549F71BF3E53A547090611EF5BA7BC20250<br>File Hash: 5F64A3052E5FE1F1533340B0E1B15321B4974CDF4A64A9DF5D0330EC14BA1D1D | 08-15-2023 08:38:25 | Tushy | 08-13-2023 | 10-18-2023 | PA0002435313 |
| 34 | Info Hash: AB96F2DB81117B5E0100384CD115BCAA8F9F4AB5<br>File Hash: 98CB8CBC9D40ACBF2B8A1EDCC550BE44005F7E3767A6CD6C0F34558D674309AC | 08-09-2023 08:46:43 | Blacked Raw | 08-07-2023 | 08-17-2023 | PA0002425526 |
| 35 | Info Hash: DE1A1539F2E9AED3032C0AEE9290CBB93EB6A1B8<br>File Hash: 8CB033A285811CCFF1770936366130E7592B9B61ACB311A662BC13B61BD9E010 | 08-09-2023 07:15:15 | TushyRaw | 08-02-2023 | 08-17-2023 | PA0002425540 |