**Exhibit A to the Complaint**

**Location:** Lithonia, GA  
**Total Works Infringed:** 144  
**IP Address:** 45.19.245.132  
**ISP:** AT&T Internet

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 38CFB6906635D535E5D9C9A14158EE2AE03E1126<br>File Hash: D80BDD2C09FF9461F8E93986E01E17B2329F2ED4EFCC33F92B793859B9F023F5 | 11-10-2023 14:17:20 | Blacked Raw | 11-06-2023 | 11-13-2023 | PA0002439619 |
| 2 | Info Hash: 5AB441C1CDE24DEE2A05CEA4F8D0F5226BF8435A<br>File Hash: EAA14A1CE41B2D6A44E44B9AAE749FE1A58EBC158D572642594F30CB9CED8B0D | 11-07-2023 03:24:11 | Blacked | 11-04-2023 | 11-13-2023 | PA0002439565 |
| 3 | Info Hash: 41F19F8D4281F2D30E07C3438ECB400367DA6228<br>File Hash: 2CE99637C4E31D2AA20F259CEE7B76803A3FDA8E554393BE4C1601D426271A92 | 10-31-2023 07:22:16 | Blacked Raw | 10-30-2023 | 12-05-2023 | PA0002443584 |
| 4 | Info Hash: EE3B42CAE3F9A579607F9F159A8DAC7B814D217C<br>File Hash: FBB3681E535C8E0613FD213263AE946EA024CC1A2623FE5C3FBD17F788E91A2E | 10-24-2023 07:25:53 | TushyRaw | 10-18-2023 | 11-14-2023 | PA0002439663 |
| 5 | Info Hash: A9B3B91FFBA4A24039320F64469042E56D91682F<br>File Hash: AA5B0F8119C7BA80A440A5322EB6AFE91298936B97116687CC17BEE29A20AC4B | 10-13-2023 09:53:51 | TushyRaw | 09-27-2023 | 10-18-2023 | PA0002435616 |
| 6 | Info Hash: 8CB2E9FCCCD0A0A1CAB0D1AF648B53EAC2AB3F78<br>File Hash: AAD3457D8353D55772D7EF767D1B5AE03B3D0280DC3F27415FBF54817E4B7E10 | 10-03-2023 11:33:08 | Blacked Raw | 10-02-2023 | 10-18-2023 | PA0002435277 |
| 7 | Info Hash: A0EC368AF112193670088A03D647D87DBD0E72C7<br>File Hash: BA608FC5FDC4DAA19E25970ECDF2229BA14F07197BCE28F68EB774E8985981F7 | 10-03-2023 10:58:10 | Vixen | 09-08-2023 | 09-18-2023 | PA0002431077 |
| 8 | Info Hash: 124B0D68F9C3D84844617784C0772D7E17AE3CFC<br>File Hash: AC76BE5D76A1FDFB11727DDC58FC55B708C3C00A1C8D4E80B23C4DE65977AA9F | 10-03-2023 10:51:15 | Vixen | 09-01-2023 | 09-18-2023 | PA0002431078 |
| 9 | Info Hash: CB8C6C9FCAF4B9DF614B67E526F44C1181F8F054<br>File Hash: 4B7633F81CA3736F1AF2D46F5C5B20233B6A7F10547524908746BD44B1007036 | 10-03-2023 10:39:51 | Vixen | 09-29-2023 | 10-18-2023 | PA0002435610 |
| 10 | Info Hash: 6AEC16230CD7A724EC70D71A6BBD8FF86D55A504<br>File Hash: EF9D6FA06670CD08EAC6BC0B74427660BF0CD0425765E014C6455C560E7E85EA | 10-03-2023 10:08:02 | Blacked | 09-30-2023 | 10-18-2023 | PA0002435266 |
| 11 | Info Hash: 54609D74A9FF3AB268D9A0893FAF92DD1608DEF3<br>File Hash: 1E2A0A7871CABB5F73E42D0D7E8403CBFA69E1FD56C7604C04683E51DB784D89 | 09-26-2023 18:07:15 | Blacked Raw | 09-25-2023 | 10-18-2023 | PA0002435306 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 67788E62EFAA9301B78292C0E20E63C98D3C832C<br>File Hash: 270587DC4B8599C10EFF73F6ADBBF91AA0089E8BE35075A137643DDA80EF6E06 | 09-15-2023 21:16:45 | Blacked Raw | 09-11-2023 | 09-17-2023 | PA0002430897 |
| 13 | Info Hash: 41A9521D4822756B6D3F62FF1D413E088A3CE382<br>File Hash: 9A6058B6A617399534843E22F9EA2D4E3BA208111C47A1EE1359FC963BBD6348 | 08-30-2023 10:09:52 | Blacked Raw | 08-28-2023 | 09-17-2023 | PA0002430912 |
| 14 | Info Hash: FA9D0BFD2624C0A039F633CA58ACBCE0B37172A9<br>File Hash: 7437F0B5AC448D53110E3F0C671358F48DCB0BD117FE13BB8CC94B308D4D332A | 08-22-2023 08:34:48 | Blacked | 08-19-2023 | 09-18-2023 | PA0002430893 |
| 15 | Info Hash: 8E4C3CCBC90AAA69A9AAD87AFEF059EDFBC21A09<br>File Hash: B9AA18A408966F8132F9CE4CA40FFCA25B84A537101C6644BAC5EB65CE08703C | 08-22-2023 08:22:40 | Blacked Raw | 08-21-2023 | 09-17-2023 | PA0002430900 |
| 16 | Info Hash: 2FB0184D847F32A5D4FA9E1BC896FF63F5C106D0<br>File Hash: 4E34D7E05595B7D5FC3C5EAA08ADB038B9826EE410A4A9ED6F93D09B27DD99FE | 08-17-2023 15:01:22 | Blacked Raw | 08-14-2023 | 10-18-2023 | PA0002435302 |
| 17 | Info Hash: DD355D97048B431F42EC4E908BBFE05E7A86449B<br>File Hash: 5D548055AFFB191EB2F23823348AB8A5497959F795CD4DF70C4FBED7FAC2E3A2 | 08-17-2023 14:56:09 | Blacked Raw | 08-07-2023 | 08-17-2023 | PA0002425526 |
| 18 | Info Hash: B2874E75AE5C1884367381C44B78285A97E5A2F5<br>File Hash: A80EDA0C60F715B02FBD7680FCCAF35978102913129E031C21055F791E304F55 | 08-07-2023 17:40:55 | Blacked Raw | 07-31-2023 | 08-17-2023 | PA0002425528 |
| 19 | Info Hash: B94615E6794A73EDA4F0759C3F7E59A93D9F47C2<br>File Hash: 8A13DEF02F0A6BF819F0497C9ECEBC723DFD8F22C16EC3E756DBB47F4D7AE99D | 07-27-2023 18:57:27 | Blacked Raw | 07-24-2023 | 08-17-2023 | PA0002425531 |
| 20 | Info Hash: 6ED38D738D7584B6A6DDE3498B50C2883D680458<br>File Hash: 38B1E812773D3E0FCEDFAC6038AF0A4D29A051DBFE54A4E37589413B2E2B4DEC | 07-27-2023 18:51:57 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 21 | Info Hash: F3DD0E74B9941E8F0FED8FA6E5A681289048C837<br>File Hash: C5AD052A92478944561205C7481922247157221159B334ABE784AFBEAEA5A563 | 07-18-2023 03:24:32 | Blacked Raw | 07-10-2023 | 07-13-2023 | PA0002420345 |
| 22 | Info Hash: 48BD71E0E1D1AD941A418EE89C4B5DC5B6E1FA4D<br>File Hash: 8B35427BE315C6CE206E734F13A6A05DFA34FFBC20217832F4C56CEA26B929AB | 07-18-2023 02:31:28 | TushyRaw | 07-05-2023 | 07-13-2023 | PA0002420347 |
| 23 | Info Hash: A791EAFFAF33A0A8ED315EBE6F206F72E34CA0FA<br>File Hash: 26F2233A8EC121CDA38FE8BB5979B63EF9FBD5A7A1154DA3248E80CDF7432342 | 07-18-2023 02:29:09 | TushyRaw | 06-28-2023 | 08-22-2023 | PA0002431059 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 9292EA3190142F0F3B4770CF669A789C0ECC0672<br>File Hash:<br>477B7B11496FE2C31AA54B361008615A1D9333DC938966D8D0C44D1758F8B471 | 07-18-2023<br>01:12:47 | Blacked Raw | 07-17-2023 | 08-17-2023 | PA0002425535 |
| 25 | Info Hash: 2E671C8A5B96DFBFFC6E4F015A3FA9CD1FB5545D<br>File Hash:<br>234D80C2D2B4DF360BF58874A5569B1C7D9124C8B61B2D650172A5418DF0B268 | 06-30-2023<br>19:36:31 | TushyRaw | 05-31-2023 | 07-14-2023 | PA0002427524 |
| 26 | Info Hash: EEA85095DC190EA7ED8DD2B53CFB4E5421ACF288<br>File Hash:<br>BE79691B61CE08F030E774506EBD77FD03168172E818A15D218830884D8C0F73 | 06-30-2023<br>19:20:42 | Blacked Raw | 06-28-2023 | 07-13-2023 | PA0002420343 |
| 27 | Info Hash: 23FFAFD0CF5E44C026B7E17FF5C0B717367D7290<br>File Hash:<br>37D3497E7D097911E9E607B26B90574E867421E4C7A908D96A7FDA0AC841E3BC | 06-30-2023<br>19:18:44 | TushyRaw | 06-21-2023 | 08-22-2023 | PA0002431054 |
| 28 | Info Hash: B98FBAEB8DE945537BD5D75062A090DAE51305E7<br>File Hash:<br>E31D5C3769BCE87C95F3BA92C4BAAC4BFFA56A575D638BDC5B52EC1265F92566 | 06-29-2023<br>09:01:50 | Blacked | 06-24-2023 | 07-13-2023 | PA0002420341 |
| 29 | Info Hash: F39CDCE049E278257484520676EDCC5D87D72135<br>File Hash:<br>51E98FA3244F9A33A20F0538DCE247B34292BA8D099ADEADD95AC2DDC7C09E03 | 06-24-2023<br>03:57:59 | Blacked Raw | 06-23-2023 | 07-13-2023 | PA0002420356 |
| 30 | Info Hash: 8D04FED7E85BDBF5BA9BE8F0CA901F165FC70394<br>File Hash:<br>B776A6D3BD5456E54166F680C85B9F594404F142B465AB7E0C6AA7350087ECCC | 06-16-2023<br>06:13:12 | Blacked | 06-10-2023 | 07-13-2023 | PA0002420362 |
| 31 | Info Hash: D4CC9A93A35EC155533945E3136B6A44A0EAFD80<br>File Hash:<br>1CC7562854B5FE5A0FB79977EC8A6134AEB879DCE12B74960A6ABCD7A96EC424 | 06-16-2023<br>05:52:08 | Blacked Raw | 06-03-2023 | 06-09-2023 | PA0002415371 |
| 32 | Info Hash: EAECDAC066958DD31C1B553FB62FE7FB425615EA<br>File Hash:<br>2BE40AEA7CB2DEA8531E6D67F1593B5885360FAF1CE6398C7D834E0D3E467DFA | 06-16-2023<br>05:39:11 | Blacked Raw | 05-29-2023 | 06-09-2023 | PA0002415372 |
| 33 | Info Hash: 7581486ADBC5E109234C53EB45D4096005816856<br>File Hash:<br>ED99F7C1B6B16C2114AC48025ACF413CE12C34D966C58DE0861FEC93360E3AF6 | 06-16-2023<br>05:36:04 | Blacked Raw | 06-13-2023 | 07-13-2023 | PA0002420359 |
| 34 | Info Hash: 6F3397231908A8884A36C7B01CE11F00156F2671<br>File Hash:<br>7C269D83619185D2097A2B43DA6FFDC3DACD88417493F739CF230217CCCAB5A2 | 06-01-2023<br>08:28:12 | Blacked Raw | 05-24-2023 | 06-09-2023 | PA0002415389 |
| 35 | Info Hash: 045AEEFE018AE2815CF6B4FA7138A3DF0760ECA7<br>File Hash:<br>DE364D4FCA126DC64C9DDE43A743A3DD850F9C66CA71C37CFEE52C9182C08CC7 | 06-01-2023<br>08:22:16 | Tushy | 05-21-2023 | 06-09-2023 | PA0002415379 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: AB25EF96E6F72F546331A1CFFEF786A6CA92F532<br>File Hash:<br>C1E47ADF8151CEB6F3EF0F0B531E91BED84A543E47B70C3565D26D2781376C75 | 06-01-2023<br>08:20:29 | Blacked Raw | 05-19-2023 | 06-09-2023 | PA0002415367 |
| 37 | Info Hash: CBF8441744FD3BF98E0173CF5B28A98CF83F08A6<br>File Hash:<br>3C5AE45DB4437A987493F706E5212752C5311934AF641531FD2B5F29D0E017BB | 05-23-2023<br>03:51:46 | Vixen | 05-19-2023 | 06-09-2023 | PA0002415364 |
| 38 | Info Hash: 27C3D3574B9C056507577AC454D9F5DCB35239D6<br>File Hash:<br>01600ADBA3B50DA09F3116EE7A13EF9CE423AD0E1A5FA611E59664DA584E6E1D | 05-23-2023<br>03:22:04 | Blacked Raw | 05-14-2023 | 06-09-2023 | PA0002415357 |
| 39 | Info Hash: 1093C8247752EBFE1ECA68BD32CE7D2733601137<br>File Hash:<br>82F1288089C268400FA4A72DF754200177E19829C0328CB1F163C842B6537B3E | 05-10-2023<br>16:01:29 | Blacked | 05-06-2023 | 05-15-2023 | PA0002411299 |
| 40 | Info Hash: 25911261133636DA5E9A2ED2D08B5C41D3077C29<br>File Hash:<br>15AEA451ADB45F4921FA0C5E6B9EDCFCA1267A16CA238F80FD4D7B0949AB8781 | 04-25-2023<br>05:09:37 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 41 | Info Hash: 0DBF25B7D2F0F81C72BE1B7419AD7F72BC27BFC1<br>File Hash:<br>EE2171AFEF9CCACB672C580C5E6B64ABF837EB6811EDC93432D9F28620FFD7FB | 04-25-2023<br>05:07:39 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 42 | Info Hash: 085AB88D90A96930394C198EBBE8A7F2474D85F2<br>File Hash:<br>6A22370E231DC13C8BDA7BDAE644452FAFBF9075BDCA4717AA434F393D9F20D0 | 04-10-2023<br>14:56:12 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |
| 43 | Info Hash: A1FC5DF602CAB2505E98947CD4174EE9943C68C2<br>File Hash:<br>B39B3E3ABAD003714E662A48D73C22363B61D9F912BEC7BD468B9D79C16EBF35 | 04-06-2023<br>12:50:42 | Blacked Raw | 04-04-2023 | 04-07-2023 | PA0002405732 |
| 44 | Info Hash: 8AB9FDD615D0FBC90CCB30F527B01ACF5C3392A9<br>File Hash:<br>2C455D2C2790A80F7DF0DB958F5EEF9E32ACE7EC7F97467FAE58299545A9B231 | 04-05-2023<br>00:02:23 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 45 | Info Hash: AABEA16B56023B1F5709AEE6BEA33BB7EAB779E5<br>File Hash:<br>9BDB422CD15FF86B3FF7C84A205348DB8543406B805B5581EAF35C775F3C0F16 | 04-04-2023<br>23:57:05 | Blacked Raw | 03-05-2023 | 04-07-2023 | PA0002405735 |
| 46 | Info Hash: DDEBE2F3FE43FE27E3CF48527BC3CF636027ACA5<br>File Hash:<br>116CCDBCA7EFEF2BB3482E6005E59AD0640F40490C7132BDF7A3FC152CA017DD | 04-01-2023<br>10:24:55 | Blacked Raw | 03-30-2023 | 04-07-2023 | PA0002405733 |
| 47 | Info Hash: F91C59C6E04A926E5C039E40C8D2C693F491E336<br>File Hash:<br>82B97FF6266964E50AD4C183701854B0215741710DB49486BC7F8A545766CC2E | 04-01-2023<br>10:22:25 | Blacked Raw | 03-25-2023 | 04-07-2023 | PA0002405729 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: B232F6C7054DB73F98230AB71EB6F8400C033F12<br>File Hash:<br>0AD2FAA4067988D387E1CBB4B6D83B23EDA576C75318C127D1912B3CD66A2CBE | 03-23-2023<br>07:37:13 | Blacked Raw | 03-20-2023 | 04-07-2023 | PA0002405757 |
| 49 | Info Hash: E12F1732A7DF55602F4D35C8A10F4751875DCED6<br>File Hash:<br>A9BB917CE441F1DAC9060DF5CF8B5C99B2B3003BD100501FD438636A62C93E4F | 03-17-2023<br>09:35:40 | Blacked Raw | 03-15-2023 | 04-07-2023 | PA0002405750 |
| 50 | Info Hash: 608585073CBF75089404F0EA7B2B175E95975C22<br>File Hash:<br>9592CC63893B4E66C8E97B25CB030FD712C703E00E5606687E7D3A43F7D6E1C8 | 02-23-2023<br>07:45:25 | Blacked | 02-18-2023 | 04-13-2023 | PA0002407766 |
| 51 | Info Hash: 90B3B7E92C2FCAB7BC642BDBA8946CBBEE03AE90<br>File Hash:<br>FB9226ED18915EC2763AC638B7167B86633115C74B9AC01896A885AD5C6BAC8E | 02-23-2023<br>07:07:55 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 52 | Info Hash: 89A1B4D1F12E6DFAE02ACA7A826A3F026370983F<br>File Hash:<br>3D313A2A5A266B793BF55B69B8084D4C8807B20140D8382EFD7803C04570EC76 | 02-07-2023<br>12:04:43 | Blacked Raw | 02-03-2023 | 03-08-2023 | PA0002400564 |
| 53 | Info Hash: 9249EA373C7CFBC0CA5296622DEF12025D4B5274<br>File Hash:<br>EF4E4BAD4C1E682C924EFDF0736D0C94C3EBAAE711257B47ED43C2F22B6EBFBD | 02-01-2023<br>23:38:27 | Blacked Raw | 01-29-2023 | 04-13-2023 | PA0002406902 |
| 54 | Info Hash: 92CB8CC2B1BF14E6326BE06B3295D66F0F3E0A2F<br>File Hash:<br>BC1B8C60FECC7DECC2E30B086BCB4005635C93E9E654848D2455692ACD7CA8D4 | 01-29-2023<br>08:03:11 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 55 | Info Hash: B510A624B51DA5D209130F6B7161A6456E021C56<br>File Hash:<br>FA2E737F2AD41A98DDC527879C378B5991091A5EB51854E8A8A4AC6AA92F21C0 | 01-04-2023<br>20:32:43 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 56 | Info Hash: 6A657D7A60C3FE65BD5EAC2E480FB8F4B2D3C04E<br>File Hash:<br>154B1A2183857FF6EBFE06F1198699B0CF09D863F9AC6E6693D2B6A2578DA2DA | 12-26-2022<br>15:00:16 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |
| 57 | Info Hash: 1A82CD38DEBBAC7E19E06FED020AA506939EB78E<br>File Hash:<br>3B51C832779DA7494884D77EC3F3CD7B778535C48773363EB738C8372703A897 | 12-22-2022<br>20:10:10 | Tushy | 12-18-2022 | 01-10-2023 | PA0002389612 |
| 58 | Info Hash: 2D42055181038F36B661B01848EF6CF8A28EAA23<br>File Hash:<br>045317AD4FD00A7A5645605910781548B559AB18C5861778A3DB0EEC94207C3F | 12-08-2022<br>12:00:34 | Blacked Raw | 12-05-2022 | 01-10-2023 | PA0002389624 |
| 59 | Info Hash: D70B641B33E30BCED7E47CC2E730012E20C36C06<br>File Hash:<br>5BA409A3CAB83E625CF54404B0792AAE034DCDAE89FF5B310B15797BA71D2631 | 12-08-2022<br>11:35:31 | Tushy | 12-04-2022 | 01-10-2023 | PA0002389591 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 2A04AEF1192B0D339DF40E154B86A51DA08ADE6E<br>File Hash:<br>1A252626FABFFC3A18CB63BB41750033948F9719B206F8F914037A2DC110104A | 12-07-2022<br>06:44:44 | Blacked Raw | 11-30-2022 | 01-10-2023 | PA0002389625 |
| 61 | Info Hash: A0827A76038ADBCA262079E7141C2F1DA890468D<br>File Hash:<br>8057638209897A8D97A5DB52B48A4AEB05D2C5E6A938A419B3EB73EB0C3EE9B5 | 11-27-2022<br>07:14:27 | Blacked Raw | 11-10-2022 | 01-27-2023 | PA0002393082 |
| 62 | Info Hash: 5BA2DA08C36A2FA2409D662E9FA861EF6F8BF8E0<br>File Hash:<br>8A1A323D6C4C043B7BCD347E9251972CDCB448681EACFF6CB828C5935E3EC390 | 11-27-2022<br>07:11:04 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 63 | Info Hash: DD6582F97DEDFA074D227FD4169F9ABFF71C9F9B<br>File Hash:<br>3498792D84F9BC2B5CD08B4AEED92B6443D04C6BFA67050613EA9F2F11C2FE64 | 11-15-2022<br>12:15:32 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 64 | Info Hash: F88C73EDBD5369156CF6618EDE7CCEE2E9362A4A<br>File Hash:<br>7C6FB1FA98748FBF3EB6975B30203629C5F9DB3D0240D67EBB7A2F68EE1814E4 | 11-11-2022<br>03:35:24 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |
| 65 | Info Hash: 7439F6C3D8B4655E9B53F9D31F567932DF4ED637<br>File Hash:<br>8B34A9E14931BBDDCD25E30FBF9B5DE23BD296788138AC9D03C05C1E62091DC4 | 11-11-2022<br>03:22:31 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |
| 66 | Info Hash: 192472959510175286E0731FB04278020BC47133<br>File Hash:<br>0D6C6DE0F0C98545FBB3518F4880958D6F4B1877FB60D6AF0F9A11F223EB2BDD | 10-30-2022<br>19:15:58 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 67 | Info Hash: 8B78B77793A4284DD8647508DD3EDB99FC4C7A6E<br>File Hash:<br>8381CC3932E3A99B26C1665F380DFFF62D13EA20F85A94C2D0B9ED4AE413B9B4 | 10-30-2022<br>18:50:12 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |
| 68 | Info Hash: 15A55EBB3FD06FE9F9067812A0D0168440813B70<br>File Hash:<br>4AAF11148C0E2CDFA98BABEEC2740D453CACED2CE62079EAE8D18A0C5E2E4BD7 | 10-24-2022<br>08:56:43 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |
| 69 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash:<br>5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 10-20-2022<br>12:36:02 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 70 | Info Hash: 388128E50D34A2E03CCD58ABDF06E8FE7EBE2BD6<br>File Hash:<br>F2202549902BF70E29B42197CC6F0F8FA4F83AB41FCDF2DA060D7D79FF76A6D7 | 10-20-2022<br>12:21:24 | Tushy | 10-16-2022 | 11-27-2022 | PA0002388606 |
| 71 | Info Hash: C60686B993E19D6EA2BE4EAEF1099D09CA050695<br>File Hash:<br>5F82A986E0E58A79427CD69AC4464B240C51401C3F3ADA1C57CE1272EA84CAC3 | 10-14-2022<br>09:28:22 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 3BC22005E2AFC76A838931DCA776BBA6A7235CD8<br>File Hash: 52978CFAE6E89E7576A6ACF227919E58FF957546FD0FBEF1FBECBE1294075FED | 10-11-2022 06:51:27 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 73 | Info Hash: 258B938C8DB932BA26C6C13091AB699725DE4029<br>File Hash: 5021FA9F75FFAE5AE30C79FEAC33A1296CEFCE229F032576EBFCD9407D8DA664 | 10-07-2022 07:36:16 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 74 | Info Hash: CF344B3042DCAD24E21B955C9206EB79216612B1<br>File Hash: 3A0EEF200C8434AE7CFEF3AFD8948F4098A564D26947A116BB874717C5F636F9 | 10-07-2022 07:30:27 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 75 | Info Hash: FFFE9C9D589325A8374DF451BD1E5E192F24A65E<br>File Hash: F8BE65077EF499A14FE05A54CB212223879694760FDA640B99FBAE138D0D939D | 10-07-2022 07:26:33 | Tushy | 10-02-2022 | 11-27-2022 | PA0002388605 |
| 76 | Info Hash: 338981A824928AA763B9E3D9BDE9D25FD5AE168F<br>File Hash: 6D891684FA81001D494C68013471143BBC4D3997873DD9640460F3F031CF7CCA | 09-28-2022 06:23:08 | Tushy | 09-25-2022 | 10-05-2022 | PA0002373771 |
| 77 | Info Hash: 24550021ABCBE71DCF048521BFA63F64964F7CDB<br>File Hash: 0881083D537D67B17DE4B9412D7A30A1D9B4453D47ACD18EB069BA82D1992253 | 09-28-2022 06:18:25 | Blacked | 09-24-2022 | 10-05-2022 | PA0002373769 |
| 78 | Info Hash: EA8A415D6E56D1DD4B3F444CEFBEB86790AE0B11<br>File Hash: E65ADFC198F21D8303A1094DD0BE8BD07040ABEBF52FAAFEDB709989FE23B706 | 09-24-2022 04:48:54 | Tushy | 09-18-2022 | 10-05-2022 | PA0002373759 |
| 79 | Info Hash: 51C17C0D7D71353275321376EA757309785CD03A<br>File Hash: 15F57588F6DFB9E2F09743A98FE6A12D90597A773866F4EBC843D3FD93B27BCE | 09-15-2022 03:49:16 | Tushy | 09-11-2022 | 10-05-2022 | PA0002373765 |
| 80 | Info Hash: D70D2C95E1758D6D0838C13142400443F66F0E51<br>File Hash: 8D9CBF0567FDCBF4C4762C68C84376A08B27A8D2CB71B3F37D798FBCA86B7570 | 09-12-2022 13:41:58 | Blacked | 09-10-2022 | 10-05-2022 | PA0002373949 |
| 81 | Info Hash: C6B85578F10E9FA595EDCD45402FBBEC745B6DD8<br>File Hash: 3C5C822A7847420497A7A7CA77E1830E674F223B1F564EF87684FE7408DDF33F | 09-12-2022 13:19:55 | Blacked | 09-22-2019 | 10-07-2019 | PA0002205469 |
| 82 | Info Hash: ECBB9CA5B188231C32B5E776190C95490D88C90A<br>File Hash: 25A2913FB11437977C8B560C40FF5AA2A3578759FF426AE31889BFA76D5C2474 | 09-09-2022 02:13:33 | Tushy | 09-04-2022 | 11-27-2022 | PA0002388059 |
| 83 | Info Hash: 995EDCB1EB9346A9201A7D7D983C451A99226581<br>File Hash: 33E2DEF2AAC1F6DFE6DD74894160F8807285A81BB574338E1A11CB5705EF4C47 | 09-09-2022 02:12:32 | Blacked Raw | 09-06-2022 | 10-05-2022 | PA0002373770 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 88620B073A78B5264AADA5BCF92E3754C8168416<br>File Hash: 00FDD1FDE04C8587F3CC14942E05965765D7812FF108DDF80F33FAF764AB4A57 | 09-09-2022 02:06:27 | Blacked Raw | 09-01-2022 | 11-24-2022 | PA0002388645 |
| 85 | Info Hash: E845CE6EA6CA1AD41A7DA16BA94A93140CEB8D4B<br>File Hash: 39531E8B899812CD79908CF4CE5904927148B0D3AC04197D9D3192D837CB64F2 | 09-06-2022 18:51:19 | Blacked | 09-03-2022 | 11-01-2022 | PA0002378069 |
| 86 | Info Hash: D6A3E99D30A235B031BEF057B2B7DFF51825ED1C<br>File Hash: 6FF1E25C8D000D3F643B91996E43991D31BCD8E5615A12537938E7A2A62AEA9D | 08-31-2022 21:26:34 | Tushy | 08-28-2022 | 11-01-2022 | PA0002378076 |
| 87 | Info Hash: 02ACC04EE2B8654A40D0A14A9A398B6ADD515A3B<br>File Hash: 66E1E4E1284AD0C90ECA4785E58D2EB426526DD600C5365B3F9B82D6C4461D92 | 08-17-2022 10:35:44 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 88 | Info Hash: BE57461CB8758373E76FA39737B733F0BA62120D<br>File Hash: 2CE319A8BD55009F717AAA7E732951216E19F9B764510F5E7F82B0BB2847CA3C | 08-14-2022 13:49:16 | Vixen | 08-12-2022 | 08-30-2022 | PA0002367721 |
| 89 | Info Hash: 18F37A18FE1AC5E6CEFE5CA0F702EDAF5E3130C4<br>File Hash: 3B4B2AF11D93CA07CD38FD8D08E0C77EBA6208A33E4B5A5D8973EA94748DF061 | 08-12-2022 08:47:36 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 90 | Info Hash: CB999AD6905ADE27539D098D6E5F905E209A99A5<br>File Hash: BD9BB71EB5E28200D80C6CC59BEB55DA5725E96B22D716320B7738B587666FAE | 08-08-2022 09:05:51 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 91 | Info Hash: 665AB059BA65DDB82040CEB98A83B8BCED372A4C<br>File Hash: 33426FFA7BACA6169D3C17B75E83C7F65AF84AEE693F1DFF51FDA25B6EE0E659 | 07-29-2022 02:14:24 | Tushy | 07-24-2022 | 08-29-2022 | PA0002367746 |
| 92 | Info Hash: 0A7C64E3E94B2270B04C9C3B51614A7C67FD613E<br>File Hash: ADF88307C39B569C06070FC833127CBC31EE393816ABCA4C568FEA2E406E866F | 07-27-2022 07:21:43 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 93 | Info Hash: CAA1DD05BF6575C8B47341C4E15A88FD3F0FF0DA<br>File Hash: EC51CE82B5229B431FB52886F86419C2CCE3EA3B3F6E44E614350E34C6B0A2A0 | 07-26-2022 08:19:53 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 94 | Info Hash: D73D84EA314E0FF698536A45595592C277D8F6C5<br>File Hash: A8E5C067293F41DEA80AB05236733C455D1AC72FC8F4A66F7C7E20570AC3D873 | 07-21-2022 17:46:11 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 95 | Info Hash: 2050D0595CE5CE49BF58E05FCFC07D94B3518567<br>File Hash: 68A380690E0D86D2B8C273C6DEAD56A98F5A34ED49D5E163E28FEB8F48A16271 | 07-20-2022 13:21:37 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: AE7859A84B38AA3012FC54F8083DC7BB98EEA9CB<br>File Hash: A8144653928B76356ECFE207ACB692A2DF407F16908E1A7C3BDC87A3E8829DE5 | 07-11-2022 18:15:10 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 97 | Info Hash: E0DCFAEC690E3346CA5EEA67A773FD1312B673EF<br>File Hash: E1C49A1B45573BA85036DB8188E6A0C13D3B4A3F1ABD5766A749EFA29AAB49C7 | 07-06-2022 14:57:17 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 98 | Info Hash: 72DAF55819D6563D2481C326541366375187C5FC<br>File Hash: 48B2E2DC38332CEA3BDB4CF74F72F12B40B44FB2A885D5392D56F2242EAA1895 | 07-06-2022 13:00:44 | Blacked | 07-02-2022 | 07-22-2022 | PA0002359461 |
| 99 | Info Hash: F81CE28FE9EBF38DDC6BD65EF545FE9D45AB0F5C<br>File Hash: CFCA30A575EC682A41EEE611A1D5F88666A5ADE1DFE65CC761774D742A47CA7D | 06-30-2022 15:48:32 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 100 | Info Hash: BDC478B3399A146077FBE08EF9A6B73E770BCED9<br>File Hash: A324B0DEA377CBC655B19BC9E32457684F1E0477064899BA8036545191AAE735 | 06-29-2022 06:16:18 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |
| 101 | Info Hash: 122DD1176E7094026020329C655E12AE208C3F47<br>File Hash: 312A04E5965969DB34448619957556C3CAA7641F51AC5CAEDBBAB0ADE50E0980 | 06-23-2022 12:24:48 | Tushy | 06-19-2022 | 08-10-2022 | PA0002370907 |
| 102 | Info Hash: 280E88FC7CEB3E5E96E3E41175EAE19DBA741A70<br>File Hash: 9BCE1453FDBB1652779D3192C951886B4012BF5A70DD665E0BD60995EA48ADA7 | 06-15-2022 01:12:34 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 103 | Info Hash: 7D5BCAF63FFC5229FA328B1F99D0847A5C49F614<br>File Hash: 65A4936BA229BE949D4F26EF046EDE9DC179E8C90027F95692A292AF1F1AC661 | 06-13-2022 16:52:19 | Tushy | 05-15-2022 | 05-20-2022 | PA0002350379 |
| 104 | Info Hash: CC6FD2CDD1BBD80DA3E1C3ABD7A2C61515FE51FA<br>File Hash: 51E2C76F74623077DC336A55361BBBFE5CD9AE9313A1FF46B8A85CD385B91A08 | 06-08-2022 12:56:15 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 105 | Info Hash: 649357DB13B2B11CDE20AFDA507F0BA540C1E838<br>File Hash: 2432AC32CA81B94D6B4F8A68B7954E9E5027BA19DECAF036B6C7B3CBEC93178F | 06-07-2022 17:10:20 | Tushy | 05-08-2022 | 05-20-2022 | PA0002350382 |
| 106 | Info Hash: 7287E0EF635EC3BDDF3A3600B1621FBB2A2F95AB<br>File Hash: B7EF0F4B1C2E00B61F53660AF6B02BEADE1CB82511717CC4D2ADA86CB4BB9887 | 06-07-2022 16:25:46 | Blacked | 06-04-2022 | 06-27-2022 | PA0002354990 |
| 107 | Info Hash: 309024C828DF3FB77335331A1416A2078E5B2F04<br>File Hash: 44E24DDEA8CC646565E0756D7206106F1F0E93A93F82C324C3A6F4BE33A1494A | 06-02-2022 07:14:34 | Blacked Raw | 05-30-2022 | 07-21-2022 | PA0002367910 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 46857304ACE7F50BB0FA81A89D992DFD7234A063<br>File Hash: E273352946EAC52115D1645E86441B060FD6CA129C923630923C5BFC08ABCBF2 | 05-23-2022 16:04:40 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 109 | Info Hash: E5EA15B7345AA3784B86AC90DBF931479525790E<br>File Hash: E187E955BC211670C77B916369B9ECDEF074F86B8F4387C984DF8CBAB6010336 | 05-21-2022 04:13:21 | Blacked Raw | 05-16-2022 | 05-20-2022 | PA0002350378 |
| 110 | Info Hash: DF13DBDC5953B38B3E5133F037BCC8E8AF0F468D<br>File Hash: C34BA05DE519722211D78E80F30F1DBCCF669B8F44E350B62FF21AEFD8E95C46 | 05-17-2022 02:15:37 | Blacked | 05-14-2022 | 05-20-2022 | PA0002350380 |
| 111 | Info Hash: 2FE3DB21DF0D396DD681E23816AA6AA15F59E6B6<br>File Hash: A760C42F362D9B2CBE12463BF6D84ACB9ABA030CC0A976BB24915B39D0F79D04 | 05-15-2022 18:03:28 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 112 | Info Hash: 89F958D507CD3D674F1E7D1779C02D717C70434C<br>File Hash: B5D31B55B67A613807EBBE4CE720BB877617D202C94A27E457204CD09B918633 | 05-15-2022 17:36:36 | Vixen | 02-25-2022 | 03-29-2022 | PA0002342849 |
| 113 | Info Hash: E6407E0ABEA09EB702CB16B07FE45432F50F7CAF<br>File Hash: 093B1FBCE39A73834E53CA771C4F58B0B28B8C0F1A80001E6D37492B1E8F2ABC | 05-15-2022 17:21:52 | Vixen | 04-22-2022 | 05-20-2022 | PA0002350377 |
| 114 | Info Hash: 1886519162C3C84528F05DF3EC3E4E21F17009AF<br>File Hash: B1F2DBBFBC3F581592B4629731C676B1FB3EA9B7B11997BF0F6EDD6B202EAB84 | 05-04-2022 18:32:21 | Blacked Raw | 05-02-2022 | 05-20-2022 | PA0002350372 |
| 115 | Info Hash: 42D042262B0B988B4AFD2252CCE7DAC705E12FF0<br>File Hash: EC754E17A7E0CC2A27D26B3F2CAC2A9605374CA08594FD412512C4548BC1A2B4 | 04-27-2022 16:32:35 | Blacked Raw | 04-25-2022 | 05-20-2022 | PA0002350387 |
| 116 | Info Hash: 3D529E2397EE3802A5411B5D31C9A6C4B3D0DE19<br>File Hash: C009FE4637E08734CB95874CE385D82F772091B39479EAF7042D53FC8796B9D2 | 04-20-2022 08:15:42 | Blacked Raw | 04-18-2022 | 04-23-2022 | PA0002346421 |
| 117 | Info Hash: A2A1C767FAA153F3493B7EE8B0CC4B83E0CB3433<br>File Hash: A4A5846D3AE8034DCDAD8068643141752DCADEF8D46BE13880B05038C53794F6 | 04-11-2022 10:17:59 | Blacked | 04-09-2022 | 04-23-2022 | PA0002346430 |
| 118 | Info Hash: FD3B71019CBB5E802E9CA726B0C5C421B0E4A5D1<br>File Hash: 616B24219397EA9989A0CF2721183852BAD80459EA1B413837B1772011782DD7 | 03-31-2022 08:06:55 | Blacked Raw | 03-28-2022 | 04-23-2022 | PA0002346413 |
| 119 | Info Hash: 937DC1653A02F8962CF24B303EA2796B92C0A9F3<br>File Hash: 637F078F7E687CA2AA5D2AB41688E4D1795C39FE369FACAE0B2F29F903F5994E | 03-30-2022 03:27:28 | Blacked | 03-26-2022 | 04-23-2022 | PA0002346435 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: D3F024BA551E687B147333701D49D2BBF5E9A45C<br>File Hash: 3CD01300DCC2935123FA4FDEC88C3682CA48853D8A4232E1D9F22BBE35B15917 | 03-27-2022 22:46:40 | Tushy | 03-20-2022 | 03-29-2022 | PA0002342842 |
| 121 | Info Hash: 585876466B1F2F4AA1112EED355F0C88F5CB885D<br>File Hash: BF977542497803C4E4A2CB9360802C087465741BEEACF13BEC45CF047C90E546 | 03-24-2022 05:31:09 | Blacked Raw | 03-21-2022 | 03-29-2022 | PA0002342707 |
| 122 | Info Hash: CF928504FB6DFD9993E0E54672AD4709210235FD<br>File Hash: B6D16A6B7C7DB2526D31178EBB888511AEE231B475E9F04BEE78F7698374B6ED | 03-16-2022 16:28:00 | Blacked Raw | 03-14-2022 | 03-29-2022 | PA0002342865 |
| 123 | Info Hash: F10430D871D4F5F7FD37191D05B947EA5EA09DDC<br>File Hash: 31D19027E372833D101F823D85800267920909A94F27A4A4D84F05245C756F7D | 03-15-2022 12:27:00 | Tushy | 03-13-2022 | 03-29-2022 | PA0002342866 |
| 124 | Info Hash: BC766D094BC26A1C7D8253340CE684319CF84B7B<br>File Hash: 35F0C1AEAB1463E33148CF37F773DA4437E2C6C2C822B46C557589DF331A4911 | 03-15-2022 11:05:37 | Tushy | 03-06-2022 | 03-29-2022 | PA0002342854 |
| 125 | Info Hash: C970BAC9928A055CBF71319C401E593FA719C402<br>File Hash: 1A4F2D3E87259FE472EEDD838BE09E76565A7CE1D1D4C839D844CF6F8E6D5A26 | 03-14-2022 12:13:32 | Blacked | 03-12-2022 | 03-29-2022 | PA0002342846 |
| 126 | Info Hash: 3D5E2315A5B5A6730F2D7BE6EE853CA790FFFEA1<br>File Hash: 6B70DD0F4DE298F139E72133BCC77A9EF5A0B4B7FF25A25895B6AA8D01BB1AD9 | 03-02-2022 05:45:09 | Vixen | 02-18-2022 | 03-29-2022 | PA0002342837 |
| 127 | Info Hash: FFB6EDFA66EEEF53EA113883593C28EC6BCE89A1<br>File Hash: DA2409230A42FC458468201810275890 52AE7C23274AA50393F3E49B9D372671 | 03-02-2022 05:36:32 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |
| 128 | Info Hash: 2C34775555B78EC426E7B740C0BE468CB3E9A091<br>File Hash: F4F0B1E8C52D10C3E68BC7760B608862C666D76C443ADCC2C6F17868036E9CC9 | 02-23-2022 08:52:12 | Blacked Raw | 02-21-2022 | 03-29-2022 | PA0002342850 |
| 129 | Info Hash: 7A1184CDBB419B7045A3440659BCF4DD6F483F03<br>File Hash: 4391980CDBE9BE2922E11B71DFBDB6BFED7B53B04BC7BF6DE1254B0C544A8675 | 02-18-2022 08:08:00 | Tushy | 01-30-2022 | 03-04-2022 | PA0002345788 |
| 130 | Info Hash: 3D7690B89943E78EE1B015364D6D983919E05E73<br>File Hash: E919702C0786B00D7E76B14CDB47ADFBA8636C0FB7FD1134F9CA5E95CC1FE9AB | 02-18-2022 08:06:21 | Tushy | 02-06-2022 | 02-14-2022 | PA0002335460 |
| 131 | Info Hash: F0A2625E28F79A928FACE03B451B832C9DEC875A<br>File Hash: 631ED5F44EC150DD6C2CCB14D29F0711C23D9781C796DEE05C335055A485DEEF | 02-14-2022 07:22:58 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | Info Hash: AE90C86D911A70368335FF0532A2BF66B9E7FC46<br>File Hash:<br>03B4DBB838FBDADC0EDCC7B7834A86C080469CCDF9136BD723E32D716EF91FBE | 02-07-2022 07:07:24 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 133 | Info Hash: 514B51629D4D5819251EECE898BB86FD2D18E4B9<br>File Hash:<br>EBA6F057C933B2CF5D729A7D0880D9D6D29CE45CF238BE1195471BBBE2C20814 | 02-02-2022 08:51:34 | Blacked Raw | 01-31-2022 | 02-14-2022 | PA0002335501 |
| 134 | Info Hash: 3B104566A2BCB3F46E29CC0E86D6767E0237B832<br>File Hash:<br>C5FCDD622F55A9AC113F5532F333AB784FD37E4E12C4304CCDE27E9C02E8B2E2 | 01-31-2022 09:10:22 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 135 | Info Hash: 70ECB51C4FADD0D244D1FE108746EE2264F69820<br>File Hash:<br>6DA9802200B869DE388100460A735DADC6965B379326EAABC4DAF374BBF33E96 | 01-27-2022 08:29:38 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |
| 136 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash:<br>E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 01-25-2022 22:29:51 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 137 | Info Hash: D4F4CB87CF6C9F5B302AEB41BD1901396245154E<br>File Hash:<br>CB502BFCF04BDAE0BB88F6699859AFE62825B44BC764C9A7EEDE96882721EFA5 | 01-25-2022 17:22:39 | Tushy | 01-23-2022 | 02-14-2022 | PA0002335464 |
| 138 | Info Hash: BCD00C2331DABCF7CF20C4CCD136BD2177A151B9<br>File Hash:<br>0231B3453D1C4ED4DB5230C9ADCB64EBD9BA3EFCDB89DBF9AE8594D5E40E96FB | 01-21-2022 19:02:58 | Slayed | 08-05-2021 | 09-08-2021 | PA0002316094 |
| 139 | Info Hash: 4921C69C7C859498B8BF4A2FB83A9C6AA67D2CEE<br>File Hash:<br>EC1B7612C0DBBD5C4169639D43F31F14FEBE57A1AAA46F4231D33BC5F257BC93 | 01-21-2022 15:02:49 | Tushy | 01-16-2022 | 03-04-2022 | PA0002345785 |
| 140 | Info Hash: 6902DC672B3C032B826DC579A9CD497D8DC64E25<br>File Hash:<br>753E8924910F86A17C85115140D693CE2FD664EA1FF132F5554CA0CBB66FC0D2 | 01-12-2022 21:14:01 | Blacked Raw | 01-10-2022 | 02-14-2022 | PA0002335456 |
| 141 | Info Hash: 1798C2741436D0EF0A3A44D75E816B3FDC2FC368<br>File Hash:<br>F5CD6B191A1A2DA17E59180FE67B57A65D987F2E8D46ABD9A7CBD0970C2688CF | 01-11-2022 22:19:54 | Tushy | 12-26-2021 | 02-03-2022 | PA0002341847 |
| 142 | Info Hash: 168D9A9501B1A21D1AEDC90AC621A9E304D01A72<br>File Hash:<br>FF30469F559BC9300043488BF579C6A0342F3DF72E7EBB7E18E2090920EA094F | 01-11-2022 21:27:35 | Tushy | 01-02-2022 | 01-17-2022 | PA0002330092 |
| 143 | Info Hash: 6E6BFEFC1BD4B054C88A5C9F7E612FD1C4250A1D<br>File Hash:<br>13E34D265DEBDD8151A4C7A13434B7098F13F64614FFC8F9BF4E45F641CDB386 | 01-04-2022 06:24:22 | Blacked Raw | 01-03-2022 | 01-17-2022 | PA0002330091 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 144 | Info Hash: 815221A9038E449E44DF773A5E20B0787600FE48<br>File Hash: 12D5DC22D527E069A7F081060B804D0E5B7858303156C691C1BDFBC107D9DC83 | 09-21-2021 06:15:48 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |