## Exhibit A to the Complaint

**Location:** Peachtree Corners, GA  
**Total Works Infringed:** 88

**IP Address:** 73.184.247.26  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: F84DCE97DEB71401BE49198E7C5E446530B70B41<br>File Hash: 848BF44DF42E6DA689001798B82FD17D51F221553930DA06ED1BADBC66BDA6F1 | 10-17-2023 13:43:18 | Vixen | 04-19-2019 | 05-28-2019 | PA0002200778 |
| 2 | Info Hash: 4BD4EAA1DC0958A48BD37DA0BA02AD893D39EE77<br>File Hash: 9F1E37B3F2A0C927923C2EC99CCFDDF270BFAABCA818E19E1583E1001155A264 | 10-17-2023 13:33:55 | Vixen | 11-20-2017 | 01-04-2018 | PA0002069354 |
| 3 | Info Hash: 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96<br>File Hash: 52865408104AC768530DEA3C59663B162044009E55011D199911AD3138B2005F | 10-17-2023 13:24:23 | Vixen | 10-26-2018 | 12-10-2018 | PA0002145824 |
| 4 | Info Hash: 4BFAADCEE4FEEAD169A0169DE211BD49EDEEB43D<br>File Hash: A78889EA24E39648932677137B6EA1C5E471305B08B7F41A4C5D4CB848D67968 | 10-14-2023 13:34:08 | Vixen | 10-16-2018 | 10-28-2018 | PA0002130458 |
| 5 | Info Hash: 232A715993302BFA5E2CD6FED71A05699484F79B<br>File Hash: F997341CFEA250813769A2C58B8CE85C90588C532B71CC9E69B3CB9329FA7EA7 | 10-14-2023 00:56:47 | Blacked Raw | 07-26-2018 | 09-01-2018 | PA0002119594 |
| 6 | Info Hash: 6638B7002E31D15CCDF6DEB4519D03AC2BC746EC<br>File Hash: B1D7EFCB4A7B8253C8485C9B0F40E5B2EC9C7AD4AA5BAB8837C7BCDC3F65806E | 10-14-2023 00:55:27 | Vixen | 09-26-2018 | 10-16-2018 | PA0002127776 |
| 7 | Info Hash: 73ABAE3A120B61B747B6127B54F0566E9B0E2964<br>File Hash: C355CCCE582DE2FCCC86E4715BA889C02F95C74670176A6CFAC2821FC104F84D | 10-14-2023 00:54:43 | Tushy | 09-23-2019 | 10-07-2019 | PA0002205466 |
| 8 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash: 953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 10-14-2023 00:43:24 | Blacked | 11-16-2018 | 11-25-2018 | PA0002136637 |
| 9 | Info Hash: 2370C9882E9CC32274C07C37FA5E062961D914CA<br>File Hash: 512D52132EFD4BA5CAD8BFD22CD164BB7A3F75FE63434AC2682031BFF9211C6D | 10-14-2023 00:42:48 | Vixen | 09-06-2018 | 11-01-2018 | PA0002143433 |
| 10 | Info Hash: F74E024370B5206128D41145CE96574FB30071B3<br>File Hash: 8D37365483A283C740702BA192B2752944F8341ECC5BBA46394A4A745A793F02 | 10-14-2023 00:35:15 | Blacked | 12-16-2018 | 02-02-2019 | PA0002154976 |
| 11 | Info Hash: 2918BDB991FE3BBC54C59C045CC0C24DAA1CBFF4<br>File Hash: C601B70B3A5A0C15333A80222F2F96FC3A793A3F64ACCCCDFE72B2CFFCD469A0 | 10-14-2023 00:30:34 | Tushy | 02-10-2019 | 03-24-2019 | PA0002184028 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: B78AB6CCC9DD4B70558754E802F6BAC4B2E097F0<br>File Hash: DC7D19B9166202BC161BEDF969F840068FFB0B9168E1ABB9959B9D3136989FB0 | 10-14-2023 00:29:28 | Tushy | 10-23-2018 | 11-25-2018 | PA0002136621 |
| 13 | Info Hash: 73E574E4F56CCBD035DDBA1FCF86A994B22BDB6F<br>File Hash: 73D05FBDE255FC82E52AEAD342BFCEE21D15312C70D5BFAE282DE0E3B1309945 | 10-13-2023 21:28:29 | Tushy | 03-17-2019 | 04-08-2019 | PA0002164888 |
| 14 | Info Hash: 25075BEE3E430D7FF4B45A78867471F6EA59D266<br>File Hash: DD82B233C229EE0F08AB79831703A1B9D9488DB8BE6799F18E3BDFD37CA18106 | 10-13-2023 21:26:33 | Tushy | 12-27-2018 | 01-22-2019 | PA0002147899 |
| 15 | Info Hash: 40917DE7A333F699BBCD8032FD68051FCA103A6E<br>File Hash: 3CF504FBB36CF5A6A071EA980524324C36C7EF546EA4129DA2DB6712CFCFEF7F | 12-18-2022 02:07:43 | Blacked Raw | 05-23-2022 | 06-27-2022 | PA0002355031 |
| 16 | Info Hash: BE12BC47B9E8402E60F764439965F58677EA2C40<br>File Hash: 37B0125CE7B2426E3BFD90B5564EA53F57F42E24B8E3BEEF272DAADA834740EE | 12-18-2022 01:38:58 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 17 | Info Hash: 876BE34E7CC407F1534EED5ADF86DBC451A88F82<br>File Hash: A46685CC0D57BE07AA1456E2B39497B9F1F013D39F0316A08FA4FA8BF87A5235 | 11-22-2022 21:48:49 | Slayed | 08-19-2021 | 09-08-2021 | PA0002316102 |
| 18 | Info Hash: A2B5718BB1CAA00D0D665075430789678C3137E5<br>File Hash: C4491F8620011D39D4264B032B31E1E5B138812B6DFB79F78022EDB6FBDB50F9 | 10-26-2022 18:56:36 | Blacked Raw | 01-03-2022 | 01-17-2022 | PA0002330091 |
| 19 | Info Hash: DC9B184B0794128A7802B12C46E1ECE03FFDF96A<br>File Hash: EA0F59360739D5BA8F98977F24FACCB82575395C1BC8CB937E84128686407806 | 10-10-2022 18:26:59 | Vixen | 08-13-2021 | 09-08-2021 | PA0002316101 |
| 20 | Info Hash: 639F7366853B85815E75CEBDB046E48402E59ACD<br>File Hash: 837885507F3F58246EDBA7D8357B446F958E62FBDB06477F17E6ADD87F91C2D3 | 08-15-2022 23:10:07 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |
| 21 | Info Hash: 191467D6D7474800385004003D0520784052E682<br>File Hash: E22D218937D4A792FFE18F75255B9C081739E57C703806E7A60CF999782D7A47 | 08-15-2022 23:05:45 | Slayed | 10-28-2021 | 12-03-2021 | PA0002333378 |
| 22 | Info Hash: 93DC6617D643D80FCBAA12DD2258589163101C43<br>File Hash: 2F04AE82E123EA2F238C161F627094928956E21704E433AF3364DE3F5A198D52 | 08-15-2022 22:46:11 | Slayed | 12-21-2021 | 01-07-2022 | PA0002337942 |
| 23 | Info Hash: BFA30A14B5ACDD49ED2E66FDF882640473CA4472<br>File Hash: 1B5D4C656444C4321E6BAE842F0C5DE536A344CFCDC7852CD3130CEFB4AC3682 | 08-15-2022 22:23:25 | Vixen | 06-24-2022 | 07-22-2022 | PA0002359475 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 16617922850097731287FF6D78415BAB4518093D<br>File Hash: EFE8E506427B8ED56EB6E6F75C20485DF65EAB36AA7424130FBC3EA75472D230 | 08-15-2022 22:23:08 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 25 | Info Hash: 484B79CD3E645BD7A365E97E92F2504FF9FC467A<br>File Hash: FCB15AD0B43E46D890B68CF2D682DB5775314EF9405F8F52FA1E79D87A404ADC | 08-15-2022 22:14:47 | Blacked | 08-13-2022 | 08-30-2022 | PA0002367729 |
| 26 | Info Hash: 70ECB51C4FADD0D244D1FE108746EE2264F69820<br>File Hash: 6DA9802200B869DE388100460A735DADC6965B379326EAABC4DAF374BBF33E96 | 03-24-2022 01:11:24 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |
| 27 | Info Hash: 05107DF00F9FC1E2A199DD7D17863D8564676194<br>File Hash: 93E6F5BD78D76D74E6BD0C7752B3A4DCDAD5E5DCBE447DA1D36D6E1DC9038393 | 02-06-2022 00:28:35 | Slayed | 09-23-2021 | 11-01-2021 | PA0002326412 |
| 28 | Info Hash: 255160E86155DBC843F84DED7BCF5BC87BBA2303<br>File Hash: AA390BFD1CBD2E575EC3D090B14FE7D66C626E190293D2D44C1D9377776C0887 | 09-26-2021 15:30:17 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |
| 29 | Info Hash: A8D53DEA08B7746C34DE4E64268673293D4422DD<br>File Hash: 9B389B6727C960BE5B06EB871C31476FB2D65C189CD6DE5A36DD352B11208903 | 09-26-2021 02:01:09 | Blacked | 08-19-2021 | 09-30-2021 | PA0002319753 |
| 30 | Info Hash: CC7C310EA5A03C2E8F779D27C14B70C396E1EE4F<br>File Hash: A5D20135CA6385741744D11E4393BD062934AC5ED99098252621D2D36D0877BC | 09-26-2021 01:55:41 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 31 | Info Hash: 82CFE888A0B2294E22FE65EEA71618E9726E1E11<br>File Hash: 8548F9AC6D179806C292833C8AEBD2F2D60DE8B71179736B45EACE480AA9BEF1 | 08-17-2021 17:16:04 | Vixen | 02-13-2018 | 03-02-2018 | PA0002104793 |
| 32 | Info Hash: 7AA9EE0B623B3876BDBBB4854D311BA014697009<br>File Hash: 577DD7CC610D0E87E1C3540C9B8C3AC9468189E7F0EDCD628D3AD9AAC0E2209B | 08-17-2021 02:28:35 | Blacked | 11-11-2017 | 11-27-2017 | PA0002098000 |
| 33 | Info Hash: F518524A3E8B5819DB451A88F725D979F728EC34<br>File Hash: 214831A9AE0BDE41D7CC70624EDBDC1409C5DCDC9C98B7E89CCFD1662F95A0E7 | 08-17-2021 02:21:20 | Vixen | 08-12-2018 | 09-01-2018 | PA0002119680 |
| 34 | Info Hash: 005F68E32C85041A13A7F8F17E771403D061FE95<br>File Hash: 329E1EC9DB69C13283E1A0706D2E4CD420F542FCFFBF7FD51451BEDD15BE244C | 08-17-2021 02:20:33 | Vixen | 10-11-2017 | 10-19-2017 | PA0002090452 |
| 35 | Info Hash: 3981818C672261E5A1A0D5B561F7A7FEF98A7805<br>File Hash: 35C429C3F1AF53B7D00E899665896B85A9252E0DFB8DF5CEF31D564AF0FBA1F0 | 08-17-2021 02:19:54 | Blacked | 09-22-2018 | 11-01-2018 | PA0002143419 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: F679391ED7AA38CC22B99756D9BFE6FE26F96FCA<br>File Hash: DE23DF0A9184536BE1DF80F16F1F7F5123A83D34A41DD48A2CD8A5C218E82D94 | 08-17-2021 02:18:15 | Blacked Raw | 04-27-2018 | 05-24-2018 | PA0002101367 |
| 37 | Info Hash: 95B9CF5CAF0E78C21913BDA68E42B394C45A7DEA<br>File Hash: AF63A8FF8E3D439EEC82F08904552769E5256206380DED58E6517F06037EE2E2 | 07-31-2021 02:30:25 | Vixen | 04-19-2017 | 06-16-2017 | PA0002069291 |
| 38 | Info Hash: 0C805D61A8C0E4253AD33AE9FF3C39D3580D2D5F<br>File Hash: CA97A412B190BF68537D16FD89A099FE43BE847EE26FCEE7702462139A1CFAAD | 07-31-2021 02:26:41 | Tushy | 09-03-2017 | 09-15-2017 | PA0002052851 |
| 39 | Info Hash: 2F37046EC89B3AD7ED74C2940723618BFD1A4721<br>File Hash: C514F2BD32C577857F7DEA85236C8A90631675FE708B73405AB2480024C50E85 | 07-31-2021 02:20:23 | Tushy | 08-14-2017 | 08-17-2017 | PA0002048391 |
| 40 | Info Hash: 66882F76290D2AB7DD93C95E6BFA4DE73EB4E64F<br>File Hash: 6835C1A6441FBAE9898A2B111A27114883EBE7CBE0E452062F4A71AF10D9029D | 07-31-2021 02:20:19 | Tushy | 06-15-2017 | 07-07-2017 | PA0002070815 |
| 41 | Info Hash: 78F5DACFBD414605C47BD190F5C421E65F70B396<br>File Hash: CD511222B2B9C2EC08F83BF609B40983647A15F8E11488F1B404A72F40126EC8 | 07-31-2021 02:18:48 | Tushy | 07-10-2017 | 08-18-2017 | PA0002077678 |
| 42 | Info Hash: 7D0D6DA35D52C71A720392F45BDE107C238414E5<br>File Hash: 2A0A10EA1D499AA72570759AE8686D273D001FD5C2CA174451D22FA55D33CF5F | 07-06-2021 00:31:40 | Blacked Raw | 01-02-2019 | 02-02-2019 | PA0002155379 |
| 43 | Info Hash: B606ABAA47476F9563F9F17086AF3C58F57D4960<br>File Hash: F950B702A847AF99FCD90A04BEA848594B121365C3E9ED0475DB8E58B03861B8 | 07-06-2021 00:19:55 | Blacked | 01-15-2019 | 02-02-2019 | PA0002155371 |
| 44 | Info Hash: 47EFF10A48B116CE25A44DCBB64795ADB5789D0D<br>File Hash: E9A2BD560E5A809DABA69192DD5DFA4E31D5620BC4BCFEFBD51A4A967CC8AA72 | 07-05-2021 01:00:45 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 45 | Info Hash: 0B3211C8AA683053AD9C2205D34C75107F839A20<br>File Hash: B31A11000A19FCB59304064245993EEE63E01F14BF15B7D0776CE1173C608E7F | 07-05-2021 00:48:52 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 46 | Info Hash: A69CFD12CD8781FE5C648DD86E14DCE729F90D65<br>File Hash: 56D3EBD1B25C8FB12E0089C9F2477ECFB7CB0E7B0CE59A7DC3CEC4B9BCA5FCF7 | 07-04-2021 13:55:06 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 47 | Info Hash: EF2C669D22E2B42C035E6131AB66D13DD0D82952<br>File Hash: 0F5E8CB6904F97C4C3BCA128BC2BAC1C269851A9CB76985D5B2C6E5B4BDDB11B | 07-03-2021 14:19:56 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 074A66739F74AB2792031B4D9FE311B07B73FBB4<br>File Hash: B82F37153DBCF50BC541D7498E562DDCE0571DB0C0DA64DD67B12ADE12E6CB58 | 07-03-2021 13:54:35 | Vixen | 01-09-2019 | 02-02-2019 | PA0002155377 |
| 49 | Info Hash: F6CE08796E7200EA0845FF9313369CF337C207BF<br>File Hash: 80D1AB32037DC972993DC1D67A3951382310EECA7BBD9430350DB3E17A8B8DC3 | 07-03-2021 13:51:05 | Vixen | 07-28-2018 | 09-01-2018 | PA0002119572 |
| 50 | Info Hash: 332EBAD1AD7EBE13048CC30ACF98ED5D60158D90<br>File Hash: 28D84F1A51123CB154FF50DEDE21C81B975F0CAC39EFAE056A6B97E66DC5DA88 | 06-23-2021 01:59:29 | Vixen | 01-01-2021 | 02-02-2021 | PA0002281154 |
| 51 | Info Hash: C7991C34CF6D309137088F864D05F22D41BAD7CB<br>File Hash: 76DB8FAF20926B8B618288DD313D7991EA8B156AE005E5C23930EE89AE4F8A52 | 06-21-2021 21:05:17 | Blacked | 09-19-2020 | 09-29-2020 | PA0002258681 |
| 52 | Info Hash: A7F1171CFACE35002A796CC7428B8304B4D2F335<br>File Hash: 997739CDCA49570ACD6F62ED8DA696908D68B6C43D24AF15EE3A11422344A509 | 06-21-2021 20:34:58 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 53 | Info Hash: 6B8E400282C3C9C50A8C00AEB5CD52F0B967DA0A<br>File Hash: 8B1D77EE7A014B7106E69A34DB5318ADFB95AB580E12B4E69E44CE4A4D0FC85D | 06-20-2021 16:10:26 | Blacked | 05-10-2019 | 07-05-2019 | PA0002206368 |
| 54 | Info Hash: 07E7AE0C70026BD3B8536165701301638E4360A5<br>File Hash: 71AD2D0C7A73F9B640A0D36F3DD3DD491D9962B06C3B5C1B0A8F1147F5F75354 | 06-20-2021 16:04:59 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |
| 55 | Info Hash: AC8383EA12C6AE92C4E7A88F9693A44094526D7C<br>File Hash: 7A5A143A8C69EB2B6D1920689502D81CE571E19ACB335900E72DE6F26F6E492D | 06-20-2021 15:59:12 | Blacked Raw | 10-14-2019 | 11-05-2019 | PA0002210289 |
| 56 | Info Hash: A8A3BD6F55B9776288B17A4D7B1FCB3021AD855D<br>File Hash: 16790032FA462191BB440E4D6DD29B36EF6B1A7082A9BD4E64516782E80A4046 | 06-20-2021 15:51:32 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 57 | Info Hash: DDB5B87DD389A7D38E36B58177629B40BE7B74EE<br>File Hash: 7A635BC050ED42E52C8B861EABDB6DD010C5CC310A60219E2B59B38D1218DE46 | 06-20-2021 15:49:40 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |
| 58 | Info Hash: F59F20B8CD50FD099B5613468E791A4094CB30EA<br>File Hash: E71A0B16E75A421FD90AF3E143B06251B3DA6D3DCAD59209748A9AD23DF10A7C | 06-20-2021 15:47:25 | Blacked | 04-10-2018 | 05-23-2018 | PA0002101304 |
| 59 | Info Hash: 1952632AD1DC26A362E2F6F7BB1BA4B17AC9A736<br>File Hash: AC067B423E8001E8AC59177BEBD99B75AC307FF3FC3A8B8DE092C543AE055B29 | 06-20-2021 02:00:08 | Blacked | 02-09-2020 | 03-18-2020 | PA0002241446 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 2464E22DAC7C9AF5D8E3A47488D668E70E3BA2E1<br>File Hash:<br>635FDEB8A6816EB373F54336D72820156E2CEF447ED29280AEEB38A4717F8364 | 06-20-2021<br>01:55:48 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 61 | Info Hash: 753A6EB0C5598652687DE315AFD37077235F0EC7<br>File Hash:<br>A72A724A3E82DEF523238F0A004A301DA2CA2ED5AF91F58C276126012C266A53 | 06-20-2021<br>01:55:39 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 62 | Info Hash: C8C2E5C41A5FD8B5D3E13C55DFEE59A6382FD068<br>File Hash:<br>AF2D47E82C497E88F4A939E248B604DA63E768E52EF072A31182980187516D2D | 06-20-2021<br>01:55:34 | Blacked | 11-26-2017 | 01-04-2018 | PA0002069346 |
| 63 | Info Hash: 304DECAEDBCF860D870FBE5E3740565CCF60E529<br>File Hash:<br>87350D12D388E9D7BCB72C7B99959060A9188B741BE6D03ACA7CFBE525F5155E | 06-20-2021<br>01:52:55 | Blacked | 06-09-2017 | 07-07-2017 | PA0002070825 |
| 64 | Info Hash: 28BF4BB3EC4DFB67D48523892F5D590A2E50211A<br>File Hash:<br>BC76126D7A1948801A93096ABBF1CD2E7AF5CE27ED3C2F35294659E7761B29F3 | 06-10-2021<br>14:47:01 | Blacked | 07-29-2019 | 09-11-2019 | PA0002214887 |
| 65 | Info Hash: 1A7246D672BF75E1B54BD209E1A045C1537C3382<br>File Hash:<br>CDCF5E58B50B8E4B1CEDBEDF1D3C4025C2120BDF5107AF1E45ED0BDEAC00FB1D | 06-07-2021<br>18:21:04 | Vixen | 10-30-2020 | 11-18-2020 | PA0002272620 |
| 66 | Info Hash: 8DE7C4776944AE40907E75898B99D0EC6B3186CB<br>File Hash:<br>B0BEAD5CFB47D00BA746AFCB65E581AA8A28D6A99283C9CB8E3776828F2D22BD | 06-07-2021<br>18:20:37 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 67 | Info Hash: A89525172FC31E96791A5091366B3B562DA0B84A<br>File Hash:<br>0CDA5CCDAFE5575B8E276087327E1AFEC6F0B082EA403AAB311A31CE1FC576B2 | 06-07-2021<br>18:14:42 | Blacked Raw | 08-15-2018 | 09-01-2018 | PA0002119585 |
| 68 | Info Hash: 9FAE98B12813FE5BFF3A5CA5CD89FF277CE936E6<br>File Hash:<br>DF4BF86BC79099FE383C7D61244EE767B7A76C6DA72836C915666B20FC25F5E9 | 06-03-2021<br>01:03:51 | Vixen | 08-14-2020 | 08-31-2020 | PA0002265636 |
| 69 | Info Hash: C57AA08E54DCBD782F4B9A53E17C7AB932215387<br>File Hash:<br>00501D72C3CEB16F94D0A71BBF3FC9FBC900FB20709FDCE26FD83C39119C9538 | 06-03-2021<br>00:33:36 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 70 | Info Hash: D90661C4EAF703AD571420CB0E7B68DA96A83C8F<br>File Hash:<br>EC6D90A123469F683033BF6383B5F9752EA070551E408220A225B6352EE6E9B6 | 06-03-2021<br>00:19:24 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 71 | Info Hash: 4FF32647D7DC0148291EC2BFD9EDE016C8AB72C9<br>File Hash:<br>E2793A4F877F5DDCB57B392B137B0A8683717734A3539904BF176D626C0C17EA | 05-30-2021<br>15:10:49 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 5EF5E7587779A60CF3BA49CED6EFA0BAA4AE9086<br>File Hash:<br>CCE9ABA0858A8190CAF6D07329F272E63316C702F19E61F27A8B603298B11E7B | 05-30-2021<br>12:40:05 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 73 | Info Hash: 5D467584AE846A55B0920A73A2BB4DA18003222D<br>File Hash:<br>14B04554684BEF29B84316B3A92BF02E9A720794EF428422DD8252D8C215738C | 05-30-2021<br>12:38:08 | Vixen | 03-12-2021 | 03-22-2021 | PA0002282506 |
| 74 | Info Hash: 67240CE0F42C9777588909086239ABE908B5030A<br>File Hash:<br>04CA4329B75F3F75ABC66A751B7820B57C4F956A749EA82616FC05382A887E9A | 05-28-2021<br>22:43:41 | Blacked | 02-06-2021 | 03-08-2021 | PA0002280372 |
| 75 | Info Hash: 41173C5F7359A9FC9F286D56CAA3585A9B525A27<br>File Hash:<br>6726476A3C0BB654896DD95921CAAA306C2870E19C498587A6AE105DBC5F10CC | 05-27-2021<br>22:19:49 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 76 | Info Hash: CF62819AF207B3FD24DFC840AABBD639C3D3A357<br>File Hash:<br>FBD2DC1EED9D589984153B4D6899968848F10A33226AEC8B21BD9375F85823F9 | 03-31-2021<br>21:44:07 | Vixen | 06-13-2019 | 08-02-2019 | PA0002192295 |
| 77 | Info Hash: E48CB975423F413B731A7F87908AE64EB5F9EF40<br>File Hash:<br>C418B9C0E65D43A2378681CD6E0510FF2866559A057708ABB91294A6D7B8F22D | 03-23-2021<br>01:25:35 | Tushy | 10-08-2018 | 11-01-2018 | PA0002143422 |
| 78 | Info Hash: 2B1BABC882B4895DC5408D9D21BB65F93F3BEEC8<br>File Hash:<br>C066017535B7C091F2C4A43060E4FCAC273287C23CB26C3F48178E5B761E13DE | 03-23-2021<br>01:19:35 | Blacked Raw | 08-10-2018 | 09-05-2018 | PA0002135668 |
| 79 | Info Hash: 77537958D009D974B9970112342BCA232614C16F<br>File Hash:<br>7958C06428989993EA479C3C4034098143E30A268F7B350080BCA34C7DCF369C | 03-06-2021<br>02:37:15 | Blacked | 01-10-2018 | 01-15-2018 | PA0002070942 |
| 80 | Info Hash: 5293C6484C7A9F9665CB88096F8349F6E49D4479<br>File Hash:<br>383D1C20615492B64B912DD6A3DE11F0CE1304E5AAFDCB9705662F9EE3D63294 | 02-14-2021<br>18:12:55 | Vixen | 01-09-2020 | 02-03-2020 | PA0002236496 |
| 81 | Info Hash: E594CCFA020A26AFC7C7138A58759BC81230676D<br>File Hash:<br>F81E63F4A72FF2014D3B74718005DAF06D5EFC236C9FA926C5212A783EF84553 | 02-14-2021<br>17:50:24 | Vixen | 08-07-2017 | 08-17-2017 | PA0002077669 |
| 82 | Info Hash: A8A900F68D1470DE418DD2185447666C868F45CD<br>File Hash:<br>4088203106C9904C556319D77A7C8FC3363F3842B21D17A0DDA94A76A6DD8FA6 | 02-11-2021<br>23:29:35 | Blacked Raw | 06-01-2019 | 07-17-2019 | PA0002188304 |
| 83 | Info Hash: E12FD4D629A309DFE8E61034EB8298524FDBCC27<br>File Hash:<br>E4FA77028F32957B197A68C5F49C8DDD0C66A195DA3B303754FB10665E0F992D | 02-11-2021<br>23:15:24 | Vixen | 01-19-2018 | 03-02-2018 | PA0002104769 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 22FBA2D37F3FF8668834C09E9AD0CBE9434BBFBD<br>File Hash: 4935163A217198691CADDA55CB995370D889F5FCF8CE7C84586CBEA16863369F | 02-11-2021 23:14:23 | Vixen | 07-03-2019 | 08-02-2019 | PA0002192292 |
| 85 | Info Hash: 1B02C5FD0BD43D66CA7F1862752B7D33093B13BA<br>File Hash: 8633705E63B8E74B37A5E3E4D917CB9038CB87429F9687CD7E5A0D0887E468B4 | 01-20-2021 02:33:45 | Blacked | 12-31-2019 | 01-27-2020 | PA0002223957 |
| 86 | Info Hash: 7625B77166EDE28E8265E368E93FE18A92A73B39<br>File Hash: BE70F44E12C12DCBF75E876364FD8ECA3CC1D6C97347B375868989AF907617C2 | 01-20-2021 02:33:23 | Blacked | 07-11-2020 | 07-20-2020 | PA0002248959 |
| 87 | Info Hash: 7EAB379AD27BA55237F3794E32C8267D82C56D34<br>File Hash: 404B8781248484E77ED3A53F18075DAC3AA48B8C4EAF749FF468156D47211A77 | 01-19-2021 22:19:29 | Blacked Raw | 05-18-2020 | 06-08-2020 | PA0002243644 |
| 88 | Info Hash: 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB<br>File Hash: 1285F37579C781AD274ADF25BB944C642C7BBA7AD59AD7AB60A488CA2DFCB473 | 01-19-2021 22:19:17 | Tushy | 11-07-2018 | 11-25-2018 | PA0002136607 |