**Exhibit A to the Complaint**

**Location:** Kennesaw, GA  
**Total Works Infringed:** 130

**IP Address:** 104.190.216.29  
**ISP:** AT&T Internet

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 9DDE856F141CDA6C169D88B00B557142933B3ED7<br>File Hash:<br>D2888B343A905821B2C53457EA783A24360DDB22B6E0AC7FED2731203753C3AA | 12-06-2023 15:27:05 | Blacked | 12-02-2023 | 12-11-2023 | PA0002444887 |
| 2 | Info Hash: DC191363CA433B3DF58F8B19F07FF0DE7D41FF21<br>File Hash:<br>4E975A89DD6BBF9B70EF4001154B330F3CBBC06B33E68EC8684E8A9F32F5F073 | 11-30-2023 05:05:06 | Blacked | 11-18-2023 | 12-11-2023 | PA0002444878 |
| 3 | Info Hash: 392EEEE4423AAC1DCE1092360E6A97C66EE0A7CF<br>File Hash:<br>0EBA7B7C68BB8FA841D487C067E1E424F3A887BBE7B46CE43BF069F43ECDC413 | 11-28-2023 03:15:36 | Tushy | 11-19-2023 | 12-12-2023 | PA0002445179 |
| 4 | Info Hash: D0B66C0A2648773E3E81543D539B24AE9AD590DE<br>File Hash:<br>4D04410E3691AF3A66DDFC3CABA2B5F084884B58C422EEADB121081CA49E122E | 11-27-2023 23:14:27 | Tushy | 11-26-2023 | 12-13-2023 | PA0002445325 |
| 5 | Info Hash: 1C949F3B5D4AF5469EA4817A5EF1D10387B6C0A3<br>File Hash:<br>5E4408D526E3BA5A0E7A389D7DCA4FDDAB1AA92F33C9C0184A56EEFF488D703A | 11-27-2023 17:43:56 | Blacked Raw | 11-20-2023 | 12-12-2023 | PA0002444867 |
| 6 | Info Hash: 85E5AE685981C5BED4E73A49E1185912284CE4EB<br>File Hash:<br>ABB5E382D38928723839F4BD7B345A03E67A0C885C4E5BF4B4C3DD5AC6885AA1 | 11-27-2023 17:43:40 | TushyRaw | 11-22-2023 | 12-13-2023 | PA0002445429 |
| 7 | Info Hash: 85F7B8AD5F7EF9CDC4DF63C88E466AE4D983BF56<br>File Hash:<br>9EA20A966D65E01F2CEF50EB783256212FCC736D05706DE82E3004A5F1669D0D | 11-13-2023 16:05:19 | TushyRaw | 11-08-2023 | 11-14-2023 | PA0002439690 |
| 8 | Info Hash: F963770DC9BEC0F09DFF1E10A25B4C89E91DE676<br>File Hash:<br>E337B4BE6EB8B8EEFFF2E8D24A8FDB3905EB2AFEB9B942DF69464C8C42428467 | 11-13-2023 16:02:29 | TushyRaw | 11-01-2023 | 11-14-2023 | PA0002439668 |
| 9 | Info Hash: 07BBC78B7996241BEF66BCCA7757E14A9731F889<br>File Hash:<br>42AFAD743BC5E03502D1206F80B991B3B60DA02A44998C47516208A1FE7F72CC | 11-11-2023 14:18:53 | Tushy | 11-05-2023 | 11-13-2023 | PA0002439640 |
| 10 | Info Hash: 903820EE12C1795C326E3BF470531DCCDF121533<br>File Hash:<br>1C9D972B18E396E5DAC1A38B784CC88875866421A15D148B02B4CC8D3F711F1E | 11-11-2023 14:16:45 | Blacked | 10-28-2023 | 11-13-2023 | PA0002439611 |
| 11 | Info Hash: 38CFB6906635D535E5D9C9A14158EE2AE03E1126<br>File Hash:<br>D80BDD2C09FF9461F8E93986E01E17B2329F2ED4EFCC33F92B793859B9F023F5 | 11-11-2023 14:14:59 | Blacked Raw | 11-06-2023 | 11-13-2023 | PA0002439619 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 41F19F8D4281F2D30E07C3438ECB400367DA6228<br>File Hash:<br>2CE99637C4E31D2AA20F259CEE7B76803A3FDA8E554393BE4C1601D426271A92 | 11-01-2023<br>13:45:33 | Blacked Raw | 10-30-2023 | 12-05-2023 | PA0002443584 |
| 13 | Info Hash: DC66C48DB4FBD78994626C9EC10883B5C3B79357<br>File Hash:<br>1AF2E582CD162D21C80F9AC01B525008C363E02E23C22F0AA1F7459D25809FB5 | 10-30-2023<br>13:44:53 | TushyRaw | 10-25-2023 | 11-14-2023 | PA0002439667 |
| 14 | Info Hash: 314FF6C696E3181498DE5BC4B27AF2DB37C8B6B0<br>File Hash:<br>5C08A5FDA3794D61893064A5829A3B561D413F5ABA91FC6FF5A24F18C0C1D2B2 | 10-27-2023<br>14:22:44 | Blacked Raw | 10-23-2023 | 11-13-2023 | PA0002439616 |
| 15 | Info Hash: 8D17C95B7CA40DAD70A5F41F52BEB83391F5DC7E<br>File Hash:<br>A3E3C5F419B7E35650982206E052A1ADDFC5440D8B5408DFEDBC911EF132D8CD | 10-25-2023<br>12:59:59 | Tushy | 10-22-2023 | 12-05-2023 | PA0002443588 |
| 16 | Info Hash: 13FC6B6EE61DA4E2EEC03351F89AB9631AAE313B<br>File Hash:<br>BC5E495A452BCABE454947F7A83600995319CB6857FFB48D8770387D4FCE1DEE | 10-14-2023<br>12:24:45 | TushyRaw | 10-11-2023 | 11-14-2023 | PA0002439659 |
| 17 | Info Hash: AAE6DFD1F4DFDF85A17FAD43DFEAA8F819974819<br>File Hash:<br>C71EAAD90D21A73D6913D0022769B9347C8D4D314362B7A5D1F257EBBE4CC572 | 10-14-2023<br>12:20:30 | Blacked Raw | 10-09-2023 | 10-18-2023 | PA0002435308 |
| 18 | Info Hash: A9B3B91FFBA4A24039320F64469042E56D91682F<br>File Hash:<br>AA5B0F8119C7BA80A440A5322EB6AFE91298936B97116687CC17BEE29A20AC4B | 10-02-2023<br>19:25:53 | TushyRaw | 09-27-2023 | 10-18-2023 | PA0002435616 |
| 19 | Info Hash: A0B36F8E469EC4523E1A0F9D594566FFA268A904<br>File Hash:<br>C16D19EA6DA546D9966ACC23A2E739312F03C269790B06271DD2715981A9B19D | 10-02-2023<br>19:25:41 | TushyRaw | 09-20-2023 | 10-18-2023 | PA0002435608 |
| 20 | Info Hash: D91B0F5DD92FF212BC2F7A30732ECFD5BD64186B<br>File Hash:<br>F46635CC60978A50889AFB55634C464205A47DEA3496225AFF395825250E7DE7 | 10-02-2023<br>19:22:58 | Tushy | 09-17-2023 | 10-18-2023 | PA0002435347 |
| 21 | Info Hash: E2F1FA105740A79E1F6760EE543771E399E7BC7E<br>File Hash:<br>B88DFB3FDC07345DDEF49F2E5FC5186217B958DD277E6770897F00934D014812 | 10-02-2023<br>16:17:43 | Blacked | 09-23-2023 | 10-17-2023 | PA0002435265 |
| 22 | Info Hash: 52A57E9EF032B7C22A0F4BCF81506E3EA6BD1363<br>File Hash:<br>3DC1DEF4C58585068CFA82CB84BEED08D67604D1189730160EF004B8D076BBA5 | 09-15-2023<br>13:24:45 | TushyRaw | 09-13-2023 | 10-18-2023 | PA0002435599 |
| 23 | Info Hash: 67788E62EFAA9301B78292C0E20E63C98D3C832C<br>File Hash:<br>270587DC4B8599C10EFF73F6ADBBF91AA0089E8BE35075A137643DDA80EF6E06 | 09-15-2023<br>13:23:48 | Blacked Raw | 09-11-2023 | 09-17-2023 | PA0002430897 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: F0EB5A6C5DAC99B7DD5281A3A341A4024E25C0F8<br>File Hash:<br>C36D715D9B1EEF6051D38B13AAE7634664EBF9751192811B3A9B481D706FFC77 | 09-11-2023<br>19:51:49 | Vixen | 08-04-2023 | 08-17-2023 | PA0002425763 |
| 25 | Info Hash: 785C194725574C2871908A44500284D30BA7F02E<br>File Hash:<br>8B9A05F6F34B24557FFA297289AB219BD42E86F4063D5E33AF8274A8399A8FD0 | 09-11-2023<br>13:49:17 | TushyRaw | 08-09-2023 | 08-17-2023 | PA0002425525 |
| 26 | Info Hash: 28F9CE7ACA12743D7984B9D4863D75F1187542FE<br>File Hash:<br>CA3291920EF8DD11F1F58BA26F0DF92CDF5D1372F1D3FDCABE1CA0821A658D9F | 09-11-2023<br>13:45:45 | Tushy | 09-10-2023 | 09-17-2023 | PA0002430910 |
| 27 | Info Hash: 791E40B5FA18233F6190F080CCD8DE742C73E299<br>File Hash:<br>1642C04BADB4BD27AA5FF5FD72B1ABCFBC8C03E491BAC0256DCF49D98E8521A9 | 09-11-2023<br>13:25:45 | TushyRaw | 09-06-2023 | 09-18-2023 | PA0002430907 |
| 28 | Info Hash: 35CEA93986AB0F8BB9A15C477AD05276FFD2778E<br>File Hash:<br>D1CA43D5C366A6CB69B9D72846C6A615C8EA0B625C1E1F230038027996A79A94 | 09-06-2023<br>12:52:40 | TushyRaw | 08-30-2023 | 09-18-2023 | PA0002430961 |
| 29 | Info Hash: 7C4E4D5B33BD38C1CEA6A13FC20E62047CD4F648<br>File Hash:<br>A53A29D8A9FF65D7EB684A639D145352535C5DB44DE82860E6DA16C6AF4BA57F | 08-28-2023<br>12:16:06 | Tushy | 08-27-2023 | 09-18-2023 | PA0002430911 |
| 30 | Info Hash: C9C463928C427B0E5CDEBEA032C06E819F4507B6<br>File Hash:<br>737A6DD34CC7529967CD83144DBDF70FB7B513B27F4095149AB07AE01C806B38 | 08-26-2023<br>21:21:40 | Blacked Raw | 08-21-2023 | 09-17-2023 | PA0002430900 |
| 31 | Info Hash: 0AA471B345FAE85FD3287770E5F817AA61CF83E0<br>File Hash:<br>D69F9B243D7B6C74E96A2B92299155828B242B9AE816CECC131F9A547E6FC197 | 08-10-2023<br>15:10:48 | Tushy | 08-06-2023 | 08-17-2023 | PA0002425539 |
| 32 | Info Hash: 416368AAB9C5203B74C195400EA0B0767404D808<br>File Hash:<br>EC9EA41391D803FFACCBBD143E44853D832AEEF0D9C89975DA8B103FF61E0672 | 08-10-2023<br>00:36:48 | Blacked | 08-05-2023 | 08-17-2023 | PA0002425714 |
| 33 | Info Hash: DD355D97048B431F42EC4E908BBFE05E7A86449B<br>File Hash:<br>5D548055AFFB191EB2F23823348AB8A5497959F795CD4DF70C4FBED7FAC2E3A2 | 08-10-2023<br>00:35:24 | Blacked Raw | 08-07-2023 | 08-17-2023 | PA0002425526 |
| 34 | Info Hash: FB156C5F688006303EBDC9CDFF1772336FBA53F8<br>File Hash:<br>AA440904DA6EA255A08796CF905511ED70E555C6C6F2BA78A948AFACA478FD0A | 08-07-2023<br>13:03:16 | TushyRaw | 08-02-2023 | 08-17-2023 | PA0002425540 |
| 35 | Info Hash: 5350B7EBFC5725A84EE60BFBA2E1E9E59CFC1DF4<br>File Hash:<br>56722B1FA5F80B64E4B9D5E7B35BF4DB3F6D977FCC21AA34893670F2B18812FC | 07-31-2023<br>18:11:21 | Blacked Raw | 07-24-2023 | 08-17-2023 | PA0002425531 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 6E05F32E507C92320D322313E78AD4CC137D84C1<br>File Hash:<br>00CD5D2F1CE71022C3A289B332B707A7717EF57064083FFB122E4CB62A4C1518 | 07-21-2023<br>15:56:43 | TushyRaw | 07-19-2023 | 08-17-2023 | PA0002425534 |
| 37 | Info Hash: 07D183ACDE4666D48DFBBFDA039D1220D6923FFC<br>File Hash:<br>1E73D1FD032959A1C730487798EF0AD3ED74284AF34DDA527545678185923601 | 07-19-2023<br>18:42:06 | Vixen | 01-20-2023 | 01-27-2023 | PA0002393071 |
| 38 | Info Hash: 2E7F1857614CC274AF20C9DD87F3C1174D770D1B<br>File Hash:<br>6A990F12169E46A2D505A3A56AD659568132F2A2612973AB9E0601770842B0C3 | 07-19-2023<br>18:25:48 | Blacked Raw | 07-17-2023 | 08-17-2023 | PA0002425535 |
| 39 | Info Hash: 7A2F0ABEBEF919AD2353F8CE407731AA7DDFDE02<br>File Hash:<br>0E1D2467180070068A6638C2F5F5EF0E8F389F6D497EDE3EE045A9ACC039B694 | 07-17-2023<br>23:54:02 | Blacked | 07-15-2023 | 08-17-2023 | PA0002425771 |
| 40 | Info Hash: 48BD71E0E1D1AD941A418EE89C4B5DC5B6E1FA4D<br>File Hash:<br>8B35427BE315C6CE206E734F13A6A05DFA34FFBC20217832F4C56CEA26B929AB | 07-10-2023<br>17:05:13 | TushyRaw | 07-05-2023 | 07-13-2023 | PA0002420347 |
| 41 | Info Hash: 09C46B79BC28A5EC4314D4009F7A262FDA8546B1<br>File Hash:<br>A086513E69583A78261D5AF816F5CF9D046953D29F2D902E290C97A4C0DEFF2F | 07-10-2023<br>17:00:10 | Blacked Raw | 07-03-2023 | 07-13-2023 | PA0002420355 |
| 42 | Info Hash: 23FFAFD0CF5E44C026B7E17FF5C0B717367D7290<br>File Hash:<br>37D3497E7D097911E9E607B26B90574E867421E4C7A908D96A7FDA0AC841E3BC | 07-10-2023<br>16:55:59 | TushyRaw | 06-21-2023 | 08-22-2023 | PA0002431054 |
| 43 | Info Hash: 0185608D5FC14C71957A6AF0A95E6B9A69ED9BA0<br>File Hash:<br>34635672ADDE69E6C7DB4953231485C3DB019FEDB95E5D271696ECACF53EE3A4 | 07-10-2023<br>16:55:30 | Blacked Raw | 06-18-2023 | 07-13-2023 | PA0002420357 |
| 44 | Info Hash: 484C3A3BA769D112DBF2F72D689339F2C55D9D0A<br>File Hash:<br>FACB9AF449068439F3E0BBE17EF75ED72579F3CEB24E9AAE1E03B9FE0131114D | 07-10-2023<br>16:52:56 | Blacked Raw | 06-28-2023 | 07-13-2023 | PA0002420343 |
| 45 | Info Hash: 9CFB10215A32610BFFCC235C930D8B64650EAC5D<br>File Hash:<br>009A48209BD35A7D2E9D9877B434A9537FA8BE03D5C96A8C017564136CEE7A62 | 06-28-2023<br>16:58:44 | Tushy | 06-25-2023 | 07-13-2023 | PA0002420342 |
| 46 | Info Hash: E522C7980247A13A96E32357E46232F398486B45<br>File Hash:<br>EAEB2C8533BDDF599E638D39F482EC672B1D7373A45661F686ADE3CD7D0B0E82 | 06-03-2023<br>13:29:49 | Blacked Raw | 11-02-2020 | 11-24-2020 | PA0002265968 |
| 47 | Info Hash: C19D5A3BD5F794D114616FE5B8F3084E96421342<br>File Hash:<br>BE59C0A7B24237D9DFFBE9C12524025D1BA35213C67E371395B97CC9FB46CA54 | 05-25-2023<br>21:04:54 | Blacked Raw | 05-24-2023 | 06-09-2023 | PA0002415389 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 81F397DCF1A4D0D15398516CF3287F7F8C0EF9E3<br>File Hash:<br>263BDE1AC6C181EEFB9D4ECD6B073F68E4ECB22381DBDC93545527985806DA9D | 05-24-2023<br>18:41:23 | Tushy | 05-21-2023 | 06-09-2023 | PA0002415379 |
| 49 | Info Hash: F25A8DD3192FA2965BA54A591774A990C9E80C5B<br>File Hash:<br>E5D18A3131937B4CA5A8BCA3C61A9B24175C98798375CACE01C78476725435D5 | 05-23-2023<br>19:17:17 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |
| 50 | Info Hash: AB25EF96E6F72F546331A1CFFEF786A6CA92F532<br>File Hash:<br>C1E47ADF8151CEB6F3EF0F0B531E91BED84A543E47B70C3565D26D2781376C75 | 05-23-2023<br>19:16:38 | Blacked Raw | 05-19-2023 | 06-09-2023 | PA0002415367 |
| 51 | Info Hash: 5A9A06FCFB7AFA118795BBEA65AB1A1F9E8F0FD3<br>File Hash:<br>680F372C62EF3645006E61FA418D4B7108C74607354B3BEE9FBE0778CE93762F | 05-23-2023<br>19:12:03 | Blacked | 05-20-2023 | 06-09-2023 | PA0002415379 |
| 52 | Info Hash: E64F1EF5FC18A3D1F630E1B0838A175EC34A6C1B<br>File Hash:<br>C617308E6E87FCED4A6E80E60EC04C9C02C4EA163270C3FFA88F71863FF4DD98 | 05-15-2023<br>17:07:42 | Tushy | 04-23-2023 | 05-14-2023 | PA0002411314 |
| 53 | Info Hash: 0DE841A980858DFFE0C3E3ABFD277502D2D45FF0<br>File Hash:<br>BCF50FC6478AEABF10B52DC99C4A90766D87D95197AA137A553395C221355662 | 05-15-2023<br>17:07:42 | Tushy | 05-14-2023 | 06-09-2023 | PA0002415365 |
| 54 | Info Hash: 5C3D2E9C04E4C097755E46668107EFE82259ED24<br>File Hash:<br>5B0F365C771B791F327D7E5299C9C67AE27A70F8719EA5E4C033F4BA80D648EA | 04-20-2023<br>22:01:18 | Blacked | 04-15-2023 | 05-15-2023 | PA0002411295 |
| 55 | Info Hash: AE1E63C738F0395E80CE586DB9CF5726707324B7<br>File Hash:<br>4813C4272BC4E97B0C572A9ACCCCAAA8A0DF79113B71EECA9E128E7F1BF14F40 | 04-20-2023<br>21:47:53 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 56 | Info Hash: 2911656534052526E124BDE86680FBC3B902BEF3<br>File Hash:<br>6BAB2CA316867F6DB59838D1747B94D352D1149884867393B6C8E724C799DF0D | 04-20-2023<br>15:01:11 | Tushy | 04-16-2023 | 05-14-2023 | PA0002411274 |
| 57 | Info Hash: 10976E0245DE5FFAD9208CA36265E2638FDC16A9<br>File Hash:<br>6340F2F1C4CA8BBCE26131EB044A02CC9AA0E4E7755B6715CB1F09202043D6B5 | 04-20-2023<br>15:01:09 | Tushy | 03-12-2023 | 04-07-2023 | PA0002405752 |
| 58 | Info Hash: 54DDB381DB9B297FF4391C512E27E1628E1BF7C9<br>File Hash:<br>C98C2FC3BD3645DB139308EE16424892DCD2FAC80768CEA3B2B4D8BA84A17BF6 | 04-13-2023<br>22:40:55 | Tushy | 04-09-2023 | 05-15-2023 | PA0002411263 |
| 59 | Info Hash: 4D347C3B922537DECA1E7D90591BCF15F763E318<br>File Hash:<br>E18050780127A2B9DCCCF4887FD18CD706BB21E6AA9CA8B0FA0EEFD6C60DA8F3 | 04-12-2023<br>14:18:58 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: D211DF767C106435C1C25BF1A861F9825BDEAFCA<br>File Hash: 23AFFD796F09E1DB83F9344D84A8D56C66BBD3502A39A92C58F662BA640D533A | 03-31-2023 19:21:43 | Blacked Raw | 03-30-2023 | 04-07-2023 | PA0002405733 |
| 61 | Info Hash: 3F2C77EEEB7E60E00F08C6B2372C0DF949F27870<br>File Hash: 49DBD6B87DCE0411C7014A67AE306E2420507B0811F56E367420F42814BE2FA2 | 03-31-2023 19:18:31 | Blacked Raw | 10-29-2019 | 11-15-2019 | PA0002211918 |
| 62 | Info Hash: AABEA16B56023B1F5709AEE6BEA33BB7EAB779E5<br>File Hash: 9BDB422CD15FF86B3FF7C84A205348DB8543406B805B5581EAF35C775F3C0F16 | 03-20-2023 19:05:08 | Blacked Raw | 03-05-2023 | 04-07-2023 | PA0002405735 |
| 63 | Info Hash: AD14FD391877443754B02FB5C33C406D5A73C26C<br>File Hash: 68F852966DC34FFB84507A572F93A5C01B3D2E6E080AC1CE672FC21BD21C676E | 03-01-2023 21:46:40 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 64 | Info Hash: 21631802DAA040229CCC2DE1D5D216DA12CDA353<br>File Hash: 96872EAC149F771891AA191A88A688562065865A387742B71587D9AB58BD4F21 | 03-01-2023 21:45:29 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 65 | Info Hash: B130E19A6EEF2E4D60D3661116FFE8440CD401F8<br>File Hash: 6937A7778D7753D33CCA08323009E3A32A25E3D69A327CAFDE357AB7AD705752 | 02-26-2023 16:36:46 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 66 | Info Hash: 90B3B7E92C2FCAB7BC642BDBA8946CBBEE03AE90<br>File Hash: FB9226ED18915EC2763AC638B7167B86633115C74B9AC01896A885AD5C6BAC8E | 02-26-2023 16:30:59 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 67 | Info Hash: 653FAE85C9A1ED88CAB81DBF06D466DB369E92CE<br>File Hash: 9E273E993292BA1176EDAF8894D924CCCCB1167A8D78D2131955981320481B3E | 02-20-2023 17:14:00 | Blacked | 02-18-2023 | 04-13-2023 | PA0002407766 |
| 68 | Info Hash: EFDB886D8D69B8D7CC31153066C52424FA716283<br>File Hash: 93102C27DC519B2CE7C98574FF209BD6AC36DFAEC9CD1A7A0B39FAA5828B69F7 | 02-17-2023 21:38:26 | Vixen | 06-23-2018 | 07-26-2018 | PA0002112155 |
| 69 | Info Hash: 47C5663531EF1CD2F3572E655B9FBBB1800F5C3F<br>File Hash: 08D137A06C6A8DB563760478B4F5B1AFCBD6CFD3A4AAA33050BAF9FA36B0276C | 02-16-2023 23:50:22 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 70 | Info Hash: BF504F5D65B1ABA34CBDB26DF9139869DD20041E<br>File Hash: ECD2ECBE7728B5E763750C0BF7B1F180C8D2A55661DB70C2E44FEDE96571D5F4 | 02-02-2023 21:53:35 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 71 | Info Hash: F08E75A3CCD5100C7AC72DF3642EE4407DBD8A2C<br>File Hash: 3669F73216FD7FA49F792E98881C0F07EE2039B31A14CEBF82E62117FEB27618 | 02-02-2023 21:53:33 | Tushy | 01-22-2023 | 01-27-2023 | PA0002393076 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: BD395152D55EA93402A2153A15266E491C70ECD5<br>File Hash: CBDA8630431942386C68F08C0570B6447E53D43FCF229734889E95AC14214E63 | 02-02-2023 07:08:30 | Blacked Raw | 01-29-2023 | 04-13-2023 | PA0002406902 |
| 73 | Info Hash: 0DA52CD859D8BFB4CE9AEFB0241F8897218FC9BF<br>File Hash: 3106FD3607D7FDFB170BF5EB5D3C039FAF5AB57C47C0133C5154E2B5AF1D8B62 | 01-18-2023 17:21:03 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 74 | Info Hash: 102E275F06CD6433699975512D505CCABC08AC65<br>File Hash: 12135BB7D825A793CAEBAE9DD71A7DEF7964928EFC8476214BD93F1CB090D0A9 | 01-12-2023 21:08:18 | Tushy | 12-18-2022 | 01-10-2023 | PA0002389612 |
| 75 | Info Hash: C587D7D844493811E67C3945D6E504448A44CB6D<br>File Hash: 7B714CAD15B786523D93C122093E98271320F0BCEAB417C3CA9711C2300F1AB3 | 01-11-2023 23:14:08 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 76 | Info Hash: 594B1EC594576B1294B0757C21ADF7A928EB5F09<br>File Hash: 06257E6840E83AEEC08AEF690243152B3A076D274C00D69F63C7D37CEF2D5963 | 01-06-2023 21:40:02 | Blacked Raw | 11-08-2021 | 01-07-2022 | PA0002337933 |
| 77 | Info Hash: B56C320DF91A81F620DE09BF052BC98867A3D5CC<br>File Hash: E6D293B01CF18FA42CCA055FB29DDA520699650FA64D2AAB6975975B2D3C81C6 | 01-05-2023 02:19:30 | Tushy | 01-01-2023 | 01-10-2023 | PA0002389579 |
| 78 | Info Hash: 97DCF54C3B73D6BBDE490D88743A0C7DA092825E<br>File Hash: 11C2339FD910A4AB8D4A9F3CA3B45EE159ECA49E9EB522347DDD4662AC879B43 | 12-22-2022 21:08:16 | Blacked Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |
| 79 | Info Hash: A9529D5E514B171583C00DA79D5DEF1A31EF66AF<br>File Hash: 902FB516B52EBA213B6552E0FDF3489BD6A87B6D616732BA153A60FDF7337989 | 12-16-2022 01:40:25 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 80 | Info Hash: 580E5F377A9B21CE08E2D9838137776B28D9701F<br>File Hash: 0B2FBEF512B6EB27306D790E5A2AFF94249B81068695BFD92C70456AD5C0DDAB | 12-12-2022 19:06:24 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |
| 81 | Info Hash: 808D0DACC7E9FBB35EE771957354DFF788D34F47<br>File Hash: C1168F6A49577C2D26E15D18ED3F1EDE7096F3EAAD0B5A53F4CACE7672C77937 | 12-12-2022 19:00:19 | Tushy | 12-11-2022 | 01-10-2023 | PA0002389623 |
| 82 | Info Hash: 2A442D5C97361AE2B519E1E84CF2D052532D5965<br>File Hash: BE95110B0425CE9A42124B848EE8C8610D0378D97D31B729E6AA2A196A7ED522 | 12-06-2022 23:54:15 | Blacked Raw | 12-05-2022 | 01-10-2023 | PA0002389624 |
| 83 | Info Hash: C85F9A2315C8FF08323733B769C71EBF2A75BE16<br>File Hash: 27C0D935F50F272D3118133E0CE1E1CD924C65F04E12401574522593637E40AF | 12-02-2022 00:09:30 | Blacked Raw | 11-30-2022 | 01-10-2023 | PA0002389625 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 5D3CD90A21CF1BA66183CA47D9CA49B30D3C19CA<br>File Hash: 2A130AF905000D7A6F4CBA401FD8B2412987D1B184DC4D643B1E1DE3007EB952 | 11-29-2022 16:53:38 | Blacked Raw | 11-25-2022 | 12-11-2022 | PA0002384771 |
| 85 | Info Hash: 3AEAEED448A79D7A5A91F51469B6A7836CA00512<br>File Hash: 89B3CC895630009E5A548D9066FB8CEC58A212697326D8283D51CFE9932EE345 | 11-29-2022 16:52:01 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 86 | Info Hash: 4B9E0DF0E3594DC1E77FE5C08FA2A6FEA65979DC<br>File Hash: 6D0B00FE6045563EFFA36214E2784DFAE617E37E8DBCA72A35C1F9D1D75D314F | 11-29-2022 06:19:40 | Blacked Raw | 02-26-2019 | 03-31-2019 | PA0002163980 |
| 87 | Info Hash: 45D4AF0C0675541261833DD3255ABBED35C8CBD4<br>File Hash: 4F731D5E327C869637362FF7ADB2E22BA17083F6DCF62EB3C556EDC2FE87FE98 | 11-28-2022 23:51:00 | Blacked Raw | 12-20-2018 | 01-22-2019 | PA0002147906 |
| 88 | Info Hash: 5BA2DA08C36A2FA2409D662E9FA861EF6F8BF8E0<br>File Hash: 8A1A323D6C4C043B7BCD347E9251972CDCB448681EACFF6CB828C5935E3EC390 | 11-25-2022 18:04:01 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 89 | Info Hash: 24E9045D6E0CA4035B0D5BEE8AFD227C2F3AFFA2<br>File Hash: 83D4E90F31F5FA22E3F05A7B41A37BF3AF8E7F5C1E973D86002B675C5E8E5CEA | 11-21-2022 21:53:14 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 90 | Info Hash: D9AB0A49CA29AA5CC6A9711F57728DF11900443D<br>File Hash: 612EB7ABF107081198F9583BEE843C2DFBDE916A6F5510B8A3C99041F1F9A212 | 11-21-2022 21:45:42 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |
| 91 | Info Hash: CFAEA6056DC369E23A85F4FDBA393DCE7DECE2C1<br>File Hash: C67047CC3CE7420911EBBAE15382AA334B81B5C4F412C1ACD2DA4784C17444EE | 11-21-2022 17:31:53 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 92 | Info Hash: 43EED9CE8E5D6617A4583D8D2CBFC70C077744CD<br>File Hash: 575ABAA65CDDDCEB4338CA4315340EB9779E202370B4B726C38F5AB8924F3233 | 11-17-2022 19:31:55 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 93 | Info Hash: 536ABC94E6CDF73726BABE11B761EF2FE1FBCDF2<br>File Hash: 1A4AB873A4D067DEDDFA89D43DE68DE095AE8A34C247496C16B2E84F3C6C80EF | 11-14-2022 00:59:29 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 94 | Info Hash: F88C73EDBD5369156CF6618EDE7CCEE2E9362A4A<br>File Hash: 7C6FB1FA98748FBF3EB6975B30203629C5F9DB3D0240D67EBB7A2F68EE1814E4 | 11-13-2022 20:28:16 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |
| 95 | Info Hash: F03C19E73FD73E2C5CCBB54751B3325D9C91F2E7<br>File Hash: AFF28110969937078B94F56371672B60C79C98F9F2B4BB51F76157DEB7F03C9C | 11-01-2022 17:38:44 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: DF53778C7A3AEE59B67DAEB1EECE861118658A5F<br>File Hash:<br>9F7ABE255300D0E02550A722BCD6E463FE4E743075709D1EC78803DC84F3AE06 | 10-31-2022<br>21:56:23 | Blacked | 10-29-2022 | 01-06-2023 | PA0002394016 |
| 97 | Info Hash: 3BC22005E2AFC76A838931DCA776BBA6A7235CD8<br>File Hash:<br>52978CFAE6E89E7576A6ACF227919E58FF957546FD0FBEF1FBECBE1294075FED | 10-31-2022<br>21:51:35 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 98 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash:<br>5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 10-31-2022<br>21:51:35 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 99 | Info Hash: D09B0E39B1E94F8F9BEE6A068013473911ADDB60<br>File Hash:<br>EBBBA8280364BC1C55BF5CDC09464CE9FD244DBDF460DB141E967A2AB8E43BAF | 10-31-2022<br>21:50:00 | Tushy | 10-23-2022 | 10-31-2022 | PA0002377815 |
| 100 | Info Hash: 8B78B77793A4284DD8647508DD3EDB99FC4C7A6E<br>File Hash:<br>8381CC3932E3A99B26C1665F380DFFF62D13EA20F85A94C2D0B9ED4AE413B9B4 | 10-31-2022<br>15:46:47 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |
| 101 | Info Hash: 68FE67AB258A0D6022E32F1150E9C35596E4E767<br>File Hash:<br>EDAC6D7360617F459F5927A39F705009B879937E579E603D4CCCD1A9E44A3110 | 10-26-2022<br>23:58:43 | Vixen | 10-21-2022 | 11-01-2022 | PA0002378075 |
| 102 | Info Hash: 15A55EBB3FD06FE9F9067812A0D0168440813B70<br>File Hash:<br>4AAF11148C0E2CDFA98BABEEC2740D453CACED2CE62079EAE8D18A0C5E2E4BD7 | 10-24-2022<br>17:07:57 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |
| 103 | Info Hash: E8FDE02B470854F96FE03570C920B30F274A14E2<br>File Hash:<br>7BC233DB3D87ADD25BD2E98D104D1D41EFB5AA2CC05F1C46B2F5A347566E5458 | 10-18-2022<br>00:39:44 | Tushy | 08-14-2018 | 09-01-2018 | PA0002119587 |
| 104 | Info Hash: 258B938C8DB932BA26C6C13091AB699725DE4029<br>File Hash:<br>5021FA9F75FFAE5AE30C79FEAC33A1296CEFCE229F032576EBFCD9407D8DA664 | 10-07-2022<br>03:44:19 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 105 | Info Hash: CF344B3042DCAD24E21B955C9206EB79216612B1<br>File Hash:<br>3A0EEF200C8434AE7CFEF3AFD8948F4098A564D26947A116BB874717C5F636F9 | 10-04-2022<br>04:49:54 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 106 | Info Hash: 7D5BCAF63FFC5229FA328B1F99D0847A5C49F614<br>File Hash:<br>65A4936BA229BE949D4F26EF046EDE9DC179E8C90027F95692A292AF1F1AC661 | 10-04-2022<br>04:49:53 | Tushy | 05-15-2022 | 05-20-2022 | PA0002350379 |
| 107 | Info Hash: 4E9DC5664C79C201A2EA19FB2A7F778E148DB0AA<br>File Hash:<br>73B715F6AC7F506A697AB7F43FE9BF94A157FCB2D43B47BF7A397FD3CA85AD99 | 10-04-2022<br>04:49:51 | Blacked Raw | 07-01-2019 | 07-17-2019 | PA0002188302 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB<br>File Hash:<br>8F74612BA49DD11453B67916E736AD80C4332F81DD3BEC3B3F8DF020DC2F0612 | 10-04-2022<br>01:43:07 | Blacked | 11-21-2017 | 01-04-2018 | PA0002069353 |
| 109 | Info Hash: F4AA138039846AD2D2205FAA3036CD827E520187<br>File Hash:<br>AFDAACE2024614C93795201F8B4D398299EE012E284D827F483FAA25007B31CD | 10-04-2022<br>01:42:22 | Tushy | 10-18-2017 | 11-30-2017 | PA0002098004 |
| 110 | Info Hash: C354D5BF4135774BA6A90E370A196013E0CA7552<br>File Hash:<br>9F833689A08894AF0461F8963BFD45A709D86B2B888116629AE40709803DFC4B | 10-03-2022<br>22:32:24 | Tushy | 10-02-2022 | 11-27-2022 | PA0002388605 |
| 111 | Info Hash: 0A943EE511B271EB4FECB0C68C646E26A824EBBA<br>File Hash:<br>5AF9E686D4F55210F2A0BA1CD985260CED2AB6321C7245F1E0030DEC8CFC2EED | 09-29-2022<br>22:14:42 | Blacked Raw | 09-26-2022 | 10-31-2022 | PA0002377828 |
| 112 | Info Hash: 836A8B6519AA75CE2703D778F8BB55ADFF2FF5DC<br>File Hash:<br>7F91960D82C517AC31C1420D852659FBE55343087180F8DCC6D5C03D535692B0 | 09-26-2022<br>17:48:40 | Blacked | 09-24-2022 | 10-05-2022 | PA0002373769 |
| 113 | Info Hash: 280E88FC7CEB3E5E96E3E41175EAE19DBA741A70<br>File Hash:<br>9BCE1453FDBB1652779D3192C951886B4012BF5A70DD665E0BD60995EA48ADA7 | 09-26-2022<br>02:21:28 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 114 | Info Hash: CE2796273FE724E80FECD23B8481E389C96DECF2<br>File Hash:<br>5AD272BC850A4EA9844A326496216D457855A523E327FCE318848B38D9DDA755 | 09-25-2022<br>07:10:07 | Blacked Raw | 09-21-2022 | 10-05-2022 | PA0002373950 |
| 115 | Info Hash: ECBB9CA5B188231C32B5E776190C95490D88C90A<br>File Hash:<br>25A2913FB11437977C8B560C40FF5AA2A3578759FF426AE31889BFA76D5C2474 | 09-24-2022<br>20:20:00 | Tushy | 09-04-2022 | 11-27-2022 | PA0002388059 |
| 116 | Info Hash: AA22F2CD2ED007CE11D1639BA548C9346BDB69AE<br>File Hash:<br>7DE2E3446F60125E2CD3F7313529FA175A0DDC164323F0861FEEA22CAD059647 | 09-18-2022<br>20:12:15 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 117 | Info Hash: 71D2D29AD1EC84E95C3EC6E1CAEDD6A2595FF48B<br>File Hash:<br>FBBEC96AB34618E8209282048601343DC436F5AA83CAD376ABD85F8CEA28459B | 09-06-2022<br>23:39:49 | Tushy | 05-30-2021 | 06-24-2021 | PA0002303168 |
| 118 | Info Hash: AAAB7AF4C7DD36EAB7BA0B2232798E15951313AE<br>File Hash:<br>6849B3672CAE1F9B7E52B4187499E79F2CCA095CCACAD1AE634205D8BB76AD6D | 09-02-2022<br>17:55:21 | Blacked Raw | 09-01-2022 | 11-24-2022 | PA0002388645 |
| 119 | Info Hash: 0DCAD5CD34D983D041D5DFFFCBE84AB849B55877<br>File Hash:<br>5CA26B5703389C3C514505A8D2191E29676BA81E777D3F071585FB71B5D6FDDE | 09-02-2022<br>17:32:04 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: D6A3E99D30A235B031BEF057B2B7DFF51825ED1C<br>File Hash: 6FF1E25C8D000D3F643B91996E43991D31BCD8E5615A12537938E7A2A62AEA9D | 09-02-2022 17:25:26 | Tushy | 08-28-2022 | 11-01-2022 | PA0002378076 |
| 121 | Info Hash: BE12BC47B9E8402E60F764439965F58677EA2C40<br>File Hash: 37B0125CE7B2426E3BFD90B5564EA53F57F42E24B8E3BEEF272DAADA834740EE | 09-01-2022 17:25:16 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 122 | Info Hash: DADEA9FF9C6F53C6973CED82CC1281025A6469D7<br>File Hash: 42051206257E5D242799194613603132CDD4F80FD91A76EF8DF2DB2B2D6CBFA9 | 08-22-2022 15:38:15 | Tushy | 08-21-2022 | 08-29-2022 | PA0002367745 |
| 123 | Info Hash: A40B0A7D3692916FFA8E12429BA885CB1B7250D3<br>File Hash: B15DF277602F5F35EB43EEC0A104A338E0B4968BBA24BE23DE2F572F12C5DD4B | 08-11-2022 17:56:47 | Tushy | 08-07-2022 | 08-29-2022 | PA0002367740 |
| 124 | Info Hash: 1D44B95259442C3A9B0B9455C8C28A89AD369DE7<br>File Hash: DF7B69C7949959ED563F5993AE5D903F8E7A90693CFE734430395BEB848221E5 | 07-29-2022 00:35:29 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 125 | Info Hash: 665AB059BA65DDB82040CEB98A83B8BCED372A4C<br>File Hash: 33426FFA7BACA6169D3C17B75E83C7F65AF84AEE693F1DFF51FDA25B6EE0E659 | 07-29-2022 00:25:03 | Tushy | 07-24-2022 | 08-29-2022 | PA0002367746 |
| 126 | Info Hash: A5C198DE377DA37753134876DB8FFA94DAFEC292<br>File Hash: 7143C9AB311761FCDB0472858A828CB35C32BEF7DF6AEFE6CC8DFEB0D6570F1A | 07-27-2022 12:51:19 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 127 | Info Hash: CAA1DD05BF6575C8B47341C4E15A88FD3F0FF0DA<br>File Hash: EC51CE82B5229B431FB52886F86419C2CCE3EA3B3F6E44E614350E34C6B0A2A0 | 07-15-2022 16:43:26 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 128 | Info Hash: E4D5FF974940BB9BE109E06C32B1B451602CA5C8<br>File Hash: C5F8DFC32B7D8EE2BD75BB4F986DA24BEDD0FE8B4456C3D61F20C1F916B40FB2 | 07-14-2022 17:43:38 | Tushy | 07-10-2022 | 07-22-2022 | PA0002359469 |
| 129 | Info Hash: F1CDCEE7B24975CC39DB5199D619DFFD3EAB1D44<br>File Hash: 8018F3C62BF5FC835586F517F498520A6468BE88BAD00CED9DDA3375AC83E078 | 07-10-2022 00:28:44 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 130 | Info Hash: 9C9868F9A2BCEE240B9C6D024C49B6394F903E00<br>File Hash: D67B2145BAA691C91BC741B6AA31CB596055AAADB999861C24F4F06F24027452 | 07-09-2022 16:22:47 | Tushy | 07-03-2022 | 07-22-2022 | PA0002359464 |