**Exhibit A to the Complaint**

**Location:** Covington, GA  
**Total Works Infringed:** 137  
**IP Address:** 97.81.76.48  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E5325D53D63C18B29AA57D1FEB9809C7530ED5FB<br>File Hash:<br>D6C5D5F4FEE5432558E9DE4908AFF7B2C1B24D1BD5BE27176567161B24A11875 | 12-15-2023 04:14:30 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 2 | Info Hash: B506896EBF62DB53971C042108622812E1A54A10<br>File Hash:<br>8036A2F2526E84F5814A377DE55B9D9867381B7359B6128F4D316212B0650FFA | 12-04-2023 23:29:47 | Blacked Raw | 05-24-2023 | 06-09-2023 | PA0002415389 |
| 3 | Info Hash: 8E2AEB116BE7F953BA2B920E261D7BD74C58269D<br>File Hash:<br>4EC2B2451CC202A12651760AB35B325DC46B3E680670622DC04E14E01CF527A8 | 12-04-2023 23:29:43 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 4 | Info Hash: 7A127A57B8AA272582ACAD7AED0616D4A9EDE3DA<br>File Hash:<br>49EDF000F0073A38A1BB5A75403F4ED8D7664B4CE81BE83B2D57983996D65553 | 12-03-2023 17:25:34 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |
| 5 | Info Hash: 43230293E06A0C61D33E699F66138D48FDA0B5B4<br>File Hash:<br>4693603C080BBC8918E8AA233590A7927081457D8568ACBF0D1E97793254EE85 | 12-03-2023 17:25:25 | Blacked Raw | 06-23-2023 | 07-13-2023 | PA0002420356 |
| 6 | Info Hash: C0BEBBDF2F9A22BEA3EC494B19C33D0BC47529DC<br>File Hash:<br>C92762E8DB0D954FDC69887D8382B5D6C73C93363E5A7DAE40B0D52D5C88AE5C | 12-03-2023 17:25:25 | Blacked Raw | 04-29-2023 | 05-14-2023 | PA0002411313 |
| 7 | Info Hash: 484DB5F403663D87892BE990FB0316BF42B6E675<br>File Hash:<br>E986E08235B4745DE24F8B909C691032D01F20FFC4512CCDFE7A7A17065398DD | 12-03-2023 17:25:22 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 8 | Info Hash: 0AFB482EE93BC95474CE8791B8F929CE548B9FAF<br>File Hash:<br>95F5935032E5A44172585821F0E35395E23992B9B19D7176A7E90E472A5D7101 | 12-03-2023 17:25:20 | Blacked Raw | 06-13-2023 | 07-13-2023 | PA0002420359 |
| 9 | Info Hash: 741A2EA11493D9E617F419F57C1B983AD8F7D3FB<br>File Hash:<br>AA5110BB1D651493DEABB7634DB53FD2AA04C2FCD02B02A6EF0579824D7E2016 | 12-03-2023 17:25:20 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 10 | Info Hash: E525D559E5C785C276C8E68BDBC632B62CA68818<br>File Hash:<br>DB805E612D166251C8C2B753DE984636EBBD224998288FDA4817D756AA9A9617 | 12-03-2023 17:25:18 | Blacked Raw | 03-30-2023 | 04-07-2023 | PA0002405733 |
| 11 | Info Hash: 776DD7A49BB59A5CD2A9DD6CEBBCF697BDF62830<br>File Hash:<br>FA5668FC2BB4ABDC2C0CDDD143FEF716AD0F5442DF728E5EF57536FF110DE713 | 12-02-2023 18:06:42 | Vixen | 12-01-2023 | 12-13-2023 | PA0002445428 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: D5505AB007FEDEE9891DB0DE4980999B67D91CB9<br>File Hash: 7532F17A4DAC9063C3E3D9AA79D21DA11EB09C120561C179500662943D0CB415 | 10-30-2023 03:46:51 | Blacked | 06-20-2020 | 07-17-2020 | PA0002248594 |
| 13 | Info Hash: 3AAB4C45E258B4142FC2476DE0B5496ACFD732F5<br>File Hash: 87A7924989B23B221108F49717F3046B1010E5B70C412FFF3120B9FF24318263 | 10-30-2023 00:46:45 | Blacked | 10-22-2017 | 11-21-2017 | PA0002063627 |
| 14 | Info Hash: EF4978A607EC05CDC71195AD327F3F0EA6E5D977<br>File Hash: 43890474086DB8B8591D9D3D7DC9FF7DED99D215FC04FD1840D5054F4189F7E5 | 10-30-2023 00:06:04 | Blacked | 11-11-2017 | 11-27-2017 | PA0002098000 |
| 15 | Info Hash: 97FBFAD64FB88D70E2C2C0872A5FD7F73B246898<br>File Hash: 0D51CFE789801438E53B272C3F6A9139AC7A804E12202777CA500648C36C4E1A | 10-22-2023 22:38:35 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 16 | Info Hash: BE3FCCBBBB2FCB9CA9064C1B4C81B68F5585B161<br>File Hash: EA26D379B6E60D37E1FDCEFFD3185E00D1D05FEF0F7760FB3B68F76E72743192 | 10-22-2023 22:37:42 | Blacked | 04-17-2021 | 06-09-2021 | PA0002295585 |
| 17 | Info Hash: D779254452A22F20A5307BDC4029EC1037C26F84<br>File Hash: 1529DD4ED152A4D98F781B5768C6DA124F732D54D1F76279325496C87BB5B856 | 10-22-2023 22:37:40 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 18 | Info Hash: 3CC3162E20684787DE33A8232EB7558B71ACFBE7<br>File Hash: C57B4AF8157623B7C9EBDC272508C71E3017344183EB1377E132F71457119FB5 | 10-22-2023 05:35:35 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 19 | Info Hash: 1B9C10AEF9696C3B30D16C74A2E3E1844FC0FAC8<br>File Hash: 7A151063E2D78D87AE96A45CE2A9D9D5634749B6B87BE90253E4B43FE77683AF | 10-21-2023 23:16:42 | Blacked | 10-21-2023 | 11-13-2023 | PA0002439582 |
| 20 | Info Hash: 5023247604D3D4C8A7BF6E64695BF8294BA5FA2A<br>File Hash: 1D17D923F4FD277166E6819AD7467C3EB2F88A8BB4A16D930FC3CFA9BD1F261F | 10-21-2023 19:57:26 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 21 | Info Hash: 09FDB08E65E3B32D92842734DE11369DF707B997<br>File Hash: 2E55084903924B04D3A174633AAD7A095310C60E7327D8CA41E43069C7385353 | 10-21-2023 19:57:11 | Blacked | 08-01-2020 | 08-11-2020 | PA0002252255 |
| 22 | Info Hash: 8B543E0384B3E6337060793714FF689E898A8B60<br>File Hash: 4938BD4EFC82A5F21BD02FB679BB4D4E4A3C279C96AA7D4B76BA7665AC03AD1E | 10-21-2023 13:48:12 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 23 | Info Hash: 85A40CC170EF360168DE2110D7796B3E2EBD23B0<br>File Hash: 6DDFA3724303C2D86B0BB739EFA30CE940D3AFDC45D5A58741C31A13409CB699 | 10-21-2023 13:20:42 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: CA1FE656EDE0E7F7C2F51C85553BCAF42FD66745<br>File Hash: A587A0C1BE44DC90E677B8A06460CEFF7E1842056B64F45D3F579B1775DA3C96 | 10-21-2023 13:12:34 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 25 | Info Hash: D93254EBABEBAA99A43509509FD7EE03C3EA462D<br>File Hash: 64D1BFD6A6463789178CDFC61A0E5BECB8C4513750DF5A318F07CFE436FE7538 | 10-15-2023 01:54:42 | Blacked Raw | 12-20-2021 | 01-17-2022 | PA0002330107 |
| 26 | Info Hash: 742502E77B83732093E4BA0A2D879EAC7D9C3B14<br>File Hash: 9A9DE880D2D32D3C038E853F0F1382E452BA32351CDE29DDAB856AB6A34E3B52 | 10-14-2023 22:50:28 | Blacked | 10-14-2023 | 11-13-2023 | PA0002439573 |
| 27 | Info Hash: FFD07679E746E565C00A324B433A1E8342F03D6C<br>File Hash: 6B33A6BAA11A2A43D7FF70FA1A0FE76A8B768F3A00BCE22556883D67557D5F00 | 09-17-2023 20:57:57 | Blacked | 09-16-2023 | 10-18-2023 | PA0002435289 |
| 28 | Info Hash: 1F64D6BF65D18982C15505B792665435CBD0C5F8<br>File Hash: C4423E85EBE0CDCD87E9D3975AC5F67001F654D8C5CA089CB6504DD5A0B8A40D | 08-22-2023 23:17:23 | Blacked Raw | 05-30-2022 | 07-21-2022 | PA0002367910 |
| 29 | Info Hash: D82754DD91BBD46F30405123F047CE06BACF1373<br>File Hash: 9485F61426A9559BF55980FF3856BC1B9C0F9A0760B3EFAE4089080612EFAB99 | 08-22-2023 11:40:02 | Blacked Raw | 08-21-2023 | 09-17-2023 | PA0002430900 |
| 30 | Info Hash: 14A3582F6E65AA895E686496862C12054DD9D00C<br>File Hash: FB05C4AC665DDD83017D29297BF8E2AE83F5EABE0B92BCBC986C95011348245E | 08-04-2023 17:04:44 | Blacked Raw | 07-12-2021 | 09-21-2021 | PA0002312676 |
| 31 | Info Hash: 58AF11EBB0AD7749F4F1B666100F35D4D4093BD4<br>File Hash: B02A2B42D8EDA533EAB332D9FA56828EE3FD76053C8B569D2021F425B6903B69 | 08-03-2023 02:35:33 | Blacked Raw | 06-21-2021 | 07-08-2021 | PA0002300661 |
| 32 | Info Hash: 102A70378E09E01AC560A1C91D13C5735661917B<br>File Hash: 84D20409F36E0DBCA6ADBE9737223FE150FD22081AB98FE234E4B13312EABB09 | 08-02-2023 04:03:02 | Blacked Raw | 01-17-2018 | 01-24-2018 | PA0002101760 |
| 33 | Info Hash: 8742420740410209B222A5769F5021FB468C2276<br>File Hash: 435DC295D404B39041A8B2043FB961D0B5D21E6EEA61235139CFC01299555438 | 08-01-2023 23:21:39 | Blacked Raw | 12-03-2017 | 01-04-2018 | PA0002097460 |
| 34 | Info Hash: 5D78C43C30754139DEA056119DA2BA83E3D2EEDA<br>File Hash: A83C80CE0DD4B1A33BF49C6CF5CA29553BC68E717E3D3691AD0C8BE34AD97789 | 08-01-2023 23:21:38 | Blacked Raw | 10-24-2017 | 11-30-2017 | PA0002098011 |
| 35 | Info Hash: 83E5182CF45D0C5298F435307104340C0298ED2A<br>File Hash: 3B3C1CBD07F2584F1FA8CC6C5D40EBE538769DBC8658F056DC8665600EC1B175 | 07-28-2023 12:35:30 | Blacked | 05-06-2023 | 05-15-2023 | PA0002411299 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: D72C679FC63ED88F719A8CEA3534C7FCE911DF49<br>File Hash: CE30051A994F81D1D20DBCAC70509EE94B12039806C3A5862B6BB41D087B56CB | 07-27-2023 13:16:22 | Blacked Raw | 07-24-2023 | 08-17-2023 | PA0002425531 |
| 37 | Info Hash: 3A7859AB817649FC780433C7792D19C2575B0441<br>File Hash: AA353E370BA3F270787703973B85568C7B74C40DF8A44455DDB5326380CE0B5F | 07-25-2023 01:06:19 | Blacked | 07-22-2023 | 08-17-2023 | PA0002425765 |
| 38 | Info Hash: A58A1F7DCFDC07680F0A1D896EEEFC041EF00B42<br>File Hash: 1C265285335D6DC658A22CB9D0A789458889004CB7D044A69404BB2B4DBDAAC1 | 03-24-2023 19:07:47 | Blacked Raw | 03-20-2023 | 04-07-2023 | PA0002405757 |
| 39 | Info Hash: 3E39A622E1727BE1DDF698D0613D7D112329669A<br>File Hash: 4AB0E2250F3B0B6A778BB7F4C7C546548EF50356249268B05A1B717031B49EC3 | 03-20-2023 00:23:01 | Blacked | 03-18-2023 | 04-07-2023 | PA0002405751 |
| 40 | Info Hash: 6408AC30915EBB5D088C812A9102CF90D28B0BBB<br>File Hash: C876715ACC4419649BA1FCB7529C0BEDAD1C5E9EB995D6BF717EF1247238CC41 | 03-08-2023 12:52:41 | Blacked Raw | 03-05-2023 | 04-07-2023 | PA0002405735 |
| 41 | Info Hash: A117040D9525C1C72653A916746A386DB3D37130<br>File Hash: E89AE637B3419055D9A517872D3068B1B628C4901856FC1E5A198F82A37D657C | 03-06-2023 13:14:42 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 42 | Info Hash: 5934CAF7E62BD17FF2B6CEF24482B13A9B4A3BD0<br>File Hash: 8CDB3681EAE8E4D7005F5759D3873A0EA4F631F1C6547F7C66C73E474366A784 | 03-04-2023 02:50:35 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 43 | Info Hash: 5B3EEF56046E68152C027B3D595FC6C98889C0DD<br>File Hash: 343D1528287A7B1878532AD9ED95033CECF8265C8BC11C016CC55FD6CD52A67A | 02-26-2023 14:09:10 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 44 | Info Hash: BCD97F765AD72CFA9BC42CB26F1DB49D6C7387A4<br>File Hash: 2F77A13D57A1B50E73B38E30A8B4C14B47F1ECF9FB39E38B971BEF4E0A4FECF1 | 02-17-2023 15:15:30 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 45 | Info Hash: CBB8EFA690BAF1D17507540D286327403A2431BA<br>File Hash: 1BDD3F34007D48ADBD65B0379BD4125B1E87E95FCA65A6185CB5B0C765E4740C | 02-12-2023 19:02:14 | Blacked Raw | 02-08-2023 | 03-06-2023 | PA0002399990 |
| 46 | Info Hash: C3753FE9F6D3007F6B5A492A5D6E043BA93C83BF<br>File Hash: 5FCFCD2F384024B612985F75F57F986A87141B609D42015E30BB5C50D055E96C | 02-07-2023 18:46:12 | Blacked | 02-04-2023 | 03-07-2023 | PA0002400314 |
| 47 | Info Hash: 122F01F72618E3F202E6B427DF39A6146C5145E7<br>File Hash: 7AADE55F5FE9905D4A02C68DAD508A041414ED6DAB0E11929ACBA31CE2571F43 | 02-07-2023 18:37:47 | Blacked Raw | 02-03-2023 | 03-08-2023 | PA0002400564 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 2B3BBE704C1C00FE9356FAAA19048818A9E69AB3<br>File Hash:<br>F8B6DB141ED6C6093B3FE27A826A015A4F741E0D1A3D3C3F11FCFA3191BEE266 | 02-07-2023 18:36:58 | Blacked Raw | 01-29-2023 | 04-13-2023 | PA0002406902 |
| 49 | Info Hash: FF4B5F800B4A9968A96A3F3480096A6539695563<br>File Hash:<br>8101C29B6B071DC14E36B9C1E02ABD4A117B7F789C6E7A33D814DE50BE47D6B7 | 02-04-2023 02:55:03 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 50 | Info Hash: 8495CA7F88A7D3B433509B5B20C42D1B4A750713<br>File Hash:<br>2EF646EFA4B5DC146BD0B0C25C3C2507F03BA0BFC58BFEB3851126EF0F2B296A | 01-31-2023 01:16:48 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 51 | Info Hash: 40D0A0F8DE498BA30734E52BB4A8E3B909CA8748<br>File Hash:<br>C8278FE811B629B54A3046CAA645164E4059FDBA3820EF6D38BFF72C9C8A6C65 | 01-26-2023 17:53:16 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 52 | Info Hash: 2362121C828A6C1A2C07C982C8E6131D380878C6<br>File Hash:<br>462F1D4473F39DE9A698228C8C0F9263E7173DF9782E435BD0B7A8C78A03E9A7 | 01-23-2023 12:55:42 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 53 | Info Hash: 5ABD6B7E032F33F63D7C609EDDC5EDD143B1BF8F<br>File Hash:<br>57B43783291B5A46BF9AA4C12D1FEFCE2B45E514E018BCFAF808601DF58C9F81 | 01-21-2023 14:13:57 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |
| 54 | Info Hash: BF1D7ED8245EDB0F1F8ED2BA78EF971A334F0EB8<br>File Hash:<br>87E3E67CC26E950C80635B5F1522BDA0B7D7CF4D7B1FC5A2F4CCC880483B78EB | 01-16-2023 14:44:54 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 55 | Info Hash: 34F1BD82F61B7AECAE65BF2B8BB5E672153A337B<br>File Hash:<br>BC9AB74CD3A013607619CAA80E09F47939A9064E7343B80E6B32CCE0D9D3B328 | 01-16-2023 14:36:47 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 56 | Info Hash: AD6175D24714049B246E2C2976BED4EA9FEC2F8A<br>File Hash:<br>E8240E3BC4A81A43B5E6928F8CDF864FD0B5F64395C5BCCE88FD9E70B53215B0 | 01-13-2023 14:04:08 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 57 | Info Hash: 0C51C206846DE2EF125EA6F0705D73404A20CE4D<br>File Hash:<br>0E0EA4B5AC1AAB775883BAA5C42064DD349362D3C989AA6D9AE87B6A3BF432EE | 01-10-2023 13:01:14 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 58 | Info Hash: 3974193BE216E1983FA45555400BED7123CE9E20<br>File Hash:<br>C632AE85045A09A74C9C4D73D685EF74296B0C531000D8BF808626D5A16E2942 | 01-02-2023 13:54:05 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 59 | Info Hash: ADE7F4B7D0AEFA3F8E0FF47E4391596621551313<br>File Hash:<br>6AC1D55D6ED3D9EE268173BA2AA512039389250F1EFD873FD0118D9467D28E0B | 12-28-2022 19:13:00 | Blacked | 08-19-2021 | 09-30-2021 | PA0002319753 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 483F3A36BE89EC4749D71C2568E7BE0443049F79<br>File Hash: 55E08C385B2EE8A229CAFBE12B76B191E960A4A161C2BDBCE48CBD8CBBEB20AF | 12-28-2022 19:05:38 | Vixen | 06-24-2022 | 07-22-2022 | PA0002359475 |
| 61 | Info Hash: E4F0C07AD7A557AD674372C5CD5C3379F38A787F<br>File Hash: C163F6FAECDF8FB7ED91ABB35BAC6AA5F77EE0E6D81F2C5364A31E47F17BC6C9 | 12-28-2022 15:36:07 | Vixen | 09-30-2022 | 10-31-2022 | PA0002377819 |
| 62 | Info Hash: 4C7BDFC667955C2937D0B162A4526F19A05CD1E8<br>File Hash: D256CAA28C40C27D6FA558F4B7C5C9710A8E075BF2628EB562E5262CC99A5ABF | 12-23-2022 17:10:38 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 63 | Info Hash: 770DCB065A0196B2E499949440450A1E42E83629<br>File Hash: C453B0FEC7FED757E0867594876655038C7F75E5666B23F8452EC668D0F87D04 | 12-23-2022 17:10:28 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 64 | Info Hash: FA40C79B2B347C81EB34D9760CE0E14E32C7F7E5<br>File Hash: 0427C71AB9A7362BA7E9548F1A3716FA8BBC210C2C76D2C23A3464480CA63BFA | 12-21-2022 22:36:35 | Vixen | 11-05-2021 | 11-11-2021 | PA0002321282 |
| 65 | Info Hash: 0B0AE501BBAE6FD115610B6AFA5214BE95B6F89B<br>File Hash: CAA306903308D9161A588CC5505D41396CFE39B619A31338012F2C86A677684C | 12-21-2022 22:36:22 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |
| 66 | Info Hash: CF168894F7F445F38B0B71F9B642165BE4644DFA<br>File Hash: DE463AC0FCB8087227ABC9E4AC4B6867B826319FF5F817EAC4ECF2B2FF5834D5 | 12-21-2022 22:36:04 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 67 | Info Hash: 98CCF92CD8F3DBB0DD4171DB3B89EB5D35781040<br>File Hash: F10B8B935514282807353F3E2E0F45E265F3DF53F1CE689859058723FA350C83 | 12-21-2022 19:33:07 | Tushy | 08-01-2021 | 09-30-2021 | PA0002320423 |
| 68 | Info Hash: 79E05346D5687BF94DA5F8DA40DE296D315AF6BB<br>File Hash: F9EC0AFE36DDA3E3A4D3EA7E7673655E19B5C364D3F3A178F82D0012937FAD42 | 12-21-2022 16:11:17 | Blacked | 07-17-2021 | 08-02-2021 | PA0002305089 |
| 69 | Info Hash: 6DBA2406515DCDA7D578C86004D9D5F3645DDE3B<br>File Hash: 4E558F595611107DA5975659E833480FFB62A8A843BAD49976559DB0E97A0E4E | 12-21-2022 16:10:04 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 70 | Info Hash: 5E044B1747D9A8AA8C6DA44AEF9D15921D692063<br>File Hash: 8955685E77CBDC35AB2867E81330A111F97CC2C7ED93DADC990270327F73E92E | 12-21-2022 03:23:11 | Vixen | 03-26-2021 | 04-27-2021 | PA0002288946 |
| 71 | Info Hash: B95D46BEC06B5D02C7B91CB29B1976ADAB64E03F<br>File Hash: CE387440F554767F58CC0BCE4BC937106C2A8CA6A85CD63E470C2893CBE49B47 | 12-21-2022 03:22:48 | Vixen | 08-26-2022 | 10-05-2022 | PA0002373767 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 43785E169139C427A822632757B38DD4700469CB<br>File Hash: 5E79663A77038EAAAFCADEF6ED725B526805BFD39B763FAB4D309D527DE6E8F0 | 12-21-2022 03:19:40 | Vixen | 12-02-2022 | 02-21-2023 | PA0002401003 |
| 73 | Info Hash: B53E8A5120702E0836DC0FF45BB700C33E17CD60<br>File Hash: 089ED36D132071F6A22F01E2880CE5415628D1BF44A9594B7C0CD08BD4B64020 | 12-21-2022 03:18:31 | Vixen | 11-25-2022 | 12-11-2022 | PA0002384729 |
| 74 | Info Hash: 3C6F904EBC75852A3BD1F0C2A3DE513FA4B37B73<br>File Hash: 52453AC6D8EDAAED0F20A81E516C328D6909C6C005A435275B69445E7598F3AB | 12-21-2022 03:12:30 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 75 | Info Hash: DE4BFD9981AE2FA924ADF2D0ADDA49B0C5C375E3<br>File Hash: E4A369D47950EE33662F9F45B1B821BD525AE5E2EA32DF82EC51289A45FC48FE | 12-19-2022 14:52:16 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 76 | Info Hash: BDF861EEC4778213EEE724D2D6351942307CAAA4<br>File Hash: ED4EDCFC1B95BACA8E45DFA75095357750E25A8A14CEC22C2B6CE5598BB6F0FA | 12-18-2022 01:32:39 | Blacked Raw | 03-21-2022 | 03-29-2022 | PA0002342707 |
| 77 | Info Hash: E0C7394E993690AE5BCBF8C8684B371717724591<br>File Hash: A2C6E5C9C77B4B6DD351411D5973422DFF44F5ECDEDF58C7D57AD7C80F572EE3 | 12-17-2022 22:29:04 | Blacked Raw | 03-28-2022 | 04-23-2022 | PA0002346413 |
| 78 | Info Hash: 86895CC03EC0D7BD387C3EE4C768B7E41385236A<br>File Hash: F1D77EECD8E1B756CF0297F9B9829C99770B358ECE874C860DA36E8A4106B384 | 12-17-2022 14:09:01 | Blacked Raw | 12-15-2022 | 02-21-2023 | PA0002400999 |
| 79 | Info Hash: 3D46FAEADF791918AC2A93212D3718829DA75199<br>File Hash: 5BDE7B26D36920362ED85DF09E14320ADB11C91B3BD45C8AE255457731D3D8D0 | 12-13-2022 13:42:19 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |
| 80 | Info Hash: F2FF5984C6669188B2BD37CF7C72FDF97A534272<br>File Hash: 0CEAE4FCE56CEE14A6B3E1E9424700F52EF91EDD808E8ECFBBCCF1C399A306D1 | 12-13-2022 13:30:38 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 81 | Info Hash: 424E25F5F6CFD14F9BD8C913A91508F40C54F7F0<br>File Hash: 2E4F0C2871623C3408F8F710AC2F53E0F68E8E398E0D53798092ACC7C9F1BFA4 | 12-08-2022 13:26:27 | Blacked Raw | 12-05-2022 | 01-10-2023 | PA0002389624 |
| 82 | Info Hash: D8764F4AF562743164F9ED9498A828FCAC0FB208<br>File Hash: F2635EF58AFC55E9452F79171FC8B38E7B21F0BBFE4D3683CA44CB699D439516 | 12-05-2022 18:49:41 | Blacked | 12-03-2022 | 01-10-2023 | PA0002389627 |
| 83 | Info Hash: 9FD030F39D82AEE61DD8AB857E9909A0BE1C8CA1<br>File Hash: 8C3DAACA6DC292B5883A77B6BC1E4132AD50581A1B1EE79D0C37A1B7F6D35E05 | 12-02-2022 12:29:34 | Blacked Raw | 11-30-2022 | 01-10-2023 | PA0002389625 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 35F44879228811CF9C2110079EA8CD9171E7A611<br>File Hash: 55276562F44CADDD8899A9228D58BC97315ED70D649C5210B42D57DB4C43EB68 | 11-29-2022 13:55:57 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 85 | Info Hash: 04847F4B72D1E908F6DC52B355C5FCA2325CB790<br>File Hash: 9AA3E4B8884D4A5A5DCBB1384A26B726A954CD5BA036BB441B06529FEDDF6173 | 11-27-2022 13:45:13 | Blacked Raw | 11-25-2022 | 12-11-2022 | PA0002384771 |
| 86 | Info Hash: 72CF32D82CDC03B4A628E99BA4E2B0327193029A<br>File Hash: 3E733D8E3B150936DFE95A933E771E80401250372AB7D813147805E218331583 | 11-22-2022 19:19:06 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 87 | Info Hash: 84E80334CBAD79F7C06CADE6D31766FB089692A1<br>File Hash: BD6E4D3A6B557EE8D5D364B39D213852DAD9FD4EF8A97B1D98BFF26B5F430EDD | 11-22-2022 15:46:22 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 88 | Info Hash: 48DE187CADE6D655BB1B5F81C5C2B4B60F540A98<br>File Hash: A9CE71D9B4EB13F809FD81E9DBED8151A9E3E395BE254FC4CB355E0184BCF2CB | 11-21-2022 14:23:43 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 89 | Info Hash: 450C9850EC2164A3A1119D80BEC5D6F92401928A<br>File Hash: 2CA5AFF6EE92FDBC080105A28A5CC27CACA722580B3E4AC135A617605391A431 | 11-17-2022 14:00:25 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 90 | Info Hash: A44D9E12AF9C892684763C28941B668EF239CC7C<br>File Hash: 9829F668C7BCDA17F5848DE3EAF5B82136F0C3E5ADF1D74481A2F84111D1152D | 11-16-2022 00:01:55 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 91 | Info Hash: 8CCBC105A0598C05E56ABD2951CB77E05D91BB22<br>File Hash: FE2B1B7DEA40A9B854C3D7A16F91C029FB182724C88526B0A342FD142D572622 | 11-11-2022 03:23:33 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |
| 92 | Info Hash: 47880DD91F9AB42518D32839C9B849E25CD779D1<br>File Hash: 65F76492606C27C269C481B47DA987DCE7C15080D3F9DAC397D6066A0BA24829 | 11-07-2022 15:10:25 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |
| 93 | Info Hash: 218B2B780EB5CF52D56BCD8BC73B733335D05B8E<br>File Hash: D3EC1B2600C97F78D8F1DE544AE50BD4601C4EDA24A7FA6DFDC39B83D01F8278 | 11-03-2022 13:08:26 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 94 | Info Hash: FDD2CDAB4508779DB082AE612D6C800AA94059F2<br>File Hash: 6F041306A342A708C0704A6292EFD118DF990E13C923ABA0D99AEDD216E84E3D | 11-02-2022 01:24:06 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 95 | Info Hash: 95D26FABB948FB8FE36127BFFA7F810C87D756DE<br>File Hash: 7D8A3C3849C6A5E8C87FCB5A08C2904490E0DFB385374B24561D250BE08EA736 | 11-02-2022 01:12:32 | Blacked | 10-29-2022 | 01-06-2023 | PA0002394016 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 40C2E7E796AB9700C7722910C2D772D72077A39C<br>File Hash: CAD74A769FFAF5260B68E5260185FCE0455E0154F544BD93F021C542F6BD0491 | 10-30-2022 15:26:35 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |
| 97 | Info Hash: A06A21906C5CCA79C85F7BFCFDB7C755910C4E10<br>File Hash: 471EBFF0B97DD8D5919A8670BD8F186FE5EAC62C4E7B7FBF24A5B3851ECC266C | 10-25-2022 13:42:25 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 98 | Info Hash: DB6867B5E544608FD849299373175B96D97ECD8D<br>File Hash: 88DFAE9DD94A584BAE7F4A2F261D6586B30E44CFD57C4A8CAB9B25941510A822 | 10-23-2022 20:46:23 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |
| 99 | Info Hash: A12A9975F7649C1C5E543623EA13E0F7D6D92807<br>File Hash: D639D13662A921C97C81674EDB2DE452005CB8190C6961545F216A9C0C93DDA9 | 10-20-2022 01:17:10 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 100 | Info Hash: A5666F4387EA230860DCF165EE699E79CC86445C<br>File Hash: F8E19A55EC11C47B8F3144AC4F2EA1C8E8B0EE5C5CEA7BC3AA8AD264D83615FD | 10-18-2022 12:46:52 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 101 | Info Hash: 74B8BD53BF12A2073D2A04B37C8826F13B140035<br>File Hash: 265667A7A9870996F1562624DE5604DE7F0088FA131250F48F2C710990CB611F | 10-15-2022 15:55:01 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 102 | Info Hash: 7491FD90952DDAA709B41496BD827FD16FAD5A96<br>File Hash: 769A5E0AD3480A5BFB9007C4D25FAD0C65BE618C95E6900009E0B3A1B8A275D1 | 10-10-2022 12:56:42 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 103 | Info Hash: 7C805125B9931DC9B881E6AA9A14003D9ADD72FB<br>File Hash: C92F531F420CA4C3D2F37137720823E4C4F393E2199BEAEB86E88D16F74BCD03 | 10-08-2022 13:51:51 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 104 | Info Hash: 3BA0D3954BC406710F062C5979ECD9BF8A91237F<br>File Hash: B63705671B499FF06D1B96A11375F61E4779F02BDD1B90F8F602397FB45E1F1E | 10-04-2022 00:10:37 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 105 | Info Hash: 3FCB5EDC4F914B5E7E509A419779B9C41C106BED<br>File Hash: 64D9FA6D56DC2C9786A13DBC667D003150B4FA85671ED892B747B6486C35D61C | 10-04-2022 00:02:04 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 106 | Info Hash: 8EB2EDAA8840E976F99A8F2CAFD9CD75A1E71C8B<br>File Hash: 362579F131D2AC4FF784F2EAF0229469C2C9C437533951FB03ADEAC926A0A7B2 | 09-28-2022 18:32:24 | Blacked Raw | 09-26-2022 | 10-31-2022 | PA0002377828 |
| 107 | Info Hash: 8A187814E3BA406E8BB0EC0A3FCACC25430EDABD<br>File Hash: 460176199C3CDD8477165C27D8C9BA0B07F6CC80109DB5BE4CE9728C183AEA31 | 09-26-2022 13:19:42 | Blacked | 09-24-2022 | 10-05-2022 | PA0002373769 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 99887C9578C10A436D1B4E74B813254B62C017AC<br>File Hash: B9118A03F3E33BEBD15047E049B61017266ADA636A464187A5A78BA840982388 | 09-23-2022 11:42:10 | Blacked Raw | 09-21-2022 | 10-05-2022 | PA0002373950 |
| 109 | Info Hash: B26FC12DD51771112C0FE5A31CF1B65C0C20A778<br>File Hash: 3C1A3A60EB53BB181EF24EB80CC6FF0C10C0E7D58A924506F089B6B27A57A289 | 09-20-2022 20:26:49 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 110 | Info Hash: F06DB06CB174A838EB8C8898F07BFC13917D892D<br>File Hash: 522AC6CFBB1B852C3DCF7433D96C346398F3539766E681A14030C2C9B3E5DF27 | 09-14-2022 12:07:49 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |
| 111 | Info Hash: 486C17ADFB8696EE12AA59B6213B64B4239E1FC2<br>File Hash: 9494958EE7DF6195DAC64545B57D3F1505F144BC4971D601DE12BAC3522C2CBE | 09-12-2022 13:02:30 | Blacked | 09-10-2022 | 10-05-2022 | PA0002373949 |
| 112 | Info Hash: A41CA9CDF5E1265E4080B8FF535153BA1F52B6D8<br>File Hash: 7478F71FA1C2D7B4A26A5E56E65830F689ECB424908F2FF87FE29C837262EBB7 | 09-12-2022 12:58:44 | Blacked | 07-09-2018 | 08-07-2018 | PA0002131818 |
| 113 | Info Hash: FBD6BBE7A5CC7FEB803A35B75EBE9C49312954B2<br>File Hash: B673E68789BE530B8063FE9BDCFC751A2B8436C6D56685E00157F96405768839 | 09-12-2022 12:58:19 | Blacked | 10-02-2018 | 10-16-2018 | PA0002127785 |
| 114 | Info Hash: 75DE166A6EB96CBA5CC6EDFDE05CA8FA76B63B48<br>File Hash: 52833D94DE839BC227BB54EE9005DA436254BF97988B5EFA73E91D52E9F1D0D0 | 09-08-2022 14:27:09 | Blacked Raw | 09-01-2022 | 11-24-2022 | PA0002388645 |
| 115 | Info Hash: AB4C8F6782155F94F25421BD73C0C84DEA95167E<br>File Hash: FBCF6D53950FFB226F67470C3E92459585DB885A2D206CB1EC3152258DDD7DE9 | 09-08-2022 14:14:43 | Blacked Raw | 09-06-2022 | 10-05-2022 | PA0002373770 |
| 116 | Info Hash: 27BAD7B7BAE709FD4CA2B613F532AC8C772E9F94<br>File Hash: 2923F3067E4BF3F47E62AF432F567D2D3C0ABB4A23A0F09C6EFD1DA39B577131 | 09-05-2022 16:46:41 | Blacked | 09-03-2022 | 11-01-2022 | PA0002378069 |
| 117 | Info Hash: 833570A3D59430A1FA1A36B2925603ED725FCAFE<br>File Hash: 7CE43443E2BB14B13117BCF00A80D69C72893089014D8AE81F7D9E0858D2B3B2 | 09-01-2022 11:03:57 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 118 | Info Hash: 12E82E22123F4B517494486EA67E9933AF1E9A95<br>File Hash: 9E3D5E338000A79DA71BB31B5ADA7866B2AFF776E40CC5BEC76205896F517B84 | 09-01-2022 11:01:44 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 119 | Info Hash: B2DF7F8332A8CF1A923B7469921554550455F742<br>File Hash: 7992515746ABF3F8A7CB63E0CA1AE5F1F9063096B223A3A74AAE4A9B0FA5C8C6 | 08-28-2022 01:16:53 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: E7B86A91C9774ECB7EF347F3A70BF1D6986E4F5B<br>File Hash: 085E44BE6C8448BB8977EC75312EF0B1F25F9A4F6073B20F4FDF0D286A5B8FCE | 08-28-2022 00:57:22 | Blacked Raw | 05-09-2022 | 05-20-2022 | PA0002350381 |
| 121 | Info Hash: 70D3E779D30678EB929E2EEF115D993F8973B5DD<br>File Hash: C639BD8B3EC1C9F8B42A1214F12742C2C125AB9D2835CB4984F8191E5044A14F | 08-24-2022 17:47:59 | Blacked Raw | 08-22-2022 | 08-30-2022 | PA0002367731 |
| 122 | Info Hash: A64381041A252AD91A64156C8F12B51A4933A693<br>File Hash: 2DDDE9A5514A9E98DCCFC4EA6F1978A7B303D71F9AA9B450FD96423B72AA1AEE | 08-22-2022 19:02:59 | Blacked | 08-20-2022 | 08-29-2022 | PA0002367733 |
| 123 | Info Hash: DA9611E9C7E846C569D5C06970789091CF2B3B44<br>File Hash: D150538D71C52F360C335808651D9C366B117C599BC5659BCF12E09496EEA6CD | 08-17-2022 21:22:04 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 124 | Info Hash: B0CAA4D95994248141ED9615D6C60A0EF6719C74<br>File Hash: DE6B5755622A8D5504757FB262D3BC59EAC0111811F6AD10DF462DFD9109566C | 08-15-2022 13:34:19 | Blacked | 08-13-2022 | 08-30-2022 | PA0002367729 |
| 125 | Info Hash: 7BF563B4F703F30A3EA277ED404C6F7E8DC9BA49<br>File Hash: 82194F9E0BA7E53546EC8BDF80B7B7899ACA230C8F95826FB3E17AB10A5EBCBE | 08-10-2022 11:42:05 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 126 | Info Hash: D535E04CB588396BC4F9AC90F565D616FE5030B0<br>File Hash: 9DB5B44495E1BEFBE91BBE830B6BF5482AEBF0A8DD24457C543CA7DDBB94119F | 08-09-2022 13:11:35 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 127 | Info Hash: C81487D365766288B61E45751DBE83123A6251F6<br>File Hash: DDE7B2BFD6457544A998BD5E8CD541FFDA0B6E1346706B9873CA07914657A9F0 | 08-05-2022 12:37:58 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 128 | Info Hash: 480726ED66E198F5DBACFCD511A50A5080EF8F42<br>File Hash: CA67A23FB24BA3F401C41E275D1766C140D556B7FB4B77B158F63E0A46FFBDDA | 07-27-2022 12:24:46 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 129 | Info Hash: 7BA60C0D1CA44FE6DC35D95F279DFF110FC90CE4<br>File Hash: 1647D142912BD785174AD9CDC699C31E9AEF990D9AD50FDF648593411587D6A0 | 07-21-2022 08:35:36 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 130 | Info Hash: 784C39E54E32FA8C96A54C475017FFDE7F48C39B<br>File Hash: 66BBD91EAA1BBE0F5265C9253176AD64FDDE965587CA162FB49DDF2E081F7755 | 07-18-2022 19:50:13 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 131 | Info Hash: 40926070A8063DA47ACC550050B316C90BACBF83<br>File Hash: 22B8ABF72350CAE58C0D59AAC0F6F96DF65218948431BED071AF314046372DE3 | 07-15-2022 19:29:24 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | Info Hash: 97E745DBCA3A5ABB0C4DF155BF57BC99DB12CAC2<br>File Hash: B91659FD65466E2815B3953087174BB6E3B5BC17921F9F1EFD17A5F646774951 | 07-11-2022 12:51:46 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 133 | Info Hash: 161AC160C6D8D6E17FB8296A4A823741A618CF05<br>File Hash: 883E19A2C830A89E538FD9DC1F4DBDAEE9993E5BE4A2863D7F2251EB7327B34E | 07-07-2022 11:10:36 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 134 | Info Hash: 1846905564D491C6E79EB4BA0AB4B53BEC1C2A45<br>File Hash: D399FBE72F4E37AF02AC4B6FD23ADED71D43B449443073233A3F354BB01BA87F | 06-30-2022 02:28:15 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |
| 135 | Info Hash: 9B7406EC07DE8022005970F76906D51A274E0690<br>File Hash: F99FEA73133BE233ED03F8FFC993EF324E33C4BE5424DC24FC89FEA6569664EB | 06-30-2022 02:11:12 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 136 | Info Hash: 8250F638FC20893A0B60A732D01F8296EB9A372E<br>File Hash: C0E0EE2941DF630579425C54DBFCC249222D7C1FC059F97E4137027A6C197835 | 06-24-2022 15:12:56 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 137 | Info Hash: 3B10347A067B38296B579BB797CFC8F7D6A274FB<br>File Hash: 17011765814E2BCD832941807290FE2847449763364050BD47D1AA0BC05B90B2 | 06-24-2022 15:10:05 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |