Exhibit A to the Complaint

**Location:** Atlanta, GA  
**Total Works Infringed:** 50

**IP Address:** 71.199.137.137  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 1064C8559C95522534A2CDF212B3EB5BAF5879CF<br>File Hash:<br>9C4008C6DF53EF060B1416F5D78BBDDD74C86C45F9899E4038EF13A67412A440 | 12-11-2023<br>18:50:54 | Blacked Raw | 12-04-2023 | 12-12-2023 | PA0002445181 |
| 2 | Info Hash: C1E76365EF7D7BC800205365F8FE1B44237D631C<br>File Hash:<br>9613B0902E0478A9F2B46649E713D8F0FD5265E558BFC65C01F3B83470C8EE99 | 11-22-2023<br>13:40:46 | Blacked Raw | 11-20-2023 | 12-12-2023 | PA0002444867 |
| 3 | Info Hash: DBAF7502E2630DBB366ED11AF6971E26893AF162<br>File Hash:<br>D545BA655DDBC08F659B878601962762E84523B709BE6E3BE9EAEF83C12B836C | 11-18-2023<br>10:57:18 | Blacked Raw | 06-18-2023 | 07-13-2023 | PA0002420357 |
| 4 | Info Hash: 6E56C126EEB4570096BBA5B13C5D71B4B558D169<br>File Hash:<br>7F16D8FFB15091B33A019E692C0875B86778EE736179D11FFEA3A03E4D9F593B | 11-17-2023<br>06:44:26 | Blacked | 11-11-2023 | 12-11-2023 | PA0002444873 |
| 5 | Info Hash: 7A12B49FE6FE4B060E5EA4C903652C9290747100<br>File Hash:<br>43D171EF7A263ECF3D5050F6B6D9AF042CB10E68E24C0487DC19E2F707A96A6E | 11-11-2023<br>11:07:26 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 6 | Info Hash: 2728B98A89D318290808886883CA085CF873313E<br>File Hash:<br>58B53C3921E1CD13C4C41307F7A58BEC53AAB5A95A7902464C0F5F31977DA652 | 11-06-2023<br>04:34:52 | Blacked | 11-04-2023 | 11-13-2023 | PA0002439565 |
| 7 | Info Hash: 952FD433ACDFC703AC80FEA1FCD27F59D88D6303<br>File Hash:<br>B88C51C02F03BE9960F6CA9B3FD2CBBF270B84EC451832F214E5FDB5A8EE8906 | 11-01-2023<br>23:30:41 | Blacked | 09-16-2023 | 10-18-2023 | PA0002435289 |
| 8 | Info Hash: DB7E07F3B2EB00F465129770883A4ACCBC5D8ACD<br>File Hash:<br>067CB7737F29DEEB5C9C702023DE0E5B0D105E39E009762AA1E531C1AEF95A6D | 10-31-2023<br>23:11:37 | Blacked | 09-23-2023 | 10-17-2023 | PA0002435265 |
| 9 | Info Hash: 0FE2ACBD0E7382B86EBD3348F866BAE4C2262B53<br>File Hash:<br>E55D6108416FEED81F2C2AE3DE74DD469CE42C5BB37565A4EA62DC8555EFF3A1 | 10-31-2023<br>16:36:27 | Blacked Raw | 05-29-2023 | 06-09-2023 | PA0002415372 |
| 10 | Info Hash: 2805A8C1DF1564EF292E208D8C1A8E0FDAFBA5E8<br>File Hash:<br>30DBCC6B565C5C599978068BFBBA4BABCC9F035143F85529A676ADDFB826233E | 10-31-2023<br>16:34:37 | Blacked Raw | 08-21-2023 | 09-17-2023 | PA0002430900 |
| 11 | Info Hash: 14FF5D565F3D5DDC2B5288FFBBB3476330378118<br>File Hash:<br>C9F70EFAF6191ED27C00882AD5385F217A22F108958EA9D630E6EF75AA1550FC | 10-31-2023<br>13:29:58 | Blacked Raw | 09-25-2023 | 10-18-2023 | PA0002435306 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 8E567566EF20897FE0D0ED75364FEDDF25B109AB<br>File Hash: 312938B7504CABC188C6747AF3DC7813B3DA6A1B2F93ABC1AFF99FC8A6D5D02E | 10-31-2023 13:29:31 | Blacked Raw | 07-03-2023 | 07-13-2023 | PA0002420355 |
| 13 | Info Hash: E32E6091BEC7A4EC0F7B3790091D4DD6D4368844<br>File Hash: 4F90CE55D757C603F9900A86135ED4ED2F36C2412729CD6633A1A08FC4086314 | 10-31-2023 13:29:19 | Blacked Raw | 06-08-2023 | 07-13-2023 | PA0002420361 |
| 14 | Info Hash: 778324BEB813919D44E73DDFA757930F3FB6C2F6<br>File Hash: 7EC04412F074B99B2229EB1BCCDD276232478F7E9897B18363E1B5837330CC99 | 05-31-2023 10:36:59 | Blacked | 08-13-2019 | 08-22-2019 | PA0002195504 |
| 15 | Info Hash: CB3E0990402330F8BB53F646F8F4442823D49B2D<br>File Hash: 47DBB7C708EA487E8F95EB89FBDC0596204EADDC029D9BCD1FD57B8E9FF2552E | 05-31-2023 07:32:15 | Blacked Raw | 11-13-2019 | 11-27-2019 | PA0002213997 |
| 16 | Info Hash: FBDEB77E92B3BCDE078B2EE02A0456A45443A1EC<br>File Hash: 73AE747B42AB732EF3C89E91DC7F3655D0E3D7E670B3BDCED9641A8591B722DD | 05-06-2023 15:29:21 | Blacked Raw | 04-29-2023 | 05-14-2023 | PA0002411313 |
| 17 | Info Hash: CF908D8BA58ED5AD647C500172BF9D2D523E429E<br>File Hash: AF9F1602B97C23C054D8C37312CA084505123BE0169F4F4FCEE360018B62DD24 | 05-04-2023 02:26:43 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 18 | Info Hash: 30301D91EB7B5A90760AA74896B144B14379DD64<br>File Hash: 6BCEB16549DD0A377B08BAEE1ECD57E3BAE36C319AF76E4B89E8DD8D03BFDACB | 04-29-2023 18:25:29 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |
| 19 | Info Hash: 94B3ECEA7C2F08CCBC66225584E6CBB82C5ECCD7<br>File Hash: 97DACE343D48FCF5F6BB9A9B0C5ADB2348F636783BB9A2CCB7B28D0F550BC00F | 03-22-2023 10:36:24 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 20 | Info Hash: 5934CAF7E62BD17FF2B6CEF24482B13A9B4A3BD0<br>File Hash: 8CDB3681EAE8E4D7005F5759D3873A0EA4F631F1C6547F7C66C73E474366A784 | 03-22-2023 10:27:47 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 21 | Info Hash: BCD97F765AD72CFA9BC42CB26F1DB49D6C7387A4<br>File Hash: 2F77A13D57A1B50E73B38E30A8B4C14B47F1ECF9FB39E38B971BEF4E0A4FECF1 | 02-15-2023 14:52:02 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 22 | Info Hash: 90A1D7CB8B1164A9B39FF031F7F327E10DAF2221<br>File Hash: 4F5E9E0E11E4C06166F581F7E6719DD1E9D3DB561F994F8BD047F9AD7B9D4BED | 02-15-2023 14:33:32 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |
| 23 | Info Hash: 3E7D09038CAB550EEB12537E21D05B0989FB657C<br>File Hash: C00C8059F52ADA35C8756D56B666C0B1561FF2404515B1CFB4A1EBC0EB00D8AC | 02-15-2023 14:33:28 | Blacked | 05-07-2022 | 05-20-2022 | PA0002350371 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: E1BE70247F577325171B575345E5401BA627CE46<br>File Hash:<br>2621A5EE4373A526C5F54686C1CEC6E92CC69B6B2B7FE78AF3DF2068B311DB2E | 02-15-2023<br>14:32:51 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 25 | Info Hash: A44D9E12AF9C892684763C28941B668EF239CC7C<br>File Hash:<br>9829F668C7BCDA17F5848DE3EAF5B82136F0C3E5ADF1D74481A2F84111D1152D | 02-15-2023<br>14:32:17 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 26 | Info Hash: 2FC3F09B947E9E86BB127C09DAE7DB9FAE18FD4A<br>File Hash:<br>671B982103377F6C3E28954833E87D419208E318DC2F390CDB2A101A47F67ADB | 02-10-2023<br>19:34:04 | Blacked | 09-12-2019 | 09-25-2019 | PA0002203159 |
| 27 | Info Hash: D87F96E2DE48F924F8E375EE26C21F6ECABC68A1<br>File Hash:<br>BAFDCF065640195A34352C75C9069D68D4BDB897336C2EA90EA7870F373D04C8 | 02-10-2023<br>19:25:39 | Blacked | 04-11-2020 | 04-22-2020 | PA0002237696 |
| 28 | Info Hash: 6A3BE07313D1C03371ABCC46EAF6BFE12FE50820<br>File Hash:<br>620CE75BBCA068FD4939E55ED6508ACA1832F425A4A705AE45DF5AEB037FDC7F | 02-10-2023<br>16:50:09 | Blacked | 05-10-2019 | 07-05-2019 | PA0002206368 |
| 29 | Info Hash: D6E0A40D7E916C17226EFE6BB7290F89845DA1AD<br>File Hash:<br>2D65FAB3ECF540837E4442CCF67DBD19262CBC25898523B6ABC46F2B681AA87F | 02-10-2023<br>13:33:41 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |
| 30 | Info Hash: DFA0AF19065D6F02AE53DDE461AB054C52749DB9<br>File Hash:<br>703FD77F348AD392267F1D6452CBA9BBEBEC335C0DA6636F12F6F5A7B1EC39A4 | 02-10-2023<br>13:33:09 | Blacked Raw | 10-14-2019 | 11-05-2019 | PA0002210289 |
| 31 | Info Hash: E9C4DE1739D578D51FC5B18D2E150BB4883D3EA2<br>File Hash:<br>72AFD88113D049E0EAF18D1AE167A60C2D2B40D36DA409D63BAF60140606B97D | 02-10-2023<br>10:30:15 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |
| 32 | Info Hash: 7BD06AA2867FB1FDB0B8588EEB1761B0FA76FC04<br>File Hash:<br>B7D71613E5C9F064D8A95C7DBBCCDC5B6AE1945331A73DB395C562BCF4BEA084 | 02-09-2023<br>06:29:46 | Blacked Raw | 03-22-2021 | 04-14-2021 | PA0002286722 |
| 33 | Info Hash: C9B87F7FCE22F10DF65A45825E381968FFB29472<br>File Hash:<br>0FB9892C2F76FF3FBDD59906A779FD46CB167799C6056A0406EA24379398714F | 02-09-2023<br>03:19:05 | Blacked Raw | 05-17-2021 | 06-03-2021 | PA0002299687 |
| 34 | Info Hash: DD14CADBA5FFA011BB22E707E57895C27489F763<br>File Hash:<br>5609546BB533DA2AE6A28F4A901D959D933868F029272F89C5AAE4C4528A573E | 02-08-2023<br>23:49:10 | Blacked | 11-11-2018 | 11-25-2018 | PA0002136642 |
| 35 | Info Hash: 0875A3245DC5FD82FF06747975B36FED06A4392B<br>File Hash:<br>FA99644E8555732733B55FC790F63BE4D13199FD45AEFDF0866F0C1F8E1B2957 | 02-08-2023<br>23:49:06 | Blacked Raw | 01-12-2018 | 01-23-2018 | PA0002101755 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 4D55E274BBF2E7B057CD8A007B340B8F471F92C4<br>File Hash: AC2FEAEF2A7C9D68EEBA90ED8249FD890523B6C78D3E851E5876566907DA1A10 | 02-08-2023 14:17:16 | Blacked | 06-19-2021 | 07-08-2021 | PA0002300660 |
| 37 | Info Hash: 09062EB84D48B8D4625A0A3B86E851A64B200E52<br>File Hash: 57CB71074CE56964606BFC0769C42F98B94F7F580D9E2B2A27DDC51AB921F7D5 | 02-06-2023 10:47:33 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 38 | Info Hash: F1D1362B8E52A189D033030CE6E49B0EC11339A1<br>File Hash: F86B8DDAD193FE44514056337B10668123D499D8821DCA3CFD88D62CD00DD04E | 02-06-2023 10:47:05 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |
| 39 | Info Hash: AF91979F566FD3D83F791FBDACF3241AF860E92C<br>File Hash: 597EE4589764A82DC7E08E082F3C33C99AC6FF5A0DDBEAB315B3632DF1225620 | 02-05-2023 09:51:37 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 40 | Info Hash: 5E895C99167DC14F740D578515707EA3BFA9F0F2<br>File Hash: 8679396D7C6C4417C6CF4ECB1616891043F523FAA8D5702A2057AC953380AA1C | 02-05-2023 09:49:25 | Blacked | 03-26-2022 | 04-23-2022 | PA0002346435 |
| 41 | Info Hash: EE2CF90BCF1DCB15939DEC05742A41DC03B966FF<br>File Hash: B1035C95DFA3195E061DB932A659C132B33B11913C4105FCF7CFF6FEF7D92D97 | 02-05-2023 09:48:14 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 42 | Info Hash: DD1F454C5C0C5909112E2BA4108C3893EA102E5F<br>File Hash: 46A5F2D7C74BF29D1B5201A849B45D942D9A096CD69D10E07CBBDDB1FE002D9F | 02-05-2023 05:49:32 | Blacked Raw | 11-01-2021 | 11-11-2021 | PA0002321320 |
| 43 | Info Hash: 65B2AE6546D2A1E20EBC6A467D52FD553681CD5D<br>File Hash: 794E8909910EE06D702F127BF3B058239F8BA3FCC0F7CB96A3C91F99FB61F9B5 | 02-05-2023 02:46:35 | Blacked Raw | 01-17-2022 | 03-04-2022 | PA0002345790 |
| 44 | Info Hash: 09D9032A2A970429F03691B86CDE4626FA367516<br>File Hash: E02A28D4BC94CF2BB047936D0F077C282A44EB41C8231CABDFF014E0E6AC4B20 | 02-05-2023 02:46:17 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 45 | Info Hash: 1046E817AEB1AB53551EFDDC2F42EBBDE45D0DFF<br>File Hash: 97CFD791A0EFDE2A75DF47466A52FFEF394365003CACC8965C4E94E9B274E504 | 02-05-2023 02:44:24 | Blacked Raw | 12-20-2021 | 01-17-2022 | PA0002330107 |
| 46 | Info Hash: CB824E8C8C2E955B1913A116A11A448FF74ADC80<br>File Hash: BA3525EF7022D26044B192EBAA815DB0C698E500BABC616A3D36FEB4A57476DC | 02-05-2023 01:30:09 | Blacked Raw | 12-25-2022 | 01-09-2023 | PA0002389598 |
| 47 | Info Hash: E79EC4D3FEB92367693E14BB727D49796B3C6C6F<br>File Hash: 51FC290F5DE0285E7040A7FD84A7DF71182816A326C1B56160787D513A7C0DD1 | 02-05-2023 01:26:03 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 3D46FAEADF791918AC2A93212D3718829DA75199<br>File Hash: 5BDE7B26D36920362ED85DF09E14320ADB11C91B3BD45C8AE255457731D3D8D0 | 02-05-2023 01:24:38 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |
| 49 | Info Hash: 35F44879228811CF9C2110079EA8CD9171E7A611<br>File Hash: 55276562F44CADDD8899A9228D58BC97315ED70D649C5210B42D57DB4C43EB68 | 02-05-2023 01:24:26 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 50 | Info Hash: C0A2ECD28E56C3B0C99FFB648519AE03B45CD352<br>File Hash: 546410AC2AB27879EB515B7BE995E2B772F4D93C2BAF048BC57CB7DED82661A3 | 02-05-2023 01:24:06 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |