**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP | ) | |
| Address 45.22.71.196, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP | ) | |
| Address 73.43.172.88, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP | ) | |
| Address 99.98.209.132, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

STRIKE 3 HOLDINGS, LLC,   )
            )
    Plaintiff,   )  Civil Case No.
            )
v.           )
            )
JOHN DOE subscriber assigned IP )
Address 174.163.124.9,    )
            )
    Defendant.   )
_____)
STRIKE 3 HOLDINGS, LLC,   )
            )
    Plaintiff,   )  Civil Case No.
            )
v.           )
            )
JOHN DOE subscriber assigned IP )
Address 76.17.18.208,    )
            )
    Defendant.   )
_____)
STRIKE 3 HOLDINGS, LLC,   )
            )
    Plaintiff,   )  Civil Case No.
            )
v.           )
            )
JOHN DOE subscriber assigned IP )
Address 45.19.245.132,    )
            )
    Defendant.   )
_____)

2

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP | ) | |
| Address 73.184.247.26, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP | ) | |
| Address 104.190.216.29, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP | ) | |
| Address 97.81.76.48, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

STRIKE 3 HOLDINGS, LLC,                )
                                       )
            Plaintiff,                 )    Civil Case No.
                                       )
v.                                     )
                                       )
JOHN DOE subscriber assigned IP        )
Address 71.199.137.137,                )
                                       )
            Defendant.                 )
_____)
STRIKE 3 HOLDINGS, LLC,                )
                                       )
            Plaintiff,                 )    Civil Case No.
                                       )
v.                                     )
                                       )
JOHN DOE subscriber assigned IP        )
Address 24.30.19.225,                  )
                                       )
            Defendant.                 )
_____)
STRIKE 3 HOLDINGS, LLC,                )
                                       )
            Plaintiff,                 )    Civil Case No.
                                       )
v.                                     )
                                       )
JOHN DOE subscriber assigned IP        )
Address 108.78.223.207,                )
                                       )
            Defendant.                 )
_____)

4

## PLAINTIFF'S NOTICE OF CONSENT TO CONSOLIDATION OF CASES

**PLEASE TAKE NOTICE** that Plaintiff, Strike 3 Holdings, LLC, hereby consents to consolidation of the above-captioned cases with *Strike 3 Holdings, LLC v. JOHN DOES subscriber assigned IP Address 71.59.3.125*, case no. 1:23-cv-02096-SDG, pursuant to Fed. R. Civ. P. 42(a).

Dated: December 20, 2023          Respectfully submitted,

By: /s/ *Richard A. Rice, Jr.*
Richard A. Rice, Jr., Esq.
GA Bar No. 603203

The Rice Law Firm, LLC
3151 Maple Drive, NE
Atlanta, GA 30305
Tel.: (404) 835-0783
Fax: (404) 481-3057
E-mail: richard.rice@trlfirm.com
*Counsel for Plaintiff*