**Exhibit A to the Complaint**

**Location:** Jonesboro, GA  
**Total Works Infringed:** 41  
**IP Address:** 24.30.19.225  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 3BB2C2D69CD73FE3B73C1036EC55D80D64C66F12<br>File Hash:<br>6BA3208A637EFB1F6B25CACAC5D579D641B8E4991DDA11938BD640DA20283EC5 | 12-02-2023 09:24:16 | Blacked | 09-09-2023 | 09-18-2023 | PA0002430904 |
| 2 | Info Hash: D0854C51628C35C3A0BE12D62CEDF6C96D321E03<br>File Hash:<br>1B0884076768B211859C2DC1D3ECB3B989849337E01D8EDA7E7EAF79F0BDB3F7 | 11-29-2023 17:56:24 | TushyRaw | 08-23-2023 | 09-18-2023 | PA0002431079 |
| 3 | Info Hash: 482D3373C438EFF1EC7AE7B3D451D18632922136<br>File Hash:<br>147BFC1BDF4A79D3BEC7E3AB0F782CFE75D0485E59B7842DB1D435ACB266AD82 | 11-28-2023 21:15:22 | Vixen | 11-03-2023 | 11-14-2023 | PA0002439696 |
| 4 | Info Hash: 8583EDBC998E65182EA69EFA62A3A8D07EFD475B<br>File Hash:<br>56A46B1CD733F3AFEB2B2D240B7490ABBFBFD635CAC013374CCB001B9805D309 | 11-28-2023 20:26:54 | TushyRaw | 09-20-2023 | 10-18-2023 | PA0002435608 |
| 5 | Info Hash: 63AB8093F9D0C75D1A28BFE0DDEF6F890320A418<br>File Hash:<br>590F487A5488D1033DF74FE0E27E3CADF65B81A392626D27045DEA7768C949E0 | 11-28-2023 20:25:16 | TushyRaw | 11-08-2023 | 11-14-2023 | PA0002439690 |
| 6 | Info Hash: 5BFE40FC41DEA389A38A18C81FE237D125CA605E<br>File Hash:<br>4882A0A660715E1FEFB21882B841970E8132883B06C00E7709D8AFC74FAFC696 | 11-28-2023 20:13:29 | Vixen | 09-22-2023 | 10-18-2023 | PA0002435594 |
| 7 | Info Hash: F12F55713EC6A7E7E3F1A33FE2A8049A10A95593<br>File Hash:<br>60A8BC6C47A7696845FB32F0CB97315EEE90C565083A81A918FB291D8ECD3B74 | 11-28-2023 20:07:38 | Vixen | 09-08-2023 | 09-18-2023 | PA0002431077 |
| 8 | Info Hash: 4699597E57EC1481F3DF54290FB875AAF1071395<br>File Hash:<br>3146C266FB8ABEC88072194F899CC434B2AAF668FC74859FD850B8E46B97BA46 | 11-28-2023 20:07:36 | TushyRaw | 11-15-2023 | 12-13-2023 | PA0002445430 |
| 9 | Info Hash: 68F85F14150B2FED01ECD397F16515D2F0C251EA<br>File Hash:<br>4D1A87CA771177F06AD20F9A8CD79CE84C9F6D297D0259AA4F5807903195861B | 11-28-2023 20:07:34 | TushyRaw | 11-22-2023 | 12-13-2023 | PA0002445429 |
| 10 | Info Hash: 7B165A7294250669C2750EDF2773C8058E63E1F0<br>File Hash:<br>58ED25D06BDC7899776650C60DE694FDA485066B233D800D1BB68B93B908B4E3 | 11-28-2023 20:07:10 | TushyRaw | 09-13-2023 | 10-18-2023 | PA0002435599 |
| 11 | Info Hash: A7E2375CB2DA12839FF2669103799E607D10BFE1<br>File Hash:<br>418CADA127DA64FD873E78816866FE7C1FAF51CF3FAC7E542111483E3FEF01B6 | 11-28-2023 20:06:55 | Blacked Raw | 08-14-2023 | 10-18-2023 | PA0002435302 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: C44410D7B9C4645D783DCCB9F9BFBBF692290D27<br>File Hash:<br>7BFA14D59D50EC1B85DADAC2A59CE80B3A4E75C3800E972697398A4E0641DB67 | 11-28-2023<br>20:06:14 | TushyRaw | 11-01-2023 | 11-14-2023 | PA0002439668 |
| 13 | Info Hash: FA20D39034EDFC50948A080427384605A446A466<br>File Hash:<br>A0986A0178EEFBE2DD192A7CE59BD59C341B76F0B34FD5BF271CCFB49A98C63C | 11-28-2023<br>20:06:14 | TushyRaw | 10-11-2023 | 11-14-2023 | PA0002439659 |
| 14 | Info Hash: 9578CEADAF52252AB01CB54A60D94318B03BED9A<br>File Hash:<br>C17C63FBF3DF99AF836AFF3EC5FFDE8B8D7C920A7A3DE7D3BC7A33D41AEB4667 | 11-28-2023<br>20:06:14 | TushyRaw | 10-04-2023 | 10-18-2023 | PA0002435604 |
| 15 | Info Hash: 4FA14B9C943059FA0F77997BDAD53EC5D25B65AF<br>File Hash:<br>52B095A18F3FE6E36149DD752A8BC74121A39A4A549AF2EF586581C95048D010 | 11-28-2023<br>14:21:05 | Vixen | 09-15-2023 | 10-18-2023 | PA0002435602 |
| 16 | Info Hash: 58E77336C83654858C230DDA1E430E154FEA6E6A<br>File Hash:<br>2261B3CBA207FE158D31832467408E3D3D2FDA307146C7C1F75A7F597D8F13AF | 11-28-2023<br>03:05:08 | Vixen | 03-15-2019 | 04-08-2019 | PA0002164872 |
| 17 | Info Hash: 70404F294DC3C1E6C1D71FD358C5C63615C149D5<br>File Hash:<br>1F640EBD797A05EFBFF6A3FFE3D4AB9B7F37BC4A4D01BE05C4D269BACCDF55F8 | 11-28-2023<br>00:42:09 | Vixen | 10-27-2023 | 12-05-2023 | PA0002443585 |
| 18 | Info Hash: 646895205952AB8F190228AC0EE49D8B534FB011<br>File Hash:<br>9009F20AED52DB628DBE2F5F4730D8ABDEC97ED4768711ED5C3D231C42817C1D | 11-28-2023<br>00:10:45 | Vixen | 11-24-2023 | 12-13-2023 | PA0002445431 |
| 19 | Info Hash: 26F87EC223F2F7096DFE53EDE3C672AEA6CED133<br>File Hash:<br>FB852ABC6F1D55D27DC643E1A85721F6E6D71E16DE5E880F9856F20710ABB86B | 11-27-2023<br>18:45:12 | Blacked | 10-14-2023 | 11-13-2023 | PA0002439573 |
| 20 | Info Hash: 009A8E6CF76E72190346F3FE6DBB5544DDB32BE3<br>File Hash:<br>30DBCC6B565C5C599978068BFBBA4BABCC9F035143F85529A676ADDFB826233E | 11-27-2023<br>18:45:05 | Blacked Raw | 08-21-2023 | 09-17-2023 | PA0002430900 |
| 21 | Info Hash: 1AF4BBF08885C527E6A0B5B239A5E9F37FD0ED86<br>File Hash:<br>6590C57C8662AA3B46DF58CF146636F56BB1326DFDAF254D39B5BFB19240C435 | 11-27-2023<br>18:44:57 | Blacked Raw | 08-07-2023 | 08-17-2023 | PA0002425526 |
| 22 | Info Hash: 11E1C38ED38092B99D8C5A51E1F6C9D43A97B591<br>File Hash:<br>EEAFFD91D5D327858DAA041C03C49777DEBF69252E3D23ECB1E6C0D0136BD87B | 11-27-2023<br>18:44:56 | Blacked | 07-22-2023 | 08-17-2023 | PA0002425765 |
| 23 | Info Hash: 861037887CA183194D371E1EDA90006F7F481AAC<br>File Hash:<br>F74C624E2D49C957BC1ACFAD21A574E0A37C6B69A75BDD798F8816AACB4CEE6D | 11-27-2023<br>17:56:17 | Blacked Raw | 09-04-2023 | 09-17-2023 | PA0002430908 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 1C6D933D4FBEE158F69D58DE8D028888D550C739<br>File Hash:<br>095F87A30E0E62F47A74619A728487B9AD39AE0D639BAD8EA72648E6778B5692 | 11-27-2023<br>17:54:56 | Blacked Raw | 11-13-2023 | 12-12-2023 | PA0002444884 |
| 25 | Info Hash: EA0A7A563821E15AD7E47DA6C601C77B00FFD762<br>File Hash:<br>067CB7737F29DEEB5C9C702023DE0E5B0D105E39E009762AA1E531C1AEF95A6D | 11-27-2023<br>17:50:25 | Blacked | 09-23-2023 | 10-17-2023 | PA0002435265 |
| 26 | Info Hash: B48B214C86A6E3CAA7128F3C6C63A0C6BD6A7185<br>File Hash:<br>A6BFB72E52D777757579AF6BFA86BB904051A07D0A84C5E6364A63266E8A132F | 11-27-2023<br>14:48:06 | Blacked | 10-21-2023 | 11-13-2023 | PA0002439582 |
| 27 | Info Hash: 0A85052B5389FE04B9F82ACF5CFE816E7C7D0B06<br>File Hash:<br>BE8B902733C70B3B38510BCB5C9743A1C0E804C8608E5725928DEA9CE0F8B584 | 11-27-2023<br>14:48:06 | Blacked | 09-30-2023 | 10-18-2023 | PA0002435266 |
| 28 | Info Hash: A4425A9D71D63C3181AF789A2E6F642A89FCC910<br>File Hash:<br>4C9D15E0CB287F4F13ED226C4FBF95DD5DEC514E0C6E33A29E35FED682C100B2 | 11-27-2023<br>14:48:00 | Blacked Raw | 09-11-2023 | 09-17-2023 | PA0002430897 |
| 29 | Info Hash: D0BD237ED5D25EAB7357AC2CC2B6220B866A6258<br>File Hash:<br>2E2B1A2999460AA80AFADB91A72F3FBED5B3C9D9B40E335DA5ED10E5DBE7FBF1 | 11-27-2023<br>14:47:56 | Blacked | 11-18-2023 | 12-11-2023 | PA0002444878 |
| 30 | Info Hash: 42CADE27EE9D28E1507BC850008E8FAAB8D91DAA<br>File Hash:<br>BE957923141861AA8E3344F8E62998BC3D68E4152F0BED4E225FC114E021638D | 11-27-2023<br>14:47:55 | Blacked | 09-02-2023 | 09-18-2023 | PA0002430909 |
| 31 | Info Hash: 6DBDA785AB5FB960DED377AC1CDB722CCE5D7991<br>File Hash:<br>D1F35D4733FA9974723998988D429FE59DCE57FD5C55E61D3756AC6E03286309 | 11-27-2023<br>14:47:47 | Blacked | 08-26-2023 | 09-18-2023 | PA0002430902 |
| 32 | Info Hash: 61DEB7867A1DD1240966E537B402AEB961E9B202<br>File Hash:<br>80EE041499B1EDC1451EEC6B288A38CA67E2F19387EA12AD25584FE47AF3EFEC | 11-27-2023<br>14:47:46 | Blacked Raw | 11-20-2023 | 12-12-2023 | PA0002444867 |
| 33 | Info Hash: 2A313C9A5BE36420B17CDDF280D97577A3B6DE09<br>File Hash:<br>202C81A31AD249F3B0D4589F294FAC3F5B3026BF781CEB900C680EB7BDD5BD2E | 11-25-2023<br>16:20:11 | Blacked Raw | 10-30-2023 | 12-05-2023 | PA0002443584 |
| 34 | Info Hash: 756F97C3F34497D02236A11C4D35074801457FA8<br>File Hash:<br>B4479BED86BD7679A3120495A42534A22F7E673C9DA9FBA3DF28F23C02AABA25 | 11-25-2023<br>16:16:26 | Blacked Raw | 10-02-2023 | 10-18-2023 | PA0002435277 |
| 35 | Info Hash: DA70A507154195E1F1D887397EC5903939B976AD<br>File Hash:<br>0C349545C5D39C96181264C812AC75A6E396F1D5E790A94F1D9E0203C438F5AB | 11-25-2023<br>16:14:21 | Blacked Raw | 10-23-2023 | 11-13-2023 | PA0002439616 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 7B39ABD925F317DA70E4F627EB0456FBE2544C30<br>File Hash:<br>9E23AB0CC3CDEA2A843D2BD43BDD0DBCC262BB46BD464F67E1020B02DCF5F706 | 11-25-2023<br>16:13:57 | Blacked Raw | 11-06-2023 | 11-13-2023 | PA0002439619 |
| 37 | Info Hash: 8FDDF6462F338390EF8F1CF332C7C7E1BFB894FB<br>File Hash:<br>41E8F5F89EF57DA3E9AF09CB0BDD0367EDC36EB705F7C1AC47B5B135BC530A6E | 11-25-2023<br>16:10:48 | Blacked Raw | 10-09-2023 | 10-18-2023 | PA0002435308 |
| 38 | Info Hash: 120E8240FF14C16E0EDD16A466B65427936E1CE6<br>File Hash:<br>53A23E5155E5A7108EA9168E9DF2782AB610222ADA7508656872DB5CAEA4B55C | 08-10-2023<br>16:47:47 | Blacked Raw | 07-31-2023 | 08-17-2023 | PA0002425528 |
| 39 | Info Hash: 820CBB99FB57B22A615A265A037190723E9A5D3A<br>File Hash:<br>312938B7504CABC188C6747AF3DC7813B3DA6A1B2F93ABC1AFF99FC8A6D5D02E | 08-10-2023<br>14:11:27 | Blacked Raw | 07-03-2023 | 07-13-2023 | PA0002420355 |
| 40 | Info Hash: 8D6B2A4FA654BA27C275C4E7EA736313A4450906<br>File Hash:<br>7E097A5958EEEDEC326D9C323893A0DA78BB486E3954E2B0395A2E04293A7C7D | 08-10-2023<br>13:44:03 | Blacked Raw | 06-23-2023 | 07-13-2023 | PA0002420356 |
| 41 | Info Hash: D2458D5C013A4E15DDD6A003056B35AFFF75CF5B<br>File Hash:<br>19BBFB5DF3C32AE1EF626FAA09CA49B20E6484D10B705CA78E3DF9C95B10A40B | 08-10-2023<br>11:55:40 | Blacked Raw | 07-10-2023 | 07-13-2023 | PA0002420345 |