## BUSINESS INFORMATION

**Business Name:**
COSTCO WHOLESALE CORPORATION

**UBI Number:**
601 024 674

**Business Type:**
WA PROFIT CORPORATION

**Business Status:**
ACTIVE

**Principal Office Street Address:**
999 LAKE DR, ISSAQUAH, WA, 98027-8990, UNITED STATES

**Principal Office Mailing Address:**
PO BOX 35005, SEATTLE, WA, 98124-3405, UNITED STATES

**Expiration Date:**
05/31/2021

**Jurisdiction:**
UNITED STATES, WASHINGTON

**Formation/ Registration Date:**
05/12/1987

**Period of Duration:**
PERPETUAL

**Inactive Date:**

**Nature of Business:**
RETAIL, WHOLESALE TRADE

## REGISTERED AGENT INFORMATION

EXHIBIT C

**Registered Agent Name:**

JOHN SULLIVAN

**Street Address:**

999 LAKE DR, ISSAQUAH, WA, 98027-8990, UNITED STATES

**Mailing Address:**

999 LAKE DR, ISSAQUAH, WA, 98027-8990, UNITED STATES

## GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | MARGARET | MCCULLA |
| GOVERNOR | INDIVIDUAL | | GAIL | TSUBOI |
| GOVERNOR | INDIVIDUAL | | RICHARD | GALANTI |
| GOVERNOR | INDIVIDUAL | | JOHN | SULLIVAN |
| GOVERNOR | INDIVIDUAL | | PATRICK | CALLANS |
| GOVERNOR | INDIVIDUAL | | WALTER | JELINEK |
| GOVERNOR | INDIVIDUAL | | JEFFREY | ELLIOTT |

Back

Filing History | Name History | Print | Return to Business Search