E-FILED IN OFFICE - MB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-08575-S1**

**12/20/2023 2:59 PM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

BOK HEE HYUN AND YOUNG DO YOU,          )
                                        )
              Plaintiff,               )
                                        )
                                        )   CIVIL ACTION
vs.                                     )   FILE NO.:  23-C-08575-S1
                                        )
COSTCO WHOLESALE CORPORATION,           )
                                        )
              Defendant.               )
                                        )

## DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, on December 20, 2023 Defendant Costco Wholesale Corporation filed a Notice of Removal, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removing the above-captioned action from the State Court of Gwinnett County, State of Georgia to the United States District Court for the Northern District of Georgia.  A true and correct copy of the Notice of Removal is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that, upon the filing of the Notice of Removal with the Clerk of the United States District Court for the Northern District of Georgia, and filing copies thereof with the Clerk of the State Court of Gwinnet County, State of Georgia, the Defendant has effected removal and the State Court shall proceed no further action in this action unless and until the case is remanded pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted 20th day of December, 2023.

MCGREW MILLER BOMAR & BAGLEY, LLC

*/s/ Heather H. Miller*

_____
HEATHER H. MILLER
Georgia Bar No. 506756
COLLEEN E. CALLAGHAN
Georgia Bar No. 176380
*Counsel for Defendant*

EXHIBIT
E

50 Hurt Plaza, SE, Suite 1200
Atlanta, GA  30303
(404) 410-8410 (Phone)
hmiller@mmbblaw.com
ccallaghan@mmbblaw.com

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter electronically via Odyssey eFileGA and addressed as follows:

Tae K. Song
Law Office of Tae K. Song
2550 Pleasant Hill Road
Suite 433
Duluth, GA 30096

This 20th day of December, 2023.

MCGREW MILLER BOMAR & BAGLEY, LLC

*/s/ Heather H. Miller*

_____

HEATHER H. MILLER
Georgia Bar No. 506756
COLLEEN E. CALLAGHAN
Georgia Bar No. 176380
*Counsel for Defendant Costco Wholesale Corporation*

50 Hurt Plaza, SE, Suite 1200
Atlanta, GA  30303
404-410-8410 (Phone)
hmiller@mmbblaw.com
ccallaghan@mmbblaw.com