# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BOK HEE HYUN AND YOUNG DO YOU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | REMOVED FROM GWINNETT |
| vs. ) | COUNTY CIVIL ACTION |
| ) | FILE NO.:  23-C-08575-S1 |
| COSTCO WHOLESALE CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

COMES NOW Defendant Costco Wholesale Corporation, and in accordance with Federal Rule of Civil Procedure 7.1 and N.D. Ga. L.R. 3.3, files this Certificate of Interested Persons and Corporate Disclosure Statement, showing the Court the following:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

| **Name** | **Identification & Relationship** |
|---|---|
| **Bok Hee Hyun** | **Plaintiff** |
| **Young Do You** | **Plaintiff** |
| **Costco Wholesale Corporation** | **Defendant** |

**Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Costco Wholesale Corporation states that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**Other than Plaintiffs and Defendant, this Defendant is not aware of any party with a financial interest in or other interest which could be substantially affected by the outcome of this case.**

3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

**For Plaintiff:**

**Tae K. Song**
**Law Office of Tae K. Song**
**2550 Pleasant Hill Road**
**Suite 433**
**Duluth, GA 30096**

**For Defendant:**

**Heather Miller**
**Colleen E. Callaghan**
**MCGREW MILLER BOMAR & BAGLEY, LLC**
**50 Hurt Plaza, SE**
**Suite 1200**
**Atlanta, Georgia 30303**

(4) [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete

list of the citizenship* of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**Plaintiffs Bok Hee Hyun and Young Do You are citizens and resident of the State of Georgia. Defendant Costco Wholesale Corporation is a citizen of Washington.**

Respectfully submitted this 20th day of December, 2023.

MCGREW MILLER BOMAR & BAGLEY, LLC

 */s/ Heather H. Miller*

HEATHER H. MILLER
Georgia Bar No. 506756
COLLEEN E. CALLAGHAN
Georgia Bar No. 176380
*Counsel for Defendant Costco Wholesale Corporation*

50 Hurt Plaza, SE, Suite 1200
Atlanta, GA  30303
404-410-8410 (Phone)
hmiller@mmbblaw.com
ccallaghan@mmbblaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter electronically via CM/ECF and/ or addressed as follows:

Tae K. Song
Law Office of Tae K. Song
2550 Pleasant Hill Road
Suite 433
Duluth, GA 30096

This 20th day of December, 2023.

                              MCGREW MILLER BOMAR & BAGLEY, LLC

                              */s/ Heather H. Miller*

                              HEATHER H. MILLER
                              Georgia Bar No. 506756
                              COLLEEN E. CALLAGHAN
                              Georgia Bar No. 176380
                              *Counsel for Defendant Costco Wholesale Corporation*

50 Hurt Plaza, SE, Suite 1200
Atlanta, GA  30303
404-410-8410 (Phone)
hmiller@mmbblaw.com
ccallaghan@mmbblaw.com
404-465-3355 (fax)