*Ebony Burroughs v. The Kroger Co. State*
*Court of Fulton County, State of Georgia*

*Civil Action File Number: 23EV006980*

*Ebony Burroughs v. The Kroger Co.*
*USDC, Northern District, Atlanta Division*
*Civil Action File Number: TBA (Removal*
*#1:23-mi-99999)*

# EXHIBIT B:  NOTICE OF REMOVAL

## <u>PLAINTIFF'S DEMAND LETTER</u>

BEST IMAGE POSSIBLE



## THE FOSTER FIRM
PERSONAL INJURY SPECIALISTS

_SENT VIA CERTIFIED MAIL:_                                    **December 26, 2022**
**Sedgwick Claims Department**
**Attn: Betty Cason**
**P.O. Box 14452**
**Lexington, KY 40512**

|  |  |
|---|---|
| **Our Client** | **: Ebony Burroughs** |
| **Date of Loss** | **: 10/31/2021** |
| **Claim#** | **: 4A2110B3YBJ-0001** |
| **Your Insured** | **: Kroger (East Atlanta)** |

## DEMAND-FOR SETTLEMENT PURPOSES ONLY

Dear Ms. Cason,

As you know this firm represents Ebony Burroughs for a bodily injury accident that occurred on the above-mentioned date. Since this is a settlement letter, all of its terms are privileged and confidential. None of the statements made in this letter shall be deemed admissible in any proceeding, should our settlement efforts fail.

### FACTS AND LIABILITY

On October 31, 2021, Ms. Ebony Burroughs was shopping at Kroger located at, 3425 Cascade Road Atlanta, Georgia 30311. Suddenly and without warning, as Ms. Burroughs was walking in the bread aisle, she slipped and fell on blueberries that were left on the floor. She fell with her right knee tucked under her and felt immediate pain in her right knee. As a result, from the fall, she required help getting up from the ground.

### INJURIES AND TREATMENT

On November 1, 2021, Ms. Ebony Burrough presented to Grady Hospital with chief complaints of _right knee pain/swelling, hip pain, and a throbbing/radiating pain from her lower back down to her lower abdomen and into her hips_. Dr. Matthew Wheatley ordered x-rays of the right knee and pelvis for additional analysis of her injuries. Ms. Burrough was given Tramadol and Acetaminophen while she awaited her results. After careful review of the exams and a thorough physical examination, Dr. Wheatley diagnosed Ms. Wheatley's injuries as follows: **acute pain in the right knee**. Ms. Burroughs was prescribed Tramadol 50mg and Acetaminophen 500mg for pain. Dr. Wheatley provided an ace wrap for her knee, at-home care instructions, and recommended Ms. Burroughs seek additional care should her pain persist.

1895 Phoenix Blvd., Suite 110
Atlanta, Ga 30349
Phone: (404) 559-8325 Fax: (404) 559-8335
www.TheFosterFirmWins.com



THE FOSTER FIRM
PERSONAL INJURY SPECIALISTS

On November 8, 2021, Ms. Burroughs presented to Peachtree Orthopedics with complaints of *pelvis pain, right knee pain, low back pain, lumbosacral pain, and right hip muscle pain.* Ms. Burroughs said that she has had trouble sitting, walking, bending, squatting, lying down, and weight bearing. Dr. Obi Ugwonali ordered x-rays of the pelvis, knee, and lumbar spine. The pelvis exam resulted as normal. However, the knee and lumbar spine concluded the following: **Knee (right)**-calcific fragment medial epicondyle which may represent *an avulsion fraction or chronic ligament injury,* **Lumbosacral**-L5-S1 retrolisthesis. After careful review of the exams and a thorough physical examination, Dr. Ugwonali diagnosed Ms. Burroughs injuries as follows:

## DIAGNOSIS:
- **Pain in pelvis**
- **Pain of right knee joint**
- **Low back pain**
- **Lumbosacral strain**
- **Strain of muscle of right hip**
- **Sprain of anterior cruciate ligament of the right knee**
- ***Complete tear knee anterior cruciate ligament***

**Retrolisthesis-is relatively rare but when present has been associated with increased back pain and impaired back function.**

Dr. Ugwonali prescribed Cyclobenzaprine 10mg and Dendracin (topical cream) for muscle spasms and pain. He also provided the following: a physical therapy referral, ACL care instructions, a lumbosacral support brace, an orthopedic surgery referral, a knee sleeve, an ACL functional brace, a hinged knee brace, and MRI orders for the right knee and lumbar spine. Ms. Burrough treated at Peachtree Orthopedics from November 8, 2021, through December 30, 2021.

On November 19, 2021, and December 15, 2021, Ms. Burroughs returned to Peachtree Orthopedics for an MRI of the lumbar spine and right knee. Dr. Jeremy Royal administered both exams and concluded the following:

## MRI (right knee):
- **Complete tear of ACL**
- **Radial tearing along the free edge of the posterior horn and junctional zone of medial meniscus w/mild extrusion of the body**
- **Radial tearing along the free edge of the central posterior horn of the lateral meniscus near the root attachment**



THE FOSTER FIRM

- **Moderate joint effusion (excess fluid) w/mild synovitis (inflammation)**

**MRI (lumbar):**
- **Facet joint effusions in the lower lumbar spine with retrolisthesis**

On April 13, 2022, Ms. Burroughs presented to Karsch Orthopedics with continued complaints of *right knee pain/swelling*. Ms. Burrough expressed that she has had difficulty ascending stairs, difficulty descending stairs, and intermittent functional limitations. Dr. Robert Karsch performed a thorough physical examination, reviewed previous exams (Peachtree Orthopedics) and diagnosed Ms. Burroughs with **an acute ACL tear, right**. Dr. Karsch also noted weakness, numbness, and tingling that radiates from the lumbar, hip, and knee down the leg. He recommended Ms. Burroughs modify her work activities and limit squatting, climbing and kneeling activities.

**Per Dr. Karsch:**
**Plan: Counseling - ACL Tear.**
**"This is one of the most common knee injuries, especially in athletes. Females have an increased incidence of this injury compared with males. It can occur in a variety of different settings; some of the most common are a quick change in direction (cutting or pivoting), landing from a jump, or a direct blow. Some patients report hearing a popping sound. Pain and a sense of the knee feeling unstable are common symptoms. A significant percentage of these injuries occur in combination with injury to the cartilage, menisci, or collateral ligaments of the knee. Injury to the ligament is called a sprain. The sprain of your ACL is graded according to the severity of the sprain. Some sprains involve only a partial tear of the ACL while others involve a complete tear. After a complete tear you may require surgery to regain the optimal function of your knee. The decision to have surgery is based on your age, activity level, and presence of other injuries."**

Ultimately Dr. Karsch did recommend surgery.  The estimate for the cost of surgery is attached.

## SPECIAL DAMAGES & CURRENT MEDICAL EXPENSES

| Medical Facility | Charges and Expenses |
| --- | --- |
| Grady Hospital | $ 1,944.00 |
| Emory Medical Care Foundation | $ 363.00 |
| Karsch Orthopedics | $ 750.00 |
| Peachtree Orthopedics | $ 7,960.00 |
| MedTrans Go, Inc. | $ 180.00 |



THE FOSTER FIRM

PERSONAL INJURY GROUP, LLC

Total for special damages and medical expenses are: **$ 11,197.00**

**Surgical Estimate**                    **$ 56,151.15**

**Total Cost**                              **$67,348.15**

Our client would like to put this matter behind her and move on with her life. In order to satisfy this claim, we are demanding **$150,000.00**. As such, she has authorized me to discuss settlement with you provided we can do so no later than thirty days (30) from the date of this letter. Please let me hear from you within our stated deadline. Please note that unless we agree to an extension in writing, the deadline will not be extended. Do not wait until that day to seek additional time.

We thank you for your continued courtesies in this case and look forward to a timely settlement.

With kind regards, I remain,

Keith R. Foster
Attorney at Law

KF/kw
Enclosure(s):
Medical Records
Medical Bills

1895 Phoenix Blvd., Suite 110
Atlanta, Ga 30349
Phone: (404) 559-8325 Fax: (404) 559-8335
www.TheFosterFirmWins.com