# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EBONY BURROUGHS,<br><br>    Plaintiff,<br><br>v.<br><br>THE KROGER CO.<br><br>    Defendant. | Civil Action File No.:<br><br>_____<br><br><br>Removed from Fulton County State Court, Civil Action No. 23EV006980<br><br><br>JURY TRIAL DEMANDED |

## DEFENDANT THE KROGER CO.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant The Kroger Co., pursuant to Fed. R. of Civ. P. 7.1 and L.R. 3.3, and hereby files its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1) The undersigned certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    (a) Plaintiff Ebony Burroughs; and,

  (b)  The Kroger Co.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

  (a)  Plaintiff Ebony Burroughs;

  (b)  Keith R. Foster, Esq., The Foster Firm, LLC;

  (c)  The Kroger Co.; and

  (d)  Any other individual or entity with a financial interest in the outcome of the trial.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

  (a)  Counsel for Plaintiff Keith R. Foster of The Foster Firm, LLC.;

  (b)  Counsel for Defendants The Kroger Co.: Matthew G. Moffett, Esq. and Jeffrey M. Wasick, Esq. of Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.

(4)  The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

(a)  Plaintiff(s):

i.  Plaintiff Ebony Burroughs is a Georgia citizen.

(b)  Defendant(s):

i.  The Kroger Co. is an Ohio citizen.

Respectfully submitted, this the 20th day of December, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** <br> **MOFFETT & BRIESKE, L.L.P.** <br> 950 East Paces Ferry Road, N.E. <br> Suite 1700 – Salesforce Tower Atlanta <br> Atlanta, Georgia 30326 <br> Telephone:  (404) 870-7444 <br> Facsimile:   (404) 870-1072 | */s/ Sarah Raquel L. Lisle* <br> Matthew G. Moffett <br> Georgia Bar No. 515323 <br> Sarah Raquel L. Lisle <br> Georgia Bar No. 412593 <br> *Attorneys for Defendant The Kroger Co.* |

CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH L.R. 5.1

This is to certify that on this date, the undersigned served a true and correct copy of the foregoing pleading with the Clerk of Court using the CM/ECF system and served all parties of record via electronic service through the CM/ECF system to:

> Keith R. Foster, Esq.
> THE FOSTER FIRM, LLC
> One Crown Center
> 1895 Phoenix Blvd., Suite 110
> Atlanta, Georgia 30349
> kfoster@tfflaw.net

Further, this is to certify that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

Respectfully submitted, this the 20th day of December, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | */s/ Sarah Raquel L. Lisle* |
| **MOFFETT & BRIESKE, L.L.P.** | Matthew G. Moffett |
| 950 East Paces Ferry Road, N.E. | Georgia Bar No. 515323 |
| Suite 1700 – Salesforce Tower Atlanta | Sarah Raquel L. Lisle |
| Atlanta, Georgia 30326 | Georgia Bar No. 412593 |
| Telephone:  (404) 870-7444 | *Attorneys for Defendant The Kroger Co.* |
| Facsimile:  (404) 870-1072 | |

4