# EXHIBIT A

# United States of America
## United States Patent and Trademark Office

# HANUKKAH VERONICA THE MITZVAH FAIRY

**Reg. No. 7,146,448**
**Registered Aug. 22, 2023**
**Int. Cl.: 28**
**Trademark**
**Principal Register**

Wendy Bibace Brant  (UNITED STATES INDIVIDUAL)
2420 Concord Creek Trail
Cumming, GEORGIA 30041

CLASS 28: Doll accessories; Doll cases; Doll clothing; Doll costumes; Doll furniture; Doll house furnishings; Doll houses; Dolls; Dolls and doll accessories, namely, clothing for dolls, doll rooms, doll beds, doll houses, toy fabrics and linens for dolls and strollers for dolls; Dolls and dolls' clothing; Dolls and accessories therefor; Dolls and playsets therefor; Dolls and printed children's books sold as a unit; Dolls for Christmas; Dolls for Hanukkah; Dolls for Kwanza; Dolls for playing; Dolls in sitting posture (osuwari dolls); Dolls' beds; Dolls' clothes; Dolls' feeding bottles; Dolls' houses; Dolls' rooms; Ball-jointed dolls; Ball-jointed porcelain dolls; Ball-jointed resin dolls; Ball-jointed vinyl dolls; Bean bag dolls; Bobble head dolls; Bobblehead dolls; Bodhidharma dolls with pupils undrawn (menashi-daruma); Christmas dolls; Clothes for European dolls; Clothes for Japanese traditional dolls; Customized dolls having a face in the form of a particular adolescent who has unexpectedly or tragically died; European style dolls; Fabric dolls; Furniture for doll's houses; Furniture for dolls' houses; Girls' festival dolls and their fittings; Headwear for dolls; Helmets for dolls; Japanese traditional dolls; Kokeshi dolls; Matryoshka dolls; Paper dolls; Plastic dolls; Playsets for dolls; Plush dolls; Plush dolls created from children's drawings; Porcelain dolls; Rag dolls; Russian nesting dolls (matryoshka dolls); Sakura dolls; Shoes for dolls; Soft sculpture dolls; Stuffed dolls; Talking dolls; Toy doll styling heads; Traditionally dressed dolls; Traditionally dressed western dolls; Traditionally dressed children's dolls; Vinyl dolls

FIRST USE 11-7-2021; IN COMMERCE 11-7-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-979,985, FILED 04-27-2021



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office

