# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WENDY BIBACE BRANT,<br><br>Plaintiff,<br><br>v.<br><br>JULIE ANNE COOPER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO.

_____

**JURY TRIAL DEMANDED**

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Plaintiff Wendy Bibace Brant, makes the following disclosure of corporate ownership and other interested persons:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

**Plaintiff**: Wendy Bibace Brant.

**Defendant**:  Julie Anne Cooper

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**None known at this time.**

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

**Attorney for Plaintiff**:

L. Clint Crosby
Tyler P. Bishop
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ PC
3414 Peachtree Rd. NE, Ste 1500
Atlanta, Georgia 30326

(4)     The undersigned further certifies that the following is a full and complete list of the citizenship* of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**Plaintiff is a citizen of Georgia.**

*Allegations of an individual's residence do not enable the Court to determine an individual's citizenship. *Travaglio v. Am. Express Co.*, 735 F.3d 1266, 1269 (11th Cir. 2013).  For purposes of diversity jurisdiction, citizenship is equivalent to domicile, which is a party's "true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent

therefrom." *McCormick v. Aderholt*, 293 F.3d 1254, 1257–58 (11th Cir. 2002) (quoting *Mas v. Perry*, 489 F.2d 1396, 1399 (5th Cir. 1974)).

"[A] limited partnership is a citizen of each state in which any of its partners, limited or general, are citizens." *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1021 (11th Cir. 2004) (citing Carden v. Arkoma Assocs., 494 U.S. 185, 195-196 (1990)).

A limited liability company, like other unincorporated entities, "is a citizen of any state of which a member of the company is a citizen." *Rolling Greens MHP*, 374 F.3d at 1022.

A traditional trust is a citizen of the state of which its trustee is a citizen, not its beneficiaries. *Alliant Tax Credit 31, Inc. v. Murphy*, 924 F.3d 1134, 1143 (11th Cir. 2019).

Respectfully submitted this the 20th day of December 2023.

        **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

        */s/ L. Clint Crosby*
        L. Clint Crosby
        Georgia Bar No. 197877
        Tyler P. Bishop
        Georgia Bar No. 566705
        3414 Peachtree Rd. NE, Suite 1500
        Atlanta, Georgia 30326
        404.577.6000 (Telephone)
        404.221.6501 (Facsimile)
        ccrosby@bakerdonelson.com
        tbishop@bakerdonelson.com

        *Counsel for Plaintiff*