Exhibit A-1

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Savannah Local Office**
7391 Hodgson Memorial Drive,  Suite 200
Savannah, GA 31406
(912) 358-2810
Website:  www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 12/05/2023

**To:** Henrimae Price
9777 Washington Cir
Jonesboro, GA 30238
Charge No: 410-2022-05371

EEOC Representative and email:     Davena Moore
Investigator
davena.moore@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 410-2022-05371.

On behalf of the Commission,

Digitally Signed By: Jennifer Bessick
12/05/2023
Jennifer Bessick
Director
Savannah Local Office

**Cc:**
Ann Burris
Georgia Department of Human Services
47 Trinity Ave. SW Fl. 2
Atlanta, GA 30334

Toni Jones
Georgia Department of Human Services
47 Trinity Ave. SW Fl. 1
Atlanta, GA 30334

Rita Cherry
HKM Employment Attorneys LLP
3355 Lenox Rd NE Suite 705
Atlanta, GA 30326

Please retain this notice for your records.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Atlanta District Office**
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/22/2023

**To:** Quianna Crane
    308 Chase Ridge Drive
    Riverdale, GA 30296
Charge No: 410-2023-07881

EEOC Representative and email:    TREY PYLE
                                 Senior Federal Investigator
                                 trey.pyle@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2023-07881.

On behalf of the Commission,

Digitally Signed By:Darrell E. Graham
09/22/2023
Darrell E. Graham
District Director

**Cc:**
Ann Burris
Georgia Department of Human Services
47 Trinity Ave FL 2
Atlanta, GA 30303

Toni Jones
Georgia Department of Human Services
47 TRINITY AVE SW FL 1
Atlanta, GA 30334

Rita Cherry
HKM Employment Attorneys, LLP
3344 Peachtree Street NR Suite 800, Office #35
Atlanta, GA 30326

Please retain this notice for your records.

Exhibit C-1

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/22/2023

**To:** Mikkita Dean
3852 Augustine Pl
Rex, GA 30273
Charge No: 410-2023-07915

EEOC Representative and email:     TREY PYLE
Senior Federal Investigator
trey.pyle@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2023-07915.

On behalf of the Commission,

Digitally Signed By:Darrell E. Graham
09/22/2023
Darrell E. Graham
District Director

**Cc:**
Toni Jones
Georgia Department of Human Services
47 TRINITY AVE SW FL 1
Atlanta, GA 30334

Ann Burris
Georgia Department of Human Services
47 Trinity Ave FL 2
Atlanta, GA 30303

Rita Cherry
HKM Employment Attorneys, LLP
3344 Peachtree Street NR Suite 800, Office #35
Atlanta, GA 30326


Please retain this notice for your records.

Exhibit D-1

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/22/2023

**To:** Idella Green
7267 Woodcreek Way
Douglasville, GA 30134
Charge No: 410-2023-07917

EEOC Representative and email:    TREY PYLE
Senior Federal Investigator
trey.pyle@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2023-07917.

On behalf of the Commission,

Digitally Signed By:Darrell E. Graham
09/22/2023

Darrell E. Graham
District Director

**Cc:**
Toni Jones
Georgia Department of Human Services
47 TRINITY AVE SW FL 1
Atlanta, GA 30334

Ann Burris
Georgia Department of Human Services
47 Trinity Ave FL 2
Atlanta, GA 30334

Rita Cherry
HKM Employment Attorneys, LLP
3344 Peachtree Street NR Suite 800, Office #35
Atlanta, GA 30326


Please retain this notice for your records.

Exhibit E-1

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Atlanta District Office**
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/22/2023

**To:** Chauntevia Flowers
615 3rd. Ave., Unit #20
Decatur, GA 30030
Charge No: 410-2023-07916

EEOC Representative and email:     TREY PYLE
Senior Federal Investigator
trey.pyle@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2023-07916.

On behalf of the Commission,

Digitally Signed By:Darrell E. Graham
09/22/2023

Darrell E. Graham
District Director

**Cc:**
Toni Jones
Georgia Department of Human Services
47 TRINITY AVE SW FL 1
Atlanta, GA 30334

Ann Burris
Georgia Department of Human Services
47 Trinity Ave FL 2
Atlanta, GA 30334

Rita Cherry
HKM Employment Attorneys, LLP
3344 Peachtree Street NR Suite 800, Office #35
Atlanta, GA 30326


Please retain this notice for your records.

Exhibit F-1

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Atlanta District Office**
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## <u>DETERMINATION AND NOTICE OF RIGHTS</u>
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/22/2023

**To:** Stella Okonobo
5940 Yellowood Court
Atlanta, GA 30349
Charge No: 410-2023-07919

EEOC Representative and email:  TREY PYLE
Senior Federal Investigator
trey.pyle@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2023-07919.

On behalf of the Commission,

Digitally Signed By:Darrell E. Graham
09/22/2023
Darrell E. Graham
District Director

**Cc:**
Toni Jones
Georgia Department of Human Services
47 TRINITY AVE SW FL 1
Atlanta, GA 30334

Ann Burris
Georgia Department of Human Services
47 Trinity Ave FL 2
Atlanta, GA 30334

Rita Cherry
HKM Employment Attorneys, LLP
3344 Peachtree Street NR Suite 800, Office #35
Atlanta, GA 30326


Please retain this notice for your records.

Exhibit G-1

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Atlanta District Office**
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/22/2023

**To:** Sonovia Jackson
125 River Walk Farm Pkwy.
Covington, GA 30014
Charge No: 410-2023-07918

EEOC Representative and email:       TREY PYLE
Senior Federal Investigator
trey.pyle@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2023-07918.

On behalf of the Commission,

Digitally Signed By:Darrell E. Graham
09/22/2023
Darrell E. Graham
District Director

**Cc:**
Ann Burris
Georgia Department of Human Services
47 Trinity Ave FL 2
Atlanta, GA 30303

Toni Jones
Georgia Department of Human Services
47 TRINITY AVE SW FL 1
Atlanta, GA 30334

Rita Cherry
HKM Employment Attorneys, LLP
3344 Peachtree Street NR Suite 800, Office #35
Atlanta, GA 30326

Please retain this notice for your records.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Savannah Local Office**
7391 Hodgson Memorial Drive, Suite 200
Savannah, GA 31406
(912) 358-2810
Website: www.eeoc.gov

## <u>DETERMINATION AND NOTICE OF RIGHTS</u>
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/25/2023

**To:** Alexis Malone
159 Wilson Circle
Newnan, GA 30263
Charge No: 410-2023-07894

EEOC Representative and email:     Davena Moore
Investigator
davena.moore@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2023-07894.

On behalf of the Commission,

Digitally Signed By: Darrell E. Graham
09/25/2023
Darrell E. Graham
District Director

**Cc:**
Toni Jones
Georgia Department of Human Services
47 Trinity Ave., SW Fl 1
Atlanta, GA 30334

Ann Burris
Georgia Department of Human Services
47 Trinity Ave., SW FL 2
Atlanta, GA 30334

Rita G Cherry
HKM Employment Attorneys, LLP
3355 Lenox Rd., NE Suite 705
Atlanta, GA 30326

Please retain this notice for your records.

Exhibit I-1



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Savannah Local Office**
7391 Hodgson Memorial Drive, Suite 200
Savannah, GA 31406
(912) 358-2810
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/25/2023

**To:** Regina Mayo
12410 Reserve Dr.
Atlanta, GA 30319
Charge No: 410-2023-07936

EEOC Representative and email:   Davena Moore
Federal Investigator
davena.moore@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2023-07936.

On behalf of the Commission,

Digitally Signed By: Darrell E. Graham
09/25/2023
Darrell E. Graham
District Director

**Cc:**
Ann Burris
Georgia Department of Human Services
47 Trinity Ave. FL 2
Atlanta, GA 30334

Toni Jones
Georgia Department of Human Services
47 Trinity Ave. SW FL 1
Atlanta, GA 30334

Rita G. Cherry
HKM Employment Attorneys, LLP
3355 Lenox Rd. NE Suite 705
Atlanta, GA 30326

Please retain this notice for your records.

Exhibit J-1

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Savannah Local Office
7391 Hodgson Memorial Drive, Suite 200
Savannah, GA 31406
(912) 358-2810
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/25/2023

**To:** Brittany Reese
792 Boston Common
Atlanta, GA 30349
Charge No: 410-2023-07935

EEOC Representative and email:     Davena Moore
Federal Investigator
davena.moore@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2023-07935.

On behalf of the Commission,

Digitally Signed By: Darrell E. Graham
09/25/2023

Darrell E. Graham
District Director

**Cc:**
Ann Burris
Georgia Department of Human Services
2 Peachtree St.
Atlanta, GA 30303

Toni Jones
Georgia Department of Human Services
47 Trinity Ave. SW FL 1
Atlanta, GA 30334

Rita G. Cherry
HKM Employment Attorneys, LLP
3355 Lenox Rd. NE Suite 705
Atlanta, GA 30326

Please retain this notice for your records.

Exhibit K-1



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Savannah Local Office**
7391 Hodgson Memorial Drive,  Suite 200
Savannah, GA 31406
(912) 358-2810
Website:  www.eeoc.gov

## <u>DETERMINATION AND NOTICE OF RIGHTS</u>
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/25/2023

**To:** Cornelia Ziama
2448 Northbrook Road
Snellville, GA 30039
Charge No: 410-2023-07913

EEOC Representative and email:     Davena Moore
Federal Investigator
davena.moore@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2023-07913.

On behalf of the Commission,

Digitally Signed By: Darrell E. Graham
09/25/2023
Darrell E. Graham
District Director

**Cc:**
Toni Jones
Georgia Department of Human Services
47 Trinity Ave. SW FL 1
Atlanta, GA 30334

Ann Burris
Georgia Department of Human Services
47 Trinity Ave. FL 2
Atlanta, GA 30303

Rita G. Cherry
HKM Employment Attorneys, LLP
3355 Lenox Rd. NE Suite 705
Atlanta, GA 30326


Please retain this notice for your records.