# EXHIBIT B

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| LUIS ROSARIO GUTIERREZ DIAZ, individually and as surviving spouse of Sonia Villegas Cervantes, deceased,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CLAYTON MHP JONESBORO GA, LLC; VINEYARDS MANAGEMENT GROUP, LLC; MIRIAM BRYANT; DOE 1; DOE 2; and DOE 3,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　CIVIL ACTION NO. 2022CV02811<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING NOTICE OF REMOVAL

Defendants, by and through undersigned counsel of record, provide the following notice to the Court:

In compliance with 28 U.S.C. § 1446(d), you are hereby notified of the filing of a Notice of Removal in this action with the United States District Court for the Northern District of Georgia, Atlanta Division. A copy of the Notice of Removal is attached hereto as Exhibit A.

Respectfully submitted, this 20th day of December, 2023.

　　　　　　　　　　　　　　　　**DREW ECKL & FARNHAM, LLP**

　　　　　　　　　　　　　　　　_/s/ William J. Martin_
　　　　　　　　　　　　　　　　Andrew D. Horowitz
　　　　　　　　　　　　　　　　Georgia Bar No. 367815
　　　　　　　　　　　　　　　　William J. Martin
　　　　　　　　　　　　　　　　Georgia Bar No. 387464
　　　　　　　　　　　　　　　　***Attorneys for Defendants***

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
Telephone:  404-885-1400
Email:  horowitza@deflaw.com
         martinw@deflaw.com

## CERTIFICATE OF SERVICE

I have today served the parties with the foregoing the above-styled case by statutory electronic mail addressed to the following:

>Michael P. Walker
>Piasta Walker Hagenbush
>3301 Windy Ridge Parkway
>Suite 110
>Atlanta, GA 30339
>Mike@piastawalker.com

This 20th day of December, 2023.

>**DREW ECKL & FARNHAM, LLP**
>
>*/s/ William J. Martin*
>William J. Martin
>Georgia Bar No. 387464
>***Attorney for Defendants***

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
Telephone:  404-885-1400
Email: martinw@deflaw.com